# EXHIBIT 32

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| **FINANCIAL OVERSIGHT AND MANAGEMENT** | |
| **BOARD FOR PUERTO RICO,** | No.: 17 BK 3283 - LTS |
| As representative of the | (Jointly Administered) |
| **COMMONWEALTH OF PUERTO RICO,** | The present filing relates |
| EL Als. | to the Commonwealth |
| **Debtors** | |

**MOTION IN RESPONSE TO ORDER GRANTING THE COMMONWEALTH OF PUERTO RICO'S THREE HUNDRED SIXTY-FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO ERRONEOUSLY CLASSIFIED AND OVERESTIMATED CLAIMS**

TO THE HONORABLE JUDGE:

VICTOR O. HENSON BOUSQUETS comes before you, on his own behalf, and very respectfully, EXPRESSES, AFFIRMS and REQUESTS:

1. The government institution to which the claim was addressed is Departamento de la Vivienda - Administración de Vivienda Rural, [Housing Deparmtent – Rural Housing Administration] San Juan, P.R. - Director Eng. Daniel Osorio. They have all the documents and plans related to the Construction Project of 250 lots for the construction of low-income housing at low cost and the Superior Court of Utuado where the resignation of Mayor Aníbal Pagán was requested due to the criminal complaint filed for extortion and solicitation of bribes the Court [sic.] $650,000 every six months that he wanted to receive as Mayor for staff.

2. I owe about $4.5 million in equipment rental and acquisition of the 60 *cuerdas*[1] of land for the project, plans and permit issuance in 1978, which is why I am suing for the $4,500,000.00 I am claiming. I am going to lose my home because I am going to be sued by the sub-contractors hired to develop the Project; you must help me and compensate me for the damages that the Mayor caused me in the project for the agencies in question.

---

[1] https://www.sizes.com/units/cuerda.htm

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

WHEREFORE, re-evaluation of this cause of action is respectfully requested.

I HEREBY CERTIFY: That I have sent a true and accurate copy of this document to Prime Clerk LLC - Grand Central Station - PO Box 4850 - New York, NY 10163-4850.

[signature]
MR. VICTOR O. HENSON BOUSQUETS
URB. VILLA RITA
CALLE 5-J-7
PO BOX 78
SAN SEBASTIAN, PR 00685
PHONE: 787-232-4185
HOME PHONE: 787-609-6720

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| HENSON BUSQUETS, VICTOR O | 33429 | 6/1/2018 | Commonwealth of Puerto Rico | $4,500,000.00 |

| Reason: | Claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but proof of claim is not for goods sold and as such claimant is not entitled to administrative priority. The claimant also failed to provide prima facie evidence to support a secured claim. In addition, claimant asserted a total claim amount of $1,500,000. Accordingly, claim has been reclassified in whole as a general unsecured claim in the amount of $1,500,000. |
|---|---|

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| HENSON BUSQUETS, VICTOR O | 33429 | 6/1/2018 | Commonwealth of Puerto Rico | $4,500,000.00 |

| Base para: | El Demandante invocó una prioridad administrativa en virtud del título 11 del Código de EE. UU., sección 503(b)(9), pero la evidencia de reclamo no corresponde a venta de bienes y, por ende, el demandante no tiene derecho a una prioridad administrativa. Además, el demandante omitió proporcionar evidencia prima facie como fundamento de un reclamo asegurado. Además, el demandante reclamó un monto total de $1,500,000. En consecuencia, el reclamo se reclasificó en su totalidad como un reclamo no asegurado general por un monto de $1,500,000. |
|---|---|

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:18251-1   Filed:09/24/21   Entered:09/27/21 09:10:06   Desc:
Exhibit   Page 2 of 2

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| HENSON BUSQUETS, VICTOR O | 33429 | 6/1/2018 | Commonwealth of Puerto Rico | $4,500,000.00 |
| Reason: | Claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but proof of claim is not for goods sold and as such claimant is not entitled to administrative priority. The claimant also failed to provide prima facie evidence to support a secured claim. In addition, claimant asserted a total claim amount of $1,500,000. Accordingly, claim has been reclassified in whole as a general unsecured claim in the amount of $1,500,000. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| HENSON BUSQUETS, VICTOR O | 33429 | 6/1/2018 | Commonwealth of Puerto Rico | $4,500,000.00 |
| Base para: | El Demandante invocó una prioridad administrativa en virtud del título 11 del Código de EE. UU., sección 503(b)(9), pero la evidencia de reclamo no corresponde a venta de bienes y, por ende, el demandante no tiene derecho a una prioridad administrativa. Además, el demandante omitió proporcionar evidencia prima facie como fundamento de un reclamo asegurado. Además, el demandante reclamó un monto total de $1,500,000. En consecuencia, el reclamo se reclasifica en su totalidad como un reclamo no asegurado general por un monto de $1,500,000. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*


Case:17-03283-LTS Doc#:18251-2 Filed:09/24/21 Entered:09/27/21 09:10:06 Desc:
Envelope Page 1 of 1

SR. VICTOR O. HENSON BOUSQUETS
URB. VILLA RITA
CALLE 5-J -7
SAN SEBASTIAN, PR 00685

NASHVILLE TN 370

20 SEP 2021 PM 5 L



RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 SEP 24 PM 6:30

UNITED STATES DISTRIT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON
SUITE 150
SAN JUAN, PR 00918-1767

00918-170625

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**718.384.8040**
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 33429 DN 18251**

Signed this 15th day of December, 2021

_____

Andreea I. Boscor

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator
Verify at www.atanet.org/verify

