# EXHIBIT 33

September 10, 2021

Greetings to the Office of the Court Clerk for the Board of Supervisors and to the Creditors Committee

Subject: I am asking you to reclassify me with the P.R. Commonwealth Government for the amount of 25,000, not for 1,500. I have sent the communication several times and I have not been reclassified. I hope that I can be reclassified, since I have sent you proofs that I was not paid for sick days, 13,000, not counting interest, and the money for quality of life and economic increase for 12,000 that in ten years was not provided. I am listed on SRF 56286 reclassified at 1,500.00 claim # 106655 with Rank (b). I am asking you to reclassify me to the 25,000 range (c).

    Thank you in advance

        Migdalia Gonzalez Vega

I am submitting proofs

Certified to be a correct and true translation from the source text in Spanish to the target language English.
14/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

Case:17-03283-LTS   Doc#:18107-1   Filed:09/13/21   Entered:09/14/21 11:17:26   Desc:
Exhibit   Page 1 of 6

| NAME | CLAIM No. | ALLEGED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| [cut] LEZ VEGA, MIGDALIA. #304 EMAJAGUA HACIENDA BORINQUEN CAGUAS, PR 00725 -------------- | 106655 | Commonwealth of Puerto Rico Government Employees' Retirement System | 503(b)(9) | $1,500.00* | Commonwealth of Puerto Rico | 503(b)(9) | $1,500.00* |
| | | Commonwealth of Puerto Rico Government Employees' Retirement System | Secured | Undetermined* | Commonwealth of Puerto Rico | Secured | Undetermined* |
| | | | Subtotal | $1,500.00* | | Subtotal | $1,500.00* |
|  | Reason The proof of claim and supporting documentation invoke obligations associated with ongoing litigation arising out of the petitioner's employment relationship with the Commonwealth and/or one of its agencies. Accordingly, any obligations must be invoked against the Commonwealth, not ERS. Likewise, the Proof of Claim also invokes an obligation with ongoing litigation, the outcome of which may result in additional pension obligations owed to the plaintiff. However, pursuant to Act 106. the Commonwealth, and [text missing] responsible for the payment of the pensions |
| [cut] ALEZ VELEZ, CIELITO CO JORGE ECHEVARRIA TANTAO SERVICIOS LEGALES DE PR INC, PO BOX 839 CALLE POST 108 SUR MAYAGUEZ, PR 00681 | 5387^ | Commonwealth of Puerto Rico Government Employees' Retirement System | 503(b)(9) | Undetermined* | Commonwealth of Puerto Rico | 503(b)(9) | Undetermined |
|  | [cut] : The Proof of Claim and supporting documentation invoke obligations associated with a disability pension. However, under Act 106, the Commonwealth of Puerto Rico and not ERS is responsible for the payment of disability pensions.<br>[cut] No. 5387 also included in Exhibit A to Omnibus Objection 362 for claims to be reclassified. |
| [cut] ÍOLA. ALVIN RIVERA, UNIVERSITY GARDENS G 12 CALLE 8 ARECIBO.PR 00612 | 49316 | Commonwealth of Puerto Rico Government Employees' Retirement System | Unsecured | $100,000.00* | Commonwealth of Puerto Rico | Unsecured | $100,000.00* |
|  | [cut]: The Proof of Claim and supporting documentation invoke obligations associated with a disability pension. However, under Act 106, the Commonwealth of Puerto Rico and not ERS is responsible for the payment of disability pensions. |
| [cut] N ESCAPA, MILAGROS CALLE ARAMANA1028 MAYAGUEZ, PR 00680 | 148988^ | Commonwealth of Puerto Rico Government Employees' Retirement System | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |
|  | [cut]: The Proof of Claim and supporting documentation invoke obligations associated with ongoing litigation against the Commonwealth and/or one of its agencies. Therefore, the Proof of Claim is properly invoked against the Commonwealth, not against ERS.<br>^ Claim no. **148988** also included in Exhibit A to Omnibus Objection no. 374 for claims to be dismissed. |

[handwritten:] *I am requesting reclassification with the Government of P.R.*

…that the claim contains unliquidated or undetermined amounts                                    Page 15 or 40

Certified to be a correct and true translation from the source text in Spanish to the target language English.
14/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

January 10, 2020

*Greetings to the District Court of the United States for the District of Puerto Rico.*

*Below is the filing of my response to the Omnibus Objection. This is my information.*

1.

– Name – Migdalia Gonzalez Vega

– Address – Calle Emajagua #304

　Hacienda Borinquen Caguas

– Email – gmigdalia11@gmail.com

2.

Caption – District Court of the United States for the District of Puerto Rico.

Notice of the Commonwealth of Puerto Rico, the Puerto Rico Highway and Transportation Authority and the Commonwealth of Puerto Rico Government Employees' Retirement System's 100th Omnibus Objection (non-substantive) to Deficient Claims alleging interest based on recognition of labor wages or services rendered.

　　　　(Proof)

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:18107-1   Filed:09/13/21   Entered:09/14/21 11:17:26   Desc:

Human Resources Assistant Secretary
Time, Attendance and Leave Office

October 15, 2019

Ms. 301. Migdalia González Vega
Employee number
Program / Position:
Region: CAGUAS
District: Gurabo
School: MYRNA M. FUENTES

[signature]
Wilfredo Falcon Negrón
Executive Director

**REPORT OF SICK LEAVE TO TEACHING STAFF BY AGREEMENT UNDER ACT 26-2017**

According to our attendance records, as of  , you have a cumulative balance of:

| 82 days | 2 hours | 7 minutes |

All personnel who have in excess of ninety (90) days of sick leave accrued in calendar year 2016, have the right to use them when sick. Similarly, sick days accrued in calendar year 2017, which you may accrue in excess of the ninety (90) days will be used when you are sick no later than December 31, 2017. After December 31, 2017, the unused excess sick balance will be forfeited.

The Treasury Department's circular letter, **CC-1300-16-1**, establishes that only accrued balances up to a maximum of 90 days of sick leave will be paid to any employee who has been active in public service for more than 10 years. Should you have any claim related to your sick leave balances, you must go through the central offices of the Puerto Rico Teachers Association.



P.O. Box 190759, San Juan PR 00919-0759 · Tel.: (787)773-3488, 3489

The Department of Education does not discriminate in any way on the basis of age, race, color, sex, national origin, veteran status, ideology, religion, political beliefs, origin or social status, sexual orientation or gender identity, physical or mental disability or impediment; or due to being a victim of domestic violence, sexual aggression or harassment.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

or on the front if space permits.

Article Addressed to:

A. F. S.
P. O. Box 2461
Harrisburg, PA 17105-2461

9590 9402 6363 0296 8272 64

Article Number *(Transfer from service label)*

7020 1290 0000 5183 7007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
  stricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☒ Signature Confirmation Restricted Delivery

Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS Doc#:18107-1 Filed:09/13/21 Entered:09/14/21 11:17:26 Desc:
Exhibit Page 8 of 6

United States Postal Service

Sender: Please print your name, address, and ZIP+4® in this box•

Migdalia Garay Vega
Calle Emajagua #304
Hacienda Berenguer
Caguas P.R 00725

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 106655 DN 18107**

Signed this 14th day of December, 2021

_____

Andreea I. Boscor

(ATA Seal: Andreea Boscor, Spanish into English, Certification #525556, Certified Translator. Verify at www.atanet.org/verify)

