# EXHIBIT A

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

MMLID: 1072339
EPOC ID: 170356600333197

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☐ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 17-bk-03566 | May 21, 2017 |
| ☒ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | 17-bk-04780 | July 2, 2017 |

RECEIVED
JUL 19 2021
PRIME CLERK LLC

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule F -- Participant Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule F -- Obligaciones de los participantes como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[X] No Copy Provided

## Part 1 / Parte 1    Identify the Claim / Identificar la reclamación

1. **Who is the current creditor?**

   ¿Quién es el acreedor actual?

   NORMA I CONCEPCION PENA

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____



990123401013645

Modified Official Form 410

U0503 v.01 02.15.2018

page 1



| | | |
|---|---|---|
| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☐ No / No<br>☒ Yes. From whom?<br>Sí. ¿De quién? Valeriano Flores Cruz | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>NORMA I CONCEPCION PENA<br>URB BARALT<br>G19 CALLE PRINCIPAL<br>HORMIGUEROS PR 00738-3774<br><br><br>787-860-6446<br>Contact phone / Teléfono de contacto<br><br>lcdanormaconcepcion@gmail.com<br>Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>Norma I. Concepción Peña<br>Name / Nombre<br><br>Urb. Baralt, G-19 Ave. Principal<br>Number / Número    Street / Calle<br><br>Fajardo, Puerto Rico 00738<br>City / Ciudad    State / Estado    ZIP Code / Código postal<br><br>787-860-9333<br>Contact phone / Teléfono de contacto<br><br>secretaria.nicp@gmail.com<br>Contact email / Correo electrónico de contacto |
| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes. Claim number on court claims registry (if known)<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____<br>Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA) | |
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior?_____ | |

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| | |
|---|---|
| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>Departamento de Transportación y Obras Públicas |
| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☐ No / No<br>☒ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number / Número de proveedor / contrato: 2007-000394-A<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ 30,000.00 |

Modified Official Form 410          Proof of Claim          page 2

U0504 v 01 02.15.2018

8. **How much is the claim?** $ 30,000.00 Does this amount include interest or other charges?
¿Cuál es el importe de la reclamación? ¿Este importe incluye intereses u otros cargos?
☒ No / No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A)
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

9. **What is the basis of the claim?**
¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

Arrendamiento local comercial

10. **Is all or part of the claim secured?**
¿La reclamación está garantizada de manera total o parcial?

☒ No / No
☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

**Value of property / Valor del bien:** $ _____

**Amount of the claim that is secured /**
Importe de la reclamación que está garantizado: $ _____

**Amount of the claim that is unsecured /**
Importe de la reclamación que no está garantizado: $ _____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso: $ _____

**Annual Interest Rate** (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso) _____ %
☐ Fixed / Fija
☐ Variable / Variable

11. **Is this claim based on a lease?**
¿Esta reclamación está basada en un arrendamiento?

☐ No / No
☒ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ 30,000.00

Modified Official Form 410 — Proof of Claim — page 3

U0505 v.01 02 15 2018



| 12 | Is this claim subject to a right of setoff? ¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No ☒ Yes. Identify the property / Sí. Identifique el bien: __Arrendamiento de propiedad inmueble comercial__ | |
|---|---|---|---|
| 13 | Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? ¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No ☒ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim. Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. | $ 30,000.00 |

## Part 3 / Parte 3: Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☐ I am the creditor. / Soy el acreedor.
☒ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el __28 de junio 2021__ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma está reclamación:

Name: __Norma I. Concepción Peña__
First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo: __Abogada Notario Rua 9528, Colegiada 10,806__

Company / Compañía: ____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: __Urb. Baralt, G-19 Ave. Principal__
Number / Número   Street / Calle

__Fajardo, Puerto Rico 00738__
City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto __787-860-6446__   Email / Correo electrónico __lcdanormaconcepcion@gmail.com__

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| CONCEPCION PENA, NORMA I. | 157312 | 7/26/2018 | Puerto Rico Highways and Transportation Authority | $30,000.00 |
| Reason: | Claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but proof of claim is not for goods sold and as such claimant is not entitled to administrative priority. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| CONCEPCION PENA, NORMA I. | 157312 | 7/26/2018 | Puerto Rico Highways and Transportation Authority | $30,000.00 |
| Base para: | El Demandante reclamó una prioridad administrativa en virtud del título 11 del Código de los Estados Unidos, sección 503(b)(9), pero la evidencia de reclamo no corresponde a bienes vendidos y, por lo tanto, el demandante no tiene derecho a una prioridad administrativa. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

***CUST PR 1845 SRF 53397 PackID: 41 MMLID: 1072339-D Svc: 316
CONCEPCION PENA, NORMA I.
URB. BARALT
G-19 AVE. PRINCIPAL
FAJARDO PR 00738

Anejo 1

Modelo SC 054
8 de 23
OC 1930-17-94

Estado Libre Asociado de Puerto Rico
DEPTO. DE TRANSP. Y OBRAS PUBLICAS
DIRECTORIA DE SERVICIOS AL CONDUCTOR
Agencia
APARTADO 41245 MINILLAS STA. SANTURCE PR 00940-1243
Dirección

Núm. de Contrato de la Agencia

Núm. de Contrato de la Oficina del Contralor

## CONTRATO DE ARRENDAMIENTO DE LOCALES
## POR CINCO AÑOS O MENOS O HASTA 10 AÑOS
## EN LOCALES EN EL EXTERIOR

El ESTADO LIBRE ASOCIADO DE PUERTO RICO, representado por ING. FERNANDO I. PONT, SECRETARIO INT., quien en adelante se denominará el arrendatario y VALERIANO FLORES CRUZ quien en adelante se denominará el arrendador, convienen de mutuo acuerdo en lo siguiente:

1. Que el arrendador certifica y garantiza que previo a la formalización de este contrato entregó las siguientes certificaciones: ☒Certificación Registral de la propiedad incluyendo cargas y gravámenes ☒Certificación de deuda y Certificación de Radicación de Planilla expedida por el Departamento de Hacienda ☒Certificación Negativa de Propiedad Inmueble del Centro de Recaudación de Ingreso Municipal.
2. Que el arrendatario certifica que realizó el informe de Valoración y el mismo está firmado por el tasador y aprobado por el tasador revisor.
3. Que el arrendador y el arrendatario certifican que los documentos antes mencionados no tienen más de seis meses de expedidos a la fecha de otorgarse el presente contrato.
4. Que el arrendatario certifica que realizó una inspección del bien inmueble objeto de arrendamiento y el mismo cumple con las expectativas, necesidades y especificaciones necesarias y que rindió un informe escrito de dicha inspección.
5. Que el arrendador cede en calidad de arrendamiento al arrendatario la propiedad que se describe a continuación.
   a Construcción: __Hormigón__
   b Área: (1) Del Solar_____ Metros Cuadrados
          (2) Del Local __410.75__ Pies Cuadrados.
          (3) Del Estacionamiento_____ Pies Cuadrados.
   c Localización y Certificación Registral del Inmueble (incluyendo cargas y gravámenes) Vistas del Convento, Calle 2, D-1, Fajardo Puerto Rico. Finca numero 7, 985 inscrita al folio 105 del tomo 215, Municipio de Fajardo.
6. Que la propiedad será usada por el arrendatario como Oficina Área Examen a Conductores
7. Este contrato entrará en vigor el día __1__ de __junio__ de 2007, sujeto a la aprobación de __ASG, OGP__. Regirá hasta el 30 de junio de 2012. El arrendatario podrá en cualquier momento resolver el contrato siempre que notifique por escrito su intención al arrendador con treinta días de antelación a la fecha deseada.
8. Que el arrendador posee la propiedad descrita en calidad de Arrendamiento, la cual es propiedad de Valeriano Flores Cruz, y fue construida en ___ de _____ de _____.
9. Que luego de haber efectuado un estudio de mercadeo para determinar la tarifa vigente, el canon de arrendamiento fijado por las partes contratantes es de Trecientos sesenta y nueve dólares con sesenta y siete Centavos, mensuales ($369.67) pagaderos por el arrendatario de la siguiente forma: Mensual. El arrendador no podrá aumentar el canon de arrendamiento o modificarlo en un período menor de doce meses.
10. Que el arrendador queda obligado en todo tiempo a efectuar los arreglos y reparaciones para conservar el inmueble en condiciones utilizables, y mantener en funcionamiento, todos los servicios, equipo y accesorios dentro de las normas de seguridad establecidas o que se establezcan.
11. Se hace constar que ningún funcionario o empleado del Departamento de Transportación y Obras Públicas tiene directa o indirectamente interés pecuniario en este contrato.
12. Descripción de los servicios, equipo y accesorios incluidos en el contrato por cuenta del arrendador
    ☒Estacionamiento- Núm espacios __1__ ☐Agua ☐Aire Acondicionado ☐Instalación Eléctrica
    ☐Vigilancia ☐Luz ☐Limpieza ☐Facilidades Telefónicas ☐Ascensor ☐Otros
13. Que el pago de las pólizas para cubrir los riesgos tales como incendios, huracanes, terremotos, inundaciones o cualquier otro acto de la naturaleza, responsabilidad pública y cualesquiera otra necesaria, será por cuenta del ARRENDATARIO
    Compañía aseguradora UNIVERSAL INSURANCE AGENCY  Núm. _____
                         AMERICAN INTERNATIONAL        Núm. _____
                         COMPANY OF PUERTO RICO        Núm. _____
14. Otras estipulaciones (utilice el Modelo SC 654.2, Contrato de Arrendamiento de Locales (Hoja de Continuación), el cual se hace formar parte integrante de este contrato).
15. Este contrato no será válido hasta tanto sea aprobado por los funcionarios correspondientes según la legislación y reglamentación vigente.

EN TESTIMONIO DE LO CUAL, y para que así conste, suscriben este documento las partes contratantes en __San Juan__, PR, hoy __1__ de __junio__ de 2007.

_[signature]_  
Fernando I. Pont  
Nombre y Firma del Jefe de la Agencia o su Representante Autorizado

REGISTRO INTERNO  
Sección De Contratos-DTOP  
2007-000394  
MAY 31 2007  
Según Dispone  
La Oficina del Contralor  
Tomo 05 Pág. 484

Valeriano Flores Cruz  
Valeriano Flores Cruz  
Nombre y Firma del Arrendador  
Vistas del Convento Calle 2, D-1  
Fajardo Puerto Rico  
Dirección  
____3257  
Seguro Social

Nota: Aprobaciones al Dorso

Conservación: Seis años o una intervención del Contralor después de concedido o vencido el contrato, lo que ocurra primero.



Anejo II

Modelo SC 854
18 mar 05
CC 1202-1-6-05

**REGISTRO INTERNO**
Sección De Contratos-DTOP
2007-000394-A
JUL 0 5 2012

Según Dispone
La Oficina del Contralor
Tomo 06  Pág 484

Estado Libre Asociado de Puerto Rico
DEPTO. DE TRANSP. Y OBRAS PÚBLICAS
DIRECTORIA DE SERVICIOS AL CONDUCTOR
Agencia
APARTADO 41269 VILLAS STA. SAN JUAN PR 00940
Dirección:

Núm. de Contrato de la Agencia
Núm. de Contrato de la Oficina del Contralor

## CONTRATO DE ARRENDAMIENTO DE LOCALES
### POR CINCO AÑOS O MENOS O HASTA 10 AÑOS EN LOCALES EN EL EXTERIOR

El ESTADO LIBRE ASOCIADO DE PUERTO RICO, representado por el RUBÉN A. HERNÁNDEZ GREGORAT, MEM, PE, quien en adelante se denominará el arrendatario, y SR. VALERIANO FLORES CRUZ, quien en adelante se denominará el arrendador, convienen de mutuo acuerdo en lo siguiente:

1. Que el arrendador certifica y garantiza que previo a la formalización de este contrato entregó las siguientes certificaciones: ☒Certificación Registral de la propiedad incluyendo cargas y gravámenes ☒Certificación de deuda y Certificación de Radicación de Planilla expedida por el Departamento de Hacienda ☒Certificación Negativa de Propiedad Inmueble del Centro de Recaudación de Ingreso Municipal.
2. Que el arrendatario certifica que realizó el Informe de Valoración y el mismo está firmado por el tasador y aprobado por el tasador revisor.
3. Que el arrendador y el arrendatario certifican que los documentos antes mencionados no tienen más de seis meses de expedidos a la fecha de otorgarse el presente contrato.
4. Que el arrendatario certifica que realizó una inspección del bien inmueble objeto de arrendamiento y el mismo cumple con las expectativas, necesidades y especificaciones necesarias y que rindió un informe escrito de dicha inspección.
5. Que el arrendador cede en calidad de arrendamiento al arrendatario la propiedad que se describe a continuación:
   a. Construcción: Hormigón _____
   
   b. Area: (1) Del Solar _____ Metros Cuadrados.
      (2) Del Local 410.75 _____ Pies Cuadrados.
      (3) Del Estacionamiento _____ Pies Cuadrados.
   c. Localización y Certificación Registral del inmueble (incluyendo cargas y gravámenes) Vistas del Convento, Calle 2, D-1, Fajardo, Puerto Rico. Finca núm. 7,965, inscrita al folio 105 del tomo 215, Municipio de Fajardo.
6. Que la propiedad será usada por el arrendatario como Área Examen a Conductores, CESCO, Fajardo.
7. Este contrato entrará en vigor desde su otorgamiento, sujeto a la aprobación de la A.F.P. Y O.G.P. Regirá de mes a mes y se renovará automáticamente de mes a mes. El arrendatario podrá en cualquier momento resolver el contrato siempre que notifique por escrito su intención al arrendador con treinta días de antelación a la fecha deseada.
8. Que el arrendador posee la propiedad descrita en calidad de dueño, la cual es propiedad de el Arrendador, y fue construida en ___ de ___ de ___.
9. Que luego de haber efectuado un estudio de mercadeo para determinar la tarifa vigente, el canon de arrendamiento fijado por las partes contratantes es de CUINIENTOS DÓLARES mensuales ($500.00) pagadero por el arrendatario de la siguiente forma: MENSUALIDADES VENCIDAS. El arrendador no podrá aumentar el canon de arrendamiento o modificarle en un período menor de doce meses.
10. Que el arrendador queda obligado en todo tiempo a efectuar los arreglos y reparaciones para conservar el inmueble en condiciones utilizables, y mantener en funcionamiento, todos los servicios, equipo y accesorios dentro de las normas de seguridad establecidas o que se establezcan.
11. Se hace constar que ningún funcionario o empleado del Departamento DE TRANSPORTACIÓN Y OBRAS PÚBLICAS tiene directa o indirectamente interés pecuniario en este contrato.
12. Descripción de los servicios, equipo y accesorios incluidos en el contrato por cuenta del arrendador:
    ☒Estacionamiento- Núm. espacios 1 ☐Agua ☐Aire Acondicionado ☐Instalación Eléctrica
    ☐Vigilancia (parcial) ☐Luz ☐Limpieza ☐Facilidades Telefónicas ☐Ascensor ☐Otros
13. Que el pago de las pólizas para cubrir los riesgos tales como: incendios, huracanes, terremotos, inundaciones o cualquier otro acto de la naturaleza, responsabilidad pública y cualesquiera otra necesaria, será por cuenta del ARRENDATARIO
    Compañía aseguradora INTEGRAND ASSURANCE CO.   Núm. ▮▮▮▮▮
                                                    Núm. _____

14. Otras estipulaciones (utilice el Modelo SC 854-2, Contrato de Arrendamiento de Locales (Hoja de Continuación), el cual se hace formar parte integrante de este contrato).
15. Este contrato no será válido hasta tanto sea aprobado por los funcionarios correspondientes según la legislación y reglamentación vigente.

EN TESTIMONIO DE LO CUAL, y para, que así conste, suscriben este documento las partes contratantes en _____ PR, hoy 29 de junio de 2012.

RUBÉN A. HERNÁNDEZ GREGORAT MEM, PE
Nombre y Firma del Jefe de la Agencia
o su Representante Autorizado

SR. VALERIANO FLORES CRUZ
Nombre y Firma del Arrendador
Vistas del Convento, Calle 2, D-1
Fajardo, Puerto Rico
Dirección
▮▮▮▮-3257
Seguro Social

Nota: Aprobaciones al Dorso
Conservación: Seis años o una intervención del Contralor, después de concedido o vencido el contrato, lo que ocurra primero.

Lcda. Norma I. Concepción Peña
Urbanización Baralt
Avenida Principal G-19
Fajardo, P.R. 00738
787-860-6446 / 787-860-9333

RECEIVED
JUL 19 2021
PRIME CLERK LLC

SAN JUAN PR 009
2 JUL 2021 PM 1 L

Comonwealth of Puerto Rico Claims
Processing Center c/o Prime Clerk LLC
PO Box 4708
New York NY 100163-4708

10016-999955