# EXHIBIT B

GOBIERNO DE PUERTO RICO
JUNTA DE RETIRO DEL GOBIERNO DE PUERTO RICO

JR-005
REV.ABR.21

RECEIVED

JUL 07 2021

PRIME CLERK

## ADVERTENCIAS

Se advierte al reclamante de su derecho a solicitar reconsideración o apelación de la presente decisión, conforme a lo que dispone la Ley Núm. 447 del 15 de mayo de 1951, según enmendada, en sus Artículos 4-102 y 4-103, inciso 11 (b), los cuales se citan a continuación:

"Art. 4-103, inciso 11 (b) - Reconsideración

El reclamante será notificado de la decisión del Administrador por correo certificado y la persona o personas afectadas podrán, dentro del término de quince (15) días desde la fecha de la notificación de la decisión, presentar un escrito de reconsideración de la decisión. El Administrador, dentro de los veinte (20) días de haberse presentado dicho escrito, deberá considerarlo. Si se tomare alguna determinación en su consideración, el término para apelar comenzará a contarse desde la fecha en que se notifique de la decisión del Administrador, resolviendo definitivamente el escrito de reconsideración. Si el Administrador la rechazare de plano o dejare de tomar alguna acción con relación al escrito de reconsideración dentro de los veinte (20) días de haber sido presentado, el término para apelar comenzará a correr nuevamente desde que se notifique la denegatoria o desde que expiren los veinte (20) días, según sea el caso."

"Art. 4-102- Apelación

La apelación se formalizará presentando un escrito de apelación ante el Secretario de la Junta dentro de los treinta (30) días siguientes a la fecha de haberse convertido en final la decisión del Administrador, o de haberse depositado en el correo su decisión final en reconsideración. En dicho escrito se consignarán los fundamentos en que el reclamante basa su apelación, indicando la decisión o parte de la misma con que no está conforme y se notificará a otras partes si las hubiere."

Instrucciones:

- La Solicitud se radicará dentro del término correspondiente a partir del envío de la misma.

- Se aceptarán solamente escritos en papel tamaño carta (8½ x 11), excepto documentos emitidos por la Corporación del Fondo del Seguro del Estado y la Comisión Industrial.

- Complete todos los encasillados e indique N/A en los que no aplique.

- De necesitar espacio adicional para sus respuestas, puede utilizar hojas adicionales.

- Incluya cualquier documento requerido, conforme al Reglamento del Programa.

- Si desea ser notificado por correo, incluya un sobre pre dirigido con el franqueo.

Conservación: Igual al expediente del cual forma parte.



990123401012373

Que el 23 de junio de 2021, recibí segunda instrucción por correo postal de Prime Clerk, Notificación de Aviso de Reconciliación Administrativa, asignando nuevo número de Reclamación 177716, cantidad reclamada $99,793.52 sin intereses referente a las aportaciones acumuladas al 30 de junio de 2013, Ley 1, Reclamación Empleados Públicos y Pensión/Jubilación. En este aviso, ordena a la Administración Sistema de Retiro, reconciliación administrativa. (Ver Anejo II).

Que el 19 de diciembre de 2019, envié comunicación a la Junta de Retiro del Gobierno de PR y a Prime Clerk en relación a lo que enumera la Ley 106 del 26 de agosto de 2017, Ley para salvaguardar el bienestar de los Pensionados y Servidores Públicos y su incumplimiento referente a lo establecido por la Ley en su Capítulo I, Artículo 1.4, Política Pública, proteger el futuro de nuestros servidores públicos, asegurar que estos puedan tener un retiro digno, LIBRE de incertidumbre, SEGREGANDO sus aportaciones personales, garantizando las mismas....en CUENTAS separadas. En mi caso (Eva Meléndez) Ley 1 al 30-6-13, Ley 3 (Híbrida) al 30-6-17 y Ley 106- 1-7-17 al presente.

En el Capítulo II, de la Ley 106, cuenta para el pago de las pensiones acumuladas por los Sistemas de Retiro, en el Artículo 2.2, Registro de las Pensiones Acumuladas, establece se creará y mantendrá un registro de cada participante, beneficiario y Pensionado de los Sistemas de Retiro que reflejare detalladamente las cantidades que le corresponde a cada uno como pensión acumulada, según sus respectivos Sistemas de Retiro, hasta la fecha que entre en vigor la Ley 106; detallará sin que este entienda como una limitación, el beneficio acumulado al que tiene derecho el participante y el Historial de Empleo y las Aportaciones realizadas, de acuerdo a cada Ley de retiro aplicable en la cual cotizó el participante, beneficiario y Pensionado de los tres Sistemas de Retiro. Establecen un término no mayor de 180 días a partir de la aprobación de la Ley 106 del 23 de agosto de 2017, donde deberán producir un registro de todos los participantes que incluya la pensión acumulada a cada uno, por los tres sistemas de retiro, al momento que entre en vigor la Ley 106 y los términos de pago de la misma. Los tres sistemas de retiro deberán tomar todas las medidas necesarias para GARANTIZAR que el registro CONTENGA información fiel y exacta respecto

a cada participante, beneficiario o Pensionado. Por tanto, al no cumplir con los términos establecidos solicité personalmente la certificación de Estado de Cuenta el 9 de noviembre de 2017 y envié comunicación al respecto. (Ver anejo III).

Que el 12 de junio de 2021, recibí con acuse de recibo, por Administración de Sistema de Retiro con fecha del 25 de mayo de 2021, determinación del Área de Servicios al Participante de la Junta de Retiro del Gobierno de PR, en contestación a la primera Orden que emitiera Prime Clerk de Reconciliación Administrativa en relación a mi reclamación (Proof of Claim número 31272) y comunicación referida el 9 de diciembre de 2020 al Sr. Luis M. Collazo Rodríguez, Administrador de los Sistemas de Retiro y a Omar Marrero, Director Ejecutivo, Junta Retiro Gobierno PR en relación a Reconciliación Administrativa, Título III-Promesa 17BK 3283-LTS. (Ver Anejo IV).

Por tanto, las aportaciones acumuladas y notificadas mediante la misiva del 25 de mayo de 2021, recibida el 12 de junio de 2021, donde expresa que el articulo 5-110 de la Ley 447 del 15-5-51, enmendada, dispone que los beneficios de separación del servicio público SON al separarse permanentemente del servicio. Que, al ser empleada activa, tendré derecho a recibir los beneficios a los 65 años de edad, podré solicitar los beneficios de pensión, tres (3) años previos a cumplir la edad requerida para Actualizar Aportaciones y expresa, ¿Si Alguna? ....

Además, indica que cuando radique la pensión al Área de Participantes actualiza y corrige la misma (aportaciones)en sistema. Sin embargo, crearon la Ley 80 del 3 de agosto de 2020, Programa de Retiro Incentivado y enviaron Formulario de Elección indicando que mi participación sería final e irrevocable, donde tuvieron que presentar enmienda 2021-03, en la cual se estableció no se compromete mi estatus, derechos y condiciones de trabajo actuales, ni tampoco tendrá efecto legal alguno de no completarse la implementación del programa. Lo cual se continúa dilucidando en la Junta de Control Fiscal, los cuales emitieron su opinión el 24 de junio de 2021, de no avalar, dando unos parámetros por los cuales podría ser considerada para algunas agencias o Corporación. (ver Anejo V)

Eva E. Meléndez Fraguada

evaestella@outlook.com

Además, indica tengo acumulado $131,378.79 en aportaciones y/o 21.25 años cotizados al 30 de junio de 2013, Ley I, o sea los $92,666.79 de aportaciones y 38,712.00 de intereses al 25 de mayo de 2021. Esto, aún sin dar la oportunidad a cita con la Administración de Sistema de Retiro para corroborar la cantidad incluida en el anejo I que faltarían por acreditar de $7,126.73, donde se reflejaría aportación mayor de $99,793.52, con los intereses podría fluctuar en un total de $149,793.52, en la Ley 1, y de esta forma cumplir con la

Ley 106, garantizar que el registro contenga información fiel y exacta respecto a cada participante.

Además, La contestación del 25 de mayo de 2021, recibida el 12 de junio de 2021, es firmada por la Sra. Marilisa Marrero Negrón, Directora Área de Servicios a participantes y no por el Sr. Luis M. Collazo Rodríguez, Administrador, Administración de los Sistemas de Retiro, ni por Omar Marrero, Director Ejecutivo, Junta de Retiro Gobierno de PR.

Por tanto, solicito la solicitud de apelación como participante y me notifique su determinación en relación a la corrección de las aportaciones al 30 de junio de 2013, Ley 1, según información referida, la cual debe ser actualizada con los intereses al presente. A su vez, a que se refiere la señora Marrero, Directora Área Servicios al participante al expresar para actualizar sus aportaciones, si alguna. Lo cual demuestra desinterés de orientar, aclarar o corregir, según expresa la Ley 106.

Certifico, que refiero copia de esta apelación y Reclamación Promesa Titulo III No. 17 BK 3283-LTS Número 177716 a Prime Clerk, LLC,

Grand Central Station

P.O. Box 4850

New York, NY 10165-4850

ASR-AD-016
REV.MAY-21

# SOLICITUD DE

JUNTA DE
RETIRO
DEL GOBIERNO DE PUERTO RICO

☐ RECONSIDERACIÓN ☒ APELACIÓN

☒ PARTICIPANTE ☐ PENSIONADO ☐ BENEFICIARIO

Los términos para radicaciones son: Reconsideraciones ante el Administrador, (15) días. Apelaciones ante la Junta de Síndicos, (30) días. Ambos calculados a partir del depósito en el correo de la determinación, INCLUYENDO sábado, domingo y días feriados.

## Sección I. Información del Solicitante

| Meléndez | Fraguada | Eva Estela |
|---|---|---|
| Apellido Paterno | Apellido Materno | Nombre |
| [redacted]9563 | Adm. Sistema Retiro y Corp. Fondo del Seguro Estado | 787-394-4756<br>787-200-0727 |
| Seguro Social | Agencia en que trabajó | Teléfono Residencial |

| Dirección Postal: | Dirección Residencial: ☐ Igual a la Postal |
|---|---|
| P.O. Box 341 | Urb. Valle Escondido |
| Urbanización, Condominio o Barrio | Urbanización, Condominio o Barrio |
| | 406 Calle Miosotis |
| PO Box, Núm. y Calle, Edificio y Apto., Ruta Rural o Ruta Contrato | Núm. y Calle, Edificio y Apartamento, Carretera y Kilómetro |
| Canóvanas, PR 00729 | Carolina, PR 00987 |
| Pueblo, País y Código Postal | Pueblo, País y Código Postal |

## Sección II. Información del Servicio Solicitado

Información del fallecido, si aplica: N/A (Nombre) N/A (Seguro Social)

Comparece el solicitante de epígrafe, Eva E. Meléndez Fraguada por derecho propio ______ mediante representante legal o tutor, muy respetuosamente, EXPONE, ALEGA Y SOLICITA:

1. Que el Administrador de los Sistemas de Retiro emitió decisión el 25 mayo de 2021 depositada en el correo el 12 de junio de 2021 sobre Determinación Área de servicios al Participantes de la Junta de Retiro PR
2. Que no estoy conforme con dicha decisión por las siguientes razones: La decisión recibida el 12-6-2021, no estoy de acuerdo por las razones que expuse en el proof of claim el 23 de mayo del 2018, reclamación 31272, Administración Sistema Retiro que fue incluida en la Quiebra, Promesa y según expone la Ley 106 del 23-8-2017, no había notificado a los empleados una certificación de Aportaciones (ver Anejo I). Ver Hojas y/o páginas (23) adicionales, según instrucciones.

| [signature] | N/A | 3-7-2021 |
|---|---|---|
| Firma | Firma Rep. Legal o Tutor | Fecha (día/mes/año) |

## PARA USO DE LA AGENCIA

Recibido por:

| | | | |
|---|---|---|---|
| Nombre | Puesto que Ocupa | Firma | Fecha (día/mes/año) |

Conservación: Igual al expediente del cual forma parte.

000 0007592 00000000 0002 0005 01519 INS: 0 0

ı may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

JNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

MMLID: 1202090

EPOC ID: 170356600251465

| | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☒ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |



Claim No. [31272]
Initials [ LV ] [ ]

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule F – Participant Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule F – Obligaciones de los participantes como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.**

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales**, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

## Part 1 / Parte 1 Identify the Claim / Identificar la reclamación

| | |
|---|---|
| Who is the current creditor?<br>¿Quién es el acreedor actual? | EVA E MELENDEZ FRAGUADA<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br>Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor ______ |



Received

MAY 24 2018

Prime Clerk LLC





U0503 v 01 02.15.2018



000 0007593 00000000 0003 0005 01519 INS: 0 0

**8. How much is the claim?**

¿Cuál es el importe de la reclamación?

$ 99,793.52 (2013)

Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☒ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

El Fundamento de la reclamación es que Administración sistema Retiro fue incluida en la Quiebra, Promesa y no ha notificado a los empleados según explica Ley 106, una notificación de Aportaciones.

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☒ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:

☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro Describir: ______

Basis for perfection / Fundamento de la realización de pasos adicionales: ______

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

Value of property / Valor del bien: $______

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $______

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $______
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $______

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)______%

☐ Fixed / Fija

☐ Variable / Variable

COBA

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ ______



| | | |
|---|---|---|
| 2. Has this claim been acquired from someone else? ¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom? Sí. ¿De quién? | |
| 3. Where should notices and payments to the creditor be sent? Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) ¿A dónde deberían enviarse las notificaciones al acreedor? Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | Where should notices to the creditor be sent? ¿A dónde deberían enviarse las notificaciones al acreedor?<br>EVA E MELENDEZ FRAGUADA<br>PO BOX 361<br>CANOVANAS PR 00729<br>787-394-4756<br>Contact phone / Teléfono de contacto<br>evaestella@outlook.com<br>Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different) ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br>Eva E. Meléndez Fraguada<br>Name / Nombre<br>P. O. BOX 361<br>Number / Número Street / Calle<br>Canovanas PR 00729<br>City / Ciudad State / Estado ZIP Code / Código postal<br>787-394-4756<br>Contact phone / Teléfono de contacto<br>evaestella@outlook.com<br>Contact email / Correo electrónico de contacto |
| 4. Does this claim amend one already filed? ¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes. Claim number on court claims registry (if known) Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) ______<br>Filed on / Presentada el ______ (MM/DD/YYYY) / (DD/MM/AAAA) | |
| 5. Do you know if anyone else has filed a proof of claim for this claim? ¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☐ No / No<br>☒ Yes. Who made the earlier filing? Sí. ¿Quién hizo la reclamación anterior? Caso #17-bk-03566 21-5-2017 | |

**Part 2 / Parte 2:** **Give Information About the Claim as of the Petition Date**
**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

| | |
|---|---|
| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico? ¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br>______ |
| 7. Do you supply goods and / or services to the government? ¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br>Vendor / Contract Number \| Número de proveedor / contrato: ______<br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ ______ |

| | |
|---|---|
| Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br><br>☒ Yes. Identify the property / Sí. Identifique el bien: ________ |
| Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br><br>☒ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim. $________<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3: Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el ________ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma [signature]

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name: Eva E Meléndez Fraguada
First name / Primer nombre — Middle name / Segundo nombre — Last name / Apellido

Title / Cargo: Analista en Administración de Recursos Humanos IV

Company / Compañía: ________
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: P O BOX 361
Number / Número — Street / Calle

Canóvanas — P.R. — 00729
City / Ciudad — State / Estado — ZIP Code / Código postal

Contact phone / Teléfono de contacto 787-394-4756 Email / Correo electrónico evaestelle@outlook.com

U0506 v.01 02.15.2018

Anejo II

**Ley 1** (20-2-1990 al 30-6-2013)

| **AñO** | **Aportación Retiro** |
|---|---|
| 2013 | $8,818.92 |
| 2012 | 7,809.84 |
| 2011 | 7,807:64 |
| 2010 | 7,710.45 |
| 2009 | 7,611.12 |
| 2008 | 7,422.91 |
| 2007 | 6,276.72 |
| 2006 | 5,924.84 |
| 2005 | 6,240,50 |
| 2004 | 4,780.18 |
| 2003 | 4,446.02 |
| 2002 | 4,000.00 |
| 2001 | 3,689.51 |
| 2000 | 2,947.00 |
| 1999 | 3,000.00 |
| 1998 | 3,080.85 |
| 1997 | 2,262.95 |
| 1996 | 2,752.05 |
| 1995 | 1,417.50 |
| 1994 | 1,355.42 |
| 1993 | 250.00 |
| 1992 | 189.50 |
| Total | $ 99,793.52 |





# ESTADO DE CUENTA ESTIMADO

09 de noviembre de 2017

**Agencia: 163 - CORPORACION FONDO DEL SEGURO DEL ESTADO**

EVA MELENDEZ FRAGUADA **Seguro Social: XXX-XX-9563**
PO BOX 361
CANOVANAS, PR 00729

A base de la información en nuestros registros, al 09 de noviembre de 2017 usted posee:

**Fecha de Nacimiento:** [redacted] **1966** **Género: Femenino**
**Fecha de Ingreso al Servicio Público: 31 de agosto de 1990**
**Fecha de Comienzo de Cotización: 31 de agosto de 1990**

| ***Ley 1 al 30 de junio de 2013*** | | |
|---|---|---|
| Años Acreditados: | 21.25 | |
| Aportaciones: | | $92,666.79 |
| Intereses: | | $20,160.98 |
| Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $112,827.77 |
| SNC Pagado: | | $0.00 |
| SNC Tiempo: | 0.00 | |
| Beneficio: | | $0.00 |

| ***Ley 3 al 31 de diciembre de 2016*** | | |
|---|---|---|
| Años Acreditados: | 4.01 | |
| Aportaciones: | | $39,518.50 |
| Intereses: | | $3,135.84 |
| Gastos Teneduría: | | $0.00 |
| Total Aportaciones: | | $42,654.34 |
| Beneficio: | | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
www.retiro.pr.gov

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| En el caso: LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante del ESTADO LIBRE ASOCIADO DE PUERTO RICO *y otros*, Deudores.[1] | PROMESA Título III No. 17 BK 3283-LTS (Administrados en forma conjunta) |
|---|---|

**AVISO DE RECONCILIACIÓN ADMINISTRATIVA DE RECLAMACIONES**

Fecha de Notificación: **10 de junio de 2021**
Reclamante(s) designados: **Melendez Fraguada, Eva E**
Dirección: **PO BOX 361
Canovanas PR 00729**

Número(s) de reclamaciones designadas: **177716**
Cantidad(es) indicada(s) en la(s) prueba(s) de reclamación: **$99,793.52**
Tipo de Reclamación: **Empleados Públicos y Pensión/Jubilación**

Este aviso solo aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene abogado, puede consultar con uno.

[1] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos de su número de identificación de contribuyente federal , según corresponda, son (i) el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (caso de Quiebras núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (caso de Quiebras núm. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (caso de Quiebras núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (caso de Quiebras núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (caso de Quiebras núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3747); y (vi) la Autoridad de Edificios Públicos ("PBA") (caso de Quiebras 19 BK 5523-LTS) (los casos al amparo del Título III figuran con números de caso de la Corte de Quiebras debido a limitaciones del *software*).

your collective bargaining agreement to find more information regarding the steps that will be taken to resolve your claim, the timing for resolving your claim, and any appeal rights you may have.

If at any point you receive an Initial Determination, but you do not file an appeal within the applicable time lines above, your claim will be designated as "resolved," and you will be paid the amount, if any, determined by the administrative procedures.

Si tiene alguna pregunta, comuníquese con Prime Clerk LLC al (844) 822-9231 (llamada gratis para EE.UU. y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (español disponible).

Con este Aviso de Reconciliación Administrativa, el **Sistema de Retiro de los Empleados** presenta las reclamaciones anteriormente identificadas (las "Reclamacion(es) de Reconciliación Administrativa Designada(s)") en el caso de Título III del **Sistema de Retiro de los Empleados** para su resolución mediante la reconciliación de reclamaciones administrativas, conforme los procedimientos ("Procedimientos de Reconciliación Administrativa") establecidos por la ***Orden*** emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal del Título III") el 12 de marzo de 2020 [ECF No. 12274-2]. Dicha orden: ***(A) Autoriza la Reconciliación Administrativa de Reclamaciones, (B) Aprueba una Forma Adicional de Notificación, y (C) Otorga el Remedio Apropiado***. Por este medio se autoriza y ordena a Prime Clerk a que indique en el Registro de Reclamaciones de estos casos de Título III que (las) Reclamación(es) de Reconciliación Administrativa Designada(s) están "Sujetas a la Reconciliación Administrativa". Se adjunta una copia de los Procedimientos de Reconciliación Administrativa para su referencia.

El propósito de los Procedimientos de Reconciliación Administrativa es permitir que el Estado Libre Asociado evalúe y resuelva la reclamación presentada por usted utilizando sus procesos administrativos existentes. Solo ciertos tipos de reclamaciones son elegibles para participar en el Procedimiento de Reconciliación Administrativa: las reclamaciones por beneficios de jubilación o pensión ("Reclamaciones de jubilación/pensión"), las reclamaciones por reembolso de contribuciones ("Reclamaciones de reembolso de contribuciones"), las reclamaciones por salarios y beneficios adeudados a empleados públicos ("Reclamaciones de empleados públicos") y las querellas sindicales ("Reclamaciones de quejas/agravios"). Para obtener información sobre los procesos administrativos aplicables a su reclamación, consulte la "Descripción General de los Procedimientos de Reconciliación Administrativa de Reclamaciones."

Para garantizar que las reclamaciones se resuelvan y se paguen de manera oportuna, las Reclamaciones Administrativas de Reclamaciones serán monitoreadas por el tribunal del Título III y el **Sistema de Retiro de los Empleados** deberá informarle al tribunal del Título III **cada 60 días** sobre el estado de toda reclamación sometida a los Procedimientos de Reconciliación Administrativa.

No necesita hacer nada más en este momento. Dentro de los próximos 60 días, un representante de la siguiente agencia se comunicará con usted e iniciará el Procedimiento de Reconciliación Administrativa para la Reconciliación de su Reclamación Administrativa:

**State Insurance Fund**

Si no recibe comunicación de un representante de la agencia dentro de los **SESENTA DÍAS SIGUIENTES A LA "FECHA DE NOTIFICACIÓN" QUE APARECE EN LA PARTE SUPERIOR DE ESTE AVISO, COMUNÍQUESE CON PRIME CLERK.**

## Descripción General de los Procedimientos de Reconciliación Administrativa de Reclamaciones

Usted está recibiendo este aviso porque los Deudores han determinado que su(s) reclamación(es) debe(n) resolverse utilizando los procedimientos administrativos existentes del Estado Libre Asociado. Su reclamación se resolverá utilizando uno de los procedimientos identificados a continuación. Por favor consulte el Aviso de Reconciliación Administrativa de Reclamaciones que acompaña esta Descripción General para determinar cuáles procedimientos se seguirán para procesar su reclamación. Esta Descripción General le brinda información básica sobre los próximos pasos para resolver su reclamación y los procedimientos administrativos que se utilizarán para considerar su reclamación. **Lea esta Descripción General detenidamente y discútala con su abogado. Si no tiene abogado, puede consultar con uno.**

Dentro de los sesenta (60) días siguientes al recibo de este aviso, un representante de la agencia del Estado Libre Asociado responsable de procesar su reclamación se comunicará con usted para notificarle que dicha agencia ha iniciado el procesamiento de su reclamación. SI NO RECIBE COMUNICACIÓN DE NINGUNA AGENCIA DEL ESTADO LIBRE ASOCIADO DENTRO DE SESENTA (60) DÍAS, POR FAVOR COMUNÍQUESE CON PRIME CLERK INMEDIATAMENTE.

Una vez la ASR, Hacienda o la agencia correspondiente del Estado Libre Asociado haya llegado a una determinación inicial (la "Determinación Inicial") en cuanto al monto, si alguno, de su reclamación, le enviará una carta notificándole su decisión.

Si no está de acuerdo con la Determinación Inicial, tiene derecho a una apelación. Los plazos de tiempo y los procedimientos aplicables a dicha apelación varían de acuerdo al tipo de reclamación que usted presente:

- Reclamaciones de pensión/jubilación: Si no está de acuerdo con la Determinación Inicial de la ASR, tendrá treinta (30) días a partir de la fecha de la carta para solicitar la reconsideración. Si pide reconsideración, un oficial examinador celebrará una vista para considerar su reclamación. Recibirá la decisión de la ASR dentro de los cuarenta y cinco (45) días siguientes a la celebración de la vista. Si la ASR deniega la reconsideración de su reclamación, deberá presentar una apelación ante la Junta de Retiro dentro de treinta (30) días a partir de la fecha de la denegación de la reconsideración. Si su apelación es rechazada, deberá presentar una apelación ante el Tribunal de Apelaciones de Puerto Rico dentro de treinta (30) días a partir de la fecha de la determinación de la Junta de Retiro.

- Reclamaciones de reembolso de contribuciones: Si no está de acuerdo con la Determinación Inicial de Hacienda, puede radicar una demanda en el Tribunal de Primera Instancia dentro de los treinta (30) días siguientes a la fecha de envío de la carta de Hacienda.

- <u>**Reclamaciones de empleados públicos**</u>: El Estado Libre Asociado tiene muchos procesos administrativos, administrados por muchas entidades diferentes, para que los empleados tramiten reclamaciones relacionadas con el empleo. Si no está de acuerdo con la Determinación Inicial de la agencia correspondiente, tiene derecho a una apelación, incluyendo el derecho de apelar esa Determinación Inicial ante el Tribunal de Apelaciones de Puerto Rico. Debe analizar con su abogado el plazo de tiempo dentro del cual deberá radicar su apelación. Si no tiene abogado, puede consultar con uno.

- <u>**Reclamaciones de quejas/agravios**</u>: Si tiene una reclamación relacionada con quejas/agravios, la misma se procesará de acuerdo con los términos de su convenio colectivo.Debe examinar su convenio colectivo para obtener más información sobre los pasos que se tomarán para resolver su reclamación, los plazos de tiempo para resolverla y los derechos de apelación que usted pueda tener.

Si en algún momento recibe una Determinación Inicial pero no radica una apelación dentro de los plazos de tiempo indicados anteriormente, su reclamación será designada como "resuelta" y se le pagará el monto, si alguno, que se haya determinado en los procedimientos administrativos.

## Administrative Claims Reconciliation Procedures

1. The Pension/Retiree Claims, the Tax Refund Claims, the Public Employee Claims, and the Grievance Claims will be subject to Administrative Claims Reconciliation in two instances:

a. Within one hundred twenty (120) days of approval of these procedures by the Court, and every sixty (60) days thereafter, the Commonwealth, on behalf of itself and the other Debtors, shall file with the Title III Court and serve upon the claimants a notice, the form of which is annexed hereto as Exhibit 2 (the "Administrative Reconciliation Notice"), informing such claimant that its Claim shall be handled in accordance with the aforementioned Administrative Claims Reconciliation process. The Administrative Reconciliation Notice will designate whether each Claim is to be resolved using the Pension/Retiree Procedures, the Tax Refund Procedures, the Grievance Procedures, or the Public Employee Procedures.

b. In the event that (i) the Debtors file an omnibus objection to Claims, (ii) a claimant objects to the relief requested in such omnibus objection, and (iii) the Court or the Debtors determine that such Claim should be subject to Administrative Claims Reconciliation, the Debtors shall file an Administrative Reconciliation Notice with the Court and serve the Administrative Reconciliation Notice upon the Claimant stating that such Claim has been removed from the omnibus objection and shall be subject to the Administrative Claims Procedures. If the Debtors make such determination, on the date when the Debtors' reply in support of its omnibus objection is due, the Debtors shall file an Administrative Reconciliation Notice with the Court setting forth the Claims to which an omnibus objection has been interposed and responded to by the holder thereof as and to which the Debtors have determined should be subject to the Administrative Claims Reconciliation process. If the Court makes such determination, the Court shall provide notice to the Debtors, and the Debtors shall file such an Administrative Reconciliation Notice with the Court. To the extent necessary, the automatic stay, extant pursuant to section 362 of the Bankruptcy Code, should be deemed modified so as to permit the continuation of the reconciliation of any claims subject to Administrative Claims Reconciliation.

2. With respect to each of the Pension/Retiree Claims, the Tax Refund Claims, the Public Employee Claims, and the Grievance Claims, upon reconciliation, the Debtor(s) shall pay the amount due and owing in the ordinary course.

3. Upon the filing of the Administrative Reconciliation Notice, any claims subject thereto (the "ACR Designated Claims") shall be designated as "Subject to Administrative Reconciliation" on the Claims Registry in these Title III Cases. The Administrative Reconciliation Notice shall authorize and direct Prime Clerk to mark all claims listed on the Administrative Reconciliation Notice as "Subject to Administrative Reconciliation" on the official claims register in these Title III Cases.

19 de diciembre de 2019

Junta de Retiro
Gobierno de Puerto Rico
Plan Retiro 106
P.O. Box 194533
San Juan, PR 00919-4533

Prime Clerk
830 Third Ave. 9th Floor
New York , NY 10022
(In re Commonwealth of PR,
case No. 17-03283
United State Bankrutcy
Court for the District
Proof of Claim No. 31272, 30917

**CUENTA PLAN RETIRO LEY 106**

El 14 de diciembre de 2019, recibí en mi correo postal comunicación por parte de la Junta de Retiro del Gobierno de PR, notificando que la Junta le permite asumir las riendas de mi futuro y tomar control de mi cuenta en el Plan de Retiro 106.

Explica que consiste en dos fases principales que comienzan el 19 de diciembre de 2019, enumerando en qué consiste la primera fase; acceder a mi cuenta a través de Plan106info.com, elegir fondo de inversión y designar beneficiarios, entre otras transacciones, herramientas disponibles y recursos educativos que le ayudarán a obtener el conocimiento necesario de acuerdo con mis intereses y necesidades.

Indican que durante la segunda fase es que tendré acceso a ver mi balance acumulado, los fondos de inversión que haya seleccionado durante la primera fase que serán efectivas, la fecha del comienzo de esta fase será notificada más adelante.(ver anejo 1)

Deseo notificar que no estoy de acuerdo con la comunicación recibida el 14 de diciembre de 2019, la cual no cumple con lo estipulado en la Ley 106 del 23 de agosto de 2017, la cual indica que esta ley persigue salvaguardar el bienestar de los Pensionados y Servidores públicos.

En el Capítulo I-Disposiciones Generales de la Ley 106 del 23 de agosto de 2017, Artículo 1.4 Política Pública, párrafo 2, establece; se declara como política pública proteger el futuro de nuestros servidores públicos, mediante esta ley, nos aseguramos que estos puedan tener un retiro digno, libre de incertidumbres, segregando sus aportaciones personales, garantizando las mismas y estableciendo un nuevo plan de aportaciones definidas en fideicomiso o instrumento similar que le permitirá proteger y garantizar sus aportaciones en cuentas separadas.

En el capítulo 2- Cuenta para el pago de las Pensiones Acumuladas por los Sistema de Retiro, Artículo 2.2 -Registró de las Pensiones Acumuladas, establece en el primer párrafo, se creará y mantendrá un registro de cada participante, beneficiario y pensionado de los Sistema de Retiro que reflejará detalladamente las cantidades que le corresponde a cada uno, como Pensión Acumulada, según sus respectivos Sistema de Retiro hasta la fecha en que entre en vigor la presente Ley; detallará, sin que esto entienda como una limitación, el beneficio acumulado al que tiene derecho el participante y el historial de empleo y las aportaciones realizadas, de acuerdo a cada Ley de Retiro aplicable en la cual cotizó el participante, beneficiario o pensionado. Establece en el número uno (1) y dos (2) en un término de sesenta (60) días a partir de la aprobación de esta ley deberán producir un listado de todos los beneficiarios y pensionados de los tres Sistema de Retiro ( Ley 447, Ley 1 y Ley 106).

En un término no mayor de ciento ochenta (180) días a partir de la aprobación de esta Ley, deberán producir un registro de todos los participantes que incluyan la Pensión Acumulada a cada uno por los tres Sistemas de Retiro, al momento que entre en vigor la presente Ley y los términos de pago de la misma. Los tres Sistema de Retiro deberán tomar todas las medidas necesarias para garantizar que el registro contenga información fiel y exacta respecto a cada Participante, Beneficiario y Pensionado. En el párrafo cuatro (4), se establece que si un Participante, Beneficiario o Pensionado queda insatisfecho con la determinación de la Administración de Sistema de Retiro bajo el inciso anterior, deberá presentar una solicitud de reconsideración dentro de un término de veinte (20) días, contados a partir de la notificación de la decisión de la Administración de Sistema de Retiro. De no presentarse la reconsideración advendrá final y firme.

Por todas las razones enumeradas anteriormente, no estoy de acuerdo con las determinaciones establecidas por la Junta de Retiro del Gobierno de Puerto Rico, los cuales han incumplido con los términos establecidos de la Ley 106. Además, han errado en cuanto a las fases establecidas, las cuales deben ser realizadas a la inversa, donde el participante pueda tener una orientación directa, previa. Pueda tener certeza de los balances acumulados e intereses, orientación Directa sobre los diferentes tipos de inversión, libre de incertidumbre, ofrecer una opción de determinación de elección propia por el empleado y una orientación más completa que no sea sólo a través de lectura en un tema tan importante como este. El periodo en que fue implantado no fue el propio, ya que muchos empleados se van de vacaciones y se otorgan días libres a los empleados por periodos festivos. Además, se plantea que la compañía Alight Solution, no cumple con el Good Standing, datos que no han sido discutidos con los empleados, dado a cómo se ha colocado en riesgo nuestras aportaciones y a través de los mismo medios han verbalizado no son cuentas aseguradas, nos colocan en un estado de indefensión dado a no establecer una comunicación correcta al empleado.

Muestra de ello fue la evidencia referida por esta servidora al Proof of Claim, donde el balance acumulado en la Ley 1 al 30 de junio de 2013, no es correcto. (Ver Anejo 2).

Por tanto, solicito se ordene a la Junta de Retiro del Gobierno de Puerto Rico, cumpla con lo

notificado mediante la Ley 106 .

Cabe señalar que como contribuyente, cumplo con mi responsabilidad contributiva del gobierno de Puerto Rico, por lo que no debo ser penalizada por errores de terceros.

Como empleada de la Corporación del Fondo del Seguro del Estado, mediante la Ley 66 del 2013, determinaron cambiar mi beneficio del Sistema de Retiro, a pesar de ser una Corporación solvente. Además, nos eliminaron muchos beneficios marginales obtenidos como empleados.

Sin embargo, la propia Ley 106 del 23 de agosto de 2017, establece en el Capítulo 2, que las pensiones acumuladas de los jueces que se encontraban cotizando y aquellos de nuevo ingreso al Sistema de Retiro para la judicatura que sean nombrados luego de la vigencia de esta Ley (106, se continuarán computando conforme a la Ley de Retiro de la judicatura, aplicable a cada juez. Se dispone expresamente que dichas pensiones acumuladas, así como los términos de pago de las mismas, no serán afectadas o modificadas de forma alguna por las disposiciones de esta Ley. Entiendo que de igual forma , debió haber sido aplicado específicamente para los empleados de la Ley 447 y Ley 1 de la Corporación del Fondo del Seguro del Estado, la cual, no debió haber sido incluida en la Ley 66, para así obtener un Retiro digno.

Por tanto, solicito se ordene a la Junta de Retiro del Gobierno de PR, lo siguiente;

1. la posibilidad de honrar el Sistema de Retiro, conforme se estableció en su origen y respectivas leyes para los empleados de la Ley 447 y Ley 1 de la Corporación del Fondo del Seguro del Estado, para así obtener un Retiro digno como se aplicó para el Sistema de Retiro de la Judicatura.
2. Se tome en consideración el caso #SJ 2019CV 07928, vigente ante el Tribunal de Primera Instancia, Sala Superior de San Juan, PR, llevado a cabo por la Asociación de Empleados Gerenciales de la Corporación del Fondo del Seguro del Estado, sobre Sentencia Declaratoria de Inconstitucionalidad del Artículo 3.1 b 1, 3.1 b 2, 3.2, 3.4 de la Ley 106 del 23 de agosto de 2017. Y como empleada pueda hacer libre selección donde deseó colocar las aportaciones realizadas hasta el presente.
3. Que al realizar transferencia de mi expediente en el Sistema de Retiro que determine escoger, se transfiera mi última designación de beneficiario sometida a dicha entidad el 6 de diciembre de 2018, la cual es la que debe permanecer, hasta tanto como participante decida realizar algún cambio ( Ver Anejo III ).
4. Que los intereses acumulados en relación al Sistema de Retiro en la Ley 106, sean incluidos.
5. Se me presente el Historial de Empleo con las aportaciones realizadas para corrección de la diferencia encontrada en el Sistema de Retiro de la Ley 1. De igual forma pueda ser orientada detalladamente en relación al Sistema de Retiro de la Ley 3 y 106 .
6. Se me notifique la cantidad acumulada e intereses acumulados correctos al presente para el Sistema de Retiro de la Ley 1,3 y 106.

Dado a que se eliminaron las aportaciones patronales que el gobierno realizaba a favor de los Sistemas de Retiro de empleados públicos, mediante la ley 106. Además, es opcional para el Gobernador de PR, para todos los Secretarios del Gobierno, Jefes de agencias e instrumentalidades públicas, los ayudantes y asesores del Gobernador, los miembros de comisiones y juntas nombradas por el Gobernador, los miembros de la asamblea legislativa, los empleados y funcionarios de la asamblea legislativa y de la Oficina de Servicios Legislativos, el Contralor de PR. También es opcional a los empleados de Departamento, divisiones, negociados, Oficina, dependencias, Corporaciones públicas e instrumentalidades del gobierno de PR, que trabajen y residan fuera de los límites territoriales de PR. Asimismo debo tener oportudinad de determinar mi plan de ahorro para uso futuro.

En cuanto al fondo de inversión, dependiendo de la alternativa de inversión que el servidor público escoja de las que se proveen . Este dinero estaría sujeto a "gastos de manejo adicionales y extraordinarios, según determine la Junta de Retiro, del cual no he sido orientada.

Además, indica que la Ley crea una Junta del Retiro del Gobierno de PR. La misma está compuesta por 13 miembros. De estos, ocho (8) son nombrados directamente o indirectamente por el Gobernador. Los otros tres (3) son nombrados por la Federación de Alcaldes, la Asociación de alcaldes y el Tribunal Supremo, por lo cual, se puede observar no asignaron alguna representación de los empleados públicos, por lo cual nos colocan en un estado de indefensión.

Por tanto, dado a que el gobierno de PR , no aporta nada a mi retiro, esta Ley 106 resulta inconstitucional , ya que no tiene una aplicación uniforme con toda la clase trabajadora, incluyendo al sector privado. Además, se me está privando, hacer uso inmediato de mi dinero con el fin de determinar mi propia decisión, donde establezco mi Plan de ahorro para uso futuro.

Solicito, se tome en consideración todo los datos antes señalados y ordene a la Junta de Retiro del Gobierno de PR, que sus empleados de la Ley 447 y 1, puedan obtener un Retiro digno, como les fue permitido al Sistema Judicial u otros en PR.

Me reitero a su disposición y me brinden las determinaciones realizadas en relación a esta petición.

Cordialmente;

Eva Estela Meléndez Fraguada
Analista en Administración de Recursos Humanos V
Personal
Reclutamiento CFSE
787-793-5959 x-5486
787-394-4756
P. O. Box 361
Canóvanas, PR 00729

C: Lic. Leonaldo Delgado Navarro
leonaldodelgadonavarro@gmail.com
Lic. Ramon Rodríguez Melendez
Lic. José E. Ortiz Torres AEGCFSE

7019 1640 0001 6891 0612

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $3.50
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $2.80
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $
Postage $1.60
Total Postage and Fees $7.90
Postmark Here

Sent To: Junta Retiro
Street and Apt. No., or PO Box No.: 830 Third Ave 9th Floor
City, State, ZIP+4®: New York NY 10022

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Junta de Retiro
Gobierno PR
P.O. Box 194533
San Juan, PR 00919-4533

9590 9402 5273 9154 3612 17

2. Article Number (Transfer from service label)
7019 1640 0001 6891 0605

A. Signature
X Jonathan Ortiz ☐ Agent ☐ Addressee

B. Received by (Printed Name): Jonathan Ortiz
C. Date of Delivery: 1/8/2020

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

HATO REY PR 00918
JAN - 8 2020
USPS

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt



GOBIERNO DE PUERTO RICO
JUNTA DE RETIRO DEL GOBIERNO DE PUERTO RICO

25 de mayo de 2021

Eva Meléndez Fraguada
PO Box 361
Canóvanas, PR 00729

**CERTIFICACIÓN CON ACUSE DE RECIBO**

Estimado(a) señor(a) Meléndez:

Reciba un cordial saludo de parte de todos los que laboramos en la Junta de Retiro del Gobierno de Puerto Rico, en adelante "Junta de Retiro". Sirva la presente como la determinación del Área de Servicios al Participantes de la Junta de Retiro del Gobierno de Puerto Rico relacionada a la **Evidencia de Reclamación (Proof of Claim) Núm. 31272** con fecha del 9 de diciembre de 2020, y que fuera referida al Procedimiento de Reconciliación Administrativa de Reclamaciones dentro del Proceso de Título III de la Administración de los Sistemas de Retiro de los Empleados del Gobierno de Puerto Rico y la Judicatura.

El Artículo 5-110 de la Ley 447 de 15 de mayo de 1951, según enmendada, dispone que los beneficios a la **separación del servicio público** son: al separarse permanentemente del servicio, cuando la separación no es por causa de muerte o incapacidad total y permanente, el balance en la cuenta del participante del Programa Híbrido le será distribuido al participante si el participante cumple con cualquiera de los siguientes requisitos: (i) ha cotizado menos de cinco (5) años en el servicio público o, (ii) tiene acumulado en el Sistema una cantidad igual o menor de diez mil dólares ($10,000.00).

Luego de haber evaluado su información en nuestros sistemas mecanizados, le informo que Usted tiene preservado beneficios bajo **Ley 1-1990, según enmendada**. Actualmente, y según se desprende de nuestra base de datos, Usted tiene acumulado **$131,378.79** en aportaciones y/o 21.25 años cotizados al 30 de junio de 2013. Le informamos, que actualmente Usted es un participante **activo**, lo que significa que no se ha separado del servicio público. Usted tendrá derecho a recibir beneficios de pensión al cumplir 65 años de edad. Usted podrá solicitar un Estado de Cuenta cuando esté próximo a recibir los beneficios de pensión, tres (3) años previos a cumplir la edad requerida para actualizar sus aportaciones, si alguna. No obstante, cuando usted radique su pensión el Área de Participantes actualiza y corrige las mismas en sistema. Esta comunicación no constituye un estado de cuenta oficial. La información contenida en el expediente del participante pudiera modificar los balances aquí informados.

De usted no estar de acuerdo con esta determinación puede presentar un escrito de reconsideración. A esos efectos, le incluyo Pliego de Advertencias y reglas generales que aplican para las solicitudes de reconsideración o apelación. Usted tiene un término de veinte (20) días desde la fecha de la notificación de esta determinación, para presentar un escrito de reconsideración o treinta (30) días calendario para presentar un escrito de apelación ante la Junta de Retiro del Gobierno de Puerto Rico.

Favor tenga en cuenta que este Procedimiento de Reconciliación Administrativa de Reclamaciones no afecta—ni está relacionado con— si el Plan de Ajuste impactará su pensión. Si el Plan de Ajuste afectara el monto de su pensión, usted tendrá la oportunidad de participar en el proceso del Plan de Ajuste oportunamente.

Cordialmente,

Marlisa Marrero Negrón
Directora
Área de Servicios a Participantes

**XXX-XX-9563**



9 de diciembre de 2020

Sr. Luis M. Collazo Rodriguez

Administrador

Administración de los Sistemas de Retiro de los empleados de Gobierno y Judicatura de P. R.

P.0. Box 42003

San Juan, PR 00940-2203

Tel. 787-7771500

Www. Retiro .pr.gov

Servicioretiro@retiro.pr.gov

Omar Marrero

Director Ejecutivo

Junta de Retiro Gobierno PR.

P.O. Box 194533

~~San Juan, PR 00919-4533~~

Reconciliación Administrativa Título III - Promesa 17 BK 3283- LTS

El Tribunal de Distrito de EU, emitió Orden de Reconciliación Administrariva para el distrito de PR, el 12 de marzo de 2020. Dicha Orden autoriza la reconciliación administrativa, notificación y remedio apropiado. Indican que para garantizar que las reclamaciones se resuelvan y se paguen de manera oportuna, las reclamaciones administrativas serán monitoreadas por el Tribunal de Título III y Sistema de Retiro de los Empleados, deberá informarle al Tribunal de Título III, cada 60 días sobre el estado de toda reclamación sometida a los procedimientos de Reconciliación Administrativa. Además, establece que dentro de 60 dias a partir del 6 de noviembre de 2020, un representante de Sistema de Retiro de Empleados del Gobierno del ELAPR, se comunicará conmigo ( Eva Estela Melendez Fraguada, Reclamante 31272,Retire Claims) e iniciará el Procedimiento de Reconciliación Administrativa. ( ver adjunto Aviso de Reconciliacion Administrativa).

Al presente, para su conocimiento, no he recibido ningún tipo de comunicación de algún representante de Retiro a partir de la fecha de notificación a Retiro. Para efectos, de conocimiento

7-1-21 Raúl Andrades
envié email
[illegible]

a todas las partes está reclamación no ha sido atendida por Administración de Sistema de Retiro desde que fue notificada cuando comenzó el caso de Proof of Claim. Por tanto, el gobierno de PR aprobó la Ley 80 2020 de Retiro Incentivado para los empleados del gobierno de PR, que cumplan con los requisitos requeridos, la cual al presente quedó en suspenso hasta que haya acuerdo entre las partes gobierno de PR, junta de Control Fiscal y AaFaf. A esos efectos, es importante que esta reclamación sea atendida, ya que la cantidad de aportación que indican que he aportado a la Administración de sistema de Retiro es incorrecta, por ende los intereses adjudicados también son incorrectos, para efectos del cómputo de pensión. Agradeceré, se cumpla con la Orden emitida. De no recibir notificación para cita en el término estipulado, procederé con la orden de notificación al Prime Clerk, según notificado por dicha entidad.

Cordialmente;

Eva Estela Melendez Fragua

P. O. Box 361

Canovanas, PR 00729

Analista en Administración c

Reclutamiento

Oficina Central CFSE

Tel. 787-394-4756

787-793-5959 x- 5486

evaestella@outlook.com

C: Prime Clerk

830 Third Ave. 9th Floor

New York, By 10022

( in re Comm. P.R.

Case no. 17-03283

United States Bankrutcy

Proof of Claims no. 31272

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Luis M. Collazo Rodriguez
Administración Sistema Retiro
P.O. Box 42003
San Juan, PR 00940-2203

9590 9402 6176 0220 3429 99

2. Article Number (Transfer from service label)
7020 2450 0001 7006 3346

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X HCC ☐ Agent ☐ Address

B. Received by (Printed Name) ASR C. Date of Deliv 12/17/202

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Restricted Delivery
☐ Priority Mail Expres
☐ Registered Mail™
☐ Registered Mail Re Delivery
☐ Signature Confirma
☐ Signature Confirma Restricted Delivery

Domestic Return R

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Omar Marrero
Junta Retiro Gobierno PR
P.O. Box 19453
San Juan, PR 00919-4533

9590 9402 6176 0220 3430 19

2. Article Number (Transfer from service label)
7020 2450 0001 7006 3360

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addres

B. Received by (Printed Name) Luis Videl C. Date of Deliv 17/12/2

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
Restricted Delivery
Delivery
(over $500)
☐ Priority Mail Expres
☐ Registered Mail™
☐ Registered Mail Re Delivery
☐ Signature Confirma
☐ Signature Confirma Restricted Delivery

Domestic Return R

a todas las partes está reclamación no ha sido atendida por Administración de Sistema de Retiro desde que fue notificada cuando comenzó el caso de Proof of Claim. Por tanto, el gobierno de PR aprobó la Ley 80 2020 de Retiro Incentivado para los empleados del gobierno de PR, que cumplan con los requisitos requeridos, la cual al presente quedó en suspenso hasta que haya acuerdo entre las partes gobierno de PR, junta de Control Fiscal y AaFaf. A esos efectos, es importante que esta reclamación sea atendida, ya que la cantidad de aportación que indican que he aportado a la Administración de sistema de Retiro es incorrecta, por ende los intereses adjudicados también son incorrectos, para efectos del cómputo de pensión. Agradeceré, se cumpla con la Orden emitida. De no recibir notificación para cita en el término estipulado, procederé con la orden de notificación al Prime Clerk, según notificado por dicha entidad.

Cordialmente;

Eva Estela Melendez Fragua
P. O. Box 361
Canovanas, PR 00729
Analista en Administración c
Reclutamiento
Oficina Central CFSE
Tel. 787-394-4756
787-793-5959 x- 5486
evaestella@outlook.com

C: Prime Clerk
830 Third Ave. 9th Floor
New York, By 10022
( in re Comm. P.R.
Case no. 17-03283
United States Bankrutcy
Proof of Claims no. 31272

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Luis M. Collazo Rodriguez
Administración Sistema Retiro
P.O. Box 42003
San Juan, PR 00940-2203

9590 9402 6176 0220 3429 99

2. Article Number (Transfer from service label)
7020 2450 0001 7006 3346

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X HCC ☐ Agent ☐ Address
B. Received by (Printed Name) ASR
C. Date of Delive 12/12/202
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Il Restricted Delivery
☐ Priority Mail Express
☐ Registered Mail™
☐ Registered Mail Res Delivery
☐ Signature Confirma
☐ Signature Confirma Restricted Delivery

Domestic Return Re

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Omar Marrero
Junta Retiro Gobierno
PR
P.O. Box 194533
San Juan, PR 00919-4533

9590 9402 6176 0220 3430 19

2. Article Number (Transfer from service label)
7020 2450 0001 7006 3360

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Address
B. Received by (Printed Name) Luis Videl
C. Date of Deliv 17/12/
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
estricted Delivery
ed Delivery
(over $500)
☐ Priority Mail Expres
☐ Registered Mail™
☐ Registered Mail Re Delivery
☐ Signature Confirm
☐ Signature Confirm Restricted Deliver

Domestic Return R

ASR-AD-025
Oct. 20

# FORMULARIO DE ELECCIÓN
## PROGRAMA DE RETIRO INCENTIVADO
## LEY 80 DEL 3 DE AGOSTO DE 2020
## (PARTICIPANTES LEY 1-1990)

### DATOS DEL PARTICIPANTE

| Nombre del Participante | Seguro Social | Fecha de Nacimiento (día/mes/año) |
|---|---|---|
| Eva Estela Meléndez Fragueda | 9563 | [redacted]66 |

Indique el Tipo de Agencia o Patrono para el cual Trabaja:

☐ Gobierno Central Ley 129 "*Alianza Público Privada*" ☐ Municipio ☒ Corporación ☐ Otro
☐ Gobierno Central Ley 122 "*Nuevo Gobierno*" Reorganización o Negocio Jurídico Análogo

| Nombre de la Agencia o Patrono | Puesto que ocupa | Correo Electrónico |
|---|---|---|
| Corporación del Fondo del Seguro del Estado | Analista en Administración Rec. Humanos II | evaestella@outlook.com |

Tipo de Nombramiento

☐ Confianza con derecho a reinstalación de carrera
☐ Confianza sin derecho a reinstalación de carrera
☐ Término, fecha de expiración: 1-7-90 (día/mes/año)
☒ Carrera

| ¿Está acogido a Licencia Sin Sueldo? | Fecha Licencia Sin Sueldo (día/mes/año) | Salario Bruto Mensual | ¿Ha solicitado Reembolso de Aportaciones? |
|---|---|---|---|
| ☐ Sí ☒ No | — | $3,065.00 | ☐ Sí ☒ No |

### ADVERTENCIA

Su elección de participación en el Programa de Retiro Incentivado, será final e irrevocable; y constituye un relevo total y absoluto, y una renuncia de derechos, de toda reclamación que pueda tener; por acciones pasadas, presentes o futuras, fundamentales en la relación patrono/empleado, basada en: (i) la relación de empleo o terminación del mismo, bajo cualquier ley aplicable; o (ii) las acciones, si algunas, que pudieran tomarse como consecuencia de la implementación del Programa. Esta renuncia de derechos, tendrá el efecto de una transacción total, de toda acción o derecho, actual o potencial, conocido o sin conocer; que el empleado tenga, pueda tener o haya tenido, relacionada con su empleo y/o la separación del mismo. El efecto de este relevo y la correspondiente renuncia de derechos, será el de cosa juzgada. De igual modo, al acogerse a los beneficios del Programa del Retiro Incentivado, no podrá prestar sus servicios bajo ninguna clasificación como empleado para ninguna agencia, corporación y/o municipio del Gobierno de Puerto Rico; por un término de siete (7) años a partir de su participación del Programa.

Una vez transcurrido este término, podrá prestar sus servicios de conformidad con los requisitos establecidos en la Ley 447 del 15 de mayo de 1951, según enmendada; así como con aquellos de la Ley 1-2012 mejor conocida como "Ley de Etica Gubernamental de Puerto Rico". Aunque su solicitud es irrevocable, se advierte que la misma está sujeta: a ser aprobada por la Oficina de Gerencia y Presupuesto del Gobierno de Puerto Rico, a la certificación de elegibilidad final de la Administración de los Sistemas de Retiro y a que el puesto que ocupa cumple con los requisitos, para efectos de la implantación del Programa.

Su firma en este documento, certifica lo siguiente: 1) Que ha leído el mismo en su totalidad; 2) Que lo firma libre y voluntariamente; y 3) Que está de acuerdo y entiende, el contenido y los términos, de la Ley 80 del 3 de agosto de 2020; mejor conocida como: "Ley del Programa de Retiro Incentivado y Justicia para Nuestros Servidores Públicos".

La fecha de separación del servicio, que su patrono provee, es una estimada. El Patrono tendrá la facultad de extender la misma; en caso de que determine que su puesto y/o funciones son esenciales, se determine necesidad de servicios y/u otros asuntos relacionados. Sin embargo, la fecha de separación, no podrá ser posterior al 31 de diciembre de 2022.

y/o a Segunda enmienda 2021-03, emitida a la Carta Circular 2021-01 para la implementación de la Ley 80 del 3-8-2020, la cual establece no se comprometen mis status, derechos y condiciones de trabajo actuales. Ni tampoco tendrá efecto legal alguno de no completarse la implementación del programa notificado. Mi fecha de separación solicitada es al 30-12-2022.

| Eva Estela Meléndez Fragueda | [signature] | 20-1-2021 |
|---|---|---|
| Nombre del Participante | Firma | Fecha (día/mes/año) |

Observación: Igual al expediente del cual forma parte.

ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
PO Box 42003 San Juan, PR 00940-2203 Tel. 787-777-1500 www.retiro.pr.gov

ASR-AD-025
Oct. 20

SOLICITUD DE ELECCIÓN - PROGRAMA DE RETIRO INCENTIVADO
LEY 80 DEL 3 DE AGOSTO DE 2020 (PARTICIPANTES LEY 1-1990)

## CERTIFICACIÓN DEL FUNCIONARIO AUTORIZADO DE RECURSOS HUMANOS

Luego de evaluar esta **Solicitud de Elección al Programa de Retiro Incentivado de la Ley 80 del 3 de agosto 2020, mejor conocida como "*Ley del Programa de Retiro Incentivado y de Justicia para Nuestros Servidores Públicos*"**, certifico que la información es correcta y coincide con la información registrada en la Oficina de Recursos Humanos y con el expediente de Asuntos de Retiro.

Al quedar vacante este puesto, el mismo será congelado conforme al Artículo 9a de la Ley 80-2020.

| ______________________ | ______________________ |
|---|---|
| Nombre del Participante | Nombre de la Agencia o Patrono |

Luego de realizar el análisis de Plan de Retiro Escalonado, determinamos que el puesto del participante:

☐ Es un puesto esencial
☐ No es un puesto esencial

______________________
Fecha estimada de separación del empleado (día/mes/año)

Indique las razones para la fecha de separación:

______________________________________________

______________________________________________

______________________________________________

| ______________________ | ______________________ | ______________________ |
|---|---|---|
| Nombre del Director de Recursos Humanos | Firma | Fecha (día/mes/año) |
| Nombre de la Autoridad Nominadora o Funcionario Autorizado | Firma | Fecha (día/mes/año) |

**Conservación: Igual al expediente del cual forma parte.** **Página 2 de 2**

RECURSOS HUMANOS
CFSE
JAN 20 2021
CFSE
RECIBIDO

RETIRO

ADMINISTRACIÓN DE LOS SISTEMAS DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA
PO Box 42003 San Juan, PR 00940-2203 Tel. 787-777-1500 www.retiro.pr.gov



GOBIERNO DE PUERTO RICO
Corporación del Fondo del Seguro del Estado

Oficina Central

24 de noviembre de 2020

**A TODOS LOS EMPLEADOS**

Raquel Cumba Sánchez
Administradora Auxiliar de
Recursos Humanos

**MEMORANDO SOBRE ORIENTACIONES**
**PROGRAMA DE RETIRO INCENTIVADO – LEY 80-2020**

El 16 de noviembre de 2020, el Administrador de la CFSE, Lcdo. Juan C. Benítez Chacón, circuló comunicación sobre Formularios de Elección para participar en el Programa de Retiro Incentivado – Ley 80-2020. En el mismo, entre otros asuntos, incluyó una lista de empleados enlace en las dependencias de la Corporación para recibir, tramitar y acusar recibo de los Formularios de Elección que sometan los empleados.

Esta Ley requiere además a las entidades gubernamentales, orientar al personal elegible y presentar un Plan de Retiro a esos efectos.

Notificamos que la Corporación está en la preparación de las orientaciones requeridas, a fin de que los empleados cuenten con toda la información y elementos necesarios para la determinación de acogerse o no a los beneficios del Programa de Retiro Incentivado. Hasta tanto sea circulada por distintos métodos, ya sea por correo electrónico, impreso u otros, estas orientaciones, **no se estarán recibiendo los Formularios de Elección (Solicitud Oficial) según indicado en el memorando del 16 de noviembre de 2020, así como tampoco por correo electrónico**. Se informará la fecha exacta en que comenzaremos a recibir los mismos.

Estaremos en continua comunicación con los empleados para de esa manera tenerlos informados en todo lo concerniente a este Programa.

Esta comunicación no constituye una aprobación final de dicho Programa de Retiro Incentivado.

/rbv

CFSE

PO Box 365028 San Juan, PR 00936-5028 Tel. (787) 793-5959



7021 0350 0001 2016 1104

CANOVANAS

Ana E. Melendez Laguna
P.O. BOX 361
Canovanas, PR 00729

RETURN RECEIPT
REQUESTED

U.S. POSTAGE PAID
FCM LG ENV
CANOVANAS, PR
00729
JUL 03, 21
AMOUNT
$8.25
R2305P150006-02

1000 10165

RECEIVED
JUL 0 7 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O. BOX 4850
New York, NY 10165-4850