# EXHIBIT C

Miercoles 4/noviembre/2020

A: Tribunal de Distrito de los Estados Unidos para el distrito de Puerto Rico

De: Feliz Rivero Clemente
Numero de seguro Social [redacted]-6753
Num. licencia de conducir [redacted]070
Direccion HC 2 P.O. Box 9045 Loiza, P.R. 00772
Telefono 787-525-9643
empleado del Departamento de transportación y Obras Publicas Gobierno Estatal
División de Regulación de Transito
Piso 5 Avc. De Diego Edificio sur
Centro Gubernamental Minillas
SanJuan, P.R. 00940

RECEIVED
NOV 10 2020
PRIME CLERK LLC

Reclamaciones 6725, 7490 y 7415
evidencias de la Reclamación

Reclamación 7415
es un diferencial de sueldo de $50,540 que la oficina de Relaciones industriales que luego que me entregaron el cheque de $53,105.65, me informo el empleado Pedro me dice que estaba incorrecto y unas semanas mas tarde me entregan un cheque de $2,470.65, el problema fue que la

Oficina de Finanzas y Nomina incluyerón en ese cheque otro diferencial de sueldo que me debían de 1994 que no me habían pagado pero no lo informaron, para areglar ese error me tienen que hacer un cheque de $50,540.00 he contratado abogados y no me han querido pagar ese cheque, me enviarón hasta 2 cheques en 0 $0.00 le envio evidencia del caso.

Caso 2

Juan Perez Colón

KAC 90-487 (905)

que se vio en el Tribunal de Primera Instancia Sala Superior de San Juan me han pagado $12,698.02 y me debe el Departamento de Obras Publicas $17,301,92 más los intereses y el cambio en mi sueldo.

acontinuación le envio evidencia del caso.

Caso 3 o Reclamación

Civil Num: 2007-05-1167

Traslado Involuntario

Felix Rivera Clemente

V.S.

Departamento de Transportación y Obras Públicas del Gobierno Estatal

Se estaba viendo en la Comisión Apelativa del Sistema de Administración de Recursos Humanos del Servicio Publico

Demande al patrono y algunos de sus directores

Planificaron como trasladarme de la Oficina del Taller de Rotulos

Discrimen por:

Edad

Discrimen politico

Raza

Condición social

Acecho

abuso de poder

Intervenir coartar, restringir a sus empleados de sus derechos.

No aceptar o cumplir un laudo de arbitraje

Negarse a someter quejas y agravios y otros controversias a los procedimientos establecidos en el convenio.

Discriminar contra empleado porque este haya radicado o formulado una querella contra ellos.

Dejo de mantener una actitud neutral.

Suspenderme los pagos teniendo balance en las licencias de vacaciones y enfermedad

Persecución

Invadir mi privacidad

Hostigamiento Laboral.

Daño a mis automoviles

Por lo cual demande a mi Patrono por la cantidad de $60,000,000

Todo sigue sucediendo desde el año 2007.

Estado Libre Asociado de Puerto Rico
049 - Depto. Transport. y Obras Publ

| DATA IMP | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 5 |
| Pct. Adel.: | | |
| Cant. Adel.: | | |

**HORAS E INGRESOS**

| Descripcion | Corriente Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago Retroactivo Regular | | | 1,858.50 | | 1,858.50 |
| Pago de Salarios Regulares | | | 0.00 | 240.00 | 3,693.85 |
| Total | | | 1,858.50 | 240.00 | 5,552.35 |

**IMPUESTOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 26.95 | 80.51 |
| Fed OASDI/EE | 115.23 | 344.25 |
| PR Withholdng | 148.68 | 175.11 |
| Total | 290.86 | 599.87 |

**DEDUCCIONES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 153.79 | 459.47 |
| Total | 153.79 | 459.47 |

**DEDUCCIONES GENERALES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Ahorros-AEELA | 55.76 | 166.58 |
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 555.93 |
| CO-COOP OBRAS PUBLICAS | 0.00 | 577.64 |
| DM-FONDOS UNIDOS | 0.00 | 7.50 |
| RC-Pres Pers Ret Cen-E Clasif | 0.00 | 338.94 |
| AE-Seguro por Muerte Asoc ELA | 0.00 | 11.40 |
| AS-UITICE | 0.00 | 1.50 |
| AS-ASOC EMP GER Y SUP DTOP | 0.00 | 12.00 |
| SM-NATIONAL LIFE | 0.00 | 17.00 |
| Total | 55.76 | 1,688.49 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 172.38 | 515.00 |
| FSED Disability Plan | 120.80 | 360.90 |
| SM-NATIONAL LIFE | 0.00 | 200.00 |

* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente | 1,858.50 | 290.86 | 209.55 | 1,358.09 |
| Acumulado | 5,552.35 | 599.87 | 2,147.96 | 2,804.52 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial | 0.0 |
| + Acumulado | |
| - Utilizado | |
| - Donada | |
| +- Ajuste | |
| Balance Final | 0.0 |

| DISTRIBUCION PAGA NETA | |
|---|---|
| Cheque #03911412 | 1,358.09 |
| Total | 1,358.09 |

MENSAJE:

Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

Modelo SC 764.1
Nov. 09 2005

DEPARTAMENTO DE HACIENDA
Edificio Intendente Ramirez
San Juan PR 00902-4140

Estado Libre Asociado de Puerto Rico
049 - Depto. Transport. y Obras Publ

Cheque No. [REDACTED]1412

Fecha: 02/04/2009

Importe: $1,358.09 *****

Paguese A la Orden De **** MIL TRESCIENTOS CINCUENTA Y OCHO CON 09/100 DOLARES****

FELIX RIVERACLEMENTE
BO. TORRECILLA BAJA CARR. 187
KM 6.4
LOIZA PR 00772
Localizacion: Sec Semaforos Por Computadora

BGF

Secretario de Hacienda

No es valido seis meses despues de su emision

[REDACTED] 0 1 6 ⑈

## LOGROS OBTENIDOS POR SENTENCIA EN EL CASO KAC-1990-0487 - CASO JUAN PÉREZ COLÓN

1) La nulidad de la directriz dada por OCAP en el Memorando Especial 5-86 para implantar el ajuste de salario mínimo.

2) Concepción de inyección permanente donde se ordena al D.T.O.P. a mantener actualizada la estructura salarial en conformidad a los aumentos en el salario mínimo.

3) El pago de todos los salarios y haberes dejados de recibir al haber quedad inoperante las escalas:

   Se calcula el período comprendido entre abril, 1986 al 1995 según escalas modelos OCAP aplicándose a los diferentes aumentos.

   En lo que respecta a la escala que entró en vigor a enero, 2000 será efectiva al 1ero. de septiembre de 1997.

   Igual procedimiento debe hacerse en relación al aumento que entra en vigor en septiembre del 2000.

   Restituir aumentos de sueldo que fueron eliminados al implantar el salario mínimo sumandose después de asignar los puestos a las escalas.

4) Pagar intereses legales acumulados desde la fecha de radicación de la fecha de la demanda.

5) Concede término a los abogados para informar de deuda individual.

6) Otorga costas y honorarios de abogado.

Estado Libre Asociado de Puerto Rico
049 - Depto. Transport. y Obras Publ

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 5 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

**HORAS E INGRESOS**

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 0.00 | 975.00 | 11,760.00 |
| Total: | | | 0.00 | 975.00 | 11,760.00 |

**IMPUESTOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 0.00 | 170.52 |
| Fed OASDI/EE | 0.00 | 493.92 |
| Total: | 0.00 | 664.44 |

**DEDUCCIONES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 0.00 | 973.20 |
| Total: | 0.00 | 973.20 |

**DEDUCCIONES GENERALES**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 2,341.12 |
| CO-COOP OBRAS PUBLICAS | 0.00 | 2,859.19 |
| DM-FONDOS UNIDOS | 0.00 | 32.50 |
| RC-Pres Pers Ret Cen-E Clasif | 0.00 | 1,594.97 |
| AE-Seguro por Muerte Asoc ELA | 0.00 | 45.60 |
| AS-UITICE | 0.00 | 6.50 |
| AS-ASOC EMP GER Y SUP DTOP | 0.00 | 52.00 |
| Ahorros-AEELA | 0.00 | 352.80 |
| Total: | 0.00 | 7,284.68 |

**BENEFICIOS PATRONALES PAGADOS**

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 600.00 | 998.00 |
| GPR Plan de Retiro | 0.00 | 1,090.80 |
| FSED Disability Plan | 0.00 | 764.40 |
| SM-NATIONAL LIFE | 0.00 | 280.00 |

* Tributable

| | TOTAL BRUTO | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|
| Corriente: | 0.00 | 0.00 | 0.00 | 0.00 |
| Acumulado: | 11,760.00 | 664.44 | 8,257.88 | 3,237.68 |

| PTO HORAS | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

**DISTRIBUCION PAGA NETA**

Total: 0.00

MENSAJE:

Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

Modelo SC 784.1
Nov. 09 2005

**DEPARTAMENTO DE HACIENDA**
Edificio Intendente Ramirez
San Juan PR 00902-4140

**Estado Libre Asociado de Puerto Rico**
049 - Depto. Transport. y Obras Publ

**Cheque No.** 5041

**Fecha: 06/19/2012** **Importe:** **$0.00 *********

**Paguese A la Orden De** ****NO CON 00/100 DOLARES****

**FELIX RIVERA CLEMENTE**
HC 1 BOX 9045
LOIZA PR 00772

Localizacion: Sec Sem foros Por Computadora

Secretario de Hacienda

BGF

No es valido seis meses despues de su emision

1016

Estado Libre Asociado de Puerto Rico
COMISIÓN DE RELACIONES DEL TRABAJO DEL SERVICIO PÚBLICO
P. O. BOX 13934SAN JUAN, PUERTO RICO, 00908-3934
TEL. 723-4242/FAX 723-4699

| | |
|---|---|
| DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS<br><br>(AGENCIA)<br>Y<br><br>SERVIDORES PÚBLICOS UNIDOS DE PUERTO RICO/AFSCME<br>(UNIÓN) | RESOLUCIÓN<br><br>CASO NÚM: AQ-04-345<br><br>SOBRE: Violación de Convenio<br>Artículo XIX<br>Félix Rivera Clemente<br><br>ÁRBITRO: Grace M. Díaz Pastrana |

## RESOLUCIÓN

Vista la MOCIÓN DE CIERRE, solicitando el cierre con perjuicio del caso de referencia recibida en autos el 10 de diciembre de 2004, suscrita por el Sr. Moisés Rivera Oneill, Director de la Oficina de Relaciones Industriales del Departamento de Transportación y Obras Públicas y luego de haber acordado la misma con la Sra. Sandra Pacheco, Presidenta de la Unión de Servidores Públicos Unidos de Puerto Rico, se declara la misma **HA LUGAR**.

1. Se le ordena a la Agencia el pago por concepto de diferencial al empleado Félix Rivera Clemente, por la cantidad de $ 2,470.65.
2. A tenor con lo solicitado se procede al archivo con perjuicio del caso de epígrafe ante este foro de arbitraje.

**REGÍSTRESE Y NOTIFÍQUESE.**

En San Juan, Puerto Rico, hoy 16 de diciembre de 2004.

Grace M. Díaz Pastrana
Árbitro

## CERTIFICACIÓN

**CERTIFICO:** que en el día de hoy 16 de diciembre de 2004, se ha enviado por correo ordinario la presente Resolución a las siguientes personas:

**Sr. Moisés Rivera O"Neill**
**Directora**
Oficina de Relaciones Industriales
Departamento de Transportación y Obras Públicas
P.O. Box 41269
San Juan, P.R. 00940-1269

**Servidores Públicos Unidos / AFCSME**
**Sra. Sandra Pacheco**
**Presidenta SPU**
P.O. Box 13695
San Juan, P.R. 00908-3695

En San Juan, Puerto Rico hoy 16 de diciembre de 2004.

Maritza Questell Montes
Secretaria

A : Rosana Rosario Otero
Directora de la Oficina de Recursos Humanos
4to piso, Torre Sur, Minillas
Santurce, PR 00940

DE : Félix Rivera Clemente
Supervisor de Talleres de Rótulos
de Regulación de Tránsito

**ASUNTO : Diferencial de sueldo, cantidad pagada incorrecta (Violación de convenio) SPU-2004, Artículo 10 XIX desde el 7 de diciembre del 2000 hasta el 16 de agosto de 2004.**

FECHA : 20 de junio de 2012

En el 10 de mayo del 2005, por concepto de pago diferencial de 16 de agosto de 2004, retroactivo al 17 de diciembre del 2000, se me hizo un pago correcto de $53,010.00 en la Oficina de Relaciones Industriales en el sótano de la Torre Sur en Minilla, que actualmente se encuentra en el Piso 9 de esta misma torre. Favor de calcularme nuevamente la cantidad para que así la Oficina de Finanzas pueda corregir el error que provocó la Oficina de Relaciones Industriales en esa ocasión. $53,010.00 - $2,470.65 = $50,539.35, sueldo de operador de máquina de diseñar letras que era mi clasificación anterior, $880.00 mensuales y cambiar la clasificación a Supervisor del Taller de Rótulos con un sueldo de $1,760.00 mensuales. Es una diferencia de $1,760.00 - $880.00 = $880.00 por el tiempo que estuve desde el 7 de diciembre del 2000 hasta la clasificación del 16 de agosto del 2004, con el sueldo de Operador de Diseñar Letras realizando la clasificación de Supervisor del Taller de Rótulos.

Luego ese mismo día el Sr. Pedro que me iba a entregar el cheque mira la cantidad y me informa que hay un error en la cantidad, luego por la demanda que ganamos de Juan Pérez Colón nos damos cuenta que el cheque, la cantidad era la correcta de $53,010.00 sueldo bruto y neto $42,470.10.

Se me pagaron $2,470.65 el 10 de diciembre del 2004, de este cheque se me adeuda la cantidad de:

$53,010.00
- $2,470.65
**$50,539.35**

A : Rosana Rosario Otero
Directora de la Oficina de Recursos Humanos
4to piso, Torre Sur, Minillas
Santurce, PR 00940

DE : Félix Rivera Clemente
Supervisor de Talleres de Rótulos
de Regulación de Tránsito

ASUNTO : Diferencial de sueldo, cantidad pagada incorrecta
(Violación de Convenio) SPU 2004 artículo XIX desde el 10 de septiembre del 1991 hasta el 16 de agosto de 2004.

FECHA : 6 de junio de 2012

En el 10 de mayo del 2005, por concepto de pago diferencial de 16 de agosto de 2004, retroactivo a 10 de septiembre del 1991, se me hizo un pago correcto de $53,010.00 en la Oficina de Relaciones Industriales en el sótano de la Torre Sur en Minilla. Luego ese mismo día el Sr. Pedro que me iba a entregar el cheque mira la cantidad y me informa que hay un error en la cantidad, luego por la demanda que ganamos de Juan Pérez Colón nos damos cuenta que el cheque, la cantidad era la correcta de $53,010.00 sueldo bruto y neto $42,470.10.

Se me pagaron $2,470.65 el 10 de diciembre del 2004, de este cheque se me adeuda la cantidad de:

$53,010.00
- $2,470.65
**$50,539.35**

Las cartas anteriores se las entregue a la recepcionista para entregarselas a Maria Santiago para certificar los computos y enviarlos a la oficina de finanzas.



Estado Libre Asociado de Puerto Rico

DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS

Apartado 41269 Minillas Station, Santurce, Puerto Rico 00940 - 1269

Dirija toda Comunicación Oficial al
SECRETARIO DE TRANSPORTACION Y OBRAS PUBLICAS

Núm.
Sírvase mencionar este número cuando se refiera a este asunto.

25 de marzo de 1997

Cualifique para operador de Computadora me dijeron que no porque el sueldo era muy alto.

Sr. Félix Rivera Clemente
Operador de Máquinas de Diseñar Letras
División de Señales de Tránsito

REFERENCIA: PLAN DE CLASIFICACION Y RETRIBUCION

Estimado señor Rivera:

Efectivo el 1ro. de abril de 1995, con motivo de la implantación del Plan de Clasificación y Retribución de este Departamento, el Puesto Número 8406 que usted ocupa fue clasificado Pintor de Rótulos y Señales de Tránsito y se le asignó un sueldo de $875.00 mensuales.

Mediante comunicación del 4 de agosto de 1995, usted objetó la clasificación asignada solicitando la celebración de una vista administrativa en cumplimiento de los procedimientos para el proceso de revisión.

Nuestra Oficina de Recursos Humanos, procedió con la celebración de la vista administrativa y luego de analizar su caso conforme a sus planteamientos, solicitamos la creación de la clase de Operador de Máquinas de Diseñar Letras la cual fue debidamente aprobada por la Oficina Central de Administración de Personal (OCAP).

Por lo antes expuesto le estamos notificando que el puesto que usted ocupa fue clasificado Operador de Máquinas de Diseñar Letras y el sueldo asignado será de $880.00 mensuales.

De usted no estar de acuerdo con esta determinación deberá de apelar la misma ante la Junta de Apelaciones del Sistema de Administración de Personal (JASAP), localizada en la Calle San Justo Número 153, San Juan, Puerto Rico, en un término no mayor de treinta (30) días a partir del recibo de esta comunicación.

Atentamente

Carlos I. Pesquera
Secretario

Lunes 27 mayo 06



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

6 de mayo de 2005

Sr. Félix Rivera Clemente
HC-01 Box 7630
Loiza, P. R. 00772

Estimado señor Rivera:

**REFERENCIA PLAN DE CLASIFICACIÓN**

Efectivo al 16 de agosto de 2004, con motivo de la implementación del Plan de Clasificación y Retribución de este Departamento, el puesto que usted ocupa fue clasificado Supervisor de Talleres Rótulos y Señales de Transito y se le asignó un sueldo de $1,760.00, mensuales.

Mediante comunicación del 7 de septiembre de 2004, usted objetó la clasificación y retribución asignada por escrito en cumplimiento de los procedimientos establecidos para el proceso de revisión.

El Comité Revisor procedió con el análisis de su reclamación y luego de revisar su caso encontró que la clasificación y retribución fueron correctamente asignadas.

Por lo antes expuesto, estamos confirmando la clasificación y retribución asignada y notificada mediante comunicación del 16 de agosto de 2004.

De usted no estar de acuerdo con esta Determinación deberá apelar ante la Comisión Apelativa de Administración de Recursos Humanos del Servicio Público (antes JASAP), localizada en la Calle San Justo 153, Old San Juan, Puerto Rico, en un término no mayor de 30 días a partir del recibo de esta comunicación.

Atentamente,

Mabel Ortiz Flores
Presidenta
Comité Revisor

por Gabriel D. Alcaraz Emmanuelli, Ph.D.
Secretario

msr

ORHELA-CMC-6
Mayo 2006

ORHELA

Estado Libre Asociado de Puerto Rico
OFICINA DE RECURSOS HUMANOS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO
Centro de Mediación de Conflictos
PO Box 8476, San Juan, PR 00910-8476

# NOTIFICACION PARA MEDIACION

Félix Rivera Clemente
Apelante

Vs.

DTOP
Apelada

2007-05-1167-465
**NUM. CASO CMC**

2007-05-1167
**NUM. CASO CASARH**

19 de julio de 2007
Fecha

Félix Rivera Clemente
Apelante
HC-01 Box 9045,
Loiza, PR 00772

Sarah D. Irizarry
Nombre Mediador(a) del Caso

Estimado(a) señor(a) Rivera:

Este caso fue referido por la CASARH a nuestro Centro de Mediación. Le estamos citando para la reunión de mediación del proceso para el **16 de agosto de 2007**, a la(s) **10:00 a.m**. en nuestras facilidades.

Si usted no puede asistir a esta cita, si resuelve la situación antes de la misma o si tiene alguna duda puede comunicarse al Centro a través del **(787) 781-4300, extensiones 2201 ó 3050.**

Cordialmente,

Sarah D. Irizarry Cruz, Mediadora
Director(a) Auxiliar del Centro
o Persona Autorizada

| PARA USO DEL CENTRO DE MEDIACION DE CONFLICTOS |
|---|
| **Enviado por:** ☐ Correo ☐ Personal ☐ Otro ______ |
| ☐ No se remitió al Centro nombre de representante legal alguno por parte de la persona citada. |
| ☐ Se remitió copia de esta citación al representante legal de la persona a la siguiente dirección: |
| ______ |
| ______ |

Lunes 7 de marzo del 2011

Vásquez Graciani & Rodríguez, Oficina Legal.

| | |
|---|---|
| **FELIX RIVERA CLEMENTE**<br><br>**APELANTE**<br><br>**VS.**<br><br>**DEPARTAMENTO DE TRANSPORTACION Y OBRAS PÚBLICAS**<br><br>**APELADO** | **Caso Civil Núm. 2007-05-1167**<br><br>**Traslado**<br><br>**Materia** |

Nueva Representación Legal

Aunque la comisión apelativa no me ha notificado nuevamente del otro cambio de representación legal, la reunión que ustedes me estan invitando para el 18 de marzo del 2011 a las 11:00 am en el nuevo salón de conferencia yo no la acepto a menos que se realice en la comisión apelativa del Sistema de Administración de Recursos Humanos del Servicio Público ante un representante de la comisión es donde único acepto una reunión con ustedes que es donde se esta viendo este caso fuera de ahí como yo no tengo representación legal no acepto reunirme en otro lugar.

Y con relación al caso nos encontramos en la etapa de que la Lcda. Antonia I. García Matos envió ya los documentos a la Oficina de Recursos Humanos del Departamento de Transportación y Obras Públicas para que se me hagan los cambios debidos en mi sueldo y se me pague el dinero por perjuicio ya que todo es cierto.

Resolución del caso civil num. 2007-05-1167 que recomiendo yo Felix Rivera Clemente es basado en la Reclasificación del 16, de agosto del 2004 donde Carlos R. Román Vizcarrondo por medio de mentiras obtuvo el nombramiento de Supervisor de Talleres de Rótulos cuando el supervisor del Taller de Rótulos solamente antes de ese momento era yo, el cual cuando sucedió el problema de traslado en mayo del 2007 cuando la trabajadora social de el PAE Aída Iris Rossy por beneficiar al rotulista Ángel R. Boria Figueroa, llamo a el Director Manuel Salcedo que por mi seguridad me tenían que trasladar del Taller De Rótulos a otra oficina mediante un plan ya de ante mano acordado por algunos de ellos cuando la Oficina De PAE es para atender empleados con problemas de alcohol y de drogas y luego me enviaron a un sicólogo para unos exámenes sin o tener la necesidad de pasar por todo eso no siendo el primero ni el ultimo supervisor que allá tenido problemas con un subordinado.

A : Rosana Rosario Otero
Director de la Oficina de Recursos Humanos

DE : Félix Rivera Clemente
Supervisor de Talleres de Rótulos de
División de Regulación de Tránsito

2012 JUN -5 AM 11:05

**ASUNTO : Diferencial de sueldo de cuando mi clasificación cambió de Trabajador II a Operador de Máquina de Diseñar Letras que no se me pagó.**

FECHA : 4 de junio de 2012

Cambié de clasificación el 10 de septiembre de 1991, de Trabajador II a Operador de Máquina de Diseñar Letras, hasta el 1ro de abril del 1995 con motivo de la implantación del plan de clasificación y retribución del Departamento de Transportación y Obras Públicas de un sueldo de Trabajador II de $589.00 cambió a $880.00 que es el de Operador de Máquina de Diseñar Letras con un diferencial de $291.00. Nunca se me pagó, por lo cual se me adeuda un diferencial por ese tiempo de cuatro (4) años con 16 días, 10 de septiembre hasta el 31 de enero de 1996, se me adeuda un diferencial de ese tiempo de $15,277.50.

Espero su pronta atención a este asunto, que cuando comencé no tenía conocimiento de este pago y los directores y jefes de personal nunca hicieron referencia a el.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISION APELATIVA DEL SISTEMA DE ADMINISTRACION
DE RECURSOS HUMANOS DEL SERVICIO PUBLICO

| | |
|---|---|
| **FELIX RIVERA CLEMENTE**<br><br>**APELANTE**<br><br>**VS.**<br><br>**DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PUBLICAS**<br><br>**APELADO** | **CIVIL NUM. : 2007-05-1167**<br><br>**TRASLADOS**<br><br>**MATERIA** |

***MOCION SOLICITANDO DESESTIMACION CON PERJUICIO***

**A LA HONORABLE COMISION APELATIVA:**

Comparece el Departamento de Transportación y Obras Públicas, en adelante denominado el DTOP, por conducto de su representación legal que suscribe y ante este Honorable Foro respetuosamente **EXPONE, ALEGA Y SOLICITA:**

1. El 15 de mayo de 2007 el Sr. Félix Rivera Clemente radicó documento denominado Solicitud de Apelación y Solicitud Voluntaria de Servicio de Mediación (Por Derecho Propio).
2. En el expositivo undécimo (11) sobre acción impugnada alegó el apelante lo siguiente: "Traslado, cambio en las funciones".
3. En el expositivo duodécimo (12) titulado Súplica o Remedio Solicitado indica: "Que se me devuelvan las funciones antes adquiridas".
4. El 23 de julio de 2007 el Lcdo. Ariel Félix Cintrón presenta ante la Honorable Comisión Apelativa del Sistema de Administración de Recursos Humanos del Servicio Público, en adelante denominada CASARH una Moción Informativa en Solicitud de Documentos.
5. El 29 de agosto de 2007 la Oficina de Recursos Humanos del Estado Libre Asociado de Puerto Rico, Centro de Mediación de Conflictos emite Informe Sobre Resultado de Servicio de Mediación. El Caso fue cerrado y mediado sin acuerdo. Firma el documento el Sr. Félix Rivera Clemente, apelante, el Lcdo. Ariel Félix Cintrón, representante del apelado DTOP, la Sra. Sarah D. Irizarry Cruz mediadora y el



VÁZQUEZ GRAZIANI
& RODRÍGUEZ
LAW OFFICES

Edif. Doral Bank, Suite 805
Calle Resolución #33
San Juan, PR 00920-2717

Tel. (787) 783-4445
Fax: (787) 783-6250
E-mail vazgra@vgrlaw.com

**3 de marzo de 2011**

Sr. Felix Rivera Clemente
HC-01 Box 9045
Loiza, Puerto Rico 00772

**Re: FELIX RIVERA CLEMENTE *vs. DTOP,* APELACION #2007-05-1167**

Estimado Sr. Clemente:

La abogada suscribiente como parte del Bufete Vázquez Graziani & Rodríguez tiene a su atención el caso en referencia. A los fines de poder cumplir con la Orden emitida por la Comisión Apelativa del Servicio Público el 26 de enero de 2011, en relación a la confección del Informe de Conferencia con Antelación a la Vista, es necesario que las partes se reúnan.

Por tal razón, lo invito a reunirnos el viernes 18 de marzo de 2011 a las 11:00 a.m. en el nuevo salón de conferencias ubicado en el Piso 17 en la oficina de asesoría legal en el Departamento de Transportación y Obras Públicas, Edificio Roberto Sánchez Vilella, Santurce, Puerto Rico.

Para dicha reunión debemos ambas partes identificar la prueba documental pertinente a presentar en la vista y además intercambiar una relación de los testigos que cada parte habrá de presentar en la Vista.

Agradeceré nos confirme su disponibilidad para la reunión.

Atentamente,

Glorimar Acevedo Cruz



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

25 de mayo de 2007

RECURSOS HUMANOS 2007 MAY 25 PM 2 3

Sra. Ivette Cartagena Rivera
Directora
Oficina de Recursos Humanos

Félix Rivera Clemente
Supervisor Taller de Rótulos
Oficina Regulación de Tránsito

**REFERIDO DE DECISION ADMINISTRATIVA**

El 8 de mayo de 2007 le escribo memo a Angel R. Boria por insubordinación, uso excesivo del celular en horas de trabajo, desaparecerse o ausentarse del taller ocasionalmente sin autorización y amenaza. Después de esta situación el Director Manuel Salcedo Ortega, toma la desición administrativa que yo Félix Rivera Clemente. Supervior del Taller de Rótulos no le puedo dar instrucciones a los Rotulistas, le tengo que dar las instrucciones a Carlos R. Román Vizcarrondo que esta en la oficina de Benjamín Rivera haciendo labores de cierre de proyectos para que el venga al Taller de Rótulos a darle las instrucciones a los rotulistas.

Espero su pronta intervención con este caso.

c.f.: Ing. Manuel Salcedo Ortega

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

JUAN PEREZ COLON Y OTROS

Demandantes

VS.

ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS

Demandados

CIVIL NÚM.: KAC-90-487 (905)

SOBRE:
RECLAMACION DE SALARIOS Y SENTENCIA DECLARATORIA

MOCION CONJUNTA SOLICITANDO SE DICTE RESOLUCIÓN PARCIAL EN PAGO DE SENTENCIA Y NOTIFICANDO COMPUTOS ESTIPULADOS HASTA SEPTIEMBRE 2000 Y SOBRE TRAMITES ADICIONALES

AL HONORABLE TRIBUNAL:

COMPARECEN los demandantes, representados por sus respectivos abogados que suscriben y respetuosamente ante este Honorable Tribunal exponen y solicitan:

En la vista de seguimiento celebrada el día 1 de febrero de 2007 se le informó a este Honorable Tribunal que luego de un minucioso proceso de verificación y cotejo, la parte demandante acepta como correctos los cómputos notificados sobre los salarios adeudados a los demandantes. No obstante, toda vez que el DTOP sometió el informe de cómputos hasta septiembre de 2000, se aclaró que se aceptarían los mismos, a los efectos de que se emita Resolución Parcial y se concediera término de 120 días al Departamento de Obras Públicas (DTOP) para completar y actualizar hasta el presente dichos cómputos, a lo cual este Honorable Tribunal dicto la Orden correspondiente Además, le Ordenó a la agencia, que procediera a corregir los informes de cambio de los empleados individuales, de forma que se le practicaran los ajustes de salario que correspondieran.

A continuación se identifican los nombres, seguro social y las cantidades individuales adeudadas hasta septiembre de 2000. Además se identifican los nombres de algunos demandantes cuyos cómputos permanecen sin realizar, por no haberse localizado los expedientes.

| NOMBRE | SEGURO SOCIAL | CANTIDAD ADEUDADA hasta septiembre 2000 [1 er PAGO] |
|---|---|---|
| 1. ABRIL VELEZ, BENNY | 2192 | $ 16, 023 |
| 2 ACEVEDO HERNANDEZ, ANGEL L. | 3332 | $ 4, 340 |
| 3 ADORNO AGOSTO, ANDRES | 2428 | $ 4, 108 |
| 4. ADORNO AGOSTO, PABLO | 3553 | $ 11, 538.50 |
| 5 ADORNO MERCED, WILFREDO | 4949 | $ 10,111 |
| 6 ADORNO OJEDA, AGUSTIN | 3512 | $ 13, 611.50 |
| 7. AGOSTO AGOSTO, PEDRO | 2378 | $ 10, 777 |
| 8. AGOSTO **MENDEZ**, WANDA | 3798 | $ 21, 484.50 |
| 9 AGOSTO ORTIZ, RAFAEL | 0959 | $ 11,471 |
| 10 AGOSTO ROSADO, BIENVENIDO | 3805 | $ 13, 905.50 |

los años han presentado infructuosamente peticiones múltiples por los canales administrativos para que se les restablezca el sueldo que le corresponde en conformidad al tipo retributivo fijado en la escala de retribución, siendo el remedio inadecuado por la lentitud y el patrón de los demandados de no cumplir con la ley.

VI. LOS REMEDIOS QUE SE SOLICITAN

31. La parte demandante solicita se le pague a la clase demandante la diferencia en salarios dejados de devengar, así como los beneficios marginales que tienen derecho y se les resarza por los daños descritos anteriormente. Además que se le pague a sus abogados los honorarios prescritos por la Sección 282 de la Ley 379, supra, Título 29 L.P.R.A., se Certifique esta acción como una de clase, a tenor con lo dispuesto en la Regla 20.3 (a) de Procedimiento Civil y que se conceda cualquier otro remedio que proceda en derecho.

POR TODO LO CUAL, respetuosamente se solicita se declare CON LUGAR la presente demanda.

RESPETUOSAMENTE SOMETIDO.

En San Juan, Puerto Rico a de noviembre de 1990.

CERTIFICO: Que el día de hoy le estoy remitiedo copia fiel y exata del presente documento al Lcdo. Luis R. Viera Zayas, Apartado 192, San Juan, Puerto Rico, 00902.

IVONNE GONZALEZ MORALES
Abogada de los Demandantes
Colegiado Núm. 5023
Apartado S-1828
Old San Juan, PR 00902-1828
Tel. 724-5323

Félix Rivera Clemente
HC 2 P.O. Box 9045
Loiza, P.R. 00772

RECEIVED
NOV 10 2020
PRIME CLERK

Prime Clerk
Grand Central Station
P.O. Box 4850
New York NY 10163-4850
ATTention of ADDRESSEE OR
President/General Counsel