# EXHIBIT C-1

Wednesday, November 4, 2020

To: Trial court of the United States for the District of Puerto Rico

From: Felix Rivera Clemente
Social Security number: ███-6753
Driver's License number: ███070
Address: HC2 P.O. Box 9045 Loiza, PR 00772
Telephone: 787-525-9643

Employee of the Department of Transportation and Public Works,
State Government,
Division of Traffic Regulation
Fifth floor, Ave. De Diego South Building
Minillas Government Center
San Juan, P.R. 00940
Claims 6725, 7490 and 7415
Proofs of Claim

RECEIVED

NOV 10 2020

PRIME CLERK LLC

Claim 7415
There is a wage differential of $50,540. After the Office of Industrial Relations gave me the
check for $53,105.65, an employee named Pedro informed me that it was incorrect and a few
weeks later they gave me a check for $2,470.65. The problem was that […]

Certified to be a correct and true translation from the source text in Spanish to the target language English.
10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

*[…] the Office of Finances and Payroll included another wage differential in that check that they owed me from 1994 and had not paid but they did not inform me. In order to correct that error they have to make me a check for $50,540.00. I have hired lawyers and they don't want to pay me that check. They even sent me two checks for $0.00 which I am sending as evidence in the case.*

*Case 2*
*Juan Perez Colón*
*KAC 90 – 487 (905)*
*which was heard at the Trial Court, Superior Court of San Juan*
*They have paid me $12,698.02 and the Department of Public Works owes me $17,301.92 plus interest and the change in my salary.*
*I am including evidence for the case herein.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Case 3 or Claim*
*Civil No. 2007 – 05 – 1167*
*Involuntary Transfer*
*Felix Rivero Clemente*
       *Vs.*
*Department of Transportation and Public Works of the State Government*

*This was being heard before the Public Service Human Resources Management System Appeals Commission* [Comisión Apelativa del Sistema de Administración de Recursos Humanos del Servicio Publico]

*I filed suit against the employer and some of its directors.*
*They were planning on transferring me from the Office of the sign making workshop*

*Discrimination for:*
*Age*
*Political discrimination*
*Race*
*Social status*
*Stalking*
*Abuse of power*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Intervening, restraining, restricting the rights of their employees*

*Failure to accept or comply with an arbitration award*

*Refusing to submit complaints and grievances and other disputes to the procedures set forth in the agreement*

*Discriminating against employees because they have filed or brought a complaint against them.*

*Failure to maintain a neutral attitude*

*Suspending payments where there was a balance of vacation and sick leave.*

*Persecution*

*Invasion of privacy*

*Harassment in the workplace*

*Damage to my automobiles*

*For which I am filing a lawsuit against my employer for the amount of $60,000,000.*

*All of this has been going on since 2007.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Commonwealth of Puerto Rico

## HOURS AND INCOME

## TAXES

## WITHHOLDINGS

## GENERAL WITHHOLDINGS

## EMPLOYER BENEFITS PAID

## TOTAL GROSS

## TOTAL TAXES

## TOTAL WITHHOLDINGS

## NET PAYMENT

## DISTRIBUTION OF NET PAYMENT

MENSAJE/

**DEPARTMENT OF TREASURY**
Intendente Ramirez Building
San Juan PR 00902-4140

Commonwealth of Puerto Rico
049 – Dept. Transport. And Pub. Works

Check No.       1412

Date: Feb 4, 2009        Amount:        $1,358.00 *****

Pay to the
order of        **** ONE THOUSAND THREE HUNDRED FIFTY-EIGHT DOLLARS AND 09/100

FELIX RIVERA CLEMENTE
BO. TORRECILLA BAJA  CARR. 187
KM 6.4
LOIZA PR  00772

**BGF**

Location: Traffic Signs by Computer Section

Not valid six months after its issuance

Secretary of the Treasury

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## ACHIEVEMENTS ATTAINED BY JUDGMENT IN
## CASE KAC-1990-0487 - JUAN PÉREZ COLÓN CASE

1) Voiding the directive issued by OCAP in Special Memorandum 5-86 to implement the minimum wage adjustment.

2) Permanent injection concept where the D.T.O.P. is ordered to keep the salary structure updated in accordance with the increases in the minimum wage.

3) The payment of all salaries and wages foregone due to the inoperability of the scales:

   The period from April 1986 to 1995 is calculated according to OCAP model scales applied to the different increases.

   With respect to the scale that became effective as of January 2000, it will be effective as of September 1, 1997.

   The same procedure must be followed with respect to the increase that becomes effective in September 2000.

   Reinstate salary increases that were eliminated when the minimum wage was implemented by adding them after assigning the positions to the scales.

4) Pay accrued legal interest from the date of filing of the date of the lawsuit.

5) The attorneys are granted a term to report individual debts.

6) Awarded costs and attorney's fees.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Commonwealth of Puerto Rico
049 – Dept. Trans. and Pub. Works

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | S |
| Per. Adcl.: | | |
| Cant. Adcl.: | | |

## TAXES

| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| | | Corriente | | Acumulado | | | | |
| Pago de Salarios Regulares | | | 0.00 | 975.00 | 11,760.00 | Fed MED/EE | 0.00 | 170.52 |
| | | | | | | Fed OASDI/EE | 0.00 | 493.92 |

| | Total: | | | | 769.00 | Total: | | 664.44 |
|---|---|---|---|---|---|---|---|---|

### WITHHOLDINGS / GENERAL WITHHOLDINGS / EMPLOYER BENEFITS PAID

| Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado | Descripcion | Corriente | Acumulado |
|---|---|---|---|---|---|---|---|---|
| GPR Plan de Retiro | 0.00 | 975.20 | AE-Asoc Emp ELA-Prest Regular | 0.00 | 2,341.12 | SM First Medical Health Plan | 0.00 | 908.00 |
| | | | CO-COOP OBRAS PUBLICAS | 0.00 | 2,859.19 | GPR Plan de Retiro | 0.00 | 1,090.80 |
| | | | DM-FONDOS UNIDOS | 0.00 | 32.50 | FSED Disability Plan | 0.00 | 784.40 |
| | | | RC-Pres Pers Ret Cen-E Clasif | 0.00 | 1,594.97 | SM-NATIONAL LIFE | 0.00 | 280.00 |
| | | | AE-Seguro por Muerte Asoc ELA | 0.00 | 45.60 | | | |
| | | | AS-UTICE | 0.00 | 6.53 | | | |
| | | | AS-ASOC EMP GER Y SUP DTOP | 0.00 | 52.00 | | | |
| | | | Ahorros-AEELA | 0.00 | 352.80 | | | |

| | TOTAL GROSS | TOTAL TAXES | TOTAL WITHHOLDINGS | NET PAYMENT |
|---|---|---|---|---|
| Corriente: | 0.00 | 0.00 | 0.00 | 0.00 |
| Acumulado: | 11,760.00 | 664.44 | 8,257.88 | 3,237.68 |

**PTO HORAS**   **ACUM**

| Balance Inicial: | 0.00 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

## DISTRIBUTION NET PAYMENT

| | Total: | 0.00 |
|---|---|---|

MENSAJE:

Modelo SC 761-1
Nov. 09 2005

DEPARTMENT OF TREASURY
Intendente Ramirez Building

Commonwealth of Puerto Rico
049 – Dept. Transport. And Pub. Works

Check No.
5041

Date:   06/19/2012        Amount:   $0.00 *********

Paguese
A la
Orden De    ***NO AND 00/100 DOLLARS***

FELIX RIVERA CLEMENTE
HC 1 BOX 9045
LOIZA PR  00772

Location: Traffic Signs by Computer Section

Not valid six months after its issuance

Secretary of the Treasury

BGF

Certified to be a correct and true translation from the source text in Spanish to the target language English.
10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

Commonwealth of Puerto Rico
PUBLIC SERVICE LABOR RELATIONS COMMISSION
P. O. BOX 13934 SAN JUAN, PUERTO RICO, 00908-3934
TEL. 723-4242/FAX 723-4699

| | |
|---|---|
| DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS | RESOLUTION |
| | CASE NO.: AQ-04-345 |
| (AGENCY) AND | IN RE: Violation of Agreement Article XIX Félix Rivera Clemente |
| UNITED PUBLIC SERVANTS OF PUERTO RICO/AFSCME (UNION) | ARBITRATOR: Grace M. Díaz Pastrana |

RESOLUTION

Having heard and considered the MOTION TO CLOSE, requesting the closure with prejudice of the above-captioned matter, received on December 10, 2004, signed by Mr. Moisés Rivera Oneill, Director of the Office of Industrial Relations of the Department of Transportation and Public Works and after having agreed with Mrs. Sandra Pacheco, President of the United Public Servants Union of Puerto Rico, same is hereby **GRANTED**.

1. The Agency is ordered to pay the employee Félix Rivera Clemente the differential in the amount of $ 2,470.65.
2. Accordingly, the case before this arbitration forum is dismissed with prejudice.

**TO BE FILED AND SERVED.**

In San Juan, Puerto Rico, this 16th day of December 2004.

[signature]
Grace M. Diaz Pastrana
Arbitrator

## CERTIFICATION

I CERTIFY: that on this date, December 16, 2004, this Resolution has been sent by regular mail to the following:

**Mr. Moisés Rivera O'Neill**
**Director**
Industrial Relations Office
Department of Transportation and Public Works
P.O. Box 41269
San Juan, P.R. 00940-1269

**United Public Servants / AFCSME**
**Mrs. Sandra Pacheco**
**President SPU**
P.O. Box 13695
San Juan, P.R. 00908-3695

In San Juan, Puerto Rico on this date, December 16, 2004.

[signature]
Maritza Questell Montes
Secretary

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

TO:          Rosana Rosario Otero
                  Director of the Human Resources Office
                  4th floor, South Tower, Minillas
                  Santurce, PR 00940

FROM:      Felix Rivera Clemente
                  Traffic Regulation Sign Shop Supervisor

**SUBJECT**:   **Salary differential, incorrect amount paid (Violation of agreement) SPU-2004, Article 10 XIX from December 7, 2000 to August 16, 2004.**

DATE:      June 20, 2012

On May 10, 2005, for a differential payment of August 16, 2004, retroactive to December 17, 2000, a correct payment of $53,010.00 was made to me at the Industrial Relations Office in the basement of the South Tower in Minilla, which is currently located on Floor 9 of this same tower. Please recalculate the amount for me so that the Finance Office can correct the error made by the Industrial Relations Office on that occasion. $53,010.00 - $2,470.65 = $50,539.35, salary as a Lettering Machine Operator, which was my previous classification, $880.00 per month, and change the classification to Sign Shop Supervisor with a salary of $1,760.00 per month. That is a difference of $1,760.00 - $880.00 = $880.00 for the time I was there, from December 7, 2000 to the August 16, 2004 classification, with the salary of Lettering Machine Operator performing the classification of Sign Shop Supervisor.

Later that same day Mr. Pedro, who was going to give me the check, looked at the amount and informed me that there was an error in the amount, then because of the Juan Pérez Colón lawsuit that we won, we realized that the check, the amount was the correct amount of $53,010.00 gross salary and net $42,470.10.

I was paid $2,470.65 on December 10, 2004. From this check I am owed the amount of:

$53.010.00

- $2.470.65

**$50,539.35**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

TO:          *Rosana Rosario Otero*
             Director of the *Human Resources* Office
             4th floor, South Tower, Minillas
             Santurce. PR 00940
FROM:        Felix Rivera Clemente
             Traffic Regulation Sign Shop Supervisor
SUBJECT:     Salary differential, incorrect amount paid [signature] [handwritten:] *(Violation of
             agreement) SPU-2004, Article XIX from September 10, 1991 to August 16, 2004.*
DATE:        June 6, 2012

On May 10, 2005, for the differential payment of August 16, 2004, retroactive to September 10, 1991, a correct payment of $53,010.00 was made to me at the Industrial Relations Office in the basement of the South Tower in Minilla. Later that same day Mr. Pedro, who was going to give me the check, looked at the amount and informed me that there was an error in the amount, then because of the Juan Pérez Colón lawsuit that we won, we realized that the check, the amount was the correct amount of $53,010.00 gross and net salary of $42,470.10.

I was paid $2,470.65 on December 10, 2004. From this check I am owed the amount of:

$53.010.00

- $2.470.65

**$50,539.35**

[handwritten:] *I gave the letters above to the receptionist to give them to Maria Santiago in order to certify the calculations and send them to the finance office.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[logo:]        Commonwealth of Puerto Rico
dtop           **DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS**
               P.O. Box 41289 Minillas Station, Santurce, Puerto Rico 00940 - 1289

Address all Official Communications to          No.
**SECRETARY OF TRANSPORTATION AND**             Please mention this number when referring to
**PUBLIC WORKS**                                this matter.

                                                [handwritten:] *I qualified as a computer*
March 25, 1997                                  *operator. I was told no, because the salary*
                                                *was too high.*

Mr. Félix Rivera Clemente
Lettering Machine Operator
Traffic Signals Division

**REFERENCE: CLASSIFICATION AND COMPENSATION PLAN**

Dear Mr. Rivera:

Effective April 1, 1995, as a result of the implementation of the
Classification and Compensation Plan of this Department, Position
Number 8406 that you occupy was classified as a Traffic Sign Painter
and was assigned a salary of $875.00 per month.

By means of a communication dated August 4, 1995, you objected to the
assigned classification, requesting that an administrative hearing be
held in accordance with the procedures for the review process.

Our Human Resources Office proceeded with the administrative hearing
and after analyzing your case, we requested the creation of the class
of Letter Design Machine Operator, which was duly approved by the
Central Office of Personnel Administration (OCAP).

Based on the foregoing, we are informing you that the position you
hold was classified as Letter Design Machine Operator and the assigned
salary shall be of $880.00 per month.

If you do not agree with this decision, you will have to appeal same
before the Personnel Administration System Appeals Board (JASAP),
located at Calle [*illegible*], Number 153, San Juan, Puerto Rico,
within thirty (30) days from the receipt of this notice.

Sincerely yours,

[*signature*].
Carlos I. Pesquera
Secretary

| | |
|---|---|
| [*handwriting along the side:*]<br>[*illegible*]<br>*10:00 AM because* [*illegible*] *at any time*<br>*Friday May 3, 2006*<br>*I requested the money.*<br>*Saturday May 4, 2006 They told me to pick it up* | [*handwriting at the bottom:*]<br>*Monday, May 27, 2006*<br>*I called saying that I can't go,*<br>*they told me* [*illegible*] |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[**DTOP LOGO**]

COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS

May 6, 2005

Mr. Félix Rivera Clemente
HC-01 Box 7630
Loiza, P. R. 00772

Dear Mr. Rivera:

**REFERENCE CLASSIFICATION PLAN**

Effective August 16, 2004, as a result of the implementation of this Department's Classification and Compensation Plan, your position was classified as Traffic Sign Shop Supervisor and assigned a salary of $1,760.00 per month.

By means of a communication dated September 7, 2004, you objected in writing to the classification and compensation assigned in accordance with the procedures established for the review process.

The Review Committee proceeded with the analysis of your claim and after reviewing your case found that the classification and compensation were correctly assigned.

In view of the foregoing, we are confirming the classification and compensation assigned, of which you were notified by way of letter dated August 16, 2004.

If you do not agree with this Decision, you must appeal to the Public Service Human Resources Administration Appeals Commission (formerly JASAP), located at 153 San Justo Street, Old San Juan, Puerto Rico, within a term not to exceed 30 days from the receipt of this notice.

Sincerely yours,

[signature].                                     [signature].
Mabel Ortiz Flores                          Gabriel D. Alcaraz Emmanuelli, Ph.D.
President                                          Secretary
Review Committee

msr

P.O. Box 41269. San Juan, Puerto Rico 00940 - 1269 - Tel. (787) 722-2929 Fax: (787) 728-8963

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

ORHELA-CMC-6
May 2006

[logo] ORHELA

Commonwealth of Puerto Rico
OFFICE OF HUMAN RESOURCES OF THE COMMONWEALTH OF PUERTO RICO
Conflict Mediation Center
PO Box 8476, San Juan, PR 00910-8476

## MEDIATION NOTICE

| Felix Rivera Clemente<br>Appellant | <u>2007-05-1167-465</u><br>**CMC CASE NO.** |
|---|---|
| Vs. | <u>2007-05-1167</u><br>**CASARH CASE NO.** |
| DTOP<br>Appellee | <u>July 19, 2007</u><br>Date |

Felix Rivera Clemente
Appellant
HC-01 Box 9045
Loiza, PR 00772

<u>Sarah D. Irizarry</u>
Name of Case Mediator

Dear Mr. Rivera:

This case was referred to our Mediation Center by CASARH. We are summoning you for the mediation proceeding on **August 16, 2007**, at **10:00 a.m.** at our facilities.

If you are unable to attend this appointment, if you resolve the situation before the appointment, or if you have any questions, you may contact the Center at **(787) 781-4300, extensions 2201 or 3050**.

Cordially yours,

[signature].
Sarah D Irizarry Cruz, Mediator
Assistant Director of the Center
or Authorized Person

---

| **FOR USE BY THE CONFLICT MEDIATION CENTER** |
|---|

Sent by: ☐ Personal   ☐ Mail   ☐ Other  _____

☐ The name of a legal representative was not submitted to the Center by the aforementioned person.

☐ A copy of this summons was forwarded to the legal representative of the person at the following address:

_____

_____

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[handwritten:] *Monday, March 7, 2011*

Vásquez Graciani & Rodríguez, Law Office.

| | |
|---|---|
| **FELIX RIVERA CLEMENTE** | **Civil Case No.**<br>**2007 05 1167** |
| **APPELLANT** | |
| **VS.** | **Transfer** |
| | **Subject** |
| **DEPARTMENT OF TRANSPORTATION AND**<br>**PUBLIC WORKS** | |
| **APPELLEE** | |

New Legal Representation

Although the appellate commission has not notified me again of the other change of legal representation, I will not accept the meeting that you are inviting me to, for March 18, 2011 at 11:00 am in the new conference room, unless it is held at the Public Service Human Resources Management System appellate commission before a representative of the commission. That is the only place I will accept a meeting with you where this case is being heard. Outside of that, since I do not have legal representation, I do not agree to meeting elsewhere.

And in relation to the case, we are at the stage that Antonia I. Garcia Matos, Esq. has already sent the documents to the Human Resources Office of the Department of Transportation and Public Works to make the necessary changes in my salary and to pay me the money for damages since everything is correct.

The resolution of the civil case no. 2007-05-1167 that I, Felix Rivera Clemente, recommend is based on the Reclassification of August 16, 2004, where Carlos R. Roman Vizcarrondo obtained the appointment of Supervisor of Sign Shops by means of lies when I was the only supervisor of the Sign Shop before that time, which when the transfer problem happened in May 2007 when the PAE social worker Aida Iris Rossy, in order to benefit the sign maker Angel R. Boria Figueroa, called the Director Manuel Salcedo, saying that for my safety they had to transfer me from the Sign Shop to another office through a plan already agreed upon beforehand by some of them when the PAE Office is to assist employees with alcohol and drug problems and then they sent me to a psychologist for some tests without there being a need to go through all that, this not being the first or the last supervisor who had problems with a subordinate.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

TO:        Rosana Rosario Otero
               Director of the Human Resources Office

FROM:     Felix Rivera Clemente
               Traffic Regulation Sign Shop Supervisor

SUBJECT:  [signature] **Salary differential from when my classification changed from Worker II to Lettering Machine Operator, and that I was not paid.**

DATE:      June 4, 2012

[stamp:] [illegible] [signature] 2012 JUN -5 AM 1:05

I changed classification on September 10, 1991, from Worker II to Letter Design Machine Operator, until April 1, 1995, due to the implementation of the classification and compensation plan of the Department of Transportation and Public Works from a Worker II salary of $589.00 changed to $880.00 which is the salary of Letter Design Machine Operator with a differential of $291.00. I was never paid that, and therefore I am owed a differential for that time of four (4) years and 16 days, September 10 through January 31, 1996. I am owed a differential for that time of $15,277.50.

I await your prompt attention to this matter, since when I started, I was not aware of this payment and the directors and personnel managers never made reference to it.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
APPELLATE COMMISSION OF THE PUBLIC SERVICE
HUMAN RESOURCES MANAGEMENT SYSTEM

| | |
|---|---|
| **FELIX RIVERA CLEMENTE** | **Civil Case No.: 2007 05 1167** |
| **APPELLANT** | **TRANSFERS** |
| **VS.** | **SUBJECT** |
| **DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS** | |
| **APPELLEE** | |

### *MOTION REQUESTING DISMISSAL WITH PREJUDICE*

**TO THE HONORABLE APPELLATE COMMISSION:**

The Department of Transportation and Public Works, hereinafter referred to as the DTOP, appears before this Honorable Forum through its undersigned legal representative, and respectfully **ALLEGES, STATES, AND REQUESTS**:

1. On May 15, 2007, Mr. Félix Rivera Clemente filed a document called Request for Appeal and Voluntary Request for Mediation Service (On His Own Behalf).

2. In the eleventh (11th) statement on the challenged action, the appellant alleged the following: "Transfer, change in functions."

3. In the twelfth (12th) statement entitled Appeal or Remedy Requested [*Súplica o Remedio Solicitado*], he indicates: "That the functions previously acquired be returned to me."

4. On July 23, 2007, Ariel Félix Cintrón, Esq. filed an Informational Motion in Request for Documents before the Honorable Appellate Commission of the Public Service Human Resources Administration System, hereinafter referred to as CASARH.

5. On August 29, 2007, the Office of Human Resources of the Commonwealth of Puerto Rico, Conflict Mediation Center, issued a Report on the Outcome of the Mediation Service. The case was closed and mediated without agreement. Signed by Mr. Felix Rivera Clemente, appellant, Atty. Ariel Félix Cintrón, representative of the appellee DTOP, Mrs. Sarah D. Irizarry Cruz, mediator, and the [*incomplete – cut off*]



Edif. Doral Bank, Suite 805
Calle Resolución #33
San Juan, PR  00920-2717

Tel.  (787) 783-4445
Fax: (787) 783-6250
E-mail vazgra@vgrlaw.com

**March 3, 2011**

Mr. Félix Rivera Clemente
HC-01 Box 9045
Loiza, Puerto Rico 00772

**Re: FELIX RIVERA CLEMENTE vs. *DTOP,* APPEAL #2007-05-1167**

Dear Mr. Clemente:

The undersigned attorney, as part of the law firm of Vázquez Graziani & Rodríguez, is counsel in the above-captioned matter.  In accordance with the Order issued by the Public Service Appellate Commission on January 26, 2011, regarding the preparation of the Pre-Hearing Conference Report, it is necessary for the parties to meet.

Therefore, I invite you to meet on Friday, March 18, 2011, at 11:00 a.m. in the new conference room located on the 17th Floor of the Legal Counsel's Office at the Department of Transportation and Public Works, Roberto Sánchez Vilella Building, Santurce, Puerto Rico.

For this meeting, both parties must identify the relevant documentary evidence to be presented at the hearing and also exchange a list of the witnesses that each party will present at the hearing.

Please confirm your availability for the meeting.

Sincerely yours,

[signature].

Glorimar Acevedo Cruz

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[logo:] dtop
COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS

May 25, 2007

[stamp:] [illegible] [illegible HUMAN RESOURCES [signature]; 2007 May 25 pm 2 [illegible] 3

Mrs. Ivette Cartagena Rivera
Director
Human Resources Office
[*signature*]
Felix Rivera Clemente
Sign Shop Supervisor
Traffic Regulation Office

**ADMINISTRATIVE DECISION REFERRAL**

On May 8, 2007, I wrote a memo to Angel R. Boria due to insubordination, excessive use of cell phones during work hours, disappearing or being absent from the shop occasionally without authorization, and threats. After this situation, Director Manuel Salcedo Ortega made the administrative decision that I, Felix Rivera Clemente, Supervisor of the Sign Shop, could  not give instructions to the sign makers; I have to give instructions to Carlos R. Roman Vizcarrondo who is in Benjamin Rivera's office doing project closing work so that he could come to the Sign Shop to give instructions to the sign makers.

I look forward to your prompt intervention in this matter.

c.f.: Ing. Manuel Salcedo Ortega

P.O. Box 41269. San Juan, Puerto Rico 00940 - 1269 - Tel. (787) 722-2929 Fax: (787) 728-8963

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
TRIAL COURT
SUPERIOR COURT OF SAN JUAN



JUAN PEREZ COLON, ET AL.          CIVIL NO. KAC-90-487 (905)

Claimants                         IN RE:
                                  CLAIM FOR WAGES AND DECLARATORY
VS.                               JUDGMENT

COMMONWEALTH OF PUERTO RICO AND
OTHERS

Respondents

**JOINT MOTION REQUESTING THE ISSUANCE OF A PARTIAL RESOLUTION IN PAYMENT OF JUDGMENT AND NOTICE OF STIPULATED CACULATIONS UNTIL SEPTEMBER 2000 AND ON ADDITIONAL PROCEDURES.**

TO THE HONORABLE COURT.

The plaintiffs, represented by their respective undersigned counsel, appear and respectfully submit and request before this Honorable Court:

At the follow-up hearing held on February 1, 2007, this Honorable Court was informed that after a thorough verification and comparison process, the appellant accepts as correct the calculations reported on the wages owed to the appellants. However, since the DTOP submitted the calculations report up to September 2000, it was clarified that the same would be accepted, to the effect that a Partial Resolution be issued and a term of 120 days be granted to the Department of Public Works (DTOP) to complete and update said calculations up to the present, and this honorable Court issued the corresponding Order. In addition, it ordered the agency to proceed to correct the change reports of the individual employees so that the corresponding salary adjustments would be made.

The names, social security and individual amounts due through September 2000 are identified below. In addition, the names of some claimants whose calculations remain unaccounted for because the files have not been located are listed.

| | NAME | SOCIAL SECURITY | AMOUNT OWED up to September 2000 [1st PAYMENT] |
|---|---|---|---|
| 1. | ABRIL VELEZ, BENNY | 2192 | $ 16, 023. |
| 2. | ACEVEDO HERNANDEZ, ANGEL L. | 8332 | $ 4, 340 |
| 3. | ADORNO AGOSTO, ANDRES | 2428 | $ 4, 108. |
| 4. | ADORNO AGOSTO, PABLO | 8553 | $ 11, 538.50 |
| 5. | ADORNO MERCED, WILFREDO | 8949 | $ 10,111 |
| 6. | ADORNO OJEDA, AGUSTIN | 3512 | $ 13, 611.50 |
| 7. | AGOSTO AGOSTO, PEDRO | 2378 | $ 10, 777. |
| 8. | AGOSTO **MENDEZ**, WANDA | 8798 | $ 21, 484.50 |
| 9. | AGOSTO ORTIZ, RAFAEL | 0359 | $ 11,471 |
| 10. | AGOSTO ROSADO, BIENVENIDO | 9805 | $ 13, 906.50 |

[stamp in left margin:]
COMMONWEALTH OF PUERTO RICO
TRIAL COURT
SUPERIOR COURT OF SAN JUAN
GENERAL COURT OF JUSTICE

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

18

[…] over the years have unsuccessfully filed multiple petitions through administrative channels for the reinstatement of their salary in accordance with the rate of pay set in the pay scale, the remedy being inadequate due to the slowness and the defendants' pattern of non-compliance with the law.

## VI. RELIEF SOUGHT

31. The plaintiff requests that the plaintiff class be paid the difference in unpaid wages, as well as the fringe benefits to which they are entitled and that they be compensated for the damages described above. In addition, that their attorneys' fees be paid as prescribed by Section 282 of Law 379, supra, Title 29 L.P.R.A., that this action be certified as a class action, pursuant to the provisions of Rule 20.3 (a) of Civil Procedure and that any other relief due under the law be granted.

WHEREFORE, it is respectfully requested that the present complaint be GRANTED.

RESPECTFULLY SUBMITTED.
In San Juan, Puerto Rico, November 1990.

I CERTIFY: That, on this date, I am sending a true and exact copy of this document to Luis R. Viera Zayas, Esq. P.O. Box 192, San Juan, Puerto Rico, 00902.

IVONNE GONZALÉZ MORALES
Counsel for Plaintiffs
Bar Member No. 5023
P.O. Box S-1828
Old San Juan, PR 00902-1828
Tel. 724-5323

COMMONWEALTH OF PUERTO RICO
[stamp:] COMMONWEALTH OF
PUERTO RICO
TRIAL COURT
SUPERIOR COURT OF SAN JUAN
GENERAL COURT OF JUSTICE



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 7490 (1)**

Signed this 10th day of August 2021



_____
Andreea I. Boscor