# EXHIBIT D

RECEIVED

MAY 25 2021

PRIME CLERK LLC

## LOGROS OBTENIDOS POR SENTENCIA EN EL
## CASO KAC-1990-0487 - CASO JUAN PÉREZ COLÓN

1) La nulidad de la directriz dada por OCAP en el Memorando Especial 5-86 para implantar el ajuste de salario mínimo.

2) Concepción de inyección permanente donde se ordena al D.T.O.P. a mantener actualizada la estructura salarial en conformidad a los aumentos en el salario mínimo.

3) El pago de todos los salarios y haberes dejados de recibir al haber quedad inoperante las escalas:

   Se calcula el período comprendido entre abril, 1986 al 1995 según escalas modelos OCAP aplicándose a los diferentes aumentos.

   En lo que respecta a la escala que entró en vigor a enero, 2000 será efectiva al 1ero. de septiembre de 1997.

   Igual procedimiento debe hacerse en relación al aumento que entra en vigor en septiembre del 2000.

   Restituir aumentos de sueldo que fueron eliminados al implantar el salario mínimo sumandose después de asignar los puestos a las escalas.

4) Pagar intereses legales acumulados desde la fecha de radicación de la fecha de la demanda.

5) Concede término a los abogados para informar de deuda individual.

6) Otorga costas y honorarios de abogado.

990123401012190

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

JUAN PEREZ COLON Y OTROS

Demandantes

VS.

ESTADO LIBRE ASOCIADO DE PUERTO
RICO Y OTROS

Demandados

CIVIL NÚM.: KAC-90-487 (905)

SOBRE:
RECLAMACION DE SALARIOS Y
SENTENCIA DECLARATORIA

MOCION CONJUNTA SOLICITANDO SE DICTE RESOLUCIÓN PARCIAL EN
PAGO DE SENTENCIA Y NOTIFICANDO COMPUTOS ESTIPULADOS HASTA
SEPTIEMBRE 2000 Y SOBRE TRAMITES ADICIONALES

AL HONORABLE TRIBUNAL:

COMPARECEN los demandantes, representados por sus respectivos abogados que suscriben y respetuosamente ante este Honorable Tribunal exponen y solicitan:

En la vista de seguimiento celebrada el día 1 de febrero de 2007 se le informó a este Honorable Tribunal que luego de un minucioso proceso de verificación y cotejo, la parte demandante acepta como correctos los cómputos notificados sobre los salarios adeudados a los demandantes. No obstante, toda vez que el DTOP sometió el informe de cómputos hasta septiembre de 2000, se aclaró que se aceptarían los mismos, a los efectos de que se emita Resolución Parcial y se concediera término de 120 días al Departamento de Obras Públicas (DTOP) para completar y actualizar hasta el presente dichos cómputos, a lo cual este Honorable Tribunal dicto la Orden correspondiente Además, le Ordenó a la agencia, que procediera a corregir los informes de cambio de los empleados individuales, de forma que se le practicaran los ajustes de salario que correspondieran.

A continuación se identifican los nombres, seguro social y las cantidades individuales adeudadas hasta septiembre de 2000. Además se identifican los nombres de algunos demandantes cuyos cómputos permanecen sin realizar, por no haberse localizado los expedientes.

| NOMBRE | SEGURO SOCIAL | CANTIDAD ADEUDADA hasta septiembre 2000 [1 er PAGO] |
|--------|---------------|-----------------------------------------------------|
| 1. ABRIL VELEZ, BENNY | ███2192 | $ 16, 023. |
| 2. ACEVEDO HERNANDEZ, ANGEL L. | 8332 | $ 4, 340 |
| 3. ADORNO AGOSTO, ANDRÉS | 2428 | $ 4, 108. |
| 4. ADORNO AGOSTO, PABLO | 8553 | $ 11, 538.50 |
| 5. ADORNO MERCED, WILFREDO | 8949 | $ 10,111 |
| 6. ADORNO OJEDA, AGUSTÍN | 3512 | $ 13, 611.50 |
| 7. ADORNO AGOSTO, PEDRO | 2378 | $ 10, 777. |
| 8. AGOSTO MENDEZ, WANDA | ███8798 | $ 21, 484.50 |
| 9. AGOSTO ORTIZ, RAFAEL | 0359 | $ 11,471. |
| 10. AGOSTO ROSADO, BIENVENIDO | ███8805 | $ 13, 906.50 |

Reclamación: 7490   de 4/16/2018

A: COMMONWealth of Puerto Rico

D: Félix Rivera Clemente   Tel: 787-525-9643
   Empleado: del Departamento de Transportación
   y Obras Publicas División de Regulación de
   Transito.del Gobierno de Puerto Rico

   Clasificación: Supervisor de Talleres de
                  Rotulos desde el 16 de agosto
                  del 2004.

                  No Vendedor de Servicios
                  al Gobierno de Puerto Rico

Asunto:
Dinero que me adeuda de este caso el
Gobierno de Puerto Rico por incumplimiento
del Ex Gobernador de Puerto Rico Alejandro
Garcia Padilla.
Obtenido por Demanda de la Lcda. Ivonne Gonzalez
en el tribunal de Primera instancia en
Hato Rey, San Juan Puerto Rico Demanda
Juan Perez Colon # KAC-90-487 (905) por
No hacer cambio en los sueldos de los empleados
Publicos, se gano en 2006. #30000 para cada
empleado me pagaron #12,698.08 me adeuda

Perdonen el error

La cantidad correcta es $17,301.92 más los intereses del total de el dinero obtenido por la demanda y todo el dinero que se acumulo nuevamente (el cambio en el sueldo que no se realizo) nos han pagado hasta Diciembre del 2011.

hay que actualizar al cambio en el sueldo hasta el presente (mayo del 2021). el 25% de la reprentación legal la costea el Gobierno de P.R.

$30,000.00
- $12,698.08
_____
$17,301.92 → perdonen por el error la cantidad correcta es esta NO $18,000.⁰⁰

Por concepto de Supervisor de Talleres de Rotulo en el Gobierno de Puerto Rico

No por ser Vendedor de Servicios al Gobierno de P.R.

Att: Félix Rivera Clemente



Félix Rivero Cleamente
HC 2 P.O. Box 9045
Loiza, P.R. 00772-9662

SAN JUAN PR 009
21 MAY 2021 PM 1 L


USA ★ FOREVER ★

RECEIVED
MAY 25 2021
PRIME CLERK LLC

Prime Clerk, LLC
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

10163-485050