# EXHIBIT D-1

## ACHIEVEMENTS OBTAINED BY JUDGMENT IN THE CASE KAC-1990-0487 - JUAN PÉREZ COLÓN CASE

[Stamp:] RECEIVED / MAY 25 2021 / PRIME CLERK LLC

1) Voiding the directive issued by OCAP in Special Memorandum 5-86 to implement the minimum wage adjustment.

2) Permanent injection concept where the D.T.O.P. is ordered to keep the salary structure updated in accordance with the increases in the minimum wage.

3) The payment of all salaries and wages foregone due to the inoperability of the scales:

    The period from April 1986 to 1995 is calculated according to OCAP model scales applied to the different increases.

    With respect to the scale that became effective as of January 2000, it will be effective as of September 1, 1997.

    The same procedure must be followed with respect to the increase that becomes effective in September 2000.

    Reinstate salary increases that were eliminated when the minimum wage was implemented by adding them after assigning the positions to the scales.

4) Pay accrued legal interest from the date of filing of the date of the lawsuit.

5) The attorneys are granted a term to report individual debts.

6) Awarded costs and attorney's fees.

[barcode:] 99012340101012190

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
TRIAL COURT
SUPERIOR COURT OF SAN JUAN

[*partially illegible stamp:* May 7, 2007, 10:00/ Clerk's Office]

| | |
|---|---|
| JUAN PEREZ COLON, ET AL. | CIVIL NO. KAC-90-487 (905) |
| Plaintiffs | IN RE: |
| VS. | CLAIM FOR WAGES AND DECLARATORY JUDGMENT |
| COMMONWEALTH OF PUERTO RICO, ET AL. | |
| Defendants | |

JOINT MOTION REQUESTING THE ISSUANCE OF A PARTIAL RESOLUTION IN PAYMENT OF JUDGMENT AND NOTIFICATION OF STIPULATED CALCULATIONS UNTIL SEPTEMBER 2000 AND ON ADDITIONAL PROCEDURES.

TO THE HONORABLE COURT.

The plaintiffs, represented by their respective undersigned counsel, appear and respectfully submit and request before this Honorable Court:

At the follow-up hearing held on February 1, 2007, this Honorable Court was informed that after a thorough verification and comparison process, the appellant accepts as correct the calculations reported on the wages owed to the appellants. However, since the DTOP submitted the calculations report up to September 2000, it was clarified that the same would be accepted, to the effect that a Partial Resolution be issued and a term of 120 days be granted to the Department of Public Works (DTOP) to complete and update said calculations up to the present, and this honorable Court issued the corresponding Order. In addition, it ordered the agency to proceed to correct the change reports of the individual employees so that the corresponding salary adjustments would be made.

The names, social security and individual amounts due through September 2000 are identified below. In addition, the names of some claimants whose calculations remain unaccounted for because the files have not been located are listed.

| | NAME | SOCIAL SECURITY | AMOUNT OWED up to September 2000 [1st PAYMENT] |
|---|---|---|---|
| 1. | ABRIL VELEZ, BENNY | 2192 | $ 16,023. |
| 2. | ACEVEDO HERNANDEZ, ANGEL L. | 8332 | $ 4,340 |
| 3. | ADORNO AGOSTO, ANDRÉS | 2428 | $ 4,108. |
| 4. | ADORNO AGOSTO, PABLO | 8553 | $ 11,538.50 |
| 5. | ADORNO MERCED, WILFREDO | 8949 | $ 10,111. |
| 6. | ADORNO OJEDA, AGUSTÍN | 3512 | $ 13,611.50 |
| 7. | AGOSTO AGOSTO, PEDRO | 2378 | $ 10,777. |
| 8. | AGOSTO MENDEZ, WANDA | 8798 | $ 21,484.50 |
| 9. | AGOSTO ORTIZ, RAFAEL | 0359 | $ 11,471. |
| 10. | AGOSTO ROSADO, BIENVENIDO | 8805 | $ 13,906.50 |

[stamp in left margin:]
COMMONWEALTH OF PUERTO RICO
TRIAL COURT
SUPERIOR COURT OF SAN JUAN
GENERAL COURT OF JUSTICE

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[*handwritten:*]

Wednesday, May 19, 2021

Claim: 7490, dated April 16, 2018

TO: Commonwealth of Puerto Rico

FROM: Félix Rivera Clemente, Tel. 787-525-9643

Employee: of the Department of Transportation and Public Works, Traffic Regulation Division, of the Government of Puerto Rico

Classification: Sign Workshop Supervisor since August 16, 2004, not a seller of services to the Government of Puerto Rico

Subject: Money that is owed me from this entity, the Government of Puerto Rico due to the non-compliance of the former Governor of Puerto Rico Alejandro Garcia Padilla.

Obtained by lawsuit filed by Ivonne Gonzalez Esq. in the Trial Court in Hato Rey, San Juan, Puerto Rico. Claim Juan Perez Colon # KAC – 90 – 487 (905) because of failure to make changes in the wages of Public employees, which was won in 2006. $30,000 for each employee. They paid me $12,698.08, they owe me

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

excuse the error of $18,000

The correct amount is $17,301.92 plus interest from the total amount of money obtained through the lawsuit and all the money that accumulated once again (the change of salary that did not materialize) that they have paid up to December of 2011.

The change of salary has to be updated up to the present time (May of 2021). The 25% for legal representation is covered by the Government of P.R.

 $30,000.00

-$12,698.08

$17,301.92  → Excuse the error. This is the correct amount, not $18,000.00

As a Sign Workshop Supervisor in the Government of Puerto Rico, not that of a seller of services to the Government of Puerto Rico

Sincerely,

Felix Rivera Clemente

[signature]

Certified to be a correct and true translation from the source text in Spanish to the target language English.
11/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

Félix Rivera Clemente
HC 2 P.O. Box 9045
Loiza, P.R. 00772-9662

SAN JUAN PR 009
21 MAY 2021 PM 1 L

RECEIVED
MAY 25 2021
PRIME CLERK LLC

Prime Clerk, LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 7490 (2)**

Signed this 11th day of August, 2021

_____
Andreea I. Boscor

