# EXHIBIT A

RECEIVED

JUL 0 9 2021

25 de junio de 2021

PRIME CLERK LLC

**O'NEILL & BORGES LLC**
250 Avenida Muñoz Rivera, local 800
San Juan, Puerto Rico 00918-1813

**ABOGADOS DE LA JUNTA SUPERVISION**
Hermann D. Bauer (USDC núm. 215205)
Carla García-Benitez (USDC núm. 203708)
Gabriel A. Miranda (USDC núm. 306704)

**RE:  RECLAMACION NUMERO (29152) SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO
       RECLAMACION NUMERO (28171) AJUSTE SALARIAL**

El motivo de mi Reclamación contra el Sistema de Retiro de los empleados, es que el Gobierno de Puerto
Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal incluyendo
pagos a sus acreedores.

Además, sin que mediara notificación ni autorización, ni consentimiento de nuestra parte en crasa
violación y perjuicio de los empleados públicos, acciones que dejaron inoperante dicho Sistema. Esto, en
crasa violación a nuestros derechos, poniendo en peligro nuestro sustento en el futuro. Evidencia de las
aportaciones figuran en el estado emitido por la Administración de los Sistemas de Retiro enviado en la
reclamación y subsiguientemente. Base adicional a nuestra reclamación y periodo que comprende,
también se detalla en documentos que incluimos en términos de la utilización de las aportaciones de
Retiro por el Gobierno de Puerto Rico.

Como consecuencia de tales acciones y malas prácticas se aprobó la **Ley Núm. 3-2013**, que reformo los
sistemas, congelando las pensiones al 30 de junio de 2013 y eliminando beneficios adquiridos mediante
la Ley 447 de los Sistemas de Retiro y la Ley Núm. 1-1990, creando un disloque e inequidad entre los
empleados públicos.

Por otro lado, el Gobierno de Puerto Rico, en crasa violación a la legislación y reglamentación sobre
retribución a los empleados públicos **(Ley Núm. 5-1975, Ley Núm. 89-1979, Ley Núm. 184-2014, Ley Núm.
8-2017)** y a la igual paga por igual trabajo no implanto escalas salariales para atemperarlas a los salarios
mínimos concedidos a partir de 1986, manteniendo las mismas inoperantes. Sobre esta reclamación no
hemos recibido requerimiento alguno del Ajuste Salarial.

Solicito muy respetuosamente que este dinero sea devuelto.

_____
Ivelisse Navarro Cancel
Urb. Las Lomas
Calle 34 S O  #1686
San Juan, Puerto Rico 00921
Celular:  (939-640-9687)
Correo Electrónico:  Lisvelisse@gmail.com

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

MMLID: 355368

EPOC ID: 170328300983

| | | | |
|---|---|---|---|
| ☐ | Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☑ | Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule E -- Employee Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule E -- Obligaciones de Empleados como un reclamo Contingente, Sin liquidez no asegurado por un monto indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

NAVARRO CANCEL, IVELISSE

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____



170328300983859

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☑ No / No
☐ Yes. From whom?
    Sí. ¿De quién? _____

---

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

NAVARRO CANCEL, IVELISSE
CALLE 34 S-O # 1686
URB. LAS LOMAS
SAN JUAN, PR .00921

(939) 640-9687
Contact phone / Teléfono de contacto

lisvelisse@gmail.com
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

260

_____
Name / Nombre

_____
Number / Número    Street / Calle

_____
City / Ciudad   State / Estado   ZIP Code / Código postal

_____
Contact phone / Teléfono de contacto

_____
Contact email / Correo electrónico de contacto

---

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☐ No / No
☑ Yes.  Claim number on court claims registry (if known) _Sistema de_
Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _Retiro_
Filed on / Presentada el _01-01-07 / 30-06-17_ (MM /DD/YYYY) / (DD/MM/AAAA)

---

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☑ No / No
☐ Yes. Who made the earlier filing?
    Sí.  ¿Quién hizo la reclamación anterior? _____

---

**Part 2 / Parte 2:**  **Give Information About the Claim as of the Petition Date**

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☑ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

_Departamento de la Familia_

---

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☑ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _42,715.80_

---

**8. How much is the claim?**

¿Cuál es el importe de la reclamación?

$ _42,715.80_ . **Does this amount include interest or other charges?**
¿Este importe incluye intereses u otros cargos?

☐ No / No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

---

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_Aportaciones al Sistema DE Retiro_

---

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☐ No / No

☑ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☑ Other. Describe:
Otro. Describir: _DESscuento Mensual C-Aportaciones el_

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _Sistema DE Retiro_

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

**Value of property / Valor del bien:** $ _42,715.80_

**Amount of the claim that is secured /**
Importe de la reclamación que está garantizado: $ _42,715.80_

**Amount of the claim that is unsecured /**
Importe de la reclamación que no está garantizado: $ _42,715.80_
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

**Annual Interest Rate** (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

---

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☑ No / No

☐ Yes. **Amount necessary to cure any default as of the Petition Date.**
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

---

**12. Is this claim subject to a right of setoff?**

¿La reclamación está sujeta a un derecho de compensación?

☐ No / No

☑ Yes. Identify the property / Sí. Identifique el bien: _DEscuento mensuales DE_

_Aportacionis al Sistema DE Retiro_

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☐ No / No

☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.

$ _42,715.80_

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

---

| **Part 3 / Parte 3:** | **Sign Below / Firmar a continuación** |

**The person completing this proof of claim must sign and date it.**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _21-05-2018_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Ivelisse Navarro Carcel_

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name _Ivelisse_ _Navarro Carcel_
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _Oficinista III_

Company / Compañía _Departamento de la Familia_
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _#1686_   _C/34 SO Urb-Las Lomas_
Number / Número    Street / Calle

_San Juan_   _P.R._   _00921_
City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto _(939) 640-9687_   Email / Correo electrónico _Iisvelisse@gmail.com_

---

**Prime Clerk**
A KROLL BUSINESS

Creditor Data Details - Claim # 29152

**Creditor**

NAVARRO CANCEL, IVELISSE

**Debtor Name**

Employees Retirement System of the Government of the Commonwealth of Puerto Rico

**Date Filed**

05/22/2018

**Claim Number**

29152

**Schedule Number**

983859

## Claim Amounts

| | |
|---|---|
| **Claim Nature** | General Unsecured |
| **Schedule Amount** | Undetermined |
| **C\*** | C |
| **U\*** | U |
| **D\*** | |
| **Asserted Claim Amount** | $42,715.80 |
| **C\*** | |
| **U\*** | |
| **F\*** | |
| **Current Claim Value** | $42,715.80 |
| **Claim Status** | Subject to ACR |
| **Claim Nature** | Priority |
| **Schedule Amount** | |
| **C\*** | |
| **U\*** | |
| **D\*** | |
| **Asserted Claim Amount** | |
| **C\*** | |

Current Claim Value

Claim Status

| Claim Nature | Total |
|---|---|
| Schedule Amount | $0.00 |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | $128,147.40 |
| C* | |
| U* | |
| F* | |
| Current Claim Value | $128,147.40 |
| Claim Status | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign


## Objection History

| Date Filed | 12/12/2019 |
|---|---|
| Objection Motion | Debtor's Omnibus Objection to Claims - One Hundr... |
| Date Filed | 01/13/2021 |
| Objection Order | ORDER GRANTING 9552 ONE HUNDRED SECOND OMNIBUS OB... |
| Basis | Deficient |
| Status | Ordered |

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an

Tricentésima Cuadragésima Séptima Objeción Global

Anexo A: Reclamos a ser reclasificados

| | | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|
| NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 101 NAVARRO CANCEL, IVELISSE URB LAS LOMAS SO1686 CALLE 34 SAN JUAN, PR 00921 | 28171 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $204,600.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $204,600.00 |
| | | El Estado Libre Asociado de Puerto Rico | Garantizada | $204,600.00 | | | |
| | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $204,600.00 | | | |
| | | | Subtotal | $613,800.00 | | | |

Base para: El Demandante reclamó una prioridad administrativa en virtud del título 11 del Código de los Estados Unidos, sección 503(b)(9), pero la evidencia de reclamo no corresponde a bienes vendidos y, por lo tanto, el demandante no tiene derecho ella. El Demandante también omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado. Además, el demandante reclamó un monto total de $204,600.00. Por tal motivo, el reclamo se reclasificó en su totalidad como un reclamo general no asegurado de $204,600.00.

| | | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|
| 102 NAVARRO ROSARIO, ELIS N. COND VILLAS DEL GIGANTE 500 CALLE PASEO REAL APT520 CAROLINA, PR 00987 | 31601 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $171,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $171,000.00 |
| | | El Estado Libre Asociado de Puerto Rico | Garantizada | $171,000.00 | | | |
| | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $171,000.00 | | | |
| | | | Subtotal | $513,000.00 | | | |

Base para: El Demandante reclamó una prioridad administrativa en virtud del título 11 del Código de los Estados Unidos, sección 503(b)(9), pero la evidencia de reclamo no corresponde a bienes vendidos y, por lo tanto, el demandante no tiene derecho ella. El Demandante también omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado. Además, el demandante reclamó un monto total de $171,000.00. Por tal motivo, el reclamo se reclasificó en su totalidad como un reclamo general no garantizado de $171,000.00.

| | | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|
| 103 NAZARIO TORRES, HELGA PO BOX 815 CIDRA, PR 00739-0815 | 66344 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $136,800.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $136,800.00 |
| | | El Estado Libre Asociado de Puerto Rico | Garantizada | $136,800.00 | | | |
| | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $136,800.00 | | | |
| | | | Subtotal | $410,400.00 | | | |

Base para: El Demandante reclamó una prioridad administrativa en virtud del título 11 del Código de los Estados Unidos, sección 503(b)(9), pero la evidencia de reclamo no corresponde a bienes vendidos y, por lo tanto, el demandante no tiene derecho ella. El Demandante también omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado. Además, el demandante reclamó un monto total de $136,800.00. Por tal motivo, el reclamo se reclasificó en su totalidad como un reclamo general no asegurado de $136,800.00.

* Indica que la reclamación contiene montos por liquidar o indeterminados

> **IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| NAVARRO CANCEL, IVELISSE | 29152 | 5/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $128,147.40 |
| Reason: | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

> **SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|-------------------|----------------------|--------|-------------------------------|
| NAVARRO CANCEL, IVELISSE | 29152 | 5/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $128,147.40 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

***CUST PR 1845 SRF 38154 PackID: 91 MMLID: 355368 SVC: 102nd Omni
NAVARRO CANCEL, IVELISSE
CALLE 34 S-O # 1686
URB. LAS LOMAS
SAN JUAN, PR 00921

Case:17-03283-LTS   Doc#:15086-1   Filed:11/11/20   Entered:11/11/20 20:54:21   Desc:
Exhibit A   Page 4 of 33

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 28179 | TORRES RAMOS, MAYRA E | Pension/Retiree Claims | $ 168,236.64 |
| 28211 | ACEVEDO GONZALEZ, BERNARDO | Pension/Retiree Claims | $ 115,682.64 |
| 28256 | MARTINEZ JOFFRE, ALICIA M. | Pension/Retiree Claims | $ 187,366.44 |
| 28814 | BAENGA VALLE, MARIA T | Public Employee & Pension/Retiree Claims | $ - |
| 28825 | REYES ALVAREZ, IVONNE | Pension/Retiree Claims | $ - |
| 29152 | NAVARRO CANCEL, IVELISSE | Pension/Retiree Claims | $ 128,147.40 |
| 29574 | SCHMIDT QUINONES, ASTRID | Pension/Retiree Claims | $ 150,288.48 |
| 29575 | TORRES ORTIZ, NORMA I. | Public Employee & Pension/Retiree Claims | $ - |
| 29760 | MARTINEZ ORTIZ, MARIA M. | Public Employee & Pension/Retiree Claims | $ - |
| 29848 | BAERGA VALLE, MARIA T | Public Employee & Pension/Retiree Claims | $ - |
| 30020 | AGOSTO CARRASQUILLO, LISA M | Pension/Retiree Claims | $ 194,167.08 |
| 30617 | MORALES RODRIGUEZ, ZORAIDA | Public Employee & Pension/Retiree Claims | $ - |
| 30734 | MORALES RODRIGUEZ, ZORAIDA | Public Employee & Pension/Retiree Claims | $ - |
| 31081 | ALVARADO TORRES, NOELIA | Public Employee Claims | $ - |
| 31789 | MERCADO VARGAS, CLARIBEL W | Pension/Retiree Claims | $ - |
| 31987 | RODRIGUEZ GUILBE, MARIA E. | Public Employee Claims | $ 15,000.00 |
| 32026 | MERCADO VARGAS, MARIBEL S | Pension/Retiree Claims | $ - |
| 32189 | RIVERA SANCHEZ, MANUEL A. | Pension/Retiree Claims | $ 60,000.00 |
| 32402 | AFANADOR MATOS, JORGE H | Pension/Retiree Claims | $ 121,239.00 |
| 32587 | RIVERA CENTENO, IVETTE | Pension/Retiree Claims | $ 160,733.16 |
| 32741 | ACEVEDO MESONERO, MYRIAM I. | Public Employee & Pension/Retiree Claims | $ - |

Case:17-03283-LTS   Doc#:15086-1   Filed:11/11/20   Entered:11/11/20 20:54:21   Desc:
Exhibit A   Page 5 of 33

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 32809 | SANTIAGO SERRANO, MADELINE | Pension/Retiree Claims | $ 53,655.24 |
| 32866 | ALVAREZ PANELLI, YOMAIRA | Pension/Retiree Claims | $ - |
| 33230 | BERRIOS MERCADO, VICTOR | Public Employee & Pension/Retiree Claims | $ 30,371.88 |
| 33235 | TACORONTE BONILLA, VANESSA | Pension/Retiree Claims | $ - |
| 33313 | MARTINEZ, GRACIA RUIZ | Public Employee & Pension/Retiree Claims | $ 25,000.00 |
| 33364 | FLORES SUAREZ, MARISOL | Public Employee & Pension/Retiree Claims | $ - |
| 33400 | BERRIOS MERCADO, VICTOR | Public Employee & Pension/Retiree Claims | $ 345,600.00 |
| 33507 | MONTALVO VAZQUEZ, CARLOS A. | Public Employee & Pension/Retiree Claims | $ - |
| 33779 | LARRAGOITY MURIENTE, LAURA | Public Employee & Pension/Retiree Claims | $ - |
| 34060 | BAEZ LOPEZ, MARICELIS | Public Employee Claims | $ - |
| 34446 | RODRIGUEZ MARTES, MELISA M. | Public Employee & Pension/Retiree Claims | $ - |
| 34462 | SONIA SANCHEZ RAMOS | Pension/Retiree Claims | $ - |
| 34864 | MALDONADO ESPINOSA, MODESTO | Public Employee Claims | $ 11,400.00 |
| 35361 | COTAY HAYS, NITZA | Public Employee Claims | $ 6,500.00 |
| 35432 | NEGRON MILLAN, YVONNE | Pension/Retiree Claims | $ 37,431.20 |
| 35605 | GARRIGA RODRIGUEZ, FERDINAND | Public Employee & Pension/Retiree Claims | $ 18,600.00 |
| 36037 | ARCE RODRIGUEZ, AMALIA N. | Public Employee Claims | $ - |
| 36415 | RIVERA GARCIA, MYRNA | Pension/Retiree Claims | $ - |
| 36869 | SMART MORALES, MELISSA A | Public Employee & Pension/Retiree Claims | $ - |
| 37017 | SOTO CORCHADO, MARISOL | Public Employee & Union Grievance Claims | $ - |
| 37190 | LOPEZ CARTAGENA, BELMARIS | Pension/Retiree Claims | $ - |

Centésima segunda objeción global
Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 912 | NAVARRO ALVAREZ, ALEXIS URB VALLE VERDE F67 CGRANADA HATILLO, PR 00659 | 5/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 25598 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 913 | NAVARRO ALVAREZ, ALEXIS F-67 C/GRANADA HATILLO, PR 00659 | 5/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 28656 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 914 | NAVARRO BAEZ, FRANCISCO PO BOX 40079 NUMELA STATION SAN JUAN, PR 00940 | 6/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 79561 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 915 | NAVARRO CANCEL, IVELISSE CALLE 34 S-O # 1686 URB. LAS LOMAS SAN JUAN, PR 00921 | 5/22/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 29152 | $ 128,147.40 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 916 | NAVARRO CASTRO, MAGDA L URB. REXVILLE CALLE 29 DB-26 BAYAMON, PR 00957 | 6/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 69955 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.



GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

16 de enero de 2020

### Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS

IVELISSE NAVARRO CANCEL                                    Seguro Social: XXX-XX-4253
URB LAS LOMAS
SO-1686 CALLE 34
SAN JUAN, PR 00921

A base de la información en nuestros registros, al 16 de enero de 2020 usted posee:

Fecha de Nacimiento: ▮▮▮▮▮▮ 1965                            Género: Femenino
Fecha de Ingreso al Servicio Público: 30 de agosto de 1994
Fecha de Comienzo de Cotización: 30 de agosto de 1994

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | | Ley 106 | |
|---|---|---|---|---|---|
| Años Acreditados: | 19 | Tiempo Trabajado: | 4 | Tiempo Trabajado: | 2.42 |
| | | Aportaciones: | 10,693.00 | Aportaciones: | 5,626.74 |
| | | Intereses: | 863.20 | Intereses: | 0.00 |
| | | Gastos Teneduría: | 0.00 | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | | | |
| Pagado: | 0.00 | | | | |
| Tiempo: | 0.00 | | | | |
| **Balance Acumulado:** | **34,999.34** | **Total Aportaciones:** | **11,556.20** | **Total Aportaciones:** | **5,626.74** |
| **Beneficio:** | **606.21** | **Beneficio:** | **58.92** | **Beneficio:** | **0.00** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



RETIRO
GOBIERNO DE PUERTO RICO

## Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar <u>más</u> información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☑ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   El gobierno dispuso de nuestras aportaciones al sistema de Retiro

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   $42,715.80

*Número de Evidencia de Reclamación:*  29152
*Reclamante*:

3. <u>Empleo.</u> **¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?**

   ☐    No. *Pase a la Pregunta 4.*

   ☑️    **Sí. Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:

   Dept. de la familia (ADFAN)

3(b). Identifique las fechas de su empleo con relación a su reclamación:

   01 - 01 - 2007 / 30 - 6 - 2017

3(c). Últimos cuatro dígitos de su número de seguro social:   x x x - x x - 4253

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐    Jubilación

   ☐    Salarios impagos

   ☐    Días por enfermedad

   ☐    Queja con el sindicato

   ☐    Vacaciones

   ☑️    Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   Descuento de aportación mensual del Sistema de
   Retiro  01 - 01 - 2007 / 30 - 06 - 2017

4. <u>Acción legal.</u> **¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?**

   ☑️    No.

   ☐    Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.

   Dept. de la Familia (ADFAN)

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

   Sistema de retiro

4(c). Número de caso:   Administración de los Sistemas de Retiro

4(d). Título, epígrafe, o nombre del caso:

   Aportación al Sistema de Retiro

*Número de Evidencia de Reclamación:*
*Reclamante:*

4(e).  Estado del caso (pendiente de resolución, en apelación, o cerrado):

_Pendiente de Resolución_

4(f).  ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_No_



DEPARTAMENTO DE LA
**FAMILIA**
**GOBIERNO DE PUERTO RICO**
ADFAN

## CERTIFICACION

Certifico que la Sra. Ivelisse Navarro Cancel, con seguro social XXX-XX-4253, labora para el Departamento de la Familia – Administración de Familias y Niños desde el 1 de agosto de 2008 hasta el presente.

Ocupa un puesto de Oficinista III con estatus De Carrera – Regular.  Devenga un salario de $2,835.00 mensual.

Esta certificación se expide a petición de la señora Navarro, hoy 16 de enero de 2020, conforme a información en el Sistema Mecanizado de Recursos Humanos (RHUM) del Departamento de Hacienda.

Carmín Rodríguez Negrón
Administradora Auxiliar de Recursos Humanos



**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

09 de junio de 2021

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

IVELISSE NAVARRO CANCEL
URB LAS LOMAS
SO-1686 CALLE 34
SAN JUAN, PR 00921

Seguro Social: XXX-XX-4253

A base de la información en nuestros registros,  al 09 de junio de 2021 usted posee:

Fecha de Nacimiento: ▮▮▮▮ 1965                                   Género: Femenino
Fecha de Ingreso al Servicio Público: 30 de agosto de 1994
Fecha de Comienzo de Cotización: 30 de agosto de 1994

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | |
|---|---|---|---|
| Años Acreditados: | 19 | Tiempo Trabajado: | 4 |
| | | Aportaciones: | 10,693.00 |
| | | Intereses: | 863.20 |
| | | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | |
| Pagado: | 0.00 | | |
| Tiempo: | 0.00 | | |
| **Balance Acumulado:** | **34,999.34** | **Total Aportaciones:** | **11,556.20** |
| **Beneficio:** | **606.21** | **Beneficio:** | **58.92** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



**RETIRO**

Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 · PO Box 42003 San Juan, P.R. 00940-2203
☎ 787.754.4545 · www.retiro.pr.gov

ou may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

MMLID: 1221573

EPOC ID: 170356600270948

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule F -- Participant Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule F -- Obligaciones de los participantes como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibira por siempre participar o compartir en cualquier distribución o ser tratada como un reclamo para fines de votación o distribución.

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

| 1. Who is the current creditor?<br><br>¿Quién es el acreedor actual? | IVELISSE NAVARRO CANCEL |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación) |
| | Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor _____ |



U0503 v.01 02.15.2018

| | |
|---|---|
| **2. Has this claim been acquired from someone else?**<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☑ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ |

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

IVELISSE NAVARRO CANCEL
URB LAS LOMAS
SO1686 CALLE 34
SAN JUAN PR 00921

(939) 640-9687
Contact phone / Teléfono de contacto

lisvelisse@gmail.com
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre

Number / Número      Street / Calle

City / Ciudad      State / Estado      ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☐ No / No
☑ Yes.  Claim number on court claims registry (if known)
Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) 2016-05-1340
Filed on / Presentada el 01-01-1989 / 30-06-17 MM/DD/YYYY) / (DD/MM/AAAA) Grupo iii no
CASO: MADELINE ACEVEDO Camacho        ha sido pagado

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☐ No / No
☑ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior? Lic Ivonne Gonzalez Morales
                         & Lic MADELINE ACEVEDo Colón

---

**Part 2 / Parte 2:**   **Give Information About the Claim as of the Petition Date**
**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☑ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

DEPARTAMENTO DE la Familia

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☑ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ 204,600

U0504 v.01 02.15.2018

| | |
|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ *204,600* Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br><br>☐ No / No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>*Salario Minimo Federal* |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ☐ No / No<br>☑ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☑ Other. Describe:<br>Otro. Describir: *Fue' reconocido tal derecho, hubo*<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** *Presedente*<br>*Grupo I fue pagado en su totalidad y Grupo II el 25%*<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)<br><br>**Value of property / Valor del bien:** $ *204,600*<br><br>**Amount of the claim that is secured /**<br>Importe de la reclamación que está garantizado: $ *204,600*<br><br>**Amount of the claim that is unsecured /**<br>Importe de la reclamación que no está garantizado: $ *204,600*<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ _____<br><br>**Annual Interest Rate** (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso) ____ %<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ☑ No / No<br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____ |

| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br>☑ Yes. Identify the property / Sí. Identifique el bien: _Material DE Retribución_<br>_(Salario Minimo Federal)_ |
| --- | --- |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br>☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.       $ _204,600_<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _27-05-2018_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Ivelisse Navarro Cancel_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _Ivelisse_ _____ _Navarro Cancel_
   First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo _Oficinista III_

Company / Compañía _Departamento de la Familia_
   Identify the corporate servicer as the company if the authorized agent is a servicer.
   Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _#1686   calle 34 SO Urb Las Lomas_
   Number / Número   Street / Calle

_San Juan_ _____ _P. R._ _00921_
   City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto _(939)640-9687_   Email / Correo electrónico _lisvelisse@gmail.com_

**Prime Clerk**
A KROLL BUSINESS

Commonwealth of ...

MENU

case info / claims

+ Case Navigation

+ Quick Links

Navarro Cancel, Ivelisse                                    advanced ☰   🔍

« ‹ Page 1 of 1 » ›

| Schedule | 270948 |
|---|---|
| **Claim #** | 28171 |
| **Filed Date** | 05/22/2018 |
| **Creditor Name** | NAVARRO CANCEL, IVELISSE |
| **Debtor Name** | Commonwealth of Puerto Rico |
| **Claim Value** | $613,800.00 |
| **Schedule** | 983859 |
| **Claim #** | 29152 |
| **Filed Date** | 05/22/2018 |
| **Creditor Name** | NAVARRO CANCEL, IVELISSE |
| **Debtor Name** | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| **Claim Value** | $126,147.40 |

« ‹ Page 1 of 1 » ›

**Prime Clerk**
A KROLL BUSINESS

## Creditor Data Details – Claim # 28171

**Creditor**

NAVARRO CANCEL, IVELISSE

**Debtor Name**

Commonwealth of Puerto Rico

**Date Filed**

05/22/2018

**Claim Number**

28171

**Schedule Number**

270948

## Claim Amounts

| | |
|---|---|
| **Claim Nature** | General Unsecured |
| **Schedule Amount** | Undetermined |
| **C*** | C |
| **U*** | U |
| **D*** | |
| **Asserted Claim Amount** | $204,600.00 |
| **C*** | |
| **U*** | |
| **F*** | |
| **Current Claim Value** | $204,600.00 |
| **Claim Status** | Asserted |
| **Claim Nature** | Priority |
| **Schedule Amount** | |
| **C*** | |
| **U*** | |
| **D*** | |
| **Asserted Claim Amount** | |
| **C*** | |

**U***

**F***

**Current Claim Value**

**Claim Status**

**Claim Nature**                    Secured

**Schedule Amount**

**C***

**U***

**D***

**Asserted Claim Amount**           $204,600.00

**C***

**U***

**F***

**Current Claim Value**             $204,600.00

**Claim Status**                    Asserted

**Claim Nature**                    503(b)(9) Admin Priority

**Schedule Amount**

**C***

**U***

**D***

**Asserted Claim Amount**           $204,600.00

**C***

**U***

**F***

**Current Claim Value**             $204,600.00

**Claim Status**                    Asserted

**Claim Nature**                    Admin Priority

**Schedule Amount**

**C***

**U***

**D***

**Asserted Claim Amount**

**C***

**U***

**F***

**Current Claim Value**

**Claim Status**

| Claim Nature | Total |
|---|---|
| Schedule Amount | $0.00 |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | $613,800.00 |
| C* | |
| U* | |
| F* | |
| Current Claim Value | $613,800.00 |
| Claim Status | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

IVELISSE NAVARRO CANCEL
URBANIZACION LAS LOMAS
SO 1686 CALLE 34SAN JUAN,
PUERTO RICO 00921



7021 0350 0001 3441 2698





U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
JUN 25, 21
AMOUNT
**$8.05**
R2305H130913-38

1000        00918



RECEIVED
JUN 02 2021
O'NEILL & BORGES

ABOGADOS DE LA JUNTA SUPERVISION
O'NEILL & BORGES LLC
250 AVENIDA MUÑOZ RIVERA LOCAL 800
SAN JUAN, PUERTO RICO 00918-1813