# EXHIBIT B

**Prime Clerk**
A **KROLL** BUSINESS

## Creditor Data Details - Claim # 27235

**Creditor**

Velez Crespo, Eduardo

**Debtor Name**

Commonwealth of Puerto Rico

**Date Filed**

05/25/2018

**Claim Number**

27235

**Schedule Number**

n/a

RECEIVED

JUL 0 9 2021

PRIME CLERK LLC

## Claim Amounts

| | |
|---|---|
| **Claim Nature** | General Unsecured |
| **Schedule Amount** | |
| **C\*** | |
| **U\*** | |
| **D\*** | |
| **Asserted Claim Amount** | |
| **C\*** | |
| **U\*** | |
| **F\*** | |
| **Current Claim Value** | |
| **Claim Status** | |
| **Claim Nature** | Priority |
| **Schedule Amount** | |
| **C\*** | |
| **U\*** | |
| **D\*** | |
| **Asserted Claim Amount** | |
| **C\*** | |

**U***

**F***

**Current Claim Value**

**Claim Status**

**Claim Nature**                    Secured

**Schedule Amount**

**C***

**U***

**D***

**Asserted Claim Amount**        $180,000.00

**C***

**U***                           U

**F***

**Current Claim Value**          $180,000.00

**Claim Status**                 Asserted

**Claim Nature**                 503(b)(9) Admin Priority

**Schedule Amount**

**C***

**U***

**D***

**Asserted Claim Amount**        $180,000.00

**C***

**U***                           U

**F***

**Current Claim Value**          $180,000.00

**Claim Status**                 Asserted

**Claim Nature**                 Admin Priority

**Schedule Amount**

**C***

**U***

**D***

**Asserted Claim Amount**

**C***

**U***

**F***

**Current Claim Value**

| Claim Status | |
| --- | --- |
| Claim Nature | Total |
| Schedule Amount | $0.00 |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | $360,000.00 |
| C* | |
| U* | |
| F* | |
| Current Claim Value | $360,000.00 |
| Claim Status | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

24 de junio de 2021

**O'NEILL & BORGES LLC**          **ABOGADOS DE LA JUNTA SUPERVISION**
250 Avenida Muñoz Rivera, local 800    Hermann D. Bauer (USDC núm. 215205)
San Juan, Puerto Rico 00918-1813     Carla García-Benítez (USDC núm. 203708)
                               Gabriel A. Miranda (USDC núm. 306704)

**RE:  RECLAMACION NUMERO (27189) SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO
RECLAMACION NUMERO (27235) AJUSTE SALARIAL**

El motivo de mi Reclamación contra el Sistema de Retiro de los empleados, es que el Gobierno de Puerto Rico utilizo mis aportaciones al Sistema de Retiro sin mediar una autorización o solicitud formal incluyendo pagos a sus acreedores.

Además, sin que mediara notificación ni autorización, ni consentimiento de nuestra parte en crasa violación y perjuicio de los empleados públicos, acciones que dejaron inoperante dicho Sistema. Esto, en crasa violación a nuestros derechos, poniendo en peligro nuestro sustento en el futuro. Evidencia de las aportaciones figuran en el estado emitido por la Administración de los Sistemas de Retiro enviado en la reclamación y subsiguientemente. Base adicional a nuestra reclamación y periodo que comprende, también se detalla en documentos que incluimos en términos de la utilización de las aportaciones de Retiro por el Gobierno de Puerto Rico.

Como consecuencia de tales acciones y malas prácticas se aprobó la **Ley Núm. 3-2013**, que reformo los sistemas, congelando las pensiones al 30 de junio de 2013 y eliminando beneficios adquiridos mediante la Ley 447 de los Sistemas de Retiro y la Ley Núm. 1-1990, creando un disloque e inequidad entre los empleados públicos.

Por otro lado, el Gobierno de Puerto Rico, en crasa violación a la legislación y reglamentación sobre retribución a los empleados públicos **(Ley Núm. 5-1975, Ley Núm. 89-1979, Ley Núm. 184-2014, Ley Núm. 8-2017)** y a la igual paga por igual trabajo no implanto escalas salariales para atemperarlas a los salarios mínimos concedidos a partir de 1986, manteniendo las mismas inoperantes. Sobre esta reclamación no hemos recibido requerimiento alguno del Ajuste Salarial.

Solicito muy respetuosamente a este Tribunal que este dinero sea devuelto.

Eduardo Vélez Crespo
Urb. Caparra Heigths
1471 Calle Edén
San Juan, Puerto Rico 00920
Celular: 787-528-2853
Correo Electrónico: eduardovelez6478@gmail.com



**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

23 de junio de 2021

**Agencia: 406 - DEPARTAMENTO DE LA FAMILIA**

Seguro Social: XXX-XX-6478

EDUARDO VELEZ CRESPO
URB. CAPARRA HEIGTHS
1471 CALLE EDEN
SAN JUAN, PR 00920

A base de la información en nuestros registros,  al 23 de junio de 2021 usted posee:

Género: Masculino

Fecha de Nacimiento: ████████ 1964
Fecha de Ingreso al Servicio Público: 31 de julio de 1992
Fecha de Comienzo de Cotización: 31 de julio de 1992

| Ley 1 al 30 de junio de 2013 | | Ley 3 - 2013 al 30 de junio de 2017 | |
|---|---|---|---|
| Años Acreditados: | 18.5 | Tiempo Trabajado: | 4 |
| | | Aportaciones: | 11,077.87 |
| | | Intereses: | 884.14 |
| | | Gastos Teneduría: | 0.00 |
| **Servicio No Cotizado** | | | |
| Pagado: | 0.00 | | |
| Tiempo: | 0.00 | | |
| **Balance Acumulado:** | **31,649.95** | **Total Aportaciones:** | **11,962.01** |
| **Beneficio:** | **540.57** | **Beneficio:** | **62.47** |

Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Municipio o entidad correspondiente.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar su Estado de Cuenta oficial a través de su Coordinador.

Cordialmente,

Unidad de Estado de Cuenta
Área de Participantes



*Evidencia de Reclamación:* **27189**
*Reclamante:* **VELEZ CRESPO, EDUARDO**

### FORMULARIO DE REQUERIMIENTO DE INFORMACIÓN

Favor de confirmar si usted disputa o no el monto de su pago de pensión completando el encasillado intitulado "Respuesta del Reclamante" a continuación y siguiente las instrucciones establecidas en el mismo. Envíe este formulario completado y cualquier documentación suplementaria que sustente el monto de su pensión o su reclamación independiente por correo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO 27189**

_____ Yo/nosotros NO disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm. **27189** NI tenemos reclamación independiente contra la ASR, no relacionada con mi/nuestro derecho a recibir pensión. Yo/nosotros entendemos que no hay acción ulterior a ser tomada por la ASR, y que la ASR considerará mi/nuestra reclamación resuelta.

**O**

__X__ Yo/nosotros SI disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm. **27189** o SI tenemos reclamación independiente contra la ASR porque (provea todo el detalle que sea necesario. Acompañe páginas adicionales si necesario e incluya la documentación suplementaria en apoyo):

_____

_____

_____

**Nombre del Reclamante:** *Eduardo Velez Crespo*

**Firma del Reclamante:** *Eduardo Velez Crespo*

**Fecha:** *23 de junio de 2021*

---



**Prime Clerk**
A KROLL BUSINESS

## Creditor Data Details - Claim # 27189

**Creditor**

VELEZ CRESPO, EDUARDO

**Debtor Name**

Employees Retirement System of the Government of the Commonwealth of Puerto Rico

**Date Filed**

05/25/2018

**Claim Number**

27189

**Schedule Number**

1116819

# Claim Amounts

| | |
|---|---|
| **Claim Nature** | General Unsecured |
| **Schedule Amount** | Undetermined |
| **C\*** | C |
| **U\*** | U |
| **D\*** | |
| **Asserted Claim Amount** | |
| **C\*** | |
| **U\*** | |
| **F\*** | |
| **Current Claim Value** | |
| **Claim Status** | |
| **Claim Nature** | Priority |
| **Schedule Amount** | |
| **C\*** | |
| **U\*** | |
| **D\*** | |
| **Asserted Claim Amount** | |
| **C\*** | |

**U***

**F***

**Current Claim Value**

**Claim Status**

**Claim Nature**                Secured

**Schedule Amount**

**C***

**U***

**D***

**Asserted Claim Amount**       $46,675.02

**C***

**U***                          U

**F***

**Current Claim Value**         $46,675.02

**Claim Status**                Subject to ACR

**Claim Nature**                503(b)(9) Admin Priority

**Schedule Amount**

**C***

**U***

**D***

**Asserted Claim Amount**       $46,675.02

**C***

**U***                          U

**F***

**Current Claim Value**         $46,675.02

**Claim Status**                Subject to ACR

**Claim Nature**                Admin Priority

**Schedule Amount**

**C***

**U***

**D***

**Asserted Claim Amount**

**C***

**U***

**F***

Current Claim Value

Claim Status

| Claim Nature | Total |
| --- | --- |
| Schedule Amount | $0.00 |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | $93,350.04 |
| C* | |
| U* | |
| F* | |
| Current Claim Value | $93,350.04 |
| Claim Status | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Objection History

| Date Filed | 12/12/2019 |
| --- | --- |
| Objection Motion | Debtor's Omnibus Objection to Claims - One Hundr... |
| Date Filed | 04/05/2021 |
| Objection Order | ORDER GRANTING THE 9558 ONE HUNDRED AND EIGHTH OM... |
| Basis | Deficient |
| Status | Pending |

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an

admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

MMLID: 580487

EPOC ID: 1703283011168

| | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☒ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule E – Employee Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule E – Obligaciones de Empleados como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohíbra por siempre participar o compartir en cualquier distribución o ser tratado con un reclamo para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado

CDS 5, 25, 18

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

PRIME CLERK LLC

Fill in all the information about the claim as of the Petition Date.

MAY 30 2018

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

RECEIVED

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

| | |
|---|---|
| 1. Who is the current creditor?<br><br>¿Quién es el acreedor actual? | VELEZ CRESPO, EDUARDO<br><br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br><br>Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor |

896

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☐ No Copy Provided

**Claim Number: 27189**

| 2. | Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☑ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ |
|---|---|---|

| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>VELEZ CRESPO, EDUARDO<br>URB. CAPARRA HEIGTHS<br>1471 CALLE EDEN<br>SAN JUAN, PR 00920<br><br>Contact phone / Teléfono de contacto<br><br>Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>B06<br><br>Name / Nombre<br><br>Number / Número    Street / Calle<br><br>City / Ciudad    State / Estado    ZIP Code / Código postal<br><br>Contact phone / Teléfono de contacto<br><br>Contact email / Correo electrónico de contacto |
|---|---|---|

| 4. | Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☐ No / No<br>☑ Yes.  Claim number on court claims registry (if known)   Sistema de Retiro<br>Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)<br>Filed on / Presentada el 01-01-2007/01-06-17 (MM /DD/YYYY) / (DD/MM/AAAA) |
|---|---|---|

| 5. | Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☑ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí.  ¿Quién hizo la reclamación anterior?_____ |
|---|---|---|

---

## Part 2 / Parte 2:

**Give Information About the Claim as of the Petition Date**
**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

| 6. | Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☑ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/.)<br><br>Departamento de la Familia |
|---|---|---|

| 7. | Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☑ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ 46,675.02 |
|---|---|---|

| | |
|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ 46,675.02 . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>Aportacion al Sistema de Retiro |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ☐ No / No<br>☑ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>Nature of property / Naturaleza del bien:<br>☐ Motor vehicle / Vehículos<br><br>☑ Other. Describe:<br>Otro. Describir: Descuento de Aportacion mensual de Sistema de Retiro<br><br>Basis for perfection / Fundamento de la realización de pasos adicionales:<br>_____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)<br><br>Value of property / Valor del bien: $ 46,675.02<br>Amount of the claim that is secured /<br>Importe de la reclamación que está garantizado: $ 46,675.02<br><br>Amount of the claim that is unsecured /<br>Importe de la reclamación que no está garantizado: $ 46,675.02<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>Amount necessary to cure any default as of the Petition Date /<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br>_____<br><br>Annual Interest Rate (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso)_____%<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ☑ No / No<br><br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____ |

Modified Official Form 410                          **Proof of Claim**                          page 3

| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br>☑ Yes. Identify the property / Sí. Identifique el bien: *Descuento de Aportación Mensual Al Sistema de Retiro* | |
| --- | --- | --- |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br>☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. | $ *46,675.02* |

---

**Part 3 / Parte 3:**      **Sign Below / Firmar a continuación**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el *05-05-2018* (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma *Eduardo Vélez C...*

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name *Eduardo*      *Vélez*
     First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo *Optimista III*

Company / Compañía *Departamento de la Familia*
     Identify the corporate servicer as the company if the authorized agent is a servicer.
     Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección *Urb. Aparta Heights 1471 Calle Eden*
     Number / Número    Street / Calle

*San Juan, P.R.*      *00920*
     City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto *(407)5292953*    Email / Correo electrónico *e vele @ ...*

**FedEx Express** · *International Air Waybill*

**1 From**

Date 5/25/18   Sender's FedEx Account Number

Sender's Name: Yenia Rios   Phone: 939-284-9183

Company: Prime Clerk Off San Juan Bankruptcy Court

Address: 300 Calle Recinto Sur

Address: PRIME CLERK LLC

City: San Juan   State/Province: PR

Country:   ZIP/Postal Code: 00901

MAY 30 2018   RECEIVED

Email Address:

Internal Billing Reference: 1845-02 (28)

**2 To**

Recipient's Name:   Phone: 

☑ 28 Residential Delivery

Company: PRIME CLERK

Address: 850 3RD AVE STE 412   Dept./Floor:

City: BROOKLYN   State/Province: NY

Country: US   ZIP/Postal Code: 11232

Email Address:

Recipient's Tax ID Number for Customs Purposes:

**3 Shipment Information**

Total Packages   Total Weight: 10 lbs.   DIM

Commodity Description: Legal Documents

FedEx Tracking Number: 8120 6424 4700 0402   Form ID No.

**4 Express Package Service**

NOTE: Service order has changed. Please select carefully.

- 01 FedEx Intl. First
- 01 FedEx Intl. Priority
- 03 ☑ FedEx Intl. Economy

**5 Packaging**

- 01 FedEx Envelope
- 02 FedEx Pak
- 03 FedEx Box
- 04 FedEx Tube
- 15 FedEx 10kg Box
- 25 FedEx 25kg Box
- 01 Other

**6 Special Handling and Delivery Signature Options**

- 01 HOLD at FedEx Location
- 03 SATURDAY Delivery
- 10 Direct Signature
- 34 Indirect Signature

**7 Payment** Complete payment options for both transportation charges and duties and taxes.

Bill transportation charges to:

- 1 Sender
- 2 ☑ Recipient
- 3 Third Party
- 4 Credit Card
- 5 Cash/Check/Cheque

FedEx Acct. No.: 9055-0996-7

Credit Card Exp. Date:

Bill duties and taxes to:

- 1 Sender
- 2 Recipient
- 3 Third Party
- 5 Cash/Check/Cheque

**8 Required Signature**

Sender's Signature:

Recipient's Signature:   662

Tricentésima Cuadragésima Séptima Objeción Global

Anexo A: Reclamos a ser reclasificados

| | | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|
| NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 176 VELEZ CRESPO, EDUARDO<br>URB. CAPANA HEIGTH<br>1471 CALLE EDEN<br>SAN JUAN, PR 00920 | 27235^ | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $180,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $180,000.00* |
| | | El Estado Libre Asociado de Puerto Rico | Garantizada | $180,000.00* | | | |
| | | | Subtotal | $360,000.00* | | | |

Base para: El Demandante reclamó una prioridad administrativa en virtud del título 11 del Código de los Estados Unidos, sección 503(b)(9), pero la evidencia de reclamo no corresponde a bienes vendidos y, por lo tanto, el demandante no tiene derecho ella. El demandante también omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado. Además, el demandante reclamó un monto total de $180,000.00. Por tal motivo, el reclamo se reclasificó en su totalidad como un reclamo general no asegurado de $180,000.00.

^ Reclamo n°. 27235 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 177 VELEZ TORO, VICTOR<br>HC 1 BOX 7766<br>SAN GERMAN, PR 00683 | 27222^ | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $187,200.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $187,200.00 |
| | | El Estado Libre Asociado de Puerto Rico | Garantizada | $187,200.00 | | | |
| | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $187,200.00 | | | |
| | | | Subtotal | $561,600.00 | | | |

Base para: El Demandante reclamó una prioridad administrativa en virtud del título 11 del Código de los Estados Unidos, sección 503(b)(9), pero la evidencia de reclamo no corresponde a bienes vendidos y, por lo tanto, el demandante no tiene derecho ella. El demandante también omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado. Además, el demandante reclamó un monto total de $187,200.00. Por tal motivo, el reclamo se reclasificó en su totalidad como un reclamo general no garantizado de $187,200.00.

^ Reclamo n°. 27222 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 178 VICENTE MARQUEZ, JESUS<br>C/3 D-10<br>CASTELLANA GARDENS<br>CAROLINA, PR 00983 | 15027^ | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $93,600.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $93,600.00* |
| | | El Estado Libre Asociado de Puerto Rico | Garantizada | $93,600.00* | | | |
| | | | Subtotal | $187,200.00* | | | |

Base para: El Demandante reclamó una prioridad administrativa en virtud del título 11 del Código de los Estados Unidos, sección 503(b)(9), pero la evidencia de reclamo no corresponde a bienes vendidos y, por lo tanto, el demandante no tiene derecho ella. El demandante también omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado. Además, el demandante reclamó un monto total de $93,600.00. Por tal motivo, el reclamo se reclasificó en su totalidad como un reclamo general no garantizado de $93,600.00.

^ Reclamo n°. 15027 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados

. * Indica que la reclamación contiene montos por liquidar o indeterminados

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL
DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

2018 MAY 25 P 2: 26   RECEIVED

CDS 5/25/18

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada con prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

PRIME CLERK LLC

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

MAY 30 2018

RECEIVED

| **Part 1 / Parte 1** | **Identify the Claim / Identificar la reclamación** |
|---|---|

1. Who is the current creditor?

¿Quién es el acreedor actual?

**Eduardo Velez Crespo**

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor _____
Otros nombres que el acreedor usó con el deudor _____

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
■ No Copy Provided

|||||||| 170328380008716

| | |
|---|---|
| **2.** Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ |

**3.** Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

Where should notices to the creditor be sent?
¿A dónde deberían enviarse las notificaciones al acreedor?

Eduardo Velez Crespo
Name / Nombre

1471 Calle Eden Urb. Caparra Height
Number / Número    Street / Calle

San Juan PR    00920
City / Ciudad    State / Estado    ZIP Code / Código postal

787 - 528 - 2853
Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

Where should payments to the creditor be sent?
(if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre

Number / Número    Street / Calle

City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

**4.** Does this claim amend one already filed?

¿Esta reclamación es una enmienda de otra presentada anteriormente? Caso Madeline Acevedo Camacho

☐ No / No
☒ Yes.  Claim number on court claims registry (if known) 2016-05-1340
Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)
Filed on / Presentada el 05-09-92 01-06-17 (MM /DD/YYYY) / (DD/MM/AAAA) Grupo III
nada solo pagarlo

**5.** Do you know if anyone else has filed a proof of claim for this claim?

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☐ No / No
☒ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior? Lic. Ivonne González Morales
& Lic. Madeline Acevedo Colon

---

**Part 2 / Parte 2:**  Give Information About the Claim as of the Petition Date

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6.** Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Departamento de la Familia

**7.** Do you supply goods and / or services to the government?

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ 180,000.00

Modified Official Form 410                 Proof of Claim                              page 2

| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ _180,000.00_ . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br><br>☐ No / No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
|---|---|
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>_Salario Minimo Federal_ |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ☐ No / No<br>☑ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:  _Fue reconocida tal deuda y dio presedente_<br>Otro. Describir:<br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** _Grupo I fue_<br>_pagado en su totalidad. Grupo II el 25% fue pagado_<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)<br><br>**Value of property / Valor del bien:** $ _180,000.00_<br>**Amount of the claim that is secured /**<br>Importe de la reclamación que está garantizado: $ _180,000.00_<br><br>**Amount of the claim that is unsecured /**<br>Importe de la reclamación que no está garantizado: $ _180,000.00_<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ _____<br><br>**Annual Interest Rate** (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso) _____%<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ☑ No / No<br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____ |

| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br>☑ Yes. Identify the property / *Material de Retribucion*<br>Sí. Identifique el bien: |
|---|---|

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br>☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. | $180,000.00 |

---

**Part 3 / Parte 3:**   Sign Below / Firmar a continuación

| The person completing this claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**<br><br>Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma. | *Check the appropriate box / Marque la casilla correspondiente:*<br><br>☑ I am the creditor. / Soy el acreedor.<br>☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.<br><br>I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.<br><br>Executed on date / Ejecutado el 25-5-2018 (MM/DD/YYYY) / (DD/MM/AAAA)<br><br>Signature / Firma *Eduardo Vélez Crespo*<br><br>**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:** |

Name  *Eduardo*                                      *Vélez*
         First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo  *Oficinista III*

Company / Compañía  *Departamento de la Familia*
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección  *Urb. Caparra Heigth 1471 Calle Eder*
         Number / Número              Street / Calle
*San Juan , P.R.   00920*
         City / Ciudad                State / Estado          ZIP Code / Código postal

Contact phone / Teléfono de contacto  *(787) 529-2953*   Email / Correo electrónico  *evelez@familia.pr.gov*

**FedEx Express** — International Air Waybill

PACKAGE LABEL 8120 6424 4700
COMMERCIAL INVOICE LABEL 8120 6424 4700
DELIVERY RECORD LABEL 8120 6424 4700
DELIVERY REATTEMPT LABEL 8120 6424 4700

**1 From**

Date 5/25/18

Sender's FedEx Account Number

Sender's Name Yenia Rios  Phone 939-284-9183

Company Prime Clerk Old San Juan Bankruptcy Court

Address 300 Calle Recinto Sur

PRIME CLERK LLC

City San Juan  State/Province PR

MAY 30 2018

Country PR  ZIP/Postal Code 00901

RECEIVED

Email Address

Internal Billing Reference 1845-02 (28)

FedEx Tracking Number 8120 6424 4700 0402  Form ID No.

**2 To** 28 ☐ Residential Delivery

Recipient's Name  Phone 472 124 186

Company PRIME CLERK

Address

Address 850 3RD AVE STE 412  Dept/Floor

City BROOKLYN  State/Province NY

Country US  ZIP/Postal Code 11232

Email Address

Recipient's Tax ID Number for Customs Purposes

**3 Shipment Information**

Total Packages  Total Weight 10  lbs/kg  DIM 1 / 1 /  in/cm

Shipper's Load and Count/SLAC

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| Legal Documents | | | |

Has EEI been filed in AES? ☐ No EEI required, value \$2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR
For U.S. Export Only Check One ☐ No EEI required, enter exemption number
☐ Yes—Enter AES proof of filing citation

Total Declared Value for Carriage

Total Value for Customs (Specify Currency)

If other than NLR, enter license Exception

**4 Express Package Service**
NOTE: Service order has changed. Please select carefully.
01 ☐ FedEx Intl. First  02 ☐ FedEx Intl. Priority  03 ☒ FedEx Intl. Economy

**5 Packaging**
01 ☐ FedEx Envelope  02 ☐ FedEx Pak.  03 ☐ FedEx Box  04 ☐ FedEx Tube
15 ☐ FedEx 10kg Box  25 ☒ FedEx 25kg Box  01 ☐ Other

**6 Special Handling and Delivery Signature Options**  Fees may apply. See the FedEx Service Guide.
01 ☐ HOLD at FedEx Location  03 ☐ SATURDAY Delivery
10 ☐ Direct Signature  34 ☐ Indirect Signature

**7 Payment**  Complete payment/columns for both transportation charges and duties and taxes.
Bill transportation charges to:
1 ☐ Sender  2 ☒ Recipient  3 ☐ Third Party  ☐ Credit Card  ☐ Cash/Check/Cheque
FedEx Acct. No. 9095-8996-7
Bill duties and taxes to:
1 ☐ Sender  2 ☐ Recipient  3 ☐ Third Party  ☐ Cash/Check/Cheque

**8 Required Signature**

Sender's Signature Yenia R

Recipient's Signature

662

Origin/Station ID UVCA  Country Code/Destination/Station ID BSA  URSA Routing SNJ BSA  Handling Units

Total Volume (cm)

06/17

**Prime Clerk**
830 3RD AVE FL 9
NEW YORK NY 10022-6561

CDS 5/25/18

LEGAL NOTICE ENCLOSED, DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

Tricentésima Cuadragésima Séptima Objeción Global

Anexo A: Reclamos a ser reclasificados

| NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
| | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|
| 176  VELEZ CRESPO, EDUARDO<br>URB. CAPANA HEIGTH<br>1471 CALLE EDEN<br>SAN JUAN, PR 00920 | 27235^ | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $180,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $180,000.00* |
| | | El Estado Libre Asociado de Puerto Rico | Garantizada | $180,000.00* | | | |
| | | | Subtotal | $360,000.00* | | | |

Base para: El Demandante reclamó una prioridad administrativa en virtud del título 11 del Código de los Estados Unidos, sección 503(b)(9), pero la evidencia de reclamo no corresponde a bienes vendidos y, por lo tanto, el demandante no tiene derecho ella. El demandante también omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado. Además, el demandante reclamó un monto total de $180,000.00. Por tal motivo, el reclamo se reclasificó en su totalidad como un reclamo general no asegurado de $180,000.00.

^ Reclamo n°. 27235 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados

| NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|
| 177  VELEZ TORO, VICTOR<br>HC 1 BOX 7766<br>SAN GERMAN, PR 00683 | 27222^ | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $187,200.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $187,200.00 |
| | | El Estado Libre Asociado de Puerto Rico | Garantizada | $187,200.00 | | | |
| | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $187,200.00 | | | |
| | | | Subtotal | $561,600.00 | | | |

Base para: El Demandante reclamó una prioridad administrativa en virtud del título 11 del Código de los Estados Unidos, sección 503(b)(9), pero la evidencia de reclamo no corresponde a bienes vendidos y, por lo tanto, el demandante no tiene derecho ella. El demandante también omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado. Además, el demandante reclamó un monto total de $187,200.00. Por tal motivo, el reclamo se reclasificó en su totalidad como un reclamo general no garantizado de $187,200.00.

^ Reclamo n°. 27222 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados

| NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|
| 178  VICENTE MARQUEZ, JESUS<br>C/3 D-10<br>CASTELLANA GARDENS<br>CAROLINA, PR 00983 | 15027^ | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $93,600.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $93,600.00* |
| | | El Estado Libre Asociado de Puerto Rico | Garantizada | $93,600.00* | | | |
| | | | Subtotal | $187,200.00* | | | |

Base para: El Demandante reclamó una prioridad administrativa en virtud del título 11 del Código de los Estados Unidos, sección 503(b)(9), pero la evidencia de reclamo no corresponde a bienes vendidos y, por lo tanto, el demandante no tiene derecho ella. El demandante también omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado. Además, el demandante reclamó un monto total de $93,600.00. Por tal motivo, el reclamo se reclasificó en su totalidad como un reclamo general no asegurado de $93,600.00.

^ Reclamo n°. 15027 también incluido en el Anexo A a la Objeción Global n° 351 por reclamos parcialmente duplicados

* Indica que la reclamación contiene montos por liquidar o indeterminados



EDUARDO VELEZ CRESPO
URB. CAPARRA HEIGTHS
1471 CALLE EDEN
SAN JUAN, P R 00920

7021 0350 0001 3441 2728

  

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
JUN 25, 21
AMOUNT
**$8.05**
R2305H130913-38

1000       00918



△
RECEIVED

JUL 02 2021

O'NEILL & BORGES

ABOGADOS DE LA JUNTA SUPERVISION
O'NEILL & BORGES LLC
250 AVENIDA MUÑOZ RIVERA LOCAL 800
SAN JUAN, PUERTO RICO 00918-1813