# EXHIBIT B-1

[*hw:*] *Salary adjustment*

**Prime Clerk**
A KROLL BUSINESS

## Creditor Data Details - Claim # 27235

**Creditor**
Verez Crespo, Eduardo

**Debtor Name**
Commonwealth of Puerto Rico

**Date Filed**
05/25/2018

**Claim Number**
27235

**Schedule Number**
n/a

RECEIVED

JUL 0 9 2021

PRIME CLERK LLC

## Claim Amounts

**Claim Nature** — General Unsecured

**Schedule Amount**

C*

U*

D*

**Asserted Claim Amount**

C*

U*

P*

**Current Claim Value**

**Claim Status**

**Claim Nature** — Priority

**Schedule Amount**

C*

U*

D*

**Asserted Claim Amount**

C*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**U\***

**F\***

**Current Claim Value**

**Claim Status**

**Claim Nature**                   Secured

**Schedule Amount**

**C\***

**U\***

**D\***

**Asserted Claim Amount**          $180,000.00

**C\***

**U\***                            U

**F\***

**Current Claim Value**            $180,000.00

**Claim Status**                   Asserted

**Claim Nature**                   503(b)(9) Admin Priority

**Schedule Amount**

**C\***

**U\***

**D\***

**Asserted Claim Amount**          $180,000.00

**C\***

**U\***                            U

**F\***

**Current Claim Value**            $180,000.00

**Claim Status**                   Asserted

**Claim Nature**                   Admin Priority

**Schedule Amount**

**C\***

**U\***

**D\***

**Asserted Claim Amount**

**C\***

**U\***

**F\***

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Current Claim Value

Claim Status

| Claim Nature | Total |
| --- | --- |
| Schedule Amount | $0.00 |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | $360,000.00 |
| C* | |
| U* | |
| F* | |
| Current Claim Value | $360,000.00 |
| Claim Status | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

June 24, 2021

**O'NEILL & BORGES LLC**                    **ATTORNEYS FOR THE OVERSIGHT BOARD**
250 Avenida Muñoz Rivera, Local 800          Hermann D. Bauer (USDC no. 215205)
San Juan, Puerto Rico 00918-1813             Carla García-Benítez (USDC no. 203708)
                                             Gabriel A. Miranda (USDC no. 306704)

RE: **CLAIM NUMBER (27189) GOVERNMENT EMPLOYEES' RETIREMENT SYSTEM**
    **CLAIM NUMBER (27235) SALARY ADJUSTMENT**

The reason for my claim against the employees' retirement system is that the Government of Puerto Rico used my contributions to the retirement system without obtaining authorization or submitting a formal request, including for payments to its creditors.

Furthermore, these actions, which it undertook without notice and without requesting authorization or consent from us, were a gross violation of (and detrimental to) public employees, rendering the system inoperative. With this clear violation of our rights, the government jeopardized our future security. Evidence of our contributions can be found in the statement issued by the retirement systems administration sent in the claim and thereafter. This additional basis for our claim and the period it covers are also described in documents we have included under the terms for the use of retirement contributions by the government of Puerto Rico.

As a consequence of these actions and poor practices, **Act no. 3-2013** was passed. This law reformed the systems, freezing pensions at the June 30, 2013 levels and eliminating benefits acquired under Act 447 on retirement systems and Act no. 1-1990, creating displacement and inequity among public employees.

On the other hand, the government of Puerto Rico, in gross violation of law and regulations relating to the compensation of public employees (**Act no. 5-1975, Act no. 89-1979, Act no. 184-2014**, and **Act no. 8-2017**) and equal pay for equal work, did not put pay scales in place to temper them to the minimum salaries paid from 1986 onwards, keeping them inoperative. We have not received any request from the wage adjustment department in relation to this claim.

I very respectfully request to the Court that this money be returned.

[*signature*]
Eduardo Vélez Crespo
Urb. Caparra Heights
1471 Calle Eden
San Juan, Puerto Rico 00920
Cellphone: 787-528-2853
E-mail: eduardovelez6478@gmail.com

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

THE COMMONWEALTH OF PUERTO RICO
Government and Judiciary Employees'
Retirement System Administration

June 23, 2021                    **ESTIMATED STATEMENT OF ACCOUNT**

**Agency: 406 – DEPARTMENT OF THE FAMILY**

EDUARDO VELEZ CRESPO                          Social Security Number: XXX-XX-6478
URB. CAPARRA HEIGHTS
1471 CALLE EDEN
SAN JUAN, PR 00920

Based on the information contained in our records, as of June 23, 2021 you had:

**Date of Birth:**              ████ **1964**                          **Sex: Male**
**Date of Entry into Public Service: July 31, 1992**
**Start date of contributions:     July 31, 1992**

| Act No. 1 as of 30 June 2013 | Act No. 3 as of 30 June 2017 |
|---|---|

Years accredited: 18.5                    Time worked: 4
                                          Contributions: $11,077.87
                                          Interest: $884.14
                                          Bookkeeping costs: $0.00

**Non-contributory service**
Paid: $0.00                               **Total contributions: $11,962.01**
Time: $0.00                               **Benefit: $62.47**
**Accumulated balance: $31,649.95**
**Benefit: $540.57**

The balances listed here for individual contributions and years of service are subject to review.

If the information provided does not match that contained in your records, you must inform the
Retirement Affairs Coordinator of your agency, municipal council, or corresponding entity.

We remind you that before submitting a pension claim, you must request an official statement
through your Coordinator.

Cordially,

Account Statements Unit
Participants Department



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Proof of claim: 27189
Claimant: **VELEZ CRESPO, EDUARDO**

### INFORMATION REQUEST FORM

Please confirm whether or not you dispute the amount of your pension by completing the "Claimant Response" box below and following the instructions set out in the same. Send this form completed, with any supporting documentation that confirms the amount of your pension or claim to be sent separately via e-mail to PRACprocess@primeclerk.com or by post (delivery in person) or urgent delivery to; Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO. 27189**

__I/We DO NOT dispute the amount of my/our pension claimed under Proof of Claim no. **27189**; NOR do we have a separate claim against the RSA unrelated to my/our right to receive a pension. I/We understand that there is no subsequent action to be taken by the RSA, and that the RSA will consider my/our claim to have been resolved.

OR

_X I/We DO dispute the amount of my/our pension claimed in Proof of Claim no. 27189; YES, we DO have a separate claim against the RSA because (provide all necessary details. Attach additional pages if necessary and include all supporting documentation).

Name of claimant: _Eduardo Vélez Crespo_
Signature of claimant: [_Signature_]
Date: _June 23, 2021_

---



_Certified to be a correct and true translation from the source text in Spanish to the target language English._
_17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556_
_By Targem Translations Inc._

**Prime Clerk**
A KROLL BUSINESS

## Creditor Data Details - Claim # 27189

**Creditor**
VELEZ CRESPO, EDUARDO

**Debtor Name**
Employees Retirement System of the Government of the Commonwealth of Puerto Rico
**Date Filed**
05/25/2018

**Claim Number**
27189
**Schedule Number**
1116819

## Claim Amounts

| | |
|---|---|
| **Claim Nature** | General Unsecured |
| **Schedule Amount** | Undetermined |
| C* | C |
| U* | U |
| D* | |
| **Asserted Claim Amount** | |
| C* | |
| U* | |
| F* | |
| **Current Claim Value** | |
| **Claim Status** | |
| **Claim Nature** | Priority |
| **Schedule Amount** | |
| C* | |
| U* | |
| D* | |
| **Asserted Claim Amount** | |
| C* | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**U***

**F***

**Current Claim Value**

**Claim Status**

**Claim Nature**          Secured

**Schedule Amount**

**C***

**U***

**D***

**Asserted Claim Amount**  $46,675.02

**C***

**U***                     U

**F***

**Current Claim Value**    $46,675.02

**Claim Status**           Subject to ACR

**Claim Nature**           503(b)(9) Admin Priority

**Schedule Amount**

**C***

**U***

**D***

**Asserted Claim Amount**  $46,675.02

**C***

**U***                     U

**F***

**Current Claim Value**    $46,675.02

**Claim Status**           Subject to ACR

**Claim Nature**           Admin Priority

**Schedule Amount**

**C***

**U***

**D***

**Asserted Claim Amount**

**C***

**U***

**F***

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Current Claim Value

Claim Status

| Claim Nature | Total |
| --- | --- |
| Schedule Amount | $0.00 |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | $93,350.04 |
| C* | |
| U* | |
| F* | |
| Current Claim Value | $93,350.04 |
| Claim Status | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Objection History

| Date Filed | 12/12/2019 |
| --- | --- |
| Objection Motion | Debtor's Omnibus Objection to Claims - One Hundr... |
| Date Filed | 04/05/2021 |
| Objection Order | ORDER GRANTING THE 9558 ONE HUNDRED AND EIGHTH OM... |
| Basis | Deficient |
| Status | Pending |

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

MMLID: 580487
EPOC ID: 1703283011168

| | | | |
|---|---|---|---|
| ☐ | Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☒ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule E – Employee Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule E – Obligaciones de Empleados como un reclamo Contingente, Sin liquidez no asegurado por un monto indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado     CDS 5, 25, 18
# Proof of Claim / Evidencia de reclamación                    04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

PRIME CLERK LLC

Fill in all the information about the claim as of the Petition Date.

MAY 3 0 2018

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

RECEIVED

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. **Who is the current creditor?**

   **¿Quién es el acreedor actual?**

   VELEZ CRESPO, EDUARDO

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)                                    896

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
Claim Number: 27189    ☐ No Copy Provided

Proof of Claim    170328301116819    page 1

Certified to be a correct and true translation from the source text in Spanish to the target language English.
17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

| 2. | Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☑ No / No<br>☐ Yes. From whom?<br>   Sí. ¿De quién? _____ | | |
|----|---|---|---|---|

| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g) | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>VELEZ CRESPO, EDUARDO<br>URB. CAPARRA HEIGTHS<br>1471 CALLE EDEN<br>SAN JUAN, PR 00920<br><br><br>Contact phone / Teléfono de contacto _____<br>Contact email / Correo electrónico de contacto _____ | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br>896<br>Name / Nombre _____<br>Number / Número _____ Street / Calle _____<br>City / Ciudad _____ State / Estado _____ ZIP Code / Código postal _____<br>Contact phone / Teléfono de contacto _____<br>Contact email / Correo electrónico de contacto _____ |

| 4. | Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☐ No / No<br>☑ Yes.  Claim number on court claims registry (if known) _____ *Retirement system*<br>   Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo<br>   Filed on / Presentada el 01-01-2007/01-06-17 (MM/DD/YYYY) / (DD/MM/AAAA) |
|----|---|---|

| 5. | Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☑ No / No<br>☐ Yes. Who made the earlier filing?<br>   Sí. ¿Quién hizo la reclamación anterior? _____ |
|----|---|---|

| **Part 2 / Parte 2:** | **Give Information About the Claim as of the Petition Date**<br>**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.** |
|---|---|

| 6. | Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☑ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>   Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>*Department of the Family* |
|----|---|---|

| 7. | Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☑ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anota la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ 46,615.02 |
|----|---|---|

| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ 46,675.02  . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
|---|---|
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratado con privacidad, tal como información sobre atención médica.<br><br>_Contribution to the retirement system_ |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ☐ No / No<br>☑ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>Nature of property / Naturaleza del bien:<br>☐ Motor vehicle / Vehículos<br><br>☑ Other. Describe:   _Deduction of monthly contribution to the_<br>Otro. Describir: _____ _retirement system_<br>Basis for perfection / Fundamento de la realización de pasos adicionales<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, sí los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>Value of property / Valor del bien:   $ 46,675.02<br>Amount of the claim that is secured /<br>Importe de la reclamación que está garantizado: $ 46,675.02<br>Amount of the claim that is unsecured /<br>Importe de la reclamación que no está garantizado: $ 46,675.02<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>Amount necessary to cure any default as of the Petition Date /<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ _____<br><br>Annual Interest Rate (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso) _____ %<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ☑ No / No<br><br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____ |

Modified Official Form 410                  Proof of Claim                  page 3

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br>☒ Yes. Identify the property *Deduction of monthly contribution*<br>Sí. Identifique el bien: ___ *to the retirement system* |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br>☒ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim. $ 46,675.02<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3:

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el 05-05-2018 (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name *Eduardo*     *Vélez*
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo *Director for TTT*

Company / Compañía *Department for Family Affairs*
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección *Urb. Aparra Heights 1471 Calle Eden*
Number / Número    Street / Calle

*San Juan, P.R.*     *00920*
City / Ciudad     State / Estado     ZIP Code / Código postal

Contact phone / Teléfono de contacto *(407)529-2953*    Email / Correo electrónico *e.vele@afamilia.pr.gov*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

**Three Hundred and Forty-Seventh Omnibus Objection**

Annex A: Claims to be reclassified

| | NAME | CLAIM NO. | Alleged | | | Corrected | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY LEVEL | AMOUNT | DEBTOR | PRIORITY LEVEL | AMOUNT |
| 176 | VÉLEZ CRESPO, EDUARDO URB. CAPANA HEIGHTS 1471 CALLE EDEN SAN JUAN, PUERTO RICO 00920 | 27235^ | The Commonwealth of Puerto Rico | 503(b)(9) | $180,000.00* | The Commonwealth of Puerto Rico | Not secured | $180,000.00* |
| | | | The Commonwealth of Puerto Rico | Secured | $180,000.00* | | | |
| | | | | Subtotal | $360,000.00* | | | |

Note: This claimant claimed administrative priority under Title 11 of the United States Code, section 503(b)(9), but the proof of claim does not correspond to assets sold; thus, the claimant does not have the right to such priority. The claimant also failed to provide evidence for a secured claim. Furthermore, they claimed a total sum of $180,000.00. for this reason, the claim as a whole was reclassified as a general unsecured claim for $180,000,00.

^ Claim no. 27235 also included in Exhibit A to omnibus objection no. 351 for partially duplicated claims.

| | NAME | CLAIM NO. | Alleged | | | Corrected | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY LEVEL | AMOUNT | DEBTOR | PRIORITY LEVEL | AMOUNT |
| 177 | VÉLEZ TORO, VICTOR HC 1 BOX 7766 SAN GERMAN, PR 00683 | 27222^ | The Commonwealth of Puerto Rico | 503(b)(9) | $187,200.00 | The Commonwealth of Puerto Rico | Not secured | $187,200.00* |
| | | | The Commonwealth of Puerto Rico | Secured | $187,200.00 | | | |
| | | | The Commonwealth of Puerto Rico | Not secured | $187,200.00 | | | |
| | | | | Subtotal | $561,600.00 | | | |

Note: This claimant claimed administrative priority under Title 11 of the United States Code, section 503(b)(9), but the proof of claim does not correspond to assets sold; thus, the claimant does not have the right to such priority. The claimant also failed to provide evidence for a secured claim. Furthermore, they claimed a total sum of $187,200.00. for this reason, the claim as a whole was reclassified as a general unsecured claim for $187,200,00.

^ Claim no. 27222 also included in Exhibit A to Omnibus Objection no. 351 for partially duplicated claims.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

|  | NAME | CLAIM NO. | Alleged | | | Corrected | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | DEBTOR | PRIORITY LEVEL | AMOUNT | DEBTOR | PRIORITY LEVEL | AMOUNT |
| 178 | VICENTE MARQUEZ, JESUS C/3 D-10 CASTELLANA GARDENS CAROLINA, PR 00983 | 15027^ | The Commonwealth of Puerto Rico | 503(b)(9) | $93,600.00* | The Commonwealth of Puerto Rico | Not secured | $93,600.00* |
|  |  |  | The Commonwealth of Puerto Rico | Secured | $93,600.00* |  |  |  |
|  |  |  |  | Subtotal | $187,200.00* |  |  |  |

Note: This claimant claimed administrative priority under Title 11 of the United States Code, section 503(b)(9), but the proof of claim does not correspond to assets sold; thus, the claimant does not have the right to such priority. The claimant also failed to provide evidence for a secured claim. Furthermore, they claimed a total sum of $93,600.00. for this reason, the claim as a whole was reclassified as a general unsecured claim for $93,600.00.

^ Claim no. 15027 also included in Exhibit A to Omnibus Objection no. 351 for partially duplicated claims.
* indicates that the claim contains amounts pending payment or undetermined amounts

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). /**
**Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

2018 MAY 25 P 2 26 RECEIVED

CDS 5/25/18

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

PRIME CLERK LLC

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

MAY 30 2018

RECEIVED

| **Part 1 / Parte 1** | **Identify the Claim / Identificar la reclamación** |
|---|---|

1. Who is the current creditor?

¿Quién es el acreedor actual?

Eduardo Velez Crespo

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor _____
Otros nombres que el acreedor usó con el deudor _____

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☐ No Copy Provided

170328380008716

Claim Number: 27235                    Proof of Claim                    page 1

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>   Sí. ¿De quién? _____ | |
|---|---|---|
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g) | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>_Eduardo Velez Crespo_<br>Name / Nombre<br>_1471 Calle Eden Urb Capara Heigth_<br>Number / Número   Street / Calle<br>_San Juan PR      00920_<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br>_787-528-2853_<br>Contact phone / Teléfono de contacto<br><br>Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>Name / Nombre<br><br>Number / Número   Street / Calle<br><br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>Contact phone / Teléfono de contacto<br><br>Contact email / Correo electrónico de contacto |
| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☐ No / No<br>☒ Yes.  Claim number on court claims registry (if known)<br>   Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _2016-05-1340_<br>   Filed on / Presentada el _05-09-42_ _01-06-17_ (MM/DD/YYYY) (DD/MM/AAAA) _Grupo III_<br>   _Madeline Acevedo Camacho_ _____ has not been paid | |
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☐ No / No<br>☒ Yes. Who made the earlier filing?<br>   Sí. ¿Quién hizo la reclamación anterior?<br>_Ivonne Gonzalez Morales, Esq._<br>_Madeline Acevedo Colon, Esq._ | |

| **Part 2 / Parte 2:** | Give Information About the Claim as of the Petition Date<br>Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso. |
|---|---|
| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>_Department of the Family_ _____ |
| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _180,000.00_ |

Modified Official Form 410        Proof of Claim        page 2

Certified to be a correct and true translation from the source text in Spanish to the target language English.
17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

| | |
|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ 180,000.00<br><br>. Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>*Federal minimum salary* |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ☐ No / No<br>☑ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>Nature of property / Naturaleza del bien:<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:   *This debt was recognized and set a precedent*<br>Otro. Describir:<br><br>Basis for perfection / Fundamento de la realización de pasos adicionales:   *Group I was paid in full. Group II was paid 25%.*<br><br>ˈ Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)<br><br>Value of property / Valor del bien:   $ 180,000.00<br><br>Amount of the claim that is secured /<br>Importe de la reclamación que está garantizado: $ 180,000.00<br><br>Amount of the claim that is unsecured /<br>Importe de la reclamación que no está garantizado: $ 180,000.00<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>Amount necessary to cure any default as of the Petition Date /<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ _____<br><br>Annual Interest Rate (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso) _____ %<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ☑ No / No<br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____ |

Modified Official Form 410                    Proof of Claim                    page 3

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br>☑ Yes. Identify the property / _Compensation material_<br>Sí. Identifique el bien: _ |

| | |
|---|---|
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br>☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surja del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. | $ 180,000.00 |

| Part 3 / Parte 3: | Sign Below / Firmar a continuación |
|---|---|
| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).<br><br>Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma. | Check the appropriate box / Marque la casilla correspondiente:<br><br>☑ I am the creditor. / Soy el acreedor.<br>☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.<br><br>I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.<br><br>I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.<br><br>He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.<br><br>I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.<br><br>Executed on date / Ejecutado el _25-5-2018_ (MM/DD/YYYY) / (DD/MM/AAAA)<br><br>Signature / Firma _Edward ..._<br><br>Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:<br><br>Name _Eduardo ... López_<br>      First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido<br><br>Title / Cargo    _Office Assistant III_<br>Company / Compañía    _Department of the Family_<br><br>Identify the corporate servicer as the company if the authorized agent is a servicer.<br>Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.<br><br>Address / Dirección _Ub. Caparra South 1471 Calle Eden_<br>                    Number / Número    Street / Calle<br>_San Juan , P.R. 00920_<br>City / Ciudad    State / Estado    ZIP Code / Código postal<br><br>Contact phone / Teléfono de contacto _(787) 529-2953_  Email / Correo electrónico _... @familia.pr.gov_ |

Modified Official Form 410                    Proof of Claim                    page 4

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 · Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

FedEx Express — International Air Waybill

**1 From**
Date: 5/25/18
Sender's FedEx Account Number:
Sender's Name: Yenice Rios   Phone: 939-284-9183
Company: Prime Clerk Old San Juan Bankruptcy Court
Address: 300 Calle Recinto Sur
Address: PRIME CLERK LLC
City: San Juan
State/Province:
Country: PR
ZIP/Postal Code:
MAY 30 2018
Email Address:
Internal Billing Reference: 1845-02 (28)
RECEIVED

FedEx Tracking Number: 8120 6424 4700   0402

**4 Express Package Service**
NOTE: Service order has changed. Please select carefully.
01 FedEx Intl. First
01 FedEx Intl. Priority
03 FedEx Intl. Economy

**5 Packaging**
01 FedEx Envelope   02 FedEx Pak   03 FedEx Box   04 FedEx Tube
05 FedEx 10kg Box   06 FedEx 25kg Box   07 Other

**6 Special Handling and Delivery Signature Options**
HOLD at FedEx Location   SATURDAY Delivery
10 Direct Signature
24 Indirect Signature

**2 To**
2B Residential Delivery
Recipient's Name:   Phone: 347 274 186
Company: PRIME CLERK
Address:
Address: 850 3RD AVE STE 412   Dept/Floor:
City: BROOKLYN   State/Province: NY
Country: US
ZIP/Postal Code: 11232
Email Address:
Recipient's Tax ID Number for Customs Purposes:

**7 Payment**
Bill transportation charges to:
1 Sender   2 Recipient   3 Third Party   4 Credit Card   5 Cash/Check
FedEx Acct No.: 9095-0996-7
Bill duties and taxes to:
1 Sender   2 Recipient   3 Third Party   4 Cash/Check

**3 Shipment Information**
Total Packages:
Total Weight: 10
Commodity Description: Legal Documents

**8 Required Signature**
Sender's Signature: Yenice
Recipient's Signature:

662

Origin Station ID:   Country Code/Destination Station ID:   IATA Routing:
LRA   FHA   SNB3/A



**Prime Clerk**
830 3ᴿᴰ AVE FL 9
NEW YORK NY 10022-6561

CDS 5/25/18

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Three Hundred and Forty-Seventh Omnibus Objection**

Annex A: Claims to be reclassified

|  | NAME | CLAIM NO. | Alleged | | | Corrected | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | DEBTOR | PRIORITY LEVEL | AMOUNT | DEBTOR | PRIORITY LEVEL | AMOUNT |
| 176 | VÉLEZ CRESPO, EDUARDO URB. CAPANA HEIGHTS 1471 CALLE EDEN SAN JUAN, PUERTO RICO 00920 | 27235^ | The Commonwealth of Puerto Rico | 503(b)(9) | $180,000.00* | The Commonwealth of Puerto Rico | Not secured | $180,000.00* |
|  |  |  | The Commonwealth of Puerto Rico | Secured | $180,000.00* |  |  |  |
|  |  |  |  | Subtotal | $360,000.00* |  |  |  |

Note: This claimant claimed administrative priority under Title II of the United States Code, section 503(b)(9), but the proof of claim does not correspond to assets sold; thus, the claimant does not have the right to such priority. The claimant also failed to provide evidence for a secured claim. Furthermore, they claimed a total sum of $180,000.00. for this reason, the claim as a whole was reclassified as a general unsecured claim for $180,000,00.

^ Claim no. 27235 also included in Exhibit A to Omnibus Objection No. 351 for partially duplicated claims.

|  | NAME | CLAIM NO. | Alleged | | | Corrected | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | DEBTOR | PRIORITY LEVEL | AMOUNT | DEBTOR | PRIORITY LEVEL | AMOUNT |
| 177 | VÉLEZ TORO, VICTOR HC 1 BOX 7766 SAN GERMAN, PR 00683 | 27222^ | The Commonwealth of Puerto Rico | 503(b)(9) | $187,200.00 | The Commonwealth of Puerto Rico | Not secured | $187,200.00* |
|  |  |  | The Commonwealth of Puerto Rico | Secured | $187,200.00 |  |  |  |
|  |  |  | The Commonwealth of Puerto Rico | Not secured | $187,200.00 |  |  |  |
|  |  |  |  | Subtotal | $561,600.00 |  |  |  |

Note: This claimant claimed administrative priority under Title 11 of the United States Code, section 503(b)(9), but the proof of claim does not correspond to assets sold; thus, the claimant does not have the right to such priority. The claimant also failed to provide evidence for a secured claim. Furthermore, they claimed a total sum of $187,200.00. for this reason, the claim as a whole was reclassified as a general unsecured claim for $187,200,00.

^ Claim no. 27222 also included in Exhibit A to Omnibus Objection No. 351 for partially duplicated claims.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| | NAME | CLAIM NO. | Alleged | | | Corrected | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY LEVEL | AMOUNT | DEBTOR | PRIORITY LEVEL | AMOUNT |
| 178 | VICENTE MARQUEZ, JESUS C/3 D-10 CASTELLANA GARDENS CAROLINA, PR 00983 | 15027^ | The Commonwealth of Puerto Rico | 503(b)(9) | $93,600.00* | The Commonwealth of Puerto Rico | Not secured | $93,600.00* |
| | | | The Commonwealth of Puerto Rico | Secured | $93,600.00* | | | |
| | | | | Subtotal | $187,200.00* | | | |

Note: This claimant claimed administrative priority under Title II of the United States Code, section 503(b)(9), but the proof of claim does not correspond to assets sold; thus, the claimant does not have the right to such priority. The claimant also failed to provide evidence for a secured claim. Furthermore, they claimed a total sum of $93,600.00. for this reason, the claim as a whole was reclassified as a general unsecured claim for $93,600.00.

^ Claim no. 15027 also included in Exhibit A to Omnibus Objection No. 351 for partially duplicated claims.
* indicates that the claim contains amounts pending payment or undetermined amounts

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



EDUARDO VELEZ CRESPO
URB. CAPARRA HEIGTHS
1471 CALLE EDEN
SAN JUAN, P R 00920

7021 0350 0001 3441 2728



U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
JUN 25, 21
AMOUNT

$8.05

R2305H130913-98



RECEIVED

JUL 02 2021

O'NEILL & BORGES

ABOGADOS DE LA JUNTA SUPERVISION
O'NEILL & BORGES LLC
250 AVENIDA MUÑOZ RIVERA LOCAL 800
SAN JUAN, PUERTO RICO 00918-1813

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



| | 718.384.8040 |
|---|---|
| | TargemTranslations.com |
| | projects@targemtranslations.com |
| | 185 Clymer St. Brooklyn, NY 11211 |

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No.  27235 (2)**

Signed this 17th day of August 2021



Andrea I. Boscor