# EXHIBIT A-1

*Proof of Claim Number:* **35262**
*Claimant:* **Adorno Marrero, Vilma E**

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

## Instructions

Please answer all four (4) questions and any applicable sub-questions.  Please include as much detail as possible in your responses.  **Your answers should provide <u>more</u> information than the initial proof of claim**.  For example, if you previously wrote "Act 96" as the basis for your claim,  please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim.  Additionally, if available and applicable to your claim, please provide:

- Copy of an initial pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please  send  the  completed  form  and  any  supporting  documents  via  **email**  to
<u>PRClaimsInfo@primeclerk.com,</u> or by **mail or hand delivery** to the following address:

| <u>By Mail</u> | <u>Hand Delivery or Overnight Mail Service</u> |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

RECEIVED

JUL 02 2021

PRIME CLERK LLC

## Questionnaire

**1. What is the basis of your claim?**

- ☐  A pending or closed legal action with or against the Puerto Rican government
- ☒  Current or former employment with the Government of Puerto Rico
- ☐  Other (Provide as much detail as possible below. Attach additional pages if needed.)

_____

**2. What is the amount of your claim (how much money do you claim to be owed):**

   *$51,648.12*
_____

**Batch 19**

990123401013041

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021- Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim Number:* **35262**
*Claimant:* **Adorno Marrero, Vilma E**

**3.** **Employment.**  **Does your claim relate to current or former employment with the Government of Puerto Rico?**

    ☐   No. *Please continue to Question 4.*
    ☐   Yes. **Answer Questions 3(a)-(d).**

3(a).  Identify the specific agency or department where you were or are employed:
   *Department of the Family      ADSEF*

3(b).  Identify the dates of your employment related to your claim:
   *July 3, 1989*

3(c).  Last four digits of your social security number:    *2858*

3(d).  What is the nature of your employment claims (select all that apply):

    ☐   Retirement

    ☒   Unpaid Wages

    ☐   Sick Days

    ☐   Union Grievance

    ☐   Vacation

    ☐   Other (Provide as much detail as possible.  Attach additional pages if necessary).

**4.** **Legal Action.**  **Does your claim relate to a pending or closed legal action?**

    ☐   No.

    ☒   Yes. **Answer Questions 4(a)-(f).**

4(a).  Identify the department or agency that is a party to the action.
    *Department of the Family      ADSEF*

4(b).  Identify the name and address of the court or agency where the action is pending:
 *In Re Commonwealth of PR, Case 17-03283, US District of PR*

4(c).  Case number:   *35262*

4(d).  Title, Caption, or Name of Case:
   *Madeline Acevedo Camacho, et al.*

**Batch 19**

2



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021- Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim Number:* **35262**
*Claimant:* **Adorno Marrero, Vilma E**

4(e).  Status of the case (pending, on appeal, or concluded):

*Appeal*

4(f).  Do you have an unpaid judgment? Yes / No  (Circle one)

If yes, what is the date and amount of the judgment?

_____

**Batch 19**

3



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021- Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Commonwealth of Puerto Rico Supplemental
Information Processing Center
Grand Central Station, PO Box 4708
New York, NY 10163-4708
Phone: (844) 822-9231
PRClaimsInfo@primeclerk.com

## \*\*\* Response Required \*\*\*

THIS LETTER RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE
GOVERNMENT OF PUERTO RICO IN THE PROCEEDINGS UNDER THE PUERTO
RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.

PLEASE READ THIS LETTER CAREFULLY AND RESPOND IN ACCORDANCE
WITH THE INSTRUCTIONS BELOW.  FAILURE TO RESPOND MAY RESULT IN
THE DEBTORS TAKING LEGAL ACTION TO FULLY OR PARTIALLY DISMISS
YOUR CLAIM.

May 27, 2021

Re:     PROMESA Proof of Claim
        *In re Commonwealth of Puerto Rico*, Case No. 17-03283
        United States District Court for the District of Puerto Rico

Dear Sir or Madam:

This letter relates to a proof of claim you filed in the Title III cases (the "Title III Cases")
against the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation
Authority, or Puerto Rico Electric Power Authority (collectively, the "Debtors).  Prime Clerk
LLC maintains the official claims record in the Title III Cases for the United States District
Court in the District of Puerto Rico (the "Court"), and is reaching out to you on behalf of the
Debtors.

The Debtors' records reflect that you filed a proof of claim that was logged by Prime Clerk LLC
as Proof of Claim Number **35262**.  You may download a copy of your claim by visiting Prime
Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Additional information is required in order for the Debtors to continue with assessing your
claim. The Debtors are unable to determine from the information you provided the basis,
nature, or amount for the claim you are attempting to assert against one or more of the Debtors.
In responding to this letter, please ensure that you provide all of the information requested and
as much detail as possible about your claim.  The descriptions you put on your proof of claim
were too vague for the Debtors to understand the claim you are trying to assert, so please
provide more detail and do <u>not</u> simply copy over the same information.

**Batch 19**

1

*Certified to be a correct and true translation from the source text in Spanish to the target language English
10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

**Please respond to this letter on or before June 26, 2021 by returning the enclosed questionnaire with the requested information and documentation**.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

| **First Class Mail** | **Overnight or Hand Delivery** |
| --- | --- |
| Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk, LLC<br>Grand Central Station, PO Box 4708<br>New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk LLC<br>850 Third Avenue, Suite 412<br>Brooklyn, NY 11232 |

If you do <u>not</u> respond to this request and do <u>not</u> provide the requested information and documentation in support of your claim, the Debtors may be forced to object to your claim.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com.**

PLEASE NOTE: Prime Clerk, LLC is the claims and noticing agent in the Title III Cases and cannot provide legal or financial advice.

Thank you,

Prime Clerk, LLC

*Certified to be a correct and true translation from the source text in Spanish to the target language English*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Vilma E. Adorno Maceira
PO Box 4002 PMS 299
Vega Alta PR 00692

SAN JUAN PR  009
29 JUN 2021  PM 2  L

RECEIVED
JUL 02 2021
PRIME CLERK

Commonwealth of PR Suplimentel
Information Processing Center
C/o Prime Clerk, LLC
Grand   Central Station
PO Box  4708
New York, NY  10163 -4708

10163-470808

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021- Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 35262**

Signed this 10th day of August  2021

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator

Verify at www.atanet.org/verify

_____
Andreea I. Boscor

