# EXHIBIT C

**PRIME CLERK LLC**
Grand Central Station
PO Box 4850
New York, NY 10163-4850

**RECLAMO AL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUETO RICO, A SOLIITUD DE "PRIME CLERK"**

1. Que me ajusto a las Leyes, Reglas Federales de Procedimiento de Quiebra y de los Procedimientos de Administración de Casos, y que el caso por el cual estoy reclamando es al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociada de Puerto Rico. Caso de Quiebra número 17BK 3283 LTS.
2. Que mi nombre es **Nancy Maldonado Cruz** con número de seguro social XXX-XX-2911. Mi dirección postal es HC 4 Box 9538, Utuado, PR 00641. Comencé a cotizar para los Sistemas de Retiro del Gobierno el Estado Libre Asociada a partir del 22 de agosto de 1988. Los balances de aportaciones estimadas no concuerdan. tampoco años de servicios.
Según los datos obtenidos de los sistemas computarizados la cantidad reportada hasta la fecha de hoy es de $ 69,388.83 con 28.75 años cotizados.
3. No estoy de acuerdo con lo antes mencionado y objeto que se ventile a nivel público la cantidad que se me adeuda.
4. Entiendo que el fundamento al planteamiento sobre divulgación de la información en referencia a la cantidad reclamada debe ser de carácter confidencial y que solo las partes y/o litigantes son las que deben tener conocimiento.

Para que así conste hoy, 14 de junio de 2021

_____
Nancy Maldonado Cruz

RECEIVED
JUN 23 2021
PRIME CLERK LLC



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

15 de junio de 2021

**Agencia: 407 - ADMINISTRACION DE FAMILIAS Y NIÑOS**

NANCY MALDONADO CRUZ
HC-4  BOX 9538
UTUADO, PR 00641 9531

Seguro Social: XXX-XX-2911

A base de la información en nuestros registros, al 15 de junio de 2021 usted posee:

**Fecha de Nacimiento:** ███████ 1963          **Género:** Femenino
**Fecha de Ingreso al Servicio Público:** 28 de octubre de 1988
**Fecha de Comienzo de Cotización:** 28 de octubre de 1988

| Ley Anterior al 30 de junio de 2013 | |
|---|---|
| Años Acreditados: | 24.75 |
| Aportaciones: | $42,234.21 |
| Intereses: | $10,877.84 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $53,112.05 |
| SNC Pagado: | $0.00 |
| SNC Tiempo: | 0.00 |
| Beneficio: | $0.00 |

| Ley 3 al 30 de junio de 2017 | |
|---|---|
| Tiempo Trabajado: | 4 |
| Aportaciones: | $15,085.12 |
| Intereses: | $1,191.66 |
| Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $16,276.78 |
| Beneficio: | $0.00 |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: NANCY MALDONADO CRUZ**
HC-4  BOX 9538
UTUADO, PR 00641

Seguro Social: XXX-XX-2911

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE FAMILIAS Y NIÑOS |
| Años de Servicio: | 28.75 |
| Balance de Aportaciones: | $69,388.83 |

Esta certificación fue emitida el 15 de junio de 2021.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2021061554983063

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

Nancy Maldonado Cr
HC 4 Box 9538
Utuado, PR 00641

CERTIFIED MAIL

7018 1130 0001 7588 4646





U.S. POSTAGE PAID
FCM LETTER
ARECIBO, PR
00612
JUN 15, 21
AMOUNT
$7.00
R2306Y152026-15

RECEIVED
JUN 23 2021
PRIME CLERK

PRIME CLERK LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850