# EXHIBIT C-1

**PRIME CLERK LLC**
Grand Central Station
PO Box 4850
New York, NY 10163-4850

> **CLAIM AGAINST THE COMMONWEALTH OF PUERTO RICO PUBLIC EMPLOYEE RETIREMENT SYSTEM, UPON REQUEST OF "PRIME CLERK"**

1. That I am subject to the laws, Federal Rules of Procedure for Bankruptcy, and the procedures for case administration, and that the case under which I am submitting my claim is the one involving the retirement system for employees of the Commonwealth of Puerto Rico. Bankruptcy case no. 17BK 3283 LTS.

2. That my name is **Nancy Maldonado Cruz** and my social security number is XXX-XX-2911. My postal address is HC 4 Box 9538, Utuado, PR 00641. I began to earn credit with the Commonwealth of Puerto Rico's retirement system on August 22, 1988. The balances of my estimated contributions and my years of service do not match.

   According to information from the computerized systems, the reported amount as of today is $69,388.83 with 28.75 years of credit.

3. I do not agree with these figures and I object to having the amount owed to me aired in public.

4. I understand that the basis for the filing regarding information as to the amount claimed must be confidential, and that the parties and/or litigants are the only ones who must have this information.

Let the record so reflect, today, June 14, 2021



Nancy Maldonado Cruz

RECEIVED
JUN 23 2021
PRIME CLERK LLC

Certified to be a correct and true translation from the source text in Spanish to the target language English. 12/AUGUST/2021 – Matthew Bouillon Mascareñas ATA-certified Spanish-English #505436
By Targem Translations Inc.



| GOVERNMENT OF PUERTO RICO |
| --- |
| Administration of the Employees' Retirement System of the Government and Judiciary |

June 15, 2021

**ESTIMATED ACCOUNT STATEMENT**

Agency: **407 – FAMILY AND CHILDREN DEPARTMENT**

NANCY MALDONADO CRUZ
HC-4  BOX 9538
UTUADO, PR 00641 9531

Social Security: XXX-XX-2911

Based on the information contained in our records, as of June 15, 2021, you have:

**Date of Birth:** ▓▓▓▓ 1963           **Gender:** Feminine
**Date of Entrance into Public Service:** October 28, 1988
**Date of Commencement of Service Credit:** October 28, 1988

| *Law Prior to June 30, 2013* | |
| --- | --- |
| Years credited: | 24.75 |
| Contributions: | $42,234.21 |
| Interest: | $10,877.84 |
| Recordkeeping Expenses | $0.00 |
| Total Contributions: | $53,112.05 |
| SNC Paid: | $0.00 |
| SNC Time: | 0.00 |
| Benefit: | $0.00 |

| *Law No. 3 as of June 30, 2017* | |
| --- | --- |
| Time worked: | 4 |
| Contributions: | $15,085.12 |
| Interest: | $1,191.66 |
| Recordkeeping Expenses | $0.00 |
| Total Contributions: | $16,276.78 |
| Benefit: | $0.00 |

It is important to note that the individual Contribution Balance is the accumulated total applied to retirement as of the date of the last payment processed in the system. The balances set forth here under Individual Contribution and Years of Service are subject to revision.

In the event this information does not match your records, please contact the Retirement Affairs Coordinator for your agency or municipality. You may also access this information through the On-line Services section of our web portal: http://www.retiro.pr.gov.

**We remind you that prior to filing a pension request, you must request an official Statement of Account through your Coordinator.**

Sincerely,
Account Statement Division
Participant Dept.



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 ▪ PO Box 42003 San Juan, P.R. 00940-2203
☎ 787.754.4545 ▪ www.retiro.pr.gov

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 – Matthew Bouillon Mascareñas ATA-certified Spanish-English #505436*
*By Targem Translations Inc.*



GOVERNMENT OF PUERTO RICO

Administration of the Employees' Retirement System of the Government and Judiciary

# CERTIFICATE OF ESTIMATED CONTRIBUTION BALANCES

**RE: NANCY MALDONADO CRUZ**

HC-4  BOX 9538

UTUADO, PR 00641

Social Security: XXX-XX-2911

The information presented below is based on information contained in our computerized systems as of the date of this certificate.

It is important to note that the individual Contribution Balance is the accumulated total applied to retirement as of the date of the last payment processed in the system. Therefore, such amounts are subject to revision. In the event this information does not match your records, please contact the Retirement Affairs Coordinator for your agency, corporation or municipality.

| | |
|---|---|
| Corporation: | FAMILY AND CHILDREN DEPARTMENT |
| Years of Service: | 28.75 |
| Contribution Balance: | $69,388.83 |

This certificate was issued on June 15, 2021.

The Administrator of the Employee's Retirement Systems of the Government and the Judiciary shall not be held liable for missing information or information provided by the employer.

Certificate No.: ASR2021061554983063

You can verify the validity of this certificate through the Government of Puerto Rico's web portal at: http://www.pr.gov/validacionelectronica/ or our portal at: http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
12/AUGUST/2021 – Matthew Bouillon Mascareñas ATA-certified Spanish-English #505436
By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 – Matthew Bouillon Mascareñas ATA-certified Spanish-English #505436*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

### TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Matthew Bouillon Mascareñas, ATA-certified Spanish-English **#505436**, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

    the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 46270**

[ATA Certified Translator Seal — Matthew J. Bouillon Mascareñas, Spanish into English, Certification #505436]

Verify at www.atanet.org/verify

Signed this 12th day of August 2021

_____
Matthew Bouillon Mascareñas

