# EXHIBIT D

8 de junio de 2021

PRIME CLERK LL C
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

RECEIVED
JUN 21 2021
PRIME CLERK LLC

## SOLICITUD DE INFORMACION POR PRIME CLERK

1. Que me ajusto a las leyes, Reglas Federales de Procedimiento de Quiebras y de los Procedimientos de Administración de Casos, en el caso por el que estoy reclamando al Sistema de Retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico, Caso de Quiebra Num. 17-BK-3283-LTS.

2. Que mi nombre es Ana I. Maldonado Torres y mi dirección postal es P.O. Box 2982, Arecibo, Puerto Rico 00613-2982. Los últimos 4 del seguro social son 5786. Comencé a cotizar para mi retiro desde 2 febrero 2000, mi salario mensual es $2,583.00. El gobierno realizaba el descuento para mi retiro a base de mi salario. Que para el 1999 se realizó una reclasificación de puesto a todos los empleados del gobierno. Según estimado de cuenta de retiro mi aportación al mismo asciende a $54,342.89.

3. Que no estoy de acuerdo y objeto que se ventile a nivel público la cantidad que se me adeude.

4. Entiendo que el fundamento al planteamiento sobre divulgación de información en referencia a la cantidad reclamada debe ser de carácter confidencial y que solo las partes y /o litigantes son las que deben tener conocimiento.

Para que así conste hoy, 8 de junio de 2021

_[signature]_
ANA I. MALDONADO TORRES






ANA I. MALDONADO TORRES
P.O. BOX 2982
ARECIBO, PR 00613-2982

CERTIFIED MAIL

7017 0660 0000 7683 2821

RECEIVED
JUN 21 2021
PRIME CLERK

PRIME CLERK LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

U.S. POSTAGE PAID
FCM LETTER
ARECIBO, PR
00612
JUN 09, 21
AMOUNT
$7.00
R2306Y152026-15