# EXHIBIT D-1

8 June 2021

PRIME CLERK LL C
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

RECEIVED
JUN 21 2021
PRIME CLERK LLC

REQUEST FOR INFORMATION FROM PRIME CLERK

1. That I am in accordance with the laws, federal bankruptcy procedure regulations, and case administration procedures in the case for which I am making a claim from the Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case no. 17-BK-3283-LTS).

2. That my name is Ana I. Maldonado Torres and my postal address is PO Box 2982, Arecibo, Puerto Rico 00613-2982. The last four digits of my social security number are 5786. I began to contribute towards my retirement on February 2, 2000, and my monthly salary is $2,583.00. The government made the appropriate deduction for my retirement based on my salary. In 1999, all government employee positions were reclassified. According to the estimate of my retirement account, my contributions to retirement stand at $54,342.89.

3. That I do not agree with, and object to, the amount owed to me being disclosed in public.

4. I understand that the basis for the approach to the disclosure of information relating to the amount claimed must be confidential, and that only the parties and/or litigants must have knowledge of the same.

In witness whereof, I sign this document on this date, June 8, 2021.

[*Signature*]
ANA I. MALDONADO TORRES

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 32722**

Signed this 15th day of August 2021

_____
Andreea I. Boscor

