# EXHIBIT E

RECEIVED

JUN 28 2021

PRIME CLERK

*Número de Evidencia de Reclamación:* 71643
*Reclamante:* MORLAES PEREZ, WANDA I.

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
| --- | --- |
| Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk, LLC<br>Grand Central Station, PO Box 4708<br>New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk LLC<br>850 Third Avenue, Suite 412<br>Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

   X Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☒ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   ______________________________

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   $150,000.00

Batch 19



*Número de Evidencia de Reclamación:* ~~71643~~
*Reclamante:* ~~MORLAES PEREZ, WANDA I.~~ Neftali Mendez Dominguez

3. **Empleo.** **¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?**
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). **Identifique el organismo o departamento específico en el que trabaja o trabajó:** Dept. de la Familia

3(b). **Identifique las fechas de su empleo con relación a su reclamación:** ______

3(c). **Últimos cuatro dígitos de su número de seguro social:** 2321

3(d). **Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):**
- ☐ Jubilación
- ☒ Salarios impagos
- ☐ Días por enfermedad
- ☐ Queja con el sindicato
- ☐ Vacaciones
- ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

______

4. **Acción legal.** **¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?**
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción. Dept. de la Familia CC-2018-0270

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Comisión Apelativa (CASP) Num Supremo Dept. de la Familia, ARV y ATI num 2016-05-1340

4(c). Número de caso: Num Supremo CC-2018-0270

4(d). Título, epígrafe, o nombre del caso: Caso Madeline Acevedo Camacho y Otros.

Batch 19

99012340101245?

*Número de Evidencia de Reclamación:* 71643
*Reclamante:* MORLAES PEREZ, WANDA I.

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
Pendiente de resolución y en apelación

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
3 de Mayo de 2017 $150,000.00

990123401012452

*Proporcione todos los documentos que respaldan sus respuestas a estas solicitudes de información en relación con su Reclamo Designado. Usted **DEBE** enviar la totalidad de dicha información y documentación a Proskauer Rose.*

**DEVUELVA SU AVISO COMPLETADO Y CUALQUIER INFORMACIÓN SUPLEMENTARIA EN UNA CONTRAOFERTA PARA EL MIERCOLES, 26 DE MAYO DE 2021 A LA SIGUIENTE DIRECCIÓN:**

Brian Rosen, Esq.
**Proskauer Rose LLP**
Eleven Times Square
New York, NY 10036

[Firma del Representate Autorizado del Reclamante Designado]

Por: Ivonne Gonzalez Morales
[Nombre en letra de molde]

**[Nota: Agregue líneas adicionales para la firma según sea necesario.]**

[Firma del Representate Autorizado del Reclamante Designado]

Por: Ivonne Gonzalez Morales
[Nombre en letra de molde]

Ticket
**[EXTERNAL]**

+ Follow | CloneTicket

| Status | Ticket Number | Company Name | Contact Name | Contact Phone | Ticket Owner |
|---|---|---|---|---|---|
| New | 00901115 | PR Claims In... | ods06667c... | Y NOTICE: ... | Document Uploads |

## Ticket Details

Contact Name
ods06667cpc (/lightning/r/0031N000025f0JdQAI/view)

Ticket Owner
Document Uploads

Status
New

Workflow
Pending Document Upload

Inquiry Constituency

Escalation Level
(6) Excluded from Call Log

Parent Ticket
00896886 (/lightning/r/5003l00001DML5cAAH/view)

Cloned

Subject
[EXTERNAL]

Description
CONFIDENTIALITY NOTICE: The information contained in this email and attached document(s) may contain confidential information that is intended only for the addressee(s). If you are not the intended recipient, you are hereby advised that any disclosure, copying, distribution or the taking of any action in reliance upon the information is prohibited. If you have received this email in error, please immediately notify the sender and delete it from your system. This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure (https://www.kroll.com/disclosure). Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy (https://www.kroll.com/en/privacy-policy).

Inquiry Description

## Contact Details

Name
ods06667cpc

Company Name
PR Claims Info (/lightning/r/0011N00001ZBu14QAD/view)

Office Phone
Y NOTICE:

Email
ods06667cpc@officedepot.com (mailto:ods06667cpc@officedepot.com)

Mobile Phone

Business Name

Mailing Address

**Knowledge** Related

History Notes Macros Omni-Channel (Offline)

Nicole Reynoso (/lightning/r/0051N000006AyaiQAC/view) 7h ago (/lightning/r/0D53l00006Z9qfVCAR/view)

(/lightning/r/0051N000006AyaiQAC/view) Ticket updated

History Notes Macros Omni-Channel (Offline)

Workflow: A blank value to Pending Document Upload

Comment

Nicole Reynoso (/lightning/r/0051N000006AyaiQAC/view) (/lightning/r/0051N000006AyaiQAC/view) Ticket updated

7h ago (/lightning/r/0D53I00006Z9qfUCAR/view)

Ticket Owner: Tiffany Reynoso to Document Uploads

Comment

Nicole Reynoso (/lightning/r/0051N000006AyaiQAC/view) (/lightning/r/0051N000006AyaiQAC/view) Ticket created

7h ago (/lightning/r/0D53I00006Z9qd5CAB/view)

Subject: [EXTERNAL]
Status: New
Ticket Number: 00901115
Company Name: PR Claims Info
Contact Name: ods06667cpc
Contact Phone: Y NOTICE:
Ticket Owner: Tiffany Reynoso

Comment

History  Notes Macros Omni-Channel (Offline)