# EXHIBIT E-1

*Proof of Claim Number:* ~~71643~~
*Claimant:* ~~MORLAES PEREZ, WANDA L~~

RECEIVED
JUN 28 2021

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

## Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim**. For example, if you previously wrote "Act 96" as the basis for your claim, please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of an initial pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

| **By Mail** | **Hand Delivery or Overnight Mail Service** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk, LLC<br>Grand Central Station, PO Box 4708<br>New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk LLC<br>850 Third Avenue, Suite 412<br>Brooklyn, NY 11232 |

## Questionnaire

**1. What is the basis of your claim?**

☒ A pending or closed legal action with or against the Puerto Rican government
☒ Current or former employment with the Government of Puerto Rico
☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

______________________________________________

**2. What is the amount of your claim (how much money do you claim to be owed):**

*$ 150,000.00*

Batch 19




*Certified to be a correct and true translation from the source text in Spanish to the target language English. 16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556 By Targem Translations Inc.*

*Proof of Claim Number:* ~~71643~~
*Claimant:* ~~MORLAES PEREZ, WANDA L~~ *Neftali Mendez Dominguez*

**3. Employment. Does your claim relate to current or former employment with the Government of Puerto Rico?**

- ☐ No. *Please continue to Question 4.*
- ☒ Yes. **Answer Questions 3(a)-(d).**

3(a). Identify the specific agency or department where you were or are employed:
*Department of the Family*

3(b). Identify the dates of your employment related to your claim:
____________________

3(c). Last four digits of your social security number: *2321*

3(d). What is the nature of your employment claims (select all that apply):

- ☐ Retirement
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

____________________

____________________

**4. Legal Action. Does your claim relate to a pending or closed legal action?**

- ☐ No.
- ☒ Yes. **Answer Questions 4(a)-(f).**

4(a). Identify the department or agency that is a party to the action.
*Department of the Family* *cc. 2018-0270*

4(b). Identify the name and address of the court or agency where the action is pending:
*Appellate Commission (CASP) Supreme No.*
*Dept. of the Family, ARV and AIJ No. 2016-05-1340*

4(c). Case number: *Supreme No. cc 2018-0270*

4(d). Title, Caption, or Name of Case:
*Case of Madeline Acevedo Camacho, et al.*

Batch 19

990123401012452



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim Number:* ~~71643~~
*Claimant:* ~~MORLAES PEREZ, WANDA L~~

4(e). Status of the case (pending, on appeal, or concluded):

*Pending resolution and on appeal*

4(f). Do you have an unpaid judgment? (Yes) / No (Circle one)

If yes, what is the date and amount of the judgment?

*May 3, 2017* *$ 150,000.00*

Batch 19





*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Provide all documents on which you rely in support of your answers to these requests for information regarding your Designated Claim. You **MUST** send all such information and documentation to Proskauer Rose.*

**RETURN YOUR COMPLETED NOTICE AND ANY SUPPLEMENTAL INFORMATION IN A COUNTEROFFER TO THE FOLLOWING ADDRESS BY WEDNESDAY, MAY 26, 2021:**

Brian Rosen, Esq.
**Proskauer Rose LLP**
Eleven Times Square
New York, NY 10036

[Signature of the DesignatedClaimant's Authorized Representative]

By: Ivonne Gonzalez Morales
[Printed Name]

**[Note: Add additional signature lines as needed.]**

[Signature of the Designated Claimant's Authorized Representative]

By: Ivonne Gonzalez Morales
[Printed Name]



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Ticket
**[EXTERNAL]**

+ Follow | CloneTicket

| Status | Ticket Number | Company Name | Contact Name | Contact Phone | Ticket Owner |
|---|---|---|---|---|---|
| New | 00901115 | PR Claims In... | ods06667c... | Y NOTICE: ... | Document Uploads |

**Ticket Details**

Contact Name
ods06667cpc (/lightning/r/0031N000025f0JdQAI/view)

Ticket Owner
Document Uploads

Status
New

Workflow
Pending Document Upload

Inquiry Constituency

Escalation Level
(6) Excluded from Call Log

Parent Ticket
00896886 (/lightning/r/5003l00001DMLScAAH/view)

Cloned

Subject
[EXTERNAL]

Description
CONFIDENTIALITY NOTICE: The information contained in this email and attached document(s) may contain confidential information that is intended only for the addressee(s). If you are not the intended recipient, you are hereby advised that any disclosure, copying, distribution or the taking of any action in reliance upon the information is prohibited. If you have received this email in error, please immediately notify the sender and delete it from your system. This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure (https://www.kroll.com/disclosure). Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy (https://www.kroll.com/en/privacy-policy).

Inquiry Description

**Contact Details**

Name
ods06667cpc

Company Name
PR Claims Info (/lightning/r/0011N00001ZBu14QAD/view)

Office Phone
Y NOTICE:

Email
ods06667cpc@officedepot.com (mailto:ods06667cpc@officedepot.com)

Mobile Phone

Business Name

Mailing Address

**Knowledge** Related

History Notes Macros Omni-Channel (Offline)

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*




*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Workflow: A blank value to Pending Document Upload

Comment

Nicole Reynoso (/lightning/r/0051N000006AyalQAC/view) (/lightning/r/0051N000006AyalQAC/vi...#)Ticket updated — 7h ago (/lightning/r/0D53l00006Z9qfUCAR/view)

Ticket Owner: Tiffany Reynoso to Document Uploads

Comment

Nicole Reynoso (/lightning/r/0051N000006AyalQAC/view) (/lightning/r/0051N000006AyalQAC/vi...#)Ticket created — 7h ago (/lightning/r/0D53l00006Z9qd5CAB/view)

Subject: [EXTERNAL]
Status: New
Ticket Number: 00901115
Company Name: PR Claims Info
Contact Name: ods06667cpc
Contact Phone: Y NOTICE:
Ticket Owner: Tiffany Reynoso

Comment

History Notes Macros Omni-Channel (Offline)

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*




718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:
the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 26316**

Signed this 16th day of August, 2021

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator
Verify at www.atanet.org/verify

Andreea I. Boscor

