# EXHIBIT B-1

Proof of Claim: 171318
Claimant: MIRO RAMIREZ, EBED

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide **more** information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

**RECEIVED**

**AUG 0 2 2021**

**PRIME CLERK**

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Questionnaire**

1. What is the basis of your claim?
   - ☒ A pending or closed legal action with or against the Puerto Rican government
   - ☒ Current or former employment with the Government of Puerto Rico
   - ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

2. What is the amount of your claim (how much money do you claim to be owed):
   $17,632.00

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
   - ☐ No. *Please continue to Question 4.*
   - ☒ Yes. *Answer Questions 3(a)–(d).*

   3(a). Identify the specific agency or department where you were or are employed:
   _Department of Corrections and Rehabilitation_

Batch 8



*Certified to be a correct and true translation from the source text in Spanish to the target language English.
20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

Proof of Claim: 171318
Claimant: MIRO RAMIREZ, EBED

3(b). Identify the dates of your employment related to your claim:
N6 Nov. 4, 1985

3(c). Last four digits of your social security number: 6582

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

  **Case KAC-1996-1381, "ROMERAZO". Known as "El Romerazo," salary raises owed to employees of the Department of Corrections**

4. **Legal Action.** Does your claim relate to a pending or closed legal action? *adeudac*
- ☐ No.
- ☒ Yes. **Answer Questions 4(a)-(f).**

4(a). Identify the department or agency that is a party to the action.
  *Department of Corrections and Rehabilitation*

4(b). Identify the name and address of the court or agency where the action is pending:
  *San Juan Legal Center, Ave. Luis Muñoz Rivera*

*Case No 17-03283*

4(c). Case number: KAC-1996-1381 EL ROMERAZO

4(d). Title, Caption, or Name of Case: El Romerazo KAC-1996

4(e). Status of the case (pending, on appeal, or concluded): *For payment action*

4(f). Do you have an unpaid judgment? Yes (No) (Circle one)
If yes, what is the date and amount of the judgment? _____

18        2



Certified to be a correct and true translation from the source text in Spanish to the target language English.
20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

Proof of Claim: 171318
Claimant: HIRO RAMIREZ, EBED

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Questionnaire

1. **What is the basis of your claim?**
   - [X] A pending or closed legal action with or against the Puerto Rican government
   - [X] Current or former employment with the Government of Puerto Rico
   - [ ] Other (Provide as much detail as possible below. Attach additional pages if needed.)

2. **What is the amount of your claim (how much money do you claim to be owed):**
   $17,632

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
   - [ ] No. *Please continue to Question 4.*
   - [X] Yes. *Answer Questions 3(a)-(d).*

   3(a). Identify the specific agency or department where you were or are employed:
   _Department of Corrections and Rehabilitation_

Batch 8



Certified to be a correct and true translation from the source text in Spanish to the target language English.
20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

Miro Ramirez Ebed M.
Ext. Santa Ana I-3
Calle Diamante
Vega Alta PR 00692



7021 0350 0001 3411 9405

  U.S. POSTAGE PAID
FCM LG ENV
VEGA ALTA, PR
00692
JUL 27, 21
AMOUNT
$7.65
R2305M148474-77



RECEIVED
AUG 02 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

### TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 171318**

Signed this 20th day of December, 2021

_____

Andreea I. Boscor

