# EXHIBIT C

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| LUNA RIOS, ANA L | 174092 | 6/5/2020 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | This claim is duplicative, in part, of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Beltrán Cintrón Master Claims ||||

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| LUNA RIOS, ANA L | 174092 | 6/5/2020 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | Este reclamo duplica, en parte, los reclamos maestros números 179140 y 93199, presentados en nombre de todos los demandantes del pleito caratulado Francisco Beltrán Cintrón y otros contra el Departamento de Asuntos Familiares N.° KAC2009-0809 (los "Reclamos maestros de Beltrán Cintrón"), por el abogado que representa a los demandantes en dicho pleito. Los demandantes de este pleito son ex empleados del Departamento de Asuntos Familiares ("DOFA"), que alegaron que dicho departamento retuvo salarios y pagos de jubilación, como resultado del "Memorándum general N.° 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba o las obligaciones asociadas al presente litigio. El Demandante retendrá un reclamo remanente contra los Deudores en el que se reclaman obligaciones adicionales que no surgen del litigio referido más arriba ni están subsumidas en los Reclamos maestros de Beltrán Cintrón. ||||

RECEIVED
JUL 26 2021
PRIME CLERK

*Recibido*
*27/7/2021*

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

6/7/2021

A: Juan C. González Santini

De: [Name]

No. de reclamación - 174092

Deudor: Commonwealth Puerto Rico

Re: A través de la corte le notifico no estar de acuerdo con la determinación de Commonwealth of Puerto Rico. Necesito apelar la determinación, le solicito su entrega de como puedo apelar la decisión y cuáles derechos me cobijan. Dispongo esto enviado por su agencia. En su acción corresponde que me envíe por escrito el temario [de] esa determinación porque les agradeceré su no ser elegible. Le agradeceré su atención. Gracias. Espero contestación.

[signature]

Ana Rina
P.O. Box. 1983
Ciche PR. 00739

RECEIVED
JUL 26 2021
PRIME CLERK

SAN JUAN PR 009
7 JUL 2021 PM 2 L



Grand Central Station
P.O. Box 4850
New York N163-4850.

10163-485050