# EXHIBIT C-1

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| LUNA RIOS, ANA L | 174092 | 6/5/2020 | Commonwealth of Puerto Rico | $0.00 |

Reason: This claim is duplicative, in part, of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. Claimant will retain a remaining claim against the Debtors asserting additional liabilities not arising out of the above-referenced litigation or subsumed within the Beltrán Cintrón Master Claims

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| LUNA RIOS, ANA L | 174092 | 6/5/2020 | Commonwealth of Puerto Rico | $0.00 |

Base para: Este reclamo duplica, en parte, los reclamos maestros números 179140 y 93199, presentados en nombre de todos los demandantes del pleito caratulado Francisco Beltrán Cintrón y otros contra el Departamento de Asuntos Familiares N.° KAC2009-0809 (los "Reclamos maestros de Beltrán Cintrón"), por el abogado que representa a los demandantes en dicho pleito. Los demandantes de este pleito son ex empleados del Departamento de Asuntos Familiares ("DOFA"), que alegaron que dicho departamento retuvo salarios y pagos de jubilación, como resultado del "Memorándum general N.° 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba o las obligaciones asociadas al presente litigio. El Demandante retendrá un reclamo remanente contra los Deudores en el que se reclaman obligaciones adicionales que no surgen del litigio referido más arriba ni están subsumidas en los Reclamos maestros de Beltrán Cintrón.



RECEIVED JUL 26 2021 'RIME CLERK

[hw:]

Received 7/27/2021

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[handwritten:]

To: Grand Central Station            6/7/2021

From: [illegible]

Claim No. 174092

Debtor: Commonwealth of Puerto Rico

RE: By way of notice letter, [be advised that] *I am not in agreement with the determination of Commonwealth of Puerto Rico, I need to appeal the determination, I request* [illegible] *appeal the decision and what rights I* [illegible] *corresponding action and that* [illegible]*] in writing as to why this determination was made that I am not eligible. I appreciate your attention. Thank you. I await* [illegible]

                        [signature]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 174092**

Signed this 17th day of August 2021

_____

Andreea I. Boscor

[ATA Seal: Andreea Boscor, Spanish into English, Certification #525556 — Verify at www.atanet.org/verify]

