# EXHIBIT D-1

*- 1 -*

*Tuesday, July 06, 2021*

*Claim 6725*

*Does not include claims 7490 or 7415, the amounts are not duplicated.*

*From: Félix Rivera Clemente*

*To: Prime Clerk LLC*

*[Stamp: Received - JUL 12, 2011, PRIME CLERK]*

*Subject: Claim of Félix Rivera Clemente against the Department of Transportation and Public Works, Road Traffic Regulation Div. (Government of Puerto Rico). Due to involuntary transfer for having written a memorandum to the Sign maker Angel Rafael Boria Figueroa. I, Félix Rivera Clemente (Sign workshop Supervisor), being his supervisor on May 07, 2007, in the Department of Transportation and Public Works.*

*Claim Filing:*
*It was filed in the Department with Labor at Calle San Justo in Old San Juan which is now between Avenida Luis Muñoz Rivera and Ave. Juan Ponce De León in Hato Rey, 6th Floor.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

- 2 -

[TN: *unclear:*]   *At the Department of Transportation and Public Works (Road Traffic Regulation Division at Avenida José de Diego / Calle Bori intersection) and not those that belong to the drug sale spot previously at Calle 8838.*

*1) They build houses.*
*2) They harass you so that you resign from Road Traffic Regulation.*


*Missing document, for which they sent me from the Human Resources Office, 5th Floor, Torre Sur, of the Department of Transportation and Public Works, State Government, to a psychiatrist or psychologist for an assessment which would indicate whether I was capable of being a supervisor of the Sign workshop.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

- 3 -

*The Claim for Involuntary Transfer was filed with the Department of Labor at Calle San Justo in Old San Juan due to involuntary transfer against the Department of Transportation and Public Works (Road Traffic Regulation Div.).*

*They sent us to: ORHELA*
*Human Resources Office*
*of the Commonwealth P.O. BOX 8476*
*San Juan, Puerto Rico 00910-8476*
*Metro Office Park*
*Calle 1 Lote 18*
*Guaynabo, Puerto Rico*
*Tel. (787) 781-4300*
*Sarah Irizarry Cruz*
*Mediator*

*We returned without an agreement to the Dept. of Labor which sent us again for fast relief to:*
*The Public Service Appeals Commission at the Avenida Ponce de León / Calle Hipódromo Parada 20 intersection in Santurce, San Juan, Puerto Rico 00919-2394.*
*Until Present. Tel. 787-721-5739*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*- 4 -*

*Claim 6725*
*The Ruling is at:*
*Commonwealth of Puerto Rico*
*Appeals Commission of the Public Service Human Resources Administration*
*Avenida Juan Ponce de León 268*
*Hato Rey Center Suite 600*
*P.O. Box 192394, San Juan, P.R. 00919-2394*
*Tel. 787-721-5739  Fax 787-725-1242*
*http://www.casarh.gobierno.pr*

*Case Number: 2007-05-1167*
*Involuntary Transfer*

*Félix Rivera Clemente*
*v.*
*Department of Transportation*
*and Public Works*
*State Government*
*Road Traffic Regulation Division*
*Tel. 787-751-2025*
*Ext. 33223 and 33222*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

TO          :          Public Service Appeals Commission of the
                       Commonwealth of Puerto Rico
                       P.O. Box 41149
                       San Juan, PR 00940-1149
                       (787) 723-4242 - 723-4699
                       http://www.casp.pr.gov


FROM        :          Félix Rivera Clemente v. D.T.O.P.

SUBJECT     :          Case #2007-05-1167 - Transfers

DATE        :          October 14, 2011


## INFORMATIVE MOTION

Requesting a hearing to request the closure and judgment with prejudice for the above-captioned case, because the appellee did not comply with the order of the Honorable Associate Commissioner Carmen T. Lugo Somolinos, requested in writing on July 14, 2011.

I request the case's closure, the case's judgment and ruling and that D.T.O.P. is ordered to pay me $60,000,000.00 as requested.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS

May 08, 2007

Mr. Angel R. Boria Figueroa
Sign maker
                              [*Signature*]

Manuel Salcedo Ortega, PE
Acting Director
Road Traffic Regulation Office

[*Signature*]
Arthur Dones Negrón
Manager, Construction Division
Road Traffic Regulation Office

[*Signature*]
Félix Rivera Clemente
Sign Workshop Supervisor

**INSUBORDINATION**

Excessive cell phone use during work hours.

Occasionally disappearing from the workshop without permission.

Threatening
                              [*Signature*]

APARTADO 41269, SAN JUAN, PUERTO RICO 00940-1269 - TEL. (787) 722-2929  FAX: (787) 728-8963

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS

# MEETING MINUTES

**DATE   :   July 18, 2007**
**TIME   :   9:50 AM**
**PLACE :   Office of Mr. Félix Rivera Clemente**

**PRESENT:**

**Eng. Manuel Salcedo Ortega - Acting Director**
**Mr. Benjamín Rivera Ramos - Administrative Manager**
**Mr. Félix Rivera Clemente - Sign Workshop Supervisor**
**Ms. Minerva Valentín Miranda - Director's Secretary**

**SUBJECTS:**          **ACTION ACCORDING TO THE**
**EMPLOYEE ASSISTANCE PROGRAM (PAE)**
**\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \***

**Eng. Manuel Salcedo began the meeting by stating that on July 17, 2007, he received a call from Ms. Aída Rossy, PAE Social Worker, informing him that she was working on the case of Mr. Félix Rivera Clemente v. Sign Workshop Workers. This individual indicated that, given the circumstances issued by this office and the parties involved, that the appropriate action is to transfer Mr. Félix Rivera Clemente from the workshop in order to avoid counterproductive events, in the words of Ms. Rossy. This action should be maintained until the case is heard in the appropriate forums. Are we clear?, asked Eng. Salcedo.**

**Mr. Félix Rivera answered: "How should there be problems if they are in the Workshop and I don't give them instructions. It is Carlos Román who gives them the instructions. The procedure is not being followed as it should be. They all go to Carlos Román, they don't come to me. It is not being done as it is written down.**

APARTADO 41269, SAN JUAN, PUERTO RICO 00940-1269 - TEL. (787) 722-2929  FAX: (787) 728-8963

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**MEETING MINUTES**                                              **(2 of 2)**
**JULY 18, 2007**

They give me things in writing, and certain things are written down while certain other things are being done. I don't go to Edgardo's office. I don't have anything to do with them. I don't have any interference with them."

Eng. Salcedo replied to him: "She told me that, I just follow instructions."

Mr. Félix Rivera indicated that Ms. Rossy is a [*hw:*] *cousin and neighbor* of Soria, or that there is a family relationship. That they were doing everything in a crazy manner. Eng. Salcedo and Mr. Benjamín Rivera indicated that they were unaware that they were family. Eng. Salcedo agreed to inquire about this situation.

Then Eng. Salcedo indicated that the Workshop's tasks shall be maintained under the same condition that Mr. Félix Rivera shall channel the tasks through Mr. Carlos Román.

Eng. Salcedo proceeded to explain to Mr. Félix Rivera that: "July 25th's tasks did not go through your hands, that was my responsibility. I was the one who did it." And he clarified to him again: "given the circumstances, everything must go through your hands through Carlos Román."

Mr. Félix Rivera indicated to Eng. Salcedo: "I stay in my office because I'm not giving them instructions."

Eng. Salcedo replied to him: "They are instructions from Human Resources, you cannot violate the instructions."

The meeting was concluded at 10:10 AM

**MSO/MVM/lar**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Wednesday, August 01, 2007**

Government Ethics Office
Ms. Wanda M. Sierra Nieves
Executive Officer I.


     I, Félix Rivera Clemente, Sign Workshop Supervisor of the Department of Transportation and Public Works, Road Traffic Regulation Division, would like to file a complaint to investigate the decision made by Aída Iris Rossy, Social Worker of the Office of Industrial Relations (PAE), in relation to the situation that occurred on Monday, May 07, 2007, at the Sign Workshop because the sign maker with whom the situation occurred is her cousin. The maternal grandmothers of Sign maker Angel R. Boria and Ms. Aída Iris Rossy are sisters. She should have recused herself from the case and made no decision, and certainly not that to remove me from my Sign workshop office to please Boria because of the memo that I wrote to him on Tuesday, May 07, 2007, of which I include a copy.

*Government Ethics*
*Internal Audit Office*
*Tel. (787) 722-2929*
*Ext. 2531 or 2164*
*Delivered to the Government Ethics*
*Office*

*Wednesday, August 08*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

ORHELA-CMC-6
May 2006                                          [Emblem: ORHELA]

Commonwealth of Puerto Rico
HUMAN RESOURCES OFFICE OF THE COMMONWEALTH OF PUERTO RICO Conflict
Mediation Center
PO Box 8476, San Juan, PR 00910-8476

NOTICE FOR MEDIATION

| | |
|---|---|
| Félix Rivera Clemente<br>Appellant<br><br>v.<br><br>DTOP<br>Appellee | 2007-05-1167-465<br>**CMC CASE NO.**<br><br>2007-05-1167<br>**CASARH CASE NO.**<br><br>July 19, 2007<br>Date |

Félix Rivera Clemente
Appellant
HC-01 Box 9045,
Loíza, PR 00772

Sarah D. Irizarry
Name of Case Mediator

Dear Mr. Rivera:

This case was referred by CASARH to our Mediation Center. You are hereby summoned for the process mediation meeting on **August 16, 2007**, at **10:00 a.m.** at our facilities.

If you cannot attend this meeting, if you resolve the situation before it is held, or if you have any questions, you can contact the Center at **(787) 781-4300, extensions 2201 or 3050**.

Yours sincerely,

    [Signature]
    Sarah D. Irizarry Cruz, Mediator
    Assistant Director of the Center
    or Authorized Person

---

**FOR USE OF THE CONFLICT MEDIATION CENTER**

**Sent by:**  ☐ Mail     ☐ Personal     ☐ Other_____

☐ The name of a legal representative was not sent to the Center on behalf of the person summoned.

☐ A copy of this summons was sent to the person's legal representative at the following address:

_____

_____

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS

July 17, 2007

**Confidential**
*[date stamp and illegible handwriting]*

Mr. Félix Rivera Clemente
Road Traffic Sign Workshop Supervisor
Road Traffic Signage Office

Mr. Rivera Clemente:

On June 27, 2007, you attended an informal investigation at this Office due to various situations that occurred with staff from the Sign Workshop. Upon analyzing the facts presented by both you and the employees of the Road Traffic Signage Office, it was found that you have problems in performing your tasks. Therefore, we have decided to refer you to the Employee Assistance Program. This is for the purpose of being referred to an Occupational Physician who shall indicate to us whether you are capable of performing the essential functions of your position.

This decision is based on the provisions of Article 6, Section 6.6, Provisions on Retention, Subsection 9 (b) of Law Number 184 of August 03, 2004, as amended.

If you are not in agreement with this decision, you may request an administrative hearing within ten (10) business days of receiving this letter.

Yours sincerely,

*[Signature]*
Marta E. Dávila Torres
Acting Director
Human Resources Office

SIGNATURE: *[Signature]*
DATE: *08/02/07*
WITNESS: *[illegible name]*
PLEASE RETURN THIS COPY TO THE HUMAN RESOURCES OFFICE, ONCE THE EMPLOYEE HAS SIGNED

APARTADO 41269, SAN JUAN, PUERTO RICO 00940-1269 - TEL. (787) 722-2929  FAX: (787) 728-8963

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS

November 09, 2007

Mr. Félix Rivera Clemente
Road Traffic Signage Supervisor
Road Traffic Regulation Office

[*Signature*]
Eng. Wilson Avilés Larriuz
Director
Road Traffic Regulation Office

[*Signature*]
Marta E. Dávila Torres
Director
Human Resources Office

**SUMMONS**

On November 06, 2007, an incident involving you occurred at the Road Traffic Regulation Office which resulted in a call to the Puerto Rico Police. Therefore, complaint no. Q-2007-1-162-143665 had to be filed. This incident caused the employees of said Office to feel unsafe carrying out their tasks.

To ensure the safety and adequate work environment for the Road Traffic Regulation employees, we hereby summon you, prior to reporting to work, to report to this Office where you will be attended to by the undersigned and Ms. Gladys N. Fuentes Cruz of the Special Studies Section.

Your attendance is mandatory.

[*hw:*]  *Tuesday, November 06, at 3:00 P.M.*

APARTADO 41269, SAN JUAN, PUERTO RICO 00940-1269 - TEL. (787) 722-2929  FAX: (787) 728-8963
[*hw:*] *Ext. 2184*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS

November 09, 2007

Mr. Félix Rivera Clemente
HC-01 Box 7630
Loíza, PR 00772-9743

**SUMMONS**

On November 06, 2007, an incident involving you occurred at the Road Traffic Regulation Office which resulted in a call to the Puerto Rico Police. Therefore, complaint no. Q-2007-1-162-143665 had to be filed. This incident caused the employees of said Office to feel unsafe carrying out their tasks.

To ensure the safety and adequate work environment for the Road Traffic Regulation employees, we hereby summon you, prior to reporting to work, to report to this Office where you will be attended to by the undersigned and Ms. Gladys N. Fuentes Cruz of the Special Studies Section.

Your attendance is mandatory.

Yours sincerely,

[*Signature*]
Marta E. Dávila Torres
Director
Human Resources Office

APARTADO 41269, SAN JUAN, PUERTO RICO 00940-1269 - TEL. (787) 722-2929  FAX: (787) 728-8963

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Stamp:
**COMMONWEALTH
OF PUERTO RICO –
APPEALS
COMMISSION OF
THE PUBLIC
SERVICE HUMAN
RESOURCES
ADMINISTRATION –
2004**]

Commonwealth of Puerto Rico
**APPEALS COMMISSION OF THE PUBLIC SERVICE HUMAN RESOURCES
ADMINISTRATION SYSTEM**
PO Box 9023990, San Juan, PR 00902-3990
Tel. 787-721-5739 Fax. 787-725-1242
http://www.casarh.gobierno.pr

_____*Félix Rivera Clemente*_____
First Name and Two Last Names

Case Number: <u>*2007-05-1167*</u>

*State v.*
*Department of Transportation*                    *Transfer after providing memo*
*And Public Works (Road Traffic*                  *Re: <u>to employee</u>_____*
<u>*Regulation Division)*</u>_____       *(They took away my acquired rights)*
Name of the Agency or Municipality

### NON-ACCEPTANCE OF MEDIATION SERVICE

The Appeals Commission provides mediation services, on occasions, in conjunction with the Human Resources Office of the Commonwealth of Puerto Rico ("ORHELA"), preferably in the areas of classification, compensation, recruitment and selection, promotion, transfer, demotion and retention. To benefit from this prompt, impartial, confidential and free service, please fill out the request below.

**TO THE HONORABLE COMMISSION:**

The above-named party appears and very respectfully states, alleges and requests the following:

1) I, <u>*Félix Rivera Clemente*</u>, in the above-mentioned appeal, am not interested in benefiting from the Mediation Program governed by Regulation #6993. I acknowledge and understand that it is a confidential, prompt, impartial and free process.

2) I request that my appeal continue under the ordinary proceedings established in Procedural Regulation #7313.

**I CERTIFY** that on this same day I served the above-mentioned other party with a copy of this letter at their address on record.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, on June 24, 2007

[*Signature*]

**Signature**

Name: Félix Rivera Clemente
Address: HC-01 Box 9045
Loíza, P.R. 00772
Phone: 787-358-5969 Fax:
Email:

Revised in April 2007

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Stamp:
**COMMONWEALTH
OF PUERTO RICO –
APPEALS
COMMISSION OF
THE PUBLIC
SERVICE HUMAN
RESOURCES
ADMINISTRATION –
2004**]

**Commonwealth of Puerto Rico
APPEALS COMMISSION OF THE PUBLIC SERVICE HUMAN RESOURCES
ADMINISTRATION SYSTEM**
PO Box 9023990
San Juan, PR 00902-3990
Tel: (787) 721-5739
Website: http:www.casarh.gobierno.pr

FÉLIX RIVERA CLEMENTE

Appellant

v.

DEPT. OF TRANSPORTATION AND
PUBLIC WORKS
Appellee

CASE NO. 2007-05-1167

TRANSFERS

Subject

**- ORDER -**

**TO THE APPELLEE:**

The Appeals Commission of the Public Service Human Resources Administration System had before it the above-referenced appeal and resolved:

"Article 13.13 (8) of Law No. 184 of August 03, 2004, as amended, establishes that the Commission shall promote the use of alternative dispute resolution methods as a mechanism to resolve disputes arising under this chapter. The Appeals Commission reached an agreement with the Commonwealth's Human Resources Office (O.R.H.E.L.A.) to provide said service in appeals filed regarding various matters as of January 01, 2005. This appeal qualifies for the process.

You are hereby ordered, within a term of fifteen (15) calendar days, from the filing of this document, to fill out and file the part of the attached form that you select, namely: "Voluntary Request for Mediation Service" or "Non-acceptance of Mediation Service." You can also obtain the forms on our website www.casarh.gobierno.pr, and at the Commission's Secretariat. For related information please refer to Mediation Program Regulation #6983 and to Special Memorandum 2-2006, which are also available on our website and at the Secretariat.

You are hereby warned that any unjustified non-compliance with the order may result in financial penalties of thirty ($30) dollars up to three hundred ($300) dollars per instance for yourself or your attorney, and even to dismissal and archiving **with prejudice**, under the provisions of Procedural Regulation #7313 of the Appeals Commission, Article 2.9, Section 13.9 (9) and 13.9 (11) of Law No. 184 of August 03, 2004, as amended and Section 3.21 of Law No. 170 of August 12, 1988, as amended. "

**TO BE SERVED**.

In San Juan, Puerto Rico, on May 22, 2007.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

ORHELA-CMC- April 2006                                    [Emblem: ORHELA]

Commonwealth of Puerto Rico
HUMAN RESOURCES OFFICE OF THE COMMONWEALTH OF PUERTO RICO
Conflict Mediation Center
PO Box 8476, San Juan, PR 00910-8476

**REPORT OF MEDIATION OUTCOME**

Félix Rivera Clemente v. DTOP

| 2007-05-1167 | 2007-05-1167-465 |
|---|---|
| **CASARH CASE NO.** | **CMC CASE NO.** |

Agency or Entity: DTOP

Representative:        Atty. Ariel Félix

**Name of Case Participants:**

| **Mr. Félix Rivera Clemente (appellant)** | **[*Signature*]** |
|---|---|
| **Atty. Ariel Félix (Repres. of Appellee)** | **[*Signature*]** |

In relation to the above-mentioned case and in accordance with the regulations of CASARH and ORHELA, said case:

☐    Case undertaken without reaching mediation

☐    One or neither party attended the mediation

☒    Case closed and mediated without agreement

☐    Case archived (did not complete mediation)

☐    Other: _____

☐    Case closed and mediated with agreement
      Explain:

   <u>**The parties met in the mediation process but could not reach an agreement. The case is
   returned to CASARH as mediated without agreement.**</u>

**Signature of Mediator(s):**

[*Signature*]

| Sarah D. Irizarry Cruz, Mediator | August 29, 2007 |
|---|---|

**I certify as correct:**

| Yamil Marrero Viera, Esq. | August 29, 2007 |
|---|---|
| Signature of the Center's Assistant Director | Date |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Stamp:
**COMMONWEALTH
OF PUERTO RICO
– APPEALS
COMMISSION OF
THE PUBLIC
SERVICE HUMAN
RESOURCES
ADMINISTRATION
– 2004**]

**Commonwealth of Puerto Rico
APPEALS COMMISSION OF THE PUBLIC SERVICE HUMAN RESOURCES
ADMINISTRATION SYSTEM**
PO Box 9023990 San Juan, PR 00902-3990 Tel (787) 721-5739
Website: http: www.casarh.gobierno.pr

[*illegible filing date stamp – JUN 27*]

FÉLIX RIVERA CLEMENTE

Appellant

v.

DEPT. OF TRANSPORTATION AND
PUBLIC WORKS
Appellee

CASE NO. 2007-05-1167

TRANSFERS

Subject

**- ORDER REMANDING TO MEDIATION PROGRAM -**

TO THE ABOVE-NAMED PARTIES:

The Appeals Commission of the Public Service Human Resources Administration System ("CASARH"), had before it the above-referenced appeal and resolved:

On May 30, 2007, the above-named appellant requested the services of the Mediation Program, pursuant to Regulation #6983, while the aforementioned request was evaluated with the corresponding appeal, and this appeal is remanded as of June 30, 2007, to the Mediation Center of the Human Resources Office of the Commonwealth of Puerto Rico (ORHELA) to hold the initial meeting with the parties. It is further ordered that the original case with all its documents be transferred to ORHELA to process the appeal. The mediation process must conclude within a term not exceeding sixty (60) days from the date of the aforementioned notice. However, CASARH, in conjunction with ORHELA may, on its own initiative or on a party's motion, extend or shorten this term for just cause. If no type of agreement is reached or one of the parties, after the initial meeting, chooses not to continue with the mediation process, the case shall be brought to the attention of the Appeals Commission for continuation of the procedures as established in Procedural Regulation #7313 and Law 170 of August 12, 1988, known as the Uniform Administrative Procedure Law of the Commonwealth of Puerto Rico.

You are hereby warned that any unjustified non-compliance with the order shall constitute acceptance for an economic or procedural sanction to be imposed on yourself or your attorney, if the latter is responsible for the non-compliance, in accordance with the provisions of Section 13.9 (9) and 13.9 (11) of the Human Resources Administration Act, Act 184 of August 03, 2004, as amended, Procedural Regulation No. 7313 of the Appeals Commission and Section 3.21 of the Uniform Administrative Procedure Act, Act No. 170 of August 12, 1988, as amended.

**TO BE SERVED.**

In San Juan, Puerto Rico, on June 21, 2007.

[Stamp: **ORHELA – COMMONWEALTH OF PUERTO RICO – HUMAN RESOURCES OFFICE OF THE COMMONWEALTH** – Sarah Irizarry Cruz – MEDIATOR – CONFLICT MEDIATION CENTER – PO BOX 8476, San Juan, Puerto Rico 00910-8476, METRO OFFICE PARK, CALLE 1 LOTE 18, GUAYNABO, PUERTO RICO, Tel. (787) 781-430, Exts. 305, Fax (787) 706-566, Email: sirizarry@orhela.gobierno.pr, X4039, 2201, 3050]

2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

**I CERTIFY** that on this date,                    I filed the original of this Order in the appeal's case files and sent a true and exact copy of it to the parties, to their addresses on record.

GRYMARYS DE JESÚS AFANADOR
COMMISSION SECRETARY

APPELLEE:
DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS
LEGAL DIVISION
PO BOX 41269
SAN JUAN, PR 00940-1269

APPELLANT:
FÉLIX RIVERA CLEMENTE
HC-01 BOX 9045
LOÍZA. PR 00772

MCBV/emr

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Stamp: **COMMONWEALTH OF PUERTO RICO – APPEALS COMMISSION OF THE PUBLIC SERVICE HUMAN RESOURCES ADMINISTRATION – 2004**]

## INFORMATIVE GUIDE TO CORRECTLY FILE AN APPEAL REQUEST

*** Please carefully read Article II of the Commission's procedural regulations ***
(Available free of charge on our website www.casarh.gobierno.pr. Available for purchase at the Secretariat for $11.50 payable by check or money order payable to the "Secretary of the Treasury")

I.   Any appeal or complaint request to be filed pro se, without legal representation, may use the appeal form available at the Secretariat and on our website. The available forms are:

   ▪ Appeal Request

   ▪ Appeal Request with Mediation Service

   ▪ Appeal Request with allegations of discrimination **and** claim for damages

II.  Appellants who appear pro se or represented by an attorney must file their request in compliance with the requirements established in the applicable regulations, among which are the following:

   ▪ Procedural Regulations

   ▪ Regulations to handle Discrimination Appeals with Damages

   ▪ Regulations of the Conflict Mediation Program

III. The appeal request shall be subject to an investigation stage to verify that it complies with the filing requirements established in the Procedural Regulations, and if they are met, it shall be identified and processed as an appeal, otherwise it shall be returned to the party that filed the request.

IV.  Among the general requirements that the written appeal request must contain, and subject to the provisions of the Procedural Regulations as form requirements, are the following:

   1) The appeal must be filed within (30) consecutive days from when you become aware of the action against you, from when you were notified, or from the expiration of the term of sixty (60) days, from when a written claim was made to the appointing authority and it did not reply.

   2) Only the seal of the Secretariat of the Commission shall be used in determining the filing date, regardless of the means used for its filing. If said term has expired, the appeal shall be archived due to lack of jurisdiction.

   3) Full name of the appellant, their physical and postal address, telephone number, email, fax, and the status as an employee or citizen applying for employment. If represented by an attorney, the attorney's full name, bar license number, postal address, telephone number, email and fax shall be included in said document.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Stamp: **COMMONWEALTH OF PUERTO RICO – APPEALS COMMISSION OF THE PUBLIC SERVICE HUMAN RESOURCES ADMINISTRATION** – **2004**]

**INFORMATIVE GUIDE TO CORRECTLY
FILE AN APPEAL REQUEST**

4) The appeal shall state the facts of the claim or infringement, the grounds of law or regulations on which it is based, and the remedy that is requested.

5) You must advise whether you have or have had any other case filed with the Commission (Include the case number), or in another court (Include the court, parties, case number and subject).

6) You must advise whether you are covered by the Civil Servants' Unionization Law, if your position belongs to an appropriate unit, if you exercised your right to join, and whether there is a current collective agreement that covers it.

7) You must submit a copy of the appointing authority's final decision, or of the claim not answered by it, of the notification of charges, and of any other document that helps determine the jurisdiction.

8) When an appellant petitions the Commission for relief alleging the existence of any type of discrimination, the petition must clearly detail the specific facts that have given rise to the allegation. The Commission shall only assume jurisdiction over the dispute when specific allegations arise from the appeal document that establish on their face the existence of the discriminatory action. If the appeal includes a request for damages, it must comply with the provisions of the "Regulations for dealing with Discrimination Appeals with Damages".

9) The appeal must be signed by you and your attorney.

10) The appellant must notify the appellee within a term of (30) days to file the appeal request, in person or by certified mail, and thus provide evidence of it to the Commission.

v. Other Matters:

- Any change in information related to, among other matters, address, email, fax or telephone that may arise within the course of the procedures, must be notified to the Commission. If the parties or their attorneys do not notify the change and said notifications are sent according to the information that emerges from the records, it shall not be accepted as a defense or excuse that said notification was not received by the parties.

- Any procedural information regarding your case is available through our website. It may also be requested in WRITING to the Secretariat of the Commission. Include your full name and your case number.

- With this being the court that shall adjudicate your dispute, the Secretariat staff and agency officials **are not authorized to give you legal advice** on your cause of action or remedy. We recommend using the services of an attorney you trust.

- In the event that an order is issued during the appeal process in order to comply with that requested, non-compliance with the Order may result in the appeal's archiving.

- If you have legal representation, all communication, as a general rule, shall be through your representative.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[hw:] *Carlos J. Gonzalez Miranda, Ph.D.
Secretary*

[Stamp:
**COMMONWEALTH
OF PUERTO RICO
– APPEALS
COMMISSION OF
THE PUBLIC
SERVICE HUMAN
RESOURCES
ADMINISTRATION
– 2004**]

Commonwealth of Puerto Rico
**APPEALS COMMISSION OF THE PUBLIC SERVICE HUMAN RESOURCES
ADMINISTRATION SYSTEM**
PO Box 9023990, San Juan, PR 00902-3990
Tel. 787-721-5739 Fax. 787-725-1242
http://www.casarh.gobierno.pr

_____*Félix Rivera Clemente*_____
First Name and Two Last Names

Case Number: <u>*2007-05-1167*</u>

v.

*State Department of Transportation
And Public Works (Road Traffic
Regulation Division)*_____
Name of the Agency or Municipality

*Transfer after providing memo*
Re: <u>*to employee*_____</u>
*(They took away my acquired rights)*

### NON-ACCEPTANCE OF MEDIATION SERVICE

The Appeals Commission provides mediation services, on occasions, in conjunction with the Human Resources Office of the Commonwealth of Puerto Rico ("ORHELA"), preferably in the areas of classification, compensation, recruitment and selection, promotion, transfer, demotion and retention. To benefit from this prompt, impartial, confidential and free service, please fill out the request below.

**TO THE HONORABLE COMMISSION:**

The above-named party appears and very respectfully states, alleges and requests the following:

1) I, <u>*Félix Rivera Clemente*</u>, in the above-mentioned appeal, am not interested in benefiting from the Mediation Program governed by Regulation #6993. I acknowledge and understand that it is a confidential, prompt, impartial and free process.

2) I request that my appeal continue under the ordinary proceedings established in Procedural Regulation #7313.

**I CERTIFY** that on this same day I served the above-mentioned other party with a copy of this letter at their address on record.

**RESPECTFULLY SUBMITTED**

In <u>*San Juan*</u>, Puerto Rico, on <u>*June 24, 2007*</u>

[*Signature*]
**Signature**

Name: <u>*Félix Rivera Clemente*</u>
Address: <u>*HC-01 Box 9045*</u>
<u>*Loíza, P.R. 00772*</u>
Phone: <u>*787-358-5969*</u> Fax: _____
Email: _____

Revised in April 2007

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

[Stamp:
**COMMONWEALTH OF PUERTO RICO – APPEALS COMMISSION OF THE PUBLIC SERVICE HUMAN RESOURCES ADMINISTRATION – 2004**]

Commonwealth of Puerto Rico
**APPEALS COMMISSION OF THE PUBLIC SERVICE HUMAN RESOURCES ADMINISTRATION SYSTEM**
Ave. Ponce de León 268 Hato Rey Center Suite 600
PO Box 192394 San Juan. PR 00919-2394
Tel 787-721-5739 Fax. 787-725-1242
http://www.casarh.gobierno.pr

_____ *Félix Rivera Clemente* _____
First Name and Two Last Names

Case Number: *2007-05-1167*

*Department of Transportation*
*Regulation Division)* _____

Re: ___ *Transfer* _____
Name of the Agency or Municipality

### MOTION IN COMPLIANCE WITH ORDER

**TO THE HONORABLE COMMISSION:**

The above-mentioned appellant, *Félix Rivera Clemente*, appears on his own behalf and very respectfully states, alleges and requests:

1) That I received an order on the following date _____ related to [*illegible*] [Signature].

2) That I hereby notify you of the compliance with the aforementioned order as follows:

*I would hereby like to notify you that I have interest in pursuing the case and I shall therefore notify my legal representative to communicate with this commission. Atty. [Edmée Vincenty] – Tel.: 787-751-2590.* _____
_____
_____
_____

**IN VIEW OF ALL THE FOREGOING**, I respectfully request this Honorable Appeals Commission to take cognizance of the foregoing, to deem the aforementioned order as complied with, and to issue the decision that is appropriate in law.

**I CERTIFY**, that on this same date I have sent a copy of this motion to the other party to their address on record, using the following mechanism: ☐ in person ☐ regular mail or certified mail with acknowledgement of receipt to the following address:

☐ Other: _____

**RESPECTFULLY SUBMITTED**   /      /

In *San Juan*, Puerto Rico on *September 30, 2020*.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Stamp:
**COMMONWEALTH
OF PUERTO RICO
– APPEALS
COMMISSION OF
THE PUBLIC
SERVICE HUMAN
RESOURCES
ADMINISTRATION
– 2004**]

**Commonwealth of Puerto Rico
APPEALS COMMISSION OF THE PUBLIC SERVICE HUMAN RESOURCES
ADMINISTRATION SYSTEM**
PO Box 9023990
San Juan, PR 00902-3990
Tel: (787) 721-5739
Website: http:www.casarh.gobierno.pr

FÉLIX RIVERA CLEMENTE

Appellant

v.

DEPT. OF TRANSPORTATION AND
PUBLIC WORKS
Appellee

CASE NO. 2007-05-1167

TRANSFERS

Subject

**- ORDER -**

TO THE ABOVE-NAMED PARTIES:

The Appeals Commission of the Public Service Human Resources Administration System ("CASARH"), had before it the above-captioned appeal and resolved:

The above-captioned appeal was referred to the Mediation Service of the Human Resources Office of the Commonwealth of Puerto Rico which notifies us that the parties have chosen not to receive said services. In accordance with the foregoing, the continuation of the above-mentioned appeal proceedings before the Appeals Commission is ordered in accordance with the provisions of Procedural Regulation #7313.

**TO BE SERVED.**

In San Juan, Puerto Rico, on September 11, 2007.

**I CERTIFY** that on this date, *September 11, 2007*, I archived the original of this Order in the appeal's case files and that I have sent a true and exact copy of it to the parties, to their addresses on record.

[*Signature*]
GRYMARYS DE JÉSÚS AFANADOR
COMMISSION SECRETARY

APPELLEE:
ARIEL FÉLIX CINTRÓN, ESQ.
APARTADO 42007
SAN JUAN, PR 00940-2007

APPELLANT:
FÉLIX RIVERA CLEMENTE
HC-01 BOX 9045
LOÍZA, PR 00772

MCBV/emr

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Stamp:
**COMMONWEALTH
OF PUERTO RICO
– APPEALS
COMMISSION OF
THE PUBLIC
SERVICE HUMAN
RESOURCES
ADMINISTRATION
– 2004**]

**Commonwealth of Puerto Rico
APPEALS COMMISSION OF THE PUBLIC SERVICE HUMAN RESOURCES
ADMINISTRATION SYSTEM**
PO Box 192394. San Juan PR 00919-2394
268 Ave Ponce de León, Edif. Hato Rey Center, Suite 600, Piso 6
Tel. (787) 721-5739
Website: http://www.casarh.gobierno.pr

| | |
|---|---|
| FÉLIX RIVERA CLEMENTE | |
| Appellant | CASE NO. 2007-05-1167 |
| v. | |
| DEPT. OF TRANSPORTATION AND PUBLIC WORKS | TRANSFERS |
| Appellee | Subject |

**ORDER**

**TO THE ABOVE-MENTIONED PARTIES:**

The Hearing Officer, Itzel Aguilar Pérez, Esq. had before her the above-mentioned appeal and ordered:

**TO THE APPELLANT:** You are ordered to show cause, within twenty (20) calendar days from this appeal's archiving, as to why we should not impose a financial penalty on you for **abandonment and lack of interest**.

Failure to comply with said term shall automatically lead to a financial penalty in the amount of fifty ($50) dollars, which must be paid within five (5) days.

If interested, please comply with the following order:

**TO THE PARTIES:** In accordance with Article IV, Section 4.1 of the Procedural Regulations, the parties are ordered to meet within a term of **thirty (30) calendar days** from the date when the appeal is archived to:

1) Examine the possibility of reaching an agreement that puts an end to the dispute.

2) Identify and simplify the dispute or disputes to be adjudicated or presented.

3) Stipulate and list the facts not subject to dispute, which may be admitted provided that the Commission or Examining Officer determines that this serves the best public interests.

4) Identify the pertinent documentary evidence, and if possible, the admission of evidence which shall not lead to any objection.

5) The parties and their attorneys must mark the documents to be used in the case prior to submitting them, as well as a list of the stipulated evidence.

6) Exchange a list of the witnesses that they intend to use in the public hearing and a brief indication of the purposes, relevance and scopes of their statements.

7) Propose to the Commission or the Examining Officer any other mechanism that is in harmony with the due process of[...]

---

[1] We have tools available through our website http://www.casarh.gobierno.pr to obtain information, statuses and forms related to the proceedings before CASARH. Among others, there are: (1) Law #184 of August 03, 2004, as amended. (2) Regulations applicable to the court such as Procedural Regulations, Regulations for the Conflict Mediation Program, and Discrimination Claims, (3) forms for appellants without legal representation, these being; Motion Requesting Waiver with Prejudice, Consultation Report Prior to Public Hearing, Motion Requesting an Order. Informative Motion. Appeal Request. Request for a Claim of Discrimination and Request for Mediation, among others, (4) schedule of public hearings: (5) statuses of cases, and (6) rulings with reports from the CASARH's Examining Officer from 2005 to present, classified by subject.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

- 3 -                            FÉLIX RIVERA CLEMENTE 2007-05-1167
                                ORDER

[…] indicated. The inability of the parties to confer prior to the hearing and/or produce a joint report, shall not be just cause to adjourn scheduled hearings.

The above-mentioned parties are hereby warned that any unjustified non-compliance with the above may result in dismissal of the appeal, its granting or any other relief the Appeals Commission deems necessary, including possible fines between $30 and $300 for each separate instance, and/or procedural penalties according to the power granted and the provisions of Act 184 of August 03, 2004, as amended, Procedural Regulation #7313, and the Uniform Administrative Procedure Law.

The parties are hereby warned that non-compliance with the orders issued by this Commission, the suspension of duly designated hearings, and the granting of extensions constitute exceptional circumstances that prevent compliance with the term provided by Section 3.13 (g) of the Uniform Administrative Procedure Act, Act No. 170 of August 12, 1988, as amended.

The parties are advised of their right to appear before this court through legal representation or on their own behalf, subject to the provisions of Article II, Section 2.4 of Procedural Regulation #7313 of the Appeals Commission of the Human Resources Administration System of the Commonwealth of Puerto Rico.

**TO BE SERVED AND FILED.**

In San Juan, Puerto Rico, on September 22, 2010.

[*Signature*]
**ITZEL AGUILAR PÉREZ**
Hearing Officer

        **I CERTIFY** that on this date, September 27, 2010, I filed the original of this Order in the appeal's case files and that I have sent a true and exact copy of it to the parties, to their addresses on record.

[*Signature*]
CIAMARA TORRES RODRIGUEZ
Acting Secretary

APPELLEE:
ARIEL FÉLIX CINTRÓN, ESQ.
APARTADO 42007
SAN JUAN, PR 00940-2007

APPELLANT:
FÉLIX RIVERA CLEMENTE
HC-01 BOX 9045
LOÍZA, PR 00772

IAP/pas

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Stamp:
**COMMONWEALTH
OF PUERTO RICO –
APPEALS
COMMISSION OF
THE PUBLIC
SERVICE HUMAN
RESOURCES
ADMINISTRATION
– 2004**]

**Commonwealth of Puerto Rico**
**APPEALS COMMISSION OF THE PUBLIC SERVICE HUMAN RESOURCES
ADMINISTRATION SYSTEM**
PO Box 9023990
San Juan, PR 00902-3990
Tel: (787) 721-5739
Website: http:www.casarh.gobierno.pr

FÉLIX RIVERA CLEMENTE

Appellant

CASE NO. 2007-05-1167

v.

DEPT. OF TRANSPORTATION AND
PUBLIC WORKS
Appellee

TRANSFERS

Subject

**- INITIAL ORDER -**

TO THE ABOVE-NAMED PARTIES:

The Appeals Commission of the Public Service Human Resources Administration System had before it the above-mentioned appeal and resolved:

On May 30, 2007, the appellant filed an ***Appeal Request and Voluntary Request for Mediation Service*** under Law No. 184 of August 03, 2004, as amended, in compliance with the Procedural Regulations, having notified the appellee on May 16, 2007, according to evidence received by the Commission. The number assigned to said claim is the one in the caption.

Under the Procedural Regulations and in accordance with the terms established therein, and in seeking a fair, prompt and economical solution for the matter before us, the present Initial Order was entered:

I.      **Filing Documents before the Appeals Commission**

When filing any document related to the above-captioned matter, the appeal number and the caption must be included, and the requirements established in the Procedural Regulations must be complied with. Every document shall be signed and include the up-to-date information of the party that files it. All filing by email or fax is subject to filing of the original document within (3) business days of its submission, in which case the filing date shall be rolled back to that of the receipt by e-mail or fax, and if the original is not received within this term, then the document received shall be deemed not filed. Attorneys and parties should avoid overloading case files with informative motions or matters that can be resolved between them.

II.      **Response to the Appeal**

The appellee must respond to the appeal filed by the appellant and filed with the Secretariat of the Commission within fifteen (15) consecutive days from the appeal's notification. This party shall provide the Commission with a true and exact copy of any document that is relevant or indispensable for the dispute's adjudication, or of which official notice may be taken. Any adequate allegation in the appeal not denied by the response may be deemed as admitted by the appellee and the Commission may subsequently make conclusions of fact and law based on such admission. In the cases of recruitment and layoffs in the probationary period where the decision of the appointing authority is based on a confidential investigation, the appellee shall include with the response a copy of said Confidential Investigation Report in a **redacted** manner, protecting the parties' identities. The Answer to the Appeal must be filed within (15) days from the date of service, and Requests for an extension for just cause or non-compliances with the provisions of the applicable Regulations or the orders issued, the complexity of the matters brought before the court, incomplete case files, […]

FÉLIX RIVERA CLEMENTE                                    3                                    2007-05-1167

[…] consent of the parties, consolidations, just causes, the number of appellants, taking into account the particular circumstances of each appeal, lack of human and economic resources of the Commission, shall never be considerations that may constitute exceptional circumstances or just cause for not ruling on the adjudicative proceedings in the governing terms of the Uniform Administrative Procedure Law.

#### III.     Warning

The parties are hereby warned that any unjustified failure to comply with the order or with the terms provided in the Procedural Regulations, may constitute acceptance for us to dismiss the appeal due to failure to comply with an order, abandonment, and lack of interest, contempt of court of the appellee, or other imposition of procedural or financial penalties under the provisions of the Procedural Regulation #7313 of the Appeals Commission, the power granted in Sections 13.9 (9) and 13.9 (11) of the Public Service Human Resources Administration Act, Act No. 184 of August 03, 2004, as amended and by Section 3.21 of the Uniform Administrative Procedures Act, Act No. 170 of August 12, 1988, as amended.

**TO BE SERVED.**

In San Juan, Puerto Rico, on October 11, 2007.

**I CERTIFY** that on this date, October 11, 2007, I filed the original of this Order and that I have sent a true and exact copy of it to the parties, to their addresses on record.

[*Signature*]
GRYMARYS DE JESÚS AFANADOR
COMMISSION SECRETARY

APPELLEE:
ARIEL FÉLIX CINTRÓN, ESQ.
APARTADO 42007
SAN JUAN, PR 00940-2007

APPELLANT:
FÉLIX RIVERA CLEMENTE
HC-01 BOX 9045
LOÍZA, PR 00772

MCBV/ctr

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**GOVERNMENT OF PUERTO RICO**
**PUBLIC SERVICE APPEALS COMMISSION**
PO Box 41149, San Juan, PR 00940-1149
Ave. Ponce de León 1409, Parada 20, Edificio CEM
Sexto Piso, Santurce, Puerto Rico 00907
Tel (787) 723-4242 / Fax (787) 723-4699
Website: http://www.casp.pr.gov

| | |
|---|---|
| **FÉLIX RIVERA CLEMENTE** | |
| **Appellant** | **CASE NO. 2007-05-1167** |
| **v.** | |
| **DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS** | **TRANSFERS** |
| **Appellee** | **Subject** |

**O R D E R**

**TO THE ABOVE-MENTIONED PARTIES:**

The Public Service Appeals Commission had before it the above-mentioned appeal and resolved:

We acknowledge the "Motion to Waive Legal Representation," filed by the appellee on February 23, 2011.

Antonia I. García Matos, Esq. is relieved as counsel for the appellee.

The Secretariat of this Commission and the appellant are ordered to serve all documents related to the above-mentioned case to:

**MARIA ELENA VÁZQUEZ GRAZIANI, ESQ.**
**EDIFICIO DORAL BANK**
**CALLE RESOLUCIÓN #33, SUITE 805**
**SAN JUAN PR 00902-2717.**

With regard to the Motion Assuming Legal Representation and Request for an Extension to Comply with the Order issued in relation to the Conference Report, filed by the appellee on February 22, 2011, it is declared: **GRANTED**.

The above-named parties are ordered to submit their Joint Conference Report prior to the Public Hearing within the non-extendable term of thirty (30) calendar days, from the filing of this notice.

In addition, they are ordered to report on the possibility of resolving this appeal by means of a settlement agreement within the term set forth herein and, if so, to submit it.

The parties are hereby advised that any unjustified non-compliance with the order, within the granted term, shall constitute acceptance of the procedural or financial penalty of no less than thirty dollars ($30) but not to exceed three hundred dollars ($300) for each separate penalty on the party or their attorney, if the latter is responsible for the non-compliance, in accordance with the provisions of Section 13.9 (9) and 13.9 (11) of the Human Resources Administration Act, Act 184 of August 03, 2004, as amended, Article III and Section 8.14 of Procedural Regulation No. 7313 of the Appeals Commission […]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

FÉLIX RIVERA CLEMENTE 2007-05-1167
ORDER

[…] and Section 3.21 of the Uniform Administrative Procedure Act, Act No. 170 of August 12, 1988, as amended.

**TO BE SERVED AND FILED.**

In San Juan, Puerto Rico, May 18, 2011

[*Signature*]
**EVELYN D. RÍOS**
Associate Commissioner

**I CERTIFY** that on this date, May 07, 2011, I filed the original of this Order and that I have sent a true and exact copy of it to the parties, to their addresses on record.

[*Signature*]
**FRANCISCO J. VALLS FERRERO**
Secretary

APPELLEE:
ANTONIA GARCÍA MATOS, ESQ.
PO BOX 41269
DEPT. OF TRANSPORTATION
SAN JUAN, PR 00940-1269

MARÍA ELENA VÁZQUEZ GRAZIANI, ESQ.
GLORIMAR ACEVEDO CRUZ, ESQ.
EDIF. DORAL BANK 805
CALLE RESOLUCIÓN #33
SAN JUAN, PR 00920-2717

APPELLANT:
FÉLIX RIVERA CLEMENTE
HC-01 BOX 9045
LOÍZA, PR 00772

EDRR/pas

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**GOVERNMENT OF PUERTO RICO**
**PUBLIC SERVICE APPEALS COMMISSION**
PO Box 41149, San Juan, Puerto Rico 00940-1149
Ave. Ponce de León 1409, Parada 20, Edificio CEM, Sexto Piso
Santurce, Puerto Rico 00907
Tel. (787) 723-4242 / Fax (787) 723-4699
http://www.casp.pr.gov

| | |
|---|---|
| **FÉLIX RIVERA CLEMENTE**<br><br>**Appellant**<br><br>**v.**<br><br>**DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS**<br>**Appellee** | **CASE NO. 2007-05-1167**<br><br>**TRANSFERS**<br><br>**Subject** |

**ORDER**

**TO THE APPELLEE:**

Associate Commissioner Carmen T. Lugo Somolinos, had before her the above-captioned appeal and resolved:

You must indicate within **five (5) days** why you have not complied with the Order issued on May 18, 2011.

You are hereby warned that any unjustified failure to comply with the order, within the granted term, shall constitute acceptance of a procedural or financial penalty of no less than thirty dollars ($30) but not to exceed three hundred dollars ($300) for each separate instance for the party or their attorney, if the latter is responsible for the non-compliance, in accordance with the provisions of Section 13.9 (9) and 13.9 (11) of the Human Resources Administration Act, Act 184 of August 03, 2004, as amended, Article III and Section 8.14 of Procedural Regulation No. 7313 of the Appeals Commission and Section 3.21 of the Uniform Administrative Procedure Act, Act No. 170 of August 12, 1988, as amended.

**TO BE SERVED AND FILED.**

In San Juan, Puerto Rico, on July 13, 2011.

[*Signature*]
**CARMEN T. LUGO SOMOLINOS**
Associate Commissioner

**I CERTIFY** that on this date, July 14, 2011, I archived the original of this **Order** in the appeal's case files and that I have sent a true and exact copy of it to the Parties, to their addresses on record.

[*Signature*]
FRANCISCO J VALLS FERRERO
Secretary

**ATTORNEY OF APPELLEE:**
MARÍA ELENA VÁZQUEZ GRAZIANI, ESQ.
EDIFICIO DORAL BANK
CALLE RESOLUCIÓN #33 SUITE 805
SAN JUAN, PR 00920-2717

**APPELLANT:**
FÉLIX RIVERA CLEMENTE
HC-01 BOX 9045
LOÍZA, PR 00772

CTLS/mpa

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Government of Puerto Rico**
**PUBLIC SERVICE APPEALS COMMISSION**
PO Box 13934, San Juan, PR 00908-3934
Tel (787) 723-4242
Website: http://www.casp.pr.gov

| | |
|---|---|
| **FÉLIX RIVERA CLEMENTE** | |
| **Appellant** | **CASE NO. 2007-05-1167** |
| **v.** | |
| **DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS** **Appellee** | **TRANSFERS** |
| | **Subject** |

### O R D E R

**TO THE APPELLEE:**

The Public Service Appeals Commission had before it the above-captioned appeal and resolved:

To Deny the Motion Requesting Dismissal with Prejudice.

**TO THE ABOVE-MENTIONED PARTIES:**

You are ordered to comply with the Order of September 22, 2010, under penalty of fines, within a term of **twenty-five (25)** calendar days from the filing of the present document.

You are hereby warned that any unjustified non-compliance with the order, within the granted term, shall constitute acceptance of a procedural or financial penalty of not less than thirty dollars ($30) nor more than three hundred dollars ($300) for each separate penalty on the party or their attorney, if the latter is responsible for the non-compliance, in accordance with the provisions of Section 13.9 (9) and 13.9 (11) of the Human Resources Administration Act, Act 184 of August 03, 2004, as amended, Article III and Section 8.14 of Procedural Regulation No. 7313 of the Appeals Commission and Section 3.21 of the Uniform Administrative Procedure Act, Act No. 170 of August 12, 1988, as amended.

You are hereby warned that any non-compliance with the orders issued by this Commission, the suspension of duly designated hearings, and the granting of extensions constitute exceptional circumstances that prevent compliance with the term provided by Section 5.3 (e) and 8.17 of Procedural Regulation No. 7313 of the Appeals Commission and Section 3.13 (g) of the Uniform Administrative Procedures Act, Act No. 170 of August 12, 1988, as amended.

**TO BE FILED AND SERVED.**

In San Juan, Puerto Rico, on January 26, 2011.

[*Signature*]
CARMEN T. LUGO SOMOLINOS
Associate Commissioner

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**COMMONWEALTH OF PUERTO RICO**
**PUBLIC SERVICE APPEALS COMMISSION**
**SAN JUAN, PUERTO RICO**

| | |
|---|---|
| **FÉLIX RIVERA CLEMENTE**<br><br>        **PLAINTIFF**<br><br>**V.**<br><br>**DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS**<br><br>        **DEFENDANT** | **CIVIL NUM: 2007-05-1167**<br><br>**SUBJECT: TRANSFER** |

**MOTION TO BE RELIEVED AS COUNSEL**

**TO THE HONORABLE APPEALS COMMISSION:**

The undersigned attorney **APPEARS** and very respectfully **STATES AND REQUESTS:**

1.  The undersigned attorney holds the legal representation of the appellant.

2.  The undersigned attorney concluded his intervention for the matter for which he was hired by the appellant, thereby he requests this Honorable Commission to relieve him of any future professional responsibility in its regard.

3.  The appellant has not paid any attorney's fees to the undersigned. The undersigned also certifies that he has strictly complied with Section 20 regarding Professional Ethics.

4.  The defendant's mailing address is as follows:

**HC-01 Box 9045**

**Loíza, P.R. 00772**

5.  This Honorable Appeals Commission is requested to relieve the undersigned attorney of any future professional responsibility in its regard.

**THEREFORE,** it is very respectfully requested that this Honorable Appeals Commission, in due course and prior to the pertinent legal procedures, to relieve the undersigned attorney of any future professional responsibility in its regard.

**I CERTIFY** that I have sent a true and exact copy of this Motion to María Elena Vázquez Graziani, Esq., Vázquez Graziani & Rodríguez, Oficial Legal, C.S.P., Edificio Doral Bank, Suite 805, Calle Resolución #33, San Juan, P.R. 00920-2717.

**RESPECTFULLY SUBMITTED,** in San Juan, Puerto Rico, January 27, 2014.

[*Signature*]
**GILBERTO E. PADUA TRABAL, ESQ.**
**RUA NUM. 9,111**
**1111 AVE. JESUS T. PIÑERO**
**SAN JUAN, PUERTO RICO 00920-5605**
**TEL: 787-765-6515  FAX. 787-793-3535**
**E- MAIL: paduagilberto@hotmail.com**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Stamp:
**COMMONWEALTH OF PUERTO RICO** – **APPEALS COMMISSION OF THE PUBLIC SERVICE HUMAN RESOURCES ADMINISTRATION** – **2004**]

**Commonwealth of Puerto Rico**
**APPEALS COMMISSION OF THE PUBLIC SERVICE HUMAN RESOURCES ADMINISTRATION SYSTEM**
PO Box 9023990, San Juan, PR 00902-3990
Tel. 787-721-5739
Fax. 787-725-1242
http://www.casarh.gobierno.pr

[*illegible filing date stamp*]

_____*Félix Rivera Clemente*_____
First Name and Two Last Names

v.

_____*Dept. of Transportation and*_____
_____*Public Works*_____
Name of the Agency or Municipality

Subject Number:

**APPEAL REQUEST AND VOLUNTARY REQUEST FOR MEDIATION SERVICE**
**(PRO SE)**

The Appeals Commission provides mediation services, on occasions, in conjunction with the Human Resources Office of the Commonwealth of Puerto Rico ("ORHELA"), preferably in the areas of classification, compensation, recruitment and selection, promotion, transfer, demotion and retention. To benefit from this prompt, impartial, confidential and free service, please fill out the request below. Please refer to the Mediation Program Regulations.

**TO THE HONORABLE COMMISSION:**

The above-mentioned appellant appears and very respectfully states, alleges and requests the following:

1)      I am a *career* employee, Citizen applicant ☒, other ☐.

2)      Is your position within an appropriate unit or protected by the Civil Servants' Unionization Law?
       *No.*

3)      Trade Union Organization representing the appropriated unit:
_____*N/A*_____

4)      Have you exercised your right to organize in a trade union? *No*, If you answer no,
Explain: _____*Managerial*_____

5)      Is your position covered by a collective bargaining agreement *No.*
Explain: _____

6)      Indicate whether you have filed an appeal, claim or complaint in any other court related to the dispute submitted to the Commission *No.* If you answered yes, indicate:
Court Name: _____
Case Number: _____ Filing Date: _____

7)      For each active appeal before the Commission in which you appear as appellant, list the parties, case number and subject:
_____

Revised in April 2007

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**COMMONWEALTH OF PUERTO RICO
APPEALS COMMISSION OF THE PUBLIC SERVICE HUMAN RESOURCES
ADMINISTRATION SYSTEM**

| | |
|---|---|
| **FÉLIX RIVERA CLEMENTE** | **CIVIL NUM.: 2007-05-1167** |
| **APPELLANT** | |
| **V.** | **TRANSFERS** |
| **DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS** | **SUBJECT** |
| **APPELLEE** | |

*MOTION TO DISMISS WITH PREJUDICE*

**TO THE HONORABLE APPEALS COMMISSION:**

The Department of Transportation and Public Works, hereinafter referred to as DTOP, appears through its undersigned legal representation and before this Honorable Court respectfully **STATES, ALLEGES AND REQUESTS:**

1. On May 15, 2007, Mr. Félix Rivera Clemente filed a document titled Appeal Request and Voluntary Request for Mediation Service (Pro Se).

2. In paragraph eleven (11) of the contested action, the appellant alleged the following: "Transfer, change in functions".

3. In paragraph twelve (12) titled Appeal or Remedy Requested, he indicates: "That the functions previously acquired be returned to me".

4. On July 23, 2007, Ariel Félix Cintrón, Esq. submitted before the Honorable Appeals Commission of the Public Service Human Resources Administration System, hereinafter referred to as CASARH, an Informative Motion in Request of Documents.

5. On August 29, 2007, the Human Resources Office of the Commonwealth of Puerto Rico, Conflict Mediation Center, issued a Mediation Outcome Report. The Case was closed and mediated without agreement. The document is signed by Mr. Félix Rivera Clemente, appellant, Ariel Félix Cintrón, Esq., representative of the appellee DTOP, Ms. Sarah D. Irizarry Cruz, mediator, and the

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS
HUMAN RESOURCES OFFICE**

June 12, 2007

<u>**Confidential and Private**</u>

Mr. Félix Rivera Clemente
Sign Workshop Supervisor
Road Traffic Regulation Office

[*Signature*]
Ivette M. Cartagena Rivera
Director
Human Resources Office

**SUMMONS**

By way of letter dated May 25, 2007, you submitted to this Office a situation that occurred on May 08, 2007, with Mr. Angel R. Boria. For the purpose of investigating it, we are summoning you to the Special Studies Section of this Office on Wednesday, June 27, 2007, at 10:00 a.m.

If you cannot attend on the aforementioned date, you can contact Ms. Gladys N. Fuentes Cruz at (787) 722-2929 ext. 2184.

gfc

[*hw:*] *He arrived at Road Traffic Regulation on Friday, June 15, 2007. He delivered it to me on Wednesday, June 27, 2007.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS

May 25, 2007

Ms. Ivette Cartagena Rivera
Director
Human Resources Office

[*Signature*]
Félix Rivera Clemente
Sign workshop Supervisor
Road Traffic Regulation Office

[Stamp: HUMAN RESOURCES –
MAY 25, 2007 – Signature]

**ADMINISTRATIVE DECISION REFERRAL**

On May 08, 2007, I wrote a memo to Angel R. Boria for insubordination, excessive use of his cell phone during work hours, occasionally disappearing or being absent from the workshop without permission, and making threats. After this situation, the Director Manuel Salcedo Ortega made the administrative decision that I, Félix Rivera Clemente, Sign Workshop Supervisor, cannot give instructions to the Sign makers, and that I had to give the instructions to Carlos R. Román Vizcarrondo who is in Benjamín Rivera's office doing project completion tasks, so that he would then come to the Sign workshop to give instructions to the sign makers.

I look forward to your prompt intervention with this case.

cc: Eng. Manuel Salcedo Ortega

APARTADO 41269, SAN JUAN, PUERTO RICO 00940-1269 - TEL. (787) 722-2929  FAX: (787) 728-8963

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS

May 14, 2007

Fernando I. Pont
Acting Secretary
Department of Transportation and Public Works

Manuel Salcedo Ortega, P.E.
Acting Director
Road Traffic Regulation Office

[*Signature*]
Félix Rivera Clemente
Sign workshop Supervisor
Road Traffic Regulation Office

**ADMINISTRATIVE DECISION**

I would like to advise that on May 11, 2007, engineer Manuel Salcedo Ortega gave me a memo stating that, as of on May 14, 2007, Mr. Carlos Román Vizcarrondo would supervise the sign workshop staff in terms of assistance and production and this official would be in charge of the technical development of the production of signs and other administrative tasks on the necessary material. It is a decision which I do not agree with since it was made without my presence.

APARTADO 41269, SAN JUAN, PUERTO RICO 00940-1269 - TEL. (787) 722-2929  FAX: (787) 728-8963

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS

May 14, 2007

Manuel Salcedo Ortega, P.E.
Acting Director
Road Traffic Regulation Office

[Stamp: HUMAN RESOURCES –
MAY 16, 2007 – Signature]

[*Signature*]
Félix Rivera Clemente
Sign Workshop Supervisor
Road Traffic Regulation Office

**ADMINISTRATIVE DECISION**

In reply to your memorandum of May 11, 2007, I hereby advise that I do not agree with the decision made since it was made without my presence, in addition to the fact that it delays the production and quality of the work.

I would also like to advise that beginning today, May 14, 2007, I will no longer serve as the Letter Design Machine Operator.

APARTADO 41269, SAN JUAN, PUERTO RICO 00940-1269 - TEL. (787) 722-2929  FAX: (787) 728-8963

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS

July 05, 2007

Manuel Salcedo Ortega, PE
Acting Director
Road Traffic Regulation Office

Félix Rivera Clemente
Signage Supervisor
Road Traffic Regulation Office

**MEMO TO ANGEL R. BORIA FIGUEROA**

On Monday July 02, 2007, at the traffic lights of Int. 176 with 8838 where Burger King is on the right, I turned left at the traffic lights 4 vehicles behind Mr. Boria. I parked in the parking lot outside the area for official vehicles. He parked where the official vehicles are, which is across the street. I crossed over and I got to the where the punch clock is at 7:01 a.m. I talked to Jaime Carvajal, and I looked for my card and gave it to him. I didn't enter the punch-in area, then Angel Boria entered the workshop through the door on the workshop side (Rolling Door). He didn't enter through the punch-in area.

On Tuesday, July 03, 2007, he punched my card at 7:07 a.m. while Angel Boria Figueroa's card was punched at 6:56 a.m. His vehicle wasn't in the parking lot. He didn't enter through the punch-in area as he entered through the door on the workshop side.

APARTADO 41269, SAN JUAN, PUERTO RICO 00940-1269 - TEL. (787) 722-2929  FAX: (787) 728-8963

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## ILLEGAL PRACTICES OF THE EMPLOYER

Interfering in, encroaching, curtailing the rights of its employees.

Failure to accept or comply with an arbitration award.

Refusing to subject complaints and grievances and other disputes to the procedures established in the Agreement.

Discriminating against an employee because they have made a complaint.

No longer maintaining a neutral attitude.

Suspending payment.

Persecution and Political Persecution.

Invasion of privacy.

Occupational harassment.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Discrimination based on:

Age, race, color, social status

Political ideas, stalking

For all this discrimination and mistreatment from December 2000 until present, I ask from the Secretary of Public Works, Carlos J. González Miranda, Ph.D.

**$60,000.000**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**ACCUSATION AGAINST THE EMPLOYER AND THE REGIONAL DIRECTOR**
[*hw:*]              *and against Luis R. Fuster Quintana*

Building on private property.

In the premises in the old Town they made us work without air conditioning. The electric plant was inside the bathroom, and they didn't send janitors to clean it.

In the offices of the Sign Workshop the air conditioning was never turned on, and we were the only ones without air conditioning there.

In the Workshop where we moved, the central air conditioning was also damaged. They had it repaired, but it was damaged again, and they did not fix it again.

An air conditioner was installed on the wall, which I had to install myself.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS

**CERTIFICATION**

**VACATION AND SICK LEAVE**

The balances up **to June 30, 2007**, are as follows:

Employee name:   **Félix Rivera Clemente**

Social Security no.:   ████**6753**

Office: **Road Traffic Regulation**

Vacation:   **0**
During the government shutdown he was given days off, and he owes 2 $^{1/2}$ vacation days.

Sick Leave:   **95 ½**

Issued on this date, <u>**July 09, 2007**</u>, in San Juan, Puerto Rico.

I Certify as Correct:

[*Signature*]
Ivette M. Cartagena Rivera
Director
Human Resources Office

[*Signature*]
PRR-adm

APARTADO 41269, SAN JUAN, PUERTO RICO 00940-1269 - TEL. (787) 722-2929  FAX: (787) 728-8963

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS

July 17, 2007

**Confidential**

Mr. Félix Rivera Clemente
Road Traffic Sign Workshop Supervisor
Road Traffic Signage Office

Mr. Rivera Clemente:

On June 27, 2007, you attended an informal investigation at this Office due to various situations that occurred with staff from the Sign Workshop. Upon analyzing the facts presented by both you and the employees of the Road Traffic Signage Office, it was found that you have problems in performing your tasks. Therefore, we have decided to refer you to the Employee Assistance Program. This is for the purpose of being referred to an Occupational Physician who shall indicate to us whether you are capable of performing the essential functions of your position.

This decision is based on the provisions of Article 6, Section 6.6, Provisions on Retention, Subsection 9 (b) of Law Number 184 of August 03, 2004, as amended.

If you are not in agreement with this decision, you may request an administrative hearing within ten (10) business days of receiving this letter.

Yours sincerely,

[*Signature*]
Marta E. Dávila Torres
Acting Director
Human Resources Office

APARTADO 41269, SAN JUAN, PUERTO RICO 00940-1269 - TEL. (787) 722-2929  FAX: (787) 728-8963

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS

August 13, 2009

Mr. Félix Rivera Clemente
Area Supervisor

[*Signature*]
Arthur Dones Negrón, EIT
Director
Road Traffic Regulation Department

[*Signature*]
Maria M. Trinidad Quiñones
Director, Human Resources Office
Assistant Secretary for Administration

***NOTICE OF DEDUCTION***
***UNAUTHORIZED ABSENCE***

On **July 03, 2009**, you allegedly took leave without the authorization of your Immediate Supervisor, Mr. Arthur Dones Negrón, thus not complying with your regular work schedule.

The Department's Internal Regulations of Standards of Conduct and Disciplinary Measures in Infraction No. 11, states the following:

"**Unauthorized absence from work**. Unauthorized absence shall be when: the employee does not contact the Supervisor on the day of the absence to notify them of the reason for their absence, or they do not communicate it within the first two (2) hours from their time of arrival on the morning of the day of absence, or when the supervisor does not deem the absence justified. When the employee incurs an unauthorized absence, the case shall be referred to the Human Resources Office for the start of the salary deduction process".

I am notifying you of the intention to deduct the 7:45 a.m. to 9:18 a.m. period on the aforementioned date as an unauthorized absence. If you are not in agreement with this decision, you have the right to request an informal administrative hearing within a period of ten (10) business days from the receipt of this communication.

MTQ/rmp
[*Signature*]
 APARTADO 41269, SAN JUAN, PUERTO RICO 00940-1269 - TEL. (787) 722-2929  FAX: (787) 728-8963

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| [ Emblem: **PUERTO RICO** **POLICE** – PROTECTION AND INTEGRITY] PRP-468-9-99 | ORI #: PR-PPR-OON-1 INCIDENT #: 2007-1-162-14365 REPORT TYPE: X    INITIAL REPORT          SUPPLEMENT | **COMMONWEALTH OF PUERTO RICO** **PUERTO RICO POLICE** **INCIDENT REPORT** | STATUS OF INCIDENT: UNFOUNDED CLARIFIED BY: ARREST EXCEPTIONAL | A  DEATH OF CRIMINAL B  DENIED PROSECUTION C  DENIED EXTRADITION D  DENIED COOPERATION E  MINOR, WITHOUT CUSTODY N  NOT APPLICABLE |
|---|---|---|---|---|

| COMPLAINANT: (Surnames, Name, Second Name) *Aviles Lariu Wilson* | SS NO.: ████6123 | TELEPHONE: (Landline) 751-2025 |
|---|---|---|

**ADDRESS:** Carretera 8838 Sector 5 Obras Públicas | | TELEPHONE: (Work) (    )

| PLACE OF INCIDENT: (Exact Address) Obras Públicas, Regulación de Tránsito Carretera 8838, Sector 5 | CRIME: 1. 2. 3. | (Mark if motivated by prejudice) 1. 2. 3. | CRIMINAL: 1. 2. 3. |
|---|---|---|---|

| CRIME UCR CODE: 1. 2. 3. | DATE(S) OF INCIDENT: 1. 2.  06-11-2007 3. | TIME OF INCIDENT: 1. 2. 17 3. |
|---|---|---|

**CRIME**

REASON FOR PREJUDICE: (Mark one for crime # 1)

RACIAL:
11   ANTI-WHITE
12   ANTI-BLACK
13   ANTI-NATIVE AMERICAN / NATIVE ALASKAN
14   ANTI-ASIAN / PACIFIC ISLANDER
15   ANTI-MULTI RACIAL GROUP

ETHNIC GROUP / NATIONAL ORIGIN
31   ANTI-ARAB
32   ANTI-HISPANIC
33   ANTI-OTHER ETHNIC GROUP/NATIONALITY

RELIGIOUS:
21   ANTI-SEMITIC
22   ANTI-CATHOLIC
23   ANTI-PROTESTANT
24   ANTI-ISLAMIC/MUSLIM
25   ANTI-OTHER RELIGION
26   ANTI-MULTIRELIGIOUS GROUP
27   ANTI-ATHEISM/AGNOSTICISM

SEXUAL
41   ANTI-GAY
42   ANTI-LESBIAN
43   ANTI-HOMOSEXUAL (Men and Women)
44   ANTI-HETEROSEXUAL
45   ANTI-BISEXUAL

INDICATE THE CODE OF MOTIVE
IF DIFFERENT TO CRIME #1:
#2
#3

| STATUS OF CRIME: (Mark only one per crime) 1.  ATTEMPTED  2.  ATTEMPTED  3.  ATTEMPTED COMPLETED      COMPLETED      COMPLETED | CRIMINAL(S) USE: (Mark all those that apply) A   ALCOHOL         C   COMPUTING EQUIPMENT D   DRUGS           N   NOT APPLICABLE | (Only for theft): NUM. OF RAIDED PREMISES_____ METHOD OF ENTRY: F   BY FORCE        N   NOT BY FORCE |
|---|---|---|

PLACE OF CRIME: (Mark only one) (Indicate code num. for crime # 2 _____ and # 3 _____ )
01   AIRPORT/BUS/TRAIN TERMINAL
02   SAVINGS AND LOANS BANK
03   CANTEEN/NIGHTCLUB
04   CHURCH/SYNAGOGUE/TEMPLE
05   COMMERCIAL/OFFICE BUILDING
06   CONSTRUCTION SITE
07   HARDWARE STORE
08   DEPARTMENT/DISCOUNT STORE
09   PHARMACY/CLINIC/HOSPITAL

10   FIELD/FOREST
11   GOVERNMENT/PUBLIC BUILDINGS
12   FOOD STORE/SUPERMARKET
13   ROAD/STREET/ALLEY
14   HOTEL/MOTEL ETC.
15   PRISON
16   LAKE/WATERWAY
17   LICOR STORE

18   PARKING LOT/GARAGE
19   WAREHOUSE RENTAL CENTER
20   RESIDENCE/HOUSEHOLD
21   RESTAURANT
22   SCHOOL/UNIVERSITY
23   GAS STATION
24   SPECIALIST STORE
25   OTHER/UNKNOWN

TYPE OF CRIMINAL ACTIVITY: (Mark up to three)
B   PURCHASING/RECEIVING
C   GROWING/MANUFACTURING/PUBLISHING
D   DISTRIBUTING/SELLING
E   CHILD EXPLOITATION
O   OPERATING/PROMOTING/ASSISTING
P   POSSESSING/HIDING
T   TRANSPORTING/TRANSMITING/IMPORTING
U   USING/CONSUMING

TYPE OF WEAPON/FORCE INVOLVED: (Mark up to three) (Enter A in box if automatic)
11   FIREARM (Unidentified type)
12   PISTOL
13   RIFLE
14   SHOTGUN
15   OTHER FIREARM
20   KNIFE/CUTTING INSTRUMENT
30   BLUNT OBJECT
35   MOTOR VEHICLE
40   PERSONAL WEAPONS
50   POISON
60   EXPLOSIVES
65   FIRE/INCEDIARY DEVICE
70   NARCOTICS/DRUGS
85   ASPHYXIA
90   OTHER
95   UNKNOWN
99   NONE

| VICTIM #1 (Surnames, name, second name) | Telephone: (Landline) |
|---|---|

ADDRESS: (Street, city, postal code)

**VICTIM**

| TYPE OF VICTIM: (Mark area only) I    INDIVIDUAL N   BUSINESS F    FINANCIAL G   GOVERNMENT R   RELIGIOUS S    SOCIETY/PUBLIC O   OTHER D   UNKNOWN | RACE: W   WHITE B   BLACK I    NATIVE AMERICAN / NATIVE ALASKAN A   ASIAN H   HAWAIIAN U   UNKNOWN | SEX: M   MALE F    FEMALE U   UNKNOWN | RESIDENCE STATUS: R   RESIDENT N   NON-RESIDENT U   UNKNOWN | ETHNIC GROUP: H   HISPANIC N   NON-HISPANIC U   UNKNOWN | AGE: _ DATE OF BIRTH: NUM. OF VICTIMS |
|---|---|---|---|---|---|

| CIRCUMSTANCE OF AGGRAVATED ASSAULT / HOMICIDE: (Mark up to two) 01   DISPUTE 02   AGGRESSION AGAINST       POLICE AGENT 03   SELLING OF DRUGS 04   ORGANIZED CRIME 05   YOUTH GANGS 06   FIGHT BETWEEN LOVERS 07   EUTHANASIA 08   OTHER INVOLVED CRIME 09   OTHER CIRCUMSTANCES 10   UNKNOWN CIRCUMSTANCES | TYPE OF INJURY: (Mark up to five) N   NONE           O   MINOR INJURY B   BONE           M   MAJOR INJURY I    POSSIBLE INTERNAL   D   LOSS OF TEETH      INJURIES S   SEVERE          C   LOSS OF      TEARING              CONSCIOUSNESS | VICTIM RELATED TO CRIME NUM. INDICATED ABOVE: 1 2 3 |
|---|---|---|

RELATION OF VICTIM: (For multiple relations of criminal, enter number(s) of criminal in the space)

SE   SPOUSE
CS   SPOUSE BY
        CONSENSUAL AGREEMENT
PA   PARENT
SB   SIBLING
CH   CHILD
GP   GRANDPARENT
GC   GRANDCHILD
H    RELATIVE BY MARRIAGE
SP   STEPPARENT
SC   STEPCHILD
SS   STEPSIBLING
OF   OTHER FAMILY MEMBER
AQ   ACQUAINTANCE
FR   FRIEND
NE   NEIGHBOR
BE   BABYSAT CHILD
BG   PARTNER
CF   CHILD OF "BG"
HH   HOMOSEXUAL PARENT
XS   EX-PARTNER
EE   EMPLOYEE
ER   EMPLOYER
OK   OTHER ACQUAINTANCE
ST   STRANGER
VO   THE VICTIM WAS
        THE CRIMINAL
RU   RELATIONSHIP UNKNOWN

Page 1 of 2

*Certified to be a correct and true translation from the source text in Spanish to the target text in English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## PROPERTY

| | TYPE OF LOSS OF PROPERTY/ETC. | CODE | QUANTITY | DESCRIPTION OF PROPERTY (Include make, model, size, type, series num, color, etc.) | COLOR | DATE ON WHICH IT WAS RECOVERED |
|---|---|---|---|---|---|---|
| 1 | NONE | | | | | |
| 2 | BURNT | | | | | |
| 3 | FALSIFIED | | | | | |
| 4 | DAMAGED | | | | | |
| 5 | RECOVERED | | | | | |
| 6 | SEIZED | | | | | |
| 7 | STOLEN | | | | | |
| 8 | UNKNOWN | | | | | |

TABLE OF CODES OF DESCRIPTION OF PROPERTY: (Enter code number in the corresponding column above)

| 01 | AIRCRAFT | 15 | HEAVY CONSTRUCTION / INDUSTRIAL EQUIPMENT | 28 | RECREATIONAL VEHICLES |
|---|---|---|---|---|---|
| 02 | ALCOHOL | 16 | HOUSEHOLD GOODS | 29 | STRUCTURES-SINGLE-HOUSEHOLD |
| 03 | AUTOMOBILES | 17 | JEWELRY/PRECIOUS METALS | 30 | STRUCTURES-OTHER HOUSING |
| 04 | BICYCLES | 18 | LIVESTOCK | 31 | STRUCTURES-COMMERCIAL |
| 05 | BUSES | 19 | GOODS | 32 | STRUCTURES-INDUSTRIAL/MANUFACTURE |
| 06 | CLOTHING | 20 | CASH | 33 | STRUCTURES-PUBLIC/COMMUNITY |
| 07 | COMPUTING EQUIPMENT/SOFTWARE | 21 | NEGOTIABLE INSTRUMENTS | 34 | STRUCTURES-WAREHOUSE |
| 08 | CONSUMABLES | 22 | NON-NEGOTIABLE INSTRUMENTS | 35 | STRUCTURES-OTHER |
| 09 | CREDIT/DEBIT CARDS | 23 | OFFICE EQUIPMENT | 36 | ELECTRICAL/MANUAL TOOLS |
| 10 | DRUGS/NARCOTICS | 24 | OTHER MOTOR VEHICLES | 37 | TRUCKS |
| 11 | DRUGS/NARCOTICS EQUIPMENT | 25 | PURSES/HANDBAGS/WALLETS | 38 | VEHICLE PARTS/ACCESSORIES |
| 12 | AGRICLTURAL EQUIPMENT | 26 | RADIOS/TELEVISIONS/VIDEO RECORDERS | 39 | VESSELS |
| 13 | FIREARMS | 27 | AUDIOVISUAL RECORDINGS | 77 | OTHER |
| 14 | GAMING EQUIPMENT | | | 88 | AWAITING FOR INVENTORY |
| | | | | 99 | (_____) |

## CRIMINALS

NUMBER OF CRIMINALS: _____

**1.** | SOCIAL SECURITY NO.: | ADDRESS (Street, city, state, postal code)

| AGE: | SEX: M MALE F FEMALE U UNKNOWN | RACE: W WHITE B BLACK I INDIAN AMERICAN | A ASIAN H HAWAIIAN U UNKNOWN | DATE/PLACE OF BIRTH | HEIGHT: | WEIGHT: | EYES : | HAIR: | CLOTHING: |
|---|---|---|---|---|---|---|---|---|---|

**2.** | SOCIAL SECURITY NO. | ADDRESS (Street, city, postal code)

| | SEX: M MALE F FEMALE U UNKNOWN | RACE: W WHITE B BLACK I INDIAN AMERICAN | A ASIAN H HAWAIIAN U UNKNOWN | DATE/PLACE OF BIRTH | HEIGHT: | WEIGHT: | EYES : | HAIR: | CLOTHING: |
|---|---|---|---|---|---|---|---|---|---|

**3.** | SOCIAL SECURITY NO. | ADDRESS (Street, city, state, postal code)

| | SEX: M MALE F FEMALE U UNKNOWN | RACE: W WHITE B BLACK I INDIAN AMERICAN | A ASIAN H HAWAIIAN U UNKNOWN | DATE/PLACE OF BIRTH | HEIGHT: | WEIGHT: | EYES : | HAIR: | CLOTHING: |
|---|---|---|---|---|---|---|---|---|---|

## DETAINEE

INDICATOR OF MULTIPLE ESTABLISHMENT
NUMBER OF ARRESTS: ___   M   MULTIPLE   C   DETAINED   N   N/A

**1.** | SOCIAL SECURITY NO.: | ADDRESS (Street, city, state, postal code)

| AGE: | SEX: M MALE F FEMALE U UNKNOWN | RACE: W WHITE B BLACK I NATIVE AMERICAN | A ASIAN H HAWAIIAN U UNKNOWN | DATE/PLACE OF BIRTH: | ETHNIC GROUP: H HISPANIC N NON-HISPANIC U UNKNOWN | RESIDENCE STATUS: R RESIDENT N NON-RESIDENT U UNKNOWN |
|---|---|---|---|---|---|---|

THE DETAINEE WAS ARMED WITH: (Mark up to two) (Enter A in box if automatic)

| 10 NOT ARMED | 14 ESCOP | TYPE OF ARREST: V IN THE ACT | DISPOSITION OF DETAINEE UNDER 18: |
|---|---|---|---|
| 11 FIREARM (Type unidentified) | 15 OTHER FIREARM | C SUMMONED | M PROCESSED WITHIN THE DEPARTMENT |
| 12 PISTOL | 16 LETHAL CUTTING INSTRUMENT | L TAKEN INTO CUSTODY | R RECOMMENDED TO ANOTHER AUTHORITY |
| 13 RIFLE | 17 OTHER SHARP OBJECT | | |

| HEIGHT: | WEIGHT: | EYES: | HAIR: | ARREST NUM.: | DATE OF ARREST: | CRIME CODE OF UCR ARREST: |
|---|---|---|---|---|---|---|

## WITNESS

| NAME: (Surnames, name, second name) | ADDRESS: (Street, city, state, postal code) | RESIDENTIAL LANDLINE: | WORK TELEPHONE: |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

## REPORT

*The complainant was advised on how to obtain an order at the Court of San Juan.*

## SIGNATURES

COMPLAINANT:

| PREPARED BY: Agent Jorge Toledo Méndez | BADGE: ▓ | DATE: 06-11-2007 |
|---|---|---|
| SUPERVISOR: [Signature] | BADGE: ▓ | DATE: 06-11-2007 |

Continues in Supplement                                Page 2 of 2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS

**CERTIFICATION**

**VACATION AND SICK LEAVE**

The balances up **to June 30, 2007**, are as follows:

Employee name:   **Félix Rivera Clemente**

Social Security no.:   ████**6753**

Office: **Road Traffic Regulation**

Vacation:   **0**
During the government shutdown he was given days off, and he owes 2 $^{1/2}$ vacation days.

Sick Leave:   **95 ½**

Issued on this date, ████ **2007**, in San Juan, Puerto Rico.
     [*hw:*] *it was my birthday present*

I Certify as Correct:

[*Signature*]
Ivette M. Cartagena Rivera
Director
Human Resources Office

[*Signature*]
PRR-adm

APARTADO 41269, SAN JUAN, PUERTO RICO 00940-1269 - TEL. (787) 722-2929  FAX: (787) 728-8963

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Emblem: dtop]

COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS
Director of Public Works
Road Traffic Regulation Office

**VACATION BALANCE
OF REGULAR EMPLOYEES
SIGNAGE AND PAINTWORKS SECTION**

| Name | REGULAR VACATION | SICK LEAVE | COMPENSATORY | USED LEAVE |
|---|---|---|---|---|
| . Andújar Adorno, José V. | 22 ½ | 1 | 5 hours | 10 ½ |
| . Andújar Reyes, Rafael | 29 | 34 | 1 ½ days | 11 |
| . Arroyo Rivera, Omar | 22 ½ | 8 | 7 days | 4 |
| . Canales Nazario, Luis Y. | 42 ½ | 21 | 1 day | 10 |
| . Birriel Calo, Edgardo | 39 ½ | 41 ½ | - | 11 |
| . Buitrón Escalera, Adalberto | 43 | 96 | - | 9 |
| . Buitrón Robles, Carlos I. | 25 ½ | 77 ½ | - | 14 |
| . Clemente Rivera, Rafael | 51 ½ | 64 | 5 hours | 15 |
| . Fraguada Abril, Luis M. | 6 | 6 ½ | 4 days | 10 ½ |
| . González Montes, Manuel | 39 | 30 | 2 days | 1 |
| . Moreno Clemente, Armado | 40 | 87 ½ | 2 days | 11 |
| . Nuñez Ramírez, Manuel | 6 ½ | - | 1 day | 9 |
| . Ocasio López, Wilfredo | 26 ½ | 95 | - | 17 |
| . Ofarril Rivera, José R. | 15 | 13 | 1 day | 9 |
| . Ortiz Garcia, Francisco | 10 | 2 | 6 hours | 12 |
| . Perez Rosado, Héctor | 12 ½ | 2 ½ | - | 10 |
| . Pizarro Caraballo, Juan | 2 | 1 ½ | - | 5 |
| . Rivera Clemente, Félix | 27 ½ | 94 | 1 day | 15 |
| . Rivera Cruz, Juan | 11 | 13 | 2 days | 4 |
| . Román Vizcarrondo, Carlos R. | 23 | 96 | - | 11 ½ |
| . Torres Feliciano, Francisco | 12 ½ | 4 ½ | 4 days | 6 |
| . Torres Nieves, Luis D. | 5 ½ | 14 ½ | 4 days | 6 ½ |

Prepared by: ANA R. BERRÍOS

DATE: APRIL 30, 2007

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Emblem: dtop]

COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS
Director of Public Works
Road Traffic Regulation Office

**VACATION BALANCE**
**OF REGULAR EMPLOYEES**
**SIGNAGE AND PAINTWORKS SECTION**

| Name | REGULAR VACATION | SICK LEAVE | COMPENSATORY | USED LEAVE |
|---|---|---|---|---|
| . Andújar Adorno, José V. | 22 ½ | 1 | 5 hours | |
| . Andújar Reyes, Rafael | 30 | 33 | 1 hour | |
| . Arroyo Rivera, Omar | 18 | 5 | - | |
| . Canales Nazario, Luis Y. | 42 ½ | 19 | - | |
| . Birriel Calo, Edgardo | 40 ½ | 39 ½ | 1 hour | 5 ½ |
| . Bultrón Escalera, Adalberto | 43 ½ | 93 | - | 5 |
| . Bultrón Robles, Carlos I. | 28 ½ | 74 ½ | - | 6 |
| . Clemente Rivera, Rafael | 50 | 62 | 3 days | 11 ½ |
| . Fraguada Abril, Luis M. | 4 ½ | 6 ½ | 4 days | 7 |
| . Gonzalez Montes, Manuel | 34 | 29 ½ | 2 days | 1 |
| . Moreno Clemente, Armado | 41 | 84 ½ | - | 5 |
| . Nuñez Ramírez, Manuel | 7 ½ | 1 | 2 days | 3 |
| . Ocasio López, Wilfredo | 28 ½ | 93 | - | 10 |
| . Ofarril Rivera, José R. | 15 | 13 | 1 hour | 5 |
| . Ortiz García, Francisco | 7 | 14 ½ | 5 days | 10 |
| . Perez Rosado, Héctor | 13 ½ | 1% | - | 4 |
| . Pizarro Caraballo, Juan | 1 | 1 | 1 day | 5 |
| . Rivera Clemente, Félix | 28 ½ | 91 | - | 9 |
| . Rivera Cruz, Juan | 6 | 12 | 3 days | 4 |
| . Román Vizcarrondo, Carlos R. | 24 ½ | 93 | - | 5 |
| . Torres Feliciano, Francisco | 12 ½ | 1 ½ | 1 hour | 1 |
| . Torres Nieves, Luis D. | 3 ½ | 19 | 1 day | 4% |

Prepared by: ANA R. BERRÍOS

DATE: FEBRUARY 28, 2007

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**GOVERNMENT OF PUERTO RICO**
**PUBLIC SERVICE APPEALS COMMISSION**
**SAN JUAN, PUERTO RICO**
**www.casp.pr.gov**

**FÉLIX RIVERA CLEMENTE**                    **CASE NO. 2007-05-1167**

**Appellant**

**v.**

TO        :      Carmen T. Lugo Somolinos
                  Public Service Appeals Commission


FROM      :      Félix Rivera Clemente
                  Signage Supervisor of the Dept. Of Transportation and Public Works

                  Road Traffic Regulation Division of the
                  State Government of P.R.

SUBJECT   :      Case No. 2007-05-1167
                  Involuntary transfer, salary increases, merits for years of service and
                  changes to the federal minimum wage no longer received.

DATE      :      February 14, 2012


        I ask this Honorable Commission to order the Department of Transportation and Public
Works, for retaliation taken by this Department, for recommendations for salary increases
based on merits, for years of service, change in my salary and changes to the federal
minimum wage, sentence and order D.T.O.P. to send me back to the Sign Workshop Office,
pay me the increases recommended by the Director in this division, changes to my salary
indicated by the documents that I have already sent them and pay me the amount of money
that I am claiming for the damages committed against the undersigned, and for a ruling on
the case to be entered.


cc:    María E. Vazquez Graziani, Esq.
       Mr. Francisco J. Valls Ferrero


*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

- 2 -
Félix Rivera Clemente
2007-05-1167
**ORDER**


     **I CERTIFY** that on this date, January 23, 2012, I filed the original of this **Order** and that I have sent a true and exact copy of it to the Parties, to their addresses on record.


[*Signature*]
**FRANCISCO J VALLS FERRERO**
Secretary

> [Stamp: APPEALS COMMISSION – PUBLIC SERVICE – FAIRNESS, JUSTICE, RULING – MMX OFFICIAL SEAL]


**ATTORNEY OF APPELLEE:**
MARÍA ELENA VÁZQUEZ GRAZIANI, ESQ.
EDIF. DORAL BANK 805
CALLE RESOLUCIÓN # 33, SUITE 805
SAN JUAN, PR 00920-2717

**APPELLANT:**
FÉLIX RIVERA CLEMENTE
HC-01 BOX 9045
LOÍZA, PR 00772

CTLS/mpa

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**GOVERNMENT OF PUERTO RICO**
**PUBLIC SERVICE APPEALS COMMISSION**
**SAN JUAN, PUERTO RICO**
**www.casp.pr.gov**

| | |
|---|---|
| **FÉLIX RIVERA CLEMENTE** | |
| **Appellant** | **CASE NO. 2007-05-1167** |
| **v.** | |
| **DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS** | **TRANSFERS** |
| **Appellee** | |
| | **Subject** |

**O R D E R**

**TO THE APPELLEE**:

Associate Commissioner Carmen T. Lugo Somolinos, had before her the above-mentioned appeal and resolved:

To the Motion in Compliance with an Order and Request for Review of Penalties. **As requested, the penalties imposed are rendered null and void**.

**TO THE APPELLANT**:

Within **twenty (20) days,** you must submit your part of the Conference Report Prior to the Hearing, since the appellee submitted their part to the Commission.

You are hereby warned that any unjustified non-compliance with the order, within the granted term, shall constitute acceptance of the imposition of a procedural or financial penalty of no less than thirty dollars ($30) but not to exceed three hundred dollars ($300) for each separate penalty on the party or their attorney, if the latter is responsible for the non-compliance, in accordance with the provisions of Article 16 of Reorganization Plan No. 2-2010 and Section 8.14 of the Commission's Procedural Regulation No. 7313 of March 07, 2007.

**TO BE FILED AND SERVED.**

In San Juan, Puerto Rico, on March 29, 2012.

[Signature]
**CARMEN T. LUGO SOMOLINOS**
Associate Commissioner

**I CERTIFY** that on this date, March 30, 2012, I filed the original of this **Order** and that I have sent a true and exact copy of it to the Parties, to their addresses on record.

[*Signature*]
**FRANCISCO J VALLS FERRERO**
Secretary

[Stamp: APPEALS COMMISSION – PUBLIC SERVICE – FAIRNESS, JUSTICE, RULING – MMX OFFICIAL SEAL]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

- 2 -                                           Félix Rivera Clemente
                                                    2007-05-1167
                                                    **ORDER**

**ATTORNEY OF APPELLEE**:
MARÍA ELANA VÁZQUEZ GRAZIANI, ESQ.
EDIF. DORAL BANK
CALLE RESOLUCIÓN 33, SUITE 805
SAN JUAN, PR 00920-2717

**APPELLANT**:
FÉLIX RIVERA CLEMENTE
HC-01 BOX 9045
LOÍZA, PR 00772-9662

CTLS/mpa

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**GOVERNMENT OF PUERTO RICO**
**PUBLIC SERVICE APPEALS COMMISSION**
**SAN JUAN, PUERTO RICO**
**www.casp.pr.gov**

| | |
|---|---|
| **FÉLIX RIVERA CLEMENTE** | |
| **Appellant** | **CASE NO. 2007-05-1167** |
| **v.** | |
| **DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS** | **TRANSFERS** |
| **Appellee** | **Subject** |

**O R D E R**

**TO THE APPELLANT**:

Associate Commissioner Carmen T. Lugo Somolinos, had before her the above-mentioned appeal and resolved:

As to the letter of February 14, 2012, filed on February 15, 2012, **ACKNOWLEDGED**.

**TO THE APPELLEE**:

A second fine of two hundred ($200.00) dollars is imposed on the appellee for non-compliance with the Commission's Orders, which must be paid within **twenty (20) days**.

You are hereby warned that any unjustified non-compliance with the order, within the granted term, shall constitute acceptance of the imposition of a procedural or financial penalty of no less than thirty dollars ($30) but not to exceed three hundred dollars ($300) for each separate penalty on the party or their attorney, if the latter is responsible for the non-compliance, in accordance with the provisions of Article 16 of Reorganization Plan No. 2-2010 and Section 8.14 of the Commission's Procedural Regulation No. 7313 of March 07, 2007.

**TO BE FILED AND SERVED.**

In San Juan, Puerto Rico, on February 23, 2012.

[*Signature*]
**CARMEN T. LUGO SOMOLINOS**
Associate Commissioner

**I CERTIFY** that on this date, February 24, 2012, I filed the original of this **Order** and that I have sent a true and exact copy of it to the Parties, to their addresses on record.

[Signature]
**FRANCISCO J. VALLS FERRERO**
Secretary

[Stamp: APPEALS COMMISSION – PUBLIC SERVICE – FAIRNESS, JUSTICE, RULING – MMX OFFICIAL SEAL]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

- 2 -                                                      Félix Rivera Clemente
                                                                2007-05-1167
                                                                      **ORDER**

**APPELLEE**:
HON. RUBÉN A. HERNÁNDEZ GREGORAT
SECRETARY
**DEPARTMENT OF TRANSPORTATION
AND PUBLIC WORKS**
PO BOX 41269, MINILLAS STATION
SAN JUAN, PR 00940-1269

**ATTORNEY OF APPELLEE**:
MARÍA ELANA VÁZQUEZ GRAZIANI, ESQ.
EDIF. DORAL BANK
CALLE RESOLUCIÓN 33, SUITE 805
SAN JUAN, PR 00920-2717

**APPELLANT**:
FÉLIX RIVERA CLEMENTE
HC-01 BOX 9045
LOÍZA, PR 00772-9662

CTLS/mpa

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS

May 08, 2007

Mr. Angel R. Boria Figueroa
Sign maker

Manuel Salcedo Ortega, PE
Acting Director
Road Traffic Regulation Office

[*Signature*]
Arthur Dones Negrón
Manager, Construction Division
Road Traffic Regulation Office

[*Signature*]
Félix Rivera Clemente
Sign workshop Supervisor

**INSUBORDINATION**

Excessive cell phone use during work hours.

Occasionally disappearing from the workshop without permission.

[*hw:*] *Threatening added*

APARTADO 41269, SAN JUAN, PUERTO RICO 00940-1269 - TEL. (787) 722-2929  FAX: (787) 728-8963

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS

May 08, 2007

Mr. Angel R. Boria Figueroa
Sign maker

[*Signature*]
Manuel Salcedo Ortega, PE
Acting Director
Road Traffic Regulation Office

[*Signature*]
Arthur Dones Negrón
Manager, Construction Division
Road Traffic Regulation Office

[*Signature*]
Félix Rivera Clemente
Sign Workshop Supervisor

**INSUBORDINATION**

Excessive cell phone use during work hours.

Occasionally disappearing from the workshop without permission.

Threatening.

[*Signature*]

APARTADO 41269, SAN JUAN, PUERTO RICO 00940-1269 - TEL. (787) 722-2929  FAX: (787) 728-8963

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

TO            :       Edmée Vincenty, Esq.

FROM          :       Félix Rivera Clemente

SUBJECT       :       Withholding of Paycheck from
                      Monday, December 15, 2008

DATE          :       December 23, 2008


        Making a claim to:


              Ivette M. Cartagena Rivera
              Director of Human Resources Office
              Edif. Sur, Minilla,
              Santurce, PR
              5to. Piso
              Apartado 41269
              San Juan, PR 00940-1269

              Benjamín Rivera
              Administrative Manager
              Road Traffic Regulation Office

              Ana Berríos
              She calculates and keeps account of vacation and sick days and deduction for
              partial departures and lateness.


        It is the second time that, due to the ineptitude of Ms. Ana Berríos in that position, they
have withheld from me the check for the fortnight, twice (2), because the way she calculates
the half hours as .5 and the three quarters of an hour as .75 are wrong, instead of .30 and
.45. I took some seminars on how to calculate the time in the hours of use in the parking lots
to charge the hours in MBTI and the method that she uses is incorrect.


- 1 –

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Ana Berríos miscalculates the time we spend on vacation, part-time leave, lateness and sickness. She uses .5 instead of .30, and so that's already 20 minutes too much, just like 1.5 hours.

I work 7.30 hours a day, it is not 7.5 and a half day of work is not 3.65 hours, it is 3.45 hours. As well as 80 minutes, instead of 1 hour and 20 minutes, and so her numbers do not add up to mine and therefore they have left me without vacation leave. I complained to Mr. Benjamín Rivera and they sent their numbers to the Human Resources Office and she certifies that she is correct and I am incorrect. Now on Monday, December 15, they withheld my paycheck again based on their mistakes.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

TO            :        Edmée Vincenty, Esq.

FROM       :        Félix Rivera Clemente

SUBJECT   :        Withholding of Paycheck from
                           Monday, December 15, 2008

DATE        :        December 23, 2008


          Making a claim to:


                    Ivette M. Cartagena Rivera
                    Director of Human Resources Office
                    Edif. Sur, Minilla,
                    Santurce, PR
                    5to. Piso
                    Apartado 41269
                    San Juan, PR 00940-1269


                    Benjamín Rivera
                    Administrative Manager
                    Road Traffic Regulation Office

                    Ana Berríos
                    She calculates and keeps account of vacation and sick days and deduction for
                    partial departures and lateness.


          It is the second time that, due to the ineptitude of Ms. Ana Berríos in that position, they
have withheld from me the check for the fortnight, twice (2), because the way she calculates
the half hours as .5 and the three quarters of an hour as .75 are wrong, instead of .30, .30
and .45. I took some seminars on how to calculate the time in the hours of use in the parking
lots to charge the hours in MBTI and the method that she uses is incorrect.


*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

- 1 -

Ana Berríos miscalculates the time we spend on vacation, part-time leave, lateness and sickness. She uses .5 instead of .30, and so that's already 20 minutes too much, just like 1.5 hours.

I work 7.30 hours a day, it is not 7.5 and a half day of work is not 3.65 hours, it is 3.45 hours. As well as 80 minutes, instead of 1 hour and 20 minutes, and so her numbers do not add up to mine and therefore they have left me without vacation leave. I complained to Mr. Benjamín Rivera and they sent their numbers to the Human Resources Office and she certifies that she is correct and I am incorrect. Now on Monday, December 15, they withheld my paycheck again based on their mistakes.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS

September 02, 2009

[Stamp: DTOP – SEP 16, 2009]

Mr. Félix Rivera Clemente
Sign Workshop Supervisor

Arthur Dones Negrón
Director
Road Traffic Regulation Office

[*Signature*]
Maria M. Trinidad Quiñones
Director, Human Resources Office
Assistant Secretary for Administration

***INFORMAL ADMINISTRATIVE HEARING***

In a letter dated August 13, 2009, you were notified of the intention to deduct the day of July 03, 2009, from your salary. However, you were not informed that the period to be deducted would be the one corresponding to 7:45 a.m. -9:18 a.m., for a total of 33 minutes, as an unauthorized absence.

You requested an Informal Administrative Hearing in which you shall state the reasons why the deduction should not be made for you. The Informal Administrative Hearing shall be held on **September 15, 2009, at 10:00 a.m.,** in the Roberto Sánchez Vilella Building in the Human Resources Office, located on Floor 5.

If there is any inconvenience that prevents you from attending, you can contact Ms. Nora Liz Pérez Matos, Human Resources Analyst I, at the number: (787) 722-2929, ext. 2175 or via fax at: (787) 727-1247.

MTQ/npm

[*hw:*] *It was changed to Thursday, September 17, 2009*.
APARTADO 41269, SAN JUAN, PUERTO RICO 00940-1269 - TEL. (787) 722-2929  FAX: (787) 728-8963

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| **Commonwealth of Puerto Rico** | | Payment Group: SM -Fortnightly | | Check #: | | **5041** |
|---|---|---|---|---|---|---|
| 049 - Dept. of Transport. and Public Works | | From: | 07/01/2012 | | | |
| | | To: | 07/15/2012 | Date: | | 06/19/2012 |

| **FÉLIX RIVERA CLEMENTE** | Employee #: | XXXXX6753 | | IMP DATE: | Federal | PR |
|---|---|---|---|---|---|---|
| HC 1 BOX 9045 | Dept: | 049120- Road Traffic Div. | | Civil Status | Married | Married |
| LOÍZA PR 00772 | Office: | Comp.-operated Traff. Lights Sec. | | Concessions | 0 | 5 |
| | Title: | Road Traffic Sign workshop | | Pct. Adcl.: | | |
| SS No.: XXX-XX-6753 | Wage: | $ 1,960.00 Monthly | | Qty. Adcl.: | | |

| **HOURS AND PAYMENT** | | | | | | **TAXES** | | |
|---|---|---|---|---|---|---|---|---|
| | ---------- Current ---------- | | | ---------- Cumulative ---------- | | | | |
| Description | Wage | Hours | Payments | Hours | Payments | Description | Current | Cumulative |
| Payment of Regular Wages | | | 0.00 | 975.00 | 11,760.00 | Fed MED/EE | 0.00 | 170.52 |
| | | | | | | Fed OASDI/EE | 0.00 | 493.92 |
| | | | | | | Total: | 0.00 | 664.44 |
| Total: | | | 0.00 | 975.00 | 11,760.00 | | | |

| **DEDUCTIONS** | | | **GENERAL DEDUCTIONS** | | | **EMPLOYER BENEFITS PAID** | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | Cumulative | Description | Current | Cumulative | Description | Current | Cumulative |
| GPR Retirement Plan | 0.00 | 973.20 | AE-Asoc. Emp ELA-Regular Ben. | 0.00 | 2,341.12 | SM-First Medical Health Plan | 600.00 | 998.00 |
| | | | CO-COOP OBRAS PÚBLICAS | 0.00 | 2,859.19 | GPR Retirement Plan | 0.00 | 1,090.80 |
| | | | DM-FONDOS UNIDOS | 0.00 | 32.50 | FSED Disability Plan | 0.00 | 764.40 |
| | | | RC-Pres Pers Ret Cen-E Clasif | 0.00 | 1,594.97 | SM-NATIONAL LIFE | 0.00 | 280.00 |
| | | | AE-Seguro por Muerte Asoc ELA | 0.00 | 45.60 | | | |
| | | | AS-UITICE | 0.00 | 6.50 | | | |
| | | | AS-ASOC EMP GER Y SUP DTOP | 0.00 | 52.00 | | | |
| | | | Savings-AEELA | 0.00 | 352.80 | | | |
| Total: | 0.00 | 973.20 | Total: | 0.00 | 7,284.68 | * Taxable | | |

| **GROSS TOTAL** | | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAID** |
|---|---|---|---|---|
| Current: | 0.00 | 0.00 | 0.00 | 0.00 |
| Accumulated: | 11,760.00 | 664.44 | 8,257.88 | 3,237.68 |

| **PTO HOURS** | **ACCUM** | | **NET DISTRIBUTION PAID** | |
|---|---|---|---|---|
| Initial Balance | 0.00 | | | |
| + Cumulative | | | | |
| - Used: | | | | |
| - Donated: | | | | |
| + Adjustments: | | Total: | | 0.00 |
| Final Balance | 0.00 | | | |

**MESSAGE:**

| See reverse side for complete security features. | | | |
|---|---|---|---|
| Form SC 784.1 | **DEPARTMENT OF TREASURY** | **Commonwealth of Puerto Rico** | **Check No.** |
| Nov 09, 2005 | Edificio Intendente Ramirez | 049 - Dept. of Transport. and Public Works | **5041** |
| | San Juan PR 00902-4140 | | |
| [Coat of Arms: TREASURY – COMMONWEALTH OF PUERTO RICO] | | **Date: 06/19/2012** | **Amount: $0.00 ************ |
| | **** NO AND 0 DOLLARS **** | | |
| **Payable To The Order Of** | **FÉLIX RIVERA CLEMENTE** | | |
| | HC 1 BOX 9045 | | |
| [Emblem: BGF] | LOÍZA PR 00772 | | |
| | Location: Computer-operated Traffic Lights Section | | [Signature] Secretary of Treasury |
| | Not valid six months after its issuance | | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



```
T  718.384.8040
W  TargemTranslations.com
E  projects@targemtranslations.com
A  185 Clymer St. Brooklyn, NY 11211
```

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 6725**

Signed this 15th day of August 2021

_____
Andreea I. Boscor

Verify at www.atanet.org/verify

