# EXHIBIT A



Request Documents attached



RECEIVED
JUN 21 2021
PRIME CLERK LLC

9901234010119954

*Proof of Claim:* **10607**
*Claimant:* **Graham, Diana E. and Johnson**

Highway and Transportion   1/2

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all five (5) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- A copy of the most recent brokerage account statement, if your claim is based on the ownership of bonds;
- A copy of a pleading, such as a Complaint or an Answer, if your claim is based on pending litigation;
- A copy of any unpaid judgment, if obtained in connection with litigation, or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

RECEIVED
JUN 21 2021
PRIME CLERK LLC

### Questionnaire

1. **What is the basis of your claim?**

   ☒ A pending or closed legal action with or against the Puerto Rican government

   ☐ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _Preferred Bonds - Default_

2. **What is the amount of your claim (how much money do you claim to be owed):**

   $10,000.00

3. **Bondholders.** Does your claim relate to ownership of bonds?

   ☐ No. *Please continue to Question 4.*

   ☒ Yes. **Bonds' CUSIP numbers and amount claimed per CUSIP (if more space is needed, please attach an additional sheet):**

| | CUSIP | AMOUNT CLAIMED |
|---|---|---|
| 1 | 745190MS4 | $10,000.00 |

#1

**Batch 17.2**


990123401009535

Proof of Claim: 10607
Claimant: Graham, Diana E. and Johnson

H\T 2/2

| 2 | | |
| 3 | | |

4. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☒ No. *Please continue to Question 5.*

   ☐ Yes. **Answer Questions 4(a)-(d).**

4(a). Identify the specific agency or department where you were or are employed:
_____

4(b). Identify the dates of your employment related to your claim:
_____

4(c). Last four digits of your social security number: _____

4(d). What is the nature of your employment claims (select all applicable):

   ☐ Pension
   ☐ Unpaid Wages
   ☐ Sick Days
   ☐ Union Grievance
   ☐ Vacation
   ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

_____
_____

5. **Legal Action.** Does your claim relate to a pending or closed legal action?

   ☐ No.

   ☒ Yes. **Answer Questions 5(a)-(f).**

5(a). Identify the department or agency that is a party to the action.
*United States District Court for the District of Puerto Rico*

5(b). Identify the name and address of the court or agency where the action is pending:
*C/o Prime Clerk, LLC, 850 3rd Ave., Suite 412, Brooklyn NY 11232*

5(c). Case number: *17-bk-03283*

5(d). Title, Caption, or Name of Case: *Commonwealth of Puerto Rico*

5(e). Status of the case (pending, on appeal, or concluded): *pending*

5(f). Do you have an unpaid judgment? Yes / (No) (Circle one)
   If yes, what is the date and amount of the judgment? _____

**Batch 17.2**                                        2

SRF 52498

Commonwealth of Puerto Rico Supplemental Information Processing Center
850 3rd Avenue, Suite 412
Brooklyn, NY 11232
T: (844) 822-9231
PRClaimsInfo@primeclerk.com

*Request Documents attached*

**\*\*\* Response Required \*\*\***

> **THIS LETTER RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.**
>
> **PLEASE READ THIS LETTER CAREFULLY AND RESPOND IN ACCORDANCE WITH THE INSTRUCTIONS BELOW. FAILURE TO RESPOND MAY RESULT IN THE DEBTORS TAKING LEGAL ACTION TO FULLY OR PARTIALLY DISALLOW YOUR CLAIM.**

April 2, 2021

Re: PROMESA Proof of Claim
*In re Commonwealth of Puerto Rico*, Case No. 17-03283
United States District Court for the District of Puerto Rico

Dear Sir or Madam:

This letter relates to a proof of claim you filed in the Title III cases (the "Title III Cases") against the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, or Employees Retirement System of the Government of the Commonwealth of Puerto Rico (collectively, the "Debtors"). Prime Clerk LLC, maintains the official claims register in the Title III Cases for the United States District Court in the District of Puerto Rico (the "Court"), and is reaching out to you on behalf of the Debtors.

The Debtors' records reflect that you filed a proof of claim that was logged by Prime Clerk LLC as Proof of Claim Number **10607**. You may download a copy of your claim by visiting Prime Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Additional information is required in order for the Debtors to continue with assessing your claim. The Debtors are unable to determine from the information you provided the basis, nature, or amount for the claim you are attempting to assert against one or more of the Debtors. In responding to this letter, please ensure that you provide all of the information requested and as much detail as possible about your claim. The descriptions you put on your proof of claim were too vague for the Debtors to understand the claim you are trying to assert, so please provide more detail and do not simply copy over the same information.

**Please respond to this letter on or before May 3, 2021 by returning the enclosed questionnaire with the requested information and documentation**.

Batch 17.2



Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

> Commonwealth of Puerto Rico Supplemental Information Processing Center
> c/o Prime Clerk, LLC
> 850 3rd Avenue, Suite 412
> Brooklyn, NY 11232

If you do not respond to this request and do not provide the requested information and documentation in support of your claim, the Debtors may be forced to object to your claim.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com.**

PLEASE NOTE: Prime Clerk, LLC is the claims and noticing agent in the Title III Cases, and cannot provide legal or financial advice.

Thank you,

Prime Clerk, LLC



FIDELITY PRIVATE CLIENT GROUP®

INVESTMENT REPORT
April 1, 2021 - April 30, 2021

Account # ▮▮▮▮0891
JOHNSON GRAHAM - JOINT WROS - TOD

## Holdings

### Core Account

| Description | Beginning Market Value Apr 1, 2021 | Quantity Apr 30, 2021 | Price Per Unit Apr 30, 2021 | Ending Market Value Apr 30, 2021 | Total Cost Basis | Unrealized Gain/Loss Apr 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|---|---|
| FIDELITY GOVERNMENT MONEY MARKET (SPAXX) -- 7-day yield: 0.01% | $50,451.21 | 50,723.510 | $1.0000 | $50,723.51 | not applicable | not applicable | $5.37 0.010% |
| Total Core Account (21% of account holdings) | $50,451.21 | | | $50,723.51 | | | $5.37 |

### Bonds

| Description | Maturity | Beginning Market Value Apr 1, 2021 | Quantity Apr 30, 2021 | Price Per Unit Apr 30, 2021 | End. Market Value Accrued Int. (AI) Apr 30, 2021 | Total Cost Basis | Unrealized Gain/Loss Apr 30, 2021 | Est. Annual Income (EAI) | Coupon Rate |
|---|---|---|---|---|---|---|---|---|---|
| **Municipal Bonds** | | | | | | | | | |
| PUERTO RICO COMWLTH HWY &TRAN SN AUTH  #1 | 07/01/28 | $1,225.00 | 10,000.000 | $13.5000 | $1,350.00 | $10,000.00 B t | -$8,650.00 | - | 5.000% |
| FIXED COUPON MOODYS C SEMIANNUALLY NEXT CALL DATE 06/01/2021 100.00 SUBJ TO SINKING FUND IN MONETARY DEFAULT CUSIP: 745190MS4 | | | | | | | | | |
| MIDDLE CTRY CENT SCH DIST N Y CENTEREACH | 08/15/32 | 30,254.40 | 30,000.000 | 101.0730 | 30,321.90 126.67 | 25,802.12 B t | 4,519.78 | 600.00 | 2.000 |
| FIXED COUPON MOODYS Aa3 SEMIANNUALLY NEXT CALL DATE 08/15/2023 100.00 CONT CALL 08/15/2023 CUSIP: 595685NY0 | | | | | | | | | |
| SOUTH SPRING VY FIRE DIST N Y GO BDS SER. | 04/01/34 | 15,235.80 | 15,000.000 | 101.5570 | 15,233.55 45.31 | 15,000.67 B t | 232.88 | 543.74 | 3.625 |
| FIXED COUPON MOODYS WR SEMIANNUALLY NEXT CALL DATE 04/01/2022 100.00 CONT CALL 04/01/2022 CUSIP: 84042PAV0 | | | | | | | | | |
| DUTCHESS CNTY N Y LOC DEV CORP REV REV | 07/01/36 | 10,372.50 | 10,000.000 | 104.3520 | 10,435.20 100.00 | 9,032.86 B t | 1,402.34 | 300.00 | 3.000 |
| FIXED COUPON MOODYS Baa2 S&P A- SEMIANNUALLY NEXT CALL DATE 07/01/2026 100.00 CONT CALL 07/01/2026 EXTRAORDINARY CALL CUSIP: 267045GV8 | | | | | | | | | |
| PUERTO RICO PUB BLDGS AUTH REV GTD  #2 | 07/01/36 | 24,000.00 | 25,000.000 | 96.7500 | 24,187.50 | 25,000.00 B t | -812.50 | - | 5.250 |
| FIXED COUPON MOODYS Ca SEMIANNUALLY NEXT CALL DATE 06/01/2021 100.00 SUBJ TO SINKING FUND IN MONETARY DEFAULT CUSIP: 745235VZ1 | | | | | | | | | |
| NEW YORK N Y CITY TRANSITIONAL FIN | 08/01/38 | 31,982.10 | 30,000.000 | 107.1000 | 32,130.00 262.50 | 30,002.48 B t | 2,127.52 | 1,050.00 | 3.500 |
| FIXED COUPON MOODYS Aa1 S&P AAA SEMIANNUALLY NEXT CALL DATE 08/01/2025 100.00 CONT CALL 08/01/2025 CUSIP: 64971WWM8 | | | | | | | | | |
| NEW YORK ST DORM AUTH REVS NON ST | 07/01/40 | 52,040.00 | 50,000.000 | 104.7790 | 52,389.50 541.67 | 50,137.85 B t | 2,251.65 | 1,625.00 | 3.250 |
| FIXED COUPON MOODYS Aa3 SEMIANNUALLY NEXT CALL DATE 07/01/2026 100.00 CONT CALL 07/01/2026 EXTRAORDINARY CALL SUBJ TO SINKING FUND CUSIP: 64990BVQ3 | | | | | | | | | |
| PUERTO RICO COMWLTH PUB IMPT REF BDS | 07/01/41 | 12,112.50 | 15,000.000 | 80.5000 | 12,075.00 | 14,684.81 B t | -2,609.81 | - | 5.000 |
| FIXED COUPON MOODYS Ca SEMIANNUALLY NEXT CALL DATE 07/01/2022 100.00 CONT CALL 07/01/2022 SUBJ TO SINKING FUND IN MONETARY DEFAULT CUSIP: 74514LB89 | | | | | | | | | |

**Fidelity** FIDELITY PRIVATE CLIENT GROUP®

INVESTMENT REPORT
April 1, 2021 - April 30, 2021

Account # ▮▮▮▮0891
JOHNSON GRAHAM - JOINT WROS - TOD

# Holdings

## Bonds (continued)

| Description | Maturity | Beginning Market Value Apr 1, 2021 | Quantity Apr 30, 2021 | Price Per Unit Apr 30, 2021 | End. Market Value Accrued Int. (AI) Apr 30, 2021 | Total Cost Basis | Unrealized Gain/Loss Apr 30, 2021 | Est. Annual Income (EAI) | Coupon Rate |
|---|---|---|---|---|---|---|---|---|---|
| **Municipal Bonds** (continued) | | | | | | | | | |
| PUERTO RICO COMWLTH HWY &TRAN SN AUTH | 07/01/42 | 5,512.50 | 15,000.000 | 49.0000 | 7,350.00 | 15,000.00 B t | -7,650.00 | - | 5.000 |
| FIXED COUPON MOODYS C SEMIANNUALLY NEXT CALL DATE 06/01/2021 100.00 SUBJ TO SINKING FUND IN MONETARY DEFAULT CUSIP: 7451902T4 | | | | | | | | | |
| METROPOLITAN TRANSN AUTH N Y REV BDS | 11/15/46 | 10,114.00 | 10,000.000 | 102.5730 | 10,257.30 138.33 | 10,002.91 B t | 254.39 | 300.00 | 3.000 |
| FIXED COUPON MOODYS A3 S&P BBB+ SEMIANNUALLY NEXT CALL DATE 11/15/2026 100.00 CONT CALL 11/15/2026 EXTRAORDINARY CALL SUBJ TO SINKING FUND CUSIP: 59261AHS9 | | | | | | | | | |
| Total Municipal Bonds (79% of account holdings) | | $192,848.80 | | | $195,729.95 | $204,663.70 | -$8,933.75 | $4,418.74 | |
| Total Bonds (79% of account holdings) | | $192,848.80 | | | $195,729.95 | $204,663.70 | -$8,933.75 | $4,418.74 | |

**Total Holdings**

| | | |
|---|---|---|
| | $246,453.46 | $204,663.70 | -$8,933.75 | $4,424.11 |
| Accrued Interest (AI) | 1,214.48 | |
| Total Including Accrued Interest (AI) | $247,667.94 | |

All positions held in cash account unless indicated otherwise.

**EAI & EY** **Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. **For calculation details, refer to the "Additional Information and Endnotes" section.**

-- not available

**AI** **(Accrued Interest)** - Represents interest accumulated since the last coupon date, but not yet paid by the issuer or received by NFS. **There is no guarantee that AI will be paid by the issuer.** Please refer to the Help/Glossary section of Fidelity.com for additional information.

Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.

t Third-party provided

B See Additional Information and Endnotes for important information about the adjusted cost basis information provided.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor)
Llene esta información para identificar el caso (seleccione sólo un deudor)

| | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1: Identify the Claim / Identificar la reclamación

**1. Who is the current creditor?**

¿Quién es el acreedor actual?

Diana E. Graham and Johnson Graham

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor _____
Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410                Proof of Claim                page 1

*Proof of Claim:* **10607**
*Claimant:* **Graham, Diana E. and Johnson**

Employees Retirement System of the Government of the Commonwealth of Puerto Rico 1/2

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all five (5) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim**. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- A copy of the most recent brokerage account statement, if your claim is based on the ownership of bonds;
- A copy of a pleading, such as a Complaint or an Answer, if your claim is based on pending litigation;
- A copy of any unpaid judgment, if obtained in connection with litigation, or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. **What is the basis of your claim?**

    ☒ A pending or closed legal action with or against the Puerto Rican government

    ☐ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

    $25,000.00    Preferred Bonds = Default

2. **What is the amount of your claim (how much money do you claim to be owed):**

    $25,000.00

3. **Bondholders.** Does your claim relate to ownership of bonds?

    ☐ No. *Please continue to Question 4.*

    ☒ Yes. **Bonds' CUSIP numbers and amount claimed per CUSIP (if more space is needed, please attach an additional sheet):**

| | CUSIP | AMOUNT CLAIMED |
|---|---|---|
| 1 | 29670456V8 | $25,000.00 |

#2

**Batch 17.2**

990123401009535

Proof of Claim: **10607** — Employees Retirement System of the Government of the Commonwealth of Puerto Rico
Claimant: **Graham, Diana E. and Johnson**

2/2

| 2 | |
|---|---|
| 3 | |

4. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☒ No. *Please continue to Question 5.*

   ☐ Yes. **Answer Questions 4(a)-(d).**

4(a). Identify the specific agency or department where you were or are employed: _____

4(b). Identify the dates of your employment related to your claim: _____

4(c). Last four digits of your social security number: _____

4(d). What is the nature of your employment claims (select all applicable):
   ☐ Pension
   ☐ Unpaid Wages
   ☐ Sick Days
   ☐ Union Grievance
   ☐ Vacation
   ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

   _____

5. **Legal Action.** Does your claim relate to a pending or closed legal action?

   ☐ No.

   ☒ Yes. **Answer Questions 5(a)-(f).**

5(a). Identify the department or agency that is a party to the action.
   *United States District Court for the District of Puerto Rico*

5(b). Identify the name and address of the court or agency where the action is pending:
   *C/o Prime Clerk, LLC, 850 3rd Ave. Suite 412, Brooklyn, NY 11232*

5(c). Case number: *17-bk-03566*

5(d). Title, Caption, or Name of Case: *Commonwealth of Puerto Rico*

5(e). Status of the case (pending, on appeal, or concluded): *pending*

5(f). Do you have an unpaid judgment? Yes / (No) (Circle one)
   If yes, what is the date and amount of the judgment? _____

**Batch 17.2**         2

2018

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☒ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación        04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales**, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1        Identify the Claim / Identificar la reclamación

1. **Who is the current creditor?**

   ¿Quién es el acreedor actual?

   _Diana E. Graham and Johnson Graham_
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410        Proof of Claim        page 1

Proof of Claim: 10607
Claimant: Graham, Diana E. and Johnson

*Puerto Rico Comwlth HWY & TRANS N Auth* 1/2

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all five (5) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim**. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- A copy of the most recent brokerage account statement, if your claim is based on the ownership of bonds;
- A copy of a pleading, such as a Complaint or an Answer, if your claim is based on pending litigation;
- A copy of any unpaid judgment, if obtained in connection with litigation, or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. **What is the basis of your claim?**

   ☒ A pending or closed legal action with or against the Puerto Rican government

   ☐ Current or former employment with the Government of Puerto Rico

   Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _Preferred Bonds - Default_

2. **What is the amount of your claim (how much money do you claim to be owed):**

   _$15,000.00_

3. **Bondholders.** Does your claim relate to ownership of bonds?

   ☐ No. *Please continue to Question 4.*

   ☒ Yes. **Bonds' CUSIP numbers and amount claimed per CUSIP (if more space is needed, please attach an additional sheet):**

| | CUSIP | AMOUNT CLAIMED |
|---|---|---|
| 1 | 745190 2T4 | $15,000.00 |

#3

Batch 17.2



Proof of Claim: **10607**
Claimant: **Graham, Diana E. and Johnson**

HWY & TRANS'N AUTH 2/2

| 2 | | |
|---|---|---|
| 3 | | |

4. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
   - ☒ No. *Please continue to Question 5.*
   - ☐ Yes. **Answer Questions 4(a)-(d).**

4(a). Identify the specific agency or department where you were or are employed: _____

4(b). Identify the dates of your employment related to your claim: _____

4(c). Last four digits of your social security number: _____

4(d). What is the nature of your employment claims (select all applicable):
   - ☐ Pension
   - ☐ Unpaid Wages
   - ☐ Sick Days
   - ☐ Union Grievance
   - ☐ Vacation
   - ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

_____
_____

5. **Legal Action.** Does your claim relate to a pending or closed legal action?
   - ☐ No.
   - ☒ Yes. **Answer Questions 5(a)-(f).**

5(a). Identify the department or agency that is a party to the action.
*United States District Court for the District of Puerto Rico*

5(b). Identify the name and address of the court or agency where the action is pending:
*C/o Prime Clerk, LLC, 850 3rd Ave. Suite 412, Brooklyn. NY 11232*

5(c). Case number: *17-bK-03567*

5(d). Title, Caption, or Name of Case: *Puerto Rico Highways and Transportation Authority*

5(e). Status of the case (pending, on appeal, or concluded): *pending*

5(f). Do you have an unpaid judgment? Yes / (No) (Circle one)
   If yes, what is the date and amount of the judgment? _____

Batch 17.2

2



UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☒ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

**Part 1 / Parte 1**    Identify the Claim / Identificar la reclamación

1. Who is the current creditor? / ¿Quién es el acreedor actual?

   _Diana E. Graham and Johnson Graham_
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor _____
   Otros nombres que el acreedor usó con el deudor _____

**CERTIFIED MAIL**

7021 0350 0000 9174 8823

Johnson Graham
176 Evergreen Dr
Westbury, NY 11590-1209

U.S. POSTAGE PAID
FCM LG ENV
HICKSVILLE, NY
11801
JUN 02, 21
AMOUNT
$7.85
R2305M147372-07

RECEIVED
JUN 21 2021
PRIME CLERK

RETURN RECEIPT REQUESTED

Commonwealth of Puerto Rico
Supplement Information Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232