**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**NOTICE OF AGENDA OF MATTERS SCHEDULED
<u>FOR THE HEARING ON JANUARY 19-20, 2022 AT 9:30 A.M. AST</u>**

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, January 19, 2022**, from 9:30 a.m. to 12:30 p.m. (Atlantic Standard Time) and **Thursday, January 20, 2022**, from 9:30 a.m. to 12:30 p.m. (Atlantic Standard Time) |
| | Honorable Laura Taylor Swain, United States District Judge |
| **Location of Hearing:** | **<u>The Hearing will be conducted virtually via videoconferencing and telephonic platforms.</u>** |
| | **<u>Participation by Individuals Who Have Been Notified to Attend: Claimants who have been notified that their claims are the subject of the Hearing may participate by telephone by going to the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto</u>** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("<u>Commonwealth</u>") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Rico 00918-1767, where videoconference and interpretation facilities will be provided.**

For the benefit of those who may attend the hearing in person, a copy of the Form of Notice describing the Safety Procedures at the Hearing (ECF No. 19461-1, 2) is attached to this Agenda as **Exhibit A**.

Attorney Participation: Pursuant to the *Order Regarding Procedures for Hearings on January 19-20, 2022, and February 16-17, 2022* [Case No. 17-3283, ECF No. 19720], attached to this Agenda as **Exhibit B** (the "Procedures Order"), attorneys who have entered an appearance in the Title III cases and **wish to participate as speakers** in the proceedings must file an Informative Motion in accordance with paragraph 3 of the Procedures Order and, upon receipt of an invitation to register their appearance from the Court, must respond to the invitation to register for Zoom access. The FOMB may register up to three attorney appearances per day, and all other parties shall be limited to two attorney appearances per day.

Attorneys, Members of the Public and Press: Attorneys and members of the public and press **may listen to (but not view or participate in)** the proceedings by dialing (888) 363-4749 and entering the access code (7214978) and security code (6243) when prompted.

| Copies of Documents: | Copies of all documents filed in these Title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein. |

## RELATED DOCUMENTS CONCERNING ALL CLAIM OBJECTIONS:

A. Order Regarding Adjourned Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 19461]**

B. Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Adjourned Claim Objections Set for Hearing on January 19-20, 2022 **[Case No. 17-3283, ECF No. 19666]**

C. Order Regarding Procedures for Hearings on January 19-20, 2022, and February 16-17, 2022 **[Case No. 17-3283, ECF No. 19720]**

I.    **CONTESTED CLAIM OBJECTIONS (beginning at 9:30 a.m. Atlantic Standard
Time on January 19, 2022):**

1.  **Two Hundred Ninety-Fifth Omnibus Objection to Claims.** Two Hundred Ninety-Fifth
Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to No Liability
and Incorrect Debtor Bondholder Claims **[Case No. 17-3283, ECF No. 15718]**

Objection Deadline: February 24, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Two Hundred Ninety-Fifth Omnibus Objection to Claims, filed by
   Louis and Mae Stangle (Claim No. 167957) **[Case No. 17-3283, ECF No. 19667-
   1]** (Response Form not returned)

Replies, Joinders & Statements:
   A. Notice of Correspondence Regarding the Two Hundred Ninety-Fifth Omnibus
   Objection (Substantive) of the Commonwealth of Puerto Rico to No Liability and
   Incorrect Debtor Bondholder Claims **[Case No. 17-3283, ECF No. 19667]**

Related Documents :
   A. Notice of Presentment of Proposed Order Granting the Two Hundred Ninety-Fifth
   Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to No
   Liability and Incorrect Debtor Bondholder Claims (ECF No. 15718) **[Case No. 17-
   3283, ECF No. 15962]**

   B. Order Granting Two Hundred Ninety-Fifth Omnibus Objection (Substantive) of the
   Commonwealth of Puerto Rico to No Liability and Incorrect Debtor Bondholder
   Claims **[Case No. 17-3283, ECF No. 16694]**

Status: This matter is going forward.

Estimated Time Required: 10 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
   B. Objecting Parties: Louis and Mae Stangle, *pro se*

2.  **Three Hundred Fifth Omnibus Objection to Claims.** Three Hundred Fifth Omnibus
Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Incorrect Debtor
Claims **[Case No. 17-3283, ECF No. 16023]**

Objection Deadline: April 14, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:

    A. Response to Three Hundred Fifth Omnibus Objection to Claims, filed by Maria Victor Pérez Rodríguez, (Claim No. 7844) **[Case No. 17-3283, ECF No. 16370]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:

    A. Reply of the Commonwealth of Puerto Rico to Response Filed by Maria Victoria Pérez Rodríguez [ECF No. 16370] to the Three Hundred Fifth Omnibus Objection (Non-Substantive) to Incorrect Debtor Claims **[Case No. 17-3283, ECF No. 19650]**

<u>Related Documents</u>:

    A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF Nos. 19670-4 (sealed); 19792-4]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  10 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
    B. <u>Objecting Parties</u>: Maria Victor Pérez Rodríguez, *pro se*

3. **<u>Three Hundred Ninth Omnibus Objection to Claims.</u>** Three Hundred Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims That Are Partially Deficient and Partially Based on GDB Bonds **[Case No. 17-3283, ECF No. 16027]**

<u>Objection Deadline</u>:  April 14, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:

    A. Response to Three Hundred Ninth Omnibus Objection to Claims, filed by Carlos Flores Sánchez (Claim No. 3078) **[Case No. 17-3283, ECF No. 16346]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:

    A. Reply of the Commonwealth of Puerto Rico to Response Filed by Carlos M. Flores Sánchez [ECF No. 16346] to the Three Hundred Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims That Are Partially Deficient and Partially Based on GDB Bonds **[Case No. 17-3283, ECF No. 19651]**

Related Documents:
    A. Motion Submitting Certified Translations in Connection with Docketed Claim
        Objection Responses To Be Heard at the January 19-20, 2022 Adjourned
        Objection Hearing **[Case No. 17-3283, ECF Nos. 19670-5 (sealed); 19792-5]**

Status: This matter is going forward.

Estimated Time Required: 10 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Carlos Flores Sánchez, *pro se*

4. **Three Hundred Twenty-Third Omnibus Objection to Claims.** Three Hundred Twenty-
   Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the
   Employees Retirement System of the Government of the Commonwealth of Puerto Rico
   to Duplicate, Deficient, and/or No Liability Bond Claims **[Case No. 17-3283, ECF No.
   16649]**

Objection Deadline: June 2, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Twenty-Third Omnibus Objection to Claims, filed by
        Brunilda Rivera Mercado (Claim No. 12902) **[Case No. 17-3283, ECF No. 19677-
        1, 2]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Three Hundred Twenty-Third Omnibus
        Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees
        Retirement System of the Government of the Commonwealth of Puerto Rico to
        Duplicate, Deficient, and/or No Liability Bond Claims **[Case No. 17-3283, ECF
        No. 19677]**

Related Documents:
    A. Notice of Presentment of Proposed Order Granting the Three Hundred Twenty-
        Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and
        the Employees Retirement System of the Government of the Commonwealth of
        Puerto Rico To Duplicate, Deficient, and/or No Liability Bond Claims (ECF No.
        16649) **[Case No. 17-3283, ECF No. 17026]**

Status: This matter is going forward.

Estimated Time Required: 10 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Brunilda Rivera Mercado, *pro se*

5. **Three Hundred Thirty-Fourth Omnibus Objection to Claims.** Three Hundred Thirty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 17085]**

Objection Deadline: July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Thirty-Fourth Omnibus Objection to Claims, filed by Humberto Luis Rivera Ventura (Claim No. 179148) **[Case No. 17-3283, ECF No. 19678-1, 2]** (Response Form submitted, claimant will not attend)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Three Hundred Thirty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Public Buildings Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 19678]**

Related Documents:
    A. None.

Status: This matter is going forward.

Estimated Time Required: 10 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Humberto Luis Rivera Ventura, *pro se*

6. **Three Hundred Thirty-Seventh Omnibus Objection to Claims.** Three Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Pension-Related Claims Asserted Against the Incorrect Debtor **[Case No. 17-3283, ECF No. 17081]**

Objection Deadline: July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Thirty-Seventh Omnibus Objection to Claims, filed by Alba Acevedo Vázquez (Claim No. 1592) **[Case No. 17-3283, ECF No. 19679-1, 2]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Three Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Pension-Related Claims Asserted Against the Incorrect Debtor **[Case No. 17-3283, ECF No. 19679]**

Related Documents:
    A. None.

Status: This matter is going forward.

Estimated Time Required: 10 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Alba Acevedo Vázquez, *pro se*

7. **Three Hundred Thirty-Seventh Omnibus Objection to Claims.** Three Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Pension-Related Claims Asserted Against the Incorrect Debtor **[Case No. 17-3283, ECF No. 17081]**

Objection Deadline: July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Thirty-Seventh Omnibus Objection to Claims, filed by Carlos Cabrera Velilla (Claim No. 59789) **[Case No. 17-3283, ECF No. 17491]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Carlos A. Cabrera Velilla [ECF No. 17491], Margarita Morales Vázquez [ECF No. 17269], Luz N. Tricoche Jesus [ECF No. 17475], Selma I. Velázquez Flores [ECF No. 17586], and Neysha Colón Torres [ECF No. 17440] to the Three Hundred Thirty-Seventh Omnibus

Objection (Non-Substantive) to Pension-Related Claims **[Case No. 17-3283, ECF No. 19653]**

Related Documents:
  A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF Nos. 19670-11 (sealed); 19792-11]**

Status: This matter is going forward.

Estimated Time Required: 10 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

  A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
  B. Objecting Parties: Carlos Cabrera Velilla, *pro se*

8. **Three Hundred Thirty-Seventh Omnibus Objection to Claims.** Three Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Pension-Related Claims Asserted Against the Incorrect Debtor **[Case No. 17-3283, ECF No. 17081]**

Objection Deadline: July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)
Responses:
  A. Response to Three Hundred Thirty-Seventh Omnibus Objection to Claims, filed by Margarita Morales Vázquez (Claim No. 51119) **[Case No. 17-3283, ECF No. 17269]** (Response Form not returned)

Replies, Joinders & Statements:
  A. Reply of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Carlos A. Cabrera Velilla [ECF No. 17491], Margarita Morales Vázquez [ECF No. 17269], Luz N. Tricoche Jesus [ECF No. 17475], Selma I. Velázquez Flores [ECF No. 17586], and Neysha Colón Torres [ECF No. 17440] to the Three Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) to Pension-Related Claims **[Case No. 17-3283, ECF No. 19653]**

Related Documents:
  A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF Nos. 19670-12 (sealed); 19792-12]**

Status: This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Margarita Morales Vázquez, *pro se*

9. **Three Hundred Thirty-Seventh Omnibus Objection to Claims.** Three Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Pension-Related Claims Asserted Against the Incorrect Debtor **[Case No. 17-3283, ECF No. 17081]**

Objection Deadline:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Thirty-Seventh Omnibus Objection to Claims, filed by Luz Tricoche Jesus (Claim No. 13143) **[Case No. 17-3283, ECF No. 17475]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Carlos A. Cabrera Velilla [ECF No. 17491], Margarita Morales Vázquez [ECF No. 17269], Luz N. Tricoche Jesus [ECF No. 17475], Selma I. Velázquez Flores [ECF No. 17586], and Neysha Colón Torres [ECF No. 17440] to the Three Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) to Pension-Related Claims **[Case No. 17-3283, ECF No. 19653]**

Related Documents:
    A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF Nos. 19670-13 (sealed); 19792-13]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Luz Tricoche Jesus, *pro se*

10. **Three Hundred Thirty-Seventh Omnibus Objection to Claims.** Three Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Pension-Related Claims Asserted Against the Incorrect Debtor **[Case No. 17-3283, ECF No. 17081]**

Objection Deadline:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Three Hundred Thirty-Seventh Omnibus Objection to Claims, filed by Sonia Valencia Toledo (Claim No. 49490) **[Case No. 17-3283, ECF No. 19679-3, 4]** (Response Form submitted, claimant will not attend)

Replies, Joinders & Statements:
   A. Notice of Correspondence Regarding the Three Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Pension-Related Claims Asserted Against the Incorrect Debtor  **[Case No. 17-3283, ECF No. 19679]**

Related Documents:
   A. None.

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
   B. Objecting Parties: Sonia Valencia Toledo, *pro se*

11. **Three Hundred Thirty-Seventh Omnibus Objection to Claims.** Three Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Pension-Related Claims Asserted Against the Incorrect Debtor **[Case No. 17-3283, ECF No. 17081]**

Objection Deadline:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Three Hundred Thirty-Seventh Omnibus Objection to Claims, filed by Selma Velázquez Flores (Claim No. 28164) **[Case No. 17-3283, ECF No. 17586]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:
    A. Reply of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Carlos A. Cabrera Velilla [ECF No. 17491], Margarita Morales Vázquez [ECF No. 17269], Luz N. Tricoche Jesus [ECF No. 17475], Selma I. Velázquez Flores [ECF No. 17586], and Neysha Colón Torres [ECF No. 17440] to the Three Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) to Pension-Related Claims **[Case No. 17-3283, ECF No. 19653]**

<u>Related Documents</u>:
    A. None.

<u>Status</u>: This matter is going forward.

<u>Estimated Time Required</u>:  10 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
    B. <u>Objecting Parties</u>: Selma Velázquez Flores, *pro se*

12. **<u>Three Hundred Seventy-Fourth Omnibus Objection to Claims.</u>** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

<u>Objection Deadline</u>:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
    A. Response to Three Hundred Thirty-Seventh Omnibus Objection to Claims, filed by Edwin Jiménez Barreto (Claim No. 153120) **[Case No. 17-3283, ECF No. 19683-9, 10]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:
    A. Notice of Correspondence Regarding the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 19683]**

Related Documents:
  A. None.

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

  A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
  B. Objecting Parties: Edwin Jiménez Barreto, *pro se*

## II.  CONTESTED CLAIM OBJECTIONS (beginning at 10:30 a.m. Atlantic Standard Time on January 19, 2022):

1. **Three Hundred First Omnibus Objection to Claims.** Three Hundred First Omnibus
   Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees
   Retirement System of the Government of the Commonwealth of Puerto Rico, and the
   Puerto Rico Highways and Transportation Authority to Miscellaneous Deficient Claims
   **[Case No. 17-3283, ECF No. 16021]**

   Objection Deadline:  April 14, 2021 at 4:00 p.m. (Atlantic Standard Time)

   Reply Deadline:  January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

   Responses:
     A. Response to Three Hundred First Omnibus Objection to Claims, filed by Zeidie
        González Serrano (Claim No. 174485) **[Case No. 17-3283, ECF No. 18260]**
        (Response Form not returned)

   Replies, Joinders & Statements:
     A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and
        Transportation Authority, and the Employees Retirement System of the
        Government of the Commonwealth Of Puerto Rico to Responses Filed by Jose
        López Valentín [ECF No. 16345], Maria Sepúlveda Torres [ECF No. 17268], and
        Zeidie González Serrano [ECF No. 18260] to the Three Hundred First Omnibus
        Objection (Non-Substantive) to Miscellaneous Deficient Claims **[Case No. 17-
        3283, ECF No. 19649]**

   Related Documents:
     A. Motion Submitting Certified Translations in Connection with Docketed Claim
        Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection
        Hearing **[Case No. 17-3283, ECF Nos. 19670-3 (sealed); 19792-3]**

   Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Zeidie González Serrano, *pro se*

2. **Three Hundred First Omnibus Objection to Claims.** Three Hundred First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 16021]**

Objection Deadline:  April 14, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred First Omnibus Objection to Claims, filed by Norma Mangual Rodríguez (Claim No. 177692) **[Case No. 17-3283, ECF No. 19668-1,2]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Three Hundred First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 19668]**

Related Documents:
    A. None.

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Norma Mangual Rodríguez, *pro se*

3. **Three Hundred First Omnibus Objection to Claims.** Three Hundred First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 16021]**

Objection Deadline:  April 14, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred First Omnibus Objection to Claims, filed by Maria Sepúlveda Torres (Claim No. 176231) **[Case No. 17-3283, ECF No. 17268]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Jose López Valentín [ECF No. 16345], Maria Sepúlveda Torres [ECF No. 17268], and Zeidie Serrano González [ECF No. 18260] to the Three Hundred First Omnibus Objection (Non-Substantive) to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 19649]**

Related Documents:
    A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF Nos. 19670-2 (sealed); 19792-2]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Maria Sepúlveda Torres, *pro se*

4. **Three Hundred First Omnibus Objection to Claims.** Three Hundred First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 16021]**

Objection Deadline:  April 14, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred First Omnibus Objection to Claims, filed by Lucia
       Torres Delgado (Claim No. 175178) **[Case No. 17-3283, ECF No. 19668-3, 4]**
       (Response Form not returned)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Three Hundred First Omnibus Objection
       (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico
       Highways and Transportation Authority, and the Employees Retirement System of
       the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient
       Claims **[Case No. 17-3283, ECF No. 19668]**

Related Documents:
    A. None.

Estimated Time Required: 10 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Lucia Torres Delgado, *pro se*

5. **Three Hundred Twelfth Omnibus Objection to Claims.** Three Hundred Twelfth
Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the
Employees Retirement System of the Government of the Commonwealth of Puerto Rico
to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 16641]**

Objection Deadline: June 2, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 5, 20212 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Twelfth Omnibus Objection to Claims, filed by Carlos
       Ruben Lebrón Rodríguez (Claim No. 179122) **[Case No. 17-3283, ECF No.
       19672-1, 2]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Three Hundred Twelfth Omnibus
       Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the
       Employees Retirement System of the Government of the Commonwealth of Puerto
       Rico to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 19672]**

Related Documents:
    A. None.

Estimated Time Required: 10 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
    B. <u>Objecting Parties</u>: Carlos Ruben Lebrón Rodríguez, *pro se*

6. **Three Hundred Twelfth Omnibus Objection to Claims.**  Three Hundred Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 16641]**

<u>Objection Deadline</u>:  June 2, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: January 5, 20212 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
    A. Response to Three Hundred Twelfth Omnibus Objection to Claims, filed by Claudio Ruíz García (Claim No. 179128) **[Case No. 17-3283, ECF No. 19672-5, 6]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:
    A. Notice of Correspondence Regarding the Three Hundred Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 19672]**

<u>Related Documents</u>:
    A. None.

<u>Estimated Time Required</u>:  10 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
    B. <u>Objecting Parties</u>: Claudio Ruíz García, *pro se*

7. **Three Hundred Twelfth Omnibus Objection to Claims.**  Three Hundred Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 16641]**

<u>Objection Deadline</u>:  June 2, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: January 5, 20212 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Twelfth Omnibus Objection to Claims, filed by Martin Sánchez (Claim No. 179126) **[Case No. 17-3283, ECF No. 19672-3, 4]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Three Hundred Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 19672]**

Related Documents:
    A. None.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Martin Sánchez, *pro se*

8. **Three Hundred Twelfth Omnibus Objection to Claims.**  Three Hundred Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 16641]**

Objection Deadline:  June 2, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 5, 20212 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Twelfth Omnibus Objection to Claims, filed by Bernardo Soto Lebron (Claim No. 179144) **[Case No. 17-3283, ECF No. 19672-7, 8]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Three Hundred Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 19672]**

Related Documents:
    A. None.

Estimated Time Required:  10 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations  for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
    B. <u>Objecting Parties</u>: Bernardo Soto Lebron, *pro se*

9. **<u>Three Hundred Sixteenth Omnibus Objection to Claims.</u>** Three Hundred Sixteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 16643]**

<u>Objection Deadline</u>:  June 2, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
    A. Response to Three Hundred Sixteenth Omnibus Objection to Claims, filed by Rosa Martínez Gómez (Claim No. 4391) **[Case No. 17-3283, ECF No. 17153]** (Response Form submitted, claimant will attend)

<u>Replies, Joinders & Statements</u>:
    A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Edgardo L. Santiago [ECF No. 16808], Sandra Díaz Chapman [ECF No. 16868], Edgardo Rivera Baez [ECF No. 16911], Debra A. Herrera Bravo [ECF No. 16956], and Rosa Martínez Gómez [ECF No. 17153] to the Three Hundred Sixteenth Omnibus Objection (Substantive) to Misclassified Claims **[Case No. 17-3283, ECF No. 19652]**

<u>Related Documents</u>:
    A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF Nos. 19670-10 (sealed); 19792-10]**

<u>Estimated Time Required</u>:  15 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 3 minutes
    B. <u>Objecting Parties</u>: Rosa Martínez Gómez, *pro se*, 10 minutes
    C. <u>Debtors</u>: Laura Stafford and Brian Rosen, 2 minutes

10. **Three Hundred Sixteenth Omnibus Objection to Claims.** Three Hundred Sixteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 16643]**

Objection Deadline:  June 2, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Sixteenth Omnibus Objection to Claims, filed by Eva Meléndez Frayuada (Claim No. 27339) **[Case No. 17-3283, ECF Nos. 19676-3, 4 (sealed); 19793-3, 4]** (Response Form submitted, claimant will attend)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Three Hundred Sixteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF Nos. 19676 (sealed); 19793]**

Related Documents:
    A. None.

Estimated Time Required:  15 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 3 minutes
    B. Objecting Parties: Eva Meléndez Frayuada, *pro se*, 10 minutes
    C. Debtors: Laura Stafford and Brian Rosen, 2 minutes

11. **Three Hundred Sixteenth Omnibus Objection to Claims.** Three Hundred Sixteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 16643]**

Objection Deadline:  June 2, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Sixteenth Omnibus Objection to Claims, filed by Edgardo Rivera Baez (Claim No. 15357) **[Case No. 17-3283, ECF No. 16911]** (Response Form submitted, claimant will attend)

Replies, Joinders & Statements:
   A.  Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and
       Transportation Authority, and the Employees Retirement System of the
       Government of the Commonwealth of Puerto Rico to Responses Filed by Edgardo
       L. Santiago [ECF No. 16808], Sandra Díaz Chapman [ECF No. 16868], Edgardo
       Rivera Baez [ECF No. 16911], Debra A. Herrera Bravo [ECF No. 16956], and Rosa
       Martínez Gómez [ECF No. 17153] to the Three Hundred Sixteenth Omnibus
       Objection (Substantive) to Misclassified Claims **[Case No. 17-3283, ECF No.
       19652]**

Related Documents:
   A.  Motion Submitting Certified Translations in Connection with Docketed Claim
       Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection
       Hearing **[Case No. 17-3283, ECF Nos. 19670-8 (sealed); 19792-8]**

Estimated Time Required:  15 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

   A.  Debtors: Laura Stafford and Brian Rosen, 3 minutes
   B.  Objecting Parties: Edgardo Rivera Baez, *pro se*, 10 minutes
   C.  Debtors: Laura Stafford and Brian Rosen, 2 minutes

12. **Three Hundred Sixteenth Omnibus Objection to Claims.** Three Hundred Sixteenth
    Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico
    Highways and Transportation Authority, and the Employees Retirement System of the
    Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-
    3283, ECF No. 16643]**

Objection Deadline:  June 2, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A.  Response to Three Hundred Sixteenth Omnibus Objection to Claims, filed by
       Edgardo Santiago Santiago (Claim No. 5594) **[Case No. 17-3283, ECF No. 16808]**
       (Response Form submitted, claimant will not attend)

Replies, Joinders & Statements:
   A.  Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and
       Transportation Authority, and the Employees Retirement System of the
       Government of the Commonwealth of Puerto Rico to Responses Filed by Edgardo
       L. Santiago [ECF No. 16808], Sandra Díaz Chapman [ECF No. 16868], Edgardo
       Rivera Baez [ECF No. 16911], Debra A. Herrera Bravo [ECF No. 16956], and Rosa
       Martínez Gómez [ECF No. 17153] to the Three Hundred Sixteenth Omnibus
       Objection (Substantive) to Misclassified Claims **[Case No. 17-3283, ECF No.
       19652]**

Related Documents:
    A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF Nos. 19670-6 (sealed); 19792-6]**

Estimated Time Required: 10 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Edgardo Santiago Santiago, *pro se*

## III. CONTESTED CLAIM OBJECTIONS (beginning at 11:30 a.m. Atlantic Standard Time on January 19, 2022):

1. **Three Hundred Sixteenth Omnibus Objection to Claims.** Three Hundred Sixteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 16643]**

Objection Deadline: June 2, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Sixteenth Omnibus Objection to Claims, filed by Norma Concepción Peña (Claim No. 157312) **[Case No. 17-3283, ECF Nos. 19676-1, 2 (sealed); 19793-1, 2]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Three Hundred Sixteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF Nos. 19676 (sealed); 19793]**

Related Documents:
    A. None.

Estimated Time Required: 10 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Norma Concepción Peña, *pro se*

2.  **Three Hundred Sixteenth Omnibus Objection to Claims.** Three Hundred Sixteenth
    Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico
    Highways and Transportation Authority, and the Employees Retirement System of the
    Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-
    3283, ECF No. 16643]**

    Objection Deadline:  June 2, 2021 at 4:00 p.m. (Atlantic Standard Time)

    Reply Deadline:  January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

    Responses:
        A.  Response to Three Hundred Sixteenth Omnibus Objection to Claims, filed by
            Sandra Díaz Chapman (Claim No. 45153) **[Case No. 17-3283, ECF No. 16868]**
            (Response Form not returned)

    Replies, Joinders & Statements:
        A.  Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and
            Transportation Authority, and the Employees Retirement System of the
            Government of the Commonwealth of Puerto Rico to Responses Filed by Edgardo
            L. Santiago [ECF No. 16808], Sandra Díaz Chapman [ECF No. 16868], Edgardo
            Rivera Baez [ECF No. 16911], Debra A. Herrera Bravo [ECF No. 16956], and Rosa
            Martínez Gómez [ECF No. 17153] to the Three Hundred Sixteenth Omnibus
            Objection (Substantive) to Misclassified Claims **[Case No. 17-3283, ECF No.
            19652]**

    Related Documents:
        A.  Motion Submitting Certified Translations in Connection with Docketed Claim
            Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection
            Hearing **[Case No. 17-3283, ECF Nos. 19670-7 (sealed); 19792-7]**

    Estimated Time Required:  10 minutes

    Order and Number of Speakers:  The names of counsel who intend to speak on this matter
    and time allocations for each party are listed below:

        A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
        B. Objecting Parties: Sandra Díaz Chapman, *pro se*

3.  **Three Hundred Sixteenth Omnibus Objection to Claims.** Three Hundred Sixteenth
    Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico
    Highways and Transportation Authority, and the Employees Retirement System of the
    Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-
    3283, ECF No. 16643]**

    Objection Deadline:  June 2, 2021 at 4:00 p.m. (Atlantic Standard Time)

    Reply Deadline:  January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Sixteenth Omnibus Objection to Claims, filed by Debra Herrera Bravo (Claim No. 154228) **[Case No. 17-3283, ECF No. 16956]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Edgardo L. Santiago [ECF No. 16808], Sandra Díaz Chapman [ECF No. 16868], Edgardo Rivera Baez [ECF No. 16911], Debra A. Herrera Bravo [ECF No. 16956], and Rosa Martínez Gómez [ECF No. 17153] to the Three Hundred Sixteenth Omnibus Objection (Substantive) to Misclassified Claims **[Case No. 17-3283, ECF No. 19652]**

Related Documents:
    A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF Nos. 19670-9 (sealed); 19792-9]**

Estimated Time Required: 10 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Debra Herrera Bravo, *pro se*

4. **Three Hundred Forty-First Omnibus Objection to Claims.** Three Hundred Forty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Public Buildings Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Cross-Debtor Duplicate Claims **[Case No. 17-3283, ECF No. 17105]**

Objection Deadline: July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Forty-First Omnibus Objection to Claims, filed by Ana Celia Benitez Delgado (Claim No. 42868) **[Case No. 17-3283, ECF No. 17603]** (Response Form submitted, claimant's response not clear)

Replies, Joinders & Statements:
    A. Reply of the Puerto Rico Public Buildings Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Elizabeth Rivera Domínguez [ECF No. 17327], Nilda Mangual Flores [ECF No. 17383], Neysha M. Colón Torres [ECF No. 17440], Zulma Landrau Rivera [ECF No. 17441], Signa Magaly Cabrera Torres [ECF No. 17476], Ivette

González De León [ECF No. 17495], and Ana Celia Benitez Delgado [ECF No. 17603] to the Three Hundred Forty-First Omnibus Objection (Non-Substantive) to Cross-Debtor Duplicate Claims **[Case No. 17-3283, ECF No. 19654]**

Related Documents:
A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF Nos. 19670-20 (sealed); 19792-20]**

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
B. Objecting Parties: Ana Celia Benitez Delgado, *pro se*[2]

5. **Three Hundred Forty-First Omnibus Objection to Claims.** Three Hundred Forty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Public Buildings Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Cross-Debtor Duplicate Claims **[Case No. 17-3283, ECF No. 17105]**

**Three Hundred Forty-Fifth Omnibus Objection to Claims.** Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 17108]**

Objection Deadline:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
A. Response to Three Hundred Forty-First Omnibus Objection to Claims, filed by Signa Cabrera Torres (Claim No. 12310) **[Case No. 17-3283, ECF No. 17476]** (Response Form submitted, claimant will attend)

B. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Signa Cabrera Torres (Claim No. 12337) **[Case No. 17-3283, ECF No. 17474]** (Response Form submitted, claimant will attend)

C. Opposition to Debtor's "Three Hundred Forty-Fifth Omnibus Objection, (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and

---

[2] Although Ana Celia Benitez Delgado submitted a response form, it is not clear whether Ms. Benitez Delgado intends to attend the hearing, therefore no time has been allocated to Ms. Benitez Delgado. In the event that Ms. Benitez Delgado attends the hearing, the Oversight Board respectfully requests that 10 minutes of time be allocated to Ms. Benitez Delgado.

Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. **[Case No. 17-3283, ECF No. 17423]** (Response Form submitted, claimant will attend)

Replies, Joinders & Statements:

A. Reply of the Puerto Rico Public Buildings Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Elizabeth Rivera Domínguez [ECF No. 17327], Nilda Mangual Flores [ECF No. 17383], Neysha M. Colón Torres [ECF No. 17440], Zulma Landrau Rivera [ECF No. 17441], Signa Magaly Cabrera Torres [ECF No. 17476], Ivette González De León [ECF No. 17495], and Ana Celia Benitez Delgado [ECF No. 17603] to the Three Hundred Forty-First Omnibus Objection (Non-Substantive) to Cross-Debtor Duplicate Claims **[Case No. 17-3283, ECF No. 19654]**

B. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Ana Z. Vázquez Pagán [ECF No. 17409], Carmen M. Ruíz Díaz [ECF No. 17410], Neysha Colón Torres [ECF No. 17440], Sonia I. Ferrer Melendez [ECF No. 17442], Zoraida Chevere Fraguada [ECF No. 17445], Signa M. Cabrera Torres [ECF No. 17476], Ivette González De León [ECF No. 17495], and Carmen Roman Ocasio [ECF No. 17614] to the Three Hundred Forty-Fifth Omnibus Objection (Substantive) to Misclassified Claims **[Case No. 17-3283, ECF No. 19655]**

C. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Rosa I. Orengo Rohena [ECF No. 17290], Gisela Vazquez Rodriguez [ECF No. 17281], and Certain Group Wage Claimants [ECF No. 17423] to the Three Hundred Forty-Fifth Omnibus Objection (Non-Substantive) to Misclassified Claims **[Case No. 17-3283, ECF No. 17561]**

Related Documents:

A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF Nos. 19670-18 (sealed); 19792-18]**

Estimated Time Required: 15 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Laura Stafford and Brian Rosen, 3 minutes
B. Objecting Parties: Signa Cabrera Torres, *pro se*, 10 minutes
C. Debtors: Laura Stafford and Brian Rosen, 2 minutes

6. **Three Hundred Thirty-Seventh Omnibus Objection to Claims.** Three Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Pension-Related Claims Asserted Against the Incorrect Debtor **[Case No. 17-3283, ECF No. 17081]**

**Three Hundred Forty-First Omnibus Objection to Claims.** Three Hundred Forty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Public Buildings Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Cross-Debtor Duplicate Claims **[Case No. 17-3283, ECF No. 17105]**

**Three Hundred Forty-Fifth Omnibus Objection to Claims.** Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 17108]**

Objection Deadline:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Three Hundred Thirty-Seventh, Three Hundred Forty-First, and Three Hundred Forty-Fifth Omnibus Objections to Claims, filed by Neysha Colón Torres (Claim Nos. 127701, 121773, 129809 and 139753) **[Case No. 17-3283, ECF No. 17440]** (Response Form not returned)

   B. Opposition to Debtor's "Three Hundred Forty-Fifth Omnibus Objection, (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. **[Case No. 17-3283, ECF No. 17423]** (Response Form submitted, claimant will attend)

Replies, Joinders & Statements:
   A. Reply of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Carlos A. Cabrera Velilla [ECF No. 17491], Margarita Morales Vázquez [ECF No. 17269], Luz N. Tricoche Jesus [ECF No. 17475], Selma I. Velázquez Flores [ECF No. 17586], and Neysha Colón Torres [ECF No. 17440] to the Three Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) to Pension-Related Claims **[Case No. 17-3283, ECF No. 19653]**

   B. Reply of the Puerto Rico Public Buildings Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Elizabeth Rivera Domínguez [ECF No. 17327], Nilda Mangual Flores [ECF No. 17383], Neysha M. Colón Torres [ECF No. 17440], Zulma Landrau

Rivera [ECF No. 17441], Signa Magaly Cabrera Torres [ECF No. 17476], Ivette González De León [ECF No. 17495], and Ana Celia Benitez Delgado [ECF No. 17603] to the Three Hundred Forty-First Omnibus Objection (Non-Substantive) to Cross-Debtor Duplicate Claims **[Case No. 17-3283, ECF No. 19654]**

C.   Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Ana Z. Vázquez Pagán [ECF No. 17409], Carmen M. Ruíz Díaz [ECF No. 17410], Neysha Colón Torres [ECF No. 17440], Sonia I. Ferrer Melendez [ECF No. 17442], Zoraida Chevere Fraguada [ECF No. 17445], Signa M. Cabrera Torres [ECF No. 17476], Ivette González De León [ECF No. 17495], and Carmen Roman Ocasio [ECF No. 17614] to the Three Hundred Forty-Fifth Omnibus Objection (Substantive) to Misclassified Claims **[Case No. 17-3283, ECF No. 19655]**

D.   Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Rosa I. Orengo Rohena [ECF No. 17290], Gisela Vazquez Rodriguez [ECF No. 17281], and Certain Group Wage Claimants [ECF No. 17423] to the Three Hundred Forty-Fifth Omnibus Objection (Non-Substantive) to Misclassified Claims **[Case No. 17-3283, ECF No. 17561]**

Related Documents:
A.   Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF Nos. 19670-16 (sealed); 19792-16]**

Estimated Time Required: 10 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
B. Objecting Parties: Neysha Colón Torres, *pro se*

7.   **Three Hundred Forty-First Omnibus Objection to Claims.** Three Hundred Forty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Public Buildings Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Cross-Debtor Duplicate Claims **[Case No. 17-3283, ECF No. 17105]**

**Three Hundred Forty-Fifth Omnibus Objection to Claims.** Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 17108]**

Objection Deadline: July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

27

Reply Deadline: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:

    A. Response to Three Hundred Forty-First Omnibus Objection to Claims, filed by Ivette González De León (Claim No. 12526) **[Case No. 17-3283, ECF No. 17495]** (Response Form submitted, claimant will attend)

    B. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Ivette González De León (Claim No. 12312) **[Case No. 17-3283, ECF No. 17494]** (Response Form submitted, claimant will attend)

    C. Opposition to Debtor's "Three Hundred Forty-Fifth Omnibus Objection, (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. **[Case No. 17-3283, ECF No. 17423]** (Response Form submitted, claimant will attend)

Replies, Joinders & Statements:

    A. Reply of the Puerto Rico Public Buildings Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Elizabeth Rivera Domínguez [ECF No. 17327], Nilda Mangual Flores [ECF No. 17383], Neysha M. Colón Torres [ECF No. 17440], Zulma Landrau Rivera [ECF No. 17441], Signa Magaly Cabrera Torres [ECF No. 17476], Ivette González De León [ECF No. 17495], and Ana Celia Benitez Delgado [ECF No. 17603] to the Three Hundred Forty-First Omnibus Objection (Non-Substantive) to Cross-Debtor Duplicate Claims **[Case No. 17-3283, ECF No. 19654]**

    B. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Ana Z. Vázquez Pagán [ECF No. 17409], Carmen M. Ruíz Díaz [ECF No. 17410], Neysha Colón Torres [ECF No. 17440], Sonia I. Ferrer Melendez [ECF No. 17442], Zoraida Chevere Fraguada [ECF No. 17445], Signa M. Cabrera Torres [ECF No. 17476], Ivette González De León [ECF No. 17495], and Carmen Roman Ocasio [ECF No. 17614] to the Three Hundred Forty-Fifth Omnibus Objection (Substantive) to Misclassified Claims **[Case No. 17-3283, ECF No. 19655]**

    C. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Rosa I. Orengo Rohena [ECF No. 17290], Gisela Vazquez Rodriguez [ECF No. 17281], and Certain Group Wage Claimants [ECF No. 17423] to the Three Hundred Forty-Fifth Omnibus Objection (Non-Substantive) to Misclassified Claims **[Case No. 17-3283, ECF No. 17561]**

Related Documents:
    A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF Nos. 19670-19 (sealed); 19792-19]**

Estimated Time Required:  15 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 3 minutes
    B. Objecting Parties: Ivette González de León, *pro se*, 10 minutes
    C. Debtors: Laura Stafford and Brian Rosen, 2 minutes

8. **Three Hundred Forty-First Omnibus Objection to Claims.** Three Hundred Forty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Public Buildings Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Cross-Debtor Duplicate Claims **[Case No. 17-3283, ECF No. 17105]**

Objection Deadline:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Forty-First Omnibus Objection to Claims, filed by Nilda Mangual Flores (Claim No. 29762) **[Case No. 17-3283, ECF No. 17383]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Puerto Rico Public Buildings Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Elizabeth Rivera Domínguez [ECF No. 17327], Nilda Mangual Flores [ECF No. 17383], Neysha M. Colón Torres [ECF No. 17440], Zulma Landrau Rivera [ECF No. 17441], Signa Magaly Cabrera Torres [ECF No. 17476], Ivette González De León [ECF No. 17495], and Ana Celia Benitez Delgado [ECF No. 17603] to the Three Hundred Forty-First Omnibus Objection (Non-Substantive) to Cross-Debtor Duplicate Claims **[Case No. 17-3283, ECF No. 19654]**

Related Documents:
    A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF Nos. 19670-15 (sealed); 19792-15]**

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
B. <u>Objecting Parties</u>: Nilda Mangual Flores, *pro se*

9. **<u>Three Hundred Forty-First Omnibus Objection to Claims.</u>** Three Hundred Forty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Public Buildings Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Cross-Debtor Duplicate Claims **[Case No. 17-3283, ECF No. 17105]**

<u>Objection Deadline</u>:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
A. Response to Three Hundred Forty-First Omnibus Objection to Claims, filed by Elizabeth Rivera Domínguez (Claim No. 32231) **[Case No. 17-3283, ECF No. 17327]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:
A. Reply of the Puerto Rico Public Buildings Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Elizabeth Rivera Domínguez [ECF No. 17327], Nilda Mangual Flores [ECF No. 17383], Neysha M. Colón Torres [ECF No. 17440], Zulma Landrau Rivera [ECF No. 17441], Signa Magaly Cabrera Torres [ECF No. 17476], Ivette González De León [ECF No. 17495], and Ana Celia Benitez Delgado [ECF No. 17603] to the Three Hundred Forty-First Omnibus Objection (Non-Substantive) to Cross-Debtor Duplicate Claims **[Case No. 17-3283, ECF No. 19654]**

<u>Related Documents</u>:
A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF Nos. 19670-14 (sealed); 19792-14]**

<u>Estimated Time Required</u>:  10 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
B. <u>Objecting Parties</u>: Elizabeth Rivera Domínguez, *pro se*

10. **<u>Three Hundred Forty-First Omnibus Objection to Claims.</u>** Three Hundred Forty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Public Buildings Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Cross-Debtor Duplicate Claims **[Case No. 17-3283, ECF No. 17105]**

<u>Objection Deadline</u>:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Forty-First Omnibus Objection to Claims, filed by
       Zulma Landrau Rivera (Claim No. 29313) **[Case No. 17-3283, ECF No. 17441]**
       (Response Form submitted, claimant will attend)

Replies, Joinders & Statements:
    A. Reply of the Puerto Rico Public Buildings Authority and the Employees Retirement
       System of the Government of the Commonwealth of Puerto Rico to Responses
       Filed by Elizabeth Rivera Domínguez [ECF No. 17327], Nilda Mangual Flores
       [ECF No. 17383], Neysha M. Colón Torres [ECF No. 17440], Zulma Landrau
       Rivera [ECF No. 17441], Signa Magaly Cabrera Torres [ECF No. 17476], Ivette
       González De León [ECF No. 17495], and Ana Celia Benitez Delgado [ECF No.
       17603] to the Three Hundred Forty-First Omnibus Objection (Non-Substantive) to
       Cross-Debtor Duplicate Claims **[Case No. 17-3283, ECF No. 19654]**

Related Documents:
    A. Motion Submitting Certified Translations in Connection with Docketed Claim
       Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection
       Hearing **[Case No. 17-3283, ECF Nos. 19670-17 (sealed); 19792-17]**

Estimated Time Required:  15 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 3 minutes
    B. Objecting Parties: Zulma Landrau Rivera, *pro se*, 10 minutes
    C. Debtors: Laura Stafford and Brian Rosen, 2 minutes

11. **Three Hundred Forty-Fifth Omnibus Objection to Claims.** Three Hundred Forty-Fifth
    Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico
    Highways and Transportation Authority, and the Employees Retirement System of the
    Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-
    3283, ECF No. 17108]**

Objection Deadline:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by
       Carmen Roman Ocasio (Claim No. 15520) **[Case No. 17-3283, ECF No. 17614]**
       (Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and
       Transportation Authority, and the Employees Retirement System of the
       Government of the Commonwealth of Puerto Rico to Responses Filed by Ana Z.

Vázquez Pagán [ECF No. 17409], Carmen M. Ruíz Díaz [ECF No. 17410], Neysha Colón Torres [ECF No. 17440], Sonia I. Ferrer Melendez [ECF No. 17442], Zoraida Chevere Fraguada [ECF No. 17445], Signa M. Cabrera Torres [ECF No. 17476], Ivette González De León [ECF No. 17495], and Carmen Roman Ocasio [ECF No. 17614] to the Three Hundred Forty-Fifth Omnibus Objection (Substantive) to Misclassified Claims **[Case No. 17-3283, ECF No. 19655]**

Related Documents:
  A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF Nos. 19670-25 (sealed); 19792-25]**

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

  A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
  B. Objecting Parties: Carmen Roman Ocasio, *pro se*

12.    **Three Hundred Forty-Seventh Omnibus Objection to Claims.**  Three Hundred Forty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified and Overstated Claims **[Case No. 17-3283, ECF No. 17109]**

Objection Deadline:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A. Response to Three Hundred Forty-Seventh Omnibus Objection to Claims, filed by Ivelisse Navarro Cancel (Claim No. 28171) **[Case No. 17-3283, ECF Nos. 19681-1, 2 (sealed); 19794-1, 2]** (Response Form not returned)

Replies, Joinders & Statements:
  A. Notice of Correspondence Regarding the Three Hundred Forty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified and Overstated Claims **[Case No. 17-3283, ECF Nos. 19681 (sealed); 19794]**

Related Documents:
  A. None.

Estimated Time Required:  10 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
    B. <u>Objecting Parties</u>: Ivelisse Navarro Cancel, *pro se*

13.   **<u>Three Hundred Forty-Seventh Omnibus Objection to Claims</u>.**  Three Hundred Forty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified and Overstated Claims **[Case No. 17-3283, ECF No. 17109]**

<u>Objection Deadline</u>:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
    A. Response to Three Hundred Forty-Seventh Omnibus Objection to Claims, filed by Eduardo Velez Crespo (Claim No. 27235) **[Case No. 17-3283, ECF Nos. 19681-3, 4 (sealed); 19794-3, 4]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:
    A. Notice of Correspondence Regarding the Three Hundred Forty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified and Overstated Claims **[Case No. 17-3283, ECF Nos. 19681 (sealed); 19794]**

<u>Related Documents</u>:
    A. None.

<u>Estimated Time Required</u>:  10 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
    B. <u>Objecting Parties</u>: Eduardo Velez Crespo, *pro se*

## IV.   <u>CONTESTED CLAIM OBJECTIONS (beginning at 9:30 a.m. Atlantic Standard Time on January 20, 2022):</u>

1.   **<u>Three Hundred Sixteenth Omnibus Objection to Claims</u>.** Three Hundred Sixteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 16643]**

Objection Deadline: June 2, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Sixteenth Omnibus Objection to Claims, filed by Felix Rivera Clemente (Claim No. 7490) **[Case No. 17-3283, ECF Nos. 19676-5, 6, 7, 8 (sealed); 19793-5, 6, 7, 8]** (Response Form submitted, claimant will attend)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Three Hundred Sixteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF Nos. 19676 (sealed); 19793]**

Related Documents:
    A. None.

Status: This matter is going forward.

Estimated Time Required: 15 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 3 minutes
    B. Objecting Parties: Felix Rivera Clemente, *pro se*, 10 minutes
    C. Debtors: Laura Stafford and Brian Rosen, 2 minutes

2. **Three Hundred Forty-Fifth Omnibus Objection to Claims.** Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 17108]**

Objection Deadline: July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Sandra Collado Santiago (Claim No. 54541) **[Case No. 17-3283, ECF No. 19680-3, 4]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico

Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 19680]**

Related Documents:
  A. None.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

  A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
  B. Objecting Parties: Sandra Collado Santiago, *pro se*

3. **Three Hundred Forty-Fifth Omnibus Objection to Claims.** Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 17108]**

Objection Deadline:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Sonia Ferrer Melendez (Claim No. 23016 **[Case No. 17-3283, ECF No. 17442]** (Response Form submitted, claimant will attend)

Replies, Joinders & Statements:
  A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Ana Z. Vázquez Pagán [ECF No. 17409], Carmen M. Ruíz Díaz [ECF No. 17410], Neysha Colón Torres [ECF No. 17440], Sonia I. Ferrer Melendez [ECF No. 17442], Zoraida Chevere Fraguada [ECF No. 17445], Signa M. Cabrera Torres [ECF No. 17476], Ivette González De León [ECF No. 17495], and Carmen Roman Ocasio [ECF No. 17614] to the Three Hundred Forty-Fifth Omnibus Objection (Substantive) to Misclassified Claims **[Case No. 17-3283, ECF No. 19655]**

Related Documents:
  A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF Nos. 19670-23 (sealed); 19792-23]**

Estimated Time Required:  15 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 3 minutes
    B. Objecting Parties: Sonia Ferrer Melendez, *pro se*, 10 minutes
    C. Debtors: Laura Stafford and Brian Rosen, 2 minutes

4.  **Three Hundred Sixty-Seventh Omnibus Objection to Claims.** Three Hundred Sixty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employment-Related Claims Asserted Against the Incorrect Debtor **[Case No. 17-3283, ECF No. 17933]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Sixty-Seventh Omnibus Objection to Claims, filed by Migdalia González Vega (Claim No. 106655) **[Case No. 17-3283, ECF No. 18107]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to the Response Filed by Migdalia González Vega [ECF No. 18107] to the Three Hundred Sixty-Seventh Omnibus Objection (Non-Substantive) to Incorrect Debtor Claims **[Case No. 17-3283, ECF No. 19662]**

Related Documents:
    A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF Nos. 19670-33 (sealed); 19792-33]**

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Migdalia González Vega, *pro se*

5.  **Three Hundred Forty-Fifth Omnibus Objection to Claims.** Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 17108]**

Objection Deadline:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:

    A. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Carmen Ruíz Díaz (Claim No. 106293) **[Case No. 17-3283, ECF No. 17410]** (Response Form submitted, claimant will attend)

Replies, Joinders & Statements:

    A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Ana Z. Vázquez Pagán [ECF No. 17409], Carmen M. Ruíz Díaz [ECF No. 17410], Neysha Colón Torres [ECF No. 17440], Sonia I. Ferrer Melendez [ECF No. 17442], Zoraida Chevere Fraguada [ECF No. 17445], Signa M. Cabrera Torres [ECF No. 17476], Ivette González De León [ECF No. 17495], and Carmen Roman Ocasio [ECF No. 17614] to the Three Hundred Forty-Fifth Omnibus Objection (Substantive) to Misclassified Claims **[Case No. 17-3283, ECF No. 19655]**

Related Documents:

    A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF Nos. 19670-22 (sealed); 19792-22]**

Estimated Time Required: 15 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 3 minutes
    B. Objecting Parties: Carmen Ruíz Díaz, *pro se*, 10 minutes
    C. Debtors: Laura Stafford and Brian Rosen, 2 minutes

6. **Three Hundred Forty-Fifth Omnibus Objection to Claims.** Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 17108]**

Objection Deadline: July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:

    A. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Pedro Ruiz Villegas (Claim No. 9778) **[Case No. 17-3283, ECF No. 19680-7, 8]** (Response Form not returned)

Replies, Joinders & Statements:

A. Notice of Correspondence Regarding the Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 19680]**

Related Documents:
A. None

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
B. Objecting Parties: Pedro Ruiz Villegas, *pro se*

7. **Three Hundred Forty-Fifth Omnibus Objection to Claims.** Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 17108]**

Objection Deadline:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
A. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Ana Vázquez Pagán (Claim No. 122933) **[Case No. 17-3283, ECF No. 17409]** (Response Form submitted, claimant will attend)

Replies, Joinders & Statements:
A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Ana Z. Vázquez Pagán [ECF No. 17409], Carmen M. Ruíz Díaz [ECF No. 17410], Neysha Colón Torres [ECF No. 17440], Sonia I. Ferrer Melendez [ECF No. 17442], Zoraida Chevere Fraguada [ECF No. 17445], Signa M. Cabrera Torres [ECF No. 17476], Ivette González De León [ECF No. 17495], and Carmen Roman Ocasio [ECF No. 17614] to the Three Hundred Forty-Fifth Omnibus Objection (Substantive) to Misclassified Claims **[Case No. 17-3283, ECF No. 19655]**

Related Documents:
A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF Nos. 19670-21 (sealed); 19792-21]**

Estimated Time Required: 15 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 3 minutes
    B. Objecting Parties: Ana Vázquez Pagán, *pro se*, 10 minutes
    C. Debtors: Laura Stafford and Brian Rosen, 2 minutes

8. **Three Hundred Forty-Ninth Omnibus Objection to Claims.** Three Hundred Forty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 17092]**

Objection Deadline: July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Forty-Ninth Omnibus Objection to Claims, filed by Vilma Adorno Marrero (Claim No. 35262) **[Case No. 17-3283, ECF Nos. 19684-1, 2 (sealed); 19795-1, 2]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Three Hundred Forty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims **[Case No. 17-3283, ECF Nos. 19684 (sealed); 19795]**

Related Documents:
    A. None.

Estimated Time Required: 10 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Vilma Adorno Marrero, *pro se*

9. **Three Hundred Forty-Ninth Omnibus Objection to Claims.** Three Hundred Forty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 17092]**

**Three Hundred Fifty-First Omnibus Objection to Claims.** Three Hundred Fifty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico

Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Partial Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 17112]**

Objection Deadline:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A. Response to Three Hundred Forty-Ninth Omnibus Objection to Claims, filed by Lydia Colon Mulero (Claim No. 42061) **[Case No. 17-3283, ECF Nos. 19684-3, 4 (sealed); 19795-3, 4]** (Response Form not returned)

  B. Response to Three Hundred Fifty-First Omnibus Objection to Claims, filed by Lydia Colon Mulero (Claim No. 168021) **[Case No. 17-3283, ECF Nos. 19686-1, 2 (sealed); 19796-1, 2]** (Response Form not returned)

Replies, Joinders & Statements:
  A. Notice of Correspondence Regarding the Three Hundred Forty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims **[Case No. 17-3283, ECF Nos. 19684 (sealed); 19795]**

  B. Notice of Correspondence Regarding the Three Hundred Fifty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Partial Duplicate Litigation Claims **[Case No. 17-3283, ECF Nos. 19686 (sealed); 19796]**

Related Documents:
  A. Notice of Submission of Amended Exhibits to Three Hundred Fifty-First, Three Hundred Seventy-Sixth, Three Hundred Seventy-Eighth, and Three Hundred Seventy-Ninth Omnibus Objections **[Case No. 17-3283, ECF No. 18366]**

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

  A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
  B. Objecting Parties: Lydia Colon Mulero, *pro se*

10. **Three Hundred Forty-Ninth Omnibus Objection to Claims.** Three Hundred Forty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 17092]**

Objection Deadline:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Nancy Maldonado Cruz (Claim Nos. 46270 and 48743) **[Case No. 17-3283, ECF Nos. 19684-5, 6 (sealed); 19795-5, 6]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Three Hundred Forty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims **[Case No. 17-3283, ECF Nos. 19684 (sealed); 19795]**

Related Documents:
    A. None.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
    B. <u>Objecting Parties</u>: Nancy Maldonado Cruz, *pro se*

11. **<u>Three Hundred Forty-Ninth Omnibus Objection to Claims.</u>** Three Hundred Forty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 17092]**

Objection Deadline:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Ana Maldonado Torres (Claim No. 32722) **[Case No. 17-3283, ECF Nos. 19684-7, 8 (sealed); 19795-7, 8]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Three Hundred Forty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims **[Case No. 17-3283, ECF Nos. 19684 (sealed); 19795]**

Related Documents:
    A.  None.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Ana Maldonado Torres, *pro se*

12. **Three Hundred Forty-Ninth Omnibus Objection to Claims.** Three Hundred Forty-
Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the
Employees Retirement System of the Government of the Commonwealth of Puerto Rico
to Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 17092]**

Objection Deadline:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Forty-Ninth Omnibus Objection to Claims, filed by
        Luis Marcano García (Claim No. 26027) **[Case No. 17-3283, ECF No. 17493]**
        (Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico and the Employees Retirement System
        of the Government of the Commonwealth of Puerto Rico to Response Filed by Luis
        Marcano García [ECF No. 17493] to Three Hundred Forty-Ninth Omnibus
        Objection (Non-Substantive) to Duplicate Litigation Claims **[Case No. 17-3283,
        ECF No. 19657]**

Related Documents:
    A. Motion Submitting Certified Translations in Connection with Docketed Claim
        Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection
        Hearing **[Case No. 17-3283, ECF Nos. 19670-27 (sealed); 19792-27]**

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Luis Marcano García, *pro se*

13. **Three Hundred Forty-Ninth Omnibus Objection to Claims.** Three Hundred Forty-
Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the

Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 17092]**

Objection Deadline:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A. Response to Three Hundred Forty-Ninth Omnibus Objection to Claims, filed by Neftali Mendez Domínguez (Claim No. 26316) **[Case No. 17-3283, ECF Nos. 19684-9, 10 (sealed); 19795-9, 10]** (Response Form not returned)

Replies, Joinders & Statements:
  A. Notice of Correspondence Regarding the Three Hundred Forty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims **[Case No. 17-3283, ECF Nos. 19684 (sealed); 19795]**

Related Documents:
  A. None.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

  A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
  B. Objecting Parties: Neftali Mendez Domínguez, *pro se*

14. **Three Hundred Sixty-Second Omnibus Objection to Claims.** Three Hundred Sixty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 17927]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A. Response to Three Hundred Sixty-Second Omnibus Objection to Claims, filed by Jesus Soto Toledo (Claim No. 15762) **[Case No. 17-3283, ECF No. 19688-1, 2]** (Response Form not returned)

Replies, Joinders & Statements:
  A. Notice of Correspondence Regarding the Three Hundred Sixty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico

Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 19688]**

Related Documents:
    A. None.

Estimated Time Required: 10 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Jesus Soto Toledo, *pro se*

V.   **CONTESTED CLAIM OBJECTIONS (beginning at 10:30 a.m. Atlantic Standard Time on January 20, 2022):**

1.  **Three Hundred First Omnibus Objection to Claims.** Three Hundred First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Miscellaneous Deficient Claims **[Case No. 17-3283, ECF No. 16021]**

Objection Deadline: April 14, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

**Three Hundred Fiftieth Omnibus Objection to Claims.** Three Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 17111]**

Objection Deadline: July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred First Omnibus Objection to Claims, filed by Jose López Valentín (Claim No. 178186) **[Case No. 17-3283, ECF No. 16345]** (Response Form not returned)

    B. Response to Three Hundred Fiftieth Omnibus Objection to Claims, filed by Jose López Valentín (Claim No. 4759) **[Case No. 17-3283, ECF No. 19685-7, 8]** (Response Form not returned)

Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and
      Transportation Authority, and the Employees Retirement System of the
      Government of the Commonwealth Of Puerto Rico to Responses Filed by Jose
      López Valentín [ECF No. 16345], Maria Sepúlveda Torres [ECF No. 17268], and
      Zeidie Serrano González [ECF No. 18260] to the Three Hundred First Omnibus
      Objection (Non-Substantive) to Miscellaneous Deficient Claims **[Case No. 17-
      3283, ECF No. 19649]**

   B. Notice of Correspondence Regarding the Three Hundred Fiftieth Omnibus
      Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico
      Highways and Transportation Authority, and the Employees Retirement System of
      the Government of the Commonwealth of Puerto Rico to Duplicate Litigation
      Claims **[Case No. 17-3283, ECF No. 19685]**

Related Documents:
   A. Motion Submitting Certified Translations in Connection with Docketed Claim
      Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection
      Hearing **[Case No. 17-3283, ECF Nos. 19670-1 (sealed); 19792-1]**

Status: This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
   B. Objecting Parties: Jose López Valentín, *pro se*

2. **Three Hundred Forty-Seventh Omnibus Objection to Claims.**  Three Hundred Forty-
   Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the
   Puerto Rico Highways and Transportation Authority and the Employees Retirement
   System of the Government of the Commonwealth of Puerto Rico to Misclassified and
   Overstated Claims **[Case No. 17-3283, ECF No. 17109]**

   **Three Hundred Fiftieth Omnibus Objection to Claims.** Three Hundred Fiftieth
   Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto
   Rico Highways and Transportation Authority, and the Employees Retirement System of
   the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims
   **[Case No. 17-3283, ECF No. 17111]**

Objection Deadline:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:

    A. Response to Three Hundred Forty-Seventh and Three Hundred Fiftieth Omnibus Objections to Claims, filed by Mayra Torres Ramos (Claim Nos. 25360 and 161653) **[Case No. 17-3283, ECF No. 17485]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response Filed by Mayra Torres Ramos [ECF No. 17485] to the Three Hundred Forty-Seventh Omnibus Objection (Substantive) to Misclassified And Overstated Claims **[Case No. 17-3283, ECF No. 19656]**

    B. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Stephanie H. Wilson Crespo [ECF No. 17385], Veronica Arroyo López [ECF No. 17471], and Mayra E. Torres Ramos [ECF No. 17485] to the Three Hundred Fiftieth Omnibus Objection (Non-Substantive) to Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 19658]**

Related Documents:
    A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF Nos. 19670-26 (sealed); 19792-26]**

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Mayra Torres Ramos, *pro se*

3. **Three Hundred Fiftieth Omnibus Objection to Claims.** Three Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 17111]**

Objection Deadline:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Fiftieth Omnibus Objection to Claims, filed by Joan Almedina Quirindongo (Claim No. 34886) **[Case No. 17-3283, ECF No. 19685-1, 2]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Three Hundred Fiftieth Omnibus
       Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico
       Highways and Transportation Authority, and the Employees Retirement System of
       the Government of the Commonwealth of Puerto Rico to Duplicate Litigation
       Claims **[Case No. 17-3283, ECF No. 19685]**

Related Documents:
    A. None.

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Joan Almedina Quirindongo, *pro se*

4. **Three Hundred Fiftieth Omnibus Objection to Claims.** Three Hundred Fiftieth
   Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto
   Rico Highways and Transportation Authority, and the Employees Retirement System of
   the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims
   **[Case No. 17-3283, ECF No. 17111]**

Objection Deadline:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Fiftieth Omnibus Objection to Claims, filed by
       Veronica Arroyo López (Claim No. 49587) **[Case No. 17-3283, ECF No. 17471]**
       (Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth Of Puerto Rico, the Puerto Rico Highways and
       Transportation Authority, and the Employees Retirement System of the
       Government of the Commonwealth of Puerto Rico to Responses Filed by Stephanie
       H. Wilson Crespo [ECF No. 17385], Veronica Arroyo López [ECF No. 17471],
       and Mayra E. Torres Ramos [ECF No. 17485] to the Three Hundred Fiftieth
       Omnibus Objection (Non-Substantive) To Duplicate Litigation Claims **[Case No.
       17-3283, ECF No. 19658]**

Related Documents:
    A. None.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Veronica Arroyo López, *pro se*

5. **Three Hundred Fiftieth Omnibus Objection to Claims.** Three Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 17111]**

Objection Deadline:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Fiftieth Omnibus Objection to Claims, filed by Migdalia Crespo (Claim No. 29640) **[Case No. 17-3283, ECF No. 19685-3, 4]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Three Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 19685]**

Related Documents:
    A. None.

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Migdalia Crespo, *pro se*

6. **Three Hundred Fiftieth Omnibus Objection to Claims.** Three Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 17111]**

<u>Objection Deadline</u>:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
    A. Response to Three Hundred Fiftieth Omnibus Objection to Claims, filed by Amparo Echevarria Lazus (Claim No. 43828) **[Case No. 17-3283, ECF No. 19685-5, 6]** (Response Form submitted, claimant will attend)

<u>Replies, Joinders & Statements</u>:
    A. Notice of Correspondence Regarding the Three Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 19685]**

<u>Related Documents</u>:
    A. None.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  15 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 3 minutes
    B. <u>Objecting Parties</u>: Amparo Echevarria Lazus, *pro se*, 10 minutes
    C. <u>Debtors</u>: Laura Stafford and Brian Rosen, 2 minutes

7. **<u>Three Hundred Fiftieth Omnibus Objection to Claims.</u>** Three Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 17111]**

<u>Objection Deadline</u>:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
    A. Response to Three Hundred Fiftieth Omnibus Objection to Claims, filed by Selenia Rodríguez Rodríguez (Claim No. 87823) **[Case No. 17-3283, ECF No. 19685-9, 10]** (Response Form not returned)

Replies, Joinders & Statements:
A. Notice of Correspondence Regarding the Three Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 19685]**

Related Documents:
A. None.

Status: This matter is going forward.

Estimated Time Required: 10 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
B. Objecting Parties: Selenia Rodríguez Rodríguez, *pro se*

8. **Three Hundred Fiftieth Omnibus Objection to Claims.** Three Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 17111]**

Objection Deadline: July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
A. Response to Three Hundred Fiftieth Omnibus Objection to Claims, filed by Stephanie Wilson Crespo (Claim Nos. 87771, 94832 and 87128) **[Case No. 17-3283, ECF No. 17385]** (Response Form not returned)

Replies, Joinders & Statements:
A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Stephanie H. Wilson Crespo [ECF No. 17385], Veronica Arroyo López [ECF No. 17471], and Mayra E. Torres Ramos [ECF No. 17485] to the Three Hundred Fiftieth Omnibus Objection (Non-Substantive) To Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 19658]**

Related Documents:

50

A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF Nos. 19670-28 (sealed); 19792-28]**

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
B. Objecting Parties: Stephanie Wilson Crespo, *pro se*

9. **Three Hundred Fifty-First Omnibus Objection to Claims.** Three Hundred Fifty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Partial Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 17112]**

Objection Deadline:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
A. Response to Three Hundred Fifty-First Omnibus Objection to Claims, filed by Zulma Cruz Irizarry (Claim No. 102255) **[Case No. 17-3283, ECF No. 17406]** (Response Form submitted, claimant will attend)

Replies, Joinders & Statements:
A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Zulma I. Cruz Irizarry [ECF No. 17406], Yolanda Rivera Rivera [ECF No. 17435], and Carmen Ruíz Díaz [ECF No. 17497] to the Three Hundred Fifty-First Omnibus Objection (Non-Substantive) to Partial Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 19659]**

Related Documents:
A. Notice of Submission of Amended Exhibits to Three Hundred Fifty-First, Three Hundred Seventy-Sixth, Three Hundred Seventy-Eighth, and Three Hundred Seventy-Ninth Omnibus Objections **[Case No. 17-3283, ECF No. 18366]**

B. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF Nos. 19670-29 (sealed); 19792-29]**

Estimated Time Required:  15 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 3 minutes
    B. <u>Objecting Parties</u>: Zulma Cruz Irizarry, *pro se*, 10 minutes
    C. <u>Debtors</u>: Laura Stafford and Brian Rosen, 2 minutes

10. **<u>Three Hundred Fifty-First Omnibus Objection to Claims.</u>** Three Hundred Fifty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Partial Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 17112]**

<u>Objection Deadline</u>:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
    A. Response to Three Hundred Fifty-First Omnibus Objection to Claims, filed by Ebed Miro Ramírez (Claim No. 171318) **[Case No. 17-3283, ECF Nos. 19686-3, 4 (sealed); 19796-3, 4]** (Response Form submitted, claimant will attend)

<u>Replies, Joinders & Statements</u>:
    A. Notice of Correspondence Regarding the Three Hundred Fifty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Partial Duplicate Litigation Claims **[Case No. 17-3283, ECF Nos. 19686 (sealed); 19796]**

<u>Related Documents</u>:
    A. Notice of Submission of Amended Exhibits to Three Hundred Fifty-First, Three Hundred Seventy-Sixth, Three Hundred Seventy-Eighth, and Three Hundred Seventy-Ninth Omnibus Objections **[Case No. 17-3283, ECF No. 18366]**

<u>Estimated Time Required</u>:  15 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 3 minutes
    B. <u>Objecting Parties</u>: Ebed Miro Ramírez, *pro se*, 10 minutes
    C. <u>Debtors</u>: Laura Stafford and Brian Rosen, 2 minutes

11. **<u>Three Hundred Fifty-First Omnibus Objection to Claims.</u>** Three Hundred Fifty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Partial Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 17112]**

Objection Deadline:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:

    A. Response to Three Hundred Fifty-First Omnibus Objection to Claims, filed by Yolanda Rivera Rivera (Claim No. 10904) **[Case No. 17-3283, ECF No. 17435]** (Response Form not returned)

Replies, Joinders & Statements:

    A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Zulma I. Cruz Irizarry [ECF No. 17406], Yolanda Rivera Rivera [ECF No. 17435], and Carmen Ruíz Díaz [ECF No. 17497] to the Three Hundred Fifty-First Omnibus Objection (Non-Substantive) to Partial Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 19659]**

Related Documents:

    A. Notice of Submission of Amended Exhibits to Three Hundred Fifty-First, Three Hundred Seventy-Sixth, Three Hundred Seventy-Eighth, and Three Hundred Seventy-Ninth Omnibus Objections **[Case No. 17-3283, ECF No. 18366]**

    B. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF Nos. 19670-30 (sealed); 19792-30]**

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties:  Yolanda Rivera Rivera, *pro se*

12. **Three Hundred Fifty-First Omnibus Objection to Claims.** Three Hundred Fifty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Partial Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 17112]**

Objection Deadline:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:

A. Response to Three Hundred Fifty-First Omnibus Objection to Claims, filed by Carmen Ruíz Díaz (Claim No. 113880) **[Case No. 17-3283, ECF No. 17497]** (Response Form submitted, claimant will attend)

Replies, Joinders & Statements:
A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Zulma I. Cruz Irizarry [ECF No. 17406], Yolanda Rivera Rivera [ECF No. 17435], and Carmen Ruíz Díaz [ECF No. 17497] to the Three Hundred Fifty-First Omnibus Objection (Non-Substantive) to Partial Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 19659]**

Related Documents:
A. Notice of Submission of Amended Exhibits to Three Hundred Fifty-First, Three Hundred Seventy-Sixth, Three Hundred Seventy-Eighth, and Three Hundred Seventy-Ninth Omnibus Objections **[Case No. 17-3283, ECF No. 18366]**

B. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF Nos. 19670-31 (sealed); 19792-31]**

Estimated Time Required: 15 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Laura Stafford and Brian Rosen, 3 minutes
B. Objecting Parties: Carmen Ruíz Díaz, *pro se*, 10 minutes
C. Debtors: Laura Stafford and Brian Rosen, 2 minutes

## VI.  CONTESTED CLAIM OBJECTIONS (beginning at 11:30 a.m. Atlantic Standard Time on January 20, 2022):

1. **Three Hundred Forty-Fifth Omnibus Objection to Claims.** Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 17108]**

Objection Deadline: July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
A. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Zoraida Chevere Fraguada (Claim Nos. 24315 and 20600) **[Case No. 17-3283, ECF No. 17445]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and
Transportation Authority, and the Employees Retirement System of the
Government of the Commonwealth of Puerto Rico to Responses Filed by Ana Z.
Vázquez Pagán [ECF No. 17409], Carmen M. Ruíz Díaz [ECF No. 17410], Neysha
Colón Torres [ECF No. 17440], Sonia I. Ferrer Melendez [ECF No. 17442],
Zoraida Chevere Fraguada [ECF No. 17445], Signa M. Cabrera Torres [ECF No.
17476], Ivette González De León [ECF No. 17495], and Carmen Roman Ocasio
[ECF No. 17614] to the Three Hundred Forty-Fifth Omnibus Objection
(Substantive) to Misclassified Claims **[Case No. 17-3283, ECF No. 19655]**

Related Documents:
    A. Motion Submitting Certified Translations in Connection with Docketed Claim
Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection
Hearing **[Case No. 17-3283, ECF Nos. 19670-24 (sealed); 19792-24]**

Estimated Time Required: 10 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Zoraida Chevere Fraguada, *pro se*

2. **Three Hundred Fifty-Fifth Omnibus Objection to Claims.** Three Hundred Fifty-Fifth
Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Puerto
Rico Highways and Transportation Authority to Partial Duplicate, Deficient, No Liability,
and Incorrect Debtor Bond Claims **[Case No. 17-3283, ECF No. 17096]**

Objection Deadline: July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Fifty-Fifth Omnibus Objection to Claims, filed by
Bodnar Trust U/A Dated 12/28/2001 (Claim No. 6850) **[Case No. 17-3283, ECF
No. 18410]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico to Response Filed by Claimant Bodnar
Trust [ECF No. 18410] to the Three Hundred Fifty-Fifth Omnibus Objection
(Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways
and Transportation Authority to Partial Duplicate, Deficient, No Liability, and
Incorrect Debtor Bond Claims **[Case No. 17-3283, ECF No. 19660]**

Related Documents:
    A. None.

<u>Estimated Time Required</u>:  10 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
    B. <u>Objecting Parties</u>: Raymond L. Bodnar

3. **<u>Three Hundred Fifty-Seventh Omnibus Objection to Claims.</u>**  Three Hundred Fifty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Puerto Rico Sales Tax Financing Corporation to Duplicate, Deficient, and/or No Liability Bond Claims **[Case No. 17-3283, ECF No. 17102]**

<u>Objection Deadline</u>:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>:  January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
    A. Response to Three Hundred Fifty-Seventh Omnibus Objection to Claims, filed by Diana and Johnson Graham (Claim No. 10607) **[Case No. 17-3283, ECF Nos. 19687-1 (sealed); 19797-1]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:
    A. Notice of Correspondence Regarding the Three Hundred Fifty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Puerto Rico Sales Tax Financing Corporation to Duplicate, Deficient, and/or No Liability Bond Claims **[Case No. 17-3283, ECF Nos. 19687 (sealed); 19797]**

<u>Related Documents</u>:
    A. None.

<u>Estimated Time Required</u>:  10 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
    B. <u>Objecting Parties</u>: Diana and Johnson Graham, *pro se*

4. **<u>Three Hundred Sixty-Fifth Omnibus Objection to Claims.</u>** Three Hundred Sixty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Misclassified and Overstated Claims **[Case No. 17-3283, ECF No. 17932]**

<u>Objection Deadline</u>:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>:  January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Sixty-Fifth Omnibus Objection to Claims, filed by
       Victor Henson Bousquets (Claim No. 33429) **[Case No. 17-3283, ECF No. 18251]**
       (Response Form not returned, claimant will not attend)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico to the Response Filed by Victor O.
       Henson Busquets [sic] [ECF No. 18251] to the Three Hundred Sixty-Fifth Omnibus
       Objection (Non-Substantive) of the Comonwealth [sic] of Puerto Rico to
       Misclassified and Overstated Claims **[Case No. 17-3283, ECF No. 19661]**

Related Documents:
    A. Motion Submitting Certified Translations in Connection with Docketed Claim
       Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection
       Hearing **[Case No. 17-3283, ECF Nos. 19670-32 (sealed); 19792-32]**

    B. Motion to inform of unavailability for the hearing set for January 20, 2022, filed by
       Victor Henson Bousquets **[Case No. 17-3283, ECF No. 19724]**

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Victor Henson Bousquets, *pro se*

5. **Three Hundred Eighty-Third Omnibus Objection to Claims.** Three Hundred Eighty-
Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee
Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No.
17-3283, ECF No. 17922]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Eighty-Third Omnibus Objection to Claims, filed by
       Anibal Echevarria Cordoves (Claim No. 63198) **[Case No. 17-3283, ECF No.
       18138]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico to Response Filed by Claimant Anibal
       Echevarria Cordoves [ECF No. 18138] to the Three Hundred Eighty-Third
       Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed
       by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19664]**

Related Documents:

A. None.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations  for each party are listed below:

A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
B. Objecting Parties: Anibal Echevarria Cordoves, *pro se*

6. **Three Hundred Ninety-Seventh Omnibus Objection to Claims.** Three Hundred Ninety-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 18961]**

Objection Deadline:  November 29, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
A. Response to Three Hundred Ninety-Seventh Omnibus Objection to Claims, filed by Sam Allison (Claim Nos. 179591, 179592, 179600, 179602, 179605, 179606, 179607, 179608, 179609, 179610, and 179613) **[Case No. 17-3283, ECF No. 19356]** (Response Form submitted, claimant will not attend)

Replies, Joinders & Statements:
A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Response Filed by Sam Allison [ECF No. 19356] to the Three Hundred Ninety-Seventh Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 19665]**

Related Documents:
A. None.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations  for each party are listed below:

A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
B. Objecting Parties: Sam Allison, *pro se*

7. **Three Hundred Forty-Fifth Omnibus Objection to Claims.** Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the

Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 17108]**

**Three Hundred Fifty-First Omnibus Objection to Claims.** Three Hundred Fifty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Partial Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 17112]**

Objection Deadline: July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Felix Rivera Clemente (Claim No. 6725) **[Case No. 17-3283, ECF No. 19680-9, 10]** (Response Form not returned)

    B. Response to Three Hundred Fifty-First Omnibus Objection to Claims, filed by Felix Rivera Clemente (Claim No. 6725) **[Case No. 17-3283, ECF Nos. 19686-7, 8 (sealed); 19796-7, 8]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 19680]**

    B. Notice of Correspondence Regarding the Three Hundred Fifty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Partial Duplicate Litigation Claims **[Case No. 17-3283, ECF Nos. 19686 (sealed); 19796]**

Related Documents:
    A. Notice of Submission of Amended Exhibits to Three Hundred Fifty-First, Three Hundred Seventy-Sixth, Three Hundred Seventy-Eighth, and Three Hundred Seventy-Ninth Omnibus Objections **[Case No. 17-3283, ECF No. 18366]**

Estimated Time Required: 10 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 3 minutes
    B. Objecting Parties: Felix Rivera Clemente, *pro se*, 10 minutes
    C. Debtors: Laura Stafford and Brian Rosen, 2 minutes

8. **Three Hundred Fifty-First Omnibus Objection to Claims.** Three Hundred Fifty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Partial Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 17112]**

Objection Deadline:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Three Hundred Fifty-First Omnibus Objection to Claims, filed by Ana Luna Rios (Claim No. 174092) **[Case No. 17-3283, ECF Nos. 19686-5, 6 (sealed); 19796-5, 6]** (Response Form not returned)

Replies, Joinders & Statements:

   A. Notice of Correspondence Regarding the Three Hundred Fifty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Partial Duplicate Litigation Claims **[Case No. 17-3283, ECF Nos. 19686 (sealed); 19796]**

Related Documents:
   A. Notice of Submission of Amended Exhibits to Three Hundred Fifty-First, Three Hundred Seventy-Sixth, Three Hundred Seventy-Eighth, and Three Hundred Seventy-Ninth Omnibus Objections **[Case No. 17-3283, ECF No. 18366]**

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
   B. Objecting Parties: Ana Luna Rios, *pro se*

9. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:

A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Leonides González Castro (Claim No. 179357) **[Case No. 17-3283, ECF No. 19683-5, 6]** (Response Form not returned)

Replies, Joinders & Statements:
A. Notice of Correspondence Regarding the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 19683]**

Related Documents:
A. None.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
B. Objecting Parties: Leonides González Castro, *pro se*

10. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Guarionex Eduardo Lizardi Ortega (Claim No. 179316) **[Case No. 17-3283, ECF No. 19683-1, 2]** (Response Form not returned)

Replies, Joinders & Statements:
A. Notice of Correspondence Regarding the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 19683]**

Related Documents:

A.  None.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Guarionex Eduardo Lizardi Ortega, *pro se*

11. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Angel Luis Martinez Rivera (Claim No. 179340) **[Case No. 17-3283, ECF No. 19683-3, 4]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 19683]**

Related Documents:
    A. None.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Angel Luis Martinez Rivera, *pro se*

12. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation

Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline: September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Maritza Acevedo De Núñez (Claim No. 179423) **[Case No. 17-3283, ECF No. 19683-7, 8]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 19683]**

Related Documents:
    A. None.

Estimated Time Required: 10 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Maritza Acevedo De Núñez, *pro se*

13. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

**Three Hundred Seventy-Ninth Omnibus Objection to Claims.** Three Hundred Seventy-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Partial No Liability Litigation Claims **[Case No. 17-3283, ECF No. 17914]**

Objection Deadline: September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:

    A. Response to Three Hundred Seventy-Fourth and Three Hundred Seventy-Ninth Omnibus Objections to Claims, filed by Agustín González Velázquez (Claim No. 171214) **[Case No. 17-3283, ECF No. 18070]** (Response Form not returned)

Replies, Joinders & Statements:

    A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses Filed by Agustín González Velázquez [ECF No. 18070] and Elaine Lynn Irrevocable Trust [ECF Nos. 18139, 18377] to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 19682]**

    B. Reply of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to the Response Filed by Agustín González Velázquez [ECF No. 18070] to the Three Hundred Seventy-Ninth Omnibus Objection (Substantive) of the Comonwealth [*sic*] of Puerto Rico to Partial No Liability Litigation Claims **[Case No. 17-3283, ECF No. 19663]**

Related Documents:

    A. Notice of Submission of Amended Exhibits to Three Hundred Fifty-First, Three Hundred Seventy-Sixth, Three Hundred Seventy-Eighth, and Three Hundred Seventy-Ninth Omnibus Objections **[Case No. 17-3283, ECF No. 18366]**

    B. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF Nos. 19670-34 (sealed); 19792-34]**

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Agustín González Velázquez, *pro se*

14. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Elaine Lynn Irrevocable Trust (Claim No. 179215) **[Case No. 17-3283, ECF No. 18139]** (Response Form not returned)

  B. Supplemental Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Elaine Lynn Irrevocable Trust (Claim No. 179215) **[Case No. 17-3283, ECF No. 18377]** (Response Form not returned)

Replies, Joinders & Statements:
  A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses Filed by Agustín González Velázquez [ECF No. 18070] and Elaine Lynn Irrevocable Trust [ECF Nos. 18139, 18377] to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 19682]**

Related Documents:
  A. None.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

  A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
  B. Objecting Parties: Elaine Lynn Irrevocable Trust, *pro se*

## VII.   **ADJOURNED CLAIM OBJECTIONS:**

1. **Three Hundred Forty-Fifth Omnibus Objection to Claims.** Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 17108]**

Objection Deadline:  January 18, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  January 26, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Ruben Muñiz Ruberte (Claim No. 3398) **[Case No. 17-3283, ECF No. 19680-5, 6]** (Response Form submitted, claimant requested the hearing date be moved)

Replies, Joinders & Statements:

A.  Notice of Correspondence Regarding the Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 19680]**

Related Documents:

A.  Letter Motion requesting extension of time to file response regarding claim No. 3398, filed by Ruben Muñiz Ruberte **[Case No. 17-3283, ECF No. 19331]**

B.  Order Granting Extension of Time for Ruben Muñiz Ruberté to Respond to the Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 19354]**

*[Remainder of Page Intentionally Left Blank]*

Dated: January 17, 2022
San Juan, Puerto Rico

Respectfully submitted,

*/s/ Brian S. Rosen*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

**<u>Exhibit A</u>**

**Form of Notice**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO <u>et al.</u>,<br><br>    Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF HEARING AS TO CERTAIN CLAIMS SUBJECT TO THE THREE HUNDRED FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO MISCELLANEOUS DEFICIENT CLAIMS**

**PLEASE TAKE NOTICE THAT** the Commonwealth of Puerto Rico (the "<u>Commonwealth</u>"), Puerto Rico Highways and Transportation Authority ("<u>HTA</u>"), and Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>," collectively with the Commonwealth and HTA, the "<u>Debtors</u>"), by and through the Financial Oversight and Management Board for Puerto Rico (the "<u>Oversight Board</u>"), as the representative of the Commonwealth and ERS pursuant to Section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("<u>PROMESA</u>"),[1] filed the *Three Hundred First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Miscellaneous Deficient Claims* (the "<u>Omnibus Objection</u>") with the United States District Court for the District of Puerto Rico (the "<u>Court</u>").[2]

**PLEASE TAKE FURTHER NOTICE THAT** if your claim(s) is/are listed on **<u>Exhibit A</u>** to this Notice of Hearings, a hearing will be held on your claim(s) on **January 19, 2022**, at **9:30 a.m. Atlantic Standard Time** (8:30 a.m. Eastern Standard Time) (the "<u>January 19 Claim Objection Hearing</u>") before The Honorable Laura Taylor Swain at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. You may appear and speak at the January 19 Claim Objection Hearing. You should complete and return the claimant response form (the "<u>Response Form</u>"),

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Omnibus Objection.

attached to this Notice of Hearing as Attachment 1, to indicate whether you intend to attend the
January 19 Claim Objection Hearing.

---

### KEY POINTS

- **PLEASE CHECK IF YOUR CLAIM(S) IS/ARE LISTED ON <u>EXHIBIT A</u> TO THIS NOTICE.**

- If your claim(s) is/are listed on <u>Exhibit A</u> to this Notice of Hearing, a hearing regarding your claim(s) against the Commonwealth, HTA, or ERS has been scheduled for January 19, 2022 at the time listed on Exhibit A.  To indicate whether you intend to attend the January 19 Claim Objection Hearing, please complete and return the Response Form attached to this Notice of Hearing as Attachment 1.

- If your claim(s) is/are not listed on <u>Exhibit A</u> to this Notice of Hearing, you SHOULD NOT appear at the January 19 Claim Objection Hearing.

- In the event that public health conditions require cancellation of the hearing, the Oversight Board will provide notice of the cancellation to you, and the hearing will be rescheduled for another date.

- Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.

- **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available). DO NOT call the Court.**

---

**<u>January 19 Claim Objection Hearing on the Omnibus Objection</u>**.  If your claim is listed on **<u>Exhibit A</u>** to this Notice of Hearing, a hearing will be held on the Omnibus Objection as to your claim **on January 19, 2022**, at **9:30 a.m. Atlantic Standard Time** (8:30 a.m. Eastern Standard Time), before The Honorable Laura Taylor Swain of the United States District Court for the District of Puerto Rico.  **You may appear and speak at the hearing at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767**.

**<u>Availability of Interpretation Services at January 19 Claim Objection Hearing</u>**.  For any claimant who may require Spanish-language interpretation services, the Debtors will provide a certified Spanish-language interpreter.  Each claimant is also free to bring to the hearing, at his or her own expense, a certified Spanish-English interpreter if such claimant does not wish to utilize the services of the interpreter provided by the Debtors.

**<u>Response Forms to Be Submitted Prior to the January 19 Claim Objection Hearing</u>**.
To assist in preparing for and managing attendance at the hearing, any party whose claim is

listed on **Exhibit A** to this Notice of Hearing should submit the Response Form. The Response Form will provide the Debtors and the Court staff important information regarding which claimants intend to appear at the January 19 Claim Objection Hearing, whether claimants intend to bring their own interpreters to the hearing or to rely on the interpreter provided by the Debtors, and whether claimants intend to submit additional supporting documentation in connection with their claim.

Response Forms must be submitted to Prime Clerk by **4:00 p.m. (Atlantic Standard Time)** on **January 12, 2022**. You may submit your Response Form to Prime Clerk by email and/or mail.

> **Email**: puertoricoinfo@primeclerk.com
> **Mailing Address**: Commonwealth of Puerto Rico Claims Processing Center
> c/o Prime Clerk LLC
> 850 Third Avenue
> Suite 412
> Brooklyn, NY 11232.

**DO NOT send your Response Form to the Court. Doing so may result in delayed processing and exclusion from participation in the January 19 Claim Objection Hearing.**

**Additional Documentation in Support of Your Claim(s).** If you wish to present any additional documentation in support of your claim at the January 19 Claim Objection Hearing, you **must** submit that documentation with your Response Form.

**Safety Procedures at the Hearing.** Participants and visitors will be required to follow the current protocol for in-person hearings and trials during COVID-19 pandemic at the United States District Court for the District of Puerto Rico. Spaces in the Courthouse will be subject to capacity restrictions, and you must follow directions from court personnel regarding such capacity restrictions. The following rules must be followed at all times while at Court premises:

1. Face masks must be worn at all times. The mask must cover your nose and mouth.

2. While in the courtroom, you must sit in your assigned area and remain seated. You are not allowed to walk around the courtroom.

3. If you need to talk to someone, you must do so in the Atrium and respect social distancing guidelines.

4. Counsel seating area has been rearranged considering proper distancing. Moving chairs is not allowed.

5. Each time individuals speak from the lectern, they should use disinfecting wipes to clean the lectern's surface and the evidence presentation equipment. DO NOT use the wipes to clean the screen located on top of the podium, the controls, or the plexiglass, as the content of the wipes might damage them.

6. Disposable microphone covers provided by Court personnel are to be used each time
you speak from the lectern. Remember to remove them when leaving the area.

---

### Additional Resources and Who to Contact with Questions

If you have any questions about this Notice of Hearing, about the January 19 Claim Objection
Hearing, or about the Response Form, please contact the **Prime Clerk hotline** at **(844) 822-9231**.

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are
available free online at https://cases.primeclerk.com/puertorico. This website is maintained by
Prime Clerk and includes a searchable database to assist with locating documents.

If you require additional information regarding the status of your response, your claim, this notice,
or your Response Form, please contact the Prime Clerk hotline at **(844) 822-9231** (toll free for
U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00
p.m. (Atlantic Time) (Spanish available). Inquiries may also be sent via email to
puertoricoinfo@primeclerk.com. Do not call the Court.

---

**Attachment 1**
**Claimant Response Form for January 19 Claim Objection Hearing**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO et al., | |
| Debtors.[1] | |

**RESPONSE FORM FOR CLAIMS TO BE HEARD
AT THE JANUARY 19 CLAIM OBJECTION HEARING**

Claim Number(s): _____

Claimant(s): _____

Attorney Name (if applicable): _____

Best Contact Information for Claimant:

Address: _____

Telephone Number: _____

Email Address: _____

[*Additional pages follow*]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2

| **Please respond to the following questions by answering**<br>**-Yes _or_ No -**<br>**on the line next to the question.** |
|---|

I.      <u>Attendance</u>

_____   I will attend the January 19 Claim Objection Hearing.

_____   I will not attend the January 19 Claim Objection Hearing.

_____   Please move the hearing for my claim to another date.  I am requesting the change of date because: _____


II.     <u>Interpreter Services</u>

_____ I do not need an interpreter.

_____ I do need an interpreter, and I intend to use the interpreter provided by the Debtors.

_____ I do need an interpreter, but I intend to bring my own certified Spanish-English interpreter.


III.     <u>Documents and Information</u>

_____   I have attached additional documentation in support of my claim(s) to this Response Form.

_____ I do not have any additional documentation that I intend to use in support of my claim(s) at the January 19 Claim Objection Hearing beyond what I previously included with my claim(s) and what I filed with my response to the Omnibus Objection.

IV.     <u>COVID-19 Vaccination Status</u>

_____ Fully vaccinated.

_____ One dose.

_____ Not vaccinated.


[Signature of the Claimant or the Claimant's Authorized Representative]

By: _____

[Printed Name]

3

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| Re:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FISCAL PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO et al.,<br><br>Deudores. | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente) |

**NOTIFICACIÓN DE VISTA PARA ATENDER CIERTAS RECLAMACIONES SUJETAS A LAS PRIMERAS TRESCIENTAS OBJECIONES GLOBALIZADAS (NO DE ÍNDOLE SUSTANTIVA) POR PARTE DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO POR MOTIVO DE RECLAMACIONES DEFICIENTES MISCELÁNEAS**

**FAVOR DE DARSE POR NOTIFICADOS** de que el Estado Libre Asociado de Puerto Rico (el "ELA"), la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE"), conjuntamente con el ELA y la ACT, los "Deudores", por conducto de y mediate la Junta de Supervisión y Administración Fiscal para Puerto Rico (la "Junta de Supervisión"), como representante del ELA y el SRE conforme a la Sección 315(b) de la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico ("PROMESA" por sus siglas en inglés),[1] radicaron las *Primeras Trescientas Objeciones Globalizadas (No de Índole Sustantiva) por parte del Estado Libre Asociado de Puerto Rico, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico y La Autoridad de Carreteras y Transportación de Puerto Rico por Motivo de Reclamaciones Deficientes* ("la Objeción Globalizada") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal").[2]

**FAVOR DE DARSE POR ENTERADOS, ADEMÁS, DE QUE** si su(s) reclamación(es) se encuentra(n) incluida(s) en la lista del **Anexo A** en esta Notificación de Vista, entonces se estará celebrando una vista para atender su(s) reclamación(es) el **19 de enero de 2022** a las **9:30 a.m. Hora Estándar del Atlántico** (8:30 a.m. Hora Estándar del Este) ("Vista del 19 de enero para

---

[1] La Ley PROMESA se encuentra codificada en el Código de los EE.UU., 48 §§ 2101-2241.

[2] Los términos en mayúscula que se usen en este documento, pero no se definan en el mismo tendrán el sentido que se dispone en la Objeción Globalizada.

1

Ventilar Objeciones a las Reclamaciones") ante la Honorable Juez Laura Taylor Swain en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, 150 Calle Carlos Chardón, Edificio Federal, San Juan, Puerto Rico 00918-1767. Usted podrá comparecer y expresarse en esa Vista para Ventilar Objeciones a las Reclamaciones del 19 de enero. Debe llenar y devolver el formulario de respuesta del reclamante (el "Formulario de Respuesta") que viene adjunto a esta Notificación de Vista como Documento Adjunto 1, para indicar si tiene la intención de asistir a la Vista para Ventilar Objeciones a las Reclamaciones del 19 de enero.

---

**PUNTOS CLAVE**

- **POR FAVOR VERIFIQUE QUE SU(S) RECLAMACIÓN(ES) SE ENCUENTRE(N) INCLUIDAS EN EL ANEXO A DE ESTA NOTIFICACIÓN.**

- Si su(s) reclamación(es) está(n) incluida(s) en el Anexo A de esta Notificación de Vista, entonces hay una vista señalada para el 19 de enero de 2022 a la hora indicada en el durante la cual se atenderá(n) su(s) reclamación(es) contra el ELA, la ACT y el SRE. Para indicar si tiene la intención de asistir a la Vista del 19 de enero para Ventilar Objeciones a las Reclamaciones, por favor llene y devuelva el Formulario de Respuesta que se adjunta a esta Notificación de Vista como Documento Adjunto 1.

- Si su(s) reclamación(es) no está(n) incluida(s) en el Anexo A de esta Notificación de Vista, entonces USTED NO DEBE comparecer a la Vista para Ventilar Objeciones a las Reclamaciones del 19 de enero.

- Si las condiciones de salud pública nos obligan a cancelar la vista, la Junta de Supervisión le extenderá una notificación de cancelación y se volverá a señalar la vista para otra fecha posterior.

- Habrá copias de las Objeciones Globalizadas y todas las otras radicaciones en el Case del Título III disponibles gratuitamente en línea a través de https://cases.primeclerk.com/puertorico.

- **Si tiene preguntas, favor de comunicarse con Prime Clerk LLC al (844) 822-9231 (sin costo para EE.UU. y Puerto Rico) o al (646) 486-7944 (para llamadas internaciones), disponible de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (español disponible). NO llame al Tribunal.**

---

**Vista del 19 de enero para ventilar las Objeciones Globalizadas.** Si su reclamación aparece en la lista del **Anexo A** de esta Notificación de Vista, se estará celebrando una vista para atender las Objeciones Globalizadas contra su reclamación el **19 de enero de 2022 a las 9:30 a.m. Hora Estándar del Atlántico** (8:30 a.m. Hora Estándar del Este) ante la Honorable Juez Laura Taylor Swain del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico. **Usted podrá comparecer y expresarse en esa Vista en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, 150 Calle Carlos Chardón, Edificio Federal, San Juan, Puerto Rico 00918-1767.**

2

**Disponibilidad de Servicios de Interpretación durante la Vista para Ventilar Objeciones a las Reclamaciones del 19 de enero.** Los Deudores le proveerán un intérprete certificado del idioma español a cualquier reclamante que pudiese requerir servicios de interpretación en el idioma español. Cada reclamante también está en libertad de traer a la vista su propio intérprete certificado de inglés-español, pagando dichos servicios por sí mismo, si dicho reclamante no desea utilizar os servicios del intérprete que provean los Deudores.

**Formularios de Respuesta Para Someter Previo a la Vista para Ventilar Objeciones a las Reclamaciones del 19 de enero.** Para ayudar con los preparativos y el manejo de la asistencia a la vista, todo aquel cuya reclamación se encuentre incluida en la lista del **Anexo A** de esta Notificación de Vista debe presentar el Formulario de Respuesta. El Formulario de Respuesta le brindará información importante a los Deudores y al personal del Tribunal sobre aquellos reclamantes que tienen la intención de comparecer a la Vista del 19 de enero para Ventilar Objeciones a las Reclamaciones, si dichos reclamantes tienen la intención de traer a sus propios intérpretes a la vista o dependerán de los intérpretes que proporcionen los Deudores, y si los reclamantes tienen la intención de presentar documentación adicional relacionada a sus reclamaciones.

El Formulario de Respuestas se le debe enviar al Prime Clerk para las **4:00 p.m. (hora estándar del Atlántico)** a más tardar el **12 de enero de 2022**. Usted puede enviarle su Formulario de Respuesta al Prime Clerk por correo postal o electrónico.

      **Email**:  puertoricoinfo@primeclerk.com
      **Dirección postal**:  Commonwealth of Puerto Rico Claims Processing Center
                         c/o Prime Clerk LLC
                         850 Third Avenue
                         Suite 412
                         Brooklyn, NY 11232.

**NO le envíe su Formulario de Respuesta al Tribunal. De hacerlo, se le podría retrasar el procesamiento e incluso quedar excluido de la participación en la Vista del 19 de enero para Ventilar Objeciones a las Reclamaciones.**

**Documentación adicional de apoyo a su(s) reclamación(es).** Si usted desea presentar alguna documentación adicional en apoyo a su reclamación durante la Vista del 19 de enero para Ventilar Objeciones a las Reclamaciones, **tiene** que presentar la documentación junto con su Formulario de Respuesta.

**Medidas de Seguridad durante la Vista**. Los participantes y visitantes tendrán que seguir el siguiente protocolo que ha puesto en vigor el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico a observarse durante vistas y juicios presenciales mientras dure la pandemia de COVID-19. Los espacios dentro del edificio del Tribunal estarán sujetos a restricciones de capacidad y usted debe seguir las instrucciones del personal del Tribunal en cuanto a estas restricciones. Estas son las reglas que debe seguir en todo momento una vez llegue a los predios del Tribunal y mientras permanezca en ellos:

3

1. Debe usar mascarillas en todo momento. Las mascarillas tienen que cubrir la nariz y la boca.

2. Mientras se encuentre en la sala, debe sentarse en el área que se le asigne y permanecer sentado. No se permite estar caminando por dentro de la sala.

3. Si necesita hablar con alguien, debe hacerlo en el Atrio, respetando la distancia que se debe guardar entre personas.

4. El área donde se sientan los abogados se ha reorganizado tomando en cuenta las debidas distancias entre personas. No se permite mover las sillas.

5. Se le sugiere que cuando hable desde el podio use las toallitas desinfectantes para limpiar las superficies y el equipo de presentación de evidencias. NO use las toallitas desinfectantes para limpiar la pantalla que se encuentra en la parte superior del podio, los controles, o el plexiglás, ya que los líquidos que contienen las toallitas pueden dañar estos instrumentos.

6. Las cubiertas desechables para los micrófonos que le suministre el personal del Tribunal se tienen que usar cada vez que vaya a hablar desde el podio. Recuerde quitarlas y llevárselas cada vez que termine y se retire del lugar.

---

### Recursos Adicionales y Quién Puede Contestar sus Preguntas

Si tiene preguntas sobre esta Notificación de Vista, sobre la Vista del 19 de enero para Ventilar Objeciones a las Reclamaciones, o sobre el Formulario de Respuesta, favor de comunicarse con la **línea directa del Prime Clerk** al **(844) 822-9231**.

Todos los documentos que se radican en los Casos bajo el Título III, incluyendo copias de reclamaciones radicadas a través del sistema CM/ECF, están disponibles en línea gratuitamente a través de https://cases.primeclerk.com/puertorico. Este es un portal que mantiene Prime Clerk e incluye una base de datos abierta para búsquedas que puede ayudarle a localizar documentos.

Si necesita información adicional sobre el estatus de su respuesta, su reclamación, esta notificación, o su Formulario de Respuesta, por favor comuníquese con la línea directa del Prime Clerk al **(844) 822-9231** (sin costo para EE.UU. y Puerto Rico) o al **(646) 486-7944** (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (hora del Atlántico) (español disponible). También puede enviar sus preguntas por correo electrónico a puertoricoinfo@primeclerk.com. No llame al Tribunal.

**Documento Adjunto 1**
**Formulario de Respuesta del Reclamante para la Vista del 19 de enero para Ventilar**
**Objeciones a las Reclamaciones**

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| Re: | PROMESA |
| | Título III |
| LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FISCAL PARA PUERTO RICO, | |
| | Núm. 17 BK 3283-LTS |
| como representante del | (Administrado Conjuntamente) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO et al., | |
| Deudores. [1] | |

**FORMULARIO DE RESPUESTA PARA RECLAMACIONES A VENTILARSE DURANTE LA VISTA DEL 19 DE ENERO PARA VENTILAR OBJECIONES A LAS RECLAMACIONES**

Número(s) de Reclamación(es): _____

Reclamante(s): _____

Nombre del Abogado (si tiene alguno): _____

Información de contacto preferible para el Reclamante:

Dirección: _____

Número de teléfono: _____

Correo electrónico: _____

*[Le siguen páginas adicionales]*

---

[1] Los Deudores en estos casos bajo el Título III, con sus números de caso respectivos bajo el Título III y los últimos cuatro (4) dígitos de su seguro social patronal federal, según aplique, son: (i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 3481); (ii) Corporación del Fondo de Interés Apremiante ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 8474); (iii) Autoridad de Carreteras y Transportación ("ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 9686); (v) Autoridad de Energía Eléctrica ("AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 3747) y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("AEE", y conjuntamente con el ELA, COFINA, ACT, SRE, y AEE, los "Deudores") (Caso de Quiebra Núm. 19-B-5532-LTS) 4780-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 3801) (Los números de caso bajo el Título III aparecen con los números de caso de Quiebra debido a las limitaciones de programación).

**Favor de responder a las siguientes preguntas con un
-Sí *o* No -
en la línea al lado de la pregunta.**

I.    Asistencia

**_____** Estaré asistiendo a la Vista del 19 de enero para Ventilar Objeciones a las Reclamaciones.

**_____** No estaré asistiendo a la Vista del 19 de enero para Ventilar Objeciones a las Reclamaciones.

**_____** Favor de mover la vista para escuchar mi reclamación en otra fecha. Estoy pidiendo un cambio de fecha por la siguiente razón:

_____

II.   Servicios de Intérprete

**_____** No necesito intérprete.

**_____** Necesito un intérprete y voy a usar el intérprete que proporcionen los Deudores.

**_____** Necesito un intérprete, pero voy a traer mi propio intérprete certificado de inglés-español.

III.  Documentos e información

**_____** Estoy adjuntando a este Formulario de Respuesta documentación adicional en apoyo a mi(s) reclamación(es).

**_____** No tengo documentación adicional que piense usar en apoyo a mi(s) reclamación(es) durante le Vista del 19 de enero para Ventilar Objeciones a las Reclamaciones, aparte de lo que ya haya incluido anteriormente con mi(s) reclamación(es) y lo que ya haya radicado con mi respuesta a la Objeción Globalizada.

IV.   Vacuna contra el COVID-19

**_____** Ya tengo todas mis vacunas.

**_____** Solamente tengo una dosis.

**_____** No estoy vacunado/a.

[Firma del Reclamante o su Representante Autorizado]

Por: _____

[Nombre en letra del molde]

3

**<u>Exhibit B</u>**

**Procedures Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:                                                    PROMESA
                                                          Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of                              No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                           (Jointly Administered)
et al.,

         Debtors.[1]

-------------------------------------------------------------x

ORDER REGARDING PROCEDURES FOR HEARINGS
ON JANUARY 19-20, 2022, AND FEBRUARY 16-17, 2022

The Court will conduct a hearing on certain omnibus claim objections in the

above-captioned cases (the "Hearings") beginning at **9:30 a.m. (Atlantic Standard Time) (8:30**

**a.m. Eastern Standard Time)** on **January 19, 2022**, and another beginning at **9:30 a.m.**

**(Atlantic Standard Time) (8:30 a.m. Eastern Standard Time)** on **February 16, 2022**.  the

Court will conduct the Hearings virtually using videoconferencing and telephonic platforms as

set forth herein.  The Hearings shall be governed by the following procedures.

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth")
(Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii)
Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-
BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways
and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last
Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-
BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric
Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits
of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA")
(Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)
(Title III case numbers are listed as Bankruptcy Case numbers due to software
limitations).

**Registration for Videoconference; Listen-In Facilities for Attorneys, Members of Public and Press**

1.     **Videoconferencing via Zoom**.  The Court will conduct the Hearings using a combination of the audio and video features of the Zoom platform and facilitating live participation for pro se participants who are scheduled to present in connection with the Hearings.[2]  Attorneys who are appearing in connection with a matter scheduled for the Hearings will be permitted to register their appearance by filing an Informative Motion in accordance with paragraph 3 below.  Pro se participants, who shall appear in person, are not required to file an Informative Motion.  The Court will circulate an invitation to register for Zoom access to those attorneys who have properly filed an Informative Motion.  Attorneys must respond to the invitation to register for Zoom access and will automatically receive an email confirmation with a link and relevant login information to join the virtual proceeding.  To optimize performance of the Zoom platform and in the interest of avoiding excessive billing of fees, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") shall be limited to three attorneys appearing in the Zoom session at any given time, and each other party appearing in connection with a matter scheduled for the Hearings shall be limited to two attorneys.  **Only persons who are identified in properly submitted Zoom registration documents, including a Party Appearance Sheet, will be permitted to appear at the Hearing**.  Recording and retransmission of the proceedings by any means are prohibited.

---

[2]     In accordance with the *Order Regarding Adjourned Omnibus Objections to Claims* (Docket Entry No. 19461 in Case No. 17-3283) (the "Adjournment Order"), pro se participants who have timely responded to the Hearing Notice (as that term is defined in the Adjournment Order) shall appear in person at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

2.      **Listen-Only Access to the Hearing**.  Attorneys, members of the public, and press may **listen to but not view or participate in** the Hearing by dialing (888) 363-4749 and, when prompted, entering the access code (7214978) and the security code which will be 6243 (for the hearing scheduled for **January 19-20, 2022**) and 8119 (for the hearing scheduled for **February 16-17, 2022**).  This telephonic access line for the press and the general public will be in listen-only mode at all times.  Recording and further broadcasting of the proceedings by any means remain prohibited.

3.      **Attorney Registration to Participate in the Hearings via Zoom.**  For each matter scheduled to be heard at the Hearings, counsel who intend to speak must jointly file an informative motion by **January 14, 2022**, at **12:00 p.m. (Atlantic Standard Time) (11:00 a.m. Eastern Standard Time)** for the hearing scheduled for **January 19, 2022**, and by **February 11, 2022**, at **12:00 p.m. (Atlantic Standard Time) (11:00 a.m. Eastern Standard Time)** for the hearing scheduled for **February 16, 2022**, identifying (a) the relevant claim objection, (b) the parties who intend to appear and speak in connection with the relevant claim objection or response, (c) the names of no more than two individuals who intend to speak on behalf of each party in connection with the relevant claim objection or response, (d) the order in which the parties to the relevant matter shall present argument, and (e) time allocations for each speaker. In addition, counsel for each represented Party **must** be listed on the Party Appearance Cover Sheet which is annexed to the Party's Informative Motion as Exhibit A.

**<u>Pre-Hearing Deadlines</u>**

4.      An agenda outlining the matters to be addressed shall be filed by Debtors' counsel by **January 17, 2022**, for the hearing scheduled for **January 19, 2022**, and by **February 14, 2022**, for the hearing scheduled for **February 16, 2022**, in accordance with the Thirteenth

Amended Case Management Procedures.  (See Docket Entry No. 17127-1 § III.M.)  The agenda shall also include the information filed pursuant to Paragraph 3, supra, and the following information: (a) the relevant claim objection(s) and the names of the individuals presenting responses to the claim objection(s) for each time slot, (b) the attorney or pro se party presenting the claim objection(s) for each time slot, (c) whether an individual presenting a claim objection response requires an interpreter, and (d) a time allocation (taking into account any anticipated need for interpretation) for each matter to be heard.  Debtors' counsel shall file a revised agenda if circumstances have changed or if requested to do so by the Court.  Debtors' counsel shall email a proposed agenda, including preliminary time allocations, to the Court by **January 14, 2022**, at **12:00 p.m. (Atlantic Standard Time) (11:00 a.m. Eastern Standard Time)** for the hearing scheduled for **January 19, 2022**, and by **February 11, 2022**, at **12:00 p.m. (Atlantic Standard Time) (11:00 a.m. Eastern Standard Time)** for the hearing scheduled for **February 16, 2022**.

5.     Pursuant to the Adjournment Order, the Debtors shall submit an electronic hearing binder to the Court to swaindprcorresp@nysd.uscourts.gov by **January 18, 2022**, at **12:00 p.m. (Atlantic Standard Time) (11:00 a.m. Eastern Standard Time)** for the hearing scheduled for **January 19, 2022**, and by **February 15, 2022**, at **12:00 p.m. (Atlantic Standard Time) (11:00 a.m. Eastern Standard Time)** for the hearing scheduled for **February 16, 2022**. The electronic binder shall consist of one consolidated, bookmarked PDF containing CM/ECF-stamped courtesy copies of all of the pleadings relevant to each of the Hearings.  The bookmarks must be placed so as to provide access to the pleadings for each of the matters to be heard.

6.     **Courtroom Formalities**.  All persons are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of this

prohibition may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The formalities of a courtroom must be observed. When appearing by Zoom, each counsel must be situated in such a manner as to be able to view the video screen and be seen by the Court. Each Party's camera must be turned on when addressing the Court or examining a witness (if necessary). Those appearing by Zoom may be removed from the virtual courtroom if they do not comply with this Order.

       7.     During the Hearings, individuals who are registered to participate via Zoom are directed to observe the following rules:

     a.  The following naming conventions must be used by Zoom participants for admission to the Zoom virtual courtroom. For example:

     i.  Attorney participants: [Party Represented (abbreviations may be used)] / [Last Name of Attorney, First Name of Attorney] / [Law Firm/Government Office].

     a.  PARTY A / Doe, John / ABC Law Firm, or

     b.  XYZ Agency/ Doe, Jane / Office of the ABC Government

     b.  Identify yourself if asked to do so.

     c.  Identify yourself by name each time you speak.

     d.  <u>Mute</u> yourself when you are not speaking to eliminate background noise.

     e.  Turn off your video unless you are speaking or otherwise directly involved in the argument or examination, unless the Court directs otherwise.

     SO ORDERED.

Dated: January 10, 2022

                     /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
                    United States District Judge