Réplica

Marilyn Cintrón Serrano
Urb. San Cristóbal
257 Calle Reina de Las Flores
Las Piedras P.R. 00771
Tel. (787) 205-3417
marilync966@gmail.com

Nombre de los Abogados: Francisco Beltrán Cintrón
c/o Ivonne González Morales ivonnegm@prw.net

Beltrán Cintrón
Plaintiff Group
P.O. Box 9021828
San Juan, P.R. 00902-1828

Les envió por segunda ocasión toda la documentación que presenté para hacer las reclamaciones de aumento de salario que no se me han dado en los años de trabajo en el Gobierno de Puerto Rico desde el 1994 al presente.

_Marilyn Cintrón Serrano_
Marilyn Cintrón Serrano
13/enero/2022

17 de febrero de 2021

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC

Re: Reclamación Núm. 16103 Marilyn Cintrón Serrano
Dirección Postal: Urbanización San Cristóbal 1
Calle Reina de las Flores 257
Las Piedras PR 00771

Actualmente laboro en la Administración de Rehabilitación Vocacional en el puesto de Técnica de Servicios de Consejería en la Oficina de Humacao, Región de Caguas. Soy empleada de la Agencia desde el año 1994 hasta el presente. Se adjunta los siguientes documentos requeridos:

- Se adjunta evidencia de los años en los que he laborado en la Agencia.
- Número de Teléfono: (787) 205-3417
- Número de Seguro Social ███-██-9053
- Número de Empleado: 12609017

Se adjunta la información indicada con el propósito de que mi reclamación pueda ser evaluada para el curso de acción correspondiente. En otras ocasiones he enviado información solicitada y no he recibido respuesta. Agradecería que pudieran contactarme para poder aclarar dudas.

Certifico Correcto,

*Marilyn Cintrón Serrano*
Marilyn Cintrón Serrano