## Four Hundred Sixth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 CINTRON SERRANO, MARILYN URB SAN CRISTOBAL I 257 CALLE REINA DE LAS FLORES LAS PIEDRAS, PR 00771 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 16103 | $ 70,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

\* Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 6

 

**SERVIDORES PÚBLICOS UNIDOS DE PUERTO RICO, CONCILIO 95/AFSCME**

## FORMULARIO PARA LLENAR SOBRE DEMANDA DE RETIRO

NOMBRE EN LETRA MOLDE: MARILYN CINTRON SERRANO

AGENCIA: ADM. REH. VOC     UNIONADO AL 100%: SÍ ✓  No ___

LOCAL DE SPU: _____     UNIDAD APROPIADA: A ✓  B ___

CENTRO O LUGAR DE TRABAJO: OFICINA DE SERVICIOS DE CONSEJERIA DE HUMACAO

DIRECCIÓN FÍSICA: URB. SAN CRISTOBAL CASA N-17 CALLE REINA DE LAS FLORES LAS PIEDRAS P.R.

DIRECCIÓN POSTAL: URB. SAN CRISTOBAL 257 CALLE REINA DE LAS FLORES LAS PIEDRAS P.R. 00771

#TELEFONO CELULAR: 787-205-3417   #TELEFONO TRABAJO: 787-704-0466 EXT 6230

OTRO # TELEFONO DONDE LO PODAMOS CONSEGUIR _____

EMAIL: MARILYN@vra.pr.gov

FECHA DE NACIMIENTO: 29-enero-1964   EDAD: 49

AÑOS DE SERVICIO COTIZADOS: 17   AÑOS DE SERVICIO **NO COTIZADOS**: 2

PUESTO EN LA AGENCIA: TECNICA DE SERVICIOS DE CONSEJERIA

USTED ESTA BAJO **LEY 447** DE RETIRO ___   USTED ESTA BAJO **LEY 1** DE RETIRO ✓

¿TIENE PETICION PARA RETIRARSE ANTES DEL 30 DE JUNIO DE 2013? SI ___   NO ✓

¿USTED HA RADICADO ALGUN RECURSO LEGAL A TRAVES DE UN ABOGADO SOBRE LA LEY NUM. 3 DE RETIRO?   SI ___   NO ✓

FIRMA: Marilyn Cintron Serrano

FECHA: 24-mayo-2013   ENTREGADO A: agonzalez@spupr.com

SPUPR C-95 AFSCME PO Box 13695, San Juan, PR 00908   Tel. 272-7222  Fax. 272-7229  www.spupr.com

**GOBIERNO DE PUERTO RICO**

Autoridad de Asesoría Financiera y
Agencia Fiscal de Puerto Rico

El 1 de febrero de 2021

Re: Reclamación Núm. 16103 - <u>REQUIERE RESPUESTA</u>

Estimado **CINTRON SERRANO, MARILYN**

Reciba un cordial saludo de parte de la Autoridad de Asesoría Financiera y Agencia Fiscal ("AAFAF"). AAFAF, en virtud de la Ley Núm. 2-2017, representa al Gobierno de Puerto Rico ante el Tribunal del Título III de PROMESA[1] ("Tribunal de Título III"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia ("Reclamación") ante el Tribunal de Título III.

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que la entidad gubernamental para la cual trabaja(ó) pueda atender adecuadamente su Reclamación.

En consecuencia, se le solicita que someta una comunicación en la cual describa detalladamente la naturaleza de su Reclamación. En su carta, debe incluir: (1) número de teléfono donde se le pueda contactar directamente; (2) su número de empleado; (3) número de seguro social; (4) de su Reclamación haberse sometido a un proceso administrativo y/o judicial, indicar número de caso administrativo, judicial o ambos; y (5) toda documentación en apoyo de su reclamo. Si usted tiene pendiente un caso administrativo o judicial contra la entidad para la cual trabaja(ó) favor de así especificarlo. Si, por el contrario, el caso fue adjudicado con carácter de finalidad, favor incluya una copia de la resolución y/o sentencia final, de tenerla disponible.

**Favor de remitir su comunicación en respuesta y cualquier documento en apoyo de su reclamo, dentro de los próximos veinte (20) días desde la fecha de notificación de esta carta, a la siguiente dirección de correo electrónico PRACRprocess@primeclerk.com; o, por correo, a la siguiente dirección:**

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*



PO Box 42001 • San Juan, PR 00940-2001 • Teléfono (787) 722-2525



San Juan, Puerto Rico

*Hon. Caly Rodríguez-Rivera*
*Secretaria*

10 de octubre de 1996

**Marilyn Cintrón Serrano**
**Administración Rehab. Vocacional**
**Región Humacao**

**CAMBIO DE STATUS**

El recurso humano es la razón de ser de cada organización y el responsable del éxito o fracaso de la misma. Juntos tenemos la tarea y el compromiso de impulsar el crecimiento de nuestro Departamento.

Me place informarle que de conformidad con la Ley 256 del 28 de diciembre de 1995, efectivo al 1 de julio de 1996, su status de empleado transitorio cambió a regular. Próximamente recibirá el Informe de Cambio (OCAP-15) correspondiente.

Aprovecho la oportunidad para expresarle mi agradecimiento personal por su contribución en el desempeño de sus funciones hacia el logro de una de nuestras más preciadas metas, elevar cada día la excelencia y calidad en el servicio público. Espero continuar contando con su apoyo y dedicación.

**CALY RODRIGUEZ -RIVERA**
**SECRETARIA**

Gobierno de Puerto Rico
# DEPARTAMENTO DE LA FAMILIA
San Juan, Puerto Rico

28 de junio de 1996

*Cintrón Serrano, Marilyn*
Rehabilitación Física y Vocacional
Región de Humacao-Oficina Regional de Humacao

**PLAN DE CLASIFICACION DE PUESTOS Y RETRIBUCION DEPARTAMENTO DE LA FAMILIA**

De conformidad con la Sección 4.2 de la Ley #5, Ley de Personal del Servicio Público de Puerto Rico, según enmendada, la Orden Administrativa OE 1991-47, que convierte a esta Agencia en un Administrador Individual y al Plan de Reorganización Núm. 1, que redenomina y reorganiza el Departamento de Servicios Sociales como Departamento de la Familia, se contrató a la Compañía Consultora *Clapp And Mayne, Inc.*, para preparar el Plan de Clasificación y Retribución para los Servicios de Carrera y Confianza.

Para elaborar el estudio del nuevo Plan de Clasificación y Retribución, se consideraron solamente criterios objetivos, tales como, las funciones del puesto, jerarquía de los puestos en las diferentes unidades y programas de trabajo y el valor relativo de los puestos, según la demanda del mercado. Los documentos que sustentan este estudio están disponibles para su revisión en la Secretaría Auxiliar de Personal y Recursos Humanos.

Como resultado de este estudio, el cual ha sido aprobado por la Oficina Central de Administración de Personal (OCAP), el puesto que usted ocupa se clasificó como **Oficial Administrativo I**. Su sueldo mensual será de **$1121**, efectivo el primero de marzo de 1996, fecha de implantación del Plan de Clasificación y Retribución del Departamento.

PLAN DE CLASIFICACION DE PUESTOS Y RETRIBUCION
28 de junio de 1996
Página 2

Conforme a las disposiciones de la Sección 6.4, Inciso (4), del Reglamento de Personal: Areas Esenciales al Principio del Mérito, de usted no estar de acuerdo con esta acción tendrá derecho a solicitar, por escrito, una vista administrativa informal ante el Comité Revisor que se nombre a esos efectos, el cual pasará juicio sobre las solicitudes que se reciban dentro del término de treinta (30) días calendarios a partir del recibo de esta comunicación.

En dicha vista administrativa informal, usted tendrá derecho a presentar toda prueba testifical y documental correspondiente. El Comité evaluará los planteamientos que se le presenten y me informará las recomendaciones pertinentes. La decisión final, imparcial y basada en la evidencia presentada, se le notificará por escrito.

De usted no estar conforme o satisfecho/a con dicha determinación, podrá apelar a la Junta de Apelaciones del Sistema de Administración de Personal (JASAP), dentro de treinta (30) días a partir de la fecha del recibo de la misma.

La implantación del Plan de Clasificación y Retribución, reafirma nuestro compromiso de mejoramiento económico para todos los empleados del Departamento de la Familia.

*Ramón Hernández Zayas*
*Secretario Auxiliar de*
*Personal y Recursos Humanos*



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS

**ENMIENDA**

23 de mayo de 2002

Sra. Nilda Alameda Att: Sra. Nilda Rodríguez
Directora División Análisis y Evaluación Oficial de Nóminas
Oficina Recursos Humanos División de Finanzas

Nombre del Empleado: __Marilyn Cintrón Serrano__

Número de Seguro Social: _____

Oficina: __Región Humacao__

Documento: __Varios Informes de Cambio__

Hemos procedido a efectuar el siguiente cambio en el documento que se indica:

Acción: Cancelar [ ] Enmendar [ X ]

**Informe de Cambio # 63172**
Número de puesto despúes del cambio: 12609017

**Apartado #31- Añadir**: Cambio en número de puesto debido a la implantación del Sistema Mecanizado (RHUM).

**Informe de Cambio # 63173, # 65129**
Número de puesto debe leer: 12609017

Enmienda obedece: Añadir información en el número de puesto conforme al Sistema Mecanizado (RHUM)).

*[firma]*

**María Rosa Iturregui, MRC/CRC**
Administradora

DM/bas

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**ADMINISTRACION REHABILITACION VOCACIONAL**

Informe de Cambio Especial _____65129_____

Cifra de Cuenta: **E1110 / 272 / 1260000 / 081 / 2001 / H126A010080**     CLASE: __E-105-0__

| Administración Rehab. Vocacional | HUMACAO |
|---|---|
| Departamento o Agencia | Unidad de Trabajo |

Se notifica el siguiente cambio de este empleado, en virtud de lo dispuesto por la Ley Número 410 del 8 de octubre de 2000, según enmendada por la Ley 431 del 21 de diciembre de 2000 la cual provee un aumento de sueldo de $100.00 mensuales para los empleados públicos efectivo al 1 de enero de 2001.

**Marilyn Cintrón Serrano**
Nombre del Empleado

| Núm. Seguro Social | De Carrera / Regular |
|---|---|
|  | Status del Empleado |

| 9017 | Oficial Administrativo I |
|---|---|
| Número del Puesto | Título de Clasificación |

| IX | $1121.00 | $1753.00 |
|---|---|---|
| Escala de Retribución | Mínimo | Máximo |

| Antes del Cambio | Después del Cambio |
|---|---|
| Sueldo Mensual: $1221.00 (sin diferencial) | $1321.00 |

Observaciones: _____

_(firma)_

María Rosa Iturregui, MRC/CRC
Administradora
Firma de la Autoridad Nominadora
o su Representante Autorizado

20/junio/01
fecha

ESC/cat

ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACION REHABILITACION VOCACIONAL

Informe de Cambio Especial  __90181__

Cifra de Cuenta: __E1110/272/1260000/081/2002/H126A020080__   CLASE: __E-105-0__

__Administración Rehab. Vocacional__   __Región de Humacao__
Departamento o Agencia   Unidad de Trabajo

Se notifica el siguiente cambio de sueldo de este empleado, en virtud de lo dispuesto por la Ley Número #96 del 1 de julio de 2002 la cual concede un aumento de sueldo general de $100.00 mensuales para los empleados públicos efectivo al 1 de julio de 2002.

__Marilyn Cintrón Serrano__
Nombre del Empleado

Núm. Seguro Social

__DE CARRERA REGULAR__
Status del Empleado

__12609017__
Número del Puesto

__Oficial Administrativo I__
Título de Clasificación

__09__
Escala de Retribución

__$1,121.00__   __$1,753.00__
Mínimo   Máximo

| Antes del Cambio | Después del Cambio |
|---|---|
| Sueldo Mensual: (sin diferencial)    $ 1,378.00 | $ 1,478.00 |

Observaciones: _____

José O. Rolón
Administrador Interino
Firma de la Autoridad Nominadora
o su Representante Autorizado

21 de junio de 2005
Fecha

APROBADO
Administración de Rehabilitación Vocacional
1 1 JUL 2005
DEPARTAMENTO DEL TRABAJO

NMS/ycl

ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACION DE REHABILITACIÓN VOCACIONAL

Informe de Cambio Especial ___90182___

Cifra de Cuenta: __E1110/272/1260000/081/2003/H126A030080__   CLASE: __E-105-0__

**UNIDAD APROPIADA**                                    __Región de Humacao__
                                                         Unidad de Trabajo

Se notifica el siguiente aumento de sueldo a empleados que al 1ro de julio de 2003 estén en servicio activo y ocupen puestos comprendidos dentro de la unidad apropiada del Sindicato de Empleados de Rehabilitación Vocacional. Este aumento equivalente a $150.00 mensuales y efectivo el 1 ro de julio de 2003 se otorga en cumplimiento con el Artículo XXXIX, sección 1 del Convenio Colectivo vigente desde el 23 de mayo de 2003 hasta el 22 de mayo de 2006.

__Marilyn Cintrón Serrano__
Nombre del Empleado

_____                            __De Carrera/Regular__
Núm. Seguro Social                              Status del Empleado

__12609017__                                    __Oficial Administrativo I__
Número del Puesto                               Título de Clasificación

__09__                     __$1,121.00__        __$1,753.00__
Escala de Retribución       Mínimo               Máximo

| Antes del Cambio | Después del Cambio |
|---|---|
| Sueldo Mensual: (sin diferencial)   $1,478.00 | $1,628.00 |

Observaciones: _____

_[firma]_
**José O. Rolón**
**Administrador Interino**
Firma de la Autoridad Nominadora
o su Representante Autorizado

_[sello: APROBADO Administración de Rehabilitación Vocacional 11 JUL 2005 DEPARTAMENTO DEL TRABAJO]_

__21 de junio de 2005__
Fecha

NMS/ycl

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**ADMINISTRACION DE REHABILITACION VOCACIONAL**

### INFORME DE CAMBIO ESPECIAL

Número de Informe de Cambio __90183__

Se notifica el siguiente cambio conforme a Comunicación Informativa 2004-115 del 10 de febrero de 2004, que por disposición del Secretario del Departamento del Trabajo se identifica a la Agencia oficialmente como Departamento del Trabajo.

__Marilyn Cintrón Serrano__
Nombre del Empleado

__Región de Humacao__
Unidad de Trabajo

Número de Seguro Social

__De Carrera/Regular__
Status del Empleado

| Antes del Cambio | Después del Cambio |
|---|---|
| Departamento del Trabajo y Recursos Humanos | Departamento del Trabajo |

__1 de enero de 2004__
Efectividad

José O. Rolón, Administrador Interino
Firma de la Autoridad Nominadora
o su Representante Autorizado

APROBADO
Administración de Rehabilitación Vocacional
1 1 JUL 2005
DEPARTAMENTO DEL TRABAJO

21 de junio de 2005
Fecha

NMS/ycl

ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL

Informe de Cambio Especial  90184

Cifra de Cuenta: E1110/272/1260000/081/2004/H126A040080    CLASE: E-105-0

**UNIDAD APROPIADA**                                        **Región de Humacao**
                                                            Unidad de Trabajo

Se notifica el siguiente aumento de sueldo a empleados que al 1ro de julio de 2004 estén en servicio activo y ocupen puestos comprendidos dentro de la unidad apropiada del Sindicato de Empleados de Rehabilitación Vocacional. Este aumento equivalente a $150.00 mensuales y efectivo el 1ro de julio de 2004 se otorga en cumplimiento con el Artículo XXXIX, sección 1 del Convenio Colectivo vigente desde el 23 de mayo de 2003 hasta el 22 de mayo de 2006.

**Marilyn Cintrón Serrano**
Nombre del Empleado

Núm. Seguro Social

**De Carrera/Regular**
Status del Empleado

**12609017**
Número del Puesto

**Oficial Administrativo I**
Título de Clasificación

**09**
Escala de Retribución

**$1,121.00**           **$1,753.00**
Mínimo                  Máximo

| Antes del Cambio | Después del Cambio |
|---|---|
| Sueldo Mensual: $1,628.00 (sin diferencial) | $1,778.00 |

Observaciones: _____

**José O. Rolón**
**Administrador Interino**
Firma de la Autoridad Nominadora
o su Representante Autorizado

21 de junio de 2005
Fecha

APROBADO
Administración de Rehabilitación Vocacional
1 1 JUL 2005
DEPARTAMENTO DEL TRABAJO

NMS/ycl

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS

INFORME DE CAMBIO ESPECIAL     90186

Cifra de Cuenta:  E1110/272/1260000/081/2005/H126A050080          Clase: CAU-1250

Administración de Rehabilitación Vocacional          Región Centro Este - Humacao
Departamento o Agencia                               Unidad de Trabajo

Se notifica el siguiente cambio en el sueldo de este empleado, mediante Estipulación Núm. 02-05 del 4 de marzo de 2005 aprobado por la Administración de Rehabilitación Vocacional y Servidores Públicos Unidos, el cual provee un aumento de sueldo hasta $50 mensuales para los empleados unionados que no recibieron remuneración con la implantación del Plan de Puestos y Compensación. Este aumento es efectivo el 1 de enero de 2005.

Marilyn Cintrón Serrano
Nombre del Empleado

                                                De Carrera – Regular
Número de Seguro Social                          Status del Empleado

12609017                                         Técnico de Servicios de Consejería en Rehabilitación
Número de Puesto                                 Título de Clasificación

Profesional y Técnica - 3                        $1,500.00           $2,327.00
Banda y Zona                                     Mínimo              Máximo

| Antes del Cambio | Después del Cambio |
|---|---|
| Sueldo Mensual      $1,778.00 | $1,828.00 |

Observaciones: _____

José O. Rolón, Administrador Interino
Firma de la Autoridad Nominadora
o su Representante Autorizado

21 de junio de 2005
Fecha

APROBADO
Administración de Rehabilitación Vocacional
1 1 JUL 2005
DEPARTAMENTO DEL TRABAJO

NMS/ycl

ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACION DE REHABILITACION VOCACIONAL

Informe de Cambio Especial: **90187**

Cifra de Cuenta: **E1110/272/1260000/081/2005/H126050080**     Código de Clase: **CAU-1250**

**UNIDAD APROPIADA**                                         **Región Centro Este - Humacao**
                                                             Unidad de Trabajo

Se notifica el siguiente aumento de sueldo a empleados que al 1 de julio de 2005 estén en servicio activo y ocupen puestos comprendidos dentro de la Unidad Apropiada del Sindicato de Empleados de Rehabilitación Vocacional. Este aumento equivalente a $100 mensuales y efectivo el 1 de julio de 2005 se otorga en cumplimiento con el Artículo XXXIX, Sección 1, del Convenio Colectivo vigente desde el 23 de mayo de 2003 hasta el 22 de mayo de 2006.

**Marilyn Cintrón Serrano**
Nombre del Empleado

Número de Seguro Social                                      **De Carrera/Regular**
                                                             Status del Empleado

**12609017**                                                 **Técnico de Servicios de Consejería en Rehabilitación**
Número del Puesto                                            Título de Clasificación

**Profesional y Técnica/3**            **$1,500.00**                **$2,327.00**
Banda/Zona                             Mínimo                       Máximo

| Antes del Cambio | Después del Cambio |
|---|---|
| Sueldo Mensual: (sin diferencial)   $1,828.00 | $1,928.00 |

Observaciones: _____

_____
José O. Rolón, Administrador Interino                    21 de junio de 2005
Firma de la Autoridad Nominadora                         Fecha
o su Representante Autorizado

APROBADO
Administración de Rehabilitación Vocacional
1 1 JUL 2005
DEPARTAMENTO DEL TRABAJO

NMS/ycl

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS

## ENMIENDA

21 de junio de 2005

Nilda Alameda　　　　　　　　　　　　　　　Atención: Nilda Rodríguez O'Neill
Supervisora　　　　　　　　　　　　　　　　　　　　　　Sup. Adm. Financiera
Sección de Análisis y Evaluación　　　　　　　　　　División Finanzas
División de Recursos Humanos

Nombre del Empleado: __Marilyn Cintrón Serrano__

Número de Seguro Social: _____

Oficina: __Región Centro Este – Humacao__

Documento: __Informe de Cambio Especial Plan de Puestos y Compensación__

Hemos procedido a efectuar el siguiente cambio en el documento que se indica:

Acción:　　Enmendar (X)　　　　　　　　　　　　　　Cancelar ( )

Informe de Cambio Especial Plan de Puestos y Compensación
Ubicación debe leer: Región Centro Este - Humacao
Zona debe leer: 3
Título del puesto, después del cambio, debe leer: Técnico de Servicios de Consejería en Rehabilitación

Enmienda obedece a corrección en la ubicación, zona y título del puesto después del cambio.

José O. Rolón
Administrador Interino

NMS/ycl

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS
ADMINISTRACION DE REHABILITACION VOCACIONAL

Informe de Cambio Especial: **91212**

Cifra de Cuenta: **E1110/272/1260000/01F/2007/H126A070080**   Código de Clase: **CAU-1250**

**UNIDAD APROPIADA**   Región Centro Este – Humacao
Unidad de Trabajo

Se notifica el siguiente aumento de sueldo a empleados que al 1 de octubre de 2006 estén en servicio activo y ocupen puestos comprendidos dentro de la Unidad Apropiada del Sindicato de Empleados de Rehabilitación Vocacional. Este aumento equivalente a $100 mensuales y efectivo el 1 de octubre de 2006 se otorga en cumplimiento con el Artículo XLIV, Sección 1, del Convenio Colectivo vigente desde el 21 de septiembre de 2006 hasta el 20 de septiembre de 2009.

**Marilyn Cintrón Serrano**
Nombre del Empleado

Número de Seguro Social        **De Carrera/Regular**
                              Status del Empleado

**12609017**                   **Técnica de Serv. de Consejería en Rehabilitación**
Número del Puesto              Título de Clasificación

**Profesional y Técnica - 3**  **$1,500.00**            **$2,327.00**
Banda/Zona                     Mínimo                   Máximo

| Antes del Cambio | Después del Cambio |
|---|---|
| Sueldo Mensual: (sin diferencial)  $1,928.00 | $2,028.00 |

Observaciones: _____

_____
Dorcas Hernández Arroyo, MRC/CRC - Administradora
Firma de la Autoridad Nominadora
o su Representante Autorizado

APROB...
3 0 JAN 2008
DEPARTAMENTO DEL TRABAJO

18 de enero de 2008
Fecha

NMS/wjml

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS
ADMINISTRACION DE REHABILITACION VOCACIONAL

Informe de Cambio Especial: __91213__

Cifra de Cuenta: __E1110/272/1260000/01F/2007/H126A070080__　　　Código de Clase: __CAU-1250__

**UNIDAD APROPIADA**　　　　　　　　　　　　　　　　　　　Región Centro Este - Humacao
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Unidad de Trabajo

Se notifica el siguiente aumento de sueldo a empleados que al 1 de julio de 2007 estén en servicio activo y ocupen puestos comprendidos dentro de la Unidad Apropiada del Sindicato de Empleados de Rehabilitación Vocacional. Este aumento equivalente a $100 mensuales y efectivo el 1 de julio de 2007 se otorga en cumplimiento con el Artículo XLIV, Sección 1, del Convenio Colectivo vigente desde el 21 de septiembre de 2006 hasta el 20 de septiembre de 2009.

**Marilyn Cintrón Serrano**
Nombre del Empleado

_____　　　　　　　　　　　__De Carrera/Regular__
Número de Seguro Social　　　　　　　　　　　　　Status del Empleado

__12609017__　　　　　　　　　　　　　　　Técnico de Serv. de Consejería en Rehabilitación
Número del Puesto　　　　　　　　　　　　　　　　　Título de Clasificación

__Profesional y Técnica – 3__　　　　　　__$1,500.00__　　　　　__$2,327.00__
Banda/Zona　　　　　　　　　　　　　　　　　Mínimo　　　　　　　Máximo

| Antes del Cambio | Después del Cambio |
|---|---|
| Sueldo Mensual: (sin diferencial)　　$2,028.00 | $2,128.00 |

Observaciones: _____

__Dorcas Hernández Arroyo, MRC/CRC - Administradora__
Firma de la Autoridad Nominadora
o su Representante Autorizado

APROBADO
Administración de Rehabilitación Vocacional
3 0 JAN 2008
DEPARTAMENTO DEL TRABAJO

18 de enero de 2008
Fecha

NMS/wjml

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS
ADMINISTRACION DE REHABILITACION VOCACIONAL

Informe de Cambio Especial: __10839__

Cifra de Cuenta: __E1110/272/1260000/01F/2008/H126A080080__     Código de Clase: __CAU-1250__

**UNIDAD APROPIADA**                   Región Centro Este – Oficina Satélite de Humacao
                                        Unidad de Trabajo

Se notifica el siguiente aumento de sueldo a empleados que al 1 de julio de 2008 estén en servicio activo y ocupen puestos comprendidos dentro de la Unidad Apropiada del Sindicato de Empleados de Rehabilitación Vocacional. Este aumento equivalente a $100 mensuales y efectivo el 1 de julio de 2008 se otorga en cumplimiento con el Artículo XLIV, Sección 1, del Convenio Colectivo vigente desde el 21 de septiembre de 2006 hasta el 20 de septiembre de 2009.

**Marilyn Cintrón Serrano**
Nombre del Empleado

Número de Seguro Social

**De Carrera/Regular**
Status del Empleado

__12609017__
Número del Puesto

**Téc. de Servicios de Consejería en Rehab.**
Título de Clasificación

**Profesional y Técnica - 3**
Banda/Zona

$1,500.00     $2,327.00
Mínimo        Máximo

| Antes del Cambio | Después del Cambio |
|---|---|
| Sueldo Mensual: $2,128.00 (sin diferencial) | $2,228.00 |

Observaciones: _____

Dorcas Hernández Arroyo, MRC/CRC - Administradora
Firma de la Autoridad Nominadora
o su Representante Autorizado

NMS/ycl

APROBADO   6 de octubre de 2008
Administración de Rehabilitación    Fecha

15 OCT 2008
DEPARTAMENTO DEL TRABAJO