PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED



**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL**

- Expected delivery date specified for dome
- Most domestic shipments include up to $5
- USPS Tracking® included for domestic and
- Limited international insurance.**
- When used internationally, a customs decl

*Insurance does not cover certain items. For details reg Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com

**FLAT RATE ENVELO**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**


PS00001000014
EP14F May
OD: 12 1/2

---

UNITED STATES POSTAL SERVICE.   Retail

**P**   US POSTAGE PAID
$8.95
Origin: 00771
01/13/22
4254000771-09

**PRIORITY MAIL 1-DAY®**

0 Lb 4.70 Oz
1005

EXPECTED DELIVERY DAY: 01/14/22

 C018

SHIP TO:
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703

**USPS TRACKING® #**


9505 5143 6246 2013 6587 91

---

FROM: MARILYN CINTRÓN SERRANO
URB. SAN CRISTOBAL
257 CALLE REINA DE LAS FLORES
LAS PIEDRAS, P.R. 00771

TO:
SECRETARIA
TRIBUNAL DE DISTRITO
DE LOS ESTADOS UNIDOS
SALA 150 EDIFICIO FEDERAL
SAN JUAN, Puerto Rico
00918-1767