# REPLICA DE OBJECION GLOBAL

RECEIVED
2022 JAN 14 PM 2:52

**I. DATOS DE CONTACTO**

Nombre: Milagros Morales Hernández

Dirección Postal: Urbanización Camino del Mar, #1037 Vía Playera, Toa Baja, P.R. 00949

Teléfono de contacto res. _____ cel. 787-627-2210

**II. Epígrafe**

Reclamación 175529

A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo:

Ley #89, julio 1979 – Retribución Uniforme

#49762 - Ley #89 – Romerazo.- Efectiva en 1 de Julio de 1995

Ley #124, julio 1973 – Aumento de Sueldo

#84057 - Ley de Escala Salarial - Pasos, del 6 de Junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo Julio de 2002

Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

**III.** El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley #89, julio – 1979 – Retribución uniforme
Ley 89 Romerazo – Efectiva en 1 de Julio de 1995

Ley #124, julio 1973 – Aumento de Sueldo
Ley de Escala Salarial – Pasos del 6 de Junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo Julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Reclamación 175529

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Bo. Bajo, Puerto Rico desde el __2__ de __febrero__ de __1970__ hasta el __4__ de __enero__ de __2000__. Culminé mi laborar como __Frame Worker__ en Puerto Rico Telephone Company, Bo. Bajo, Puerto Rico, ELA. Se está reclamando por las leyes aplicables que cubren estos años de servicio.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

__Milagros Morales Hernández__
Nombre en letra de molde

__Milagros Morales Hdz__  11 de Enero de 2022
Firma

P.S. La PRTCO era una Agencia de Gobierno hasta 1999 cuando el Gobernador de turno, el Dr. Pedro Roselló la vendió. El fundamento de mi reclamo está basado en un dinero adeudado por concepto de aumentos, de unas leyes firmadas durante el año que la PRTCO permanecía al Estado Libre Asociado de Puerto Rico. Espero sea reconsiderado mi reclamo.