

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

**MILAGROS MORALES**
XXX-XX-1987

Para (el)(la) ex emplead(o)(a) de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 02/02/1970.

- Trabajó como emplead(o)(a) regular hasta 04/01/2000.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a martes, 04 de enero de 2022.

*Abigail Alejandro González*
Abigail Alejandro González
Oficial de Compensación
Compensación y Récords