Milagros Morales Hncdo
Urb. Camino del Mar,
1037 Via Playera, Toa Baja PR. 00949

Case:17-03283-LTS Doc#:19800-2 Filed:01/14/22 Entered:01/18/22 09:01:00 Desc: Envelope Page 1 of 1

SAN JUAN PR 009
11 JAN 2022 PM 1

Clerks Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1769