REPLICA DE OBJECION GLOBAL

I. Datos de contacto

Nombre: Jacqueline Rosado Colón

Dirección: Urb Sombras del Real Calle El Caobo #360 Coto Laurel, PR 00780

Teléfono: 787-615-6793

Reclamación num: 174477

II. Epígrafe

A. Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Numero de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo

#49762 - Ley #89 - Romerazo – Efectiva en 1 de julio de ~~1996~~ 1995

#94057 - Ley de Escala Salarial – Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero de 2004

III. El Tribunal no debe declarar a lugar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

Ley 89 Romerazo – Efectiva en 1 de julio de ~~1996~~ 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV.   Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~el Departamento de Educación~~ La Puerto Rico Telephone Company de Puerto Rico desde el 5 de diciembre de 1988 hasta el 3 de noviembre de 2015 (. años) de labor como Representante de servicio III-CAC en Puerto Rico Telephone Company, Estado Libre Asociado de Puerto Rico.
Se está reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo:

① Certificación de Empleo en la Puerto Rico Telephone Company del Estado Libre Asociado de Puerto Rico.

P.D: La Puerto Rico Telephone Company, era una agencia de gobierno hasta 1959, cuando el gobernante de turno la vendió. Ahí fue cuando pasó hacer una agencia privada. Por tanto, el fundamento de mi reclamo es por un dinero adeudado pos concepto de aumento de leyes que se firmaron durante el período que la PRTC era todavía gobierno del Estado Libre Asociado de P.R. Gracias.

Debido a la reciente situación de emergencia por terremotos y Covid-19 en Puerto Rico se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional favor de comunicarse con la que suscribe,

X _Jaequeline Rosado Colón_
Jaequeline Rosado Colón

987-615-6793
Teléfono

2