

RECURSOS HUMANOS
DEPARTAMENTO DE COMPENSACION Y BENEFICIOS DE EMPLEADOS
SECCION DE RECORDS

## CERTIFICACION DE EMPLEO

| | |
|---|---|
| Nombre del Empleado | : JACQUELINE ROSADO COLON |
| Número de Seguro Social | : XXX-XX- 9411 |
| Número del Empleado | : 0007832 |
| Puesto | : REPRES SERV III-CAC |
| Fecha de Ingreso | : 12/05/1988 |
| Departamento | : CAC-PONCE MALL |
| Salario | : $39,000.00   ANUAL |
| Status del Empleado | : REGULAR   Jornada: COMPLETA |
| Status de Nómina | : UNION |
| Car Allowance YTD | : $0.00 |

Bono de Navidad 2017 : $2,339.97   El porciento del Bono de Navidad aprobado para este año es de 6.0 %. Hasta un tope $2,500.00

Esta certificación tiene sello oficial al relieve que confirma como correcta la información obtenida de los récords de personal del empleado. En Guaynabo, Puerto Rico a 06 de agosto de 2018

SUPERVISOR / RECORS DEL EMPLEADO
O SU REPRESENTANTE

Teléfono: (787) 706-6355, 706-6342
Email: certificacion_empleo@claropr.com