Jacqueline Rosado Colon
URB Sombras del Real
901 Calle El Caobo
Coto Laurel P.R. 00780




U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
JAN 11, 22
AMOUNT
$1.16
R2305M146692-8

RECEIVED
2022 JAN 14 PM 2:52
CLERK'S OFFICE
US DISTRICT COURT

Clerks' Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767