# REPLICA DE OBJECION GLOBAL

**I. DATOS DE CONTACTO**

Nombre: María I. Velázquez Vázquez

Dirección Postal: Apto B-201 Cond. Villas Isla Verde Carolina PR-00979

Teléfono de contacto res.: N/A    cel.: 787-374-7281

**II. Epígrafe:** número de reclamación # 175171

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:
   Ley # 124 - aumento de Sueldo - julio 1973
   #49762 - Ley #89 – Romerazo – Efectiva en 1 de julio de 1995
   Ley 89 Retribución Uniforme - julio 1979
   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

**III.** El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 124 - aumento sueldo - julio 1973
Ley 89 Romerazo – Efectiva en 1 de julio de 1995
Ley 89 Retribución Uniforme - julio 1979
Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, ~~Ponce~~ Puerto Rico desde el __25__ de __noviembre__ de __1959__ (1959) hasta el __Carolina 1992__ __6__ de __mayo__ Culmine mi laborar como __Analista Depto Comercial__ en Puerto Rico Telephone Company, ~~Ponce~~ Puerto Rico, ELA. Carolina

La Puerto Rico Telephone Company es una agencia que pertenecía al Estado Libre Asociado de Puerto Rico (ELA) hasta el año 1999. Es en este año que el gobernante de turno, Dr. Pedro Rosello vendió la misma y paso a una entidad privada.

Por tanto, no estoy de acuerdo en que mi reclamo sea desestimado porque queda demostrado que era una dependencia del gobierno.

Se está reclamando por las leyes aplicables que cubren estos años de servicio. Se incluyen documentos que evidencian este reclamo.

De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_María I. Velázquez_
Nombre en letra de molde

_María I. Velázquez_ 12 de enero 2022
Firma

P.D. ver especificación adjunta

P. Rico Tel. Comp. es una Agencia que perteneció al Estado Libre Asoc. de P.R. hasta el año 1999. Fué en esa año que el gobernante de turno la vendió y pasó hacer privada. Por tal razón no estoy de acuerdo que se corrole mi reclamo, debido a que el fundamento de dicho reclamo es por un dinero adeudado por concepto de leyes que fueron firmadas durante el periodo que P.R.T.C. era una Agencia del E.L.A.

Gracias.

Exhibit A

**FORMULARIO DE RESPUESTA DEL RECLAMANTE**

**Claim No.** 175171    **Creditor Name:** Velazquez, Maria Isabel

| | | |
|---|---|---|
| (1) | Nombre Completo | Maria I. Velázquez Vázquez |
| (2) | Número de teléfono | 787-314-6867 y 787-376-7281 |
| (3) | Número de empleado | — |
| (4) | Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | P.R. Tel. Comp. |
| (5) | Correo electrónico | danielsen.marie@yahoo.com |
| (6) | Número de seguro social (últimos cuatro dígitos) | 0556 |
| (7) | Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*)<br>17 BK/3283 LTS |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | Se reclama dinero adeudado por conceptos de aumento de leyes que se firmaron durante el período que la PRTC pertenecía al gobierno de Puerto Rico, ELA Ley 124-1973 Aumento de sueldo y Ley 89-1979 Retribución uniforme. |

3

*** Attach any supporting documentation you may have related to your claim. ***



Exhibit A
Employee Response Letter

**Claim No. 175171**   **Creditor Name:** Velazquez, Maria Isabel

| | | |
|---|---|---|
| (1) | Full Name | |
| (2) | Telephone Number | |
| (3) | Employee Number | |
| (4) | Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | |
| (5) | Personal Email Address | |
| (6) | Social Security Number (last four digits). | |
| (7) | Case File Number, if applicable | (This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, **other than the Title III case.**) |
| (8) | Describe in detail the nature and basis of your Claim. **Please add additional pages, if needed.** Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | |

\*\*\* Attach any supporting documentation you may have related to your claim. \*\*\*

17032830019976