Maria J Velázquez
Apto B 201
Cond Villas Isla Verde
Carolina PR. 00979

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan PR. 00918-1767