January 15, 2022

Honorable Laura Taylor Swain
February 16 2022 Claim Objection Hearing 11.30 A.M.
US District Court for the District of Puerto Rico
150 Carlos Chardon St.
Federal Building, San Juan, Federal Building     **JUST GIVE US BACK**
San Juan, Puerto Rico 00918-1767       **THE MONEY WE PAY FOR**
                         **OUR RETIREMENT.**

Re: Feb. 16, Claim Objection Hearing.

Honorable Judge Taylor:

It is now the time, to liquidate **the last of the P.R. Bonds**, identified as "Employees Retirement Sys Govt Comwz Th Puerto Rico Pension Fund".
These Bonds were issued to cover public employees' retirement and were supposed to be warehoused, and protected, by an organization as **A PENSION FUND INSTITUTION.**

**This Institution, would, MANAGE MAINTAIN AND INCREASE THAT CAPITAL AS NECESSARY to protect the public employees.**

**In fact, no body seem to take care to protect the future of other employees' retirement as well.** There are also, independent practitioners, and or self-employed, who would be **buying and saving these Bonds with retiring in mind and also, showing respect for their Country.**

**I have been a self-employed practitioner.** I now have 83 years of age. At 32 years old, on 1,970, I started practicing Architecture as self-employed practitioner, and I knew for a fact, whenever I was ready to retire, technically at 65 years old, on 2,003, **I should have had enough money saved to subsist. Over and above the Social Security.**

I bought a big bunch of those bonds because they were offered like: **A): with equal cost**, (not junior or senior) **B): The purchase value was "protected by Puerto Rican Constitution", and C): that there was**

repayment money secured by the government somewhere in storage. **None of all were actually true.**

Bonds looked strong, however soon, careless business crooks began to surface.  On 2013, **bond games** were permitted on the trading company, and they were used for some, as guarantee for low interest loans. All the sudden those loans were called for collection and the Bonds value **collapsed on one day, to half of the real Purchase price. Nobody was blamed accused or prosecuted...** The trading company offered repurchase at a lower price, and we, the people were forced to buy, without no other choice if you wanted to have a bit of Cash.

In 2016, a year on infamy, Governor García Padilla announced, the Commonwealth were not to pay what had been guaranteed by Puerto Rican Constitution, **not even the interest**. "The people" **have not, he said with a smile, the repayment money**. A very sad day for this Island. **Many Bonds have been vandalized. But, do you want to do this to the retired?  Or to the independent practitioners?  Are you prepared to offer a few cents for a dollar?**

I stayed working until 2019, with very small activity in 2020. We have arrived to the end of the Puerto Rican Bonds "fiasco", It **is time to ask why. Why have us to lose so much money? It is time now for some mercy. Other Puerto Rican Bonds were not evolved on people wellbeing as the retirement Bonds. No, the remainder of the Bonds. should obtain the smaller reduction possible,** having into consideration the losses received until now.

IF YOU CAN NOT PAY 100%, PLEASE GIVE US A PART IN MONEYLIVING GUARANTEED BONDS, WE COULD SELL OR RETAIN **SO WE CAN REST IN PEACE. This is now, an excellent opportunity to show to the world, a new face to do business, and a reassurance of Puerto Rican guarantee for doing business, on the near future.**

**Maria T. Martin**
**Antonio Martin**
This PC/documents/bonds/2022 Revised

**JUST GIVE US BACK
THE MONEY WE PAID
FOR OUR RETIREMENT**

**10:30 AM (Atlantic Standard Time):**

- *Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highway and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Building Authority to Late-Filed Claims* [ECF No. 17923]:
  - ABIGAIL WILLIAMS, ZOE – Claim No. 148102;
  - AGOSTINI AVILES, EDITH – Claim No. 165427;
  - AROCHO GONZALEZ, ANA MARIA – Claim No. 152213;
  - COLON MALDONADO, CARMEN G. – Claim No. 113161;
  - GODEN IZQUIERDO, MARILYN – Claim No. 161458;
  - IRIZARRY IRIZARRY, ALEJANDRO JESUS – Claim No. 153293;
  - MARTIN CERVERA, ANTONIO – Claim No. 167898;
  - MARTINEZ SANCHEZ, GADIEL – Claim No. 160968;
  - RIVERA COLLAZO, VICTOR L. – Claim No. 135104;
  - RODRIGUEZ CARCANO, DAMARIS – Claim No. 158327;
  - RUIZ VAZQUEZ, MILDRED – Claim Nos. 128602 and 140498;
  - SANCHEZ RIVERA, MADELINE – Claim No. 145387;
  - VARGAS, IVAN L. NORIEGA, JUDITH GARCIA, JANITZA NORIEGA – Claim No. 158363; and
  - WILLIAMS PEREZ, ZOE A. – Claim No. 131274.

- *Three Hundred Ninety-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors* [ECF No. 18958]:
  - MELENDEZ FRAGUADA, EVA E – Claim No. 177716-1.

[*Remainder of Page Intentionally Left Blank*]

3

## 11:30 AM (Atlantic Standard Time):

- *Three Hundred Seventieth Omnibus Objection (Non-substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Duplicate Claims* [ECF No. 17935]:
  - ROMAN MORALES, WILLIAM – Claim No. 179391.

- *Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highway and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Building Authority to Late-Filed Claims* [ECF No. 17923]:
  - GALANO, JOHN F. – Claim No. 173713;
  - GARCIA SANTIAGO, IRIS – Claim No. 168000;
  - JOHNSON, OBE E. – Claim No. 177676; 178772; and 177765;
  - LUGO RUBERTE, JUAN PABLO – Claim No. 168595;
  - LUGO SANTANA, INES M. – Claim No. 173121;
  - MARIA T SOTO VILLARES / MARIA TERESITA MARTIN – Claim No. 167899;
  - MERCADO DEJESUS, JACK – Claim No. 173757;
  - MORALES CAMACHO, SERGIO – Claim No. 167986;
  - ORTIZ SOLIS, JOSE RAFAEL – Claim No. 171301;
  - OSWALD, WESLEY – Claim No. 173735;
  - PEREZ NIEVES, AMILDA – Claim No. 171116;
  - PLAZA CRUZ, MIRIAM E. – Claim No. 167977;
  - ROMAN MORALES, WILLIAM – Claim No. 178943 and 179392;
  - ROSARIO CUEVAS, MARIA VIANEY – Claim No. 173790; and
  - VAZQUEZ, NYDIA FEBO – Claim No. 168048.

*[Remainder of Page Intentionally Left Blank]*

4