

Antonio Martin Cervera
Urb Caparra Hills
H-22 Calle Yagrumo
Guaynabo, PR 00968

Honorable Laura Taylor Swain
US District Court for the District of Puerto Rico
150 Carlos Chardon St.
San Juan, PR