**EXHIBIT A**
<u>PARTY APPEARANCE SHEET</u>

| | |
|---|---|
| Name of Party | Official Committee of Unsecured Creditors |
| Party Name Abbreviation (For Use with Zoom) | Creditors' Committee |
| Omnibus Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number and<br>• Docket Entry No. for the Attorney's Notice of Appearance<br><br>or<br><br>Individual Party-in-interest Not Represented by Counsel:<br><br>• Name, Email, Phone Number, Proof of Claim Number (if any) | Luc A. Despins<br>lucdespins@paulhastings.com<br>Paul Hastings LLP<br>(212) 318-6001<br>Docket No. 494<br><br>-and-<br><br>G. Alexander Bongartz<br>alexbongartz@paulhastings.com<br>Paul Hastings LLP<br>(212) 318-6472<br>Docket No. 494 |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the Hearing Procedures Order ¶ 2, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. | |