## Case No. 17 BK-3283-LTS/Ramhil Developers, Inc./Contract No. 2011-0002444



| | | |
|---|---|---|
| **From** | <elrc@rclopr.com> | |
| **To** | <Hermann.Bauer@oneillborges.com> | |
| **Cc** | <lstafford@proskauer.com> | |
| **Bcc** | 'Lisandra Navarro' <lnr@rclopr.com>, 'Lisandra Navarro' <lisandra359@gmail.com>, <elrc@rclopr.com> | |
| **Date** | 2021-12-27 11:29 | |

📄 letter h.bauer re ramhil-12-27-2021(Final).pdf (~168 KB)

Hemann:

As discussed earlier today, please see the attached letter.

Edgardo L. Rodríguez-Cardé, Esq, JD, LLM, PE, BSChE
PO Box 365061
San Juan, PR 00936-5061
Telefono: 787-772-9911
Fax: 787-281-7816
Email: elrc@rclopr.com

---CONFIDENTIALITY NOTE:  This communication contains information belonging to the suscriber, which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited.  If you have received this communication by error, please delete it from your computer and notify us immediately

# RC RODRIGUEZ-CARDÉ LAW OFFICES, P.S.C.

416 Ponce De León Avenue/Union Plaza/Suite 1503/ San Juan, P.R. 00918
Phone (787) 772-9911 / Fax ( 787) 281-7816/ Email: elrc@prtc.net

**Via email: Hermann.bauer@oneillborges.com**
Hermann Bauer
O'Neill & Borges LLC
250 Muñoz Rivera Avenue
Suite 800
San Juan, PR 00918-1813

RE: PROMESA Title III
    Case No. 17 BK-3283-LTS
    Ramhil Developers, Inc.
    Contract No.: 2011-000244

Dear Mr. Bauer:

We write on behalf of Ramhil Developers, Inc. ("Ramhil") concerning the lease agreement between Ramhil and the Office of Courts Administration of Puerto Rico (the "OCA") for the Caguas Judicial Center, identified as Contract No. 2011-000244 (the "Contract").

Recently, after December 13, 2021, Ramhil became aware of a document entitled *Notice of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Tittle III Plan of Adjustment*, dated November 23, 2021 (the "Notice").[1] Through the Notice, Ramhil is advised of the proposed cure costs under the Contract as well as its right to file a written objection regarding the proposed cure costs and/or the assumption of the Contract. The term provided to file objections was set to December 13, 2021.

The Notice was sent to an address that does not belong to Ramhil. Ramhil's postal address is **PO BOX 7186, Caguas, PR. 00726**. However, as you can realize from the document included as **Annex 1**, the Notice was sent to **PO Box 491, Caguas, PR 00726-0491** (the "Wrong Address"). Likewise, the Wrong Address arises from the Schedule included as part of the Notice.[2] We conducted a

---

[1] Case No. 17 BK-3283-LTS, Doc# 19,353.

[2] See *Id.*, Schedule, pg. 25, row 11.

Matter: Contract No. 2011-000244
Ramhil Developers, Inc.
Page 2

preliminary search, and it appears that the Wrong Address belongs to the OCA itself. For reasons unknown to Ramhil, the Notice was placed in its mailbox after December 13, 2021.

Ramhil intends to exercise its right to properly respond to the Notice in accordance with the applicable provisions of PROMESA, the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the orders governing the administration of the referenced Title III Case. Therefore, considering the circumstances described above, we deem appropriate that the Notice be re-sent and a reasonable period to respond be granted.

We present this communication in accordance with the Bankruptcy Rules, Local Bankruptcy Rules and the orders governing the administration of the referenced Title III Case, to reach a solution to his matter before requesting the Court's intervention. Given the circumstances, we would appreciate your prompt response to his matter.

Cordially,

*f/ Edgardo L. Rodríguez Cardé*
Edgardo L. Rodríguez Cardé

Annex 1

Hasler
FIRST-CLASS MAIL
US POSTAGE $001.76⁰
ZIP 90602
011E12651336

***STAT PR 1845 PackID: 239 UniqueID: PCL_256 SVC: UnexpiredLeases
Ramhil Developers, Inc.
PO Box 491,
Caguas, PR 00726-0491

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

LEGAL NOTICE ENCLOSED.
DIRECT TO ATTENTION OF ADDRESSEE
OR PRESIDENT/GENERAL COUNSEL.

## RE: Case No. 17 BK-3283-LTS/Ramhil Developers, Inc./Contract No. 2011-0002444



| | |
|---|---|
| **From** | <elrc@rclopr.com> |
| **To** | <Hermann.Bauer@oneillborges.com> |
| **Cc** | <lstafford@proskauer.com> |
| **Bcc** | 'Lisandra Navarro' <lnr@rclopr.com>, 'Lisandra Navarro' <lisandra359@gmail.com>, <elrc@rclopr.com> |
| **Date** | 2021-12-28 05:50 |

Herman/Laura:

Please note that although the letter attached to the email sent yesterday does not include a date it was issued by the subscriber yesterday (December 27, 2021).

Regards,

Edgardo L. Rodríguez-Cardé, Esq, JD, LLM, PE, BSChE

PO Box 365061

San Juan, PR 00936-5061

Telefono: 787-772-9911

Fax: 787-281-7816

Email: elrc@rclopr.com

---CONFIDENTIALITY NOTE:  This communication contains information belonging to the suscriber, which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited.  If you have received this communication by error, please delete it from your computer and notify us immediately

---

**From:** elrc@rclopr.com <elrc@rclopr.com>
**Sent:** Monday, December 27, 2021 3:30 PM
**To:** 'Hermann.Bauer@oneillborges.com' <Hermann.Bauer@oneillborges.com>
**Cc:** 'lstafford@proskauer.com' <lstafford@proskauer.com>
**Subject:** Case No. 17 BK-3283-LTS/Ramhil Developers, Inc./Contract No. 2011-0002444

Hemann:

As discussed earlier today, please see the attached letter.

Edgardo L. Rodríguez-Cardé, Esq, JD, LLM, PE, BSChE

PO Box 365061

San Juan, PR 00936-5061

Telefono: 787-772-9911

Fax: 787-281-7816

Email: elrc@rclopr.com

---CONFIDENTIALITY NOTE:  This communication contains information belonging to the suscriber, which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited.  If you have received this communication by error, please delete it from your computer and notify us immediately

## Re: Case No. 17 BK-3283-LTS/Ramhil Developers, Inc./Contract No. 2011-0002444

| | | |
|---|---|---|
| | **From** | Hermann Bauer <Hermann.Bauer@oneillborges.com> |
| | **To** | elrc@rclopr.com <elrc@rclopr.com> |
| | **Cc** | lstafford@proskauer.com <lstafford@proskauer.com> |
| | **Date** | 2021-12-28 13:56 |

Saludos, Edgardo.

This confirms that we are in agreement to extend the deadline for Ramhil to respond to the Notice of Assumption until January 18, 2022.

I wish Yarymar and you a very Happy and Prosperous 2022!

Abrazo,

Hermann

---

**From:** elrc@rclopr.com <elrc@rclopr.com>
**Sent:** Tuesday, December 28, 2021 9:50 AM
**To:** Hermann Bauer <Hermann.Bauer@oneillborges.com>
**Cc:** lstafford@proskauer.com <lstafford@proskauer.com>
**Subject:** RE: Case No. 17 BK-3283-LTS/Ramhil Developers, Inc./Contract No. 2011-0002444

Herman/Laura:
Please note that although the letter attached to the email sent yesterday does not include a date it was issued by the subscriber yesterday (December 27, 2021).
Regards,

Edgardo L. Rodríguez-Cardé, Esq, JD, LLM, PE, BSChE
PO Box 365061
San Juan, PR 00936-5061
Telefono: 787-772-9911
Fax: 787-281-7816
Email: elrc@rclopr.com
---CONFIDENTIALITY NOTE:  This communication contains information belonging to the suscriber, which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited.  If you have received this communication by error, please delete it from your computer and notify us immediately

---

**From:** elrc@rclopr.com <elrc@rclopr.com>
**Sent:** Monday, December 27, 2021 3:30 PM
**To:** 'Hermann.Bauer@oneillborges.com' <Hermann.Bauer@oneillborges.com>
**Cc:** 'lstafford@proskauer.com' <lstafford@proskauer.com>
**Subject:** Case No. 17 BK-3283-LTS/Ramhil Developers, Inc./Contract No. 2011-0002444

Hemann:

As discussed earlier today, please see the attached letter.

Edgardo L. Rodríguez-Cardé, Esq, JD, LLM, PE, BSChE
PO Box 365061
San Juan, PR 00936-5061
Telefono: 787-772-9911
Fax: 787-281-7816
Email: [elrc@rclopr.com](elrc@rclopr.com)

---CONFIDENTIALITY NOTE:  This communication contains information belonging to the suscriber, which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited.  If you have received this communication by error, please delete it from your computer and notify us immediately