# Nuevo Centro Judicial de Caguas

## Propuesta

## Ramhil Developers, Inc.

## CONTENIDO DE LAS RESPUESTAS DEL RFP

A-   TOMO UNO

    I-   INTRODUCCIÓN

    II-   ÍNDICE DE ANEJOS

    III-   NARRATIVA DE:

        A) Terreno

        B) Estructura

        C) Recursos Profesionales

        D) Tiempo de Entrega

        E) Propuesta

B-   TOMO DOS

    I-   ESPECIFICACIONES

# EL NUEVO CENTRO JUDICIAL DE CAGUAS

***UN EDIFICIO PARA EL PRESENTE, UN EDIFICIO PARA EL FUTURO***

El desarrollo de un proyecto de calidad y funcionalidad hace indispensable prestar una cuidadosa atención al diseño, a los detalles arquitectónicos, a las necesidades de los usuarios y a lo requerido o solicitado por la Institución a la que se sirve. El lograr armonizar todos estos elementos ha sido la misión. Es la obra, que se fundamenta sobre la necesidad común que a todos los ciudadanos concierne en un Centro Judicial.

El vertiginoso desarrollo de los últimos años, impacta no solo nuestra vida cotidiana sino también las Instituciones que conforman nuestra vida. La construcción de un edificio judicial de vanguardia contempla la modificación de condiciones externas, sus espacios y su estética para atender adecuadamente los tres tiempos fundamentales del ciudadano de hoy: el de lo doméstico, el del trabajo y el del esparcimiento.

Los espacios diseñados para nuestros tiempos se han generado en torno a la idea central de la necesidad de un tribunal de nuevas perspectivas que ha de ampliar sus posibilidades utilitarias a todos los ciudadanos que

acudan a sus gestiones judiciales. En la ciudad de Caguas convergen una gran mayoría de los 191,600 habitantes de los pueblos adyacentes que pertenecen a la región Judicial de Caguas, además los 140,500 habitantes de la ciudad del Turabo, como usuarios de las facilidades que contemplamos.

Si es cierto que estos nuevos espacios dan respuestas concretas a las inquietudes de la nueva era, su éxito está basado en el hecho fundamental de responder a las expectativas emocionales y conceptúales que los ciudadanos y usuarios puedan tener. En ello inciden, satisfactoriamente, la calidad arquitectónica, el diseño interior y en general el lenguaje de la estética con sus expresiones de luz, forma y color.

***Esta presentación es una afirmación*** de que, con profesionalismo y buen gusto, el impacto de la labor judicial en la vida contemporánea y futura, serán atendidos con dedicación y respeto.

Nos complace someter una Propuesta para la relocalización del Centro Judicial de Caguas.

Ramhil Developers, Inc.

Hilda Rodríguez Forteza
Presidenta

**Terreno**

| | | |
|---|---|---|
| 1 | Fotos Aéreas | ▷ |
| 2 | Certificación de no Inundabilidad | ▷ |
| 3 | Escritura de Compraventa | ▶ |
| 4 | Evaluación Ambiental | ▶ |
| 5 | Estado de Suelo | ▶ |
| 6 | Carta del Municipio | ▶ |

**Estructura**

| | | |
|---|---|---|
| 7 | Planos | ▶ |
| 8 | Edificio Inteligente | ▶ |
| 9 | Estructura | ▶ |
| 10 | Electricidad | ▶ |
| 11 | Mecánica (plomería, aire, protección fuego) | ▶ |
| 12 | Seguridad de Vida (códigos) | ▶ |
| 13 | Circulación en el Edificio | ▶ |

**Recursos Profesionales**

| | | |
|---|---|---|
| 14 | Incorporación - Certificado del Departamento de Estado | ▶ |
| 15 | Architek P.S.C. | ▶ |
| 16 | RF Construction Group | ▷ |
| 17 | JQP Engineering Group P.A. (mecánica) | ▷ |
| 18 | Manuel A. Quilinchini, B.S.C.E. (terreno) | ▶ |
| 19 | Juan Requena P.E. (electricidad) | ▶ |
| 20 | López & Grillasca Structural Engineering | ▶ |

**Tiempo de Entrega**

| | | |
|---|---|---|
| 21 | The C.F.P. Group Robert J. Clark P.F. | ▶ |
| 22 | Consulta de Ubicación | ▶ |
| 23 | Plan de Trabajo,  Time Table | ▶ |
| 24 | Performance Bond | ▶ |

**Propuesta**

| | | |
|---|---|---|
| 25 | Cartas Bancarias | ▶ |
| 26 | Resoluciones Corporativas | ▶ |
| 27 | Estados Financieros | ▶ |
| 28 | Desglose Estimado de Costos | ▶ |
| 29 | Bib Bond | ▶ |
| 30 | Anejo A de la Solicitud (RFP) | ▶ |
| 31 | Anejo B de la Solicitud (RFP) | ▶ |

31NSRD
PF5027

## EL TERRENO

El área seleccionada es privilegiada. Queda, en el corazón del Municipio de Caguas, específicamente en la carretera PR-1, esquina PR-189 en la entrada principal del Centro Urbano Tradicional de la Ciudad de Caguas. La propiedad está a pocos metros del actual Centro Judicial de Caguas. (Véase Anejo 1).

El terreno en el cual se ofrece construir el edificio para albergar el Centro Judicial de Caguas está localizado en el mejor lugar existente. Con tiempo y dedicación se seleccionó el sitio. Se negoció la opción de compraventa en el mes de junio del 2001, al precio del mercado de ese año. Desde esa fecha al presente los precios para terrenos similares (no iguales) están más caros o para mejor expresarlo simplemente no existen.

La proponente adquirió la finca de treinta y tres mil ochocientos veinticinco punto ocho mil novecientos treinta metros cuadrados (33,825.8930 m/c) el 24 de mayo de 2006 (Véase Anejo 3). La cual será utilizada para el proyecto. Cuatro mil trescientos ochenta y nueve punto ocho metros cuadrados (4,389.8 m/c) se reservan para construir las facilidades del Departamento de Justicia por ser ello un elemento imprescindible para el buen funcionamiento del Centro Judicial. El tamaño de la finca facilita la circulación vehicular, la cual es clara precisa y controlada, resultando altamente eficiente.

La finca se formó mediante segregaciones y agrupaciones de distintas parcelas. La nueva finca, la adquirida, fue presentada a la Entrada 7234, Asiento No. 742 del Diario 742 (Véase anejo 3).

El terreno se adquiere por una cantidad que sobrepasa los trece millones ($13, 000,000.00) de dólares. El precio del terreno se calculó a trescientos cincuenta ($350.00) el metro cuadrado y otras consideraciones. (Precio del 2001). Actualmente el metro en terrenos similares sobrepasa los quinientos cincuenta dólares ($550.00) por metro cuadrado La localización del terreno es única y por ello no estaba a la venta. Para lograr la transacción fue necesario el comprometerse a mejorar el área a adquirirse y el remanente en término de la infraestructura con el costo que ello conlleva. La compraventa basándose en la experiencia de los desarrolladores es un buen negocio.

El terreno está fuera de áreas inundadles según el mapa de FEMA (Véase Anejo 2). A esos efectos se ha emitido un certificado de no inundabilidad (Véase Anejo 2). El Río Caguitas que colinda con la finca colindante a la propuesta fue canalizado. El estudio de suelo refleja un terreno bueno para la construcción (Véase anejo 5). El terreno según los estudios realizado no tiene problemas de drenaje. Existe, también la evaluación ambiental necesaria para el proyecto (Véase Anejo 4).

El Centro Judicial estaría en el medio del pueblo, el lugar donde le corresponde para dar un servicio de excelencia a los cagueños. Las vías de acceso

son ventajosas para los usuarios. Se logra llegar a la propiedad por varias rutas. (Véase Anejo 1). El área es accesible por la carretera número PR-1; PR-89; PR-30, etc. Las arterias principales de circulación de Caguas desembocan en el área ofrecida.

La región Judicial de Caguas está compuesta por los pueblos de: Aguas Buenas, Cidra, Gurabo, Juncos y San Lorenzo. Las vías de acceso para estos usuarios son las mejores posibles, ya que llegan al Centro por expresos y carreteras principales.

Los ciudadanos de Aguas Buenas, llegarían al Centro Judicial por la carretera #156 y la #1; Los ciudadanos de Cidra, llegarían al Centro Judicial por la carretera # 172 y La Autopista Luis A. Ferré (#52); Los ciudadanos de Gurabo, llegarían al Centro Judicial por la carretera # 189; Los ciudadanos de Juncos, llegarían al Centro Judicial por la carretera #31y la 30 o por la #189; Los ciudadanos de San Lorenzo, llegarían al Centro Judicial por El expreso Chayanne (la #203) o se coge la #30 y despúes la carretera #189 y también por la #1.

El terreno que la corporación propone es idóneo para las facilidades Judiciales y suficientes para expansiones futuras. El Gobierno Municipal de Caguas apoyó la construcción de las facilidades en el terreno escogido. Elogió el sitio como el más apropiado. El área escogida está en cumplimiento con el Plan de Desarrollo del Municipio Autónomo de Caguas y con los criterios establecidos por el Proyecto urbano de Caguas 2020. (Véase Anejo 6).

La transportación pública para el área es óptima. La ruta criolla, nombre que el gobierno municipal ha otorgado al recorrido que darán los trolleys que brindarán servicio al tren urbano se desplazará al área.

La diligencia de la desarrolladora en identificar la finca por excelencia para el proyecto redunda en beneficio para la OAT. Esta al escogerlo estaría adquiriendo un terreno de un valor incalculable ya que le pertenecería al finalizar el arrendamiento, a los treinta años.

## EL EDIFICIO

El diseño del edificio es excelente, moderno, funcional, hermoso e inteligente. Su exterior reflejará la transparencia del sistema judicial. Cumple con todos los requisitos del "Request for Proposal", con aquellos que tradicionalmente exige la Oficina de la Administración de los Tribunales y con las leyes federales (ADA) y estatales.

El diseño toma en consideración la dignidad de la labor judicial. También se consideran las necesidades de los Jueces, de los empelados de la Rama Judicial, del jurado, de los abogados, visitantes, etc. Naturalmente el diseño es preliminar, y se ajustará a los requerimientos, deseos y necesidades de la Oficina de Administración de los Tribunales.

Los materiales de construcción son adecuados, brindan belleza y garantizan la durabilidad. Se engalanará la recepción y pasillos principales con mármol para darle la elegancia y dignidad que la labor que se llevará a cabo en el edificio implica, tal como lo requiere el RFP. El edificio constará de nueve (9) pisos y se organizó a de la siguiente forma y manera:

PISO I

Se localizó en el primer nivel: El vestíbulo, la secretaría, los archivos de expedientes activos e inactivos, el almacén de suministros y de equipos, la colecturía, la unidad de cuentas, la cafetería, el área de alguaciles y confinados y la

sala de investigaciones. Ésta última, con entrada independiente y podrá estar abierta las veinticuatro (24) horas.

PISO II

Cinco (5) salas de menores y familia, las oficinas de los jueces, cuarto de los testigos secretaría de menores y familia, el área examinadores de pensión y la secretaría de familia y menores.

PISO III

Cinco (5) salas de menores y familia, las oficinas de los jueces, cuarto de los testigos y el área de trabajadores sociales.

Los pisos dos (2) y tres (3) se asignaron a menores y familia, por que la experiencia tanto en Puerto Rico como en los Estados Unidos señalan que es el área más concurrida y esta localización es de fácil acceso por la majestuosa escalera que sale del primer piso y por los ascensores. Los trabajadores sociales y los examinadores de pensiones están sabiamente localizados cerca de las salas de familia.

PISO IV

Cinco (5) salas criminales, las oficinas de los jueces, cuarto de los testigos, salón de deliberaciones y asistencia legal.

La oficina de Asistencia Legal, cuya labor se predica en función de las salas criminales se coloca en este piso, ello en beneficio de la función judicial.

PISO V

Cinco (5) salas criminales, las oficinas de los jueces, cuarto de los testigos, salón de deliberaciones, la biblioteca y "drug court".

La biblioteca jurídica que por su carácter sirve a todo el centro y está convenientemente localizada en la mitad del edificio.

PISO VI

Cinco (5) salas civiles, las oficinas de los jueces, cuarto de los testigos, salón de deliberaciones, Salón multi-uso y Pro se.

PISO VII

Cinco (5) salas civiles, las oficinas de los jueces, cuarto de los testigos, salón de deliberaciones centro de mediación de conflictos.

PISO VIII

Seis (6) salas de vistas preliminares, cuarto de los testigos, la secretaría y las oficinas de los jueces

PISO IX

Oficinas administrativas

**Expansión Centro Judicial**

La proponente ha contemplado la futura expansión del Centro Judicial, mediante la expansión horizontal de las facilidades.

Se han creado a mano izquierda del edificio varios espacios que son el resultado de que los pisos no son todos del mismo tamaño. Los pisos más grandes en pietaje hacen que el superior goce de una especie de terrazas no contabilizada en el pietaje, que se prestan para expansión futura. Estas se podrían cerrar y producirían espacios adicionales en el piso, ampliando el área. Este benéfico lo tienen los pisos cinco (5), siete (7) y ocho (8) y por supuesto el noveno (9no.)

En el piso quinto (5to.) hay tres mil setecientos cuarenta y ocho punto cuarenta y ocho pies cuadrados (3,748.48 p/c) de posible expansión; En el piso sexto (6to.) hay dos mil doscientos cuarenta y nueve punto veintitrés pies cuadrados (2,249.23 p/c); en el piso séptimo (7mo.) hay tres mil seiscientos cuarenta y siete punto veintitrés pies cuadrados (3,647.23 p/c); y en el noveno (9no.) piso existen doce mil ciento noventa y siete punto cincuenta y uno pies cuadrados (12,197.51 p/c) que se pueden utilizar para una expansión futura. En total el edificio consta de veintiún mil ochocientos cuarenta y dos punto cuarenta y cinco pies cuadrados (21,842.45 p/c) para expansiones futuras, sin contar aquellas ya expresamente requeridas en el RFP, las cuales están debidamente asignadas en los planos. Por lo tanto, se cumple con los requerimientos del RFP dejando el piso superior hábil para construir un piso adicional. Un crecimiento de más de un diez porciento (10%) es viable dentro del edificio contemplado.

### Los Ascensores

Los ascensores son fabricados en los Estados Unidos y poseen intercomunicación. Ellos son "machine room less" lo que implica que no hay máquinas en el techo del edificio que tienen normalmente los elevadores. Ello es relevante si consideramos el hecho que el techo del edificio está contemplado en los cálculos de la posible expansión del centro. Además, este tipo de ascensor gasta menos energía y produce menos ruido y vibración.

Hay nueve (9) ascensores en el edificio, los cuales se dividen del siguiente modo: dos (2) para Jueces y empleados, cuatro (4) para visitantes y tres (3) para confinados.

### Escaleras

El edificio cuenta con una escalera monumental que comunica los cinco (5) primeros pisos. La escalera por su forma y localización invita al uso y ello es importante si consideramos que en el segundo (2do.) y tercer (3er.) piso hemos colocado las salas de familia y menores, las áreas más concurridas de los Centros Judiciales.

En cumplimiento con las leyes y reglamentos estatales y federales existen varias escaleras. Los pisos uno (1), dos (2), tres (3) y cuatro (4) tienen la escalera monumental y seis (6) de emergencias. El piso quinto (5to.) goza de la escalera monumental y cuatro (4) de emergencia. Los pisos seis (6), siete (7) y

ocho (8)  tienen cuatro (4) escaleras de emergencias y el piso nueve (9) tiene dos (2) escaleras.  Ello resulta así porque los pisos superiores son de menor tamaño.

El ancho de las escaleras ha sido calculado para que responda a la capacidad de ocupación humana.  Están presurizadas para que no le entre humo en caso de emergencia.

### Baños

En todos los pisos cerca de los ascensores, hay una bancada agrupada de baños para el uso de empleados y visitantes.  Estas están divididas de tal forma y manera que quedan separadas el área de empleados y visitantes.  Existen por supuesto, los baños requeridos por el RFP para los Jueces, Alguaciles y confinados. Existen también facilidades en el área de investigación según requerido.

Los baños de confinados son resistentes al vandalismo.

### Aire Acondicionado

Un diseño único enfocado a mayor eficiencia energética lo que se reflejará en ahorros en el pago de la luz.  Cumple con los parámetros del RFP al ser un diseño concebido mediante torre de enfriamiento usando agua congelada. Las manejadoras de aire se han concentrado en dos (2) máquinas centrales localizadas en el techo del primer nivel, facilitando así el mantenimiento de las mismas sin interrumpir las operaciones del tribunal y permitir al estar ahí

localizadas, ampliaciones futuras en el techo superior. Son máquinas protegidas de la inclemencia del tiempo estando localizadas dentro de una estructura.

## La Circulación

Primordial atención se ha prestado a la circulación peatonal en el Centro Judicial. Esta funciona en paralelo. Un área para el uso de visitantes limitada al espacio frontal del edificio. Los visitantes se mueven por un pasillo con un ventanal que goza de la luz natural y le brinda transparencia al edificio. Esta área según lo requiere el RFP será engalanada con mármol, tanto en sus pisos como en sus paredes.

La parte posterior del edificio está diseñada para la circulación de los empleados de la Rama Judicial. La OAT puede limitar y delinear el flujo de los empleados de acuerdo a sus parámetros, para estos fines resulta útil que el edificio sea uno inteligente.

La comunicación entre el área pública y privada es viable por un punto en cada piso el cual está concebido para ser monitoreado por un Alguacil.

Por su parte, los confinados tienen una circulación básicamente vertical. Después de haber entrado a las facilidades del centro a través de un patio interior de máxima seguridad, su movimiento está básicamente restringido a pequeñas áreas.

El estudio de la circulación que se refleja en el Anejo 13 demuestra lo clara y precisa que son las circulaciones peatonales de los empleados de la Rama Judicial, visitantes y confinados.

## Edificio Inteligente

El concepto de edifico inteligente fue estudiado cuidadosamente logrando un diseño donde el edificio y los sistemas se complementan.

El edificio tendrá un sistema de cámaras de seguridad y control de acceso integrado con control de luces y sistema de alarma contra incendio.

Se ubicará en un cuarto el andamiaje necesario para el monitoreo de todos estos sistemas por el Alguacil designado. Con una interfase visual, fácil de operar y entender, con la facilidad de ser administrado remotamente en la OAT. En adición a un control central el sistema tiene la flexibilidad de tener otros centros de control en otros pisos o áreas del edificio.

Todos los sistemas serán instalados siguiendo los códigos actuales de seguridad humana (Véase Anejo 8). No obstante se contempla la actualización (upgrade) del sistema cada diez años al momento de la renegociación del canon. (Véase propuesta económica).

## El mantenimiento

La desarrolladora ha planificado cuidadosamente el mantenimiento que se le dará a los edificios y a las áreas verdes. A esos fines ha organizado el mismo de acuerdo al siguiente organigrama:

# ORGANIGRÁMA



Como se puede apreciar se tendrá siempre personal en las facilidades ya que se nombrará un administrador y habrá una secretaria y cinco empleados para el mantenimiento. Ciertos servicios serán subcontratados.

## EL ESTACIONAMIENTO

Será construido en concreto armado y acero para garantizar los cincuenta (50) años de vida util.

El ancho de cada estacionamiento será de ocho pies (8') y seis pulgadas (6") y no tiene columnas entre estacionamiento y estacionamiento. Es un edificio cómodo. Para aprovechar los pies de construcción las rampas serán utilizadas en áreas de parqueo con una inclinación de un cuatro porciento (4%), lo cual lo hace sumamente cómodo. La norma de las rampas para impedidos es un ocho porciento (8%), por lo cual tenemos que enfatizar lo cómodo de las facilidades diseñadas.

El edificio se diseñó abierto por tres (3) laterales para facilitar la ventilación y la no acumulación del humo de los carros.

Aunque a simple vista el estacionamiento parece uno total, los usuarios, es decir, los empleados y los visitantes, están físicamente separados y no hay comunicación interna entre los espacios designados para los empleados y para visitantes.

La salida y entrada de los empleados y visitantes están concebidas por distintos lados. Los empleados entran directamente y los visitantes por el costado. El control sobre el monitor vehicular es definido, claro y preciso. (Véase Anejo 13).

La estética también ha sido considerada al diseñar este magno edificio. Se proveen jardineras, se diseña fachada y se provee para sembrarle árboles en la periferia.

El edificio cuenta con facilidades para mil doscientos sesenta y seis (1,266) carros. Los cuales se dividen del siguiente modo: seiscientos treinta y ocho (638) estacionamientos para visitantes y seiscientos veintiocho y ocho (628) para empleados. De los mil doscientos sesenta y seis (1,266) estacionamientos, cuarenta (40) son para impedidos, veinte (20) para empleados y veinte (20) para visitantes. Nótese que los cuarenta y cinco (45) estacionamientos de Jueces, así como los veinticinco (25) para los Oficiales están en las facilidades del edificio del Centro Judicial.

El estacionamiento cuenta con cuatro (4) escaleras, dos (2) para el uso de los empleados a los extremos de la facilidad y dos (2) para el uso de los visitantes también a los extremos de la facilidad. Además, tiene dos (2) ascensores para empleados y dos (2) para visitantes, los cuales son en su carácter de la misma calidad y naturaleza de los elevadores del edificio del Centro Judicial. Son hechos en Estados Unidos y son "machine room less".

La infraestructura del mismo se planificó para poder utilizar el área que se crea por la inclinación de las rampas en el primer (1er.) piso.  Ahí se colocarían equipos eléctricos primarios y las oficinas de Administradores.  Elemento esencial para el mantenimiento del Centro.

# RECURSOS PROFESIONALES

## La Desarrolladora

Ramhil Developers, Inc., es una corporación organizada y existente de acuerdo a las Leyes del Estado Libre Asociado de Puerto Rico. Tiene "good standing" de acuerdo a Certificación del Departamento de Estado. (Véase Anejo 14).

Los oficiales de la desarrolladora han dedicado varios años al estudio de las necesidades de los Centro Judiciales locales y del exterior e incorporan en este proyecto el fruto de dichos estudios y experiencia. La experiencia de la promovente se debe analizar del siguiente modo. El conocimiento sobre la materia ayuda a ofrecer el mejor diseño posible. Las experiencias del pasado arrojan luz para solucionar o mejorar las problemáticas del presente en los tribunales.

La trayectoria del comportamiento de los desarrolladores es clara. Siempre dispuestos a cooperar, complacer y satisfacer las necesidades de la Rama Judicial. Están comprometidos con el Poder Judicial.

## Los Arquitectos

La firma de arquitectos ha sabido recoger las inquietudes y experiencia de la desarrolladora, del "Request For Proposal" y ha sometido un diseño elegante, dinámico y funcional. Tiene experiencia previa en el diseño de

tribunales y facilidades carcelarias. El principal de la firma fue la figura clave en el diseño del Centro Judicial de Mayagüez. (Véase Anejo15). La firma de arquitectos ha escogido con el apoyo de la desarrolladora los mejores consultores para el diseño del Centro Judicial.

En el mundo profesional brillan por su capacidad los ingenieros de suelo, electricidad, mecánica y estructura que han sido contratados para esta obra. Estos se han comprometido con el tiempo y recursos necesarios para ofrecer diligentemente sus servicios (Véase Anejos 17, 18, 19, 20 y 21). El análisis de la experiencia profesional de los consultores refleja la calidad profesional de los mismos, y el compromiso de los desarrolladores para con el proyecto, quienes no han escatimado para ofrecer el mejor producto. (Véase Anejos 8, 9, 10, 11 y 12). Los consultores han preparado las especificaciones del proyecto las cuales se encuentran en el Tomo dos (2) de la Propuesta.

### La Constructora

De probada experiencia es la firma constructora escogida para la obra. Tiene vasta práctica en proyectos de esta magnitud. La lista de obras construidas por FR Construction Group y sus subsidiarias es impresionante. En el Anejo 16 tenemos un resumen de algunas obras similares construidas por la firma exitosamente. Proveemos, también, el resume corporativo, El resume de los accionistas principales, los estados auditado del 30 de junio del 2005, cartas de recomendación bancarias, y analista de referencias.

La firma constructora cuenta con la capacidad económica para poder suplir un "Perfomance Bond" indispensable para el financiamiento (Véase Anejo 24).

Tanto la Desarrolladora como sus arquitectos, consultores y constructores están dedicados y comprometidos a proveer a la Oficina de Administración de los Tribunales el mejor Centro Judicial.

### Financiamiento

La desarrolladora cuenta con el financiamiento para la construcción del Centro Judicial de Caguas. (Véase Anejo 25). Varias instituciones bancarias se han mostrado interesadas en proveer el financiamiento interino y permanente.

Los oficiales de la desarrolladora gozan de buen estado financiero (Véase Anejo 27). La reputación de los desarrolladores en las instituciones financieras es muy buena, lo cual facilita y aligera el proyecto. Los problemas de financiar proyecto de este tamaño y envergadura que tantas veces atrasan los mismos no está aquí presente.

## **TIEMPO DE ENTREGA**

La desarrolladora ha estado trabajando en la planificación del Centro Judicial de Caguas desde el año 2001.  Debido a las diligencias llevadas a cabo, se puede **entregar un edificio en cuarenta (40) meses** contados a partir de la aprobación de los planos, la firma del contrato con la Oficina de la Administración de los Tribunales y la obtención del permiso de construcción.

Como se puede apreciar en el Anejo 23, el plan de trabajo conlleva varias acciones simultáneas.

Desde junio del 2001 los desarrolladores comenzaron ha hacer gestiones encaminadas a obtener la consulta de ubicación. A esos fines empezaron los trámites en las diferentes agencias gubernamentales.

El 9 de agosto del 2002 la desarrolladora sometió una consulta de ubicación, en los mencionados terrenos,  bajo el número de caso 2002-46-0905-JPU. Las vistas públicas relacionadas al permiso se llevaron a cabo el 26 de septiembre de 2003.  En dichas vistas no hubo oposición al proyecto del edificio.

La Resolución de la Junta aprobando la consulta fue emitida el 15 de marzo del 2006, o sea sesenta y tres (63) meses desde que se comenzaron las diligencias encaminadas a obtener la consulta. (Véase Anejo 22).  La misma se ha mantenido vigente mediante el pago de los aranceles necesarios y las gestiones pertinentes.

**La desarrolladora tiene la Consulta de Ubicación.**

El Permiso de Urbanización se puede conseguir al mes de la firma del contrato con la OAT. Este permiso permitiría el movimiento del terreno y comenzar la infraestructura etc. Mientras tanto se trabajaría en el Permiso de Construcción.

El tiempo en que se ofrece entregar el edificio es uno real.  Se basa en la experiencia que tienen los desarrolladores en edificios similares; y en haber trabajado en este proyecto durante los últimos seis (6) años, basándose solamente en el conocimiento público de las necesidades de la Región Judicial de Caguas.

Veamos:

1.      El estudio ambiental, requisito indispensable para este tipo de proyecto ya se realizó (Véase Anejo 4).  Este estudio tomó ocho (8) meses hacerlo.

2.      La consulta de ubicación está vigente y ha tomado cerca de cinco (5) años obtenerla. Las agencias gubernamentales ya se expresaron positivamente sobre el proyecto (Véase Anejo 22).

3.      El Municipio de Caguas se manifestó en acuerdo con el mismo; y reconoce que se cumple con el Plan de Desarrollo del Municipio Autónomo de Caguas y el Proyecto Urbano de Caguas 2020.

4.      El edificio esta prácticamente diseñado sujeto a aquellas modificaciones que desee la OAT.

5.      El financiamiento interino y permanente está disponible.

6.      La constructora ha separado el espacio para comenzar la construcción tan pronto se les autorice.

Esta propuesta está predicada en base de un diseño "Desing-Built / Fast Track".

Los desarrolladores se tomaron la iniciativa de prepararse, ante la realidad por todos conocida de las necesidades de la Región Judicial de Caguas. Invirtieron tiempo, energía etc., para estar listos cuando surgiera el momento. Ello demuestra el grado de compromiso que se tiene con la obra.

## PROPUESTA

### Canon

El canon de arrendamiento está basado en un contrato a treinta (30) años. **Se toma en consideración el hecho que al finalizar el contrato el edificio y las facilidades para estacionamiento pasan a ser propiedad de la Oficina de la Administración de los Tribunales por el valor nominal de un dólar y que se cumple con todos los requisitos que exige el RFP.**

El canon de arrendamiento sugerido es la cantidad de treinta y dos dólares con ochenta y cinco centavos ($32.85) por pie cuadrado para el edificio de Centro judicial y de diecinueve dólares con treinta centavos ($19.30) por pie cuadrado para el estacionamiento.

El canon de arrendamiento toma en consideración un edificio de trescientos cuarenta y siete mil ciento ochenta y siete (342,187.03) pies cuadrados de construcción y 324,452.55 pies cuadrados de construcción para el estacionamiento.

El tamaño del edificio y los pies cuadrados de construcción, son el resultado estricto de lo solicitado y exigido en el RFP. En otras palabras, el diseño recoge literalmente lo solicitado por la OAT.

Existen especificaciones del RFP que, a nuestro entender, podrían ser cambiadas sin afectar la obra  De querer bajar el canon del edificio, se podría

revisar estos requisitos del RFP para generar ahorros. En su momento, una vez adjudicada la subasta, estaríamos dispuestos a hacerlo, mediante una negociación.

Al cumplirse los diez (10) años de arrendamiento, las partes renegociaran un aumento en el canon de arrendamiento que no excederá un diez porciento (10%). Al cumplirse los veinte (20) años de arrendamiento, las partes renegociaran un aumento en el canon de arrendamiento que no excederá otro diez porciento (10%.).

El canon de arrendamiento aquí acordado aplicará y permanecerá inalterado durante cada periodo de diez (10) años, salvo por ajustes en la partida del componente operacional debido a aumentos en salarios mínimo federal y/o cualquier legislación municipal, estatal o federal

Dicho canon incluye:

1.  El costo de los seguros del edificio.

2.  La contribución sobre la propiedad en base al primer recibo que se emita a los efectos, cualquier aumento le corresponderá a la Oficina de la Administración de los Tribunales.

3.  El mantenimiento de las áreas públicas y del edificio según se expresa en la propuesta.

Agradecemos a la Oficina de Administración de los Tribunales la oportunidad de presentar la Propuesta y esperamos trabajar unidos para el bien del proyecto, del Distrito Judicial de Caguas y de la Rama Judicial.

En Guaynabo, Puerto Rico, a 26 de marzo de 2007.

Ramhil Developers, Inc.

Por: _____
Hilda Rodríguez Forteza
Presidenta