



GENERAL SITEPLAN - SC. 1:500

AS-02

PROJECT: CENTRO JUDICIAL DE CAGUAS
CARR. PR# 189
CAGUAS, P.R.

OWNER: RAMHIL DEVELOPEMNT CORP.
FAJARDO, P.R.

GENERAL GROUND LEVEL FLOOR PLAN

architek
PROFESSIONAL SERVICES CORPORATION
JORGE L. BECERRA, ARCHITECT

A-101

SCALE: 1/16"=1'-0"

REVISIONS

GENERAL FLOOR PLAN NOTES:
FOR EMERGENCY STAIR DETAILS SEE DWGS. A-430 & A-431
FOR REST ROOMS DETAIL SEE DWGS. A-420 TO A-424
FOR COURT ROOMS DETAILS SEE DWGS. A-401 & A-405
FOR KITCHENETTES DETAILS SEE DWG. A-410
FOR COUNTERS & INTERIOR WINDOWS SEE DWGS. A-600 TO A-603
FOR ELEVATOR DETAILS SEE DWGS. A-450 TO A-452
FOR COLUMNS ENCLOSURE'S DETAILS SEE DWG. A-610

AS BUILT DRAWINGS

key plan

architek
PROFESSIONAL SERVICES CORPORATION
JORGE L. BECERRA, ARCHITECT

CENTRO JUDICIAL DE CAGUAS

DRAWING TITLE:
PARTIAL
GROUND LEVEL
FLOOR PLAN
PART-G

SCALE: 1/8"=1'-0"

A-101g

GENERAL REVISION

RH JUN/2012