# INFRACITY

Proyecto:      Nuevo Centro Judicial de Caguas
Arrendatario:  Oficina de Administración de los Tribunales
Preparado por: Ing Rolando Mateo (Representante de Construccion)
Fecha:         11 de marzo de 2014

### Cálculo de Área Arrendada

## A. Edificio de Oficinas y Salas de Seciones

| Nivel | Área Bruta (pc) | Vestibulo Abierto | Área Neta (pc) | | Cálculo Ramhil |
|---|---|---|---|---|---|
| 1 | 82,120.6 | 0.0 | 82,120.6 | | 82,248.02 |
| 2 | 41,223.2 | -1,126.3 | 40;096.9 | | -40,059.86 |
| 3 | 41,379.9 | -1,420.4 | 39,959.5 | | · 39,910.20 |
| 4 | 41,372.2 | -1,420.4 | 39,951.8 | | 39,910.20 |
| 5 | 39,455.9 | 0.0 | 39,455.9 | | 39,458.49 |
| 6 | 37,482.1 | 0.0 | 37,482.1 | | 37,502.49 |
| 7 | 28,245.3 | 0.0 | 28,245.3 | | 28,297.67 |
| 8 | 26,090.4 | 0.0 | 26,090.4 | | 26,156.73 |
| 9 | 12,035.0 | 0.0 | 12,035.0 | | 12,077.22 |
| Total | 349,404.6 | -3,967.1 | 345,437.5 | | 345,620.88 |

Canon de Arrendamiento=     $       32.85 /pc
Pago Total Arrendamiento =  $     945,635.16  mensual

## B. Edificio de Estacionamiento

| Nivel | Ancho | Largo | Área Bruta (sft) | Escaleras Elevadores | Rampa | Cisternas | Oficinas Ramhil | Almacen Ramhil | Área Neta (sft) |
|---|---|---|---|---|---|---|---|---|---|
| 1er Nivel | 246.0 | 368.2 | 90,569.8 | 813.0 | -9,390.7 | -16,801.8 | -2,169.9 | -3,248.5 | 59,771.9 |
| Rampas | 123.0 | 279.5 | 34,378.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 34,378.5 |
| 2do Nivel | 246.0 | 368.2 | 90,569.8 | 905.3 | -34,378.5 | 0.0 | 0.0 | 0.0 | 57,096.6 |
| Rampas | 123.0 | 279.5 | 34,378.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 34,378.5 |
| 3er Nivel | 246.0 | 368.2 | 90,569.8 | 597.9 | -34,378.5 | 0.0 | 0.0 | 0.0 | 56,789.2 |
| Rampas | 123.0 | 279.5 | 34,378.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 34,378.5 |
| 4to Nivel | 246.0 | 368.2 | 90,569.8 | 597.9 | -34,378.5 | 0.0 | 0.0 | 0.0 | 56,789.2 |
| Rampas | 123.0 | 279.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 5to Nivel | 246.0 | 368.2 | 0.0 | 2,460.8 | 0.0 | 0.0 | 0.0 | 0.0 | 2,460.8 |
| Jueces | | | 14,146.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 14,146.9 |

Área Neta Total =           350,150.1   pc
Área según Contrato =       324,452.6   pc
Canon de Arrendamiento=   $    19.30 /pc
Pago Total Arrendamiento = $   521,827.85  mensual

Pago Total Arrendamiento A =   $     945,635.16
Pago Total Arrendamiento B =   $     521,827.85
Pago Total Arrendamiento =     $   1,467,463.01
Segun Contrato                 $   1,488,617.61
Diferencia                     $      21,154.60

Ing. Rolando Mateo, PE
Representante de OAT para la Construcción