

**Proyecto:** Nuevo Centro Judicial de Caguas
**Arrendatario:** Oficina de Administración de los Tribunales
**Preparado por:** Ing Rolando Mateo (Representante de Construccion)
**Fecha:** 28 de enero de 2014

## Cálculo de Área Arrendada

### Edificio de Oficinas y Salas de Seciones

DEFINICION

| Nivel | Área Bruta (pc) | Crecimiento Futuro | Vestíbulo Abierto | Área Neta (pc) |
|---|---|---|---|---|
| 1 | 82,120.6 | -960.2 | 0.0 | 81,160.4 |
| 2 | 41,122.3 | -857.9 | -1,128.3 | 39,140.6 |
| 3 | 41,379.9 | -2,234.7 | -1,420.4 | 37,724.8 |
| 4 | 41,372.6 | -548.1 | -1,420.4 | 37,724.8 |
| 5 | 39,455.9 | -1,694.9 | 0.0 | 37,761.0 |
| 6 | 39,182.3 | -1,489.6 | 0.0 | 36,708.5 |
| 7 | 28,245.3 | -2,844.4 | 0.0 | 25,400.9 |
| 8 | 26,090.4 | 0.0 | 0.0 | 26,090.4 |
| 9 | 12,035.0 | 0.0 | 0.0 | 12,035.0 |
| Total | 349,404.6 | -10,323.8 | -3,967.1 | 335,113.7 |

| OAT | Ramhil |
|---|---|
| 80,448.63 | 82,248.02 |
| 38,976.14 | 40,059.86 |
| 38,405.41 | 39,910.20 |
| 39,405.87 | 39,910.20 |
| 38,068.53 | 39,458.49 |
| 35,026.87 | 37,502.49 |
| 25,191.58 | 28,297.67 |
| 26,006.87 | 26,156.73 |
| 12,005.72 | 12,077.22 |
| 334,235.42 | 345,620.88 |

Área según Contrato = 353,165.2 pc
Diferencia = -18,051.5 pc
Canon de Arrendamiento = $ 32.85 /pc
Pago Total Arrendamiento = $ 917,373.75 mensual

### B. Edificio de Estacionamiento

| Nivel | Ancho | Largo | Área Bruta (sft) | Escaleras Elevadores | Rampa | Cisternas | Oficinas Ramhil | Almacen Ramhil | Área Neta (sft) |
|---|---|---|---|---|---|---|---|---|---|
| 1er Nivel | 246.0 | 368.2 | 90,569.8 | 813.0 | -9,390.7 | -16,801.8 | -2,169.9 | -3,248.5 | 59,771.9 |
| Rampas | 123.0 | 279.5 | 34,378.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 34,378.5 |
| 2do Nivel | 246.0 | 368.2 | 90,569.8 | 905.3 | -34,378.5 | 0.0 | 0.0 | 0.0 | 57,096.6 |
| Rampas | 123.0 | 279.5 | 34,378.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 34,378.5 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3er Nivel | 246.0 | 368.2 | 90,569.8 | 597.9 | -34,378.5 | 0.0 | 0.0 | 0.0 | 56,789.2 | |
| Rampas | 123.0 | 279.5 | 34,378.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 34,378.5 | |
| 4to Nivel | 246.0 | 368.2 | 90,569.8 | 597.9 | -34,378.5 | 0.0 | 0.0 | 0.0 | 56,789.2 | |
| Rampas | 123.0 | 279.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| 5to Nivel | 246.0 | 368.2 | 0.0 | 2,460.8 | 0.0 | 0.0 | 0.0 | 0.0 | 2,460.8 | |

Área Neta Total = 336,043.2 pc
Área según Contrato = 324,452.6 pc
Diferencia = 11,590.6 pc
Canon de Arrendamiento= $ 19.30 /pc
Pago Total Arrendamiento = $ 521,827.85 mensual

Estacionamiento de Jueces

| | Área Neta (sft) |
|---|---|
| Jueces | 14,146.9 |

Canon de Arrendamiento= $ 19.30 /pc
Pago Total Arrendamiento = $ 22,752.93 mensual

Pago Total Arrendamiento A = $ 917,373.75
Pago Total Arrendamiento B = $ 521,827.85
Pago Total Arrendamiento C = $ 22,752.93
Pago Total Arrendamiento = $ 1,461,954.54
Según Contrato $ 1,488,617.61
Diferencia $ 26,663.07