**RAMHIL DEVELOPERS, INC.**
P.O. Box 929
Fajardo, P.R. 00738
(787) 801-8401 (Tel.)
(787) 801-8402 (Fax)

## FACTURA

**Customer**
| | |
|---|---|
| Name | Sr. Andrés R. García Martinó |
| Position | Director Administración |
| Address | Directoria Administración de los Tribunales |
| | San Juan, PR 00936 |

| | |
|---|---|
| Date | 05/01/17 |
| Factura # | 2017-05 |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 14,146.9 pc | Renta Nuevo Centro Judicial de Caguas | | |
| | Canon de arrendamiento | $ 1,490,215.94 | |
| | Pago Parcial | $ 1,467,463.01 | |
| | Diferencia | $ 22,752.93 | |
| | 12/20/13 @ 12/30/13 | $ 7,584.31 | $ 22,752.93 |
| | 01/01/14 @ 05/01/17 | $ 932,870.13 | $ 22,752.93 |
| | | | $ 940,454.44 |

RECIBIDO
JUN 01 2017
FINANZAS

| | |
|---|---|
| SubTotal | $940,454.44 |
| Shipping & Handling | |
| TOTAL | $940,454.44 |

**Payment Details**
○ Cash
● Check
○ Credit Card

Sr. Andrés R. García Martinó
Director de Administración
Ofic. Administración de los Tribunales

Sr. Carlos González Morales
Secretario
Ramhil Developers, Inc.

Nota: "Bajo pena de nulidad absoluta certifico que ningún servidor público del OAT es parte ó tiene algún interés en las ganancias ó beneficios producto del contrato objeto de esta factura y de ser parte ó tener algún interés en las ganancias ó beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes ó servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados.