Estado Libre Asociado de Puerto Rico
Tribunal General de Justicia
Oficina de Administración de los Tribunales

Hon. Sonia Ivette Vélez Colón
Directora Administrativa de los Tribunales

www.ramajudicial.pr

19 de septiembre de 2012

Lic. Hilda Rodríguez Forteza
Presidenta
RAMHIL Developers, Inc.
PO Box 190573
San Juan, PR 00919-0573

Estimada licenciada Rodriguez Forteza:

La Oficina de Administración y Conservación de Locales (Locales) de la OAT le solicitó una propuesta para sustituir el sistema de alumbrado fluorescente a un sistema LED para el nuevo Centro Judicial de Caguas. Según nos informa Locales, la implantación de este sistema representaría una reducción considerable en los costos del servicio de energía eléctrica. Además, contribuye a la conservación del medio ambiente, por ser menos contaminante que el sistema tradicional.

Según la propuesta preparada por el Ing. Jorge E. Otero Mercado, el costo del sistema LED asciende a $1,058,474. El Ing. José F. Moreno Navarro, Administrador de Locales, evaluó la propuesta y la recomendó favorable.

Por lo tanto, agradeceremos nos conceda una reunión para dialogar sobre los términos para sufragar el costo de este proyecto. Usted o la persona a quien designe puede comunicarse con el Sr. William Pando Reyes, Director de Administración, para coordinar la fecha de la reunión.

Cordialmente,

*Sonia Ivette Vélez Colón*

PO Box 190917 San Juan, Puerto Rico 00919-0917   Teléfonos: (787) 641-6623 · 641-6624 – Fax (787) 766-9831