

Estado Libre Asociado de Puerto Rico
Tribunal General de Justicia
Oficina de Administración de los Tribunales

Hon. Sonia Ivette Vélez Colón
Directora Administrativa de los Tribunales

www.ramajudicial.pr

15 de febrero de 2013

Sr. Carlos González Morales
RAMHIL Developers, Inc.
PO Box 190573
San Juan, PR 00919-0573

Estimado señor González Morales:

Recibimos su comunicación del 12 de diciembre de 2012 notificando el cambio en la selección de la compañía que instalará el sistema de iluminación LED en lo que será el nuevo Centro Judicial de Caguas. Por las razones expuestas en su carta determinaron retomar la propuesta de la compañía LDA Incorporado (Cooper) a un costo de $1,058,000.00 (ver anejo).

En vista de que esta propuesta había sido previamente evaluada por la Oficina de Administración y Conservación de Locales, le autorizamos a proceder con la instalación del sistema de iluminación LED a un costo de $1,058,000.00.

Nos reiteramos en nuestra postura original de que esta cantidad será sufragada en su totalidad al recibo del *substantial completion* del proyecto.

Cordialmente,

Sonia Ivette Vélez Colón

PO Box 190917 San Juan, Puerto Rico 00919-0917 – Teléfonos: (787) 641-6623 - 641-6624 – Fax (787) 766-9831