# AIA Document G704™ – 2000

## Certificate of Substantial Completion

| PROJECT: (Name and address) | PROJECT NUMBER: | 447 | OWNER ☐ |
|---|---|---|---|
| Nuevo Centro Judicial de Caguas | CONTRACT FOR: | Centro Judicial de Caguas | ARCHITECT ☐ |
| State Road PR-189 KM.0.4 | CONTRACT DATE: | February 10, 2011 | |
| Caguas, PR 00725 | | | CONTRACTOR ☐ |
| TO OWNER: (Name and address) | TO CONTRACTOR: (Name and address) | | FIELD ☐ |
| Ramhil Devlopers, Inc. | F&R Construction Group, Inc. | | |
| PO Box 190573 | PO Box 9932 | | OTHER ☐ |
| San Juan, PR 00910-0573 | San Juan, PR 00908-9932 | | |

**PROJECT OR PORTION OF THE PROJECT DESIGNATED FOR PARTIAL OCCUPANCY OR USE SHALL INCLUDE:**

Caguas Judicial Center Building, Parking Building and Corresponding Site

The Work performed under this Contract has been reviewed and found, to the Architect's best knowledge, information and belief, to be substantially complete. Substantial Completion is the stage in the progress of the Work when the Work or designated portion is sufficiently complete in accordance with the Contract Documents so that the Owner can occupy or utilize the Work for its intended use. The date of Substantial Completion of the Project or portion designated above is the date of issuance established by this Certificate, which is also the date of commencement of applicable warranties required by the Contract Documents, except as stated below:

No exceptions

| Architek | BY Arq. Jorge Becerra | December 18, 2013 |
|---|---|---|
| ARCHITECT | | DATE OF ISSUANCE |

A list of items to be completed or corrected is attached hereto. The failure to include any items on such list does not alter the responsibility of the Contractor to complete all Work in accordance with the Contract Documents. Unless otherwise agreed to in writing, the date of commencement of warranties for items on the attached list will be the date of issuance of the final Certificate of Payment or the date of final payment.

Cost estimate of Work that is incomplete or defective: $ 0.00

The Contractor will complete or correct the Work by the list of items attached hereto within **forty five** ( 45 ) days from the above date of Substantial Completion.

| F&R Construction Group, Inc. | BY Madeline Hernandez Moreda P.E./P.M. | December 18, 2013 |
|---|---|---|
| CONTRACTOR | | DATE |

The Owner accepts the Work or designated portion as substantially complete and will assume full possession at **4:00pm** (time) on **December 18, 2013** (date).

| Ramhil Developers, Inc. | BY Mr. Carlos R. González | DATE |
|---|---|---|
| OWNER | | |

The responsibilities of the Owner and Contractor for security, maintenance, heat, utilities, damage to the Work and insurance shall be as follows: (Note: Owner's and Contractor's legal and insurance counsel should determine and review insurance requirements and coverage.)

F&R Construction Group - Warrantees
Owners - All Others

AIA Document G704™ – 2000. Copyright © 1963, 1978, 1992 and 2000 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. Purchasers are permitted to reproduce ten (10) copies of this document when completed. To report copyright violations of AIA Contract Documents, e-mail The American Institute of Architects' legal counsel, copyright@aia.org.




**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
MUNICIPIO AUTONOMO DE CAGUAS

OFICINA DE PERMISOS
Centro de Gobierno Municipal
Ave. José Mercado, Esq. Padial
2do. Nivel Oficina 201
PO Box 907, Caguas P.R. 00726-907

CAGUAS
Hacer el Nuevo Milenio

# PERMISO DE USO

**Propósito:** OFICINAS TRIBUNAL EN LOS NIVELES 1 @ 8, CAFETERIA EN PRIMERA PLANTA, OFICINAS EN PISO 9 - CUARTO DE SISTEMA DE ENFRIAMIENTO Y CUARTO DE GENERADORES EDIFICIO ACCESORIO DE CINCO NIVELES PARA ESTACIONAMIENTO CON OFICINAS ADMINISTRATIVAS, CASETA DE VIGILANCIA, ESTACION DE BOMBAS Y GENERADOR ELECTRICO.
**Solicitado por:** RAMHIL DEVELOPERS, INC. / "CENTRO JUDICIAL DE CAGUAS"

En conformidad con las disposiciones legales y reglamentarias, se expide el presente permiso para la pertenencia ubicada en CARR. PR 1 ESQ. PR 189 KM. 0.4 BO. PUEBLO en Caguas en un edificio de BLOQUES Y HORMIGON a nivel de PRIMERA @ NOVENA PLANTA Y EDIFICIO ACCESORIO DE CINCO NIVELES.

**SOLICITUD:** PUCC-2013-02802    **ZONA:** UC-2    **CATASTRO:** 225-025-233-03-901

**Condiciones:**

1. El Ing. JUAN ALVAREZ DELGADO con licencia 21,716 ha certificado que la construcción de la obra fue inspeccionada y que se construyó conforme a los planos aprobados bajo el caso CXP-2013-02711.
2. El señor MANUEL FRANCISCO HERNANDEZ MOREDA mediante declaración jurada número 1712 del día 11 de diciembre de 2013, juramentada ante la Lcda. ALICIA LAVERGNE RAMIREZ, ha certificado que la obra fue ejecutada de acuerdo a los planos y especificaciones del permiso de construcción aprobado número CXP-2013-02711.
3. Se autoriza la instalación de rótulo adosado a la fachada delantera con un área de 50 pies cuadrados e iluminación fija, esto según establece la Sección 29.2.2 sobre Exclusiones del Reglamento Conjunto. Este rótulo tendrá que ser inscrito en el Registro de Rótulos y Anuncios de la Oficina del Inspector General de Permisos (OIGPe) dentro del término de tres meses.
4. No se legalizan obras construidas sin permiso, ni impide acción legal a tomarse para requerir las mitigaciones.
5. Se dispone que este uso no podrá ser intensificado, ni cambiado y no se ampliará sin el permiso de esta oficina.
6. La autorización aquí emitida no tiene el propósito ni alcance de anular cualquier restricción privada (servidumbre en equidad) que resulten inconsistentes con el permiso aquí concedido. La parte que se sienta así agraviada, podrá radicar un procedimiento civil de sentencia declaratoria e "injunction" en el Tribunal de Primera Instancia con competencia.
7. Esta actividad será operada en forma ordenada.
8. En la operación de este uso se evitarán los ruidos o vibraciones que pueden ser ofensivos a la tranquilidad de los vecinos. De no corregirse adecuadamente estos perjuicios, este permiso será cancelado.
9. Deberá cumplir con las disposiciones del Código de orden de la Ciudad Criolla.
10. Se cumplirá en todo momento con los requisitos del Departamento de Salud Ambiental y del Cuerpo de Bomberos de Puerto Rico.
11. No se autoriza el estacionamiento vehicular sobre aceras, áreas de siembra y vías públicas. Deberá cumplir con los requerimientos para estacionamiento de vehículos según establece en el Capítulo VI del Reglamento de Ordenación del Municipio Autónomo de Caguas de 1998.
12. El cumplir con los requerimientos de la Oficina de Permisos (ODP) no exime a cualquier parte que solicite un permiso o autorización de la ODP de cumplir con los requisitos de las leyes Federales "American with Disabilities Act" y su reglamentación correspondiente.
13. Deberá cumplir con las recomendaciones que dispone Revisión Ambiental.
14. Este Permiso de Uso deberá estar ubicado en un lugar visible al público.

Ing. Milagros Caibrio Vega    20 de diciembre de 2013    Elida A. Palacios Velázquez
Autorizado por:                                          Expedido por:
                              Fecha Expedido:            4689

Este documento no es válido sin el sello