**RAMHIL DEVELOPERS, INC.**
P.O. Box 929
Fajardo, P.R. 00738
(787) 801-8401 (Tel.)
(787) 801-8402 (Fax)

# FACTURA

**Customer**
| | |
|---|---|
| Name | Sr. Andrés R. García Martinó |
| Position | Director Administración |
| Address | Directoria Administración de lo Tribunales |
| | San Juan, PR 00936 |

| | |
|---|---|
| Date | 05/01/18 |
| Factura # | Led-2018-5 |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 5,698.00 | Instalación de luminarias Led y High Induction | | $ 1,058,000.00 |

**Payment Details**
○ Cash
● Check
○ Credit Card

| | |
|---|---|
| SubTotal | $1,058,000.00 |
| Shipping & Handling | |
| TOTAL | $1,058,000.00 |

Sr. Andrés R. García Martinó
Director Administracion
Ofic. Administración de los Tribunales

Sr. Carlos R. González Morales
Secretario
Ramhil Developers, Inc.

Nota: "Bajo pena de nulidad absoluta certifico que ningún servidor público del OAT es parte ó tiene algún interés en las ganancias ó beneficios producto del contrato objeto de esta factura y de ser parte ó tener algún interés en las ganancias ó beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes ó servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados.