# AIA Document G701™ – 2001

## Change Order

| | |
|---|---|
| **PROJECT:** (Name and address)<br>Centro Judicial de Caguas<br>Carr PR-1, Int. Carr 189<br>Km 0.4, Bo Bairoa, Caguas | **CHANGE ORDER NUMBER:** 13<br>**DATE:** 12-Apr-13 |
| **TO CONTRACTOR:** (Name and address)<br>F&R Construction Group, Inc.<br>PO Box 9932<br>San Juan, PR 00908-9932 | **ARCHITECT'S PROJECT NUMBER:** 447<br>**CONTRACT DATE:** 10-Feb-11<br>**CONTRACT FOR:** Centro Judicial Caguas |

OWNER ☐
ARCHITECT ☐
CONTRACTOR ☐
FIELD ☐
OTHER ☐

The Contract is changed as follows:
*(Include, where applicable, any undisputed amount attributable to previously executed Construction Change Directives.)*

To charge for changes to work and additional finishes required
by O.A.T: as per annexed detail items A thru V.

| | | |
|---|---|---|
| Total | $ | 49,723.05 |
| Insurance 2.05% | $ | 1,026.70 |
| O.H. Profit 10% | $ | 5,110.98 |
| Total L.S. | $ | 55,860.73 |

| | | |
|---|---|---|
| The original (Contract Sum) (Guaranteed Maximum Price) was | $ | 94,997,000.00 |
| The net change by previously authorized Change Orders | $ | 1,181,912.07 |
| The (Contract Sum) (Guaranteed Maximum Price) prior to this Change Order was | $ | 96,178,912.07 |
| The (Contract Sum) (Guaranteed Maximum Price) will be (increased) (decreased) (unchanged) by this Change Order in the amount of | $ | 55,860.73 |
| The new (Contract Sum) (Guaranteed Maximum Price), including this Change Order, will be | $ | 96,234,772.80 |

The Contract Time will be (increased) (decreased) (unchanged) by zero ( 0 ) days.
The date of Substantial Completion as of the date of this Change Order, therefore, is

NOTE: This Change Order does not include changes in the Contract Sum, Contract Time or Guaranteed Maximum Price that have been authorized by Construction Change Directive until the cost and time have been agreed upon by both the Owner and Contractor, in which case a Change Order is executed to supersede the Construction Change Directive.

**NOT VALID UNTIL SIGNED BY THE ARCHITECT, CONTRACTOR AND OWNER.**

| Architek  J.M.A. & M.G.M. | F&R Construction Group, Inc. | Ramhil Developers, Inc. |
|---|---|---|
| ARCHITECT (Firm name)<br>PO Box 1920168  Calle Las Marias #212 | CONTRACTOR (Firm name) | OWNER (Firm name) |
| San Juan, PR 00910  San Juan, P.R. 00927 | PO Box 9932, San Juan, PR 00908 | PO Box 190579, San Juan, PR 00919 |
| ADDRESS | ADDRESS | ADDRESS |
| BY (Signature) | BY (Signature) | BY (Signature) |
| Arq. Jorge Beserra  Manuel Gonzalez / Juan Alvarez<br>(Typed name) | Manuel Hernandez Moreda, PE<br>(Typed name) | Lic. Hilda Rodriguez<br>(Typed name) |
| Mayo 21-2013<br>DATE | 12/15/13<br>DATE | DATE |

CAUTION: You should sign an original AIA Contract Document, on which this text appears in RED. An original assures that changes will not be obscured.

AIA Document G701™ – 2001. Copyright © 1979, 1987, 2000 and 2001 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. Purchasers are permitted to reproduce ten (10) copies of this document when completed. To report copyright violations of AIA Contract Documents, e-mail The American Institute of Architects' legal counsel, copyright@aia.org.



Estado Libre Asociado de Puerto Rico
Tribunal General de Justicia
Oficina de Administración de los Tribunales

Hon. Sonia Ivette Vélez Colón
Directora Administrativa de los Tribunales

15 de mayo de 2013

Lcda. Hilda Rodríguez Forteza
Presidenta
RAMHIL Developers, Inc.
PO Box 190573
San Juan, PR 00919-0573

Estimada licenciada Rodríguez Forteza:

**Re: Nuevo Centro Judicial de Caguas**

Como parte del proceso de habilitación del proyecto de referencia, se identificó la necesidad de realizar varios cambios. Los mismos fueron evaluados, por lo cual le autorizamos a llevarlos a cabo a un costo adicional de $55,714.68 (ver anejos).

Cordialmente,

Sonia Ivette Vélez Colón

PO Box 190917 San Juan, Puerto Rico 00919-0917 – Teléfonos: (787) 641-6623 · 641-6624 – Fax (787) 766-9831

# AIA® Document G701™ – 2001

## Change Order

**PROJECT:** *(Name and address)*
Centro Judicial de Caguas
Carr PR-1, Int. Carr 189
Km 0.4, Bo Bairoa, Caguas

**CHANGE ORDER NUMBER:** 21
**DATE:** 18-Jun-13

**OWNER** ☐
**ARCHITECT** ☐
**CONTRACTOR** ☐
**FIELD** ☐
**OTHER** ☐

**TO CONTRACTOR:** *(Name and address)*
F&R Construction Group, Inc.
PO Box 9932
San Juan, PR 00908-9932

**ARCHITECT'S PROJECT NUMBER:** 447
**CONTRACT DATE:** 10-Feb-11
**CONTRACT FOR:** Centro Judicial Caguas

The Contract is changed as follows:
*(Include, where applicable, any undisputed amount attributable to previously executed Construction Change Directives.)*

To charge for changes requested by O.A.T. at Court Rooms to relocate furniture as per Claim No. 24 Rev. No. 1.

Total L.S. $ 27,423.90

| | |
|---|---:|
| The original (Contract Sum) ~~(Guaranteed Maximum Price)~~ was | $ 94,997,000.00 |
| The net change by previously authorized Change Orders | $ 1,361,248.86 ✓ |
| The (Contract Sum) ~~(Guaranteed Maximum Price)~~ prior to this Change Order was | $ 96,358,248.86 |
| The (Contract Sum) ~~(Guaranteed Maximum Price)~~ will be (increased) ~~(decreased)(unchanged)~~ by this Change Order in the amount of | $ 27,423.90 ✓ |
| The new (Contract Sum) ~~(Guaranteed Maximum Price)~~, including this Change Order, will be | $ 96,385,672.76 |

The Contract Time will be ~~(increased)(decreased)~~ (unchanged) by zero ( 0 ) days.
The date of Substantial Completion as of the date of this Change Order, therefore, is

NOTE: This Change Order does not include changes in the Contract Sum, Contract Time or Guaranteed Maximum Price that have been authorized by Construction Change Directive until the cost and time have been agreed upon by both the Owner and Contractor, in which case a Change Order is executed to supersede the Construction Change Directive.

**NOT VALID UNTIL SIGNED BY THE ARCHITECT, CONTRACTOR AND OWNER.**

| Architek   J.M.A. & M.G.M. | F&R Construction Group, Inc. | Ramhil Developers, Inc. |
|---|---|---|
| ARCHITECT *(Firm name)* | CONTRACTOR *(Firm name)* | OWNER *(Firm name)* |
| PO Box 1920168   Calle Las Marias #212 | PO Box 9932, San Juan, PR 00908 | PO Box 190679, San Juan, PR 00919 |
| San Juan, PR 00910   San Juan, P.R. 00927 | | |
| ADDRESS | ADDRESS | ADDRESS |
| BY *(Signature)* | BY *(Signature)* | BY *(Signature)* |
| Arq. Jorge Becerra / Manuel González / Juan Alvarez | Manuel Hernandez Moreda, PE | Lic. Hilda Rodriguez |
| *(Typed name)* | *(Typed name)* | *(Typed name)* |
| Junio 25-2013 | VI/18/13 | 6/25/13 |
| DATE | DATE | DATE |

CAUTION: You should sign an original AIA Contract Document, on which this text appears in RED. An original assures that changes will not be obscured.

AIA Document G701™ – 2001. Copyright © 1979, 1987, 2000 and 2001 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. Purchasers are permitted to reproduce ten (10) copies of this document when completed. To report copyright violations of AIA Contract Documents, e-mail The American Institute of Architects' legal counsel, copyright@aia.org.



Estado Libre Asociado de Puerto Rico
Tribunal General de Justicia
Oficina de Administración de los Tribunales

Hon. Sonia Ivette Vélez Colón
Directora Administrativa de los Tribunales

www.ramajudicial.pr

24 de junio de 2013

Lcda. Hilda Rodríguez Forteza
Presidenta
Ramhil Developers, Inc.
PO Box 190573
San Juan, PR 00919-0573

Estimada licenciada Rodríguez:

Recibimos el estimado de costos del 14 de mayo de 2013 por la relocalización de podios en las Salas Criminales, así como la relocalización del cajón de testigos y mesas de abogados en todos los Salones de Sesiones. Luego de una revisión, el costo asciende a $27,423.90.

El documento fue evaluado y recomendado favorablemente. Por lo tanto, le autorizamos a llevar a cabo los cambios antes mencionados a un costo de $27,423.90.

Cordialmente,

Sonia Ivette Vélez Colón

PO Box 190917 San Juan, Puerto Rico 00919-0917 – Teléfonos: (787) 641-6623 - 641-6624 – Fax (787) 766-9831

# AIA® Document G701™ – 2001

## Change Order

| | | |
|---|---|---|
| **PROJECT:** *(Name and address)*<br>Centro Judicial de Caguas<br>Carr PR-1, Int. Carr 189<br>Km 0.4, Bo Bairoa, Caguas | **CHANGE ORDER NUMBER:** 30<br>**DATE:** 26-Aug-13 | OWNER ☐<br>ARCHITECT ☐<br>CONTRACTOR ☐ |
| **TO CONTRACTOR:** *(Name and address)*<br>F&R Construction Group, Inc.<br>PO Box 9932<br>San Juan, PR 00908-9932 | **ARCHITECT'S PROJECT NUMBER:** 447<br>**CONTRACT DATE:** 10-Feb-11<br>**CONTRACT FOR:** Centro Judicial Caguas | FIELD ☐<br>OTHER ☐ |

The Contract is changed as follows:
*(Include, where applicable, any undisputed amount attributable to previously executed Construction Change Directives.)*

To charge for three (3) assign receptacles at Gym required by OAT as requested by owner.

| | |
|---|---:|
| The original (Contract Sum) (Guaranteed Maximum Price) was | $ 94,997,000.00 |
| The net change by previously authorized Change Orders | $ 1,835,264.24 |
| The (Contract Sum) (Guaranteed Maximum Price) prior to this Change Order was | $ 96,832,264.24 |
| The (Contract Sum) (Guaranteed Maximum Price) will be (increased) (decreased) (unchanged) by this Change Order in the amount of | $ 3,030.89 |
| The new (Contract Sum) (Guaranteed Maximum Price), including this Change Order, will be | $ 96,835,295.13 |

The Contract Time will be (increased) (decreased) (unchanged) by zero ( 0 ) days.
The date of Substantial Completion as of the date of this Change Order, therefore, is

NOTE: This Change Order does not include changes in the Contract Sum, Contract Time or Guaranteed Maximum Price that have been authorized by Construction Change Directive until the cost and time have been agreed upon by both the Owner and Contractor, in which case a Change Order is executed to supersede the Construction Change Directive.

**NOT VALID UNTIL SIGNED BY THE ARCHITECT, CONTRACTOR AND OWNER.**

| Architek<br>J.M.A. & M.G.M. | F&R Construction Group, Inc. | Ramhil Developers, Inc. |
|---|---|---|
| ARCHITECT *(Firm name)*<br>PO Box 1920168  Calle Las Marias #212<br>San Juan, PR 00910  San Juan, P.R. 00927<br>ADDRESS | CONTRACTOR *(Firm name)*<br>PO Box 9932/San Juan, PR 00908<br>ADDRESS | OWNER *(Firm name)*<br>PO Box 190579, San Juan, PR 00919<br>ADDRESS |
| BY *(Signature)*<br>Arq. Jorge Beserra  Manuel Gonzalez / Juan Alvarez<br>*(Typed name)*<br>Oct. 29-2013<br>DATE | BY *(Signature)*<br>Manuel Hernandez Moreda, PE<br>*(Typed name)*<br>VIII/26/13<br>DATE | BY *(Signature)*<br>Lic. Hilda Rodriguez<br>*(Typed name)*<br>10-29-13<br>DATE |

CAUTION: You should sign an original AIA Contract Document, on which this text appears in RED. An original assures that changes will not be obscured.

AIA Document G701™ – 2001. Copyright © 1979, 1987, 2000 and 2001 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. Purchasers are permitted to reproduce ten (10) copies of this document when completed. To report copyright violations, e-mail The American Institute of Architects' legal counsel, copyright@aia.org.



Commonwealth of Puerto Rico
General Court of Justice
Office of Courts Administration

**Hon. Sonia Ivette Vélez Colón**
Administrative Director of the Courts

www.tribunalpr.org

12 de agosto de 2013

Lcda. Hilda Rodríguez Forteza
Presidenta
Ramhil Developers, Inc.
PO Box 190573
San Juan, PR 00919-0573

Estimada licenciada Rodríguez:

Recibimos el estimado de costos enviado para la instalación de 3 receptáculos dedicados en lo que será el gimnasio del proyecto del Nuevo Centro Judicial de Caguas. El costo asciende a $3,047.33.

El documento fue evaluado y recomendado favorablemente. Por lo tanto, le autorizamos a llevar a cabo el cambio antes mencionados a un costo de $3,047.33.

Cordialmente,

*[signature]*
Sonia Ivette Vélez Colón

PO Box 190917 San Juan, Puerto Rico 00919-0917 – Phones: (787) 641-6623 - 641-6624 – Fax (787) 766-9831

# AIA® Document G701™ – 2001

## Change Order

**PROJECT:** *(Name and address)*
Centro Judicial de Caguas
Carr PR-1, Int. Carr 189
Km 0.4, Bo Bairoa, Caguas

**TO CONTRACTOR:** *(Name and address)*
F&R Construction Group, Inc.
PO Box 9932
San Juan, PR 00908-9932

**CHANGE ORDER NUMBER:** 24
**DATE:** 25-Jun-13
**ARCHITECT'S PROJECT NUMBER:** 447
**CONTRACT DATE:** 10-Feb-11
**CONTRACT FOR:** Centro Judicial Caguas

OWNER ☐
ARCHITECT ☐
CONTRACTOR ☐
FIELD ☐
OTHER ☐

The Contract is changed as follows:
*(Include, where applicable, any undisputed amount attributable to previously executed Construction Change Directives.)*

To charge new glass openings at Family / Minors courts as required by O.A.T. and approved by owner on Claim no. 31.

Total L.S. $ 23,692.54

| | |
|---|---|
| The original (Contract Sum) ~~(Guaranteed Maximum Price)~~ was | $ 94,997,000.00 |
| The net change by previously authorized Change Orders | $ 1,398,172.90 |
| The (Contract Sum) ~~(Guaranteed Maximum Price)~~ prior to this Change Order was | $ 96,395,172.90 |
| The (Contract Sum) ~~(Guaranteed Maximum Price)~~ will be (increased) ~~(decreased)~~ ~~(unchanged)~~ by this Change Order in the amount of | $ 23,692.54 |
| The new (Contract Sum) ~~(Guaranteed Maximum Price)~~, including this Change Order, will be | $ 96,418,865.44 |

The Contract Time will be ~~(increased)~~ ~~(decreased)~~ (unchanged) by **zero** ( 0 ) days.
The date of Substantial Completion as of the date of this Change Order, therefore, is

*NOTE: This Change Order does not include changes in the Contract Sum, Contract Time or Guaranteed Maximum Price that have been authorized by Construction Change Directive until the cost and time have been agreed upon by both the Owner and Contractor, in which case a Change Order is executed to supersede the Construction Change Directive.*

**NOT VALID UNTIL SIGNED BY THE ARCHITECT, CONTRACTOR AND OWNER.**

| Architek I.M.A. & M.G.M. | F&R Construction Group, Inc. | Ramhil Developers, Inc. |
|---|---|---|
| ARCHITECT *(Firm name)* | CONTRACTOR *(Firm name)* | OWNER *(Firm name)* |
| PO Box 1920168  Calle Las Marias #212 | PO Box 9932 San Juan, PR 00908 | PO Box 190579, San Juan, PR 00919 |
| San Juan, PR 00910  San Juan, P.R. 00927 | | |
| ADDRESS | ADDRESS | ADDRESS |
| BY *(Signature)* | BY *(Signature)* | BY *(Signature)* |
| Arq. Jorge Beserra  Manuel Gonzalez / Juan Alvarez | Manuel Hernandez Moreda, PE | Lic. Hilda Rodriguez |
| *(Typed name)* | *(Typed name)* | *(Typed name)* |
| Julio 2-2013 | 01/25/13 | 7-2-13 |
| DATE | DATE | DATE |

CAUTION: You should sign an original AIA Contract Document, on which this text appears in RED. An original assures that changes will not be obscured.

AIA Document G701™ – 2001. Copyright © 1979, 1987, 2000 and 2001 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. Purchasers are permitted to reproduce ten (10) copies of this document when completed. To report copyright violations of AIA Contract Documents, e-mail The American Institute of Architects' legal counsel, copyright@aia.org.



Estado Libre Asociado de Puerto Rico
Tribunal General de Justicia
Oficina de Administración de los Tribunales

Hon. Sonia Ivette Vélez Colón
Directora Administrativa de los Tribunales

www.ramajudicial.pr

21 de junio de 2013

Lcda. Hilda Rodríguez Forteza
Presidenta
RAMHIL Developers, Inc.
PO Box 190573
San Juan, PR 00919-0573

Estimada licenciada Rodríguez Forteza:

**Re: Nuevo Centro Judicial de Caguas**

Recibimos su estimado de costos del 3 de junio de 2013 por $23,692.54 por la instalación de cristales en las Salas de Familia y Menores del Centro Judicial de referencia. Hemos evaluado su recomendación y la acogemos favorablemente.

Por lo tanto, le autorizamos a proceder con el cambio antes mencionado, según lo establecido en esta comunicación.

Cordialmente,

Sonia Ivette Vélez Colón

PO Box 190917 San Juan, Puerto Rico 00919-0917 – Teléfonos: (787) 641-6623 - 641-6624 – Fax (787) 766-9831

# ▲IA® Document G701™ – 2001

## Change Order

| | | |
|---|---|---|
| **PROJECT:** *(Name and address)*<br>Centro Judicial de Caguas<br>Carr PR-1, Int. Carr 189<br>Km 0.4, Bo Bairoa, Caguas | **CHANGE ORDER NUMBER:** 20<br>**DATE:** 18-Jun-13 | OWNER ☐<br>ARCHITECT ☐ |
| **TO CONTRACTOR:** *(Name and address)*<br>F&R Construction Group, Inc.<br>PO Box 9932<br>San Juan, PR 00908-9932 | **ARCHITECT'S PROJECT NUMBER:** 447<br>**CONTRACT DATE:** 10-Feb-11<br>**CONTRACT FOR:** Centro Judicial Caguas | CONTRACTOR ☐<br>FIELD ☐<br>OTHER ☐ |

The Contract is changed as follows:
*(Include, where applicable, any undisputed amount attributable to previously executed Construction Change Directives.)*

To charge for one additional Light Fixture at nine (9) rooms as requested by O.A.T. as per Claim No. 36.

Total L.S. $ 1,967.80

| | |
|---|---:|
| The original (Contract Sum) (~~Guaranteed Maximum Price~~) was | $ 94,997,000.00 |
| The net change by previously authorized Change Orders | $ 1,359,281.06 |
| The (Contract Sum) (~~Guaranteed Maximum Price~~) prior to this Change Order was | $ 96,356,281.06 |
| The (Contract Sum) (~~Guaranteed Maximum Price~~) will be (increased) (~~decreased~~)(~~unchanged~~) by this Change Order in the amount of | $ 1,967.80 |
| The new (Contract Sum) (~~Guaranteed Maximum Price~~), including this Change Order, will be | $ 96,358,248.86 |

The Contract Time will be (~~increased~~) (~~decreased~~) (unchanged) by **zero**   ( 0) days.
The date of Substantial Completion as of the date of this Change Order, therefore, is

NOTE: This Change Order does not include changes in the Contract Sum, Contract Time or Guaranteed Maximum Price that have been authorized by Construction Change Directive until the cost and time have been agreed upon by both the Owner and Contractor, in which case a Change Order is executed to supersede the Construction Change Directive.

**NOT VALID UNTIL SIGNED BY THE ARCHITECT, CONTRACTOR AND OWNER.**

| Architek  J.M.A. & M.G.M. | F&R Construction Group, Inc. | Ramhil Developers, Inc. |
|---|---|---|
| ARCHITECT *(Firm name)* | CONTRACTOR *(Firm name)* | OWNER *(Firm name)* |
| PO Box 1920168  Calle Las Marias #212 | PO Box 9932, San Juan, PR 00908 | PO Box 190579, San Juan, PR 00919 |
| San Juan, PR 00910 / San Juan, P.R. 00927 | | |
| ADDRESS | ADDRESS | ADDRESS |
| BY *(Signature)* | BY *(Signature)* | BY *(Signature)* |
| Arq. Jorge Beserra  Manuel González / Juan Alvarez | Manuel Hernández Moreda, PE | Lic. Hilda Rodriguez |
| *(Typed name)* | *(Typed name)* | *(Typed name)* |
| 6-25-13 | 6/18/13 | 6/25/13 |
| DATE | DATE | DATE |

CAUTION: You should sign an original AIA Contract Document, on which this text appears in RED. An original assures that changes will not be obscured.

AIA Document G701™ – 2001. Copyright © 1979, 1987, 2000 and 2001 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. Purchasers are permitted to reproduce ten (10) copies of this document when completed. To report copyright violations of AIA Contract Documents, e-mail The American Institute of Architects' legal counsel, copyright@aia.org.   010711ACD44

*Estado Libre Asociado de Puerto Rico*
*Tribunal General de Justicia*
*Oficina de Administración de los Tribunales*
San Juan, Puerto Rico

677 Calle César González
P.O. Box 190917
San Juan, Puerto Rico 00919-0917

William Pando Reyes
Directoría de Administración

www.ramajudicial.pr

18 de junio de 2013

Lcda. Hilda Rodríguez Forteza
Presidenta
Ramhil Developers, Inc.
PO Box 190573
San Juan, PR 00919-0573

Estimada licenciada Rodríguez:

Re: Lámparas Cuartos Servidores – Nuevo Centro Judicial de Caguas

Hemos revisado el estimado de costos enviado para instalar lámparas adicionales en los cuartos de servidores del edificio de referencia. Le autorizamos a realizar el cambio correspondiente a un costo de $1,967.80.

Cordialmente,

William Pando Reyes

csl

Anejos

# ▲AIA® Document G701™ – 2001

## Change Order

- No cost O.T.
- claim O.T.

| | | |
|---|---|---|
| **PROJECT:** *(Name and address)* <br> Centro Judicial de Caguas <br> Carr PR-1, Int. Carr 189 <br> Km 0.4, Bo Bairoa, Caguas | **CHANGE ORDER NUMBER:** 31 <br> **DATE:** 28-Aug-13 | OWNER ☐ <br> ARCHITECT ☐ <br> CONTRACTOR ☐ |
| **TO CONTRACTOR:** *(Name and address)* <br> F&R Construction Group, Inc. <br> PO Box 9932 <br> San Juan, PR. 00908-9932 | **ARCHITECT'S PROJECT NUMBER:** 447 <br> **CONTRACT DATE:** 10-Feb-11 <br> **CONTRACT FOR:** Centro Judicial Caguas | FIELD ☐ <br> OTHER ☐ |

The Contract is changed as follows:
*(Include, where applicable, any undisputed amount attributable to previously executed Construction Change Directives.)*

To charge for work required by OAT on Telecommunication Rev.5 & Krono System as requested by owner.

| | |
|---|---:|
| The original (Contract Sum) ~~(Guaranteed Maximum Price)~~ was | $ 94,997,000.00 |
| The net change by previously authorized Change Orders | $ 1,838,295.13 |
| The (Contract Sum) ~~(Guaranteed Maximum Price)~~ prior to this Change Order was | $ 96,835,295.13 |
| The (Contract Sum) ~~(Guaranteed Maximum Price)~~ will be (increased) ~~(decreased)~~ ~~(unchanged)~~ by this Change Order in the amount of | $ 7,168.37 |
| The new (Contract Sum) ~~(Guaranteed Maximum Price)~~, including this Change Order, will be | $ 96,842,463.50 |

The Contract Time will be ~~(increased)~~ ~~(decreased)~~ (unchanged) by zero ( 0 ) days.
The date of Substantial Completion as of the date of this Change Order, therefore, is

NOTE: This Change Order does not include changes in the Contract Sum, Contract Time or Guaranteed Maximum Price that have been authorized by Construction Change Directive until the cost and time have been agreed upon by both the Owner and Contractor, in which case a Change Order is executed to supersede the Construction Change Directive.

**NOT VALID UNTIL SIGNED BY THE ARCHITECT, CONTRACTOR AND OWNER.**

| Architek J.M.A. & M.G.M. | F&R Construction Group, Inc. | Ramhil Developers, Inc. |
|---|---|---|
| **ARCHITECT** *(Firm name)* | **CONTRACTOR** *(Firm name)* | **OWNER** *(Firm name)* |
| PO Box 1920168 Calle Las Marias #212 <br> San Juan, PR 00910 San Juan, P.R. 00927 | PO Box 9932, San Juan, PR 00908 | PO Box 190579, San Juan, PR 00919 |
| **ADDRESS** | **ADDRESS** | **ADDRESS** |
| BY *(Signature)* | BY *(Signature)* | BY *(Signature)* |
| Arq. Jorge Beserra Manuel Gonzalez / Juan Alvarez | Manuel Hernandez Moreda, PE | Lic. Hilda Rodriguez |
| *(Typed name)* | *(Typed name)* | *(Typed name)* |
| Oct. 29-2013 | 8/28/13 | 10-29-13 |
| **DATE** | **DATE** | **DATE** |

CAUTION: You should sign an original AIA Contract Document, on which this text appears in RED. An original assures that changes will not be obscured.

AIA Document G701™ – 2001. Copyright © 1979, 1987, 2000 and 2001 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. Purchasers are permitted to reproduce ten (10) copies of this document when completed. To report copyright violations of AIA Contract Documents, e-mail The American Institute of Architects' legal counsel, copyright@aia.org.



Commonwealth of Puerto Rico
General Court of Justice
Office of Courts Administration

Hon. Sonia Ivette Vélez Colón
Administrative Director of the Courts

www.tribunalpr.org

12 de agosto de 2013

Lcda. Hilda Rodríguez Forteza
Presidenta
Ramhil Developers, Inc.
PO Box 190573
San Juan, PR 00919-0573

Estimada licenciada Rodríguez:

Recibimos el estimado de costos enviado para la realización de varios cambios solicitados en los planos de telecomunicaciones del proyecto del Nuevo Centro Judicial de Caguas. Los cambios incluyen la instalación de ductos, relojes ponchadores, cajas de data adicionales y cajas para televisores adicionales. El costo asciende a $7,155.28.

El documento fue evaluado y recomendado favorablemente. Por lo tanto, le autorizamos a llevar a cabo los cambios antes mencionados a un costo de $7,155.28.

Cordialmente,

Sonia Ivette Vélez Colón

PO Box 190917 San Juan, Puerto Rico 00919-0917 – Phones: (787) 641-6623 - 641-6624 – Fax (787) 766-9831

# ▲AIA® Document G701™ – 2001

## Change Order

| | |
|---|---|
| PROJECT: *(Name and address)* <br> Centro Judicial de Caguas <br> Carr PR-1, Int. Carr 189 <br> Km 0.4, Bo Bairoa, Caguas | CHANGE ORDER NUMBER: 26 <br> DATE: 8-Jul-13 |
| TO CONTRACTOR: *(Name and address)* <br> F&R Construction Group, Inc. <br> PO Box 9932 <br> San Juan, PR 00908-9932 | ARCHITECT'S PROJECT NUMBER: 447 <br> CONTRACT DATE: 10-Feb-11 <br> CONTRACT FOR: Centro Judicial Caguas |

OWNER ☐
ARCHITECT ☐
CONTRACTOR ☐
FIELD ☐
OTHER ☐

The Contract is changed as follows:
*(Include, where applicable, any undisputed amount attributable to previously executed Construction Change Directives.)*

To charge for additional wood work for mixer equipment as per detail "A" requested by OAT and approved by owner.

Total 30 ea. @ $40.00 = $ 1,200.00

| | |
|---|---:|
| The original (Contract Sum) ~~(Guaranteed Maximum Price)~~ was | $ 94,997,000.00 |
| The net change by previously authorized Change Orders | $ 1,645,865.44 |
| The (Contract Sum) ~~(Guaranteed Maximum Price)~~ prior to this Change Order was | $ 96,642,865.44 |
| The (Contract Sum) ~~(Guaranteed Maximum Price)~~ will be (increased) ~~(decreased)~~ ~~(unchanged)~~ by this Change Order in the amount of | $ 1,200.00 |
| The new (Contract Sum) ~~(Guaranteed Maximum Price)~~, including this Change Order, will be | $ 96,644,065.44 |

The Contract Time will be ~~(increased)~~ ~~(decreased)~~ (unchanged) by zero ( 0 ) days.
The date of Substantial Completion as of the date of this Change Order, therefore, is

NOTE: This Change Order does not include changes in the Contract Sum, Contract Time or Guaranteed Maximum Price that have been authorized by Construction Change Directive until the cost and time have been agreed upon by both the Owner and Contractor, in which case a Change Order is executed to supersede the Construction Change Directive.

NOT VALID UNTIL SIGNED BY THE ARCHITECT, CONTRACTOR AND OWNER.

| Architek J.M.A. & M.G.M. | F&R Construction Group, Inc. | Ramhil Developers, Inc. |
|---|---|---|
| ARCHITECT *(Firm name)* | CONTRACTOR *(Firm name)* | OWNER *(Firm name)* |
| PO Box 1920168   Calle Las Marias #212 | | |
| San Juan, PR 00910   San Juan, P.R. 00927 | PO Box 9932, San Juan, PR 00908 | PO Box 10919, San Juan, PR 00919 |
| ADDRESS | ADDRESS | ADDRESS |
| BY *(Signature)* | BY *(Signature)* | BY *(Signature)* |
| Arq. Jorge Beserra / Manuel Gonzalez / Juan Alvarez | Manuel Hernandez Moreda, PE | Lic. Hilda Rodriguez |
| *(Typed name)* | *(Typed name)* | *(Typed name)* |
| Julio 9-2013 | 01/8/13 | 8/30/13 |
| DATE | DATE | DATE |

CAUTION: You should sign an original AIA Contract Document, on which this text appears in RED. An original assures that changes will not be obscured.

AIA Document G701™ – 2001. Copyright © 1979, 1987, 2000 and 2001 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. Purchasers are permitted to reproduce ten (10) copies of this document when completed. To report copyright violations of AIA Contract Documents, e-mail The American Institute of Architects' legal counsel, copyright@aia.org.

**Commonwealth of Puerto Rico**
**General Court of Justice**
**Office of Courts Administration**

Hon. Sonia Ivette Vélez Colón
Administrative Director of the Courts

www.tribunalpr.org

12 de agosto de 2013

Lcda. Hilda Rodríguez Forteza
Presidenta
Ramhil Developers, Inc.
PO Box 190573
San Juan, PR 00919-0573

Estimada licenciada Rodríguez:

Recibimos el estimado de costos enviado para la instalación de una tablilla en el mueble de *stenographer*. Este cambio se realizará en 30 muebles del proyecto del Nuevo Centro Judicial de Caguas. El costo asciende a $1,200.

El documento fue evaluado y recomendado favorablemente. Por lo tanto, le autorizamos a llevar a cabo el cambio antes mencionados a un costo de $1,200.

Cordialmente,

Sonia Ivette Vélez Colón

PO Box 190917 San Juan, Puerto Rico 00919-0917 – Phones: (787) 641-6623 - 641-6624 – Fax (787) 766-9831

# AIA® Document G701™ – 2001

## Change Order

| | | |
|---|---|---|
| **PROJECT:** *(Name and address)*<br>Centro Judicial de Caguas<br>Carr PR-1, Int. Carr 189<br>Km 0.4, Bo Bairoa, Caguas | **CHANGE ORDER NUMBER:** 36<br>**DATE:** 27-Dec-13 | OWNER ☐<br>ARCHITECT ☐<br>CONTRACTOR ☐ |
| **TO CONTRACTOR:** *(Name and address)*<br>F&R Construction Group, Inc.<br>PO Box 9932<br>San Juan, PR 00908-9932 | **ARCHITECT'S PROJECT NUMBER:** 447<br>**CONTRACT DATE:** 10-Feb-11<br>**CONTRACT FOR:** Centro Judicial Caguas | FIELD ☐<br>OTHER ☐ |

The Contract is changed as follows:
*(Include, where applicable, any undisputed amount attributable to previously executed Construction Change Directives.)*

To charge for new sink at New Janitor Room in Lawyer Office LEG-312 and replacement of cable tray for 6ea EMT conduits at the Atrium Area.

| | | |
|---|---|---|
| Claim #50 Rev. #1 | $ | 1,715.17 |
| Claim #43 Rev. #1 | $ | 2,748.93 |
| Total | $ | 4,464.10 |

| | |
|---|---:|
| The original (Contract Sum) (~~Guaranteed Maximum Price~~) was | $ 94,997,000.00 |
| The net change by previously authorized Change Orders | $ 1,868,646.29 |
| The (Contract Sum) (~~Guaranteed Maximum Price~~) prior to this Change Order was | $ 96,865,646.29 |
| The (Contract Sum) (~~Guaranteed Maximum Price~~) will be (increased) (~~decreased~~) (~~unchanged~~) by this Change Order in the amount of | $ 4,464.10 |
| The new (Contract Sum) (~~Guaranteed Maximum Price~~), including this Change Order, will be | $ 96,870,110.39 |

The Contract Time will be (~~increased~~) (~~decreased~~) (unchanged) by    zero    ( 0 ) days.
The date of Substantial Completion as of the date of this Change Order, therefore, is

NOTE: This Change Order does not include changes in the Contract Sum, Contract Time or Guaranteed Maximum Price that have been authorized by Construction Change Directive until the cost and time have been agreed upon by both the Owner and Contractor, in which case a Change Order is executed to supersede the Construction Change Directive.

**NOT VALID UNTIL SIGNED BY THE ARCHITECT, CONTRACTOR AND OWNER.**

| Architect: J.M.A. & M.G.M. | F&R Construction Group, Inc. | Ramhil Developers, Inc. |
|---|---|---|
| ARCHITECT *(Firm name)*<br>PO Box 1920168  Calle Las Marias #212<br>San Juan, PR 00910  San Juan, P.R. 00927<br>ADDRESS | CONTRACTOR *(Firm name)*<br>PO Box 9932, San Juan, PR 00908<br>ADDRESS | OWNER *(Firm name)*<br>PO Box 190579, San Juan, PR 00919<br>ADDRESS |
| BY *(Signature)* | BY *(Signature)* | BY *(Signature)* |
| Arq. Jorge Beserra / Manuel Gonzalez / Juan Alvarez<br>*(Typed name)* | Manuel Hernandez Moreda, PE<br>*(Typed name)* | Lic. Hilda Rodriguez<br>*(Typed name)* |
| Ene. 21-2014<br>DATE | XII/30/13<br>DATE | DATE |

CAUTION: You should sign an original AIA Contract Document, on which this text appears in RED. An original assures that changes will not be obscured.

AIA Document G701™ – 2001. Copyright © 1979, 1987, 2000 and 2001 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. Purchasers are permitted to reproduce ten (10) copies of this document when completed. To report copyright violations of AIA Contract Documents, e-mail The American Institute of Architects' legal counsel, copyright@aia.org.

Estado Libre Asociado de Puerto Rico
Tribunal General de Justicia
Oficina de Administración de los Tribunales

Hon. Sonia Ivette Vélez Colón
Directora Administrativa de los Tribunales

www.ramajudicial.pr

16 de diciembre de 2013

Lcda. Hilda Rodríguez Forteza
Presidenta
RAMHIL Developers, Inc.
PO Box 190573
San Juan, PR 00919-0573

Estimada licenciada Rodríguez Forteza:

**Re: Nuevo Centro Judicial de Caguas**

Para mejorar la distribución del sistema de comunicaciones se identificó la necesidad de reemplazar el sistema de distribución de cables de telecomunicaciones (*cable tray*) por ductos (*EMT Conduits*). El estimado de costos sometido fue revisado y se acordó realizar la labor a un costo de $2,748.44.

Por lo tanto, le autorizamos a proceder con el cambio antes mencionado, según lo establecido en esta comunicación.

Cordialmente,

Sonia Ivette Vélez Colón



Estado Libre Asociado de Puerto Rico
Tribunal General de Justicia
Oficina de Administración de los Tribunales

Hon. Sonia Ivette Vélez Colón
Directora Administrativa de los Tribunales

www.ramajudicial.pr

16 de diciembre de 2013

Lcda. Hilda Rodríguez Forteza
Presidenta
RAMHIL Developers, Inc.
PO Box 190573
San Juan, PR 00919-0573

Estimada licenciada Rodríguez Forteza:

**Re: Nuevo Centro Judicial de Caguas**

La Oficina de Administración de los Tribunales solicitó convertir una oficina de abogado en el área de Asistencia Legal en el tercer nivel. Como parte de los trabajos se deben realizar trabajos de plomería para instalar una pileta con todos sus componentes (ver anejo). El estimado de costos sometido fue revisado y se acordó realizar la labor a un costo de $1,715.17.

Por lo tanto, le autorizamos a proceder con el cambio antes mencionado, según lo establecido en esta comunicación.

Cordialmente,

Sonia Ivette Vélez Colón

PO Box 190917 San Juan, Puerto Rico 00919-0917 – Teléfonos: (787) 641-6623 - 641-6624 – Fax (787) 766-9831

# AIA Document G701™ – 2001

## Change Order

**PROJECT:** *(Name and address)*
Centro Judicial de Caguas
Carr PR-1, Int. Carr 189
Km 0.4, Bo Bairoa, Caguas

**CHANGE ORDER NUMBER:** 42
**DATE:** 1-Apr-14

OWNER ☐
ARCHITECT ☐
CONTRACTOR ☐
FIELD ☐
OTHER ☐

**TO CONTRACTOR:** *(Name and address)*
F&R Construction Group, Inc.
PO Box 9932
San Juan, PR 00908-9932

**ARCHITECT'S PROJECT NUMBER:** 447
**CONTRACT DATE:** 10-Feb-11
**CONTRACT FOR:** Centro Judicial Caguas

The Contract is changed as follows:
*(Include, where applicable, any undisputed amount attributable to previously executed Construction Change Directives.)*

To charge for changes requested by owner as required by O.A.T.

| | |
|---|---|
| Kitchen Cabinet at Secretary | $ 1,391.96 |
| Receptacle at Security Room | $ 1,000.00 |
| New Door Opening between INA.103/INA.101 | $ 768.95 |
| Total L.S. | $ 3,160.91 |

| | |
|---|---:|
| The original (Contract Sum) ~~(Guaranteed Maximum Price)~~ was | $ 94,997,000.00 |
| The net change by previously authorized Change Orders | $ 2,114,552.21 |
| The (Contract Sum) ~~(Guaranteed Maximum Price)~~ prior to this Change Order was | $ 97,111,552.21 |
| The (Contract Sum) ~~(Guaranteed Maximum Price)~~ will be (increased) ~~(decreased)~~ ~~(unchanged)~~ by this Change Order in the amount of | $ 3,160.91 |
| The new (Contract Sum) ~~(Guaranteed Maximum Price)~~, including this Change Order, will be | $ 97,114,713.12 |

The Contract Time will be ~~(increased)~~ ~~(decreased)~~ (unchanged) by zero ( 0 ) days.
The date of Substantial Completion as of the date of this Change Order, therefore, is

NOTE: This Change Order does not include changes in the Contract Sum, Contract Time or Guaranteed Maximum Price that have been authorized by Construction Change Directive until the cost and time have been agreed upon by both the Owner and Contractor, in which case a Change Order is executed to supersede the Construction Change Directive.

**NOT VALID UNTIL SIGNED BY THE ARCHITECT, CONTRACTOR AND OWNER.**

| Architect: J.M.A. & M.G.M. | F&R Construction Group, Inc. | Ramhil Developers, Inc. |
|---|---|---|
| ARCHITECT *(Firm name)* | CONTRACTOR *(Firm name)* | OWNER *(Firm name)* |
| PO Box 1920168 Calle Las Marias #212 | PO Box 9932, San Juan, PR 00908 | PO Box 190579, San Juan, PR 00919 |
| San Juan, PR 00910  San Juan, P.R. 00927 | | |
| ADDRESS | ADDRESS | ADDRESS |
| BY *(Signature)* | BY *(Signature)* | BY *(Signature)* |
| Arq. Jorge Becerra / Manuel Gonzalez / Juan Alvarez | Manuel Hernandez Moreda, PE | Lic. Hilda Rodriguez |
| *(Typed name)* | *(Typed name)* | *(Typed name)* |
| DATE | DATE IV/1/14 | DATE |

CAUTION: You should sign an original AIA Contract Document, on which this text appears in RED. An original assures that changes will not be obscured.

AIA Document G701™ – 2001. Copyright © 1979, 1987, 2000 and 2001 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. Purchasers are permitted to reproduce ten (10) copies of this document when completed. To report copyright violations of AIA Contract D...



Estado Libre Asociado de Puerto Rico
Tribunal General de Justicia
Oficina de Administración de los Tribunales

Hon. Sonia Ivette Vélez Colón
Directora Administrativa de los Tribunales

www.ramajudicial.pr

24 de marzo de 2014

Lcda. Hilda Rodríguez Forteza
Presidenta
RAMHIL Developers, Inc.
PO Box 190573
San Juan, PR 00919-0573

Estimada licenciada Rodríguez Forteza:

**Re: Nuevo Centro Judicial de Caguas**

El 15 de mayo de 2013 le dirigimos una comunicación autorizando la realización de varios cambios a un costo de $55,714.68. Entre los cambios recomendados, se contempló la expansión del Salón Comedor en el Área de Secretaría General localizado en el piso 1. No obstante, en los cambios autorizados no se incluyó un gabinete de cocina que aparecía plasmado en el diseño original.

Recibimos de RAMHIL cotización por $1,391.96, la cual fue evaluada y recomendada favorablemente. Por lo tanto, le autorizamos a llevar a cabo el trabajo antes mencionado por $1,391.96.

Cordialmente,

Sonia Ivette Vélez Colón

PO Box 190917 San Juan, Puerto Rico 00919-0917 – Teléfonos: (787) 641-6623 - 641-6624 – Fax (787) 766-9831



Estado Libre Asociado de Puerto Rico
Tribunal General de Justicia
Oficina de Administración de los Tribunales

Hon. Sonia Ivette Vélez Colón
Directora Administrativa de los Tribunales

www.ramajudicial.pr

22 de abril de 2014

Lcda. Hilda Rodríguez Forteza
Presidenta
RAMHIL Developers, Inc.
PO Box 190573
San Juan, PR  00919-0573

Estimada licenciada Rodríguez Forteza:

**Re: Nuevo Centro Judicial de Caguas**

Los espacios en el área designada como Archivo Inactivo en el edificio de referencia fueron redistribuidos recientemente. Por necesidad del servicio se determinó que el espacio para revisar expedientes se convertirá en la oficina del Supervisor, por lo que se hace necesario privatizarla mediante la instalación de una puerta.

La cotización presentada por RAMHIL fue evaluada y se recomendó favorablemente autorizar el cambio a un costo de $768.95. Por lo tanto, le autorizamos a llevar a cabo el trabajo antes mencionado por $768.95.

Cordialmente,

Sonia Ivette Vélez Colón

29-4-14
Enviada por
correo ordinario.

PO Box 190917 San Juan, Puerto Rico 00919-0917 — Teléfonos: (787) 641-6623 - 641-6624 — Fax (787) 766-9831