# REPLICA DE OBJECION GLOBAL

**I. DATOS DE CONTACTO**

Nombre: Fredesvinda Ortiz Otero

Dirección Postal: Cond. The Towers Plaza 10 Calle Las Rosas apt #1702 Bayamón, P.R. 00961

Teléfono de contacto res. _____ cel. 787-980-0213

**II. Epígrafe** #176244

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:
   Ley 89 Julio-1979 Retribución uniforme
   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
      Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

**III.** El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Julio 1979 Retribución uniforme.

Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

X #reclamo 176244

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el 20 de Diciembre de 1976 hasta el 1 de Julio de 2007. Culmine mi laborar como _____ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

Fredesvinda Ortiz Otero - Enero 13 2022
Nombre en letra de molde

Fredesvinda Ortiz Otero
Firma

P.S. LA PRTCO era una agencia gobierno hasta 1979 - cuando el gobernador de turno Dr. Pedro Roselló la vendió. El fundamento de mi reclamo esta basado en un dinero adeudado por concepto de aumentos, de unas leyes que se firmaron durante años que la PRTCO pertenecia al Estado Libre Asociado de P.R. Espero me reconsideren mi reclamo.