(No subject)

Alana Sanjurjo <asanjurjo108@gmail.com>
Thu 1/13/2022 7:24 AM
To: Farmacias Plaza 06 <plaza6@aliviahealth.com>

You don't often get email from asanjurjo108@gmail.com. Learn why this is important

[EXTERNAL EMAIL/EMAIL EXTERNO] DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe/ NO SELECCIONE ningún enlace o anejos si no reconoce el que lo envía o si no está seguro de su contenido.

📶 T-Mobile LTE     4:26 PM     67% 

Done    **FREDESVINDA ORTIZ.pdf**    Ⓐ



PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998



### CERTIFICACION

**FREDESVINDA ORTIZ**
XXX-XX-2350

Para (el)(la) ex emplead(o)(a) de referencia certificamos lo siguiente:

➢ Ingresó a PRT/Claro efectivo el 12/20/1976.

➢ Trabajó como emplead(o)(a) regular hasta 07/01/2007.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a miércoles, 12 de enero de 2022.

*Abigail Alejandro González*
Abigail Alejandro González
Oficial de Compensación
Compensación y Récords



CONFIDENTIALITY NOTE: This electronic transmission contains information belonging to Alivia Health Management and/or Farmacias Plaza, Alivia Pharmaceutical Services, Alivia Specialty Pharmacy, Alivia Infusion Services, and Alivia Home Delivery. This email is intended only for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged and/or exempt from disclosure under applicable law. If you have received this message in error, please notify the sender of the error and delete the message. You are hereby notified that any disclosure, copying or the taking of any action in reliance on the contents of this transmission is strictly prohibited.