From:
Fredesvinda Ortiz Otero
10 Calle Las Rosas Apt 1702
Cond. The Towers Algn 00961

To: Clerks office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

CERTIFIED MAIL
7020 1810 0000 3753 3761

UNITED STATES POSTAGE
PITNEY BOWES
02 1P  $ 007.38⁰
0001924212  JAN 13 2022
MAILED FROM ZIP CODE 00961