From: Evelyn Vazquez Rive
PO Box 3349
Bayamón, P.R. 00958

TO: Clerk Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767