

# REPLICA DE OBJECION GLOBAL

**I. DATOS DE CONTACTO**

Nombre _Aixa Edmee Rodriguez_

Dirección Postal _Cond. Las Flores_
_H 30 Calle 1 Apt #1_
_Juana Díaz PR 00795_

Teléfono de contacto res. _(787) 260-1313_ cel. _(787) 375-2688_

Número de reclamación _17 BK 3283 - LTS_

**II. Epígrafe**

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de reclamante _____
   Ley #89 – Retribución Uniforme Efectiva el 12 de julio de 1979

   Número de reclamante _178223_
   Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

**III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes las cuales fueron aprobadas durante el periodo de los anos que PRTC era una agencia del Gobierno (ELA)**

   Ley #89 - Retribución de Uniforme – 12 de julio de 1979
   Ley #89 - Romerazo – Efectiva en 1 de julio de 1995

1-2

### IV. Documentación Justificativa

 Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el __05__ de __Septiembre__ de __1973__ hasta el __05__ de __julio__ de __1982__. Culmine mi laborar como __Frame wkr III  PRTC - ELA__ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA.

La Puerto Rico Telephone Company es una agencia que pertenecía al Estado Libre Asociado de Puerto Rico (ELA) hasta el año 1999. Es en este año que el gobernante de turno, Dr. Pedro Rosello vendió la misma y pasó a una entidad privada.

Por tanto, no estoy de acuerdo en que mi reclamo sea desestimado porque queda demostrado que era una dependencia del gobierno.

Se está reclamando por las leyes aplicables que cubren estos años de servicio. Se incluyen documentos que evidencian este reclamo.

De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Aixa Edme Rodriguez_
Nombre en letra de molde

_AE Rodriguez_
Firma

*Reingreso 17 de mayo de 1993 hasta 01 de junio de 2007

2-2