

PRT/CLARO
P.O. Box 360998
San Juan PR  00936-0998

## CERTIFICACION

**AIXA EDMEE RODRIGUEZ**
XXX-XX-5632

Para la ex empleada de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 5 de septiembre de 1973; tuvo una separación de servicio efectivo el 05 de julio de 1982; posterior tuvo un reingreso el 17 de mayo de 1993.

- Trabajó como empleada regular hasta el 01 de junio de 2007.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a miércoles, 08 de julio de 2020.

*Abigail Alejandro González*
Abigail Alejandro González
Oficial de Compensación
Compensación y Récords