Aixa E. Rodriguez
Cond. Las Flores Apartments
1st H-30 Apt. 1
Juana Diaz, PR 00795



U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00717
JAN 15, 22
AMOUNT
**$1.16**
R2305E123294-15

RECEIVED & FILED
2022 JAN 18 PM 5:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, PR 00918-1767