William Lopez
Cond. Las Flores Apartments
1st H-30 Apt. 1
Juana Diaz, PR 00795



U.S. POSTAGE PAID
FCM LG ENV
PONCE, PR
00717
JAN 15, 22
AMOUNT
$1.36
R2305E123294-15

- Secretaria (Clerk's Office)
  Tribunal de Distrito de los Estados Unidos
  Room 150 Federal Building
  San Juan, PR 00918-1767