## REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre: Nelson Heredia Alvarez

Dirección Postal: 103 Calle Caparra, Cataño PR 00962

Teléfono de contacto res. _____ cel. (787) 312-9457

II. Epígrafe: Reclamación #176410

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:
   Ley #89 - Retribución Uniforme - Julio 1979
   #49762 - Ley #89 – Romerazo - Efectiva en 1 de Julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de Junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectivo Julio de 2002
         Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 - Retribución Uniforme - Julio 1979
Ley 89 Romerazo – Efectiva en 1 de Julio de 1995

Ley de Escala Salarial – Pasos del 6 de Junio de 2008

Ley #96 (2002) del Dr. Pedro Roselló – efectivo Julio de 2002

1

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telepho[ne] Company, ~~Ponce~~ Levittown, Puerto Rico desde el __11__ de __noviembre__ de __1974__ hasta __4__ de __Septiembre__ de __1999__. Culmine mi laborar co[mo] __empalmador__ en Puerto Rico Telephone Company, ~~Ponce~~ Levittown, Puerto Rico, ELA. Se esta reclamando por las le[yes] aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto R[ico] se están enviando las réplicas en esta fecha. De necesitar información o documentos adicio[nales] favor comunicarse con la que suscribe.

__Nelson Heredia Alvarez__
Nombre en letra de molde

_[signature]_
Firma

PD: No estoy deacuerdo el que se considere desestimar mi reclamo debido a que la PRTC era una agencia de gobierno hasta el 1999 cuando el gobernante de turno la vendió y ahí paso a ser privada. El fundamento de mi reclamo es por un dinero adeudado por concepto de aumentos de unas leyes que se firmaron durante el periodo en que la PRTC pertenecia al ELA.

Respetuosamente,

_[signature]_
Nelson Heredia Alvarez

2