

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

**NELSON HEREDIA ALVAREZ**
**XXX-XX- 3891**

Para (el)(la) ex emplead(o)(a) de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 11/11/1974.

- Trabajó como emplead(o)(a) regular hasta 09/04/1999.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a 9/20/2020.

__Abigaíl Alejandro González__

Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords