From: Nelson Heredia Alvarez
103 Calle Caparra
Cataño P.R. 00962




U.S. POSTAGE PAID
FCM LG ENV
CATANO, PR
00962
JAN 15, 22
AMOUNT
$1.16
R2305K136953-12

To: Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767