## REPLICA DE OBJECION GLOBAL

**I. DATOS DE CONTACTO**

Nombre: Lillian I. Torres Orraca

Dirección Postal: 4908 Brightstar Lane Columbus, GA 31907

Teléfono de contacto res. N/A    cel. (706) 888-0353

num. RECLAMO: 176310

**II. Epígrafe**

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo:

Ley #89 - Retribución Uniforme julio 1979

#49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

#94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
        Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

**III.** El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 - Retribución Uniforme julio 1979

Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

ROOSEVELT 1515

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, ~~Ponce~~, Puerto Rico desde el __6__ de __MARZO__ de __1974__ hasta el __21__ de __JUNIO__ de __2003__. Culminé mi laborar como __FUNCIONARIO EJECUTIVO II__ en Puerto Rico Telephone Company, ~~Ponce~~, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio. → ROOSEVELT 1515

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

__Lillian I. Torres Orraca__
Nombre en letra de molde

_[signature]_
Firma

P.D. La Puerto Rico Telephone Company fue una agencia del Estado Libre Asociado de Puerto Rico hasta el año 1999. El gobernante de turno del Partido Político que estaba en el poder la privatizó. Por tal razón NO estoy de acuerdo que se desestime mi reclamo debido a que el fundamento de mi reclamo es de un dinero adeudado por conceptos de aumentos de unas leyes firmadas durante el período que la Puerto Rico Telephone Company todavía era una Agencia del ELA.

Respetuosamente,

_[signature]_