

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

### LILLIAN I. TORRES ORRACA
### XXX-XX- 6263

Para (el)(la) ex emplead(o)(a) de referencia certificamos lo siguiente:

- Ingresó a CCPR efectivo el 03/06/1974.
- Ingresó a PRT/Claro efectivo el 05/05/1994.
- Trabajó como emplead(o)(a) regular hasta 06/21/2003.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a martes, 15 de septiembre de 2020.

*Abigail Alejandro González*
Abigail Alejandro González
Oficial de Compensación
Compensación y Récords