Lillian Torres
4908 Brightstar Lane
Columbus, GA 31907

  

U.S. POSTAGE PAID
FCM LG ENV
COLUMBUS, GA
31907
JAN 13, 22
AMOUNT
$1.16
R2304M114539-8

Clerk's Office
United State District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767