# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre: Keirry del C Alvarez Martinez

Dirección Postal: 20 Rio Cañas Abajo
Juana Diaz PR 00795-9122

Teléfono de contacto res. 787-260-1774 cel. 787-313-7195

Número de reclamación 174504

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de reclamante _____
   Ley #89 – Retribución Uniforme Efectiva el 12 de julio de 1979

   Número de reclamante 174504
   Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes las cuales fueron aprobadas durante el periodo de los anos que PRTC era una agencia del Gobierno (ELA)

   Ley #89 - Retribución de Uniforme – 12 de julio de 1979
   Ley #89 - Romerazo – Efectiva en 1 de julio de 1995

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio, con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el __1__ de __diciembre__ de __1986__ hasta el __31__ de __mayo__ de __2019__. Culmine mi laborar como __Representante de Servicio III__ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA.

La Puerto Rico Telephone Company es una agencia que pertenecía al Estado Libre Asociado de Puerto Rico (ELA) hasta el año 1999. Es en este año que el gobernante de turno, Dr. Pedro Rosello vendió la misma y pasó a una entidad privada.

Por tanto, no estoy de acuerdo en que mi reclamo sea desestimado porque queda demostrado que era una dependencia del gobierno.

Se está reclamando por las leyes aplicables que cubren estos años de servicio. Se incluyen documentos que evidencian este reclamo.

De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Keiry del C Alvarez Martinez_
Nombre en letra de molde

_[signature]_ 8/1/2022
Firma