Keiry del C Alvarez Martinez
20 Rio Cañas Abajo
Juana Diaz PR 00795-9122



Secretaria (Clerk Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan PR 00918-1767