REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre _Leticia Velez_

Dirección Postal _5803 Citadel Drive_
_Orlando, Fl 32839_

Teléfono de contacto res _____ cel (321) 417-2734

II. Epígrafe
        # Reclamación 125665

A. Secretaria (Clerk's Office)
    Tribunal de Distrito de los Estados Unidos
    Room 150 Federal Building
    San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado
   de Puerto Rico:

    Número de las evidencias por reclamo:
    Ley 89 Julio 1979- Retribución uniforme
    #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
        Ley 124 - Julio 1923 aumento de sueldo
    #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

    #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
        Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados
mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las
siguientes leyes: Ley 89 Julio 1979- Retribución uniforme
    Ley 89 Romerazo – Efectiva en 1 de julio de 1995

    Ley de Escala Salarial – Pasos del 6 de junio de 2008

    Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

    Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, ~~Ponce~~, *San Juan* Puerto Rico desde el _1_ de _Octubre_ de _1970_ hasta el _23_ de _Enero_ de _1994_. Culmine mi laborar como _San Juan_ en Puerto Rico Telephone Company, ~~Ponce~~, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Leticia Velez –  1-11-2022_
Nombre  en letra de molde

_Leticia Velez_
Firma