

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

**LETICIA VELEZ**
XXX-XX-0284

Para el ex empleado de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 10/01/1970.
- Trabajó como emplead(o)(a) regular hasta 01/23/1995.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a lunes, 14 de septiembre de 2020.

*Milly Benitez*
Representante Recursos Humanos
Compensación y Récords