Leticia Velez
3803 Citadel Drive
Orlando, Fl. 32839



Clerks Office
United States District Court
Room No Federal Building
San Juan, Puerto Rico 00918-1767

