

RECURSOS HUMANOS
DEPARTAMENTO DE COMPENSACION Y BENEFICIOS DE EMPLEADOS
SECCION DE RECORDS

## CERTIFICACION DE EMPLEO

| | |
|---|---|
| Nombre del Empleado | : ARNALDO TORRES ESCOBAR |
| Número de Seguro Social | : XXX-XX- 2280 |
| Número del Empleado | : 0015012 |
| Puesto | : INST/REP CUADROS/SE II |
| Fecha de Ingreso | : 01/27/1992 |
| Departamento | : SERVICIOS CORPORATIVOS |
| Salario | : $39,312.00      ANUAL |
| Status del Empleado | : REGULAR      Jornada: COMPLETA |
| Status de Nómina | : NO EXENTO |
| Car Allowance YTD | : $0.00 |

Bono de Navidad 2021 : $2,200.00   El porciento del Bono de Navidad aprobado
para este año es de 6.0 %. Hasta un tope $2,200.00

Esta certificación tiene sello oficial al relieve que confirma como correcta la información obtenida de los récords de personal del empleado. En Guaynabo, Puerto Rico a 12 de enero de 2022

SUPERVISOR / RECORS DEL EMPLEADO
O SU REPRESENTANTE

Teléfono: (787) 706-6355, 706-6342
Email: certificacion_empleo@claropr.com