From:
Arnaldo Torres Escobar
Urb. Fairview
1929 c/ Fco Zuñiga
San Juan P.R 00926





U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00907
JAN 13, 22
AMOUNT
$1.36
R2305K131799-02

To Clerk's Office
United States District Court
Room 150 Federal Building
San Juan P.R. 00918-1767

RECEIVED & FILED
2022 JAN 18 PM 5:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.