# REPLICA DE OBJECION GLOBAL

Num Reclamación 174946

**I. DATOS DE CONTACTO**

Nombre: Sandra Lugo González

Dirección Postal: Urb Fairview 1919 c/ FCO. Zuniga San Juan P.R. 00926

Teléfono de contacto res. _____ cel. 787-314-9570

**II. Epígrafe**

A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo:

#49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

#94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

**III.** El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el __23__ de __Marzo__ de __1992__ hasta el ____ de __hasta el presente__ de _____. Culmine mi laborar como _____ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Sandra Lugo González_
Nombre en letra de molde

_Sandra Lugo González_    13 de enero del 2022
Firma

Mi objeción es por la siguiente razón:

La Puerto Rico Telephone Company perteneció al Estado Libre Asociado por su sigla (ELA) hasta 1999 cuando el gobernante de turno del partido en poder la vendió. Por tanto, NO estoy de acuerdo el que se considere desestimar mi reclamo, el fundamento de mi reclamo es de un dinero adeudado por concepto de aumentos de unas leyes que se firmaron durante el periodo que PRTC partencia al Gobierno de PR (ELA). En esto se basa mi reclamo. Gracias por su atención al respecto.

Firma: *Sandra Lup Gonzalez*

Numero de reclamo 174946