

RECURSOS HUMANOS
DEPARTAMENTO DE COMPENSACION Y BENEFICIOS DE EMPLEADOS
SECCION DE RECORDS

## CERTIFICACION DE EMPLEO

| | |
|---|---|
| Nombre del Empleado | : SANDRA LUGO GONZALEZ |
| Número de Seguro Social | : XXX-XX- 3506 |
| Número del Empleado | : 0030174 |
| Puesto | : ANALI AJUSTE INVENTARIO |
| Fecha de Ingreso | : 03/23/1992 |
| Departamento | : CONTRALORIA |
| Salario | : $37,294.92   ANUAL |
| Status del Empleado | : REGULAR   Jornada: COMPLETA |
| Status de Nómina | : NO EXENTO |
| Car Allowance YTD | : $0.00 |

Bono de Navidad 2021 : $2,237.47   El porciento del Bono de Navidad aprobado para este año es de 6.0 %. Hasta un tope $2,250.00

Esta certificación tiene sello oficial al relieve que confirma como correcta la información obtenida de los récords de personal del empleado. En Guaynabo, Puerto Rico a 12 de enero de 2022

*Madeline Cruz Santiago*
SUPERVISOR / RECORS DEL EMPLEADO
O SU REPRESENTANTE

Teléfono: (787) 706-6355, 706-6342
Email: certificacion_empleo@claropr.com