From:
Sandra Lugo Gonzalez
Urb. Fairview
1919 C/ FCO. Zuñiga
San Juan P.R. 00926

To Clerk's Office
United States District Court
Room 150 Federal Building
San Juan P.R. 00918-1767