

RECURSOS HUMANOS
DEPARTAMENTO DE COMPENSACION Y BENEFICIOS DE EMPLEADOS
SECCION DE RECORDS

## CERTIFICACION DE EMPLEO

| | |
|---|---|
| Nombre del Empleado | : HERIBERTO COLON CORREA |
| Número del Empleado | : 0001746 |
| Puesto | : CONTADOR III |
| Fecha de Ingreso | : 11/03/1986 |
| Departamento | : CONTRALORIA |
| Salario | : $44,204.68   ANUAL |
| Status del Empleado | : REGULAR   Jornada: COMPLETA |
| Status de Nómina | : NO EXENTO |
| Car Allowance mensual | : $0.00 |

Bono de Navidad 2012 : $2,994.34  El porciento del Bono de Navidad aprobado para este año es de 8.0 %.

Esta certificación tiene sello oficial al relieve que confirma como correcta la información obtenida de los récords de personal del empleado. En Guaynabo, Puerto Rico a  22 de abril de 2013

*Madeline Cruz Santiago*

SUPERVISOR / RECORDS DEL EMPLEADO
O SU REPRESENTANTE

Teléfono: (787)706-6399