**CERTIFIED MAIL**

7020 3160 0001 1719 5670



U.S. POSTAGE PAID
PM 1ST SAN
TRUJILLO ALTO, PR
00976
JAN 13, 22
AMOUNT
**$5.31**
R2305K136496-08

1000        00918

**FROM:**

Heriberto Colón Correa
1 Vía Pedregal Apto. 704
Encantada, Trujillo Alto
P.R   00976

**TO:**

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
            00918-1767

**Utility Mailer**
**10 1/2" x 16"**

**Ready** P **ost**