18 de enero de 2022

HON. LAURA TAYLOR SWAIN, JUEZ
COURT OF THE DISTRICT OF P.R.
150 CARLOS CHARDON AVE
FEDERAL BUILDING- OFFICE 150
SAN JUAN, PR 00918-1767



REF: NO. 17 BK3283-LTS

HON. JUDGE TAYLOR

Lamentablemente no puedo asistir el día 20 de enero según me notificaron por mi condición de cáncer etapa IV donde permanezco encamado más de 20 horas diarias.

Si acepto los $ 4,500,000.00 ya notificados por compensación por daños sufridos y pérdidas ocasionados por el ex – alcalde de Lares el Sr. Aníbal Pagán. Fue destituido por el Tribunal de Utuado, P.R.

El proyecto del Departamento de la Vivienda de interés social, cuando éste me exigía $600,000 para él y es cuando le notifique al Director hacen sobre 25 años que voy a denunciar al Alcalde ya que eso es un acto de corrupción y extorción y soborno, trato de matarme enviando personas a liquidarme y el Tribunal le ordenó que tenía que mantenerse a más de dos millas de distancia de mi persona.

Espero por su apoyo y comprensión.

Guajataca Construction Corp.
Sr. Víctor O. Henson Bousquets, Pres.
PO Box 78
San Sebastián, PR 00685
Tel Residencia: 787-609-6720
Cel: 939-865-4070