Victor O. Henson-Bousquets
PO. Box 78
San Sebastian, P.R 00685

Hon. Laura Taylor Swain, Juez
Court of the District of P.R
150 Carlos Chardon Ave.
San Juan, P.R 00918-1767

00918-170399