UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING REQUEST FOR LEAVE TO FILE EXHIBITS TO
RAMHIL DEVELOPERS INC.'S OBJECTION TO DOCKET NO. 19353 WITHOUT
CERTIFIED TRANSLATIONS AND AN EXTENSION OF TIME TO FILE THE SAME

   The Court has received and reviewed the *Request for Leave to File Exhibits to Ramhil Developers Inc.'s Objection to Docket No. 19353 without Certified Translations and an Extension of Time to File the Same* (Docket Entry No. 19808 in Case No. 17-3283, the "Motion")[2] filed by the Ramhil Developers, Inc. The Motion seeks an extension of time to file certified English translations of 12 exhibits filed in support of *Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment* (Docket Entry No. 19807, the "Objection").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Unless otherwise specified, all docket entry references in the Order are to entries in Case No. 17-3283.

      Accordingly, it is hereby ORDERED that (i) the certified English translations of the exhibits identified in the Motion shall be filed by **February 17, 2022 at 5:00 p.m. (Atlantic Standard Time)**, and (ii) the Objection will be heard in connection with the March 23, 2022, omnibus hearing. This Order resolves Docket Entry No. 19808 in Case No. 17-3283.

      SO ORDERED.

Dated: January 20, 2022

      /s/ Laura Taylor Swain
      LAURA TAYLOR SWAIN
      United States District Judge