# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
# PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| *In re*: <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br><br> como representante del <br><br> ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*, <br><br> Deudores.[1] | PROMESA <br> Título III <br><br> Núm. 17 BK 3283-LTS <br><br> (Administrado conjuntamente) <br><br> **La presente radicación guarda relación con la AEE.** |

*RECEIVED & FILED CLERK'S OFFICE JAN 19 2022 US DISTRICT COURT SAN JUAN, PR*

## RÉPLICA DEL RECLAMANTE A LA CUADRINGENTÉSIMA DÉCIMA SEGUNDA OBJECIÓN GLOBAL

**Instrucciones**

1. Solo debe cumplimentar y radicar el presente formulario de réplica si su reclamación guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico, o si su reclamación guarda relación con una acción judicial pendiente de resolución o finalizada. Si su reclamación no surge de empleo actual o anterior en el Gobierno de Puerto Rico o si su reclamación no guarda relación con una acción judicial pendiente de resolución o finalizada, su réplica debe ser radicada de conformidad con los procedimientos detallados en las páginas 3 a 4 de la Notificación que acompaña a la Cuadringentésima décima segunda objeción global.

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

2. Rogamos radique formularios de réplica separados por cada evidencia de reclamación a la que los Deudores se hayan opuesto. No radique un único formulario de réplica que aborde más de una evidencia de reclamación.

3. Rogamos conteste a todas las preguntas y a cada una de las subpreguntas aplicables.

4. Incluya tantos detalles como pueda en sus réplicas.

    a. **Sus respuestas deben proporcionar más información que la contenida en la evidencia de reclamación inicial.** Por ejemplo, si antes escribió "Ley 96" como fundamento de su reclamación, rogamos proporcione información más detallada relativa a leyes concretas que pretende invocar, el año de adopción de dicha ley, así como de qué forma y por qué considera que esa ley concreta permite fundamentar su reclamación.

    b. Si está disponible y se aplica a su reclamación, rogamos proporcione, asimismo, lo siguiente:

        - Copia de un escrito; por ejemplo, un Escrito de reclamación o una Contestación;
        - Cualquier sentencia o acuerdo de conciliación que no hayan sido pagados;
        - Notificación por escrito de la intención de radicar una reclamación acompañada de un comprobante de envío; y
        - Toda la documentación que a su criterio justifica su reclamación.

5. Si no dispone de una copia de su reclamación, podrá descargarla visitando el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. Debe firmar su réplica en el lugar que se indica abajo. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

7. Rogamos radique el formulario cumplimentado y cualquiera de los documentos justificativos siguiendo las instrucciones de la Notificación que acompaña a la Objeción Global a su reclamación.

**Cuestionario**

1. Rogamos proporcione el nombre, la dirección, el número de teléfono y la dirección de correo electrónico 1) del reclamante que responda; 2) del abogado o representante designado del reclamante al que los abogados de la AEE deban notificar una contestación a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción Global en nombre del reclamante.

    ☐ **Nombre:** _Juan R. Encarnación Domínguez_

    ☐ **Dirección:** _107 Cond. Andalucia Apt. 3303 Carolina PR 00987_

    ☐ **Número de teléfono:** _787-648-6195_

2

  ☐ Dirección de correo electrónico: __jred3303@gmail.com__

2. Número de su evidencia de reclamación: __#176447__

3. Los Deudores se han opuesto a su Evidencia de reclamación porque esta no proporciona información suficiente para que los Deudores comprendan el fundamento de su reclamación. Marque la casilla con la que guarde relación su Evidencia de reclamación y explique el motivo por el que se opone a la objeción indicando así el fundamento de su reclamación. Adjunte páginas adicionales si fuera necesario.

   ☐ Acción judicial pendiente de resolución o finalizada con o contra el Gobierno de Puerto Rico

   ✓ Empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico

   __Se reclama bono de Navidad del Año 2014, ya que la ley cambio a partir del Año 2015 a $600.00 y en 2014 solo hicieron el pago de esa cantidad y debía ser $5,000.00 aproximadamente. según el Manual Administrativo de la AEE, Artículo 130.3 - Bono de Navidad. (adjunto)__

   Adjunte copias de cualquier otra documentación u otras pruebas en apoyo de su reclamación.

4. ¿Cuál es el monto de su reclamación (cuánto alega que se le adeuda)?:
   __$5,000.00 aprox.__

5. **Empleo**. ¿Su reclamación guarda relación con el empleo en la actualidad o en el pasado en el Gobierno de Puerto Rico?
   
   ☐ No. *Siga con la Pregunta 6.*
   
   ✓ Sí. **Responda a las Preguntas 5(a) a (d).**

5(a). Indique la agencia o el departamento específicos donde trabaja o ha trabajado:
   __Autoridad de Energía Eléctrica (P.R.E.P.A)__

5(b). Indique las fechas de su empleo en relación con su reclamación:
   __Bono de Navidad pagado en el Año 2014__

5(c). Últimos cuatro dígitos de su número del Seguro Social:
   __2541__

5(d). ¿Cuál es la naturaleza de sus reclamaciones relativas al empleo (marque todas las casillas aplicables)?:

   ☐ Pensión
   
   ☐ Salarios no pagados
   
   ☐ Días de licencia por enfermedad
   
   ☐ Quejas con sindicato

3

☐ Vacaciones

☑ Otros (proporcione tanta información detallada como pueda. Adjunte páginas adicionales si fuera necesario).

_Bono de Navidad 2014 (ver talonarios adjuntos)_

**6. Acción judicial.** ¿Su reclamación guarda relación con una acción judicial pendiente de resolución o finalizada?

☐ No.

☑ Sí. Responda a las Preguntas 6(a) a (f).

6(a). Indique el departamento o la agencia que sean parte en la acción.
_Autoridad de Energía Eléctrica de P.R. (P.R.E.P.A)_

6(b). Indique el nombre y la dirección del tribunal o de la agencia ante los cuales la acción esté pendiente de resolución.
_Tribunal de Distrito de los Estados Unidos para el Distrito de P.R._

6(c). Caso núm.: _17 BK 3283- LTS_

6(d). Título, epígrafe o nombre del caso:
_Promesa Título III_

6(e). Estado del caso (pendiente de resolución, en apelación o finalizado):
_En Apelación_

6(f). ¿Tiene una sentencia que no haya sido pagada? Sí / (No) (marque su respuesta con un círculo)

En caso afirmativo, ¿cuál es la fecha y el monto de la sentencia?
_n/a_

**FIRME ABAJO SU RÉPLICA**

_[firma]_
Firma

_Juan R. Encarnación Domínguez_
Nombre en letra de molde

_Enero 5, 2022_
Fecha

4