*Anejo I.*

Nota: Evidencia del Manual Adm. sobre el Pago de Bono de Navidad.

Artículo 130.3: Bono de Navidad.

| Manual Administrativo de la Autoridad de Energía Eléctrica |
| --- |
| Capítulo 100 - Personal |

### 130 Beneficios Marginales

La Autoridad concede a sus empleados beneficios marginales que fomentan la satisfacción y las buenas relaciones en el empleo y proveen al empleado un ingreso adicional a su sueldo. De esa forma, se contribuye al incremento en la productividad y a la eficiencia en el servicio que se presta. Los beneficios marginales que ofrece la Autoridad a sus empleados están sujetos a la disponibilidad económica y a las condiciones reglamentarias correspondientes.

### 130.1 Sistema de Retiro

El Sistema de Retiro provee un fondo de pensiones para los empleados. Para más información, refiérase al Capítulo 250, Sistema de Retiro.

### 130.2 Plan Médico

La Autoridad provee a sus empleados y jubilados un plan de servicios médicos, según lo permitan las condiciones económicas de la Autoridad. Para más información, refiérase al Capítulo 200, Salud y Seguridad Ocupacional.

### ==130.3 Bono de Navidad==

Se concede un Bono de Navidad a cada empleado en el servicio de carrera y de confianza que estuviera empleado al cierre del año fiscal y tenga por lo menos seis meses de servicio, al cierre del año fiscal.

La Autoridad otorga un 8% del total del salario devengado por el empleado regular hasta un máximo de $60,000 anuales, más el 4% del exceso de $60,000.

Las horas de licencia por enfermedad que se liquiden al momento de la jubilación se consideran como salario devengado a los fines de computar el Bono de Navidad. Esta norma también aplica a los casos de fallecimiento de un empleado antes de su jubilación.

La Autoridad otorga un Bono de Navidad de acuerdo con las disposiciones de ley a los empleados temporeros que cumplan con el mínimo de 960 horas trabajadas dentro de los 12 meses comprendidos desde el 1 de diciembre del año anterior hasta el 30 de noviembre del año en que se concede.

Aquellos empleados pertenecientes a una unidad apropiada de las existentes en la Autoridad que hayan adquirido el beneficio del Bono de Navidad regular y se les otorgue un nombramiento gerencial temporal, tienen derecho a recibir el Bono de Navidad regular, siempre y cuando estuvieran empleados al cierre del año fiscal.

### 130.4 Seguro de Vida para Empleados Regulares Gerenciales en Servicio Activo

La Autoridad concede un seguro de vida por la cantidad de $30,000 a los beneficiarios de los empleados regulares gerenciales que fallezcan en servicio activo. La Autoridad provee este beneficio y el Sistema de Retiro lo administra.

El empleado debe llenar el formulario *Designación de Beneficiarios del Seguro de Vida Empleados Regulares Gerenciales* (AEE 020.0-369) y enviarlo a la Sección de Pensiones y Beneficios del Sistema de Retiro.

Secciones 130 a 130.4
Rev. 10/24/06

| JUAN R. ENCARNACION-DOMINGUEZ | | SECUENCIA | GRUPO PAGO | EMPLEADO | DESCRIPCION | CONTR/DED | ACUMULACION ANUAL |
|---|---|---|---|---|---|---|---|
| DESCRIPCION | HORAS | | | ACUMULACION ANUAL | Medicare EE Withheld | 8.70 | 998.68 |
| | | | | | SS EE Withheld | 37.20 | 4270.22 |
| BONO NAVIDAD | 0.00 | | 600.00 | 600.00 | SIT Withheld | 60.00 | 7906.07 |
| COMP ADICIONAL | 0.00 | | 0.00 | 8010.00 | APORTACION RETIRO | 0.00 | 4669.50 |
| TIEMPO COMP | 0.00 | | 0.00 | 17714.48 | CAMPANA BENEFICA | 0.00 | 75.00 |
| SALARIO BASICO | 0.00 | | 0.00 | 35488.20 | COOP ARECIBO | 0.00 | 5725.00 |
| LIC ENFERMEDAD | 0.00 | | 0.00 | 509.40 | PREST PERS RET II | 0.00 | 3730.75 |
| LIC VACACIONES | 0.00 | | 0.00 | 169.80 | | | |
| LIC VACACIONES EXC | 0.00 | | 0.00 | 6282.60 | | | |
| BONO RIESGO | 0.00 | | 0.00 | 100.00 | | | |

| CORRIENTE | INGRESOS | − | CONTRIBUCIONES | − | DEDUCCIONES | = | PAGA NETA | FECHA PERIODO PAGO | CANTIDAD DEL CHEQUE |
|---|---|---|---|---|---|---|---|---|---|
| A LA FECHA | 600.00 | | 105.90 | | 0.00 | | 494.10 | 06-DEC-2014 | 494.10 |
| | 68874.48 | | 13174.97 | | 14200.25 | | 41499.26 | | INFORME DE SUELDOS PAGOS Y DEDUCCIONES |
| BALANCES LICENCIAS | ANUAL | | 171.85 | | ENFERMEDAD | | 894.8 | ACUMULACION RETIRO | 57616.48 |



AUTORIDAD DE ENERGÍA ELÉCTRICA
DEPARTAMENTO DE NÓMINA
APARTADO 364267
SAN JUAN, PUERTO RICO 00936-4267

NOMBRE DEL BANCO
BANCO POPULAR DE PUERTO RICO-021502011

NOMBRE DEL EMPLEADO
JUAN R. ENCARNACION-DOMINGUEZ
13654

AVISO DE DEPÓSITO DIRECTO

FECHA DE EMISION 05-DEC-2014

CANTIDAD
494.10

HEMOS DEPOSITADO EN SU CUENTA DE BANCO LA CANTIDAD INDICADA QUE REPRESENTA EL IMPORTE NETO SEGÚN EL INFORME DE PAGO Y DEDUCCIONES QUE SE ACOMPAÑA

NO NEGOCIABLE

*Anejo II: Talonario Bono de Navidad 2014*

| JUAN R. ENCARNACION-DOMINGUEZ | | SECUENCIA | GRUPO PAGO | EMPLEADO | DESCRIPCION | CONTR/DED | ACUMULACION ANUAL |
|---|---|---|---|---|---|---|---|
| | | 4680 | 468 | 13654 | Medicare EE Withheld | 38.60 | 1037.28 |
| DESCRIPCION | HORAS | INGRESOS | | ACUMULACION ANUAL | SS EE Withheld | 165.04 | 4435.26 |
| COMP ADICIONAL | 0.00 | 330.00 | | 8340.00 | SIT Withheld | 282.98 | 8189.05 |
| TIEMPO COMP | 28.00 | 633.92 | | 18348.40 | APORTACION RETIRO | 186.78 | 4856.28 |
| SALARIO BASICO | 75.00 | 1698.00 | | 37186.20 | CAMPANA BENEFICA | 3.00 | 78.00 |
| BONO NAVIDAD | 0.00 | 0.00 | | 600.00 | COOP ARECIBO | 229.00 | 5954.00 |
| LIC ENFERMEDAD | 0.00 | 0.00 | | 509.40 | PREST PERS RET II | 167.28 | 3898.03 |
| LIC VACACIONES | 0.00 | 0.00 | | 169.80 | | | |
| LIC VACACIONES EXC | 0.00 | 0.00 | | 6282.60 | | | |
| BONO RIESGO | 0.00 | 0.00 | | 100.00 | | | |

| | INGRESOS − | CONTRIBUCIONES − | DEDUCCIONES = | PAGA NETA | FECHA PERIODO PAGO | | CANTIDAD DEL CHEQUE |
|---|---|---|---|---|---|---|---|
| CORRIENTE | 2661.92 | 486.62 | 586.06 | 1589.24 | 20-DEC-2014 | | 1589.24 |
| A LA FECHA | 71536.40 | 13661.59 | 14786.31 | 43088.50 | | INFORME DE SUELDOS PAGOS Y DEDUCCIONES | |
| BALANCES LICENCIAS | ANUAL | 180.5 | ENFERMEDAD | | 718.27 | ACUMULACION RETIRO | 57803.26 |



**AUTORIDAD DE ENERGÍA ELÉCTRICA**
DEPARTAMENTO DE NÓMINA
APARTADO 364267
SAN JUAN, PUERTO RICO 00936-4267

FECHA DE EMISION  18-DEC-2014

NOMBRE DEL BANCO
BANCO POPULAR DE PUERTO RICO-021502011

CANTIDAD
1589.24

NOMBRE DEL EMPLEADO
JUAN R. ENCARNACION-DOMINGUEZ
13654

HEMOS DEPOSITADO EN SU CUENTA DE BANCO LA CANTIDAD INDICADA QUE REPRESENTA EL IMPORTE NETO SEGÚN EL INFORME DE PAGO Y DEDUCCIONES QUE SE ACOMPAÑA

**AVISO DE DEPÓSITO DIRECTO**   **NO NEGOCIABLE**

Anejo III

Nota: Talonario como Evidencia ·dos pagos totales recibidos en el Año 2014, donde se presenta el bono de Navidad pagado.

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| ENCARNACION DOMINGUEZ, JUAN | 176447 | 10/9/2020 | Puerto Rico Electric Power Authority | $5,000.00 |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | Reason: Claimant purports to assert liabilities owed by PREPA, but either (i) fails to provide any information identifying the nature or source of the obligations or explaining why PREPA or any other Title III Debtor is liable to the claimant, or (ii) identifies the nature or source of the obligation, but fails to explain how PREPA or any other Title III Debtor is liable to the claimant | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| ENCARNACION DOMINGUEZ, JUAN | 176447 | 10/9/2020 | Puerto Rico Electric Power Authority | $5,000.00 |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con la PREPA, pero (i) no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la PREPA o cualquiera de los otros deudores en virtud del Título III responsables al demandante, o (ii) identifica la naturaleza o fuente de la obligación, pero falla en explicar cómo la PREPA o cualquiera de los otros deudores en virtud del Título III son responsables al demandante | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).