Juan R. Encarnación Dominguez
107 Cond. Andalucia
Apt. 3303
Carolina P.R. 00987

**CERTIFIED MAIL®**

7021 0950 0001 4092 7722

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos (US District
Sala 150 Edificio Federal (Federal Building)   Court)
San Juan, P.R. 00918-1767



U.S. POSTAGE PAID
FCM LETTER
CANOVANAS, PR
00729
JAN 07, 22
AMOUNT
**$7.58**
R2305P150006-06

1000          00918