Israel Santiago Lugo
NAME
10947-069
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
PMB 1000
TALLADEGA, AL 35160

RECEIVED & FILED
CLERK'S OFFICE
JAN 20 2022
US DISTRICT COURT
SAN JUAN, PR

BIRMINGHAM AL 350
10 JAN 2022 PM 3

The United States Bankruptcy Court of Puerto Rico
Jose V. Toledo Federal Building A U.S. Courthouse
300 Recinto Sur Street
San Juan, P.R. 00901

Legal Mail

00901-196434