# REPLICA DE OBJECION GLOBAL

**I. DATOS DE CONTACTO**

Nombre: Marta F Colón

Dirección Postal: 1567 New Garden Rd Apt 2E Greensboro NC 27410

Teléfono de contacto res. _____ cel. 336-509-8004

**II. Epígrafe** Num de Reclamación: 175627

A. Secretaría (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:
   Ley 124 - aumento sueldo - Julio 1993
   #49762 – Ley #89 – Romerazo – Efectiva en 1 de julio de 1995
   Ley 89 - Retribución uniforme - Julio 1979
   #94057 – Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón – efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 124 - aumento sueldo - Julio 1973
Ley 89 Romerazo – Efectiva en 1 de julio de 1995
Ley 89 - Retribución uniforme - Julio 1979
Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el __6__ de __Julio__ de __1971__ hasta el __7__ de __sept__ (Carolina) de __1999__ Culmine mi laborar como __Representante de Servicio__ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. (Carolina) Se esta reclamando por las leyes aplicables que cubren estos años de servicio. educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

MARTA F COLON
Nombre en letra de molde

Marta F Colón
Firma

PD: No estoy de acuerdo con que se destime mi reclamo debido a que la PRTC era una agencia del E/A hasta el año 1999 que se vendió el gobernador Pedro Rosello. El fundamento de mi reclamo esta basado en un dinero adeudado por concepto de aumentos de unas leyes que se firmaron durante el periodo que la PRTC era del Gobierno de PR.

Respetuosamente, Marta F Colón