Marta F Colón
1567 New Garden Rd
Apt 2E
Greensboro NC 27410

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan PR 00918-1767