# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Morning Session** | **Afternoon Session** |
| Set: 9:30 AM (AST) | Set: 2:30 PM (AST) |
| Started: 9:40 AM (AST) | Started: 2:30 PM (AST) |
| Ended: 12:48 PM (AST) | Ended: 3:20 PM (AST) |

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**          DATE: January 19, 2022

**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**

COURTROOM DEPUTY:   Carmen Tacoronte

COURT REPORTER:   Amy Walker

CERTIFIED INTERPRETER:   Carol Terry

CSO: Luis Montoya

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*. Debtors | 3:17-BK-3283 (LTS)<br>PROMESA Title III<br><br>(Jointly Administered) |

**Hearing on Adjourned Omnibus Objections to Claims held.**

The following claimants were present in court and were heard with the assistance of the certified interpreter:

1. Brunilda Rivera Mercado,
2. Luz N. Tricoche Jesús,
3. Edwin Edgardo Jímenez Barreto,
4. Edgardo Rivera Baez,
5. Eva Estela Meléndez Fraguada,
6. Signa Magaly Cabrera Torres,
7. Ivette González De León,
8. Nilda Mangual Flores, and

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – January 19, 2022

9. Zulma Landrau Rivera.

Attorney Gabriel Miranda Rivera, counsel for the Financial Oversight and Management Board, was also present in court.

**I. CONTESTED CLAIM OBJECTIONS (beginning at 9:30 a.m. Atlantic Standard Time):**

1. Two Hundred Ninety-Fifth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 15718].
    a. Response to Two Hundred Ninety-Fifth Omnibus Objection to Claims, filed by Louis and Mae Stangle (Claim No. 167957) [Case No. 17-3283, ECF No. 19667-1] (Response Form not returned)
    b. The objection was sustained as to Claim No. 167957. The claim was disallowed in part. The remaining portion of the claim was reclassified as a claim against PREPA in the amount of $10,000.00.
        i. Comprehensive proposed form of order to be submitted.
2. Three Hundred Fifth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 16023]
    a. Response to Three Hundred Fifth Omnibus Objection to Claims, filed by Mara Victoria Pérez Rodríguez, (Claim No. 7844) [Case No. 17-3283, ECF No. 16370] (Response Form not returned)
    b. The objection was sustained as to Claim No. 7844. The claim was reclassified as a claim against PREPA.
        i. Comprehensive proposed form of order to be submitted.
3. Three Hundred Ninth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 16027]
    a. Response to Three Hundred Ninth Omnibus Objection to Claims, filed by Carlos Flores Sánchez (Claim No. 3078) [Case No. 17-3283, ECF No. 16346] (Response Form not returned)
    b. The objection was sustained as to Claim No. 3078. The claim was disallowed in its entirety.
        i. Comprehensive proposed form of order to be submitted.
4. Three Hundred Twenty-Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 16649]
    a. Response to Three Hundred Twenty-Third Omnibus Objection to Claims, filed by Brunilda Rivera Mercado (Claim No. 12902) [Case No. 17-3283, ECF No. 19677- 1, 2] (Response Form not returned)
    b. The objection was sustained as to Claim No. 12902. The claim was disallowed in its entirety.
        i. Comprehensive proposed form of order to be submitted.

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – January 19, 2022

5. Three Hundred Thirty-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17085]
   a. Response to Three Hundred Thirty-Fourth Omnibus Objection to Claims, filed by Humberto Luis Rivera Ventura (Claim No. 179148) [Case No. 17-3283, ECF No. 19678-1, 2] (Response Form submitted, claimant will not attend)
   b. The objection was sustained as to Claim No. 179148. The claim was disallowed in its entirety.
      i. Comprehensive proposed form of order to be submitted.
6. Three Hundred Thirty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17081]
   a. Response to Three Hundred Thirty-Seventh Omnibus Objection to Claims, filed by Alba Acevedo Vázquez (Claim No. 1592) [Case No. 17-3283, ECF No. 19679- 1, 2] (Response Form not returned)
   b. The objection was sustained as to Claim No. 1592. The claim was reclassified as a claim against the Commonwealth.
      i. Comprehensive proposed form of order to be submitted.
7. Three Hundred Thirty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17081]
   a. Response to Three Hundred Thirty-Seventh Omnibus Objection to Claims, filed by Carlos Cabrera Velilla (Claim No. 59789) [Case No. 17-3283, ECF No. 17491] (Response Form not returned)
      b. The objection was sustained as to Claim No. 59789. The claim was reclassified as a claim against the Commonwealth.
8. Three Hundred Thirty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17081]
   a. Response to Three Hundred Thirty-Seventh Omnibus Objection to Claims, filed by Margarita Morales Vázquez (Claim No. 51119) [Case No. 17-3283, ECF No. 17269] (Response Form not returned)
   b. The objection was sustained as to Claim No. 51119. The claim was reclassified as a claim against the Commonwealth.
9. Three Hundred Thirty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17081]
   a. Response to Three Hundred Thirty-Seventh Omnibus Objection to Claims, filed by Luz Tricoche Jesús (Claim No. 13143) [Case No. 17-3283, ECF No. 17475] (Response Form submitted, claimant will attend)
   b. Ms. Luz Tricoche Jesús was heard with the assistance of the certified interpreter.

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – January 19, 2022

    c. The objection was sustained as to Claim No. 13143. The claim was reclassified as a claim against the Commonwealth.

10. Three Hundred Thirty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17081]
    a. Response to Three Hundred Thirty-Seventh Omnibus Objection to Claims, filed by Sonia Valencia Toledo (Claim No. 49490) [Case No. 17-3283, ECF No. 19679-3, 4] (Response Form submitted, claimant will not attend)
    b. The objection was sustained as to Claim No. 49490. The claim was reclassified as a claim against the Commonwealth.

11. Three Hundred Thirty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17081]
    a. Response to Three Hundred Thirty-Seventh Omnibus Objection to Claims, filed by Selma Velázquez Flores (Claim No. 28164) [Case No. 17-3283, ECF No. 17586] (Response Form not returned)
    b. The objection was sustained as to Claim No. 28164. The claim was reclassified as a claim against the Commonwealth.

12. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]
    a. Response to Three Hundred Thirty-Seventh Omnibus Objection to Claims, filed by Edwin Jiménez Barreto (Claim No. 153120) [Case No. 17-3283, ECF No. 19683- 9, 10] (Response Form not returned)
    b. Mr. Jímenez Barreto was heard with the assistance of the certified interpreter.
    c. The objection was sustained as to Claim No. 153120. The claim was disallowed in its entirety as untimely.

II. **CONTESTED CLAIM OBJECTIONS (beginning at 10:30 a.m. Atlantic Standard Time):**

1. Three Hundred First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 16021]
    a. Response to Three Hundred First Omnibus Objection to Claims, filed by Zeidie González Serrano (Claim No. 174485) [Case No. 17-3283, ECF No. 18260] (Response Form not returned)
    b. The objection was sustained as to Claim No. 174485. The claim was disallowed in its entirety.

2. Three Hundred First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 16021]
    a. Response to Three Hundred First Omnibus Objection to Claims, filed by Norma Mangual Rodríguez (Claim No. 177692) [Case No. 17-3283, ECF No. 19668-1,2] (Response Form not returned)

    b. The objection was sustained as to Claim No. 177692. The claim was disallowed in its entirety, because that claim is duplicative of master Claim Nos. 179140 and 93199.

3. Three Hundred First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 16021]

    a. Response to Three Hundred First Omnibus Objection to Claims, filed by María Sepúlveda Torres (Claim No. 176231) [Case No. 17-3283, ECF No. 17268] (Response Form not returned)

    b. The objection was sustained as to Claim No. 176231. The claim was disallowed in its entirety.

4. Three Hundred First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 16021]

    a. Response to Three Hundred First Omnibus Objection to Claims, filed by Lucía Torres Delgado (Claim No. 175178) [Case No. 17-3283, ECF No. 19668-3, 4] (Response Form not returned)

    b. The objection was sustained as to Claim No. 175178. The claim was disallowed in its entirety.

5. Three Hundred Twelfth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 16641]

    a. Response to Three Hundred Twelfth Omnibus Objection to Claims, filed by Carlos Rubén Lebrón Rodríguez (Claim No. 179122) [Case No. 17-3283, ECF No. 19672-1, 2] (Response Form not returned)
The objection was sustained as to Claim No. 179122. The claim was disallowed in its entirety.

6. Three Hundred Twelfth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 16641]

    a. Response to Three Hundred Twelfth Omnibus Objection to Claims, filed by Claudio Ruíz García (Claim No. 179128) [Case No. 17-3283, ECF No. 19672-5, 6] (Response Form not returned)

    b. The objection was sustained as to Claim No. 179128. The claim was disallowed in its entirety.

7. Three Hundred Twelfth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 16641]

    a. Response to Three Hundred Twelfth Omnibus Objection to Claims, filed by Martín Sánchez (Claim No. 179126) [Case No. 17-3283, ECF No. 19672-3, 4] (Response Form not returned)

    b. The objection was sustained as to Claim No. 179126. The claim was disallowed in its entirety.

8. Three Hundred Twelfth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 16641]

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – January 19, 2022

   a. Response to Three Hundred Twelfth Omnibus Objection to Claims, filed by Bernardo Soto Lebrón (Claim No. 179144) [Case No. 17-3283, ECF No. 19672- 7, 8] (Response Form not returned)
   b. The objection was sustained as to Claim No. 179144. The claim was disallowed in its entirety.
   c. Comprehensive proposed order to be submitted.
9. Three Hundred Sixteenth Omnibus Objection to Claims. [Case No. 17- 3283, ECF No. 16643]
   a. Response to Three Hundred Sixteenth Omnibus Objection to Claims, filed by Rosa Martínez Gómez (Claim No. 4391) [Case No. 17-3283, ECF No. 17153] (Response Form submitted, claimant will attend)
   b. Ms. Martínez Gómez was heard on the record with the assistance of the certified interpreter.
   c. The objection was sustained as to Claim No. 4391. The claim was reclassified as a general unsecured claim.
10. Three Hundred Sixteenth Omnibus Objection to Claims. [Case No. 17- 3283, ECF No. 16643]
    a. Response to Three Hundred Sixteenth Omnibus Objection to Claims, filed by Eva Meléndez Fraguada (Claim No. 27339) [Case No. 17-3283, ECF Nos. 19676- 3, 4 (sealed); 19793-3, 4] (Response Form submitted, claimant will attend)
    b. Ms. Meléndez Fraguada was heard on the record with the assistance of the certified interpreter.
    c. The objection is sustained as to Claim No. 27339. The claim was reclassified as a general unsecured claim.
11. Three Hundred Sixteenth Omnibus Objection to Claims. [Case No. 17- 3283, ECF No. 16643]
    a. Response to Three Hundred Sixteenth Omnibus Objection to Claims, filed by Edgardo Rivera Baez (Claim No. 15357) [Case No. 17-3283, ECF No. 16911] (Response Form submitted, claimant will attend)
    b. Mr. Rivera Baez was heard on the record with the assistance of the certified interpreter.
    c. The objection was sustained as to Claim No. 15357. The claim was reclassified as a 2011 Commonwealth Bond Claim.
12. Three Hundred Sixteenth Omnibus Objection to Claims. [Case No. 17- 3283, ECF No. 16643]
    a. Response to Three Hundred Sixteenth Omnibus Objection to Claims, filed by Edgardo L. Santiago Santiago (Claim No. 5594) [Case No. 17-3283, ECF No. 16808] (Response Form submitted, claimant will not attend)

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – January 19, 2022

    b. The objection was sustained as to Claim No. 5594. The claim was reclassified as a general unsecured claim.

### III. CONTESTED CLAIM OBJECTIONS (beginning at 11:30 a.m. Atlantic Standard Time):

1. Three Hundred Sixteenth Omnibus Objection to Claims. [Case No. 17- 3283, ECF No. 16643]
    a. Response to Three Hundred Sixteenth Omnibus Objection to Claims, filed by Norma Concepción Peña (Claim No. 157312) [Case No. 17-3283, ECF Nos. 19676-1, 2 (sealed); 19793-1, 2] (Response Form not returned)
    b. The objection was sustained as to Claim No. 157312. The claim was reclassified as a general unsecured claim.
2. Three Hundred Sixteenth Omnibus Objection to Claims. [Case No. 17- 3283, ECF No. 16643]
    a. Response to Three Hundred Sixteenth Omnibus Objection to Claims, filed by Sandra Díaz Chapman (Claim No. 45153) [Case No. 17-3283, ECF No. 16868] (Response Form not returned)
    b. The objection was sustained as to Claim No. 45153. The claim was reclassified as a general unsecured claim.
3. Three Hundred Sixteenth Omnibus Objection to Claims. [Case No. 17- 3283, ECF No. 16643]
    a. Response to Three Hundred Sixteenth Omnibus Objection to Claims, filed by Debra Herrera Bravo (Claim No. 154228) [Case No. 17-3283, ECF No. 16956] (Response Form not returned)
    b. The objection was sustained as to Claim No. 154228. The claim was reclassified as a general unsecured claim.
4. Three Hundred Forty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17105]
    a. Response to Three Hundred Forty-First Omnibus Objection to Claims, filed by Ana Celia Benítez Delgado (Claim No. 42868) [Case No. 17-3283, ECF No. 17603] (Response Form submitted, claimant's response not clear)
    b. The objection was sustained as to Claim No. 42868. The claim was disallowed, because it is duplicative of Claim No. 35029.
5. Three Hundred Forty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17105]

    Three Hundred Forty-Fifth Omnibus Objection to Claims. [Case No. 17- 3283, ECF No. 17108]

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – January 19, 2022

    a. Response to Three Hundred Forty-First Omnibus Objection to Claims, filed by Signa Cabrera Torres (Claim No. 12310) [Case No. 17-3283, ECF No. 17476] (Response Form submitted, claimant will attend)

    b. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Signa Cabrera Torres (Claim No. 12337) [Case No. 17-3283, ECF No. 17474] (Response Form submitted, claimant will attend)

    c. Opposition to Debtor's "Three Hundred Forty-Fifth Omnibus Objection, (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [Case No. 17-3283, ECF No. 17423] (Response Form submitted, claimant will attend)

    d. Claimant's legal counsel, Ivonne González Morales, requested through Attorney Stafford that these objections be rescheduled with respect to the claimants she represents. Ms. Cabrera Torres was heard on the record with the assistance of the certified interpreter.

    e. Decision reserved pending Attorney González Morales' arguments.

6. Three Hundred Thirty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17081]

Three Hundred Forty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17105]

Three Hundred Forty-Fifth Omnibus Objection to Claims. [Case No. 17- 3283, ECF No. 17108]

    a. Response to Three Hundred Thirty-Seventh, Three Hundred Forty-First, and Three Hundred Forty-Fifth Omnibus Objections to Claims, filed by Neysha Colón Torres (Claim Nos. 127701, 121773, 129809, and 139753) [Case No. 17-3283, ECF No. 17440] (Response Form not returned)

    b. Opposition to Debtor's "Three Hundred Forty-Fifth Omnibus Objection, (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [Case No. 17-3283, ECF No. 17423] (Response Form submitted, claimant will attend)

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – January 19, 2022

    c. Three Hundred Thirty-Seventh Omnibus The objection was sustained as to Claim No 121773. The claim was reclassified as asserted against the Commonwealth.

    d. Three Hundred Forty-First Omnibus The objection was sustained as to Claim No. 127701. The claim was disallowed.

    e. The Three Hundred Forty-Fifth Omnibus Objection was adjourned as requested by Attorney Ivonne González Morales through Attorney Stafford.

7. Three Hundred Forty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17105]

   Three Hundred Forty-Fifth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17108]

   a. Response to Three Hundred Forty-First Omnibus Objection to Claims, filed by Ivette González De León (Claim No. 12526) [Case No. 17-3283, ECF No. 17495] (Response Form submitted, claimant will attend)

   b. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Ivette González De León (Claim No. 12312) [Case No. 17-3283, ECF No. 17494] (Response Form submitted, claimant will attend)

   c. Opposition to Debtor's "Three Hundred Forty-Fifth Omnibus Objection, (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth filed by The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [Case No. 17-3283, ECF No. 17423] (Response Form submitted, claimant will attend)

   d. Claimant's legal counsel, Ivonne González Morales, requested through Attorney Stafford that these objections be rescheduled with respect to the claimants she represents. Ms. González De León was heard on the record with the assistance of the certified interpreter.

   e. Decision reserved pending Attorney González Morales' arguments.

8. Three Hundred Forty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17105]

   a. Response to Three Hundred Forty-First Omnibus Objection to Claims, filed by Nilda Mangual Flores (Claim No. 29762) [Case No. 17-3283, ECF No. 17383] (Response Form submitted, claimant will attend)

   b. Ms. Mangual Torres was heard on the record with the assistance of the certified interpreter.

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – January 19, 2022

- c. The objection was sustained as to Claim No. 29762. The claim was disallowed in its entirety because it is identical to Claim No. 18462.

9. Three Hundred Forty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17105]
   a. Response to Three Hundred Forty-First Omnibus Objection to Claims, filed by Elizabeth Rivera Domínguez (Claim No. 32231) [Case No. 17-3283, ECF No. 17327] (Response Form not returned)
   b. The objection was sustained as to Claim No. 32231. The claim was disallowed in its entirety because it is identical to Claim No. 31275.

10. Three Hundred Forty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17105]
    a. Response to Three Hundred Forty-First Omnibus Objection to Claims, filed by Zulma Landrau Rivera (Claim No. 29313) [Case No. 17-3283, ECF No. 17441] (Response Form submitted, claimant will attend)
    b. Ms. Landrau Rivera was heard on the record with the assistance of a certified interpreter.
    c. The objection was sustained as to Claim No. 29313. The claim was disallowed in its entirety because it is identical to Claim No. 23761.

11. Three Hundred Forty-Fifth Omnibus Objection to Claims. [Case No. 17- 3283, ECF No. 17108]
    a. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Carmen Román Ocasio (Claim No. 15520) [Case No. 17-3283, ECF No. 17614] (Response Form not returned)
    b. The objection was sustained as to Claim No. 15520. The claim was reclassified as a general unsecured claim.

12. Three Hundred Forty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17109]
    a. Response to Three Hundred Forty-Seventh Omnibus Objection to Claims, filed by Ivelisse Navarro Cancel (Claim No. 28171) [Case No. 17-3283, ECF Nos. 19681-1, 2 (sealed); 19794-1, 2] (Response Form not returned)
    b. The objection was sustained as to Claim No. 28171. The claim was reclassified as a general unsecured claim. The amount of the claim was reduced to $204,600.00.

13. Three Hundred Forty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17109]
    a. Response to Three Hundred Forty-Seventh Omnibus Objection to Claims, filed by Eduardo Vélez Crespo (Claim No. 27235) [Case No. 17-3283, ECF Nos. 19681-3, 4 (sealed); 19794-3, 4] (Response Form not returned)

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – January 19, 2022

  b. The objection was sustained as to Claim No. 27235. The claim was reclassified as a general unsecured claim. The amount of the claim was reduced to $180,000.00.

**Continuation of Hearing on Adjourned Omnibus Objections to Claims set for January 20, 2022 at 9:30 AM (AST) before Judge Laura Taylor Swain.**

<u>s/Carmen Tacoronte</u>
Carmen Tacoronte
Courtroom Deputy Clerk