1-10-2022 JRF [handwritten notes across top]

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Nilda L. Colon Negron

Participant's Address: Urb. QTas. De Monserrate G-6 ST. Gaudi Ponce, P.R. 00730-1725

Participant's Email Address: casildocolon@yahoo.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 166526

Nature of Claim: Ley Promesa

By: [signature] Nilda L Colon Negron
Signature

Nilda L. Colón Negron
Print Name

_____
Title (if Participant is not an individual)

1-19-2022
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

JRF 55593

Nilsa L. Colón Negrón
Urb. QTas. [Quintas ...]
Ponce, Puerto Rico 00730-1725

19 JAN 2022 PM 1 L

Discovery Notice to the Court's Clerk office at:
United States District Court, Clerk's office
150 Ave Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625