UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br><br>Title III<br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |

ORDER DIRECTING PARTIES TO MEET AND CONFER REGARDING
THE ENACTMENT OF THE PUERTO RICO RECOVERY ACCURACY IN DISCLOSURES ACT

        On January 20, 2022, President Joseph R. Biden signed into law Public Law No. 117-82 the Puerto Rico Recovery Accuracy in Disclosures Act ("PRRADA"). PRRADA sets forth new disclosure requirements for professional persons seeking compensation pursuant to sections 316 and 317 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA").[2] In light of the enactment of PRRADA, the Court orders the following:

1. Counsel for the Oversight Board, the Fee Examiner, and the Office of the United States Trustee (the "Conferring Parties") are directed to meet and confer to discuss PRRADA's requirements.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. § 2101 et seq.

2. The Conferring Parties shall file with the Court an informative motion proposing procedures and timelines for presenting the List of Material Interested Parties,[3] including a threshold claim amount through which persons may be excluded from the List of Material Interested Parties, to the Court for approval and for parties in interest to be heard in connection with the approval of the List of Material Interested Parties.

3. The Conferring Parties' informative motion shall also include a procedure and timeline for the Fee Examiner to propose amendments to the current fee submission and review procedures to ensure compliance with PRRADA.

4. The Conferring Parties' informative motion shall also include a proposal for the Court's consideration of fee applications filed after PRRADA's enactment but before the Court's approval of the List of Material Interested Parties.

5. Bearing in mind the deadlines set forth in PRRADA, the Conferring Parties shall file the informative motion with the Court on or before **11:59 pm (Atlantic Standard Time)** on **January 31, 2022**.

SO ORDERED.

Dated: January 21, 2022

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[3] Capitalized terms not defined herein shall have the meanings ascribed to them in PRRADA.