### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

-----------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### CERTIFICATE OF SERVICE

     I, Geoffrey Parnon, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

     On January 5, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Master Service List attached hereto as **Exhibit A**:

- Nineteenth Notice of Transfer of Claims to Alternative Dispute Resolution [Docket No. 19671] (*the* "**ADR Notice**")

- Twenty-Second Notice of Transfer of Claims to Administrative Claims Reconciliation [Docket No. 19675] (*the* "**ACR Notice**")

     On January 5, 2022, at my direction and under my supervision, employees of Prime Clerk caused the ADR Notice to be served by the method set forth on the ADR Service List attached hereto as **Exhibit B**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

On January 5, 2022, at my direction and under my supervision, employees of Prime Clerk caused the ACR Notice to be served via First Class Mail and Email on Maldonado Cruz, Nancy and Torres Sanchez, Nilsa I at addresses redacted for privacy purposes.

Dated: January 21, 2022

/s/ Geoffrey Parnon
Geoffrey Parnon

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 21, 2022, by Geoffrey Parnon, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 59022

**<u>Exhibit A</u>**

Exhibit A

Master Service List

Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Counsel to Cooperativa De Ahorro Y Credito Dr. Manuel Zeno Gandia, Cooperativa De Ahorro Y Credito Abraham Rosa, Cooperativa De Ahorro Y Credito De Aguada, Cooperativa De Ahorro Y Credito Vega Alta, Cooperativa De Ahorro Y Credito El Valenciano, Fidecoop, Cooperativa De Ahorro Y Credito De Rincon, Cooperativa De Ahorro Y Credito De Lares Y Region Central, Fondo de Inversión y Desarrollo Cooperativo, Inc., Cooperativa De Ahorro Y Credito De Ciales, Cooperativa De Ahorro Y Credito Juana Diaz | Almeida & Dávila, P.S.C. | Attn: Enrique M. Almeida Bernal and Zelma Dávila Carrasquillo PO Box 191757 San Juan PR 00919-1757 |
| Federal Agency | AmeriCorps | Attn: Sonali Nijhawan 1201 New York Ave., NW Washington DC 20525 |
| Antilles Power Depot, Inc. | Antilles Power Depot, Inc. | Attn: Raymond Texidor PO Box 810190 Carolina PR 00981-0190 |
| Interested Party | Arthur Samodovitz | 120 Lasa Commons Cir Apt 213 St. Augustine FL 32084-8784 |
| Asociación de Empleados Gerenciales del Fondo del Seguro del Estado | Asociación de Empleados Gerenciales del Fondo del Seguro del Estado | PO Box 71325 Suite 84 San Juan PR 00936 |
| Autonomous Municipality of Ponce, creditor and party-in-interest | Autonomous Municipality of Ponce | PO Box 331709 Ponce PR 00733-1709 |
| Autopistas de PR, LLC | Autopistas de PR,  LLC | Attn: Xavier Carol PO Box 29227 San Juan PR 00929-0227 |
| Autopistas de PR, LLC | Autopistas de PR,  LLC | Attn: Xavier Carol Urb. Matienzo Cintron Calle Montellano 518 San Juan PR 00923 |

Exhibit A

Master Service List

Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Counsel to Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica, Union de Empleados de la Corporacion del Fondo del Seguro del Estado, Asociacion de Empleados Gerenciales del Fondo del Seguro del Estado Corp., Union de Medicos de la Corporacion del Fondo del Seguro del Estado Corp., Prosol-Utier and Federación de Maestros de Puerto Rico and Sistema de Retiro de los Empleados de la Autoridad de Energa Elctrica (SREAEE), Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. ("APRUM"), Plaintiff in Adversary Proceeding 17-00197, Hermandad de Empleados del Fondo del Seguro del Estado, Inc , et al. Plaintiff in Adversary Proceeding 18-00091, and Unión de Trabajadores de la Industria Eléctrica y Riego Inc ("UTIER") | Bufete Emmanuelli, C.S.P. | Attn: Jessica E. Méndez Colberg<br>472 Tito Castro Ave<br>Edificio Marvesa, Suite 106<br>Ponce PR 00716 |
| Counsel to Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica, Union de Empleados de la Corporacion del Fondo del Seguro del Estado, Asociacion de Empleados Gerenciales del Fondo del Seguro del Estado Corp., Union de Medicos de la Corporacion del Fondo del Seguro del Estado Corp., Prosol-Utier and Federación de Maestros de Puerto Rico and Sistema de Retiro de los Empleados de la Autoridad de Energa Elctrica (SREAEE), Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. ("APRUM"), Plaintiff in Adversary Proceeding 17-00197, Hermandad de Empleados del Fondo del Seguro del Estado, Inc , et al. Plaintiff in Adversary Proceeding 18-00091, and Unión de Trabajadores de la Industria Eléctrica y Riego ("UTIER") | Bufete Emmanuelli, C.S.P. | Attn: Jessica E. Méndez Colberg<br>PO Box 10779<br>Ponce PR 00732 |
| Counsel to Unión de Trabajadores de la Industria Eléctrica y Riego & Asociación de Profesoras & Profesores del Recinto Universitario de Mayagüez, Inc. and Hermandad de Empleados del Fondo del Seguro del Estado, Inc, et al. Plaintiff in Adversary Proceeding 18-00091 | Bufete Emmanuelli, C.S.P. | Attn: Jessica E. Méndez Colberg, Esq.<br>Urb. Constancia<br>2803 Calle San Francisco<br>Ponce PR 00717 |

Exhibit A

Master Service List

Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Counsel to Aida Rossy Clemente and Local Counsel to KDC Solar LLC | Carlos Alsina Batista Law Offices, PSC | Attn: Carlos C. Alsina Batista<br>1519 Ponce De León Ave.<br>Firstbank Bldng., Suite 513<br>San Juan PR 00909 |
| Counsel to Metric Engineering, Inc. | Coto & Associates | Attn: Gladira Robles-Santiago<br>MCS Plaza, Suite 800<br>255 Ponce de León Ave.<br>Hato Rey PR 00918 |
| Counsel to Metric Engineering, Inc. | Coto & Associates | Attn: Gladira Robles-Santiago<br>PO Box 71449<br>San Juan PR 00936-8549 |
| Puerto Rico Department of Justice | Departamento de Justicia de Puerto Rico | Apartado 9020192<br>San Juan PR 00902-0192 |
| Federal Agency | Department of Defense (DOD) | Attn: Lloyd J. Austin III<br>1400 Defense Pentagon<br>Washington DC 20301-1400 |
| Federal Agency | Department of Energy (DOE) | Attn: Jennifer M. Granholm<br>1000 Independence Ave., SW<br>Washington DC 20585 |
| Federal Agency | Department of Homeland Security (DHS) | Attn: Alejandro Mayorkas<br>Secretary of Homeland Security<br>Washington DC 20528-0075 |
| Federal Agency | Department of Housing and Urban Development (HUD) | Attn: Marcia L. Fudge<br>451 7th Street., SW<br>Washington DC 20410 |
| Federal Agency | Department of Human and Health Services | Attn: Xavier Becerra<br>200 Independence Ave, SW<br>Washington DC 20201 |
| Federal Agency | Department of the Interior (DOI) | Attn: Deb Haaland<br>1849 C St., NW<br>Washington DC 20240 |

Exhibit A

Master Service List

Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Federal Agency | Department of Transportation (DOT) | Attn: Pete Buttigieg<br>1200 New Jersey Ave., SE<br>Washington DC 20590 |
| Federal Agency | Department of Veterans Affairs (VA) | Attn: Denis Richard McDonough<br>810 Vermont Ave., NW<br>Washington DC 20420 |
| Counsel to Popular, Inc., Popular Securities, LLC and Banco Popular de Puerto Rico | Donna A. Maldonado-Rivera | Popular Center-9th Floor<br>209 Muñoz Rivera Ave.<br>San Juan PR 00918 |
| Federal Agency | Federal Communications Commission (FCC) | Attn: Jessica Rosenworcel<br>45 L Street NE<br>Washington DC 20554 |
| Federal Agency | Federal Emergency Management Agency (FEMA) | Attn: Deanne Criswell<br>500 C St., SW<br>Washington DC 20472 |
| Counsel to Puerto Rico Hospital Supply, Inc. | Fuentes Law Offices, LLC | Attn: Alexis Fuentes Hernández<br>PO Box 9022266<br>San Juan PR 00902-2726 |
| Integrand Assurance Company | Integrand Assurance Company | PO Box 70128<br>San Juan PR 00936-8128 |
| Counsel to PFZ Properties, Inc. | Jack Katz | ESJ Towers<br>6165 Isla Verde Ave<br>Carolina PR 00979-5729 |
| Jaime Rodríguez Avilés | Jaime Rodríguez Avilés | 128 Apartamento 201<br>Edificio Bernardo Torres, Sector La Trocha<br>Yauco PR 00698 |
| Counsel to Marie Algarín Serrano, Sandra Ayala Cruz, María Luisa Vélez Quiñones, Gamaliel Sánchez Pellot | Jesús M. Rivera Delgado | Attn: Jesús M. Rivera Delgado<br>P O Box 22518<br>San Juan PR 00931 |

Exhibit A

Master Service List

Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management, LP, Glendon Opportunities Fund, LP, Mason Capital Management, LLC, Nokota Capital Master Fund, LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), LP, Oaktree Value Opportunities Fund, LP, Ocher Rose and SV Credit, LP | Jones Day | Attn: James M. Gross 250 Vesey Street New York NY 10281 |
| The Board of Trustees of the Puerto Rico Electric Power Authority Employees' Retirement System, Juan Carlos Adrover, Sammy Ramírez and Alvin Román | Junta de Síndicos del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica | Sistema de Retiro AEE PO Box 13978 San Juan PR 00908-3978 |
| Counsel to NextGen Healthcare, Inc. and Quality Systems, Inc. | Kane Russell Coleman Logan PC | Attn: Paul J. Hammer 5051 Westheimer Road, 10th Floor Houston TX 77056 |
| Counsel to Kanoso Auto Sales Inc. | Kanoso Auto Sales Inc. | Attn: Jose A. Crespo Gonzalez, President PO Box 1446 San German PR 00683 |
| Counsel to CMA Architects & Engineers, LLC, Municipality of San Sebastian,  the Corporación de Servicios Integrales de Salud del Area de Barranquitas, Comerío, Corozal, Naranjito y Orocovis, Asociacion de Salud Primaria de Puerto Rico, et al., Plaintiff in Adversary Proceeding 17-00227, and Corporacion de Servicios Integrales de Salud del Area de Barranquitas, Comero, Corozal, Naranjito Y Orocovis, Plaintiff in Adversary Proceedings 17-00292 and 17-00298 | Law Offices of John E. Mudd | Attn: John E. Mudd PO Box 194134 San Juan PR 00919 |
| Interested Party | Liberty Cablevision of Puerto Rico, LLC | Attn: Alexandra Verdiales PO Box 192296 San Juan PR 00919-2296 |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero Triple S Plaza, 1510 F.D. Roosevelt Ave. 9th Floor, Suite 9 B1 Guaynabo PR 00968 |

Exhibit A

Master Service List

Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Counsel to Steve Schoenberg IRA, Steve and Sharon Schoenberg, Alyssa Marie Schoenberg Grantor Trust, and SFT Holdings LP | McNamee Lochner P.C. | Attn: General Counsel<br>20 Corporate Woods Blvd<br>Ste 4<br>Albany NY 12211-2396 |
| Attorneys for Edward D. Jones & Corp. | Morgan, Lewis & Bockius LLP | Attn: Rachel J. Mauceri<br>1701 Market Street<br>Philadelphia PA 19103-2921 |
| Counsel to Pablo Del Valle Rivera and María A. Martínez, Tenants in Common and Fideicomiso Del Valle Martinez II | Pablo Del Valle Rivera | PO Box 2319<br>Toa Baja PR 00951-2319 |
| Counsel to Caribbean Hospital Corporation | Pedro Nicot Santana, Esq. | PO Box 360486<br>San Juan PR 00936-0486 |
| Counsel to Backyard Bondholders | Picó & Blanco, LLC | Attn: Ana M. del Toro Sabater, Esq.<br>District View Plaza, Penthouse<br>644 Fernandez Juncos Avenue<br>San Juan PR 00907 |
| Debtors | Puerto Rico Electric Power Authority | Attn: Office Of The General Counsel<br>PO Box 364267<br>San Juan PR 00936-4267 |
| Members of Creditor's Committee | Puerto Rico Hospital Supply | Call Box 158<br>Carolina PR 00986-0158 |
| Puerto Rico Industrial Development Company | Puerto Rico Industrial Development Company | Attn: Gabriel Maldonado<br>PO Box 362350<br>San Juan PR 00936-2350 |
| Counsel to Siemens Transportation Partnership Puerto Rico, S.E. and Siemens Corporation | Reed Smith, LLP | Attn: Claudia Springer<br>Three Logan Square<br>1717 Arch Street, Suite 3100<br>Philadelphia PA 19103 |
| Reliable Equipment Corporation | Reliable Equipment Corporation | Attn: Marylin Del Valle, General Manager, Reliable Equipment Corporation<br>PO Box 2316<br>Toa Baja PR 00951-2316 |

Exhibit A

Master Service List

Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Scotiabank de Puerto Rico | Scotiabank de Puerto Rico | GA 20 Calle Paseo del Parque<br>Garden Hills Sur<br>Guaynabo PR 00969 |
| Counsel to The Bank of New York Mellon, as trustee, Total Petroleum Puerto Rico Corp., Siemens Transportation Partnership Puerto Rico, S.E., and Siemens Corporation | Sepulvado & Maldonado, & Couret | Attn: Elaine Maldonado Matias, Aurivette Deliz Delgado, & Albéniz Couret Fuentes<br>304 Ponce de Leon Avenue<br>Suite 990<br>San Juan PR 00918-2029 |
| Counsel to Siemens Transportation Partnership Puerto Rico, S.E., The Bank of New York Mellon , as Trustee | Sepulvado Maldonado & Couret | Attn: Albéniz Couret Fuentes<br>304 Ponce de Leon Ave.<br>Ste 990<br>San Juan PR 00918 |
| Federal Agency | Small Business Administration (SBA) | Attn: Dilawar Syed<br>409 3rd St., SW<br>Washington DC 20416 |
| Counsel to Autonomous Municipality of Ponce | Stradling Yocca Carlson & Rauth, PC | Attn: Paul R. Glassman<br>10100 Santa Monica Blvd<br>Ste 1400<br>Los Angeles  CA 90067-4140 |
| Members of Creditor's Committee | The American Federation of Teachers (AFT) | Attn: Mark Richard<br>555 New Jersey Ave., NW<br>11th Floor<br>Washington DC 20001 |
| Counsel to Vitol S.A., Defendant in Adversary Proceeding 17-00221 | The Law Offices of Andres W. Lopez, P.S.C. | Attn: Andres W. Lopez<br>902 Fernandez Juncos Ave<br>San Juan PR 00907 |
| Counsel to the United States | U.S. Department of Justice, Civil Division | Attn: Thomas G. Ward<br>950 Pennsylvania Ave., NW<br>Rm 3131<br>Washington DC 20530 |

Exhibit A

Master Service List

Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Counsel for Luis J. Costas-Russell | Ubarri & Roman Law Office | Attn: David W. Roman<br>PO Box 79564<br>Carolina PR 00984-9564 |
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado | Unión de Médicos de la Corporación del Fondo del Seguro del Estado | PO Box 70344, CMM33<br>San Juan PR 00936-8344 |
| Members of Creditor's Committee | Unitech Engineering | Attn: Ramón Ortiz Carro<br>Urb Sabanera<br>40 Camino de la Cascada<br>Cidra PR 00739 |
| Federal Agency | US Army Corps of Engineers | Attn: Scott A. Spellmon<br>441 G St., NW<br>Washington DC 20548 |
| Office of the United States Attorney for the District of Puerto Rico | US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan PR 00918 |
| Federal Agency | US Department of Agriculture | Attn: Thomas J. Vilsack<br>1400 Independence Ave., SW<br>Washington DC 20250 |
| Federal Agency | US Department of Commerce | Attn: Gina M. Raimondo<br>1401 Constitution Ave., NW<br>Washington DC 20230 |
| Federal Agency | US Department of Education (ED) | Attn: Miguel Cardona<br>400 Maryland Ave., SW<br>Washington DC 20202 |
| Federal Agency | US Department of Justice (DOJ) | Attn: Merrick Garland<br>950 Pennsylvania Ave., NW<br>Washington DC 20530 |
| Federal Agency | US Department of Labor (DOL) | Attn: Martin J. Walsh<br>200 Constitution Ave NW<br>Washington DC 20210 |

Exhibit A

Master Service List

Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Counsel to Learning Alliances, LLC | Vidal, Nieves & Bauzá, LLC | Attn: Roxana Cruz-Rivera, Esq.<br>B7 Tabonuco Street, Suite 1108<br>Guaynabo PR 00968 |

**<u>Exhibit B</u>**

Exhibit B

ADR Service List

Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|-------|------|-----------|-----------|------|-------|-------------|-------|-------------------|
| 2188097 | Garcia Rivera, Jorge L. | ADDRESS ON FILE | | | | | | First Class Mail |
| 2188097 | Garcia Rivera, Jorge L. | ADDRESS ON FILE | | | | | ADDRESS ON FILE | First Class Mail and Email |
| 2175225 | GIERBOLINI RODRIGUEZ, MARIO | ADDRESS ON FILE | | | | | ADDRESS ON FILE | First Class Mail and Email |
| 2176170 | GONZALEZ SANTIAGO, MIRIAM | ADDRESS ON FILE | | | | | ADDRESS ON FILE | First Class Mail and Email |
| 2187228 | Santos Oritz, Edwin | ADDRESS ON FILE | | | | | ADDRESS ON FILE | First Class Mail and Email |
| 2188340 | Toro Lopez, Ana M | ADDRESS ON FILE | | | | | ADDRESS ON FILE | First Class Mail and Email |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)