UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 4780-LTS |

ORDER SCHEDULING BRIEFING IN CONNECTION WITH THE STATUS REPORT OF
GOVERNMENT PARTIES REGARDING COVID-19 PANDEMIC AND 9019 MOTION

    The Court has received and reviewed the *Status Report of Government Parties Regarding COVID-19 Pandemic and 9019 Motion* (Docket Entry No. 19836 in Case No. 17-3283 and Docket Entry No. 2691 in Case No. 17-4780, the "Status Report"), filed by the

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Emplodyees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Government Parties,[2] as well as the *Official Committee of Unsecured Creditors' Response to Status Report of Government Parties Regarding COVID-19 Pandemic and 9019 Motion* (Docket Entry No. 19847 in Case No. 17-3283 and Docket Entry No. 2692 in Case No. 17-4780) filed by the Official Committee of Unsecured Creditors.

Any reply papers in further support of the Government Parties' request for submission of an updated status report on March 31, 2022, must be filed by **January 27, 2022, at 5:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the Government Parties' request on submission.

SO ORDERED.

Dated: January 24, 2022

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Status Report.