# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| Morning Session | Afternoon Session |
|---|---|
| Set: 9:30 AM (AST) | Set: 1:30 PM (AST) |
| Started: 9:40 AM (AST) | Started: 1:33 PM (AST) |
| Ended: 12:25 PM (AST) | Ended: 3:20 PM (AST) |

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**     DATE: January 20, 2022
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY:   Carmen Tacoronte
COURT REPORTER:   Amy Walker
CONTRACT INTERPRETER:   Carol Terry
CSO: Luis Montoya

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*. Debtors | 3:17-BK-3283 (LTS)<br>PROMESA Title III<br><br><br>(Jointly Administered) |

**Further Hearing on Adjourned Omnibus Objections to Claims held.**

The following claimants were present in court and were heard with the assistance of the certified interpreter:

1. Félix Rivera Clemente,
2. Sonia Yvette Meléndez,
3. Carmen Milagros Ruiz Diaz,
4. Zulma I. Cruz Irizarry,
5. Ebed Miró Ramírez,
6. Amparo Echevarría Lazús, and
7. Carmen María Ruiz Diaz

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – January 20, 2022

Attorney Gabriel Miranda Rivera, counsel for the Financial Oversight and Management Board, was also present in court.

**IV. CONTESTED CLAIM OBJECTIONS (beginning at 9:30 a.m. Atlantic Standard Time on January 20, 2022):**

1. Three Hundred Sixteenth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 16643].
    a. Response to Three Hundred Sixteenth Omnibus Objection to Claims, filed by Félix Rivera Clemente (Claim No. 7490) [Case No. 17-3283, ECF Nos. 19676-5, 6, 7, 8 (sealed); 19793-5, 6, 7, 8] (Response Form submitted, claimant will attend)
    b. Mr. Rivera Clemente was heard on the record with the assistance of a certified court interpreter.
    c. The objection was sustained as to Claim No. 7490. The claim was reclassified as a general unsecured claim.
2. Three Hundred Forty-Fifth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17108]
    a. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Sandra Collado Santiago (Claim No. 54541) [Case No. 17-3283, ECF No. 19680-3, 4] (Response Form not returned)
    b. The objection was sustained as to Claim No. 54541. The claim was reclassified as a general unsecured claim.
3. Three Hundred Forty-Fifth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17108]
    a. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Sonia Ferrer Meléndez (Claim No. 23016 [Case No. 17-3283, ECF No. 17442] (Response Form submitted, claimant will attend)
    b. Ms. Ferrer Meléndez was heard on the record with the assistance of a certified court interpreter.
    c. The objection was sustained as to Claim No. 23016. The claim was reclassified as a general unsecured claim.
4. Three Hundred Sixty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17933]
    a. Response to Three Hundred Sixty-Seventh Omnibus Objection to Claims, filed by Migdalia González Vega (Claim No. 106655) [Case No. 17-3283, ECF No. 18107] (Response Form not returned)
    b. The objection was sustained as to Claim No. 106655. The claim was reclassified as a claim against the Commonwealth.

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – January 20, 2022

5. Three Hundred Forty-Fifth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17108]
    a. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Carmen Milagros Ruiz Diaz (Claim No. 106293) [Case No. 17-3283, ECF No. 17410] (Response Form submitted, claimant will attend)
    b. Ms. Ruiz Diaz was heard on the record with the assistance of a certified court interpreter.
    c. The objection was sustained as to Claim No. 106293. The claim was reclassified as a general unsecured claim.
    d. Claimant's verbal request to argue on behalf of Ana Vázquez Pagán (item IV.7 at Docket No. 19818) was denied.
6. Three Hundred Forty-Fifth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17108]
    a. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Pedro Ruiz Villegas (Claim No. 9778, ECF No. 19680-7, 8] (Response Form not returned)
    b. The objection was sustained as to Claim No. 9778. The claim was reclassified as a general unsecured claim.
7. Three Hundred Forty-Fifth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17108]
    a. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Ana Vázquez Pagán (Claim No. 122933) [Case No. 17-3283, ECF No. 17409] (Response Form submitted, claimant will attend)
    b. The objection was sustained as to Claim No. 122933. The claim was reclassified as a general unsecured claim.
8. Three Hundred Forty-Ninth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17092]
    a. Response to Three Hundred Forty-Ninth Omnibus Objection to Claims, filed by Vilma Adorno Marrero (Claim No. 35262) [Case No. 17-3283, ECF Nos. 19684-1, 2 (sealed); 19795-1, 2] (Response Form not returned)
    b. The objection was sustained as to Claim No. 35262. The claim was disallowed in its entirety as duplicative of a master proof of claim.
9. Three Hundred Forty-Ninth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17092]

    Three Hundred Fifty-First Omnibus Objection to Claims [Case No. 17-3283, ECF No. 17112]

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – January 20, 2022

- a. Response to Three Hundred Forty-Ninth Omnibus Objection to Claims, filed by Lydia Colón Mulero (Claim No. 42061) [Case No. 17-3283, ECF Nos. 19684-3, 4 (sealed); 19795-3, 4] (Response Form not returned)
    1. The objection was sustained as to Claim No. 42061. The claim was disallowed in its entirety as duplicative of a master proof of claim.
- b. Response to Three Hundred Fifty-First Omnibus Objection to Claims, filed by Lydia Colón Mulero (Claim No. 168021) [Case No. 17-3283, ECF Nos. 19686-1, 2 (sealed); 19796-1, 2] (Response Form not returned)
    1. The objection was sustained as to Claim No. 168021. The claim was disallowed in part to the extent that it asserts a claim duplicative of master proofs of claim.

10. Three Hundred Forty-Ninth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17092]
    - a. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Nancy Maldonado Cruz (Claim Nos. 46270 and 48743) [Case No. 17-3283, ECF Nos. 19684-5, 6 (sealed); 19795-5, 6] (Response Form not returned)
    - b. The objection was sustained in part as to Claim Nos. 46270 and 48743. The claims were partially disallowed only to the extent that they are duplicative of master proofs of claim. The portion of these claims that has been transferred to ACR was not disallowed.

11. Three Hundred Forty-Ninth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17092]
    - a. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Ana Maldonado Torres (Claim No. 32722) [Case No. 17-3283, ECF Nos. 19684-7, 8 (sealed); 19795-7, 8] (Response Form not returned)
    - b. The objection was sustained as to Claim No. 32722. The claim was disallowed in its entirety as duplicative of a master proof of claim.

12. Three Hundred Forty-Ninth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17092]
    - a. Response to Three Hundred Forty-Ninth Omnibus Objection to Claims, filed by Luis Marcano García (Claim No. 26027) [Case No. 17-3283, ECF No. 17493] (Response Form not returned)
    - b. The objection was sustained as to Claim No. 26027. The claim was disallowed in its entirety as duplicative of a master proof of claim.

13. Three Hundred Forty-Ninth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17092]

   a. Response to Three Hundred Forty-Ninth Omnibus Objection to Claims, filed by Neftalí Méndez Domínguez (Claim No. 26316) [Case No. 17-3283, ECF Nos. 19684-9, 10 (sealed); 19795-9, 10] (Response Form not returned)
   b. The objection was sustained as to Claim No. 26316. The claim was disallowed in its entirety as duplicative of a master proof of claim.
14. Three Hundred Sixty-Second Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17927]
   a. Response to Three Hundred Sixty-Second Omnibus Objection to Claims, filed by Jesús Soto Toledo (Claim No. 15762) [Case No. 17-3283, ECF No. 19688-1, 2] (Response Form not returned)
   b. The objection was sustained as to Claim No. 15762. The claim was reclassified as a general unsecured claim.

V. **CONTESTED CLAIM OBJECTIONS (beginning at 10:30 a.m. Atlantic Standard Time):**

   1. Three Hundred First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 16021]

      Three Hundred Fiftieth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17111]

      a. Response to Three Hundred First Omnibus Objection to Claims, filed by José López Valentín (Claim No. 178186) [Case No. 17-3283, ECF No. 16345] (Response Form not returned)
         i. The objection was sustained as to Claim No. 178186. The claim was partially disallowed only to the extent that it is duplicative of a master proof of claim.
      b. Response to Three Hundred Fiftieth Omnibus Objection to Claims, filed by José López Valentín (Claim No. 4759) [Case No. 17-3283, ECF No. 19685-7, 8] (Response Form not returned)
         i. The objection was sustained as to Claim No. 4759. The claim was disallowed in its entirety as duplicative of a master proof of claim.
   2. Three Hundred Forty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17109]

      Three Hundred Fiftieth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17111]

      a. Response to Three Hundred Forty-Seventh and Three Hundred Fiftieth Omnibus Objections to Claims, filed by Mayra Torres Ramos (Claim Nos. 25360 and 161653) [Case No. 17-3283, ECF No. 17485] (Response Form not returned)

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – January 20, 2022

> b. The 347th objection was sustained as to Claim No. 25360. The claim was reclassified as a general unsecured claim and reduced in the amount of $151,200.00.
> c. The 350th objection was sustained as to Claim No. 161653. The claim was disallowed in its entirety as duplicative of a master proof of claim.

3. Three Hundred Fiftieth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17111]
   a. Response to Three Hundred Fiftieth Omnibus Objection to Claims, filed by Joan Almedina Quirindongo (Claim No. 34886) [Case No. 17-3283, ECF No. 19685-1, 2] (Response Form not returned)
   b. The objection was sustained as to Claim No. 34886. The claim was disallowed in its entirety as duplicative of master proofs of claim.

4. Three Hundred Fiftieth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17111]
   a. Response to Three Hundred Fiftieth Omnibus Objection to Claims, filed by Verónica Arroyo López (Claim No. 49587) [Case No. 17-3283, ECF No. 17471] (Response Form not returned)
   b. The objection was sustained as to Claim No. 49587. The claim was disallowed in its entirety as duplicative of a master proof of claim.

5. Three Hundred Fiftieth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17111]
   a. Response to Three Hundred Fiftieth Omnibus Objection to Claims, filed by Migdalia Crespo (Claim No. 29640) [Case No. 17-3283, ECF No. 19685-3, 4] (Response Form not returned)
   b. Decision reserved pending filing of supplemental documentation by FOMB.

6. Three Hundred Fiftieth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17111]
   a. Response to Three Hundred Fiftieth Omnibus Objection to Claims, filed by Amparo Echevarría Lazus (Claim No. 43828) [Case No. 17-3283, ECF No. 19685-5, 6] (Response Form submitted, claimant will attend)
   b. Ms. Echivarría Lazus was heard on the record with the assistance of the certified interpreter.
   c. The objection was sustained as to Claim No. 43828. The claim was disallowed in its entirety as duplicative of master proofs of claim.

7. Three Hundred Fiftieth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17111]

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – January 20, 2022

    a. Response to Three Hundred Fiftieth Omnibus Objection to Claims, filed by Selenia Rodríguez Rodríguez (Claim No. 87823) [Case No. 17-3283, ECF No. 19685-9, 10] (Response Form not returned)

    b. The objection was sustained as to Claim No. 87823. The claim was disallowed in its entirety as duplicative of a master proof of claim.

8. Three Hundred Fiftieth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17111]

    a. Response to Three Hundred Fiftieth Omnibus Objection to Claims, filed by Stephanie Wilson Crespo (Claim Nos. 87771, 94832 and 87128) [Case No. 17-3283, ECF No. 17385] (Response Form returned, claimant will not attend)

    b. The objection is sustained as to Claim Nos. 87771, 94832 and 87128. The claims were disallowed as duplicative of a master proof of claim. The ruling is subject to the filing of supplemental documentation by FOMB.

9. Three Hundred Fifty-First Omnibus Objection to Claims. [Case No. 17- 3283, ECF No. 17112]

    a. Response to Three Hundred Fifty-First Omnibus Objection to Claims, filed by Zulma Cruz Irizarry (Claim No. 102255) [Case No. 17-3283, ECF No. 17406] (Response Form submitted, claimant will attend)

    b. Ms. Cruz Irizarry was heard on the record with the assistance of the certified interpreter.

    c. The objection was sustained as to Claim No. 102255. The claim was partially disallowed only to the extent that it is duplicative of a master proof of claim.

10. Three Hundred Fifty-First Omnibus Objection to Claims. [Case No. 17- 3283, ECF No. 17112]

    a. Response to Three Hundred Fifty-First Omnibus Objection to Claims, filed by Ebed Miró Ramírez (Claim No. 171318) [Case No. 17-3283, ECF Nos. 19686-3, 4 (sealed); 19796-3, 4] (Response Form submitted, claimant will attend)

    b. Ms. Miró Ramírez was heard on the record with the assistance of the certified interpreter.

    c. The objection was sustained as to Claim No. 171318. The claim was partially disallowed only to the extent that it is duplicative of a master proof of claim.

11. Three Hundred Fifty-First Omnibus Objection to Claims. [Case No. 17- 3283, ECF No. 17112]

    a. Response to Three Hundred Fifty-First Omnibus Objection to Claims, filed by Yolanda Rivera Rivera (Claim No. 10904) [Case No. 17-3283, ECF No. 17435] (Response Form not returned)

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – January 20, 2022

- b. The objection was sustained as to Claim No. 10904. The claim was partially disallowed only to the extent that it is was duplicative of a master proof of claim.

12. Three Hundred Fifty-First Omnibus Objection to Claims. [Case No. 17- 3283, ECF No. 17112]

- b. Response to Three Hundred Fifty-First Omnibus Objection to Claims, filed by Carmen María Ruiz Diaz (Claim No. 113880) [Case No. 17-3283, ECF No. 17497] (Response Form submitted, claimant will attend)
- c. Ms. Ruiz Diaz was heard on the record with the assistance of the certified interpreter.
- d. Decision reserved pending supplemental filing by the FOMB.

**VI. CONTESTED CLAIM OBJECTIONS (beginning at 11:30 a.m. Atlantic Standard Time):**

1. Three Hundred Forty-Fifth Omnibus Objection to Claims. [Case No. 17- 3283, ECF No. 17108]
    - a. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Zoraida Chévere Fraguada (Claim Nos. 24315 and 20600) [Case No. 17-3283, ECF No. 17445] (Response Form not returned)
    - b. The objection as to this claim was adjourned to the March Omnibus Hearing.
2. Three Hundred Fifty-Fifth Omnibus Objection to Claims. [Case No. 17- 3283, ECF No. 17096]
    - a. Response to Three Hundred Fifty-Fifth Omnibus Objection to Claims, filed by Bodnar Trust U/A Dated 12/28/2001 (Claim No. 6850) [Case No. 17-3283, ECF No. 18410] (Response Form not returned)
    - b. The modified objection was sustained as to Claim No. 6850. The claim was disallowed in part as duplicative of Master Proof of Claim No. 38574.
    - c. The remainder of the claim, which asserts liability as to PREPA, was disallowed as duplicative of Claim No. 6737.
    - d. Proposed order shall indicate the modified grounds for disallowance of the claim in its entirety.
3. Three Hundred Fifty-Seventh Omnibus Objection to Claims. [Case No. 17- 3283, ECF No. 17102]
    - a. Response to Three Hundred Fifty-Seventh Omnibus Objection to Claims, filed by Diana and Johnson Graham (Claim No. 10607) [Case No. 17-3283, ECF Nos. 19687-1 (sealed); 19797-1] (Response Form not returned)
    - b. The objection was sustained as to Claim No. 10607. The claim was disallowed in its entirety.

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – January 20, 2022

4. Three Hundred Sixty-Fifth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17932]
   a. Response to Three Hundred Sixty-Fifth Omnibus Objection to Claims, filed by Víctor Henson Bousquets (Claim No. 33429) [Case No. 17-3283, ECF No. 18251] (Response Form not returned, claimant will not attend)
   b. The objection was sustained as to Claim No. 33429. The claim was reclassified as a general unsecured claim and reduced to $1,500,000.00.
5. Three Hundred Eighty-Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17922]
   a. Response to Three Hundred Eighty-Third Omnibus Objection to Claims, filed by Aníbal Echevarría Cordovés (Claim No. 63198) [Case No. 17-3283, ECF No. 18138] (Response Form not returned)
   b. The objection was sustained as to Claim No. 63198. A portion of the claim that was transferred to the ACR process. The remaining portion of the claim was disallowed.
6. Three Hundred Ninety-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 18961]
   a. Response to Three Hundred Ninety-Seventh Omnibus Objection to Claims, filed by Sam Allison (Claim Nos. 179591, 179592, 179600, 179602, 179605, 179606, 179607, 179608, 179609, 179610, and 179613) [Case No. 17-3283, ECF No. 19356] (Response Form submitted, claimant will not attend)
   b. The objection is sustained as to Claims Nos. 179591, 179592, 179600, 179602, 179605, 179606, 179607, 179608, 179609, 179610, and 179613 as late filed, to the extent that they assert any liability beyond the repayment of principal, interest, and other fees and expenses.
   c. The objection is overruled without prejudice to the filing of an objection based on the grounds of duplicativeness regarding HTA, PBA and PRIFA liabilities.
7. Three Hundred Forty-Fifth Omnibus Objection to Claims. [Case No. 17- 3283, ECF No. 17108]

   Three Hundred Fifty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17112]

   a. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Félix Rivera Clemente (Claim No. 6725) [Case No. 17-3283, ECF No. 19680-9, 10] (Response Form not returned)

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – January 20, 2022

- b. Response to Three Hundred Fifty-First Omnibus Objection to Claims, filed by Félix Rivera Clemente (Claim No. 6725) [Case No. 17-3283, ECF Nos. 19686-7, 8 (sealed); 19796-7, 8] (Response Form not returned)
- c. Mr. Rivera Clemente was heard on the record with the assistance of the certified interpreter.
- e. The 345th objection was sustained as to Claim No. 6725. The claim was reclassified as a general unsecured claim.
- d. The 351st objection was sustained as to Claim No. 6725. The claim was partially disallowed only to the extent that it is duplicative of master proofs of claim.

8. Three Hundred Fifty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17112]
   - a. Response to Three Hundred Fifty-First Omnibus Objection to Claims, filed by Ana Luna Ríos (Claim No. 174092) [Case No. 17-3283, ECF Nos. 19686-5, 6 (sealed); 19796-5, 6] (Response Form not returned)
   - b. The objection was sustained as to Claim No. 174092. The claim was partially disallowed as duplicative of master proofs of claim.

9. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]
   - a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Leonides González Castro (Claim No. 179357) [Case No. 17-3283, ECF No. 19683-5, 6] (Response Form not returned)
   - b. The objection was sustained as to Claim No. 179357. The claim was disallowed in its entirety, because it was filed after the set bar date with no justification.

10. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]
    - a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Guarionex Eduardo Lizardi Ortega (Claim No. 179316) [Case No. 17-3283, ECF No. 19683-1, 2] (Response Form not returned)
    - b. The objection was sustained as to Claim No. 179316. The claim was disallowed in its entirety, because it was filed after the set bar date with no justification.

11. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]
    - a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Ángel Luis Martínez Rivera (Claim No. 179340) [Case No. 17-3283, ECF No. 19683-3, 4] (Response Form not returned)
    - b. The objection was sustained as to Claim No. 179340. The claim was disallowed in its entirety, because it was filed after the set bar date with no justification.

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – January 20, 2022

12. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]
    a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Maritza Acevedo De Núñez (Claim No. 179423) [Case No. 17-3283, ECF No. 19683-7, 8] (Response Form not returned)
    b. The objection was sustained as to Claim No. 179423. The claim was disallowed in its entirety, because it was filed after the set bar date with no justification.

13. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]

    Three Hundred Seventy-Ninth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17914]

    a. Response to Three Hundred Seventy-Fourth and Three Hundred Seventy-Ninth Omnibus Objections to Claims, filed by Agustín González Velázquez (Claim No. 171214) [Case No. 17-3283, ECF No. 18070] (Response Form not returned)
    b. The 374th objection was sustained as to Claim No. 171214. The claim was disallowed because it was filed after the set bar date with no justification.
    c. The 379th objection was withdrawn as to Claim No. 171214.

14. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]
    a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Elaine Lynn Irrevocable Trust (Claim No. 179215) [Case No. 17-3283, ECF No. 18139] (Response Form not returned)
    b. Supplemental Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Elaine Lynn Irrevocable Trust (Claim No. 179215) [Case No. 17-3283, ECF No. 18377] (Response Form not returned)
    c. The objection is sustained as to Claim No. 179215. The claim is partially disallowed to the extent that it seeks more than principal, interest and expenses.
    d. The remainder of the objection is denied without prejudice.

**VII. ADJOURNED CLAIM OBJECTIONS**

1. Three Hundred Forty-Fifth Omnibus Objection to Claims. Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – January 20, 2022

of the Government of the Commonwealth of Puerto Rico to Misclassified Claims [Case No. 17-3283, ECF No. 17108].

**Omnibus Hearing set for February 2, 2022, before Judge Laura Taylor Swain.**

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy Clerk
