# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 3:17-cv-03283 (LTS)<br><br>(Jointly Administered) |

## MOTION TO WITHDRAW AS LEGAL COUNSEL

**TO THE HONORABLE COURT**:

COMES NOW attorney Carmen M. Alfonso Rodríguez and respectfully states and prays as follows:

1. The undersigned has appeared before this Honorable Court, alongside attorneys Arturo J. García Solá, Alejandro J. Cepeda Díaz, and Nayuan Zouairabani, as counsel for AmeriNational Community Services, LLC ("AmeriNat") in the above-captioned case.

2. Counsel Alfonso Rodríguez hereby respectfully requests leave to withdraw as counsel of record for AmeriNat.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3. The law firm of McConnell Valdés LLC, through attorneys García Solá, Cepeda Díaz, and Zouairabani will continue to represent AmeriNat in this action.

**WHEREFORE**, the undersigned respectfully requests that this Honorable Court take notice of the foregoing, grant her leave to withdraw as counsel for AmeriNational Community Services, LLC, and henceforth serve all papers in this case through counsel Arturo J. García Solá, Alejandro J. Cepeda Díaz, and Nayuan Zouairabani.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 24th day of January, 2022.

**I HEREBY CERTIFY** that on this same date, a true copy of the foregoing was filed through the Court's CM/ECF system, which will generate a notice to all CM/ECF participants in this case.

**MCCONNELL VALDÉS LLC**
*Attorneys for AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority*
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5699
Facsimile: 787-759-8282

By: *s/Carmen M. Alfonso-Rodríguez*
Carmen M. Alfonso-Rodríguez
USDC No. 225905
Email: car@mcvpr.com