**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

               Debtors. [1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**CERTIFICATE OF SERVICE**

     I, Natasha Otton, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

     On December 17, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **Exhibit A**, to be served via First Class Mail on the ACR CW Notice Parties Service List attached hereto as **Exhibit B**.

     On December 17, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **Exhibit C**, to be served via First Class Mail on the ACR ERS Notice Parties Service List attached hereto as **Exhibit D**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

On December 17, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **Exhibit E**, to be served via First Class Mail on the ACR Public Employees Service List attached hereto as **Exhibit F**.

On December 17, 2021, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **Exhibit G**, to be served via First Class Mail on the ACR Tax Service List attached hereto as **Exhibit H**.

Dated: January 21, 2022

*/s/ Natasha Otton*
Natasha Otton

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 21, 2022, by Natasha Otton, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

SRF 58671

**Exhibit A**



**GOVERNMENT OF PUERTO RICO**

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

17 de deciembre de 2021

**Re:     Reclamación Núm.              - REQUIERE RESPUESTA/ FAVOR COMPLETAR
REQUERIMIENTO DE INFORMACIÓN ADJUNTO**

Estimado

Le escribimos respecto a su(s) Evidencia(s) de Reclamación [*Proof(s) of Claim*], la(s) cual(es) fue(ron) presentada(s) contra **El Estado Libre Asociado de Puerto Rico** y registrada(s) por Prime Clerk como Evidencia de Reclamación Núm.              (la "Reclamación").

El              , los Deudores transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones ("ACR" por sus siglas en inglés, o "Procedimiento"). Esto significa que su Reclamación se resolverá utilizando los procesos administrativos existentes del Estado Libre Asociado de Puerto Rico ("ELA"). En específico, su Reclamación se resolverá por la Administración de Sistemas de Retiro ("ASR") utilizando los procesos de revisión de pensión/retiro, según descrito en la orden autorizando el Procedimiento [Caso Núm. 17-bk-3283, ECF Núm. 12274][1].

Los agentes y representantes de los Deudores revisaron su Reclamación en conjunto con cualquier documentación suplementaria que usted haya proporcionado. Basado en la información provista por usted, aparenta que su Reclamación solo afirma su derecho a recibir pensión, sin más. Es decir, no surge de su Reclamación que usted dispute o esté impugnando el monto de los pagos de pensión que está recibiendo o que espere recibir en el futuro, al momento de su jubilación. Usted puede determinar el monto del pago de la pensión que la ASR actualmente estima que usted estará recibiendo mediante una consulta de su estado de cuenta de pensión más reciente.

---

[1] Copias de todos los escritos, alegaciones y mociones están disponibles en la página electrónica de Prime Clerk: https://cases.primeclerk.com/puertorico/.

Los Deudores le envían esta carta para confirmar (1) si usted disputa o no el monto de su pensión; o (2) si usted tiene o no una reclamación independiente contra la ASR que no esté relacionada con su derecho a recibir pensión. Puede confirmar si usted está cuestionando el monto de su pensión o si tiene una reclamación independiente, completando el encasillado intitulado "Respuesta del Reclamante" en el Formulario de Requerimiento de Información adjunto y enviándolo a la dirección que se identifica más abajo.

En el caso de que usted NO esté cuestionando el monto de su pensión y NO tenga una reclamación independiente en contra de la ASR (no relacionada a su derecho de recibir pensión), entonces la ASR considerará su Reclamación resuelta. Esto, no obstante, no deberá interpretarse como una determinación de que usted no tiene derecho a recibir pensión. Sencillamente implica que el tratamiento de su pensión, se determinará por el plan de ajuste que, en su día, el Tribunal confirme. Si el plan de ajuste propuesto tuviera un impacto sobre el monto de su pensión, usted tendrá la oportunidad de participar en el proceso del plan de ajuste.

En el caso de que usted sí dispute el monto del pago de su pensión, o si tenga una reclamación independiente contra la ASR (que no esté relacionada a su derecho a recibir pensión), favor de seguir las instrucciones en el Formulario de Requerimiento de Información adjunto, y aneje toda y cualquier documentación disponible en apoyo de lo que usted entiende es el monto correcto de su pensión o de su reclamación.

**Favor de responder a esa carta en o antes de el 17 de enero de 2022 enviando el Formulario de Requerimiento de Información adjunto completado, en conjunto con la información y documentación requerida.**

Favor de enviar el formulario completado y los documentos en apoyo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

Favor de acompañar a su respuesta toda y cualquier documentación disponible a usted que sustente lo que usted entiende es el monto correcto de su pensión o que apoye la reclamación independiente que tenga contra la ASR.

Para mayor información sobre el Procedimiento, los procesos de pensión/retiro, o si usted tiene cualesquiera otras preguntas sobre los casos bajo el Título III, puede contactar Prime Clerk LLC al (844) 822-9231 (sin cargos en Estados Unidos de América y Puerto Rico) o al (646) 486-7944 (para llamadas internacionas), durante el siguiente horario: 10:00 a.m. a 7:00 p.m. (Atlantic Standard Time) (Disponible en español).



**GOVERNMENT OF PUERTO RICO**

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

December 17, 2021

<u>**Re: Claim No.**</u>                      **- RESPONSE REQUIRED**
          <u>**COMPLETE ATTACHED INFORMATION REQUEST**</u>

Dear

We write with respect to your proof(s) of claim, which was filed on                      against **the
Commonwealth of Puerto Rico** and logged by Prime Clerk as Proof of Claim No.
(the "<u>Claim</u>").

On                 ,   the   Debtors   transferred   your   Claim   into   the
Administrative  Claims  Reconciliation  ("<u>ACR</u>")  process.    This  means  that  your
Claim   will   be   resolved   using   the   Commonwealth's   existing   administrative
processes.  Specifically,  your  claim  will  be  resolved  by  ERS  using  the  Pension/Retiree
Procedures,  as  described  in  the  order  authorizing  the  ACR  process  [Case  No.  17-
bk-3283,  ECF  No.  12274][1].

The Debtors' agents have reviewed your Claim and any supporting documentation that you
have provided.   Based on the information you have provided, it appears that your Claim
is  only  asserting  your  right  to  receive  your  pension  and  nothing  else.   It  does  not  appear  that
you  dispute  the  amount  of  the  pension  payments  you  are  receiving  or  can  expect  to
receive  upon  your  retirement.     You  can  determine  the  pension  payment  amount
ERS  presently  expects  you  will  receive  by  consulting  your  most  recent  pension  benefit
statement.

The Debtors are sending this letter to confirm whether or not you dispute the amount of
your  pension  or  whether  you  have  any  independent  claim  against  ERS  unrelated  to
your  right  to  pension  benefits.   Please  confirm  whether  or  not  you  dispute  the  amount  of
your  pension  or  have  an  independent  claim  unrelated  to  your  pension  benefits  by
completing  the  box  marked

---

[1] Copies of all pleadings are available on Prime Clerk's website,

https://cases.primeclerk.com/puertorico/.

"Claimant Response" on the attached information request form and returning the form to the address listed below.

If you DO NOT dispute the amount of your pension payment or do not have an independent claim against ERS, then there is no further action for ERS to take, and ERS will consider your Claim resolved. This, however, shall not be interpreted as a determination that you do not have a right to receive pension. This simply implies that treatment of your pension will be determined by the plan of adjustment.  If the plan of adjustment will impact the amount of your pension, you will have an opportunity to participate in the plan of adjustment process.

If you do dispute the amount of your pension payment or if you do have an independent claim against ERS unrelated to your pension benefits, please follow the instructions on the attached information request form, and attach any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

**Please respond to this letter on or before January 17, 2022 by returning the enclosed information request form with the requested information and documentation.**

Please send the completed form and any supporting documents via email to PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

<div align="center">
Commonwealth of Puerto Rico ACR Processing Center<br>
c/o Prime Clerk, LLC<br>
850 3rd Avenue, Suite 412<br>
Brooklyn, NY 11232
</div>

Please enclose with your response any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

For more information about the ACR process, the Pension/Retiree Procedures, or if you have any other questions regarding the Title III cases, you may contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

*Evidencia de Reclamación:*
*Reclamante:*

**FORMULARIO DE REQUERIMIENTO DE INFORMACIÓN**

Favor de confirmar si usted disputa o no el monto de su pago de pensión completando el encasillado intitulado "Respuesta del Reclamante" a continuación y siguiente las instrucciones establecidas en el mismo. Envíe este formulario completado y cualquier documentación suplementaria que sustente el monto de su pensión o su reclamación independiente por correo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO**_____

_____   Yo/nosotros NO disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm._____ NI tenemos reclamación independiente contra la ASR, no relacionada con mi/nuestro derecho a recibir pensión. Yo/nosotros entendemos que no hay acción ulterior a ser tomada por la ASR, y que la ASR considerará mi/nuestra reclamación resuelta.

**O**

_____   Yo/nosotros SI disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm._____ o SI tenemos reclamación independiente contra la ASR porque (provea todo el detalle que sea necesario. Acompañe páginas adicionales si necesario e incluya la documentación suplementaria en apoyo):

_____
_____
_____

**Nombre del Reclamante:**_____

**Firma del Reclamante:**_____

**Fecha:**_____

*Proof of Claim:*
*Claimant:*

## INFORMATION REQUEST FORM

Please confirm whether or not you dispute the amount of your pension payment by completing the "Claimant Response" box below and following the instructions laid out in the box.  Please return this form and any additional documentation via email to: PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

### CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO _____

\_\_\_\_\_   I/we DO NOT dispute the amount of my/our pension that I claimed in Proof of Claim No.            and DO NOT have an independent claim against ERS unrelated to my/our pension benefits.  I/we understand that there is no further action for ERS to take, and that ERS will consider my claim resolved.

**OR**

\_\_\_\_\_   I/we DO dispute the amount of my/our pension that I claimed in Proof of Claim . No.            or DO have an independent claim against ERS unrelated to my/our pension benefits because (provide as much detail as needed. Attach additional pages if necessary, and include any and all supporting documentation.):

_____
_____
_____


**Claimant Name:**_____

**Claimant Signature:**_____

**Date:**_____

---

**<u>Exhibit B</u>**

# Exhibit B

ACR CW Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| 2189644 | Bonilla De Jesus, Maria V | Calle Clavel J13 Jardines 2 | | Cayey | PR | 00736 | |
| 1580393 | Ibanez Hernandez, Hector M. | P.O. Box 1467 | | Moca | PR | 00670 | |
| 1172613 | RIVERA MONTOYO, BEATRIZ | RR 01 BOX 11581 | | MANATI | PR | 00674 | |
| 1730719 | Sostie Leyz, William M. | 611 Calle Robles | Urb Canas Housing | Ponce | PR | 00728 | |
| 2162183 | Toro Rodriguez, Carmen Rosa | 875 Central Mercedita | | Ponce | PR | 00715-1307 | |

**Exhibit C**



**GOVERNMENT OF PUERTO RICO**

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

17 de deciembre de 2021

**Re:    Reclamación Núm.           - REQUIERE RESPUESTA/ FAVOR COMPLETAR
        REQUERIMIENTO DE INFORMACIÓN ADJUNTO**

Estimado

Le escribimos respecto a su(s) Evidencia(s) de Reclamación [*Proof(s) of Claim*], la(s) cual(es)
fue(ron) presentada(s) contra **El Sistema de Retiro de Los Empleados** y registrada(s) por Prime
Clerk como Evidencia de Reclamación Núm.           (la "Reclamación").

El           , los Deudores transfirieron su Reclamación al Procedimiento de
Reconciliación Administrativa de Reclamaciones ("ACR" por sus siglas en inglés,
o "Procedimiento"). Esto significa que su Reclamación se resolverá utilizando los
procesos administrativos existentes del Estado Libre Asociado de Puerto Rico ("ELA"). En
específico, su Reclamación se resolverá por la Administración de Sistemas de
Retiro ("ASR") utilizando los procesos de revisión de pensión/retiro, según
descrito en la orden autorizando el Procedimiento [Caso Núm. 17-bk-3283, ECF Núm.
12274][1].

Los agentes y representantes de los Deudores revisaron su Reclamación en conjunto
con cualquier documentación suplementaria que usted haya proporcionado. Basado en la
información provista por usted, aparenta que su Reclamación solo afirma su derecho a
recibir pensión, sin más. Es decir, no surge de su Reclamación que usted dispute o esté
impugnando el monto de los pagos de pensión que está recibiendo o que espere recibir en
el futuro, al momento de su jubilación. Usted puede determinar el monto del pago de la
pensión que la ASR actualmente estima que usted estará recibiendo mediante una consulta
de su estado de cuenta de pensión más reciente.

---

[1] Copias de todos los escritos, alegaciones y mociones están disponibles en la página electrónica de Prime
Clerk: https://cases.primeclerk.com/puertorico/.

Los Deudores le envían esta carta para confirmar (1) si usted disputa o no el monto de su pensión; o (2) si usted tiene o no una reclamación independiente contra la ASR que no esté relacionada con su derecho a recibir pensión. Puede confirmar si usted está cuestionando el monto de su pensión o si tiene una reclamación independiente, completando el encasillado intitulado "Respuesta del Reclamante" en el Formulario de Requerimiento de Información adjunto y enviándolo a la dirección que se identifica más abajo.

En el caso de que usted NO esté cuestionando el monto de su pensión y NO tenga una reclamación independiente en contra de la ASR (no relacionada a su derecho de recibir pensión), entonces la ASR considerará su Reclamación resuelta. Esto, no obstante, no deberá interpretarse como una determinación de que usted no tiene derecho a recibir pensión. Sencillamente implica que el tratamiento de su pensión, se determinará por el plan de ajuste que, en su día, el Tribunal confirme. Si el plan de ajuste propuesto tuviera un impacto sobre el monto de su pensión, usted tendrá la oportunidad de participar en el proceso del plan de ajuste.

En el caso de que usted sí dispute el monto del pago de su pensión, o si tenga una reclamación independiente contra la ASR (que no esté relacionada a su derecho a recibir pensión), favor de seguir las instrucciones en el Formulario de Requerimiento de Información adjunto, y aneje toda y cualquier documentación disponible en apoyo de lo que usted entiende es el monto correcto de su pensión o de su reclamación.

**Favor de responder a esa carta en o antes de el 17 de enero de 2022 enviando el Formulario de Requerimiento de Información adjunto completado, en conjunto con la información y documentación requerida.**

Favor de enviar el formulario completado y los documentos en apoyo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

Favor de acompañar a su respuesta toda y cualquier documentación disponible a usted que sustente lo que usted entiende es el monto correcto de su pensión o que apoye la reclamación independiente que tenga contra la ASR.

Para mayor información sobre el Procedimiento, los procesos de pensión/retiro, o si usted tiene cualesquiera otras preguntas sobre los casos bajo el Título III, puede contactar Prime Clerk LLC al (844) 822-9231 (sin cargos en Estados Unidos de América y Puerto Rico) o al (646) 486-7944 (para llamadas internaciones), durante el siguiente horario: 10:00 a.m. a 7:00 p.m. (Atlantic Standard Time) (Disponible en español).



GOVERNMENT OF PUERTO RICO

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

December 17, 2021

**Re: Claim No.              - RESPONSE REQUIRED
            COMPLETE ATTACHED INFORMATION REQUEST**

Dear

We write with respect to your proof(s) of claim, which was filed on              against **The Employees Retirement System** and logged by Prime Clerk as Proof of Claim No. the "Claim").

On              ,  the   Debtors   transferred   your   Claim   into   the Administrative Claims Reconciliation ("ACR") process.   This means that your Claim will   be   resolved   using   the   Commonwealth's   existing   administrative   processes. Specifically, your claim will be resolved by ERS using the Pension/Retiree Procedures, as described in the order authorizing the ACR process [Case No. 17-bk-3283, ECF No. 12274][1].

The Debtors' agents have reviewed your Claim and any supporting documentation that you have provided.   Based on the information you have provided, it appears that your Claim is only asserting your right to receive your pension and nothing else.   It does not appear that you dispute the amount of the pension payments you are receiving or can expect to receive upon your retirement.   You can determine the pension payment amount  ERS presently expects you will receive by consulting your most recent pension benefit statement.

The Debtors are sending this letter to confirm whether or not you dispute the amount of your pension or whether you have any independent claim against ERS unrelated to your right to pension benefits.   Please confirm whether or not you dispute the amount of your pension or have an independent claim unrelated to your pension benefits by completing the box marked

---

[1] Copies of all pleadings are available on Prime Clerk's website,

https://cases.primeclerk.com/puertorico/.

"Claimant Response" on the attached information request form and returning the form to the address listed below.

If you DO NOT dispute the amount of your pension payment or do not have an independent claim against ERS, then there is no further action for ERS to take, and ERS will consider your Claim resolved. This, however, shall not be interpreted as a determination that you do not have a right to receive pension. This simply implies that treatment of your pension will be determined by the plan of adjustment.  If the plan of adjustment will impact the amount of your pension, you will have an opportunity to participate in the plan of adjustment process.

If you do dispute the amount of your pension payment or if you do have an independent claim against ERS unrelated to your pension benefits, please follow the instructions on the attached information request form, and attach any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

**Please respond to this letter on or before January 17, 2022 by returning the enclosed information request form with the requested information and documentation.**

Please send the completed form and any supporting documents via email to PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

Please enclose with your response any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

For more information about the ACR process, the Pension/Retiree Procedures, or if you have any other questions regarding the Title III cases, you may contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

*Evidencia de Reclamación:*
*Reclamante:*

## FORMULARIO DE REQUERIMIENTO DE INFORMACIÓN

Favor de confirmar si usted disputa o no el monto de su pago de pensión completando el encasillado intitulado "Respuesta del Reclamante" a continuación y siguiente las instrucciones establecidas en el mismo. Envíe este formulario completado y cualquier documentación suplementaria que sustente el monto de su pensión o su reclamación independiente por correo por correo electrónico a PRACRprocess@primeclerk.com, o por correo, entrega personal, o correo urgente a la siguiente dirección: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO**_____

_____ Yo/nosotros NO disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm._____ NI tenemos reclamación independiente contra la ASR, no relacionada con mi/nuestro derecho a recibir pensión. Yo/nosotros entendemos que no hay acción ulterior a ser tomada por la ASR, y que la ASR considerará mi/nuestra reclamación resuelta.

**O**

_____ Yo/nosotros SI disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm._____ o SI tenemos reclamación independiente contra la ASR porque (provea todo el detalle que sea necesario. Acompañe páginas adicionales si necesario e incluya la documentación suplementaria en apoyo):

_____
_____
_____


**Nombre del Reclamante:**_____

**Firma del Reclamante:**_____

**Fecha:**_____

---

*Proof of Claim:*
*Claimant:*

## INFORMATION REQUEST FORM

Please confirm whether or not you dispute the amount of your pension payment by completing the "Claimant Response" box below and following the instructions laid out in the box. Please return this form and any additional documentation via email to: PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO** _____

_____ I/we DO NOT dispute the amount of my/our pension that I claimed in Proof of Claim No. _____ and DO NOT have an independent claim against ERS unrelated to my/our pension benefits. I/we understand that there is no further action for ERS to take, and that ERS will consider my claim resolved.

**OR**

_____ I/we DO dispute the amount of my/our pension that I claimed in Proof of Claim . No. _____ or DO have an independent claim against ERS unrelated to my/our pension benefits because (provide as much detail as needed. Attach additional pages if necessary, and include any and all supporting documentation.):

_____

_____

_____


**Claimant Name:**_____

**Claimant Signature:**_____

**Date:**_____

---

**Exhibit D**

Exhibit D

ACR ERS Notice Parties Service List

Served via First Class Mail

**Exhibit E**

Responda a esta carta el 6 de enero de 2022 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada.

Tenga en cuenta que solo necesita devolver **un formulario,** ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRACRprocess@primeclerk.com.**

**Please respond to this letter on or before January 6, 2022 by returning the enclosed questionnaire with the requested information and documentation.**

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRACRprocess@primeclerk.com.**

GOBIERNO DE PUERTO RICO
AUTORIDAD DE ASESORÍA FINANCIERA Y AGENCIA FISCAL DE PUERTO RICO

**17 de deciembre de 2021**

**Re:     Reclamación Núm.              - REQUIERE RESPUESTA**

Estimado

Reciba un cordial saludo de parte de la Autoridad de Asesoría Financiera y Agencia Fiscal
("AAFAF"). En virtud de la Ley Núm. 2-2017, la AAFAF representa al Gobierno de Puerto
Rico ante el Tribunal del Título III de PROMESA[1] ("Tribunal de Título III"). Usted está
recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of
Claim*) de referencia ("Reclamación") ante el Tribunal de Título III.

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de
Supervisión y Administración Financiera de Puerto Rico transfirieron su Reclamación al
Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver
su Reclamación utilizando los procesos administrativos existentes del Gobierno de
Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada
por usted hasta el momento, no es suficiente para que la entidad gubernamental para
la cual trabaja(ó) pueda atender adecuadamente su Reclamación.

En consecuencia, se le solicita que someta una comunicación en la cual describa
detalladamente la naturaleza de su Reclamación. En su carta, debe incluir: (1) número
de teléfono donde se le pueda contactar directamente; (2) su número de empleado; (3)
número de seguro social; (4) de su Reclamación haberse sometido a un proceso
administrativo y/o judicial, indicar número de caso administrativo, judicial o ambos; y
(5) toda documentación en apoyo de su reclamo. Si usted tiene pendiente un caso
administrativo o judicial contra la entidad para la cual trabaja(ó) favor de
así especificarlo. Si, por el contrario, el caso fue adjudicado con carácter de finalidad,
favor incluya una copia de la resolución y/o sentencia final, de tenerla disponible.

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*

Centro Gubernamental Roberto Sánchez Vilella (Minillas), Ave. De Diego, Parada 22, San Juan, PR 00907  I  PO Box 42001, San Juan, PR 00940-2001

787.722.2525          contact@aafaf.pr.gov          aafaf.pr.gov



GOBIERNO DE PUERTO RICO
AUTORIDAD DE ASESORÍA FINANCIERA Y AGENCIA FISCAL DE PUERTO RICO

**Favor de remitir el Formulario de Respuesta que se acompaña, junto con cualquier documento en apoyo a su reclamo, dentro de los próximos veinte (20) días desde la fecha de notificación de esta carta, a la siguiente dirección de correo electrónico PRACRprocess@primeclerk.com; o, por correo, a la siguiente dirección:**

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Es de suma importancia que responda a esta comunicación en el periodo de veinte (20) días aquí dispuesto, para el trámite adecuado de su Reclamación.** Si tiene alguna pregunta respecto a esta carta, favor enviar un correo electrónico a acr@aafaf.pr.gov.

Respetuosamente,

La Autoridad de Asesoría Financiera
y Agencia Fiscal

Centro Gubernamental Roberto Sánchez Vilella (Minillas), Ave. De Diego, Parada 22, San Juan, PR 00907 I PO Box 42001, San Juan, PR 00940-2001

787.722.2525    contact@aafaf.pr.gov    aafaf.pr.gov

GOVERNMENT OF PUERTO RICO
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

**December 17, 2021**

**Re:     Claim No.             - <u>REQUIRES RESPONSE</u>**

Dear

Greetings on behalf of the Puerto Rico Fiscal Agency and Financial Advisory Authority
("AAFAF"). Under Act 2-2017, AAFAF represents the Government of Puerto Rico
("Government") in the Title III proceedings under PROMESA[1]. You are receiving this
communication because you filed the referenced Proof of Claim ("Claim") in the Title III
Court.

As you know, the Debtors under Title III of PROMESA, through the Financial Oversight
and Management Board ("FOMB") transferred your Claim to the Administrative Claims
Resolution Process ("ACR") in order to resolve the Claim using the existing administrative
procedures in the Government. The purpose of this letter is to notify that the
information provided by you to date is not sufficient for the government entity you work
for to adequately evaluate and resolve your Claim.

In consequence, we request that, within a term of twenty (20) days, you submit the
attached form along with any supporting documentation in which you describe in detail
the nature of your Claim. In your response, you should include, without limitation: (1)
telephone number where you can be contacted; (2) employee number; (3) social
security number; (4) if your claim is/has been subject of an administrative or judicial
process, provide the case file number; and (5) any document that supports your Claim.
If you have a pending administrative or judicial case, please so indicate. If, to the
contrary, the case is closed, please provide a copy of the final resolution or final
judgment, if available.

---

[1] Puerto Rico Oversight, Management, and Economic Stability Act.

Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, PR 00907  |  PO Box 42001, San Juan, PR 00940-2001

787.722.2525          contact@aafaf.pr.gov          aafaf.pr.gov



# GOVERNMENT OF PUERTO RICO
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

**Please send the completed form and any supporting documents within twenty (20) days from the date of the notice of this letter, via email to PRACRprocess@primeclerk.com,** or by mail, hand delivery, or overnight mail to the following address:

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**It is of the utmost importance you reply to this letter within the twenty (20) days specified herein, for the adequate evaluation and resolution of your Claim.** Should you have any questions regarding this letter, please write an email to acr@aafaf.pr.gov.

Respectfully,

The Puerto Rico Fiscal Agency
and Financial Advisory Authority

Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, PR 00907  I  PO Box 42001, San Juan, PR 00940-2001

 787.722.2525      contact@aafaf.pr.gov      aafaf.pr.gov

Exhibit 1

FORMULARIO DE RESPUESTA DEL RECLAMANTE

*Claim No.*                                    *Creditor Name:*

| | |
|---|---|
| (1)  Nombre Completo | |
| (2)  Número de teléfono | |
| (3)  Número de empleado | |
| (4)  Agencia para la cual trabaja(ó) y fecha.      Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | |
| (5)  Correo electrónico | |
| (6)  Número de seguro social (últimos cuatro dígitos) | |
| (7)  Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*) |
| (8)  Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | |

*** Attach any supporting documentation you may have related to your claim. ***

Employee Response Letter

**Claim No.**                        **Creditor Name:**

| | |
|---|---|
| (1) Full Name | |
| (2) Telephone Number | |
| (3) Employee Number | |
| (4) Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | |
| (5) Personal Email Address | |
| (6) Social Security Number (last four digits). | |
| (7) Case File Number, if applicable | *(This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, **other than the Title III case**.)* |
| (8) Describe in detail the nature and basis of your Claim.  **Please add additional pages, if needed**. Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | |

*** Attach any supporting documentation you may have related to your claim. ***

**Exhibit F**

Exhibit F

ACR Public Employees Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 1746996 | Acevedo Echevarria, Elba Rebecca | 2400 Avenida Albizu Campos | | | Rincon | PR | 00677 | |
| 1182677 | ACEVEDO RUIZ, CARMEN N. | RES SEIN | PO BOX 56 | | LARES | PR | 00669 | |
| 1667740 | Alayon Betancourt, Ana I. | Urbanizacion Sierra Bayamon | Bloque 22 Numero 5 Calle 18 | | Bayamon | PR | 00961 | |
| 1685809 | Albino , Jamilette Perez | Bo Quebrados Calle del Rio #237 | | | Guayanilla | PR | 00656 | |
| 1668777 | Albino, Jamilette Perez | Bo Quebradas Calle del Rio | # 237 | | Guayanilla | PR | 00656 | |
| 1656980 | Alicea Hernandez, Maria Isanis | 10800 Glenn Cove Circle apt 107 | | | Orlando | FL | 32817 | |
| 1649522 | Alicea, Rosin Echevarria | 4225 Thornbriar Ln. O-103 | | | Orlando | FL | 32822 | |
| 2098697 | Almestica Pacheco, Anita | 512 C/Linares, Urb. Rosendo | | | Matienzo Cintron | PR | 00927 | |
| 2580236 | Alvarez Sangiago, Elsie Socorro | HC 2 Box 22601 | | | Cabo Rojo | PR | 00623-9274 | |
| 2005835 | Alvarez-Collins, Marian M. | PO Box 1529 | | | Sabana Hoyos | PR | 00688 | |
| 2068749 | Ayala Pacheco, Abel C | HC 04 Box 11802 | | | Yauco | PR | 00698 | |
| 2039500 | Barreiro Diaz, Maria Esther | Apt. 337 | Bo. Tejas | | Humacao | PR | 00791 | |
| 1593130 | Barrera Ramos, Luis D. | Urb. Santa Elena II Calle 1 F2 | | | Guayanilla | PR | 00656 | |
| 1763835 | Barrientos Santana, Carmelo | Calle Paruqe Norte #335 | Sabana Seca | | Toa Baja | PR | 00952 | |
| 134662 | BERCOVITCH, DENISE H | 1535 SE LAMBERT ST | | | PORTLAND | OR | 97202 | |
| 1808088 | Berdecia Agueda, Jeannette | Calle Oro 152 - B Sabana Seca | | | Toa Baja | PR | 00952 | |
| 1605532 | Bermudez Morales, Jeannette | Urb. Loma altoa | 1-22 Calle E-9 | | Carolina | PR | 00986 | |
| 1970858 | Berrios Rivera, Noel | HC 1 Box 8039 | | | Villalba | PR | 00766 | |
| 1126120 | BERRIOS RIVERA, NOEL | HC 1 BOX 8039 | | | VILLALBA | PR | 00766-9861 | |
| 2106265 | Birriel Fernandez, Wanda | PO Box 2055 | | | Fajardo | PR | 00738 | |
| 1653482 | BOCACHICA COLON, AWILDA | HC 1 BOX 7818 | | | VILLALBA | PR | 00766-9859 | |
| 57976 | BRISTOL LOPEZ, LUCILA | URB VIVES | 18 CALLE-A | | GUAYAMA | PR | 00784-0000 | |
| 1661637 | Bristol Lopez, Lucila | Urb. Vives Calle A #18 | | | Guayama | PR | 00784 | |
| 2163203 | Cardona Merced, Victor Manuel | Calle 5 D-19 Urb Jaime C. Rodriguez | | | Yabucoa | PR | 00767 | |
| 1990229 | Carrasquillo Maldonado, Felipe | Urb. Reparto Metropolitano | SE1204 St. 40 | | San Juan | PR | 00921 | |
| 2154698 | Carratini Suarez, Vilma N | HC 2 Box 7929 | | | Salinas | PR | 00751 | |
| 1693552 | Castillo Estrada, Glendalise | PR 7 Box 6313 | | | San Juan | PR | 00926 | |

Exhibit F

ACR Public Employees Service List

Served via First Class Mail

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1632257 | Castro Martinez, Blanca Rosa | 14 Calle Isaura Reyes | | | Vega Alta | PR | 00692 | |
| 1592477 | Catala De Jesus, Antonio | Torres de Andalucia Torre 1 Apartamento 202 | | | San Juan | PR | 00926 | |
| 1678563 | Cedeno, Quetcy | 9318 ew Heritage Road | Apt 101 | | Orlando | FL | 32825-3700 | |
| 1776063 | CEPEDA QUINONES, EVELYN | APARTADO 354 | | | LOIZA | PR | 00772 | |
| 1992695 | Clemente Pena, Pedro Pablo | C/Canaria 3D-18 | Parque Ecuastre | | Carolina | PR | 00987 | |
| 674629 | COLLAZO RODRIGUEZ, JAIME R. | URB ESPERANZA | CALLE D 10 | | JUANA DIAZ | PR | 00795 | |
| 1996228 | Colombani Bermudez, Lizvette | Box 3699 | | | Aguadilla | PR | 00605 | |
| 1996228 | Colombani Bermudez, Lizvette | Carr 468 Int 110 | | | Aguadilla | PR | 00605 | |
| 2152898 | Colon Feliciano, Carlos M | Calles #10, Santa Isabel | | | Santa Isabel | PR | 00757 | |
| 1939177 | Colon Jimenez, Guillermo | URB. COLINAS DE OROCOVIX CARR. 156 KM 2.8 | | | OROCOVIS | PR | 00720 | |
| 2580807 | Colon Otero, Myrna L | #9 Urb. Ramos Antonini | | | Cidra | PR | 00739 | |
| 1880172 | Colon, Nicolas Ortiz | Apt 927 | | | Cidra | PR | 00739 | |
| 1851788 | Coordinadora Unitaria de Trabajadores del Estado (CUTE), Inc. | Urb. Puerto Nuevo | 1214 Calle Cadiz | | San Juan | PR | 00920 | |
| 2155736 | Cordero Solis, Juan A. | 99 Aquamarina | Urb. Montesoria - 1 | | Aquirre | PR | 00704 | |
| 108060 | CORREA MORALES, WILBERTO | TORRES DE ANDALUCIA | TORRE II APTO 1110 | | SAN JUAN | PR | 00926 | |
| 2038400 | CORTES ORONA, LOURDES | 36 TORNASOL, MUNOZ RIVERA | | | GUAYNABO | PR | 00969 | |
| 2005713 | Cosme Santos, Luz E | PO Box 1175 | | | Santa Isabel | PR | 00757 | |
| 2019675 | Cotto Martinez, Mayra A | Urb. Dorado del Mar L-6 | Calle Estrella del Mar | | Dorado | PR | 00646 | |
| 1735493 | Cruz Maria, Bonilla Santiago | HC-1 Box 7834 | | | Villalba | PR | 00766 | |
| 1760977 | Cruz Santiago, Nydia  Zoe | Coop Rolling Hills #134 | | | Carolina | PR | 00987 | |
| 2026724 | Davila Aponte, Migdalia | Urb. Santa Maria B-33 | | | Toa Baja | PR | 00949 | |
| 1997501 | De Jesus Ortiz, Maria Esther | J24 La Torrecilla Urb. Lomas de Carolina | | | Carolina | PR | 00987-8020 | |
| 2253024 | de Jesus Rivas, Ivette | P.O. Box 9785 | | | Cidra | PR | 00739 | |
| 2253039 | de Jesus Rivas, Ivette | P.O. Box 9785 | | | Cidra | PR | 00739 | |
| 2253037 | de Jesus Rivas, Ivette | PO Box 9785 | | | Cidra | PR | 00739 | |
| 1806080 | DE JESUS ROMAN, JANICE | Urb Atturas de Boringuen Gardens MM8 Rose | | | San | PR | 00766 | |

Exhibit F

ACR Public Employees Service List

Served via First Class Mail

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2035325 | Diaz Aponte, Luz Lillian | 28 Paseo de les Rosas Jard 2 | | | Cayey | PR | 00736 | |
| 2144908 | Diaz Colon, Rafael | PO Box 1271 | | | Santa Isabel | PR | 00757 | |
| 2189622 | Diaz Vazquez, Angel Felix | Buzon-79 | Bo. Palo Seco | | Maunabo | PR | 00707 | |
| 2163221 | Echevarria, Jose O. | H-C 02-Box 7233 | | | Santa Isabel | PR | 00757-9759 | |
| 1774391 | Feliciano Robles, Darlene | Sierra del Sol Apt E-75 | | | San Juan | PR | 00926 | |
| 2150152 | Felton Rodriguez, Abigail | HC 64 Buzon 7966 | | | Patillas | PR | 00723 | |
| 2150097 | Felton Rodriguez, Abigail | HC 64 Buzon 7966 | | | Patillas | PR | 00723 | |
| 1901655 | Figueroa Byron, Wanda Ivette | #7 Calle Maga Forest Plantation | | | Canovanas | PR | 00729 | |
| 2196183 | Fornes Camacho, Francisco R | P.O. Box 800235 | | | Coto Laurel | PR | 00780-0235 | |
| 2068442 | FRED MALDONADO, RUTH N | HC 1 BOX 4025 | BO TIERRA SANTA | | VILLALBA | PR | 00766 | |
| 2051955 | Garcia Corales, Ada Amparo | Urb Levittville | Calle Minerva | SG-5 | Levittown | PR | 00949 | |
| 1961367 | Garcia Hernandez, Arcadio | Ave.Luis M.Marin Urb.Caguax | | | Caguas | PR | 00725 | |
| 669966 | GARCIA MELENDEZ, IRIS G | P O BOX 814 | | | HATILLO | PR | 00659 | |
| 1929478 | Garcia Perez, Ada Irma | Carr 189 KM 12.1 | Calle Francisco Jiminenz | | Juncos | PR | 00777-0077 | |
| 1486505 | Garcias Cruz, Pedro A | HC-01 Box 3926 | | | Villalba | PR | 00766 | |
| 1948659 | Genaro Maceira, Laura Estrella | Ext. Roosevelt | 46 Calle Eddie Gracia | | San Juan | PR | 00918 | |
| 2072279 | Gines Torres, Ramsys | Bo. Venezuela | 60 Calle A | | San Juan | PR | 00926 | |
| 1947857 | Gomez Santiago, Yomaira | Parq De Las Flores | 313 Calle Dalia | | Coamo | PR | 00769-4813 | |
| 1832442 | GONZALEZ SANTIAGO, MIGDALIA | HC 1 BOX 7849 | | | VILLALBA | PR | 00766 | |
| 1635162 | Gonzalez Santiago, Migdalia | HC1 Box 7849 | | | Villalba | PR | 00766 | |
| 2085087 | Gonzalez Suliveres, Emilio | 9 Sur Calle Gatty | | | Guayama | PR | 00784 | |
| 1618937 | GONZALEZ-CARABALLO, SONIA N. | SIERRA ALTA J-201 BUZON 75 | | | SAN JUAN | PR | 00926 | |
| 229311 | IRIZARRY ARROYO, DAIXA E | VIA 24  HC 20 | VILLA FONTANA | | CAROLINA | PR | 00983 | |
| 626606 | Irizarry Valentin , Carmen | Jardines De Dorado | B 1 Calle 9 | | Dorado | PR | 00646 | |
| 1913392 | La Torre Aldea, Daisy | Ext. Las Necieras B#17 | | | Juana Diaz | PR | 00795 | |
| 2235573 | Laboy Roman, Mary Luz | Urb. El Madrigal | Calle 5 | | Ponce | PR | 00730 | |
| 1791324 | Lebron Escalera, Maria I. | 200 Calle 536 Condominio Vizcaya Apt 221 | | | Carolina | PR | 00985 | |
| 1235912 | LEBRON REYES, JOSE  L | BO CAMINO NUEVO | APTO 339 | | YABUCOA | PR | 00767 | |
| 1785683 | LEON LOPEZ, MARIBEL | HC-01 BOX 7547 | | | VILLALBA | PR | 00766 | |
| 1719488 | Lopez Arias, Victor M. | Carr. 712 | Calle 4 | Barrio Plena | Salinas | PR | 00751 | |
| 1689849 | Lopez de Jesus, Ivan | HC-01 Box 7823 | | | Villalba | PR | 00766 | |

Exhibit F

ACR Public Employees Service List

Served via First Class Mail

| 1947528 | LOPEZ DE JESUS, RAMONITA | HC-01 BOX 7542 | | | VILLALBA | PR | 00766 | |
|---|---|---|---|---|---|---|---|---|
| 1572022 | Lopez Diaz, Leslie | Villas De Carrazio | RR 7 Box 313 | | San Juan | PR | 00926 | |
| 1571879 | LOPEZ DIAZ, LESLIE R | VILLAS DE CARRAIZO | RR 7 BUZON 313 | | SAN JUAN | PR | 00926 | |
| 1671833 | Lopez Gonzalez, Yuraima C | Ave. Tnte. Cesar Gonzalez, esq. Calle | Juan Calaf, Urb. Industrial Tres Monjitas. | | Hato Rey | PR | 00917 | |
| 1766744 | Lopez Ortiz, Juan | Condominio Quintana Edif. B Apt. 1406 | | | San Juan | PR | 00917 | |
| 2165053 | Lopez Ortiz, Modesta | Urb. San Antonio D-12 Calle 6 | | | Humacao | PR | 00791 | |
| 1985447 | LOPEZ RIVERA, MARGA  IVETTE | HC 1 BOX 3999 | | | VILLALBA | PR | 00766 | |
| 1944888 | Lopez Rivera, Marga Ivette | HC 1 Box 3999 | | | Villalba | PR | 00766 | |
| 2220098 | Lopez Torres, Betsy E. | PO Box 1162 | | | Yauco | PR | 00698 | |
| 2188863 | Maldonado, Gladys | Quintas de Dorado | Call Ficus L-3 | | Dorado | PR | 00646 | |
| 2183263 | Maldonado, Gladys | URB Quintas de Dorado | Calles Ficus L-3 | | Dorado | PR | 00646 | |
| 802194 | MATOS VAZQUEZ, PEDRO | HC 9 | BUZON 60578 | | CAGUAS | PR | 00725 | |
| 1606855 | Melendez Algarin, Hugo N | RR 8 Box 9041 Bo Dajaos | | | Bayamon | PR | 00956 | |
| 1756410 | Melendez Ramirez, Karla M. | 130 Town Center Blvd | Apt. 3201 | | Clermont | FL | 34714 | |
| 1969487 | Melendez Ramirez, Karla M. | 130 Town Center Blvd Apt 3201 | | | Clermont | FL | 34714 | |
| 1953150 | Melendez Ramirez, Karla M. | 130 Town Center Blvd Apt 3201 | | | Clermont | FL | 34714 | |
| 1894428 | Melendez Ramirez, Karla M. | 130 Town Center Blvd Apt 3201 | | | Clermont | FL | 34714 | |
| 1891855 | Melendez Ramirez, Karla M. | 130 Town Center Blvd Apt. 3201 | | | Clermont | FL | 34714 | |
| 1760329 | Mendez Ramirez, Karla  M. | 130 Town Center Blvd | Apt. 3201 | | Clermont | FL | 34714 | |
| 1852354 | Mercado Baez, Sonia | Camino Zarzuela | S F 22 Mansiones Sur | | Toa Baja | PR | 00949 | |
| 2189374 | Miranda Torres, Giovanni | PMB #515 | | | Toa Baja | PR | 00949-3840 | |
| 2189374 | Miranda Torres, Giovanni | Supervisor de Conservacion y Montenimiento de Edif | Curr 865 Calle 2 Interior Km.4 H9 Bo Canddaria Are | | Toa Baja | PR | 00949 | |
| 1728184 | Molina Román, Vivian M. | P.O. Box 7827 | | | San Juan | PR | 00915 | |
| 1809581 | MONSERRATE VICENS, NILSA E | E.27 CALLE #2 | | | HUMACAO | PR | 00791 | |
| 2090180 | Montalvo Battistini, Billy J. | Bo. Barrancas Abajo | Carr. 771 K.7.9 Int | | Barranquitas | PR | 00794 | |
| 1963825 | Morales Castillo, Luz Brunilda | Bo. Achiote Apt. 760 | | | Naranjito | PR | 00719 | |

Exhibit F

ACR Public Employees Service List

Served via First Class Mail

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1914948 | Morales Garay, Tomas A. | #303 Calle Julian Pesante | | | San Juan | PR | 00912 | |
| 2024134 | Moreu Munoz, Maria L. | 1913 Reef Club Dr. Apto. 103 | | | Kissimmee | FL | 34741 | |
| 1602438 | Muniz Irizarry, Ivia L. | HC 02 Box 7808 | | | Guayanilla | PR | 00656 | |
| 2130609 | Muniz Irizarry, Ivia L. | HC 02 Box 7808 | | | Guayanilla | PR | 00656 | |
| 1764787 | Navarro Montanez, Maria Socorro | Calle 54 Se Num 1223 | Apt 102A Reparto Metropolitano | | San Juan | PR | 00291 | |
| 1242650 | NAZARIO CALDERON, JUAN | 75 CALLE YULIN | CONDOMINIO PUERTA DEL SOL | APT 610 | SAN JUAN | PR | 00926 | |
| 978876 | NAZARIO PADRO, DARIO | HC 1 BOX 8045 | | | SAN GERMAN | PR | 00683 | |
| 1791448 | Neris Galarza, Minerva | PO Box 1804 | | | Caguas | PR | 00726-1804 | |
| 1755743 | Ocasio Garcia, Yolanda | Ane Pineiro 920 | Cond Losamerica Torre I apt 2012 | | San Juan | PR | 00921 | |
| 2036319 | Oliveras Martinez, Ana R. | ALTS de Boriquen-Calle Marojo 6223 | | | Jayuya | PR | 00664-9502 | |
| 1475155 | OQUENDO BARBOSA, RAQUEL | BUZON 1130 | BARRIO CEDRO ARRIBA | SECTOR ALVARADO | NARANJITO | PR | 00719 | |
| 1809734 | ORTIZ COLON, NICOLAS | APT. 927 | | | CIDRA | PR | 00739 | |
| 1849098 | Ortiz Colon, Nicolas | Apt. 927 | | | Cidra | PR | 00739 | |
| 1749075 | Ortiz Colon, Nicolas | Apt. 927 | | | Cidra | PR | 00739 | |
| 2018456 | ORTIZ GARCIA, DENICE | EXTENCION VISTAS DE LUQUILLA 522 | | | LUQUILLO | PR | 00773 | |
| 2032456 | Ortiz Mateo, Alberto C | PO Box 1175 | | | Santa Isabel | PR | 00757 | |
| 2580224 | Ortiz Robledo, Brunilda | URB. Caparra Terrace | 1126 - 30 SE | | San Juan | PR | 00921-2218 | |
| 1980437 | Pacheco Cappas, Hector L | HC 02 Box 7756 | | | Guayanilla | PR | 00656 | |
| 1908408 | Padilla Muniz, Zaida | HC 37 Box 8621 | | | Guanica | PR | 00653 | |
| 1801307 | Pagan De Jesus, Omayra | c/Manati #19 Estancias Manati | | | Manati | PR | 00674 | |
| 2142556 | Paulino de Laboy, Amparo | Lomas Veyes | 38-16 Calle Maria | | Bayamon | PR | 00956 | |
| 931502 | PEARSON HERNAIZ, PROVIDENCIA | 211 CALLE ISMAEL RIVERA | | | SAN JUAN | PR | 00911 | |
| 1600016 | Perez Albino, Jamilette | Bo Quebrados Calle del Rio #237 | | | Guayanilla | PR | 00656 | |
| 1774246 | Perez Reyes , Mercedes | HC-1 Box 7509 | | | Villalba | PR | 00766 | |
| 2066409 | Perez Rodriguez, Gisela Ineabelle | P.O. Box 245 | | | Lares | PR | 00669 | |
| 2086448 | Pimentel, Norma Iris | B-301 Condominio Florimar Gardens | | | San Juan | PR | 00926 | |

Exhibit F

ACR Public Employees Service List

Served via First Class Mail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2113994 | Pomales Muniz, Maritza | Pradera Del Rio 237 Tallaboa | | | Toa Alta | PR | 00953 |
| 1810104 | QUINONES COLLAZO, ANNETTE | 16745 CAGAN CROSSING BLUD STE102 | | | CLERMONT | FL | 34714-4887 |
| 1730091 | Quinones Vadell, Ramiluis E. | Carr. 453 km 7 Bo Piletas | | | Lares | PR | 00669 |
| 1984388 | Ramirez Pagan, Luis | Apt 80 | | | Ciales | PR | 00638 |
| 1970882 | Ramirez Petrovich, Ivonne | #59 Calle Padre Rufo | Urb: Floral Park | | San Juan | PR | 00917 |
| 1618002 | RAMOS RIVERA, JAVIER | HC 01 BOX 3380 | | | ADJUNTAS | PR | 00601 |
| 2090537 | Ramos Rodriguez, Diana E. | Brisas del Prado 1730 | Calle Garza | | Santa Isabel | PR | 00757-2563 |
| 2121243 | Rios Santiago, Evelyn | Parc. Nuevas | Buz. 6737 | | Toa Alta | PR | 00953 |
| 2148813 | Rivera David, Esteban | P.O. Box 707 | | | Coamo | PR | 00769 |
| 2159036 | Rivera Laboy, Jose M | PO Box 250 | | | Coamo | PR | 00769 |
| 1601211 | Rivera Miranda, Rita M. | C- Juan Baiz #1280 | Cond. Parque de la Vista I. | | San Juan | PR | 00924 |
| 452351 | RIVERA NUNEZ, YESENIA | HC 71 BOX 1237 | | | NARANJITO | PR | 00719 |
| 1650344 | Rivera Rivera, Lydia Marta | PO Box 1768 | | | Cayey | PR | 00737 |
| 1826087 | Rivera Rivera, Lydia Marta | PO Box 1768 | | | Cayey | PR | 00737 |
| 745549 | RIVERA RODRIGUEZ, RICARDO | HC 1 BOX 7496 | | | GUAYANILLA | PR | 00656 |
| 745549 | RIVERA RODRIGUEZ, RICARDO | HC-01 Box 7551 | | | Guayanilla | PR | 00656 |
| 2148750 | Rivera Sanchez, Noel | PO Box 707 | | | Coamo | PR | 00769 |
| 1928528 | RIVERA TOLEDO, NILDA MARIA | URB. ALTA VISTA ST. 13 K-1 | | | PONCE | PR | 00716-4297 |
| 1745998 | Rivera Toledo, Nilda Maria | Urb. Alta Vista St. 13 K-1 | | | Ponce | PR | 00716-4297 |
| 1977890 | Rivera Toledo, Nilda Maria | Urb. Altavista | St.13 K-1 | | Ponce | PR | 00716-4297 |
| 1890872 | RIVERA TOLEDO, NILDA MARIA | URB. ALTAVISTA ST. 13 K-1 | | | PONCE | PR | 00716-4297 |
| 1941043 | RIVERA TOLEDO, NILDA MARIA | URB. ALTAVISTA ST.13 K-1 | | | PONCE | PR | 00716-4297 |
| 2130859 | Roche Conde, Julio A | E-8 Calle-5 | | | Santa Isabel | PR | 00757 |
| 2133740 | Roche Conde, Julio A. | E-8 Calle 5 | | | Santa Isabel | PR | 00757 |
| 2071976 | Rodriguez Arguelles, Marta I. | 259 GY-9 Country Club | | | Carolina | PR | 00982 |
| 1842957 | RODRIGUEZ ARROYO, SONIA M. | HC-02 BOX 4635 | | | COMERIO | PR | 00782 |
| 1845446 | Rodriguez Colon, Jacqueline | HC01 Box 3924 | | | VILLALBA | PR | 00766 |
| 1664707 | Rodriguez David, Joorge | HC 03 Box 18556 | | | Coamo | PR | 00769 |
| 469087 | RODRIGUEZ DE JESUS, JOANNE CECILIA | HC-03 BOX 11115 | | | JUANA DIAZ | PR | 00975 |
| 2178337 | Rodriguez Fernandez, Julia Balbina | Calle 19 Final # 643 | Bo. Higuillar Sector El Arenal | | Dorsdo | PR | 00646 |

Exhibit F

ACR Public Employees Service List

Served via First Class Mail

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1962672 | Rodriguez Fernandez, Marta | Calle 11 K-26 | | | Gurabo | PR | 00778 |
| 1892801 | RODRIGUEZ NAZARIO, MARIA M | CONDOMINIO PONCIANA | 9140 CALLE MARINA APTO 706 | | PONCE | PR | 00717-1589 |
| 2082424 | Rodriguez Perez, Vilma Ivette | Cond Madrid Plaza | Apt 21 General Valero St. | | San Juan | PR | 00924-3709 |
| 1697265 | Rodriguez Rivera, Brenda J. | Urb. Russe PO Box 1128 | | | Morovis | PR | 00687 |
| 1913551 | Rodriguez Tirado, Eneida | Bo. Aguacate | | | Yabucoa | PR | 00767 |
| 1913551 | Rodriguez Tirado, Eneida | Villa Universitaia Calle 2 C22 | | | Humacao | PR | 00791 |
| 1627528 | Roman Lopez, Ada Maritza | Volcan Arenas 283 Carr 871 | | | Bayamon | PR | 00961 |
| 1655674 | Roman Torres, Ivelisse | Box 944 | | | Caguas | PR | 00726 |
| 2160094 | Rosado Cruz, Gerardo | Bajada Santa Ana Calle B 320 - 07 | | | Guayama | PR | 00784 |
| 2002595 | Rosado Morales, Dalvin | Bo. Palmarejo Sector El Puenta | | | Villalba | PR | 00766 |
| 2002595 | Rosado Morales, Dalvin | Bo. Palmarejo Sector el Puente | | | Villalba | PR | 00766 |
| 2087397 | Rosario Negron, Gloria I | HC-02 Box 7125 | | | Orocovis | PR | 00720 |
| 2011875 | Rosario Negron, Gloria I. | HC-02 Box 7125 | | | Orocovis | PR | 00720 |
| 2021600 | ROSARIO NEGRON, GLORIA I. | HC-02 BOX 7125 | | | OROCOVIS | PR | 00720 |
| 2015944 | ROSARIO NEGRON, GLORIA I. | HC-02 BOX 7125 | | | OROCOVIS | PR | 00720 |
| 601877 | RUIZ SANTIAGO, ADRIAN A | 519 Roble Sambras Del Real | | | Coto Laurel | PR | 00780 |
| 601877 | RUIZ SANTIAGO, ADRIAN A | 519 ROBLE SOMBRAS DEL REAL | | | COTO LAUREL | PR | 00780 |
| 601877 | RUIZ SANTIAGO, ADRIAN A | 519 Roble Sombros del Real | | | Coto Laurel | PR | 00780 |
| 601877 | RUIZ SANTIAGO, ADRIAN A | HC 6 BOX 4274 | | | COTO LAUREL | PR | 00780 |
| 683701 | SANCHEZ FLORES, JOSE E | URB UNIVERSITY GARDENS | 272 CALLE HARVARD | | SAN JUAN | PR | 00927 |
| 2079072 | Santiago Ramos, Maria M. | HC-01 Box 4101 | | | Villalba | PR | 00766 |
| 1793262 | Santiago, Blanca I. | Apt.492 | | | Lares | PR | 00669 |
| 1806484 | SERRANO SANTIAGO, LUIS A. | PARCELAS ARROYO | CARR. 642 KM. 9.1 | | FLORIDA | PR | 00650 |
| 1988726 | Soto Rodriguez, Pedro J. | BDA Monserrate | #12 Calle 1 | | Santa Isabel | PR | 00757 |
| 2132675 | Tollinchi Beauchamp, Adiel | Urb. San Francisco, 129 C/San Juan | | | Yauco | PR | 00698 |
| 1533394 | Torres Adorno, Marta B | Particos de Cupey 14203 | | | San Juan | PR | 00926 |

Exhibit F

ACR Public Employees Service List

Served via First Class Mail

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1817323 | Torres Colon, Norma I. | HC 01 Box 4028 | | | Villalba | PR | 00766 | |
| 1832333 | Torres Olivera, Dinorah | Urb. San Antonio 1943 Blvd | Luis A. Ferre | | Ponce | PR | 00728-1815 | |
| 1965959 | Torres Rodriguez, Maria E. | 1223 Goldfinch Dr. Apt. 7 | | | Plant City | FL | 33563 | |
| 2033103 | Torres Santos, Norma I. | Edificio 18 Apt. 342 | | | Rio Grande | PR | 00749 | |
| 1860431 | Torres Trinidad, Rosa I. | PO Box 11 | | | Fajardo | PR | 00738-0011 | |
| 2196387 | Union de Empleados de la AEP | 1214 Calle Cadiz | Urb. Puerto Nuevo | | San Juan | PR | 00920 | |
| 2196387 | Union de Empleados de la AEP | Roberto O. Maldonado-Nieves | 344 Street #7 N.E. Office 1-A | | San Juan | PR | 00920 | |
| 2196931 | Union de Empleados de la AEP on behalf of 39 Employees | P.O. Box 40820 Estacion Minillas | | | San Juan | PR | 00940 | |
| 2196931 | Union de Empleados de la AEP on behalf of 39 Employees | Roberto O. Maldonado-Nieves | 344 Street #7 N.E. Office 1-A | | San Juan | PR | 00920 | |
| 2196799 | Union de Empleados de la AEP on behalf of Aida Perez | P.O. Box 40820 | Estacion Minillas | | San Juan | PR | 00940 | |
| 2196799 | Union de Empleados de la AEP on behalf of Aida Perez | Roberto O. Maldonado-Nieves | 344 Street #7 N.E. Office 1-A | | San Juan | PR | 00920 | |
| 2196368 | Union de Empleados de la AEP on behalf of Bargaining Unit Employee | P.O. Box 40820 Estacion Minillas | | | San Juan | PR | 00940 | |
| 2196368 | Union de Empleados de la AEP on behalf of Bargaining Unit Employee | Roberto O. Maldonado-Nieves | 344 Street #7 N.E. Office 1-A | | San Juan | PR | 00920 | |
| 2196364 | Union de Empleados de la AEP on behalf of Bargaining Unit Employees | P.O. Box 40820 Estacion Minillas | | | San Juan | PR | 00940 | |
| 2196364 | Union de Empleados de la AEP on behalf of Bargaining Unit Employees | Roberto O. Maldonado-Nieves | 344 Street #7 N.E. Office 1-A | | San Juan | PR | 00920 | |
| 2196362 | Union de Empleados de la AEP on behalf of Beatriz Gandia | P.O. Box 40820 Estacion Minillas | | | San Juan | PR | 00940 | |
| 2196362 | Union de Empleados de la AEP on behalf of Beatriz Gandia | Roberto O. Maldonado-Nieves | 344 Street #7 N.E. Office 1-A | | San Juan | PR | 00920 | |

Exhibit F

ACR Public Employees Service List

Served via First Class Mail

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2196463 | Union de Empleados de la AEP on behalf of Collective Bargaining Unit Employees. | P.O. Box 40820 Estacion Minillas | | | San Juan | PR | 00940 | |
| 2196463 | Union de Empleados de la AEP on behalf of Collective Bargaining Unit Employees. | Roberto O. Maldonado-Nieves | 344 Street #7 N.E. Office 1-A | | San Juan | PR | 00920 | |
| 2196465 | Union de Empleados de la AEP on behalf of Edwin Perez Madera | P.O. Box 40820 Estacion Minillas | | | San Juan | PR | 00940 | |
| 2196465 | Union de Empleados de la AEP on behalf of Edwin Perez Madera | Roberto O. Maldonado-Nieves | 344 Street #7 N.E. Office 1-A | | San Juan | PR | 00920 | |
| 2196366 | Union de Empleados de la AEP on behalf of Ivelisse Vazquez | P.O. Box 40820 Estacion Minillas | | | San Juan | PR | 00940 | |
| 2196366 | Union de Empleados de la AEP on behalf of Ivelisse Vazquez | Roberto O. Maldonado-Nieves | 344 Street #7 N.E. Office 1-A | | San Juan | PR | 00920 | |
| 2196248 | Union de Empleados de la AEP on behalf of Jose Cruz Gonzalez | 1214 Calle Cadiz Urb. Puerto Nuevo | | | San Juan | PR | 00920 | |
| 2196248 | Union de Empleados de la AEP on behalf of Jose Cruz Gonzalez | Roberto O. Maldonado-Nieves | 344 Street #7 N.E. Office 1-A | | San Juan | PR | 00920 | |
| 2196457 | Union de Empleados de Oficina de AEP on behalf of Bargaining Unit Employees | P.O. Box 40820 | Estacion Minillas | | San Juan | PR | 00940 | |
| 2196459 | Union de Empleados de Oficina de AEP on behalf of Bargaining Unit Employees | P.O. Box 40820 Estacion Minillas | | | San Juan | PR | 00940 | |
| 2196457 | Union de Empleados de Oficina de AEP on behalf of Bargaining Unit Employees | Roberto O. Maldonado-Nieves | 344 Street #7 N.E. Office 1-A | | San Juan | PR | 00920 | |
| 2196459 | Union de Empleados de Oficina de AEP on behalf of Bargaining Unit Employees | Roberto O. Maldonado-Nieves | 344 Street #7 N.E. Office 1-A | | San Juan | PR | 00920 | |

Exhibit F

ACR Public Employees Service List
Served via First Class Mail

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2196429 | Union de Empleados de oficina de AEP on behalf of Collective Barganing unit Employees | P.O. Box 40820 | Estacion Minillas | | San Juan | PR | 00940 | |
| 2196429 | Union de Empleados de oficina de AEP on behalf of Collective Barganing unit Employees | Roberto O. Maldonado-Nieves | 344 Street #7 N.E. Office 1-A | | San Juan | PR | 00920 | |
| 2061198 | Vazquez Vega, Victor M. | PO Box 371945 | | | Cayey | PR | 00737-1945 | |
| 2223181 | Vega Doncell, Cesiah | BZN 1458 Bo. Espinar | | | Aguada | PR | 00602 | |
| 2033387 | Velez Lugo, Iris M | 917 Calle 15 C | Repto. Metropolitano | | San Juan | PR | 00921 | |
| 1491655 | Vélez Vélez, Sonia | Asociación de Empleados Gerenciales | Autoridad de Carreteras y Transportación | Apartado 40177, Estación Minillas | San Juan | PR | 00940 | |
| 1491655 | Vélez Vélez, Sonia | Jose E Torres Valentin | 78 Georgetti | | San Juan | PR | 00925 | |
| 2015525 | Villalobos Diaz, Doris N. | Cond. Plaza de Diego apt 9D | | | San Juan | PR | 00915 | |
| 1741861 | Walker Ortiz, Luz Nereida | Sect Pin Quinones 25050 | Carr. 360 | | San German | PR | 00683 | |
| 1689666 | Zayas Cintron, Grissel | HC-01 Box 7823 | | | Villabla | PR | 00766 | |

**Exhibit G**

**Responda a esta carta el 6 de enero de 2022 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Tenga en cuenta que solo necesita devolver **un formulario,** ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRACRprocess@primeclerk.com.**

**Please respond to this letter on or before January 6, 2022 by returning the enclosed questionnaire with the requested information and documentation**.

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRACRprocess@primeclerk.com.**

# GOBIERNO DE PUERTO RICO
Departamento de Hacienda

December 17, 2021

**Re:** **Claim No.** **- <u>REQUIRES RESPONSE</u>**

Dear

Greetings on behalf of the Puerto Rico Department of Treasury ("Treasury"). You are receiving this communication because you filed the referenced Proof of Claim ("Claim") in the Title III Court of PROMESA[1].

As you know, the Debtors under Title III of PROMESA, through the Financial Oversight and Management Board ("FOMB") transferred your Claim to the Administrative Claims Resolution Process ("ACR") in order to resolve your Claim using the existing administrative procedures in the Government. The purpose of this letter is to notify that the information provided by you to date is not sufficient for Treasury to adequately evaluate and resolve your Claim.

In consequence, we request that you submit the attached form along with any supporting documentation within a term of twenty (20) days, in which you describe in detail the nature of your Claim. In your response form, you should include: (1) full name; (2) telephone number where you can be contacted; (3) tax year for which you claimed a tax refund or tax credit in the Claim; (4) if a tax refund or tax credit is claimed for more than one tax year, please specify the amount claimed per tax year; (5) social security number or EIN number, as applicable; (6) if your Claim is or has been subject to an administrative or judicial process (not related to the Title III case), provide the case number; and (7) provide a duly stamped copy of the tax returns directly related to the tax refund or tax credit claimed in the Proof of Claim.

Please send the completed response form and any supporting documents within twenty (20) days from the date of the notice of this letter, via email to PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

---

[1] [1] *Puerto Rico Oversight, Management, and Economic Stability Act.*

# GOBIERNO DE PUERTO RICO
### Departamento de Hacienda

**It is of the utmost importance you reply to this letter within the twenty (20) days specified herein, for the adequate evaluation and resolution of your Claim**. Failure to respond to this letter will prevent Treasury from resolving your Claim.

Respectfully,

Puerto Rico Department of Treasury



# GOBIERNO DE PUERTO RICO
Departamento de Hacienda

El 17 de deciembre de 2021

**Re:**     **Reclamación Núm.**               **- <u>REQUIERE RESPUESTA</u>**

Estimado

Reciba un cordial saludo de parte del Departamento de Hacienda de Puerto Rico ("Hacienda"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia ("Reclamación") ante el Tribunal del Título III de PROMESA[1].

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que Hacienda pueda atender adecuadamente su Reclamación.

En consecuencia, se le solicita que someta el Formulario de Respuesta que se acompaña, en el cual describa detalladamente la naturaleza de su Reclamación. En el Formulario de Respuesta, debe incluir: (1) nombre completo; (2) número de teléfono donde se le pueda contactar directamente; (3) año contributivo para el cual reclamó un reintegro y/o crédito contributivo en la Evidencia de Reclamación (*proof of claim*); (4) si reclama un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la Evidencia de Reclamación (*proof of claim*) (5) número de seguro social de individuo o número de seguro social patronal; (6) en caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado al Título III), provea el número de caso administrativo, judicial o ambos; y (7) acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están relacionadas directamente con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación (*proof of claim*), así como cualquier otra documentación que apoye su reclamo.

**Favor de remitir el Formulario de Respuesta que se acompaña, junto con los documentos aquí solicitados, dentro de los próximos veinte (20) días desde la fecha de notificación de esta carta, a la siguiente dirección de correo electrónico <u>PRACRprocess@primeclerk.com</u>; o, por correo, a la siguiente dirección:**

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*[d]

## GOBIERNO DE PUERTO RICO
Departamento de Hacienda

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Es de suma importancia que responda a esta comunicación en el periodo de veinte (20) días aquí dispuesto, para el trámite adecuado de su Reclamación. De no responder en el término aquí dispuesto, Hacienda no estará en posición de atenderla.

Respetuosamente,

Departamento de Hacienda de Puerto Rico



CLAIMANT'S RESPONSE FORM

Claim No.
Claimant Name:

| | | |
|---|---|---|
| (1) | Full Name | |
| (2) | Telephone Number | |
| (3) | Tax year for which you claimed a tax refund or a tax credit in the Proof of Claim. | |
| (4) | If a tax refund or tax credit is claimed for more than one tax year, please specify the amount claimed per tax year in the Proof of Claim. | |
| (5) | Social security number for individuals/ EIN number, as applicable | |
| (6) | If your Claim has been subject to an administrative or judicial process (not related to Title III), provide the case number. | |
| (7) | Provide a duly stamped copy of the tax returns directly related to the tax refund and/or tax credit claimed in the Proof of Claim and any other documentation that supports your claim. | |
| (8) | Provide a detailed description of the nature of your claim and the reason you are entitled to the tax return and/or tax credit claimed. **Include additional pages if necessary.** | |
| | | |

FORMULARIO DE RESPUESTA DEL RECLAMANTE

Reclamación No.
Reclamante:

| | |
|---|---|
| (1)     Nombre completo | |
| (2)     Número de teléfono | |
| (3)     Año contributivo para el cual reclamó un reintegro y/o créditos contributivos en la Evidencia de Reclamación *(Proof of Claim)* | |
| (4)     Si en la Evidencia de Reclamación *(Proof of Claim)* reclamó un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la  Evidencia de Reclamación *(Proof of Claim)*. | |
| (5)     Número de seguro social de individuo/ número de seguro social patronal | |
| (6)     En caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado a Título III), provea el número de caso administrativo, judicial o ambos. | |
| (7)     Acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están directamente relacionadas con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación *(Proof of Claim)*, así como cualquier otra documentación que apoye su reclamo. | |
| (8)     Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al reintegro o crédito contributivo reclamado. **Incluya páginas adicionales si es necesario.** | |
| | |

**<u>Exhibit H</u>**

# Exhibit H

ACR Tax Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 616718 | AUTOGERMANA INC. | P O BOX 195406 | | | SAN JUAN | PR | 00919 | |
| 183191 | GAONA REYES, JAIME | URB ESTANCIAS DEL GOLF | 654 CALLE LUIS MORALES | | PONCE | PR | 00730 | |
| 207918 | GREENFINITY GROUP CORP | ATT: EDGARDO J MARTINEZ SEIJO | 2644 TANGLEWOOD TRAIL | | PALM HARBOR | FL | 34685 | |
| 207918 | GREENFINITY GROUP CORP | PO BOX 360768 | | | SAN JUAN | PR | 00936-0768 | |
| 1631411 | Sartorius Stedim North America, Inc. | 5 Orville Drive, Suite 200 | | | Bohemia | NY | 11716 | |
| 850976 | TOYOTA AUTO CENTRO | 1090 AVENIDA MUÑOZ RIVERA | | | SAN JUAN | PR | 00927-5034 | |
| 850976 | TOYOTA AUTO CENTRO | AUTO KIREI INC. | ALAN DE LEON VEGA, AUDITOR | 1088 MUNOZ RIVERA | SAN JUAN | PR | 00927 | |
| 850976 | TOYOTA AUTO CENTRO | PO BOX 191958 | | | SAN JUAN | PR | 00919-1958 | |
| 593477 | WILLIAMS ROUSS, GEORGE | 7840 BROADSTONE LOOP APT 204 | | | TAMPA | FL | 33625-2462 | |