UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**MOTION TO WITHDRAW LEGAL REPRESENTATION**

COMES NOW the undersigned attorney, and respectfully prays as follows:

1. The undersigned attorney has resigned from the law firm Marini Pietrantoni Muñiz LLC ("MPM") and will no longer represent the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), effective January 28, 2022.

2. All motions, orders, notifications and/or judgments in the present case should be sent to Luis C. Marini Biaggi, Esq. of MPM who will continue handling the case hereon. His contact information is the following:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**MARINI PIETRANTONI MUÑIZ LLC**
250 Ponce de Leon Ave. Suite 900
San Juan, PR, 00918
Tel.: (787) 705-2171
Fax : (787)936-7494

**WHEREFORE**, the undersigned attorney respectfully requests that the Honorable Court grant the request for withdrawal of legal representation and that all motions, orders, notifications, and/or judgments in the present case be served upon Luis C. Marini-Biaggi, Esq. who will continue handling this proceeding from here on out.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 25th day of January 2022.

**I HEREBY CERTIFY** that on this same date, a true copy of the foregoing was filed through the Court's CM/ECF system, which will generate a notice to all CM/ECF participants in this case.

*s/ Valerie M. Blay-Soler*
Valerie M. Blay-Soler
USDC No. 305511
valerie.blay@gmail.com