10 de enero de 2022

Dear:

THE COMMONWEALATH OF PUERTO RICO

My name is Nelida Munoz Cruz case **169432 of The Promesa Titulo 3#17BK3283-LTS**. I live in Bo Paso Seco street 8 home #77 Santa Isabel P.R. 00751. My email address is **maldonadodarmy2@gmail.com** and my mail address is HC02 Box 3656 Santa Isabel, P.R.00757

By the year 1960, I worked for the Colonia Obdulia sugar mill in the Central Aguirre. Therefore, for that time, overtime, irrigation and harvests were not paid. It is considered that the amount owed for said work is $30,000. For which I am claiming and hoping that it will be considered for said compensation.

Cordially

Nelida Munoz Cruz

*[signature: Nelida Muñoz Cruz]*