Nelida Muñoz Cruz
HC·02 Box 36546
Santa Isabel, PR. 00757

SAN JUAN PR 009
18 JAN 2022 PM 1 L

Tribunal de Distrito de E.U.
Sala 150 Edificio Feredal
San Juan, PR. 00918-1767

00918-133999