Esmerina Torres Torres  
Valle del Rey  
Calle Lineal #4718  
Ponce, Puerto Rico 00728-3515

SAN JUAN PR 009
18 JAN 2022 PM 2 L

Clerk's Office  
United States District Court  
Room 150 Federal Building  
San Juan, Puerto Rico 00918-1767