REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre: Nidya P. Marquez Rivera

Dirección Postal: Urb. Vega Dorada
61 Palma Coco Plumosa Vega Alta P.R. 00692

Teléfono de contacto res. _____ cel. 787-689-4964

II. Epígrafe # Reclamacion: 175731
178327

A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo:

#49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

#94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

1/18/2022

*[signature]*

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, San Juan, Puerto Rico desde el 27 de enero de 1992 hasta el de San Juan Presente de _____ Culmine mi laborar como Representante de Servicios Empresas. en Puerto Rico Telephone Company, San Juan, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

Nidya P. Marquez Rivera
Nombre en letra de molde

Nidya P. M_____ 1/18/2022
Firma

PD La Puerto Rico Telephone Company es una agencia porque perteneció al Estado Libre Asociado hasta el 1999 cuando el gobernante en turno vendió la misma y se convirtió en privada.

El fundamento de mi reclamo es de un dinero adeudado por concepto de aumentos de unas leyes que se firmaron durante el periodo de la P.R.T.C perteneció al gobierno de Puerto Rico E.L.A.

Respetuosamente

Nidya P. M_____
1/18/2022.