

RECURSOS HUMANOS
DEPARTAMENTO DE COMPENSACION Y BENEFICIOS DE EMPLEADOS
SECCION DE RECORDS

## CERTIFICACION DE EMPLEO

| | |
|---|---|
| Nombre del Empleado | : NIDYA MARQUEZ RIVERA |
| Número de Seguro Social | : XXX-XX- 4482 |
| Número del Empleado | : 0013512 |
| Puesto | : REP SERV III-VENTAS EMPRESAS |
| Fecha de Ingreso | : 01/27/1992 |
| Departamento | : DIV-SERV CLIENT(BCC) |
| Salario | : $39,000.00    ANUAL |
| Status del Empleado | : REGULAR    Jornada: COMPLETA |
| Status de Nómina | : NO EXENTO |
| Car Allowance YTD | : $0.00 |

Bono de Navidad 2020 : $2,326.41   El porciento del Bono de Navidad aprobado para este año es de 6.0 %. Hasta un tope $2,500.00