Nidya P. [illegible]
URB. Vega Dorada
61 Palma Coco Plumosa
Vega Alta P.R. 00692

SAN JUAN PR 009
20 JAN 2022 PM 2 L

Clerks office
United states District Court
~~Room 150~~ Ave Federal Building Room 150
San Juan P.R. 00918-1767