# REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre: Carmen D. Valdez Peralta
Dirección Postal: P O Box 193604
San Juan, P. R. 00919-3604

Teléfono de contacto res. 787-982-2471   cel. 787-314-9566

II. Epígrafe

A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores).

C. Número de Procedimiento: 17 BK 03283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo:

#49762 – Ley #89 – Romerazo – Efectiva en 1 de julio de 1995

#94057 – Ley de Escala Salarial – Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
Ley #164 (2004) de la Sra. Sila M. Calderón – efectiva enero 2004

III. El Tribunal no debe declarar la Objeción global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley #89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

1



IV. Documentación Justificativa

Se incluye documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Caparra, Puerto Rico, desde el __23__ de __abril__ de __1984__ hasta el __28__ de __febrero__ de __2019__. Culminé mi laborar como __Asistente Administrativo__ en Puerto Rico Telephone Company, Caparra, Puerto Rico, ELA. Se está reclamando por las leyes aplicables que cubren estos años de servicio.

Se incluye documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se está enviando las réplicas en esta fecha. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

Carmen D. Valdez Peralta
Nombre en letra de molde

_[signature]_
Firma

Mi objeción es por la siguiente razón:

La Puerto Rico Telephone Company perteneció al Estado Libre Asociado por su sigla (ELA) hasta 1999 cuando el gobernante de turno del partido en poder la vendió. Por tanto, NO estoy de acuerdo en que se considere desestimar mi reclamo; el fundamento de mi reclamo es de un dinero adeudado por concepto de aumentos de unas leyes que se firmaron durante el período que PRTC pertenecía al Gobierno de Puerto Rico (ELA). En esto se basa mi reclamo.

Gracias por su atención al respecto.

Nombre: _____Carmen D. Valdez Peralta_____

Firma: _____[signature]_____

Nombre de reclamo: _____17 BK 03283 – LTS_____