

14 de octubre de 2021

**A QUIEN PUEDA INTERESAR**

Certificamos que la **Sra. Carmen D Valdez Peralta** se pensionó efectivo el 1 de marzo de 2019 de "Puerto Rico Telephone Company Consolidated Retirement Plan for Salaried and Hourly Employees". La señora Valdez Peralta recibe una pensión de **$1,127.64** mensual de por vida.

Expedimos esta certificación a solicitud de la señora Valdez Peralta.

Atentamente,

**Karen Quintero Vélez**
Gerente Administración
Planes Pensiones

emms

Departamento de Recursos Humanos
División de Pensiones
P.O. Box 360998 San Juan, P.R. 00936-0998