Carmen D. Valdez
PO Box 193604
San Juan, PR 00919-3604

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan PR 00918-1767