# EXHIBIT A
## PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party | Grisell Cuevas-Rodríguez |
| Party Name Abbreviation (For Use with Zoom) | GCR / Pico, Jaime / Labor Counsels |
| Omnibus Hearing Participant Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party): <br>• Name, <br>• Email, <br>• Law Firm, <br>• Phone Number and <br>• Docket Entry No. for the Attorney's Notice of Appearance <br>• Zoom Screen Name | Jaime E. Picó-Rodríguez <br>pico@laborcounsels.com <br>Labor Counsels LLC <br>787-758-1400 <br>No. 3268 <br><br>GCR / Pico, Jaime / Labor Counsels |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| Note: Pursuant to the December Omnibus Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. | |