Enero 10, 2022

## REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre: Alba Nydia Garcia Ortiz

Dirección Postal: 108-46 Calle 75 Villa Carolina
Carolina, P.R. 00985

Teléfono de contacto res (787) 545-5815  cel. 1-908-723-1825

II. Epígrafe Case # 175486

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 124 Aumento de sueldo 1973 Julio
Ley 89 Romerazo – Efectiva en 1 de julio de 1995
Ley 89 Julio 1979 Retrib. Unif.
Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

Caso # 175486

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, CAROLINA Puerto Rico desde el __18__ de __ABRIL__ de __1972__ hasta el __1__ de __JUNIO__ de __1999__. Culmine mi laborar como _____ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

__Alba Nydia Garcia Ortiz__
Nombre en letra de molde

__Alba Nydia Garcia Ortiz__
Firma

Enero 10, 2022

Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Debido a que la Puerto Rico Telephone Co. fue gobierno hasta que el Gobernador de Puerto Rico Dr. Pedro Rosello' vendio la compañia en el año 1999.

Esto es un dinero adeudado por concepto de aumento de sueldo, de unas leyes que se firmaron durante periodo que la Puerto Rico Telephone Co. era una agencia del Gobierno de Puerto Rico

Este es nuestro Reclamo del dinero Adeudado.

Queda de ustedes,

Alba Negdea Garcia Ortiz

Caso # 175486   Alba N. Garcia Ortiz
(787) 545-5815

Ley 124   (1973)

$$\frac{1999}{1973} \times 1,200 = 31,200$$
26 años

Ley 89   (1979)

$$\frac{1999}{1979} \times 1,200 = 24,000$$
20 años

Ley 89   (1995) Romerazo

$$\frac{1999}{1995} \times 1,200 = 4,800$$
4 años

Total $60,000 dolares