FROM: Alba N. Garcia
108-46 Calle 75
Villa Carolina,
Carolina, Puerto Rico 00985




U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00983
JAN 19, 22
AMOUNT
$5.11
R2304N116684-21



CERTIFIED MAIL
7020 3160 0000 5289 2177

Clerk's Office
United State District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767