# REPLICA DE OBJECION GLOBAL

*RECEIVED & FILED CLERK'S OFFICE JAN 21 2022 US DISTRICT COURT SAN JUAN, PR*

## I. DATOS DE CONTACTO

Nombre: Zilma M. Acosta Díaz

Direccion Postal: J7 Avenida San Patricio Apto. PH-D Guaynabo, P.R. 00968

Telefonos de Contacto: Residencial: 787-783-6077 Celular: 787-698-5582

## II. EPIGRAFE

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan, Puerto Rico 00918-1787

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Numero de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Numero de las evidencias por reclamo:

   #49762 – Ley #89 – Romerazo – Efectiva en 1 de julio de 1995

   #94067 – Ley de Escala Salarial – Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

   Ley #164 (2004) de la Sra. Sila Calderón – efectiva enero 2004

III. El Tribunal no debe declara la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley #89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. DOCUMENTACION JUSTIFICATIVA

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Puerto Rico desde el 21 de mayo de 1979 hasta el Presente: 17 de enero de 2022. Por lo que se esta reclamando por las leyes aplicables que cubren estos años de servicio laborando en Puerto Rico Telephone Company (ELA).

Se incluyen documentos que evidencian esta reclamación.

Debido a la reciente situación de emergencia por terremotos y el COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información adicional, favor comunicarse con la que suscribe.

_Zilma M. Acosta Díaz_
**Nombre en letra de molde**

_Zilma M. Acosta Díaz_
**Firma**