

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

**XILMA M ACOSTA DIAZ**
**XXX-XX-3807 SEG SOC**

Para el empleado de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 05/21/1979.
- Al presente trabaja como empleado regular activo.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a lunes, 14 de septiembre de 2020.

Julie C. Cordero Ríos
Oficial de Compensación
Compensación y Récords