Vilma M. Acosta Díaz
57 Ave. San Patricio
Apto. PH-D
Guaynabo, P.R. 00968

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767