Wilfred Seguí Reyes
Urb. Villa Fontana
Via 68 3-P-N-11
Carolina, P.R.
00983.



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R.
00918-1767