Hoja 1 de 2

# REPLICA DE OBJECION GLOBAL

**I. DATOS DE CONTACTO**

Nombre: Yazmín Martínez Cole

Dirección Postal: #30 c/ Juan C. Borbón Apt. 311
Guaynabo P.R. 00969-5320

Teléfono de contacto res. / cel. (787) 390-1439

# Reclamación: 177243

**II. Epígrafe**

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
   - Ley 89 - RETRIBUCIÓN UNIFORME - efectiva - 1979
   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

**III.** El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de julio de 1995
Ley 89 RETRIBUCIÓN UNIFORME - efectiva 1979
Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

### IV. Documentación Justificativa

Se incluyen documentos que evidencian los anos de servicio con Puerto Rico Telephone Company, S.J., Puerto Rico desde el _16_ de _mayo_ de _1988_ hasta el _14_ de _enero_ de _2002_. Culmine mi laborar como _Consultor de Ventas servicio Inhalámbrico II_ en Puerto Rico Telephone Company, S.J., Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo. *(ymc)*

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

Yazmín Martínez Cole
Nombre en letra de molde

_Yazmin Martinez Cole_ 01/17/22
Firma

P.D.
Para el año 1988, me convierto en empleada regular en la Corporación de Comunicaciones de P.R (CCPR). Esta agencia pertenecía al Estado Libre Asociado de P.R. (o sea del gobierno). Y se fusiona en el 1994, con la Puerto Rico Telephone Company (PRTC), también agencia que pertenecía al Estado Libre Asociado de P.R. No es hasta 1999, que el gobernador de turno, el Dr. Pedro Roselló la vendió y pasó a ser privada. El fundamento de mi reclamo, se refuerza en que en las leyes antes mencionadas en la primera página de este documento, se me adeuda dinero según las fechas que fueron creadas y mientras yo trabajaba para la (CCPR) y (PRTC); aquí mencionadas. Es un dinero que se me debe por concepto de aumentos. Por tal razón no estoy de acuerdo se desestime mi petición.
Agradezco su consideración a este asunto, atentamente, Yazmin Martinez Cole