

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

### YAZMIN MARTINEZ COLE
### XXX-XX-4018

Para (el)(la) ex emplead(o)(a) de referencia certificamos lo siguiente:

- Ingresó a CCPR efectivo el 05/16/1988.
- Ingresó a PRT/CLARO efectivo el 05/05/1994.
- Trabajó como emplead(o)(a) regular hasta 01/14/2002.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a miércoles, 07 de octubre de 2020.

*Abigaíl Alejandro González*
Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords