Yazmin Martinez Cole
#30 c/ Juan C. Borbón Apt. 311
Guaynabo PR 00969-5320



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767