# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND

MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA

Title III

No. 17 BK 3283-LTS

(Jointly Administered)

I, Andrew Chan, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Prime Clerk caused Notices of Defective Transfer of Claim, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Defective Transfer Service List attached hereto as **Exhibit A**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*/s/ Andrew Chan*

Dated: January 20, 2022                       Andrew Chan

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 20, 2022, by Andrew Chan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

**Exhibit A**

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 19136 | National Public Finance Guarantee Corporation<br>Attn: Gary Saunders, Legal Department<br>1 Manhattanville Road, Suite 30<br>Purchase, NY 10577<br><br>National Public Finance Guarantee Corporation<br>Attn: Marcia L. Goldstein, Esq., Debora A. Hoehne, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Goldentree Asset Management LP<br>Attn: Karen Weber & Robby Tennenbaum<br>300 Park Avenue, 21st Floor<br>New York, NY 10021<br><br>Goldentree Asset Management LP<br>Toro Colon Mullet P.S.C.<br>Attn: Manuel Fernández-Bared, Linette Figueroa-Torres, Nayda Perez-Roman<br>P.O. Box 195383<br>San Juan, PR 00919-5383<br><br>Goldentree Asset Management LP<br>Kramer Levin Naftalis & Frankel LLP<br>Attn: Douglas Buckley<br>1177 Avenue of the Americas<br>New York, New York 10036 | January 7, 2022 |

In re
Case No.                                                                Page 1 of 1