REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre: _José Pérez Andino (Claim id 175048)_

Dirección Postal _Urb. El Comandante_
_Calle Cecilio Lebron 958_
_San Juan_
_Puerto Rico 00924_

Teléfono de contacto res. _787-374-1616_ cel.

II. Epígrafe
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767

   B. Estado Libre Asociado de Puerto Rico y otros
      (Deudores).

   C. Número de Procedimiento: 17 BK 03283 – LTS

   D. Objeción Global referente a la solicitud de dineros no
      pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 – Ley #89 – Romerazo – Efectiva en 1 de julio
   de 1995

   #94057 – Ley de Escala Salarial – Pasos, del 6 de
   junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello –
   efectivo julio de 2002
        Ley #164 (2004) de la Sra. Sila M. Calderón –
   efectiva enero 2004

III. El Tribunal no debe declarar una objeción global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley #89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluye documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Caparra, Puerto Rico, desde el _10_ de _diciembre_ de _1984_ __ hasta el _presente_ _____ de _____ de _____ ____. Culminé mi laborar como _Coordinador de Servicio al Cliente BCC_____ en Puerto Rico Telephone Company, Caparra, Puerto Rico, ELA. Se está reclamando por las leyes aplicables que cubren estos años de servicio.

Se incluye documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se está enviando las réplicas en esta fecha. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

_José León Andino (17048)_
Nombre en letra de molde

_____
Firma

Mi objeción es por la siguiente razón:

La Puerto Rico Telephone Company perteneció al Estado Libre Asociado por su sigla (ELA) hasta 1999 cuando el gobernante de turno del partido en poder la vendió. Por tanto, NO estoy de acuerdo en que se considere desestimar mi reclamo; el fundamento de mi reclamo es de un dinero adeudado por concepto de aumentos de unas leyes que se firmaron durante el período que PRTC pertenecía al Gobierno de Puerto Rico (ELA). En esto se basa mi reclamo.

Gracias por su atención al respecto.

Nombre: _José Pérez Andino_ Claim Id (17048)

Firma: _[signature]_

Nombre de reclamo: _17 BK 03283 – LTS_

2