José [illegible]
Urb. El Comandante
Calle Cecilio Lebrón 958
San Juan PR 00924

Case:17-03283-LTS Doc#:19888-1 Filed:01/24/22 Entered:01/25/22 15:16:00 Desc: Envelope Page 1 of 1

SAN JUAN PR 009
18 JAN 2022 PM 1 L

Clerks' Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767