Myra Morales
Mansion del Norte
Bustamante NF-27
Toa Baja PR 00949

Case:17-03283-LTS Doc#:19889-1 Filed:01/24/22 Entered:01/25/22 15:21:02 Desc: Envelope Page 1 of 1

SAN JUAN PR 009
18 JAN 2022 PM 1 L

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767