REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre: William Narvaez Burgos (Claim # 175054)

Dirección Postal: Parque San Miguel
C2 Calle 2
BAYAMON
PUERTO RICO
00959-4208

Teléfono de contacto res. 787-313-3338 cel.

II. Epígrafe
   A. Secretaria (Clerk's Office)
      Tribunal de Distrito de los Estados Unidos
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767

   B. Estado Libre Asociado de Puerto Rico y otros
      (Deudores).

   C. Número de Procedimiento: 17 BK 03283 – LTS

   D. Objeción Global referente a la solicitud de dineros no
      pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 – Ley #89 – Romerazo – Efectiva en 1 de julio
   de 1995

   #94057 – Ley de Escala Salarial – Pasos, del 6 de
   junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello –
   efectivo julio de 2002
       Ley #164 (2004) de la Sra. Sila M. Calderón –
   efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley #89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluye documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Caparra, Puerto Rico, desde el _28_ de _junio_ de _1976_. __ hasta el
____1____ de __agosto__ de __2009__.
____. Culminé mi laborar como
__Técnico de Traducciones__

en Puerto Rico Telephone Company, Caparra, Puerto Rico, ELA. Se está reclamando por las leyes aplicables que cubren estos años de servicio.

Se incluye documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se está enviando las réplicas en esta fecha. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

_William Narvaez Burgos_
Nombre en letra de molde

_William Narvaez_
Firma

Mi objeción es por la siguiente razón:

La Puerto Rico Telephone Company perteneció al Estado Libre Asociado por su sigla (ELA) hasta 1999 cuando el gobernante de turno del partido en poder la vendió. Por tanto, NO estoy de acuerdo en que se considere desestimar mi reclamo; el fundamento de mi reclamo es de un dinero adeudado por concepto de aumentos de unas leyes que se firmaron durante el período que PRTC pertenecía al Gobierno de Puerto Rico (ELA). En esto se basa mi reclamo.

Gracias por su atención al respecto.

Nombre: _William Narváez Burgos._

Firma: _William Narváez_ Claim 175054

Nombre de reclamo: _17 BK 03283 – LTS_

2

I. DATOS DE CONTACTO

Nombre: William Narvaez Burgos (Claim 175054)

Dirección Postal: Parque San Miguel
C2 Calle 2
Bayamón PR 00959-4208

Teléfono de contacto res. N/A  cel. 787-313-3338

II. Epígrafe

A. Secretaría (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #184 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

   Ley #184 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, ~~Ponce,~~ Puerto Rico desde el 28 de junio de 1976 hasta el 01 de agosto de 2009. Culmine mi laborar como Técnico de Traducciones en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico,