William Narvaez
Parque San Miguel
C2 Calle 2
Bayamon, PR 00959-4208

SAN JUAN PR 009
18 JAN 2022 PM 1 L

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767