## Exhibit A

### Party Appearance Cover Sheet

| **Name of Party** | Cobra Acquisitions LLC |
|---|---|
| **Party Name Abbreviation** | Cobra |
| **Attorney(s) Representing Party** | Name: Abid Qureshi<br>Email: aqureshi@akingump.com<br>Firm: Akin Gump Strauss Hauer & Feld LLP<br>Phone Number: 212-872-8027<br>Zoom Screen Name: Abid Qureshi |