

September 14, 2020

**TO WHOM IT MAY CONCERN**

We certify that **Mrs. Elizabeth Márquez Rivera** retired effective July 1st, 2017.

Mrs. Márquez receives a monthly pension of $1,905.49 up to December 31, 2028 as a participant under the Puerto Rico Telephone Company Consolidated Retirement Plan for Salaried and Hourly Employees.

Effective January 1st, 2029, at age 62, and in agreement with pension option selected, the monthly benefit will be reduced to $941.49 for life.

This information was released with the authorization of Mrs. Márquez.

Cordially,

Karen Quintero
Manager of Pension Plans Administration
787-706-6393