Elizabeth [illegible]
2450 SW 38th Ave.
#101, Ocala, Fl. 34474

CERTIFIED MAIL
7019 2970 0002 1520 5352

U.S. POSTAGE PAID
FCM LETTER
EAST PROVIDENCE, 02914
JAN 18, 22
AMOUNT
$4.33
R2305K133150-55

Clerk's Office
United States District Court
Federal Bldg. 150 Chardon Ave.
Room 150, San Juan, P.R. 00918-1767