UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

         Debtors.

-------------------------------------------------------------------x

PROMESA
Title III


No. 17 BK 3283-LTS
(Jointly Administered)


**[Related to Docket #19865]**

**INFORMATIVE MOTION – FEBRUARY 2-3, 2022 OMNIBUS HEARING**


Dated: January 25,  2022

**INFORMATIVE MOTION –  FEBRUARY 2 AND 3, 2022 OMNIBUS HEARING**

Peter C. Hein, pro se, an individual bondholder, hereby files this Informative Motion in response to the Court's Order regarding Procedures (#19865).  Since I need to file this informative motion prior to receiving an agenda of the matters to be addressed at the  February 2-3, 2022 hearing, I am filing this informative motion to preserve my right to be heard at the hearing on any matters on the agenda that concern me.  I accordingly reserve the right to be heard on any matters that concen me.  I am attaching a Party Appearance Cover Sheet as Exhibit A.

January 25, 2022

Respectfully Submitted,

/s/ Peter C. Hein
Peter C. Hein, pro se
101 Central Park West, Apt. 14E
New York, NY  10023
petercheinsr@gmail.com

917-539-8487

**EXHIBIT A**
**PARTY APPEARANCE SHEET**

| Name of Party | Peter C. Hein |
|---|---|
| Party Name Abbreviation<br>(For Use with Zoom) | Pro se / Hein, Peter |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br><br>&bull; Name,<br>&bull; Email,<br>&bull; Law Firm,<br>&bull; Phone Number and<br>&bull; Docket Entry No. for the Attorney's Notice of<br><br>Or<br><br>Party-in-interest Not Represented by Counsel:<br><br>&bull; Name, Email, Phone Number, Proof of Claim Number (if any) | Peter C. Hein<br>petercheinsr@gmail.com<br>9175398487 |
| If a Party files a supplemental Party appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |

**<u>Certificate of Service</u>**

I, Peter C. Hein, certify that I have caused "Informative Motion –  February 2-3, 2022 Omnibus

Hearing" to be served via the Court's CM/ECF system.


January 25, 2022


<div style="margin-left: 40%;">

_____/s/ Peter C. Hein_____

Peter C. Hein

</div>