UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING THE SECOND URGENT CONSENSUAL MOTION
FOR EXTENSION OF DEADLINES AND ADJOURNMENT OF HEARING

Upon the *Second Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing* (Docket Entry No. 19892 in Case No. 17-3283, Docket Entry No. 1306 in Case No. 17-3566, and Docket Entry No. 280 in Case No. 19-5523, the "Second Extension Motion");[2] and the Court having found that the relief requested in the Second Extension Motion is in the best interests of the Oversight Board and the Cure Amount Objectors; and the Court having found that

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Building Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Second Extension Motion.

the Oversight Board provided adequate and appropriate notice of the Second Extension Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Second Extension Motion; and the Court having determined that the factual bases set forth in the Second Extension Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Second Extension Motion is granted as set forth herein.

2. Replies to the Cure Amount Objections, if any, must be filed by **February 9, 2022**, at **5:00 p.m. (Atlantic Standard Time)**.

3. The Cure Amount Objections will be heard at the conclusion of the claim objection hearing scheduled for **February 17, 2022**.

4. This Order resolves Docket Entry No. 19892 in Case No. 17-3283, Docket Entry No. 1306 in Case No. 17-3566, and Docket Entry No. 280 in Case No. 19-5523.

SO ORDERED.

Dated: January 26, 2022

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge