## EXHIBIT 1
## TITLE III STAY MODIFICATIONS AGREED TO BY THE DEBTORS
## FROM NOVEMBER 17, 2021 THROUGH JANUARY 14, 2022

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| 1. | *Total Petroleum v. Estado Libre Asociado de Puerto Rico y Otros*, Case No. SJ2021CV02131 Tax Reimbursement Action | Total Petroleum Puerto Rico Corp. | Commonwealth | To the extent necessary, the Title III Stay is hereby modified solely to the limited extent necessary to allow (i) the entry of an order in the Action approving the settlement contained in this Stipulation and dismissing, with prejudice, the Action pursuant to Paragraph 3 above, and (ii) Movant to enforce this Stipulation and seek payment of the Settlement Amount from the Commonwealth; provided, however, the Title III Stay shall continue to apply in all other respects to the Action including, but not limited to, the execution and enforcement of any judgment for damages and provisional remedies. | December 15, 2021 |
| 2. | *Alex F. Vargas v. Police Department*, Case No. SA-08-0403 (previously 2008-10-0403) Employment Action | Alex Vargas-Segarra and Betsie Seda-Collado | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow: (i) the Administrative Action to proceed to final judgment before the CASP; and (ii) Movants to execute any judgment solely with respect Movants' request for re-entry and reinstatement; provided, however, that the Title III Stay shall continue to apply in all other respects to the Administrative Action, including, but not limited to, the execution and enforcement of any portion of any judgment for any claims for backpay, money damages and provisional remedies against the Commonwealth or any other Title III debtor; provided, further, that the Title III Stay shall continue to apply to the Dismissed Action in all respects. | December 23, 2021 |