# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

### INFORMATIVE MOTION
### OF FINANCIAL GUARANTY INSURANCE COMPANY
### FOR APPEARANCE AT FEBRUARY 2-3, 2022 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

Financial Guaranty Insurance Company ("**FGIC**"), by and through its attorneys, Rexach & Picó, CSP and Butler Snow LLP, files this *Informative Motion of Financial Guaranty Insurance Company for Appearance at February 2-3, 2022, Omnibus Hearing*. In support of the Motion, FGIC respectfully states as follows:

1.  Maria E. Picó and Martin A. Sosland intend to participate on behalf of FGIC at the Hearing[1] conducted by the Court by videoconferencing via Zoom. Attached as Exhibit A is the Party Appearance Sheet.

2.  Ms. Picó and Mr. Sosland will be available to address any matters and to respond to any questions raised by the Court or to any statements of any party that affect the interests of FGIC.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms as in that certain *Order Regarding Procedures for February 2-3, 2022, Omnibus Hearing* [Case No. 17-3283, Dkt. # 19865] (the "***Order***").

63020953.v1

Dated: January 26, 2022.

        Respectfully submitted,

        REXACH & PICÓ, CSP

By: */s/ María E. Picó*
    María E. Picó
    USDC-PR 123214
    802 Ave. Fernández Juncos
    San Juan PR 00907-4315
    Telephone: (787) 723-8520
    Facsimile: (787) 724-7844
    E-mail: mpico@rexachpico.com

        BUTLER SNOW LLP

By: */s/ Martin A. Sosland*
    Martin A. Sosland (*pro hac vice*)
    2911 Turtle Creek, Suite 1400
    Dallas, TX 75219
    Telephone: (469) 680-5502
    Facsimile: (469) 680-5501
    E-mail: martin.sosland@butlersnow.com

    James E. Bailey III (*pro hac vice*)
    Adam M. Langley (*pro hac vice)*
    6075 Poplar Ave., Suite 500
    Memphis, TN 38119
    Telephone: (901) 680-7347
    Facsimile: (615) 680-7201
    E-mail: jeb.bailey@butlersnow.com
    adam.langley@butlersnow.com

*Attorneys for Financial Guaranty Insurance Company*

63020953.v1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: January 26, 2022.

                    Respectfully submitted,

                    By: */s/ Martin A. Sosland*
                         Martin A. Sosland

                    *Attorney for Financial Guaranty Insurance Company*

63020953.v1