EXHIBIT A[1]

PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party | Financial Guaranty Insurance Co. |
| Party Name Abbreviation (For Use with Zoom[2]) | FGIC |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See December Omnibus Hearing Procedures Order, ¶ 8(a))<br>or<br>Party-in-interest Not Represented by Counsel:<br>• Name, Email, Phone Number, Proof of Claim Number (if any) | María E. Picó<br>mpico@rexachpico.com<br>REXACH & PICÓ, CSP<br>802 Ave. Fernández Juncos<br>San Juan, PR 00907-4315<br>Telephone: (787) 723-8520<br>Notice of Appearance Dkt. No. 101<br>Zoom Screen Name: FGIC/Picó, Maria/Rexach & Picó<br><br>Martin A. Sosland<br>martin.sosland@butlersnow.com<br>Butler Snow LLP<br>(469) 680-5502<br>PHV Dkt No. 150<br>Zoom Screen Name: FGIC/Sosland, Martin/Butler Snow |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the December Omnibus Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. | |

---

[1] This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit A**.

[2] See Hearing Procedures Order ¶ 8(a).