# EXHIBIT A

**Schedule of Claims Subject to the Three Hundred Sixty-Fourth Omnibus Objection**

## Three Hundred and Sixty-Fourth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BANKRUPTCY ESTATE OF FIDDLER GONZALEZ & RODRIGUEZ<br>PMB 136 400 CALLE JUAN CALAF<br>SAN JUAN, PR 00918-1314 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 82426 | $ 132,612.70 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and University of Puerto Rico which is not part of the Title III proceedings. | | | | | |
| 2 | BIOIMAGENES MEDICAS<br>351 AVE HOSTOS<br>EDIF MEDICAL EMPORIUM STE 110<br>MAYAGUEZ, PR 00682 | 5/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24204 | $ 191.80 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Automobile Accident Compensation Administration which is not part of the Title III proceedings. | | | | | |
| 3 | BIOIMAGENES MEDICAS<br>351 AVE HOSTOS<br>EDIF MEDICAL EMPORIUM STE 110<br>MAYAGUEZ, PR 00682 | 5/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24218 | $ 34,882.30 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and State Insurance Fund which is not part of the Title III proceedings. | | | | | |
| 4 | CARIBBEAN MEDICAL CENTER<br>DEPARTAMENTO DE FINANZAS<br>PO BOX 70006<br>FAJARDO, PR 00738 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16893 | $ 2,188,743.24* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and PR Health Insurance Administration which is not part of the Title III proceedings. | | | | | |
| 5 | CARIS NURSERY INC<br>183 CALLE DELBREY<br>SAN JUAN, PR 00911-2007 | 3/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2361 | $ 622.97 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and State Insurance Fund, which is not part of the Title III proceedings. | | | | | |
| 6 | CARLOS M FLORES CE & L FIRE EXTINGUISHERS<br>PO BOX 3092<br>BAYAMON, PR 00960 | 5/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12462 | Undetermined* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and State Insurance Fund which is not part of the Title III proceedings. | | | | | |

## Three Hundred and Sixty-Fourth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | DELGADO CRUZ, EDWIN<br>HC 50 BOX 40558<br>SAN LORENZO, PR 00754-9818 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28514 | $ 6,791.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and The Insurance Commission which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | G WORKS, INC.<br>GRETCHEN B. GUZMAN<br>URB. TORREMOLINOS<br>CALLE MARGINAL 177, A-13<br>GUAYNABO, PR 00969-3747 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30173 | $ 140,701.62 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipality of Juncos which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | INMOBILIARIA Y DESARRALLA DORA PUERTO RICO VS INC<br>PARK ROYAL CLUB CALA<br>50 CLUB CALA DRIVE<br>HUMACAO, PR 00791 | 5/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16878-1 | $ 147,096.49 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation show liability in the amount of $147,096.49 against the Centro de Recaudacion de Ingresos Municipales (CRIM), which is not part of the Title III proceedings.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures.   Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | LABORATORIO CLINICO JUNCOS INC<br>PO BOX 1920<br>JUNCOS, PR 00777 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 82133 | $ 6,513.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Administración de Seguros de Salud de Puerto Rico which is not part of the Title III proceedings.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures.   Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | MIR, ROSA JULIA<br>5553 TAFOYA CIRCLE<br>WEST JORDAN, UT 84081 | 8/7/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9 | $ 46,000.00* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipal Revenue Collection Center which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | MMM HEALTHCARE, LLC<br>CARLOS VIVALDI<br>PO BOX 71114<br>SAN JUAN, PR 00936-8014 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 162265 | $ 3,396,098.31 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and PR Health Insurance Administration which is not part of the Title III proceedings.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Sixty-Fourth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | MMM MULTIHEALTH, LLC<br>CARLOS VIVALDI<br>PO BOX 71114<br>SAN JUAN, PR 00936-8014 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 153940 | $ 8,882,817.61 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and PR Health Insurance Administration which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | MOLINA HEALTHCARE OF PUERTO RICO, INC.<br>654 MUÑOZ RIVERA AVE., SUITE 1600<br>SAN JUAN, PR 00918 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 81820 | $ 22,403,539.89 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and State Insurance Fund which is not part of the Title III proceedings.
A portion of this claim asserts liabilities related to Tax Credits. Because this objection does not constitute an objection to the portion of the claim that asserts Tax Credits, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | NAZARIO PADRO, DARIO<br>HC 1 BOX 8045<br>SAN GERMAN, PR 00683 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 86303 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Centro de Recaudacion de Ingresos Municipales (CRIM) which is not part of the Title III proceedings.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | SANTOS NIEVES, AHILIS<br>HC 73 BOX 4371<br>NARANJITO, PR 00719 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 71878 | $ 4,000.00* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and State Insurance Fund which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | VITALIFE INC<br>1590 CALLE CAVALIERI<br>SAN JUAN, PR 00927-6129 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 36522 | $ 1,209,774.14 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Administración de Centro Medico, Hospital Universitario Dr. Ramón Ruiz Arnau, Hospital Universitario De Adulto, Hospital Pediátrico Universitario, or Administracion de Seguros De Salud de Puerto Rico, which are not part of the Title III proceedings.

| | | | | | TOTAL | $ 38,600,385.07* |
|---|---|---|---|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts