# EXHIBIT A

**Schedule of Claims Subject to the Three Hundred Sixty-Sixth Omnibus Objection**

Three Hundred and Sixty-Sixth Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | AYALA ORTIZ, MARILYN<br>PO BOX 289<br>HORMIGUEROS, PR 00660-0289 | 10202^ | Puerto Rico Highways and Transportation Authority | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Commonwealth of Puerto Rico.

^ Claim #10202 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #10202 also contained on Exhibit A to the 375th Omnibus Claims Objection for Claims to Be Disallowed
Claim #10202 also contained on Exhibit A to the 378th Omnibus Claims Objection for Claims to Be Disallowed

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | BAUZA, JUAN M.<br>#624 CARLOS D. RIVERA<br>SAN JUAN, PR 00924 | 144271^ | Puerto Rico Highways and Transportation Authority | 503(b)(9) | Undetermined* | Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* |

Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Commonwealth of Puerto Rico.

^ Claim #144271 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Claims to Be Reclassified
Claim #144271 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #144271 also contained on Exhibit A to the 376th Omnibus Claims Objection for Claims to Be Partially Disallowed

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | BOURET ECHEVARRIA, POULLETTE<br>PO BOX 159<br>TOA BAJA, PR 00951 | 173994 | Puerto Rico Sales Tax Financing Corporation (COFINA) | Unsecured | $2,333.00* | Commonwealth of Puerto Rico | Unsecured | $2,333.00* |

Reason: Claimant identifies obligor as the Puerto Rico Sales Tax Financing Corporation (COFINA) when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 29341 | Commonwealth of Puerto Rico | Unsecured | $300.00 | Puerto Rico Electric Power Authority | Unsecured | $300.00 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 32636 | Commonwealth of Puerto Rico | Unsecured | $1,520.00 | Puerto Rico Electric Power Authority | Unsecured | $1,520.00 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 36194 | Commonwealth of Puerto Rico | Unsecured | $9,363.71 | Puerto Rico Electric Power Authority | Unsecured | $9,363.71 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Sixty-Sixth Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 39392 | Commonwealth of Puerto Rico | Unsecured | $1,167.00 | Puerto Rico Electric Power Authority | Unsecured | $1,167.00 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 8 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 41401 | Commonwealth of Puerto Rico | Unsecured | $4,006.45 | Puerto Rico Electric Power Authority | Unsecured | $4,006.45 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 9 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 42267 | Commonwealth of Puerto Rico | Unsecured | $5,382.00 | Puerto Rico Electric Power Authority | Unsecured | $5,382.00 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 10 | DOUBLE STATIONERY INC<br>D/B/A THE OFFICE SHOP<br>P O BOX 195497<br>SAN JUAN, PR 00919-5497 | 151597 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 11 | ENVIRONICS ENGINEERING GROUP CORP<br>P.O. BOX 29535<br>SAN JUAN, PR 00929 | 63950^ | Commonwealth of Puerto Rico | Unsecured | $1,190,864.12 | Commonwealth of Puerto Rico | Unsecured | $222,917.55 |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $967,946.57 |
| | | | | | | Subtotal | | $1,190,864.12 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that invoices totaling $967,946.57 would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| | ^ Claim #63950 also contained on Exhibit A to the 372nd Omnibus Claims Objection for Modified Claims | | | | | | | |
| 12 | FRANQUI PORTELA, TERESA E<br>HC 3 BOX 5085<br>GURABO, PR 00778 | 45783^ | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Highways and Transportation Authority | Unsecured | Undetermined* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Highways and Transportation Authority. | | | | | | | |
| | ^ Claim #45783 also contained on Exhibit A to the 375th Omnibus Claims Objection for Claims to Be Disallowed | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Sixty-Sixth Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 13 | GORDIAN, YOLANDA GUZMAN<br>71 EXT MARIO BRASCHI<br>JUANA DIAZ, PR 00795 | 87996^ | Puerto Rico Highways and Transportation Authority | Unsecured | $30,000.00* | Commonwealth of Puerto Rico | Unsecured | $30,000.00* |

Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Commonwealth of Puerto Rico.

^ Claim #87996 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #87996 also contained on Exhibit A to the 375th Omnibus Claims Objection for Claims to Be Disallowed
Claim #87996 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 14 | LOPEZ MALDONADO, EVELYN<br>12 CALLE 5E URB. RIO PLANTATION<br>BAYAMON, PR 00961 | 141887 | Commonwealth of Puerto Rico | Unsecured | $275,000.00* | Puerto Rico Electric Power Authority | Unsecured | $275,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 15 | Luis Ramos Pagan<br>PO Box 40177<br>SAN JUAN, PR 00940-0177 | 66017^ | Commonwealth of Puerto Rico | Administrative | Undetermined* | Puerto Rico Highways and Transportation Authority | Administrative | Undetermined* |
| | | | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Highways and Transportation Authority | Unsecured | Undetermined* |
| | | | | Subtotal | Undetermined* | | Subtotal | Undetermined* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Highways and Transportation Authority.

^ Claim #66017 also contained on Exhibit A to the 375th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 16 | MORALES CORDOVA, KARIME<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 60068^ | Commonwealth of Puerto Rico | Unsecured | $400.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $400.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Highways and Transportation Authority.

^ Claim #60068 also contained on Exhibit A to the 375th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 17 | ORLANDI GOMEZ, ANGEL M.<br>HC-01 BOX 4301<br>ARROYO, PR 00714 | 169756^ | Puerto Rico Highways and Transportation Authority | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Commonwealth of Puerto Rico.

^ Claim #169756 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed
Claim #169756 also contained on Exhibit A to the 375th Omnibus Claims Objection for Claims to Be Disallowed

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Sixty-Sixth Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 18 | PAGAN VEGA, JONATHAN<br>HC 03 BOX 37686<br>MAYAGUEZ, PR 00680 | 36298 | Commonwealth of Puerto Rico | 503(b)(9) | $200,000.00* | Puerto Rico Electric Power Authority | 503(b)(9) | $200,000.00* |
| | | | Commonwealth of Puerto Rico | Secured | Undetermined* | Puerto Rico Electric Power Authority | Secured | Undetermined* |
| | | | | Subtotal | $200,000.00* | | Subtotal | $200,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| 19 | POLANCO ESTRELLA, RAFAEL E.<br>RENE ARRILLAGA<br>URB. EL VEDADO<br>430 HOSTOS AVE<br>SAN JUAN, PR 00918-3016 | 1306 | Commonwealth of Puerto Rico | Unsecured | $4,400,000.00* | Puerto Rico Electric Power Authority | Unsecured | $4,400,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico but the Commonwealth of Puerto Rico was dismissed from the asserted litigation case. Any remaining liability would reside, if at all, with the Puerto Rico Electric Power Authority.

| 20 | POLANCO JORDÁN, YANITSZA MARIE<br>RENE ARRILLAGA<br>URB. EL VEDADO<br>430 HOSTOS AVE<br>SAN JUAN, PR 00918-3016 | 40022 | Commonwealth of Puerto Rico | Unsecured | $4,400,000.00* | Puerto Rico Electric Power Authority | Unsecured | $4,400,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico but the Commonwealth of Puerto Rico was dismissed from the asserted litigation case. Any remaining liability would reside, if at all, with the Puerto Rico Electric Power Authority.

| 21 | POLANCO RIVERA, JESUHAN<br>RENE ARRILLAGA<br>URB. EL VEDADO<br>430 HOSTOS AVENUE<br>SAN JUAN, PR 00918-3016 | 40237 | Commonwealth of Puerto Rico | Unsecured | $4,400,000.00* | Puerto Rico Electric Power Authority | Unsecured | $4,400,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico but the Commonwealth of Puerto Rico was dismissed from the asserted litigation case. Any remaining liability would reside, if at all, with the Puerto Rico Electric Power Authority.

| 22 | POLANCO RIVERA, NEILIANY<br>RENE ARRILLAGA<br>URB EL VEDADO<br>430 HOSTOS AVENUE<br>SAN JUAN, PR 00918-3016 | 37391 | Commonwealth of Puerto Rico | Unsecured | $4,400,000.00* | Puerto Rico Electric Power Authority | Unsecured | $4,400,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico but the Commonwealth of Puerto Rico was dismissed from the asserted litigation case. Any remaining liability would reside, if at all, with the Puerto Rico Electric Power Authority.

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Sixty-Sixth Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 23 | RIVERA RIVERA, MOIRA GRUSHESKA<br>RENE ARRILLAGA<br>URB. EL VEDADO<br>430 HOSTOS AVE<br>SAN JUAN, PR 00918-3016 | 38180 | Commonwealth of Puerto Rico | Unsecured | $4,400,000.00* | Puerto Rico Electric Power Authority | Unsecured | $4,400,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico but the Commonwealth of Puerto Rico was dismissed from the asserted litigation case. Any remaining liability would reside, if at all, with the Puerto Rico Electric Power Authority.

| 24 | RODRIGUEZ FIGUEROA, JOHNNY<br>3535 N 8 ST.<br>PHILADELPHIA, PA 19140 | 171052 | Puerto Rico Sales Tax Financing Corporation (COFINA) | 503(b)(9) | $25,000.00 | Commonwealth of Puerto Rico | 503(b)(9) | $25,000.00 |

Reason: Claimant identifies obligor as the Puerto Rico Sales Tax Financing Corporation (COFINA) when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| 25 | RODRIGUEZ ORTIZ, MARELYN<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 71642^ | Commonwealth of Puerto Rico | Unsecured | $400.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $400.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Highways and Transportation Authority.

^ Claim #71642 also contained on Exhibit A to the 375th Omnibus Claims Objection for Claims to Be Disallowed

| 26 | RODRÍGUEZ RIVERA, JUSTIN<br>RENE ARRILLAGA<br>URB. EL VEDADO<br>430 HOSTOS AVENUE<br>SAN JUAN, PR 00918-3016 | 27399 | Commonwealth of Puerto Rico | Unsecured | $4,400,000.00* | Puerto Rico Electric Power Authority | Unsecured | $4,400,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico but the Commonwealth of Puerto Rico was dismissed from the asserted litigation case. Any remaining liability would reside, if at all, with the Puerto Rico Electric Power Authority.

| 27 | ROMAN TORRES, MARLEEN<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 71468^ | Commonwealth of Puerto Rico | Unsecured | $400.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $400.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Highways and Transportation Authority.

^ Claim #71468 also contained on Exhibit A to the 375th Omnibus Claims Objection for Claims to Be Disallowed

| 28 | ROSA LABOY, LUZ MERCEDES<br>HC #3 BOX 12905<br>YABUCOA, PR 00767-9782 | 179190 | Commonwealth of Puerto Rico | Unsecured | $15,000.00 | Puerto Rico Electric Power Authority | Unsecured | $15,000.00 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Sixty-Sixth Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 29 | TORO MARTINEZ, JOSE<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 67146^ | Commonwealth of Puerto Rico | Unsecured | $400.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $400.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Highways and Transportation Authority.

^ Claim #67146 also contained on Exhibit A to the 375th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 30 | TORRES GONZALEZ, EVELYN<br>2821 HAYES AVE<br>CAMDEN, NJ 08105 | 173684 | Puerto Rico Sales Tax Financing Corporation (COFINA) | Unsecured | $90,000.00 | Commonwealth of Puerto Rico | Unsecured | $90,000.00 |

Reason: Claimant identifies obligor as the Puerto Rico Sales Tax Financing Corporation (COFINA) when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 31 | VALENTIN RUIZ, ALEX M<br>HC-61 BOX 4769<br>TRUJILLO ALTO, PR 00976 | 5359^ | Puerto Rico Highways and Transportation Authority | 503(b)(9) | Undetermined* | Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* |

Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Commonwealth of Puerto Rico.

^ Claim #5359 also contained on Exhibit A to the 377th Omnibus Claims Objection for Claims to Be Disallowed

| | | | TOTAL | | $ 28,251,536.28* | TOTAL | | $ 28,251,536.28* |
|---|---|---|---|---|---|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts