UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>As a representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO** *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>Re: Dkt. No. 19865<br><br>**Telephonic Hearing date:** February 2, 2022 at 10:00 a.m. (Atlantic Standard Time) |

### INFORMATIVE MOTION OF THE FEE EXAMINER PURSUANT TO ORDER REGARDING PROCEDURES FOR FEBRUARY 2-3, 2022 OMNIBUS HEARING

The Fee Examiner appointed in these proceedings files this Informative Motion of the Fee Examiner pursuant to *Order Regarding Procedures for February 2-3, 2022 Omnibus Hearing* [Dkt. No. 19865]. The Fee Examiner's Party Appearance Cover Sheet is attached to this Informative Motion as **Exhibit A**. The Fee Examiner further states that:

1. On January 25, 2022, the Fee Examiner filed the *Fee Examiner's Report on Anticipated Final Fee Application Process and on Uncontested Professional Fee Matters for*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Consideration in Connection with the February 2, 2022 Omnibus Hearing* [Dkt. No. 19911] (the "**Status Report**").

2. The Status Report outlines the Fee Examiner's recommendations for the Court's approval, with adjustments and on an uncontested basis, of a group of interim applications for the Thirteenth Interim Compensation Period (June 1, 2021-September 30, 2021) and prior interim fee periods.

3. The Status Report attached a proposed order approving the uncontested fee applications (the "Proposed Order"). Counsel also submitted the Proposed Order to chambers in MS Word format pursuant to the Fifteenth Amended Case Management and Administrative Procedures [Dkt. No. 17127-1].

4. Pursuant to the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 3269], if no objections are timely filed, fee applications may be approved by Court order without a hearing, *id.* at 2(j), and the Court has done so in the past.

5. Pursuant to the *Order Directing Parties to Meet and Confer Regarding the Enactment of the Puerto Rico Recovery Accuracy in Disclosures Act* [Dkt. No. 19859], counsel for the Oversight Board, the Fee Examiner, and the Office of the United States Trustee will file a joint informative motion no later than January 31, 2022 addressing the Court's questions and directions regarding PRRADA.

6. The Fee Examiner and counsel plan to appear at the Zoom omnibus hearing and will be prepared to respond to questions from the Court, if any, regarding the joint PRRADA informative motion or the Status Report.

2

Dated this 27th day of January, 2022.

WE HEREBY CERTIFY that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

        EDGE Legal Strategies, PSC

        *s/ Eyck O. Lugo*
        Eyck O. Lugo
        252 Ponce de León Avenue
        Citibank Tower, 12th Floor
        San Juan, PR 00918
        Telephone: (787) 522-2000
        Facsimile: (787) 522-2010
        *Puerto Rico Counsel for Fee Examiner*

        GODFREY & KAHN, S.C.
        One East Main Street, Suite 500
        Madison, WI 53703
        Telephone: (608) 257-3911
        Facsimile: (608) 257-0609

        Katherine Stadler (*Pro Hac Vice*)

        *Counsel for the Fee Examiner*

26633929.2

EXHIBIT A

FEE EXAMINER'S PARTY APPEARANCE SHEET

| Name of Party | Fee Examiner |
|---|---|
| Party Name Abbreviation (For Use with Zoom) | Fee Examiner |
| Omnibus Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See February Omnibus Hearing Procedures Order, ¶ 8(a)) | Brady C. Williamson<br>bwilliam@gklaw.com<br><br>Katherine Stadler<br>kstadler@gklaw.com<br><br>Godfrey & Kahn, S.C.<br>(608) 284-2636 (Mr. Williamson)<br>(608) 284-2654 (Ms. Stadler)<br><br>The Fee Examiner was appointed through the *Order Pursuant to Promesa Sections 316 and 317 and Bankruptcy Code Section 105(a) Appointing a Fee Examiner and Related Relief* [Dkt. No. 1416].<br><br>Zoom Screen Names:<br>Fee Examiner/Williamson, Brady/Godfrey & Kahn, S.C.<br><br>Fee Examiner/Stadler, Katherine/Godfrey & Kahn, S.C. |

26633933.1