**EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Seventy-First Omnibus Objection**

Three Hundred and Seventy-First Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | AGOSTO RODRIGUEZ, HILDA<br>HC-01 BOX 7017<br>AGUAS BUENAS, PR 00703 | 06/21/21 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179412 | $ 60,000.00* | AGOSTO RODRIGUEZ, HILDA<br>HC-01 BOX 7017<br>AGUAS BUENAS, PR 00703 | 06/21/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179399 | $ 60,000.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | RENTAS, RAFAEL<br>4844 CALLE LANCEODA<br>PONCE, PR 00728 | 04/11/19 | 17 BK 03284-LTS / Puerto Rico Sales Tax Financing Corporation (COFINA) | 168446 | $ 1,000.00* | RENTAS, RAFAEL<br>4844 CALLE LANCEODA<br>PONCE, PR 00728 | 08/18/19 | 17 BK 03567-LTS / Puerto Rico Highways and Transportation Authority | 170237 | $ 1,000.00* |

Reason: Duplicate liability filed against Debtor Puerto Rico Sales Tax Financing Corporation (COFINA). All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | RENTAS, RAFAEL<br>JOSEY ANN RODRIGUEZ<br>609 AVE CASTRO, STE 102<br>PONCE, PR 00716 | 08/11/19 | 17 BK 03284-LTS / Puerto Rico Sales Tax Financing Corporation (COFINA) | 170128 | $ 1,000.00* | RENTAS, RAFAEL<br>4844 CALLE LANCEODA<br>PONCE, PR 00728 | 08/18/19 | 17 BK 03567-LTS / Puerto Rico Highways and Transportation Authority | 170237 | $ 1,000.00* |

Reason: Duplicate liability filed against Debtor Puerto Rico Sales Tax Financing Corporation (COFINA). All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | RENTAS, RAFAEL<br>JOSEY ANN RODRIGUEZ TORRES,ESQ.<br>609 AVE TITO CASTRO SUITE 102, PMB504<br>PONCE, PR 00716 | 08/12/19 | 17 BK 03284-LTS / Puerto Rico Sales Tax Financing Corporation (COFINA) | 170129 | $ 1,000.00* | RENTAS, RAFAEL<br>4844 CALLE LANCEODA<br>PONCE, PR 00728 | 08/18/19 | 17 BK 03567-LTS / Puerto Rico Highways and Transportation Authority | 170237 | $ 1,000.00* |

Reason: Duplicate liability filed against Debtor Puerto Rico Sales Tax Financing Corporation (COFINA). All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | RENTAS, RAFAEL<br>JOSEY A. RODRIGUEZ, ESQ.<br>PO BOX 310121<br>MIAMI, FL 33231 | 08/18/19 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 170241^ | $ 1,000.00* | RENTAS, RAFAEL<br>4844 CALLE LANCEODA<br>PONCE, PR 00728 | 08/18/19 | 17 BK 03567-LTS / Puerto Rico Highways and Transportation Authority | 170237 | $ 1,000.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority.

^ Claim #170241 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-First Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | RENTAS, RAFEAL JOSEY A. RODRIGUEZ, ESQ P.O. BOX 310121 MIAMI, FL 33231 | 08/18/19 | 17 BK 03284-LTS / Puerto Rico Sales Tax Financing Corporation (COFINA) | 170238 | $ 1,000.00* | RENTAS, RAFAEL 4844 CALLE LANCEODA PONCE, PR 00728 | 08/18/19 | 17 BK 03567-LTS / Puerto Rico Highways and Transportation Authority | 170237 | $ 1,000.00* |

Reason: Duplicate liability filed against Debtor Puerto Rico Sales Tax Financing Corporation (COFINA). All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | RODRIGUEZ RODRIGUEZ, LAURA P.O. BOX 303 AGUAS BUENAS, PR 00703 | 06/21/21 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179408 | $ 50,000.00* | RODRIGUEZ RODRIGUEZ, LAURA P.O. BOX 303 AGUAS BUENAS, PR 00703 | 06/21/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179409 | $ 50,000.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | SERRANO COLON, LUZ DIVINA P.O. BOX 439 AGUAS BUENAS, PR 00703 | 06/21/21 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179411 | $ 60,000.00* | SERRANO COLON, LUZ DIVINA PO BOX 439 AGUAS BUENAS, PR 00703 | 06/21/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179410 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

\* Indicates claim contains unliquidated and/or undetermined amounts