10 de enero de 2022

Dear:

THE COMMONWEALATH OF PUERTO RICO

My name is Jose Alicea Rivera case **169481 of The Promesa Titulo 3#17BK3283-LTS**.I live in Bo Paso Seco street 11 home #78 Santa Isabel P.R. 00751. My email address is: **lisetodasor7@yahoo.com** My mail address is Hc02 Box 3668 Santa Isabel, P.R.00757

By the year 1960, I worked for the Ballester Hermanos sugar mill. Therefore, for that time, overtime, irrigation and harvests were not paid. It is considered that the amount owed for said work is $30,000. For which I am claiming and hoping that it will be considered for said compensation.

Cordially,

Jose Alicea Rivera

*[signature: Jose Alicea R.]*