José Alicea Rivera
Hc 2 Box 3668
Santa Isabel, PR. 00757

SAN JUAN PR   009

18 JAN 2022   PM 1   L

FOREVER USA

2022 JAN 26   PM 1:32

Tribunal de Distrito de E.U.
Sala 150 Edificio Federal
San Juan PR. 00918-1767

00908$9999