UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING THREE HUNDRED EIGHTY-SIXTH OMNIBUS OBJECTION
(NON-SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER
AUTHORITY TO CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR

Upon the *Three Hundred Eighty-Sixth Omnibus Objection (Non-Substantive) of*

*the Puerto Rico Electric Power Authority to Claims Asserted Against the Incorrect Debtor*

(Docket Entry No. 17928) (the "Three Hundred Eighty-Sixth Omnibus Objection"),[2] filed by the

Puerto Rico Electric Power Authority ("PREPA"), dated August 20, 2021, for entry of an order

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth")
(Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii)
Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-
BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways
and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last
Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-
BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric
Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits
of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA")
(Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801)
(Title III case numbers are listed as Bankruptcy Case numbers due to software
limitations).

[2]    Capitalized terms not otherwise defined herein shall have the meanings given to such
terms in the Two Hundred Eighty-Sixth Omnibus Objection.

reclassifying certain claims filed against PREPA, as more fully set forth in the Three Hundred

Eighty-Sixth Omnibus Objection and supporting exhibits thereto; and the Court having

jurisdiction to consider the Three Hundred Eighty-Sixth Omnibus Objection and to grant the

relief requested therein pursuant to section 306(a) of the Puerto Rico Oversight, Management,

and Economic Stability Act ("PROMESA");[3] and venue being proper pursuant to PROMESA

section 307(a); and due and proper notice of the Three Hundred Eighty-Sixth Omnibus Objection

having been provided to those parties identified therein, and no other or further notice being

required; and each of the claims identified in the column titled "Asserted" in Exhibit A to the

Three Hundred Eighty-Sixth Omnibus Objection having improperly identified PREPA as

obligor, when such claims are properly asserted, if at all, against the debtor(s) identified in the

column titled "Corrected" in Exhibit A to the Three Hundred Eighty-Sixth Omnibus Objection;

and the Court having determined that the relief sought in the Three Hundred Eighty-Sixth

Omnibus Objection is in the best interest of PREPA, its creditors, and all the parties in interest;

and the Court having determined that the legal and factual bases set forth in the Three Hundred

Eighty-Sixth Omnibus Objection establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Three Hundred Eighty-Sixth Omnibus Objection is

GRANTED as set forth herein; and it is further

ORDERED that the claims identified in the column titled "Asserted" in Exhibit A

to the Three Hundred Eighty-Sixth Omnibus Objection are hereby reclassified to be claims

---

[3]     PROMESA is codified at 48 U.S.C. § 2101 et seq.  References to "PROMESA" section
numbers in the remainder of this Order are to the uncodified version of the legislation.

asserted against the Title III debtor(s) indicated in the column titled "Correct" in Exhibit A; and

it is further

ORDERED that the Debtors' right to object to the Reclassified Claims is

reserved; and it is further

ORDERED that Prime Clerk is authorized and directed, in the official claims

register in the PROMESA cases, to move the claims identified in the column titled "Asserted" in

Exhibit A to the Three Hundred Eighty-Sixth Omnibus Objection from PREPA's Title III Case

(Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747) to the Title

III case for the debtor(s) identified in the column titled "Corrected" in Exhibit A to the Three

Hundred Eighty-Sixth Omnibus Objection; and it is further

ORDERED that this Order resolves Docket Entry No. 17928 in Case No. 17-

3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to the implementation, interpretation, or enforcement of this

Order.


SO ORDERED.

Dated: January 28, 2022

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge