**EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Eighty-Sixth Omnibus Objection**

THREE HUNDRED EIGHTY-SIXTH OMNIBUS OBJECTION

Exhibit A – Incorrect Debtor

|   | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO PEREZ, JANNETTE<br>URB MIRADOR DE CUPEY<br>E 4 CALLE 4<br>SAN JUAN, PR  00926 | 63171 | PUERTO RICO ELECTRIC POWER AUTHORITY | $7,260.00 | COMMONWEALTH OF PUERTO RICO | $7,260.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim shows that any liability would reside, if at all, under the Commonwealth of Puerto Rico

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| 2 | CANALS VIDAL, MARCOS F<br>PO BOX 360097<br>SAN JUAN, PR  00936-0097 | 16883 | PUERTO RICO ELECTRIC POWER AUTHORITY | $9,079.00 | COMMONWEALTH OF PUERTO RICO | $9,079.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim shows that any liability would reside, if at all, under the Commonwealth of Puerto Rico

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| 3 | ETHICON LLC<br>MCCONNELL VALDES LLC<br>C/O NAYUAN ZOUAIRABANI<br>PO BOX 364225<br>SAN JUAN, PR  00936 | 5797 | PUERTO RICO ELECTRIC POWER AUTHORITY | $439,478.83 | COMMONWEALTH OF PUERTO RICO | $439,478.83 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim shows that any liability would reside, if at all, under the Commonwealth of Puerto Rico

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| 4 | FRAU ESCUDERO, JUAN ANTONIO<br>MONIQUE J.M. DIAZ-MAYORAL<br>P.O. BOX 364174<br>SAN JUAN, PR  00936-4174 | 75580 | PUERTO RICO ELECTRIC POWER AUTHORITY | $24,547.48 | COMMONWEALTH OF PUERTO RICO | $24,547.48 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim shows that any liability would reside, if at all, under the Commonwealth of Puerto Rico

\* - Indicates claim contains unliquidated and/or undetermined amounts.