In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Tenth - Thirteenth Fee Period Applications RECOMMENDED:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | **Tenth Interim Fee Period (June 1, 2020 - September 30, 2020)** | | | | | | | | |
| | *Consulting Services to FOMB - PREPA* | | | | | | | | |
| 1 | **Berkeley Research Group, LLC [Dkt. No. 19511 and 17-4780 Dkt. No. 2668]** | 6/1 - 9/30/2020 | $ 204,624.00 | $ - | $ 581.76 | $ - | | $ 204,624.00 | $ 581.76 |
| | **Twelfth Interim Fee Period (February 1, 2021 - May 31, 2021)** | | | | | | | | |
| | *Puerto Rico Counsel to PREPA* | | | | | | | | |
| 2 | **Diaz & Vazquez Law Firm, P.S.C. [Dkt. No. 17405 and 17-4780 Dkt No. 2560]** | 2/1/2021 - 5/31/2021 | $ 1,989,845.00 | $ 7,728.00 | $ 6,554.35 | $ - | | $ 1,982,117.00 | $ 6,554.35 |
| | **Thirteenth Interim Fee Period (June 1, 2021 - September 30, 2021)** | | | | | | | | |
| | *Local Conflicts Counsel to the FOMB* | | | | | | | | |
| 3-a | **Cardona Fernandez, Ileana C. [Dkt. No. 19191]** | 6/1/2021 - 9/30/2021 | $ 6,030.00 | $ 742.50 | $ - | $ - | FN1 | $ 5,287.50 | $ - |
| | *Local Conflicts Counsel to the FOMB - PREPA* | | | | | | | | |
| 3-b | **Cardona Fernandez, Ileana C. [17-4780 Dkt. No. 2651]** | 6/1/2021 - 9/30/2021 | $ 1,202.50 | $ - | $ - | $ - | | $ 1,202.50 | $ - |
| | *Local Conflicts Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 4 | **Casillas, Santiago & Torres, LLC [Dkt. No. 19229]** | 6/1/2021 - 9/30/2021 | $ 246,337.00 | $ - | $ 4,119.51 | $ - | | $ 246,337.00 | $ 4,119.51 |
| | *Communications Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 5 | **Kroma Advertising, Inc. [Dkt. No. 19236]** | 5/16/2021 - 9/15/2021 | $ 70,000.00 | $ - | $ - | $ - | | $ 70,000.00 | $ - |
| | *Special Counsel to the FOMB* | | | | | | | | |
| 6 | **Luskin, Stern & Eisler LLP [Dkt. No. 19215]** | 6/1/2021 - 9/30/2021 | $ 15,340.00 | $ - | $ - | $ - | | $ 15,340.00 | $ - |
| | *Financial Advisor to the Mediation Team* | | | | | | | | |
| 7 | **Phoenix Management Services, LLC [Dkt. No. 19209]** | 5/31/2021 - 10/3/2021 | $ 77,674.80 | $ 1,201.20 | $ - | $ - | | $ 76,473.60 | $ - |
| | *Actuaries and Consultants to the Official Committee of Retired Employees* | | | | | | | | |
| 8 | **Segal Consulting [Dkt. No. 19227]** | 6/1/2021 - 9/30/2021 | $ 189,375.00 | $ 8,452.25 | $ - | $ - | | $ 180,922.75 | $ - |
| | *Macroeconomic Consultant to the FOMB* | | | | | | | | |
| 9 | **Wolfe, Andrew [Dkt. No. 19086]** | 6/1/2021 - 9/30/2021 | $ 55,405.00 | $ - | $ 1,530.00 | $ - | | $ 55,405.00 | $ 1,530.00 |

**FN1** - In addition to the $5,670.00 in fees requested for thirteenth interim period services, total fees requested and total fees recommended for interim allowance both include $360.00 not previously requested in the eleventh interim period application [Dkt. No. 15999], supplementing a previous interim compensation order [Dkt. No. 17646] on that application. For further explanation see professional's request to supplement order in the application [Dkt. No. 19191 at p. 14, ¶ 42].