**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUBLIC BUILDINGS AUTHORITY<br><br>*Debtors[1]* | PROMESA<br>Title III<br><br>Case No. 17 BK 3283 – LTS<br>(Jointly Administered) |

## NOTICE OF APPEAL

Notice is hereby given that the following creditors to the above Proceeding, Cooperativa de Ahorro y Crédito Abraham Rosa, Cooperativa de Ahorro y Crédito de Ciales, Cooperativa de Ahorro y Crédito de Juana Díaz, Cooperativa de Ahorro y Crédito de Rincón, Cooperativa de Ahorro y Crédito de Vega Alta, and Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía, hereby appeal to the United States Court of Appeals for the First Circuit from the *Findings of Fact and Conclusions of Law in Connection with Confirmation of the Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public*

---

[1] The Debtors in these Title III Cases, along with each debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of federal Tax ID: 3481); (ii) Puerto Rico Sales tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

*Buildings Authority,* Docket No. 19812, which was entered on January 18, 2022, and from the *Order and Judgment Confirming Modified Eighth Amended Title III Joint Amended Plan of Adjustment of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of Puerto Rico and the Public Buildings Authority*, Docket No. 19813, which was also entered on January 18, 2022. Copies of each of the appealed decisions are attached hereto as Exhibits 1 and 2, respectively.

The parties to the decisions appealed from, and the names and addresses of their respective attorneys, are as follows:

| | |
|---|---|
| O'NEILL & BORGES LLC<br>By: Hermann D. Bauer<br>250 Muñoz Rivera Avenue, Suite 800 San Juan, PR 00918-1813<br>OF COUNSEL FOR<br>A&S LEGAL STUDIO, PSC<br>By: Luis F. del Valle-Emmanuelli<br>434 Avenida Hostos<br>San Juan, PR 00918<br><br>PROSKAUER ROSE LLP<br>By: Martin J. Bienenstock<br>Brian S. Rosen<br>Jeffrey W. Levitan<br>Ehud Barak<br>Timothy W. Mungovan<br>Joshua A. Esses<br>Eleven Times Square New York, NY 10036<br>*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico* | SALDAÑA, CARVAJAL, & VÉLEZ-RIVÉ, P.S.C.<br>By: José A. Sánchez Girona<br>166 Avenida de la Constitución<br>San Juan, Puerto Rico 00901<br>DAVID CARRION BARALT<br>By: David Carrion Baralt<br>P.O. Box 364463<br>San Juan, PR 00936-4463<br>RUSSELL A. DEL TORO SOSA<br>By: Russell A. Del Toro Sosa<br>Cond. Condado Princess<br>#2 Calle Washington 304<br>San Juan, Puerto Rico 00907<br>JOSE ÁNGEL REY<br>By: Jose Ángel Rey P.O. Box 10127<br>San Juan, PR 00908-1127<br>*Attorneys for PFZ Properties, Inc.* |
| MARINI PIETRANTONI MUÑIZ LLC<br>By: Luis C. Marini-Biaggi<br>Carolina Velaz-Rivero<br>MCS Plaza, Suite 500<br>255 Ponce de León Ave.<br>San Juan, Puerto Rico 00917<br>O'MELVENY & MYERS LLP<br>By: John J. Rapisardi<br>Maria J. DiConza<br>Matthew P. Kremer<br>7 Times Square<br>New York, New York 10036<br>Peter Friedman<br>1625 Eye Street, NW<br>Washington, DC 20006 | PETER C. HEIN<br>By: Peter C. Hein<br>101 Central Park W # 14E<br>New York, NY 10023-4250<br>*Pro Se* |

*Attorneys for Hon. Pedro R. Pierluisi and the Puerto Rico Fiscal Agency and Financial Advisory Authority*

CHARLES A. CUPRILL, P.S.C. LAW OFFICES
By: Charles A. Cuprill-Hernández
356 Fortaleza Street, Second Floor
San Juan, PR 00901
*Counsel for Sucesión Pastor Mandry Mercado*

GODREAU & GONZALEZ LAW, LLC
By: Rafael A. Gonzalez Valiente
PO Box 9024176 San Juan, PR 00902-4176
*Counsel for Suiza Dairy*

| | |
|---|---|
| CASILLAS, SANTIAGO & TORRES LLC<br>By: Juan J. Casillas Ayala<br>Israel Fernández Rodríguez<br>Juan C. Nieves González<br>Cristina B. Fernández Niggemann<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075<br>PAUL HASTINGS LLP<br>By: Luc A. Despins<br>G. Alexander Bongartz<br>200 Park Avenue<br>New York, New York 10166<br>*Counsel to the Official Committee of Unsecured Creditors*<br><br>BENNAZAR, GARCÍA & MILIÁN, C.S.P.<br>By: A.J. Bennazar-Zequeira<br>Héctor M. Mayol Kauffmann<br>Francisco del Castillo Orozco<br>Edificio Union Plaza, 1701 Avenida Ponce de León #416<br>Hato Rey, San Juan<br>Puerto Rico 00918<br>JENNER & BLOCK LLP<br>By: Robert Gordon<br>Richard Levin<br>919 Third Ave<br>New York, NY 10022-3908<br>Catherine Steege<br>Melissa Root<br>Landon Raiford<br>353 N. Clark Street | ISABEL FULLANA-FRATICELLI & ASSOCS., P.S.C.<br>By: Isabel M. Fullana<br>Eduardo J. Capdevila<br>The Hato Rey Center Bldg.<br>268 Ave. Ponce de León Ste. 1002<br>San Juan, Puerto Rico 00918<br>*Counsel to Finca Matilde, Inc*<br><br><br><br><br><br>RIVERA, TULLA AND FERRER, LLC<br>By: Eric A. Tulla<br>Rivera Tulla & Ferrer Building<br>50 Quisqueya Street<br>San Juan, PR 00917-1212<br>HOGAN LOVELLS US LLP<br>By: Robin E. Keller<br>Ronald J. Silverman<br>Pieter Van Tol<br>390 Madison Avenue<br>New York, NY 10017<br>*Counsel to the Trustee* |

3

Chicago, IL 60654
*Counsel for The Official Committee of Retired Employees of Puerto Rico*

MONSERRATE SIMONET & GIERBOLINI
By: Miguel Simonet Sierra
101 San Patricio Ave., Suite 1120
Guaynabo, PR 00968
COHEN, WEISS AND SIMON LLP
By: Peter D. DeChiara
Richard M. Seltzer
Marie B. Hahn
900 Third Avenue, Suite 2100
New York, NY 10022-4869
*Counsel to Service Employees International Union*

SALDAÑA, CARVAJAL, & VÉLEZ-RIVÉ, P.S.C.
By: José A. Sánchez Girona
166 Avenida de la Constitución
San Juan, Puerto Rico 00901
*Counsel for Mapfre PRAICO Insurance Company*

| | |
|---|---|
| DELGADO & FERNÁNDEZ, LLC | ADSUAR MUÑIZ GOYCO SEDA &PEREZ-OCHOA PSC |
| By: Alfredo Fernández-Martínez | By: Eric Pérez-Ochoa |
| PO Box 11750 | Luis A. Oliver-Fraticelli |
| Fernández Juncos Station | PO Box 70294 |
| San Juan, Puerto Rico 00910-1750 | San Juan, PR 00936 |
| JONES DAY | WEIL, GOTSHAL &MANGES LLP |
| By: Bruce Bennett | By: Jonathan D. Polkes |
| 555 South Flower Street | Gregory Silbert |
| Fiftieth Floor | Robert S. Berezin |
| Los Angeles, CA 90071 | Kelly DiBlasi |
| Benjamin Rosenblum | Gabriel A. Morgan |
| 250 Vesey Street | 767 Fifth Avenue |
| New York, New York 10281 | New York, NY 10153 |
| Matthew E. Papez | *Attorneys for National Public Finance Guarantee Corp.* |
| 51 Louisiana Ave. N.W. | |
| Washington, DC 20001 | |
| *Counsel for Andalusian Global Designated Activity Company, Crown Managed Accounts for and on behalf of Crown/PW SP, LMA SPC for and on behalf of Map 98 Segregated Portfolio, Mason Capital Master Fund LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P.,* | |

4

*Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., Oaktree Opportunities Fund X (Parallel 2), L.P., Oaktree Value Opportunities Fund Holdings, L.P., Oceana Master Fund Ltd., Ocher Rose, L.L.C., Pentwater Merger Arbitrage Master Fund Ltd., PWCM Master Fund Ltd., and Redwood Master Fund, Ltd.*

CASELLAS ALCOVER & BURGOS P.S.C.
By: Heriberto Burgos Pérez
Ricardo F. Casellas-Sánchez
Diana Pérez-Seda
P.O. Box 364924
San Juan, PR 00936-4924

CADWALADER, WICKERSHAM &
TAFT LLP
By: Howard R. Hawkins, Jr.
Mark C. Ellenberg
William J. Natbony
Thomas J. Curtin
Casey J. Servais
200 Liberty Street
New York, New York 10281
*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

REXACH & PICÓ, CSP
By: María E. Picó
802 Ave. Fernández Juncos
San Juan, PR 00907-4315
BUTLER SNOW LLP
By: Martin A. Sosland
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
James E. Bailey III
Adam M. Langley
6075 Poplar Ave., Suite 500
Memphis, TN 38119
*Counsel for Financial Guaranty Insurance Company*

CÓRDOVA & DICK, LLC
By: Brian M. Dick Biascoechea
#403 Calle 12 de Octubre Urb. El Vedado
San Juan, PR 00918

ANTONETTI MONTALVO & RAMIREZ COLL
By: José L. Ramírez-Coll
Carolina V. Cabrera Bou
P.O. Box 13128
San Juan, PR 00908
*Counsel for J.P. Morgan Securities LLC*

McCONNELL VALDÉS LLC
By: Roberto C. Quiñones-Rivera
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918

5

| | |
|---|---|
| *Local Counsel to the Ad Hoc Group of FGIC Noteholders* | *Counsel for Samuel A. Ramirez & Co., Inc., Barclays Capital Inc., RBC Capital Markets, LLC and Raymond James & Associates, Inc.* |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>By: Lawrence A. Larose<br>30 Rockefeller Plaza New York, New York 10112<br>*Counsel to the Ad Hoc Group of FGIC Noteholders* | MORELL, CARTAGENA & DAPENA LLC<br>By: Ramón E. Dapena<br>Iván Lladó<br>PO Box 13399<br>San Juan, Puerto Rico 00908<br>*Counsel for Goldman Sachs & Co. LLC and Citigroup Global Markets Inc.* |
| MCCONNELL VALDÉS LLC<br>By: Arturo J. García-Solá<br>Nayuan Zouairabani<br>270 Muñoz Rivera Avenue, Suite 7<br>Hato Rey, Puerto Rico 00918<br>P.O. Box 364225<br>San Juan, PR 00936-4225<br>*Attorneys for AmeriNational Community Services, LLC, as Servicer for the GDB Debt Recovery Authority* | COTO & ASSOCIATES<br>By: Ramón Coto-Ojeda<br>MCS Plaza, Suite 800<br>255 Ponce de León Avenue<br>San Juan, Puerto Rico 00917<br>*Counsel to Mesirow Financial, Inc.* |
| BOBONIS, BOBONIS & RODRIGUEZ POVENTUD<br>By: Enrique G. Figueroa-Llinás<br>129 de Diego Ave.<br>San Juan, Puerto Rico 00911-1927<br>*Counsel for Merrill Lynch, Pierce, Fenner & Smith Inc. and Merrill Lynch Capital Services, Inc.* | SARLAW LLC<br>By: Sergio A. Ramírez de Arellano<br>Banco Popular Center, Suite 1022<br>209 Muñoz Rivera Ave.<br>San Juan, PR 00918-1009<br>*Counsel for Sidley Austin LLP* |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP<br>By: Eric Seiler<br>Anne E. Beaumont<br>Danielle E. Tepper<br>7 Times Square<br>New York, NY 10036<br>*Counsel for Sidley Austin LLP*<br>C. CONDE & ASSOC. LAW OFFICES<br>By: Carmen D. Conde Torres<br>Luisa S. Valle Castro<br>254 San José Street Suite 5<br>San Juan, PR 00901-1523<br>*Counsel for Santander Securities LLC* | NELSON ROBLES-DIAZ LAW OFFICES, P.S.C.<br>By: Nelson Robles-Díaz<br>P. O. Box 192302<br>San Juan, Puerto Rico 00919-2302<br>*Counsel for Santander Securities LLC* |
| SCHULTE ROTH & ZABEL LLP<br>By: Douglas S. Mintz<br>901 Fifteenth Street, NW, Suite 800<br>Washington, DC 20005<br>Douglas Koff<br>Adam C. Harris<br>Taleah Jennings<br>Abbey Walsh<br>Peter J. Amend | FERRAIUOLI LLC<br>By: Roberto Cámara-Fuertes<br>Sonia Colón<br>221 Ponce de León Avenue, 5th Floor<br>San Juan, PR 00917<br>MILBANK LLP<br>By: Dennis F. Dunne<br>Atara Miller<br>Grant R. Mainland |

6

| | |
|---|---|
| 919 Third Avenue<br>New York, NY 10022<br>*Attorneys for Cantor-Katz Collateral Monitor LLC, as Collateral Monitor for the GDB Debt Recovery Authority* | John J. Hughes, III<br>Jonathan Ohring<br>55 Hudson Yards<br>New York, NY 10001<br>*Attorneys for Ambac Assurance Corporation* |
| SALDAÑA, CARVAJAL & VÉLEZ-RIVÉ, P.S.C.<br>By: Luis N. Saldaña-Román<br>Ángel E. Rotger-Sabat<br>166 Avenida de la Constitución<br>San Juan, Puerto Rico 00901<br>*Counsel for Morgan Stanley & Co. LLC* | G. CARLO-ALTIERI LAW OFFICES, LLC<br>By: Gerardo A. Carlo-Altieri<br>254 Calle San José<br>Third Floor<br>San Juan, PR 00901<br>EPSTEIN BECKER & GREEN, P.C.<br>By: Wendy G. Marcari<br>875 Third Avenue<br>New York, NY 10022<br>*Attorneys for Vaquería Tres Monjitas, Inc.* |
| NAVARRO-CABRER LAW OFFICES<br>By: Nilda M. Navarro-Cabrer<br>El Centro I, Suite 206<br>500 Muñoz Rivera Ave.<br>San Juan, Puerto Rico 00918<br>*Counsel to BMO Capital Markets GKST, Inc* | |
| GOODWIN PROCTER LLP<br>By: Douglas H. Flaum<br>Charles A. Brown<br>Howard S. Steel<br>Stacy A. Dasaro<br>The New York Times Building 620 Eighth Avenue<br>New York, NY 10018<br>*Counsel for Goldman Sachs & Co. LLC Counsel for Citigroup Global Markets Inc.* | SIMPSON THACHER & BARTLETT LLP<br>By: John K. Youngwood<br>David Elbaum<br>425 Lexington Avenue<br>New York, NY 10017<br>*Counsel to J.P. Morgan Securities LLC* |
| G. CARLO-ALTIERI LAW OFFICES, LLC<br>By: Gerardo A. Carlo-Altieri<br>254 Calle San José<br>Third Floor<br>San Juan, PR 00901<br>MORRISON & FOERSTER LLP<br>By: James M. Peck<br>Gary S. Lee<br>James A. Newton<br>Andrew R. Kissner<br>250 West 55th Street<br>New York, New York 10019<br>*Counsel for the Ad Hoc Group of Constitutional Debtholders* | REICHARD & ESCALERA<br>By: Rafael Escalera<br>Sylvia M. Arizmendi<br>Carlos R. Rivera-Ortiz<br>255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan, Puerto Rico 00917-1913<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>By: Susheel Kirpalani<br>Daniel Salinas<br>Eric Kay<br>Zachary Russell<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1603<br>*Co-Counsel for the Lawful Constitutional Debt Coalition* |

| | |
|---|---|
| U.S. DEPARTMENT OF JUSTICE<br>By: David A. Hubbert<br>Ward W. Benson<br>Post Office Box 227<br>Washington, DC 20044<br>*The United States of America,*<br>*on behalf of the Internal Revenue*<br>*Service* | CORREA-ACEVEDO & ABESADA LAW<br>OFFICES, PSC<br>By: Sergio Criado<br>Roberto Abesada-Agüet<br>Centro Internacional de Mercadeo, Torre II<br># 90 Carr. 165, Suite 407 Guaynabo, PR 00968<br>MORGAN, LEWIS & BOCKIUS LLP<br>By: Kurt A. Mayr<br>David L. Lawton<br>David K. Shim<br>One State Street<br>Hartford, CT 06103-3178<br>*Co-Counsel for the QTCB Noteholder*<br>*Group* |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>By: Julie E. Cohen<br>Four Times Square<br>New York, NY 10018<br>*Counsel for Morgan Stanley & Co. LLC* | |
| SEPULVADO, MALDONADO & COURET<br>By: Albéniz Couret-Fuentes<br>304 Ponce de León Ave. – Suite 990<br>San Juan, PR 00918<br>REED SMITH LLP<br>By: Luke Sizemore<br>Jared S. Roach<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222<br>*Counsel to The Bank of New*<br>*York Mellon* | ANTONETTI MONTALVO & RAMIREZ COLL<br>By: José L. Ramírez-Coll<br>Carolina V. Cabrera Bou<br>P.O. Box 13128<br>San Juan, PR 00908<br>*Counsel to University of Puerto Rico Retirement*<br>*System Trust* |
| CROWELL & MORING LLP<br>By: Daniel L. Zelenko<br>Sarah M. Gilbert<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022<br>*Counsel for Santander Securities LLC* | JIMÉNEZ, GRAFFAM & LAUSELL<br>By: J. Ramón Rivera Morales<br>Andrés F. Picó Ramírez<br>P.O. Box 366104<br>San Juan, PR 00936<br>WILLKIE FARR & GALLAGHER LLP<br>By: Mark T. Stancil<br>1875 K Street, N.W.<br>Washington, DC 20006<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>By: Andrew N. Rosenberg<br>Karen R. Zeituni<br>1285 Avenue of the Americas<br>New York, NY 10019<br>ROBBINS, RUSSELL, ENGLERT, ORSECK,<br>UNTEREINER & SAUBER LLP<br>By: Lawrence S. Robbins<br>Gary A. Orseck<br>Donald Burke<br>2000 K Street, N.W., 4th Floor |

8

Washington, DC 20006
*Co-Counsel for the Ad Hoc Group of General Obligation Bondholders*

McGUIREWOODS LLP
By: E. Andrew Southerling
2001 K Street N.W., Suite 400
Washington, DC 20006-1040
Aaron G. McCollough
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
*Counsel for BMO Capital Markets GKST, Inc.*

KAYSER & REDFERN, LLP
By: Leo Kayser III
515 Madison Avenue
New York, NY 10022
*Counsel for Samuel A. Ramirez & Co., Inc.*

CHAPMAN AND CUTLER LLP
By: James M. Heiser
111 West Monroe Street
Chicago, IL 60603-4080
*Counsel to Mesirow Financial, Inc.*

| | |
|---|---|
| BUFETE FERNÁNDEZ & ALCARAZ CSP<br>By: Ignacio Fernández De Lahongrais<br>Capital Center Sur, Suite 202<br>Avenida Arterial Hostos #239<br>San Juan, PR 00918-1475<br>BUFETE DÍAZ-FERRER<br>By: Marvin Díaz Ferrer<br>Cond. Vick Center Ste. C-202<br>867 Ave. Muñoz Rivera<br>San Juan, PR 00925<br>*Counsel for Miriam E. Lima Colón, Betzaida Feliciano Concepción and Angel L. Méndez González* | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>By: Robert Stern<br>Tiffany Row<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington, DC 20005-1706<br>*Counsel for RBC Capital Markets, LLC* |
| ALBERTO RIVERA RAMOS<br>By: Alberto Rivera Ramos<br>3001 Ave. Isla Verde<br>Plaza del Mar, Apt. 305<br>Carolina, PR 00979<br>*Attornes for Community Health Foundation of P.R.* | PRESTIGE LEGAL SERVICES, LLC<br>By: José Luis Barrios-Ramos<br>278 Ave. César González<br>San Juan, Puerto Rico 00918<br>*Counsel to Asociacion de Maestros de Puerto Rico and Asociacion de Maestros de Puerto Rico -Local Sindical* |

9

CHARLES A. CUPRILL, P.S.C. LAW OFFICES
By: Charles A. Cuprill Hernández
356 Fortaleza Street, Second Floor
San Juan, PR 00901
*Counsel for Med Centro, Inc., formerly Consejo de Salud de la Comunidad de la Playa de Ponce, Inc.*

CARLOS FERNANDEZ-NADAL
By: Carlos Fernandez-Nadal
818 Hostos Ave. Ste. B
Ponce, PR 00716
*Counsel for Jorge Rafael Eduardo Collazo Quinones*

CARLOS A. QUILICHINI PAZ
By: Carlos A. Quilichini Paz
Jessica M. Quilichini Ortiz
Post Office Box 9020895
San Juan, PR 00902
*Attorneys for Cooperativa de Ahorro y Crédito Vegabajeña*

DLA PIPER (PUERTO RICO) LLC
By: Mariana Muñiz Lara
Calle de la Tanca #500, Suite 401
San Juan, PR 00901-1969
*Counsel to Quest Diagnostics of Puerto Rico, Inc.*

FUENTES LAW OFFICES, LLC
By: Alexis Fuentes-Hernández
P.O. Box 9022726
San Juan, PR 00902-2726
*Counsel for Lortu-Ta LTD, Inc.; La Cuarterola, Inc.; Juaza, Inc.; and The Conjugal Partnership Composed of Juan Zalduondo Viera And Magdalena Machicote Ramery*
*Counsel for Sucn. De Frank Torres Ortiz & Aurea Rodriguez Composed by Frank E. Torres Rodriguez & Eva Torres Rodríguez*

MARIA MERCEDES FIGUEROA Y MORGADE
By: Mercedes Figueroa y Morgade
3415 Alejandrino Ave.,
Apt. 703,
Guaynabo, PR 00969-4856
*Counsel for Amador*

FUENTES LAW OFFICES, LLC
By: Alexis Fuentes-Hernández
P.O. Box 9022726
San Juan, PR 00902-2726
*Counsel for Maruz Real Estate Corp*

IVONNE GONZALEZ-MORALES
By: Ivonne Gonzalez-Morales PO BOX 9021828
San Juan, PR 00902-1828
*Counsel for Group Wage Creditors*

MENDOZA LAW OFFICES
By: Enrique J. Mendoza Méndez
P.O. Box 9282
San Juan, PR 00908-0282
*Counsel to Asociación de Jubilados de la Judicatura de Puerto Rico*

10

I HEREBY CERTIFY: that on this same date I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico this 28th day of January, 2022.



*Attorneys for Credit Unions*
*PO Box 191757*
*San Juan, PR 00919-1757*

*/s/ Enrique M. Almeida, Esq.*
***Enrique M. Almeida, Esq.***
*USDC-PR 217701*
*enrique.almeida@almeidadavila.com*