UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO et al., | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor. | |

---------------------------------------------------------------x

ORDER CONCERNING STATUS REPORT OF GOVERNMENT
PARTIES REGARDING COVID-19 PANDEMIC AND 9019 MOTION

   The Court has received and reviewed the *Status Report of Government Parties Regarding COVID-19 Pandemic and 9019 Motion* (Docket Entry No. 19836 in Case No. 17-3283 and Docket Entry No. 2691 in Case No. 17-4780, the "Status Report"), filed by the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Authority (together, the "Government Parties"). The Status Report requests that the Court require the Government Parties to file an updated status report on or before March 31, 2022. (Status Report ¶ 11.) The Court has also received and reviewed the *Official Committee of Unsecured Creditors' Response to Status Report of Government Parties Regarding COVID-19 Pandemic and 9019 Motion* (Docket Entry No. 19847 in Case No. 17-3283 and Docket Entry No. 2692 in Case No. 17-4780, the "Response"), filed by the Official Committee of Unsecured Creditors (the "UCC"), and the *Reply to Committee Response to January Status Report of the Government Parties Regarding COVID-19 Pandemic and 9019 Motion* (Docket Entry No. 19931 in Case No. 17-3283 and Docket Entry No. 2697 in Case No. 17-4780, the "Reply"), filed by the Government Parties.

The Response asks that the Court deny the Government Parties' implicit request to maintain the stay of the 9019 Motion.[2] (Resp. ¶ 4.) For substantially the reasons set forth in the Government Parties' Status Report and Reply, the stay will continue at this juncture and the Government Parties are hereby directed to file an updated status report as proposed in paragraph 11 of the Status Report by **March 31, 2022**.

SO ORDERED.

Dated: January 28, 2022

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to it in the Status Report.