UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>                                 Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE THAT** Federación de Maestros de Puerto Rico, Inc., Grupo Magisterial Educadores(as) por la Democracia, Unidad, Cambio, Militancia y Organización Sindical, Inc., and Unión Nacional de Educadores y Trabajadores de la Educación, Inc., (collectively the "Teachers' Associations" or "Opposing Parties"), through the undersigned counsel, hereby appeal to the United States Court of Appeals for the First Circuit, pursuant to 28 U.S.C. § 1291 and 48 U.S.C. § 2126(b), from the following order entered in the District Court for the District of Puerto Rico on January 18, 2022: (1) *Findings of Fact and Conclusions of Law in Connection with Confirmation of the Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority* [Docket No. 19812]; and (2) *Order and Judgment Confirming Modified Eighth Amended Title III Joint Plan of*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

*Adjustment of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority* [Docket No. 19813]. Both documents are attached herein.

The parties to the final judgment appealed from, and the names and addresses of their respective attorneys are as follows:

O'NEILL & BORGES LLC
By: Hermann D. Bauer
250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813

OF COUNSEL FOR
A&S LEGAL STUDIO, PSC
By: Luis F. del Valle-Emmanuelli
434 Avenida Hostos
San Juan, PR 00918

PROSKAUER ROSE LLP
By: Martin J. Bienenstock
Brian S. Rosen
Jeffrey W. Levitan
Ehud Barak
Timothy W. Mungovan
Joshua A. Esses
Eleven Times Square New York, NY 10036

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico*

MARINI PIETRANTONI MUÑIZ LLC
By: Luis C. Marini-Biaggi
Carolina Velaz-Rivero
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, Puerto Rico 00917

O'MELVENY & MYERS LLP
By: John J. Rapisardi
Maria J. DiConza
Matthew P. Kremer
7 Times Square
New York, New York 10036

SALDAÑA, CARVAJAL, & VÉLEZ-RIVÉ, P.S.C.
By: José A. Sánchez Girona
166 Avenida de la Constitución
San Juan, Puerto Rico 00901

DAVID CARRION BARALT
By: David Carrion Baralt
P.O. Box 364463
San Juan, PR 00936-4463

RUSSELL A. DEL TORO SOSA
By: Russell A. Del Toro Sosa
Cond. Condado Princess
#2 Calle Washington 304
San Juan, Puerto Rico 00907

JOSE ÁNGEL REY
By: Jose Ángel Rey P.O. Box 10127
San Juan, PR 00908-1127

*Attorneys for PFZ Properties, Inc.*

PETER C. HEIN
By: Peter C. Hein
101 Central Park W # 14E
New York, NY 10023-4250
*Pro Se*

CHARLES A. CUPRILL, P.S.C. LAW OFFICES
By: Charles A. Cuprill-Hernández
356 Fortaleza Street, Second Floor
San Juan, PR 00901

*Counsel for Sucesión Pastor Mandry Mercado*

2

Peter Friedman
1625 Eye Street, NW
Washington, DC 20006

*Attorneys for Hon. Pedro R. Pierluisi and the Puerto Rico Fiscal Agency and Financial Advisory Authority*

CASILLAS, SANTIAGO & TORRES LLC
By: Juan J. Casillas Ayala
Israel Fernández Rodríguez
Juan C. Nieves González
Cristina B. Fernández Niggemann
PO Box 195075
San Juan, Puerto Rico 00919-5075

PAUL HASTINGS LLP
By: Luc A. Despins
G. Alexander Bongartz
200 Park Avenue
New York, New York 10166

*Counsel to the Official Committee of Unsecured Creditors*

BENNAZAR, GARCÍA & MILIÁN, C.S.P.
By: A.J. Bennazar-Zequeira
Héctor M. Mayol Kauffmann
Francisco del Castillo Orozco
Edificio Union Plaza, 1701 Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918

JENNER & BLOCK LLP
By: Robert Gordon
Richard Levin
919 Third Ave
New York, NY 10022-3908
Catherine Steege
Melissa Root
Landon Raiford
353 N. Clark Street
Chicago, IL 60654

*Counsel for The Official Committee of Retired Employees of Puerto Rico*

GODREAU & GONZALEZ LAW, LLC
By: Rafael A. Gonzalez Valiente
PO Box 9024176 San Juan, PR 00902-4176

*Counsel for Suiza Dairy*

ISABEL FULLANA-FRATICELLI & ASSOCS., P.S.C.
By: Isabel M. Fullana
Eduardo J. Capdevila
The Hato Rey Center Bldg.
268 Ave. Ponce de León Ste. 1002
San Juan, Puerto Rico 00918

*Counsel to Finca Matilde, Inc*

RIVERA, TULLA AND FERRER, LLC
By: Eric A. Tulla
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212

HOGAN LOVELLS US LLP
By: Robin E. Keller
Ronald J. Silverman
Pieter Van Tol
390 Madison Avenue
New York, NY 10017

*Counsel to the Trustee*

MONSERRATE SIMONET & GIERBOLINI
By: Miguel Simonet Sierra
101 San Patricio Ave., Suite 1120
Guaynabo, PR 00968

COHEN, WEISS AND SIMON LLP
By: Peter D. DeChiara
Richard M. Seltzer
Marie B. Hahn
900 Third Avenue, Suite 2100
New York, NY 10022-4869

*Counsel to Service Employees International Union*

3

|  |  |
|---|---|
|  | SALDAÑA, CARVAJAL, & VÉLEZ-RIVÉ, P.S.C.<br>By: José A. Sánchez Girona<br>166 Avenida de la Constitución<br>San Juan, Puerto Rico 00901<br><br>*Counsel for Mapfre PRAICO Insurance Company*<br><br>ALMEIDA AND DAVILA<br>  By: Enrique M. Almeida<br>PO Box 191757<br>San Juan, PR 00919-1757<br><br>*Attorneys for Credit Unions* |
| DELGADO & FERNÁNDEZ, LLC<br>By: Alfredo Fernández-Martínez<br>PO Box 11750<br>Fernández Juncos Station<br>San Juan, Puerto Rico 00910-1750<br><br>JONES DAY<br>By: Bruce Bennett<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071<br>Benjamin Rosenblum<br>250 Vesey Street<br>New York, New York 10281<br>Matthew E. Papez<br>51 Louisiana Ave. N.W.<br>Washington, DC 20001<br><br>*Counsel for Andalusian Global Designated Activity Company, Crown Managed Accounts for and on behalf of Crown/PW SP, LMA SPC for and on behalf of Map 98 Segregated Portfolio, Mason Capital Master Fund LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P., Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., Oaktree Opportunities Fund X (Parallel 2), L.P., Oaktree Value Opportunities Fund Holdings, L.P., Oceana Master Fund Ltd., Ocher Rose, L.L.C., Pentwater Merger Arbitrage Master Fund Ltd., PWCM Master Fund Ltd., and Redwood Master Fund, Ltd.* | ADSUAR MUÑIZ GOYCO<br>SEDA &PEREZ-OCHOA PSC<br>By: Eric Pérez-Ochoa<br>Luis A. Oliver-Fraticelli<br>PO Box 70294<br>  San Juan, PR 00936<br><br>WEIL, GOTSHAL &MANGES LLP<br>By: Jonathan D. Polkes<br>Gregory Silbert<br>Robert S. Berezin<br>Kelly DiBlasi<br>Gabriel A. Morgan<br>767 Fifth Avenue<br>New York, NY 10153<br><br>*Attorneys for National Public Finance Guarantee Corp.*<br><br>CASELLAS ALCOVER & BURGOS P.S.C.<br>By: Heriberto Burgos Pérez<br>Ricardo F. Casellas-Sánchez<br>Diana Pérez-Seda<br>P.O. Box 364924<br>  San Juan, PR 00936-4924<br><br>CADWALADER, WICKERSHAM &<br>TAFT LLP<br>By: Howard R. Hawkins, Jr.<br>Mark C. Ellenberg<br>William J. Natbony<br>Thomas J. Curtin<br>Casey J. Servais<br>200 Liberty Street<br>New York, New York 10281<br><br>*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

4

REXACH & PICÓ, CSP
By: María E. Picó
802 Ave. Fernández Juncos
San Juan, PR 00907-4315

BUTLER SNOW LLP
By: Martin A. Sosland
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
James E. Bailey III
  Adam M. Langley
6075 Poplar Ave., Suite 500
Memphis, TN 38119

*Counsel for Financial Guaranty Insurance Company*

CÓRDOVA & DICK, LLC
By: Brian M. Dick Biascoechea
#403 Calle 12 de Octubre Urb. El Vedado
San Juan, PR 00918

*Local Counsel to the Ad Hoc Group of FGIC Noteholders*

SHEPPARD MULLIN RICHTER & HAMPTON LLP
By: Lawrence A. Larose
30 Rockefeller Plaza New York, New York 10112

*Counsel to the Ad Hoc Group of FGIC Noteholders*

MCCONNELL VALDÉS LLC
By: Arturo J. García-Solá
Nayuan Zouairabani
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
  P.O. Box 364225
San Juan, PR 00936-4225

*Attorneys for AmeriNational Community Services, LLC, as Servicer for the GDB Debt Recovery Authority*

BOBONIS, BOBONIS & RODRIGUEZ POVENTUD
By: Enrique G. Figueroa-Llinás
129 de Diego Ave.
San Juan, Puerto Rico 00911-1927

ANTONETTI MONTALVO & RAMIREZ COLL
By: José L. Ramírez-Coll
Carolina V. Cabrera Bou
P.O. Box 13128
San Juan, PR 00908

*Counsel for J.P. Morgan Securities LLC*

McCONNELL VALDÉS LLC
By: Roberto C. Quiñones-Rivera
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918

*Counsel for Samuel A. Ramirez & Co., Inc., Barclays Capital Inc., RBC Capital Markets, LLC and Raymond James & Associates, Inc.*

MORELL, CARTAGENA & DAPENA LLC
By: Ramón E. Dapena
Iván Lladó
PO Box 13399
San Juan, Puerto Rico 00908

*Counsel for Goldman Sachs & Co. LLC and Citigroup Global Markets Inc.*

COTO & ASSOCIATES
By: Ramón Coto-Ojeda
MCS Plaza, Suite 800
255 Ponce de León Avenue
San Juan, Puerto Rico 00917

*Counsel to Mesirow Financial, Inc.*

SARLAW LLC
By: Sergio A. Ramírez de Arellano
Banco Popular Center, Suite 1022
209 Muñoz Rivera Ave.
San Juan, PR 00918-1009

5

*Counsel for Merrill Lynch, Pierce, Fenner & Smith Inc. and Merrill Lynch Capital Services, Inc.*

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
By: Eric Seiler
Anne E. Beaumont
Danielle E. Tepper
7 Times Square
New York, NY 10036

*Counsel for Sidley Austin LLP*

SCHULTE ROTH & ZABEL LLP
By: Douglas S. Mintz
901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
Douglas Koff
Adam C. Harris
Taleah Jennings
Abbey Walsh
Peter J. Amend
919 Third Avenue
New York, NY 10022

*Attorneys for Cantor-Katz Collateral Monitor LLC, as Collateral Monitor for the GDB Debt Recovery Authority*

SALDAÑA, CARVAJAL & VÉLEZ-RIVÉ, P.S.C.
By: Luis N. Saldaña-Román
Ángel E. Rotger-Sabat
166 Avenida de la Constitución
San Juan, Puerto Rico 00901

*Counsel for Morgan Stanley & Co. LLC*

*Counsel for Sidley Austin LLP*

NELSON ROBLES-DIAZ LAW OFFICES, P.S.C.
By: Nelson Robles-Díaz
P. O. Box 192302
San Juan, Puerto Rico 00919-2302

*Counsel for Santander Securities LLC*

C. CONDE & ASSOC. LAW OFFICES
By: Carmen D. Conde Torres
Luisa S. Valle Castro
254 San José Street Suite 5
San Juan, PR 00901-1523

*Counsel for Santander Securities LLC*

FERRAIUOLI LLC
By: Roberto Cámara-Fuertes
Sonia Colón
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917

MILBANK LLP
By: Dennis F. Dunne
Atara Miller
Grant R. Mainland
John J. Hughes, III
Jonathan Ohring
55 Hudson Yards
New York, NY 10001

*Attorneys for Ambac Assurance Corporation*

G. CARLO-ALTIERI LAW OFFICES, LLC
By: Gerardo A. Carlo-Altieri
254 Calle San José
Third Floor
San Juan, PR 00901
EPSTEIN BECKER & GREEN, P.C.
By: Wendy G. Marcari
875 Third Avenue
New York, NY 10022

*Attorneys for Vaquería Tres Monjitas, Inc.*

6

GOODWIN PROCTER LLP
By: Douglas H. Flaum
Charles A. Brown
Howard S. Steel
    Stacy A. Dasaro
The New York Times Building 620 Eighth Avenue
New York, NY 10018

*Counsel for Goldman Sachs & Co. LLC*
*Counsel for Citigroup Global Markets Inc.*

G. CARLO-ALTIERI LAW OFFICES, LLC
By: Gerardo A. Carlo-Altieri
254 Calle San José
Third Floor
San Juan, PR 00901

MORRISON & FOERSTER LLP
By: James M. Peck
Gary S. Lee
James A. Newton
Andrew R. Kissner
250 West 55th Street
New York, New York 10019

*Counsel for the Ad Hoc Group of Constitutional Debtholders*

U.S. DEPARTMENT OF JUSTICE
By: David A. Hubbert
Ward W. Benson
Post Office Box 227
Washington, DC 20044

*The United States of America,*
*on behalf of the Internal Revenue Service*

NAVARRO-CABRER LAW OFFICES
By: Nilda M. Navarro-Cabrer
El Centro I, Suite 206
500 Muñoz Rivera Ave.
San Juan, Puerto Rico 00918

*Counsel to BMO Capital Markets GKST, Inc.*

SIMPSON THACHER & BARTLETT LLP
By: John K. Youngwood
David Elbaum
425 Lexington Avenue
New York, NY 10017

*Counsel to J.P. Morgan Securities LLC*

REICHARD & ESCALERA
By: Rafael Escalera
Sylvia M. Arizmendi
Carlos R. Rivera-Ortiz
255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, Puerto Rico 00917-1913

QUINN EMANUEL URQUHART & SULLIVAN, LLP
By: Susheel Kirpalani
Daniel Salinas
Eric Kay
Zachary Russell
51 Madison Avenue, 22nd Floor
New York, New York 10010-1603

*Co-Counsel for the Lawful Constitutional Debt Coalition*

CORREA-ACEVEDO & ABESADA LAW OFFICES, PSC
By: Sergio Criado
Roberto Abesada-Agüet
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407 Guaynabo, PR 00968

MORGAN, LEWIS & BOCKIUS LLP
By: Kurt A. Mayr
David L. Lawton
David K. Shim
One State Street
Hartford, CT 06103-3178

*Co-Counsel for the QTCB Noteholder Group*

7

SEPULVADO, MALDONADO & COURET
By: Albéniz Couret-Fuentes
304 Ponce de León Ave. – Suite 990
San Juan, PR 00918

REED SMITH LLP
By: Luke Sizemore
Jared S. Roach
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

*Counsel to The Bank of New York Mellon*

CROWELL & MORING LLP
By: Daniel L. Zelenko
Sarah M. Gilbert
590 Madison Avenue, 20th Floor
New York, NY 10022

*Counsel for Santander Securities LLC*

McGUIREWOODS LLP
By: E. Andrew Southerling
2001 K Street N.W., Suite 400
Washington, DC 20006-1040

Aaron G. McCollough
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818

*Counsel for BMO Capital Markets GKST, Inc.*
KAYSER & REDFERN, LLP
By: Leo Kayser III
515 Madison Avenue
New York, NY 10022

*Counsel for Samuel A. Ramirez & Co., Inc.*
CHAPMAN AND CUTLER LLP
By: James M. Heiser
111 West Monroe Street
Chicago, IL 60603-4080

*Counsel to Mesirow Financial, Inc.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
By: Julie E. Cohen
Four Times Square
New York, NY 10018

*Counsel for Morgan Stanley & Co. LLC*
ANTONETTI MONTALVO & RAMIREZ COLL
By: José L. Ramírez-Coll
Carolina V. Cabrera Bou
P.O. Box 13128
San Juan, PR 00908

*Counsel to University of Puerto Rico Retirement System Trust*

JIMÉNEZ, GRAFFAM & LAUSELL
By: J. Ramón Rivera Morales
Andrés F. Picó Ramírez
P.O. Box 366104
San Juan, PR 00936

WILLKIE FARR & GALLAGHER LLP
By: Mark T. Stancil
1875 K Street, N.W.
Washington, DC 20006

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
By: Andrew N. Rosenberg
Karen R. Zeituni
1285 Avenue of the Americas
New York, NY 10019

ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP
By: Lawrence S. Robbins
Gary A. Orseck
Donald Burke
2000 K Street, N.W., 4th Floor
Washington, DC 20006

*Co-Counsel for the Ad Hoc Group of General Obligation Bondholders*

8

BUFETE FERNÁNDEZ & ALCARAZ CSP
By: Ignacio Fernández De Lahongrais
Capital Center Sur, Suite 202
Avenida Arterial Hostos #239
San Juan, PR 00918-1475

BUFETE DÍAZ-FERRER
By: Marvin Díaz Ferrer
Cond. Vick Center Ste. C-202
867 Ave. Muñoz Rivera
San Juan, PR 00925

*Counsel for Miriam E. Lima Colón, Betzaida Feliciano Concepción and Angel L. Méndez González*

ALBERTO RIVERA RAMOS
By: Alberto Rivera Ramos
3001 Ave. Isla Verde
Plaza del Mar, Apt. 305
Carolina, PR 00979

*Attornes for Community Health Foundation of P.R.*

CHARLES A. CUPRILL, P.S.C. LAW OFFICES
By: Charles A. Cuprill Hernández
356 Fortaleza Street, Second Floor
San Juan, PR 00901

*Counsel for Med Centro, Inc., formerly Consejo de Salud de la Comunidad de la Playa de Ponce, Inc.*

CARLOS FERNANDEZ-NADAL
By: Carlos Fernandez-Nadal
818 Hostos Ave. Ste. B
Ponce, PR 00716

*Counsel for Jorge Rafael Eduardo Collazo Quinones*

CARLOS A. QUILICHINI PAZ
By: Carlos A. Quilichini Paz
Jessica M. Quilichini Ortiz
Post Office Box 9020895
San Juan, PR 00902

*Attorneys for Cooperativa de Ahorro y Crédito Vegabajeña*

ORRICK, HERRINGTON & SUTCLIFFE LLP
By: Robert Stern
Tiffany Row
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

*Counsel for RBC Capital Markets, LLC*

PRESTIGE LEGAL SERVICES, LLC
By: José Luis Barrios-Ramos
278 Ave. César González
San Juan, Puerto Rico 00918

*Counsel to Asociacion de Maestros de Puerto Rico and Asociacion de Maestros de Puerto Rico -Local Sindical*

MERCEDES FIGUEROA Y MORGADE
By: Mercedes Figueroa y Morgade
3415 Alejandrino Ave.,
Apt. 703,
Guaynabo, PR 00969-4856

*Counsel for Amador*

FUENTES LAW OFFICES, LLC
By: Alexis Fuentes-Hernández
P.O. Box 9022726
San Juan, PR 00902-2726

*Counsel for Maruz Real Estate Corp*

IVONNE GONZALEZ-MORALES
By: Ivonne Gonzalez-Morales PO BOX 9021828
San Juan, PR 00902-1828

*Counsel for Group Wage Creditors*

9

DLA PIPER (PUERTO RICO) LLC
By: Mariana Muñiz Lara
Calle de la Tanca #500, Suite 401
San Juan, PR 00901-1969

*Counsel to Quest Diagnostics of Puerto Rico, Inc.*

FUENTES LAW OFFICES, LLC
By: Alexis Fuentes-Hernández
P.O. Box 9022726
San Juan, PR 00902-2726

*Counsel for Lortu-Ta LTD, Inc.; La Cuarterola, Inc.; Juaza, Inc.; and The Conjugal Partnership Composed of Juan Zalduondo Viera And Magdalena Machicote Ramery*
*Counsel for Sucn. De Frank Torres Ortiz & Aurea Rodriguez Composed by Frank E. Torres Rodriguez & Eva Torres Rodríguez*

ANTONIO MARTIN CERVERA
By: Antonio Martin Cervera
H-22 Yagrumo, Caparra Hills
Guaynabo, PR 00968
Pro Se

WANDA I. ORTIZ SANTIAGO
By: Wanda I. Ortiz Santiago
Urb. Las Leandras
JJ-5 Calle 21
Humacao, PR 00791
Pro Se

YASHEI ROSARIO
By: Yashei Rosario
HC 2 Box 12914
Vieques, PR 00765
Pro Se

EDGARDO MÁRQUEZ LIZARDI
By: Edgardo Márquez Lizardi
Cond. El Monte Sur
190 Ave. Hostos Apt. 9399
San Juan, PR 00918
Pro Se

MENDOZA LAW OFFICES
By: Enrique J. Mendoza Méndez
P.O. Box 9282
San Juan, PR 00908-0282

*Counsel to Asociación de Jubilados de la Judicatura de Puerto Rico*

MARIA TERESITA MARTIN
By: Maria Teresita Martin
H-22 Yagrumo, Caparra Hills
Guaynabo, PR 00968
Pro Se

NANCY I. NEGRON-LÓPEZ
By: Nancy I. Negron-López
HC 3 Box 34941
San Sebastián, PR 00685
Pro Se

ANA A. NUÑEZ VELÁQUEZ
By: Ana A. Nuñez Veláquez
19 Res. Veillanueva Apto 170
Aguadilla, PR 00603
Pro Se

MIGUEL LUNA DE JESUS
By: Miguel Luna De Jesus
Villa Del Monte 1
Calle Monte Alto
Toa Alta, PR 00953
Pro Se

10

| | |
|---|---|
| ISMAEL L. PURCELL SOLER<br>By: Ismael L. Purcell<br>Urb. Jacaranda<br>35271 Calle Clavelina<br>Ponce, PR 00730<br>Pro Se | MILDRED BATISTA DE LEON<br>By: Mildred Batista De Leon<br>PO Box 1259<br>Saint Just, PR 00978<br>Pro Se |
| JAVIER ALEJANDRINO OSORIO<br>By: Javier Alejandrino Osorio<br>PO Box 1259<br>Saint Just, PR 00978<br>Pro Se | NILSA CANDELARIO<br>By: Nilsa Candelario<br>405 Ave. Esmeralda Ste. 2-559<br>Guaynabo, PR 00969<br>Pro Se |
| ARTHUR SAMODOVITZ<br>By: Arthur Samodovitz<br>140 Lasa Dr. Apt 204,<br>St. Augustine, FL 32084<br>Pro Se | |

Respectfully submitted,

Dated: January 28, 2022.

**WE HEREBY CERTIFY** that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and Standard Parties. Notice to *Pro Se* parties was delivered through mail to their respective mailing addresses on record. A courtesy copy of this Motion will be delivered to the Court by email to SwainDPRCorresp@nysd.uscourts.gov as provided in *First Amended Standing Order*.

BUFETE EMMANUELLI, C.S.P.

472 Tito Castro Ave.
Marvesa Bldg., Suite 106
Ponce, Puerto Rico 00716
Tel: (787) 848-0666
Fax: (787) 841-1435

*/s/Rolando Emmanuelli Jiménez*
Rolando Emmanuelli Jiménez
USDC-PR: 214105
First Circuit: 7707

11

Email: rolando@emmanuelli.law

*/s/Jessica Esther Méndez Colberg*
Jessica Esther Méndez-Colberg
USDC-PR: 302108
First Circuit: 1185272
Email: jessica@emmanuelli.law

12