EXHIBIT

Raymond L. Bodnar, Esq

17008 SW Sapri Way

Port St Lucie FL 34986

908-752-5233

rbodnarpa@aol.com

January 20, 2022

Bank of New York Mellon

Corporate Bond Research Department

240 Greenwich Street

NY, NY 10286

Re: You Master Claim No 38574

Dear Sir/Madam:

    I attempted to contact you by attached email on January 14, 2022 and then my telephone on January 17, 20201 without any success as to the following issue:

    Bodnar Trust, my client, owns and filed with Prime Clerk for Puerto Rico bankruptcy a claim as to HTA Bond Cuspid No. 745190R67, which originally your company informed me that BNY Mellon has no information or knowledge as to our Bond.

    However, the Oversight Board through their attorney denies our bankruptcy claim, based upon allegation of their attorney to the court that your master claim No 38574, containing Bond Cuspid No 745190ZR2, represents a duplicate claim of your aforementioned Claim. Attorney for Oversight Board merely asserts this position without any evidentiary support, including no verification from BNY Mellon that the alleged assertion is accurate.

    In order to protect our claim, kindly verify in writing to me whether your master claim No 38574 with Bond Cuspid No 74190ZR2 represents our Bond with Cuspid No 74190R67 as soon as possible.

Very truly yours,

Raymond L. Bodnar

**From:** rbodnarpa@aol.com,
**To:** corporate.bond.research@bnymellon.com,
**Subject:** Puerto Rico Master Claims
**Date:** Fri, Jan 14, 2022 1:06 pm

From Raymond Bodnar, Esq. 908-752-5233 - rbodnarpa@aol.com - Bodnar Trust owns and filed claim with Puerto Rico for HTA Bond CUSPID NO 745190R67. Oversight Board filed an allegation to deny our claim since they allege that our bond is included in your master Claim No 38574 as HTA Bond CUSPID 745190ZR2. Kindly verify by email whether our HTA Bond claim is a duplicate of your Master Claim for the HTA Bond number. Oversight Board merely asserts the two bond claims are the same without any exact verification. Your assistance is greatly appreciated.