Raymond L. Bodnar, Esq.

Bodnar Trust U/A dated 12/28/2001

17008 SW Sapri Way

Port St Lucie FL 34986

908-752-5233

rbodnarpa@aol.com

United States District Court

For the District of Puerto Rico

In Re PROMESA

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND | : Title III |
| MANAGEMENT BOARD FOR PUERTO RICO | : NO 17 BK 3283-LTS |
|    As Representative of | : Motion for Reconsideration |
| THE COMMONWEALTH OF PUERTO | : Order as to |
| Et al. | : Claim No 6850 |
|    Debtors | : |

Having duly considered the Respondent's Motion for Reconsideration and supporting Affidavit and documents as to Claim No 6850 and the submitted documents by any opposing parties:

IT Is this _____ day of _____. 2022 Ordered that

1) Claim No 6850 remain as a valid bankruptcy claim until

2) Respondent and any opposing party are hereby ordered to obtain written verification from the Bank of New York, Mellon that its Master Claim 38574,

*1*

containing HTA Bond Cuspid No 745190ZR2 is either a duplicate claim as to Claim No 6850 for HTA Bond Cuspid No 745190R67 or is not a duplicate claim.

3) Respondent or opposing party are ordered to submit to this Court the written verification from Bank of New York Mellon for its ultimate decision as to the validity of Claim No 6850.

4) Respondent must submit a copy of this Order to opposing party within five business days of receipt of this Order

_____

Honorable Laura Taylor Swain

United States District Judge