Raymond L. Bodnar, Esq.

Bodnar Trust U/A Dated 12/28/2001

17008 SW Sapri Way

Port St Lucie FL 34986

908-752-5233

rbodnarpa@aol.com

January 25, 2022

Clerk of Court

United States District Court

For District of Puerto Rico

150 Carlos Chardon Street

'Federal Building

San Juan Puerto Rico 00918-1767

Re: Claim No 6850 Motion for Reconsideration

Dear Clerk of Court:

I have enclosed herein documents for our Motion for reconsideration:

1) Motion for Reconsideration
2) Supporting Affidavit with Supporting Email and letter to Bank of New York Mellon
3) Proposed order

Very truly yours,

Raymond L. Bodnar
Attorney Respondent
Bodnar Trust U/A Dated 12/28/2001

CC: Counsel for Oversight Board – Proshauer Rose LLP

Counsel for Creditor's Committee – Paul Hastings LLP