Raynol L Bodnar Esq
17008 SW Sapri Way
Port St Lucie FL 34986




U.S. POSTAGE PAID
FCM LETTER
PORT SAINT LUCIE, FL
34986
JAN 24, 22
AMOUNT
$0.98
R2305K131630-8

1000   00918

United States District Court
For Puerto Rico
Clerks' Office
Ste 150
150 Carlos Chardon Street
Federal Building
San Juan Puerto Rico 00918-1767

RECEIVED & FILED
2022 JAN 28 PM 3:49
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR