# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE: January 31, 2022**

BK Case: 17-3283 LTS (Jointly Administered) (PROMESA)

**APPEAL FEE PAID ($505):** YES __X__ NO _____ PENDING ___

**CASE CAPTION:** In re: The Commonwealth of Puerto Rico.

**IN FORMA PAUPERIS:** YES _____ NO __X__

**MOTIONS PENDING:** YES _____ NO __X__

**NOTICE OF APPEAL FILED BY:** Union Nacional de Educadores y Trabajadores de la Educacion, Inc. (UNETE), Grupo Magisterial Educadores(as) por la Democracia, Unidad, Cambio, Militancia y Organizacion Sindical, Inc. (EDUCAMOS), Federacion de Maestros de Puerto Rico, Inc.

**APPEAL FROM:** Findings of Fact and Conclusions of Law in Connection with Confirmation of the Modified Eight Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority entered on 01/18/2022, Order and Judgment Confirming Modified Eight Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority entered on 01/18/2022.

**SPECIAL COMMENTS:** Copies of original documents.

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**Docket Entries:** 8765, 11946, 15976, 16740, 17194, 17306, 17516, 17627, 19053, 19114, 19130, 19147, 19155, 19184, 19197, 19253, 19288, 19323, 19342, 19345, 19365, 19568, 19784, 19812, 19813, 19941.

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

    MARIA ANTONGIORGI-JORDAN, ESQ.
    Clerk of the Court

    S/ Marian B. Ramirez-Rivera
    Marian B. Ramirez-Rivera
    Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____ s/c: CM/ECF Parties, Appeals Clerk