# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Puerto Rico Electric Power Authority,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>**Court Filing Relates Only to PREPA and Shall Only be Filed in Case No. 17 BK 4780-LTS and Main Docket 17 BK 3283-LTS** |

## MOTION TO INFORM TRANSFER OF CLAIM

**COMES NOW** Hain Capital Investors Master Fund, LTD (hereafter "Hain"), and respectfully informs and requests the Court as follows:

1.    On July 2, 2017, PREPA, by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the PREPA's representative pursuant to section

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("**COFINA**") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("**HTA**") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("**ERS**") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("**PREPA**") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("**PBA**") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), filed a petition with the United States District Court for the District of Puerto Rico (the "District Court") under title III of PROMESA).

2. On May 8, 2018, KDC Solar PRL LLC ("KDC") filed Proof of Claim No. 12398 (the "Claim") against PREPA in Bankruptcy Case No. 17 BK 4780-LTS.

3. On December 17, 2021, KDC and certain of its affiliates irrevocably assigned and transferred the Claim to Hain, as described in further detail in the *Evidence of Transfer of Claim* annexed as **Exhibit A** hereto.

3. Based on the foregoing, Hain hereby submits and files its *Evidence of Transfer of Claim* with regards to the transfer of the Claim. See, **Exhibit A**.

WHEREFORE, Hain respectfully requests the Court to take note of the foregoing, to allow the transfer of the Claim, and to make the appropriate corrections and clarifications in the Court's records (including the claim registry maintained by Prime Clerk) regarding the transfer of the Claim to Hain.

*[Remainder of Page Intentionally Left Blank]*

**RESPECTFULLY SUBMITTED,**

In Culver City, California, on January 31st, 2022.

*/s/ Carlos C. Alsina-Batista*
Carlos C. Alsina-Batista
USDC-PR No. 222801

**WAJDA LAW GROUP, APC**
6167 Bristol Parkway, Suite 200
Culver City, CA 90230
Tel. 888-213-0169
Fax. 888-501-4395
E. Calsinabatista@wajdalawgroup.com