## EVIDENCE OF TRANSFER OF CLAIM

**TO:   THE DEBTOR AND THE BANKRUPTCY COURT**

In exchange for the value received, as set forth in that certain Assignment of Claim dated December 16, 2021, the adequacy and sufficiency of which are hereby acknowledged, KDC Solar PRC, LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Hain Capital Investors Master Fund, LTD ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) associated with proof of claim #12398 against Puerto Rico Electric Power Authority (the "Debtor") in the case proceeding under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA") pending in the United States Bankruptcy Court for the District of Puerto Rico (the "Court") under the case number 17-04780 (the "PROMESA Case"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim.   Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___ day of December, 2021.

**KDC SOLAR PRC, LLC**

By: _____
Name: ALLAN M. EPSTEIN
Title: PRESIDENT & CEO

**HAIN CAPITAL INVESTORS MASTER FUND, LTD**
By Koltai & Company Advisors, LLC

By: _____
Name: Robert J Koltai
Title:   Managing Member