UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER REGARDING REPLY TO THE MOTION
FOR RELIEF FROM THE AUTOMATIC STAY

    The Court has received and reviewed the *Reply to the Response of the Commonwealth of Puerto Rico* (Docket Entry No. 19851 in Case No. 17-3283, the "Reply"), filed by IMO Investment S.E., Israel Santiago-Lugo, Celenia Reyes-Padilla, Jason Santiago-Rosado, Israel Santiago-Rosado, and Daniel Santiago-Rosado (the "Movants"). The Reply was filed with the Clerk's Office on January 20, 2022, in connection with Movant's *Motion for Relief from the Automatic Stay* (Docket Entry No. 19480 in Case No. 17-3283). Pursuant to the Court's *Order Scheduling Briefing of Motion for Relief from the Automatic Stay* (Docket Entry No. 19493), Movants' reply papers had been due on December 29, 2021. On January 5, 2022, the Court issued its *Memorandum Order Granting in Part and Denying in Part Motion for Relief from the Automatic Stay* (Docket Entry No. 19669 in Case No. 17-3283, "the Lift Stay Order").

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

  Movants acknowledge that the Reply was due December 29, 2021. (Reply at 1 n.1.) However, Movants represent that a prison facility quarantine from December 28, 2021, to January 6, 2022, prevented Movants' access to the law library. (Id.) The Court has, accordingly reviewed the Reply. It provides no material information that warrants reconsideration or further modification of the limited stay relief imposed by the Court's Lift Stay Order. Therefore, the Lift Stay Order stands and the automatic stay is modified only to the extent expressly set forth in the Lift Stay Order.

  SO ORDERED.

Dated: January 31, 2022

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                 United States District Judge