## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------------- x
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
     as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
:
     Debtors.[1] :
:
---------------------------------------------------------------------------- x

## MOTION FOR WITHDRAWAL OF COUNSEL

**TO THE HONORABLE COURT:**

    The undersigned counsel respectfully requests the Court grant the following withdrawal of of local counsel:

1. On April 16, 2019, attorney José J. Sánchez Vélez filed a Notice of Appearance as counsel for Tradewinds Energy Barceloneta, LLC and Tradewinds Energy Vega Baja, LLC ("Tradewinds") together with Genovese Joblove & Battista, P.A.. ("GJB").

2. José J. Sánchez Vélez is withdrawing as counsel for Tradewinds. Counsel Reggie Díaz Hernández, and the law firm of Bermúdez Díaz & Sánchez LLP, will substitute as local counsels for Tradewinds.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3. Reggie Díaz Hernández requests that his contact name and address remain on the Master Address List to wit:

> Reggie Diaz Hernandez, Esq.
> **Bermúdez Díaz & Sánchez LLP**
> Edificio Ochoa Suite 209
> 500 Calle de la Tanca
> San Juan, PR 00901
> Tel. 787-523-2670
> Fax. 787-523-2664
> E-mail: rdiaz@bdslawpr.com

**WHEREFORE**, it is respectfully requested from this Honorable Court to note and grant this withdrawal of José J. Sánchez as counsel for Tradewinds and that any and all notifications in the captioned case be addressed to Reggie Díaz Hernández, at the contact information provided below, who will continue to serve as local counsel for Tradewinds hereafter.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 31st day of January 2022.

> **BERMUDEZ DIAZ & SANCHEZ LLP**
> Ochoa Building, Suite 209
> 500 De la Tanca Street
> San Juan, Puerto Rico 00901
> Tel. (787) 523-2670
> FAX. (787) 523-2664
>
> s/ JOSÉ J. SÁNCHEZ-VÉLEZ
> **JOSÉ J. SÁNCHEZ-VÉLEZ**
> USDC PR No. 214606
> E-mail: jsanchez@bdslawpr.com

2