*Hearing Date*: February 2-3, 2022, at 9:30 (EST)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** | **PROMESA** |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | **Title III** |
| As representative of | Re: ECF No. 19859 |
| **THE COMMONWEALTH OF PUERTO RICO**, *et al*. | **Case No. 17-03283** |
| Debtors[1]. | **(Joint Administration Requested)** |

## UNITED STATES TRUSTEE'S INFORMATIVE MOTION
## REGARDING ATTENDANCE AT FEBRUARY 2-3, 2022, HEARING

Mary Ida Townson, the United States Trustee for Region 21, through undersigned counsel, hereby states and prays as follows:

Mary Ida Towson, the United States Trustee for Region 21, will attend the omnibus hearing in these cases to be held by the Court on February 2-3, 2022. The United States Trustee will be

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). Case Nos. 17 BK 3283-LTS and 17 BK 3284-LTS are jointly administered by order of the court.

Hearing Date: February 2-3, 2022, at 9:30 (EST)

represented at the hearing by Nan R. Eitel, Associate General Counsel from the Executive Office for U.S. Trustees, and Monsita Lecároz-Arribas, Assistant United States Trustee for the District of Puerto Rico, regarding the

**JOINT INFORMATIVE MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FEE EXAMINER, AND U.S. TRUSTEE IN COMPLIANCE WITH COURT ORDER REGARDING ENACTMENT OF THE PUERTO RICO RECOVERY ACCURACY IN DISCLOSURES ACT (ECF No. 19859)**

Ms. Eitel and Ms. Lecároz-Arribas will appear via videoconference technology.

WHEREFORE, the United States Trustee requests that the Court take note of the United States Trustee's appearance at the February 2-3, 2022, omnibus hearing.

DATED: February 1, 2022

MARY IDA TOWNSON
United States Trustee for Region 21

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444
Fax: (787) 729-7449

(Electronically Filed)

By: s/ Monsita Lecaroz-Arribas
Monsita Lecaroz-Arribas
Assistant U.S. Trustee
USDC-PR No. 207707