**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:                                                          PROMESA
                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of                                 No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO, *et al.*,
                                                                (Jointly Administered)
     Debtors.[1]

---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR THE HEARING ON FEBRUARY 2–3 2022 AT 10:00 A.M. AST**

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, February 2, 2022**, from 10:00 a.m. to 12:50 p.m., from 3:10 p.m. to 5:00 p.m. and, if necessary, **Thursday, February 3, 2022**, beginning at 10:00 a.m. **(Atlantic Standard Time)** <br><br> Honorable Laura Taylor Swain, United States District Judge <br> Honorable Judith G. Dein, United States Magistrate Judge |
| **Location of Hearing:** | <u>**The Hearing will be conducted virtually via videoconferencing and telephonic platforms.**</u> <br><br> <u>Attorney Participation</u>:  Pursuant to the *Order Regarding Procedures for February 2–3, 2022, Omnibus Hearing* [Case No. 17-3283, ECF No. 19865], attached to this Agenda as **<u>Exhibit A</u>** (the "<u>Procedures Order</u>"), attorneys who have entered an appearance in the Title III cases and **wish to participate as speakers** in the proceedings  must file an |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747);  and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Informative Motion in accordance with paragraph 3 of the Procedures Order and, upon receipt of an invitation to register their appearance from the Court, must respond to the invitation to register for Zoom access. The FOMB and AAFAF may each register up to four attorney appearances per day, and all other parties shall be limited to two attorney appearances per day.

Attorneys, Members of the Public and Press: Attorneys and members of the public and press **may listen to (but not view or participate in)** the proceedings by dialing (888) 363-4749 and entering the access code (7214978) and security code (5766) when prompted.

**Copies of Documents:** Copies of all documents filed in these Title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

## I.    CONTESTED MATTERS:

1.    **Three Hundred Forty-Fifth Omnibus Objection to Claims.** Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 17108]**

Objection Deadline: January 18, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A.    N/A: Correspondence Submitted by Ruben Muñiz Ruberte (Claim No. 3398) **[Case No. 17-3283, ECF No. 19680-5, 6]** (Response Form submitted, claimant requested the hearing date be moved)

Reply Deadline: January 26, 2022 at 4:00 p.m. (Atlantic Standard Time)

Replies, Joinders & Statements:
   A.    Notice of Correspondence Regarding the Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 19680]**

Related Documents:
   A.    Letter Motion requesting extension of time to file response regarding claim No. 3398, filed by Ruben Muñiz Ruberte **[Case No. 17-3283, ECF No. 19331]**

B. Order Granting Extension of Time for Ruben Muñiz Ruberté to Respond to the Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 19354]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

> A. Movants:
>> 1. **FOMB**: Brian S. Rosen and/or Laura Stafford, 3 minutes
> B. Objecting Parties:
>> 1. **Ruben Muñiz Ruberte (*pro se*)**: 10 minutes
> C. Movants:
>> 1. **FOMB**: Brian S. Rosen and/or Laura Stafford, 2 minutes

## II.   STATUS REPORTS:

1. **Report from the Oversight Board.**

   Description:  Pursuant to the Procedures Orders, the Financial Oversight and Management Board for Puerto Rico (the "FOMB" or "Oversight Board") will file a written Status Report prior to the hearing. The FOMB will report on (i) the general status and activities of the Oversight Board, including measures taken in response to the COVID-19 pandemic, preparations for PRRADA compliance, and anticipated timetables for implementation of the recently-confirmed Plans of Adjustment, (ii) the general status of relations among the Oversight Board and the Commonwealth and federal governments, (iii) the anticipated timetable for the filing of plans of adjustment for PREPA and HTA, (iv) the general status of the ADR and ACR processes, including the anticipated number of matters to be directed into the ADR process and anticipated timetable for initiation of ADR procedures with respect to such matters, and (v) the anticipated timing and volume of objections to claims.

   Speakers:  Should the Court have questions or comments regarding the FOMB's Status Report, the names of counsel who intend to speak on the Status Report are Martin J. Bienenstock and Brian S. Rosen.

2. **Report from AAFAF.**

   Description:  Pursuant to the Procedures Orders, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") will file a written status Report prior to the hearing. AAFAF will provide a general status report on its status and activities, including an overview of the Commonwealth's ongoing response to the COVID-19 pandemic.

3

Speakers: Should the Court have questions or comments regarding AAFAF's Status Report, the name of counsel who intends to speak on the Status Report are Luis C. Marini-Biaggi and/or Carolina Velaz Rivero.

## III.   ADJOURNED MATTERS

1. **Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service**. Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 168885) **[Case No. 17-3283, ECF No. 7419; Case No. 17-3284, ECF No. 643]**

   Description:   AAFAF, on behalf of itself and the Puerto Rico Sales Tax Financing Corporation ("COFINA"), objects to proofs of claim filed by the United States Department of the Treasury/Internal Revenue Service (Claims No. 168648 and 16885) against COFINA.

   Objection Deadline:  October 25, 2019 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
      A. United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim **[Case No. 17-3283, ECF No. 8993; Case No. 17-3284, ECF No. 686]**

   Reply, Joinder & Statement Deadlines: December 24, 2019 at 4:00 p.m. (Atlantic Standard Time).

   Replies, Joinders & Statements:
      A. COFINA's Reply to the United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 8993] **[Case No. 17-3283, ECF No. 9649; Case No. 17-3284, ECF No. 693]**

   Related Documents:
      A. Stipulation and Agreed Order (A) Withdrawing Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 168648 and 168885); (B) Deeming Previously Filed Objection to Apply to Amended IRS Proof of Claim (Claim No. 169423); (C) Extending Deadline to Respond to the Objection; and (D) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 7927; Case No. 17-3284, ECF No. 662]**

      B. Stipulation and Agreed Order (A) Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 169423); and (B) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8466; Case No. 17-3284, ECF No. 666]**

      C. Stipulation and Agreed Order (A) Further Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the

4

Treasury/Internal Revenue Service (Claim No. 169423); and (B) Further Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8688; Case No. 17-3284, ECF No. 678]**

D.  Informative Motion Regarding Extension of United States' Deadline to Respond to Claim Objection **[Case No. 17-3283, ECF No. 8839; Case No. 17-3284, ECF No. 684]**

E.  Informative Motion Regarding Extension of COFINA's Deadline to Reply to United States' Response to Claim Objection **[Case No. 17-3283, ECF No. 9330; Case No. 17-3284, ECF No. 688]**

F.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 10021; Case No. 17-3284, ECF No. 695]**

G.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 12550; Case No. 17-3284, ECF No. 702]**

H.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 13122; Case No. 17-3284, ECF No. 709]**

I.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 13589; Case No. 17-3284, ECF No. 712]**

J.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 14223; Case No. 17-3284, ECF No. 715]**

K.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 14768; Case No. 17-3284, ECF No. 719]**

L.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15320; Case No. 17-3284, ECF No. 722]**

M.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15682; Case No. 17-3284, ECF No. 724]**

N.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15927; Case No. 17-3284, ECF No. 735]**

O. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 16574; Case No. 17-3284, ECF No. 743]**

P. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 16895; Case No. 17-3284, ECF No. 748]**

Q. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 17498; Case No. 17-3284, ECF No. 751]**

R. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 18304; Case No. 17-3284, ECF No. 756]**

S. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 19411; Case No. 17-3284, ECF No. 761]**

T. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 19922; Case No. 17-3284, ECF No. 764]**

Status: This matter has been adjourned to the March 23, 2022 omnibus hearing.

Estimated Time Required:  N/A.

2. **Atlantic Medical Center, Inc. et al.'s Motion to Enforce Court's Prior Order and for Relief from Automatic Stay.** Motion of Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc. Seeking (I) Enforcement of the Court's Prior Order and (II) Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 12918]**

Description:  Certain medical centers' motion seeking (a) to compel the Commonwealth to pay certain amounts to the movants, (b) relief from the automatic stay to allow related prepetition litigation to go forward, and (c) prospective enforcement of certain statutory payments by the Commonwealth.

Objection Deadline:  February 24, 2021 at 5:00 p.m. (Atlantic Standard Time).

Responses:
A. Opposition of the Financial Oversight and Management Board of Puerto Rico to Motion of Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de

Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc. Seeking (I) Enforcement of the Court's Prior Order and (II) Relief from the Automatic Stay **[Case No 17-3283, ECF No. 15883]**

Reply, Joinder & Statement Deadlines: March 3, 2021 at 5:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:

A. Official Committee of Unsecured Creditors' Statement in Partial Support of Motion of Atlantic Medical Center, Inc. and Other Health Service Providers for (I) Enforcement of Court's Prior Order and (II) Relief from Automatic Stay **[Case No. 17-3283, ECF No. 13260]**

B. Reply of Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc. in Further Support of Motion to (I) Enforce the Court's Prior Order and (II) Obtain Relief from the Automatic Stay **[Case No 17-3283, ECF No. 15910]**

Related Documents:

A. Joint Stipulation and Order Regarding Atlantic Medical Center, Inc., et al.'s Motion for Relief from the Automatic Stay (ECF No. 12918) **[Case No. 17-3283, ECF No. 13279]**

B. Joint Stipulation and Order Regarding Atlantic Medical Center, Inc., et al.'s Motion for Relief from the Automatic Stay (ECF No. 12918) **[Case No. 17-3283, ECF No. 13303]**

C. Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14166]**

D. Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14172]**

E. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14575]**

F. Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14581]**

G. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 15237]**

H.  Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No.
    17-3283, ECF No. 15270]**

I.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF
    No. 15599]**

J.  Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No.
    17-3283, ECF No. 15608]**

K.  Order Adjourning Motion of Atlantic Medical Center, Inc., Camuy Health Services,
    Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health
    Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc.,
    Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de
    Salud de Patillas, Inc., and Hospital General Castañer, Inc. Seeking (I) Enforcement
    of the Court's Prior Order and (II) Relief from the Automatic Stay **[Case No 17-
    3283, ECF No. 16002]**

Status:  Upon agreement of the parties and notice to the Court, this matter has been
adjourned to the March 23, 2022 omnibus hearing.

Estimated Time Required:  N/A.

3.  **PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power
    Purchase and Operating Agreements.** Omnibus Motion of Puerto Rico Electric Power
    Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and
    Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No.
    15178; Case No. 17-4780, ECF No. 2296]**

    Description:  Hearing on the portion of PREPA's motion for order authorizing its rejection
    of certain power purchase and operating agreements directed at the operational power
    purchase and operating agreements with Windmar Renewable Energy, Inc. and Windmar
    Renewable Energy, LLC.

    Objection Deadline:  September 21, 2021 at 4:00 p.m. (Atlantic Standard Time).

    Responses:
        A.  None.

    Reply, Joinder & Statement Deadlines: September 28, 2021 at 4:00 p.m. (Atlantic Standard
    Time) for all parties other than the Debtors or Statutory Committees and September 29,
    2021 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

    Replies, Joinders & Statements:
        A.  None.

    Related Documents:

8

A. Declaration of Fernando M. Padilla in Respect of Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15179; Case No. 17-4780, ECF No. 2297]**

B. Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15234; Case No. 17-4780, ECF No. 2307]**

C. Order Granting Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15265; Case No. 17-4780, ECF No. 2309]**

D. Certificate of No Objection Regarding Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15286; Case No. 17-4780, ECF No. 2312]**

E. Order Granting in Part Omnibus Motion of Puerto Rico Electric Power Authority for (A) Approval of Its Rejection of Certain Power Purchase and Operating Agreements, and (B) Related Relief **[Case No. 17-3283, ECF No. 15313; Case No. 17-4780, ECF No. 2318]**

F. Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15476; Case No. 17-4780, ECF No. 2344]**

G. Order Granting Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15478; Case No. 17-4780, ECF No. 2345]**

H. Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15579; Case No. 17-4780, ECF No. 2364]**

I. Order Granting Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power

Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15582; Case No. 17-4780, ECF No. 2366]**

J.  Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15880; Case No. 17-4780, ECF No. 2379]**

K.  Order Granting Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15881; Case No. 17-4780, ECF No. 2380]**

L.  Order Adjourning in Part Omnibus Motion of the Puerto Rico Electric Power Authority for Entry of an Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 18133; Case No. 17-4780, ECF No. 2620]**

M.  Informative Motion Regarding Adjournment of Hearing on PREPA's Omnibus Motion of Puerto Rico Electric Authority for Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 18272; Case No. 17-4780, ECF No. 2623]**

Status:  This matter has been adjourned to the March 23, 2022 omnibus hearing.

Estimated Time Required:  N/A.

4.  **Motion of Fir Tree Capital Management, LP for Allowance and Payment of Administrative Expense Claim**. Motion of Fir Tree Capital Management, LP for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 16331]**

Description:  Motion of Fir Tree Capital Management, LP for entry of an order allowing and directing payment of its administrative expense claim against the Commonwealth of Puerto Rico.

Objection Deadline:  March 8 , 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines:  March 15, 2022 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and March 16, 2022 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  None.

Status:  Upon agreement of the parties and notice to the Court, this matter has been adjourned to the March 23, 2022 omnibus hearing.

Estimated Time Required:  N/A.

5.  **Community Health Foundation's Administrative Claim Motion.** Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 18602]**

Description:  Community Health Foundation of P.R. Inc.'s motion for an order allowing payment of post-petition wraparound payments for services provided to residents of Puerto Rico.

Objection Deadline: February 14, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: February 21, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19357]**

    B.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19370]**

    C.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19722]**

    D.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19733]**

Status:  This matter has been adjourned to the March 23, 2022 omnibus hearing.

Estimated Time Required:  N/A.

6. **Ricoh Puerto Rico Inc.'s Objection to Cure Amounts**. Ricoh Puerto Rico Inc.'s Motion Objecting Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19498]**

Description:   Objection by Ricoh Puerto Rico Inc. to cure costs related to executory contracts or unexpired leases to be assumed pursuant to the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated January 14, 2022 (ECF No. 19784 in Case No. 17-3283).

Reply Deadline:  February 9, 2022 at 5:00 p.m. (Atlantic Standard Time).

Replies:
    A. None.

Related Documents:
    A. Notice of Executory Contracts and Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19353]**

    B. Order Scheduling Hearing on Objections to Proposed Cure Amounts **[Case No. 17-3283, ECF No. 19523]**

    C. Urgent Consensual Motion for Extension of Response Deadline **[Case No. 17-3283, ECF No. 19811]**

    D. Order Granting Urgent Consensual Motion for Extension of Response Deadline **[Case No. 17-3283, ECF No. 19839]**

    E. Second Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 19892]**

    F. Order Granting the Second Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 19900]**

Status:  This matter has been adjourned to the February 17, 2022 omnibus claims objections hearing.

Estimated Time Required:  N/A.

7. **Orlando Santiago Amador's Objection to Cure Amounts**. Motion Objecting Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases to be Assumed with Servicentro Ciales, Inc. Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19501]**

Description:  Objection by Orlando Santiago Amador to cure costs related to executory contracts or unexpired leases to be assumed pursuant to the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated January 14, 2022 (ECF No. 19784 in Case No. 17-3283).

12

Reply Deadline: February 9, 2022 at 5:00 p.m. (Atlantic Standard Time).

Replies:
    A. None.

Related Documents:
    A. Notice of Executory Contracts and Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19353]**

    B. Order Scheduling Hearing on Objections to Proposed Cure Amounts **[Case No. 17-3283, ECF No. 19523]**

    C. Urgent Consensual Motion for Extension of Response Deadline **[Case No. 17-3283, ECF No. 19811]**

    D. Order Granting Urgent Consensual Motion for Extension of Response Deadline **[Case No. 17-3283, ECF No. 19839]**

    E. Second Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 19892]**

    F. Order Granting the Second Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 19900]**

Status: This matter has been adjourned to the February 17, 2022 omnibus claims objections hearing.

Estimated Time Required: N/A.

8. **FISA, SE's Objection to Cure Amount**. FISA SE Objection to Cure Amount **[Case No. 17-3283, ECF No. 19505]**

Description: Objection by FISA, S.E. to cure costs related to executory contracts or unexpired leases to be assumed pursuant to the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated January 14, 2022 (ECF No. 19784 in Case No. 17-3283).

Reply Deadline: February 9, 2022 at 5:00 p.m. (Atlantic Standard Time).

Replies:
    A. None.

Related Documents:
    A. Notice of Executory Contracts and Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19353]**

    B. Order Scheduling Hearing on Objections to Proposed Cure Amounts **[Case No. 17-3283, ECF No. 19523]**

C. Urgent Consensual Motion for Extension of Response Deadline **[Case No. 17-3283, ECF No. 19811]**

D. Order Granting Urgent Consensual Motion for Extension of Response Deadline **[Case No. 17-3283, ECF No. 19839]**

E. Second Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 19892]**

F. Order Granting the Second Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 19900]**

Status:  This matter has been adjourned to the February 17, 2022 omnibus claims objections hearing.

Estimated Time Required:  N/A.

9. **Debtors' Omnibus Objections to Claims.**

Related Documents:
A. Order Regarding Adjourned Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 19461]** (the "Adjourned Omnibus Objections Order")

B. Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the February 2, 2022 Omnibus Hearing to the March 23, 2022 Omnibus Hearing **[Case No. 17-3283, ECF No. 19942]** (the "Notice of Adjournment")

The following omnibus objections to claims were scheduled for hearing at the February 2, 2022, omnibus hearing but will be subject to forthcoming notices of presentment for final written orders of the Court.

Three Hundred Ninety-Eighth [ECF No. 19546]; Four Hundredth [ECF No. 19549]; Four Hundred First [ECF No. 19543]; Four Hundred Second [ECF No. 19551]; Four Hundred Fifth [ECF No. 19554]; Four Hundred Seventh [ECF No. 19556]; Four Hundred Eighth [ECF No. 19545]; Four Hundred Ninth [ECF No. 19557]; Four Hundred Tenth [ECF No. 19558]; Four Hundred Eleventh [ECF No. 19547]; Four Hundred Twelfth [ECF No. 19559]; and Four Hundred Thirteenth [ECF No. 19550].

Pursuant to the Adjourned Omnibus Objections Order, the following omnibus objections to claims have been adjourned to the claim objection hearing on February 16-17, 2022.

Three Hundred Third [ECF No. 16030]; Three Hundred Thirty-Seventh [ECF No. 17081]; Three Hundred Sixty-First [ECF No. 17921]; Three Hundred Sixty-Second [ECF No. 17927]; Three Hundred Sixty-Seventh [ECF No. 17933]; Three Hundred Sixty-Eighth [ECF No. 17934]; Three Hundred Seventieth [ECF No. 17935]; Three Hundred Seventy-Second [ECF No. 17918]; Three Hundred Seventy-Fourth [ECF No. 17923]; Three Hundred Seventy-Seventh [ECF No. 17911]; Three Hundred Eightieth

14

[ECF No. 17916]; Three Hundred Eighty-First [ECF No. 17917]; Three Hundred Eighty-Second [ECF No. 17920]; Three Hundred Ninetieth [ECF No. 17973]; Three Hundred Ninety-Third [ECF No. 17975]; Three Hundred Ninety-Fourth [ECF No. 18958]; and Three Hundred Ninety-Fifth [ECF No. 18959].

Pursuant to the Notice of Adjournment, the following omnibus objections to claims have been adjourned from the February 2, 2022 omnibus hearing to the March 23, 2022, omnibus hearing, solely with respect to the claims identified below:

Three Hundred Third [ECF No. 16030] (Claim Nos. 73613, 20507, and 160793); Three Hundred Thirty-Fourth [ECF No. 17085] (Claim Nos. 173880; 174038; 173973; 173794; 174301; and 173891); Three Hundred Thirty-Sixth [ECF No. 17101] (Claim No. 21597); Three Hundred Forty-First [ECF No. 17105] (Claim Nos. 12310 and 12526); Three Hundred Forty-Fifth [ECF No. 17108] (Claim Nos. 12337; 129809; 139753; 121773; 12312; 24315; and 20600); Three Hundred Sixty-Third [ECF No. 17929] (Claim No. 10502); Three Hundred Eighty-Seventh [ECF No. 17926] (Claim No. 169481); Three Hundred Ninety-First [ECF No. 17974] (Claim No. 20926); Objection to Proof of Claim of Vaqueria Tres Monjitas, Inc. (Claim No. 42505) [ECF No. 17969]; Three Hundred Ninety-Ninth [ECF No. 19548] (Claim Nos. 71072-1 and 175239-1); Four Hundred Third [ECF No. 19552] (Claim Nos. 175171; 175529; 175538; 175665; 176244; 176410; 139162; 174471; 174504; 175966; 176054; 176310; 175627; 169432; 174966; 175048; 175054; 175486; 176046; 176183; and 169481); Four Hundred Fourth [ECF No. 19553] (Claim Nos. 177508; 178015; 178701; and 177243); and Four Hundred Sixth [ECF No. 19555] (Claim No. 16103).

Estimated Time Required:  N/A.

[*Remainder of Page Intentionally Left Blank*]

Dated: January 31, 2022
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

16

## Exhibit A

**Order Regarding Procedures for February 2–3, 2022 Omnibus Hearing**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:                                                          PROMESA
                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of                                      No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                                 (Jointly Administered)
et al.,

        Debtors.[1]

-----------------------------------------------------------x

<u>ORDER REGARDING PROCEDURES FOR FEBRUARY 2-3, 2022, OMNIBUS HEARING</u>

       The Court will conduct an omnibus hearing on certain motions in the above-

captioned cases and related adversary proceedings (the "Hearing") beginning at **10:00 a.m.**

**(Atlantic Standard Time) (9:00 a.m. Eastern Standard Time)** on **February 2, 2022**.  The

Hearing will be conducted on **February 2, 2022**, from **10:00 a.m.** to **12:50 p.m. (Atlantic**

**Standard Time)**, resume if necessary, from **3:10 p.m.** to **5:00 p.m**. **(Atlantic Standard Time)**,

and continue if necessary on **February 3, 2022**, beginning at **10:00 a.m. (Atlantic Standard**

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth")
(Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii)
Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-
BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways
and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last
Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-
BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric
Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits
of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA")
(Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)
(Title III case numbers are listed as Bankruptcy Case numbers due to software
limitations).

**Time)**.  In light of the ongoing COVID-19 public health crisis, the Court will conduct the

Hearing virtually using videoconferencing and telephonic platforms as set forth herein.  The

Hearing shall be governed by the following procedures.

**Registration for Videoconference; Listen-In Facilities for Attorneys, Members of Public**
**and Press**

       1.    **Videoconferencing via Zoom**.  The Court will conduct the Hearing using the

audio and video features of the Zoom platform as a virtual courtroom.  An invitation to register

will be sent by the Court to Hearing participants who have registered their appearance by filing

an Informative Motion in accordance with paragraph 3 below.  Parties must respond to the

invitation to register for Zoom access and will automatically receive the link and relevant login

information to join the virtual proceeding.  To optimize performance of the Zoom platform and

in the interest of avoiding excessive billing of fees, the Financial Oversight and Management

Board for Puerto Rico (the "Oversight Board") and the Puerto Rico Fiscal Agency and Financial

Advisory Authority ("AAFAF") shall each be limited to four attorneys appearing in the Zoom

session at any given time, and each other Party (as defined in paragraph 3(a) below) will be

limited to two attorneys appearing in the Zoom session at any given time.  **Only persons who**

**are identified in properly submitted Zoom registration documents, including a Party**

**Appearance Sheet, will be permitted to appear at the Hearing**.  Recording and retransmission

of the proceedings by any means are prohibited.  All proceedings will be conducted in the

English language as required by law. 48 U.S.C. § 864.  No interpretation services will be

provided by the Court for the Hearing.

       2.    **Listen-Only Access to the Hearing**.  Attorneys, members of the public,

and press may **listen to but not view or participate in** the Hearing by dialing (888) 363-4749

and entering the access code (7214978) and security code 5766 when prompted.  This telephonic

access line for the press and the general public will be in listen-only mode at all times.

Recording and further broadcasting of the proceedings by any means remain prohibited.

       **3.**    **Registration to Participate in the Hearing via Zoom**.

      a.  <u>Parties represented by counsel</u>.  Counsel for any party-in-interest (each, a
"Party") that wishes to participate in the Hearing must register an appearance by filing an
Informative Motion, no later than **January 27, 2022 at 1:00 p.m. (Atlantic Standard Time)**,
identifying (a) the Party for which they intend to appear, (b) the name(s) and email address(es) of
the attorney(s) who will appear, and (c) identify the Hearing matter(s) in connection with which
the party-in-interest may wish to be heard.  Counsel must annex a Party Appearance Cover Sheet
(the form of which is attached as Exhibit A to this Order) as Exhibit A to the informative motion.

      b.  <u>Parties not represented by counsel</u>.  Any individual Party not represented by
counsel who wishes to participate in the Hearing must file an Informative Motion, no later than
**January 27, 2022 at 1:00 p.m. (Atlantic Standard Time)**, identifying (a) the Party name, (b)
the name and email address of the individual appearing, and (c) the Hearing matter in connection
with which the Party may wish to be heard.  Each Party must annex a Party Appearance Cover
Sheet (the form of which is attached as Exhibit A to this Order) as Exhibit A to its informative
motion.

**<u>Pre-Hearing Filing Deadlines</u>**

      4.  **Party Informative Motion and Party Appearance Cover Sheet**.  In
accordance with paragraph 3, a Party must file an informative motion by **January 27, 2022 at
1:00pm (Atlantic Standard Time)**.  Each Informative Motion must be accompanied by a Party

Appearance Cover Sheet, otherwise, the Party will not be registered to participate in the

proceedings via Zoom.

5. **Agenda.** An agenda outlining the matters to be addressed and the projected

timetable for the Hearing shall be filed by Debtors' counsel by **January 31, 2022**, in accordance

with the Fifteenth Amended Case Management Procedures. (See Docket Entry No. 17127-1 §

III.M.) The agenda shall also include (a) the names of the individuals who intend to appear and

speak on behalf of each relevant party in connection with each motion or report, (b) the order in

which the parties to the relevant motion shall present argument, and (c) time allocations for each

party. Debtors' counsel shall file a revised agenda on **February 1, 2022**, if circumstances have

changed or if requested to do so by the Court. Debtors' counsel shall email a proposed agenda,

including preliminary time allocations, to the Court by **January 28, 2022**, at **5:00 p.m. (Atlantic**

**Standard Time)**.

6. **Exhibits or Demonstratives**. To the extent that a Party intends to rely on

exhibits and/or demonstratives at the Hearing, it shall file a separate informative motion using

the Exhibit Cover Sheet (the form of which is attached as Exhibit B to this Order) by **3:00 p.m.**

**(Atlantic Standard Time)** on **January 31, 2022**. The informative motion must (i) include the

Exhibit Cover Sheet and (ii) include each exhibit and/or demonstrative as a separate, text

searchable attachment. The naming convention of each exhibit must adhere to the specifications

indicated on the Exhibit Cover Sheet.

7. **Status Reports.** Given the lack of physical public access to the Hearing and

to further promote transparency and public access to accurate and current information, the

Oversight Board and AAFAF shall file, by **5:00 p.m. (Atlantic Standard Time)** on **February 1,**

**2022**, written status reports. The Oversight Board's report shall address (a) the general status

and activities of the Oversight Board, including measures taken in response to the COVID-19
pandemic, preparations for PRRADA compliance, and anticipated timetables for implementation
of the recently-confirmed Plans of Adjustment, (b) the general status of relations among the
Oversight Board and the Commonwealth and federal governments, (c) the anticipated timetable
for the filing of plans of adjustment for PREPA and HTA, (d) the general status of the ADR and
ACR processes, including the anticipated number of matters to be directed into the ADR process
and anticipated timetable for initiation of ADR procedures with respect to such matters, and (e)
the anticipated timing and volume of objections to claims. AAFAF shall provide a general status
report on its status and activities, including an overview of the Commonwealth's ongoing
response to the COVID-19 pandemic. At the Hearing, the Court will ask counsel to the
Oversight Board and AAFAF to respond to questions and comments, if any, related to their
respective status reports.

        8. **Courtroom Formalities**. All persons granted remote access to the
proceedings are reminded of the general prohibition against photographing, recording, and
rebroadcasting of court proceedings. Violation of this prohibition may result in sanctions,
including removal of court issued media credentials, restricted entry to future hearings, denial of
entry to future hearings, or any other sanctions deemed necessary by the Court. The formalities
of a courtroom must be observed. When appearing by Zoom, each counsel or pro se party must
be situated in such a manner as to be able to view the video screen and be seen by the Court.
Each Party's camera must be turned on when addressing the Court or examining a witness (if
necessary). Those appearing by Zoom may be removed from the virtual courtroom if they do not
comply with this Order. During the Hearing, individuals who are registered to participate via
Zoom are directed to observe the following rules:

a.  The following naming conventions must be used by Zoom participants for

admission to the Zoom virtual courtroom. For example:

    i.  Attorney participants: [Party Represented (abbreviations may be
used)] / [Last Name of Attorney, First Name of Attorney] / [Law
Firm/Government Office].

        a.  PARTY A / Doe, John / ABC Law Firm, or

        b.   XYZ Agency/ Doe, Jane / Office of the ABC Government

    ii.  Pro se participants: Pro se / [Last Name, First Name].

        a.  For example: Pro se / Doe, Jane

b.  Identify yourself if asked to do so.

c.  Identify yourself by name each time you speak.

d.  Mute yourself when you are not speaking to eliminate background noise.

e.  Turn off your video unless you are speaking or otherwise directly involved

in the argument or examination, unless the Court directs otherwise.

SO ORDERED.

Dated: January 24, 2022

                        /s/ Laura Taylor Swain
                       LAURA TAYLOR SWAIN
                       United States District Judge