# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**DECLARATION OF MIGUEL RIVERA GONZÁLEZ IN SUPPORT OF TEACHERS' ASSOCIATIONS' MOTION FOR STAY PENDING APPEAL REGARDING: ORDER AND JUDGMENT CONFIRMING MODIFIED EIGHTH AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY [DOCKET NO. 19813]**

I, Miguel Rivera González pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. I am, Miguel Rivera González, resident of Carolina, 57 years old, married, teacher for the past twenty-one years, a participant of the Teacher Retirement System, currently working in the Gilberto Concepción de Gracia High School in Carolina from the Department of Education. I am a member of the Teachers Federation of Puerto Rico.
2. My gross monthly salary is **$3,009.17.**
3. Due to the Plan of Adjustment as confirmed by the Court my pension will freeze effective March 15, 2022. Under Law 91-2004, my lifetime pension would have been **$2,256.87** a month at age 65 with 30 years of service, which is 75% of my thirty-six highest salaries.
4. If the freeze is put into effect on March 15, 2022, I would only receive a lifetime monthly pension of **$1,137.46,** which is 1.8% of my monthly salary, multiplied by the years of service I have worked in the Department of Education prior to the freeze date: March 15, 2022.
5. This will represent a net loss of $**1,119.41** per month once I retire.
6. In addition to this, my retirement age will increase to 63 years of age, therefore I am required to work more years to receive a lower pension, cutting almost 49% of what I expected to receive once I retired as stated in my contract with the Department of Education.
7. After the freeze date, I would receive approximately **$102.31** monthly from my new defined contribution account, which will not last a lifetime. Once I reach 78 years of age, this amount will end, impoverishing me even more.
8. This situation has affected my emotional and mental health.
9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 1, 2022

_____
*Signature*


Miguel Rivera González
*Declarant's name*

2