**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.,*<br><br>    Debtors. | PROMESA Title III.<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

<u>**NOTICE OF WITHDRAWAL OF APPEARANCE OF IYEN A. ACOSTA**</u>

**TO THE HONORABLE BANKRUPTCY COURT:**

**PLEASE TAKE NOTICE** the undersigned counsel for and on behalf of creditors

SALUD INTEGRAL EN LA MONTANA, MIGRANT HEALTH CENTER, INC., CONCILIO

DE SALUD INTEGRAL DE LOIZA, INC., NEOMED CENTER, INC., HPM FOUNDATION,

INC., CORPORACION DE SERVICIOS DE SALUD Y MEDICINA AVANZADA for all

purposes in connection with this case is hereby withdrawn, and service of pleadings and notices,

including CM/ECF electronic notification, in this case upon her should be discontinued.

**PLEASE TAKE FURTHER NOTICE** that notices and pleadings given or filed in this

case should now be given and served upon the following:

Robert A. Graham
Offit Kurman, P.A.
7501 Wisconsin Avenue
Suite 1000W
Bethesda, MD 20814
(240) 507-1779 (tel)
(240) 507-1735 (fax)
robert.graham@offitkurman.com

1

Respectfully submitted,


/s/ María Celeste Rodríguez Miranda
María Celeste Rodríguez Miranda
D.P.R. Bar No. 213113
Bufete Rodríguez Miranda, C.S.P.
P.O. Box 365072
San Juan, PR 00936-5072
(787) 408-0808 (tel)
mcrm100@msn.com

/s/Iyen A. Acosta
Iyen A. Acosta*
Reno & Cavanaugh, PLLC
455 Massachusetts Avenue, NW
Suite 400
Washington, DC 20001
(202) 349-2470 (office)
(202) 349-2471 (fax)
iacosta@renocavanaugh.com
*Admitted *pro hac vice*

Attorneys for Salud Integral en la Montana,
Migrant Health Center, Inc., Concilio de
Salud Integral de Loiza, Inc., Neomed
Center, Inc., HPM Foundation, Inc.,
Corporacion de Servicios de Salud y
Medicina Avanzada

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2022 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

*/s/Iyen A. Acosta*
Iyen A. Acosta

3