# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.,*<br><br>    Debtors. | PROMESA Title III.<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF THOMAS T. PENNINGTON

**TO THE HONORABLE BANKRUPTCY COURT:**

**PLEASE TAKE NOTICE** the undersigned counsel for and on behalf of creditors SALUD INTEGRAL EN LA MONTANA, MIGRANT HEALTH CENTER, INC., CONCILIO DE SALUD INTEGRAL DE LOIZA, INC., NEOMED CENTER, INC., HPM FOUNDATION, INC., CORPORACION DE SERVICIOS DE SALUD Y MEDICINA AVANZADA for all purposes in connection with this case is hereby withdrawn, and service of pleadings and notices, including CM/ECF electronic notification, in this case upon him should be discontinued.

**PLEASE TAKE FURTHER NOTICE** that notices and pleadings given or filed in this case should now be given and served upon the following:

Robert A. Graham
Offit Kurman, P.A.
7501 Wisconsin Avenue
Suite 1000W
Bethesda, MD 20814
(240) 507-1779 (tel)
(240) 507-1735 (fax)
robert.graham@offitkurman.com

Respectfully submitted,

/s/ María Celeste Rodríguez Miranda
María Celeste Rodríguez Miranda
D.P.R. Bar No. 213113
Bufete Rodríguez Miranda, C.S.P.
P.O. Box 365072
San Juan, PR 00936-5072
(787) 408-0808 (tel)
mcrm100@msn.com

/s/Thomas T. Pennington
Thomas T. Pennington* (B.P.R. #9605)
Reno & Cavanaugh
424 Church Street, Suite 2910
Nashville, Tennessee 37129
(615) 866-2322 (office)
(615) 866-2323 (fax)
tpennington@renocavanaugh.com
*Admitted *pro hac vice*

Attorneys for Salud Integral en la Montana, Migrant Health Center, Inc., Concilio de Salud Integral de Loiza, Inc., Neomed Center, Inc., HPM Foundation, Inc., Corporacion de Servicios de Salud y Medicina Avanzada

2

## CERTIFICATE OF SERVICE

    I hereby certify that on February 1, 2022 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                            */s/Thomas T. Pennington*
                                                          Thomas T. Pennington (B.P.R. #9605)