Francisco E. Alvarez Rosario & Gloria
Rodriguez Rodriguez
Villa Clementina
F 17 Calle Nueva
Guaynabo, PR 00969-5012



SAN JUAN PR 009

27 JAN 2022 PM 1 L

Clerk's Office
United States District Court
150 Chardon Avenue
San Juan, Puerto Rico 00918

00918-170625