# RÉPLICA DE OBJECIÓN GLOBAL

## I. DATOS DE CONTACTO

Nombre: Felicita Hernández Hernández

Dirección Postal: Cond. Bayamonte Apt. 1805
Bayamon, P.R. 00956

Teléfono de contacto res. 787-260-5283  cel. 787-615-8766

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
             Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

# Reclamo: 176160

-Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, ~~Ponce~~, Puerto Rico desde el 30 de MARZO de 1977 hasta e 12 de SAN JUAN Julio de 1999. Culmine mi laborar com en Puerto Rico Telephone Company, ~~Ponce~~, Puerto Rico, ELA. Se esta reclamando por las leye aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Ric se están enviando las réplicas en esta fecha. De necesitar información o documentos adiciona favor comunicarse con la que suscribe.

Felicita Hernández Hernández    1-26-2022
Nombre en letra de molde

Felicita Hernández Hernández
Firma

P.S. La PRTCO. era una agencia de gobierno hasta 1995 cuando el gobernador de turno Dr. Pedro Rosello la vendió. El fundamento de mi reclamó esta basado en un dinero adeudado por concepto de aumentos, de unas leyes que se firmaron durante años que la PRTCO. pertenecía al Estado Libre Asociado de P.R. Espero me reconsideren mi reclamó.