

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

**FELICITA HERNÁNDEZ HERNÁNDEZ**
XXX-XX- 6487

Para el ex empleado de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 03/30/1977.
- Trabajó como empleado regular hasta 07/12/1999.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a miércoles, 16 de septiembre de 2020.

*Milly Benítez*
Representante Recursos Humanos
Compensación y Récords