Felicita Hernández Santos
COND. Bayamonte Apt. 1805
BAYAMON, P.R. 00956

CERTIFIED MAIL

7020 1810 0000 3753 4652

$ 004.33
0001924212   JAN 28 2022
MAILED FROM ZIP CODE 00961

RECEIVED & FILED
2022 JAN 31  PM 3:22
CLERK'S OFFICE
U.S. DISTRICT COURT

Clerks Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

00918-999955