IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

**IN RE:**

| | | |
|---|---|---|
| JOSE LUIS FERNANDEZ LOPEZ<br>MARIA TERESA DIAZ MOLINA; | 17-02395-MCF | Chapter 13 |
| WILSON SOTO RAMOS<br>AIDA LUZ GARCIA VAZQUEZ: | 17-02482-MCF | Chapter 13 |
| MINERVA ACEVEDO GONZALEZ; | 17-02558-MCF | Chapter 13 |
| IVETTE ORTIZ BATISTA; | 17-02597-EAG | Chapter 13 |
| ARMANDO LUIS FIGUEROA RODRIGUEZ<br>NITZA LEYDA MULERO MELENDEZ; | 17-02608-MCF | Chapter 13 |
| AUREA E VARGAS RODRIGUEZ; | 17-02641-MCF | Chapter 13 |
| JOSE ANTONIO HUERTAS SANTIAGO<br>LILLIAN SANTIAGO MARRERO; | 17-02674-MCF | Chapter 13 |
| BENJAMIN COLON LAGUER; | 17-02703-MCF | Chapter 13 |
| EDWIN RAMOS VELEZ<br>AUREA ESTHER CHALUISANT MARTIR; | 17-02752-ESL | Chapter 13 |
| OMAR JANIEL SALDANA AYALA<br>YARITZA LYNNETTE VARELA ORTIZ; | 17-02873-ESL | Chapter 13 |
| NICOLAS MONCLOVA LEBRON<br>IRMA RIVERA CABRERA; | 17-02899-MCF | Chapter 13 |
| YOLANDA SANCHEZ APONTE; | 17-03115-ESL | Chapter 13 |
| COMMONWEALTH OF PUERTO RICO and<br>Puerto Rico Public Buildings Authority (PBA); | 17-03283-LTS | Chapter 9 |
| ARYLEX RIVERA LUGO; | 17-03317-ESL | Chapter 13 |
| CLARIBEL RODRIGUEZ MOLINA; | 17-03336-MCF | Chapter 13 |
| JULIETH SAPORTAS VALENCIA; | 17-03341-MCF | Chapter 13 |
| ANGEL LUIS CLAUDIO DIAZ; | 17-03532-ESL | Chapter 7 |
| NITZA MIRAIDA ALMODOVAR DELGADO; | 17-03549-EAG | Chapter 13 |
| RAMON LUIS DAVILA APONTE; | 17-03650-ESL | Chapter 13 |

| | | |
|---|---|---|
| ZAIDYLENE BRYAN PALAU; | 17-03698-MCF | Chapter 13 |
| REY E RAMON RODRIGUEZ; | 17-03699-ESL | Chapter 13 |
| JOSE GUSTAVO DELGADO RIVERA; | 17-03765-MCF | Chapter 13 |
| JOSE A RIVERA CRUZ; | 17-03767-ESL | Chapter 13 |
| ELIUD GARCIA MORALES<br>AIDA RIVERA ROMEU; | 17-03826-MCF | Chapter 13 |
| CARLOS AUGUSTO SALDARRIAGA GARCIA and ISELA IVONNE CARLO MORALES; | 17-03897-EAG | Chapter 13 |
| MARIA DEL C SANTOS RODRIGUEZ; | 17-03927-ESL | Chapter 13 |
| YADIRA QUILES MEDINA; | 17-03929-ESL | Chapter 13 |
| HERIBERTO ALFONSO MARIN CENTENO; | 17-04210-ESL | Chapter 13 |
| JORGE PEREZ CRUZ; | 17-04233-ESL | Chapter 13 |
| FRANCIS RAMIREZ MARTINEZ; | 17-04297-MCF | Chapter 13 |
| **DEBTORS** | | |

MOTION FOR LEAVE TO WITHDRAW AS LEGAL COUNSEL
AND NOTICE OF APPEARANCE UNDER RULE 9010(b) OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE
AND REQUEST FOR NOTICE TO CREDITORS UNDER RULE 2002

TO THE HONORABLE COURT:

The undersigned attorneys respectfully state and pray as follows:

1. The undersigned, **José J. Sánchez Vélez**, will no longer participate in the litigation of the referenced matters.

2. Notwithstanding, **Banco Popular de Puerto Rico** will continue to be represented by the firm of BERMUDEZ & DIAZ, LLP through Attorney **Reggie Díaz-Hernández, Esq.**, attorney of record in the case; and undersigned counsel, **Tania M. Vázquez-Maldonado, Esq.**, will be joining the legal representation in these cases.

3.  Once this Court grants the leave requested, all further communications should be directed to **Reggie Díaz-Hernández and Tania M. Vázquez Maldonado**, at the Firm's address of record, 500 De La Tanca Street, Suite 209, San Juan, Puerto Rico 00901; e-mail: rdiaz@bdprlaw.com and tvazquez@bdprlaw.com, respectively.

**WHEREFORE**, it is respectfully requested that this Motion be granted, allowing the withdrawal of the legal representation for all the above-referenced cases of attorney *José J. Sánchez Vélez,* and allow **Tania M. Vázquez Maldonado, Esq**. to assume legal representation thereof.

**WE HEREBY CERTIFY**: That on this same date, we electronically filed the foregoing document with the Clerk of the Court using the **CM/ECF SYSTEM** which will send notification of the present filing to the parties in this case registered in said system and by regular mail to non-CM/ECF participants.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on this, the 2ND day of February 2022.

**BERMUDEZ & DIAZ, LLP**
**Attorneys for Banco Popular de Puerto Rico**
500 De La Tanca Street, Suite 209
San Juan, Puerto Rico 00901
Tel. (787) 523-2670 / FAX. (787) 523-2664

S/ JOSÉ J. SÁNCHEZ-VÉLEZ
**JOSÉ J. SÁNCHEZ-VÉLEZ**
USDC PR No. 214606
E-mail: jsanchez@bdslawpr.com

S/ TANIA M. VÁZQUEZ MALDONADO
**TANIA M. VÁZQUEZ MALDONADO**
USDC PR No. 227810
E-mail: tvazquez@bdprlaw.com

S/ REGGIE DÍAZ-HERNÁNDEZ
**REGGIE DÍAZ-HERNÁNDEZ**
USDC PR No. 224908
E-mail: rdiaz@bdprlaw.com