UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER CONCERNING COMPLIANCE WITH THE
PUERTO RICO RECOVERY ACCURACY IN DISCLOSURES ACT

    On January 21, 2022, the Court issued the *Order Directing Parties to Meet and Confer Regarding the Enactment of the Puerto Rico Recovery Accuracy in Disclosures Act* (Docket Entry No. 19859 in Case No. 17-3283). On January 31, 2022, the Financial Oversight and Management Board for Puerto Rico, the Fee Examiner, and the Office of the United States Trustee filed the *Joint Informative Motion of Financial Oversight and Management Board for Puerto Rico, Fee Examiner, and U.S. Trustee in Compliance with Court Order Regarding Enactment of the Puerto Rico Recovery Accuracy in Disclosures Act* (Docket Entry No. 19964 in Case No. 17-3283, the "Joint Informative Motion").

---

[1] The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Having reviewed the Joint Informative Motion, the Court hereby orders the following:

1. The Oversight Board[2] must file a motion seeking approval of an MIP List for each Debtor and a threshold claim amount for each Title III case (the "MIP List Approval Motion") by **February 22, 2022**.

2. Any responses to the MIP Approval Motion by the U.S. Trustee or parties in interest must be filed by **March 8, 2022**.

3. The Oversight Board's reply, if any, in support of the MIP Approval Motion must be filed by **March 11, 2022**.

4. The Court will thereafter take the MIP Approval Motion on submission, unless the Court orders otherwise.

5. Professionals in these cases are directed not to file any further fee applications, regardless of which interim fee period such applications relate to, until after they have filed the disclosures required under PRRADA.

6. The *Thirteenth Interim Fee Application of Ernst & Young LLP, as Financial Advisor to the Financial Oversight and Management Board for Puerto Rico, for Title III Services Rendered and Reimbursement of Expenses for the Period from June 1, 2021 Through September 30, 2021* (Docket Entry No. 19849 in Case No. 17-3283) is hereby denied without prejudice to renewal following compliance with the disclosure requirements of PRRADA.

SO ORDERED.

Dated: February 2, 2022

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] Capitalized terms used but not defined herein have the meaning given to them in the Joint Informative Motion.