# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 10:19 AM(AST)
Ended: 11:19 AM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE JUDGE LAURA TAYLOR SWAIN**
**MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker
CERTIFIED INTERPRETER: Juan Segarra

DATE: February 2, 2022

In Re:

The Financial Oversight and Management Board for Puerto Rico

*as representative of*

The Commonwealth of Puerto Rico, *et al*.
Debtors

3:17-BK-3283 (LTS)

PROMESA Title III

(Jointly Administered)

**Omnibus Hearing held.**

Agenda filed at Case No. 17-3283; ECF No. 19961.

    I.    **CONTESTED MATTERS**

        1.    Debtors' Three Hundred Forty-Fifth Omnibus Objection to Late-Filed Claims. [Case No. 17-3283, ECF No. 17108]
- Correspondence Submitted by Rubén Muñiz Ruberté (Claim No. 3398) [Case No. 17-3283, ECF No. 19680-5, 6] (Response Form submitted, claimant requested the hearing date be moved)
- Mr. Muñiz Ruberté was heard on the record with the assistance of the interpreter.

- The objection was sustained as to Claim No. 3398. The claim is to be reclassified as a general unsecured claim.

## II. STATUS REPORT

1. Report from the Oversight Board. [Case No. 17-3283; ECF No. 19968]
2. Report from AFAAF. [Case No. 17-3283; ECF No. 19976]

## III. ADJOURNED MATTERS

1. Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service. (Claims Nos. 168648 and 16885) [Case No. 17-3283, ECF No. 7419; Case No. 17-3284, ECF No. 643]
2. Atlantic Medical Center, Inc. et al.'s Motion to Enforce Court's Prior Order and for Relief from Automatic Stay. [Case No. 17-3283, ECF No. 12918]
3. PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power Purchase and Operating Agreements. [Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]
4. Motion of Fir Tree Capital Management, LP for Allowance and Payment of Administrative Expense Claim. Motion of Fir Tree Capital Management, LP for Allowance and Payment of Administrative Expense Claim. [Case No. 17-3283, ECF No. 16331]
5. Community Health Foundation's Administrative Claim Motion. [Case No. 17-3283, ECF No. 18602]
6. Ricoh Puerto Rico Inc.'s Objection to Cure Amounts. [Case No. 17-3283, ECF No. 19498]
7. Orlando Santiago Amador's Objection to Cure Amounts. [Case No. 17-3283, ECF No. 19501]
8. FISA, SE's Objection to Cure Amount. [Case No. 17-3283, ECF No. 19505]
9. Debtors' Omnibus Objections to Claims.
    - See Agenda.

**Hearing on Adjourned Omnibus Objections to Claims set for February 16, 2022 before Judge Laura Taylor Swain.**

s/Carmen Tacoronte
Carmen Tacoronte
PROMESA Case Administrator
