# EXHIBIT A

Case:17-03283-LTS Doc#:19995-1 Filed:02/02/22 Entered:02/02/22 17:51:17 Desc:
Exhibit Ex. A Gladys Minguela -Spanish Page 2 of 5

Número de Evidencia de Reclamación: 170234
Reclamante: **MINGUELA VAZQUEZ, GLADYS**

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar <u>más</u> información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

RECEIVED SEP 03 2021 PRIME CLERK LLC

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☑ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    _____

Batch 19



Case:17-03283-LTS Doc#:19995-1 Filed:02/02/22 Entered:02/02/22 17:51:17 Desc:
Exhibit Ex. A-Gladys Mingela -Spanish Page 3 of 5

Número de Evidencia:
Reclamante: **MINGUELA VAZQUEZ, GLADYS**

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: _Departamento de Educacion_

3(b). Identifique las fechas de su empleo con relación a su reclamación: _Año 2009 en adelante hasta el presente_

3(c). Últimos cuatro dígitos de su número de seguro social: _7617_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☒ Jubilación
   - ☒ Salarios impagos
   - ☒ Días por enfermedad
   - ☒ Queja con el sindicato
   - ☒ Vacaciones
   - ☒ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

_He dejado de recibir pagos por quinquenios, aumentos de sueldo, reclasificaciones, por exceso días de enfermos y vacaciones, aptitudines y beneficios marginal_

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☒ No.
   - ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción. _Comision Servicio Publico, P.R_

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: _Comision Servicio Publico, Estatal P.R_

4(c). Número de caso: _____

4(d). Título, epígrafe, o nombre del caso:

Batch 19
2



Case:17-03283-LTS   Doc#:19995-1   Filed:02/02/22   Entered:02/02/22 17:51:17   Desc:
Exhibit Exh. A - Gladys Mingela -Spanish   Page 4 of 5

Número de Evidencia: *179355*
Reclamante: **MINGUELA VAZQUEZ, GLADYS**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

_Pendiente_

4(f). ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____



Gladys Minguela Vazquez
P.O. Box 710
Hormigueros, P.R. 00660

RECEIVED
SEP 03 2021
PRIME CLERK

SAN JUAN PR 009
24 AUG 2021 PM 1 L



Commonwealth of Puerto Rico Suplemental
Information Processing Center
c/o Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, NY 10163-4708