# EXHIBIT B-1

[Note: all handwriting is in *italics*.]

*Proof of Claim Number:* **179367**
*Claimant.* **MINGUELA VAZQUEZ, GLADYS**

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**
Answer the four (4) applicable questions and sub-questions. Include as many details as possible in your answers. **Your answers must provide <u>more</u> information than is included in the initial proof of claim**. By way of example, if you previously wrote "Act 96" as the basis for your claim, please now explain on which specific laws you purport to rely, the year in which the law in question was passed, and how and why you believe this law in particular constitutes a basis for your claim. Furthermore, if available and applicable to your claim, provide:

- A copy of an initial pleading, such as, for example, a Claim or Reply;
- An unpaid ruling or settlement agreement;
- Written notice of your intention to file a claim with record of sending by mail;
- All documentation that, in your opinion, supports your claim.

Send the completed form and supporting documents by **email** to PRClaimsInfo@primeclerk.com, or by **mail by hand delivery** to the following addresses:

| **By Mail** | **Hand Delivery or Overnight Mail** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

RECEIVED
SEP 03 2021
PRIME CLERK LLC

**Questionnaire**

1. **What is the basis of your claim?**
   ☐ A pending or concluded legal action with or against the government of Puerto Rico
   ☒ Current or former employment with the government of Puerto Rico
   ☐ Other (please provide as much detail as possible. Attach additional pages if necessary.)
   _____

2. **What is the amount of your claim (how much money you claim you are owed):**

   *Thousands*

Batch 19



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim Number:* **179367**
*Claimant.* **MINGUELA VAZQUEZ, GLADYS**

3. **Employment**. Is your claim related to current or former employment with the Puerto Rico government?

    ☐ No. Proceed to Question 4

    ☑ **Yes**. Answer questions 3(a)-(d).

3(a). Identify the specific agency or department in which you work or worked:
*Department of Education*

3(b). Identify the dates of your employment in relation to your claim:
*Year 2009 through the present*

3(c). Last four digits of your social security number: *7617*

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☑ Retirement

   ☑ Unpaid wages

   ☑ Sick days

   ☑ Union grievance

   ☑ Vacation

   ☐ Other (Provide as much detail as possible. Attach additional pages if necessary.)

*I have stopped receiving payments for five-year raises, salary increases, reclassification, excess sick leave and vacation leave. Contributions and fringe benefits*

4. **Legal action**. Is your claim related to a legal action already closed or pending resolution?

    ☐ No.

    ☑ **Yes**. Answer questions 4(a)-(f).

4(a). Identify the department or agency that is part of this action.
*Public Service Commission, PR*

4(b). Identify the name and address of the court or agency where this action is pending resolution.
*Public Service Commission, PR*

4(c). Case Number
_____

4(d). Case title, caption, or name:
_____

Batch 19

2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim Number:* **179355**
*Claimant.* **MINGUELA VAZQUEZ, GLADYS**

4(e). Case status (pending resolution, on appeal, or closed):
     *Pending*

4(f). Do you have an unpaid judgment? Yes / <u>No</u> (Check one) If yes, what is the date and amount of the judgment?

_____

Batch 19                                    3



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 179367**

Signed this 29th day of December 2021



_____

Andreea I. Boscor