# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE. <br> The FINANCIAL OVERSIGHT AND MANAGEMENT BOARD For PUERTO RICO. <br><br> AS REPRESENTATIVE OF <br><br> The COMMONWEALTH OF PUERTO RICO, el al. codemandante. William Roman morales <br> DEBTORS. | PROMESA <br> TITULO III <br><br> No. 17 BK 3283-LTS <br><br> (JOINTly Administered) <br> RECEIVED <br> NOV 19 2021 <br> PRIME CLERK |

COMPADESE El CO. DEMANDANTE POR DERECHO PROPIO ANTE ESTE HONORABLE TRIBUNAl DE JUSTIA EXPONE, ALEGA y SOLICITA A ESTE HONORABLE TRIBUNAL DE JUSTICIA.

1) QUE El com DEMANDANTE ESTA EN DESBENTAJA PUESTO QUE NO SABE INGLES NO A PODIDO CONTESTAR la ULTIMA CARTA ENBIADA POR ESTE HONORABLE TRIBUNAL POR lo QUE ASE UNA SOLICITUD A ESTE HONORABLE TRIBUNAL A SU HONORABLES JUEZ QUE POR FABOR CUALQUIER COMUNICADO DE ESTE HONORABLE TRIBUNAL SEA EN ESPAÑOL PARA PODERLES CONTESTAR lo ANTES POSIBLE PARA PODER SABER El ESTATUS DE ESTE PROSEDIMIENTO LEGAl PORQUE A ESTA FECHO NO SABE CUAL ES EL ESTATUS DE ESTE PARA PODER RESPONDER

2) QUE El co. DEMANDANTE TIENE Todo El INTERES EN ESTE CASO PUESTO QUE TIENE Todo El INTERES EN ESTE CASO PORlOQUE A CONTINUADO EN CONTACTO PARA SABER COMO bAN las COSAS CON El CASO y EN COMUNICASIÓN CON ESTE HONORABLE.

TRibunAl de JusTiciA PARA que lo PoNgAN Al TANto de ESTE ES lA PETiciON del codemANdANTE coN mucho RESPETO.

3) Que el co.demANdANTE Por derecho PROPio A RAdicAdo bARios ESCRiTos y NO A RESibido RESPuESTA y ESTA ESPERANdo RESPuESTA lo ANTES Posible ES lA soliciTud del codemANdANTE coN mucho RESPETO A ESTE honoRAble TRibunAl de JusTiciA.

PoR Todo lA ANTES ESPuESTo SE soliciTA de ESTE honoRAble TRibunAl declARe A LugAR. El PRESENTE ESCRiTo coN lAs PRoNuNciAsioNES eN ley PRosedAN EN ESTE cAso ES lA PETiciON del co.demANdANTE PoR derecho PRoPio A ESTE honoRAble TRibunAl.

RESPETuosAmENTE someTido hoy 31 de OCTubRE de 2021 EN ARECibo P.R.

DiRECsiON
WilliAm RomAN MoRAlES
INS SAbANA Hoyos 216
EDFI-2 SECSioN-E CAMA-4
ARECibo P.R. 00688-1671

*William RomAN morAles*
FiRMA Co. demANdANTE

ROMAN MORRES WILLIAM
US. SABANA HOYOS #216
DIF. 2 SECSION-E CAMA-4
RECIBO P.R. 00688-1671

RECEIVED
NOV 19 2021
PRIME CLERK

PRIMER CLERK. LLC
GRAND CENTRAL STATION
P.O BOX 4850
NEW YORK. N.Y. 10163-4850

11 NOV 2021 PM 2 L

10163-485050