# EXHIBIT C-1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

[Barcode: 990123401013868]

| | |
|---|---|
| *In Re:* | *PROMESA* |
| *The Financial Oversight and Management Board for Puerto Rico* | *Title III* |
| | |
| | *No. 17-BK-3283-LTS* |
| *As Representative of* | |
| | *(Jointly Administered)* |
| *The Commonwealth of Puerto Rico et al. (Co-plaintiff William Román Morales)* | RECEIVED |
| *Debtors* | NOV 1 9 2021 |
| | PRIME CLERK |

*The co-plaintiff appears on his own behalf before this Honorable Court of Justice and states, alleges and requests to this Honorable Court of Justice:*

1) *That the co-plaintiff is at a disadvantage as he does not know English and has not been able to respond to the last letter sent by this Honorable Court. Therefore, he requests of this Honorable Court and its Honorable Judges to please have any letter sent by this Honorable Court written in Spanish so that he can respond as soon as possible in order to know of this status of these legal proceedings because, to date, he does not know of their status to be able to respond.*

2) *That the co-plaintiff has full interest in this case, therefore he has remained in contact to know how things are going with the case and in communication with this Honorable Court of Justice in order to stay up to date. This is the petition of the co-plaintiff with the greatest of respect.*

3) *That the co-plaintiff has filed several documents on his own behalf and has not received a response and is awaiting a response as soon as possible. This is the request of the co-plaintiff with the greatest of respect to this Honorable Court of Justice.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*In light of all the foregoing, it is requested that this Honorable Court accept this document with the appropriate rulings under law in this case. This is the petition of the co-plaintiff on his own behalf to this Honorable Court.*

*Respectfully submitted on this date, October 31, 2021, in Arecibo, P.R.*

*Address*
*William Román Morales*
*Ins Sabana Hoyos 216*
*Edif. 2 Sección E Cama 4*
*Arecibo, P.R. 00688-1671*

*William Roman Morales*
*Signature of Co-plaintiff*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Roman MORAKS WILLIAM
US. SAbANA Hoyos *216
DIF. 2 SECSION-E CAMA-4
.RECIbo P.R. 00688-1671

MEMPHIS TN 380

11 NOV 2021 PM 2 L

RECEIVED

NOV 19 2021

PRIME CLERK

PRIMER CLERK. LLC
GRANd CENTRAl STATEOU
P.O BOX 4850
NEW YORK. N.Y. 10163-4850

10163-485050

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 178943**

Signed this 29th day of December 2021



Verify at www.atanet.org/verify

_____

Andreea I. Boscor

