# EXHIBIT D

Número de Evidencia de Reclamación: 179439
Reclamante: **Santiago Ortiz, Celia Pilar**

RECEIVED
OCT 07 2021
PRIME CLERK LLC

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

    ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☐ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    $ 37,200.00

Batch 19



Case:17-03283-LTS Doc#:19995-7 Filed:02/02/22 Entered:02/02/22 17:51:17 Desc:
Exhibit D Celia P. Santiago -Sp Page 3 of 5

*Número de Evidencia de Reclamación:* 139239
*Reclamante*: **Santiago Ortiz, Celia Pilar**

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☐ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: _Departamento de Educación_

3(b). Identifique las fechas de su empleo con relación a su reclamación: _Desde julio 2002 hasta diciembre 2018_

3(c). Últimos cuatro dígitos de su número de seguro social: _2713_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☑ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____
   _____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☑ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción. _Departamento de Educación_

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: _Tribunal Federal de PR, Calle Chardón, Hato Rey_

4(c). Número de caso: _17-bk 03283_

4(d). Título, epígrafe, o nombre del caso: _Estado Libre Asociado de Puerto Rico_



Número de Evidencia de Reclamación: 179439
Reclamante: **Santiago Ortiz, Celia Pilar**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

pendiente de resolución

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

desde julio 2002 a dic. 2018
① Ley 96 julio 2002
② Ley 109 julio 2008
Para un total adeudado de 37,200 departe del Departamento de Educación de P.R.

Batch 19                                3

Celia P. Santiago
Calle Amapola 128
Jardines de Naranjito
Naranjito, P.R. 00719

PRIME CLERK LLC
OCT 07 2021
[RECEIVED]
OCT 07 2021

U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
SEP 23, 21
AMOUNT
$6.80
R2304M111636-9



CERTIFIED MAIL

7021 0950 0001 9445 0191

Commonwealth of P.R. Supplemento
Information Processing Center
c/o Prime Clerk, LLC
Grand Central Station PO Box 4708
New York, NY 10163-4708

10163-470808