# EXHIBIT E

20 de Septiembre 2021

A: Prime clerk, LLC
De: Ana Ríos Ríos

RECEIVED
OCT 29 2021
PRIME CLERK LLC

Ref. Carta recibida, la cual creo con contestación, solicito me contesten y me indiquen cuáles son los sudreios los cuales se le presentarán. Objeto el rechazo, no estoy de acuerdo con el rechazo. Por lo que solicito se me oriente sobre cuáles son los ocrala causas date No estoy de acuerdo con la determinación. Anejo carta para su acción correspondiente. Muchas gracias. Sapen contestación por escrito.

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| LUNA RIOS, ANA L | 174092 | 6/5/2020 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| LUNA RIOS, ANA L | 174092 | 6/5/2020 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

***CUST PR 1845 SRF 56088 PackID: 514 MMLID: 22611-P Svc: 374
LUNA RIOS, ANA L
PO BOX 1983
CIDRA PR 00739

Ana Lina Rios
P.O. Box 1983
Cidra PR. 00739

RECEIVED 29 SEP 2021 PM 4
MEMPHIS TN 380

OCT 29 2021
PRIME CLERK

Prime Clerk, LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050