# EXHIBIT F

RECEIVED
OCT 04 2021
PRIME CLERK

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rosario Cuevas, Maria Vianey | 173790 | 4/27/2020 | Commonwealth of Puerto Rico | $62,730.00 |
| Reason: | Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rosario Cuevas, Maria Vianey | 173790 | 4/27/2020 | Commonwealth of Puerto Rico | $62,730.00 |
| Base para: | La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**



22 de septiembre de 2021

Prime Clerk LLC
Commonwealth of Puerto Rico
Claims Processing Center
Grand Central Station
PO Box 4708
New York, NY 10163-4850

A quien pueda interesar:

**CASO: (803) KPE07-4359**
**CENTRO JUDICIAL DE SAN JUAN**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR 803**

En comunicación recibida con relación a la reclamación Número 173790, someto evidencia de la correspondencia que se envió en la fecha requerida y con el acuse de recibo.

Por lo antes expuesto, solicito se realice una reevaluación de esta, ya que los documento fueron sometidos dentro de la fecha estipulada.

Anejos

Muchas Gracias.

Cordialmente,

*[firma]*

María V. Rosario Cuevas
PO Box 40484
San Juan, PR 00940-1029

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Certified Mail Fee | $3.55 | 0016 |
| --- | --- | --- |
| $ | $2.85 | 03 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $0.55

Postmark Here

04/17/2020

Total Postage and Fees $6.95

Sent To: Commonwealth of Puerto Rico
Street and Apt. No., or PO Box No.: PO Box 4708
City, State, ZIP+4: New York, NY 10163-4708

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7019 1120 0001 6612 1844

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Commonwealth of Puerto Rico
Claims Processing Center
Grand Central Station
PO Box 4708
New York, NY 10163-4708

9590 9402 5163 9122 1470 52

2. Article Number (Transfer from service label)
7019 1120 0001 6612 1844

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[Grand Central Station APR 27 2020 stamp]

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Mail
- ☐ Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.55 | 0016 |
| $ $2.85 | 03 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $0.55 | |
| Total Postage and Fees $6.95 | 04/17/2020 |

Sent To: Commonwealth of Puerto Rico
Street and Apt. No., or PO Box No.: PO Box 4708
City, State, ZIP+4®: New York, NY 10163-4708

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**USPS TRACKING #**

9590 9402 5163 9122 1470 52

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Maria V. Rosario Cuevas
PO Box 40484
San Juan PR 00940

*First Class*

| Fill in this information to identify the case: |
|---|
| Debtor 1 _____ |
| Debtor 2 _____ (Spouse, if filing) |
| United States Bankruptcy Court for the: _____ District of _____ |
| Case number _____ |

## Official Form 410
# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

1. **Who is the current creditor?**
   Maria Vianey Rosario Cuevas
   Name of the current creditor (the person or entity to be paid for this claim)
   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☒ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?
   Maria V. RosarioCuevas
   Name
   PO Box 40484
   Number   Street
   San Juan PR    00940
   City    State   ZIP Code
   Contact phone 787-632-6004
   Contact email mariarosario2346@yahoo.com

   Where should payments to the creditor be sent? (if different)
   _____
   Name
   _____
   Number   Street
   _____
   City    State   ZIP Code
   Contact phone _____
   Contact email _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

4. **Does this claim amend one already filed?**
   ☒ No
   ☐ Yes. Claim number on court claims registry (if known) _____
   Filed on ____/____/_____
   MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☒ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410                Proof of Claim                page 1

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
☒ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. How much is the claim? $62,730.00. Does this amount include interest or other charges?
☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
Examples: Goods sold, money loaded, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Salario adeudado por pasos por méritos Igual paga por igual trabajo

9. Is all or part of the claim secured?
☒ No
☐ Yes. The claim is secured by a lien on property.
   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:** $_____
   **Amount of the claim that is secured:** $_____
   **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:** $_____

   **Annual Interest Rate** (when case was filed) _____%
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

11. Is this claim subject to a right of setoff?
☒ No
☐ Yes. Identify the property: _____

Official Form 410     Proof of Claim     page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No | |
|---|---|---|
| | ☐ Yes. Check one: | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 04/17/2020

Signature: *Maria V. Rosario Cuevas*

Print the name of the person who is completing and signing this claim:

Name: Maria V. Rosario Cuevas
Title: Secretaria Administrativa V
Company: Autoridad de Edificios Públicos
Address: PO Box 40484, San Juan PR 00940
Contact phone: 787-632-6004
Email: mariarosario@yahoo.com

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| ALBERTO AGRÓN VALENTÍN, ASTRID M. AGOSTO FERNÁNDEZ, LILLIAM ALMEYDA IBAÑEZ Y OTROS<br><br>Querellantes<br><br>v.<br><br>AUTORIDAD DE EDIFICIOS PUBLICOS DE PUERTO RICO y LCDA. LEILA HERNÁNDEZ UMPIERRE, en su carácter oficial como Directora Ejecutiva de la Autoridad de Edificios Públicos<br><br>Querellados | CIVIL NUM: K PE2007-4359 (803)<br><br>SOBRE:<br><br>RECLAMACIÓN DE SALARIOS, AUMENTO POR MÉRITO APROBADO POR LA JUNTA DE DIRECTORES PARA LOS AÑOS 2005, 2006 Y 2007; DÍA POR PROCLAMA CON PAGA A TIPO DOBLE Y SIN CARGO LICENCIA ALGUNA, Y RELAMACIÓN DE HORAS EXTRAS |

## MOCIÓN ACOMPAÑANDO QUERELLA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparece LA ASOCIACIÓN DE EMPLEADOS GERENCIALES DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS por conducto de la representación legal que suscribe, y muy respetuosamente expone, alega y solicita:

Se informa que según ordenado en la vista del 9 de junio de 2011, se somete la Querella Enmendada, la cual solamente incorpora nuevos querellantes. Estos son:

- JUAN ALVAREZ ROSA
- ALEX A. ANDUJAR CARRERO
- MARITZA APONTE MEDINA
- FELIPE ARROYO MORET
- JAIME BELGODERE MARIETTI
- JOSE R. BERRIOS RIVERA
- MONICA CARMONA COLON
- GILDA CASTILLO SANTIAGO
- ROSA G. COLON PANTOJA
- LIRIO COLON SANCHEZ

41

- LOURDES M. CUADRADO ARROYO
- JOSE L. DAVILA ESTRADA
- VICTOR A. DE LA CRUZ CASTELLANO
- JORGE L. DIAZ DIAZ
- JOSE L. GIRONA MARQUEZ
- MIGUEL A. GONZALEZ VARGAS
- KAREN E. LOPEZ PEREZ
- JOSE A. MALDONADO ORTIZ
- NILDA MARCHANY MORALES
- IVELISSE MARTINEZ SOTO
- RUPERTO MARTINEZ SOTOMAYOR
- LUIS F. MATTA DAVILA
- JEANNETTE MONTAÑEZ RAMOS
- MARIA DEL C. NEGRON GARCIA
- SANTOS NEGRON VARGAS
- MAYRA NUÑEZ RIOS
- CARMEN G. OCASIO FELICIANO
- NELLY Y. ORTIZ CESARIO
- ANTHONY OTERO SANTANA
- SANDRA I. PAGAN RIVERA
- IVELISSE PEREZ MIRANDA
- HECTOR QUILES DE JESUS
- ALBERTO I. QUIROS GOMEZ
- NANCY RAMOS RAMIREZ
- OLGA RAMPOLLA MARQUEZ
- MELVIN N. RENOVALES CRUZ
- ALEXA RIOS NEGRON
- MARYMER RIVERA MARTINEZ
- ANA V. RODRIGUEZ COLON
- JORGE R. RODRIGUEZ VAZQUEZ

42

NUM. K PE2007-4359 (802)
Moción Enmendando Querella Enmendada

Pág. 2

- RAMON M. ROMAN MENDEZ
- ANTONIO DIMAS SANCHEZ CRUZ
- CARLOS A. SANTALIZ PORRATA
- ILIA M. SANTOS LOPEZ
- OSVALDO TIRADO NEGRON
- DALIA TORRES BERRIOS
- ISRAEL TORRES SANTIAGO
- IVELISSE VAZQUEZ MERCED
- JUAN E. VELEZ ARROYO
- ROBERTO VELEZ CINTRON

POR TODO LO CUAL, se solicita respetuosamente que este Honorable Tribunal tome conocimiento de todo lo anterior y acepte la querella enmendada para añadir los nuevos querellantes antes indicados.

RESPETUOSAMENTE SOMETIDA.

En San Juan, Puerto Rico, 29 de junio de 2011.

CERTIFICO: Haber enviado copia de la presente moción al Lcdo. Gerardo L. Santiago Puig, Lcdo. Roberto Ruiz Comas, RC LEGAL & LITIGATION SERVICES PSC, Doral Bank Plaza Suite 801, Calle Resolución 33, San Juan, PR 00920; Lcda. Esthermari Ortiz Rodríguez, Veredas del Parque, Apto. 1302, Carolina, PR 00987, y Lcdo. Pedro Joel Landrau López, P O Box 29407, San Juan, PR 00929-0407.

HARRY ANDUZE MONTAÑO-4617
JOSE A. MORALES BOSCIO-15296
1454 Avenida Fernández Juncos
San Juan PR 00909
Tel. (787) 723-7171
Fax. (787) 723-7278

Por: _____
JOSE A. MORALES BOSCIO-15296

lvl/
G:/JAM/Mociones/1945-Moción Acomp Querella Enmdda

43

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| ALBERTO AGRON VALENTIN<br>ASTRID N. AGOSTO FERNANDEZ<br>LILLIAM ALMEYDA IBAEZ<br>LYDIA E. ALBERTORIO<br>RICARDO ALONSO FORTIER<br>JOSE H. ANTUNEZ QUILES<br>IRIS N. ARROYO MONJICA<br>PEDRO ALVES PIEIRO<br>NILDA I. BARRETO HERNANDEZ<br>MELVIN E. BERRIOS DAVID<br>EDWIN BORRERO ALAMO<br>JULIA I. BUENO<br>RAFAEL E. BOU PADILLA<br>KENNETH BURGOS CORA<br>NORMA M. CANCEL AYALA<br>DHALIA N. CANCEL NIEVES<br>ELVIN CASIANO BELLO<br>JESUS R. COLLAZO CLAS<br>MILAGROS COLON PEREZ<br>JOSE A. CARABALLO PADILLA<br>SONIA CARABALLO DELGADO<br>NEVADA E. CARRION DIAZ<br>ISMAEL CASTRO NEGRON<br>JULIO CINTRON ESPINELL<br>JAVIER CLAUDIO VELEZ<br>LESLIE CORTES SANCHEZ<br>JORGE IVAN CORA RIVERA<br>CELEDONIO CRESPO SEPULVEDA<br>JUAN R. CRUZ BERRIOS<br>NYDIA CRUZ MONTES<br>HECTOR CRUZ VELAZQUEZ<br>FELIX A. DIAZ BURGOS<br>EDNA L. DIAZ DIAZ<br>AUREA ENCARNACION RIVERA<br>FELIX A. FALCON RIVERA<br>RAYMOND FERGELEC CINTRON<br>ELIA J. FIGUEROA CARRILLO<br>MAXIMINO FIGUEROA RIVERA<br>MARIA DE LOS ANGELES FONTANEZ COSME<br>JOSE I. FONTANEZ ORTIZ<br>SONIA FUSTER GONZALEZ<br>RUBEN GARCIA ACEVEDO<br>JORGE L. GARCIA RIVERA<br>GERARDO GARCIA VARELA<br>RAFAEL GAZTAMBIDE VAZQUEZ<br>MARIO GIERBOLINI RODRIGUEZ<br>JOSE A. GOMEZ RIVERA<br>MARIO GONZALEZ GONZALEZ<br>ANDERSON GONZALEZ CONTRERAS<br>BRENDA L. GONZALEZ DIAZ<br>ROBERTO GONZALEZ<br>JOSE D. GONZALEZ RAMOS<br>DAMARIS GONZALEZ SANTIAGO<br>LUIS O. GONZALEZ SANTIAGO<br>MIRIAM GONZALEZ SANTIAGO<br>SANDRA GREGORY RIVERA | CIVIL NÚM.: K PE2007-4359 (803)<br><br>SOBRE:<br><br>RECLAMACIÓN DE SALARIOS, AUMENTO POR MÉRITO APROBADO POR LA JUNTA DE DIRECTORES PARA LOS AÑOS 2005, 2006 Y 2007; DÍA POR PROCLAMA A TIPO DOBLE Y SIN CARGO LICENCIA ALGUNA, Y RECLAMACIÓN DE HORAS EXTRAS. |

Civil Num: K PE2007-4359 (803)
Querella Enmendada.

Página 2

MARIA DE L. GOMEZ DE JESUS
PEDRO L. HERNANDEZ CONDE
ANTONIO HERNANDEZ MERCADO
LUZ M. HERNANDEZ GONZALEZ
MARIA DE L. IGLESIAS
ANGEL A. IRLANDA ALVARADO
EDWIN E. JIMENEZ BARRETO
MIGUEL A. JORDAN GONZALEZ
HECTOR L. LANDRUA MALDONADO
LUIS IVAN LEBRON ALVARADO
MIGUEL A. LEDESMA SOSA
EDUARDO LOPEZ RIVERA
CARLOS L. LORENZO NIEVES
NIXON LUGO FELICIANO
WILFREDO LOPEZ GONZALEZ
LUIS MIGUEL LOPEZ RODRIGUEZ
LIZETTE LOPEZ LOPEZ
ERMELINDO LUCIANO DEL VALLE
HECTOR I. MAESTRE GONZALEZ
ROSANA MEDINA PERAZA
NOE MARIN RESTO
LUZ E. MARTI CORREA
JOSE MARTIN BELLO
EFREN MOLINA RIVERA
WILNERIS MATEO AVILA
JORGE A. MARTINEZ GONZALEZ
HECTOR RAFAEL MARTINEZ SOLIS
AURELIO MARTINEZ REMEDIOS
MELISSA MARRERO DIAZ
IVONNE MAYSONET RUIZ
DANIEL MERCADO SOTO
DAISY MORALES MILLAN
GLADYS E. MORALES MONZON
LUIS R. MATOS ORTIZ
JUAN E. MERCED PEREZ
ERIC MONTALVO PEREZ
SYLVIANNE D. MORALES CRUZ
ALFREDO MORALES MALDONADO
JOAN MORALES NIEVES
JOSE E. MORALES RODRIGUEZ
JUAN R. MORALES RAMIREZ
SANTOS MORAN RUIZ
EDUARDO MUÑIZ ORENGO
LUIS A. MUÑOZ DE JESUS
JOSE A. NAVARRO MOYET
ALFREDO NAZAR TEJADA
CARMEN NIEVES FIGUEROA
CARLOS H. NIEVES PASTRANA
LUIS G. NIEVES RIOS
ELME J. NODAR GAUD CARMEN
ROSA OCASIO ROSARIO
JOSE M. OLIVO OJEDA
AIDA OLMEDA RODRIGUEZ
GASPAR ORENGO AVILES
CARMELO ORTIZ CLEMENTE
VICTOR M. ORTIZ DAVID
JUAN R. ORTIZ CINTRON
JUAN A. ORTIZ MEDERO
JUAN ORTIZ GONZALEZ
EGBERTO ORTIZ POMALES
MIGUEL A. PAGAN ORTIZ

45

Case:17-03283-LTS Doc#:19906-1 Filed:02/02/22 Entered:02/02/22 18:00:13 Desc: Exhibit - Mara V. Rosario Sp Page 14 of 16

Página 3

AURELIO PAGAN MARRERO
JOSE M. PADILLA MORALES
FELIPE PADILLA VAZQUEZ
ASDRUBAL PASCUAL RODRIGUEZ
DEXTER J. PASSALACQUA MATOS
JOSE PEDRAZA CAMACHO
PIERRE PELET BORDONADA
RICARDO PEREZ ORTEGA
ABRAHAM PORTALATIN RODRIGUEZ
ENID M. QUETELL DELGADO
AIDA QUILES DE JESUS
RAMON E. RAMIREZ NUÑEZ
EDWIN RAMOS CARRASQUILLO
ANTONIO JUAN RAMOS TORRES
HELSONE RAMOS VALLES
MARITZA RESTO CRUZ
VILMA RIVERA COLON
GLORIA A. RIVERA FIGUEROA
ANDRES RIVERA MARTINEZ
AWILDA RIVERA ORTIZ
CARLOS J. RAMOS GONZALEZ
ROBERTO RIVERA BRAÑA
HAYDEE RIVERA GARCIA
ANGEL E. RAMOS GARAU
ALEA N. RIVERA LOPEZ
ALMA I. ROBLES ADORNO
PABLO E. RODRIGUEZ
CARMELO RODRIGUEZ OCASIO
GRISELLE RODRIGUEZ RODRIGUEZ
GERARDO RODRIGUEZ SANTIAGO
WILLIAM JOSE ROIG RODRIGUEZ
MARIA DE LOURDES ROLON RIVERA
HUMBERTO ROSA NUÑEZ
ILIANA ROSADO RODRIGUEZ
MARIA A. ROSADO SOTO
MARIA V. ROSARIO CUEVAS
VIVIAN ROSARIO GUZMAN
JOSE A. ROSARIO DIAZ
JOSE N. ROSARIO PIÑERO
ANTONIO SANTOS MARIN
EDWIN SANTOS ORTIZ
SONIA M. SALINAS
WANDA SALAZAR CARRASQUILLO
RAUL E. SANCHEZ SANTIAGO
LUIS O. SANJURJO NUEZ
ANTONIO R. SANTA RIVERA
MARIA J. SANTIAGO SILVA
RICARDO L. SANTIAGO MIRANDA
RAUL SERRANO MALDONADO
DAHLIA A. SELLES IGLESIAS
JESSICA SIERRA MORALES
MARGARITA SOSA BERRIOS
MEFTALI A. SOTO PADRO
ANA N. TORO LOPEZ
NORA E. TORRES BURGOS
AXEL L. TORRES SERRANO
ANGEL E. TORRES GARAU
EDGAR FELIX TORRES
FERNANDO VALLS FERRERO
SAMUEL VALENTIN VEGA
ANA C. VAZQUEZ MATOS

46

Case:17-03283-LTS Doc#:19996-1 Filed:02/02/22 Entered:02/02/22 18:00:13 Desc:
Exhibit F - Mara V. Rosario Sp Page 15 of 16

Página 4

JOSE VICENTE VAZQUEZ PEÑA
JOSE D. VAZQUEZ RODRIGUEZ
JOSE A. VAZQUEEZ FUENTES
SAMUEL VELAZQUEZ ROSARIO
PABLO VELEZ SALDAÑA
JOSE S. VIRELLA ROJAS
ADRIAN E. ZAMOT ROJAS
ISMAEL ZAYAS GONZALEZ
DIANA ZAYAS RAMIREZ
JUAN ALVAREZ ROSA
ALEX A. ANDUJAR CARRERO
MARITZA APONTE MEDINA
FELIPE ARROYO MORET
JAIME BELGODERE MARIETTI
JOSE R. BERRIOS RIVERA
MONICA CARMONA COLON
GILDA CASTILLO SANTIAGO
ROSA G. COLON PANTOJA
LIRIO COLON SANCHEZ
LOURDES M. CUADRADO ARROYO
JOSE L. DAVILA ESTRADA
VICTOR A. DE LA CRUZ CASTELLANO
JORGE L. DIAZ DIAZ
JOSE L. GIRONA MARQUEZ
MIGUEL A. GONZALEZ VARGAS
KAREN E. LOPEZ PEREZ
JOSE A. MALDONADO ORTIZ
NILDA MARCHANY MORALES
IVELISSE MARTINEZ SOTO
RUPERTO MARTINEZ SOTOMAYOR
LUIS F. MATTA DAVILA
JEANNETTE MONTAÑEZ RAMOS
MARIA DEL C. NEGRON GARCIA
SANTOS NEGRON VARGAS
MAYRA NUÑEZ RIOS
CARMEN G. OCASIO FELICIANO
NELLY Y. ORTIZ CESARIO
ANTHONY OTERO SANTANA
SANDRA I. PAGAN RIVERA
IVELISSE PEREZ MIRANDA
HECTOR QUILES DE JESUS
ALBERTO I. QUIROS GOMEZ
NANCY RAMOS RAMIREZ
OLGA RAMPOLLA MARQUEZ
MELVIN N. RENOVALES CRUZ
ALEXA RIOS NEGRON
MARYMER RIVERA MARTINEZ
ANA V. RODRIGUEZ COLON
JORGE R. RODRIGUEZ VAZQUEZ
RAMON M. ROMAN MENDEZ
ANTONIO DIMAS SANCHEZ CRUZ
CARLOS A. SANTALIZ PORRATA
ILIA M. SANTOS LOPEZ
OSVALDO TIRADO NEGRON
DALIA TORRES BERRIOS
ISRAEL TORRES SANTIAGO
IVELISSE VAZQUEZ MERCED
JUAN E. VELEZ ARROYO
ROBERTO VELEZ CINTRON

47

Maria V. Rosario Cuevas
P.O. Box 40484
San Juan, PR 00940

7020 1290 0000 5163 6204

Commonwealth of Puerto Rico
P.O. Box 4708
New York, NY 10163-4708

RECEIVED
OCT 04 2021
PRIME CLERK LLC

OCT 01 2021

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00940
SEP 24, 21
AMOUNT
$7.20
R2304P119094-03

1016334708 BC96