# EXHIBIT F-1

RECEIVED
OCT 04 2021
PRIME CLERK

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Rosario Cuevas, Maria Vianey | 173790 | 4/27/2020 | Commonwealth of Puerto Rico | $62,730.00 |
| Reason: | Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Rosario Cuevas, Maria Vianey | 173790 | 4/27/2020 | Commonwealth of Puerto Rico | $62,730.00 |
| Base para: | La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

September 22, 2021

Prime Clerk LLC
Commonwealth of Puerto Rico
Claims Processing Center
Grand Central Station
PO Box 4708
New York, NY 10163-4850

To whom it may concern:

**CASE: (803) KPE07-4359
SAN JUAN JUDICIAL CENTER
SUPERIOR COURT, COURTROOM 803**

In [response to] a letter received in relation to Claim Number 173790, I am submitting proof of the mail that was sent on the required date and with acknowledgment of receipt.

In light of the foregoing, I request a reevaluation, since the documents were submitted within the stipulated date.

Enclosures

Many thanks.

Cordially,

[*Signature*]
María V. Rosario Cuevas
PO Box 40484
San Juan, PR 00940-1029

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*




*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.55 | 0016 03 |
| $2.85 | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $0.55 | |
| Total Postage and Fees $6.95 | 04/17/2020 |

Sent To: Commonwealth of Puerto Rico
Street and Apt. No., or PO Box No.: PO Box 4708
City, State, ZIP+4®: New York, NY 10163-4708

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Tracking: 9214 8901 1720 0000 1000 9199 1844

---

**USPS TRACKING #**

9590 9402 5163 9122 1470 52

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Maria V. Rosario Cuevas
PO Box 40484
San Juan PR 00940

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*First Class*
*Copy*

**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

Official Form 410

# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   Maria Vianey Rosario Cuevas
   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☒ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?

   Maria V. Rosario Cuevas
   Name
   PO Box 40484
   Number  Street
   San Juan PR  00940
   City  State  ZIP Code

   Contact phone 787-632-6004
   Contact email mariarosario234@yahoo.com

   Where should payments to the creditor be sent? (if different)

   Name _____
   Number  Street _____
   City  State  ZIP Code _____
   Contact phone _____
   Contact email _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

4. **Does this claim amend one already filed?**
   ☒ No
   ☐ Yes. Claim number on court claims registry (if known) _____  Filed on _____
                                                                           MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☒ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410         Proof of Claim         page 1

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   ☒ No
   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. How much is the claim? $62,730.00 . Does this amount include interest or other charges?
   ☒ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   _Salary owed for step increases /_
   _Equal pay for equal work._

9. Is all or part of the claim secured?
   ☒ No
   ☐ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property: $_____
   Amount of the claim that is secured: $_____
   Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition: $_____

   Annual Interest Rate (when case was filed) _____%
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ☒ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

11. Is this claim subject to a right of setoff?
    ☒ No
    ☐ Yes. Identify the property: _____

Official Form 410  Proof of Claim  page 2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No | Amount entitled to priority |
|---|---|---|
| | ☐ Yes. Check one: | |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 04/17/2020

Signature: *Maria V. Rosario Cuevas*

Print the name of the person who is completing and signing this claim:

Name: Maria V. Rosario Cuevas
Title: Administrative Secretary V
Company: Public Buildings Authority

Address: PO Box 40484
San Juan PR 00940

Contact phone: 787-632-6004
Email: mariarosario@yahoo.com

Official Form 410 — Proof of Claim — page 3

Certified to be a correct and true translation from the source text in Spanish to the target language English.
22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

COMMONWEALTH OF PUERTO RICO
TRIAL COURT
SAN JUAN SUPREME COURT

| | |
|---|---|
| ALBERTO AGRÓN VALENTÍN<br>ASTRID M. AGOSTO FERNÁNDEZ,<br>LILLIAM ALMEYDA IBAÑEZ<br>ET AL.<br><br>Complainants<br><br>vs.<br><br>PUERTO RICO PUBLIC BUILDINGS AUTHORITY AND LEILA HERNÁNDEZ UMPIERRE, in her official capacity of Executive Director of the Public Buildings Authority<br><br>Defendants | CIVIL CASE NO. K PE2007-4359 (803)<br><br><br><br>IN RE:<br><br>CLAIM FOR WAGES, MERIT-BASED STEP INCREASE APPROVED BY THE BOARD OF DIRECTORS FOR THE YEARS 2005, 2006 AND 2007; DAY OFF BY PROCLAMATION WITH DOUBLE PAY AND WITHOUT CHARGE TO ANY LEAVE, AND CLAIM FOR OVERTIME PAY |

**MOTION ACCOMPANYING AMENDED COMPLAINT**

TO THE HONORABLE COURT:

The ASSOCIATION OF MANAGERIAL EMPLOYEES OF THE PUBLIC BUILDINGS AUTHORITY hereby appears through the undersigned counsel, and very respectfully states, alleges and requests:

We hereby inform that, pursuant to the order issued at the June 9, 2011 hearing, the Amended Complaint is submitted, incorporating only new complainants, which are the following:

- JUAN ALVAREZ ROSA
- ALEX A. ANDUJAR CARRERO
- MARITZA APONTE MEDINA
- FELIPE ARROYO MORET
- JAIME BELGODERE MARIETTI
- JOSE R. BERRIOS RIVERA
- MONICA CARMONA COLON
- GILDA CASTILLO SANTIAGO
- ROSA G. COLON PANTOJA

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

41

- LIRIO COLON SANCHEZ

CIVIL CASE NO.: K PE2007-4359 (803)  Page 2
**Motion Accompanying Amended Complaint**

- LOURDES M. CUADRADO ARROYO
- JOSE L. DAVILA ESTRADA
- VICTOR A. DE LA CRUZ CASTELLANO
- JORGE L. DIAZ DIAZ
- JOSE L. GIRONA MARQUEZ
- MIGUEL A. GONZALEZ VARGAS
- KAREN E. LOPEZ PEREZ
- JOSE A. MALDONADO ORTIZ
- NILDA MARCHANY MORALES
- IVELISSE MARTINEZ SOTO
- RUPERTO MARTINEZ SOTOMAYOR
- LUIS F. MATTA DAVILA
- JEANNETTE MONTAÑEZ RAMOS
- MARIA DEL C. NEGRON GARCIA
- SANTOS NEGRON VARGAS
- MAYRA NUÑEZ RIOS
- CARMEN G. OCASIO FELICIANO
- NELLY Y. ORTIZ CESARIO
- ANTHONY OTERO SANTANA
- SANDRA I. PAGAN RIVERA
- IVELISSE PEREZ MIRANDA
- HECTOR QUILES DE JESUS
- ALBERTO I. QUIROS GOMEZ
- NANCY RAMOS RAMIREZ
- OLGA RAMPOLLA MARQUEZ
- MELVIN N. RENOVALES CRUZ
- ALEXA RIOS NEGRON
- MARYMER RIVERA MARTINEZ

42

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

- ANA V RODRIGUEZ COLON
- JORGE R. RODRIGUEZ VAZQUEZ

CIVIL CASE NO.: K PE2007-4359 (803)            Page 3
**Motion Accompanying Amended Complaint**

- RAMON M. ROMAN MENDEZ
- ANTONIO DIMAS SANCHEZ CRUZ
- CARLOS A. SANTALIZ PORRATA
- ILIA M. SANTOS LOPEZ
- OSVALDO TIRADO NEGRON
- DALIA TORRES BERRIOS
- ISRAEL TORRES SANTIAGO
- IVELISSE VAZQUEZ MERCED
- JUAN E. VELEZ ARROYO
- ROBERTO VELEZ CINTRON

WHEREFORE, we respectfully request that this Honorable Court take all of the foregoing into consideration and grant the amended complaint adding the new complainants indicated above.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, June 29, 2011.

I CERTIFY: That a copy of this motion has been sent to Gerardo L. Santiago Puig, Esq., Roberto Ruiz Gomas, Esq., RC LEGAL & LITIGATION SERVICES PSC, Doral Bank Plaza Suite 801, Calle Resolución 33, San Juan, PR 00920, Esthermari Ortiz Rodríguez, Esq., Veredas del Parque, Apto. 1302, Carolina, PR 00987; and Pedro Joel Landrau López, Esq., P.O. Box 29407, San Juan, PR 00929-0407.

HARRY ANDUZE MONTAÑO-4617
JOSÉ A. MORALES BOSCIO-15296
1464 Avenida Fernández Juncos
San Juan, PR 00909;
Tel. (787) 723-7171
Fax (787) 723-7278

By:    [Signature]

43

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

JOSÉ A. MORALES BOSCIO-15296

h//

G/JAM/Mociones/1945-Motion Accomp. Amended Complaint

42

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
TRIAL COURT
SAN JUAN SUPREME COURT

| | |
|---|---|
| ALBERTO AGRON VALENTIN<br>ASTRID M. AGOSTO FERNANDEZ,<br>LILLIAM ALMEYDA IBAEZ<br>LYDIA E. ALBERTORIO<br>RICARDO ALONSO FORTIER<br>JOSE H. ANTUNEZ QUILES<br>IRIS N. ARROYO MONJICA<br>PEDRO ALVES PIEIRO<br>NILDA I. BARRETO HERNANDEZ<br>MELVIN E. BERRIOS DAVID<br>EDWIN BORRERO ALAMO<br>JULIA I. BUENO<br>RAFAEL E. BOU PADILLA<br>KENNETH BURGOS CORA<br>NORMA M. CANCEL AYALA<br>DHALIA N. CANCEL NIEVES<br>ELVIN CASIANO BELLO<br>JESUS R. COLLAZO CLAS<br>MILAGROS COLON PEREZ<br>JOSE A. CARABALLO PADILLA<br>SONIA CARABALLO DELGADO<br>NEVADA E. CARRION DIAZ<br>ISMAEL CASTRO NEGRON<br>JULIO CINTRON ESPINELL<br>JAVIER CLAUDIO VELEZ<br>LESLIE CORTES SANCHEZ<br>JORGE IVAN CORA RIVERA<br>CELEDONIO CRESPO SEPULVEDA<br>JUAN R. CRUZ BERRIOS<br>NYDIA CRUZ MONTES<br>HECTOR CRUZ VELAZQUEZ<br>FELIX A. DIAZ BURGOS<br>EDNA L. DIAZ DIAZ<br>AUREA ENCARNACION RIVERA<br>FELIX A. FALCON RIVERA<br>RAYMOND FERGELEC CINTRON<br>ELIA J. FIGEUEROA RIVERA<br>MARIA DE LOS ANGELES FONTANEZ COSME<br>JOSE I. FONTANEZ ORTIZ<br>SONIA FUSTER GONZALEZ<br>RUBEN GARCIA ACEVEDO<br>JORGE L. GARCIA RIVERA<br>GERARDO GARCIA RIVERA<br>RAFAEL GAZTAMBIDE VAZQUEZ<br>MARIO GIERBOLINI RODRIGUEZ<br>JOSE A. GOMEZ RIVERA<br>MARIO GONZALEZ GONZALEZ<br>ANDERSON GONZALEZ CONTRARAS<br>BRENDA L. GONZALEZ DIAZ<br>ROBERTO GONZALEZ<br>JOSE D. GONZALEZ RAMOS<br>DAMARIS GONZALEZ SANTIAGO<br>LUIS O. GONZALEZ SANTIAGO<br>MIRIAM GONZALEZ SANTIAGO<br>SANDRA GREGORY RIVERA | CIVIL CASE NO. K PE2007-4359 (803)<br><br><br><br>IN RE:<br><br>CLAIM FOR WAGES, MERIT-BASED STEP INCREASE APPROVED BY THE BOARD OF DIRECTORS FOR THE YEARS 2005, 2006 AND 2007; DAY OFF BY PROCLAMATION WITH DOUBLE PAY AND WITHOUT CHARGE TO ANY LEAVE, AND CLAIM FOR OVERTIME PAY |

44

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS Doc#:19996-2 Filed:02/02/22 Entered:02/02/22 18:00:13 Desc:
Exhibit P-1 Maria V. Rosario En Page 14 of 19

Civil Case No.. K PE2007-4359 (803) Page 3
Amended Complaint

MARIA DE L. GOMEZ DE JESUS
PEDRO L. HERNANDEZ CONDE
ANTONIO HERNANDEZ MERCADO
LUZ M. HERNANDEZ GONZALEZ
MARIA DE L. IGLESIAS
ANGEL A. IRLANDA ALVARADO
EDWIN E. JIMENEZ BARRETO
MIGUEL A. JORDAN GONZALEZ
HECTOR L. LANDRUA MALDONADO
LUIS IVAN LEBRON ALVARADO
MIGUEL A. LEDESMA SOSA
EDUARDO LOPEZ RIVERA
CARLOS L. LORENZO NIEVES
NIXON LUGO FELICIANO
WILFREDO LOPEZ GONZALEZ
LUIS MIGUEL LOPEZ RODRIGUEZ
LIZETTE LOPEZ LOPEZ
ERMELINDO LUCIANO DEL VALLE
HECTOR I. MAESTRE GONZALEZ
ROSANA MEDINA PERAZA
NOE MARIN RESTO
LUZ E. MARTI CORREA
JOSE MARTIN BELLO
EFREN MOLINA RIVERA
WILNERIS MATEO AVILA
JORGE A. MARTINEZ GONZALEZ
HECTOR RAFAEL MARTINEZ SOLIS
AURELIO MARTINEZ REMEDIOS
MELISSA MARRERO DIAZ
IVONNE MAYSONET RUIZ
DANIEL MERCADO SOTO
DAISY MORALES MILLAN
GLADYS E. MORALEZ MONZON
LUIS R. MATOS ORTIZ
JUAN E. MERCED PEREZ
ERIC MONTALVO PEREZ
SYLVIANNE D. MORALES CRUZ
ALFREDO MORALES MALDONADO
JOAN MORALES NIEVES
JOSE E. MORALES RODRIGUEZ
JUAN R. MORALES RAMIREZ
SANTOS MORAN RUIZ
EDUARDO MUÑIZ ORENGO
LUIS A. MUÑOZ DE JESUS
JOSE A. NAVARRO MOYET
ALFREDO NAZAR TEJADA
CARMEN NIEVES FIGUEROA
CARLOS H. NIEVES PASTRANA
LUIS G. NIEVES RIOS
ELME J. NODAR GAUD CARMEN
ROSA OCASIO ROSARIO
JOSE M. OLIVO OJEDA
AIDA OLMEDA RODRIGUEZ
GASPAR ORENGO AVILES
CARMELO ORTIZ CLEMENTE
VICTOR M. ORTIZ DAVID
JUAN R. ORTIZ CINTRON
JUAN A. ORTIZ MEDERO
JUAN ORTIZ GONZALEZ
EGBERTO ORTIZ POMALES
MIGUEL A. PAGAN ORTIZ

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS Doc#:19996-2 Filed:02/02/22 Entered:02/02/22 18:00:13 Desc:
Exhibit F-1 Maria V. Rosario En Page 15 of 19

Civil Case No.: K PE2007-4359 (803) Page 2
Amended Complaint

AURELIO PAGAN MARRERO
JOSE M. PADILLA MORALES
FELIPE PADILLA VAZQUEZ
ASDRUBAL PASCUAL RODRIGUEZ
DEXTER J. PASSALACQUA MATOS
JOSE PEDRAZA CAMACHO
PIERRE PELET BORDONADA
RICARDO PEREZ ORTEGA
ABRAHAM PORTALATIN RODRIGUEZ
ENID M. QUETELL DELGADO
AIDA QUILES DE JESUS
RAMON E. RAMIREZ NUÑEZ
EDWIN RAMOS CARRASQUILLO
ANTONIO JUAN RAMOS TORRES
HELSONE RAMOS VALLES
MARITZA RESTO CRUZ
VILMA RIVERA COLON
GLORIA A. RIVERA FIGUEROA
ANDRES RIVERA MARTINEZ
AWILDA RIVERA ORTIZ
CARLOS J. RAMOS GONZALEZ
ROBERTO RIVERA BRAÑA
HAYDEE RIVERA GARCIA
ANGEL E. RAMOS GARAU
ALEA N. RIVERA LOPEZ
ALMA I. ROBLES ADORNO
PABLO E. RODRIGUEZ
CARMELO RODRIGUEZ OCASIO
GRISELLE RODRIGUEZ RODRIGUEZ
GERARDO RODRIGUEZ SANTIAGO
WILLIAM JOSE ROIG RODRIGUEZ
MARIA DE LOURDES ROLON RIVERA
HUMBERTO ROSA NUÑEZ
ILIANA ROSADO RODRIGUEZ
MARIA A. ROSADO SOTO
MARIA V. ROSARIO CUEVAS
VIVIAN ROSARIO GUZMAN
JOSE A. ROSARIO DIAZ
JOSE N. ROSARIO PIÑERO
ANTONIO SANTOS MARIN
EDWIN SANTOS ORTIZ
SONIA M. SALINAS
WANDA SALAZAR CARRASQUILLO
RAUL E. SANCHEZ SANTIAGO
LUIS O. SANJURJO NUEZ
ANTONIO R. SANTA RIVERA
MARIA J. SANTIAGO SILVA
RICARDO L. SANTIAGO MIRANDA
RAUL SERRANO MALDONADO
DAHLIA A. SELLES IGLESIAS
JESSICA SIERRA MORALES
MARGARITA SOSA BERRIOS
MEFTALI A. SOTO PADRO
ANA N. TORO LOPEZ
NORA E. TORRES BURGOS
AXEL L. TORRES SERRANO
ANGEL E. TORRES GARAU
EDGAR FELIX TORRES
FERNANDO VALLS FERRERO
SAMUEL VALENTIN VEGA

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS Doc#:19996-2 Filed:02/02/22 Entered:02/02/22 18:00:13 Desc:
Exhibit F-1 Maria V. Rosario En Page 16 of 19

Civil Case No.. K PE2007-4359 (803)
Amended Complaint

Page 3

ANA C. VAZQUEZ MATOS

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

46

Case:17-03283-LTS Doc#:19996-2 Filed:02/02/22 Entered:02/02/22 18:00:13 Desc:
Exhibit F-1 Maria V. Rosario En Page 17 of 19

Civil Case No.. K PE2007-4359 (803) Amended Complaint

Page 4

JOSE VICENTE VAZQUEZ PEÑA
JOSE D. VAZQUEZ RODRIGUEZ
JOSE A. VAZQUEZ FUENTES
SAMUEL VELAZQUEZ ROSARIO
PABLO VELEZ SALDAÑA
JOSE S. VIRELLA ROJAS
ADRIAN E. ZAMOT ROJAS
ISMAEL ZAYAS GONZALEZ
DIANA ZAYAS RAMIREZ
JUAN ALVAREZ ROSA
ALEX A. ANDUJAR CARRERO
MARITZA APONTE MEDINA
FELIPE ARROYO MORET
JAIME BELGODERE MARIETTI
JOSE R. BERRIOS RIVERA
MONICA CARMONA COLON
GILDA CASTILLO SANTIAGO
ROSA G. COLON PANTOJA
LIRIO COLON SANCHEZ
LOURDES M. CUADRADO ARROYO
JOSE L. DAVILA ESTRADA
VICTOR A. DE LA CRUZ CASTELLANO
JORGE L. DIAZ DIAZ
JOSE L. GIRONA MARQUEZ
MIGUEL A. GONZALEZ VARGAS
KAREN E. LOPEZ PEREZ
JOSE A. MALDONADO ORTIZ
NILDA MARCHANY MORALES
IVELISSE MARTINEZ SOTO
RUPERTO MARTINEZ SOTOMAYOR
LUIS F. MATTA DAVILA
JEANNETTE MONTAÑEZ RAMOS
MARIA DEL C. NEGRON GARCIA
SANTOS NEGRON VARGAS
MAYRA NUÑEZ RIOS
CARMEN G. OCASIO FELICIANO
NELLY Y. ORTIZ CESARIO
ANTHONY OTERO SANTANA
SANDRA I. PAGAN RIVERA
IVELISSE PEREZ MIRANDA
HECTOR QUILES DE JESUS
ALBERTO I. QUIROS GOMEZ
NANCY RAMOS RAMIREZ
OLGA RAMPOLLA MARQUEZ
MELVIN N. RENOVALES CRUZ
ALEXA RIOS NEGRON
MARYMER RIVERA MARTINEZ
ANA V. RODRIGUEZ COLON
JORGE R. RODRIGUEZ VAZQUEZ
RAMON M. ROMAN MENDEZ
ANTONIO DIMAS SANCHEZ CRUZ
CARLOS A. SANTALIZ PORRATA
ILIA M. SANTOS LOPEZ
OSVALDO TIRADO NEGRON
DALIA TORRES BERRIOS
ISRAEL TORRES SANTIAGO
IVELISSE VAZQUEZ MERCED
JUAN E. VELEZ ARROYO
ROBERTO VELEZ CINTRON

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**718.384.8040**
**TargemTranslations.com**
**projects@targemtranslations.com**
**185 Clymer St. Brooklyn, NY 11211**

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 173790**

Signed this 22nd day of December 2021



_____
Andreea I. Boscor

