# EXHIBIT I

## IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| COLON MALDONADO, CARMEN G. | 113161 | 7/2/2018 | Commonwealth of Puerto Rico | $5,000.00 |
| **Reason:** *Me tomó tiempo entender los detalles del reclamo. Algunos términos en inglés difíciles de entender. No sabía cómo contestar.* | Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | |

## SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| COLON MALDONADO, CARMEN G. | 113161 | 7/2/2018 | Commonwealth of Puerto Rico | $5,000.00 |
| **Base para:** *Me tomó tiempo entender los detalles del reclamo. Algunos términos en inglés difíciles de entender. No entendía que hacer.* | La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | |

RECEIVED

SEP 29 2021

PRIME CLERK

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**



990123401013756

***CUST PR 1845 SRF 56088 PackID: 169 MMLID: 1839659-P Svc: 374
COLON MALDONADO, CARMEN G.
10 FLAMINGO APARTMENTS
APT.6203
BAYAMON PR 00959

Carmen G. Colón Maldonado
10 Flamingo Apartments
Apt. 6203
Bayamón, P.R. 00959

MEMPHIS TN 380

22 SEP 2021   PM 2   L

**RECEIVED**

SEP 2 9 2021

PRIME CLERK LLC

Prime Clerk, LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

10163-485050