# EXHIBIT J

L-HR-L

**PRIME CLERK LLC**

Prime Clerk LLC
(844) 822-9231·PRClaimsInfo@primeclerk.com

SEP **2 5** 2021

**RECEIVED**

NÚMERO DE EVIDENCIA DE RECLAMACIÓN EN VIRTUD DE LA LEY PROMESA: **168000**
Nombre del Reclamante: **Garcia Santiago, Iris**

**Complete y envíe este formulario hasta el 22 de febrero de 2019 inclusive** por correo electrónico a
PRClaimsInfo@primeclerk.com o por correo postal, entrega en mano o correo con entrega en 24 horas a la siguiente
dirección:

Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto Rico
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Toda la información complementaria que proporcione se adjuntará a su reclamación y aparecerá en el registro oficial de
reclamaciones.

FUNDAMENTO DE LA RECLAMACIÓN:

☐   Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

☐   Empleo actual o anterior en el gobierno de Puerto Rico

X   Otro (describir): ___ RECLAMACIÓN CONTRA KMART DE FAJARDO ___

PARA UNA ACCIÓN LEGAL:

¿Ha comenzado una acción legal? S / N

Si respondió afirmativamente, complete las secciones a continuación. Si la respuesta es No, adjunte un aviso por escrito de su intenc
de presentar una reclamación, junto con el comprobante de correo y la información de contacto del abogado, si está disponible.

Identifique el departamento o agencia que es parte de la acción: _____

_____

Identifique el nombre y la dirección de la corte o agencia donde la acción está pendiente: _____

_____

Número de caso: _____

Título, subtítulo o nombre del caso: _____

Estado del caso (pendiente, en apelación o concluido): _____

¿Tiene un juicio sin pagar? S / N. Si es así, ¿cuál es la fecha y el monto de la sentencia? _____

PARA EL EMPLEO ACTUAL O ANTERIOR:

El organismo o departamento específico en el que trabaja o trabajó: _____

_____

Período específico en el que estuvo, o está empleado en relación con la reclamación: _____

Los últimos cuatro dígitos de su número de seguro social: _____

*[Continúa al dorso]*

Naturaleza de la reclamación relacionada con empleo:

☐  Jubilación                          ☐  Queja con el sindicato

☐  Salarios impagos                    ☐  Acción legal pendiente o cerrada

☐  Días por enfermedad                 ☐  Otro: _____

☐  Vacaciones                          _____

En la medida que posea documentación para respaldar su reclamación, incluya dichos documentos en su respuesta.

*\*Si su acción está relacionada con una acción legal pendiente de resolución o cerrada, indique toda la información y documentación que se solicita en la sección "PARA UNA ACCIÓN LEGAL", arriba.\**

<u>PARA OTRO TIPO DE RECLAMACIÓN:</u>

Describa el fundamento de su reclamación:    ACCIDENTE EN KMART DE FAJARDO_____

_____

En la medida que posea documentación de respaldo de su reclamación, incluya dichos documentos en su respuesta.

Prime Clerk LLC
Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto Rico
850 3rd Avenue, Suite 412
Brooklyn, NY 11232
T: (844) 822-9231
PRClaimsInfo@primeclerk.com

**\*\*\* Se requiere respuesta \*\*\***

23 de enero de 2019

Ref:   Evidencia de reclamación en virtud de la ley PROMESA
En el caso No. 17-03283 del Estado Libre Asociado de Puerto Rico,
Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Estimado/a:

ESTA CARTA SE RELACIONA CON UNA EVIDENCIA DE RECLAMACIÓN QUE PRESENTÓ CONTRA EL GOBIERNO DE PUERTO RICO EN LOS PROCESOS QUE TRAMITAN EN VIRTUD DE LA LEY PROMESA.

LEA ATENTAMENTE ESTA CARTA Y RESPONDA DE ACUERDO CON LAS INSTRUCCIONES QUE SE INCLUYEN A CONTINUACIÓN.

EL NO PRESENTAR UNA RESPUESTA PUEDE RESULTAR EN ACCIÓN LEGAL PARA DESACTIVAR TOTALMENTE O PARCIALMENTE SU RECLAMACIÓN.

Prime Clerk mantiene el registro oficial de reclamaciones del tribunal en los casos al amparo de la ley PROMESA y se comunica con usted en esta oportunidad para obtener información adicional importante sobre su reclamación, registrada bajo el Número de reclamación 168000. Para acceder a su reclamación, visite el sitio web de Prime Clerk: ttps://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Favor de responder a esta carta devolviendo el cuestionario adjunto en inglés o en español **hasta el 22 de febrero de 2019 inclusive,** e indique si su reclamación se refiere a lo siguiente:

(i) una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este; y/o
(ii) su empleo actual o anterior en El Estado Libre Asociado de Puerto Rico u otra división del gobierno de Puerto Rico;

Así mismo, complete el formulario adjunto y proporcione la siguiente información:

PARA LA ACCIÓN LEGAL:

- Proporcione información sobre la acción legal, que incluya lo siguiente:
  - o   el número de caso;
  - o   el nombre y la dirección del tribunal o el organismo;
  - o   el estado del caso, por ejemplo si el caso está pendiente de resolución, en instancia de apelación o concluido;
  - o   si no ha iniciado una acción legal, proporcione una notificación por escrito de su intención de formular una reclamación, junto con la prueba de envío por correo e información de contacto para su abogado, si está disponible.
- Proporcione copia de un escrito presentado en la acción legal, tal como una demanda o una contestación; y
- Si la acción legal está concluida, indique si tiene una sentencia que aún no ha sido pagada y, de ser así, proporcione una copia de la sentencia. Si no posee una copia de la sentencia, indique la fecha y el monto de la sentencia.

PARA EL EMPLEO ACTUAL O ANTERIOR:

- Indique el organismo o departamento específico en el que trabaja o trabajó;
- Háganos saber el período específico en el que estuvo, o está empleado, en relación con la reclamación;
- Indique los últimos cuatro dígitos de su número de seguro social;
- Indique si su reclamación está relacionada con su pensión, con salarios impagos, días por enfermedad, una queja con el sindicato, y/o una acción legal pendiente de resolución o cerrada**; y
- En la medida que posea documentación de respaldo de su reclamación, incluya dichos documentos en su respuesta.

*\*Si su acción está relacionada con una acción legal pendiente de resolución o cerrada, indique toda la información y documentación que se solicita en la sección "PARA UNA ACCIÓN LEGAL", arriba.\**

**Responda a esta carta hasta el 22 de febrero de 2019 inclusive**, con la información y la documentación solicitadas por correo electrónico a PRClaimsInfo@primeclerk.com o por correo postal, entrega en mano o correo con entrega en 24 horas a la siguiente dirección:

> Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto Rico
> c/o Prime Clerk LLC
> 850 3rd Avenue, Suite 412
> Brooklyn, NY 11232

Toda la información complementaria que proporcione se adjuntará a su reclamación y aparecerá en el registro oficial de reclamaciones. Si usted no responde a esta solicitud ni proporciona la información y documentación que respalda su reclamación, los Deudores pueden verse obligados a formular una objeción contra su reclamación.

Si tiene alguna pregunta sobre esta carta o su reclamación, llame al 844-822-9231 o envíe un correo electrónico a PRClaimsInfo@primeclerk.com.

TENGA PRESENTE que Prime Clerk LLC es el agente de reclamaciones y avisos en los casos del gobierno de Puerto Rico, iniciados al amparo del Título III de la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico. Por lo tanto, no podemos proporcionar asesoramiento legal ni financiero.

Muchas gracias.

Prime Clerk



 Gmail

Norma Concepcion <secretaria.nicp@gmail.com>

# RECLAMANTE IRIS GARCÍA SANTIAGO (168000)
1 mensaje

**Norma Concepcion** <secretaria.nicp@gmail.com>
Para: PRClaimsInfo@primeclerk.com

30 de enero de 2019, 09:38

Estimadas personas:

Saludos cordiales.

Se adjunta formulario requerido con documentos cumplementarios.

Favor de confirmar el recibo del presente correo electrónico.

En espera de su pronta atención a este asunto, quedo.

Cordialmente,

Norma I. Concepción Peña
Urbanización Baralt
G-19 Avenida Principal
Fajardo, Puerto Rico 00738
Tel/Fax: (787) 860-6446
E-mail: lcdanormaconcepcion@gmail.com

NOTA DE CONFIDENCIALIDAD: La información contenida en este correo electrónico puede ser privilegiada, confidencial y protegida relacionada a asuntos de la **Oficina de la Lcda. Norma I. Concepción Peña**. Si usted no es la persona a la cual está dirigido el presente correo electrónico, se le notifica que cualquier difusión, distribución o duplicación de esta comunicación está estrictamente prohibida. Si ha recibido esta comunicación por error, notifique inmediatamente a la Oficina de la Lcda. Norma I. Concepción Peña, al número telefónico (787) 860-6446, y elimine todos los documentos recibidos y/o impresos, incluyendo el presente correo electrónico de su ordenador de datos.

 Virus-free. www.avast.com

---

**2 archivos adjuntos**

📄 **FORMULARIO RECLAMACIÓN PARA PRIME CLERK LLC.pdf**
480K

📄 **CARTA RECLAMACIÓN.pdf**
1335K

Lcda. Norma I. Concepción Peña
Abogada - Notario

Urbanización Baralt
Avenida Principal G-19
Fajardo, Puerto Rico 00738

Teléfonos:          (787) 860-6446
                            672-9206
Telecopiadora:     (787) 860-6446
E-mail:  nconcepcion@libertypr.net

16 de septiembre de 2021

**PRIME CLERK INQUIRIES**
**PRIME CLERK**
**830 THIRD AVE, 9TH FLOOR**
**NEW YORK, NY 10022**
**(prclaimsinfo@primeclerk.com)**

## RE:   RECLAMACIÓN 168000, IRIS GARCÍA SANTIAGO

**Estimadas personas:**

Acuso recibo de su reciente comunicación indicando que nuestro reclamo está incluído en la lista en donde uno o más deudores solicitan que sea rechazado debido a que la evidencia de reclamo no se presentó dentro de los plazos estipulados, indicando que se presentó el reclamo después de la fecha límite aplicable fijada por la Resolución de fechas límites.

En el caso que nos ocupa se enviaron dos (2) Proof of Claim, ambas dentro de las fechas establecidas para la reclamación. En el presente caso se recibió una primera carta con fecha del 23 de enero de 2019, en donde se requerida contestar un cuestionario en o antes del 22 de febrero de 2019. Esta carta fue contestada remitiendo el cuestionario contestado y se envió el Proof of Claim con fecha del 30 de enero de 2019, reciendo un correo de confirmación como recibido el día 6 de febrero de 2019.

A su vez, se recibió un segundo requerimiento solicitando que se remitiera un segundo Proof of Claim en o antes del 10 de abril de 2019. El segundo Proof of

Claim fue remitido a ustedes el 11 de marzo de 2019, o sea, antes de la fecha establecida para ello.

Agradeceré verifique el expediente y tome determinación a favor de nuestra reclamante.

Esperando su especial y pronta atención a este asunto, quedo.

Cordialmente,

**NORMA I. CONCEPCIÓN PEÑA**
RÚA Número: 9528 / Colegiada Número: 10,806

 Gmail

Norma Concepcion <secretaria.nicp@gmail.com>

# RE: RECLAMANTE IRIS GARCÍA SANTIAGO (168000)

1 mensaje

**PR Claims Info** <prclaimsinfo@primeclerk.com>                                   6 de febrero de 2019, 15:38
Para: "secretaria.nicp@gmail.com" <secretaria.nicp@gmail.com>

Thank you for contacting Prime Clerk, the Claims and Noticing agent appointed in the Title III cases of the Commonwealth of Puerto Rico and the affiliated Debtors.

Please allow this email to confirm that we have received your form and any supporting documentation, and will process same accordingly.

Regards,

Prime Clerk Inquiries
Prime Clerk
830 Third Avenue, 9th Floor
New York, NY 10022
primeclerk.com
*The highest level of professionalism, innovation and transparency in bankruptcy administration.*
*For more information click here: http://primeclerk.com/raising-the-bar/* 🐦 in

-------------- Original Message ---------------
**From:** Norma Concepcion [secretaria.nicp@gmail.com]
**Sent:** 1/30/2019 8:38 AM
**To:** prclaimsinfo@primeclerk.com
**Subject:** RECLAMANTE IRIS GARCÍA SANTIAGO (168000)

Estimadas personas:

Saludos cordiales.

Se adjunta formulario  requerido con documentos cumplementarios.

Favor de confirmar el recibo del presente correo electrónico.

En espera de su pronta atención a este asunto, quedo.

Cordialmente,

Norma I. Concepción Peña
Urbanización Baralt
G-19 Avenida Principal
Fajardo, Puerto Rico 00738
Tel/Fax: (787) 860-6446
E-mail: lcdanormaconcepcion@gmail.com

NOTA DE CONFIDENCIALIDAD: La información contenida en este correo electrónico puede ser privilegiada, confidencial y protegida relacionada a asuntos de la **Oficina de la Lcda. Norma I. Concepción Peña**. Si usted no es la persona a la cual está dirigido el presente correo electrónico, se le notifica que cualquier difusión, distribución o duplicación de esta comunicación está estrictamente prohibida. Si ha recibido esta comunicación por error, notifique inmediatamente a la Oficina de la Lcda. Norma I. Concepción Peña, al número telefónico (787) 860-6446, y elimine todos los documentos recibidos y/o impresos, incluyendo el presente correo electrónico de su ordenador de datos.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| **Part 1 / Parte 1** | **Identify the Claim / Identificar la reclamación** |
|---|---|

1. **Who is the current creditor?**

   **¿Quién es el acreedor actual?**

   IRIS GARCÍA SANTIAGO

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No

☐ Yes. From whom?
Sí. ¿De quién? _____

---

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? |
|---|---|
| ¿A dónde deberían enviarse las notificaciones al acreedor? | (if different) |
| | ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente) |
| LCDA. NORMA I. CONCEPCIÓN PEÑA | LCDA. NORMA I. CONCEPCIÓN PEÑA |
| Name / Nombre | Name / Nombre |
| URB. BARALT, G-19 AVE. PRINCIPAL | URB. BARALT, G-19 AVE. PRINCIPAL |
| Number / Número    Street / Calle | Number / Número    Street / Calle |
| FAJARDO, PUERTO RICO 00738 | FAJARDO, PUERTO RICO 00738 |
| City / Ciudad   State / Estado   ZIP Code / Código postal | City / Ciudad   State / Estado   ZIP Code / Código postal |
| 787-860-6446 / 787-860-9333 | 787-860-6446 / 787-860-9333 |
| Contact phone / Teléfono de contacto | Contact phone / Teléfono de contacto |
| lcdanormaconcepcion@gmail.com | lcdanormaconcepcion@gmail.com |
| Contact email / Correo electrónico de contacto | Contact email / Correo electrónico de contacto |

---

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No

☐ Yes.  Claim number on court claims registry (if known)
Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

---

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No

☐ Yes. Who made the earlier filing?
Sí.  ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2:**

**Give Information About the Claim as of the Petition Date**

**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

---

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☒ No / No

☐ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

_____

---

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No

☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

---

Modified Official Form 410

8. How much is the claim?        $ __75,000.00__ . Does this amount include interest or other charges?

¿Cuál es el importe de la reclamación?

¿Este importe incluye intereses u otros cargos?

☒ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

9. What is the basis of the claim?

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

___DAÑOS Y PERJUICIOS CONTRA KMART PR___

10. Is all or part of the claim secured?

¿La reclamación está garantizada de manera total o parcial?

☒ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

**Value of property / Valor del bien:** $_____

**Amount of the claim that is secured /**
**Importe de la reclamación que está garantizado:** $_____

**Amount of the claim that is unsecured /**
**Importe de la reclamación que no está garantizado:** $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $_____

**Annual Interest Rate** (on the Petition Date)
**Tasa de interés anual** (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

11. Is this claim based on a lease?

¿Esta reclamación está basada en un arrendamiento?

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____

Modified Official Form 410

| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br><br>☒ Yes. Identify the property /<br>Sí. Identifique el bien: _____ POR DAÑOS _____ |
|---|---|
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.     $ _____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☐ I am the creditor. / Soy el acreedor.

☒ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el ___04/12/2018___ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name       LCDA. NORMA I. CONCEPCIÓN PEÑA
           First name / Primer nombre       Middle name / Segundo nombre       Last name / Apellido

Title / Cargo   ABOGADA ACREEDORA

Company / Compañía   SERVICIOS LEGALES OFIC. PRIVADA
           Identify the corporate servicer as the company if the authorized agent is a servicer.
           Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección   URB. BARALT, G-19 AVE. PRINCIPAL
           Number / Número       Street / Calle

           FAJARDO                          PR              00738
           City / Ciudad                    State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto ___787-860-6446___   Email / Correo electrónico lcdanormaconcepcion@gmail.

Modified Official Form 410

Claim Forms may be electronically submitted via www.prc.epiqsystems.com/epoc-index
https://epiq-sears.com/sears/EPOC-Index

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

## Fill in this information to identify the case (Select only one Debtor per claim form):

| | | | | |
|---|---|---|---|---|
| Sears Holdings Corporation (18-23538) | Kmart Corporation (18-23549) | Sears, Roebuck de Puerto Rico, Inc. (18-23561) | MyGofer LLC (18-23573) | Kmart.com LLC (18-23585) |
| Sears, Roebuck and Co. (18-23537) | MaxServ, Inc. (18-23550) | SYW Relay LLC (18-23562) | Sears Brands Business Unit Corporation (18-23574) | Sears Brands Management Corporation (18-23586) |
| Kmart Holding Corporation (18-23539) | Private Brands, Ltd. (18-23551) | Wally Labs LLC (18-23563) | Sears Holdings Publishing Company, LLC (18-23575) | SHC Licensed Business LLC (18-23616) |
| X Kmart Operations LLC (18-23540) | Sears Development Co. (18-23552) | Big Beaver of Florida Development, LLC (18-23564) | Kmart of Michigan, Inc. (18-23576) | SHC Promotions LLC (18-23630) |
| Sears Operations LLC (18-23541) | Sears Holdings Management Corporation (18-23553) | California Builder Appliances, Inc. (18-23565) | SHC Desert Springs, LLC (18-23577) | SRe Holding Corporation (19-22301) |
| ServiceLive, Inc. (18-23542) | Sears Home & Business Franchises, Inc. (18-23554) | Florida Builder Appliances, Inc. (18-23566) | SOE, Inc. (18-23578) | MMLID: 4788455 |
| A&E Factory Service, LLC (18-23543) | Sears Home Improvement Products, Inc. (18-23555) | KBL Holding Inc. (18-23567) | StarWest, LLC (18-23579) | |
| A&E Home Delivery, LLC (18-23544) | Sears Insurance Services, L.L.C. (18-23556) | KLC, Inc. (18-23568) | STI Merchandising, Inc. (18-23580) | |
| A&E Lawn & Garden, LLC (18-23545) | Sears Procurement Services, Inc. (18-23557) | Sears Protection Company (Florida), L.L.C. (18-23569) | Troy Coolidge No. 13, LLC (18-23581) | |
| A&E Signature Service, LLC (18-23546) | Sears Protection Company (18-23558) | Kmart of Washington LLC (18-23570) | BlueLight.com, Inc. (18-23582) | |
| FBA Holdings Inc. (18-23547) | Sears Protection Company (PR) Inc. (18-23559) | Kmart Stores of Illinois LLC (18-23571) | Sears Brands, L.L.C. (18-23583) | |
| Innovel Solutions, Inc. (18-23548) | Sears Roebuck Acceptance Corp. (18-23560) | Kmart Stores of Texas LLC (18-23572) | Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:   Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | Garcia Santiago, Iris | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor _____ | |
| 2. Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? _____ | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br>Garcia Santiago, Iris<br>Norma Concepcion Pena<br>Urb. Baralt<br>G19 Avenida Principal<br>Fajardo PR 00738<br><br>Contact phone 787-860-6446 / 860-9333<br>Contact email lcdanormaconcepcion@gmail.com | Where should payments to the creditor be sent? (if different)<br><br><br><br><br><br>Contact phone _____<br>Contact email _____ |
| 4. Does this claim amend one already filed? | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____ | Filed on _____<br>MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes. Who made the earlier filing? _____ | |

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☒ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $ _75,000.00_____

**Does this amount include interest or other charges?**

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☒ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes. *Check one:*

|  |  | Amount entitled to priority |
|---|---|---|
| ☐ | Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ | Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ | Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ | Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ | Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ | Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☒ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**   $_____

---

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   03-08-2019   (mm/dd/yyyy)

Signature

Print the name of the person who is completing and signing this claim:
Name of the person who is completing and signing this claim:

| Name | NORMA I. CONCEPCIÓN PEÑA |
|---|---|
|  | First name        Middle name        Last name |
| Title | Creditor's attorney |
| Company | Law Offices |
|  | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | Urb. Baralt, G-19 Avenida Principal |
|  | Number    Street |
|  | Fajardo                    PR        00738 |
|  | City                        State      ZIP Code |
| Contact phone | 787-860-6446/860-9333       Email   lcdanormaconcepcion@gmail.com |

Ticket
## [EXTERNAL] IRIS GARCÍA SANTIAGO (168000)

+ Follow      CloneTicket

| Status | Ticket Number | Company Name | Contact Name | Contact Phone | Ticket Owner |
|---|---|---|---|---|---|
| Pending | 00947254 | PR Claims In... | Concepcion Nor... | onas: Sal (t... | Document Uploads |

### **Ticket Details**                                                    ▼

Contact Name
Concepcion Norma (/lightning/r/0031N000023TXPcQAO/view)                    ✎

Ticket Owner
Document Uploads                                                          ✎

Status
Pending                                                                   ✎

Workflow
Pending Document Upload                                                   ✎

Inquiry Constituency                                                      ✎

Escalation Level
(6) Excluded from Call Log                                                ✎

Parent Ticket ⓘ
00944190 (/lightning/r/5003I00001Fx2s1AAB/view)                          ✎

Cloned ⓘ                                                                  ✎

Subject
[EXTERNAL] IRIS GARCÍA SANTIAGO (168000)                                  ✎

Description
Estimadas personas:                                                       ✎

Saludos cordiales.

Se adjunta comunicación sobre asunto de referencia.

En espera de su pronta atención a este asunto, quedo.

Cordialmente,

Norma I. Concepción Peña
Urbanización Baralt
G-19 Avenida Principal
Fajardo, Puerto Rico 00738
Tel/Fax: (787) 860-6446 / (787) 860-9333
E-mail: lcdanormaconcepcion@gmail.com (mailto:lcdanormaconcepcion@gmail.com)<mailto:lcdanormaconcepcion@gmail.com (mailto:lcdanormaconcepcion@gmail.com)>

Favor de confirmar el recibo del presente correo electrónico.
NOTA DE CONFIDENCIALIDAD: La información contenida en este correo electrónico puede ser privilegiada, confidencial y protegida relacionada a asuntos de la Oficina de la Lcda. Norma I. Concepción Peña. Si usted no es la persona a la cual está dirigido el presente correo electrónico, se le notifica que cualquier difusión, distribución o duplicación de esta comunicación está estrictamente prohibida. Si ha recibido esta comunicación por error, notifique inmediatamente a la Oficina de la Lcda. Norma I. Concepción Peña, al número telefónico (787) 860-6446 / (787)860-9333, y elimine todos los documentos recibidos y/o impresos, incluyendo el presente correo electrónico de su ordenador de datos. This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and

ⓘ History    📝 Notes    ⏩ Macros    ◯ Omni-Channel (Offline)

certain legal entity disclaimers, available at https://www.kroll.com/disclosure (https://www.kroll.com/disclosure). Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy (https://www.kroll.com/en/privacy-policy).

Inquiry Description                                                                                                    ✏

## Related

### Related Tickets (0) (/lightning/r/Case/5003l00001FxMcXAAV/related/Cases/view)                                  ▾

### Emails (1) (/lightning/r/Case/5003l00001FxMcXAAV/related/EmailMessages/view)                                   ▾

[EXTERNAL] IRIS GARCÍA SANTIAGO (168000) (/lightning/r/02s3l00001HVB2aAAH/view) ▾

| | |
|---|---|
| From Address: | prclaimsinfo@primeclerk.com (mailto:prclaimsinfo@primeclerk.com) |
| To Address: | secretaria.nicp@gmail.com |
| Message Date: | 9/25/2021, 10:50 AM |

View All
(/lightning/r/Case/5003l00001FxMcXAAV/related/EmailMessages/view)

### Ticket Comments (0) (/lightning/r/Case/5003l00001FxMcXAAV/related/CaseComments/view)                         ▾

### Ticket History (3+) (/lightning/r/5003l00001FxMcXAAV/related/Histories/view)                                   ▾

| | |
|---|---|
| Date: | 9/25/2021, 10:50 AM |
| Field: | Status |
| User: | Tiffany Reynoso (/lightning/r/0053l00000HXjLxAAL/view) |
| Original Value: | New |
| New Value: | Pending |
| | |
| Date: | 9/25/2021, 10:50 AM |
| Field: | Description |
| User: | Tiffany Reynoso (/lightning/r/0053l00000HXjLxAAL/view) |
| Original Value: | |
| New Value: | |
| | |
| Date: | 9/25/2021, 10:50 AM |
| Field: | Ticket Owner |
| User: | Tiffany Reynoso (/lightning/r/0053l00000HXjLxAAL/view) |
| Original Value: | Tiffany Reynoso |
| New Value: | Document Uploads |

View All
(/lightning/r/Case/5003l00001FxMcXAAV/related/Histories/view)

### Articles (0) (/lightning/r/Case/5003l00001FxMcXAAV/related/CaseArticles/view)                                ▾

### Files (0) (/lightning/r/Case/5003l00001FxMcXAAV/related/AttachedContentDocuments/view)                       ▾

⬆ Upload Files

🕐 History      📑 Notes      » Macros      ○ Omni-Channel (Offline)



**Open Activities (0) (/lightning/r/Case/5003I00001FxMcXAAV/related/OpenActivities/view)**

**Activity History (1) (/lightning/r/Case/5003I00001FxMcXAAV/related/ActivityHistories/view)**

Email: [EXTERNAL] IRIS GARCÍA SANTIAGO (168000) (/lightning/r/02s3I00001HVB2aAAH/view) ▾
Name:
Task:
Due Date:                 9/25/2021

View All

(/lightning/r/Case/5003I00001FxMcXAAV/related/ActivityHistories/view)

**Attachments (3+) (/lightning/r/Case/5003I00001FxMcXAAV/related/CombinedAttachments/view)**

CARTA PRIME CLERK 16 SEPT 2021.pdf
Sep 25, 2021 • Attachment

ANEJO SOBRE CONTESTACION CUESTIONARIO.pdf
Sep 25, 2021 • Attachment

EVIDENCIA RECIBO DE CORREO ENVIADO EL 30 DE ENERO 2019.pdf
Sep 25, 2021 • Attachment

View All

(/lightning/r/Case/5003I00001FxMcXAAV/related/CombinedAttachments/view)

**Feed**    Details

Post    Email    Internal Comment    Change Status    Close the Case    Change Priority

Share an update…                                                            Share

Most Recent Activity ▾                        🔍 Search this feed…          ⯮  ⟳

**All Updates**    Emails    Text Posts    Status Changes

⟳

**Tiffany Reynoso (/lightning/r/0053I00000...**   September 25, 2021 at 10:50 AM (/lightning/r/0D53I00...   ▾
(/lightning/r/0053I00000HXjLxAAL/vi...w)Ticket updated

Workflow: A blank value to Pending Document Upload

💬 Comment

**Tiffany Reynoso (/lightning/r/0053I00000...**   September 25, 2021 at 10:50 AM (/lightning/r/0D53I0...   ▾
(/lightning/r/0053I00000HXjLxAAL/vi...w)Ticket updated

Ticket Owner: Tiffany Reynoso to Document Uploads

💬 Comment

**Tiffany Reynoso (/lightning/r/0053I00000...**   September 25, 2021 at 10:50 AM (/lightning/r/0D53I00...   ▾
🕐 History ▾  Note:lightning/r/0053I00000HXjLxAAL/vi..(Channel: Offline) updated

Status: New to Pending

🗨 Comment

---

**Tiffany Reynoso (/lightning/r/0053l00000...** September 25, 2021 at 10:50 AM (/lightning/r/0D53l0... ▼
(/lightning/r/0053l00000HXjLxAAL/vi…▼) Ticket created

Subject: [EXTERNAL] IRIS GARCÍA SANTIAGO (168000)
Status: New
Ticket Number: 00947254
Company Name: PR Claims Info
Contact Name: Concepcion Norma
Contact Phone: onas: Sal
Ticket Owner: Tiffany Reynoso

🗨 Comment

---

**Tiffany Reynoso (/lightning/r/0053l00000...** September 25, 2021 at 10:50 AM (/lightning/r/0D53l00... ▼
(/lightning/r/0053l00000HXjLxAAL/vi…▼) To: secretaria.nicp ⓘ

Estimadas personas:

Saludos cordiales.

Se adjunta comunicación sobre asunto de referencia.

En espera de su pronta atención a este asunto, quedo.

Cordialmente,

Norma I. Concepción Peña
Urbanización Baralt
G-19 Avenida Principal
Fajardo, Puerto Rico 00738
Tel/Fax: (787) 860-6446 / (787) 860-9333
E-mail: lcdanormaconcepcion@gmail.com<mailto:lcdanormaconcepcion@gmail.com>

Favor de confirmar el recibo del presente correo electrónico.
NOTA DE CONFIDENCIALIDAD: La información contenida en este correo electrónico puede ser privilegiada, confidencial y protegida
relacionada a asuntos de la Oficina de la Lcda. Norma I. Concepción Peña. Si usted no es la persona a la cual está dirigido el presente correo
electrónico, se le notifica que cualquier difusión, distribución o duplicación de esta comunicación está estrictamente prohibida. Si ha recibido
esta comunicación por error, notifique inmediatamente a la Oficina de la Lcda. Norma I. Concepción Peña, al número telefónico (787) 860-
6446 / (787)860-9333, y elimine todos los documentos recibidos y/o impresos, incluyendo el presente correo electrónico de su ordenador de
datos.
This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and
certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at
https://www.kroll.com/en/privacy-policy.

📄 ANEJO SOBRE CO…   📄 CARTA PRIME CLE…   📄 EVIDENCIA RECIB…   📄 proof of claim IRIS…   📄 SEGUNDO PROOF…

↩ Reply      ↩ Reply All      → Forward      🗨 Comment

---

🕐 History      📋 Notes      ≫ Macros      ◯ Omni-Channel (Offline)