# EXHIBIT J-1

L-HR-U

**PRIME CLERK LLC**

Prime Clerk LLC
(844) 822-9231   PRClaimsInfo@primeclerk.com

SEP **2 5** 2021

RECEIVED

PROOF OF CLAIM NUMBER UNDER PROMESA: **168000**
Claimant's Name:  **Garcia Santiago, Iris**

**Please send the completed form by February 22, 2019**, via email to PRClaimsInfo@primeclerk.com,
or by mail, hand delivery, or overnight mail to the following address:

> Commonwealth of Puerto Rico Supplemental Information Processing Center
> 850 3rd Avenue, Suite 412
> Brooklyn, NY 11232

Any additional information you may provide will be attached to your claim and will appear in the official
claims register.

BASIS FOR YOUR CLAIM:

- ☐   A pending or closed legal action with or against the government of Puerto Rico
- ☐   Current or former employment with the Government of Puerto Rico
- ☑   Other (please describe):   CLAIM AGAINST THE KMART IN FAJARDO

FOR A LEGAL ACTION

Have you initiated a legal action?  Y / N

If the answer is yes, please fill out the sections below. If the answer is No, attach a written notice of your
intent to file a claim, along with proof of mailing and contact information for your attorney, if available.

Identify the department or agency that is a party to the action:_____

Identify the name and address of the court or agency where the action is pending: _____

Case Number:_____

Title, Caption, or Name of Case:_____

Status of the Case (pending, on appeal, or concluded):_____

Do you have an unpaid judgment? Yes  /  No.  If yes, what is the date and amount of the judgment?

FOR CURRENT OR PRIOR EMPLOYMENT:

Specific agency or department where you were or are employed: _____

Specific period of prior or present employment related to your claim: _____

Last four digits of your social security number:_____

*[continues on back]*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Nature of your employment claim:

☐ Retirement                          ☐ Union Grievance

☐ Unpaid Wages                        ☐ Pending or closed legal action

☐ Sick Days                           ☐ Other: _____

☐ Vacation                            _____

The amount of your claim: _____

To the extent you have documentation to support your claim, please include such documents with your response.

**If your action relates to a pending or closed legal action, indicate all the information and documentation requested in the section "FOR A LEGAL ACTION" above.***

FOR OTHER TYPES OF CLAIMS:

Describe the basis for your claim: _____ ACCIDENT AT THE KMART IN FAJARDO _____

_____

To the extent you have documentation to support your claim, please include such documents with your response.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

L-HR-l

Prime Clerk LLC
Commonwealth of Puerto Rico Supplemental Information Processing Center
850 3rd Avenue, Suite 412
Brooklyn, NY 11232
T: (844) 822-9231
PRClaimsInfo@primeclerk.com

**\*\*\* Response Required \*\*\***

January 23, 2019

Ref:   PROMESA Proof of Claim
       In re Commonwealth of Puerto Rico, Case No. 17-03283
       United States District Court for the District of Puerto Rico

Dear Sir or Madam:

THIS LETTER RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE GOVERNMENT
OF PUERTO RICO IN THE PROCEEDINGS UNDER THE PROMESA ACT.

PLEASE READ THIS LETTER CAREFULLY AND RESPOND IN ACCORDANCE WITH THE
INSTRUCTIONS BELOW.

FAILURE TO RESPOND MAY RESULT IN THE DEBTORS TAKING LEGAL ACTION TO FULLY
OR PARTIALLY DISALLOW YOUR CLAIM.

Prime Clerk maintains the court's official claims register in the PROMESA Cases and is reaching out to
you at this time to obtain important additional information about your claim, logged under Claim Number
168000. You may access your claim by visiting Prime Clerk's website at:
https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Please respond to this letter on or before **February 22, 2019, inclusive,** by returning the enclosed
questionnaire, either in English or Spanish, indicating whether your claim relates to the following:

   (i)   a pending or closed legal action with or against the government of Puerto Rico; and/or
   (ii)  current or former employment with the Commonwealth of Puerto Rico or any other subdivision o
         the government of Puerto Rico.

Likewise, please complete the attach form and provide the following information:

FOR A LEGAL ACTION:
   - Provide information about the legal action, including the following:
       o  Case number;
       o  Name and address of the court or agency;
       o  Status of the case (i.e., pending, on appeal, or concluded);
       o  If you have not yet filed a legal action, please provide written notice of your intent to file
          a claim, along with proof of mailing and contact information for your attorney, if
          available.
   - Provide a copy of any brief submitted in the legal action, such as a complaint or a response; and
   - If the legal action has concluded, indicate whether there is a judgment still pending payment and
     if so, provide a copy of the judgment. If you do not have a copy of the judgment, indicate the date
     and amount of the judgment.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

FOR CURRENT OR PRIOR EMPLOYMENT:

- Indicate the specific agency or department where you were or are employed;
- Let us know the specific period of prior or present employment related to your claim;
- Indicate the last four digits of your social security number;
- Indicate whether your claim is related to your retirement, unpaid wages, sick days, a union grievance, and/or a pending or closed legal action\*\*; and
- To the extent you have documentation to support your claim, please include such documents with your response.

*\*\*If your action relates to a pending or closed legal action, indicate all the information and documentation requested in the section "FOR A LEGAL ACTION" above.\*\**

**<u>Please respond to this letter on or before February 22, 2019</u>**, with the requested information and documentation via email PRClaimsinfo@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

> Commonwealth of Puerto Rico Supplemental Information Processing Center
> c/o Prime Clerk LLC
> 850 3rd Avenue, Suite 412
> Brooklyn, NY 11232

Any supplemental information you provide will be attached to your claim and will appear in the official claims register. If you fail to respond to this request or fail to provide the necessary information and documentation in support of your claim, the debtors may be forced to file an objection against your claim.

If you have any questions about this letter or your claim, please call 844-822-9231 or send an email to PRClaimsinfo@primeclerk.com.

PLEASE NOTE that Prime Clerk, LLC, is the claims and noticing agent in the government of Puerto Rico cases initiated under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act, and therefore, cannot provide legal or financial advice.

Thank you.

Prime Clerk

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

1/30/2019                          Gmail – CLAIMANT IRIS GARCIA SANTIAGO (168000)

 Gmail

Norma Concepcion <secretaria.nicp@gmail.com>

---

# CLAIMANT IRIS GARCIA SANTIAGO (168000)
1 Message

---

**Norma Concepcion** <secretaria.nicp@gmail.com>                          January 30, 2019, 09:38
To: PRClaimsInfo@primeclerk.com

Dear all:

Cordial greetings.

Please find attached the required form along with supplemental documents.

Please confirm receipt of this e-mail.

Looking forward to your prompt attention to this matter.

Cordially,

Norma I. Concepción Peña
Urbanización Baralt
G-19 Avenida Principal
Fajardo, Puerto Rico 00738
Tel/Fax: (787) 860-6446
E-mail: lcdanormaconcepcion@gmail.com

[Standard email confidentiality disclaimer]

 Virus-free. www.avast.com

---

**2 Files attached**

📄 **FORMULARIO RECLAMACIÓN PARA PRIME CLERK LLC.pdf**
480K

📄 **CARTA RECLAMACIÓN.pdf**
1335K

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Lcda. Norma I. Concepción Peña**
Attorney - Notary

Urbanización Baralt
Avenida Principal G-19
Fajardo, Puerto Rico 00738

Telephones:
(787) 860-6446
672-9206
Telecopier:
(787) 860-6446
E-mail: nconcepcion@libertypr.net

September 16, 2021

**PRIME CLERK INQUIRIES**
**PRIME CLERK**
**830 THIRD AVENUE, 9TH FLOOR**
**NEW YORK, NY 10022**
**(prclaimsinfo@primeclerk.com)**

**RE:   CLAIM 168000, IRIS GARCIA SANTIAGO**

**Dear all,**

I acknowledge receipt of your recent letter indicating that our claim is included in the list of claims that one or more debtors are requesting to be rejected due to the fact that the proof of claim was not submitted within the stipulated timeframe, indicating that the claim was submitted after the deadline established by the Bar Date Order.

In the case at hand, we sent two (2) Proofs of Claim, both within the deadlines established for the claim. In this case, we received a first letter dated January 23, 2019, requiring us to answer a questionnaire by February 22, 2019. This letter was answered, and the questionnaire was submitted along with the Proof of Claim on January 30, 2019, and we received a letter confirming receipt on February 6, 2019.

In turn, we received a second request asking us to send a second Proof of Claim by April 10, 2019. The second Proof of Claim was sent to you on March 11, 2019, that is, before the deadline established for that purpose.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

I would appreciate it if you could check the case file and make a determination in favor of our claimant.

I look forward to your special and prompt attention to this matter.

Cordially,

**NORMA I. CONCEPCIÓN PEÑA**
**National Attorney Registry No.: 9528**
**Bar Association No.: 10,806**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[illegible]/2019 Gmail - CLAIMANT IRIS GARCIA SANTIAGO (168000)

 **Gmail** Norma Concepcion <secretaria.nicp@gmail.com>

---

## CLAIMANT IRIS GARCIA SANTIAGO (168000)

1 Message

---

**PR Claims Info** <prclaimsinfo@primeclerk.com>                    February 6, 2019, 15:38
To: "secretaria.nicp@gmail.com" <secretaria.nicp@gmail.com>

Thank you for contacting Prime Clerk, the Claims and Noticing agent appointed in the Title III cases of the Commonwealth of Puerto Rico and the affiliated Debtors.

Please allow this email to confirm that we have received your form and any supporting documentation, and will process same accordingly.

Regards,

Prime Clerk Inquiries
Prime Clerk
830 Third Avenue, 9th Floor
New York, NY 10022
primeclerk.com
*The highest level of professionalism, innovation and transparency in bankruptcy administration.*
*For more information click here: http://primeclerk.com/raising-the-bar/* 🐦 in



-------------- Original Message --------------
**From:** Norma Concepcion [secretaria.nicp@gmail.com]
**Sent:** 1/30/2019 8:38 AM
**To:** prclaimsinfo@primeclerk.com
**Subject:** CLAIMANT IRIS GARCIA SANTIAGO (168000)

Dear all,

Please find attached the required form along with supplemental documents.

Please confirm receipt of this e-mail.

Looking forward to your prompt attention to this matter.

Cordially,

Norma I. Concepción Peña
Urbanización Baralt
G-19 Avenida Principal
Fajardo, Puerto Rico 00738
Tel/Fax: (787) 860-6446
E-mail: lcdanormaconcepcion@gmail.com

[Standard email confidentiality disclaimer]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | | |
|---|---|---|
| ❑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ❑ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ❑ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ❑ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ❑ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503 (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

¿Quién es el acreedor actual?

IRIS GARCÍA SANTIAGO

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor _____
Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**2.** Has this claim been acquired from someone else?

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No

☐ Yes. From whom?
Sí. ¿De quién? _____

**3.** Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

| Where should notices to the creditor be sent? ¿A dónde deberían enviarse las notificaciones al acreedor? | Where should payments to the creditor be sent? (If different) ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente) |
|---|---|
| NORMA I. CONCEPCIÓN PEÑA, ESQ. | NORMA I. CONCEPCIÓN PEÑA, ESQ. |
| Name / Nombre | Name / Nombre |
| URB. BARALT, G-19 AVE. PRINCIPAL | URB. BARALT, G-19 AVE. PRINCIPAL |
| Number / Número   Street / Calle | Number / Número   Street / Calle |
| FAJARDO, PUERTO RICO 00738 | FAJARDO, PUERTO RICO 00738 |
| City / Ciudad   State / Estado   ZIP Code / Código postal | City / Ciudad   State / Estado   ZIP Code / Código postal |
| 787-860-6446 / 787-860-9333 | 787-860-6446 / 787-860-9333 |
| Contact phone / Teléfono de contacto | Contact phone / Teléfono de contacto |
| lcdanormaconcepcion@gmail.com | lcdanormaconcepcion@gmail.com |
| Contact email / Correo electrónico de contacto | Contact email / Correo electrónico de contacto |

**4.** Does this claim amend one already filed?

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No

☐ Yes. Claim number on court claims registry (if known)
Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)

Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

**5.** Do you know if anyone else has filed a proof of claim for this claim?

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No

☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior? _____

---

**Part 2 / Parte 2:**     Give Information About the Claim as of the Petition Date

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6.** Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☒ No / No

☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

**7.** Do you supply goods and / or services to the government?

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No

☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

Modified Official Form 410

| | |
|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ __75,000.00__<br><br>Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☒ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br><u>DAMAGES AGAINST KMART PR</u> |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ☒ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>Nature of property / Naturaleza del bien:<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>Basis for perfection / Fundamento de la realización de pasos adicionales: _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención).<br><br>Value of property / Valor del bien: $ _____<br>Amount of the claim that is secured /<br>Importe de la reclamación que está garantizado: $ _____<br><br>Amount of the claim that is unsecured /<br>Importe de la reclamación que no está garantizado: $ _____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>Amount necessary to cure any default as of the Petition Date /<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ _____<br><br>Annual Interest Rate (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso) _____%<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ☒ No / No<br><br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____ |

Modified Official Form 410

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br><br>☒ Yes. Identify the property / Sí. Identifique el bien: ___ FOR DAMAGES ___ |
|---|---|
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.  $ ___<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).<br><br>Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma. | Check the appropriate box / Marque la casilla correspondiente:<br><br>☐ I am the creditor. / Soy el acreedor.<br>☒ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.<br><br>I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.<br><br>Executed on date / Ejecutado el  04/12/2018  (MM/DD/YYYY) / (DD/MM/AAAA)<br><br>Signature / Firma ___<br><br>Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:<br><br>Name  NORMA I. CONCEPCIÓN PEÑA, ESQ.<br>First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido<br><br>Title / Cargo  CREDITOR ATTORNEY<br><br>Company / Compañía  PRIVATE FIRM LEGAL SERVICES<br>Identify the corporate servicer as the company if the authorized agent is a servicer.<br>Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.<br><br>Address / Dirección  URB. BARALT, G-19 AVE. PRINCIPAL<br>Number / Número   Street / Calle<br><br>FAJARDO   PR   00738<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>Contact phone / Teléfono de contacto  787-860-6446  Email / Correo electrónico cdanormaconcepcion@gmail. |

Modified Official Form 410

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Claim Forms may be electronically submitted by visiting https://restructuring.primeclerk.com/sears/EPOC-Index

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | | |
|---|---|---|---|---|
| ☐ Sears Holdings Corporation (18-23538) | ☐ Kmart Corporation (18-23549) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ MyGofer LLC (18-23573) | ☐ Kmart.com LLC (18-23585) |
| ☐ Sears, Roebuck and Co. (18-23537) | ☐ MaxServ, Inc. (18-23550) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Private Brands, Ltd. (18-23551) | ☐ Wally Labs LLC (18-23563) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Licensed Business LLC (18-23616) |
| ☒ Kmart Operations LLC (18-23540) | ☐ Sears Development Co. (18-23552) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ Kmart of Michigan, Inc. (18-23576) | ☐ SHC Promotions LLC (18-23630) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SHC Desert Springs, LLC (18-23577) | ☐ SRe Holding Corporation (19-22301) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ SOE, Inc. (18-23578) | MMLID: 4788455 |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KBL Holding Inc. (18-23567) | ☐ StarWest, LLC (18-23579) | |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ KLC, Inc. (18-23568) | ☐ STI Merchandising, Inc. (18-23580) | |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ Troy Coolidge No. 13, LLC (18-23581) | |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (18-23558) | ☐ Kmart of Washington LLC (18-23570) | ☐ BlueLight.com, Inc. (18-23582) | |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Brands, L.L.C. (18-23583) | |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

**Part 1: Identify the Claim**

1. Who is the current creditor?

Garcia Santiago, Iris

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

2. Has this claim been acquired from someone else?

☒ No
☐ Yes. From whom? _____

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Garcia Santiago, Iris
Norma Concepcion Pena
Urb. Baralt
G19 Avenida Principal
Fajardo PR 00738

Where should payments to the creditor be sent? (if different)

Contact phone  787-860-6446 / 860-9333       Contact phone _____

Contact email  lcdanormaconcepcion@gmail.com  Contact email _____

4. Does this claim amend one already filed?

☒ No
☐ Yes. Claim number on court claims registry (if known)_____    Filed on _____ MM / DD / YYYY

5. Do you know if anyone else has filed a proof of claim for this claim?

☒ No
☐ Yes. Who made the earlier filing? _____

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☒ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**   $ 75,000.00

Does this amount include interest or other charges?

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:   $ _____

Amount of the claim that is secured:   $ _____

Amount of the claim that is unsecured:   $ _____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $ _____

Annual Interest Rate (when case was filed) _____ %

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☒ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.   $ _____

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| | |
|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☒ No |
| | ☐ Yes. *Check one:* |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). $ _____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). $ _____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies. $ _____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☒ No |
| | ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. $ _____ |

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or their codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   03-08-2019   (mm/dd/yyyy)

*Signature*

Print the name of the person who is completing and signing this claim:
Name of the person who is completing and signing this claim:

| | |
|---|---|
| Name | NORMA I. CONCEPCIÓN PEÑA |
| | First name          Middle name          Last name |
| Title | Creditor's attorney |
| Company | Law Offices |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | Urb. Baralt, G-19 Avenida Principal |
| | Number     Street |
| | Fajardo                    PR        00738 |
| | City                         State     ZIP Code |
| Contact phone | 787-860-6446/860-9333    Email  lcdanormaconcepcion@gmail.con |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Ticket
**[EXTERNAL] IRIS GARCÍA SANTIAGO (168000)**

+ Follow     CloneTicket

| Status | Ticket Number | Company Name | Contact Name | Contact Phone | Ticket Owner |
|---|---|---|---|---|---|
| Pending | 00947254 | PR Claims In... | Concepcion Nor... | onas: Sal (t... | Document Uploads |

### Ticket Details    ▼

Contact Name
Concepcion Norma (/lightning/r/0031N000023TXPcQAO/view)    ✎

Ticket Owner
Document Uploads    ✎

Status
Pending    ✎

Workflow
Pending Document Upload    ✎

Inquiry Constituency    ✎

Escalation Level
(6) Excluded from Call Log    ✎

Parent Ticket ●
00944190 (/lightning/r/5003I00001Fx2s1AAB/view)    ✎

Cloned ●    ✎

Subject
[EXTERNAL] IRIS GARCÍA SANTIAGO (168000)    ✎

Description
Dear all:    ✎

Cordial greetings.

Enclosed is a communication regarding the above-referenced matter.

Looking forward to your prompt attention to this matter.

Cordially,

Norma I. Concepción Peña
Urbanización Baralt
G-19 Avenida Principal
Fajardo, Puerto Rico 00738
Tel/Fax: (787) 860-6446 / (787) 860-9333
E-mail: lcdanormaconcepcion@gmail.com (mailto:lcdanormaconcepcion@gmail.com) <mailto:lcdanormaconcepcion@gmail.com (mailto:lcdanormaconcepcion@gmail.com)>

Please confirm receipt of this e-mail.

[Standard email confidentiality disclaimer]

◷ History     ▣ Notes     ≫ Macros     ○ Omni-Channel (Offline)

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



certain legal entity disclaimers, available at https://www.kroll.com/disclosure (https://www.kroll.com/disclosure). Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy (https://www.kroll.com/en/privacy-policy).

Inquiry Description

---

**Related**

**Related Tickets (0)** (/lightning/r/Case/5003I00001FxMcXAAV/related/Cases/view)

**Emails (1)** (/lightning/r/Case/5003I00001FxMcXAAV/related/EmailMessages/view)

[EXTERNAL] IRIS GARCÍA SANTIAGO (168000) (/lightning/r/02s3I00001HVB2aAAH/view) ▼
From Address:          prclaimsinfo@primeclerk.com (mailto:prclaimsinfo@primeclerk.com)
To Address:            secretaria.nicp@gmail.com
Message Date:          9/25/2021, 10:50 AM

View All
(/lightning/r/Case/5003I00001FxMcXAAV/related/EmailMessages/view)

**Ticket Comments (0)** (/lightning/r/Case/5003I00001FxMcXAAV/related/CaseComments/view)

**Ticket History (3+)** (/lightning/r/5003I00001FxMcXAAV/related/Histories/view)

Date:            9/25/2021, 10:50 AM
Field:           Status
User:            Tiffany Reynoso (/lightning/r/0053I00000HXjLxAAL/view)
Original Value:  New
New Value:       Pending

Date:            9/25/2021, 10:50 AM
Field:           Description
User:            Tiffany Reynoso (/lightning/r/0053I00000HXjLxAAL/view)
Original Value:
New Value:

Date:            9/25/2021, 10:50 AM
Field:           Ticket Owner
User:            Tiffany Reynoso (/lightning/r/0053I00000HXjLxAAL/view)
Original Value:  Tiffany Reynoso
New Value:       Document Uploads

View All
(/lightning/r/Case/5003I00001FxMcXAAV/related/Histories/view)

**Articles (0)** (/lightning/r/Case/5003I00001FxMcXAAV/related/CaseArticles/view)

**Files (0)** (/lightning/r/Case/5003I00001FxMcXAAV/related/AttachedContentDocuments/view)

⬆ Upload Files

⏱ History    📝 Notes    ⧉ Macros    ◯ Omni-Channel (Offline)

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**Open Activities (0)** (/lightning/r/Case/5003I00001FxMcXAAV/related/OpenActivities/view)

**Activity History (1)** (/lightning/r/Case/5003I00001FxMcXAAV/related/ActivityHistories/view)

Email: [EXTERNAL] IRIS GARCÍA SANTIAGO (168000) (/lightning/r/02s3I00001HVB2aAAH/view) ▾
Name:
Task:
Due Date:           9/25/2021

View All
(/lightning/r/Case/5003I00001FxMcXAAV/related/ActivityHistories/view)

**Attachments (3+)** (/lightning/r/Case/5003I00001FxMcXAAV/related/CombinedAttachments/view)

CARTA PRIME CLERK 16 SEPT 2021.pdf                      [PRIME CLERK LETTER 16 SEPT 2021]
Sep 25, 2021 • Attachment

ANEJO SOBRE CONTESTACION CUESTIONARIO.pdf               [ATTACHMENT ABOUT QUESTIONNAIRE RESPONSE]
Sep 25, 2021 • Attachment

EVIDENCIA RECIBO DE CORREO ENVIADO EL 30 DE ENERO 2019.pdf    [PROOF OF RECEIPT OF MAIL SENT ON JANUARY 30, 2019]
Sep 25, 2021 • Attachment

View All
(/lightning/r/Case/5003I00001FxMcXAAV/related/CombinedAttachments/view)

**Feed**    Details

Post    Email    Internal Comment    Change Status    Close the Case    Change Priority

Share an update...                                                          Share

Most Recent Activity ▾                              Search this feed...

**All Updates**    Emails    Text Posts    Status Changes

**Tiffany Reynoso** (/lightning/r/0053I00000...    September 25, 2021 at 10:50 AM (/lightning/r/0D53I00...
(/lightning/r/0053I00000HXjLxAAL/vi...w)Ticket updated

Workflow: A blank value to Pending Document Upload

💬 Comment

**Tiffany Reynoso** (/lightning/r/0053I00000...    September 25, 2021 at 10:50 AM (/lightning/r/0D53I00...
(/lightning/r/0053I00000HXjLxAAL/vi...w)Ticket updated

Ticket Owner: Tiffany Reynoso to Document Uploads

💬 Comment

🕐 History    **Tiffany Reynoso** (/lightning/r/0053I00000...    September 25, 2021 at 10:50 AM (/lightning/r/0D53I00...
(/lightning/r/0053I00000HXjLxAAL/...Ticket updated

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Status: New to Pending

📝 Comment

Tiffany Reynoso (/lightning/r/0053l00000...     September 25, 2021 at 10:50 AM (/lightning/r/0D53l0...
(/lightning/r/0053l00000HXjLxAAL/vi...a)Ticket created

Subject: [EXTERNAL] IRIS GARCÍA SANTIAGO (168000)
Status: New
Ticket Number: 00947254
Company Name: PR Claims Info
Contact Name: Concepcion Norma
Contact Phone: onas: Sal
Ticket Owner: Tiffany Reynoso

📝 Comment

Tiffany Reynoso (/lightning/r/0053l00000...     September 25, 2021 at 10:50 AM (/lightning/r/0D53l00...
(/lightning/r/0053l00000HXjLxAAL/vi...a)To: secretaria.nicp ⓘ

Dear all:

Cordial greetings.

Attached is a communication regarding the above-referenced matter.

Looking forward to your prompt attention to this matter.

Cordially,

Norma I. Concepción Peña
Urbanización Baralt
G-19 Avenida Principal
Fajardo, Puerto Rico 00738
Tel/Fax: (787) 860-6446 / (787) 860-9333
E-mail: lcdanormaconcepcion@gmail.com<mailto:lcdanormaconcepcion@gmail.com>

 Please confirm receipt of this e-mail.

[Standard email confidentiality disclaimer]

📄 ANEJO SOBRE CO...    📄 CARTA PRIME CLE...    📄 EVIDENCIA RECIB...    📄 proof of claim IRIS...    📄 SEGUNDO PROOF...

↩ Reply    ↩ Reply All    → Forward    📝 Comment

🕐 History    📝 Notes    ≫ Macros    ○ Omni-Channel (Offline)

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 168000**

Signed this 20th day of December, 2021

_____

Andreea I. Boscor

Verify at www.atanet.org/verify

