# EXHIBIT 1

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| *In re:* | PROMESA |
| | Title III |
| FINANCIAL      OVERSIGHT      AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| | |
|    as representative of the | (Jointly Administered) |
| COMMONWEALTH OF PUERTO RICO *et* | |
| *al.*, | **This filing relates to the** |
| | **Commonwealth, the HTA and the** |
|            Debtors. | **ERS.** |
| | |
| In the matter of: | |
| | |
| Maira Ivet Feliciano Rosado | |
| Claim No. 10547 | |
| 503 (9) - INDETERMINATE | |

[Stamp:] [Illegible]

**REPLY**

    Appearing before the honorable Laura Taylor Swain, at the United States District Court for the District of Puerto Rico, to submit to the Clerk's Office, Counsel (Proskauer Rose LLP) for the Oversight Board, and Counsel (Paul Hastings LLP) for the Creditors' Committee, at the United States District Court for the District of Puerto Rico (hereinafter the corresponding federal authority), the claimant as individual creditor and Claimant, Mrs. Maira Ivet Feliciano Rosado (hereinafter Mrs. Feliciano Rosado), a teacher and academic counselor, with early retirement due to incapacity not related to the employment of the Teacher Retirement System (TRS), also an attorney (although without having yet revalidated the degree), and resident of the Town of Mayagüez, in order to join as claimant and on behalf of her only son, the minor L.A.R.F., now 16 years of age (my only treasure and hope in life).

    The main purpose of said appearance is to file a Reply, although outside of the term prescribed by this Court due to just cause for the delay caused by poor health (See Exhibits 1

1

(a-m)). In light of all the circumstances of the case at hand, the claimant has not incurred in laches or recklessness, therefore, she **"PLEADS"** that she be granted active legal standing to appear at the hearing next Wednesday, October 6, 2021, at 9:30 a.m.

Therefore, the claimant files this Reply, subject to the court's total discretion, in order to bring the following matters to the consideration of this Federal Court:

1) That the Reply is with regard to the classification of her claim No. 10547, with the filing date of May 3, 2018, as **"UNDETERMINED"** amount, having found that same does not correspond to **"CONSUMPTION SALES."** (See Exhibits 2(a)). In effect, such finding establishes that the petitioner failed to demonstrate that her claim justified granting relief. Nothing is further from the truth, given that this is not a criterion in itself. In strict justice, this case is atypical, considering that it presents new modalities of consumption sales by acts constituting an activity of organized crime, and which grossly violate the Racketeer Influenced and Corrupt Organization Act, 28 U.S.C. 1962 et seq. (RICO Act or Anti-Corruption Act), among other state and federal laws.

2) As a result of the foregoing classification, the claimant apparently has no right to administrative priority, as shown in the table of Exhibit A of page 27, subsection 97, by virtue of case number 17 BK 3283-LTS, titled "*Three Hundred and Sixty-Second (Substantive) Omnibus Objection of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Puerto Rico Commonwealth Government Employees Retirement System to Erroneously*

2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Classified Claims*." Furthermore, it was found that the documentation attached to the original claim submitted by the claimant does not constitute *prima facie* evidence (See Exhibits 1 (a-m)).

3) It is fitting to point out that the Individual Debtor's claim originally consisted of the legitimate request to the Puerto Rico Teachers Association (hereinafter Association) for the deduction of quotas unlawfully paid, plus the legal interest, to the Puerto Rico Teachers Federation (hereinafter Federation), calculated from August 1, 1999 until December 3, 2014, by virtue of the case of *Asoc. De Maestros v. Comisión de Relaciones del Trabajo*, 159 DPR 47 (2003). At the time, the Commissioner had found that the Federation owed the teachers $3,612,270 million, plus an additional $1,209,312 million, which were deposited with the Court of San Juan, in Civil Case No. KAC1999-1679. Immediately thereafter, the Puerto Rico Supreme Court, in *Asoc. De Maestros v. Depto. Educ.*, 171 DPR 640 (2007), court ruled as follows:

> "*[...] We find the deductions for service charges applied to teachers who reported their interest in not joining the Teachers Federation to be unlawful, and they were exempted from paying service charges by virtue of the previous legislation. We decide that Act No. 96[1] only applies prospectively to employees who choose not to become affiliated with the labor organization after its entry into force. Judgment will be entered accordingly.*" [Id].

4) This being the case, since July 29, 2014, Mrs. Feliciano Rosado filed an appeal against the Association, through Mrs. Aracelis Rivera, and others, having been arbitrarily eliminated from the list of 17,866 teachers of the

---

[1] **Act No. 45 of February 25, 1998, to include, by means of Act No. 96 of August 7, 2001, a new article titled "Option to not become affiliated and service charge"**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

D.E. who received the quotas owed, for a total of $6,699.622.63 [sic.] million. In essence, the criterion that determined such denial was the amendment to Act 45 of February 25, 1998, which entered into force on August 7, 2001, with the assertion that Mrs. Feliciano Rosado had received her permanent status on a subsequent date. However, in this particular case, the claimant obtained her permanent status on April 14, 2000.  This means that, "Form 409 Teaching Staff-Change Report" indicates that, by August 1, 2001, that Mrs. Feliciano Rosado's "Employment Contract Status" was "**PERMANENT**" (See Exhibits 2 (d-f)).  In light of the evidence, it must be concluded that this teacher had permanent status before August 7, 2001, and that <u>the quotas unlawfully paid to the Federation, which were never refunded to her, must therefore be returned to her</u>.

5) Notwithstanding, and having delivered in due course, the required documents, the representatives of the Association did not help with the process to claim what belonged to Mrs. Feliciano Rosado, as per its promise in this sense, as corroborated in its letter of September 6, 2011 (See Exhibits 2(p)).  On the contrary, the Association has obstinately insisted on undermining the right "**purchased**" by the claimant by means of contributions from her salary, since August 2011, in exchange for the payment of the membership quotas.  Once the employee was admitted, her right was activated for the Association to proceed to meet the legal costs incurred in the class action, leading to disaffiliation and the return of the quotas stolen from the teachers by the Teachers Federation.

6) Moreover, the disaffiliation certification of Mrs. Feliciano Rosado from the Association and the Medical Health

4

Services Program (PROSSAM), with Member number 52472, was formalized on August 31, 2012. The corresponding notice thereof was sent to her on September 5, 2012, through Mrs. Ivonne Diaz Rodríguez, Dir. of Admissions and Central Archive. However, it was not effective until October 2012. Notwithstanding, on February 7, 2013, the unlawful deduction of the monthly affiliation quotas was still reflected in this claimant's checkbook. Meanwhile, on February 20, 2013, she was notified of the liquidation of her total disaffiliation from EDUCOOP (See Exhibits 2r).

7) Therefore, the claimant now files her Reply enclosing other evidence of the essential facts for those which she has the burden to allege, and which was not previously filed. The request of this federal court, comprised of requiring *prima facie* evidence with regard to a cause of action on consumption sales, forces Mrs. Feliciano Rosado to raise her atypical case of the effect of her premature and compelled retirement, whose pension and benefits do not even amount to $1,500 per month. Since then, she remains in a state of defenselessness in case number BK-3283-LTS, filed before the United States District Court for the District of Puerto Rico.

8) This is because the State, in exercise of its judicial and executive function, has violently and unfairly besieged, deprived, and starved Mrs. Feliciano Rosado in reprisals due to her justified and continuous complaints against "**JUDICIAL CORRUPTION**," a "**MONSTROUS ALIEN**" **THAT ROBS CHILDREN** and destroys their "**RIGHTFUL MOTHERS.**"[2] This has led to the

---

[2]   https://www.periodicolaperla.com/declaradones-del-colegio-de-abogados-y-abogadas-sobre-reciente-sucesos-de-violencia-de-genero-y-el-suicidio-de-una-mujer-sorda/

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

actuarial and unsustainable "**UNLAWFUL DEPRIVAL OF HER RETIREMENT FROM THE TRS**",[3] as the tip of the iceberg, which expose other extremely serious crimes against humanity. In view of which, my son and I **ASK FOR HELP!**

9) More than a mere claim due to severe undermining of the aforementioned retirement, the claimant appears before the Federal Court and the corresponding federal authority to bring their attention to the crime being committed against the minor, L.A.R.F., using the "**CHILD SUPPORT JUDGMENT**" as a wall, smokescreen, "*cover*," with which they undermine justice *ad infinitum* against the genuine victims of domestic violence and child abuse, which "*leaps to the eye and hurts the retina.*" *Considering that the collection of child support of the minor, L.A.R.F., is taking a criminal turn, at an organized crime level, against Mrs. Feliciano Rosado, the supposed breadwinner-mother, as a result of the withholding of income of dubious origin (See Exhibits 2017, December 30, 2017), allocating such payment in a manner which is absolutely unknown to her. The truth is that this complainant-mother still does not know where they have her son, whom she managed to see, briefly, for the last time, on May 13, 2013. Indeed, the retirement of a public employee cannot be used to carry out acts of an organized crime activity.

10) Said judgment inevitably takes us back to the null legal proceedings of December 7, 14, 20, and 21, 2011. (See

---

[3] *"Once a Government employee has retired, their pension is not subject to changes or impairment given that participants of the Government Retirement System have an acquired right of a contractual nature, which occurs upon the employee's admission to the System, regardless of whether the employee's participation is voluntary or mandatory. Bayron Toro v. Serra, 119 DPR 605 (1987). Between the State and the employee, there is an agreement of both parties. [Id.] This, logically, means that the retirement plan...is part of that contract. The Legislative Assembly does not have power to undermine that acquired right of a contractual nature, or that has been "purchased" by that participant by means of mandatory contributions from his/her salary.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Exhibits 2011 of December 14 to 30, 2011). (See Exhibits 2013, January 2 Record, January 17, 2013 Decision, March 1, 2013 Motion to Terminate Legal Custody, May 16, 2013 handwritten complaint requesting the assistance of the Dept. of Justice, June 10, 2013 Motion Requesting Urgent Remedy, June 12, 2013 Restraining Order related to the Minor, July 12, 2013 Ruling **TERMINATING LEGAL CUSTODY**, copy of December 31, 2013 Sworn Statement before A.O.C. (Administrative Office of the Court), **ASKING FOR HELP!**).

11) Under *ultra vires* orders of **Judge Lynette Ortiz Martínez**, **Judge Angie Acosta Irizarry**, and **Judge Edwin Nieves Troche** of the Court of Mayagüez and lapdogs of the Court, the Prosecutor's Office and the Police Headquarters of Mayagüez (Prosecutor Esteban Miranda Valentín and Agent William Lugo Sepulveda) and, recently, of **Judge Mariluz Cruz Morales** of the Court of Humacao (2017), among other corrupt persons respectively influenced by the cruel power of **Olga Longoria Vélez, Esq.,** who manages to jockey the mob of the dominant oppressive power of the Courts of Mayagüez and Humacao, like the whore[4] to the **Beast of Apocalypse 17**[5], have tortured, persecuted, ridiculed, and extorted Mrs. Feliciano Rosado with the kidnapping of her son, and two (2) arbitrary incarcerations which shatter the nerves and stigmatize, by means of false and fabricated charges, and based on a **"MADE-UP SENTENCE."** A legal

---

[4] *In re Franco Soto*, 115 DPR 740 (1984)- *"Arson, forgery, robbery, and murder would be minor offenses compared with degradation; public prostitution would be sublimated in the comparison, given that, in the end, the women who sells her body can take shelter in the protest of her soul, while the attorney would sell the soul to feed the body."*

[5] Apocalypse 17:4,5- *"4And the woman was clothed in purple and scarlet, and gilt with gold, and precious stones and pearls, having a golden cup in her hand, full of the abomination and filthiness of her fornication; 5and on her forehead was written a name, a mystery: BABYLON THE GREAT, THE MOTHER OF PROSTITUTES AND OF THE DETESTABLE THINGS OF THE EARTH."*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**"MONSTROSITY"** that was, until now, accepted by all, in order to reduce victims to impotence. Atty. Longoria Vélez's mafia-like practice was contracted, with plans hatched by the aggressor and child support evader, **Mr. Aníbal Rodríguez García**, the minor's father and ex-husband of Mrs. Feliciano Rosado, who also has the profile of a psychopath. The reign of terror and influence peddling evade the time and distance of the length and breadth of the Island of Puerto Rico, and it is incredible to see how far her mobster practices can go, like the green acid spat out by the mouth of the **ALIEN MONSTER**. She is a killer.

12) And this is what we call **"THE MAFIA"** (**the Longorian-Mafia**), which has become predatory and merciless **ALIEN MONSTER**, operating totally and absolutely outside of the law and international convention, and whose acts of CORRUPTION, influence peddling, arbitrariness, despotism, and "*cronyism*" are called infallible and **"HONORABLE."**[6] But this profane bill is being passed on to the children, who pay with their own lives the maintenance of the honorability of these corrupt and untouchable persons. How much does it cost to maintain an **"HONORABLE"** person?, asked Nicolás Nogueras[7], who, when he was alive, was People's Advocate (1995). –"**THE LIFE OF MY SON L.A.R.F.**", responds this complainant-mother, who has become a martyr, citing the pertinent part below:

> "*What residue of honor remains while the* "**HONORABLE" TRAFFIC** *in the happiness and wellbeing of our PEOPLE? How much honor can there be in honorable persons who, with their evil acts, their subserviency, their ambitions, and their weaknesses, believe they are the owners of life and the treasury of the rest?*" (Los Honorables I, Id., p. 55).

---

[6] **Nogueras, Nicolás (1995), Atty., alias "The People's Advocate", author of the book "***Los Honorables I***" (1995), Ramallo Bros. Printing, Inc., P.R. His "***book acquires forms of canonical text on corruption in Puerto Rico***," said Oscar J. Serrano (2019),** https://www.noticel.com/english/noticel-desde-adentro/opiniones/top-stories/20191007/el-lince-y-los-honorables-rajieros/
[7] *Op. cit*. Nogueras, Nicolás (1995).

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

13) The fundamental issue in this dispute, which is of complex simplicity and provokes a storm of indignation that causes a "shock" to the **CONSCIENCE** of the Puerto Rican People, given that it is no longer a "case" but, rather, a "cause" of "**FREEDOM AND HUMAN RIGHTS**." In particular, because "*it reflects a gravity that violently shakes the very pillars of integrity and justice of our* **MAGISTRACY**," *Pueblo v. Álvarez*, 108 DPR 112 (1978), which enjoys "**HONORABILITY**"[8] and impunity to keep **THE MINOR L.A.R.F.** as a **HOSTAGE** and under **FORCED DISAPPEARANCE**[9], without anybody caring at all, **FOR EXPLOITATION FOR PURPOSES OF INVOLUNTARY SERVITUDE FOR SOMEBODY ELSE'S CHILD SUPPORT DEBT AGAINST HIS MOTHER BY REASON OF ACTS OF RETALIATION, FOR A NEW PROFITABLE MODALITY OF TRAFFICKING IN MINORS IN THE TERRITORY OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO** (hereinafter **CHILD TRAFFICKING OR TRAFFICKING OF MINORS FOR CHILD SUPPORT**), judicialized as Law under a **CHILD SUPPORT JUDGMENT** and as the result of a repudiable "**SCHEME OF JUDICIAL CORRUPTION**." **The perfect crime!** So sinister that it surpasses the capacity to shed tears and to find the words to describe it. We victims have nowhere to go. It is a never-ending nightmare. *Town of Castle Rock v. Jessica Gonzales*, 545 US 748 (2005). Gutiérrez-Rodríguez v. Cartagena, 882 F.2d 553 (1989).

14) A horrific crime, from any angle, due to its extreme gravity, which underlines the urgency for its elevation to a

---

[8] **Nogueras, Nicolás (1995), Atty., alias "El Fiscal del Pueblo" [The People's Advocate], author of the book "*Los Honorables I*" (1995), Ramallo Bros. Printing, Inc., P.R. "The book that acquires forms of canonical text on corruption in Puerto Rico," said Oscar J. Serrano (2019), Editor-in-Chief of NotiCel. https://www.noticel.com/english/noticel-desde-adentro/opiniones/top-stories/20191007/el-lince-y-los-honorables-rajieros/**

[9] **August 30, 2021, International Day of the Victims of Enforced Disappearances, the IACHR, the Committee on Enforced Disappearances and the Working Group on enforced or involuntary disappearances call on States to adopt and implement search and investigation strategies within the framework of a comprehensive policy on disappearances https://www.oas.org/es/CIDH/jsForm/?File=/es/cidh/prensa/comunicados/2021/224.asp**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

crime against humanity in international law under the *jus cogens*
norm. Regarding the silent captivity of the minor L.A.R.F., he
is made invisible and, in effect, he is arbitrarily deprived of
the right to freedom and property, not only in the spirit of
local laws applicable to the crimes of **AGGRAVATED KIDNAPPING**,
due to being committed against a minor with "**IMPEDIMENT DUE TO
ATTENTION DEFICIT AND HYPERACTIVITY,**" **FOR THE INVOLUNTARY
SERVITUDE OR SLAVERY FOR HIS CHILD SUPPORT,** dating back to
December 14, 2011, but also international treaties, due to his
first (1st) **FORCED DISAPPEARANCE** within the country, from May
15, 2013 until 2017, being the year when the nightmare of the
**FORCED DISAPPEARANCE OF THE MINOR, L.A.R.F.,** would apparently
end by virtue of the demand for the collection of monies of the
Child Support Administration(ASUME) for accrued child support.
At the time, Mrs. Feliciano Rosado no longer had neither the
residential or legal custody of the minor, nor did she know her
son's whereabouts, as a matter of fact.

15) In truth, nobody did anything to help Mrs. Feliciano
Rosado to get her son back. Since said crimes against humanity
are being perpetrated by certain corrupt judges of the Court of
Mayagüez (2011-2021) and the Court of Humacao (2017-2021),
making use of "an *INSTITUTIONALIZED CORRUPTION* [which] *uses
judicial discretion as one of its mechanisms,*" *In re López,* 184
DPR 334 (2012). Moreover, the mafia of the Court of Mayagüez,
acting in collusion with the mafia of the Court of Humacao,
ordered the transfer of the case at hand, as of August 30, 2015,
but without serving notice upon Mrs. Feliciano Rosado. This was
done with the criminal intention of keeping the child's
whereabouts from his mother. This led, in time, to the second
(2nd) stage of the **FORCED DISAPPEARANCE OF THE MINOR L.A.R.F.,**

10

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

intensified by the judicial conspiracy of the courts *a quo* to get him out of the Commonwealth and its territories, since 2017 and until his whereabouts is discovered.[10] **I DO NOT KNOW WHERE MY SON IS!**

16) As such, and as a matter of fact, my son remains under cruel **FORCED DISAPPEARANCE** "*committed by agents of the State or by persons or groups of persons acting with the support, authorization or acquiescence of the State, with a lack of information or refusal to recognize said deprivation of liberty or to inform as to the person's whereabouts, thereby impeding the exercise of legal remedies and the pertinent procedural guarantees.*"[11]

17) This reveals a new manifestation of **TRAFFICKING OF MINORS FOR CHILD SUPPORT**, based on the December 21, 2011 "**Child Support Judgement**", which has no feeling or thought of compassion for the victims and which continues to be used as an instrument of persecution and arbitrary incarceration against Mrs. Feliciano Rosado. The common denominator of such frightening cruelties is the "**MADE-UP SENTENCE**" to 90 days' community service issued on September 7, 2011 (See Exhibits 2011) and which, therefore, is **NULL** given that it is unlawful and causes a clear injustice to the petitioner. For this reason, Mrs. Feliciano Rosado has requested that it be overturned in the courts and that **HER SON BE RETURNED**, but they are all closing ranks against the complainant-mother and the child,

---

[10] **Article III of the Inter-American Convention on the Forced Disappearance of Persons,** adopted on June 9, 1994, reads as follows: "*This offense shall be deemed continuous or permanent as long as the fate or whereabouts of the victim has not been determined.*"
[11] Id. Art. II reads as follows: "*For the purposes of this Convention, forced disappearance is considered to be the act of depriving a person or persons of his or their freedom, in whatever way, perpetrated by agents of the state or by persons or groups of persons [...] acting with the authorization [...] of the state.*"

11

despicably denying them justice.

18) No matter how many explanations the petitioner gives, they always cite the nonappearances as the result of all the calamities they have been made to suffer. Moreover, they demonize this mother, who fights for her son, primarily because, in the hope that somebody would be inspired to help her following the betrayal of 8 attorneys, she placed **10 ROADBLOCKS AND 5 PLACARDS** in the town of Mayagüez, around the beginning of March 2012, to denounce the **taking of the child as hostage**. No argument can refute such evidence that the mother **WAS** interested in recovering her son by placing roadblocks, which ultimately marked the fight for his **LIBERATION.** This mother did **NOT** abandon her son, but rather, in order to avoid being rearrested with false charges, she was forced to flee when the persecution intensified. They acted as though they were giving her the opportunity to recover her son, as shown in the [case] records, while, underhandedly, they did everything possible to avoid **RETURNING HIM TO HER.** (See Exhibits 2011 and 2012, the chain of orders for mental examinations and mother-child visits for a prosecutorial use, as previously mentioned).

However, the petitioner failed to appear in court in order to ask for help and return with reinforcements, which she never found due to the Reign of Terror unleashed by the mafias. Notwithstanding, such nonappearances do not exist due to the nullity of the court proceedings, *Ríos v. Municipio de Isabela*, 159 DPR 839 (2003), given that "*a null proceeding is nonexistent, [...] it does not generate legal consequences." Brown III v. J.D. Cond. Playa Grande*, <u>154 DPR 225</u> (2001). "*(...). The nullity never had any efficacy, it never occurred in law, it never existed." Id. Suárez et al. v. C.E.E.*, 163 DPR 347 (2004); *Brown*

12

*III v. J.D. Cond. Playa Grande*, 154 DPR 225 (2001); *Acevedo v. Municipio de Aguadilla*, 153 DPR 788, 811 (2001); *Montañez v. Policía de P.R.*, 150 DPR 917, 921 (2000). (Cited cases in *Velázquez v. Municipio de San Juan*, November 24, 2008, Appellative). It must be concluded that "*what was null never had any effect, it never occurred in law, it never existed.*" However, "*...it is necessary for the official or public employee that is fulfilling his duty, to do so lawfully within the scope of such duty, otherwise, the **RESISTANCE** would be justified,*" *Pueblo v. Ortiz*, 123 DPR 865, 873 (1989). (See Exhibits 2011), as found in the voluminous file of the instant case, which dates back to 2006 until 2017, and that was altered due to the destruction of evidence. (Said manufactured evidence consisted of a false contract, in order to mislead the petitioner, created by then Academic Dean of the FDEMH [Eugenio María de Hostos School of Law], Carlos Rodríguez Sierra, Esq. acting in collusion with Stephanie Cabrera Hernández, Esq., the *ad hoc* attorney of the Clara Lair Program, located in the court a quo, where they sent the bullied woman to carry out the penalty of community service under a pattern of humiliation).

19) In the aftermath of such null ruling, the series of orders, decisions, and records of the courts *a quo*, continue to be terrifying, and even more so considering that they show that a criticism expressed against entities of the Government of Puerto Rico are paid for with repression, violence, imprisonment, and "**DEATH.**"[12] The records of this case are saturated with reprisals, **TORTURE**, cruel treatment, and multiple human rights violations, fabrication of charges, bullying by the courts, arbitrary

---

[12] **Widow linked to Sagardía in crime of district attorney Francelis Ortiz: Metro, https://www.metro.pr/pr/noticias/2016/10/12/viudo-vincula-a-sagardia-en-crimen-de-fiscal-francelis-ortiz.html**

13

imprisonments to silence complaints, incomplete, inefficient, and exonerating investigations, removal of evidence from the case file, fraudulent trials, and targeting due to the petitioner's denouncing of acts of **JUDICIAL CORRUPTION** in the wake of an **MADE-UP SENTENCE** to 90 days' community service to bring her to her knees.

By acting this way, Judge Ortiz Martínez opened the door to all excessive aspirations of authority and oppressive extravagance, so that the extremist and deranged fanatics of the Court of Mayagüez, themselves already given to dogmatic obedience and abusive cruelty, could, at their whim, ridicule and persecute Mrs. Feliciano Rosado during the execution of her punishment of community service. Immediately afterwards, she went to ask for help to the authority in question, i.e., Office of the Advocate for Women (September 23, 2011), the Administrative Office of the Court (October 7, 2011), and the Office of the Presiding Judge (December 5, 2011), but they all left her and her son in the hands of vengeance of her victimizers of the court.

To complete the pain and humiliation, and unnecessarily burdening Mrs. Feliciano Rosado with the scenario of public scandal, the murderous mafia contaminated her work environment by making a telephone call to the Management of her then workplace, the Dr. Pedro Perea Fajardo Vocational High School, with the criminal intention of damaging her reputation, informing her Academic Counselor that she was being moved to the Vega Alta women's prison. This was how the targeting began.

Pushed aside, Mrs. Feliciano was ousted from her profession as a result of the loss of prestige. A productive woman, with a lust for life and to watch her son grow up, she

14

has been subjected to unjust suspicions after being deprived of the residential and legal custody of her son, in spite of being an upstanding attorney. "*What is truly sad about this situation—given that "there is no smoke without fire"—is that there will always be somebody that believes that this upstanding and respected legal professional "must have done something wrong" [for them to have taken her son from her]. Nothing could be more unjust and further from the truth.*" Citing *In re Vicenty Nazario I*, 169 DPR 194 (2006).

They even turned her fight to gain recognition in the professional field into an ordeal, by maliciously damaging her record with entirely impertinent information, and the stigmatizing stain of being an ex-convict. On a personal level, they crushed her hopes of having a good marriage. Looked at with fear, having been in prison, the best parties wanted nothing to do with this unfortunate woman, in spite of being an attorney and educator with two master's degrees in Education and a *Juris Doctor* degree, left alone with the heart of an anguished mother to fight against the **SOCIAL MONSTER**.[13] Nobody wanted to believe her story. *She permanently depended on her faith in penetrating truths of the Sacred Scriptures and the books of Elena White, which impeded <u>her suicide</u>. Harshly understanding that "*often our plans fail that "GOD'S" plans for us may succeed.*"[14]

20) This is because, over the course of the last ten (10) years, [Mrs.] Felicino Rosado, has been making the same well-founded denouncements against "**JUDICIAL CORRUPTION**" which

---

[13] Term used in the Statement of Motives of Act No. 77 of July 9, 1986, as amended, known as the "Witness and Victim Protection Act."
[14] E.W., The Ministry of Healing, p. 376.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

resulted in her having her child taken from her in vengeance, before all the law enforcement agencies of the Commonwealth and the federal district courts of Puerto Rico (See Exhibits 2011-2021). Tragically, the minor L.A.R.F., has been subjected to the suffering of his mother, whom he has not seen since May 13, 2013. They have also caused him unspeakable suffering due to the traumas of separation from the maternal figure, and the "**HELL**" they have made him live since they snatched him from his mother's arms, without legal reason.

21) Indeed, **NOT** one legal piece of evidence can be produced that justifies this excellent mother being deprived of the residential and legal custody of her son, other than the "*I am in charge here*" of the "**MAFIA INVOLVED IN TRAFFICKING MINORS FOR CHILD SUPPORT.**" In truth, they stole my son from me in a vengeful and prejudged proceeding for the termination of maternal rights without there being "*causes of maternal incapacity (unfitness),*" *Santosky v. Kramer*, 455 U.S. 745, 753 (1981), pp. 748-749, 762, 759-760, *Depto. Familia v. Cacho González*, 188 DPR 773 (2013), without the existence of "*clear, robust or convincing evidence*", *Santosky v. Kramer*, 455 U.S. 745, 753 (1981), for his removal from the maternal home, in the form of an **UNLAWFUL SEIZURE**, *Calabretta v. Floyd*, 189 F 3rd 808 (9th Cir. 1999). These events are tantamount to a scheme of judicial corruption, in which the offender, **Mr. Aníbal Rodríguez García**, participated in order to be released from his child support obligation.

22) The instrumentalities of the Government of the Commonwealth have an overwhelming logic against the victims of crime. For example, the **Child Support Administration (ASUME)**, ascribed to the **Puerto Rico Department of Family Affairs** and

16

which is part of the **Department of Justice**, being the only ones with power to put an end to the serious crime of **KIDNAPPING AND FORCED DISAPPEARANCE OF THE MINOR**, disclosing his current whereabouts to his anguished and heartbroken mother, insist on evading their ministerial duty, which does not allow for excuses or discretion, of protecting the minors and youths of this country and, therefore, the minor **L.A.R.F.**, freeing him from his kidnappers. On the contrary, said agencies, giving full force and effect to the **PROCEDURAL MONSTER** of the Child Support Judgment with effect of *res judicata*, *Don Quixote Hotel v. Tribunal Superior*, 100 DPR 19, 30 (1971), González v. Rodríguez, 124 DPR 593 (1989), normalize the violence of the State by means of a series of collection demands under the penalty of prison, decisions that starved the alleged breadwinner-mother, and acts of impugnation, intimidation, indifference, and preferential treatment towards the offender, which reduce the victims to impotence. (See Exhibits 2015, July 27 Informative Motion), (Exhibits 2016, May 11, 2016 Handwritten motion **REQUESTING ASSISTANCE** from the ASUME Advocate, December 21 Motion in Aid of Jurisdiction of ASUME of Mayagüez), (See Exhibits 2017 and Exhibits 2021).

23) In turn, **ASUME** of Humacao has become an aggressor against victims by lending itself to the game of the automated and corrupt application, to the instant case, of laws that were not thought up, created, or legislated to judicialize crimes against humanity and which, in effect, evade *"the legislative intent" upon approving the statute," Milán v, Muñoz*, 110 DPR 610 (1981). In spite of having arbitrarily confiscated the retirement pension contribution of Mrs. Feliciano Rosado, for the direct payment of child support of the minor L.A.R.F., the Administrative entity of ASUME has no intention of disclosing to this mother the CURRENT WHEREABOUTS of

17

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

her son, so she could be able to recover him. The agency protects the corrupt and untouchables, not the minor, being the reason why it gives no credit to the testimony and documentary evidence of the complainant-mother.

24)  This being the case, the extreme evil of the minor, L.A.R.F.'s "honorable kidnappers" opens the door to their victims who have been cornered and reduced to impotence for the last ten (10) years, to the guarantees of the Act of June 30, 2016, better known as "Puerto Rico Oversight, Management, and Economic Stability Act" or (PROMESA), 48 U.S.C. §§ 2101-2241, enacted by the United States Congress under Article IV, Section 3, of the Federal Constitution. Hopefully, the claimant takes shelter under the PROMESA ACT, given that said legislation prevails over a conflict with any law of the state or territory, or any other regulation. All the more so, considering that the acronym "**PROMESA**" [PROMISE] embodies the hopes and aspirations of an oppressed people, enslaved and besieged by the most tyrannical and merciless of the Government of the Commonwealth, and given that "*[...], according to their* "***PROMISE***"*, in accordance with His promise we expectantly await new heavens and a new earth, in which* RIGHTEOUSNESS *dwells*" [where **\*"CHRIST" IS RIGHTEOUSNESS." Glory be to God! Hallelujah!]**. [Square brackets added].

25) With the eager expectation to find justice, the claimant appears now to invoke the inherent guarantees and powers of the "**Financial Oversight Board**" (JFC), created, among other reasons, to remedy a grave social ill, by reason of the emergency caused by the economic depression by theft and misappropriation of federal funds and the public treasury, by reason of the extreme tyranny of the Government of the Commonwealth, as well as the devastating **[JUDICIAL] CORRUPTION,** the impunity of those responsible for the **KIDNAPPING AND FORCED DISAPPEARANCE OF THE MINOR,** and the official

18

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

denial of such crimes. The resulting psychological injury to the victims is devastating, in view of which we seek **HELP FROM THE BOARD! to RECOVER MY SON AND RETURN HIM TO THE ARMS OF HIS MOTHER**, and to issue in our favor the applicable remedy. Given that, in this legal and novel political framework, which has unsuspected effects, the Promesa Act is so comprehensive that, apart from the automatic stay of judicial or administrative proceedings, it also _"operates to exercise any action whose right was born before the commencement of bankruptcy."_ (PROMESA, _supra_, sec. 2161;11 U.S.C. §§ 362(a) and 922(a)), _Marrero Rosado v. Marrero Rosado_, 178 DPR 476, 490-491 (2010).

26) There is no doubt that this case establishes a bad precedent for the Judicial Branch of Puerto Rico. It highlights the fact that there are grave difficulties in Puerto Rican society that do not come to light, due to repression, bullying, torture, imprisonment, **"THE REMOVAL OF CHILDREN FROM THEIR RIGHTFUL MOTHERS"** due to the fanatical and violent dogmatism of the court in its eagerness to impose, by force, the totalitarian and **"MONSTROUS"** utopia of the **"SHARED CUSTODY REGIME,"** and the violence and reprisals exercised against those who denounce the CORRUPTION of the Government of the Commonwealth, its [agencies] and instrumentalities, and which require a solution, even though the FOMB and its PROMESA, in its absence, are not the adequate forum. Please, **RETURN MY SON TO ME!**

27) As a **"CRY FOR HELP,"** this plea for an extension to receive this Reply, is tantamount to the note asking for help that Otto Kimons (1942) threw out of the window of one of the death trains one their way to the Nazi extermination camps in the Jewish holocaust. The letter reached the hands of his wife, when it was too late. It read as follows: "_My dearest loved ones, we are headed_

_Certified to be a correct and true translation from the source text in Spanish to the target language English._
_20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556_
_By Targem Translations Inc._

*for Poland. IT'S NO USE. THEY HAVE TAKEN EVERYTHING FROM ME. Be strong and brave, and so will I."*

WHEREFORE, the claimant respectfully requests that an extension authorization order be issued, essentially to accept her Reply, and 1) so she can appear and defend her arguments at the October 6, 2021 hearing, and 2) to grant to these individual Creditor parties any other remedies deemed to be just, given that they have suffered enough with their involuntary separation of ten (10) years, without either of them knowing anything of the other.

Respectfully submitted,
[Signature]
Maira Ivet Feliciano Rosado
Calle Elena Segarra #154
Sector El Maní
Mayagüez, P.R. 00682
mfeducderec@yahoo.com
(787) 242-1302
(786) 371-6770
(787) 242-1063

Date: September 27, 2021
      Mayagüez (Puerto Rico)

With copy to the corresponding authority:

Clerk's Office (Secretaría),
United States District Court
(*Tribunal de Distrito de los Estados Unidos*)
Sala 150 Federal Building
(Edificio Federal),
San Juan (Puerto Rico)
00918-1767

Counsel for the Oversight Board
(Abogado de la Junta Supervisión)
Proskauer Rose LLP,
Eleven Time Square Nueva York,
Nueva York 10036-8299
Attn. Martin J. Bienenstock Brian
S. Rosen

Counsel for the Creditors'
Committee (*Abogado del Comité de Acreedores*)
Paul Hastings LLP
200 Park Avenue
New York, New York 100166
Attn: Lue A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

20

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



| | |
|---|---|
| **T** | 718.384.8040 |
| **W** | TargemTranslations.com |
| **E** | projects@targemtranslations.com |
| **A** | 185 Clymer St. Brooklyn, NY 11211 |

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 10547 DN 18290**

Signed this 20th day of December, 2021

_____

Andreea I. Boscor

Verify at www.atanet.org/verify

