# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In RE | * | PROMESA |
| | * | Title III |
| THE FINANCIAL OVERSIGHT AND | * | |
| | * | No. 17 BK 3283-LTS |
| | * | |
| As representative of | * | (Joinly [sic] Administered) |
| | * | |
| THE COMMONWEALTH OF PR, et Als. | * | This filing relates to the |
| Debtors | * | Commonwealth, HTA, and ERS |
| ************************************ * | | |

[Seal:] RECEIVED & FILED – 2021 OCT 27 [illegible]

# MOTION Submitting Evidence

TO: District Court of Puerto Rico

FROM: Sonia N. López Báez, 17-03283-LTS, Claim 9987

Respectfully STATES, ALLEGES, AND REQUESTS:

1. That we have received Notice of Claims to be reclassified, on Deficient Claims, in which interests are alleged based on wage, labor, or service claims.
2. That it is alleged in said Notice (in my specific case), that I did not submit any evidence of my claim in this child support debt dispute and for having been lawfully married to one of the claimants (Walter Rodríguez Cordero) in this case.
3. That I was married to Mr. Walter Rodríguez Cordero from June 21, 1997, until May 14, 2010, when we divorced.
4. I am attaching the original Marriage Certificate and Certified Order of Divorce as evidence of the above.

In Juana Díaz, Puerto Rico, on October 21, 2021.

[Signature]
**Mrs. Sonia N. López Báez**
HC 06 Box 4218
Coto Laurel, PR 00780

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS Doc#:17933-2 Filed:08/20/21 Entered:08/20/21 18:52:58 Desc:
Exhibit A Page 18 of 41

## Three Hundred and Sixty-Seventh Omnibus Objection
### Exhibit A - Claims to be reclassified

| | NAME | CLAIM No. | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT | ALLEGATIONS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 74 | LEBRON FLORES, AMANLYS<br>URB. VILLA ANA CALLE ROBERTO MOJICA D-l5<br>JUNCOS, PR 00777 | 24607 | Commonwealth of Puerto Rico Government Employees' Retirement System | Unsecured | Undetermined | The Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: The proof of claim and the supporting documentation invoke obligations related to ongoing lawsuits derived from the plaintiff's relationship with the Commonwealth and/or one of its agencies. Consequently, all obligations must be invoked against the Commonwealth, not against the ERS. Likewise, the proof of claim also invokes obligations related to an ongoing lawsuit, whose result may result in additional pension obligations owed to the plaintiff. However, in accordance with Act 106, the Commonwealth, and not the ERS, is responsible for the payment of pensions.

| | NAME | CLAIM No. | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT | ALLEGATIONS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 75 | LEBRON PAGAN, BETTY<br>URB HACIENDA AT25 CALLE 42<br>GUAYAMA, PR 00784 | 24177 | Commonwealth of Puerto Rico Government Employees' Retirement System | 503(b)(9) | $31,000.00* | The Commonwealth of Puerto Rico | 503(b)(9) | $31,000.00* |

Reason: The proof of claim and the supporting documentation invoke obligations related to a disability pension. However, in accordance with Act 106, the commonwealth, and not the ERS, is responsible for the payment of disability pensions.

| | NAME | CLAIM No. | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT | ALLEGATIONS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 76 | LEBRON RODRIGUEZ, TERESA<br>CO PEDRO G SANCHEZ CRUZ<br>PO BOX 372290<br>CAYEY, PR 00737-2290 | 7502 | Commonwealth of Puerto Rico Government Employees' Retirement System | Unsecured | Undetermined* | The Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: The proof of claim and the supporting documentation invoke obligations related to a disability pension. However, in accordance with Act 106, the commonwealth, and not the ERS, is responsible for the payment of disability pensions.

| | NAME | CLAIM No. | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT | ALLEGATIONS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 77 | LEON TEXEIRA, LUDGERIA<br>3 VILLA FRANCES<br>JUANA DIAZ, PR 00795 | 6767 | Commonwealth of Puerto Rico Government Employees' Retirement System | Unsecured | Undetermined* | The Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: The proof of claim and the supporting documentation invoke obligations related to a disability pension. However, in accordance with Act 106, the commonwealth, and not the ERS, is responsible for the payment of disability pensions.

| | NAME | CLAIM No. | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT | ALLEGATIONS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 78* | LOPEZ BAEZ, SONIA N<br>HC-01 BOX 4305<br>JUANA DIAZ, PR 00795-9703 | 9987 | Commonwealth of Puerto Rico Government Employees' Retirement System | Unsecured | $8,889.75* | The Commonwealth of Puerto Rico | Unsecured | $8,889.75* |

Reason: Likewise, the proof of claim also invokes obligations related to an ongoing lawsuit, whose result may result in additional pension obligations owed to the plaintiff. However, in accordance with Act 106, the Commonwealth, and not the ERS, is responsible for the payment of pensions.

*Specify which claim contains pending or Undetermined amounts

Page 17 of 40

Certified to be a correct and true translation from the source text in Spanish to the target language English.
20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.



# GOVERNMENT OF PUERTO RICO
## DEPARTAMENTO DE SALUD – REGISTRO DEMOGRAFICO
(DEPARTMENT OF HEALTH – DEMOGRAPHIC REGISTRY)

### CERTIFICACION DE MATRIMONIO
(CERTIFICATION OF MARRIAGE)

NUMBER

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)

NOMBRE DEL CONTRAYENTE A (NAME): WALTER RODRIGUEZ CORDERO
FECHA NACIMIENTO (BIRTHDATE): DEC. 13, 1970      EDAD (AGE): 26
LUGAR NACIMIENTO (BIRTHPLACE): PONCE, PUERTO RICO
NOMBRE DEL PADRE (FATHER'S NAME): CARLOS MANUEL RODRIGUEZ
NOMBRE DE LA MADRE (MOTHER'S NAME): DAMARIS CORDERO

NOMBRE DEL CONTRAYENTE B (NAME): SONIA NOEMI LOPEZ BAEZ
FECHA NACIMIENTO (BIRTHDATE): APR. 27, 1974      EDAD (AGE): 23
LUGAR NACIMIENTO (BIRTHPLACE): PONCE, PUERTO RICO
NOMBRE DEL PADRE (FATHER'S NAME): ARMANDO LOPEZ
NOMBRE DE LA MADRE (MOTHER'S NAME): NOEMI BAEZ

LUGAR DE CELEBRACION (CELEBRATION PLACE): VILLALBA, PUERTO RICO
FECHAS (DATES): CELEBRACION (CELEBRATION): JUN. 21, 1997   INSCRIPCION (REGISTRATION): JUN. 24, 1997
CELEBRANTE (OFFICIANT): CURA (PRIEST)
NOMBRE DEL CELEBRANTE (OFFICIANT NAME): JAVIER GONZALEZ ROSADO
FECHA EXPEDICION (DATE ISSUED): OCT. 19, 2021

DIVORCIO (DIVORCED)
LUGAR (PLACE): PONCE, PUERTO RICO      FECHA (DATE): MAY 14, 2020

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE MATRIMONIO OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931.

THIS IS AN ABSTRACT OF THE RECORDS FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931.

SECRETARIO DE SALUD (SECRETARY OF HEALTH)
DIRECTOR REGISTRO DEMOGRAFICO (STATE REGISTRAR)

ADVERTENCIA/WARNING: No es válido sin la presencia de la Marca de Agua. Cualquier alteración o borradura cancela esta Certificación.
Not valid without seen Watermark. Void if altered or Erased.

NO ES VALIDO SI SE ALTERA

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

P. 01                     COMMONWEALTH OF PUERTO RICO
                                  TRIAL COURT
                                 PONCE DIVISION


LOPEZ BAEZ, SONIA AND RODRIGUEZ CORDERO, WALTER          DOCKET: J DI2010-
                                                                 0477
           PETITIONERS                                   COURTROOM: 0302
               VS.
EX-PARTE                                          DIVORCE
           RESPONDENT                                   MUTUAL CONSENT
                                                    CAUSE OF ACTION/OFFENSE




                              NOTICE OF JUDGMENT


   I, THE UNDERSIGNED COURT CLERK, HEREBY INFORM YOU THAT THIS COURT
ENTERED A JUDGMENT IN THE ABOVE-CAPTIONED CASE ON MAY 14, 2010; THAT IT WAS
DULY ENTERED AND FILED IN THE CASE RECORDS, WHERE YOU CAN CONSULT THE
DETAILS OF THE TERMS THEREOF.

   THIS NOTICE IS BEING SENT TO YOU AS YOU ARE OR REPRESENT THE PARTY
AGAINST WHOM THIS JUDGMENT IS ISSUED, AGAINST WHICH YOU MAY FILE AN APPEAL.
A COPY OF THIS JUDGMENT WAS FILED INTO THE CASE RECORD ON MAY 21, 2010.

DEPT. OF FAMILY AFFAIRS
 ASUME                            PO BOX 497
 MERCEDITA PR                     00715-0497

 LOPEZ BAEZ, SONIA
 HC 01 BOX 4305                   JUANA DIAZ PR
                                  00795

 DEMOGRAPHIC REGISTRY
 FERNANDEZ JUNCOS STATION         PO BOX 11854
 SAN JUAN PR                      00910      *with marr. cert.*

 RODRIGUEZ CORDERO, WALTER
 PO BOX 800115                    COTO LAUREL PR
                                  00780

PONCE, PUERTO RICO, MAY 21, 2010

                               EVELYN CASASNOVAS MALDONADO
                                       COURT CLERK
                       BY: GLENDALIZ QUIÑONES ALMODOVAR [Signature]
                                       DEPUTY CLERK

O.A.T 704 NOTIFICATION OF JUDGMENT
TELECOURTS (787) 759-1888/ISLA, FREE-PHONE (787)1-877-759-1888

[Seal:]
COMMONWEALTH OF
PUERTO RICO - GENERAL
COURT OF JUSTICE –
TRIAL COURT - SUPERIOR
COURT OF PONCE - J080
[Initials]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
TRIAL COURT
SUPERIOR COURT OF PONCE

| | |
|---|---|
| **Sonia López Báez**<br>**Walter Rodríguez Cordero**<br><br>**Petitioners**<br>**Ex-Parte** | CIVIL DOCKET NO.: *JDI2010-0477*<br><br>RE: **DIVORCE**<br>**MUTUAL CONSENT** |

## Judgment

At the hearing on the above-captioned case, the petitioners **Sonia López Báez** and **Walter Rodríguez Cordero** both appeared on their own behalf.

With the witnesses being under oath, the Honorable court examined both petitioners and ascertained that the decision to petition the dissolution of the marriage bond existing between the parties is not the result of thoughtlessness or coercion. In turn, it was ascertained that the parties' stipulations were made freely and voluntarily, whereby the case was submitted to judgment.

Based on an analysis of the evidence presented, and in accordance with the provisions of Articles 96 and 97 of the Civil Code of Puerto Rico, 1930, as amended, 31 L.P.R.A. Sections 321 and 331, and the order issued by the Honorable Puerto Rico Supreme Court in the case of <u>Figueroa Ferrer vs. ELA</u> (107 D.P.R. 250), the court GRANTS the petition for divorce by mutual consent and consequently declares the matrimonial bond existing between the parties to be terminated and dissolved.

At the moment of the divorce hearing, the petitioner, **Sonia López Báez** was not pregnant and both petitioners, **Sonia López Báez** and **Walter Rodríguez Cordero**, have been residing in Puerto Rico for more than one year prior to their petition and this judgment, and her home address is: Hacienda Concordia, Calle Margarita 205 Santa Isabel, Puerto Rico 00757, and his home address is: Llanos del Sur, Calle 11 las Rosas Q 34, Coto Laurel Puerto Rico 00780.

In order to settle the Community of Assets between them, the parties signed certain stipulations, to which this Court grants its approval and includes them to form part of this Judgment, as follows:

1. That the petitioners, **Sonia López** and **Walter Rodríguez**, are of legal age, married to each other, him being employed and her having retired, residents of Santa Isabel and Ponce, Puerto Rico, respectively.

2. That the parties entered into marriage on June 21, 1997, in Villalba, Puerto Rico. The Marriage Certificate is attached as an exhibit of the petition.

[Seal:] COMMONWEALTH OF PUERTO RICO - GENERAL COURT OF JUSTICE - TRIAL COURT - SUPERIOR COURT OF PONCE - J080 [Initials]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

3. That, during the marriage, the petitioners had two children, Kevin Jadiel Rodríguez López, 11 years of age, and Jadieliz Naomi Rodríguez López, 5 years of age, in Ponce, Puerto Rico. The Birth Certificates are attached as an exhibit of this petition.

4. The petitioners request the dissolution of their marriage by mutual agreement, without publicly disclosing the reasons, and they petition this Honorable Court to dispense with the act of reconciliation between the parties.

5. That the petitioners have freely and voluntarily reached the following agreements and/or stipulations:

  1.3  **Alimony between spouses**: Both parties state that they have no need to request alimony for personal benefit between them, given that they have sufficient means to support themselves.

  1.4  **Settlement of Community Assets and Debts**: The petitioners see fit to distribute the following assets and obligations, which they contracted during the community property regime under which they were married.

    3.1.1  **Personal Assets**: During the marriage, the petitioners acquired the personal assets specified below, to be distributed by agreement as follows:

      3.1.1.1  **Motor Vehicles**: During the marriage, the following motor vehicle was acquired, which is allocated as specified below:

        3.1.1.1.1  The wife-petitioner shall maintain the exclusive possession of the 2003 Mitsubishi Outlander motor vehicle, and the husband-petitioner waives any share or right to this asset free of any charge.

        3.1.1.1.2  The husband-petitioner shall maintain the exclusive possession of the 1994 Nissen Pathfinder motor vehicle, and the wife-petitioner waives any share or right to this asset free of any charge.

      3.1.1.2  **Movables**: The wife-petitioner shall take full possession of the furniture and household goods of the home, which form part of the community property acquired during the marriage.

[Seal:] COMMONWEALTH OF PUERTO RICO - GENERAL COURT OF JUSTICE - TRIAL COURT - SUPERIOR COURT OF PONCE - J080 [Initials]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

3.1.1.3   **Retirement Plans**: The husband-petitioner has accumulated, in the Commonwealth Employees Association, savings and dividends totaling **$7,950.98**, of which half (**$3,975.49**) of the amount contributed as of the filing date of this petition, shall be considered to be a credit in favor of the wife-petitioner, and regarding the amount accumulated in the Retirement System of the Commonwealth of Puerto Rico, the husband-petitioner has accumulated savings totaling **$17,779.50** of which half (**$8,889.75**) of the amount contributed as of the filing date of this petition, shall be considered to be a credit in favor of the wife-petitioner. Both credits shall be provided to the wife-petitioner on the date the petitioner retires as a public employee.

3.1.1.4   The parties allege that the personal assets acquired during the marriage were allotted between the parties in accordance with the above, and that if any other asset should come to light, which has not been mentioned in this petition, it shall remain under the use and enjoyment of the spouse who possesses it.

3.1.2   **Real Property**: During the marriage, the petitioners acquired the following property, which is to be kept under joint ownership:

The property described in the Property Registry as:

*"Urban: Lot marked with number two hundred five (205) of the Registry Plan of the Hacienda El Porvenir Urban Development Plan, also known as Hacienda Concordia, [located] in the Felicia two (2) Barrio, Paso Seco de Santa Isabel sector, Puerto Rico, with a surface area of five hundred forty-nine point nine two (549.92) meters, equal to zero point one four zero zero (0.1400) cuerdas. Boundaries on the North, twenty-eight point seven seven (28.77) meters with Calle Margarita, and lot number two hundred four (204); on the South, eighteen point zero one (18.01) meters with lot two hundred eighteen (218); on the East, twenty-five point zero zero (25.00) meters with lot two hundred six (206); and on the West, thirty-one point eight zero (31.80) meters with Puerto Rico State Highway number one hundred fifty-three (153).*

*It has a one-story concrete and concrete block building for residential purposes.*

[Seal:] COMMONWEALTH OF PUERTO RICO - GENERAL COURT OF JUSTICE - TRIAL COURT - SUPERIOR COURT OF PONCE - J080 [Initials]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Easements: this lot is encumbered by a telephone line easement of one point five two (1.52) meters in width on its North boundary.*

*The property described above is a subdivision of property number 5,869, which is recorded on folio 278 of volume 151 of Santa Isabel, Guayama Property Registry.*

3.1.3 **Debts**: The petitioners have distributed the debts acquired during the marriage, in the following manner:

    3.1.3.1    Personal loan from Prestamas, in the amount of $16,130.44, which shall be allotted to the husband-petitioner.

    3.1.3.2    Personal loan from Puerto Rico Commonwealth Employees Association (AEELA), in the amount of $5,106.26, which shall be allotted to the husband-petitioner.

    3.1.3.3    Personal loan from Mr. Armando López Rivera and Mrs. Noemí Báez Lespier, in the amount of $21,083.17, which has been itemized in the letter of debt signed by the aforementioned creditors, shall be allotted to the wife-petitioner.

    3.1.3.4    In good faith, the petitioners affirm that the only debts they know of are those specified in this petition, and if any other debt should come to light in relation to any asset, it shall be borne by the person who has the use and enjoyment of the object of the debt, and in the absence of enjoyment of the object of the debt, it shall be divided in equal parts.

3.1.4  The petitioners have been warned that the allotments of the marital debts shall not take effect before the creditors unless the creditors release the other petitioner from all liability. Until such time as such release is granted, the obligation shall be demandable from both petitioners, without prejudice to the claims they may make between themselves.

3.1.5  The petitioners further stipulate that, if marital debts should come to light in future, which have not been mentioned above, and which were contracted during the marriage by either spouse, such debt shall be the exclusive liability of the spouse who contracted it, releasing the other spouse of all liability.

[Seal:] COMMONWEALTH OF PUERTO RICO - GENERAL COURT OF JUSTICE - TRIAL COURT - SUPERIOR COURT OF PONCE - J080 [Initials]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

3.2 **RESIDENTIAL AND LEGAL CUSTODY:**

That the residential custody of the minors shall be held by the wife-petitioner and legal custody shall be joint.

3.3 **PARENTING TIME:**

The minors shall remain with the wife-petitioner and the father shall have parenting time on alternate weekends. Notwithstanding, the parties may agree upon another arrangement to the benefit of the minors and for family enjoyment and happiness. During the holidays of the parents, to wit, the father or mother, the minor may travel with either of them, provided authorization is obtained from the other parent or a competent Court. During the summer holidays, the father shall enjoy the company of the minors from July 15 to 31, and during the Christmas holidays, the father shall enjoy the company of the minors from December 24 to 31 and the mother from January 1 to 8. This arrangement will alternate, with the father or mother enjoying the dates the other parent enjoyed [the previous year].

3.4 **CHILD SUPPORT:**

A decision exists of the parties, regarding child support for the minors, in the amount of $721.00 per month, which has already been established by ASUME (Child Support Administration).

**This Judgment shall be firm and final once the term provided for by the Rules of Civil Procedure has elapsed.**

**ORDERED TO BE ENTERED AND SERVED.**

**ISSUED** In Ponce, Puerto Rico, on *May 14,* 2010.

_____
[Signature]

**SUPERIOR COURT JUDGE**

**TRIAL COURT**
[Signature]

[Seal:] COMMONWEALTH OF PUERTO RICO - GENERAL COURT OF JUSTICE - TRIAL COURT - SUPERIOR COURT OF PONCE - J080 [Initials]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



|  |  |
|---|---|
| TREASURY DEPARTMENT - PUERTO RICO | Seal |
| [Initials] | |
| TREASURY DEPARTMENT - PUERTO RICO | |
| 18-A5398944 | 18-A5398352 |

[Seal:] PAID
Date: MAR 20, 2018
BY: JEIMY SANTIAGO MONTALVO
DEPUTY COURT CLERK

5120
03/14/2018
$0.25

Internal Revenue Stamp
6168

5120
03/16/2018
$5.00

18-A5398352
$.25

Internal Revenue Stamp
6401

18-A5398944
$5.00

| TRIAL COURT |
|---|
| PONCE JUDICIAL CENTER |
| SUPERIOR COURT |
| **CERTIFICATION** |
| I HEREBY CERTIFY THAT: This is a true and exact copy of the original filed in the case records, and I issue it at the request of: |
| *Sonia N. López Baez* |
| ☒Subject to payment of fees |
| ☐For official use, free of charges |

| MAR 20, 2018 | LUZ MAYRA CARABALLO GARCIA |
|---|---|
| DATE | REGIONAL CLERK |
| 6 | [Firma] |
| | JEIMY SANTIAGO MONTALVO |
| | DEPUTY COURT CLERK |
| FOLIO | By: Deputy Court Clerk |
| ☐CIVIL  ☐CRIMINAL  ☒FAMILY AFFAIRS | |

[Seal:] COMMONWEALTH OF PUERTO RICO - GENERAL COURT OF JUSTICE - TRIAL COURT - SUPERIOR COURT OF PONCE - J080 [Initials]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 9987 DN 18875**

Signed this 20th day of December, 2021

_____
Andreea I. Boscor

