# EXHIBIT 4

Facunda Martínez Colón<br>
Barrio Guavate<br>
22328 carr 184.<br>
Cayey, Puerto Rico 00736-9425

Counsel for the Oversight Board
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299


FAO:   Martin J. Bienenstock
         Brian S. Rosen


Ref. *Request to Continue with Claim* filed with the group of the Commonwealth of Puerto Rico Government Employees' Retirement System. *Case* no. **17BK 03566-LTS** (Claim No. 179193).


Dear Clerk's Office,

I am cordially writing to you to object to your decision to not accept the claim that I made, due to it being filed late, according to your letter. I am objecting due to deeming that I am part of this group of employees that filed said claim, as I consider I am entitled to it due to it being my retirement money accumulated for my years of work performed and which shall serve me for my retirement. (I am attaching proof of contribution to the Retirement System).


[*Signature*]
Facunda Martínez Colón


CC:     Clerk's Office
           United States District Court
           Room 150 Federal Building
           San Juan (Puerto Rico) 00918-1767

           Counsel for the Oversight Board
           Proskauer Rose LLP
           Eleven Times Square
           New York, New York 10036-8299
           Attn.: Martin J. Bienenstock
           Brian S. Rosen

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Page #2

Counsel for the Creditors' Committee
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn.: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

[Coat of Arms: GOVERNMENT OF PUERTO RICO –
Government and Judiciary Employees' Retirement Systems Administration]

## CERTIFICATION OF ESTIMATED CONTRIBUTIONS BALANCES

**RE: FACUNDA MARTÍNEZ COLÓN**                Social Security No.: XXX-XX-0567

BO. GUAVATE

22328 CARR. 184

CAYEY, PR 00736

The information presented below is based on the data obtained from our computer systems at the date of this certification.

It is important to highlight that the stated Individual Contributions Balance is the accumulation of the amount contributed to the RSA at the date of the last payroll processed on the System. Therefore, same are subject to revision. If the information does not match your records, you should contact the Retirement Affairs Coordinator of your Agency, Corporation or Municipality.

| | |
|---|---|
| Corporation: | DEPT. OF CORRECTIONS AND REHABILITATION |
| Years of Service: | 28 |
| Contributions Balance: | $53,371.07 |

This certification was issued on May 27, 2020.

The Government and Judiciary Employees' Retirement Systems Administration shall not be responsible for missing information or information provided by the Employer.

Certification Number: ASR2020052748483654

The validity of this certification can be verified through the portal of the Government of Puerto Rico http://www.pr.gov/validacionelectronica/ or on our portal http://www.retiro.pr.gov

[Emblem: RETIRO]

[Illegible]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Coat of Arms: GOVERNMENT OF PUERTO RICO –
Government and Judiciary Employees' Retirement Systems Administration]

# ESTIMATED ACCOUNT STATEMENT

April 02, 2018

**Agency: 417 - CORRECTIONAL HEALTH**

FACUNDA MARTÍNEZ COLÓN                          **Social Security Number: XXX-XX-0567**

BO. GUAVATE

22328 CARR. 184

CAYEY, PR 00736

Based on the information in our records, as of April 02, 2018, you have:

**Date of Birth:** ▮▮▮▮▮▮▮ 1963                         **Sex: Female**

**Start Date in Public Service: July 01, 1989**

**Contribution Start Date: July 01, 1989**

| Act 447 as of June 30, 2013 | | | Act 3 as of June 2017 | |
|---|---|---|---|---|
| Years Credited: | 24.00 | | Years Credited: | 4.06 |
| Contributions: | | $32,051.75 | Contributions: | $15,060.82 |
| Interest: | | $6,805.67 | Interest: | $1,070.03 |
| Bookkeeping Expenses: | | $0.00 | Bookkeeping Expenses: | $0.00 |
| Total Contributions: | | $38,857.42 | Total Contributions: | $16,130.85 |
| SNC Paid: | | $0.00 | Benefit: | $0.00 |
| SNC Time: | 0.00 | | [Illegible - *$91.22*] | |
| Benefit: | *1,035.50* | $0.00 | | |

It is important to highlight that the stated Individual Contributions Balance is the accumulation of the amount contributed to Retirement at the date of the last payroll processed on the System. The balances reflected herein under Individual Contribution and Years of Service are subject to revision.

If the information does not match your records, you must contact the Retirement Affairs Coordinator of your Agency, Corporation or Municipality. Furthermore, you may access this information through *Retiro's* Online Portal Services section: http://www.retiro.pr.gov.

**We remind you that prior to filing a pension request, you must request an official Account Statement through your Coordinator.**

Cordially,

Account Statements Unit
Participants Division

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
www.retiro.pr.gov.                                                               [Emblem: Retiro]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Facunda [illegible]
22328 Carr 184
Barrio Guavate
Cayey P.R 00736-9425

Secretaría (Clerk's Office)
United States District Court
Sala 150 Edificio Federal (Federal Building)
San Juan (Puerto Rico) 00918-1767

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 179193 DN 18159**

Signed this 20th day of December, 2021

_____

Andreea I. Boscor

