# EXHIBIT 5

Case:17-03283-LTS Doc#:18165 Filed:09/17/21 Entered:09/20/21 14:02:43 Desc: Main
Document Page 1 of 1

September 9, 2021

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RE: Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS and
Prime Clerk Case no.17-03283

Respectable Judge:

I am filing a response to the Opposing Omnibus Objections of my mother and father, to explain the objections to my claim.
My name is Myriam Gandia; I live in the State of Florida. I am the daughter of Genara Cruz Del Moral and Fernando Figueroa Martinez.
I want to respond to the rejection disallow of Omnibus Objections, Commonwealth of Puerto Rico, and Title III.

1. **Genara Cruz Del Moral–Claim no. 179447, ss no, 0240**, born 1931 in Yabucoa, Puerto Rico, deceased on 25 July 2002, in Yabucoa. Worked as a Food Service Worker in the Yabucoa Public Schools for many years until retired.
    a. The Opposing the Omnibus Objection was because, the Proof of claim not timely filed.
    b. I am opposing to the decision for the reason of filing after deadline set by the Bar date order because, the information received to apply for this claim was in July 2021 and it was sent to the Puerto Rico address. When I went to Puerto Rico this past July, the letter was given to me. When I returned home immediately I submitted the claim online by July 14, 2021.

2. **Fernando Figueroa Martinez-Claim no. 173753, ss no. 0133**, born 1922, in Yabucoa, Puerto Rico, deceased on 18 March 2015, in Brooklyn, New York. Worked in the Yabucoa Central Roig Sugar Corporation until retired.
    a. The Opposing the Omnibus Objection was because, Proof of claim and supporting documentation and that Central Roig were not part of the Title III proceedings.
    b. I am opposing to the decision for the reason, when I received the information back in April 2020, I submitted this claim online through Prime Clerk for the Commonwealth of Puerto Rico Bankruptcy, and under the retirement system, Class Action Law Suit with Promesa Title III. This claim were for wages owed to the debtor, retired employees of the different companies in Puerto Rico, which include Central Roig Sugar Corporation, were the wages were reduced at the time my father worked at the company Central Roig. In that company there were no paper work for retirement filed.

I am asking the Court to please review these cases in consideration of my parents that had worked so hard in Puerto Rico and You the Court can make a sincere determination in favor and behave of my parents. Thank you.

Sincerely;

*Myriam Gandia*

Myriam Gandia
26154 Corkwood Court
Land O' Lakes, FL. 34639
Gandia@verizon.net
813-476-1556


PS: Five attachments

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS Doc#:18165-1 Filed:09/17/21 Entered:09/20/21 14:02:43 Desc:
Exhibit Page 1 of 5

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Gandia, Myriam S. | 179447 | 7/14/2021 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $50,000.00 |
| Reason: | Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## Three Hundred and Eighty-First Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 324 | GANDIA, MYRIAM S.<br>26154 CORKWOOD COURT<br>LAND O'LAKES, FL 34639 | 4/21/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173753 | Undetermined* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Sugar Corporation which is not part of the Title III proceedings. | | | | | |
| 325 | GARCIA BURGOS, NELSON<br>BARRIO PALO SECO<br>BUZON 236<br>MAUNABO, PR 00707 | 5/26/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 174041 | Undetermined* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Sugar Corporation which is not part of the Title III proceedings. | | | | | |
| 326 | GARCIA COTTO, ELIZABETH<br>HC 04 BOX 4284<br>HUMACAO, PR 00791 | 7/2/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 174220 | Undetermined* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Sugar Corporation which is not part of the Title III proceedings. | | | | | |
| 327 | GARCIA COTTO, MARIA ESTHER<br>HC 4 BOX 4171<br>HUMACAO, PR 00791 | 3/17/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173590 | Undetermined* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Sugar Corporation which is not part of the Title III proceedings. | | | | | |
| 328 | GARCIA ECHEVERRIA, MIGUEL<br>CALLE FRANCISCO MENDEZ 2F12<br>URB. BAIROA PARK<br>CAGUAS, PR 00727 | 9/4/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 175042 | $4,800.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Puerto Rico Telephone Company which is not part of the Title III proceedings. | | | | | |
| 329 | GARCIA HERNANDEZ, LUIS MIGUEL<br>HC-03 BOX 5776<br>HUMACAO, PR 00791 | 3/18/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173493 | Undetermined* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Sugar Corporation which is not part of the Title III proceedings. | | | | | |
| 330 | GARCIA HERNANDEZ, WILLIAM<br>HC 1 BOX 17480<br>HUMACAO, PR 00791 | 3/30/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173695 | Undetermined* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Sugar Corporation which is not part of the Title III proceedings. | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| | |
|---|---|
| ASR-CS-001 | COMMONWEALTH OF PUERTO RICO |
| Rev. 02/2002 | GOVERNMENT EMPLOYEES AND JUDICIARY RETIREMENT SYSTEMS ADMINISTRATION |
| | SERVICE CENTER FOR PARTICIPANTS AND PENSIONERS |

## RECEIPT OF CLAIM DOCUMENTS

I have received the documents listed below:

Item: *B&M (P)*

Name: *Genara Cruz del Moral*

Employee or Social Insurance Number: [redacted]

Agency, Corporation or Municipality: *Pensioner*

Documents:

1. *The B&M (P)*
2. *Death Certificate (Certified Copy)*
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 

Received by:

| *Carmela Colon* | [Signature] |
|---|---|
| Full name of Employee | Signature |

| [Illegible] *Officer* | *08/12/02* | *AM* |
|---|---|---|
| Position | Date (Month/Day/Year) | Time |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
(COMMONWEALTH OF PUERTO RICO)

DEPARTAMENTO DE SALUD
(DEPARTMENT OF HEALTH)
REGISTRO DEMOGRAFICO
(DEMOGRAPHIC REGISTRY)
CERTIFICACION DE DEFUNCION
(CERTIFICATION OF DEATH)

NUMBER
A319837

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
0062

NOMBRE DEL FALLECIDO (DECEASED NAME)
GENARA CRUZ DEL MORAL

SEGURO SOCIAL (SOCIAL SECURITY)

SEXO (SEX)
F

ESTADO CIVIL (MARITAL STATUS)
CASADA (MARRIED)

NOMBRE CONYUGE (SPOUSE'S NAME)
FERNANDO FIGUEROA MARTINEZ

FECHA DEFUNCION (DEATH DATE)
2002

FECHA REGISTRO (REGISTRATION DATE)
AUG 06, 2002

LUGAR DEFUNCION (DEATH PLACE)
RIO PIEDRAS, PUERTO RICO

FUE EMBALSAMADO? (WAS EMBALMED?)
SI FUE EMBALSAMADO (EMBALMED)

FECHA NACIMIENTO (BIRTH DATE)
1931

EDAD (AGE)
71 YEARS

LUGAR NACIMIENTO (BIRTH PLACE)
YABUCOA, PUERTO RICO

NOMBRE DEL PADRE (FATHER'S NAME)
RAFAEL CRUZ

NOMBRE DE LA MADRE (MOTHER'S NAME)
NATIVIDAD DEL MORAL

FECHA EXPEDICION (DATE ISSUED)
AUG 19, 2002

[Emblem: DEPARTMENT OF HEALTH – GOVERNMENT OF PUERTO RICO – Providing Health… to your Life.]

[Stamp: DEPARTMENT OF HEALTH – DEMOGRAPHIC REGISTRY – Illegible – A03652125]

[Stamp: INTERNAL REVENUE SERVICE STAMP – COMMONWEALTH OF PUERTO RICO]

WARNING: Any alteration or erasure voids this certification.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# DEATH TRANSCRIPT

THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**CERTIFICATE OF DEATH**   Certificate No. ████2557

DATE FILED: MARCH 18, 2015 06:41 PM

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

1. DECEDENT'S LEGAL NAME: FERNANDO FIGUEROA (First, Middle, Last)

**Place of Death**
- 2a. New York City
- 2b. Borough: Brooklyn
- 2c. Type of Place: 4 ☒ Nursing Home/Long Term Care Facility
- 2d. Any Hospice care in last 30 days: 2 ☒ No
- 2e. Name of hospital or other facility (if not facility, street address): Bushwick Center for Rehabilitation and Health Care

3a. Date and Time of Death: (Month) (Day) 2015
3b. Time: 12:11 PM
4. Sex: Male
5. Date last attended by a Physician: mm dd 2015

6. Certifier: I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES. See instructions on reverse of certificate.

Name of Physician: Esther Zellermaier (Type or Print)
Signature: *Esther Zellermaier* — Signature Electronically Authenticated — D.O./M.D.
Address: 50 Sheffield Avenue, Brooklyn, New York 11207
License No: 013073    Date: ████2015

7a. Usual Residence State: New York
7b. County: Kings
7c. City or Town: Brooklyn
7d. Street and Number: 50 Sheffield Avenue
Apt. No.: 301
ZIP Code: 11207
7e. Inside City Limits?: 1 ☒ Yes

8. Date of Birth: (Month) (Day) (Year-yyyy) 1922
9. Age at last birthday (years): 92
Under 1 Year – Months: 2, Days: 3
Under 1 Day – Hours: 4, Minutes: 5
10. Social Security No.: ████0133

11a. Usual Occupation: Sugar Cain Worker
11b. Kind of business or industry: Factory
12. Aliases or AKAs:

13. Birthplace (City & State or Foreign Country): Yabucoa, Puerto Rico
14. Education: 1 ☒ 8th grade or less; none

15. Ever in U.S. Armed Forces?: 2 ☒ No
16. Marital/Partnership Status at time of death: 6 ☒ Widowed
17. Surviving Spouse's/Partner's Name: *** ***

18. Father's Name: Joaquin Figueroa
19. Mother's Maiden Name: Rosa Martinez

20a. Informant's Name: Norma Figueroa
20b. Relationship to Decedent: Daughter
20c. Address: 1163 Sutter Avenue 4 B, Brooklyn, New York    ZIP: 11208

21a. Method of Disposition: 1 ☒ Burial
21b. Place of Disposition: Municipal Cemetery
21c. Location of Disposition: Yabucoa, Puerto Rico
21d. Date of Disposition: 03 22 2015

22a. Funeral Establishment: Funeraria Juan - John's Funeral Home
22b. Address: 509 Liberty Avenue, Brooklyn, New York 11207

VR 15 (Rev. 01-09)

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Steven P. Schwartz, Ph.D., City Registrar

████ 2015   Order No. 20150320146    X00907935

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 173753 DN 18165**

Signed this 15th day of December, 2021

_____

Andreea I. Boscor

