# EXHIBIT 9

September 07, 2021

**From: Hermenegildo Rodríguez González**
**HC 2 BOX 11460**
**Las Marías, P.R. 00670**

**RE: Case Number 17 BK 03282-LTS**
**Claim Number: 179457**

Cordial greetings,

I hereby inform you that the claim was submitted after the deadline, though I knew that I had some benefits relating to "El Romerazo," I did not know where to make my claim.

Should you need any additional information, you can get in touch via our address which appears above, or via our telephone number (787) 470-4780 and (787) 242-7815.

Yours faithfully,

\_\_\_\_[Signature]\_\_\_\_
**Hermenegildo Rodríguez González**

RECEIVED & FILED
2021 SEP 23 PM 3: 12
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

*Certified to be a correct and true translation from the source text in*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-Eng*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 179457 DN 18234**

Signed this 20th day of December 2021

_____

Andreea I. Boscor

