# EXHIBIT 11

September 14, 2021

Sergio Morales Camacho              Claim # 167986
Hc 1 Box 6654
Vieques P.R. 00765                  Case # 17 BK 03283-LTS
TEL: 787-460-4584
Email: smcl9841@gmail.com

SUBJECT: Reply [to] Omnibus Objection
TO: United States District Court for The District Of Puerto Rico

To whom it may concern:

I hereby request that the Court not grant an objection to my claim on the grounds that the proof of claim was submitted after the deadline. At that time, I, Sergio Morales Camacho, did not know the procedure to file claims and evidence related to this case, so I had to be guided in this regard to clarify uncertainties without losing or jeopardizing my rights as a citizen. When I clarified the uncertainties, I proceeded to fill out and send documentation and/or evidence as diligently as possible, taking into consideration that this honorable court accepts my claim as a citizen. It was filed on November 30, 2018. Please reconsider and include me as a petitioner.

Sincerely yours,

Signature *Sergio Morales Camacho*
Claimant: Sergio Morales Camacho

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| MORALES CAMACHO, SERGIO | 167986 | 11/30/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| MORALES CAMACHO, SERGIO | 167986 | 11/30/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Sergio Morales Camacho
HC01 Box 6654
Vieques PR 00765





U.S. POSTAGE PAID
FCM LETTER
VIEQUES, PR
00765
SEP 16, 21
AMOUNT
$7.38
R2304N118483-03

TO: Clerk's Office
United States District Court
Sala 150 Edificio Federal
San Juan, P.R. 00918-1767



CERTIFIED MAIL
7021 0950 0001 5430 0122

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 167986 DN 18376**

Signed this 15th day of December, 2021

_____

Andreea I. Boscor

