# EXHIBIT 16

October 16, 2021

Cidra, Puerto Rico

From: Roberto Berríos Castrodad

     Claim No.: 179463

Dears Sirs/Mmes.:

Subject: PROMESA Law Title III:

    For some time, I have been trying to get my official teacher's certificate from the Department of Education. I have just received it via the Portal, which is why I am sending it as proof for my request.


Yours faithfully,

[Signature]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Emblem: DEPARTMENT OF EDUCATION – GOVERNMENT OF PUERTO RICO]

<u>DEPARTMENT OF EDUCATION</u>
Commonwealth of Puerto Rico
Auxiliary Secretariat of Human Resources

October 14, 2021

# C E R T I F I C A T I O N

| | | |
|---|---|---|
| I certify that | : | ROBERTO BERRÍOS CASTRODAD |
| Social Security No. | : | Redacted |
| Category | : | INDUSTRIAL ARTS TEACHER |
| School District | : | COMERIO |
| Monthly Salary | : | $690.00 |
| Status | : | PERMANENT |

Remarks

| | | |
|---|---|---|
| Works | : | N/A |
| Ceased | : | N/A |
| Resigned | : | Effective August 06, 1979 |
| Other | : | Has served with the Department of Education of the Government of Puerto Rico for a period of 8 years, 3 months, 1 week and 2 days. |

[Signature]
Cándida R. Chico Montañez
Supervisor
Educational Files

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS 2164, 2165, 4165 FAX (787)765-5174

The Department of Education does not discriminate based on race, color, sex, birth, national origin, social status, political or religious convictions, age or disability in its activities, educational services and employment opportunities.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 179463 DN 19037**

Signed this 20th day of December, 2021

_____

Andreea I. Boscor

*(ATA Certified Translator Seal: Andreea Boscor, Spanish into English, Certification #525556 — Verify at www.atanet.org/verify)*

