# EXHIBIT 17

[hw:] *2*

*[hw:] I also wish to inform you that by that date in 1979 [inserted: 2006], the amount of the increase in income of $20,000.00 per year [for the years]*

*1979, 1980, 1981-1982, 1983, 1984, 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006.*

[hw:] *[see]* <u>below</u>

20,000.00
x 27
_____
**540,000**
÷
27 =
20,000.00

*In 2006 [inserted: October], I retired from my position with the Government of Puerto Rico, after my 30 years of service, because for the retirement system it is 30 years, but I really worked at my job for 33 years. As a secretary, I was an exemplary employee at my work. My task in the Examining Boards was to assist the public, by telephone and personally. I was responsible for 4 Boards, and those were the following: Examining Board for Eye Care Professionals, Examining Board for Doctors of Naturopathic Medicine, Examining Board for Respiratory Care Professionals, and Examining Board for Embalmers. And I assisted all of them with much love and much dedication.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[hw:] *3*

[hw:] *I also wish to inform you that the <u>General Post Office</u> that processes all kinds of correspondence addressed to different entities is closed because the structure is damaged, and for that reason, the General Post Office is closed. All correspondence is forwarded to the private post office, and from there, that correspondence is taken to the United States so that it can be processed.*

*Thank you in advance. God bless you all.*

|  |  |
|---|---|
|  | *Sincerely,* |
|  | *Miriam E. Plaza Cruz* |
| *Cellphone:* | *243 Calle Paris* |
| *787-908-7609* | *PMB 1040* |
|  | *San Juan, Puerto Rico 00917* |

*Enclosed:*
*Act No. 89 of July 12, 1979, Uniform Compensation Act*
*Letter: April 21, 2010*
*Rafael A. Vila Carrión, Esq.*

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Law Office*
## RAFAEL A. VILA CARRION
Suite 1004
The Hato Rey Center
268 Ponce de León
San Juan PR 00918-2006

Telephone: (787)509-9401                                              William J. Reifkohl
Fax: (787) 765-0745                                                         1915-2002
E-mail: Vilacarrion@microjuris.com

April 21, 2010

Ms. Miriam E. Plaza Cruz
243 Calle Paris
PMB 1040
San Juan, PR 00917

Dear Ms. Plaza,

We hope that this letter finds you well. We are writing to request that you send us a copy of your contract under the Romerazo Act, via fax at: (787) 765 0745. By order of the Court, a final list was made including <u>all the information corresponding to each employee of the Department of Health, represented by Atty. Vila Carrión, which includes the current home address and telephone number of each person.</u>
Hoping to receive said information as soon as possible, I remain at your disposal.

Sincerely,

[handwritten signature]
Gloria Garriga Sánchez
Secretary

P.S.
You can also call us at (787) 554-9062 for more information.
[initials: ggs]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 167977 ECF No 19202**

Signed this 29th day of December, 2021



_____

Andreea I. Boscor

