# EXHIBIT 18

[handwritten text is in italics.]

Name of Representative: *Elsie Rivera Ortiz*
Claim No. *145387*
Student: *MADELINE SANCHEZ RIVERA*
Address: *RR-01 BOX 15097*
*TOA ALTA, PR 00953*
Email: *SAEITAUROPR@gmail.com*
Cell: *787-526-0027*



Dear individual in charge:

I am writing regarding the letter received from Prime Clerk, LLC stating that the claim was not delivered within the stipulated dates. I am notifying you that the documents were delivered within the requested time frame. I am enclosing with this letter, evidence of Prime Clerk's certification of mailing, with my child's claim number showing that the claim was submitted on time. Therefore, I do not agree with the information stated in the letter as being sent after the applicable date. At this time, I am still at the same address, there is no change, and I am still following the case. Should you need any further information, I will be happy to provide it.

Sincerely yours: [signature]

Date: *09-16-2021*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*28/JANUARY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS Doc#:19203-1 Filed:11/12/21 Entered:11/15/21 10:39:16 Desc:
Exhibit Page 1 of 2

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| SANCHEZ RIVERA, MADELINE | 145387 | 7/17/2018 | Commonwealth of Puerto Rico | $150,000.00 |
| Reason: | Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| SANCHEZ RIVERA, MADELINE | 145387 | 7/17/2018 | Commonwealth of Puerto Rico | $150,000.00 |
| Base para: | La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*28/JANUARY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

<u>PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.</u>

Date Filed: 7/17/2018
Proof of Claim No.: 145387

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at 844.822.9231.

MADELINE SANCHEZ RIVERA
RR-01 BOX 15092
TOA ALTA, PR 00795

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*28/JANUARY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS Doc#:19203-2 Filed:11/12/21 Entered:11/15/21 10:39:16 Desc:
Envelope Page 1 of 1



United States District Court

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*28/JANUARY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 145387 ECF No 19203**

Signed this 28th day of January 2022

_____

Andreea I. Boscor

