# EXHIBIT 19

1                                              September 08, 2021

### **EXHIBIT C**

**Notice**

Important Information For Reply Claimants

      Omnibus Objection of the Clerk's Office of the United States District Court for the District of Puerto Rico. I am Filing an Omnibus Objection in accordance with Rule 3007-1 to the United States District Court alleging that I, Mr. Julio C. Luna Santiago, am claiming what belongs to me under Claim 169013 and in accordance with Said consideration to said Reply. I don't have the slightest doubt that all the above can be resolved effectively and also with regard to the different positions in the Central Azucarera de Puerto Rico (Puerto Rico Sugar Plant). In terms of my Work Duties, I am hereby sending you a list of all the positions that I fulfilled:

1. The silos
2. The cooler
3. Coal plant
4. Weighing scales for black sugar
5. Weighing scales for white sugar
6. Laboratory chemical analyst
7. The assessor
8. [Illegible] 1 and 2



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

2                      Continued

### **EXHIBIT C**

9. The mixing tanks
10. Filter Tanks for Working on the Trashcans
11. [Illegible]
12. Refinery Trashcans
13. Plant Trashcans
14. White Sugar Packer
15. Centrifuge
16. Inspection Box

FAO: Counsel and the Honorable Judge

Mr. Julio C. Luna Santiago

Cond. Riberas del Bucaná III

Edf. 2410 Apt. 453

Ponce, P.R. 00731-5062

Telephone 787-974-1620

                                             Many thanks

Social Security No. 9605

Born ███████

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TARGEM TRANSLATIONS**

T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 169013 DN 18098**

Signed this 15th day of December, 2021

_____

Andreea I. Boscor

*American Translators Association*
*ata*
Andreea Boscor
Spanish into English
Certification #525556
*Certified Translator*
Verify at www.atanet.org/verify

