# EXHIBIT 20

[*handwritten:*]

October 22, 2021

Clerk of the United States District Court

To the Honorable State District [sic] Judge Laura Taylor Swain

I am refuting all the objections sent to me in the last letter. I have been looking for 3 people who had evidence regarding Promesa Act Title III No. 17BK3283-LTS. These people passed away years ago and I was unable to obtain evidence of documents that you wish to have. These documents have not existed for years. The documents stated exactly what I worked on in the P.R. sugar corporation. I am disappointed and I do not accept all those exceptions to object to me.

Exhibit: April objection ECF No. 16021; ECF No. 16030; ECF No. 16023; ECF No. 16027;

June objection ECF No. 16441; ECF No. 16638; No. 8105 ECF No. 16643

August Objection ECF No. 17085, ECF No. 17101, ECF No. 17081, ECF No. 17087 No. 24670; ECF No. 17105; ECF No.17109; 139753, 23016, 3398, 106293, 122933, 24315; ECF No. 17109, 28171, 25360, 27235; 3398, 6725, ECF No. 17092, 35262, 42061, 46270, 48743, 32722, 26316, 26027; ECF No. 17111;

October Objection: ECF No. 17112; 16802; 102255; 10904; ECF No. 17919; ECF No. 17921, ECF No. 17927; ECF No. 17927; ECF No. 17929; 17933; 17934; CEF No.17935; CEF No. 17918; ECF No. 17923; 17914; 17916 ECF No. 17917; ECF No. 17920, ECF No. 17922

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/JANUARY2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

F — No: 17925   11...

ECF No. 17925, LLC 4349; ECF No. 17971

E. <u>November Objection</u>

ECF No. 179731; ECF No. 17974; ECF No. 17970; ECF No. 17975; Claim No. 2862, ECF No. 17972; Claim No. 4250 ECF No. 17969.

I am sending here all the objections that you have written, which I Julio C. Luna Santiago do <u>NOT</u> agree with all your objections in the papers that you sent me.

<u>I do not agree</u> that you need to conduct a review by some means or by computer in which you can find true and conclusive evidence so that you can find out where I worked, how long I worked, my monthly salary. Vacation time was never paid out; pay is owed for sick leave. We had a union. Please examine all the accounts that pertain to each number that have been consolidated to me. This present filing is related to the Commonwealth, the ERS, the HTA and the PBA.

Also Title III No. 17BK3283-LST

<u>I worked at the Puerto Rico Sugar Corporation in the following</u>:

1. The Silos
2. The Cooler
3. Coal Plant
4. Roman scale for weighing brown sugar
5. Roman scale for weighing white sugar
6. Laboratory chemist
7. The Clarifying Machine
9. The mixing tanks
10. I worked in the Bins
11. The syrup
12. Refinery Bins
13. Factory Bins
14. Sugar packaging
15 Centrifuge

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/JANUARY2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

I was in several different neighborhoods that could have the list, and I found out that there were three people who had the verification list of my work and all my paperwork documenting my jobs, salaries, etc. I found out that they had died, and no one obtained the lists from them. They were my bosses at the Puerto Rico Sugar Corporation.

I very much regret not having requested convincing evidence, and that is why I am writing you, to ask that you please closely review my case under the Promesa Act Title III No. 17BK 3283-LTS.

Promesa Claim Title III No. 17BK 3283-LTS
Claim # 169013
Case 17-03283            #SRF55176
Phone 844-822-9231
Julio C. Luna Santiago
Cond. Riberas del Bucana III
Edf. 2410 Apt. 453 Ponce,
PR 00731-6052

Mr. Luna's cell phone:    787 974 1620
                          939428 1030 Wife
                          S.S. 9605
                          Born ██████████ 1963
                          57 years old

* Please send me responses and papers in Spanish, as I do not understand English.

Unpaid wages, vacation leave, unpaid wages under Romerazo, sick leave pay, unpaid wages by the Corporation Union

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/JANUARY2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/JANUARY2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



| | |
|---|---|
| **T** | 718.384.8040 |
| **W** | TargemTranslations.com |
| **E** | projects@targemtranslations.com |
| **A** | 185 Clymer St. Brooklyn, NY 11211 |

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 169013 – ECF No. 19177**

Signed this 15th of January 2022

_____

Andreea I. Boscor

Andreea Boscor
Spanish into English
Certification #525556

Verify at www.atanet.org/verify

