# EXHIBIT 21

Sept 18, 2021

*Clerk's Office*
*United States District Court*
*# 150 Avenida Chardón*
*Federal Building*
*San Juan, PR  00918*

**Reply to Omnibus Objection**

I.  Contact Details

   Name:     Brenda I. Ortiz Castellano
   Address:  Parcelas Saint Just
             Calle Sector Los Marquez #2
             Trujillo Alto, PR 00974
   Contact Telephone: 787-292-9747



II.  Caption

   A.  *Clerk's Office*
       *United States District Court*
       *# 150 Avenida Chardón*
       *Federal Building*
       *San Juan, PR  00918*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

A. Commonwealth of Puerto Rico, et al. (Debtors)

B. Docket Number: 17-BK-3283-LTS

C. Omnibus Objection relating to the request for money not paid by the Commonwealth
Proof of claim number: 175075   Act 89-
July 1995- El Romerazo.

III. The Court must not grant the omnibus objection since it is money owed under laws passed by the government of the Commonwealth during the period when the Puerto Rico Telephone Co. belonged to the Puerto Rico Government.

IV. Supporting Documentation
Documents are enclosed showing the years of service with the Puerto Rico Telephone Co., PR, Commonwealth of Puerto Rico from July 08, 1986 until […]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*I ended my work as a Secretary in the Dept. of Commercial Operations, PR, Commonwealth. The claim is under the applicable laws that cover these years of service when the P.R.T.C. belonged to the Puerto Rico government until the sale by the Commonwealth was finalized.*

Should you need additional information, please contact the undersigned.

[Signature]

*Brenda I. Ortiz Castellano*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 175075 DN 18173**

Signed this 21st day of December 2021

_____

Andreea I. Boscor

