# EXHIBIT 22

*Marlene García Miranda*  *Sept. 13, 2021*
*Hc-03 Box 15442*
*Juana Díaz PR 00795*
*787-615-1539*

*Claim No. 174222*
*PROMESA No. 17-BK-03283-LTS*





    *Claim and grounds on which I am entitled to claim, since we were part of the Government during the signing of the Romerazo Act on June 17, 1989, when working for the Puerto Rico Telephone Company. The Claim for money owed under the laws passed is due to me for years of service as a Service Representative III for the PRTC and it belonged to the government of the Commonwealth of Puerto Rico. The Claim includes hours worked, overtime, bonuses, vacations, and salary increase for hours worked and the interest*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*acquired under Act 89, El Romerazo, which was in July 1999. We are owed it by law because we were part of the government. It is under the Law titled PROMESA III, as well as other laws that apply to me and the corresponding compensation has not been granted to me.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*United States District Court*

Certified to be a correct and true translation from the source text in Spanish to the target language English.
15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.



# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 174222 DN 18175**

Signed this 15th day of December, 2021

_____

Andreea I. Boscor

