# EXHIBIT 23

### REPLY TO OMNIBUS OBJECTION

I. Contact Details

Wilfredo Pagán Durán

Hc-3 Box 13722

Yauco, Puerto Rico  00698



Contact Telephone:
787-516-0324

II. Caption

   A. Clerk's Office

      United States District Court

      #150 Ave. Chardón Federal Building

      San Juan, Puerto Rico 00918-1767

   B. Commonwealth of Puerto Rico and other debtors

   C. Case Number: 17-BK-3283-LTS

   D. Omnibus Objection relating to the request for money not paid by the Commonwealth of Puerto Rico under laws passed during the period in which the Puerto Rico Telephone Company was a Government Agency.

      Proof of claim number:
      #174470 - Act 89-  July 1995- El Romerazo

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

III. *The Court must not grant the omnibus objection since the claim is under laws passed by government of the Commonwealth of Puerto Rico enacted during the period in which the Puerto Rico Telephone Company was a Commonwealth Government Agency.*

IV. *Supporting Documentation*

*Documents are enclosed showing the years of service with the Puerto Rico Telephone Company from March 31, 1986, to present as a Stations Installer/Repairer III.*

*The claim is being brought under applicable laws that cover these years of service. Documents in support of this claim are enclosed.*

*Should you need additional information, please contact the undersigned.*

*Wilfredo Pagán Durán*
*[Signature]*
*09/20/2021*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Emblem: Claro]

P.O. BOX 360998
San Juan PR 00936-0998



### CERTIFICATION

### WILFREDO PAGÁN DURÁN
### XXX-XX-0834

For the above employee we hereby certify the following:

- He joined PRT/Claro on March 31, 1986 and continues to work as a regular employee to this day.

- He currently holds the position of Stations Installer/Repairer III.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico on Friday, May 29, 2020.

                                    [Signature]
                          Abigail Alejandro González
                          Compensation Official
                          Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 174470 DN 18212**

Signed this 21st day of December 2021

_____

Andreea I. Boscor

