# EXHIBIT 24

# Reply to Omnibus Objection

I. Contact Details
    A. Name – Brenda T. Asencio Bernardini
    B. Mailing Address: Repto. Anaida
          D3 calle Eclipse
          Ponce, P.R. 00716-2512
    C. Tel. contact: (787) 974-2137



II. Caption
    A. Address to send objection
       Clerk's Office
       United States District Court
       Room 150 Federal Building
       San Juan, Puerto Rico 00918-1767
    B. Commonwealth of Puerto Rico and other Debtors
    C. Proceedings Number: 17-BK-3283-LTS
    D. Omnibus Objection relating to the request for money not paid by the Commonwealth of Puerto Rico concerning laws on increases that were passed during the years that Telefónica was a Government Agency.
- Number of the proof of claim
- Claim number on the list
  - 174322 Act 89 of July 1995. El Romerazo.

III. The court must not sustain the Omnibus Objection as these are increases owed by the Government of Puerto Rico under the aforementioned law during the period that the *Puerto Rico Telephone Company* was a Government Agency in Puerto Rico.

IV. Supporting Documentation
    Documents are included which provide proof of the years of service with the *Puerto Rico Telephone Company* in Ponce, Puerto Rico from April 06, 1992, to July 01, 2012. I finished my work as a Service Representative III with the PRTC in Ponce, PR and the Commonwealth. This claim is under the applicable laws that cover these years of service in communications.

    Documents are included that prove this claim.

    Should you need any additional information, please contact the undersigned.

                                                Brenda T. Asencio Bernardini
                                                             [Signature]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Emblem: Claro]

PRT/Claro
P.O. Box 360998
San Juan PR  00936-0998

## CERTIFICATION

**BRENDA T. ASENCIO**
**XXX-XX-0163**

For the above former employee, we hereby certify the following:

- ➢ She joined PRT/Claro on April 06, 1992.

- ➢ She worked as a regular employee until July 01, 2012.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico on Tuesday, May 26, 2020.

[Signature]
Abigail Alejandro González
Compensation Official
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 174322 DN 18216**

Signed this 15th day of December, 2021

_____

Andreea I. Boscor

