# EXHIBIT 25

Case:17-03283-LTS   Doc#:18217   Filed:09/22/21   Entered:09/23/21 09:37:58   Desc: Main
Document   Page 1 of 2

**REPLY TO OMNIBUS OBJECTION**

I.  Contact Details
    Name:   *José Rodríguez Arroyo*
    Address: *Urb. Valle del Rey 4870*
             *Calle Lanceoda Ponce PR  00728-3516*

    Contact Telephone:       - home
                             - cellphone  *-787-415-8243*
                                          *-787-484-4616*

II. Caption
    A. Clerk's Office
       United States District Court
       # 150 Avenida Chardón
       Federal Building
       San Juan, PR  00918-1767
    B. Commonwealth of Puerto Rico and other debtors
    C. Proceedings number: 17-BK-3283-LTS
    D. Omnibus Objection relating to the request for money not paid by the Commonwealth of PR.
       Proof of claim number: *174583*   Act 89-   July 1995- El Romerazo

III. The Court must not sustain the omnibus objection since it is money owed under laws passed by the government of the Commonwealth of PR during the period when the P.R.T.C. was a government agency. The P.R.T.C. belonged to the Commonwealth of Puerto Rico 1999 when the sale of Telefónica was finalized.

IV. Supporting Documentation includes documents that prove the years of service with the P.R.T.C. in Ponce, PR from <u>*January 22, 1973*</u> through *July 01, 2005*. I ended work as a Frame Worker P.R.T.C.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

(Ponce PR) (Commonwealth). The claim is being filed under the applicable laws that cover these years of service when the P.R.T.C. belonged to the PR government. Additional proof is included, please contact the undersigned.

[Signature]

*José Rodríguez Arroyo*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Emblem: Claro]

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998



# CERTIFICATION

## JOSÉ RODRÍGUEZ ARROYO
### XXX-XX-6833

For the above former employee we hereby certify the following:

- ➢ He joined PRT/Claro on January 22, 1973.

- ➢ He worked as a regular employee until July 01, 2003.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico on Tuesday, July 28, 2020.

                                                    [Signature]
                                           Abigail Alejandro González
                                           Compensation Official
                                           Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

José Rodríguez Arroyo
Urb. Valle del Rey 4870
Calle Lanceoda
Ponce P.R. 00728-3516

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR
2021 SEP 22 PM 5:31

Secretaria (clerk office)

United States District Court

#150 Avenida Chardon

Federal Building

San Juan, P.R. 00918-1767

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 174583 DN 18217**

Signed this 15th day of December, 2021

_____

Andreea I. Boscor

