# EXHIBIT 27

*#174570*

*I*

*Name:*
*Elena Laboy Christian*

*Cellphone #:*
*939-248-0861*

*Home Phone #:*
*787-290-2969*

*Address:*
*Urb. Glenview Gardens*
*Calle Elba # K-11*
*Ponce, PR 00730-1740*

*E-mail:*
*Elenalaboy18@gmail.com*

*#174570*

*III*

*I, Mrs. Elena Laboy Christian, hereby declare that I do not agree with the deal that you want to carry out. We were government until 1998.*

*Thank you.*

*Regards,*

*Act 89 was enacted in July 1995. I have been with the company since 8/1/1988, and it was only in 1999 that the sale of the PRTC was completed, and I am still working here.*

*Thank you.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

*#174570*

*V*

*Signed:*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Three Hundred and Eighty-First Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 416 | JIMENEZ MORALES, LUIS<br>P.O. BOX 1226<br>GURABO, PR 00778 | 8/1/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 174428 | $ 9,600.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Puerto Rico Telephone Company which is not part of the Title III proceedings.

| 417 | JIMENEZ, BLANCA DENISSE<br>P.O. BOX 1226<br>GURABO, PR 00778 | 8/1/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 174429 | $ 13,200.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Puerto Rico Telephone Company which is not part of the Title III proceedings.

| 418 | JIMENEZ, DANIEL FCO.<br>P.O. BOX 2656<br>BAYAMON, PR 00960 | 9/11/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 175335 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Puerto Rico Telephone Company which is not part of the Title III proceedings.

| 419 | LA FUENTE RIVERA, JUAN ANTONIO<br>URB. EL VIVERO<br>A 6 CALLE 3<br>CURABO, PR 00778 | 6/2/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 174064 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Sugar Corporation which is not part of the Title III proceedings.

| 420 | LABOY CHRISTIAN, ELENA<br>URB GLENVIEW GARDEN CALLE ELBA # K-11<br>PONCE, PR 00730 | 7/27/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 174570 | $ 4,800.00 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Puerto Rico Telephone Company which is not part of the Title III proceedings.

| 421 | LABOY CORZA, MYRZA<br>BO CORAZON CALLE SAN CIPRIAN #244<br>GUAYAMA, PR 00784 | 12/27/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172935 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Sugar Corporation which is not part of the Title III proceedings.

| 422 | LABOY MARTINEZ, ANGEL LUIS<br>HC 01 - BOX 4443<br>MAUNABO, PR 00707 | 2/14/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173204 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Sugar Corporation which is not part of the Title III proceedings.

* Indicates claim contains unliquidated and/or undetermined amounts

#174570   *Elena Laboy Chl.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the Commonwealth, ERS, and PBA. |

ORDER GRANTING THREE HUNDRED EIGHTY-FIRST OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE COMMONWEALTH OF PUERTO RICO GOVERNMENT EMPLOYEES' RETIREMENT SYSTEM, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY TO EMPLOYEE CLAIMS ASSERTING LIABILITIES OWED BY ENTITIES THAT ARE NOT TITLE III DEBTORS

Upon the *Three Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Commonwealth of Puerto Rico Government Employees' Retirement System, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors* (the "Three Hundred

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

#174570

Eighty-First Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico (the

"Commonwealth"), the Commonwealth of Puerto Rico Government Employees' Retirement

System ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA," and together with the

Commonwealth and ERS, the "Debtors"), dated August 20, 2021, requesting an order disallowing

certain claims filed against the Debtors in their entirety, as more fully set forth in the Three

Hundred Eighty-First Omnibus Objection and supporting exhibits thereto; and the Court having

jurisdiction to consider the Three Hundred Eighty-First Omnibus Objection and to grant the relief

requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to

PROMESA section 307(a); and due and proper notice of the Three Hundred Eighty-First Omnibus

Objection having been served on those parties identified therein, and no other or further notice

being required; and each of the claims identified in Exhibit A to the Three Hundred Eighty-First

Omnibus Objection (collectively, the "Claims to Be Disallowed") having been found to be claims

for which the Debtors are not liable; and the Court having determined that the relief sought in the

Three Hundred Eighty-First Omnibus Objection is in the best interests of the Debtors, their

creditors, and all parties in interest; and the Court having determined that the legal and factual

bases set forth in the Three Hundred Eighty-First Omnibus Objection establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

[…]

2

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Three Hundred Eighty-First Omnibus Objection.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>This filing relates to the<br>Commonwealth, ERS, and PBA. |

ORDER GRANTING THREE HUNDRED EIGHTY-FIRST OMNIBUS OBJECTION
(SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY TO
EMPLOYEE CLAIMS ASSERTING LIABILITIES OWED BY ENTITIES THAT ARE NOT
TITLE III DEBTORS

Upon the *Three Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors* (the "Three Hundred Eighty-First Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Three Hundred Eighty-First Omnibus Objection.

#174570

of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth and ERS, the "Debtors"), dated August 20, 2021, for entry of an order disallowing in their entirety certain claims filed against the Debtors, as more fully set forth in the Three Hundred Eighty-First Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Three Hundred Eighty-First Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Three Hundred Eighty-First Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in Exhibit A to the Three Hundred Eighty-First Omnibus Objection (collectively, the "Claims to Be Disallowed") having been found to be claims for which the Debtors are not liable; and the Court having determined that the relief sought in the Three Hundred Eighty-First Omnibus Objection is in the best interests of the Debtors, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Three Hundred Eighty-First Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Three Hundred Eighty-First Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the Claims to Be Disallowed from the official claims registry in the Title III Cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Honorable Judge Laura Taylor Swain
United States District Judge

3

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

#174570

# <u>EXHIBIT D</u>

**Proposed Order**

ORDERED that the Three Hundred Eighty-First Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the Claims to Be Disallowed from the official claims registry in the Title III Cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated:_____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

#174570

The Debtors may file a response to your reply in an oral argument at the hearing. The Debtors are permitted to file their reply no later than seven (7) calendar days before the hearing on the Omnibus Objection and the reply.

> **THE COURT WILL ONLY CONSIDER YOUR REPLY IF YOUR REPLY IS FILED <u>AND</u> SERVED BY THE RESPONSE DEADLINE IN ACCORDANCE WITH THE INSTRUCTIONS SET FORTH IN THIS NOTICE.**

**<u>What to File with a Reply</u>**.  Your reply to the Omnibus Objection <u>must</u> contain the following information.

(i)  **<u>Contact Information</u>**.  The reply must include a **name**, **address**, **telephone number**, and **email address** of either (1) the claimant submitting the reply; (2) the claimant's attorney or designated representative to whom the attorneys for the Debtors should serve the response to the reply, if any; or (3) the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on the claimant's behalf.

(ii)  **<u>Caption</u>**.  The reply must contain a caption stating the name of the Court, the names of the Debtors, the case number, the title of the Omnibus Objection to which the response is directed, and the proof of claim number(s) related thereto from Prime Clerk (which are listed on <u>Exhibit A</u> to the Omnibus Objection and available free online at https://cases.primeclerk.com/puertorico).

(iii)  **<u>Reason(s) for Opposing the Omnibus Objection</u>**.  The response must contain a concise statement setting forth the reasons why the Court should not grant the Omnibus Objection with respect to your Claim, including the factual and legal bases upon which the claimant will rely in opposing the Omnibus Objection.

(iv)  **<u>Supporting Documentation</u>**.  To the extent not already included with the proof of claim, the reply should include a copy of any other documentation or other evidence of the claim, upon which the claimant will rely in opposing the Omnibus Objection; <u>provided</u>, <u>however</u>, that the claimant need not disclose confidential, proprietary, or otherwise protected information in the response; and <u>provided</u>, <u>further</u>, that the claimant shall disclose to the Debtors all information and provide copies of all documents that the claimant believes to be confidential, proprietary, or otherwise protected and upon which the claimant intends to rely in support of its claim, subject to appropriate confidentiality constraints.

(v)  **<u>Signature</u>**.  You must sign your reply.  If you do not sign your reply, the clerk will not accept it for filing.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

---

### IMPORTANT NOTICE PURSUANT TO LOCAL RULE 3007-1

Any party against whom this Omnibus Objection has been served, or any other party to the action who objects to the relief sought herein, shall serve and file a reply to the Omnibus Objection with the clerk's office of the United States District Court for the District of Puerto Rico by **4:00 p.m. (Atlantic Standard Time)** on **September 20, 2021** unless otherwise extended, in writing, by the Debtors. If no reply is filed within the time allowed herein, the Omnibus Objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the Court may schedule a hearing.

---

## Critical Information for Claimants Choosing to File a Reply

**Who is Required to File a Reply**. Any party who disputes the Omnibus Objection is required to file a reply in accordance with the procedures set forth herein. If a party whose claim is subject to the Omnibus Objection does not file and serve a reply in compliance with the procedures herein, the Court may grant the Omnibus Objection with respect to such claim without further notice to the claimant.

**Who is NOT Required to File a Reply.** If you do not oppose the relief sought in the Omnibus Objection, then you do not need to file a written reply to the Omnibus Objection and you do not need to appear at the hearing on the Omnibus Objection (described below). Additionally, the Omnibus Objection only applies to the claims listed on Exhibit A to the Omnibus Objection, a copy of which is available free online at https://cases.primeclerk.com/puertorico. **If your claim is not listed on Exhibit A to the Omnibus Objection, no response is required.**

**Deadline for Filing a Reply**. Your reply will be deemed timely **only if** it is filed with the Court **and** served by **4:00 p.m. (Atlantic Standard Time)** on **September 20, 2021**, unless otherwise extended, in writing, by the Debtors, or upon written request to the Court and order of the Court extending the deadline.

---

**The deadline for filing and serving your reply is
4:00 p.m. (Atlantic Standard Time) on September 20, 2021.**

---

**Hearing on the Omnibus Objection**. If a reply is duly filed and served in accordance with this notice, a hearing on the Omnibus Objection and the reply will be held at **9:30 a.m. (Atlantic Standard Time) on October 6, 2021**, before The Honorable Laura Taylor Swain at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. If you file a reply to the Omnibus Objection, then you should plan to appear at the hearing on the Omnibus Objection. The Debtors, however, reserve the right, on three (3) business days' notice, to adjourn the hearing with respect to the Omnibus Objection and the reply.

3

#174570

("PROMESA"),[1] filed the *Three Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors* (the "Omnibus Objection") with the United States District Court for the District of Puerto Rico (the "Court").[2]

---

### OVERVIEW

- **PLEASE CHECK IF YOUR CLAIM(S) IS/ARE LISTED ON EXHIBIT A TO THE OMNIBUS OBJECTION.**

- **If your claim(s) is/are NOT listed on Exhibit A, your claim will not be affected by the Omnibus Objection, and you DO NOT have to do anything.**

- If your claim(s) is/are listed on **Exhibit A** to the Omnibus Objection, the Debtors are seeking to disallow your claim(s) listed on **Exhibit A** because, as explained in the accompanying Omnibus Objection, the Debtors believe they are not liable for your claim(s). The Omnibus Objection and **Exhibit A** to the Omnibus Objection provide additional details regarding why the Debtors believe they are not liable.

- Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.

- **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available)**

---

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

*[Additional pages follow]*

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Omnibus Objection.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

#174570

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>        Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, ERS, and PBA.** |

## NOTICE OF THE THREE HUNDRED EIGHTY-FIRST OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES' RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY TO EMPLOYEE CLAIMS ASSERTING LIABILITIES OWED BY ENTITIES THAT ARE NOT TITLE III DEBTORS

**IF YOUR CLAIM IS LISTED ON <u>EXHIBIT A</u> TO THE OMNIBUS OBJECTION, THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEY ARE NOT LIABLE FOR YOUR CLAIM.**

**THIS OMNIBUS OBJECTION SEEKS TO ALTER YOUR RIGHTS. ANY CLAIM THAT IS DISALLOWED WILL BE TREATED AS THOUGH IT WERE NEVER FILED.**

**IF YOUR CLAIM IS LISTED ON <u>EXHIBIT A</u>, YOU SHOULD READ THIS NOTICE AND THE OMNIBUS OBJECTION CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

 **PLEASE TAKE NOTICE THAT**, on August 20, 2021, the Commonwealth of Puerto Rico (the "<u>Commonwealth</u>"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>"), and the Puerto Rico Public Buildings Authority ("<u>PBA</u>," and together with the Commonwealth and ERS, the "<u>Debtors</u>"), by and through the Financial Oversight and Management Board for Puerto Rico (the "<u>Oversight Board</u>"), as the representative of the Commonwealth pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

#174570

|                                                                                                              |           |
| ------------------------------------------------------------------------------------------------------------ | --------- |
| Clerk's Office<br>United States District Court<br>Room 150 Federal Building<br>San Juan, Puerto Rico 00918-1767 | *1 copy*  |
| Counsel for the Oversight Board<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>Attn: Martin J. Bienenstock<br>Brian S. Rosen | *2 copies* |
| Counsel for the Creditors' Committee<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, New York 10166<br>Attn: Luc A. Despins<br>James Bliss<br>James Worthington<br>G. Alexander Bongartz | *3 copies* |

YOUR REPLY must be mailed so as to be received by the Clerk's Office, the Oversight Board, and the Creditors' Committee no later than **4:00 p.m. (Atlantic Standard Time)** on **September 20, 2021**, unless otherwise extended by the Debtors, in writing, or upon a written request to the Court and order of the Court extending the deadline. <u>Your reply must be signed.</u> <u>If you do not sign your reply, the clerk will not accept it for filing.</u>

In the event that you are unable to file and serve a reply online or by mail as specified above, you may file one in person at the following address by no later than **4:00 p.m. (Atlantic Standard Time)** on **September 20, 2021**, unless otherwise extended by the Debtors, in writing, or upon a written request to the Court and order of the Court extending the deadline:

> Clerk's Office
> United States District Court
> #150 Chardon Avenue
> Federal Building
> San Juan, Puerto Rico 00918

A certificate of service should be included with your reply explaining how service was effected.

If you have any questions about filing and serving a response, including questions about the Court's case filing system, please contact the **Prime Clerk hotline** at **(844) 822-9231**.

6

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

#174570

**IMPORTANT NOTICE REGARDING SENSITIVE INFORMATION CONTAINED IN A REPLY.**

All materials submitted to the Court in replying to the Omnibus Objection may be publicly filed and accessible to any member of the public. Therefore, the reply should **not** include sensitive documents or information, such as copies of driver's licenses, passports, birth certificates, Social Security cards, sensitive medical information or confidential business information.  Sensitive information submitted to the Court in response to the Omnibus Objection must adhere to the following guidelines:

- Social Security numbers and taxpayer identification numbers should be redacted (that is, blacked out), except for their last four digits.

- Birthdays should be redacted, except for the year of an individual's birth.

- The name of any individual known to be a minor should be redacted, except for that person's initials.

- Financial account numbers should be redacted, except for their last four digits.

Any such sensitive or confidential information upon which a claimant relies in support of their claim must be provided directly to counsel for the Debtors, and will be kept confidential.  You may provide this information by mailing it to the following address:

> Counsel for the Oversight Board
> Proskauer Rose LLP
> Eleven Times Square
> New York, New York 10036-8299
> Attn:  Martin J. Bienenstock
> Brian S. Rosen

**Where and How to File and Serve a Reply**.  Replies should be filed electronically with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS.  There are two methods that you can use to file your reply:

1. **Online**.  Registered users of the Court's case filing system must file their reply electronically in searchable portable document format.

2. **By Mail**.  If you are not an attorney who is a registered user of the Court's case filing system, you may file and serve your reply by mailing it to the Court's Clerk's office, the Oversight Board, and the Creditors' Committee at the following addresses:

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

#174570

**Reservation of Rights**. NOTHING IN THE OMNIBUS OBJECTION OR THIS NOTICE IS OR SHALL BE DEEMED TO CONSTITUTE A WAIVER OF ANY RIGHTS OF THE COMMONWEALTH, COFINA, HTA, ERS, PBA, PREPA, OR ANY OTHER PARTY IN INTEREST IN THE TITLE III CASES TO DISPUTE ANY CLAIMS, ASSERT COUNTERCLAIMS, RIGHTS OF OFFSET OR RECOUPMENT, OR DEFENSES, OBJECT TO CLAIMS (OR OTHER CLAIMS OR CAUSES OF ACTION OF A CLAIMANT) ON ANY GROUNDS NOT PREVIOUSLY RAISED IN AN OBJECTION, UNLESS THE COURT HAS ALLOWED A CLAIM OR ORDERED OTHERWISE, OR SEEK TO ESTIMATE ANY CLAIM AT A LATER DATE. AFFECTED PARTIES WILL BE PROVIDED APPROPRIATE NOTICE THEREOF AT SUCH TIME.

---

### Additional Resources and Who to Contact with Questions

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.primeclerk.com/puertorico.  This website is maintained by Prime Clerk and includes a searchable database to assist with locating documents.

If you require additional information regarding the Omnibus Objection, the status of your response, your claim, or this notice, please contact the Prime Clerk hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).  Inquiries may also be sent via email to puertoricoinfo@primeclerk.com.

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS Doc#:18473-6 Filed:10/09/21 Entered:10/09/21 18:23:09 Desc:
Exhibit Exhibit 27 Page 22 of 25

# TRANSFER OF PERSONNEL

| FIRST NAME: **ELENA** | INITIAL | | | |
|---|---|---|---|---|

| | ACTIVATION ENTRY ☐ | CHANGE ☒ | SUSPENSION ☐ | DEACTIVATION ☐ | EFFECTIVE DATE |
|---|---|---|---|---|---|

PATERNAL LAST NAME: **LABOY**

PATERNAL LAST AME: **CHRISTIAN**

RE-ENTRY ☐

| | MONTH | DAY | YEAR |
|---|---|---|---|
| | 04 | 30 | 98 |

Requisition Number — New / Replacement

| EMPLOYEE No. ▌17 | SOCIAL SECURITY No. **Redacted** | | FROM | CHANGES | TO |
|---|---|---|---|---|---|
| DATA DESCRIPTION | CONDITIONS | ACTIVATIONS | COMPLETE FOR CHANGES OR DEACTIVATIONS | | INPUT ONLY NEW DATA |
| DATE OF BIRTH | MM DD YYYY | | | | |
| SEX | FEM MAL | F M | | | |
| NAME OF DEPARTMENT | | | **Traffic Operations** | | **Customer Service Metro** |
| RESPONS. CODE | Dept./Div./Sec. | | **031220** | DPT | **033750** |
| LOCATION | | | **4001** | | |
| TOWN CODE/NAME | | | **56 Ponce** | PBL | |
| ACCOUNT NUMBER | | | **6621C 031** | CTA | **662B2 C33** |
| EMPLOYMENT STATUS | Reg Prob Temp | | **R** | STE | |
| WORKDAY | Full (C) Part (M) | | **C** | JOR | |
| PAYROLL STATUS | U.N.E.C. | | **U** | STN | |
| JOB TITLE | | | **Traffic Operator III** | | OFI.GEN.ORD.SERV.TR. |
| JOB CODE | | | **0765027** | PLZ | **0465014** |
| LEVEL OR GRADE | | | **07** | NIV | **04** |
| SALARY PER HOUR | | | **09.500** | SHR | |
| BIWEEKLY SALARY | | | **0760.00** | SBI | |
| ANNUAL SALARY | | | | SAN | |
| AMOUNT AND PERCENTAGE | Merit / Promotion | | | | $ % / $ % |
| REASON FOR RAISE | Merit. Promotion. Other | | | | M ___ A___ MA___ O___ |
| MIN / MAX SALARY | Min. $ Max. $ | Min. $ Max. $ | | | Min. $ Max. $ |
| EVALUATION / EXCEP. | | | EVA | EXC Yes No | |
| DRIVER INSURANCE | YES NO | | SSC | | |
| SIF CODE | B-C-D-E-F | | SIF | | |

| RECRUITING | VACATION | DEACTIVATIONS | RESIGNATION | SEPARATION | OTHER | Wishes to Rejoin |
|---|---|---|---|---|---|---|
| | Soon to Expire in | BJR | Better Offer A ☐<br>Inconv. Shift B ☐<br>Personal C ☐ | Staff Reduction D ☐<br>Incompetence E ☐<br>Discipline F ☐ | Army G ☐ Death K ☐<br>Benefits Exhausted H ☐ Union L ☐<br>Retirement J ☐ Other M ☐ | Yes ☐<br>No ☐ ___<br>Last Classif. See Instructions |

| FOR USE BY THE DEPARTMENT OF BENEFITS AND RECORDS ONLY | | DEBT ___ REIMBURSEMENT ___ |
|---|---|---|
| Health Plan | Voluntary Insurance | Insurance |
| Deferred Pension Yes___ No ___ | Settlement Accrued Vacation (Hours) | Accrued Sick Leave (Hours) |

| COMMENTS |
|---|
| **CLOSING OF PONCE TOPS OFFICE. SEE ATTACHED DOCUMENT.** |

| SUPERVISOR(S) **Felix A. Medina** /illegible signature/ | DATE | GROUP DIRECTOR(S) | DATE | EMPLOYEE RELATIONS VP | DATE |
|---|---|---|---|---|---|
| MANAGER(S) **Leila O. Gardner Marta Otero** | DATE | VICE PRESIDENT(S) **Carmen Carro de Ramos** | DATE | EXECUTIVE VP | DATE |
| DIRECTOR(S) **Jose R. De Jesus Fernando Morales Tirado** | DATE | PERSONNEL ADMIN. DIRECTOR | DATE | PRESIDENT | DATE |

**QUADRUPLICATE – EMPLOYEE**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**SEGUROS DE VIDA TRIPLE S, INC.**
**Headquarters**
**Ave. F. D. Roosevelt 1441**
**Caparra Heights**
**San Juan, Puerto Rico 00920**

**GROUP LIFE INSURANCE CERTIFICATE**

Seguros de Vida Triple-S, Inc. (hereinafter, the Company), hereby certifies that, in accordance with the Life Insurance Plan for the Employer's Employees (Employer is understood to be the name of the group identified below; hereinafter referred to as the Policyholder), a term life insurance policy, renewable on an annual basis, has been numbered, issued and delivered to the Policyholder, and that the person named below is insured under the benefits described in this certificate. The insurance is subject in all aspects to the term and conditions of the Master Policy, which constitutes the contract under which the corresponding payments are made.

Should death occur during the effective period of the policy, the insurance amount of the insured person shall be payable to the beneficiary designated by the insured person in the individual request. If at the time of the death of any employee covered under this policy, said employee has not designated a beneficiary, we shall consign the benefits of this policy to the appropriate Court. This Court shall determine the adjudication and carry out the appropriate distribution of the benefits.

| | | | |
|---|---|---|---|
| GROUP NAME: | Puerto Rico Telephone Company | CERTIFICATE NUMBER: | **Redacted** |
| GROUP NUMBER: | V02931-1-2-3 | EFFECTIVE DATE: | 03/92 01/94 |
| | | | Or the date in which the employee started working for PRTC, if later. |

INSURED
EMPLOYEE:     LABOY CHRISTIAN ELENA
,
BASIC:          $35,000.00 (3-01-92)   ACCIDENTAL DEATH
                To          (1-17-94)   AND DISMEMBERMENT
LIFE INSURANCE: $45,000.00 (1-18-94)   LIFE INSURANCE          : $45,000.00

The benefits included in this certificate are subject to the provisions, terms, and conditions of the Master Policy. The clauses and conditions of said policy shall prevail over those in this certificate. Should there be any ambiguity in this certificate, refer to the Master Policy to clarify or remedy it.

CERT. VG 4/95 REV.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

GPO Box 998
San Juan, Puerto Rico 00936

July 29, 1988

Mr(s).     Elena Laboy Christian

            Calle Rivas # 6

            Ponce, PR 00731

Dear Mr(s). Laboy:

It is my pleasure to welcome you to our organization, Puerto Rico Telephone Company, and confirm your appointment as an _____Operator_____ on a probationary basis for a period of ninety (90) calendar days. Your initial salary will be $ 3.55 per hour, _____ per year.

For the purposes of applicable laws and the Collective Bargaining Agreement currently in place, during your probationary period your work will be evaluated on a monthly basis, and if you complete this period satisfactorily, you will move on to be a regular employee.

At the sole discretion of the Company, if your services are not satisfactory during the probationary period, your employment may be terminated at any time, and you will only be entitled to receive pay for your services up to the date of your termination. Likewise, anyone who upon completion of the probationary period has not yet completed the documents required when they first joined, shall be automatically dismissed.

The Company-recognized training period at the Centers, of up to thirty (30) days, is excluded from the calculation of the Probationary Period (Article XI, Section 3 of the Collective Bargaining Agreement).

Today, we are providing you with an orientation about the Company, your benefits, and general Policy, and documents that are part of our Onboarding Procedure. Should you accept the conditions set forth herein, please proceed to sign a copy of this letter.

It is my pleasure to welcome you to our Telefónica Family.

Cordially,

Delia Miranda
Recruiting Manager

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*22/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 174570 DN 18473**

Signed this 22nd day of December, 2021

_____

Andreea I. Boscor

Verify at www.atanet.org/verify

