# EXHIBIT 28

*September 12, 2021*

To whom it may concern:

I, Gloria Lebrón Crespo, am making a claim based on the PROMESA Law for my husband Gabriel Pérez Márquez since he worked in the Roig Plant in Yabucoa for more than 20 years. The case is 17-BK-03283-LTS and the claim is 173516. This is the only information that I have. Should you need any more information, please let me know.

Thank you.

Yours faithfully,

Gloria Maria Lebron Crespo

RECEIVED

OCT 2 0 2021

PRIME CLERK LLC

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS Doc#:19153-2 Filed:11/09/21 Entered:11/10/21 15:47:22 Desc:
Envelope Page 1 of 1

Gloria María Lebrón Crespo
HC-04 Box 4158
Humacao PR 00791

MEMPHIS TN 380

22 SEP 2021 PM2 L

Secretaría ( Clerk's Office )
United States District Court

SALA 150 Edificio Federal
San Juan, Puerto Rico 00918 -1767

RECEIVED & FILED
2021 NOV -9 PM 2: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



| | |
|---|---|
| **T** 718.384.8040 | |
| **W** TargemTranslations.com | |
| **E** projects@targemtranslations.com | |
| **A** 185 Clymer St. Brooklyn, NY 11211 | |

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 173516 DN 19153**

Signed this 15th day of December, 2021

_____

Andreea I. Boscor

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator

Verify at www.atanet.org/verify

