# EXHIBIT 29

[Note: all handwritten text is in *italics*.]

# REPLY TO OMNIBUS OBJECTION

**I. CONTACT INFORMATION**

Name *Sara W. Delgado Garcia*
Mailing Address   *P.O. Box 8054*
                  *Ponce, P.R.   00735 – 8054*

Contact telephone. Home: *N/A*          Cell: *787-485-3407*

**II. Heading**

A.   Clerk's Office
     United States District Court
     Room 150 Federal Building
     San Juan Puerto Rico 00918-1767

B.   Commonwealth of Puerto Rico et al (Debtors)

C.   Docket Number: 17 BK 3283 – LTS

D.   Omnibus Objection with regard to request for monies not paid by the Commonwealth of Puerto Rico:

   Claimant number *174501*
   Act #89 – Uniform Compensation Effective July 12, 1979

   Claimant number *17757*
   Act #89 – Romerazo – Effective July 1, 1995

**III. The Court should not grant the Omnibus Objection, because the money is owed under the following laws that were passed by the government of the Commonwealth of Puerto Rico during the period of years that the PRTC was an agency of the Government (Commonwealth)**

   Act #89 – Uniform Compensation – July 12, 1979
   Act #89 – Romerazo – Effective July 1, 1995

**IV. Supporting Documentation**

Enclosed are documents evidencing the years of service with the Puerto Rico Telephone Company, Ponce, Puerto Rico from *December 1, 1970* to *January 29, 1978*. I ended my work as a *Long-Distance Operator*

*I re-entered on March 13, 1995 until April 1, 2017.*

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

at the Puerto Rico Telephone Company, Ponce, Puerto Rico, Commonwealth. I am filing a claim under the applicable laws covering these years of service.

Documents in support of this claim are enclosed.

Due to the recent earthquake emergency and COVID-19 in Puerto Rico, replies are being sent on this date. If you need additional information or documents, please contact the undersigned.

*Sara W. Delgado Garcia*
Name in Print

*Sara W. Delgado Garcia*
Signature

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



PRI/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICATION

SARA WILNA DELGADO GARCIA
XXX-XX-6912

For the above-referenced employee, we certify the following:

- She joined PRT/Claro effective December 1, 1970; was separated from service effective January 29, 1978; was subsequently reinstated on March 13, 1995.
- She worked as a regular employee until April 01, 2017.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico on Wednesday, July 08, 2020.

*Abigail Alejandro González*
Abigail Alejandro González
Compensation Officer
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 174501 ECF No 19474**

Signed this 29th day of December 2021

_____

Andreea I. Boscor

[ATA Seal — Andreea Boscor, Spanish into English, Certification #525556 — Verify at www.atanet.org/verify]

