# EXHIBIT 30

### REPLY TO OMNIBUS OBJECTION

I. *Contact Details*

*Lucinda Martínez Quíñones*

*Hc-3 Box 13722*

*Yauco, Puerto Rico 00698*

*Contact Telephone:*

*787-202-0793*



II. *Caption*

 A- *Clerk's office*

  *United States District Court*

  *# 150 Ave. Chardón Federal Building*

  *San Juan, Puerto Rico 00918-1767*

 B- *Commonwealth of Puerto Rico and other debtors*

 C- *Case number: 17-BK-3283-LTS*

 D- *Omnibus Objection relating to the request for money not paid by the Commonwealth of Puerto Rico concerning laws passed during the period in which the Puerto Rico Telephone Company was a Government agency.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of claim number:*
*#174460-   Act 89 -   July 1995 - El Romerazo*

III.   *The Court must not accept the omnibus objection since it is through the approval by the government of the Commonwealth of Puerto Rico of laws that were signed during the period in which the Puerto Rico Telephone Company was a Commonwealth Government Agency.*

IV.   *Supporting Documentation*

*Enclosed are documents demonstrating the years of service with the Puerto Rico Telephone Company in Ponce, Puerto Rico from January 13, 1987, to March 01, 2017.*

*I ended my work as a III Service Representative at the Puerto Rico Telephone Company in Ponce, Puerto Rico.*

*The claim is being filed under the applicable laws that cover these years of service. Documents are enclosed in support of this claim.*

*Should you need additional information, please contact the undersigned.*

*Lucinda Martínez Quíñones*

[Signature]
*09/20/2021*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:18213-1   Filed:09/22/21   Entered:09/23/21 09:08:33   Desc:
Exhibit   Page 1 of 1

[Emblem: Claro]

PRT/CLARO
P.O. Box 360998
San Juan PR  00936-0998

## CERTIFICATION

**LUCINDA MARTÍNEZ**
XXX-XX-9019

For the above former employee, we hereby certify the following:

- ➤ She joined PRT/Claro on January 13, 1987.

- ➤ She worked as a regular employee until March 01, 2017.

This certification has an official embossed seal that confirms that the information was obtained from our personnel information system.
In Guaynabo, Puerto Rico on Tuesday, May 26, 2020.

_____[*Signature*]_____
Abigail Alejandro González
Compensation Official
Compensation and Records



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Certified to be a correct and true translation from the source text in Spanish to the target language English.
20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.



# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 174460 DN 18213**

Signed this 20th day of December, 2021

_____

Andreea I. Boscor

