# EXHIBIT 31

## REPLY TO OMNIBUS OBJECTION

**I. CONTACT DETAILS**
   Name:              _Ángel R. Reyes Miranda_
   Mailing Address:   _Urb. Jardines del Caribe, Calle 44 55#5_
                      _Ponce, P.R. 00728_

   Contact Telephone   Home _787-843-8516_   Cell _787-486-1974_

**II. Caption**

   A. Clerk's Office
      United States District Court
      Room 150 Federal Building
      San Juan, Puerto Rico 00918-1767

   B. Commonwealth of Puerto Rico, et al. (Debtors)

   C. Docket Number: 17 BK 3283-LTS

   D. Omnibus Objection relating to the request for money not paid by the Commonwealth of Puerto Rico:

      Claimant number_____
      Act #89 – Uniform Compensation – Effective July 12, 1979

      Claimant number _____174960_____
      Act #89 – Romerazo – Effective July 01, 1995

**III. The Court must not grant the omnibus objection since it is money owed under laws passed by the government of the Commonwealth of Puerto Rico during the period of the years when the PRTC was a Commonwealth Government agency.**

   Act #89 - Uniform Compensation – July 12, 1979
   Act #89 - Romerazo – Effective July 01, 1995

**IV. Supporting Documentation**

   Documents are enclosed showing the years of service with the Puerto Rico Telephone Company, Ponce, Puerto Rico, from _January 27, 1992_, until _____. I ended my work as _I am currently still working as a CAC Store Manager at Ponce Mall_.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

The claim is under the applicable laws that cover these years of service.

Documents are enclosed in support of this claim.

Due to the recent emergency situation with earthquakes and COVID-19 in Puerto Rico, the replies are being sent on this date. Should you need additional information or documents, please contact the undersigned.

*Angel R. Reyes Miranda*
Printed name


[*Signature*]
Signature

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Emblem: Claro]

PRT/CLARO
P.O. BOX 360998
San Juan PR  00936-0998

# CERTIFICATION

**ÁNGEL R. REYES MIRANDA**
**XXX-XX-5669 SOC SEC**

For the above employee, we hereby certify the following:

- He joined PRT/Claro on 01/27/1992.

- He currently works as an active regular employee.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on Tuesday, September 08, 2020.

_____[*Signature*]_____
Julie C. Cordero Ríos
Compensation Official
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 174960 DN 18263**

Signed this 21st day of December 2021

_____

Andreea I. Boscor

