# EXHIBIT 33

September 01, 2021

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*In re*: FINANCIAL OVERSIGHT AND ADMINISTRATION BOARD FOR PUERTO RICO, as representative of the COMMONWEALTH OF PUERTO RICO et al., Debtors

PROMESA Title III No. 17 BK 3283-LTS (Jointly Administered)
This filing relates to the Commonwealth and ERS.

THREE HUNDRED AND EIGHTY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND OF THE COMMONWEALTH OF PUERTO RICO GOVERNMENT EMPLOYEES' RETIREMENT SYSTEM TO CLAIMS OF EMPLOYEES WHO ALLEGE LIABILITY OF ENTITIES THAT ARE NOT TITLE III DEBTORS

CLAIM NUMBER: 176315
FROM: DAMARIS MARTÍNEZ CENTENO
XXX-XX-8492
CASE NUMBER: 17 BK 3283-LTS
Number on the Annex A case list: 439



**REPLY IN ACCORDANCE WITH THE ESTABLISHED PROCEDURES**

The case of the Commonwealth of Puerto Rico is identified with Docket Number 17 BK 03283-LTS, petition filed on May 03, 2017, current creditor Puerto Rico Telephone Company, PR – Commonwealth, implemented on September 13, 2020.

Notice must be sent to the creditor DAMARIS MARTÍNEZ CENTENO, at address 12 CAMINO DEL VALLE, URB. COLINAS DE PLATA, TOA ALTA, PR 00953.

This Claim is not an amendment of another filed claim.

The Claim amount is $4,800, money which is owed to me. The Puerto Rico Telephone Company (PRTC) existed when 'El Romerazo' took place.

The reason why the Court must not grant the Omnibus Objection in relation to my Claim is because, despite the fact that the Puerto Rico Telephone Company no longer exists under such name, it was indeed a government entity during the time that applies to this Claim. As a claimant, I assert that these are the facts and my rights to oppose the Omnibus Objection: the PRTC was privatized, had a change in name and ownership and is currently called Claro. This information is supported by an employment certification letter from Claro (previously PRTC), which is enclosed.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Page 2                                                                September 01, 2021

On April 14, 1986, I started to work at the Puerto Rico Telephone Company, and I worked there until September 01, 2010 (See attached employment certification).

The Claim is founded on Act 89 – 1979 – on equal compensation, Act 89, 1995, Romerazo on unpaid wages and employment benefits, and the original documents of the Claim are also enclosed.

I respectfully request that my Claim not be rejected.

I declare that the foregoing is true and correct to the best of my knowledge.


[*Signature*]
DAMARIS MARTÍNEZ CENTENO
12 CAMINO DEL VALLE
URB. COLINAS DE PLATA
TOA ALTA, PR 00953
939-245-8488
Email: damarisisla@gmail.com

This document was sent by mail via the United States Postal Service.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. Who is the current creditor?

¿Quién es el acreedor actual?

Puerto Rico Telephone Co., PR.   Commonwealth

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor

Modified Official Form 410                    Proof of Claim                    page 1

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**2.** Has this claim been acquired from someone else?

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom?
Sí. ¿De quién? _____

**3.** Where should notices and payments to the creditor be sent?

Where should notices and payments to the creditor be sent?
¿A dónde deberían enviarse las notificaciones al acreedor?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

Damaris Martinez Centeno
Name / Nombre

12 Camino Del Valle
Number / Número     Street / Calle

Urb. Colinas De Plata
City / Ciudad        State / Estado

TOA ALTA, P.R. 00953
City / Ciudad   State / Estado   ZIP Code / Código postal

939-245-8488
Contact phone / Teléfono de contacto

damarisisla@gmail.com
Contact email / Correo electrónico de contacto

Where should payments to the creditor be sent? (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre

Number / Número     Street / Calle

City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

**4.** Does this claim amend one already filed?

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes. Claim number on court claims registry (if known)
Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

**5.** Do you know if anyone else has filed a proof of claim for this claim?

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior?_____

**Part 2 / Parte 2:**   Give Information About the Claim as of the Petition Date

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6.** Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

_____

**7.** Do you supply goods and / or services to the government?

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____

Modified Official Form 410                Proof of Claim                page 2

Certified to be a correct and true translation from the source text in Spanish to the target language English.
21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ 4,800.00  Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
|---|---|
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúna los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>*Act 89 – 1979 – on Uniform Compensation. Act 89-1995. Romerazo* |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ☑ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br>Nature of property / Naturaleza del bien:<br>☐ Motor vehicle / Vehículos<br>☐ Other. Describe:<br>Otro. Describir:<br>Basis for perfection / Fundamento de la realización de pasos adicionales: _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)<br><br>Value of property / Valor del bien:   $_____<br>Amount of the claim that is secured /<br>Importe de la reclamación que está garantizado: $_____<br>Amount of the claim that is unsecured /<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br>Amount necessary to cure any default as of the Petition Date /<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br><br>Annual Interest Rate (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso)_____ %<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ☑ No / No<br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____ |

Modified Official Form 410   Proof of Claim   page 3

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.    $_____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

**Part 3 / Parte 3:**

**Sign Below / Firmar a continuación**

| | |
|---|---|
| The person completing this proof of claim must sign and date it.<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>La persona que completa esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).<br><br>Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma. | *Check the appropriate box / Marque la casilla correspondiente:*<br><br>☒ I am the creditor. / Soy el acreedor.<br>☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.<br><br>I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.<br><br>Executed on date / Ejecutado el  09/13/2020 (MM/DD/YYYY) / (DD/MM/AAAA)<br><br>Signature / Firma  *[signature]*<br><br>Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:<br><br>Name<br>_____<br>First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido<br><br>Title / Cargo _____<br><br>Company / Compañía _____<br>Identify the corporate servicer as the company if the authorized agent is a servicer.<br>Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.<br><br>Address / Dirección _____<br>Number / Número    Street / Calle<br><br>_____<br>City / Ciudad              State / Estado    ZIP Code / Código postal<br><br>Contact phone / Teléfono de contacto_____ Email / Correo electrónico_____ |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Emblem: Claro]

PRT/CLARO
P.O. BOX 360998
San Juan PR  00936-0998

## CERTIFICATION

### DAMARIS MARTÍNEZ CENTENO
### XXX-XX-8492

For the above former employee, we hereby certify the following:

➢ She joined PRT/Claro on 04/14/1986.

➢ She worked as a regular employee until 09/01/2010.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on Monday, September 14, 2020.

_____[Signature]_____
Abigail Alejandro González
Compensation Official
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**UNITED STATES**
**POSTAL SERVICE**

BAYAMON GDNS
100 VICTORY SHOPP CTR STE 1
BAYAMON, PR 00957-9998
(800)275-8777

09/14/2020                                    03:55 PM

----------------------------------------

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| Lg Photo Doc Mlr | 1 | $1.59 | $1.59 |
| Total | | | $1.59 |

First-Class Mail®      1              $4.05
Package
   New York, NY  10163
   Weight:0 Lb 3.70 Oz
   Estimated Delivery Date
   Friday 09/18/2020
   Tracking #:
   9500 1106 9011 0258 7917 64
Total                                         $4.05

----------------------------------------

Grand Total:                                  $5.64

----------------------------------------

Cash                                         $10.05
Change                                       ($4.41)

----------------------------------------

```
*****************************************
     Due to limited transportation
        availability as a result of
        nationwide COVID-19 impacts
        package delivery times may be
     extended. Priority Mail Express®
           service will not change.
*****************************************
```

The timeliness of service to or from
destinations outside the contiguous US
may be affected by the limited
availability of transportation.

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to:
https://postalexperience.com/Pos
840-5006-0137-001-00076-48462-01
or scan this code with your mobile
device.



or call 1-800-410-7420.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK CITY corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 176315 DN 18055**

Signed this 21st day of December 2021

_____

Andreea I. Boscor

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator

Verify at www.atanet.org/verify

