# EXHIBIT 34

# RESPONSE TO OMNIBUS OBJECTION

I. CONTACT INFORMATION

Name: *Aixa Edmee Rodriguez Fernandez*

Mailing Address *Cond. Las Flores*

*Calle 1 H30 Apt 1*

*Juana Diaz, PR 00795*

Contact Phone: Home *787-260-1313*, cellular *787-375-2688*

**II. Caption**

A. Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico *et al* (Debtors)

C. Case No. 17 BK 3283-LTS

D. Omnibus Objection related to the request for money not paid by the Commonwealth of Puerto Rico:

    Claimant Number:_____
    Act #89 – Uniform Compensation – Effective on July 12, 1979

    Claimant Number: *178223*
    Act #89 – Romerazo – Effective on July 1, 1995

**III. The Court should not grant the Omnibus Objection because this is money that is owed as a result of the enactment by the government of the Commonwealth of Puerto Rico of the following laws, which were passed during the time period when the PRTC was a Government agency (Commonwealth):**

    Act #89 – Uniform Compensation – July 12, 1979
    Act #89 – "Romerazo" – Effective July 1, 1995

**IV. Supporting Documentation**

Enclosed are documents that show the years of service with Puerto Rico Telephone Company, Ponce, Puerto Rico, from *September 5, 1973* to *\* July 5, 1982*. I ended my work as a(n) *Frame Worker III - PRTC* with the Puerto Rico Telephone Company, Ponce, Puerto Rico,

*\* Reentry on May 17, 1993, until June 1, 2007.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Commonwealth. I am submitting my claim under the applicable laws that cover these years of service.

I have included documents that serve as evidence for this claim.

Due to the recent emergency situation caused by earthquakes and the COVID-19 pandemic in Puerto Rico, I am just now sending the response. If you need additional information or documents, please contact me.

_Aixa Edmee Rodríguez Fernández_
Printed Name

_AE Rodríguez Fernández_
Signature

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



PRT/CLARO
P.P. Box 360998
San Juan, PR 00936-0998

# CERTIFICATION

## AIXA EDMEE RODRIGUEZ
## XXX-XX-5632

With regards to the above-indicated former employee, we certify as follows:

- She joined PRT/Claro on September 5, 1973; there was a separation from service starting on July 5, 1982, and subsequently rejoined the company on May 17, 1993.

- She worked as a regular employee until June 1, 2007.

This certification confirms that the information was obtained from our personnel information system. Issued in Guaynabo, Puerto Rico, on Wednesday, July 8, 2020.

*Abigail Alejandro González*
Abigail Alejandro González
Compensation Officer
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF NON-VOTING STATUS**
**(DISPUTED CLAIMS)**

> You are receiving this Notification because you have submitted Claim that has been subject to objection.
>
> Please read this Notice carefully and discuss it with your attorney If you do not have an attorney, you may want to consult with one.

PLEASE TAKE NOTICE THAT on August 2, 2021, the United States District Court for the District of Puerto Rico approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated the 30th

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 178223 DN 18171**

Signed this 21st day of December 2021

_____

Andreea I. Boscor

