# EXHIBIT 35

### REPLY TO OMNIBUS OBJECTION

Ann M. Ruiz
70 Eleuthera Dr.
Lake Alfred, FL, 33850
(863)606-2707
annieruiz1@yahoo.com

Clerk's Office
United States District Court
#150 Federal Building
San Juan, PR, 00918-1767

| | |
|---|---|
| DEBTORS: | COMMONWEALTH OF PUERTO RICO |
| PROMESA Title III | |
| Claim Number: | 17622 -ACT 89  July 1995 - EL ROMERAZO |
| Case number: | 17 BK 3283-LTS |

I do not agree with the claim under the PROMESA LAW being dismissed as I am claiming money owed from salary increases corresponding to the years in which the PUERTO RICO TELEPHONE COMPANY belonged to the Commonwealth.

**Supporting Documentation**

A document is enclosed which shows my years of service with the Puerto Rico Telephone Company, Puerto Rico, Commonwealth from July 08, 1991, to January 15, 2002. At the Puerto Rico Telephone Company, Puerto Rico, Commonwealth, the claim is being brought under the applicable laws that cover these years of service in which it was a Government Agency.

Date: September 17, 2021                                       Respectfully,

                                                               [*Signature*]
                                                               Ann M. Ruiz

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Emblem: **PUERTO RICO TELEPHONE COMPANY**]

## VOLUNTARY SEPARATION PROGRAM
## ESTIMATED BENEFITS
## UIET

### INFORMATION REGARDING THE EMPLOYEE

| | | | |
|---|---|---|---|
| Name: | ANN M. RUIZ CRISPIN | Vacation Balance | 7.00 |
| Employee Number: | ▇45 | Sick Leave Balance | 14.25 |
| Social Insurance Number: | [REDACTED]0767 | Date of Service: | 07/08/91 |
| Date of Birth: | ▇/70 | Service until the Employment Termination Date | 10.5000 |
| Current Base Salary: | $21,091.20 | Date of **Voluntary Separation** | 01/15/02 |

### BENEFITS SUMMARY

| | **Payments** |
|---|---|
| **Severance** Payment | $17,035.20 |
| Payment for Cumulative Days of Sick Leave | $1,155.96 |
| Payment for Cumulative Days of Vacations | $567.84 |
| Christmas Bonus * | |
| **Special** Payment | $1,500.00 |
| **Total** | **$20,259.00** |

* Pro-rated based on the time worked during the eligible period and the bonus amount that the Company shall grant for 2002.

In addition to these benefits, you are eligible for the following:

- The option of converting your life insurance benefit to an individual policy

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Ann M. Ruiz
270 Eleuthera Dr
Lake Alfred, FL, 33850

Case:17-03283-LTS Doc#:18250-2 Filed:09/24/21 Entered:09/27/21 09:04:01 Desc: Envelope Page 1 of 1

Secretaría (Clerk's office)
Tribunal de Distrito de los Estados Unidos
#150 Ave. Chardon
San Juan (Puerto Rico) 00918-1767

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 176202 DN 18250**

Signed this 21st day of December 2021

_____

Andreea I. Boscor

