# EXHIBIT 36

**REPLY TO OMNIBUS OBJECTION**

I.  Contact Details

    Name:     *Wilson Velázquez Pierantoni*

    Address:   *Extensión Alturas de Peñuelas 2*

                *C/ Diamantes 323*

                *Peñuelas, PR 00624*

Contact Telephone:             - home

                       *787-904-1053* – cellphone   *787-904-1053*

II.  Heading

    A.  Clerk's Office

        United States District Court

        #150 Avenida Chardón

        Federal Building

        San Juan, PR 00918-1767

    B.  Commonwealth of Puerto Rico and other debtors

    C.  Proceedings number: 17-BK-3283-LTS

    D.  Omnibus Objection relating to the request for money not paid by the Commonwealth of PR

        Proof of claim number: *178412* - Act 89-   July 1995- Romerazo

III.  The Court must not sustain the omnibus objection since it is money owed under laws passed by the government of the Commonwealth of PR during the period in which the P.R.T.C. belonged to the government. The P.R.T.C. pertained to the Commonwealth 1999 which was when the sale of Telefónica was finalized.

IV.  Supporting Documentation

    Documents are included that prove the years of service with the P.R.T.C. from *February 01, 1988* through *July 01, 2017*. I ended work as a P.R.T.C. Frame Worker.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

(Ponce PR) (Commonwealth). The claim is filed under the applicable laws that cover these years of service when the P.R.T.C. belonged to the PR government. Additional proof is included, please contact the undersigned.


[Signature]

*787.904.1053*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Emblem: Claro]

PRT/CLARO
P.O. BOX 360998
San Juan PR  00936-0998

**CERTIFICATION**

**WILSON VELÁZQUEZ PIERANTONI**
**XXX-XX-4971**

For the above former employee we hereby certify the following:

➢ He joined PRT/Claro on February 01, 1988.

➢ He worked as a regular employee until July 01, 2017.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on Monday, July 27, 2020.

_____[Signature]____
Abigail Alejandro González
Compensation Official
Compensation and Records



United States District Court

Federal Building

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



📞 718.384.8040
🌐 TargemTranslations.com
✉ projects@targemtranslations.com
📍 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 178412 DN 18262**

Signed this 15th day of December, 2021

_____

Andreea I. Boscor

American Translators Association
atia
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator

Verify at www.atanet.org/verify

