# EXHIBIT 37

Case:17-03283-LTS   Doc#:18265   Filed:09/27/21   Entered:09/28/21 09:07:58   Desc: Main
Document   Page 1 of 2

**REPLY TO OMNIBUS OBJECTION**

I. Contact Details
   Name:   Amarilis Santana Velázquez
   Address:   Palomas - Calle 11 #27
           Yauco, PR  00698
   Contact Telephone:   787-267-7205   home
                      787-516-4645   cellphone



II. Heading
   A. Clerk's Office
      United States District Court
      #150 Avenida Chardón
      Federal Building
      San Juan, PR 00918-1767

   B. Commonwealth of Puerto Rico and other debtors

   C. Proceeding number: 17-BK-3283-LTS

   D. Omnibus Objection relating to the request for money not paid by the Commonwealth of PR
      Proof of claim number: 178024 - Act 89- July 1995- Romerazo

III. The Court must not sustain the omnibus objection since it is money owed through the approval by the government of the Commonwealth of PR of laws that were passed during the period in which the P.R.T.C. belonged to the government. The P.R.T.C. belonged to the Commonwealth of 1999 when the sale of Telefónica was finalized.

IV. Supporting Documentation
    Documents are included that prove the years of service with the P.R.T.C. from March 16, 1987, until July 01, 2019. I ended my work as a Frame Worker at the P.R.T.C.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

(Ponce PR) (Commonwealth). The claim is being brought under the applicable laws that cover these years of service when the P.R.T.C. belonged to the PR government. Additional proof is included. Please contact the undersigned; Amarilis Santana Velázquez

\_\_\_\_[*Signature*]_____

Amarilis Santana Velázquez

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Emblem: Claro]                                    [Emblem: PRT – Puerto Rico Telephone]

HUMAN RESOURCES
DEPARTMENT OF EMPLOYEE BENEFITS AND COMPENSATION
COMPENSATION AND RECORDS DIVISION

**EMPLOYMENT CERTIFICATION**

| | | |
|---|---|---|
| Employee Name | : | AMARILIS SANTANA VELÁZQUEZ |
| Employee Number | : | ▉ |
| Position | : | III C O OPERATOR/DISTRIBUTOR |
| Start Date | : | 03/16/1987 |
| Department | : | OPERATIONS DIV. CAMPO I/S-PONCE |
| Salary | : | $19.35 PER HOUR |
| Employee Status | : | REGULAR |
| Payroll Status | : | UNIONIZED |
| Monthly car allowance | : | $0.00 |
| Christmas Bonus | : | The Christmas Bonus percentage for managerial employees is set administratively. Unionized employees receive 8%, according to the current collective agreements. |

This certification has the official embossed seal which confirms the information obtained from the employee's personnel records as correct. In Guaynabo, Puerto Rico, on July 19, 2011.

[*Signature*]
SUPERVISOR / EMPLOYEE RECORDS
OR REPRESENTATIVE

Compensation and Records Division                    Telephone: (787)706-6399

FAO: [Handwritten name]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



To: *United Stated District Court*

#150 Avenida Chardon

*Federal Building*

San Juan P.R. 00918-1767

Certified to be a correct and true translation from the source text in Spanish to the target language English.
20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.



## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 178024 DN 18265**

Signed this 20th day of December, 2021

_____

Andreea I. Boscor

