# EXHIBIT 38

September 27, 2021

To whom it may concern:

I am responding to a letter regarding the PROMESA Title III Case No. 17 BK 3283-LTS as a letter was sent to me to justify my claim on this case in annex 15 of the document. I am responding today to the letter that was sent to me to respond after the deadline to respond (it arrived on September 25, 2021). I don't know if they sent it to me late or due to the situation of the postal service whereby mail is taking more than a month to arrive due to the COVID pandemic and to the lack of PR postal service employees. Therefore, I request that you re-assess my case and accept this claim response since receiving mail on the correct date is out of my control. It is also happening with all mail.

I started to work for the PRTC Co. in 1994 when the company belonged to the PR government, and I am still working here under another name after the company's sale. During that time we were not given the benefits of salary increases, bonuses, commissions and other employment benefits owed for several years, which is in violation of Act 89 of the PR Government. Supposedly, according to my calculations, I should be reimbursed from $4,800 to $6,000 for payments not received and that is why I am writing to express my agreement with the claim.

I have called several times to receive guidance and comply with the document request.

Proof of employment is submitted which indicates my start date. You can certify what I am saying by calling human resources at 787-782-8282, since I am still with the same employer.

Attached I am sending an employment certification which indicates when my employment began. Should you need additional information, you may contact me at millieramos3@gmail.com or cellphone number 787-610-1111.

Many thanks for your attention and help in this regard.

[Signature]

Mille M. Ramos Pérez

***_**-0072

Employee no. ▮98

787-610-1111



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Emblem: Claro]

HUMAN RESOURCES

EMPLOYEE COMPENSATION AND BENEFITS DEPARTMENT

RECORDS SECTION

**EMPLOYMENT CERTIFICATION**

| | |
|---|---|
| Employee Name | : MILLIE M. RAMOS PÉREZ |
| Social Security Number | : XXX-XX-0072 |
| Employee Number | : ▆▆▆98 |
| Position | : SALES CONSULTANT |
| Start Date | : 12/21/1994 |
| Department | : STORE-PLAZA AMERICAS I |
| Salary | : $42,388.84          ANNUAL |
| Employee Status | : REGULAR          Hours:   FULL-TIME |
| Payroll Status | : NON-EXEMPT |
| Car Allowance YTD | : $0.00 |

This certification has an official embossed seal that confirms the information obtained from the employee's personnel records as correct. In Guaynabo, Puerto Rico, on May 20, 2020.

[Signature]
SUPERVISOR / EMPLOYEE RECORDS
OR THEIR REPRESENTATIVE

Telephone: (787) 706-6355, 706-6342
Email: certificacion_empleo@claropr.com

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS Doc#:18309-1 Filed:09/29/21 Entered:09/30/21 08:53:57 Desc:
Exhibit Page 2 of 2

[Emblem: Claro]

SERVICES | INFORMATION | DEPARTMENT

**Benefits**

**My Vacation / Sick Leave Balance**

PUERTO RICO TELEPHONE
**BENEFITS ADMINISTRATION DEPARTMENT**
**YOUR SICK AND VACATION LEAVE BENEFITS BALANCE**

No. ▇▇98
Employee:                                             Name: **Millie M. Ramos**
Dept. Code: **516**

DATES

| Start | Re-start | For Benefits | Vac. Anniversary |
|---|---|---|---|
| **12-19-1994** | **03-01-1996** | **12-21-1994** | **03-01-2022** |

LEAVE

-------------------SICK----------------------------    --------------------VACATION-------------------------

| Cumulative | Excess of 75 | Last day Absent | Bank | Due | Cumulative | Overdue | Last day Taken |
|---|---|---|---|---|---|---|---|
| **25.67** | **0** | **08-03-2021** | **0** | **-.7** | **12.49** | **5.58** | **07-23-2021** |

The balances of the **HIETEL** and **UIET** employees are established according to the…

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 176003 DN 18309**

Signed this 20th day of December, 2021

_____

Andreea I. Boscor