# EXHIBIT 39


RECEIVED & FILED
2021 NOV 22 AM 5:09

October 14, 2021

TO: Commonwealth of PR Supplemental Information Processing Center
c/o Prime Clerk, LLC 850 Third Avenue Suite 412
Brooklyn NY 11232

**(United States District Court)**

Room 150 Federal Building
San Juan PR 00918-1767

Puerto Rico Ballot Processing
c/0 Prime Clerk LLC
One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165

RE: Claim No. 49762/Procedimiento 17 BK3283 -LTS

On September 2020 I sent the included documents (copy) and I was living on the following address:

Urb. Santa Elena, JJ33 Calle H, Bayamón, PR 00957

I hereby request that all documents to be sent to me regarding the reference claim, be sent to the following address, since I moved from such address:

**NEW MAILING ADDRESS:**

Urb BELLA VISTA
CALLE 8 J31
BAYAMON PR 00957

Please send any new correspondence to de new mailing address.

Cordially,

Hilda L. Cruz Román
Ce. 787-615-2525
Email: lourdespr2009@gmail.com

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Proof of Claim: <CLAIM NUMBER> 49762

Claimant: <CLAIMANT NAME> Hilda L. Cruz Flores

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide more information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsinfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?

   ☐ A pending or closed legal actions with or against the Puerto Rico government

   ☐ Current or former employment with the Government of Puerto Rico

   ☒ Other. (Provide as much detail as possible below. Attach additional pages if needed.)
   _Goverment agency until 1999_

2. What is the amount of your claim (how much money do you claim to be owed):
   $8,400

3. **Employment**. Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No, Please continue to Question 4.
   ☒ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
_Puerto Rico Telephone Company_

3(b). Identify the dates of your employment related to your claim:
_Began working on may 4, 1993 until sale of the company belonging to the government on later I continued working as a private company to date._

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

### IV. Supporting Documentation

Documents are included evidencing my years of service with the Puerto Rico Telephone Company, Ponce, Puerto Rico, from *May 04, 1992*, through *the present*. I ended my work *until 1999, working for PRTC, then [illegible][ and now Claro. Never left the company*. in the Puerto Rico Telephone Company, Ponce, Puerto Rico, Commonwealth. The claim is being filed under the applicable laws that cover these years of service.

Documents in support of this claim are enclosed.

Due to the recent emergency situation with earthquakes and COVID-19 in Puerto Rico, the replies are being sent on this date. Should you need additional information or documents, please contact the undersigned.

*Hilda L. Cruz Roman*
Printed name


   [Signature]
Signature


– *Managerial employee from May 04, 1992, until 1999.*
– *At present still an employee of the company*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:19344   Filed:11/22/21   Entered:11/23/21 10:35:39   Desc: Main
Document   Page 4 of 6

# REPLY TO OMNIBUS OBJECTION

**I. CONTACT DETAILS**

Name: *Hilda L. Crúz Román*
Postal Address: *Urb. Santa Elena*
*JJ 33 Calle #*
*Bayamón, PR 00957*

Contact Telephone   home_____   cellphone *787-615-2525*

**II. Caption**

A. Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico, et al. (Debtors)

C. Docket Number: 17 BK 3283-LTS

D. Omnibus Objection relating to the request for money not paid by the Commonwealth of Puerto Rico:

Proof of claim numbers:

#49762 – Act #89 – Romerazo – Effective July 01, 1995

#94057 – Salary Scale Act – Steps, dated June 06, 2008

#96621 – Act #96 (2002) of Dr. Pedro Rosello – effective July 2002
Act #164 (2004) of Mrs. Sila Calderón – effective January 2004

**III. The Court must not grant the omnibus objection since the money is owed under the following laws passed by the government of the Commonwealth of Puerto Rico:**

Act 89 – Romerazo – Effective July 01, 1995

Salary Scale Act – Levels, of June 06, 2008

Act #96 (2002) of Dr. Pedro Rosello – effective July 2002

Act #164 (2004) of Mrs. Sila M. Calderón – effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

3(d). What is the nature of your employment claims (select all applicable):
- ☒ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

_____

4. Legal Action Does your claim relate to a pending or closed legal action?
- ☒ No
- ☐ Yes

4(a). Identify the department or agency that is a party to the action.

_United States District Court_

4(b). Identify the name and address of the court or agency where the action is pending:

_____

4(c). Case number: 49742

4(d). Title, Caption, or Name of Case: Romero W

4(e). Status of the case (pending, on appeal, or concluded): pending

4(f). Do you have an unpaid judgment? Yes / No (Circle one)

If yes, what is the date and amount of the judgment?

_____

Certified to be a correct and true translation from the source text in Spanish to the target language English.
29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

CLAIMANT: *Hilda L. Crúz Román*

DOCKET NUMBER: *17 BK 3283-LTS*

CLAIM NUMBER: *49762*

Claim of money owed from under laws that apply to me for my years of service from *May 5, 1992*, until _____, *1999*, as a *PRTC managerial employee those years* at the Puerto Rico Telephone Company – Commonwealth. *I then continued working there until present.*

1. Act 89 – July 1995 – ROMERAZO            AMOUNT: $*8400*

As well as other laws that apply to me and the corresponding compensation has not been granted to me.

I thank you for your attention on this matter.

Yours sincerely,


*Hilda L. Cruz Roman*
Name in Print


*[Signature] 09/01/2020*
Signature and date


*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 176520 ECF No 19344**

Signed this 29th day of December, 2021

_____

Andreea I. Boscor

