# EXHIBIT 40

# REPLY TO OMNIBUS OBJECTION

**I. CONTACT DETAILS**

Name: _Carmen López Camacho_

Postal Address: _PO Box 10156_

_San Juan, PR 00908_

Contact Telephone   Home _____   Cell. _787-585-4171_

**II. Caption**

A. Clerk's Office
   United States District Court
   Room 150 Federal Building
   San Juan, Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico, et al. (Debtors)

C. Docket Number: 17 BK 3283-LTS

D. Omnibus Objection relating to the request for money not paid by the Commonwealth of Puerto Rico:

   Proof of claim numbers:

   #49762 – Act #89 – Romerazo – Effective July 01, 1995

   #94057 – Salary Scale Act - Steps, of June 06, 2008

   #96621 – Act #96 (2002) of Dr. Pedro Rosello – effective July 2002
           Act #164 (2004) of Mrs. Sila Calderón – effective January 2004

**III. The Court must not grant the omnibus objection since the money is owed pursuant to the following laws passed by the government of the Commonwealth of Puerto Rico:**

   Act 89 – Romerazo – Effective July 01, 1995

   Salary Scale Act - Steps, of June 06, 2008

   Act #96 (2002) of Dr. Pedro Rosello – effective July 2002

   Act #164 (2004) of Mrs. Sila Calderón – effective January 2004

### IV.  Supporting Documentation

Documents proving my years of service with the Puerto Rico Telephone Company in Ponce, Puerto Rico, from <u>02/11/1996</u>, until <u>09/041999</u>, are enclosed. I ended my work as a _____ at the Puerto Rico Telephone Company, Ponce, Puerto Rico, Commonwealth. The claim is being filed under the applicable laws that cover these years of service.

Documents in support of this claim are enclosed.

Due to the recent emergency situation with earthquakes and COVID-19 in Puerto Rico, the replies are being sent on this date. Should you need additional information or documents, please contact the undersigned.

<u>*Carmen Lopez Camacho*</u>
Name in Print


____<u>*[Signature]*</u>_____
Signature


*P.S. – I request that you review the dismissal of my claim #179349 as I am claiming the increases under the laws that were signed during the period in which the P.R. Tel. Company belonged to the government of the Commonwealth. This was until 1999 when the government of Puerto Rico sold the company, and it became private.*

*Thank you for your prompt attention.*

*Carmen Lopez Camacho*
*12-02-2021*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*6/JANUARY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Emblem: Claro]

PRT/CLARO
P.O. BOX 360998
San Juan PR 00936-0998

## CERTIFICATION

**CARMEN LÓPEZ CAMACHO**
**XXX-XX-7876**

For the above former employee, we hereby certify the following:

- ➢ She joined PRT/Claro on 02/11/1976.

- ➢ She worked as a regular employee until 09/04/1999.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on Wednesday, May 26, 2021.

             ***Abigail Alejandro González***
             Abigail Alejandro González
             Compensation Official
             Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*6/JANUARY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*6/JANUARY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 179349 ECF No 19429**

Signed this 6th day of January 2022

_____

Andreea I. Boscor

