# EXHIBIT 41

**William Maldonado Morales**
**Case Number:** 17 BK 03283-LTS
**Debtor:** The Commonwealth of Puerto Rico
**Claim Number:** 179488
**Submission Date:** 08/10/2021
**Alleged Claim Amount:** $5,000

William Maldonado Morales
HC02 Buzón 3957
Bo Jaguas
Peñuelas, PR 00624
**Telephone number:** (939) 777-8144
**Email:** bojaguas77@gmail.com

**Case Number:** 17 BK 03283-LTS
**Debtor:** The Commonwealth of Puerto Rico
**Claim Number:** 179488
**Submission Date:** 08/10/2021
**Alleged Claim Amount:** $5,000

October 14, 2021

To whom it may concern,

My name is William Maldonado Morales, and this is a reply to the objection regarding my claim number 179488. I hereby establish the reasons why the court should not sustain the Omnibus Objection in relation to my claim. My claim was not submitted on time for various reasons. During the time that the notices were sent in 2017, 2018, 2019 and 2020, many events took place, including Hurricane Maria on September 20, 2017. During those first weeks we didn't have any communication, or only limited communication, both telephonically and by mail. Some weeks after Hurricane Maria, our eldest daughter got us to go to live with her in Texas while the crisis

Page **1** of **3**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**William Maldonado Morales**
**Case Number:** 17 BK 03283-LTS
**Debtor:** The Commonwealth of Puerto Rico
**Claim Number:** 179488
**Submission Date:** 08/10/2021
**Alleged Claim Amount:** $5,000

improved after Hurricane Maria in Puerto Rico, since we didn't have water, electricity and food in the supermarkets was scarce. We were with her until May 2018. When we returned to Puerto Rico, we still didn't have electricity and the water was cut off several times throughout the week. We lived in the countryside. Meanwhile, we had to depend on family members that did have electricity and water to be able to cook, wash clothes and other essential needs. The post office in the town of Peñuelas was closed for a long time and upon returning from Texas we had many letters, but we had other priorities at that time, aside from receiving help after more than 9 months without electricity and helping in the community. After Hurricane Maria there were tremors in the South of Puerto Rico where we were terrified for months as for many months after the earthquake on December 29, 2019, there were tremors every day. Many family members and friends were affected and could not return to their homes, our church was closed, and we stayed at other relatives' homes throughout the tremors. The distress from what was happening and the anxiety level was very high. And as a result of those tremors we then had unstable electricity again for a long time. In our town, a camp was set up at the athletics track because we were scared to return to our homes. Again, our priority was our wellbeing and the wellbeing of our family members and friends in the community. And in 2020 COVID came, where we were literally locked down in quarantine for months, which has been another difficult crisis to go through since we have lost many family members, friends, neighbors and church companions. I hope you can take these events into consideration and approve my claim.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**William Maldonado Morales**
**Case Number:** 17 BK 03283-LTS
**Debtor:** The Commonwealth of Puerto Rico
**Claim Number:** 179488
**Submission Date:** 08/10/2021
**Alleged Claim Amount:** $5,000


Many thanks for your attention.


        Yours faithfully,

        [Signature]

        William Maldonado Morales

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| MALDONADO MORALES, WILLIAM | 179488 | 8/10/2021 | Commonwealth of Puerto Rico | $5,000.00 |
| Reason: | Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| MALDONADO MORALES, WILLIAM | 179488 | 8/10/2021 | Commonwealth of Puerto Rico | $5,000.00 |
| Base para: | La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS Doc#:18553-1 Filed:10/18/21 Entered:10/19/21 08:59:40 Desc:
Exhibit Page 2 of 2

**Prime Clerk**
Grand Central Station PO Box 4850
New York, NY 10163-4850



In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 8/10/2021
Proof of Claim No.: 179488

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at 844.822.9231.

WILLIAM MALDONADO MORALES
HC02 BUZON 3957
BO JAGUAS
PENUELAS, PR 00624

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 179488 DN 18553**

Signed this 20th day of December, 2021

_____

Andreea I. Boscor

