# EXHIBIT 44

On 11-20-21 I received the attached letter providing incomplete information in relation to the case, such as the claim amount being referred to during the whole case as $99, not including the interest owed, thus not complying with the provisions of Act 106.

The basis for the debtors' request for the claim to be dismissed is false. The administrative hearing by the Government of Puerto Rico Employees' Retirement System has been rescheduled on two occasions. They also incorrectly titled the request requested by the undersigned, Contributions Reimbursement, to confuse Prime Clerk, when the request is in compliance with Act 106, which they have not attended to thus far.

The note that they put:
"The proof of claim and the supporting documentation only indicate an obligation between the plaintiff and the State Insurance Fund, which is not a party to the Title III proceedings."

This response is incorrect, since the government of PR has failed to report the correct amount of contributions submitted by the plaintiff as ordered by Act 106, which is part of the debtors' agreements with the Plaintiffs. Therefore, I complied with reporting the non-compliance of the government of PR as required by the PROMESA Act, which assigned it the case and then reassigned it or changed it to number 177716-1.

Therefore, I request that the petition to disallow the undersigned's claim not be granted. I communicated this information via telephone on 11-23-21 to Laura over the Prime Clerk telephone guidance line, who notified me that I could send a response even days after 11-29-21, given the late date of receipt. I am submitting a document via email today 11-29-21, at 10:04 p.m.

Thank you

[Signature]
Eva Estela Meléndez Fraguada
Participant in the Puerto Rico
Government Employees'
Retirement System Administration
787-394-4756
evaestella@outlook.com
PO Box 361
Canóvanas, PR 00729

Get Outlook for iOS



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Eva E. Meléndez Fraguada

evaestella@outlook.com

Appeal to the Government of Puerto Rico Retirement Board

Page 2

That on June 23, 2021, I received a second instruction from Prime Clerk by mail, entitled Administrative Reconciliation Notice, assigning a new Claim number 177716, claim amount of $99,793.52 without interest, relating to cumulative contributions through June 30, 2013, Act 1, Public Servants and Pension/Retirement Claim. This notice orders the Retirement System Administration to carry out an administrative reconciliation (See Exhibit II).

That on December 19, 2019, I sent a letter to the Government of PR Retirement Board and to Prime Clerk in relation to the provisions of Act 106 of August 26, 2017, Act to safeguard the wellbeing of Pensioners and Public Servants and non-compliance with the provisions of this Act, specifically Chapter I, Article 1.4, Public Policy, protecting the future of our public servants, ensuring that they can have a decent retirement, FREE of uncertainty, SEPARATING their personal contributions, securing same… in separate ACCOUNTS. In my case (Eva Meléndez) Act 1 at 06-30-13, Act 3 (Hybrid) at 06-30-17 and Act 106 from 07-01-17 to present.

Chapter II of Act 106, account for the payment of pensions accumulated via the Retirement Systems, in Article 2.2, Record of Cumulative Pensions, sets forth that a record of each participant, beneficiary and Pensioner of the Retirement Systems shall be created reflecting in detail the amounts corresponding to each as a cumulative pension, according to their respective Retirement Systems, up to the date that Act 106 enters into force; it shall include, without limitation, the cumulative benefit to which the participant is entitled and the History of Employment and the Contributions made, in accordance with each applicable retirement Act in which the participant, beneficiary and Pensioner of the three Retirement Systems contributed. A term of no more than 180 days from the approval of Act 106 of August 23, 2017 is set within which to produce a record of all the participants including each participant's cumulative pension, for the three retirement systems, at the time that Act 106 entered into force, and their terms of payment. The three retirement systems must take all the measures necessary for ENSURING that the

Eva E. Meléndez Fraguada

evaestella@outlook.com

Appeal to the Government of PR Retirement Board

Page 3

record contains true and accurate information with regard to each participant, beneficiary or Pensioner. Therefore, due to non-compliance with the terms established, I personally requested the certification of the Account Statement as of November 09, 2017, and I sent a letter in this regard. (See Exhibit III).

That on June 12, 2021, I received an acknowledgment of receipt, from the Retirement System Administration dated May 25, 2012, decision of the Services Department for Participants of the Government of Puerto Rico Retirement Board, in response to the first Order issued by Prime Clerk for an Administrative Reconciliation in relation to my claim (Proof of Claim number 31272) and letter sent on December 09, 2020, to Mr. Luis M. Collazo Rodríguez, Retirement Systems Administrator, and to Omar Marrero, Executive Director, Government of PR Retirement Board in relation to the Administrative Reconciliation, PROMESA Title III 17 BK 3283-LTS. (See Exhibit IV).

Therefore, the cumulative contributions reported by way of the May 25, 2021 letter, which was received on June 12, 2021, stating that Article 5-110 of Act 447 of 05-15-51, amended, stipulates that the public service severance benefits ARE when permanently leaving the service. That, due to being an active employee, I will be entitled to receive the benefits at 65 years of age, I will be able to request the pension benefits three (3) years prior to reaching the age required to Update Contributions and state, if any? …

Furthermore, it indicates that when I filed the pension with the Participants Department it was updated and corrected (contributions) in the system. However, Act 80 of August 03, 2020, on the Incentivized Retirement Program was created, and they sent the Option Form indicating that my participation would be final and irrevocable, where they had to submit amendment 2021-03, in which it was established that my current status, rights and working conditions are not compromised, nor shall there be any legal effect due to not completing the program's implementation. This continues to be discussed in the Fiscal Control Board, which issued its opinion on June 24, 2021, of not endorsing, while providing some parameters whereby it could be considered for some agencies or Corporation. (see Exhibit V)

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Eva E. Meléndez Fraguada

evaestella@outlook.com

Appeal to Government of PR Retirement Board

Page 4

Furthermore, it indicates that I have accumulated $131,378.79 in contributions and/or 21.25 years contributed as of June 30, 2013, Act I, in other words $92,666.79 in contributions and $38,712.00 in interest as of May 25, 2021. This is still without providing the opportunity to summon the Retirement System Administration to verify the amount of $7,126.73 included in Exhibit I that would be yet to be credited, where it would reflect a contribution greater than $99,793.52, and with the interest it could reach a total of $149,793.52, under Act 1, thus complying with Act 106, ensuring that the record contains true and accurate information with regard to each participant.

Furthermore, the May 25, 2021 response, received on June 12, 2021, is signed by Ms. Marilisa Marrero Negrón, Director of the Participant Services Department, and not by Mr. Luis M. Collazo Rodríguez, Administrator of the Retirement Systems' Administration, nor by Omar Marrero, Executive Director of the Government of PR Retirement Board.

Therefore, I request the appeal as a participant and that I be notified of the Board's decision in relation to the correction of the contributions as of June 30, 2013, Act 1, according to the above information, which must be updated with the interest at present. In turn, what Ms. Marrero, Director of the Services Department for Participants, refers to when mentioning updating the contributions, if any. This shows disinterest in providing guidance, clarifying, or correcting, as stated in Act 106.

I certify that I am forwarding a copy of this appeal and PROMESA Title III Claim No. 17 BK 3283-LTS Number 177716 to Prime Clerk, LLC,

Grand Central Station

P.O. Box 4850

New York, NY 10165-4850

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:19420-1   Filed:12/03/21   Entered:12/06/21 11:16:13   Desc:
Exhibit   Page 1 of 7

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Melendez Fraguada, Eva E | 177716-1 | 5/23/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and State Insurance Fund which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Melendez Fraguada, Eva E | 177716-1 | 5/23/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | La Evidencia de Reclamo no presenta fundamentos para presentar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Fondo de Seguro del Estado, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

*Respond By*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

### Eva Meléndez Fraguada

**From:** Eva Meléndez <EvaEstella@outlook.com>
**Sent:** Tuesday, November 30, 2021 3:24 PM
**To:** Eva Meléndez Fraguada
**Subject:** Fwd: Objection to Request to Disallow Claim 177716-1

Get Outlook for iOS

**From:** Eva Meléndez <EvaEstella@outlook.com>
**Sent:** Tuesday, November 30, 2021 12:53:58 PM
**To:** Prime Clerk <puertoricoinfo@primeclerk.com>
**Subject:** Re: Objection to Request to Disallow Claim 177716-1

The amount claimed as of 06-30-2013 from the Government of Puerto Rico Retirement System Administration should read as $99,793.52, and the amount reported by said entity is $92,666.79. Furthermore, the interest is missing, therefore the total cumulative amount contributed should be around $149,793.52 under Act 1, and to comply with Act 106. Therefore, I request that the request to disallow the undersigned's claim be denied.

Thank you

Get Outlook for iOS

**From:** Eva Meléndez
**Sent:** Monday, November 29, 2021 10:04:33 PM
**To:** Prime Clerk <puertoricoinfo@primeclerk.com>
**Subject:** Objection to Rejection request for Claim 177716-1

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Certified to be a correct and true translation from the source text in Spanish to the target language English.
29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

Case:17-03283-LTS   Doc#:19420-1   Filed:12/03/21   Entered:12/06/21 11:16:13   Desc:
Case:17-03283-LTS   Doc#:18955-1   Filed:10/29/21   Entered:10/29/21 17:54:49   Desc:
Exhibit Exhibit A   Page 4 of 7
Exhibit Exhibit A   Page 1 of 5

## Exhibit A

| Claim Number | Claimant | Debtor | Date Transferred into ACR | Total Filed |
|---|---|---|---|---|
| 174305 | ALVAREZ SANTIAGO, ELSIE S. | Commonwealth of Puerto Rico | 7/2/2021 | $ - |
| 82115 | ORTIZ ROBLEDO, BRUNILDA | Commonwealth of Puerto Rico | 7/13/2021 | $ 15,600.00 |
| 71901 | GONZALEZ QUINTANA, EDWARD | Commonwealth of Puerto Rico | 5/4/2021 | $ 25,000.00 |
| 133716 | HERNANDEZ COLON, NORKA MARIA | Commonwealth of Puerto Rico | 7/13/2021 | $ 45,000.00 |
| 148058 | HERNANDEZ MUNIZ, LIBRADA | Commonwealth of Puerto Rico | 5/4/2021 | $ - |
| 123532 | HERNANDEZ PELLOT, PEDRO | Commonwealth of Puerto Rico | 7/13/2021 | $ 22,000.00 |
| 165768 | HERNANDEZ VALLE, NILDA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 5/4/2021 | $ 1,200.00 |
| 161111 | IRIZARRY APONTE, SONIA | Commonwealth of Puerto Rico | 7/13/2021 | $ 15,600.00 |
| 67430 | IRIZARRY ORTIZ, JUDITH | Commonwealth of Puerto Rico | 10/22/2020 | $ 1,200.00 |
| 81821 | JIMENEZ ECHEVARRIA, SONIA N. | Commonwealth of Puerto Rico | 7/13/2021 | $ - |
| 179119 | LABOY ROMAN, MARY LUZ | Commonwealth of Puerto Rico | 5/4/2021 | $ 15,000.00 |
| 34432 | LOPEZ CASTRO, DEBRA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ 125,024.24 |
| 34312 | LOPEZ DIAZ, LESLIE | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 28121 | RAMIREZ MONTES, EVELYN | Commonwealth of Puerto Rico | 7/13/2021 | $ 17,625.00 |
| 86200 | RAMON RODRIGUEZ, BARBIE | Commonwealth of Puerto Rico | 7/13/2021 | $ 58,858.38 |
| 175796 | RAMOS CLAUDIO, JULIO G. | Commonwealth of Puerto Rico | 5/4/2021 | $ 33,128.13 |
| 79120 | REILLO ROSARIO, RAQUEL | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ 10,000.00 |
| 12929 | RIVERA SANTIAGO, JOSE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 9/8/2020 | $ 36,059.07 |
| 131119 | BATISTA VELAZQUEZ, DAISY | Commonwealth of Puerto Rico | 7/13/2021 | $ - |
| 63622 | COTTO LUNA, LIDA MARTA | Commonwealth of Puerto Rico | 7/13/2021 | $ - |
| 101431 | ARCE CRUZ, WANDA I. | Commonwealth of Puerto Rico | 7/13/2021 | $ - |
| 169976 | LOPEZ COLON, EDUARDO | Commonwealth of Puerto Rico | 5/4/2021 | $ - |
| 72952-1 | PEREZ PIZARRO, FELIX | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 141189-1 | ROCHE PABON, JOSE J. | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 173185-1 | CRUZ PAGAN, IRIS YOLANDA | Commonwealth of Puerto Rico | 7/13/2021 | $ - |
| 45699-1 | VEGA CORDERO, MIRNA E. | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 132888-1 | MARTINEZ SULE, VANESSA | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 133387-1 | ROCHE-PABON, JOSE J | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 98360-1 | RIVERA VALENTIN, MIGDALIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 11/11/2020 | $ - |
| 71047-1 | RIVERA CRUZ, GILBERTO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 3/30/2021 | $ - |
| 103709-1 | AGUILA SANTANA, WANDA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 151441-1 | OLIVIERI RODRIGUEZ, AURA E. | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 159194-1 | GONZALEZ RODRIGUEZ, YANESSA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 168194-1 | MORALES MORALES, LILLIAN | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 7/13/2021 | $ - |
| 177716-1 | MELENDEZ FRAGUADA, EVA E | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 556-1 | JUSTINIANO ZAYAS, YAMARA | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 3816-1 | VIERA SANTANA, JOSUE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 6021-1 | RODRIGUEZ GOMEZ, GLADILU | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 7619-1 | VELEZ SANTANA, GLORIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 9834-1 | VELEZ SOLTERO, ALBA R | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 10637-1 | MENDEZ DIAZ, MARIA ESTHER | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 15664-1 | MORALES COLON, OBED | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 20465-1 | GONZALEZ CRUZ, FELIX | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Commonwealth of PR ACR
Processing Center
C/O Prime Clerk, LLC
850 3rd Avenue Suite 412
Brooklyn, NY 11232

9590 9402 6466 0346 7045 89

Article Number (Transfer from service label)

7021 0350 0001 2016 1050

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Signature Confirmation™
☐ Collect on Delivery                ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

Domestic Return Receipt

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**GOVERNMENT OF PUERTO RICO**
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

August 9, 2021

Melendez Fraguada, Eva E
PO BOX 361
Canovanas PR 00729

Re:   Claim No. 177716 - <u>REQUIRES RESPONSE</u>

Dear **Melendez Fraguada, Eva E**

Greetings on behalf of the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"). Under Act 2-2017, AAFAF represents the Government of Puerto Rico ("Government") in the Title III proceedings under PROMESA[1]. You are receiving this communication because you filed the referenced Proof of Claim ("Claim") in the Title III Court.

As you know, the Debtors under Title III of PROMESA, through the Financial Oversight and Management Board ("FOMB") transferred your Claim to the Administrative Claims Resolution Process ("ACR") in order to resolve the Claim using the existing administrative procedures in the Government. The purpose of this letter is to notify that the information provided by you to date is not sufficient for the government entity you work for to adequately evaluate and resolve your Claim.

In consequence, we request that, within a term of twenty (20) days, you submit the attached form along with any supporting documentation in which you describe in detail the nature of your Claim. In your response, you should include, without limitation: (1) telephone number where you can be contacted; (2) employee number; (3) social security number; (4) if your claim is/has been subject of an administrative or judicial process, provide the case file number; and (5) any document that supports your Claim. If you have a pending administrative or judicial case, please so indicate. If, to the contrary, the case is closed, please provide a copy of the final resolution or final judgment, if available.

---

[1] Puerto Rico Oversight, Management, and Economic Stability Act.

Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, PR 00907 I PO Box 42001, San Juan, PR 00940-2001

787.722.2525    contact@aafaf.pr.gov    aafaf.pr.gov

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

ASR-AD-016
REV MAY 21

REQUEST FOR

[Coat of Arms: GOVERNMENT OF PUERTO RICO RETIREMENT BOARD]

☐ REVIEW  ☒ APPEAL

| ☒ PARTICIPANT | ☐ RETIREE | ☐ BENEFICIARY |

The terms for filings are: Reviews before the Administrator, (15) days. Appeals before the Union Board, (30) days. Both are calculated from the date that the decision is sent out by mail, INCLUDING Saturdays, Sundays, and public holidays.

**Section I. Requester's Details**

| _Meléndez_ | _Fraguada_ | _Eva Estela_ |
|---|---|---|
| Paternal Last name | Maternal Last name | First Name |

| [redacted] 9563 | Retirement Sys. Adm. and State Corporate Insurance Fund | 787-394-4756  787-200-0727 |
|---|---|---|
| Social Security No. | Agency where you worked | Home Telephone No. |

| Mailing Address: | Home Address: ☐ Same as Mailing Address |
|---|---|
| P.O. Box 361  Urbanization, Condominium or Neighborhood | Urb. Valle Escondido  Urbanization, Condominium or Neighborhood |
| PO Box, No. And Street, Building and Apt. Rural Road or Contract Road | 406 Calle Miosotis  PO Box, No. And Street, Building and Apt. Rural Road or Contract Road |
| Canóvanas, PR 00729  Town, Country and Zip Code | Carolina, PR 00987  Town, Country and Zip Code |

**Section II. Details regarding the Requested Service**

Details of the deceased, if applicable:     _N/A_           _N/A_
                                             Name      Social Security No.

The above requester, _Eva E. Meléndez Fraguada_, appears _on her own behalf_ / through counsel or a guardian, and very respectfully, STATES, ALLEGES AND REQUESTS:

1. That the Retirement Systems Administrator issued a decision on _May 25, 2021,_ mailed on _June 12, 2021_ regarding the _Decision of the Participant Services Department of the Retirement Board._

2. That I do not agree with said decision because of the following reasons: _The 04-12-21 decision of the Retirement Systems Administration was served by mail on June 12, 2021. I do not agree due to the reasons stated in the May 23, 2021 Proof of Claim, claim number 31272, of the Retirement Systems Administration. It was included in the [illegible] and as stated in Act 106 of 08-23-2017. The employees were not notified of a certification of contributions (illegible). (see additional pages)_

| [Signature] | [Signature] | |
|---|---|---|
| Signature | Signature of Counsel or Guardian | Date (month/day/year) |

**FOR AGENCY USE**

Received by:
_____ _____ _____ _____
Name            Position Held         Signature        Date (month/day/year)

Retention: Same as the case file which it is part of.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

GOVERNMENT OF PUERTO RICO RETIREMENT BOARD
PO Box 42003 San Juan, PR 00940-2203 / Tel. 787-777-1500 / www.retiro.pr.gov



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 177716 ECF No 19420**

Signed this 29th day of December, 2021



_____

Andreea I. Boscor

