# EXHIBIT M

*Proof of Claim:* 171301
*Claimant:* Ortiz Solis, Jose Rafael

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

PRIME CLERK LLC

OCT 16 2021

RECEIVED

**Instructions**

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk, LLC<br>Grand Central Station, PO Box 4708<br>New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk LLC<br>850 Third Avenue, Suite 412<br>Brooklyn, NY 11232 |

**Questionnaire**

1. **What is the basis of your claim?**

   X A pending or closed legal action with or against the Puerto Rican government

   ☐ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   ______________________________

2. **What is the amount of your claim (how much money do you claim to be owed):**

   El Totar que se me deve es $163,600.

3. **Employment. Does your claim relate to current or former employment with the Government of Puerto Rico?**

   ☐ No. *Please continue to Question 4.*

   ☑ Yes. **Answer Questions 3(a)-(d).**

3(a). Identify the specific agency or department where you were or are employed:
Departamento de Correccion de Puerto Rico

Batch 8

990123400446284

*Proof of Claim:* **171301**
*Claimant:* **Ortiz Solis, Jose Rafael**

3(b). Identify the dates of your employment related to your claim:
Comense 1 Octubre de 1986 y termine en mayo 2011.

3(c). Last four digits of your social security number: 0543

3(d). What is the nature of your employment claims (select all applicable):

- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

nunca se me dio aumento del Romerato ni me pagaron la hora de almuerzo y aumento de la Gobernadora Sila M. Calderon

**4. <u>Legal Action</u>. Does your claim relate to a pending or closed legal action?**

- ☐ No.
- ☒ Yes. **Answer Questions 4(a)-(f).**

4(a). Identify the department or agency that is a party to the action.
Departamento de Correccion de Puerto Rico

4(b). Identify the name and address of the court or agency where the action is pending:
Tribunar Superiol de San Juan P.R.

4(c). Case number: KAC 96-1381 - Sala 905

4(d). Title, Caption, or Name of Case: ALFREDO MAldonado Rodriguez v/s ELA Nidia cotto y KAC-96-1381(905)

4(e). Status of the case (pending, on appeal, or concluded): Concluido. y no han pagado.

4(f). Do you have an unpaid judgment? (Yes) / No (Circle one)
If yes, what is the date and amount of the judgment? 28 de Junio 2007.

Batch 8

990123400446284

Saludos A. Quie pueda Interesal..

num: de Reclamación: 171301

Reclamante: ORTIZ Solis José Rafael

Por este medio deseo informal que se me adeuda la Cantidad de $ 63,600 por concepto de aumentos de Sueldo dejados de devengar, La Gobernadora sila M. Calderon dio un aumento el 12 Julio de 2004 por la cantidad de $ 150.00 dolares efectivo 1 octubre de 2004. Ley num: 168 del 12 Julio 2004. se me adeuda Aumento de sueldo conocido como el Romerazo por la cantidad de $ 50.00 dolares. se me adeuda las Reclamaciones: siguientes:

A) 1 | Abril | 1988 $ 40.00 Aumento por Ley 1 del 9 de Febrero de 1988

B) 1 Julio | 1990 $ 50.00 Aumento por Ley 7 del 7 de mayo de 1989.

c) 1 Diciembre | 1991 (se aseguro un minimo de $ 30.00 a los oficiales de custodia.) Revición de los planes de Retribución, supra

d) 1 Julio 1995 $ 150.00 Ley 178 del 12 agosto de 1995 Estipulación Federal sobre Personar de custodia y Sociopenal de 1 de sept. 1994

F) 1 Julio 1999 $ 100.00 Aumento a la serie de clase de oficial de custodia y Tecnicos sociopenales Adelanto al plan Retributivo, Supra

A continuación se le emvia copia de sentencia del caso y otros documentos.

# AQUINO & BENIQUEZ

Muñoz Rivera Núm.26
Altos del Western Bank
Apartado 1426
Lares, Puerto Rico 00669-1426
Tel./Fax 897-7618

Jorge L. Aquino Núñez
Ma. Carmen G. Beníquez

AELIS ~~897-5008~~

## MEMORANDUM

Lic. 751-5740 Elisabet

751-

A: DEMANDANTES

DE: LCDO. ALBERTO ARESTI FRANCESCHINI

LCDA. CARMEN G. BENIQUEZ BENIQUEZ

LCDO. JORGE L. AQUINO NUÑEZ

FECHA: 03 de marzo del 2000

RE: ALFREDO MALDONADO RODRIQUEZ VS. NYLDIA COTTO Y ELA - KAC-96-1381 (905) SENTENCIA DECLARATORIA

PALMIRA ACETY ROSARIO Y OTROS VS. ELA Y DEPARTAMENTO DE SALUD CIVIL NUM: KAC-98-0532

MARISOL ACEVEDO COLON Y OTROS VS. ELA Y ADMINISTRACIÓN DE CORRECCION Y OTROS CIVIL NUM: KAC 98-0530

JULIO AGUILA DE JESUS Y OTROS VS. CUERPO DE BOMBEROS DE PUERTO RICO, EMERGENCIAS MEDICAS ESTATAL CIVIL NUM: KAC-98-0531

ASUNTO: INFORME SOBRE EL ESTADO DEL CASO

El pasado 23 de febrero del 2000, se celebró una vista de seguimiento en los casos de la referencia, los que fueron consolidados para tramitarse en la Sala 905 del Centro Judicial de San Juan. El Juez Rivera González luego de escuchar los abogados de las partes, requirió que sometan una Estipulación en cuanto a las leyes aplicables al caso. Se someterán certificación al Tribunal sobre el muestreo de los casos en el pleito de los oficiales de custodia. En los casos de los empleados civiles no había muestreo.

El Juez, Hon. Rivera González, señaló que se dictará sentencia después de radicada la estipulación en cuanto a las leyes aplicables; y en la misma ordenará al Gobierno que incluyan en el próximo presupuesto la cantidad que habrá de pagársele a los demandantes.

Hay que someter al Tribunal un estudio económico para determinar la cuantía de la sentencia y la cantidad que corresponderá a cada uno de los demandantes que tengan derecho a compensación.

Se señaló una vista para el 4 de abril del 2000 a las 9:00 A.M. en la Sala 905 del Centro Judicial de San Juan.

Les recordamos que la Sentencia que dicte el Tribunal sólo aplicará a aquellos que demandaron y que tengan derecho a compensación a tenor con las leyes aplicables.

Comienzan a pagar Julio del 2,001 Hasta 4 Años
año 1 Año 25% Todos deben cobrar
Primer año 25% se pagará con intereses

LCDO. ALBERTO ARESTI FRANCESCHINI
SUITE 1109 EDIFICIO UNION PLAZA
416 AVE. PONCE DE LEON
HATO REY, PUERTO RICO 00918
TELEFONO: 751-5740

LCDO. JORGE L. AQUINO NUÑEZ
APARTADO 1426 CALLE SAN JOSE #7
LARES, PUERTO RICO 00669
TELEFONO: 897-5008
FAX: 897-7618

Alberto Aresti
787-751-5740

# MEMORANDUM

A: LOS DEMANDANTES

DE: LCDO. ALBERTO ARESTI FRANCESCHINI — JORGE L. AQUINO NUÑEZ
LCDA. CARMEN G. BENIQUEZ BENIQUEZ

por: llamé 1/Julio/09 llamar en Agosto.

RE: REFERENCIA DE LOS CASOS

ASUNTO: INFORME SOBRE EL ESTADO DEL CASO

1- Julio Aguila de Jesús y otros vs. Cuerpo de Bomberos de Emergencias Médicas Estatal - KAC-98-0531 (902)

2- Alfredo Maldonado Rodríguez y otros vs. Administración de Corrección - KAC-96-1381 (905)

3- Felipe Serrano Tirado y otros vs. Administración de Corrección - KAC-1997-0144 (905) Abogado: Lcdo. William Riefhol

4- Marisol Acevedo Colón y otros vs. Administración de Corrección - KAC-1998-0530 (905)

5- Palmira Acety Rosario y otros vs. ELA, Departamento de Salud -KAC-98-0532 (903)

6- Margarita de Jesús Colón vs. Departamento de Salud - KAC-2001-1692 (504)

7- José Luis Ortiz López y otros vs. Departamento de la Familia-KAC-2000-7194 (803)

8- María L. Amaro López y otros vs. Departamento de Hacienda- KAC-2002-681 (901)

9- Victor S. Lozada Burgos y otros vs. Administración de Corrección - KAC-2002-4604 (906)

En cuanto a los casos arriba enumerados 1,2,4 y 5, nos habíamos comunicado previamente con los demandantes mediante memorandos al efecto.

El caso con el número 3 de **Felipe Serrano Tirado y otros vs. Administración de Corrección**, lo estuvo litigando el Lcdo. William Riefkhol, quien falleció recientemente. Desconocemos las comunicaciones que tuvo el Lcdo. Riefkhol con los demandantes. El Lcdo. Rafael Vilá Carrión, teléfono 764-8666, alega que ahora representa a los demandantes en dicho caso. Estos deben comunicarse con él para que se enteren sobre el estado del pleito.

Sobre los demandantes en los casos de Alfredo Maldonado y otros vs. Administración de Corrección, KAC-96-1381 (905), y el de Marisol Acevedo Colón vs. Administración de Corrección KAC-1998-0530 les reiteramos que obtuvimos sentencia desde el 4 de abril de 2000. Han sido muy arduas las gestiones que hemos realizado para lograr una reunión con la parte demandada, para comenzar a examinar los expedientes de cada uno de los demandantes. Finalmente se llevó a cabo una reunión con oficiales de la agencia el día 8 de mayo de 2002. Después de esa fecha se les entregó copia de los contratos de servicios profesionales de todos los demandantes. El licenciado Aresti está gestionando la próxima reunión de trabajo. Ya estos casos están encaminados en cuanto a la revisión de expedientes. Ahora dependemos de la disponibilidad y cooperación del personal de la agencia a cargo de la coordinación con los abogados.

Sobre los casos de Julio Aguila de Jesús vs. Cuerpo de Bomberos de Emergencias Médicas KAC-98-0531 y Palmira Acety Rosario vs. Departamento de Salud, KAC-1998-0532, le informamos que tenemos sentencia a favor de los demandantes, desde el 19 de octubre de

252

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| ALFREDO MALDONADO RODRIGUEZ y otros<br>Demandante<br>vs.<br>ZOE LABOY ALVARADO y otros<br>Demandados | CIVIL NUM.: KAC96-1381<br>KAC97-0144<br>KAC98-0530<br>KAC98-0531<br>(CONSOLIDADOS)<br>SOBRE: SENTENCIA DECLARATORIA |

SENTENCIA NUNC PRO TUNC

Los demandantes reclaman el pago de los aumentos de sueldos y de los pasos por servicios activo prestados unos en la Administración de Corrección de Puerto Rico y otros en el Cuerpo de Bomberos de Emergencias Estatal, según sea el caso, durante los períodos de tiempo requeridos y enmarcados en las leyes en que basan su reclamación, y los cuales aumentos de sueldo o pasos dispuestos no le han sido pagados.

Como resultado de Vista Transaccional celebrada del caso, el día 4 de abril de 2000, el Tribunal dictaminó e indicó cómo habría de disponer en el caso, sobre lo cual hubo acuerdo entre las partes y especificando las directrices y el derecho aplicable al caso.

Analizando y evaluando los expedientes y las leyes aplicables, se dicta la presente Sentencia.

1. Se declara Ha lugar la reclamación incoada por los demandantes en el presente caso por entender que ellos tienen derecho a que se les paguen aquellos aumentos de sueldo y aquellos pasos por servicio activo, según dispuestos por ley, en aquellos casos en que aún no se les han reconocido o no se les ha efectuado el pago correspondiente.

2. Se ordena a la parte demandada y a la parte demandante el análisis de la reclamación de cada uno de los reclamantes en el caso, conforme a las leyes, las directrices y el derecho aplicable según esbozado, para determinar si se les ha reconocido o pagado o no los haberes a que tienen derecho. En los casos en que no se haya reconocido y/o no se haya efectuado el pago y proceda el mismo, deberá indicarse para cada demandante, el monto total que le

corresponda a la fecha en que se haga el informe.

3. Que se determina que las leyes aplicables al caso de epígrafe son:

| | | | |
|---|---|---|---|
| 1. | 12/julio/1979 | | Aumento de sueldo equivalente a un tipo o paso de la escala correspondiente a Ley 89 |
| 2. | 1/julio/1974 | $50.00 | Enmiendas a los Planes de Clasificación y Retribución, Reglamento de Retribución Uniforme de 7 de junio de 1984, según enmemdado |
| 3. | 1/julio/1977 | $30.00 | Revisión al Plan Retributivo, supra |
| 4. | 1/julio/1979 | Ver normas | Aumento por Ley 3 |
| 5. | 1/julio/1980 | Ver normas | Revisión al Plan Retributivo, supra |
| 6. | 1/octubre/1983 | $30.00 | Aumento por Ley 12 de 27 de agosto de 1982 |
| 7. | 1/abril/1984 | Ver normas | Revisión al Plan Retributivo, Ley 84 de 3 de junio de 1983 |
| 8. | 1/octubre/1986 | $55.00 | Aumento por Ley 90 de 9 de julio de 1986 |
| 9. | 1/noviembre/1986 | $35.00 | Adelanto al Plan Retributivo, supra |
| 10. | 1/enero/1987 | Ver normas | Revisión a los Planes de Clasificación y Retribución, supra |
| 11. | 1/abril/1988 | $40.00 | Aumento por Ley 1 de 9 de febrero de 1988 |
| 12. | 1/julio/1990 | $50.00 | Aumento por Ley 7 de 7 de mayo de 1989 |
| 13. | 1/diciembre/1991 | Se aseguró un mínimo de $30 a los Oficiales de Custodia y $20 a los empleados civiles | Revisión a los Planes de Retribución, supra |
| 14. | 1/julio/1993 | $100.00 | Ley 26 de 23 de julio de 1993, Aumento a la serie de clase de Oficiales de Custodia y Técnicos de Servicios Sociopenales |

| | | | |
|---|---|---|---|
| 15. | 1/octubre/1994 | $100.00 | Ley 108 de 21 de septiembre de 1994, Estipulación Federal sobre "Personal de Custodia y Sociopenal" de 1 de septiembre de 1994, "Aumento a la serie de Clase de Oficial de Custodia y Técnicos de Servicios Sociopenales. |
| 16. | 1/julio/1995 | $150.00 | Ley 178 de 12 de agosto de 1995, Estipulación Federal sobre "Personal de Custodia y Sociopenal" de 1 de septiembre de 1994, Aumento a la serie de Clase de Oficial de Custodia y Técnicos de Servicios Sociopenales. |
| 17. | 1/julio/1995 | $200.00 | Orden del Administrador y OPG Aumento a Superintendentes y Supervisores Regionales. |
| 18. | 1/agosto/1995 | $125.00 | Aumento por Productividad y Eficiencia a empleados civiles con un año o más en la Administración y productividad excelente o buena. |
| 19. | 1/noviembre/1995 | $60.00 | Ley 124 de 9 de agosto de 1995 (transitorios y regulares) |
| 20. | 1/octubre/1997 | $100.00 | Adelanto Plan Retibutivo Personal Administrativo y Apoyo |
| 21. | 1/abril/1998 | $100.00 | Adelanto al Plan Retributivo a Oficiales de Custodia y Técnicos de Servicios Sociopenales. |
| 22. | 1/julio/1999 | $100 o menos | Adelando al Plan Retributivo, supra |

4. La representación legal de la parte demandada conjuntamente con la representación legal de los demandantes preparará y someterá al Tribunal hojas de cómputo y de liquidación en las que se indicarán las cantidades que hay que pagar a cada demandante, siguiendo las directrices y el derecho aplicable al caso. Al radicar en el Tribunal los originales de las hojas de cómputo y liquidación, la parte demandada, a través de la Administración de Corrección de Puerto Rico, o del Cuerpo de Bomberos de Emergencias Estatal según sea el caso, notificará y

entregará una copia de dichas hojas de cómputo y de liquidación a la representación legal de los demandantes.

5. La parte demandada preparará y radicará en el Tribunal, suministrando copia a la representación legal de los demandantes, las nóminas necesarias para efectuar el pago a los demandantes. Las nóminas contendrán: (a) los nombres y otra identificación de los demandantes; (b) el total de lo adeudado y a ser cobrado por cada demandante en pleito; (c) la cantidad retenida para el pago de retiro de cada demandante; (d) la cantidad retenida por concepto de seguro social; (e) la cantidad retenida por concepto de contribución sobre ingresos; (f) la cantidad retenida por concepto de honorarios; (g) la cantidad neta correspondiente a cada demandante y consignada a su favor en la Secretaría del Tribunal.

6. Una vez se determine el monto individual agregado, si alguno, del total de las reclamaciones se procederá a consignar dicha cantidad en el presupuesto de la agencia demandada. Para poder así, ésta efectuar la consignación de fondos contemplados en la estipualación, procediendo así con el pago a los demandantes. De convenirlo las partes, el pago podrá efectuarse en forma más acelerada. Cualquier otra forma o sistema de pago que las partes acuerden, distinto al aquí indicado, será informado conjuntamente y por escrito por los abogados de las partes.

7. Los demandantes tiene derecho a que se les pague intereses legales, por sentencia, a razón del porciento anual fijado por la Junta Financiera, desde la fecha de esta sentencia, hasta su pago. Por lo tanto, resulta de interés para el Estado Libre Asociado de Puerto Rico que el pago se efectúe dentro del tiempo más breve posible.

REGISTRESE Y NOTIFIQUESE.

DADA en San Juan, Puerto Rico, a 28 de junio de 2002

JUEZ SUPERIOR

MIGUEL J. FABRE RAMIREZ
JUEZ SUPERIOR

CERTIFICO
LUZ C. RIVERA
SECRETARIA AUXILIAR



Gracias a la Federación

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| ALFREDO MALDONADO RODRIGUEZ Y OTROS<br>DEMANDANTES<br>VS.<br>NYDIA M. COTTO VIVES, ADMINISTRADORA DE CORRECCION Y EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, ETC. PUERTO RICO, ETC.<br>DEMANDADA | CIVIL NUM.: KAC1996-1381 (905)<br><br>SOBRE: SENTENCIA DECLARATORIA |
| FELIPE SERRANO TIRADO Y OTROS Y OTROS<br>DEMANDANTES<br>VS.<br>NYDIA M. COTTO VIVES, ADMINISTRADORA DE CORRECCION Y EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, ETC. PUERTO RICO, ETC.<br>DEMANDADA | CIVIL NUM.: KAC1997-0144 (905)<br><br>SOBRE: SENTENCIA DECLARATORIA |
| MARISOL ACEVEDO COLON, MARTA BATISTA RIVERA, JOSE BENITEZ BATISTA Y OTROS<br>DEMANDANTES<br>VS.<br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, Y SU AGENCIA, DEPARTAMENTO DE CORRECCION, SU ADMINISTRACION DE CORRECCION, Y LCDA. ZOE LABOY, EN SU CARÁCTER OFICIAL<br>DEMANDADA | CIVIL NUM.: KAC1998-0530 (905)<br><br>SOBRE: SENTENCIA DECLARATORIA |
| JULIO AGUILA DE JESUS, MIGUEL BORRERO ROMERO, OSVALDO CRUZ LAUREANO Y OTROS<br>DEMANDANTES<br>VS.<br>CUERPO DE BOMBEROS DE EMERGENCIAS MEDICAS ESTATAL, SU DIRECTOR, SEÑOR ERIBERTO SOUREL EN SU CARÁCTER OFICIAL, ETC.<br>DEMANDADA | CIVIL NUM.: KAC1998-0531 (905)<br><br>SOBRE: SENTENCIA DECLARATORIA |

ORDEN

Vista la Moción Solicitando Orden para el examen del expediente de los demandados y examinados los autos del caso, este Tribunal la declara HA LUGAR y en consecuencia ORDENA SO PENA DE DESACATO al Secretario de Corrección del Estado Libre Asociado, Hon. Miguel

Pereira y al Secretario del Cuerpo de Bomberos de Emergencias Medicas Estatal del Estado Libre Asociado, Hon. German Ocasio Morales, para que en coordinación con los abogados que lo representan en el Departamento de Justicia para que sin dilación alguna designe uno o más oficiales con conocimiento en recursos humanos y con autoridad para tomar decisiones para que conjuntamente con [illegible] de la parte demandante evalúen cada uno de los expedientes de ellos para que se determinen las cantidades que se le adeudan a cada y que se incluya en el próximo presupuesto anual de la agencia correspondiente.

Se ORDENA además, a la Directora de la Oficina de Presupuesto y Gerencia y al Secretario de Hacienda del Estado Libre Asociado de Puerto Rico que incluyan en el próximo presupuesto anual las cantidades adeudadas a cada uno de los demandantes para que paguen las sentencias en los casos de epígrafe.

Copia de esta Orden deberá ser notificada al Secretario de Corrección, Hon. Miguel Pereira, Apartado 71308, San Juan, Puerto Rico 00936, Secretario del Cuerpo de Bomberos de Emergencias Medicas Estatal, Hon. German Ocasio Morales, Apartado 13325, Santurce, Puerto Rico 00908-3325, Lcdo. Manuel Díaz Lugo, Departamento de Justicia, División de Litigios Generales, P.O. Box 9020192, San Juan, Puerto Rico 00902-0192, Departamento de Hacienda, Hon. Juan Carlos Méndez Torres, Apartado 9024140, San Juan, Puerto Rico 00902-4140 y a la Oficina de Gerencia y Presupuesto, Ing. Ileana I. Fas Pacheco, Apartado 9023228, San Juan, Puerto Rico 00902-3228.

REGISTRESE Y NOTIFIQUESE.

DADA, en San Juan, Puerto Rico, hoy ___ de __________ de 2005.

JUEZ SUPERIOR

*Proof of Claim:* **171301**
*Claimant:* **Ortiz Solis, Jose Rafael**

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

## Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim**. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk, LLC<br>Grand Central Station, PO Box 4708<br>New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk LLC<br>850 Third Avenue, Suite 412<br>Brooklyn, NY 11232 |

## Questionnaire

1. **What is the basis of your claim?**

   ☒ A pending or closed legal action with or against the Puerto Rican government

   ☐ Current or former employment with the Government of Puerto Rico

   ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

2. **What is the amount of your claim (how much money do you claim to be owed):**
   El Totar que se me deve es $163,600.

3. **Employment. Does your claim relate to current or former employment with the Government of Puerto Rico?**

   ☐ No. *Please continue to Question 4.*

   ☒ Yes. **Answer Questions 3(a)-(d).**

3(a). Identify the specific agency or department where you were or are employed:
Departamento de Correccion de Puerto Rico

Batch 8

990123400446284

*Proof of Claim:* **171301**
*Claimant:* **Ortiz Solis, Jose Rafael**

3(b). Identify the dates of your employment related to your claim:
Comense 1 Octubre de 1986 y termine en mayo 2011.

3(c). Last four digits of your social security number: 0543

3(d). What is the nature of your employment claims (select all applicable):

PRIME CLERK LLC
OCT 16 2021
RECEIVED

- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

nunca se me dio aumento del Romerazo ni me pagaron la hora de almuerzo y aumento de la Gobernadora Sila M. Calderón

**4. Legal Action. Does your claim relate to a pending or closed legal action?**

- ☐ No.
- ☒ Yes. **Answer Questions 4(a)-(f).**

4(a). Identify the department or agency that is a party to the action.
Departamento de Corrección de Puerto Rico

4(b). Identify the name and address of the court or agency where the action is pending:
Tribunar Superiol de San Juan P.R.

4(c). Case number: KAC 96-1381 - Sala 905

4(d). Title, Caption, or Name of Case: ALFREDO MAldoNado Rodriguez v/s Nidia cotto y EIA KAC-96-1381(9

4(e). Status of the case (pending, on appeal, or concluded): Concluido. y no han pagado.

4(f). Do you have an unpaid judgment? (Yes) / No (Circle one)
If yes, what is the date and amount of the judgment? 28 de Junio 2002. El monto de la sentencia, los Abogados del Caso y la Administración de Corrección se pondran de Acuerdo segun la sentencia.

Batch 8

990123400446284

Telefono: (939) 450-3621.

Saludos A. Quie pueda Interesal..

ıum: de Reclamación: 171301

reclamante: ORTIZ Solis Josè Rafael

Por este medio deseo informal que se me adeuda la cantidad de $ 63,600 por concepto de aumentos de Sueld dejados de devengar, La Gobernadora sila M. calderon dio un aumento el 12 Julio de 2004 por la cantidad de $ 150.00 dolares efectivo 1 octubre de 2004. Ley num: 168 del 12 Julio 2004. se me adeuda Aumento de sueldo conocido como el Romerazo por la cantidad de $150.00 dolares. se me adeuda las Reclamaciones: siguientes:

| | | |
|---|---|---|
| )1 Abril 1988 | $ 40.00 | Aumento por Ley 1 del 9 de Febrero de 198 |
| )1 Julio 1990 | $ 50.00 | Aumento por Ley 7 del 7 de mayo de 1989. |
| )1 Diciembre 1991 | (se asegurò un minimo de $ 30.00 a los oficiales de custodia.) | Revición de los planes de Retribución, supra |
| )1 Julio 1995 | $ 150.00 | Ley 178 del 12 agosto de 1995 Estipulación Federal sobre Personar de custodia y Sociopenal de 1 de sept. 199 |
| )1 Julio 1999 | $ 100.00 | Aumento a la serie de clase de oficial de custodia y Teclnicos sociopenales Adelanto al plan Retributivo, Supra |

A continuación se le emvia copia de sentencia del caso y otros documentos. Adicionales

Tel. 939-450-3621.

Gracias a la Federación

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

ALFREDO MALDONADO RODRRIGUEZ Y OTROS
DEMANDANTES
VS.
N[illegible] M. COTTO [illegible], ADMINISTRADORA DE CORRECCION Y EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, ETC. PUERTO RICO, ETC.
DEMANDADA

CIVIL NUM.: KAC1996-1381 (905)

SOBRE: SENTENCIA DECLARATORIA

//

FELIPE SERRANO TIRADO Y OTROS Y OTROS
DEMANDANTES
VS.
NYDIA M. COTTO VIVES, ADMINISTRADORA DE CORRECCION Y EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, ETC. PUERTO RICO, ETC.
DEMANDADA

CIVIL NUM.: KAC1997-0144 (905)

SOBRE: SENTENCIA DECLARATORIA

//

MARISOL ACEVEDO COLON, MARTA BATISTA RIVERA, JOSE BENITEZ BATISTA Y OTROS
DEMANDANTES
VS.
ESTADO LIBRE ASOCIADO DE PUERTO RICO, Y SU AGENCIA, DEPARTAMENTO DE CORRECCION, SU ADMINISTRACION DE CORRECCION, Y LCDA. ZOE LABOY, EN SU CARÁCTER OFICIAL
DEMANDADA

CIVIL NUM.: KAC1998-0530 (905)

SOBRE: SENTENCIA DECLARATORIA

//

JULIO AGUILA DE JESUS, MIGUEL BORRERO ROMERO, OSVALDO CRUZ LAUREANO Y OTROS
DEMANDANTES
VS.
CUERPO DE BOMBEROS DE EMERGENCIAS MEDICAS ESTATAL, SU DIRECTOR, SEÑOR ERIBERTO SOUREL EN SU CARÁCTER OFICIAL, ETC.
DEMANDADA

CIVIL NUM.: KAC1998-0531 (905)

SOBRE: SENTENCIA DECLARATORIA

//

ORDEN

Vista la Moción Solicitando Orden para el examen del expediente de los demandados y examinados los autos del caso, este Tribunal la declara HA LUGAR y en consecuencia ORDENA SO PENA DE DESACATO el Secretario de Corrección del Estado Libre Asociado, Hon. Miguel

Pereira y al Secretario del Cuerpo de Bomberos de Emergencias Medicas Estatal del Estado Libre Asociado, Hon. German Ocasio Morales, para que en coordinación con los abogados que lo representan en el Departamento de Justicia para que sin dilación alguna designe uno o más oficiales con conocimiento en recursos humanos y con autoridad para tomar decisiones para que conjuntamente co [illegible] representantes de la parte demandante evalúen cada uno de los expedientes de ellos para que se determinen las cantidades que se le adeudan a cada y que se incluya en el próximo presupuesto anual de la agencia correspondiente.

Se ORDENA además, a la Directora de la Oficina de Presupuesto y Gerencia y al Secretario de Hacienda del Estado Libre Asociado de Puerto Rico que incluyan en el próximo presupuesto anual las cantidades adeudadas a cada uno de los demandantes para que paguen las sentencias en los casos de epígrafe.

Copia de esta Orden deberá ser notificada al Secretario de Corrección, Hon. Miguel Pereira, Apartado 71308, San Juan, Puerto Rico 00936, Secretario del Cuerpo de Bomberos de Emergencias Medicas Estatal, Hon. Gérman Ocasio Morales, Apartado 13325, Santurce, Puerto Rico 00908-3325, Lcdo. Manuel Díaz Lugo, Departamento de Justicia, División de Litigios Generales, P.O. Box 9020192, San Juan, Puerto Rico 00902-0192, Departamento de Hacienda, Hon. Juan Carlos Méndez Torres, Apartado 9024140, San Juan, Puerto Rico 00902-4140 y a la Oficina de Gerencia y Presupuesto, Ing. Ileana I. Fas Pacheco, Apartado 9023228, San Juan, Puerto Rico 00902-3228.

REGISTRESE Y NOTIFIQUESE.

DADA, en San Juan, Puerto Rico, hoy ___ de ___________ de 2005.

JUEZ SUPERIOR

252

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| ALFREDO MALDONADO RODRIGUEZ y otros<br>Demandante<br>vs.<br>ZOE LABOY ALVARADO y otros<br>Demandados | CIVIL NUM.: KAC96-1381<br>KAC97-0144<br>KAC98-0530<br>KAC98-0531<br>(CONSOLIDADOS)<br>SOBRE: SENTENCIA DECLARATORIA |

**SENTENCIA NUNC PRO TUNC**

Los demandantes reclaman el pago de los aumentos de sueldos y de los pasos por servicios activo prestados unos en la Administración de Corrección de Puerto Rico y otros en el Cuerpo de Bomberos de Emergencias Estatal, según sea el caso, durante los períodos de tiempo requeridos y enmarcados en las leyes en que basan su reclamación, y los cuales aumentos de sueldo o pasos dispuestos no le han sido pagados.

Como resultado de Vista Transaccional celebrada del caso, el día 4 de abril de 2000, el Tribunal dictaminó e indicó cómo habría de disponer en el caso, sobre lo cual hubo acuerdo entre las partes y especificando las directrices y el derecho aplicable al caso.

Analizando y evaluando los expedientes y las leyes aplicables, se dicta la presente Sentencia.

1. Se declara Ha lugar la reclamación incoada por los demandantes en el presente caso por entender que ellos tienen derecho a que se les paguen aquellos aumentos de sueldo y aquellos pasos por servicio activo, según dispuestos por ley, en aquellos casos en que aún no se les han reconocido o no se les ha efectuado el pago correspondiente.

2. Se ordena a la parte demandada y a la parte demandante el análisis de la reclamación de cada uno de los reclamantes en el caso, conforme a las leyes, las directrices y el derecho aplicable según esbozado, para determinar si se les ha reconocido o pagado o no los haberes a que tienen derecho. En los casos en que no se haya reconocido y/o no se haya efectuado el pago y proceda el mismo, deberá indicarse para cada demandante, el monto total que le

corresponda a la fecha en que se haga el informe.

3. Que se determina que las leyes aplicables al caso de epígrafe son:

| | | | |
|---|---|---|---|
| 1. | 12/julio/1979 | | Aumento de sueldo equivalente a un tipo o paso de la escala correspondiente a Ley 89 |
| 2. | 1/julio/1974 | $50.00 | Enmiendas a los Planes de Clasificación y Retribución, Reglamento de Retribución Uniforme de 7 de junio de 1984, según enmemdado |
| 3. | 1/julio/1977 | $30.00 | Revisión al Plan Retributivo, supra |
| 4. | 1/julio/1979 | Ver normas | Aumento por Ley 3 |
| 5. | 1/julio/1980 | Ver normas | Revisión al Plan Retributivo, supra |
| 6. | 1/octubre/1983 | $30.00 | Aumento por Ley 12 de 27 de agosto de 1982 |
| 7. | 1/abril/1984 | Ver normas | Revisión al Plan Retributivo, Ley 84 de 3 de junio de 1983 |
| 8. | 1/octubre/1986 | $55.00 | Aumento por Ley 90 de 9 de julio de 1986 |
| 9. | 1/noviembre/1986 | $35.00 | Adelanto al Plan Retributivo, supra |
| 10. | 1/enero/1987 | Ver normas | Revisión a los Planes de Clasificación y Retribución, supra |
| 11. | 1/abril/1988 | $40.00 | Aumento por Ley 1 de 9 de febrero de 1988 |
| 12. | 1/julio/1990 | $50.00 | Aumento por Ley 7 de 7 de mayo de 1989 |
| 13. | 1/diciembre/1991 | Se aseguró un mínimo de $30 a los Oficiales de Custodia y $20 a los empleados civiles | Revisión a los Planes de Retribución, supra |
| 14. | 1/julio/1993 | $100.00 | Ley 26 de 23 de julio de 1993, Aumento a la serie de clase de Oficiales de Custodia y Técnicos de Servicios Sociopenales |

| | | | |
|---|---|---|---|
| 15. | 1/octubre/1994 | $100.00 | Ley 108 de 21 de septiembre de 1994, Estipulación Federal sobre "Personal de Custodia y Sociopenal" de 1 de septiembre de 1994, "Aumento a la serie de Clase de Oficial de Custodia y Técnicos de Servicios Sociopenales. |
| 16. | 1/julio/1995 | $150.00 | Ley 178 de 12 de agosto de 1995, Estipulación Federal sobre "Personal de Custodia y Sociopenal" de 1 de septiembre de 1994, Aumento a la serie de Clase de Oficial de Custodia y Técnicos de Servicios Sociopenales. |
| 17. | 1/julio/1995 | $200.00 | Orden del Administrador y OPG Aumento a Superintendentes y Supervisores Regionales. |
| 18. | 1/agosto/1995 | $125.00 | Aumento por Productividad y Eficiencia a empleados civiles con un año o más en la Administración y productividad excelente o buena. |
| 19. | 1/noviembre/1995 | $60.00 | Ley 124 de 9 de agosto de 1995 (transitorios y regulares) |
| 20. | 1/octubre/1997 | $100.00 | Adelanto Plan Retibutivo Personal Administrativo y Apoyo |
| 21. | 1/abril/1998 | $100.00 | Adelanto al Plan Retributivo a Oficiales de Custodia y Técnicos de Servicios Sociopenales. |
| 22. | 1/julio/1999 | $100 o menos | Adelando al Plan Retributivo, supra |

4. La representación legal de la parte demandada conjuntamente con la representación legal de los demandantes preparará y someterá al Tribunal hojas de cómputo y de liquidación en las que se indicarán las cantidades que hay que pagar a cada demandante, siguiendo las directrices y el derecho aplicable al caso. Al radicar en el Tribunal los originales de las hojas de cómputo y liquidación, la parte demandada, a través de la Administración de Corrección de Puerto Rico, o del Cuerpo de Bomberos de Emergencias Estatal según sea el caso, notificará y

entregará una copia de dichas hojas de cómputo y de liquidación a la representación legal de los demandantes.

5. La parte demandada preparará y radicará en el Tribunal, suministrando copia a la representación legal de los demandantes, las nóminas necesarias para efectuar el pago a los demandantes. Las nóminas contendrán: (a) los nombres y otra identificación de los demandantes; (b) el total de lo adeudado y a ser cobrado por cada demandante en pleito; (c) la cantidad retenida para el pago de retiro de cada demandante; (d) la cantidad retenida por concepto de seguro social; (e) la cantidad retenida por concepto de contribución sobre ingresos; (f) la cantidad retenida por concepto de honorarios; (g) la cantidad neta correspondiente a cada demandante y consignada a su favor en la Secretaría del Tribunal.

6. Una vez se determine el monto individual agregado, si alguno, del total de las reclamaciones se procederá a consignar dicha cantidad en el presupuesto de la agencia demandada. Para poder así, ésta efectuar la consignación de fondos contemplados en la estipualación, procediendo así con el pago a los demandantes. De convenirlo las partes, el pago podrá efectuarse en forma más acelerada. Cualquier otra forma o sistema de pago que las partes acuerden, distinto al aquí indicado, será informado conjuntamente y por escrito por los abogados de las partes.

7. Los demandantes tiene derecho a que se les pague intereses legales, por sentencia, a razón del porciento anual fijado por la Junta Financiera, desde la fecha de esta sentencia, hasta su pago. Por lo tanto, resulta de interés para el Estado Libre Asociado de Puerto Rico que el pago se efectúe dentro del tiempo más breve posible.

REGISTRESE Y NOTIFIQUESE.

DADA en San Juan, Puerto Rico, a 28 de junio de 2002

JUEZ SUPERIOR

MIGUEL J. FABRE RAMIREZ
JUEZ SUPERIOR

CERTIFICO CORRECTO
SECRETARIA GENERAL
LUZ C. RIVERA
SECRETARIA AUXILIAR
POR: ____

Sent by:LCDO AQUINO BENIQUEZ Mar-08-00 10:37am from 787 897 7618→ page 1/ 1

# AQUINO & BENIQUEZ

Muñoz Rivera Núm.26
Altos del Western Bank
Apartado 1426
Lares, Puerto Rico 00669-1426
Tel./Fax 897-7618

Jorge L. Aquino Núñez
Carmen G. Beníquez

AELIS
~~897-5008~~

# MEMORANDUM

Lic. 751-5740
Elisabet

A: DEMANDANTES

DE: LCDO. ALBERTO ARESTI FRANCESCHINI

LCDA. CARMEN G. BENIQUEZ BENIQUEZ

LCDO. JORGE L. AQUINO NUÑEZ

751-

FECHA: 03 de marzo del 2000

RE: ALFREDO MALDONADO RODRIQUEZ VS. NYLIA COTTO Y ELA - KAC-96-1381 (905) SENTENCIA DECLARATORIA

PALMIRA ACETY ROSARIO Y OTROS VS. ELA Y DEPARTAMENTO DE SALUD CIVIL NUM: KAC-98-0532

MARISOL ACEVEDO COLON Y OTROS VS. ELA Y ADMINISTRACIÓN DE CORRECCION Y OTROS CIVIL NUM: KAC 98-0530

JULIO AGUILA DE JESUS Y OTROS VS. CUERPO DE BOMBEROS DE PUERTO RICO, EMERGENCIAS MEDICAS ESTATAL CIVIL NUM: KAC-98-0531

ASUNTO: INFORME SOBRE EL ESTADO DEL CASO

El pasado 23 de febrero del 2000, se celebró una vista de seguimiento en los casos de la referencia, los que fueron consolidados para tramitarse en la Sala 905 del Centro Judicial de San Juan. El Juez Rivera González luego de escuchar los abogados de las partes, requirió que sometan una Estipulación en cuanto a las leyes aplicables al caso. Se someterán certificación al Tribunal sobre el muestreo de los casos en el pleito de los oficiales de custodia. En los casos de los empleados civiles no había muestreo.

El Juez, Hon. Rivera González, señaló que se dictará sentencia después de radicada la estipulación en cuanto a las leyes aplicables; y en la misma ordenará al Gobierno que incluyan en el próximo presupuesto la cantidad que habrá de pagársele a los demandantes.

Hay que someter al Tribunal un estudio económico para determinar la cuantía de la sentencia y la cantidad que corresponderá a cada uno de los demandantes que tengan derecho a compensación.

Se señaló una vista para el 4 de abril del 2000 a las 9:00 A.M. en la Sala 905 del Centro Judicial de San Juan.

Les recordamos que la Sentencia que dicte el Tribunal sólo aplicará a aquellos que demandaron y que tengan derecho a compensación a tenor con las leyes aplicables.

LCDO. ALBERTO ARESTI FRANCESCHINI
SUITE 1109 EDIFICIO UNION PLAZA
416 AVE. PONCE DE LEON
HATO REY, PUERTO RICO 00918
TELEFONO: 751-5740

LCDO. JORGE L. AQUINO NUÑEZ
APARTADO 1426 CALLE SAN JOSE #7
LARES, PUERTO RICO 00669
TELEFONO: 897-5008
FAX: 897-7618

Alberto Aresti
787-751-5740

# MEMORANDUM

A: LOS DEMANDANTES

DE: LCDO. ALBERTO ARESTI FRANCESCHINI — JORGE L. AQUINO NUNEZ
LCDA. CARMEN G. BENIQUEZ BENIQUEZ

por: llamé 1/Julio/09
llamar en Agosto

RE: REFERENCIA DE LOS CASOS

ASUNTO: INFORME SOBRE EL ESTADO DEL CASO

1- Julio Aguila de Jesús y otros vs. Cuerpo de Bomberos de Emergencias Médicas Estatal - KAC-98-0531 (902)

2- Alfredo Maldonado Rodríguez y otros vs. Administración de Corrección - KAC-96-1381 (905)

3- Felipe Serrano Tirado y otros vs. Administración de Corrección - KAC-1997-0144 (905) Abogado: Lcdo. William Riefhol

4- Marisol Acevedo Colón y otros vs. Administración de Corrección - KAC-1998-0530 (905)

5- Palmira Acety Rosario y otros vs. ELA, Departamento de Salud -KAC-98-0532 (903)

6- Margarita de Jesús Colón vs. Departamento de Salud - KAC-2001-1692 (504)

7- José Luis Ortiz López y otros vs. Departamento de la Familia-KAC-2000-7194 (803)

8- María L. Amaro López y otros vs. Departamento de Hacienda- KAC-2002-681 (901)

9- Victor S. Lozada Burgos y otros vs. Administración de Corrección - KAC-2002-4604 (906)

En cuanto a los casos arriba enumerados 1,2,4 y 5, nos habíamos comunicado previamente con los demandantes mediante memorandos al efecto.

El caso con el número 3 de **Felipe Serrano Tirado y otros vs. Administración de Corrección**, lo estuvo litigando el Lcdo. William Riefkhol, quien falleció recientemente. Desconocemos las comunicaciones que tuvo el Lcdo. Riefkhol con los demandantes. El Lcdo. Rafael Vilá Carrión, teléfono 764-8666, alega que ahora representa a los demandantes en dicho caso. Estos deben comunicarse con él para que se enteren sobre el estado del pleito.

Sobre los demandantes en los casos de Alfredo Maldonado y otros vs. Administración de Corrección, KAC-96-1381 (905), y el de Marisol Acevedo Colón vs. Administración de Corrección KAC-1998-0530 les reiteramos que obtuvimos sentencia desde el 4 de abril de 2000. Han sido muy arduas las gestiones que hemos realizado para lograr una reunión con la parte demandada, para comenzar a examinar los expedientes de cada uno de los demandantes. Finalmente se llevó a cabo una reunión con oficiales de la agencia el día 8 de mayo de 2002. Después de esa fecha se les entregó copia de los contratos de servicios profesionales de todos los demandantes. El licenciado Aresti está gestionando la próxima reunión de trabajo. Ya estos casos están encaminados en cuanto a la revisión de expedientes. Ahora dependemos de la disponibilidad y cooperación del personal de la agencia a cargo de la coordinación con los abogados.

Sobre los casos de Julio Aguila de Jesús vs. Cuerpo de Bomberos de Emergencias Médicas KAC-98-0531 y Palmira Acety Rosario vs. Departamento de Salud, KAC-1998-0532, le informamos que tenemos sentencia a favor de los demandantes, desde el 19 de octubre de

2000 (en el de Julio Aguila yotros); y desde el 28 de noviembre de 2001 (en Palmira Acety Rosario y otros). A pesar de las gestiones realizadas con los abogados del Departamento de Justicia, y con los jefes de las respectivas agencias, no se ha logrado coordinar una reunión para el examen de los expedientes. Se solicitó del Tribunal que expida orden para que se obligue al jefe de la agencia a proveer la información en el caso de Julio Aguila y otros; lo mismo estamos haciendo en el de Palmira Acety y otros. El proceso de ejecusión de la sentencias es uno arduo, como se les ha explicado tanto por teléfono como por escrito; pues hay que evaluar los expedientes, acordar la cantidad que se les adeuda a los demandantes, si alguna. Luego el jefe de la agencia debe incluir en el próximo presupuesto las partidas para el pago de la sentencia. Cuando la Legislatura y la Gobernadora aprueben el Presupuesto; hay que coordinar el pago con el Departamento de Hacienda.

Les recordamos que estos no son casos en contra de entidades privadas o compañías de seguro. Son en contra del gobierno; y hay que trabajar dentro de la burocracia que todos ustedes conocen.

Ahora procede concertar reuniones con el Secretario de Salud, para que él designe el personal técnico de recursos humanos para efectuar la evaluación de cada uno de los expedientes de los demandantes, con un representante nuestro.

Después de la evaluación de los expedientes, y que se determine la cantidad de dinero a que cada uno tenga derecho; el Secretario de Salud deberá coordinar con el Secretario de Hacienda y con la Directora de la Oficina de Presupuesto y Gerencia; para que incluyan los pagos en el presupuesto correspondiente. Estimamos que esto será en el año fiscal 2002-2003.

Les recordamos que la sentencia aplicará sólo a las personas que demandaron.

Los casos enumerados en el epígrafe con los números 6, 7, 8 y 9 están en trámites en el Tribunal; aún no hay sentencia en los mismos. Su estado procesal es el siguiente.

a- Margarita de Jesús Colón y otros vs. Departamento de Salud - En este caso se hizo descubrimiento de prueba. Recientemente se enmendó la demanda para incluir 158 reclamantes adicionales.

b- José Luis Ortiz López yotros vs. Departamento de la Familia - Luego de contestada la demanda, el Tribunal ordenó a los abogados preparar estipulación de hechos, memorando de derecho y proyecto de sentencia. Nosotros los preparamos y radicamos. No así el Departamento de Justicia. Hay una vista sobre este aspecto del caso señalada para el 18 de septiembre de 2002 a las 9:00 A.M. en la Sala 803 del Centro Judicial en Hato Rey. Están invitados los que deseen comparecer y enterarse lo que ocurra en el caso.

c- María L. Amaro López vs. Departamento de Hacienda. En este caso el Departamento de Justicia solicitó una exposición más definida del caso. Se preparó Moción en cumplimiento de orden al respecto; señalando las leyes aplicables. Solicitamos anotación de rebeldía porque el ELA no ha contestado la demanda aún. El 3 de julio solicitaron prórroga adicional para contestar la demanda a la que nos opusimos. Este caso está en sus primeras etapas procesales.

d- Victor S. Lozada Burgos y otros vs. Administración de Corrección - Este es un caso nuevo radicado el 19 de lulio de 2002. Ya se emplazó a la Secretaria de Justicia y al Administrador de Corrección. El ELA tiene 60 días a partir del 19 de julio para contestar la demanda. Seguiremos con el descubrimiento de prueba que es el próximo paso en el caso.

Es posible que algunos demandantes hayan cambiado de agencia (traslado) o que se hayan jubilado. Estos deben informarnos su nueva dirección. Igualmente los demandantes que hayan cambiado su dirección postal y/o residencial.

De necesitar información adicional, agradeceremos que se comunique con nosotros a los teléfonos del epígrafe.



Ticket
**[EXTERNAL] Información solicitada para procesar la reclamación**

+ Follow | CloneTicket

| Status | Ticket Number | Company Name | Contact Name | Contact Phone | Ticket Owner |
|---|---|---|---|---|---|
| Pending | 00960050 | PR Claims In... | ORTIZ JOS... | | Document Uploads |

## Ticket Details

Contact Name
ORTIZ JOSE (/lightning/r/0033l00002uBhfKAAS/view)

Ticket Owner
Document Uploads

Status
Pending

Workflow
Pending Document Upload

Inquiry Constituency
Interested Party

Escalation Level
(6) Excluded from Call Log

Parent Ticket
00956498 (/lightning/r/5003l00001Fz4GeAAJ/view)

Cloned

Subject
[EXTERNAL] Información solicitada para procesar la reclamación

Description
Numero de evidencia de reclamación: 171301
This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure (https://www.kroll.com/disclosure). Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy (https://www.kroll.com/en/privacy-policy).

Inquiry Description

## Related

**Related Tickets (0) (/lightning/r/Case/5003l00001FzbYvAAJ/related/Cases/view)**

**Emails (1) (/lightning/r/Case/5003l00001FzbYvAAJ/related/EmailMessages/view)**

[EXTERNAL] Información solicitada para procesar la reclamación (/lightning/r/02s3l00001l6ZF8AAN/view)

From Address: prclaimsinfo@primeclerk.com (mailto:prclaimsinfo@primeclerk.com)
To Address: joseortizsolis63@gmail.com
Message Date: 10/16/2021, 12:18 PM

View All
(/lightning/r/Case/5003l00001FzbYvAAJ/related/EmailMessages/view)

**Ticket Comments (0) (/lightning/r/Case/5003l00001FzbYvAAJ/related/CaseComments/view)**

History | Notes | Macros | Omni-Channel (Offline)

**Ticket History (3+) (/lightning/r/5003l00001FzbYvAAJ/related/Histories/view)**

Date: 10/16/2021, 12:19 PM
Field: Status
User: Tiffany Reynoso (/lightning/r/0053l00000HXjLxAAL/view)
Original Value: New
New Value: Pending

Date: 10/16/2021, 12:19 PM
Field: Description
User: Tiffany Reynoso (/lightning/r/0053l00000HXjLxAAL/view)
Original Value:
New Value:

Date: 10/16/2021, 12:19 PM
Field: Ticket Owner
User: Tiffany Reynoso (/lightning/r/0053l00000HXjLxAAL/view)
Original Value: Tiffany Reynoso
New Value: Document Uploads

View All

(/lightning/r/Case/5003l00001FzbYvAAJ/related/Histories/view)

**Articles (0) (/lightning/r/Case/5003l00001FzbYvAAJ/related/CaseArticles/view)**

**Files (0) (/lightning/r/Case/5003l00001FzbYvAAJ/related/AttachedContentDocuments/view)**

Upload Files

**Open Activities (0) (/lightning/r/Case/5003l00001FzbYvAAJ/related/OpenActivities/view)**

**Activity History (1) (/lightning/r/Case/5003l00001FzbYvAAJ/related/ActivityHistories/view)**

Email: [EXTERNAL] Información solicitada para procesar la reclamación (/lightning/r/02s3l00001l6ZF8AAN/view)
Name:
Task:
Due Date: 10/16/2021

View All

(/lightning/r/Case/5003l00001FzbYvAAJ/related/ActivityHistories/view)

**Attachments (1) (/lightning/r/Case/5003l00001FzbYvAAJ/related/CombinedAttachments/view)**

Jose R. Ortiz Solis.pdf
Oct 16, 2021 • Attachment

View All

(/lightning/r/Case/5003l00001FzbYvAAJ/related/CombinedAttachments/view)

History Notes Macros Omni-Channel (Offline)

**Feed** Details

Post Email Internal Comment Change Status Close the Case Change Priority

Share an update... Share

Most Recent Activity

Search this feed...

**All Updates** Emails Text Posts Status Changes

**Tiffany Reynoso (/lightning/r/0053l...** October 16, 2021 at 12:19 PM (/lightning/r/0D...
(/lightning/r/0053l00000HXjLxAAL/vi...w)Ticket updated

Inquiry Constituency: A blank value to Interested Party
Workflow: A blank value to Pending Document Upload

Comment

**Tiffany Reynoso (/lightning/r/0053l...** October 16, 2021 at 12:19 PM (/lightning/r/0D...
(/lightning/r/0053l00000HXjLxAAL/vi...w)Ticket updated

Ticket Owner: Tiffany Reynoso to Document Uploads

Comment

**Tiffany Reynoso (/lightning/r/0053l...** October 16, 2021 at 12:19 PM (/lightning/r/0D...
(/lightning/r/0053l00000HXjLxAAL/vi...w)Ticket status updated

Status: New to Pending

Comment

**Tiffany Reynoso (/lightning/r/0053l...** October 16, 2021 at 12:18 PM (/lightning/r/0D...
(/lightning/r/0053l00000HXjLxAAL/vi...w)Ticket created

Subject: [EXTERNAL] Información solicitada para procesar la reclamación
Status: New
Ticket Number: 00960050
Company Name: PR Claims Info
Contact Name: ORTIZ JOSE
Contact Phone:
Ticket Owner: Tiffany Reynoso

Comment

**Tiffany Reynoso (/lightning/r/0053l...** October 16, 2021 at 12:18 PM (/lightning/r/0D...
(/lightning/r/0053l00000HXjLxAAL/vi...w)To: joseortizsolis63

Numero de evidencia de reclamación: 171301
This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

History Notes Macros Omni-Channel (Offline)

Jose R. Ortiz So...

Reply Reply All Forward Comment

History Notes Macros Omni-Channel (Offline)

Ticket
**[EXTERNAL] Jose Rafael Ortiz Solis**

+ Follow | CloneTicket

| Status | Ticket Num... | Company Name | Contact Name | Contact Ph... | Ticket Owner |
|---|---|---|---|---|---|
| Pendi... | 00960052 | PR Claims Info ... | farmaciajomari ... | | Document Uplo... |

**Ticket Details**

Contact Name
farmaciajomari (/lightning/r/0033l00002uBtF3AAK/view)

Status
Pending

Inquiry Constituency

Parent Ticket
00957817 (/lightning/r/5003l00001FzGTLAA3/view)

Subject
[EXTERNAL] Jose Rafael Ortiz Solis

Ticket Owner
Document Uploads

Workflow
Pending Document Upload

Escalation Level
(6) Excluded from Call Log

Cloned

Description
Favor abrir documento adjunto.

Sent by: [Unknown]
Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: Farmacia Jomari
Device Name: AL C8055

Farmacia Jomari
Calle Muñoz Rivera #18
Patillas, PR 00723
T. 787-839-2730
F. 787-271-0513

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure (https://www.kroll.com/disclosure). Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy (https://www.kroll.com/en/privacy-policy).

Inquiry Description

**Related**

**Related Tickets (0) (/lightning/r/Case/5003l00001FzbaDAAR/related/Cases/view)**

History | Notes | Macros | Omni-Channel (Offline)

**Emails (1) (/lightning/r/Case/5003l00001FzbaDAAR/related/EmailMessages/view)**

[EXTERNAL] Jose Rafael Ortiz Solis (/lightning/r/02s3l00001l6ZGQAA3/view)

From Address: prclaimsinfo@primeclerk.com (mailto:prclaimsinfo@prim...
To Address: farmaciajomari@gmail.com
Message Date: 10/16/2021, 12:23 PM

View All
(/lightning/r/Case/5003l00001FzbaDAAR/related/EmailMessages/view)

**Ticket Comments (0) (/lightning/r/Case/5003l00001FzbaDAAR/related/CaseComments/view)**

**Ticket History (3+) (/lightning/r/5003l00001FzbaDAAR/related/Histories/view)**

Date: 10/16/2021, 12:24 PM
Field: Status
User: Tiffany Reynoso (/lightning/r/0053l00000HXjLxAAL/view)
Original Value: New
New Value: Pending

Date: 10/16/2021, 12:24 PM
Field: Description
User: Tiffany Reynoso (/lightning/r/0053l00000HXjLxAAL/view)
Original Value:
New Value:

Date: 10/16/2021, 12:24 PM
Field: Ticket Owner
User: Tiffany Reynoso (/lightning/r/0053l00000HXjLxAAL/view)
Original Value: Tiffany Reynoso
New Value: Document Uploads

View All
(/lightning/r/Case/5003l00001FzbaDAAR/related/Histories/view)

**Articles (0) (/lightning/r/Case/5003l00001FzbaDAAR/related/CaseArticles/view)**

**Files (0) (/lightning/r/Case/5003l00001FzbaDAAR/related/AttachedContentDocuments/view)**

Upload Files

**Open Activities (0) (/lightning/r/Case/5003l00001FzbaDAAR/related/OpenActivities/view)**

**Activity History (1) (/lightning/r/Case/5003l00001FzbaDAAR/related/ActivityHistories/view)**

History Notes Macros Omni-Channel (Offline)

Email: [EXTERNAL] Jose Rafael Ortiz Solis (/lightning/r/02s3l00001I6ZGQAA3/view)
Name:
Task:
Due Date: 10/16/2021

View All
(/lightning/r/Case/5003l00001FzbaDAAR/related/ActivityHistories/view)

**Attachments (1) (/lightning/r/Case/5003l00001FzbaDAAR/related/CombinedAttachments/view)**

Documentos solicitados.pdf
Oct 16, 2021 • Attachment

View All
(/lightning/r/Case/5003l00001FzbaDAAR/related/CombinedAttachments/view)

**Feed** Details

Post Email Internal Comment Change Status Close the Case Change Priority

Share an update... Share

Most Recent Activity

Search this feed...

**All Updates** Emails Text Posts Status Changes

**Tiffany Reynoso (/lightning/r/0053l...** October 16, 2021 at 12:24 PM (/lightning/r/0D...
(/lightning/r/0053l00000HXjLxAAL/vi_w)Ticket updated

Workflow: A blank value to Pending Document Upload

Comment

**Tiffany Reynoso (/lightning/r/0053l0...** October 16, 2021 at 12:24 PM (/lightning/r/0D...
(/lightning/r/0053l00000HXjLxAAL/vi_w)Ticket updated

Ticket Owner: Tiffany Reynoso to Document Uploads

Comment

**Tiffany Reynoso (/lightning/r/0053l...** October 16, 2021 at 12:24 PM (/lightning/r/0D...
(/lightning/r/0053l00000HXjLxAAL/vi_w)Ticket status updated

Status: New to Pending

Comment

History Notes Macros Omni-Channel (Offline)

**Tiffany Reynoso (/lightning/r/0053l...** October 16, 2021 at 12:23 PM (/lightning/r/0D...
(/lightning/r/0053l00000HXjLxAAL/vi_w)Ticket created

Subject: [EXTERNAL] Jose Rafael Ortiz Solis
Status: New
Ticket Number: 00960052
Company Name: PR Claims Info
Contact Name: farmaciajomari
Contact Phone:
Ticket Owner: Tiffany Reynoso

Comment

Tiffany Reynoso (/lightning/r/0053l...
October 16, 2021 at 12:23 PM (/lightning/r/0D...
(/lightning/r/0053l00000HXjLxAAL/view) To: farmaciajomari

Favor abrir documento adjunto.

Sent by: [Unknown]
Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: Farmacia Jomari
Device Name: AL C8055

Farmacia Jomari
Calle Muñoz Rivera #18
Patillas, PR 00723
T. 787-839-2730
F. 787-271-0513

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

Documentos so...

Reply Reply All Forward Comment

History
Notes Macros Omni-Channel (Offline)