# EXHIBIT M-1

*Proof of Claim:* 171301
*Claimant:* Ortiz Solis, Jose Rafael

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide <u>more</u> information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

PRIME CLERK LLC

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;                OCT 1 6 2021
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.       RECEIVED

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Questionnaire

1.  **What is the basis of your claim?**

    X  A pending or closed legal action with or against the Puerto Rican government

    ☐  Current or former employment with the Government of Puerto Rico

    ☐  Other (Provide as much detail as possible below. Attach additional pages if needed.)

    _____

2.  **What is the amount of your claim (how much money do you claim to be owed):**
    *The total owed to me is $63,600.*

3.  **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
    ☐  No. *Please continue to Question 4.*

    ☑  Yes. Answer Questions 3(a)-(d).

3(a). Identify the specific agency or department where you were or are employed:
    *Department of Corrections of Puerto Rico*

Batch 8


990123400446284

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim:* **171301**
*Claimant:* **Ortiz Solis, Jose Rafael**

3(b). Identify the dates of your employment related to your claim:

_I stared on October 1, 1986 and ended in May 2011._

3(c). Last four digits of your social security number:   0 5 4 3

3(d). What is the nature of your employment claims (select all applicable):

    ☐ Pension

    ☒ Unpaid Wages

    ☐ Sick Days

    ☐ Union Grievance

    ☐ Vacation

    ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

_I was never given the Romerazo raise, nor was I paid the_
_lunch hour and the pay increase of Governor Sila M. Calderón ._

**4. Legal Action.** Does your claim relate to a pending or closed legal action?

    ☐ No.

    ☒ Yes. **Answer Questions 4(a)-(f).**

4(a). Identify the department or agency that is a party to the action.

    _Department of Corrections of Puerto Rico_

4(b). Identify the name and address of the court or agency where the action is pending:

_Superior Court of San Juan, PR_

4(c). Case number:   K A C 96 – 1381 – Sala 905

4(d). Title, Caption, or Name of Case: ALFREDO MAldonado Rodriguez vs EIA KAC-96-1381(905) Nidia cotto y

4(e). Status of the case (pending, on appeal, or concluded): _Concluded – and they have not paid_

4(f). Do you have an unpaid judgment? (Yes) No (Circle one)

    If yes, what is the date and amount of the judgment? _June 28, 2002_



990123400446284

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*[all handwritten]*

Greetings.  To whom it may concern:

Claim No.:  171301

Claimant:  ORTIZ SOLIS José Rafael


I hereby wish to inform you that I am owed the amount of $63,600 for salary increases that were not accrued. The Governor Sila M. Calderon implemented a raise on July 12, 2004, in the amount of $150.00, effective October 1, 2004. Law No. 168 of July 12, 2004.  I am owed the salary increase known as the Romerazo in the amount of $150 dollars. I am owed the following claims:

| | | | |
|---|---|---|---|
| A) | April 1, 1988 | $40.00 | Salary increase as per Act 1 of February 9, 1988 |
| B) | July 1, 1990 | $50.00 | Salary increase as per Act 7 of May 7, 1989. |
| C) | Dec. 1, 1991 | *Corrections officers were assured a minimum of $30* | Revision of compensation plans, supra |
| D) | July 1, 1995 | $150.00 | Act 178 of August 12, 1995. Federal Stipulation for Corrections Officers and Correctional Social Workers of Sept. 1, 1994. Classification adjustment for Corrections Officers and Correctional Social Services staff. |
| E) | July 1, 1999 | $100.00 | Compensation Plan Advance, supra |

Enclosed is a copy of the judgment in the case and other documents.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

AQUINO & BENIQUEZ

Jorge L. Aquino Nuñez, Esq.
Carmen G. Beniquez, Esq.

Muñoz Rivera No. 26
Altos del Western Bank
P.O. Box 1426
Lares, Puerto Rico 00669-1426
Tel/Fax: 897-7618

# MEMORANDUM

[handwritten:]
AELIS
~~897-5008~~

Atty. 751-5740
Elisabet

751-

TO:          CLAIMANTS

FROM:        ALBERTO ARESTI FRANCESCHINI, ESQ.
             *[signature]*
             CARMEN G. BENIQUEZ BENIQUEZ, ESQ.
             *[signature]*
             JORGE L. AQUINO NUÑEZ, ESQ.

DATE:        March 3, 2000

RE:          ALFREDO MALDONADO RODRIQUEZ VS. NYDIA COTTO
             AND COMM. OF P.R. – KAC-96-1381 (905)
             DECLARATORY JUDGMENT

             PALMIRA ACETY ROSARIO ET AL VS. COMM. OF P.R. AND
             DEPARTMENT OF HEALTH
             CIVIL DOCKET NO.: KAC 98-0532

             MARISOL ACEVEDO COLON ET AL VS. COMM. OF P.R. AND
             CORRECTIONS ADMINISTRATION ET AL
             CIVIL CASE NO.: KAC98-0530

             JULIO AGUILA DE JESUS ET AL VS. FIRE
             DEPARTMENT OF PUERTO RICO, STATE MEDICAL EMERGENCY

SERVICES

             CIVIL DOCKET NO.: KAC-98-0531

SUBJECT:     REPORT ON STATUS OF CASE

[handwritten, in left margin:] *They will begin to pay in July 2001 First year 25% 2nd year 25%, up to 4 years. Will be paid with interest. Everyone should collect.*

    On February 23, 2000, a status hearing was held in the above-referenced cases, which were consolidated to be heard in Courtroom 905 of the San Juan Judicial Center. Judge Rivera González, after hearing the parties' attorneys, directed them to submit a Stipulation as to the laws applicable to the case. A certification will be submitted to the Court regarding a sample of cases in litigation involving corrections officers. As to civilian employees, there will be no sampling.

    The Hon. Judge Rivera González indicated that a judgment would be issued after the stipulation regarding the applicable laws was filed; and that judgment would order the Government to include the amount to be paid to the claimants. in its upcoming budget.

    An economic study must be submitted to the court to determine the amount of the judgment and the amount to be paid to each of the claimants entitled to compensation.

    A hearing was scheduled for April 4, 2000, at 9:00 a.m., in Courtroom 905 of the San Juan Judicial Center.

    We remind you that the Judgment to be issued by the Court will only apply to those who sued, and who are entitled to compensation in accordance with the applicable laws.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

ALBERTO ARESTI FRANCESCHINI,
ESQ.
SUITE 1109, UNION PLAZA BUILDING
416 AVE. PONCE DE LEON
HATO REY, PUERTO RICO  00918
TEL: 751-5740

JORGE L. AQUINO NUÑEZ, ESQ.
P.O. BOX 1426, CALLE SAN JOSE #7
LARES, PUERTO RICO 00669
TEL: 897-5008
FAX: 897-7618

## MEMORANDUM

*[handwritten:] Alberto Aresti*
*787-751-5740*

TO:        PLAINTIFFS

*[signature]*

FROM:    ALBERTO ARESTI FRANCESCHINI, ESQ.

JORGE L. AQUINO NUÑEZ, ESQ.
CARMEN G. BENIQUEZ BENIQUEZ, ESQ.

*I called on July 1, 2009*
*call back in August*

RE:        CASE REFERENCES

SUBJECT:    CASE STATUS REPORT

1. Julio Aguila de Jesús et al vs. State Fire Department Emergency Medical Services –
   KAC-98-0531 (902)

2. Alfredo Maldonado Rodríguez et al vs. Corrections Administration – KAC-96-1381 (905)

3. Felipe Serrano Tirado et al vs. Corrections Administration – KAC-1997-0144 (905)
   Attorney: William Riefhol, Esq.

4. Marisol Acevedo Colón et al vs. Corrections Administration – KAC-1998-0530 (905)

5. Palmira Acety Rosario et al vs. Comm. of P.R., Department of Health – KAC-98-0532
   (903)

6. Margarita de Jesús Colón vs. Department of Health – KAC-2001-1692 (504)

7. José Luis Ortiz López et al vs. Department of the Family – KAC-2000-7194 (803)

8. María L. Amaro López vs. Department of the Treasury – KAC-2002-681 (901)

9. Victor S. Lozada Burgos et al vs. Corrections Administration – KAC-2002-4604 (906)

As to the cases listed above numbered 1, 2, 4 and 5, we had previously communicated with the
defendants via memoranda in this regard.

Case number 3, Felipe Serrano Tirado et al vs. Corrections Administration, was being litigated
by William Riefkhol, Esq., who recently passed away. We have no knowledge of the
communications that Attorney Riefkhol had with the claimants. Rafael Vilá Carrión, Esq. tel. 764-
8666, alleges that he now represents the claimants in that case. They must contact him in order
to find out about the status of the case.

Regarding the claimants in the cases of Alfredo Maldonado Rodríguez et al vs. Corrections
Administration – KAC-96-1381 (905), and Marisol Acevedo Colón et al vs. Corrections
Administration – KAC-1998-0530, we would reiterate that we obtained a judgment on April 4,
2000. It was a long and arduous process to get a meeting with the defendants, in order to begin
to examine each claimant's files. Finally, a meeting was held with officials from the agency on May
8, 2002. After that date, we sent them copies of the professional services contracts for each of
the claimants. Attorney Aresti is working on scheduling the next working meeting. These cases
are already in process in terms of the review of case files. Now depend on the availability and
cooperation of the agency staff in charge of coordinating with the attorneys.

Regarding the cases of  Julio Aguila de Jesús et al vs. State Fire Department Emergency
Medical Services – KAC-98-0531 and Palmira Acety Rosario et al vs. Comm. of P.R., Department
of Health – KAC-1998-0532, we would like to inform you that we have obtained a judgment in
favor of the claimants, on October 19.

D/MYDOC/ROMERAZO/MEMORANDO INFORMATIVO

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

252

COMMONWEALTH OF PUERTO RICO
TRIAL COURT
SUPERIOR COURT OF SAN JUAN

| | |
|---|---|
| ALFREDO MALDONADO RODRIGUEZ et al<br>    Plaintiffs,<br><br>v.<br><br>ZOE LABOY ALVARADO et al.<br>    Defendants. | CIVIL CASE NO.:        KAC96-1381<br>                                  KAC97-0144<br>                                  KAC98-0530<br>                                  KAC98-0531<br>                                  (CONSOLIDATED)<br>RE:   DECLARATORY<br>         JUDGMENT |

**JUDGMENT NUNC PRO TUNC**

The plaintiffs claim the payment of the salary raises and step increases based on their time in active service, some in the Puerto Rico Corrections Administration, and others in the Puerto Rico Firefighters Corps, as the case may be, during the periods of time required and set forth in the laws on which their claim is based, and under which the stipulated salary increases or benefits have not been paid to them.

As a result of the Status Conference held on this matter on April 4, 2000, the Court issued and indicated how it would rule in the case, stating that there was an agreement between the parties and specifying the guidelines and law applicable to the case. Having analyzed and evaluated the case records and the applicable laws, the following Ruling is issued:

1.        The claim asserted by the plaintiffs in this case is granted as it is found that they are entitled to the salary increases and benefits for active service, as stipulated by law, in the cases in which they have still not had acknowledgment of or not received the corresponding payment.

2.        It is ordered that the defendants and the plaintiffs analyze each plaintiff's claim in the case, pursuant to the laws, guidelines and applicable law as set forth, to determine whether or not the [amount owed to them] has been acknowledged or they have received the payments to which they are entitled. In the cases in which the [amount owed to them] has not been acknowledged and/or they have not received payment, the total amount due as of the date of the report must be indicated for each plaintiff.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:19999-2   Filed:02/02/22   Entered:02/02/22 18:14:39   Desc:
Exhibit M-1 - Jos R. Ortiz En   Page 8 of 33

253

3.      The laws applicable to the above-captioned matter are found to be:

1.  July/12/1979                                    Salary increase equivalent to a rate or step increase corresponding to Act 89

2.  July/01/1974          $50.00           Amendments to the Classification and Compensation Plans, Equal Pay Regulations of June 07, 1984, as amended

3.  July/01/1977          $30.00           Compensation Plan Revision, *supra*

4.  July/01/1979          See standards    Increase under Act 3

5.  July/01/1980          See standards    Compensation Plan Revision, *supra*

6.  October/01/1983       $30.00           Increase under Act 12 of August 27, 1982

7.  April/01/1984         See standards    Compensation Plan Revision, Act 84 of June 03, 1983

8.  October/01/1986       $55.00           Increase under Act 90 of July 09, 1986

9.  November/01/1986      $35.00           Compensation Plan Advance, *supra*

10. January/01/1987       See standards    Classification and Compensation Plan Revision, *supra*

11. April/01/1988         $40.00           Increase under Act 1 of February 09, 1988

12. July/01/1990          $50.00           Increase under Act 7 of May 07, 1989

13. December/01/1991      A minimum of $30 was ensured for Custody Officials and $20 for civil servants          Compensation Plan Revision, *supra*

14. July/01/1993          $100.00          Act 26 of July 23, 1993, Classification adjustment for Custody Officials and Prison Social Workers

Case:17-03283-LTS   Doc#:19999-2   Filed:02/02/22   Entered:02/02/22 18:14:39   Desc:
Exhibit M-1 - Jos R. Ortiz En   Page 9 of 33

254

| | | |
|---|---|---|
| 15. October 1, 1994 | $100.00 | Act 108 of September 21, 1994, Federal Stipulation regarding "Corrections Officers and Social Services staff" of September 1, 1994, Grade level adjustment for Correctional Officers and Correctional Social Services staff |
| 16. July/01/1988 | $180.00 | Act 178 of August 12, 1995; September 01, 1994 Federal [*illegible*] regarding "Custody and Prison Social Workers", Classification adjustment for Custody Officials and Prison Social Workers |
| 17. July/01/1995 | $200.00 | Order of the Administrator and OPG – Increase for Regional Superintendents and Supervisors |
| 18. August/01/1995 | $125.00 | Increase for Productivity and Efficiency of civil servants with one year or more in the Administration and excellent or good productivity |
| 19. November/01/1995 | $60.00 | Act 124 of August 09, 1995 (transitional and regular [employees]) |
| 20. October/01/1997 | $100.00 | Compensation Plan Advance for Administrative and Support Personnel |
| 21. April/01/1998 | $100.00 | Compensation Plan Advance for Custody Officials and Prison Social Workers |
| 22. July/01/1999 | $100.00   or less | Compensation Plan Advance, *supra* |

4.      Defendants' counsel, together with Plaintiffs' counsel, shall prepare and submit to the Court calculation and settlement sheets indicating the amounts to be paid to each plaintiff, following the guidelines and the law applicable to the case. Upon filing the originals of the calculation and settlement sheets with the Court, the defendants, through the Puerto Rico Corrections Administration, or the Puerto Rico Firefighters Corps, as the case may be, shall notify Plaintiffs' counsel, serving a copy of said calculation and settlement sheets.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

5. The defendants shall prepare and file the payrolls needed to make the payment to the plaintiffs with the court, providing a copy to Plaintiffs' counsel. The payrolls shall contain: (a) the names and other identification of the plaintiffs; (b) the total owed and to be received by each plaintiff in the lawsuit; (c) the amount withheld for the retirement payment of each plaintiff; (d) the amount withheld for social insurance; (e) the amount withheld for income tax; (f) the amount withheld for fees; (g) the net amount corresponding to each plaintiff and acknowledged due to them by the Court Clerk's Office.

6. Once the aggregate individual amount, if any, of the claims' total is determined, said amount shall be allocated in the budget of the defendant agency. In order to do so, the acknowledgment of funds contemplated in the stipulation should be made, with the payment to the plaintiffs also being made. Should the parties agree to it, the payment may be made in an expedited manner. Any other payment form or system different from that indicated herein agreed upon by the parties shall be reported jointly in writing by the parties' attorneys.

7. The plaintiffs are entitled to legal interest on the amount of the judgment, at the annual percentage rate set by the Financial Board, from the date of this judgment, until it is paid. Therefore, it is in the interest of the Commonwealth of Puerto Rico for the payment to be made as soon as possible.

TO BE FILED AND SERVED.

ISSUED in San Juan, Puerto Rico, on *June 28, 2002*

[signature]
SUPERIOR COURT JUDGE

[stamp:] CERTIFIED  [illegible]
COURT CLERK
LUZ O. RIVERA
DEPUTY CLERK

[stamp:]
[signature]
MIGUEL J. FABRE RAMIREZ
SUPERIOR COURT JUDGE

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

03/31/2006  08:00  7878126886  CENTRO INGRESO 676  PAGE  02

*[handwritten:]*
Thanks to the Federation

COMMONWEALTH OF PUERTO RICO
TRIAL COURT
SUPERIOR COURT OF SAN JUAN

| | | |
|---|---|---|
| ALFREDO MALDONADO RODRIGUEZ ET AL<br> PLAINTIFFS | • | CIVIL CASE NO.: KAC1996-1381 (905) |
| VS. | • | |
| NYDIA M. COTTO VIVES, ADMINISTRATOR OF CORRECTIONS AND THE COMMONWEALTH OF PUERTO RICO, ETC.<br> DEFENDANTS | • | RE: DECLARATORY<br> JUDGMENT |
| | // | |
| FELIPE SERRANO TIRADO ET AL<br> PLAINTIFFS | • | CIVIL CASE NO.: KAC1997-0144 (905) |
| VS. | • | |
| NYDIA M. COTTO VIVES, ADMINISTRATOR OF CORRECTIONS AND THE COMMONWEALTH OF PUERTO RICO, ETC.<br> DEFENDANTS | • | RE: DECLARATORY<br> JUDGMENT |
| | // | |
| MARISOL ACEVEDO COLON, MARTA BATISTA RIVERA, JOSE BENITEZ BATISTA ET AL<br> PLAINTIFFS | • | CIVIL CASE NO.: KAC1998-0530 (905) |
| VS. | • | |
| COMMONWEALTH OF PUERTO RICO AND ITS AGENCY, THE DEPARTMENT OF CORRECTIONS, THE CORRECTIONS ADMINISTRATION, AND MS. ZOE LABOY, IN HER OFFICIAL CAPACITY<br> DEFENDANTS | • | RE: DECLARATORY<br> JUDGMENT |
| | // | |
| JULIO AGUILA DE JESUS, MIGUEL BORRERO ROMERO, OSVALDO CRUZ LAUREANO ET AL<br> PLAINTIFFS | • | CIVIL CASE NO.: KAC1998-0531 (905) |
| VS. | • | |
| STATE FIRE DEPARTMENT MEDICAL EMERGENCIES SERVICE, ITS DIRECTOR, MR. ERIBERTO SOUREL IN HIS OFFICIAL CAPACITY, ET AL<br> DEFENDANTS | • | RE: DECLARATORY<br> JUDGMENT |
| | // | |

ORDER

In consideration of the Motion Requesting an Order to examine the case file of the defendants, and having reviewed the pleadings in the case, this Court GRANTS the Motion, therefore ORDERING, UNDER PENALTY OF CONTEMPT the Secretary of Corrections of the Commonwealth of Puerto Rico, the Hon. Miguel Pereira, and the Secretary of the

MAR-31-2006 FRI 08:42 AM  7878126886                                          P. 03

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

/2006  08:00   7878126886            CENTRO INGRESO 676            PAGE  03

State Fire Department Medical Emergency Services of the Commonwealth, the Hon. German Ocasio Morales, in coordination with the attorneys who represent them in the Department of Justice, to without any delay, designate one or more officials with a knowledge of human resources, and the authority to make decisions, so that they can proceed to work with Plaintiffs' counsel to evaluate each of their case files, to determine the amount that is owed to each one, to be included in the next annual budget for the corresponding agency.

It is further ORDERED that the Director of the Office of Management and Budget and the Treasury Secretary of the Commonwealth of Puerto Rico shall include in the upcoming annual budget, the amounts owed to each PLAINTIFF, so that the judgments in the cases in question can be paid.

A copy of this order must be served upon the Secretary of Corrections, Hon. Miguel Pereira, P.O. Box 71308, San Juan, Puerto Rico, 00936; Secretary of the State Fire Department Emergency Medical Services; Hon. German Ocasio Morales, P.O. Box 13325, Santurce, Puerto Rico 00908-3325; Atty. Manuel Díaz Lugo, Department of Justice, General Litigation Division, P.O. Box 9020192, San Juan, Puerto Rico, 00902-0192;  Department of the Treasury, Hon. Juan Carlos Méndez Torres, P.O. Box 9024140, San Juan, Puerto Rico  00902-4140; and the Office of management and Budget, Engineer Ileana I. Fas Pacheco, P.O. Box 9023228, San Juan, Puerto Rico  00902-3228.

TO BE FILED AND SERVED.

ENTERED in San Juan, Puerto Rico, on this date, _____ of _____ of 2005.

*[signature]*
SUPERIOR COURT JUDGE

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim:* **171301**
*Claimant:* **Ortiz Solis, Jose Rafael**

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim**. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Questionnaire

1.  **What is the basis of your claim?**

    ☒ A pending or closed legal action with or against the Puerto Rican government

    ☐ Current or former employment with the Government of Puerto Rico

    ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

2.  **What is the amount of your claim (how much money do you claim to be owed):**

    *The total owed to me is $63,600.*

3.  **Employment.** **Does your claim relate to current or former employment with the Government of Puerto Rico?**

    ☐ No. *Please continue to Question 4.*

    ☒ Yes. **Answer Questions 3(a)-(d).**

3(a). Identify the specific agency or department where you were or are employed:

    *Department of Corrections of Puerto Rico*

**Batch 8**



990123400446284

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim:* **171301**
*Claimant:* **Ortiz Solis, Jose Rafael**

3(b). Identify the dates of your employment related to your claim:
*I started on October 1, 1986 and ended in May 2011.*

3(c). Last four digits of your social security number: ___ O 5 4 3 ___

3(d). What is the nature of your employment claims (select all applicable):

    ◻    Pension

    ✗    Unpaid Wages

    ◻    Sick Days

    ◻    Union Grievance

    ◻    Vacation

    ◻    Other (Provide as much detail as possible.  Attach additional pages if necessary).
*I was never given the Romerazo raise, nor did they pay me the*
*lunch hour and the pay increase of Governor Sila M. Calderón .*

PRIME CLERK LLC

OCT **1 6** 2021

RECEIVED

4. <u>Legal Action.</u>  Does your claim relate to a pending or closed legal action?

    ◻    No.

    ✗    Yes.  **Answer Questions 4(a)-(f).**

4(a).  Identify the department or agency that is a party to the action.
*Department of Corrections of Puerto Rico*

4(b).  Identify the name and address of the court or agency where the action is pending:
*Superior Court of San Juan, P.R.*

4(c).  Case number: ___ K A C  96 – 1 3 8 1 – Sala 905 ___

4(d).  Title, Caption, or Name of Case: ___ ALFREDO MAldoNado Rodriguez vb EIA KAC-96-138/q___ *Nidia cotto y*

4(e).  Status of the case (pending, on appeal, or concluded): *Concluded – and they have not paid*

4(f).  Do you have an unpaid judgment? (Yes) / No  (Circle one)
    If yes, what is the date and amount of the judgment? ___ *June 28, 2002* ___

*The attorneys in the case and the Corrections*
*Administration will reach an agreement regarding*
*the amount of the judgment, according to the terms*
*of the judgment.*

Batch 8

2

990123400446284

*Telephone: 939-450-3621*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*[all handwritten]*

*[all handwritten]*

Greetings.  To whom it may concern:

Claim No.:  171301

Claimant:  ORTIZ SOLIS José Rafael


  *I hereby wish to inform you that I am owed the amount of $63,600 for salary increases that were not accrued. The Governor Sila M. Calderon implemented a raise on July 12, 2004, in the amount of $150.00, effective October 1, 2004. Law No. 168 of July 12, 2004.  I am owed the salary increase known as the Romerazo in the amount of $150 dollars. I am owed the following claims:*

| | | | |
|---|---|---|---|
| A) | April 1, 1988 | $40.00 | Salary increase as per Act 1 of February 9, 1988 |
| B) | July 1, 1990 | $50.00 | Salary increase as per Act 7 of May 7, 1989. |
| C) | Dec. 1, 1991 | *Corrections officers were assured a minimum of $30* | Revision of compensation plans, supra |
| D) | July 1, 1995 | $150.00 | Act 178 of August 12, 1995. Federal Stipulation for Corrections Officers and Correctional Social Workers of Sept. 1, 1994. Classification adjustment for Corrections Officers and Correctional Social Services staff. |
| E) | July 1, 1999 | $100.00 | Compensation Plan Advance, supra |


Enclosed is a copy of the judgment in the case and other documents.


Tel: 939-450-3621

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

03/31/2006   08:00   7878126886   CENTRO INGRESO 676   PAGE   02

*[handwritten:]*
*Thanks to the Federation*

COMMONWEALTH OF PUERTO RICO
TRIAL COURT
SUPERIOR COURT OF SAN JUAN

| | | |
|---|---|---|
| ALFREDO MALDONADO RODRIGUEZ ET AL<br>    PLAINTIFFS | • | CIVIL CASE NO.: KAC1996-1381 (905) |
| VS. | • | |
| NYDIA M. COTTO VIVES, ADMINISTRATOR OF<br>CORRECTIONS AND THE COMMONWEALTH OF<br>PUERTO RICO, ETC.<br>    DEFENDANTS | • | RE:   DECLARATORY<br>        JUDGMENT |

_____ //

| | | |
|---|---|---|
| FELIPE SERRANO TIRADO ET AL<br>    PLAINTIFFS | • | CIVIL CASE NO.: KAC1997-0144 (905) |
| VS. | • | |
| NYDIA M. COTTO VIVES, ADMINISTRATOR OF<br>CORRECTIONS AND THE COMMONWEALTH OF<br>PUERTO RICO, ETC.<br>    DEFENDANTS | • | RE:   DECLARATORY<br>        JUDGMENT |

_____ //

| | | |
|---|---|---|
| MARISOL ACEVEDO COLON, MARTA BATISTA<br>RIVERA, JOSE BENITEZ BATISTA ET AL<br>    PLAINTIFFS | •<br>• | CIVIL CASE NO.: KAC1998-0530 (905) |
| VS. | • | RE:   DECLARATORY |
| COMMONWEALTH OF PUERTO RICO AND ITS<br>AGENCY, THE DEPARTMENT OF<br>CORRECTIONS, THE CORRECTIONS<br>ADMINISTRATION, AND MS. ZOE LABOY, IN HER<br>OFFICIAL CAPACITY<br>    DEFENDANTS | •<br>• | JUDGMENT |

_____ //

| | | |
|---|---|---|
| JULIO AGUILA DE JESUS, MIGUEL BORRERO<br>ROMERO, OSVALDO CRUZ LAUREANO ET AL<br>    PLAINTIFFS | •<br>• | CIVIL CASE NO.: KAC1998-0531 (905) |
| VS. | • | RE:   DECLARATORY |
| STATE FIRE DEPARTMENT MEDICAL<br>EMERGENCIES SERVICE, ITS DIRECTOR, MR.<br>ERIBERTO SOUREL IN HIS OFFICIAL CAPACITY,<br>ET AL<br>    DEFENDANTS | • | JUDGMENT |

_____ //

ORDER

In consideration of the Motion Requesting an Order to examine the case file of the defendants, and having reviewed the pleadings in the case, this Court GRANTS the Motion, therefore ORDERING, UNDER PENALTY OF CONTEMPT the Secretary of Corrections of the Commonwealth of Puerto Rico, the Hon. Miguel Pereira, and the Secretary of the

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

State Fire Department Medical Emergency Services of the Commonwealth, the Hon. German Ocasio Morales, in coordination with the attorneys who represent them in the Department of Justice, to without any delay, designate one or more officials with a knowledge of human resources, and the authority to make decisions, so that they can proceed to work with Plaintiffs' counsel to evaluate each of their case files, to determine the amount that is owed to each one, to be included in the next annual budget for the corresponding agency.

It is further ORDERED that the Director of the Office of Management and Budget and the Treasury Secretary of the Commonwealth of Puerto Rico shall include in the upcoming annual budget, the amounts owed to each PLAINTIFF, so that the judgments in the cases in question can be paid.

A copy of this order must be served upon the Secretary of Corrections, Hon. Miguel Pereira, P.O. Box 71308, San Juan, Puerto Rico, 00936; Secretary of the State Fire Department Emergency Medical Services; Hon. German Ocasio Morales, P.O. Box 13325, Santurce, Puerto Rico 00908-3325; Atty. Manuel Díaz Lugo, Department of Justice, General Litigation Division, P.O. Box 9020192, San Juan, Puerto Rico, 00902-0192; Department of the Treasury, Hon. Juan Carlos Méndez Torres, P.O. Box 9024140, San Juan, Puerto Rico  00902-4140; and the Office of management and Budget, Engineer Ileana I. Fas Pacheco, P.O. Box 9023228, San Juan, Puerto Rico  00902-3228.

TO BE FILED AND SERVED.

ENTERED in San Juan, Puerto Rico, on this date, _____ of _____ of 2005.


*[signature]*
SUPERIOR COURT JUDGE

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
TRIAL COURT
SUPERIOR COURT OF SAN JUAN

| | |
|---|---|
| ALFREDO MALDONADO RODRIGUEZ et al<br>    Claimant,<br><br>vs.<br><br>ZOE LABOY ALVARADO et al<br>    Defendants | CIVIL CASE NO.:    KAC96-1381<br>KAC97-0144<br>KAC98-0530<br>KAC98-0531<br>(CONSOLIDATED)<br>RE:   DECLARATORY<br>    JUDGMENT |

**JUDGMENT NUNC PRO TUNC**

The plaintiffs claim the payment of the salary raises and step increases based on their time in active service, some in the Puerto Rico Corrections Administration, and others in the Puerto Rico Firefighters Corps, as the case may be, during the periods of time required and set forth in the laws on which their claim is based, and under which the stipulated salary increases or benefits have not been paid to them.

As a result of the Status Conference held on this matter on April 4, 2000, the Court issued and indicated how it would rule in the case, stating that there was an agreement between the parties and specifying the guidelines and law applicable to the case.      Having analyzed and evaluated the case records and the applicable laws, the following Ruling is issued:

1. The claim asserted by the plaintiffs in this case is granted as it is found that they are entitled to the salary increases and benefits for active service, as stipulated by law, in the cases in which they have still not had acknowledgment of or not received the corresponding payment.

2.      It is ordered that the defendants and the plaintiffs analyze each plaintiff's claim in the case, pursuant to the laws, guidelines and applicable law as set forth, to determine whether or not the [amount owed to them] has been acknowledged or they have received the payments to which they are entitled. In the cases in which the [amount owed to them] has not been acknowledged and/or they have not received payment, the total amount due as of the date of the report must be indicated for each plaintiff.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:19999-2   Filed:02/02/22   Entered:02/02/22 18:14:39   Desc: Exhibit M-1 - Jos R. Ortiz En   Page 19 of 33

253

3.  The laws applicable to the above-captioned matter are found to be:

| | | | |
|---|---|---|---|
| 1. | July/12/1979 | | Salary increase equivalent to a rate or step increase corresponding to Act 89 |
| 2. | July/01/1974 | $50.00 | Amendments to the Classification and Compensation Plans, Equal Pay Regulations of June 07, 1984, as amended |
| 3. | July/01/1977 | $30.00 | Compensation Plan Revision, *supra* |
| 4. | July/01/1979 | See standards | Increase under Act 3 |
| 5. | July/01/1980 | See standards | Compensation Plan Revision, *supra* |
| 6. | October/01/1983 | $30.00 | Increase under Act 12 of August 27, 1982 |
| 7. | April/01/1984 | See standards | Compensation Plan Revision, Act 84 of June 03, 1983 |
| 8. | October/01/1986 | $55.00 | Increase under Act 90 of July 09, 1986 |
| 9. | November/01/1986 | $35.00 | Compensation Plan Advance, *supra* |
| 10. | January/01/1987 | See standards | Classification and Compensation Plan Revision, *supra* |
| 11. | April/01/1988 | $40.00 | Increase under Act 1 of February 09, 1988 |
| 12. | July/01/1990 | $50.00 | Increase under Act 7 of May 07, 1989 |
| 13. | December/01/1991 | A minimum of $30 was ensured for Custody Officials and $20 for civil servants | Compensation Plan Revision, *supra* |
| 14. | July/01/1993 | $100.00 | Act 26 of July 23, 1993, Classification adjustment for Custody Officials and Prison Social Workers |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:19999-2   Filed:02/02/22   Entered:02/02/22 18:14:39   Desc:
Exhibit M-1 - Jos R. Ortiz En   Page 20 of 33

254

| 15. October 1, 1994 | $100.00 | Act 108 of September 21, 1994, Federal Stipulation regarding "Corrections Officers and Social Services staff" of September 1, 1994, Grade level adjustment for Correctional Officers and Correctional Social Services staff |
|---|---|---|
| 16. July/01/1988 | $150.00 | Act 178 of August 12, 1995; September 01, 1994 Federal [*illegible*] regarding "Custody and Prison Social Workers", Classification adjustment for Custody Officials and Prison Social Workers |
| 17. July/01/1995 | $200.00 | Order of the Administrator and OPG – Increase for Regional Superintendents and Supervisors |
| 18. August/01/1995 | $125.00 | Increase for Productivity and Efficiency of civil servants with one year or more in the Administration and excellent or good productivity |
| 19. November/01/1995 | $60.00 | Act 124 of August 09, 1995 (transitional and regular [employees]) |
| 20. October/01/1997 | $100.00 | Compensation Plan Advance for Administrative and Support Personnel |
| 21. April/01/1998 | $100.00 | Compensation Plan Advance for Custody Officials and Prison Social Workers |
| 22. July/01/1999 | $100.00 or less | Compensation Plan Advance, *supra* |

4. Defendants' counsel, together with Plaintiffs' counsel, shall prepare and submit to the Court calculation and settlement sheets indicating the amounts to be paid to each plaintiff, following the guidelines and the law applicable to the case. Upon filing the originals of the calculation and settlement sheets with the Court, the defendants, through the Puerto Rico Corrections Administration, or the Puerto Rico Firefighters Corps, as the case may be, shall notify Plaintiffs' counsel, serving a copy of said calculation and settlement sheets.

5.    The defendants shall prepare and file the payrolls needed to make the payment to the plaintiffs with the court, providing a copy to Plaintiffs' counsel. The payrolls shall contain: (a) the names and other identification of the plaintiffs; (b) the total owed and to be received by each plaintiff in the lawsuit; (c) the amount withheld for the retirement payment of each plaintiff; (d) the amount withheld for social insurance; (e) the amount withheld for income tax; (f) the amount withheld for fees; (g) the net amount corresponding to each plaintiff and acknowledged due to them by the Court Clerk's Office.

6.    Once the aggregate individual amount, if any, of the claims' total is determined, said amount shall be allocated in the budget of the defendant agency. In order to do so, the acknowledgment of funds contemplated in the stipulation should be made, with the payment to the plaintiffs also being made. Should the parties agree to it, the payment may be made in an expedited manner. Any other payment form or system different from that indicated herein agreed upon by the parties shall be reported jointly in writing by the parties' attorneys.

7.    The plaintiffs are entitled to legal interest on the amount of the judgment, at the annual percentage rate set by the Financial Board, from the date of this judgment, until it is paid. Therefore, it is in the interest of the Commonwealth of Puerto Rico for the payment to be made as soon as possible.

TO BE FILED AND SERVED.

ISSUED in San Juan, Puerto Rico, on *June 28, 2002*

[signature]
SUPERIOR COURT JUDGE

| |
|---|
| *[stamp:]* CERTIFIED  [illegible]<br>COURT CLERK<br>LUZ O. RIVERA<br>DEPUTY CLERK |

| |
|---|
| *[stamp:]*<br>*[signature]*<br>MIGUEL J. FABRE RAMIREZ<br>SUPERIOR COURT JUDGE |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

AQUINO & BENIQUEZ



Jorge L. Aquino Nuñez, Esq.
Carmen G. Beniquez, Esq.

Muñoz Rivera No. 26
Altos del Western Bank
P.O. Box 1426
Lares, Puerto Rico 00669-1426
Tel/Fax: 897-7618

# MEMORANDUM

TO:        CLAIMANTS

FROM:     ALBERTO ARESTI FRANCESHINI, ESQ.
             *[signature]*
             CARMEN G. BENIQUEZ BENIQUEZ, ESQ.
             *[signature]*
             JORGE L. AQUINO NUÑEZ, ESQ.

DATE:     March 3, 2000

RE:        ALFREDO MALDONADO RODRIQUEZ VS. NYDIA COTTO
             AND COMM. OF P.R. – KAC-96-1381 (905)
             DECLARATORY JUDGMENT

             PALMIRA ACETY ROSARIO ET AL VS. COMM. OF P.R. AND
             DEPARTMENT OF HEALTH
             CIVIL DOCKET NO.: KAC 98-0532

             MARISOL ACEVEDO COLON ET AL VS. COMM. OF P.R. AND
             CORRECTIONS ADMINISTRATION ET AL
             CIVIL CASE NO.: KAC98-0530

             JULIO AGUILA DE JESUS ET AL VS. FIRE
             DEPARTMENT OF PUERTO RICO, STATE MEDICAL EMERGENCY
SERVICES

             CIVIL DOCKET NO.: KAC-98-0531

SUBJECT:     CASE STATUS REPORT

On February 23, 2000, a status hearing was held in the above-referenced cases, which were consolidated to be heard in Courtroom 905 of the San Juan Judicial Center. Judge Rivera González, after hearing the parties' attorneys, directed them to submit a Stipulation as to the laws applicable to the case. A certification will be submitted to the Court regarding a sample of cases in litigation involving corrections officers. As to civilian employees, there will be no sampling.

      The Hon. Judge Rivera González indicated that a judgment would be issued after the stipulation regarding the applicable laws was filed; and that judgment would order the Government to include the amount to be paid to the claimants. in its upcoming budget.

      An economic study must be submitted to the court to determine the amount of the judgment and the amount to be paid to each of the claimants entitled to compensation.

      A hearing was scheduled for April 4, 2000, at 9:00 a.m., in Courtroom 905 of the San Juan Judicial Center.

      We remind you that the Judgment to be issued by the Court will only apply to those who sued, and who are entitled to compensation in accordance with the applicable laws.

[handwritten:]
<u>AELIS</u>
~~897 5008~~

Atty. <u>751-5740</u>
Elisabet

751-

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

ALBERTO ARESTI FRANCESCHINI,
ESQ.
SUITE 1109, UNION PLAZA BUILDING
416 AVE. PONCE DE LEON
HATO REY, PUERTO RICO  00918
TEL: 751-5740

JORGE L. AQUINO NUÑEZ, ESQ.
P.O. BOX 1426, CALLE SAN JOSE #7
LARES, PUERTO RICO 00669
TEL: 897-5008
FAX: 897-7618

# MEMORANDUM

*[handwritten:] Alberto Aresti*
*787-751-5740*

TO:          PLAINTIFFS

*[signature]*

FROM:      ALBERTO ARESTI FRANCESCHINI, ESQ.

JORGE L. AQUINO NUÑEZ, ESQ.
CARMEN G. BENIQUEZ BENIQUEZ, ESQ.

RE:          CASE REFERENCES

*I called on July 1, 2009*
*call back in August*

SUBJECT:     CASE STATUS REPORT

1.  Julio Aguila de Jesús et al vs. State Fire Department Emergency Medical Services –
    KAC-98-0531 (902)

    2.  Alfredo Maldonado Rodríguez et al vs. Corrections Administration – KAC-96-1381 (905)

    3.  Felipe Serrano Tirado et al vs. Corrections Administration – KAC-1997-0144 (905)
        Attorney: William Riefhol, Esq.

    4.  Marisol Acevedo Colón et al vs. Corrections Administration – KAC-1998-0530 (905)

    5.  Palmira Acety Rosario et al vs. Comm. of P.R., Department of Health – KAC-98-0532
        (903)

    6.  Margarita de Jesús Colón vs. Department of Health – KAC-2001-1692 (504)

    7.  José Luis Ortiz López et al vs. Department of the Family – KAC-2000-7194 (803)

    8.  María L. Amaro López vs. Department of the Treasury – KAC-2002-681 (901)

    9.  Victor S. Lozada Burgos et al vs. Corrections Administration – KAC-2002-4604 (906)

As to the cases listed above numbered 1, 2, 4 and 5, we had previously communicated with the defendants via memoranda in this regard.

Case number 3, Felipe Serrano Tirado et al vs. Corrections Administration, was being litigated by William Riefkhol, Esq., who recently passed away. We have no knowledge of the communications that Attorney Riefkhol had with the claimants. Rafael Vilá Carrión, Esq. tel. 764-8666, alleges that he now represents the claimants in that case. They must contact him in order to find out about the status of the case.

Regarding the claimants in the cases of Alfredo Maldonado Rodríguez et al vs. Corrections Administration – KAC-96-1381 (905), and Marisol Acevedo Colón et al vs. Corrections Administration – KAC-1998-0530, we would reiterate that we obtained a judgment on April 4, 2000. It was a long and arduous process to get a meeting with the defendants, in order to begin to examine each claimant's files. Finally, a meeting was held with officials from the agency on May 8, 2002. After that date, we sent them copies of the professional services contracts for each of the claimants. Attorney Aresti is working on scheduling the next working meeting. These cases are already in process in terms of the review of case files. Now depend on the availability and cooperation of the agency staff in charge of coordinating with the attorneys.

Regarding the cases of  Julio Aguila de Jesús et al vs. State Fire Department Emergency Medical Services – KAC-98-0531 and Palmira Acety Rosario et al vs. Comm. of P.R., Department of Health – KAC-1998-0532, we would like to inform you that we have obtained a judgment in favor of the claimants, on October 19,

D/MYDOC/ROMERAZO/MEMORANDO INFORMATIVO

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

2000 (in Julio Aguila et al); and on November 28, 2001 (in Palmira Acety Rosario et al). Despite our efforts and the contacts made with the attorneys of the Department of Justice, and the heads of the respective agencies, we have not managed to coordinate a meeting to examine the case files. We have asked the Court to issue an order to require the head of the agency to provide the information in the case of Julio Aguila et al; the same is being done in Palmira Rosario et al. The process of enforcing the judgments is an arduous one, as we have explained both by telephone and in writing; as the files have to be examined, and an agreement has to be reached regarding the amount owed to the claimants, if any. Then, the agency head has to include the budget items to pay the judgments in the next budget. When the Legislature and the Governor approve the Budget, then the payment must be coordinated with the Department of the Treasury.

We would remind you that these are not cases against private entities or insurance companies. They are against the government; and one has to work within the bureaucracy, which you all well know.

The next step is to get meetings with the Secretary of Health, so that he can appoint the human resources specialists necessary to conduct the evaluation of each of the claimants' case files, along with a representative from our side.

After the evaluation of the case files, and once the amount of money to which each claimant is entitled has been determined; the Secretary of Health must coordinate with the Secretary of the Treasure and the Director of the Office of Management and Budget; to include the payments in the appropriate budget. We believe that this will be for the 2002-2003 fiscal year.

We remind you that the judgment will only apply to those individuals who sued.

The cases numbered 6, 7, 8 and 9 in the header above are pending with the Court; there is still no judgment in those cases. The procedural status of these cases is as follows:

a.  Margarita de Jesús Colón vs. Department of Health – In this case, the discovery of evidence has taken place. Recently the complaint was amended to include 158 additional claimants.

b.  José Luis Ortiz López et al vs. Department of the Family – After the complaint was answered, the Court ordered the attorneys to prepare a stipulation of facts, memorandum of law and proposed judgment. We prepared it and filed it. The Department of Justice has not done so. There is a hearing on this aspect of the case scheduled for September 18, 2002, at 9:00 a.m. in Courtroom 803 of the Hato Rey Judicial Center. Anyone who wishes to attend is invited to come and find out what is happening with the case.

c.  María L. Amaro López vs. Department of the Treasury – In this case, the Department of Justice asked for a more defined presentation of the case. A Motion was prepared in compliance with the order; indicating the applicable laws. We are requesting a finding of contempt, because the Commonwealth of Puerto Rico has still not replied to the complaint. On July 3, they asked for an additional continuance to reply to the complaint, which we opposed. This case is in the initial stages of the process.

d.  Victor S. Lozada Burgos et al vs. Corrections Administration – This is a new case filed on July 19, 2002. The Secretary of Justice and the Corrections Administrator have already been served. The Commonwealth of P.R. has 60 days beginning on July 19 to respond to the complaint. We will continue with the discovery of evidence, which is the next step in the case.

It is possible that some claimants may have switched agencies (via transfer) or have retired. Those claimants must inform us of their new address, as should any claimant who has changed their mailing and/or home address.

If you need any additional information, please reach out to us at the telephones listed above.

D/MYDOC/ROMERAZO/MEMORANDO INFORMATIVO

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Ticket

**[EXTERNAL] Information requested to process the claim**

+ Follow    CloneTicket

| Status | Ticket Number | Company Name | Contact Name | Contact Phone | Ticket Owner |
|---|---|---|---|---|---|
| Pending | 00960050 | PR Claims In... | ORTIZ JOS... | | Document Uploads |

**Ticket Details**

Contact Name
ORTIZ JOSE (/lightning/r/0033I00002uBhfKAAS/view)

Ticket Owner
Document Uploads

Status
Pending

Workflow
Pending Document Upload

Inquiry Constituency
Interested Party

Escalation Level
(6) Excluded from Call Log

Parent Ticket ⓘ
00956498 (/lightning/r/5003I00001Fz4GeAAJ/view)

Cloned ⓘ

Subject
[EXTERNAL] Information requested to process the claim

Description
Proof of claim number:            : 171301
This email is confidential and subject to important
disclaimers and conditions, including those regarding
confidentiality, legal privilege and certain legal entity
disclaimers, available at https://www.kroll.com/disclosure
(https://www.kroll.com/disclosure). Our Privacy Policy is
available at https://www.kroll.com/en/privacy-policy
(https://www.kroll.com/en/privacy-policy).

Inquiry Description

**Related**

**Related Tickets (0)** (/lightning/r/Case/5003I00001FzbYvAAJ/related/Cases/view)

**Emails (1)** (/lightning/r/Case/5003I00001FzbYvAAJ/related/EmailMessages/view)

[EXTERNAL] Information requested to process the claim       (/lightning/r/02s3I00001I6ZFBAAN/view)

| From Address: | prclaimsinfo@primeclerk.com (mailto:prclaimsinfo@primeclerk.com) |
|---|---|
| To Address: | joseortizsolis63@gmail.com |
| Message Date: | 10/16/2021, 12:18 PM |

View All
(/lightning/r/Case/5003I00001FzbYvAAJ/related/EmailMessages/view)

ⓘ History      **Ticket Comments (0)** (/lightning/r/Case/5003I00001FzbYvAAJ/related/CaseComments/view)
                Notes      Macros      Omni-Channel (Offline)

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**Ticket History (3+)** (/lightning/r/5003I00001FzbYvAAJ/related/Histories/view)

| | |
|---|---|
| Date: | 10/16/2021, 12:19 PM |
| Field: | Status |
| User: | Tiffany Reynoso (/lightning/r/0053I00000HXjLxAAL/view) |
| Original Value: | New |
| New Value: | Pending |
| Date: | 10/16/2021, 12:19 PM |
| Field: | Description |
| User: | Tiffany Reynoso (/lightning/r/0053I00000HXjLxAAL/view) |
| Original Value: | |
| New Value: | |
| Date: | 10/16/2021, 12:19 PM |
| Field: | Ticket Owner |
| User: | Tiffany Reynoso (/lightning/r/0053I00000HXjLxAAL/view) |
| Original Value: | Tiffany Reynoso |
| New Value: | Document Uploads |

View All

(/lightning/r/Case/5003I00001FzbYvAAJ/related/Histories/view)

**Articles (0)** (/lightning/r/Case/5003I00001FzbYvAAJ/related/CaseArticles/view)

**Files (0)** (/lightning/r/Case/5003I00001FzbYvAAJ/related/AttachedContentDocuments/view)

⬆ Upload Files

**Open Activities (0)** (/lightning/r/Case/5003I00001FzbYvAAJ/related/OpenActivities/view)

**Activity History (1)** (/lightning/r/Case/5003I00001FzbYvAAJ/related/ActivityHistories/view)

[EXTERNAL] Information requested to process the claim     (./lightning/r/02s3I00001I6ZF8AAN/view) ▾
Name:
Task:
Due Date:     10/16/2021

View All

(/lightning/r/Case/5003I00001FzbYvAAJ/related/ActivityHistories/view)

**Attachments (1)** (/lightning/r/Case/5003I00001FzbYvAAJ/related/CombinedAttachments/view)

Jose R. Ortiz Solis.pdf
Oct 16, 2021 • Attachment

View All

(/lightning/r/Case/5003I00001FzbYvAAJ/related/CombinedAttachments/view)

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Ticket
**[EXTERNAL] Jose Rafael Ortiz Solis**

+ Follow    CloneTicket

| Status | Ticket Num... | Company Name | | Contact Name | Contact Ph... | Ticket Owner |
|---|---|---|---|---|---|---|
| Pendi... | 00960052 | PR Claims Info ... | | farmaciajomari ... | | Document Uplo... |

## Ticket Details

**Contact Name**
farmaciajomari (/lightning/r/0033l00002uBtF3AAK/view)

**Status**
Pending

**Inquiry Constituency**

**Parent Ticket** ●
00957817 (/lightning/r/5003l00001FzGTLAA3/view)

**Subject**
[EXTERNAL] Jose Rafael Ortiz Solis

**Ticket Owner**
Document Uploads

**Workflow**
Pending Document Upload

**Escalation Level**
(6) Excluded from Call Log

**Cloned** ●

**Description**

  Please open the attached document.

Sent by: [Unknown]
Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: Farmacia Jomari
Device Name: AL C8055

Farmacia Jomari
Calle Muñoz Rivera #18
Patillas, PR 00723
T. 787-839-2730
F. 787-271-0513

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure (https://www.kroll.com/disclosure). Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy (https://www.kroll.com/en/privacy-policy).

**Inquiry Description**

## Related

**Related Tickets (0)** (/lightning/r/Case/5003l00001FzbaDAAR/related/Cases/view)

⏱ History    📝 Notes    ➤ Macros    ○ Omni-Channel (Offline)

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**Emails (1)** (/lightning/r/Case/5003I00001FzbaDAAR/related/EmailMessages/view)

[EXTERNAL] Jose Rafael Ortiz Solis (/lightning/r/02s3I00001I6ZGQAA3/view) ▾

| | |
|---|---|
| From Address: | prclaimsinfo@primeclerk.com (mailto:prclaimsinfo@prim... |
| To Address: | farmaciajomari@gmail.com |
| Message Date: | 10/16/2021, 12:23 PM |

View All

(/lightning/r/Case/5003I00001FzbaDAAR/related/EmailMessages/view)

**Ticket Comments (0)** (/lightning/r/Case/5003I00001FzbaDAAR/related/CaseComments/view)

**Ticket History (3+)** (/lightning/r/5003I00001FzbaDAAR/related/Histories/view)

| | |
|---|---|
| Date: | 10/16/2021, 12:24 PM |
| Field: | Status |
| User: | Tiffany Reynoso (/lightning/r/0053I00000HXjLxAAL/view) |
| Original Value: | New |
| New Value: | Pending |
| Date: | 10/16/2021, 12:24 PM |
| Field: | Description |
| User: | Tiffany Reynoso (/lightning/r/0053I00000HXjLxAAL/view) |
| Original Value: | |
| New Value: | |
| Date: | 10/16/2021, 12:24 PM |
| Field: | Ticket Owner |
| User: | Tiffany Reynoso (/lightning/r/0053I00000HXjLxAAL/view) |
| Original Value: | Tiffany Reynoso |
| New Value: | Document Uploads |

View All

(/lightning/r/Case/5003I00001FzbaDAAR/related/Histories/view)

**Articles (0)** (/lightning/r/Case/5003I00001FzbaDAAR/related/CaseArticles/view)

**Files (0)** (/lightning/r/Case/5003I00001FzbaDAAR/related/AttachedContentDocuments/view)

⬆ Upload Files

**Open Activities (0)** (/lightning/r/Case/5003I00001FzbaDAAR/related/OpenActivities/view)

**Activity History (1)** (/lightning/r/Case/5003I00001FzbaDAAR/related/ActivityHistories/view)

🕐 History   📝 Notes   » Macros   ○ Omni-Channel (Offline)

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Email: [EXTERNAL] Jose Rafael Ortiz Solis (/lightning/r/02s3I00001I6ZGQAA3/view) ▾
Name:
Task:
Due Date:          10/16/2021

View All

(/lightning/r/Case/5003I00001FzbaDAAR/related/ActivityHistories/view)

**Attachments (1) (/lightning/r/Case/5003I00001FzbaDAAR/related/CombinedAttachments/view)** ▾

Documentos solicitados.pdf
Oct 16, 2021 • Attachment

View All

(/lightning/r/Case/5003I00001FzbaDAAR/related/CombinedAttachments/view)

**Feed**    Details

| Post | Email | Internal Comment | Change Status | Close the Case | Change Priority |

Share an update...                                                    [ Share ]

Most Recent Activity ▾                              🔍 Search this feed...    ⮕ ↻

**All Updates**    Emails    Text Posts    Status Changes

                                                                              ↻

∨   **Tiffany Reynoso (/lightning/r/0053I...**   October 16, 2021 at 12:24 PM (/lightning/r/0D... ▾
    (/lightning/r/0053I00000HXjLxAAL/vi…#/Ticket updated

    Workflow: A blank value to Pending Document Upload

    💬 Comment

∨   **Tiffany Reynoso (/lightning/r/0053I0...**   October 16, 2021 at 12:24 PM (/lightning/r/0D... ▾
    (/lightning/r/0053I00000HXjLxAAL/vi…#/Ticket updated

    Ticket Owner: Tiffany Reynoso to Document Uploads

    💬 Comment

∨   **Tiffany Reynoso (/lightning/r/0053I...**   October 16, 2021 at 12:24 PM (/lightning/r/0D... ▾
    (/lightning/r/0053I00000HXjLxAAL/vi…#/Ticket status updated

    Status: New to Pending

    💬 Comment

⏱ History   📝 Notes   ≫ Macros   ○ Omni-Channel (offline)  **Tiffany Reynoso (/lightning/r/0053I...**   October 16, 2021 at 12:23 PM (/lightning/r/0D... ▾
    (/lightning/r/0053I00000HXjLxAAL/vi…#/Ticket created

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Subject: [EXTERNAL] Jose Rafael Ortiz Solis
Status: New
Ticket Number: 00960052
Company Name: PR Claims Info
Contact Name: farmaciajomari
Contact Phone:
Ticket Owner: Tiffany Reynoso

💬 Comment

**Tiffany Reynoso** (/lightning/r/0053I...    October 16, 2021 at 12:23 PM (/lightning/r/0D...
(/lightning/r/0053I00000HXjLxAAL/vi...  ⌄) To: farmaciajomari ℹ

Please open the attached document.

Sent by: [Unknown]
Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: Farmacia Jomari
Device Name: AL C8055

Farmacia Jomari
Calle Muñoz Rivera #18
Patillas, PR 00723
T. 787-839-2730
F. 787-271-0513

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

📄 Documentos so...

↩ Reply    ↩ Reply All    → Forward    💬 Comment

🕐 History    📝 Notes    ➤ Macros    ○ Omni-Channel (Offline)

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*23/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK CITY corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 171301 (2)**

Signed this 23rd day of December 2021

_____

Andreea I. Boscor

