# EXHIBIT N

16 de septiembre de 2021

Prime Clerk, LLC
Grand Central Station
P.O. Box 4850
New York, NY. 10163-4850

RECEIVED

SEP 2 2 2021

PRIME CLERK LLC

Re:
RC: 171116- Salario Mínimo
RC: 111463- Ley 89- Romeraje



A quien pueda interesar:

En el día de, 16 de sept. de 2021, recibí una carta de ustedes informándome que se me rechaza la reclamación 171116 Debido a que no sometí la información que se solicitó por parte de ustedes.

Inmediatamente me comunique con ustedes por teléfono, y fui atendida por el Sr. John Valdés. El mismo me expresó que lo que sucedió fue que no envíe lo que fue solicitación en el tiempo reglamentario para ustedes. Quiero decirles y aclararle que inmediamente

que me enteré lo cual fue por un ex-compañero
de trabajo, ya que no se me envió carta
solicitándome la información, y además yo
estoy retirada (Jubilada del gobierno), y ustedes
no me la solicitaron Por lo tanto sometí
la misma con un formulario que mi
ex-compañero de trabajo me cedió.

El Sr. Valdés, persona con quien
hablé por teléfono, de Prime Clerk, me
expresó que les envíe copia de todo lo
que yo les he enviado, para someterlo
ante su consideración.

Adjunto copia de todo lo que se les
han enviado.

Muchas gracias por toda la atención
que puedan prestarle.

Cordialmente;

Amilda Pérez Nieves

16 de sept. de 2021.

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|------------------------|
| PEREZ NIEVES, AMILDA | 171116 | 10/3/2019 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | | Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|--------------------------------|
| PEREZ NIEVES, AMILDA | 171116 | 10/3/2019 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | | La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

*16/sept./21*

*Sr. John Valdés*

*antes del 20/sept/2021*

*Amey C*

\*\*\*CUST PR 1845 SRF 56088 PackID: 769 MMLID: 950421-P Svc: 374
PEREZ NIEVES, AMILDA
PO BOX 551
SAN SEBASTIAN PR 00685-0551

2

Prime Clerk, LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-
U.S. PO
PA
MEMP
PERMIT

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.

0068500551  B005

Prime Clerk
830 Third Ave, 9th Floor,
New York, NY 10022
Case No. 17-03283
In re Commonwealth of Puerto Rico
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

PRIME CLERK RECEIVED YOUR

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Commonwealth of Puerto Rico
(Supplemental
Information Processing Center
c/o Prime Clerk, LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

9590 9402 5190 9122 3971 54

2. Article Number (Transfer from service label)

7016 2710 0000 3921 8258

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

SEP 26 2019

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

NEW YORK, NY 10163

Certified Mail Fee  $3.45    0685
$    04

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required    $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage  $1.21

Total Postage and Fees  $7.41    07/24/2018

Sent To  Commonwealth of Puerto Rico - Claims Processing Center
Street and Apt. No., or PO Box No.  c/o Prime Clerk LLC Grand Center Station PO Box 4708
City, State, ZIP+4  New York NY 10163-4708

7016 1970 0001 2256 5835

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Center Station - PO Box 4708
New York, NY 10163-4708

9590 9402 2271 6225 4611 98

7016 1970 0001 2256 5835

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X W. McRae
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
W. McRae

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

NEW YORK

9590 9402 2270 9122 3971 54

**United States**
**Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP

Amilda Pérez Nieves
P.O. Box 551
San Sebastián, P.R.
00685

-055151

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not available* for international mail.
- Insurance coverage is *not available* for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, Domestic Return Receipt; attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800,** April 2015 (Reverse) PSN 7530-02-000-9047

USPS Tracking or call



YOUR OPINION CO
or call 1 800-410-

Clerk: 04
Bill #: 840-500601379-2-36

USPS TRACKING #
NEW YORK

9590 9402 2271 6225 4611 98

**United States**
**Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Amilda Pérez Nieves
P.O. Box 551
San Sebastián, P.Rico
00685

5

Instrucciones para conocer situación
(status) de "Salario Mínimo."
("Demanda al "Gobierno" pendiente
de pago")

1) Entrar a "Google", y escribir "Prime Clerk,"
y darle "Click"

2) Luego, Click a "Claims"

3) Click a Creditor Name, y escribir
mis apellidos (Pérez Nieves)

4) Click a "Enter".

Ahí aparece si me pagaron o no o
cualquier otra información

Nota:
Tengo que solicitar la otra demanda:
"Demanda al "Gobierno Federal"

SAN SEBASTIAN
211 CALLE RUIZ BELVIS
SAN SEBASTIAN, PR 00685-9998
428640-0685
(800)275-8777
09/23/2019 10:01 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | $0.55 | $0.55 |
| (Domestic) | | | |
| (NEW YORK, NY  10163) | | | |
| (Weight:0 Lb 0.60 Oz) | | | |
| (Estimated Delivery Date) | | | |
| (Thursday 09/26/2019) | | | |
| Certified | | | $3.50 |
| (USPS Certified Mail #) | | | |
| (70162710000039218258) | | | |
| Return Receipt | | | $2.80 |
| (USPS Return Receipt #) | | | |
| (9590940251909122397154) | | | |
| Affixed Postage | | | ($0.55) |
| (Affixed Amount:$0.55) | | | |

Total: $6.30

Cash $6.30

The timeliness of service to or from
destinations outside the contiguous US
may be affected by the limited
availability of transportation.

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER
(AYUDENOS A SERVIRLE MEJOR)

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE
(DEJENOS SABER ACERCA DE SU MAS
RECIENTE EXPERIENCIA CON EL CORREO)

Go to (Vaya a):
https://postalexperience.com/Pos

840-5006-0179-003-00048-80424-02

or scan this code with
your mobile device:
(o escanee este código con
su dispositivo móvil:)



---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

NEW YORK, NY 10163                    0685
                                        9

| Certified Mail Fee | $3.50 | $2.80 |
|---|---|---|

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $0.55

Total Postage and Fees  $6.85          09/23/2019

Sent To  Commonwealth of Puerto Rico Supplemental
Street and Apt. No., or PO Box No.  Information Processing Center c/o Prime Clerk LLC
City, State, ZIP+4®  850 Third Avenue Suite 412 Brooklyn NY 11232

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7016 2710 0000 3921 8258

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

MMLID: 684954

| | | | |
|---|---|---|---|
| ☑ | Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Titulo 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

---

**Part 1 / Parte 1**  **Identify the Claim / Identificar la reclamación**

1. **Who is the current creditor?**

   **¿Quién es el acreedor actual?**

   *Amilda Pérez Nieves*

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   148

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

---

2. **Has this claim been acquired from someone else?**

   **¿Esta reclamación se ha adquirido de otra persona?**

   ☑ No / No
   ☐ Yes. From whom?
   Sí. ¿De quién? _____

3. **Where should notices and payments to the creditor be sent?**

   **Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)**

   **¿A dónde deberían enviarse las notificaciones al acreedor?**

   **Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g**

   **Where should notices to the creditor be sent?**
   **¿A dónde deberían enviarse las notificaciones al acreedor?**

   (787) 308-4256
   Contact phone / Teléfono de contacto

   _____
   Contact email / Correo electrónico de contacto

   **Where should payments to the creditor be sent?** (if different)
   **¿A dónde deberían enviarse los pagos al acreedor?** (En caso de que sea diferente)

   Amilda Pérez Nieves
   Name / Nombre

   P.O. Box 551
   Number / Número        Street / Calle

   San Sebastián P.R.        00685
   City / Ciudad        State / Estado        ZIP Code / Código postal

   _____
   Contact phone / Teléfono de contacto

   amildaperez@gmail.com
   Contact email / Correo electrónico de contacto

4. **Does this claim amend one already filed?**

   **¿Esta reclamación es una enmienda de otra presentada anteriormente?**

   ☑ No / No
   ☐ Yes.  Claim number on court claims registry (if known)
   Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
   Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

5. **Do you know if anyone else has filed a proof of claim for this claim?**

   **¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?**

   ☑ No / No
   ☐ Yes. Who made the earlier filing?
   Sí. ¿Quién hizo la reclamación anterior? _____

---

**Part 2 / Parte 2:**    **Give Information About the Claim as of the Petition Date**
**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

6. **Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

   **¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?**

   ☐ No / No
   ☑ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
   Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

   Estado Libre Asociado - Dpto. de la Familia
   Demanda KAC-0908-09 - Caso Francisco Beltran

7. **Do you supply goods and / or services to the government?**

   **¿Proporciona bienes y / o servicios al gobierno?**

   ☐ No / No
   ☑ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

   Vendor / Contract Number | Número de proveedor / contrato: Empleada

   List any amounts due after the Petition Date (listed above) but before June 30, 2017:
   Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

Modified Official Form 410

Case:17-03283-LTS Doc#:20000-1 Filed:02/02/22 Entered:02/02/22 18:18:02 Desc:
Exhibit N -Amilda Prez Nieves Sp Page 13 of 59

9

8. How much is the claim?

¿Cuál es el importe de la reclamación?

$ _Desconocido_

**Does this amount include interest or other charges?**
**¿Este importe incluye intereses u otros cargos?**

☑ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

---

9. **What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_Reclamación Laboral - Cobro dinero - Salario Mínimo._

---

10. **Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☑ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

**Value of property / Valor del bien:** $ _____

**Amount of the claim that is secured /**
**Importe de la reclamación que está garantizado:** $ _____

**Amount of the claim that is unsecured /**
**Importe de la reclamación que no está garantizado:** $ _____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $ _____

**Annual Interest Rate** (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso) _____ %
☐ Fixed / Fija
☐ Variable / Variable

---

11. **Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☑ No / No

☐ Yes. **Amount necessary to cure any default as of the Petition Date.**
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

**12. Is this claim subject to a right of setoff?**

¿La reclamación está sujeta a un derecho de compensación?

☑ No / No

☐ Yes. Identify the property / Sí. Identifique el bien: _____

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☑ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.          $ _____

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  24-julio-2018  (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma  *Amilda Pérez Nieves*

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name _____

First name / Primer nombre       Middle name / Segundo nombre       Last name / Apellido

Title / Cargo _____

Company / Compañía _____

Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____

Number / Número       Street / Calle

_____

City / Ciudad                         State / Estado       ZIP Code / Código postal

Contact phone / Teléfono de contacto _____  Email / Correo electrónico _____

Modified Official Form 410

Proof of Claim

page 4

Case:17-03283-LTS   Doc#:20000-1   Filed:02/02/22   Entered:02/02/22 18:18:02   Desc:
Exhibit N -Amilda Prez Nieves Sp   Page 15 of 59

18

24 de julio de 2018

Por desconocimiento no se les
hizo llegar esta petición cuando
ustedes vinieron a P.R., por lo
que se les está enviando en este
momento.

Gracias por la atención
al asunto.

Sra. Amilda Pérez Nieves



USPS TRACKING #

9590 9402 5190 9122 3969 28

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Amilda Pérez Nieves
P.O. BOX 551
San Sebastián, P.R. 00685

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Commonwealth of Puerto Rico
Supplemental
Information Processing Center
c/o Prime Clerk LLC
Grand Central Station PO Box 4708
New York N.Y 10163-4708

9590 9402 5190 9122 3969 28

2. Article Number (Transfer from service label)

7019 0700 0000 4054 1358

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

*Número de Evidencia de Reclamación:* **111463**
*Reclamante*: **Perez Nieves, Amilda**

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

   ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   Desonozco. Se que fue desde que se aprobó la "ley." Constituye un fundamento para la reclamación yo era estaba empleada desde antes de la Ley.

*Número de Evidencia de Reclamación:* **111463**
*Reclamante*: **Perez Nieves, Amilda**

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐   No. *Pase a la Pregunta 4.*
   - ☐   Sí. **Responda preguntas 3(a)-(d).**

3(a).  Identifique el organismo o departamento específico en el que trabaja o trabajó:

_____

3(b).  Identifique las fechas de su empleo con relación a su reclamación:

_____

3(c).  Últimos cuatro dígitos de su número de seguro social: _____

3(d).  Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   - ☐   Jubilación
   - ☐   Salarios impagos
   - ☐   Días por enfermedad
   - ☐   Queja con el sindicato
   - ☐   Vacaciones
   - ☐   Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

_____

_____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ~~ya cerrada~~ o pendiente de resolución?   *Salario Mínimo - Creo que ya hizo realizó la resolución, pero falta el pago.*
   - ☐   No.
   - ☐   Sí. **Responda Preguntas 4(a)-(f).**

4(a).  Identifique el departamento o agencia que es parte de esta acción.

*Departamento de la Familia*

4(b).  Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

*Commowealth of Puerto Rico - Claims Processing Center c/o Prime Clerk LLC*
*1 Grand Center Station*
*P-O Box 4708, New York*
*10163-4708*

4(c).  Número de caso: *111463*

4(d).  Título, epígrafe, o nombre del caso:

*In re Commonwealth of Puerto Rico Case No. 17-03283*
*United States Bankruptcy Court for District of*
*Puerto Rico (San Juan)*

990123400372205

Case:17-03283-LTS   Doc#:20000-1   Filed:02/02/22   Entered:02/02/22 18:18:02   Desc:
Exhibit N -Amilda Prez Nieves Sp   Page 20 of 59

3

*Número de Evidencia de Reclamación:* **111463**
*Reclamante:* **Perez Nieves, Amilda**

4(e).  Estado del caso (pendiente de resolución, en apelación, o cerrado):

Tengo entendido que ya se efectuó la resolución, pero no he recibo la paga.

4(f).  ¿Tiene usted una sentencia impaga? Sí / (No) (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

APD

_____





**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

NEW YORK, NY 10163

OFFICIAL USE

| Certified Mail Fee | $3.50 | | 0685 |
| Extra Services & Fees (check box, add fee as appropriate) | | $2.80 | 04 |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | $0.00 | |
| Postage | $0.55 | | |
| | | | 09/30/2019 |
| Total Postage and Fees | $6.85 | | |

Sent To
*Commonwealth of Puerto Rico Claims Processing*
Street and Apt. No., or PO Box No.
*C/o Prime Clerk LLC Grand Center Station PBBox Center*
City, State, ZIP+4® *4708*
*New York, N.Y. 10163 - 4708*

PS Form 3800, April 2015  PSN 7530-02-000-9047   See Reverse for Instructions

7019 0700 0000 4054 1358

SAN SEBASTIAN
211 CALLE RUIZ BELVIS
SAN SEBASTIAN, PR 00685-9998
428640-0685
(800)275-8777
09/30/2019 10:54 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| BarnSwllw #10 Env | 1 | $0.69 | $0.69 |
| Total: | | | $0.69 |

| Cash | $1.00 |
|---|---|
| Change | ($0.31) |

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER
(AYUDENOS A SERVIRLE MEJOR)

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE
(DEJENOS SABER ACERCA DE SU MAS
RECIENTE EXPERIENCIA CON EL CORREO)

Go to (Vaya a):
https://postalexperience.com/Pos

840-5006-0179-001-00042-56767-01

or scan this code with
your mobile device:
(o escanee este código con
su dispositivo móvil:)



or call (o llame al)
1-800-410-7420.

YOUR OPINION COUNTS
(SU OPINIÓN CUENTA)

---

SAN SEBASTIAN
211 CALLE RUIZ BELVIS
SAN SEBASTIAN, PR 00685-9998
428640-0685
(800)275-8777
09/30/2019 11:49 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | $0.55 | $0.55 |
| (Domestic) | | | |
| (NEW YORK, NY  10163) | | | |
| (Weight:0 Lb 0.60 Oz) | | | |
| (Estimated Delivery Date) | | | |
| (Thursday 10/03/2019) | | | |
| Certified | | | $3.50 |
| (USPS Certified Mail #) | | | |
| (70190700000040541358) | | | |
| Return Receipt | | | $2.80 |
| (USPS Return Receipt #) | | | |
| (9590940251909122396928) | | | |
| Affixed Postage | | | ($0.55) |
| (Affixed Amount:$0.55) | | | |
| Total: | | | $6.30 |

| Cash | $6.30 |
|---|---|

The timeliness of service to or from
destinations outside the contiguous US
may be affected by the limited
availability of transportation.

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER
(AYUDENOS A SERVIRLE MEJOR)

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE
(DEJENOS SABER ACERCA DE SU MAS
RECIENTE EXPERIENCIA CON EL CORREO)

Go to (Vaya a):
https://postalexperience.com/Pos

840-5006-0179-002-00050-52293-02

or scan this code with
your mobile device:
(o escanee este código con
su dispositivo móvil:)



UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

Amilda Pérez Nieves

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor _____
Otros nombres que el acreedor usó con el deudor _____

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom?
Sí. ¿De quién? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

Where should notices to the creditor be sent?
¿A dónde deberían enviarse las notificaciones al acreedor?

Amilda Pérez Nieves
Name / Nombre

P.O. Box 551
Number / Número     Street / Calle

San Sebastián P.R    00685
City / Ciudad   State / Estado   ZIP Code / Código postal

(787) 308-4256
Contact phone / Teléfono de contacto

amildaperez@gmail.com
Contact email / Correo electrónico de contacto

Where should payments to the creditor be sent? (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre _____

Number / Número     Street / Calle _____

City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto _____

Contact email / Correo electrónico de contacto _____

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☐ No / No
☐ Yes. Claim number on court claims registry (if known)
Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
Filed on / Presentada el _____
(MM /DD/YYYY) / (DD/MM/AAAA)

No recuerdo

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☐ No / No
☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior? _____

No recuerdo

---

**Part 2 / Parte 2:**    Give Information About the Claim as of the Petition Date

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☒ No / No
☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y/o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____

Desconozco

---

Modified Official Form 410     Proof of Claim     page 2

1

**8. How much is the claim?** $_____

¿Cuál es el importe de la reclamación?

DESCONOZCO

. Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

---

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

(Romerazo) Ley 89

---

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☐ No / No

☑ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: (Romerazo) Ley 89

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

Value of property / Valor del bien: $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

---

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☑ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____

---

| | |
|---|---|
| **12. Is this claim subject to a right of setoff?**<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br><br>☒ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?** | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received $_____ by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

**Part 3 / Parte 3:**

### Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el __09/30/2019__ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma __Amilda Pérez Nieves__

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name __Amilda__ __Pérez__ __Nieves__
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección __P.O. Box 551-__
Number / Número    Street / Calle

__San Sebastián__ __P.R.__ __00685__
City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto __(787) 308-4256__ Email / Correo electrónico __amildaperez@gmail.com__

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

Amilda Pérez Nieves

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

| 2. | Has this claim been acquired from someone else? | ☒ No / No |
|---|---|---|
| | ¿Esta reclamación se ha adquirido de otra persona? | ☐ Yes. From whom? Sí. ¿De quién? _____ |

| 3. | Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? ¿A dónde deberían enviarse las notificaciones al acreedor? | Where should payments to the creditor be sent? (If different) ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente) |
|---|---|---|---|
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) ¿A dónde deberían enviarse las notificaciones al acreedor? Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | **Amilda Pérez Nieves** Name / Nombre **P.O. Box 551** Number / Número   Stre   Calle **San Sebastián, P.R   00685** City / Ciudad   State / Estado   ZIP Code / Código postal **(787) 308-4256** Contact phone / Teléfono de contacto **amildaperez @ gmail.com** Contact email / Correo electrónico de contacto | Name / Nombre Number / Número   Street / Calle City / Ciudad   State / Estado   ZIP Code / Código postal Contact phone / Teléfono de contacto Contact email / Correo electrónico de contacto |

| 4. | Does this claim amend one already filed? | ☐ No / No |
|---|---|---|
| | ¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☐ Yes.  Claim number on court claims registry (if known) Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____ Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)  **No recuerdo** |

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☐ No / No |
|---|---|---|
| | ¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☐ Yes. Who made the earlier filing? Sí. ¿Quién hizo la reclamación anterior?_____  **No recuerdo** |

| **Part 2 / Parte 2:** | **Give Information About the Claim as of the Petition Date** **Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.** |
|---|---|

| 6. | Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico? | ☒ No / No |
|---|---|---|
| | ¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.) Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/). |

| 7. | Do you supply goods and / or services to the government? | ☒ No / No |
|---|---|---|
| | ¿Proporciona bienes y / o servicios al gobierno? | ☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación: Vendor / Contract Number | Número de proveedor / contrato: _____ List any amounts due after the Petition Date (listed above) but before June 30, 2017: Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____  **Desconozco** |

| 12. Is this claim subject to a right of setoff? <br><br> ¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No <br> ☒ Yes. Identify the property / <br> Sí. Identifique el bien: _____ |
|---|---|

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? <br><br> ¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No <br><br> ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim. <br><br> Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. | $_____ |
|---|---|---|

## Part 3 / Parte 3:

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  09/30/2019  (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma  *Amilda Pez Nieves*

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name  Amilda  Pérez  Nieves
      First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección  P.O. Box 551 —   A.P.N.
                    Number / Número   Street / Calle

San Sebastián                        P.R.  00685
City / Ciudad                        State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto (787) 308-4256  Email / Correo electrónico amildaperez@gmail.com

8. **How much is the claim?**

   ¿Cuál es el importe de la reclamación?

   $ _____

   Desconozco

   Does this amount include interest or other charges?
   ¿Este importe incluye intereses u otros cargos?

   ☐ No / No

   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
   Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

9. **What is the basis of the claim?**

   ¿Cuál es el fundamento de la reclamación?

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

   Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

   (Romerazo)   Ley 89        APD

10. **Is all or part of the claim secured?**

    ¿La reclamación está garantizada de manera total o parcial?

    ☐ No / No

    ☒ Yes. The claim is secured by a lien on property.
    Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

    Nature of property / Naturaleza del bien:
    ☐ Motor vehicle / Vehículos

    ☐ Other. Describe:
    Otro. Describir:   (Romerazo)   Ley 89

    Basis for perfection / Fundamento de la realización de pasos adicionales: _____

    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

    Value of property / Valor del bien:   $ _____

    Amount of the claim that is secured /
    Importe de la reclamación que está garantizado: $ _____

    Amount of the claim that is unsecured /
    Importe de la reclamación que no está garantizado: $ _____
    (The sum of the secured and unsecured amounts should match the amount in line 7.)
    (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

    Amount necessary to cure any default as of the Petition Date /
    Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ _____

    Annual Interest Rate (on the Petition Date)
    Tasa de interés anual (cuando se presentó el caso) _____ %
    ☐ Fixed / Fija
    ☐ Variable / Variable

11. **Is this claim based on a lease?**

    ¿Esta reclamación está basada en un arrendamiento?

    ☒ No / No

    ☐ Yes. Amount necessary to cure any default as of the Petition Date.
    Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

Modified Official Form 410

Proof of Claim

PR 1845 SRF 35480 PackID: 14685 MMLID: 8204720 SVC: Batch 3
Perez Nieves, Amilda
P.O Box 551
San Sebastian PR 00685

**Responda a esta carta el 3 de Octubre de 2019 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada.**

Tenga en cuenta que solo necesita devolver **un formulario**, ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRClaimsInfo@primeclerk.com.**

**Please respond to this letter on or before October 3, 2019 by returning the enclosed questionnaire with the requested information and documentation.**

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com.**

**Batch 3**

Centro de procesamiento de información complementaria
del Estado Libre Asociado de Puerto Rico
Grand Central Station, PO Box 4708
New York, NY 10163-4708
Tel.: (844) 822-9231
PRClaimsInfo@primeclerk.com

SRF 35480

*u*

### *** Se requiere respuesta ***

> **ESTA CARTA SE RELACIONA CON UNA EVIDENCIA DE RECLAMACIÓN QUE RADICÓ CONTRA EL GOBIERNO DE PUERTO RICO EN LOS PROCEDIMIENTOS AL AMPARO DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD ECONÓMICA DE PUERTO RICO.**
>
> **LEA ESTA CARTA CUIDADOSAMENTE Y RESPONDA SEGÚN LAS INSTRUCCIONES QUE SE INDICAN A CONTINUACIÓN. SI USTED NO RESPONDE, LOS DEUDORES PODRÁN TOMAR MEDIDAS LEGALES PARA QUE SU RECLAMACIÓN SEA TOTAL O PARCIALMENTE DESESTIMADA.**

3 de Septiembre de 2019

Asunto:      Evidencia de reclamación en virtud de la ley PROMESA
*En el caso Estado Libre Asociado de Puerto Rico*, Caso No. 17-03283
Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Estimado/a:

Esta carta se relaciona con una evidencia de reclamación que usted radicó en los casos al amparo del Título III (los "Casos del Título III") contra el Estado Libre Asociado de Puerto Rico, la Autoridad de Carreteras y Transportación de Puerto Rico, o Autoridad de Energía Eléctrica del gobierno del Estado Libre Asociado de Puerto Rico (en conjunto, los "Deudores"). Prime Clerk LLC mantiene el registro oficial de reclamaciones en los Casos al amparo del Título III para el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"), y se comunica con usted en representación de los Deudores.

Los registros del Deudor reflejan que usted ha radicado una evidencia de reclamación que ha sido anotada por Prime Clerk LLC con el número de Evidencia de Reclamación **111463** . Usted puede descargar una copia de su reclamación visitando el sitio web de Prime Clerk en: https:// cases.primeclerk.com/puertorico/Home-ClaimInfo.

Se requiere información adicional para que los Deudores continúen evaluando su reclamación. Con la información que usted ha proporcionado, los Deudores no pueden determinar los fundamentos, la naturaleza, o la cantidad de la reclamación que usted pretende formular contra uno o más de los Deudores. En respuesta a esta carta, asegúrese de proporcionar toda la información solicitada y todo el detalle posible sobre su reclamación. Las descripciones que incluyó en su evidencia de reclamación son demasiado imprecisas como para que los Deudores comprendan la reclamación que trata de formular; por ese motivo, proporcione más información y no se limite simplemente a copiar la misma información.

**Batch 3**

1



**Responda a esta carta el 3 de Octubre de 2019 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Envíe el formulario completado y la documentación de apoyo por correo electrónico a PRClaimsInfo@primeclerk.com, o por correo, entrega en mano, o servicio de correo postal de 24 horas a la siguiente direcciónes:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

Si usted <u>no</u> responde a esta solicitud y <u>no</u> proporciona la información y documentación solicitadas para fundamentar su reclamación, los Deudores podrán verse en la obligación de objetar a su reclamación.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRClaimsInfo@primeclerk.com.**

NOTA: Prime Clerk, LLC es el agente de reclamaciones y notificaciones en los Casos al amparo del Título III y no puede proporcionar asesoramiento legal o financiero.

Atentamente,

Prime Clerk, LLC



990123400372205

12

Commonwealth of Puerto Rico Supplemental Information Processing Center

SRF 35480

c/o Prime Clerk
Grand Central Station, PO Box 4708
New York, NY 10163-4708
T: (844) 822-9231
PRClaimsInfo@primeclerk.com

### *** Response Required ***

THIS LETTER RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE
GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO
RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.

PLEASE READ THIS LETTER CAREFULLY AND RESPOND IN ACCORDANCE
WITH THE INSTRUCTIONS BELOW. FAILURE TO RESPOND MAY RESULT IN THE
DEBTORS TAKING LEGAL ACTION TO FULLY OR PARTIALLY DISALLOW YOUR
CLAIM.

September 3, 2019

Re:    PROMESA Proof of Claim
       *In re Commonwealth of Puerto Rico*, Case No. 17-03283
       United States District Court for the District of Puerto Rico

Dear Sir or Madam:

This letter relates to a proof of claim you filed in the Title III cases (the "Title III Cases") against the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, or Employees
Retirement System of the Government of the Commonwealth of Puerto Rico (collectively, the "Debtors).
Prime Clerk LLC, maintains the official claims register in the Title III Cases for the United States
District Court in the District of Puerto Rico (the "Court"), and is reaching out to you on behalf of
the Debtors.

The Debtors' records reflect that you filed a proof of claim that was logged by Prime Clerk LLC
as Proof of Claim Number **111463** . You may download a copy of your claim by visiting Prime
Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Additional information is required in order for the Debtors to continue with assessing your claim.
The Debtors are unable to determine from the information you provided the basis, nature, or
amount for the claim you are attempting to assert against one or more of the Debtors. In responding
to this letter, please ensure that you provide all of the information requested and as much detail as
possible about your claim. The descriptions you put on your proof of claim were too vague for the
Debtors to understand the claim you are trying to assert, so please provide more detail and do not
simply copy over the same information.

**Please respond to this letter on or before October 3, 2019 by returning the enclosed
questionnaire with the requested information and documentation.**

Batch 3



990123400372205

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

| First Class Mail | Overnight or Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

If you do not respond to this request and do not provide the requested information and documentation in support of your claim, the Debtors may be forced to object to your claim.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com.**

PLEASE NOTE: Prime Clerk, LLC is the claims and noticing agent in the Title III Cases, and cannot provide legal or financial advice.

Thank you,

Prime Clerk, LLC



990123400372205

*Proof of Claim:* **111463**
*Claimant:* **Perez Nieves, Amilda**

*13*

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide <u>more</u> information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Questionnaire

1.  **What is the basis of your claim?**

    □ A pending or closed legal action with or against the Puerto Rican government

    □ Current or former employment with the Government of Puerto Rico

    □ Other (Provide as much detail as possible below. Attach additional pages if needed.)

    _____

2.  **What is the amount of your claim (how much money do you claim to be owed):**

    _____

3.  **Employment.** **Does your claim relate to current or former employment with the Government of Puerto Rico?**

    □ No. *Please continue to Question 4.*

    □ Yes. **Answer Questions 3(a)-(d).**

3(a). Identify the specific agency or department where you were or are employed:

    _____

**Batch 3**



990123400372205

*Proof of Claim:* **111463**
*Claimant:* **Perez Nieves, Amilda**

3(b).  Identify the dates of your employment related to your claim:

_____

3(c).  Last four digits of your social security number: _____

3(d).  What is the nature of your employment claims (select all applicable):

    ☐   Pension

    ☐   Unpaid Wages

    ☐   Sick Days

    ☐   Union Grievance

    ☐   Vacation

    ☐   Other (Provide as much detail as possible.  Attach additional pages if necessary).

       _____

       _____

**4.  Legal Action.  Does your claim relate to a pending or closed legal action?**

    ☐   No.

    ☐   Yes.  **Answer Questions 4(a)-(f).**

4(a).  Identify the department or agency that is a party to the action.

_____

4(b).  Identify the name and address of the court or agency where the action is pending:

_____

4(c).  Case number: _____

4(d).  Title, Caption, or Name of Case: _____

4(e).  Status of the case (pending, on appeal, or concluded): _____

4(f).  Do you have an unpaid judgment? Yes  /  No  (Circle one)

    If yes, what is the date and amount of the judgment? _____



990123400372205

14

*Número de Evidencia de Reclamación:* **111463**
*Reclamante*: **Perez Nieves, Amilda**

4(e).  Estado del caso (pendiente de resolución, en apelación, o cerrado):

Tengo entendido que ya

4(f).  ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____



990123400372205

SAN SEBASTIAN
211 CALLE RUIZ BELVIS
SAN SEBASTIAN, PR 00685-9998
428640-0685
(800)275-8777
11/12/2019 02:50 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Mailer 10.5 x 16 | 1 | $1.49 | $1.49 |
| First-Class Mail® | 1 | $1.30 | $1.30 |
| Large Envelope | | | |
| (Domestic) | | | |
| (NEW YORK, NY 10163) | | | |
| (Weight:0 Lb 3.00 Oz) | | | |
| (Estimated Delivery Date) | | | |
| (Friday 11/15/2019) | | | |
| Certified | | | $3.50 |
| (USPS Certified Mail #) | | | |
| (70183090000212232819) | | | |
| Return Receipt | | | $2.80 |
| (USPS Return Receipt #) | | | |
| (9590940245848278916590) | | | |
| Total: | | | $9.09 |

Cash                                    $10.10
Change                                  ($1.01)

The timeliness of service to or from
destinations outside the contiguous US
may be affected by the limited
availability of transportation.

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER
(AYUDENOS A SERVIRLE MEJOR)

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE
(DEJENOS SABER ACERCA DE SU MAS
RECIENTE EXPERIENCIA CON EL CORREO)

Go to (Vaya a):
https://postalexperience.com/Pos

840-5006-0179-001-00043-84925-01

or scan this code with
your mobile device:
(o escanee este código con
su dispositivo móvil:)



MONEY ORDER RECEIPT - NON NEGOTIABLE

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

7018 3090 0002 1223 2819

| Certified Mail Fee | $3.50 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| Return Receipt (hardcopy) $ | |
| Return Receipt (electronic) $ | |
| Certified Mail Restricted Delivery $ | |
| Adult Signature Required $ | |
| Adult Signature Restricted Delivery $ | |
| Postage $1.30 | |
| Total Postage and Fees $ | |

Postmark Here

11/12/2019

0685
03



**USPS TRACKING #**
NEW YORK

9590 9402 4584 8278 9165 90

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Amilda Pérez Nieves
P.O. Box 551
San Sebastián, P.R. 00685

NOV 18 2019
GRAND CENTRAL P.O.
NEW YORK, N.Y.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Commonwealth of Puerto Rico Supplemental
Information Processing Center
c/o Prime Clerk, LLC
Grand Central Station, P.O.Box 4708
New York, N.Y. 10163-4708

9590 9402 4584 8278 9165 90

2. Article Number *(Transfer from service label)*

7018 3090 0002 1223 2819

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

*4*

PR 1845 SRF 37158 PackID: 252 MMLID: 8568885SVC: Batch 8
PEREZ NIEVES, AMILDA
PO BOX 551
SAN SEBASTIAN PR 00685-0551

Responda a esta carta el 1 de diciembre de 2019 o antes, devolviendo el cuestionario adjunto con la
información y documentación solicitada.

Tenga en cuenta que solo necesita devolver **un formulario**, ya sea en inglés **o** español.

Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231
(llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales),
disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo
electrónico **PRClaimsInfo@primeclerk.com**.

Please respond to this letter on or before December 1, 2019 by returning the enclosed questionnaire with the
requested information and documentation.

Note, you only need to return **one** form, either in English **or** Spanish.

If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free
for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic
Standard Time) (Spanish available), or email **PRClaimsInfo@primeclerk.com**.

Batch 8

*Número de Evidencia de Reclamación:* **171116**                                       7
*Reclamante:* **PEREZ NIEVES, AMILDA**

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables.  Incluya el mayor nivel de detalle posible en sus respuestas.  **Sus respuestas deben proporcionar <u>más información de la que se incluye en la evidencia de reclamación inicial</u>.**  A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.
Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

   ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☒ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   DESCONOZCO

**Batch 8**


990123400446504

*Número de Evidencia de Reclamación:* **171116**
*Reclamante*: **PEREZ NIEVES, AMILDA**

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o <u>anterior</u> en el gobierno de Puerto Rico?

   ☐ No. *Pase a la Pregunta 4.*

   ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   _DEPARTAMENTO DE LA FAMILIA (ADSEF)_

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   _JULIO 1979 APROXIMADAMENTE_

3(c). Últimos cuatro dígitos de su número de seguro social: _0685_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   ☐ Jubilación

   ☒ Salarios impagos

   ☐ Días por enfermedad

   ☐ Queja con el sindicato

   ☐ Vacaciones

   ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____

   _____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ☐ No.

   ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
   _DEPARTAMENTO DE LA FAMILIA (ADSEF)_

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
   _TRIBUNAL DE QUIEBRA (JCF)_

4(c). Número de caso: _17-bK-03283_

4(d). Título, epígrafe, o nombre del caso:
   _ESTADO LIBRE ASOCIADO DE P.R._

**Batch 8**                                   2


990123400446504

*Número de Evidencia de Reclamación:* **171116**
*Reclamante:* **PEREZ NIEVES, AMILDA**

4(e).  Estado del caso (<u>pendiente de resolución</u>, en apelación, o cerrado):

_PENDIENTE_

4(f).  ¿Tiene usted una sentencia impaga? Sí  /  No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

990123400446504

*Proof of Claim:* **171116**
*Claimant:* **PEREZ NIEVES, AMILDA**

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide <u>more</u> information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addressees:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Questionnaire

**1. What is the basis of your claim?**

- ☐ A pending or closed legal action with or against the Puerto Rican government
- ☐ Current or former employment with the Government of Puerto Rico
- ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

---

**2. What is the amount of your claim (how much money do you claim to be owed):**

---

**3. Employment. Does your claim relate to current or former employment with the Government of Puerto Rico?**
- ☐ No. *Please continue to Question 4.*
- ☐ Yes. **Answer Questions 3(a)-(d).**

3(a). Identify the specific agency or department where you were or are employed:

---



990123400446504

*Proof of Claim:* **171116**
*Claimant:* **PEREZ NIEVES, AMILDA**

3(b). Identify the dates of your employment related to your claim:

_____

3(c). Last four digits of your social security number: _____

3(d). What is the nature of your employment claims (select all applicable):

- ☐   Pension
- ☐   Unpaid Wages
- ☐   Sick Days
- ☐   Union Grievance
- ☐   Vacation
- ☐   Other (Provide as much detail as possible.  Attach additional pages if necessary).

_____

_____

**4.   Legal Action.  Does your claim relate to a pending or closed legal action?**

- ☐   No.
- ☐   Yes.  **Answer Questions 4(a)-(f).**

4(a).  Identify the department or agency that is a party to the action.

_____

4(b).  Identify the name and address of the court or agency where the action is pending:

_____

4(c).  Case number: _____

4(d).  Title, Caption, or Name of Case: _____

4(e).  Status of the case (pending, on appeal, or concluded): _____

4(f).  Do you have an unpaid judgment? Yes / No  (Circle one)

   If yes, what is the date and amount of the judgment? _____



990123400446504

SRF 37158

5

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk
Grand Central Station, PO Box 4708
New York, NY 10163-4708
T: (844) 822-9231
PRClaimsInfo@primeclerk.com

### *** Response Required ***

THIS LETTER RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE
GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO
RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.

PLEASE READ THIS LETTER CAREFULLY AND RESPOND IN ACCORDANCE
WITH THE INSTRUCTIONS BELOW. FAILURE TO RESPOND MAY RESULT IN THE
DEBTORS TAKING LEGAL ACTION TO FULLY OR PARTIALLY DISALLOW YOUR
CLAIM.

November 1, 2019

Re:   PROMESA Proof of Claim
      *In re Commonwealth of Puerto Rico*, Case No. 17-03283
      United States District Court for the District of Puerto Rico

Dear Sir or Madam:

This letter relates to a proof of claim you filed in the Title III cases (the "Title III Cases") against the
Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, or Employees
Retirement System of the Government of the Commonwealth of Puerto Rico (collectively, the "Debtors).
Prime Clerk LLC, maintains the official claims register in the Title III Cases for the United States
District Court in the District of Puerto Rico (the "Court"), and is reaching out to you on behalf of
the Debtors.

The Debtors' records reflect that you filed a proof of claim that was logged by Prime Clerk LLC
as Proof of Claim Number **171116** .  You may download a copy of your claim by visiting Prime
Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Additional information is required in order for the Debtors to continue with assessing your claim.
The Debtors are unable to determine from the information you provided the basis, nature, or
amount for the claim you are attempting to assert against one or more of the Debtors. In responding
to this letter, please ensure that you provide all of the information requested and as much detail as
possible about your claim.  The descriptions you put on your proof of claim were too vague for the
Debtors to understand the claim you are trying to assert, so please provide more detail and do not
simply copy over the same information.

**Please respond to this letter on or before December 1, 2019 by returning the enclosed
questionnaire with the requested information and documentation**.

Batch 8



990123400446504

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

| **First Class Mail** | **Overnight or Hand Delivery** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

If you do <u>not</u> respond to this request and do <u>not</u> provide the requested information and documentation in support of your claim, the Debtors may be forced to object to your claim.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com.**

PLEASE NOTE: Prime Clerk, LLC is the claims and noticing agent in the Title III Cases, and cannot provide legal or financial advice.

Thank you,

Prime Clerk, LLC

Case:17-03283-LTS   Doc#:20000-1   Filed:02/02/22   Entered:02/02/22 18:18:02   Desc:
Exhibit N -Amilda Prez Nieves Sp   Page 50 of 59

9

Respuestas a
Preguntas #2 y #3 del Cuestionario

Cuestionario:

1. ¿Cuál es el fundamento de la reclamación?

Una acción legal pend. de pago.

2. ¿Cuál es el monto de la reclamación?

Desconozco. Se que fue desde que se aprobó la ley. Constituye un fundamento para la reclamación ya que yo estaba ya empleado antes de la "Ley". Esta ley fue Ley 89 de 12 de julio de 1979, Ley de Retribución Uniforme por años de servicio, fueron concedidos de acuerdo con lo dispuesto en la ley. Yo comencé a trabajar en el Dpto. de la Familia en el 1974, y me jubilé efectivo el 1 de febrero de 2008. Esa Ley es de Retribución Uniforme por años de servicio.

( Ver Comunicación del 30 de junio de 2012
( Demanda en el caso civil K AC-2003-3604
De ese dinero no he recibido                (902)(Romera
ni un centavo.

La Lcda. María A. Ortiz Rivera PSC de San Juan, quien atendió la apelación en aquel tiempo de todos los afectados nos solicitó un cheque por $125.00 (contratación de la abogada + la Lcd) y otro por $10.00 los cuales envié. Adjunto copia de los mismos.

Pregunta 4 de la última hoja:

Se les pagó a los Bomberos, y a parte de Otras Agencias
pero al Depto. de la Fam. solamente creo que lo pagarán al
Grupo I

**LCDA. MARÍA A ORTIZ RIVERA PSC**
**269 ELEONOR ROOSEVELT**
**SAN JUAN PR 00918**
**(787) 765-7828 FAX (787)751-6758**
mariaortizriverapsc@gmail.com

30 de junio de 2012

**A:**   **Demandantes en el caso civil KAC-2003-3604(902) (Romerazo)**

RE:   Informe de hallazgos de análisis retributivo de los expedientes de personal evaluados

Estimados Clientes:

Saludos cordiales a todos y todas los clientes de nuestra oficina en el caso de referencia.

Como es del conocimiento de algunos, (por llamada a la oficina) ya hemos recibido el Informe Pericial de expedientes analizados en el caso del Romerazo del Departamento de la Familia. A continuación expondré de forma sencilla el proceso que se llevó a cabo y sus resultados:

1. Recopilación de los datos de los expedientes de personal sobre las diferentes transacciones retributivas efectuadas para cada reclamante de la muestra seleccionada, desde la fecha de su nombramiento.
2. Análisis de cada transacción, lo cual conllevó rehacer las mismas a tenor con lo dispuesto con la ley que de la cual se tratara, o de la norma o procedimiento que originó cada uno de éstos.

Como saben, este proceso de revisión de expedientes ha tomado más de 2 ½ años. Del análisis se despende que:

1. Los aumentos de sueldo otorgados a los empleados en virtud de leyes especiales, revisión de estructuras salariales, así como los provistos por la Ley 89 de 12 de julio de 1979, Ley de Retribución Uniforme por años de servicio, fueron concedidos de acuerdo con lo dispuesto en la Ley.
2. Los ajustes de sueldo resultantes de la implantación o revisión de las estructuras retributivas propias del Departamento de la Familia fueron efectuadas de conformidad con las normas de implantación adoptadas por la autoridad nominadora.

**Esto lo que indica es que no ha sido identificado ningún caso en cual que el Departamento de la Familia adeude suma de dinero alguna por concepto de bonificaciones o salarios, incluyendo por concepto de la Ley 83 que es sobre la que se fundamenta el caso del Romerazo.**

1

El resultado del análisis lo que reveló es que el Departamento de la Familia, al incorporar la legislación sobre retribución y reclasificación de salarios, ajustó correctamente el pago del bono de la Ley 83. Por tal razón, el DF nada adeuda a los empleados demandantes, ni por esa legislación ni por la legislación posterior hasta el 2003 donde se inicia el caso. **Está excluido de este análisis el reclamo de algunos empleados del DF por la Ley de Salario Mínimo, ya que por existir una reclamación independiente, se excluyó dicha ley de este análisis.**

Sabemos que esta noticia no resulta agradable para nosotros (incluyendo la abogada que suscribe, ya que nuestros honorarios estaban pactados en contingencia), pero es el resultado de los hallazgos de la Perita que contratamos. Esto no es una información que nos haya dado el Departamento de la Familia; es el resultado de los 2 años y medio de revisión de expedientes por la Perita.

Les recuerdo que al inicio del caso, teníamos que contestar dos preguntas:

1. Si tenían derecho a reclamar bajo la Ley 83; y
2. Si el DF tenía una deuda con cada uno de ustedes por esa Ley o leyes posteriores.

La primera se contestó al inicio del caso. El Tribunal determinó que podían reclamar todos los empleados públicos, transitorios o permanentes que estuvieran en el DF a la fecha en que se concedió el bono de la Ley 83 y los retirados que a la fecha en que se presentó la demanda (2003) y que no hubieran transcurrido 3 años desde su retiro.

La segunda pregunta la hemos estado evaluando por medio de la revisión de expedientes y el resultado es que el DF no tiene deuda con los reclamantes evaluados.

Ahora procederemos a notificar en las próximas semanas al Tribunal los resultados de la evaluación pericial. Entendemos que, siendo tales los resultados, el Tribunal dictará sentencia dando por concluida la reclamación y ordenando el cierre y archivo del caso definitivamente.

Aunque el resultado no sea el deseado, nuestra gestión fue importante ya que producto de estas reclamaciones se han revisado los expedientes y muchos de ustedes no tendrán dudas sobre el particular. Otros protestarán, y lo entendemos, pero no podemos negar los resultados.

Agradezco la paciencia y la oportunidad que me brindaron de representarles en esta reclamación.

En caso de tener dudas, favor de comunicarse para aclarar las mismas o sobre el contenido de esta comunicación.

Gracias. Sin otro particular quedo.

LCDA. MARÍA ORTIZ RIVERA

2

---

**MEMORANDUM A LOS DEMANDANTES DEPARTAMENTO DE LA FAMILIA Y
AGRICULTURA**

---

**TO:**      A TODOS LOS CLIENTES /DEMANDANTES DEPARTAMENTO DE LA FAMILIA Y
         AGRICULTURA

**FROM:**    LCDA. MARIA ORTIZ RIVERA

**SUBJECT:** ESTADO DE LOS PROCEDIMIENTOS CONTRATACION DE PERITOS

**DATE:**    1/7/2008

# ESTADO DE LOS PROCEDIMIENTO Y CONTRATACION DE PERITO PARA EL 2008

SALUDOS A TODAS Y TODOS LOS CLIENTES DE LA LCDA. MARIA ORTIZ
RIVERA

A continuación pasamos a informarles el estado de los procedimientos, en la
reclamación de salarios conocida como el caso del Romerazo.

A mediados del año 2007 se le solicitó al DF que analizara 200 casos de
muestra escogida al azar entre los demandantes. El objetivo de este análisis es
determinar si el DF sería capaz de llevar a cabo el análisis pericial para que el
Tribunal pudiera emitir una Sentencia declaratoria reconociendo que existe
deuda a favor de los demandantes. Esto a partir de los hallazgos de la muestra.
El DF presentó un informe de los casos escogidos por los demandantes y
posteriormente el Tribunal nos ordenó que informáramos si estábamos de
acuerdo o no con los hallazgos del informe del DF.

Para poder cumplir con esa ORDEN tuvimos que solicitar dos términos
adicionales, ya que la única Perito con la que contamos para ese análisis se
encuentra en la fase final del caso del Cuerpo de Bomberos de Puerto Rico. En

2

El pago deberá hacerse a favor de la Oficina de la Lcda. María Ortiz Rivera, PSC, con una nota con el número de caso o sea  CIVIL NÚM.: KAC 2003-3604 (902).

Los demandantes que no estén de acuerdo con el pago o que no remitan el pago en o antes del 29 de febrero de 2008, recibirá luego de esa fecha, una notificación sobre Relevo de representación legal, ya que sin contribuir al pago de costo pericial resulta imposible llevar a cabo la representación legal de dicho demandante y sólo se retendrá la representación legal de los clientes que estén en disposición de pagar los gastos periciales por adelantado que requiere este caso. Es importante recordarles que el costo del Perito es un gasto que sume el cliente en todos los casos y por ello se pagan por adelantado o tan pronto presentan la factura por sus servicios. Además ese pago no es reembolsable. Esto quiere decir que independientemente que al analizar su caso, si se determina y surge que a usted lo corresponde hacerle ajuste, el costo del Perito hay que pagarlo y por tanto no se reembolsa los \$125.00.

Por ello cada demandante que desee que continuemos con su representación y que interesa que el caso se pueda acelerar el próximo año deberá enviar su aportación a los costos del peritaje en o antes de la fecha antes indicada o sea el **29 de febrero de 2008.**

Se ha tomado esta fecha por que el archivo administrativo se solicitó hasta marzo y para ese mes debemos retomar el caso y el Tribunal deberá ser notificado del estado de los procedimientos periciales.

El, caso del Romerazo requiere que el Perito domine dos áreas de conocimiento en materia de salario a empleados de gobierno; a saber, escalas de clasificación y retribución. Hasta el presente y según nuestra experiencia sólo la Perita contratada para el caso de Bomberos y la Comisionada que nombró el Tribunal manejan ambas áreas, indispensables para la adjudicación en sus meritos de este caso.

A diferencia del caso del Romerazo de Bomberos, en este caso no se tendrá que pagar Comisionada, puesto que el análisis de las leyes aplicables al caso ya fue previamente realizado en el caso del Romerazo y nos estamos beneficiando de ese proceso en este caso. De lo contrario los gastos Periciales serían mayores.

En caso de tener duda sobre el contenido de esta carta, deberá comunicarse a nuestra oficina los días lunes o jueves a partir del 9 de enero de 2008. No se devolverán llamadas ya que ello aumenta los gastos del caso por la cantidad de demandantes. Favor de enviar el pago mediante giro postal o cheque. Los cheques devueltos por falta de fondos tendrán un cargo de 20 dólares y se corre el riesgo que solicitemos el relevo de representación legal si no cubre los fondos antes del 29 de febrero de 2008.

Deseándoles un Feliz  Año Nuevo lleno de Paz, Salud y Prosperidad.

A la espera de su respuesta quedo.

**LCDA. MARÍA A ORTIZ RIVERA PSC**
**269 ELEONOR ROOSEVELT**
**SAN JUAN PR 00918**
**(787) 765-7828 FAX (787)751-6758**
mariaortizriverapsc@gmail.com

30 de junio de 2012

**A:     Demandantes en el caso civil KAC-2003-3604(902) (Romerazo)**

RE:    Informe de hallazgos de análisis retributivo de los expedientes de personal evaluados

Estimados Clientes:

Saludos cordiales a todos y todas los clientes de nuestra oficina en el caso de referencia.

Como es del conocimiento de algunos, (por llamada a la oficina) ya hemos recibido el Informe Pericial de expedientes analizados en el caso del Romerazo del Departamento de lá Familia. A continuación expondré de forma sencilla el proceso que se llevó a cabo y sus resultados:

1. Recopilación de los datos de los expedientes de personal sobre las diferentes transacciones retributivas efectuadas para cada reclamante de la muestra seleccionada, desde la fecha de su nombramiento.
2. Análisis de cada transacción, lo cual conllevó rehacer las mismas a tenor con lo dispuesto con la ley que de la cual se tratara, o de la norma o procedimiento que originó cada uno de éstos.

Como saben, este proceso de revisión de expedientes ha tomado más de 2 ½ años. Del análisis se despende que:

1. Los aumentos de sueldo otorgados a los empleados en virtud de leyes especiales, revisión de estructuras salariales, así como los provistos por la Ley 89 de 12 de julio de 1979, Ley de Retribución Uniforme por años de servicio, fueron concedidos de acuerdo con lo dispuesto en la Ley.
2. Los ajustes de sueldo resultantes de la implantación o revisión de las estructuras retributivas propias del Departamento de la Familia fueron efectuadas de conformidad con las normas de implantación adoptadas por la autoridad nominadora.

**Esto lo que indica es que no ha sido identificado ningún caso en cual que el Departamento de la Familia adeude suma de dinero alguna por concepto de bonificaciones o salarios, incluyendo por concepto de la Ley 83 que es sobre la que se fundamenta el caso del Romerazo.**

1

El resultado del análisis lo que reveló es que el Departamento de la Familia, al incorporar la legislación sobre retribución y reclasificación de salarios, ajustó correctamente el pago del bono de la Ley 83. Por tal razón, el DF nada adeuda a los empleados demandantes, ni por esa legislación ni por la legislación posterior hasta el 2003 donde se inicia el caso. **Está excluido de este análisis el reclamo de algunos empleados del DF por la Ley de Salario Mínimo, ya que por existir una reclamación independiente, se excluyó dicha ley de este análisis.**

Sabemos que esta noticia no resulta agradable para nosotros (incluyendo la abogada que suscribe, ya que nuestros honorarios estaban pactados en contingencia), pero es el resultado de los hallazgos de la Perita que contratamos. Esto no es una información que nos haya dado el Departamento de la Familia; es el resultado de los 2 años y medio de revisión de expedientes por la Perita.

Les recuerdo que al inicio del caso, teníamos que contestar dos preguntas:

1. Si tenían derecho a reclamar bajo la Ley 83; y
2. Si el DF tenía una deuda con cada uno de ustedes por esa Ley o leyes posteriores.

La primera se contestó al inicio del caso. El Tribunal determinó que podían reclamar todos los empleados públicos, transitorios o permanentes que estuvieran en el DF a la fecha en que se concedió el bono de la Ley 83 y los retirados que a la fecha en que se presentó la demanda (2003) y que no hubieran transcurrido 3 años desde su retiro.

La segunda pregunta la hemos estado evaluando por medio de la revisión de expedientes y el resultado es que el DF no tiene deuda con los reclamantes evaluados.

Ahora procederemos a notificar en las próximas semanas al Tribunal los resultados de la evaluación pericial. Entendemos que, siendo tales los resultados, el Tribunal dictará sentencia dando por concluida la reclamación y ordenando el cierre y archivo del caso definitivamente.

Aunque el resultado no sea el deseado, nuestra gestión fue importante ya que producto de estas reclamaciones se han revisado los expedientes y muchos de ustedes no tendrán dudas sobre el particular. Otros protestarán, y lo entendemos, pero no podemos negar los resultados.

Agradezco la paciencia y la oportunidad que me brindaron de representarles en esta reclamación.

En caso de tener dudas, favor de comunicarse para aclarar las mismas o sobre el contenido de esta comunicación.

Gracias. Sin otro particular quedo.

LCDA. MARÍA ORTIZ RIVERA

2

From: Amilda Perz Nieves
P.O. Box 551
San Sebastián, P.R. 00685

**RECEIVED**

SEP 22 2021

**PRIME CLERK**

To:

Prime Clerk, LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850



PRESS FIRMLY TO SEAL

# PRIORITY
## MAIL

**UNITED STATES POSTAL SERVICE**

**PRIORITY MAIL EXPRESS®**

FOR DOMESTIC AND INTERNATIONAL USE

LABEL HERE

EJ 806 204 905 US

**CUSTOMER USE ONLY**

FROM: *(PLEASE PRINT)*

Amilda Pérez Nieves
P O Box — 551
San Sebastián, P.R.
00685

**PAYMENT BY ACCOUNT** *(if applicable)*

RECEIVED

SEP 22 2021

PRIME CLERK LLC

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 00685
Date Accepted (MM/DD/YY): 09 17 21
Time Accepted: 10:48
Scheduled Delivery Date: 09 21
Postage: $ 26.35
Return Receipt Fee: 3.05
Total Postage & Fees: 29.40
Weight: 7.70   No. BHC

$29.40

**DELIVERY OPTIONS (Customer Use Only)**

TO: *(PLEASE PRINT)*

Prime Clerk, LLC
Grand Central Station
P.O. Box 4850
New York NY 10163-4850

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

PEEL FROM THIS CORNER

OD: 12 1/2 x 9 1/2