# EXHIBIT A

**Spanish To English translation:**

Dear Lawyers:

I write to you again to inform when I start on the judicial center of Bayamon, we signed documents from the court (1970) when we have all the rights to receive, and we don't receive anything. The government does not pay us our retirement funds. We spend a lot of time working and we haven't received any payments. Our lawyer won the case and still nothing has been given to us. We don't ask for anything else but the money we are supposed to receive. The money I have right now is not enough for living day to day.

RECEIVED

NOV 0 2 2021

PRIME CLERK

9901234101013834

RECEIVED 27/Sept/2021
NOV 02 2021
PRIME CLERK LLC
Reclamación: 3258
Sentencia: 3/19/2018

Estimados Abogados.

Nuevamente me dirijo a ustedes para informarle que cuando comencé en la judicatura, en la ofic. judicial de Bayamón, fui mandado a la Adm. de Liberales (1970) donde decía que todos los derechos que tenemos los adquirí, los cuales les descontaron del sueldo el gobierno no pagó nada a los pagos de retiro y jubilación nosotros pagamos por todos esos beneficios que nos serían otorgados una vez se terminará el término (30) años de servicio por lo tanto hemos completado nuestro siglo y por lo tanto hemos completado nuestro retiro y el pagado centavo a centavo nuestro retiro y el gobierno no tiene nada que ver con nuestros beneficios de jubilación. Sí el gobierno se embolsó, y pasó a P.R. en estas condiciones de quiebra es por culpa de los gobernantes que hemos pasado arriba (4) años y ellos fueron los que embargaron a P.R. Hdz. Colón tiene casa en España, Padilla tiene casa de Orlando, Rosselló se fué para New York, con dinero del pueblo sin embargo nosotros que lo que tenemos es nuestro sueldo que ganamos con nuestro esfuerzo no lo quieren quitar. Los políticos que deben comprar a costado sin comer (no) los políticos que en embargo lo que quieren hasta guaguas costosas, sin embargo nosotros tenemos que quitar peso a peso para poder resolver nuestros pagos, comida y ropa. Algún día ustedes estarán en las ruedas de abajo y

RECEIVED
NOV 02 2021
PRIME CLERK LLC

```
***CUST PR 1845 SRF 54642 PackID: 84 MMLID: 1112311-P Svc: 337
CARRION VEGA, MARIA R
SANTA JUANITA 9NA SECC
NG9 CALLE GEMA
BAYAMON PR 00956
```

Nosotros estamos en los puestos de arriba porque nos hemos sacrificado por nuestro sueldo y bienestar pagando día a día en nuestro esfuerzo. Por lo tanto, nos aprobaron el Romero 80 y todavía no nos lo han pagado. Nuestro abogado el Lcdo Alberto Aponte ganó el caso y todavía no han pagado la deuda, tienen la fecha, el dinero, la cuenta, todo como si fuera de ellos. Nosotros esperando el pago para resolver nuestros problemas, por lo tanto esperamos que paguen lo que pueden resolver y nos hagan el pago correspondiente. No le pedimos nada a ellos sino que nos resuelva lo que nos merecemos. Por favor, resuelva lo de retiro digno para todos los jubilados y que no toquen ni un centavo de nuestro dinero y que nos paguen la demanda que con tanto esfuerzo hemos luchado y no han querido pagar la junta. Gracias por su atención, es una pensión da más que vive de su pensión para medicamento casa, comida, ropa etc. y no me alcanza.
Gracias,

María del R Carrión Vega

Maria R Carrion Vega
Santa Juanita 9na. Secc
ng 9 - Calle Gema
Bayamón PR 00956

RECEIVED
NOV 02 2021 MEMPHIS TN 380
PRIME CLERK



Prime Clerk LLC
Gmd Central Station
P O Box 4850
New York, NY 10163-4850

10163-485050