# EXHIBIT A-1

**Spanish To English translation:**

Dear Lawyers:

I write to you again to inform when I start on the judicial center of Bayamon, we signed documents from the court (1970) when we have all the rights to receive, and we don't receive anything. The government does not pay us our retirement funds. We spend a lot of time working and we haven't received any payments. Our lawyer won the case and still nothing has been given to us. We don't ask for anything else but the money we are supposed to receive. The money I have right now is not enough for living day to day.

RECEIVED

NOV 02 2021

PRIME CLERK



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[hw:]

[stamp:] **RECEIVED**

**NOV 02 2021**

**PRIME CLERK**

September 27, 2021
Claim No. 3258
Filed on March 19, 2018

Dear Lawyers,

*I am once again addressing you to you to inform you that, when I started working for the judiciary, at the Bayamon Judicial Center, we signed some documents at the Administrative Office of the Courts in 1970, where it was reported that all the [pension] rights that we have were acquired, they were deducted from our salary, the government did not contribute anything to retirement and pension payments. We paid for all those benefits that would have been granted to us once the 30-year term of service was completed. Therefore, we completed our [time], and we have paid, cent by cent, for our retirement, and the government has nothing to do with our retirement benefits. If the government got dirty and put Puerto Rico in these bankrupt conditions, it is because of the government officials, who have changed every 4 years, and they were the ones who embroiled Puerto Rico. Hdez. [Hernandéz] Colón has a house in Spain, Padilla has a house in Orlando, Rosselló left for New York with funds from the people. However, what we have is our salary that we earned through our efforts, and they want to take it away from us. Have the politicians gone to bed without dinner? No. The politicians can buy whatever they want, even expensive cars. We, however, have to put together dollar by dollar to be able to pay for what we need, food and clothing. One day, you will be at the bottom, and we will be*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

RECEIVED
NOV 02 2021
PRIME CLERK LLC

```
***CUST PR 1845 SRF 54642 PackID: 84 MMLID: 1112311-P Svc: 337
CARRION VEGA, MARIA R
SANTA JUANITA 9NA SECC
NG9 CALLE GEMA
BAYAMON PR 00956
```

*on the top, because we have sacrificed for our salary and well-being, paying day by day through our efforts. So, the Romerazo Law was passed, and they still haven't paid us [under that law]. Our lawyer, Alberto Aresti, Esq., won the case and they still have not paid the judgment. The Board has the money, holding on to it as it was theirs. We are waiting for the payment to solve our problems; therefore, we hope that you will see what can be resolved, and make the payment that is due to us. Please resolve the issue of a dignified retirement for all retirees, and don't let them touch even one cent of our money, and make them pay us the claim that we have fought for with so much effort, and which the Board didn't want to pay. Thank you for your attention. I am yet another pensioner relying on her pension to pay for medication, housing, food, clothes, etc., and I don't have enough to pay for all that.*
*Thank you!*

*Maria del R. Carrión Vega*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Maria R Carrion Vega
Santa Juanita 9na. Secc
ng 9 - Calle Gema
Bayamon PR 00956

RECEIVED
NOV 02 2021  MEMPHIS TN 380
PRIME CLERK



Prime Clerk LLC
Grand Central Station
P O Box 4850
New York, NY 10163-4850

10163-485050

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 3258 (2)**

Signed this 29th day of December, 2021

_____

Andreea I. Boscor



