# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

María A. Clemente Rosa
PETICIONARIA

         V.

ESTADO LIBRE ASOCIADO

De PUERTO RICO

6 de OCTUBRE DE 2021

PROMESA
TITLE III

No. 17 BK 3283- LTS
CLAIM # 92159

(Jointly Administered)
This filing relates to the Commonwealth,
HTA and ERS.

RECEIVED

NOV 16 2021

PRIME CLERK

**HONORABLE JUEZ : Laura Taylor Swain, UNITED STATES DISTRICT COURT**

Honorable Judge, now you are asking for documents, which have already been sent to you on several occasions, indicating one: that are necessary so that they can assign a payment to the creditor. That is unfair, because all that information has already been sent to Prime Clark, to be submitted to the Honorable Court and the Representatives of the Debtors.

Honorable Judge PURSUANT TO THE ABOVE, I RESPECTFULLY REQUEST:

    1. GRANT TO THE CREDITOR AND / OR APPEALING PARTY THE PAYMENT OF THE

    CLAIMS SUBMITTED TO THE DEBTORS DEPARTMENT OF EDUCATION AND

    ASSOCIATED FREE STATE, DEPARTMENT OF RETIREMENT OF TEACHERS, ETS.

2. I RESPECTFULLY REQUEST TO ORDER THE DEBTOR:

MAKE EFFECTIVE PAYMENTS OF THESE CLAIMS PRROMESA TITLE III

NO. 17 BK 3283- LTS (JOINTLY ADMINISTERED)

    CLEMENTE ROSA, MARIA A. PROOF OF CLAIM. NUMBER 92159. ($20,000.00)CLAIM

    AMOUNT RANGE - C, FORUM / CASE NUMBER - AQ-14- 0730.

    1. CLAIM NUMBER 92159. ($20,000.00) - DEBTOR: DEPARTAMENTO DE EDUCACIÓN, EST, L. ASOCIADO,RTM.

    2. CLAIM NUMBER 139834 ($50,400.00) . DEBTOR: EL ESTADO LIBRE ASOCIADO Y DEPTO. DE EDUCACION,RTM.

    3. CLAIM NUMBER 150849 - DEBTOR: EL ESTADO LIBRE ASOCIADO Y DEPTO. DE EDUCACION Y RTM.

    4. CLAIM NUMBER 133537 - DEBTOR: EL ESTADO LIBRE ASOCIADO Y DEPTO. DE EDUCACION Y RTM.

    5. CLAIM NUMBER 133778 - DEBTOR: EL ESTADO LIBRE ASOCIADO Y DEPTO. DE EDUCACION Y RTM.

ACCORDING TO THE LAW OF THE PROMISE TITLE III LAW SYSTEM

**POR TODO LO CUAL**, la parte peticuosamente solicita al **Hon. Laura Taylor Swain. Juez, Del Tribunal de Distrito de Estados Unidos.** Que tome conocimiento de lo anterior, declare con lugar la moción de: **SE ME GARANTICE EL PAGO DE CARRERA MAGISTERIAL Y SU RETRACTIVO, EN SU TOTALIDAD, DE ACUERDO A LA Ley 158.** La cual se presentó a la Hon. Corte el 29 de junio de 2018.

CORDIALLY

María A. Clemente Rosa



990123401013773

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

María A. Clemente Rosa
PETICIONARIA                                              6 DE OCTUBRE DE 2021

          V.

                                              PROMESA
                                              TITLE III

          ESTADO LIBRE ASOCIADO              No. 17 BK 3283- LTS
                                              CLAIM # 92159
          De PUERTO RICO

                                              (Jointly Administered)
                                              This filing relates to the Commonwealth,
                                              HTA and ERS.

**HONORABLE JUEZ: Del Tribunal de Distrito de Estados Unidos Hon. Laura Taylor Swain.**

**UNITED STATES DITRIT COURT FOR THE DISTRICT OF PUERTO RICO/ TRIBUNAL DE
DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

**RELACIÓN DE HECHOS:**

   Honorable Juez, ahora están pidiendo documentos, que ya se le han enviado en varias ocasiones,
indicando a uno: que son necesarios para que le puedan asignarle al acreedor, un pago. Eso es injusto, porque ya
se les envió todo esa información a Prime Clark, para que se sometiera al Honorable Tribunal y a los
Representantes de los Deudores.

Honorable Juez

EN VIRTUD DE LO ANTERIORMENTE EXPUESTO, RESPETUOSAMENTE SOLICITO:

1.  OTORGAR A LA PARTE ACREEDORA Y/O APELANTE EL PAGO DE LAS RECLAMACIONES SOMETIDAS A
    LOS DEUDORES DEPARTAMENTO DE EDUCACION Y ESTADO LIBRE ASOCIADO, DEPARTAMENTO DE
    RETIRO DE MAESTROS, ETS.
2.  2. SOLICITO RESPETUOSAMENTE ORDENAR AL DEUDOR.
3.  HACER EFECTIVO LOS PAGOS DE ESTAS RECLAMACIONES PRROMESA TITLE III.
4.  NO. 17 BK 3283- LTS (JOINTLY ADMINISTERED) 1. CLEMENTE ROSA, MARIA A, PROOF OF CLAIM
    NUMBER 92159, CLAIM AMOUNT RANGE - C , FORUM/ CASE NUMBER - AQ-14-0730
        CLEMENTE ROSA: MARIA A. PROOF OF CLAIM  NUMBER 92159. ($20,000.00)CLAIM
        AMOUNT RANGE - C. FORUM / CASE NUMBER - AQ- 14- 0730
    2.  CLAIM NUMBER 92159 ($20,000.00) - DEBTOR DEPARTAMENTO DE EDUCACION EST L ASOCIADO
    2.  CLAIM NUMBER 139834 ($50,400.00) DEBTOR EL ESTADO LIBRE ASOCIADO Y DEPTO DE EDUCACION
    3   CLAIM NUMBER 150849 - DEBTOR EL ESTADO LIBRE ASOCIADO Y DEPTO DE EDUCACION
    4   CLAIM NUMBER 133537 - DEBTOR EL ESTADO LIBRE ASOCIADO Y DEPTO DE EDUCACION
    5   CLAIM NUMBER  133778 - DEBTOR EL ESTADO LIBRE ASOCIADO Y DEPTO DE EDUCACION
SEGUN DISPONE LA LEY DEL SISTEMA DE LA LEY PROMESA TITLE III

**POR TODO LO CUAL**, la parte peticionaria muy respetuosamente solicita al **Hon. Laura Taylor Swain. Juez,
Del Tribunal de Distrito de Estados Unidos. Q**ue tome conocimiento de lo anterior, declare con lugar la
mocion de:  **SE ME GARANTICE EL PAGO DE CARRERA MAGISTERIAL Y SU RETRACTIVO,  EN SU TOTALIDAD, DE
ACUERDO A LA Ley 158.** La cual se presentó a la Hon. Corte el 29 de junio de 2018.

CORDIALLY

Maria A. Clemente Rosa

MOTION TO
TRIBUNAL
HON. JUDGE
Laura

Taylor
Swain



---

## Ley de la Carrera Magisterial de Puerto Rico 1999

---

**P. de la C. 2536) (Conferencia)Ley 158, 1999**

**Ley Núm. 158 del 30 de junio de 1999**

Para establecer la "Ley de la Carrera Magisterial"; disponer sobre el sistema de rangos magisteriales; establecer procedimientos para ascensos y revisión de salarios; y disponer sobre el Plan Individual de Mejoramiento Profesional y los programas de educación continua.

# EXPOSICION DE MOTIVOS

El lugar educativo para el desarrollo del proceso de enseñanza-aprendizaje por excelencia es la escuela. Educar es guiar a la vida al educando. El logro de la excelencia académica es la meta de todo sistema educativo. Esta efectividad reflejada en la escuela, es indicativo del sistema para el estudiante alcance los objetivos de cada nivel y domine los conocimientos necesarios para el próximo nivel de enseñanza.

La excelencia se refleja en la habilidad del sistema educativo para que cada estudiante sobrepase los objetivos de su nivel demostrando un aprendizaje independiente más allá del currículo asignado. El reto de la excelencia educativa es convertir el núcleo escolar en una escuela cada vez más efectiva.

La capacidad para que la escuela sea efectiva reside en gran medida con los recursos humanos con los cuales cuenta.

Es muy importante elevar el nivel de excelencia de la labor que realiza el maestro y otro personal educativo, así como lograr que su gestión sea flexible, responsable y autónoma.

El maestro desempeña un rol esencial en el sistema educativo y en la sociedad como agente de cambio constructivo. Dispone que la autonomía de la escuela es el medio necesario para la eficiencia del sistema. Es por ello, que el desarrollo profesional de los maestros y sus carreras magisteriales son componentes críticos y significativos del esfuerzo del gobierno en mejorar la calidad educativa y aprovechamiento de sus estudiantes. Con ello se garantiza una mejor calidad de

vida. La forma en que se integra el desarrollo profesional a la productividad es muy importante, así como el efecto positivo que la docencia tiene en el aprendizaje del estudiante.

Nuestra sociedad requiere la búsqueda de la excelencia en la educación. A estos fines, se singulariza la necesidad de mejorar la calidad de la enseñanza, con maestros más motivados y mejor preparados, como el criterio más importante para mejorar la educación.

Esta Ley concibe al magisterio en función de la dinámica del conocimiento y ubica al maestro dentro de una escuela con autonomía donde se le reconoce capacidad para participar en los procesos decisionales de la misma y decidir sobre asuntos que le incumben como profesional.

La Ley hace hincapié en la necesidad de renovar continuamente el conocimiento del maestro, de perfeccionar sus destrezas a través de estudios y práctica docente y, sobre todo, de mantener los mejores maestros en el salón de clases.

La Constitución de Puerto Rico consagra el derecho de toda persona a una educación que propenda al pleno desarrollo de su personalidad y al fortalecimiento del respeto de los derechos y las libertades fundamentales del hombre. Lograr este propósito requiere maestros bien capacitados y, sobre todo, comprometidos con su profesión y con el desarrollo intelectual y emocional de sus estudiantes.

DECRETASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:

CAPITULO I DISPOSICIONES GENERALES

Artículo 1.01.-Título.-

Esta Ley se conocerá como "Ley de la Carrera Magisterial".

Artículo 1.02.-Declaración de Propósitos.-

La Exposición de Motivos forma parte del texto normativo de esta Ley y constituye su Declaración de Propósitos.

Artículo 1.03-Miembros de la Carrera Magisterial

Serán miembros de la Carrera Magisterial los maestros y los maestros bibliotecarios del Sistema de Educación Pública que:

1. Posean certificados regulares de maestro en la categoría en que se desempeñen,

2. Tengan nombramiento permanente, y,

3. Estén trabajando como maestros de salón de clases o maestros bibliotecarios en las categorías para las cuales se les expidió el certificado regular de maestro.

Artículo 1.04-Exclusiones

Estarán excluidos de la Carrera Magisterial los Instructores a Prueba con nombramiento transitorio regular.

Artículo 1.05.-El Reglamento de la Carrera Magisterial.-

El Secretario promulgará un Reglamento de la Carrera Magisterial, complementario de esta Ley.

## CAPITULO III INSTRUCTORES A PRUEBA

Artículo 2.01. -Instructores a Prueba.-

Los instructores en proceso de obtener su permanencia en el Sistema de Educación Pública se denominarán Instructores a Prueba, clasificación que constituye la antesala de la Carrera Magisterial. El Instructor a Prueba deberá demostrar que domina la materia de su especialidad y posee las destrezas profesionales del maestro, esto es,

1. Manejar su sala de clases eficientemente y mantener la disciplina en ella;

2. Motivar a sus estudiantes y diseñar estrategias ajustadas a su condición;

3. Aprovechar los recursos tecnológicos que facilitan la docencia;

4. Evaluar objetivamente la labor de sus alumnos;

5. Adaptar su comportamiento a los reglamentos de su escuela y del sistema educativo.

El período probatorio de un Instructor a Prueba será de dos (2) años. Al cabo de éstos, el Secretario certificará su permanencia siguiendo el procedimiento que establece el Artículo 7.03 de esta Ley y, cumplidos los requisitos del Artículo 3.03 de la misma, se le reconocerá el rango de Maestro Auxiliar. Los Instructores a Prueba con certificados regulares de maestro tendrán derecho a que se les acredite, a efectos del período probatorio, el tiempo que hubiesen trabajado con nombramientos transitorios en posiciones de su categoría.

Artículo 2.02.-Falla en Aprobar Período Probatorio.-

Los Instructores a Prueba que no demuestren dominar las destrezas básicas para ejercer el magisterio no les será renovado su contrato al terminar el período probatorio. Podrán ser dados de baja antes de concluir el mismo si las evaluaciones de su desempeño revelan deficiencias graves que no se puedan subsanar con estudios, tutorías y práctica docente.

Artículo 2.03.-Salario del Instructor a Prueba.-

El salario básico de los Instructores a Prueba será el que dispongan las escalas de sueldo vigentes a la fecha del nombramiento que expida el Secretario.

## CAPITULO III RANGOS MAGISTERIALES Y SALARIOS

Artículo 3.01.-Finalidad del Rango Magisterial.-

Los rangos establecen funciones del maestro y del maestro bibliotecario en contacto directo con el estudiante y establecen status en la jerarquía magisterial.

Artículo 3.02.-Denominación de los Rangos Magisteriales.-

Los rangos magisteriales tendrán las siguientes denominaciones:

1.    Maestro Auxiliar

2.    Maestro Asociado

3.    Maestro

Se dispone que estos rangos aplicarán a los profesionales que ejercen como maestros, maestros bibliotecarios, en el Sistema de Educación Pública.

Artículo 3.03.-El Rango de Maestro Auxiliar.-

El Rango de Maestro Auxiliar se le reconocerá al Instructor a Prueba que en un término de dos (2) años demuestre que domina la materia de su especialidad, que posee las destrezas profesionales requeridas por el Artículo 2.01 de esta Ley, haya sido consistentemente evaluado favorablemente y que logre alcanzar la permanencia en el Sistema de Educación Pública conforme a la Ley Núm. 312 de 15 de mayo de 1938, según enmendada. Dicho reconocimiento será efectivo en la fecha en que el Instructor a Prueba radique y se apruebe su Plan de Mejoramiento Profesional.

Artículo 3.04.-El Rango de Maestro Asociado.-

El Rango de Maestro Asociado se conferirá a Maestros Auxiliares que posean Maestrías (Master) o que, hubiesen aprobado no menos de cuarenta y cinco (45) créditos académicos, en áreas de estudio relacionadas con las especialidades o categorías en que se desempeñen; que tuviesen, además, no menos de doscientas (200) horas de contacto acreditadas en actividades de educación continua desde que se les reconoció el rango de Maestro Auxiliar; y que consistentemente hubiesen obtenido evaluaciones meritorias de su desempeño docente. El reconocimiento del rango será

efectivo en la fecha en que el maestro radique evidencia de haber completado debidamente su Plan de Mejoramiento Profesional y la misma haya sido aprobada por las autoridades pertinentes.

Artículo 3.05.-El Rango de Maestro.-

El Rango de Maestro se conferirá a Maestros Asociados con grados de Doctor en áreas de estudio relacionadas con las especialidades o las categorías en que se desempeñan; con no menos de doscientas (200) horas de participación acreditadas en actividades de educación continua desde que se les reconoció el rango que ostentan; que hubiesen impartido no menos de cien (100) horas de adiestramientos al personal docente de las escuelas en que laboran o de otras escuelas del Sistema; y que consistentemente hubiesen obtenido evaluaciones satisfactorias de su desempeño docente. También se conferirá el Rango de Maestro al Maestro Asociado que posea Maestría y esté realizando estudios postgraduados conducentes a obtener un grado superior en educación, habiendo aprobado noventa (90) créditos al momento de radicar la solicitud, con no menos de trescientas (300) horas de participación acreditadas en actividades de educación continua desde que se le reconoció el rango que ostenta, que hubiesen impartido no menos de cien (100) horas de adiestramientos al personal docente de las escuelas en que laboran o de otras escuelas del Sistema; que hubiesen dedicado no menos de cien (100) horas al desarrollo de un proyecto especial en beneficio del Sistema de Educación Pública y que consistentemente hubiesen obtenido evaluaciones meritorias de su desempeño docente. El reconocimiento de rango será efectivo en la fecha en que el Maestro Asociado radique evidencia de haber completado debidamente y la misma haya sido aprobada por las autoridades pertinentes su Plan de Mejoramiento Profesional. El Secretario podrá asignarle funciones y hacerle encomiendas especiales a los Maestros en provecho del Sistema de Educación Pública.

Artículo 3.06.-Sustitución de Horas de Educación Continua con Créditos Académicos.-

Las horas de participación en programas de educación continua podrán sustituirse con créditos académicos en cursos de Pedagogía y en disciplinas relacionadas con la especialidad del maestro. A tal propósito, catorce (14) horas de participación en programas de educación continua equivaldrán a un (1) crédito académico. Los estudios formales, sin embargo, no se podrán sustituir por experiencias en programas de educación continua.

Artículo 3.07.-Requisitos Indispensables para Ascensos.-

En los procedimientos relacionados con ascensos en rango no se podrá dispensar ni se podrá obviar ninguno de los requisitos establecidos en este Capítulo.

Artículo 3.08.-Salarios de los Miembros de la Carrera Magisterial.-

Los salarios de los miembros de la Carrera Magisterial se establecerán con arreglo a las siguientes fórmulas:

1.      El salario del Maestro Auxiliar será el que tenga en el momento en que adquiera dicho rango más un siete (7) por ciento calculado sobre la base del salario básico del Instructor a Prueba.

2. El salario del Maestro Asociado será el que tenga en el momento en que adquiera dicho rango más un veinticinco (25) por ciento calculado sobre la base del salario básico del Instructor a Prueba.

3. El salario básico del Maestro será el que tenga en el momento en que adquiera dicho rango más un cuarenta (40) por ciento calculado sobre la base del salario básico del Instructor a Prueba.

Artículo 3.09.-Revisión de Salarios.-

A propósito de estimular el cumplimiento con los Planes de Mejoramiento Profesional, el Secretario autorizará revisiones de salario como incentivo para la conclusión de cada etapa de los mismos.

A tal efecto, un maestro podrá recibir ajustes de salarios durante la vigencia de su Plan de Mejoramiento Profesional, pudiendo recibir el importe consolidado correspondiente a más de una etapa si concluyese éstas en un mismo año o si las reclamase a la vez. Cada uno de los ajustes por etapa equivaldrá, en el caso de un Maestro Auxiliar, a un cinco (5) por ciento del salario básico correspondiente a la categoría de Instructor a Prueba. En el caso del Maestro Asociado y del Maestro los ajustes por etapa equivaldrán a un ocho (8) por ciento del salario básico correspondiente a la categoría de Instructor a Prueba.

Artículo 3.10.-Procedimiento para la Revisión de Salarios.-

El procedimiento relacionado con revisiones de salario al amparo del Artículo anterior será el siguiente:

1. Los miembros de la Carrera Magisterial solicitarán la revisión de sus salarios en la fecha que el Secretario señale en el Reglamento de la Carrera Magisterial que emita al efecto. La solicitud deberá acompañarse con una copia certificada del Plan de Mejoramiento Profesional, el cual será expedido por el Director de su escuela, así como con documentos fehacientes que acrediten que el solicitante ha concluido satisfactoriamente la etapa del Plan en que basa su reclamo. Las solicitudes de revisión se radicarán en la oficina del Director.

2. El Director se constituirá en un Comité de Evaluación conjuntamente con un representante del Consejo Escolar y con un facilitador regional para la materia particular. Este Comité analizará las solicitudes sin entrar en consideraciones no relacionadas con el contenido de los Planes de Mejoramiento Profesional de los solicitantes. Concluido el análisis, someterán todos los expedientes al Secretario junto con un Informe con sus recomendaciones indicando si el candidato está o no está cualificado. Los Directores informarán sobre tal determinación a los solicitantes.

3. El Secretario revisará los informes de los Directores y el Comité y tomará las determinaciones que procedan de acuerdo con la Ley. La determinación del Secretario se le informará a los solicitantes mediante el procedimiento que establezca el Reglamento de la Carrera Magisterial.

4. Las determinaciones del Secretario serán apelables ante la Junta de Apelaciones del Sistema de Educación Pública, creada por la Ley Núm. 115 de 30 de junio de 1965, según enmendada.

Artículo 3.11.-Entrada de Personal Docente Externo

El Secretario podrá autorizar la entrada a la Carrera Magisterial a toda persona que cumpla con los requisitos del Capítulo III de esta Ley; disponiéndose que las personas así nombradas entrarán al Sistema en el rango que le corresponda, de acuerdo a su preparación, experiencia, horas contacto en actividades de educación continua.

## CAPITULO IV PROCEDIMIENTO DE ASCENSO

Artículo 4.01.-Naturaleza del Ascenso.-

Los ascensos en rango constituyen reconocimientos al esfuerzo consecuente de los miembros de la Carrera Magisterial que cumplen con su Plan de Mejoramiento Profesional. Ningún funcionario, Consejo, o Comité del Departamento o de una escuela podrá negarse a reconocer el rango que hubiese alcanzado un miembro de la Carrera Magisterial al concluir su Plan de Mejoramiento Profesional si su desempeño docente hubiese obtenido evaluaciones satisfactorias consistentemente.

Artículo 4.02.-Reconocimiento de Rangos.-

El reconocimiento de rangos en la Carrera Magisterial constituye una facultad indelegable del Secretario.

Artículo 4.03.-El Derecho a Ascenso.-

Tendrán derecho a ascenso en rango los miembros de la Carrera Magisterial que demuestren, mediante la presentación de documentos fehacientes, que:

1. Han concluido satisfactoriamente sus Planes de Mejoramiento Profesional;

2. Han obtenido evaluaciones satisfactorias, de manera consistente, de su desempeño docente en donde se demuestra que poseen las destrezas profesionales enumeradas en el Artículo 2.01 de esta Ley.

Los años de servicio por sí solos no cualifican a ningún miembro de la Carrera Magisterial para ascenso en rango.

Artículo 4.04.-Solicitud de Reconocimiento de Rango.-

El procedimiento relacionado con el ascenso en rango al amparo del artículo anterior será el siguiente:

1.      Los miembros de la Carrera Magisterial solicitarán el ascenso en rango en la fecha que el Secretario señale en el Reglamento de la Carrera Magisterial. La solicitud deberá acompañarse con

una copia certificada del Plan de Mejoramiento Profesional, y con documentos fehacientes que acrediten que el solicitante ha concluido el mismo satisfactoriamente. Las solicitudes de reconocimiento de rango se radicarán en la oficina del Director.

2. Los Directores y el Comité analizarán las solicitudes sin entrar en consideraciones no relacionadas con lo dispuesto en el Artículo 4.03 de esta Ley. Concluido el análisis, someterán todos los expedientes al Secretario junto con un Informe con sus recomendaciones indicando si el candidato está o no está cualificado para el rango cuyo reconocimiento solicita. Los Directores informarán a los solicitantes sobre las recomendaciones que en cada caso se someterán al Secretario.

3. El Secretario revisará los Informes de los Directores y el Comité y tomará las determinaciones que procedan de acuerdo con la Ley. La determinación del Secretario se le informará a los solicitantes mediante el procedimiento que establezca el Reglamento de la Carrera Magisterial.

4. Las determinaciones finales del Secretario serán apelables ante la Junta de Apelaciones del Sistema de Educación Pública, creada por la Ley Núm. 115 de 30 de junio de 1965, según enmendada.

## CAPITULO V PLANES DE MEJORAMIENTO PROFESIONAL

Articulo 5.01.-Planes de Mejoramiento Profesional.-

Los Planes de Mejoramiento Profesional son programas de acción de cinco (5) años diseñados por los miembros de la Carrera Magisterial con el fin de dirigir sus esfuerzos a los objetivos que ellos mismos se han propuesto.

Artículo 5.02.-Contenido de los Planes.-

Los planes combinarán los siguientes elementos:

1. Estudios formales con crédito académico en instituciones universitarias reconocidas por el Consejo de Educación Superior en áreas de la Pedagogía y en materias relacionadas con la especialidad del maestro;

2. Horas de participación en actividades de educación continua organizadas por el Departamento, aprobadas por éste o por el Comité de Evaluación Continua;

3. Práctica docente en el área de su especialidad, y;

4. Actividades académicas y no académicas, de valor para la escuela, los estudiantes y la comunidad, como el desarrollo de proyectos de investigación, la organización de actividades estudiantiles, la prestación de servicios de orientación a los alumnos y a sus padres, el ofrecimiento de adiestramientos al personal docente de la escuela y la atención de estudiantes con problemas de rezago o de estudiantes de alto rendimiento académico.

LEY NÚM.158

30/06/1999

Ley de
Carrera

Estado
Libre Asoc.

DE-4575

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
## COMISIÓN APELATIVA DEL SERVICIO PÚBLICO

| | |
|---|---|
| **DEPARTAMENTO DE EDUCACIÓN**<br>AGENCIA<br><br>Y<br><br>**MARÍA CLEMENTE ROSA**<br>QUERELLANTE | **CASO NÚM.:** AQ-14-_____<br>(radicado el 26 de agosto de 2014)<br><br>**MATERIA:**<br><br>CARRERA MAGISTERIAL |

### MOCIÓN ASUMIENDO REPRESENTACIÓN LEGAL

**A LA HONORABLE COMISIÓN:**

COMPARECE el **Departamento de Educación de Puerto Rico**, representada por sus abogados, uno de los cuales suscribe y, muy respetuosamente EXPONE y SOLICITA:

1) El Departamento de Educación ha contratado los servicios legales del bufete que subscribe para asumir representación en el presente caso por lo cual solicitamos que se admita al bufete a representar al Departamento de Educación de Puerto Rico y que todas las notificaciones relacionadas a este caso se envíen a nuestra dirección provista.

**POR TODO LO CUAL**, se solicita, muy respetuosamente, a esa Honorable Comisión que acepte nuestra comparecencia como representante legal del Departamento de Educación.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a __16__ de septiembre de 2014.

1/2

CERTIFICO que en el día de hoy se ha enviado, por correo ordinario, copia fiel y exacta del presente escrito a María Clemente Rosa al Cond. Astralis, 9546 C/A Díaz Way, Apt. 311, Torre 6, Carolina PR 00979.

**LAW OFFICES WOLF POPPER, PSC**
654 Plaza, Suite 1001
654 Muñoz Rivera Ave.
San Juan, PR 00918
Tel. (787) 522-0200/Fax (787) 522-0201

**GUSTAVO A. MONTES MILLÁN**
**RUA: 17722**
gmontes@wolfpopperpr.com

2/2

25 de agosto de 2014

María A. Clemente Rosa
Maestra de Educación Tecnológica
(Artes Industriales)
Escuela Intermedia Sabana Llana
QUERELLANTE

VS.

Departamento De Educación
Oficina Del Secretario
Oficina de Carrera Magisterial          **QUERELLA POR NEGLIGENCIA**
Dra. Milagros Rohena Rivera             **Y   DE DISCRIMEN PARA LA**
INDUSTRIALES                            **MAESTRA DE ARTES**
Oficina de Recursos Humanos             **A PARTICIPAR EN LA**
Distrito Escolar San Juan II            **CARRERA MAGISTERIAL**
Dra. Lydia Báez                         **VIOLACION DE LEY 158**
Superintendente Auxiliar                **CARRERA MAGISTERIAL**
   QUERELLADOS                          **VIOLACION ARTÍCULO 3.05-**
                                        **EL RANGO DE MAESTRO**
                                        **VIOLACION ARTÍCULO 4.01 -**
                                        **NATURALEZA DEL ASCENSO**

A LA HONORABLE COMISIÓN APELATIVA DEL SERVICIO PÚBLICO:

Comparece Maria A. Clemente Rosa, querellante, se dirige muy
respetuosamente, expone, alega y solicita:

EXPOSICIÓN DE MOTIVOS

La Ley 158 Ley de Carrera Magisterial, establece en su Artículo 4.01 –
Naturaleza del ascenso

Los ascensos en rango constituyen reconocimientos al esfuerzo
consecuente de los miembros de la Carrera magisterial que cumplen con su
Plan de mejoramiento profesional. Ningún funcionario, Consejo, o Comité del
Departamento o de una escuela podrá negarse a reconocer el rango que
hubiese alcanzado un miembro de la Carrera Magisterial al concluir su Plan de
mejoramiento Profesional si su desempeño docente hubiese obtenido
evaluaciones satisfactorias consistentemente. (Historia De la Reforma
Educativa. 393).

"REGLAMENTO DE LA CARRERA MAGISTERIAL QUE DEROGA EL REGLAMENTO NÚM. 6068 DE 28 DE
DICIEMBRE DE 1999 SEGÚN ENMENDADO", lo establece en el artículo 3.09 "Reconocimiento de cursos
en Áreas Relacionados con la Especialidad que esté en el

Miércoles 15 de junio de 2016

DEPARTAMENTO DE EDUCACIÓN
(PETICIONADO)
V

MARíA A. CLEMENTE ROSA
(PETICIONARIA)

CASO NúM: AQ-14-0730
SOBRE: CARRERA MAGISTERIAL

**Objetivo de Petición entre otros:** Violación de mis derechos constitucionales a la igual protección de las leyes y a la igual paga por igual trabajo.

Asunto: Se dirige a usted muy respetuosamente para solicitar a la Honorable COMISIóN APELATIVA DEL SERVICIO PúBLICO Y A SU HONORABLE, Juez representante Sra. Ruth Vázquez Juan, que se declare el CASONUM AQ-14-0730 como: UN PLEITO DE CLASE. De acuerdo a que la peticionaria ha cumplido con toda la información y proyectos requeridos por la Ley de Carrera Magisterial, para competir por ascender al Rango de "Maestro" de igual forma cumple con los dos requisitos que presenta o solicita el documento de Opción 45 créditos. Aun así el Departamento de Educación y el Secretario de Educación Hon. Rafael Román y otros, han actuado de manera arbitraria, caprichosa e irrazonablemente, discriminando y excluyendo a la peticionaria de recibir el derecho de los beneficios concedidos a la Profesión Magisterial por la Ley de Carrera Magisterial. Ante lo cual Hon. Juez Ruth Vázquez Juan, solicito se declare inconstitucional el Artículo 1.03- "Miembros de la Carrera Magisterial" y el articulo 3.05. –" El Rango de Maestro", el cual se han negado a reconocerlo. Llevando su acción a un proceso de daños y perjuicios hacia la persona de Maria A. Clemente Rosa, (Peticionaria), maestra certificada en Artes Industriales (Educación en Tecnología).

Nuestra base Legal para la petición está en el caso: CC-2006-746  172 DPR ____ 2007 DTS 227 MATIAS LEBRON V DEPARTAMENTO DE EDUCACION 2007  SPR 227.

"Materia: Inconstitucionalidad de Ley; Sentencia Declaratoria; Pleito de Clase, Regla 20.1 de   Procedimiento Civil, para la certificación de un pleito de clase. Procede la certificación del pleito de clase para adjudicar, <u>exclusivamente</u>, la controversia relativa a la retroactividad de los beneficios de la Ley de la Carrera Magisterial. Ahora bien, la clase sólo incluirá a aquellos trabajadores sociales y maestros orientadores escolares que actualmente son miembros de la carrera profesional, porque presentaron su solicitud y planes de mejoramiento profesional al amparo de la referida Ley, y éstos fueron aprobados debidamente por el Secretario de Educación."[1]

Ante esa situación de aparente discrimen a la cual he sido victima de parte del Departamento de Educación, del Hon. Secretario de Educación, Sr. Rafael Román y otros, voy ante ustedes en su auxilio y en busca de un remedio, Honorable COMISIóN APELATIVA DEL SERVICIO PúBLICO Y A SU HONORABLE, Juez representante Sra. Ruth Vázquez Juan. Para que se resarza por los daños y perjuicios y daños emocionales causados por los peticionarios, a lo cual respetuosamente solicito una indemnización por la cantidad de $200,000.00, y que se reconozca mi participación en su totalidad de la carrera profesional magisterial, a la luz de la Ley de Carrera Magisterial. Que se me otorgue el dinero a un 40% del salario del maestro instructor desde que radique (en retroactivo) la primera fase del Plan el día 15 de febrero de 2013. Que se me acepte mi Plan de Mejoramiento, que se me acepte los documentos que también he sometido bajo la Opción 45 créditos. Que se me pague el proyecto de las 100 horas, que se me convalide los cursos de Educación Continua por los créditos según la Ley 158 de Carrera Magisterial.

RESPETUOSAMENTE FIRMA,

Cordialmente,

María A. Clemente Rosa
Maestra de Artes Industriales
(Educación en Tecnología)
Tel 939-216-3308

1 . Tribuna Supremo de Puerto Rico. 2007 DTS 227 MATIAS LEBRON V. DEPARTAMENTO DE EDUCACION 2007TSPR227



**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
Secretaria Auxiliar de Recursos Humanos

*OCM-11A*

*Programa de Carrera Magisterial*

### RECOMENDACIÓN DE RECONOCIMIENTO DE NIVEL

Certifico que se ha revisado y analizado la "**Certificación de Radicación y Aprobación del**

**Plan de Mejoramiento Profesional**" *(OCMO6)* de:

| | | |
|---|---|---|
| Nombre | : | María A. Clemente Rosa |
| Seguro Social | : | ███ 7909 |
| Escuela | : | Intermedia Sana Llana |
| Distrito Escolar | : | San Juan II |
| Región Educativa | : | San Juan |

La misma cumple con las disposiciones de Ley establecidas en los artículos 2.02 "**Miembros**

**de la Carrera Magisterial**", 2.06 "**Activación a la Carrera Magisterial**" 2.07 "**Formularios**",

por lo cual se recomienda que se le otorgue el **Nivel I** con un aumento salarial de **$122.50** por

concepto de haber completado exitosamente con éstos. La vigencia de su plan es desde abril

2012 hasta abril 2017.

Certifico Correcto:

_____
*Milagros Rohena Rivera, Ed. D.*
*Directora*

_____
*Fecha*

*Nota: Este formato es para uso oficial.*



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN

**OFICINA DE CARRERA MAGISTERIAL**

25 de septiembre de 2014

| | | | |
|---|---|---|---|
| Nombre | : María A. Clemente Rosa | Especialidad: | Educación Tecnológica |
| Escuela | : Int. Sabana Llana | Región: | San Juan |
| Distrito | : San Juan II | | |

Estimada profesora:

De acuerdo a la evaluación realizada a su trascripción de créditos de estudios graduados y de conformidad con los artículos 5.04 y 6.08 del Reglamento de la Carrera Magisterial, se le reconocerá para el cumplimiento de su Plan de Mejoramiento Profesional, los siguientes cursos universitarios:

Educación General: 18 créditos
- HIST   1417  (Centro Estudios Avanzados de P.R.)
- HIST   1307  (Centro Estudios Avanzados de P.R.)
- HIST   1305  (Centro Estudios Avanzados de P.R.)
- HIST   1310  (Centro Estudios Avanzados de P.R.)
- LITE   1704  (Centro Estudios Avanzados de P.R.)

**Créditos reconocidos (18)**

Especialidad: 27 créditos

**Créditos reconocidos (0)**

Usted deberá aprobar seis (6) créditos universitarios graduados en cursos relacionados a la categoría docente donde posee su nombramiento permanente **(Educación Tecnológica)**, o Currículo y Enseñanza o Tecnología Educativa.

Además, deberá presentar esta carta en cada proceso que realice en la Carrera Magisterial, incluyendo los procesos de revisión de salario y nivel, para evitar confusiones con el técnico que evalúe su caso.

Cordialmente,

Edgardo Feliciano Sánchez
Especialista de Recursos Humanos

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel: (787) 773-2448



El Departamento de Educación no discrimina por razón de raza, color, género, nacimiento, origen nacional, condición social

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | | | |
|---|---|---|---|
| | Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

JUN 2 9 REC'D

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1    Identify the Claim / Identificar la reclamación

1. Who is the current creditor?

   ¿Quién es el acreedor actual?

   _Maria H Clemente Rosa_

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

**2.** Has this claim been acquired from someone else?

☒ No / No

☐ Yes. From whom?

¿Esta reclamación se ha adquirido de otra persona?

Sí. ¿De quién? _____

---

**3.** Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberian enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

Where should notices to the creditor be sent?
¿A dónde deberian enviarse las notificaciones al acreedor?

Maria A. Clemente Rosi

Name / Nombre

_____
Number / Número      Street / Calle

_____
City / Ciudad      State / Estado      ZIP Code / Código postal

_____
Contact phone / Teléfono de contacto

_____
Contact email / Correo electrónico de contacto

Where should payments to the creditor be sent?
(if different)
¿A dónde deberian enviarse los pagos al acreedor? (En caso de que sea diferente)

_____
Name / Nombre

_____
Number / Número      Street / Calle

_____
City / Ciudad      State / Estado      ZIP Code / Código postal

_____
Contact phone / Teléfono de contacto

_____
Contact email / Correo electrónico de contacto

---

**4.** Does this claim amend one already filed?

☒ No / No

☐ Yes. Claim number on court claims registry (if known)

¿Esta reclamación es una enmienda de otra presentada anteriormente?

Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____

Filed on / Presentada el _____      (MM /DD/YYYY) / (DD/MM/AAAA)

---

**5.** Do you know if anyone else has filed a proof of claim for this claim?

☒ No / No

☐ Yes. Who made the earlier filing?

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

Sí. ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2:**

Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6.** Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

☐ No / No

☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)

¿Tiene una reclamación en contra de algún organismo o departamento especifico del Estado Libre Asociado de Puerto Rico?

Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Departamento de Educacion

---

**7.** Do you supply goods and / or services to the government?

☒ No / No

☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

¿Proporciona bienes y / o servicios al gobierno?

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017. $ _____

8. How much is the claim?

¿Cuál es el importe de la reclamación?

$ *Monto Interde temavod,*

Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☒ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Si. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

9. What is the basis of the claim?

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*El aumento de salario: Ley de Causa Mojes feina los aumentos de sila Maria. Grevo*

10. Is all or part of the claim secured?

¿La reclamación está garantizada de manera total o parcial?

☒ No / No

☐ Yes. The claim is secured by a lien on property.
Si. La reclamación está garantizada por un derecho de retención sobre un bien

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Describe:
    Otro. Describir:

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

Value of property / Valor del bien         $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

11. Is this claim based on a lease?

¿Esta reclamación está basada en un arrendamiento?

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Si. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$_____

12. Is this claim subject to a right of setoff?

¿La reclamación está sujeta a un derecho de compensación?

☒ No / No

☐ Yes. Identify the property /
   Sí. Identifique el bien _____

13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☐ No / No

☒ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

$ _Monto Indeterminado_

---

## Part 3 / Parte 3:

### Sign Below / Firmar a continuacion

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _06/28/2018_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _María A. Clemente Rosa_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _María_ _Antonia_ _Clemente Rosa_
       First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _Maestra de Artes Industriales_

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
              Number / Número        Street / Calle

_____
City / Ciudad                    State / Estado        ZIP Code / Código postal

Contact phone / Teléfono de contacto _____ Email / Correo electrónico _____

Case:AQ-14
Reclamation

# Departamento de Educación

*ocm-14*

### Estado Libre Asociado de Puerto Rico
### Secretaría Auxiliar de Recursos Humanos
### Oficina de la Carrera Magisterial

| | | |
|---|---|---|
| *Fecha* | : | 18 de octubre de 2001 |
| *Sr.(a)* | : | María A. Clemente Rosa |
| *Seguro Social* | : | ███ 7909 |
| *Escuela* | : | Int. Sabana Llana |
| *Distrito Escolar* | : | San Juan III |
| *Región Educativa* | : | San Juan |

## AUTORIZACIÓN PARA TOMAR CURSOS ACADÉMICOS EN ÁREAS RELACIONADAS CON LA ESPECIALIDAD DE ACUERDO AL ARTÍCULO 6.11 DEL REGLAMENTO DE LA CARRERA MAGISTERIAL

*Consignamos haber recibido su solicitud para tomar cursos relacionados con la especialidad donde tiene status permanente y la misma ha sido:*

✓ *Aprobada*

_____ *Denegada por la(s) siguiente(s) razón(es):*

_____ *No incluyó programa de estudios*

_____ *Radicación tardía*

_____ *Programa de estudios incompleto*

_____ *Programa de estudios no guarda relación con la especialidad*

*[firma]*

*Secretario de Educación*
*o su representante autorizado*

*Fecha de aprobación:* 23 octubre 2001

COTEJADO POR
CARRERA MAGISTERIAL
FECHA DE COTEJO
JUL 2 4 2012

# Departamento de Educación

ocm-14

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

Oficina de la Carrera Magisterial

| | | |
|---|---|---|
| Fecha | : | 18 de octubre de 2001 |
| Sr.(a) | : | María A. Clemente Rosa |
| Seguro Social | : | ████ 7909 |
| Escuela | : | Int. Sabana Llana |
| Distrito Escolar | : | San Juan III |
| Región Educativa | : | San Juan |

# AUTORIZACIÓN PARA TOMAR CURSOS ACADÉMICOS EN ÁREAS RELACIONADAS CON LA ESPECIALIDAD DE ACUERDO AL ARTÍCULO 6.11 DEL REGLAMENTO DE LA CARRERA MAGISTERIAL

Consignamos haber recibido su solicitud para tomar cursos relacionados con la especialidad donde tiene status permanente y la misma ha sido:

___✓___ Aprobada

_____ Denegada por la(s) siguiente(s) razón(es):

_____ No incluyó programa de estudios

_____ Radicación tardía

_____ Programa de estudios incompleto

_____ Programa de estudios no guarda relación con la especialidad

_____
Secretario de Educación
o su representante autorizado

Fecha de aprobación: ___23 octubre 2001___

RECIBIDO

OFICINA DE
CARRERA MAGISTERIAL

22 de mayo, 2001

Sr. Cesar Rey Hernández
   Secretario de Educación
   Departamento De Educación

Se dirige a usted muy respetuosamente la Srta. María A. Clemente Rosa, Prof.
de Artes Industriales de la Esc. De La Comunidad Int. Sabana Llana, por este
medio deseo recabar su autorización para realizar mis estudios doctorales en el
área de Administración y Supervisión, para aspirar al rango de **Maestro.**
Mi solicitud se debe a que en las universidades de Puerto Rico, no ofrecen el
doctorado en Currículo y Enseñanza en el área de Artes Industriales ni Vocacional
y tampoco ofrecen las maestrías en esas áreas ya mencionadas. Por tal razón tuve
que hacer una maestría en el área de Administración y Supervisión y por consi-
guiente solicito la oportunidad para realizar estudios doctorales en esa área.
Actualmente tengo todos los pre- requisitos para iniciar mis estudios doctorales en
el área de Administración y Supervisión. Por el contrario en el Doctorado de
Currículo y Enseñanza, tengo que hacer nuevamente 18 créditos a nivel graduado
como pre- requisito en el área de Artes Industriales y en Puerto Rico no los ofrecen
o 18 créditos graduados en cualquier otra área de enseñanza y ese requisito conlle-
va realizar otra maestría en Currículo y Enseñanza. Lo cual no es justo ni razonable
para mí, además no cuento con el recurso económico para costearme otra maestría.



Según la Ley Núm. 158 del 18 de julio de 1999, conocida como la Ley de la Carrera Magisterial, reconoció y aceptó que los maestros de Artes Industriales que tuviesen una maestría en el áre de Administración y supervisión o cualquier otra maestría y trece (13) años de servicio obtenían el rango de **Maestro Asociado.**
Por que en Puerto Rico no se ofrece la maestría ni doctorado en el área de Artes Industriales.

Sr. Hernández, ante esta situación que me surge de tener un Bachillerato en Artes Industriales y una Maestría en Administración y Supervisión, (la cual me da los pre-requisitos para realizar un doctorado en esa área) es que me dirijo hacia usted, para que evalúe mi caso y me pueda conceder la autorización para realizar mis estudios doctorales en el área de Administración y Supervisión en agosto de 2001. Adjunto le envío copia del currículo del Programa doctoral en el área de Currículo y Enseñanza. Espero su acostumbrada cooperación, queda de usted.


Cordialmente,

María A. Clemente Rosa
Prof. Artes Industriales
P.O. Box 7103
San Juan, P.R. 00916
Tel. y Fax 768 - 8185



## INFORME OFICIAL DE CALIFICACIONES

Estas calificaciones se registrarán permanentemente en su record académico. Es responsabilidad del estudiante conocer la reglamentación académica respecto a calificaciones, índices, suspensiones, probatorias académicas, repetición de cursos, grados, etc. contenidas en el catálogo vigente del Recinto.

Por limitaciones de espacio señalaremos las advertencias más apremiantes: (a) La anotación "I-Calificación Provisional" se convertirá automáticamente en final de no notarse del profesor una nota final en el transcurso del próximo semestre. El alumno deberá comunicarse con su profesor para los arreglos pertinentes. Bajo ninguna circunstancia, deberá el estudiante matricularse nuevamente en el curso (b) La anotación astensco (*) significa que su profesor no entregó a tiempo la lista oficial de clases. Estas se informarán en un suplemento en la sexta semana de haberse iniciado las clases el próximo semestre. Si el alumno tiene urgencia en conocer su calificación antes de esa fecha, deberá comunicarse con el profesor. (c) Si se tratara de cursos matriculados oficialmente y que no aparecen reflejados en este informe, el estudiante deberá hacer su reclamación en la Oficina del Registrador en la segunda semana de haberse iniciado el próximo semestre.

UNIVERSIDAD DE PUERTO RICO
RECINTO DE RIO PIEDRAS

3 1-91-2101
CLEMENTE ROSA, MARIA M
Urb Valle Escondido
224 Calle Bromelia
27/12/01            Carolina      PR 00987- 710

Durante su matrícula deberá presentar EVIDENCIA de poseer un plan médico privado o acogerse al del Recinto.

| CURSOS | SECCION | CREDI | CALIF | FECHA DE BAJA |
|--------|---------|-------|-------|---------------|
| 2050 A3 | 3 | | | |

| NUMERO DE ESTUDIANTE | CLASIFICACION |
|---------------------|---------------|
| 3 1-91-2101 | G-1620 |

| SEMESTRE | AÑO | CREDITOS | INDICE SEM | INDICE ACUM |
|----------|-----|----------|------------|-------------|
| 1 2 001 | 001-010 | | | |

**DEPARTAMENTO DE EDUCACION**
Estado Libre Asociado de Puerto Rico
Secretaría de Recursos Humanos
Oficina de la Carrera Magisterial

## SOLICITUD DE ACTIVACION A LA CARRERA MAGISTERIAL

Nombre del Solicitante : _María A. Clemente Rosa_

Seguro Social : ██████ _7909_

Categoría : _Maestro Asociado_

Número del Puesto : _R16045_

Escuela : _Escuela de la Comunidad Sabana Llana Intermedia_

Distrito Escolar : _San Juan III_

Región Educativa : _San Juan_

Rango al que aspira : _Maestro_

De conformidad con el Artículo 2.07 del Reglamento de la Carrera Magisterial, esta
solicitud debe entregarse en unión de mejoramiento profesional durante el mes de abril
de cada año escolar.

_____
Firma del solicitante

_30 de abril de 2001_
Fecha de radicación

Recibido por: _____

TO      : Sra. Carmen I. Esteva
          Directora
          Esc. De La Comunidad Sabana Llana Int.

FROM:   : María A.Clemente Rosa
          Maestra Asociada
          Artes Industriales

SUBJECT: ENVIO DE DOCUMENTOS SOBRE

DATE:     30 de Abril de 2001

CC:

1.   Entrega Plan De Mejoramiento para solicitar el Rango de Maestro

2.   Carta de Revisión y solicitud de evaluación (Para los 15 de enero de

3.   cada año escolar)

4.   Copia carta al Secretario

*Martha R. Figueroa Medina*
30/04/2001

COTEJADO POR
CARRERA MAGISTERIAL
FECHA DE COTEJO
JUL 2 4 2012

MESSAGE CONFIRMATION REPORT

| REMOTE ID. | : | 7541155 |
|---|---|---|
| PAGES | : | 03 |
| MODE | : | 9600/STANDARD |
| RESULTS | : | OK |

*Enviado el 31/mayo/01 Alma*

Certifico que  Maria A. Clemente Rosa  Seguro Social: ████ 7909  de la Escuela de la Comunidad Sabana Llana Intermedia del Distrito Escolar de San Juan III  radicó su Plan de Mejoramiento Profesional de acuerdo a lo estipulado en el  Artículo 2.03 del Reglamento de la Carrera Magisterial para el periodo del  1ro de mayo 2001 al  1ro de mayo 2006 certifico, además que el Comité de Evaluación analizó dicho Plan a la luz del artículo 6.04 del mismo reglamento y éste fue aprobado hoy  23 mayo  de  2001 .

## COMITÉ DE EVALUACIÓN

| Nombre | Firma | Puesto que ocupa |
|---|---|---|
| *(firma)* | *(firma)* | Directora |
| Luz Maria Torres Ritas | *(firma)* | maestra-oceana |
| Jose A. Rodriguez Adames | *(firma)* | Agte de Escuela |

Fecha:   23 de mayo de 2001 

COTEJADO POR
CARRERA MAGISTERIAL
FECHA DE COTEJO
JUL 2 4 2012

Document
Evidence

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Clemente Rosa, Maria A. | 92159 | 6/29/2018 | Commonwealth of Puerto Rico | $20,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Clemente Rosa, Maria A. | 92159 | 6/29/2018 | Commonwealth of Puerto Rico | $20,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https:  cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



CENTRO DE
ESTUDIOS
AVANZADOS

DE PUERTO RICO
Y EL CARIBE

Calle Cristo Núm. 52, Viejo San Juan
Apartado 9023970
San Juan, PR 00902-3970
Tel. 787-723-4481
Fax 787-723-1023

# CERTIFICACIÓN DE GRADUACIÓN

Certifico que **María Clemente Rosa**, con número de estudiante, D0901-0011, completó los requisitos para obtener el grado de,

**Doctorado en Filosofía y Letras, con especialidad en Historia de Puerto Rico y del Caribe en enero de 2018.**

El grado correspondiente ya le fue otorgado. El diploma le será entregado en la próxima colación de grados, a celebrarse en junio 2018.

Expedida en San Juan, Puerto Rico, el 9 de febrero de 2018.

Cordialmente,

Mayra Ramírez Valdejulli
Registradora

SELLO OFICIAL



GOBIERNO DE PUERTO RICO

DEPARTAMENTO DE EDUCACIÓN
División de Certificaciones Docentes

# CERTIFICACIÓN

Certifico que la profesora MARIA A. CLEMENTE ROSA, s.s. xxx-xx-7909, posee el siguiente certificado vitalicio:

- **MAESTRA DE ARTES INDUSTRIALES,** núm. 1662, expedido el 26 de octubre de 1992.

Al momento de esta comunicación, el certificado en cuestión no ha sido cancelado ni anulado por el personal de esta División.

Para que asi conste se expide esta certificación hoy 21 de febrero de 2018, en San Juan, Puerto Rico.

Briseida Sánchez
Auxiliar Administrativo

P.O. Box 190759, San Juan, PR 00919-0759   Tel. (787)773-2465 6286 6285





OCH-2

**Departamento de Educación**
**Secretaria de Recursos Humanos**
**Oficina de Desarrollo del Capital Humano**
**Fax- 787-756-8028**

*Programa de Carrera Magisterial*

Solicitud de Evaluación de Créditos Graduados para Opció  45

Nombre María A. Clemente Rosa  Puesto/Categoría Maestra de  Educación en Tecnol
Escuela Int. Sabana Llana   Distrito San Juan II        (Artes Industriales,
Región San Juan            Fecha                         R16045

Estimada Sra _____

Solicito autorización para acogerme a la alternativa "Opción 45" (Artículo 5.04, Reglamento de Carrera
Magisterial, Num.6761).
Seleccione una de las dos alternativas y marque con una (X)

    A.
Estoy activo(a) en Carrera Magisterial      ( X )
Mi (maestría /doctorado):
      No es en mi especialidad        ( )
      No se ofrece en Puerto Rico     ( X )
    B.
Me activo por primera vez                   ( )
Mi (maestría /doctorado):
      No es en mi especialidad        ( )

Someto transcripción copia de estudiante del grado de (o cursos graduados  doctorado de la
Universidad de Centro de  en Hist. PR y(Especialidad) para evaluación.  y del Caribe.
   Estudios Avanzados de PR y del Caribe
Mi correo electrónico es____ ___  _____  ____  ___  __
Mi dirección postal es _____  ____ _____ ____  ___  ____
  Condominio Astralis 9546 Calle Díaz Way Apt. 311 Torre 6 Norte
   Carolina, P.R. 00979
Atentamente,

_____

Firma

**Nota: Asegúrese que la copia de la transcripción está legible.**

15 de junio de 2016

María A. Clemente rosa

Peticionaria

CASO: Núm. AQ-14-0730

ASUNTO: "DOCUMENTO OFICIAL OPCIÓN 45 CRÉDITO"

DOCUMENTO QUE INDUCE A ERROR AL DEPARTAMENTO DE EDUCACIÓN, MEDIANTE UN ERROR EN LA REDACCIÓN, EL CUAL AFECTA LA RAZÓN DE JUICIO.

El Documento Opción 45 crédito, es un documento oficial de la Oficina de Carrera Magisterial. El cual me fue provisto por la Dra. Milagros Rohena Rivera, ex directora de la Oficina de Carrera Magisterial y quien me instó para que yo lo usara y participara en dicho proceso por que cumplía con los requisitos. El documento opción 45 créditos, este documento ofrece dos alternativas para participar en la Carrera Magisterial para los maestros que tiene el Doctorado en áreas diferentes a su especialidad, y que su especialidad no la ofrecen en Puerto Rico. Este documento el cual al inicio denota una oportunidad para el maestro carece de transparencia en No obstante el mismo documento carece de transparencia en su propósito, porque tiene unas irregularidades en su escritura. El proveer este tipo de documento con esta información contribuye de manera directa a nublar la transparencia y confianza de los procesos de la Carrera Magisterial, y que los maestros que participan en dicho procesos de la Carrera Magisterial, buscan en esa rama del Gobierno de Puerto Rico, representado por el Departamento de Educación. A tal error solicito respetuosamente que se me reconozca el Rango de Maestro, de la Carrera Magisterial y se me otorgue una retribución de salario desde que radique la participación en la Carrera Magisterial. Ver Caso oficial Núm: AQ 14-0730

Cordialmente

María A. Clemente Rosa

Maria A. Clemente Rosa
Condominio Astralis 9546
Calle Diaz Way Apt. 311 Torre # 6
Carolina, P.R. 00979
787 597-6267

# Hoja de Tramite

**A:** Sr. Eric Pérez
Director Ejecutivo
Oficina De La Carrera Magisterial
Departamento De Educación

**ATN.** Sr. Ángel Sánchez
Analista
Programa de Carrera Magisterial
Fax. (787) 756-8028

**De:** María Clemente Rosa      **Date:** 20 de Mayo de 2014

Tel. (787) 597-6276, (787) 257-7921

☐ Urgent    X For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

1. Entrega de la Alieación de los cursos de Hist. con los Cursos del Programa de Artes Industriales.
2. Entrega Referencias.



**CENTRO DE ESTUDIOS AVANZADOS
DE PUERTO RICO Y EL CARIBE**

Calle Cristo Núm. 52, Viejo San Juan
Apartado 9023970
San Juan, PR 00902-3970
Tel. 787-723-4481
Fax 787-723-1023

INFORME DE NOTAS
Academic Period.:JAN/14-MAY/14

2009/1-DHP
**CLEMENTE ROSA      , MARIA**
COND. ASTRALIS 9546
C/A DIAZ WAY APT. 311
CAROLINA       , PR  00979

| Course | Description | Credits | Grade | Honor Points |
|--------|-------------|---------|-------|--------------|
| EXAM PHD | EXAMEN DE GRADO | | P | |

| Period Information | Accumulative Information |
|-------------------|--------------------------|
| Credits....:    0 | Credits....:   51 |
| Honor Pnts.:    0 | Honor Pnts.:  177 |
| Grade Index: 0.00 | Grade Index: 3.69 |

Leyenda:
-----------------------------------------------------------------
A   Excelente      F   Fracasado      P   Aprobado
B   Bueno          W   Baja Oficial   NP  No Aprobado
C   Regular        I   Incompleto     NR  Nota no informada
D   Deficiente     AU  Oyente         IP  En Progreso
NA  No Asistió                        WF  Baja con penalidad

* CUMPLE con Progreso Académico *

RECORDATORIO: LA FECHA LIMITE PARA LA REMOCION DE INCOMPLETOS ES EL

              6 DE OCTUBRE DE 2014

SELLO OFICIAL

TRANSCRIPCION DE CREDITOS

Apartado 30289
San Juan, Puerto R
00902-39

**NUMERO DE IDENTIFICACION**
2009/1-DHP-D0901-0011

CENTRO DE ESTUDIOS AVANZADOS
DE PUERTO RICO Y EL CARIBE

PAG. ___01___ DE ___01___

**NOMBRE**
CLEMENTE ROSA        , MARIA         F

**DIRECCION**
PO BOX 7103                          , SAN JUAN

**UNIVERSIDAD**
UPR RIO PIEDRAS          PH.D. HISTORIA DE P.R. Y EL CARIBE

**FECHA Y LUGAR DE NACIMIENTO**
_____/1962 SANTURCE  PR              2009/1

| CODIGO | TITULO DEL CURSO | CRE. | NOTAS | |
|--------|------------------|------|-------|---|
| | AUG/09-DEC/09 | | | |
| HIST 505 | HISTORIA DE PUERTO RICO I | 3 | A | 12 |
| HIST 518 | HISTORIA GEN DEL CARIBE | 3 | B | 9 |
| | « Accum.. 6 3.50 Period. 6 3.50 » | | | |
| | JAN/10-MAY/10 | | | |
| HIST 506 | HISTORIA DE PUERTO RICO II | 3 | A | 12 |
| | « Accum.. 9 3.67 Period. 3 4.00 » | | | |
| | JUN/10-JUN/10 | | | |
| HIST1417 | :APORTA AFRO PUERT A LAS | 3 | A | 12 |
| | « Accum.. 12 3.75 Period. 3 4.00 » | | | |
| | AUG/10-DEC/10 | | | |
| HIST 652 | TEORIAS Y MET INVE HIST I | 3 | A | 12 |
| HIST1307 | LA MUJER EN LA HIST HISP | 3 | A | 12 |
| | « Accum.. 18 3.83 Period. 6 4.00 » | | | |
| | JAN/11-MAY/11 | | | |
| HIST1212 | HIST PR Y EL CARIB CONTEM | 3 | A | 12 |
| | « Accum.. 21 3.86 Period. 3 4.00 » | | | |
| | AUG/11-DEC/11 | | | |
| HIST1401 | HISTO EUROPEO AMERICANA I | 3 | B | 9 |
| HIST1416 | CINE DOC E HISTORIOGRAFIC | 3 | A | 12 |
| | « Accum.. 27 3.78 Period. 6 3.50 » | | | |

| CODIGO | TITULO DEL CURSO | CRE. | NOTAS | |
|--------|------------------|------|-------|---|
| | JAN/12-MAY/12 | | | |
| HIST1305 | PROB. CONTEMP. DE AME. LA | 3 | B | 9 |
| HIST1313 | HIST HISPANOAME D LA CONQ | 3 | A | 12 |
| | « Accum.. 33 3.73 Period. 6 3.50 » | | | |
| | JUN/12-JUN/12 | | | |
| HIST1310 | INT. PALEOGRAFIA I | 3 | A | 12 |
| | « Accum.. 36 3.75 Period. 3 4.00 » | | | |
| | AUG/12-DEC/12 | | | |
| HIST1141 | HIST PUERT I:S.XVI AL XIX | 3 | A | 12 |
| LITE1704 | ACTUALI DE CIEN ANOS SOLE | 3 | B | 9 |
| PORT1950 | PORTUGUES | 0 | P | 0 |
| | « Accum.. 42 3.71 Period. 6 3.50 » | | | |
| | JAN/13-MAY/13 | | | |
| HIST1142 | HISTORIOGRAFIA PUERT II | 3 | A | 12 |
| HIST1402 | HISTORI EUROPEO-AMERIC II | 3 | B | 9 |
| | « Accum.. 48 3.66 Period. 6 3.50 » | | | |
| | EN PROGRESO | | | |
| HIST1405 | SEM DE INVEST AVANZADA | 3 | IP | 0 |
| | « Accum.. 48 3.69 Period. 0 0.00 » | | | |

NO GRABAR DEBAJO DE ESTA LINEA

TESIS:

COPIA OFICIAL

X COPIA ESTUDIANTIL

REGISTRADOR(A) (NO ES OFICIAL SIN SELLO Y FIRMA)

16 09/3

26 de julio de 2016

Sr. Eric Pérez Torres
Director Interino
Oficina de Carrera Magisterial
Departamento De Educación
Oficina de Carrera Magisterial

Se dirige a usted muy respetuosamente la Prof. María A. Clemente Rosa, por este medio deseo recabar su cooperación en el reconocimiento de la Solicitud de Evaluación de Opción 45, ya que la misma la he solicitado en varias ocasiones, y se me ha evaluado 18 créditos generales y se me requiere 6 créditos universitarios. Los mismos los he completado a través de horas en el Programa de Horas de participación en programas de educación continua, para sustituirse con créditos académicos en cursos relacionados a la disciplina de Educación en Tecnología. De acuerdo a la Ley y El Artículo 3.06. – Sustitución de Horas de Educación Continua con Créditos Académicos. Según Ley de Carrera Magisterial de Puerto Rico 1999, (Ley 158, 1999). Adjunto le entrego copia de los once (11) certificados para un total de 84 horas contacto, durante el año escolar 2015-2016, equivalentes a los 6 créditos requeridos. Espero su acostumbrada cooperación. Queda de usted.

Cordialmente

María A. Clemente Rosa
Condominio Astralis 9546
Calle Díaz Way Apt. 311 Torre 6 Norte
Carolina, P.R. 00979

Tel. (939) 216-3308

ANEJO 1

OCM-06

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
**SECRETARÍA AUXILIAR DE RECURSOS HUMANOS**
**OFICINA DEL DESARROLLO DEL CAPITAL HUMANO**

PROGRAMA DE CARRERA MAGISTERIAL

### CERTIFICACIÓN DE RADICACIÓN Y APROBACIÓN DEL
### PLAN DE MEJORAMIENTO PROFESIONAL

Certificamos que el(la) Profesor(a) María A. Clemente Rosa        seguro social ▮▮▮▮▮ 7909        , de la Escuela Intermedia Sabana Llana , Municipio de   San Juan        del Distrito Escolar de   San Juan II        radicó su Plan de Mejoramiento Profesional de acuerdo con las disposiciones del Reglamento de Carrera Magisterial, Artículo 2.06, para el periodo del 1 de abril de 2012 al 1 de abril de 2017 (5 años).

Certificamos, además, que el Comité de Evaluación analizó y evaluó dicho Plan utilizando como referencia el Capítulo VI del mismo Reglamento y que fue aprobado hoy   6   de   Marzo        de 2012

(mayo o junio)

COMITÉ DE EVALUACIÓN

| NOMBRE | FIRMA | POSICIÓN |
|---|---|---|
| Noemi Cuadrado Pastran | *(firma)* | Directoria |
|  |  | Facilitador Docente y Representante de la Docencia |
| Héctor F. Ríez Zarb | *(firma)* | Miembro del Consejo Escolar |
|  |  | Enlace Regional (si aplica) |

Fecha en que el solicitante radicó el Plan.        de abril de 20

COTEJADO POR:
**CARRERA MAGISTERIAL**
FECHA DE COTEJO

JUL 2 4 2012



ANEJO 1

OCM-07 ENMENDADA

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
**SECRETARÍA AUXILIAR DE RECURSOS HUMANOS**
**OFICINA DEL DESARROLLO DEL CAPITAL HUMANO**

PROGRAMA DE CARRERA MAGISTERIAL

## SOLICITUD DE REVISIÓN DE SALARIO Y RECLAMACIÓN DE NIVEL

Honorable _____

De conformidad con lo establecido en el Capítulo VII del Reglamento de la Carrera Magisterial, solicito Revisión de Salario de las etapas __X_ 1, ___ 2, ___ 3, ___ 4, ___ 5 del Plan de Mejoramiento Profesional y Reclamación del Nivel Magisterial: ___ I, ___ II, _X_ IV.

Nombre del Solicitante   María A. Clemente Rosa

Seguro Social ▮▮▮▮ 7909

Categoría de la Permanencia  Educación en Tecnología R 16045

Escuela  Intermedia Sabana Llana

Municipio  San Juan

Distrito Escolar   San JuaN II

Región Educativa   San Juan

_Firma del Solicitante_

15 de febrero de 2012
Fecha

Recibido por _____

COTEJADO POR:
**CARRERA MAGISTERIAL**
FECHA DE COTEJO

JUL 2 4 2012



ANEJO 3

## GOBIERNO DE PUERTO RICO
### DEPARTAMENTO DE EDUCACIÓN
### SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
### OFICINA DEL DESARROLLO DEL CAPITAL HUMANO

PROGRAMA DE CARRERA MAGISTERIAL

## CERTIFICACIÓN DE ENTREGA DE SOLICITUDES DE REVISIÓN  2012

Escuela: Intermedia Sabana Llana

Director: Sra. Noemí Cuadrado Pastrana

Distrito Escolar: San Juan II

Municipio: San Juan

Región Educativa: San Juan

Hoy, ___6___ de marzo de 2012, hice entrega de las solicitudes analizadas y cotejadas de Reclamación de Nivel y Revisión de Salario del siguiente personal activo en la Carrera Magisterial:

| NOMBRE | PUESTO |
|---|---|
| 1. María A. Clemente Rosa | Maestra |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

COTEJADO POR
CARRERA MAGISTERIAL
FECHA DE COTEJO
JUL 2 4 2012

Certifico correcto.

_Noemí Cuadrado Pastrana_
Nombre del Director

_Dous. ..._
Nombre del Enlace Regional

_Noemí Cuadrado Pastrana_
Firma del Director

_(firma)_
Firma del Enlace Regional



ANEJO 5

## GOBIERNO DE PUERTO RICO
### DEPARTAMENTO DE EDUCACIÓN
### SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
### OFICINA DEL DESARROLLO DEL CAPITAL HUMANO

PROGRAMA DE CARRERA MAGISTERIAL

HOJA DE COTEJO DE LOS DOCUMENTOS QUE DEBEN CONTENER
LAS SOLICITUDES DE RECLAMACIÓN DE NIVEL O DE REVISIÓN DE SALARIO

Fecha: 15 de febrero de 2012

Nombre: María A. Clemente Rosa    Puesto: Maestra

Escuela: Intermedia Sabana Llana   Distrito Escolar: San Juan II

Municipio: San Juan    Región Educativa: San Juan

| CRITERIOS | SUMINISTRADO | NO SUMINISTRADO | COMENTARIO EVALUATIVO |
|---|---|---|---|
| 1. Ha completado los siguientes documentos: | | | |
| • OCM-07 enmendada - Solicitud de Revisión de Salario y Reclamación (en original) | ✓ | | |
| • OCM-09 enmendada - Recomendación de Revisión de Salario y Reconocimiento de Nivel (en original) | ✓ | | |
| 2. Carta del director de la escuela, *en original*, certificando que los documentos son copias fieles y exactas de los originales sometidos por el reclamante. | ✓ | | |
| 3. Copia fiel y exacta del Plan de Mejoramiento Profesional del reclamante, oficialmente certificado por el director. | ✓ | | |
| 4. Una copia de la trascripción de créditos del estudiante que documente el grado obtenido y su preparación académica. *Además, una transcripción oficial de créditos, la cual se enviará a la Oficina de Reclutamiento Docente del Departamento de Educación.* | ✓ | | |
| 5. Certificaciones oficiales que acrediten las horas (no menos de tres (3) horas de duración) de participación en actividades de educación continua ofrecidas por Universidades y entidades acreditadas por el Consejo de Educación Superior. | ✓ | | |
| 6. Copia de los informes de evaluación del desempeño docente (una por semestre escolar) del reclamante durante el período de vigencia del Plan de Mejoramiento Profesional. | ✓ | | |

COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO

JUL 2 4 2012

HOJA DE COTEJO DE LOS DOCUMENTOS QUE DEBEN CONTENER LAS SOLICITUDES DE RECLAMACIÓN DE NIVEL O
DE REVISIÓN DE SALARIO
Página 2

Nombre:   María A. Clemente Rosa

| CRITERIOS | SUMINISTRADO | NO SUMINISTRADO | COMENTARIO EVALUATIVO |
|---|---|---|---|
| 7. Los maestros activos que tienen un Plan dirigido al Nivel IV (doctoral) deberán presentar la siguiente documentación para evidenciar el cumplimiento del Elemento Núm. 3 de su Plan: | | | N/A |
| • Proyecto especial que realizó en beneficio del Sistema. | | | |
| • Carta del Superintendente de Escuelas a cargo de los Distrito Escolares y del director de la escuela, apoyando los talleres y demás ofrecimientos del Proyecto Especial. | | | N/A |
| • Hoja de asistencia de las personas que participaron en los talleres, tutorías y otras actividades educativas ofrecidos en el proyecto especial. | | | N/A |
| • Las hojas de asistencia deben contener: ✓ nombre de los talleres, fecha y horario ✓ firma de los participantes ✓ firma del director de la escuela ✓ nombre de la persona que ofreció los talleres | | | N/A |
| • Evaluación sumativa de los logros obtenidos certificado por el director de la escuela. | | | |
| 8. El plan está presentado en el siguiente orden: | | | |
| ✓ OCM-07 enmendado | ✓ | | |
| ✓ OCM-09 enmendado | ✓ | | |
| ✓ Certificación copia fiel y exacta | ✓ | | |

COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO
JUL 2 4 2012

ANEJO 2

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
**SECRETARÍA AUXILIAR DE RECURSOS HUMANOS**
**OFICINA DEL DESARROLLO DEL CAPITAL HUMANO**

PROGRAMA DE CARRERA MAGISTERIAL

Fecha: 15 de febrero de 2012

Puesto: Maestra

Escuela: Intermedia Sabana Llana

Municipio: San Juan

Distrito Escolar: San Juan II

Región Educativa: San Juan

HOJA DE COTEJO
PROCESO DE ACTIVACIÓN

| CRITERIOS | Si | No | COMENTARIO EVALUATIVO |
|---|---|---|---|
| 1  Los documentos se recibieron en la Oficina siguiendo el procedimiento establecido en el memorado del 27 de enero de 2012: <br><br> • directamente: del director, superintendente o enlace <br> • por correo interno con hoja de trámite firmada por el director | | | |
| 2  Se recibió la certificación OCM-06 en original con dos copias. | | | |
| 3  La Certificación OCM-06 cumple con lo siguiente: <br><br> • Completada en todas sus partes <br> • Las fechas están comprendidas dentro del período que cubre el Proceso de Activación <br> • Contiene las firmas de: <br><br>  ○ Director(a) <br>  ○ Facilitador Docente / Representante de la Docencia <br>  ○ Miembro del Consejo Escolar <br>  ○ Enlace Regional (si aplica) | | | |

Revisado por: _____

Nombre y puesto en letra de molde

COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO

JUL 2 4 2012

Firma

ANEJO 3

**GOBIERNO DE PUERTO RICO**         OCM-15
**DEPARTAMENTO DE EDUCACIÓN**
**SECRETARÍA AUXILIAR DE RECURSOS HUMANOS**
**OFICINA DEL DESARROLLO DEL CAPITAL HUMANO**

PROGRAMA DE CARRERA MAGISTERIAL

TRASLADO DE EXPEDIENTES

Sr (a) _____
                    Director (receptor)

Escuela:   Intermedia Sabana Llana

Municipio:   San Juan

Distrito Escolar.   San Juan II

Región Educativa:   San Juan

Conforme con al Artículo 2.11 del Reglamento de Carrera Magisterial procedo a trasladar el expediente de la Carrera Magisterial perteneciente a él(la) Sr.(a)  María A. Clemente Rosa , seguro social ████ 7909

El expediente contiene los siguientes documentos:

1.
2.
3.
4.
5.
6.

Certifico correcto:

_____
        Director (remitente)

Escuela: _____

Municipio: _____

Distrito Escolar. _____

Región Educativa: _____

COTEJADO POR:
**CARRERA MAGISTERIAL**
FECHA DE COTEJO

JUL 2 4 2012

DEPARTAMENTO DE EDUCACIÓN
DISTRITO ESCOLAR SAN JUAN II
ESCUELA SABANA LLANA INTERMEDIA
TELÉFONO (787) 767-2438



**HOJA DE TRÁMITE**

A: Sra. Milagros Rohena

De: Sra. Noemí Cuadrado Pastrana
    Directora Escolar
    Esc. Sabana Llana Intermedia

Fecha: 16 de marzo de 2012

**ASUNTOS:**

**Entrega de copia expediente Carrera Magisterial- Srta. María Clemente Rosa**

Recibido por: _____   Fecha: _____

Firma: _____

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO

JUL 24 2012

RECEIVED

# DEPARTAMENTO DE EDUCACIÓN
### SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
### OFICINA DE LA CARRERA MAGISTERIAL

## RECLAMACIÓN DE REVISIÓN
## RANGO INICIAL

**Nombre y dos apellidos** :   María A. Clémente Rosa

**Dirección Postal**        :   P.O. Box 7103
                                San Juan
                                Puerto Rico          00916

Seguro Social              :   ████7909

Categoría                  :

Razones que motivan la solicitud de reconsideración:

Relación de hechos que sustente la acción que reclama:

Reclamación:

Detalle los documentos sometidos:

1.
2.
3.
4.

Firma del reclamante

COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO

JUL 2 4 2012

Fecha de radicación

# DEPARTAMENTO DE EDUCACIÓN

SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
OFICINA DE LA CARRERA MAGISTERIAL

## PLAN DE MEJORAMIENTO PROFESIONAL

Nombre: Maria A. Clemente Rosa

Seguro Social: ____7909

Página # 1

Fecha de radicación: 15 de Febrero de 2012

| Área de Necesidad | Objetivos | Actividades | Etapas de Desarrollo | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| Elemento # 1 | Completar 57 créditos académicos en un doctorado en Historia del Caribe y Puerto Rico. | Matricularme en: HIST 505 - 3 crds. HIST 518 - 3 crds. HIST 506 - 3 crds. | X | | | | |
| Estudios Formales a nivel graduado con créditos universitarios conducente a completar el grado de DOCTORADO en Historia del Caribe y Puerto Rico, del Centro De Estudios Avanzados De Puerto Rico y El Caribe. | | Matricularme en: HIST 1417 - 3 crds. HIST 602 - 3 crds. HIST 1307 - 3 crds. | X | | | | |
| | | Matricularme en: HIST 1212 - 3 crds. HIST 1401 - 3 crds. HIST 1416 - 3 crds. | X | | | | |
| | | Matricularme en: HIST 1313 - 3 crds. HIST 1305 - 3 crds. HIST 1141 – 3 crds HIST 1402 - 3 crds | X | X | | | |
| | | Matricularme en: HIST 1142 - 3 crds. HIST 1405 - 3 crds. HIST 503 - 3 crds. HIST 218 - 3 crds. HIST 1315 - 3 crds. LITE 305 - 3 crds | | X | X | X | |
| | | | | | | X | X |
| | | Matricularme en: Examen de Grado | | | | X | X |

# DEPARTAMENTO DE EDUCACIÓN

SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
OFICINA DE LA CARRERA MAGISTERIAL

## PLAN DE MEJORAMIENTO PROFESIONAL

Nombre: Maria A. Clemente Rosa

Seguro Social: ▓▓ 7909

Página # 2

Fecha de radicación: 15 de febrero 2012

| Área de Necesidad | Objetivos | Actividades | Etapas de Desarrollo | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| **Elemento #2**<br>**Educación Continuada** | Acumular 20 horas contacto de adiestramientos de Educación Continua, al finalizar las etapas. | Hacer Estudio de Necesidades De desarrollo Profesional De Los Maestros Del Departamento De Educación De Puerto Rico Año Escolar 2011-2012 | x | | | | |
| | | Solicitar el Itinerario de adiestramientos de Educación Continua. | | x | | | |
| | | Solicitar los adiestramientos pertinentes de acuerdo a mis necesidades profesionales. | | x | | | |
| | Acumular 10 horas contacto en Educación de Ética Gubernamental | Participar en los Talleres de la Oficina de Ética Gubernamental, del gobierno de Puerto Rico | x | | | x | |

# DEPARTAMENTO DE EDUCACIÓN

SECRETARÍA AUXILIAR DE RECURSOS HUMANOS

OFICINA DE LA CARRERA MAGISTERIAL

## PLAN DE MEJORAMIENTO PROFESIONAL

Nombre: Maria A. Clemente Rosa

Seguro Socia l███7909

Página #  2

Fecha de radicación: 15 de  febrero 2012

| Área de Necesidad | Objetivos | Actividades | Etapas de Desarrollo | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| **Elemento # 3**<br><br>**Experiencia Docente** | Al finalizar cada semestre escolar obtendré una evaluación satisfactoria de mi desempeño como maestra. | Solicitar a la director a de la escuela que realice una evaluación por semestre en el mes de diciembre de 2012, en mayo de 2013, en el mes de diciembre de 2013, en mayo 2014, en diciembre de 2014, en mayo 2015, en diciembre de 2015 y otra evaluación en mayo de 2016 y en diciembre de 2016. | x | x | x | x | x |
| | | Presentaré evidencia de mi trabajo, como parte del proceso de evaluación. | x | x | | x | x |

COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO
JUL 2 4 2012

# DEPARTAMENTO DE EDUCACIÓN

SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
OFICINA DE LA CARRERA MAGISTERIAL

## PLAN DE MEJORAMIENTO PROFESIONAL

Nombre: Maria A. Clemente Rosa

Página # _4_ de ____

Seguro Social ▮▮▮▮ 7909

Fecha de radicación: 15 de febrero de 2012

| Área de Necesidad | Objetivos | Actividades | Etapas de Desarrollo | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| | | | | | | | |

COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO
JUL 2 4 2012

# DEPARTAMENTO DE EDUCACIÓN

SECRETARÍA AUXILIAR DE RECURSOS HUMANOS

OFICINA DE LA CARRERA MAGISTERIAL

## PLAN DE MEJORAMIENTO PROFESIONAL

Nombre: <u>María A. Clemente Rosa</u>

Página # __5__ de ____

Seguro Social: ████7909

Fecha de radicación: <u>15 de febrero de 2012</u>

| Área de Necesidad | Objetivos | Actividades | Etapas de Desarrollo | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| | | | | | | | |

COTEJADO CON ORIG.
CARRERA MAGISTERIAL
FECHA DE COTEJO
JUL 24 2012

# DEPARTAMENTO DE EDUCACIÓN

SECRETARÍA AUXILIAR DE RECURSOS HUMANOS

OFICINA DE LA CARRERA MAGISTERIAL

# PLAN DE MEJORAMIENTO PROFESIONAL

Maria A. Clemente Rosa

████████ 7909

COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO

JUL 2 4 2012

# DEPARTAMENTO DE EDUCACIÓN

SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
OFICINA DE LA CARRERA MAGISTERIAL

# PLAN DE MEJORAMIENTO PROFESIONAL

Parte I Información Personal y Profesional

| | | |
|---|---|---|
| Nombre | : | María A. Clemente Rosa |
| Seguro Social | : | ███ 7909 |
| Preparación Académica | : | Bachillerato en Educación en Tecnología, Maestría en Administración y Supervisión Escolar Vocacional, Maestría Administración y Supervisión Escolar, Escuela Secundaria Maestría en Gerontología. |
| Categoría en la que tiene permanencia | : | Educación en Tecnología (Artes Industriales) # R16045 |
| Nivel | : | Intermedio |
| Escuela | : | Intermedia Sabana Llana |
| Distrito | : | San Juan III |
| Región | : | San Juan |

Rango del Solicitante:

**Rangos:**

**( ) Maestro Auxiliar**
**( ) Maestro Asociado**
**( x ) Maestro**

Plan de Mejoramiento Profesional

Periodo de vigencia: De _1ro_ de _mayo_ /14 _feb_
De _2012_ al _1ro._ De _Agosto_ de _2016_ _abri 2017_

Preparado y sometido por:

_[firma]_

Firma del maestro o maestro Bibliotecario

_[firma]_
_6 de marzo de 2012_

Fecha de radicación                     Fecha de aprobación por el Comité de Evaluación

CARRERA MAGISTERIAL
FECHA DE ...
JUL 2 4 2012

# DEPARTAMENTO DE EDUCACIÓN

SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
OFICINA DE LA CARRERA MAGISTERIAL

## PLAN DE MEJORAMIENTO PROFESIONAL

**Parte II Introducción**

Nombre: María A. Clemente Rosa          Pagina #  1

Seguro Social: ███ 7909          Fecha de radicación: 15 de febrero de 2012

INFORMACIÓN PROFESIONAL

A.  Preparación académica y experiencia docente
    Bachillerato en Educación en Tecnología (Artes Industriales).
    Maestría en Administración y Supervisión Vocacional Escolar.
    Maestría en Gerontología.
    Experiencia docente: 25 años de experiencia en Escuela Secundaria.

    Durante los pasados 3 años he tomado los siguientes cursos con crédito
    universitario:

- 1 Er. semestre: 2010 – Centro de Estudios Avanzados y del Caribe- 9 Créditos.
  Historia de P. R. I, Historia Gen Del Caribe, Historia De P. R. II.

- Verano 2010- Centro de Estudios Avanzados y del Caribe – 3 Créditos.
  Aportación Africana al Caribe.

- 2 do semestre: 2010 – Centro de Estudios Avanzados y del Caribe- 6 Créditos
  Teorías y Metodología de la Investigación en la Historia, La mujer en la Historia
  de Hispanoamérica.

- 1 Er. Semestre: 2011– Centro de Estudios Avanzados y del Caribe-  3 Créditos
  Historia de Puerto Rico y El Caribe Contemporáneo.

- 2 do semestre: 2011 – Centro de Estudios Avanzados y del Caribe-  6 Créditos
  Historiografía Europea- Americana, Cine documental e historiografía.

- 1 Er. Semestre: 2012 - Centro de Estudios Avanzados y del Caribe-  6 Créditos
  Problemas Contemporáneos de Latinoamérica, Hispanoamérica: de la conquista
  a la independencia. En progreso.

COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO

JUL 2 4 2012

Certificaciones
- Certificado de Maestro en Educación en Tecnología.
- Certificado de Maestro de Español.
- Certificado de Maestro de Historia.
- Certificado de Director de Escuela Secundaria.
- Certificado de Director Vocacional Escuela Secundaria.

B. Adiestramientos:

1. Taller sobre: Estrategias de Prevención de VIH/SIDA en Adolescentes.

2. Orientación sobre los procesos a seguir para convertir la Escuela intermedia Sabana Llana, en una Escuela Especializada.

3. Orientación sobre Escuela No Seguras y Salón Manejo de Conflicto.

4. Taller de Desarrollo Profesional en "Pawer Point", "Tutorial", Uso y Manejo de la Cámara de Fotos", Uso y manejo de la cámara de Películas".

5. Conferencia sobre el, Desarrollo de propuestas Innovadoras. Programa Learn and Serve America, Departamento de Educación.

6. Taller para la preparación de propuestas educativas, a maestros participantes del programa Learn and Serve America de Puerto Rico, del Departamento de Educación.

C. Logros y reconocimientos profesionales obtenidos

1. Maestro de Excelencia Región de San Juan, Fondo de Excelencia de Puerto Rico. Junio 1992.



COTEJADO POR
CARRERA MAGISTERIAL
FECHA DE COTEJO

JUL 2 4 2012

# DEPARTAMENTO DE EDUCACIÓN
SECRETARÍA AUXILIAR DE RECURSOS HUMANOS
OFICINA DE LA CARRERA MAGISTERIAL

**PLAN DE MEJORAMIENTO PROFESIONAL**

**Parte II Introducción**

Nombre: <u>María A. Clemente Rosa</u>                    Pagina #  __2__
Seguro Social: ███████7909

D. Actividades Académicas y No Académicas de servicio a la comunidad escolar realizadas en los últimos dos años.

1. Participante Comité de Planificación, Escuela Intermedia Sabana Llana.
2. Recurso, para la preparación del Plan Multirriesgo de la Escuela Intermedia Sabana Llana.
3. Recurso para la preparación del Plan Bienestar Escolar, integrado a la Escuela Intermedia Sabana Llana.
4. Recurso del comité de premiación de la Escuela Intermedia Sabana Llana.
5. Recurso como coordinadora de los Programas suplementarios de la Compañía Brainstrong, en Horario Extendido del Departamento De Educación.
6. Recurso para buscar becas de Arte en el Municipio de San Juan, a estudiante de la Escuela Intermedia Sabana Llana.
7. Desarrollo de actividades deportivas (torneos de baloncesto) en horario del ½ día, para los estudiantes.
8. Desarrollo del club de deportes.
9. Desarrollo de las Actividades de Baloncesto del Club de Deportes con LA Organización Sin Fines de Lucro: Rescatando A través del Deporte Inc. (RAD). En la misma integramos los valores positivos y fomentamos el deporte. Ver apéndice.
10. Recurso como ayudante al maestro de educación física de la escuela en las practicas a los estudiantes masculinos, participantes en las competencias de deportes que celebra el distrito de San Juan II.
11. Colaborar con los padres de la comunidad escolar, en asignaciones de ex estudiantes de la Escuela Int. Sabana Llana.
12. Recurso para ofrecer las cartas de recomendación a estudiantes que inician sus estudios en la escuela superior.
13. Fungir como maestra de apoyo, en horario de 8:00 a 9:00 a.m. cuando no se encuentra los /las maestros @ de salón hogar.
14. Realizar ferias vocacionales entre los grupos del Programa de Educación en Tecnología. Exhibición y lanzamiento de cohetes.
15. Desarrollo de estrategias innovadoras de enseñanza y aprendizaje las cuales se aplican en los estudiantes, que por condiciones de salud no pueden asistir regularmente a clases.
16. Informo a los padres sobre el aprovechamiento de sus hijos.

COTEJADO POR
CARRERA MAGISTERIAL
OFICINA DE COTEJO
JUL 2 4 2012

Reclama-
Tion
Case:AQ-14

Ley Núm. 45
04/18/1935



Estado Libre Asociado de Puerto Rico
**COMISIÓN INDUSTRIAL DE PUERTO RICO**
PO Box 364466
San Juan, Puerto Rico 00936 - 4466

Nombre y Dirección del Lesionado
**MARIA A CLEMENTE ROSA**
**COND ASTRALIS**
**9546 CALLE DIAZ WAY**
**APT 311**
**CAROLINA, PR   00979 - 1464**

*Patrono*
**DEPARTAMENTO DE EDUCACION**

*Asegurador*
**CORPORACIÓN DEL FONDO**
**DEL SEGURO DEL ESTADO**

*CASO C.I.*   **17-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-01**

*CASO C.F.S.E*   **15-15-30917-0**

*Sobre:* **TRATAMIENTO E INCAPACIDAD**
**(CONDICIÓN ORGÁNICA)**

### RESOLUCIÓN

En este caso se celebró vista pública el 28 de enero de 2020. Compareció la parte apelante representada por la Lic. Mignón Picó Valls en sustitución del LIC. LUIS VIDAL ARBONA. El Administrador de la Corporación del Fondo del Seguro del Estado estuvo representado por la Lic. Virgen Pérez Vargas con su perito médico, el Dr. José Zayas León. Estuvo presente además, nuestro asesor médico, Dra. Roselynn Martínez Olivieri, Internista.

La licenciada Picó Valls señaló que el caso está citado bajo la causal de tratamiento e incapacidad y relación causal. Esto surge de la vista médica del 22 de octubre de 2019. La recomendación de la doctora Martínez Olivieri se recogió en la vista médica.

Las partes se reservaron las preguntas al resultado del examen médico.

La doctora Martínez Olivieri informó que evaluó a la lesionada el 29 de marzo de 2019. Están para tratamiento o mayor incapacidad por episodio de bronco espasmos. Debido a las alegaciones posteriores al accidente, la prueba de función pulmonar que realizó en su oficina el FEV1 estaba en 39%. Debido a los medicamentos y al examen físico, se le debe reconocer a la lesionada un cinco por ciento (5%) de incapacidad. Dicha incapacidad fue recogida en vista médica, por lo que se reitera en la misma.

Las partes no tuvieron preguntas para la doctora Martínez Olivieri.

La licenciada Pérez Vargas indicó que la lesionada tiene seis (6) casos anteriores, desconoce si en alguno está envuelta la condición, por lo que no sabe si es académica.

La licenciada Picó Valls indicó que si el Asegurador encuentra algo que no está a tono, que se notifique.

El doctor Zayas León concurrió con el informe médico.

La Comisionada manifestó que se estaría ratificando la vista médica, donde se le otorgó el cinco por ciento (5%).

A preguntas de la Comisionada, la licenciada Picó Valls contestó que aclararon las dudas que habían en el caso y se entendió de donde surge la jurisdicción.

No hubo nada más que añadir, por lo que el caso quedó sometido.

**EN VIRTUD DE LO ANTERIORMENTE EXPUESTO** la Comisión Industrial **RESUELVE:**

OTORGAR a la parte apelante una incapacidad parcial permanente equivalente a la pérdida de un cinco por ciento (5%) de las funciones fisiológicas generales por la condición de episodio de broncoespasmo.

ORDENAR al Asegurador hacer efectivo el pago de esta compensación, según dispone la Ley Núm. 45 de 18 de abril de 1935, según enmendada, conocida como Ley del Sistema de Compensaciones por Accidentes del Trabajo, 11 L.P.R.A. § 1 et seq.



MARIA A CLEMENTE ROSA
CIPR: 17-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-01
CFSE: 15-15-30917-0

FIJAR al Lic. Luis Vidal Arbona, honorarios de abogado equivalente a un quince por ciento (15%) de cualquier compensación (incluyendo dietas), obtenida en este caso como resultado del presente recurso.

CONCEDER al Administrador de la Corporación del Fondo del Seguro del Estado, un término de sesenta (60) días, contados a partir de la notificación de la presente resolución, para pagar los honorarios aquí fijados según dispone la Ley Núm. 45 de 18 de abril de 1935, según enmendada conocida como Ley del Sistema de Compensaciones por Accidentes del Trabajo, 11 L.P.R.A. §1 et seq.

**REGÍSTRESE Y NOTIFÍQUESE:** a la parte peticionaria a su dirección en COND ASTRALIS 9546 CALLE DIAZ WAY APT 31A CAROLINA, PR  00979 - 1464; al LIC. LUIS VIDAL ARBONA a su dirección en  PO BOX 192845  SAN JUAN, PR  00919 - 2845; a la representación legal del Asegurador, LIC. VIRGEN PÉREZ VARGAS y al Administrador de la Corporación del Fondo del Seguro del Estado por conducto de la Secretaría.

En San Juan, Puerto Rico, a 4 de febrero de 2020.

DAMARIS ALEJANDRO SERRANO
Comisionada

DAS/gor/aht

**ADVERTENCIA**: La parte adversamente afectada por la presente resolución u orden podrá, dentro del término de veinte (20) días desde la fecha de archivo en autos de la notificación de la resolución u orden, presentar una moción de reconsideración de la resolución u orden. La Comisión dentro de los quince (15) días de haberse presentado dicha moción deberá considerarla. Si la rechazare de plano o no actuare dentro de los quince (15) días, el término para solicitar revisión comenzará a correr nuevamente desde que se notifique dicha denegatoria o desde que expiren esos quince (15) días, según sea el caso. Si se tomare alguna determinación en su consideración, el término para solicitar revisión empezará a contarse desde la fecha en que se archive en autos una copia de la notificación de la resolución de la agencia resolviendo definitivamente la moción de reconsideración. Tal resolución deberá ser emitida y archivada en autos dentro de los noventa (90) días siguientes a la radicación de la moción de reconsideración. Si la Comisión acoge la moción de reconsideración pero deja de tomar alguna acción con relación a la moción dentro de los noventa (90) días de ésta haber sido radicada, perderá jurisdicción sobre la misma y el término para solicitar la revisión judicial empezará a contarse a partir de la expiración de dicho término de noventa (90) días salvo que la Comisión, por justa causa y dentro de esos noventa (90) días, prorrogue el término para resolver por un período que no excederá de treinta (30) días adicionales. Si la fecha de archivo en autos de copia de la notificación de la orden o resolución es distinta a la del depósito en el correo de dicha notificación, el término se calculará a partir de la fecha del depósito en el correo.

Una parte adversamente afectada por una orden o resolución final de la Comisión y que haya agotado todos los remedios provistos por la Comisión podrá presentar una solicitud de revisión ante el Tribunal de Apelaciones, dentro de un término de treinta (30) días contados a partir de la fecha del archivo en autos de la copia de la notificación de la orden o resolución final de la Comisión o a partir de la fecha aplicable de las dispuestas en el párrafo anterior, cuando el término para solicitar la revisión judicial haya sido interrumpido mediante la presentación oportuna de una moción de reconsideración. La parte notificará la presentación de la solicitud de revisión a la Comisión y a todas las partes dentro del término para solicitar dicha revisión. La notificación podrá hacerse por correo. Disponiéndose, que si la fecha de archivo en autos de copia de la notificación de la orden o resolución final de la Comisión es distinta a la del depósito en el correo de dicha notificación, el término se calculará a partir de la fecha del depósito en el correo.

Los términos descritos anteriormente son de conformidad con la Ley Núm. 45 del 18 de abril de 1935, según enmendada, conocida como *Ley del Sistema de Compensaciones por Accidentes del Trabajo*; la Ley Núm. 201 del 22 de agosto de 2003, según enmendada, conocida como *Ley de la Judicatura del Estado Libre Asociado de Puerto Rico de 2003*; Ley Núm. 38 del 1 de julio de 2017, según enmendada, conocida como *Ley de Procedimiento Administrativo Uniforme del Gobierno de Puerto Rico*; y el *Reglamento del Tribunal de Apelaciones* (In Re Reglamento del Tribunal de Apelaciones, Resolución ER-2004-10, aprobada el 21 de julio de 2004, según enmendado).



**MARIA A CLEMENTE ROSA**
**CIPR: 17-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-01**
**CFSE: 15-15-30917-0**

**CERTIFICO** que la presente es copia fiel y exacta de la resolución adoptada en este caso
y que en esta fecha fue notificada a las partes arriba indicadas.

MAR 2 6 2020

_____
Fecha de Notificación

_____
Secretario



Estado Libre Asociado de Puerto Rico
**COMISION INDUSTRIAL DE PUERTO RICO**
PO Box 364466
San Juan, Puerto Rico 00936 - 4466

*Nombre y Dirección del Lesionado*
**MARIA A CLEMENTE ROSA
COND ASTRALIS
9546 CALLE DIAZ WAY
APT 311
CAROLINA, PR   00979 - 1464**

*Patrono*
**DEPARTAMENTO DE EDUCACION**

*Asegurador*
**CORPORACION DEL FONDO
DEL SEGURO DEL ESTADO**

*CASO C.I.*   **17-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-01**

*CASO C.F.S.E.*   **15-15-30917-0**

*Sobre:* **TRATAMIENTO**

### RESOLUCION INTERLOCUTORIA

En este caso se celebró vista pública el **31 de agosto de 2021**. Compareció la parte apelante representada por el Lic. Carlos Vidal Alvarez en sustitución del LIC. LUIS VIDAL ARBONA. El Administrador de la Corporación del Fondo del Seguro del Estado estuvo representado por la Lic. Mariela Velázquez Martínez con su perito médico, el Dr. José Zayas León. Estuvo presente, además, nuestro asesor médico, la Dra. Roselynn Martínez Olivieri, internista consultor.

El Lic. Carlos Vidal expresó que este caso se trata de una continuación de vista pública. La condición que está pendiente a evaluar es la condición de laringitis. En la vista anterior se indicó que la lesionada tenía varios expedientes reportados ante el Fondo del Seguro del Estado. Desconoce si esos expedientes están presentes en el día de hoy.

La Lic. Mariela Velázquez hizo constar para récord que para el día de hoy se trajo el caso citado número CFSE 15-15-30917-0. Además, está el caso del 92 y uno 09.

A preguntas de la Comisionada, la Lic. Mariela Velázquez indicó que está presente el caso 92 que trata de condiciones de rinosinusitis y faringitis. Entiende que ese caso es pertinente esté presente. Además, está el caso 09 que trata de exposición de heces de ratón.

A preguntas de la Comisionada, el Dr. José Zayas indicó que faltarían los caso 96 y 92.

La Comisionada manifestó que en el día de hoy se dejarán elevados los casos 92 y el caso 09.

A preguntas de la Comisionada, el Dr. José Zayas expresó que el caso 09 no es necesario que esté para la próxima vista pública.

La Lic. Mariela Velázquez solicitó se haga constar que se dejan elevados el caso citado para el día de hoy CFSE 15-15-30917-0 y el caso 92. Además, solicita se ordene se eleven los casos número 96 y 98.

El Dr. José Zayas expresó que se puede ordenar se eleven los casos, ya que en una resolución anterior indica que el caso 96 y 98 tratan de las mismas condiciones que este caso citado para el día de hoy.

El Lic. Luis Vidal solicitó se ordene la transferencia de la vista pública.

El caso quedó sometido por ambos representantes legales.

EN VIRTUD DE LO ANTERIORMENTE EXPUESTO la Comisión Industrial RESUELVE:

**ORDENAR** al Administrador de la Corporación del Fondo del Seguro del Estado, que dentro del término de VEINTE (20) días, contados a partir de la notificación de la presente resolución, eleve ante este Organismo, por conducto de su Secretaría, los expedientes número CFSE 96-15-04133 y CFSE 98-15-03672-3.

MARIA A CLEMENTE ROSA
CIPR: 17-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-01
CFSE: 15-15-30917-0

Una vez recibido lo aquí requerido, se ORDENA a la Secretaría señalar continuación de vista pública sobre Tratamiento, en una sala donde esté presente la Dra. Roselynn L. Martínez, Internista Consultor.

**REGISTRESE Y NOTIFIQUESE:** a la parte peticionaria a su dirección en COND ASTRALIS 9546 CALLE DIAZ WAY APT 311 CAROLINA, PR 00979 - 1464; el LIC. LUIS VIDAL ARBONA a su dirección en PO BOX 192845 SAN JUAN, PR 00919-2845; a la representación legal del Asegurador, la Lic. Mariela Velázquez Martínez y al Administrador de la Corporación del Fondo del Seguro del Estado por conducto de la Secretaría.

En San Juan, Puerto Rico, a 1 de septiembre de 2021.

**ANÍRAM DEL VALLE FIGUEROA**
Comisionada

ADF/mgr/grv

**CERTIFICO** que es copia fiel y exacta de la resolución adoptada en este caso y que en esta fecha fue notificada a las partes arriba indicadas.

SEP 1 6 2021

_____          _____
Fecha de Notificación                    Secretario

85435A55                          2  de  2

**Estado Libre Asociado de Puerto Rico**
**CORPORACION DEL FONDO DEL SEGURO DEL ESTADO**

NOTA: UTILICE EL GRAFOTIPO PARA REGISTRAR INFORMACION

| OFICINA | FECHA |
|---------|-------|

**INFORME MEDICO ESPECIAL**

Nombre:        Maria Clemente Rosa
No. Caso:      92-15-00613-6
Region:        Carolina

Examen Fisico:

Rec:

Certifico es copia fiel y exacta del documento
original. Estrictamente confidencial. No se
reproducirá y se usará solamente para el
propósito solicitado.
CORPORACION DEL FONDO DEL
SEGURO DEL ESTADO
REGION CAROLINA

| FECHA DEL INFORME | NOMBRE DEL MEDICO | FIRMA DEL MEDICO |
|-------------------|-------------------|------------------|
| 30 de enero del 2001 | | DR. GERMAN GONZALEZ |

CFSE 1097 REV. ENERO 2000

MAR 1 2001

EXPEDIENTE RECLAMACION

CFSE 05-019
sept./15

ORPORACION DEL FONDO DEL SEGURO . ESTADO
Servicios Médicos

## NOTA DE PROGRESO PARA USO DEL MÉDICO

Nombre del Lesionado (Apellidos Paterno, Materno, Nombre completo)

Clemente Rosa Maria

| Número de Caso | Número de Récord C M |
|---|---|
| 15-15 30917 | |

Fecha Accidente (día, mes año)

| Fecha (día, mes año) | Hora | Alergias | Explique: |
|---|---|---|---|
| 1-6-16 | 10:00 ☑AM ☐PM | ☑SI ☐NO | ██████████ |

PROBLEMA
██████████

SUBJETIVO:
██████████

EXAMEN FISICO   Signos Vitales   BP   PULSO   RESP   TEMP   PESO   ESTATURA
██████████

ESTIMADO:
██████████

PLAN:
██████████

C00097

☑ Se orienta al lesionado/paciente en relación a sus medicamentos, resultados de laboratorios, estudios ancilares, referidos y plan de manejo.

Edgardo Lloréns Ubarri
Lic. #9362
OM-048792

Nombre del Profesional de Salud (Letra de molde)     Firma del Profesional de Salud     Núm. Licencia

ASEGÚRESE DE ANOTAR SU NOMBRE Y DOS APELLIDOS. FIRMAR LEGIBLEMENTE Y ANOTAR SU TÍTULO DE PROFESIONAL Y SU NÚMERO DE LICENCIA.

CFSE 05-019
sept./15

CORPORACION DEL FONDO DEL SEGURO . ESTADO
Servicios Médicos

## NOTA DE PROGRESO PARA USO DEL MÉDICO

Nombre del Lesionado (Apellidos Paterno, Materno, Nombre completo)

Clemente Rosa María

| Número de Caso | Número de Record C.M. |
|---|---|
| 15 15 30917 | |

Fecha Accidente (día, mes, año)

| Fecha (día, mes, año) | Hora | Alergias | Explique: |
|---|---|---|---|
| 1-6-16 | 10:00 ☑AM ☐PM | ☑SI ☐NO | ▮▮▮▮▮ |

PROBLEMA: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

SUBJETIVO: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| EXAMEN FISICO | Signos Vitales | BP | PULSO | RESP | TEMP | PESO | ESTATURA |
|---|---|---|---|---|---|---|---|

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

ESTIMADO: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

PLAN: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

EL ESTADO
000097

☑ Se orienta al lesionado/paciente en relación a sus medicamentos, resultados de laboratorios, estudios ancilares, referidos y plan de manejo.

Nombre del Profesional de Salud (Letra de molde)

**Edgardo Lloréns Ubarri**
**Lic. #9362**
**DM-045792**

Firma y Título del Profesional de Salud

Núm. Licencia

ASEGURESE DE ANOTAR SU NOMBRE Y DOS APELLIDOS. FIRMAR LEGIBLEMENTE Y ANOTAR SU TÍTULO DE PROFESIONAL Y SU NÚMERO DE LICENCIA.

Estado Libre Asociado de Puerto Rico
CORPORACIÓN DEL FONDO DEL FONDO DEL SEGURO DEL ESTADO
Oficina Regional de **Carolina**

**CLEMENTE ROSA, MARIA**
Nombre del Lesionado (Apellido Paterno, Materno, Nombre completo)

Número de Caso **20151530917**

Número de Seguro Social **XXX-XX-7909**

Número de Record C.M.

Fecha Accidente       Día **23**      Mes **febrero**      Año **2015**



20151530917

CLEMENTE ROSA, MARIA
23-feb-2015
Carolina

F
962
XXX-XX-7909

ASEGURESE DE ANOTAR SU NOMBRE Y APELLIDOS Y FIRMAR LEGIBLEMENTE Y ANOTAR LAS SIGLAS DE SU TITULO PROFESIONAL CON SU NUMERO DE LICENCIA

## NOTAS DE PROGRESO

V. 10-2015
3:16 Pm

Dx

S:

O:

Kes

P.

000034

S Subjetivo ( Lo que el paciente siente e informa)   |   A Estimado(Condiciones de lo subjetivo y objetivo)   |   P Plan de cuidado (Future)

Estado Libre Asociado de Puerto Rico
CORPORACIÓN DEL FONDO DEL FONDO DEL SEGURO DEL ESTADO
Oficina Regional de **Carolina**

CLEMENTE ROSA, MARIA
Nombre del Lesionado (Apellido Paterno, Materno, Nombre completo)

Número de Caso: 20151530917

Número de Seguro Social: XXX-XX-7909

Número de Récord C.M.

Fecha Accidente    Día: 23    Mes: febrero    Año: 2015

20151530917

CLEMENTE ROSA, MARIA
23-feb-2015
Carolina

F
1962
XXX-XX-7909

ASEGÚRESE DE ANOTAR SU NOMBRE Y APELLIDOS Y FIRMAR LEGIBLEMENTE Y ANOTAR LAS SIGLAS DE SU TÍTULO PROFESIONAL CON SU NÚMERO DE LICENCIA

## NOTAS DE PROGRESO

X - 6-2015

Estado Libre Asociado de Puerto Rico
CORPORACIÓN DEL FONDO DEL FONDO DEL SEGURO DEL ESTADO
Oficina Regional de **Carolina**

CLEMENTE  ROSA, MARIA
Nombre del Lesionado (Apellido Paterno  Materno ,Nombre completo)

Numero de Caso  20151530917

Numero de Seguro Social  XXX-XX-7909

Numero de Record C.M.

Fecha Accidente    Dia 23    Mes **febrero**    Año **2015**

20151530917

CLEMENTE  ROSA, MARIA
23-feb-2015
Carolina

F
962
XXX-XX-7909

ASEGÚRESE DE ANOTAR SU NOMBRE Y APELLIDOS Y FIRMAR LEGIBLEMENTE Y ANOTAR LAS SIGLAS DE SU TITULO PROFESIONAL CON SU NUMERO DE LICENCIA

## NOTAS DE PROGRESO

V - 12- 2015
3:30 pm.   )x

S

O:

Ass

P.

S- Subjetivo ( Lo que el
O- Objetivo- ( Observac

P- Plan de cuidado ( Futuro )
I- Intervención ( Toda acción llevada a cabo por el
profesional )

Estado Libre Asociado de Puerto Rico
CORPORACIÓN DEL FONDO DEL FONDO DEL SEGURO DEL ESTADO
Oficina Regional de **Carolina**

CLEMENTE ROSA, MARIA

Nombre del Lesionado (Apellido Paterno, Materno ,Nombre completo)

Número de Caso: 20151530917

Número de Seguro Social: XXX-XX-7909

Número de Récord C.M.

Fecha Accidente:   Día: 23   Mes: febrero   Año: 2015

20151530917

CLEMENTE ROSA, MARIA
23-feb-2015
Carolina   8/24/15
XXX-XX-7909

ASEGÚRESE DE ANOTAR SU NOMBRE Y APELLIDOS Y FIRMAR LEGIBLEMENTE Y ANOTAR LAS SIGLAS DE SU TÍTULO PROFESIONAL CON SU NÚMERO DE LICENCIA.

## NOTAS DE PROGRESO

8/29/2015 ———— 11:45 AM

Dx

S:

O:

ASS

P.

000044

S-Subjetivo ( Lo que el pa

Estado Libre Asociado de Puerto Rico
CORPORACIÓN DEL FONDO DEL FONDO DEL SEGURO DEL ESTADO
Oficina Regional de **Carolina**

CLEMENTE  ROSA, MARIA
Nombre del Lesionado (Apellido Paterno, Materno, Nombre completo)

Número de Caso  **20151530917**

Número de Seguro Social  **XXX-XX-7909**

Número de Récord C.M.

Fecha Accidente  Día **23**  Mes **febrero**  Año **2015**

20151530917

CLEMENTE  ROSA, MARIA
23-feb-2015
Carolina

F
962
XXX-XX-7909

ASEGÚRESE DE ANOTAR SU NOMBRE Y APELLIDOS Y FIRMAR LEGIBLEMENTE Y ANOTAR LAS SIGLAS DE SU TÍTULO PROFESIONAL CON SU NÚMERO DE LICENCIA

NOTAS DE PROGRESO   8/24/15        97 KA

000043

(profesional)

```
  DI28              CORPORACION FONDO DEL SEGURO DEL ESTADO        FECHA: 19-FEB-2020
                          BUSQUEDA POR SEGURO SOCIAL               HORA :  4:08:43

SEGURO SOCIAL A BUSCAR: ███ 7909                            7 DE    7

CASO NUMERO CONC  NOMBRE           APELLIDO          UBICA  TOT-PAGADO  TOT-ADJ
091520275         MARIA            CLEMENTE          DIETA
151530917         MARIA            CLEMENTE          DIETA
891502749         MARIA            CLEMENTE          DIETA
901505651         MARIA            CLEMENTE          DIETA
921500613         MARIA            CLEMENTE          DIETA
961504133         MARIA            CLEMENTE          DIETA
981503672         MARIA            CLEMENTE          DIETA




  NO EXISTEN MAS RECORDS

F1=TERMINAR     F3=LIMPIAR
```

*[handwritten notes]*

I'm low

4 casos
Abort F.S.E
£4  45

CASES:

C.F.S.E.

LEY Núm.45

Document
Evidence

