# EXHIBIT C-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

María A. Clemente Rosa
PETICIONARIA

V.

OCTOBER 6, 2021

PROMESA
TITLE III

RECEIVED
NOV 16 2021
PRIME CLERK

ESTADO LIBRE ASOCIADO

De PUERTO RICO

**COMMONWEALTH**

**OF PUERTO RICO**

No. 17 BK 3283- LTS
CLAIM # 92159

(Jointly Administered)
This filing relates to the Commonwealth,
HTA and ERS.

**HONORABLE JUDGE:** Laura Taylor Swain, UNITED STATES DISTRICT COURT

Honorable Judge, now you are asking for documents, which have already been sent to you on several occasions, indicating one; that are necessary so that they can assign a payment to the creditor. That is unfair, because all that information has already been sent to Prime Clark, to be submitted to the Honorable Court and the Representatives of the Debtors.

Honorable Judge PURSUANT TO THE ABOVE, I RESPECTFULLY REQUEST:

    1. GRANT TO THE CREDITOR AND / OR APPEALING PARTY THE PAYMENT OF THE

    CLAIMS SUBMITTED TO THE DEBTORS DEPARTMENT OF EDUCATION AND

    ASSOCIATED FREE STATE, DEPARTMENT OF RETIREMENT OF TEACHERS, ETS.

2. I RESPECTFULLY REQUEST TO ORDER THE DEBTOR:
MAKE EFFECTIVE PAYMENTS OF THESE CLAIMS PRROMESA TITLE III
NO. 17 BK 3283- LTS (JOINTLY ADMINISTERED)

    CLEMENTE ROSA, MARIA A, PROOF OF CLAIM NUMBER 92159, ($20,000.00)CLAIM

    AMOUNT RANGE - C, FORUM / CASE NUMBER - AQ-14- 0730.

    1. CLAIM NUMBER 92159,($20,000.00) - DEBTOR: DEPARTAMENTO DE EDUCACION EST. L. ASOCIADO.RTM

    2. CLAIM NUMBER 139834,($50,400.00) DEBTOR: EL ESTADO LIBRE ASOCIADO Y DEPTO. DE EDUCACION.RTM

    3. CLAIM NUMBER 150849 - DEBTOR: EL ESTADO LIBRE ASOCIADO Y DEPTO. DE EDUCACION Y RTM.

    4. CLAIM NUMBER 133537 - DEBTOR: EL ESTADO LIBRE ASOCIADO Y DEPTO. DE EDUCACION Y RTM.

    5. CLAIM NUMBER 133778 - DEBTOR: EL ESTADO LIBRE ASOCIADO Y DEPTO. DE EDUCACION Y RTM.

ACCORDING TO THE LAW OF THE PROMISE TITLE III LAW SYSTEM
**WHEREFORE,** the Petitioner respectfully requests that **Hon. Laura Taylor Swain, Judge of the United States District Court**, take notice of the foregoing, grant the motion **TO SECURE THE PAYMENTS OWED TO ME UNDER THE TEACHING CAREER ACT, WITH ALL THE INTEREST DUE, IN ITS ENTIRETY, ACCORDING TO ACT 158,** the motion having been filed with the Hon. Court on June 29, 2018.

CORDIALLY

María A. Clemente Rosa

990123401013773

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

María A. Clemente Rosa
PETICIONARIA

**OCTOBER 6, 2021**

V.

PROMESA
TITLE III

**COMMONWEALTH**

No. 17 BK 3283- LTS
CLAIM # 92159

**OF PUERTO RICO**

(Jointly Administered)
This filing relates to the Commonwealth,
HTA and ERS.

**HONORABLE JUDGE of the United State District Court, Laura Taylor Swain.**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

**EXPOSITION OF FACTS:**

Honorable Judge, now you are asking for documents, which have already been sent to you on several

occasions, indicating one: that are necessary so that they can assign a payment to the creditor. That is unfair,

because all that information has already been sent to Prime Clark, to be submitted to the Honorable Court and

the Representatives of the Debtors.

Honorable Judge PURSUANT TO THE ABOVE, I RESPECTFULLY REQUEST:

1. GRANT TO THE CREDITOR AND / OR APPEALING PARTY THE PAYMENT OF THE

CLAIMS SUBMITTED TO THE DEBTORS DEPARTMENT OF EDUCATION AND

ASSOCIATED FREE STATE, DEPARTMENT OF RETIREMENT OF TEACHERS, ETS.

2. I RESPECTFULLY REQUEST TO ORDER THE DEBTOR:

MAKE EFFECTIVE PAYMENTS OF THESE CLAIMS PRROMESA TITLE III

NO. 17 BK 3283- LTS (JOINTLY ADMINISTERED)

CLEMENTE ROSA, MARIA A, PROOF OF CLAIM, NUMBER 92159, ($20,000.00)CLAIM

AMOUNT RANGE - C, FORUM / CASE NUMBER - AQ-14- 0730.

1. CLAIM NUMBER 92159 ($20,000.00) - DEBTOR: DEPARTAMENTO DE EDUCACION EST. L ASOCIADO,RTM

2. CLAIM NUMBER 139834,($50,400.00) DEBTOR: EL ESTADO LIBRE ASOCIADO Y DEPTO: DE EDUCACION,RTM

3. CLAIM NUMBER 150849 - DEBTOR: EL ESTADO LIBRE ASOCIADO Y DEPTO: DE EDUCACION Y RTM

4. CLAIM NUMBER 133537 - DEBTOR: EL ESTADO LIBRE ASOCIADO Y DEPTO: DE EDUCACION Y RTM

5. CLAIM NUMBER 133778 - DEBTOR: EL ESTADO LIBRE ASOCIADO Y DEPTO: DE EDUCACION Y RTM

ACCORDING TO THE LAW OF THE PROMISE TITLE III LAW SYSTEM

**WHEREFORE,** the Petitioner respectfully requests that **Hon. Laura Taylor Swain, Judge of the United States District
Court,** take notice of the foregoing, grant the motion **TO SECURE THE PAYMENTS OWED TO ME UNDER THE
TEACHING CAREER ACT, WITH ALL THE INTEREST DUE, IN ITS ENTIRETY, ACCORDING TO ACT 158,** the motion
having been filed with the Hon. Court on June 29, 2018.

CORDIALLY

María A. Clemente Rosa

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

MOTION TO
TRIBUNAL
HON. JUDGE
Laura
Taylor
Swain

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



---
___

## Teaching Career Act of Puerto Rico, 1999

---
___

**House Bill No. 2536 (Conference) Act 158, 1999**

**Act No. 158 of June 30, 1999**

Establishing the "Teaching Career Act"; addressing the teaching staff ranking system; establishing procedures for promotions and salary reviews; and providing for the Individual Plan for Professional Development and continuing education programs.

# STATEMENT OF REASONS

The school is the educational place for the development of the teaching-learning process *par excellence*. To educate is to guide the learner to life. Achieving academic excellence is the goal of every educational system. When reflected in the school, this effectiveness is indicative of the system in place for the student to reach the objectives of each level and master the necessary knowledge for the next level of teaching.

Excellence is reflected in the educational system's ability to enable each student to exceed the objectives of their level demonstrating independent learning beyond the assigned curriculum. The challenge of educational excellence is to turn the schooling environment into an increasingly effective school.

The school's ability to be effective largely depends on the human resources at its disposal.

It is very important to raise the level of excellence of the work carried out by teachers and other educational personnel, as well as to ensure the flexibility, responsibility, and autonomy of the management.

The teacher plays an essential role in the educational system, and in society as an agent of constructive change. He/she provides that the autonomy of the school is the necessary means for the efficiency of the system. That is why the professional development of teachers, and their teaching careers, are critical and significant components of the government's effort to improve the educational quality, and the achievements of its students.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

This guarantees a better quality of life. The way in which professional development is integrated into productivity is very important, as is the positive effect that teaching has on student learning.

Our society requires the pursuit of excellence in education. To this end, the need to improve the quality of teaching is singled out, with more motivated and better prepared teachers, as the most important criterion for improving education.

This Act conceives the teaching profession as based on the dynamics of knowledge, and places the teacher within a school with autonomy, where teachers are recognized as having the capacity to participate in decision-making processes, and to decide on matters that concern them as a professionals.

This Act emphasizes the need to continually renew teachers' knowledge, to hone their skills through study and teaching practice, and above all, to keep the best teachers in the classroom.

The Constitution of Puerto Rico guarantees the right of every person to an education that encourages the full development of their personality and strengthens respect for the fundamental human rights and freedoms. Achieving this purpose requires well-trained teachers and, above all, teachers committed to their profession, and to the intellectual and emotional development of their students.

BE IT ENACTED BY THE LEGISLATIVE ASSEMBLY OF PUERTO RICO:

CHAPTER I.   GENERAL PROVISIONS

Article 1.01. Title.

This Act shall be known as the "Teaching Career Act.

Article 1.02. Statement of Intent.

The Statement of Reasons of this Act is part of the legislative text and constitutes the Statement of intent.

Article 1.03 –Teaching Career Members

The members of the teaching career shall be the classroom teachers and teaching librarians working in the Public Education System, who:

(1) Hold regular teaching certificates in the category in which they perform their duties;

(2) Are tenured; and

(3) Are currently working as classroom teachers, or teaching librarians, in the categories for which their regular teaching certificate was issued.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Article 1.04 Exclusions

Teachers with probationary status and with regular temporary appointments shall be excluded from the Teaching Career.

Article 1.05 Regulation of the Teaching Career.

The Secretary shall promulgate a Regulation of the Teaching Career as a supplement to this Law.

CHAPTER III. TEACHERS WITH PROBATIONARY STATUS

Article 2.01. Teachers with Probationary Status.

Teachers in the process of obtaining their tenure within the Public Education System shall be called Teachers with Probationary Status, a classification that constitutes the prelude to the Teaching Career. Teachers with Probationary Status must demonstrate that they have mastered the subject of their specialty, and that they possess the professional skills required for the teaching career, that is, that they are able to:

1) Manage their classroom efficiently and maintain discipline in it;

2) Motivate their students and design strategies tailored to their status;

3) Use technological resources that facilitate teaching;

4) Objectively evaluate the work of their students;

5) Adapt their behavior to the regulations of their school and the educational system.

The probationary period for a Teacher with Probationary Status shall be two (2) years. At the end of this period, the Secretary shall certify their tenure, following the procedure set forth in Article 7.03 of this Act and, after having fulfilled the requirements of Article 3.03 of same, the rank of Assistant Teacher shall be acknowledged. Teachers with Probationary Status with regular teaching certificates shall have the right to be credited, for the purposes of the probationary period, the time they have worked under temporary appointments in positions within their category.

Article 2.02. Failure to Pass the Probation Period.

Teachers with Probationary Status who do not demonstrate that they have mastered the basic skills to practice teaching shall not have their contract renewed at the end of the probationary period. Such contracts may be terminated before their conclusion, if the evaluations of their performance reveal serious deficiencies that cannot be corrected with studies, tutorials, and teaching practice.

Article 2.03. Salary of Teachers with Probationary Status.

The basic salary of Teachers with Probationary Status shall be established by the salary scales in force on the date of the appointment issued by the Secretary.

## CHAPTER III. TEACHING STAFF RANKS AND SALARIES

Article 3.01. Purpose of Teaching Staff Ranks.

The ranks establish functions of teachers and teaching librarians in direct contact with the students, and also establish status within the teaching hierarchy.

Article 3.02. Denomination of Teaching Staff Ranks.

Teaching staff ranks shall have the following denominations:

1)   Assistant Teacher

2)   Associate Teacher

3)   Teacher

It is provided that these ranks shall apply to professionals who work as teachers and teaching librarians within the Public Education System.

Article 3.03. The rank of Assistant Teacher.

Teachers with Probationary Status who, within a term of two (2) years, demonstrate that they have mastered the subject of their specialty, that they possess professional skills required by Article 2.01 of this Act, demonstrate that they have been consistently favorably evaluated, and that they achieved the permanent status in the Public Education System in accordance with Act No. 312 of May 15, 1938, as amended, shall be recognized as Assistant Teachers. Said recognition shall be effective on the date that Teachers with Probationary Status file their Professional Development Plan, and the same is approved.

Article 3.04. The rank of Associate Teacher.

The rank of Associate Teacher shall be conferred upon Assistant Teachers who have obtained a Master's Degree, or who have no less than forty-five (45) academic credits approved in study areas related to the specialties or categories which they teach; those who have, in addition, no less than two hundred (200) contact hours accredited in continuing education activities since the rank of Assistant Teacher was recognized; and those who had consistently obtained meritorious evaluations of their teaching performance. Recognition of rank shall be effective on the date that teachers file evidence of having duly completed their Professional Development Plan, and same is approved by the relevant authorities.

Article 3.05. The rank of Teacher.

The rank of Teacher shall be conferred to Associate Teachers with a Ph.D. degree in areas of study related to the specialties or categories which they teach; those with no less than two hundred (200) hours of credited participation in continuing education activities since their rank was recognized; those who have imparted no less than one hundred (100) hours of training to the teaching staff of the schools in which they work, or of other schools in the System; and those who have consistently obtained satisfactory teaching performance evaluations. The rank of Teacher shall also be conferred to Associate Teachers who have obtained a Master's Degree, and are carrying out postgraduate studies leading to a higher degree in education, having ninety (90) credits approved at the time of filing the application, with no less than three hundred (300) hours of accredited participation in continuing education activities since the rank they hold was recognized; those who imparted not less than one hundred (100) hours of training to the teaching staff of the schools in which they work, or of other schools of the System; those who had dedicated no less than one hundred (100) hours to the development of a special project for the benefit of the Public Education System; and those who had consistently obtained meritorious evaluations of their teaching performance. The recognition of rank shall be effective on the date that Associate Teachers file evidence of having duly completed their Professional Improvement Plan, and same is approved by the relevant authorities. The Secretary may assign functions and make special assignments to the Teachers for the benefit of the Public Education System.

Article 3.06. Replacement of Continuing Education Hours with Academic Credits.

Continuing education program participation hours may be replaced with academic credits in Teaching courses and in disciplines related to the teacher's specialty. For this purpose, fourteen (14) continuing education program hours shall be equivalent to one (1) academic credit. However, formal studies cannot be replaced with experience in continuing education programs.

Article 3.07. Indispensable Requirements for Promotion.

In procedures related to promotions in rank, none of the requirements established in this Chapter may be waived or disregarded.

Article 3.08. Salaries of Teaching Career Members.

The salaries of the members of the Teaching Career shall be established in accordance with the following formulas:

1)      Assistant Teacher salaries shall be the salaries that teachers have at the time of acquiring said rank, plus seven (7) percent, calculated based on the basic Probationary Teacher salary.

2)      Associate Teacher salaries shall be the salaries that teachers have at the time of acquiring said rank, plus twenty-five (25) percent, calculated based on the basic Probationary Teacher salary.

3)      Teacher basic salaries shall be the salaries that teachers have at the time of acquiring said rank, plus forty (40) percent, calculated based on the basic Probationary Teacher salary.


Article 3.09. Salary Reviews.

In order to foster compliance with Professional Development Plans, the Secretary shall authorize salary reviews as an incentive for completing each stage of same.

To this end, teachers may receive salary adjustments during the term of their Professional Development Plan, with the possibility to receive the consolidated amount corresponding to more than one stage if completing these in the same year, or if claiming them simultaneously. Each of the adjustments per stage will be equivalent, for Assistant Teachers, to five (5) percent of the basic salary corresponding to the Probationary category; for Associate Teachers and Teachers, the stage adjustments shall be equivalent to eight (8) percent of the basic salary corresponding to the Probationary category.


Article 3.10. Salary Review Procedure.

 The procedure for salary reviews under the previous Article shall be as follows:

1)      Members of the Teaching Career shall request salary reviews on the date indicated by the Secretary in the Teaching Career Regulations issued for that purpose. The request must be accompanied by a certified copy of the Professional Development Plan, which will be issued by the director of the school at which the applicant works, as well as reliable documents certifying that the applicant has satisfactorily completed the stage of the Plan on which the claim is based. Requests for review shall be filed with the Director's office.


2)      The School Principal shall establish an Evaluation Committee, together with a representative of the School Council, and with a regional facilitator for the particular matter. This Committee shall analyze the applications, without entering into considerations not related to the content of the Applicants' Professional Development Plans. Once the analysis has been concluded, they will submit all the files to the Secretary, together with a Report containing their recommendations, indicating whether or not the candidate is qualified. The School Principal shall inform the Applicant of any such determination.


3)      The Secretary shall review the reports submitted by the School Principal and the Committee and shall make the appropriate decisions in accordance with the Act. The Secretary's decision shall be communicated to the Applicant through the procedure established by the Teaching Career Regulations.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

4)      The Secretary's determinations shall be appealable before the Board of Appeals of the Public Education System, established under Act No. 115 of June 30, 1965, as amended.


Article 3.11. Entry of External Teaching Personnel

The Secretary may authorize entry to the Teaching Career to any person who meets the requirements of Chapter III of this Act; provided that the persons thus appointed enter the System in the corresponding rank, according to their training, experience, and contact hours in continuing education activities.


CHAPTER IV. PROMOTION PROCEDURE

Article 4.01. Nature of the Promotion.

Promotions in rank constitute recognition of the consistent effort of the members of the Teaching Career who comply with their Professional Development Plan. No official, Council, or Committee of the Department or of a school may refuse to recognize the rank that members of the Teaching Career would have reached at the conclusion of their Professional Development Plan if their teaching performance consistently obtained satisfactory evaluations.


Article 4.02. Rank Recognition.

Rank recognition within the Teaching Career constitutes a non-delegable power of the Secretary.


Article 4.03. Right to Promotion.

Members of the Teaching Career shall have the right to promotion by presenting reliable documents, demonstrating the following:

1)      That they have satisfactorily concluded their Professional Development Plans;

2)      That they have consistently obtained satisfactory evaluations of their teaching performance, showing that they possess the professional skills listed in Article 2.01 of this Act.

Years of service alone do not qualify any member of the Teaching Career for promotion in rank.


Article 4.04. Request for Rank Recognition.

The procedure related to promotion in rank under the previous article shall be as follows:

1)      Members of the Teaching Career shall request promotion in rank on the date indicated by the Secretary in the Teaching Career Regulations. The application must be

accompanied by a certified copy of the Professional Development Plan, and with documents certifying that the Applicant has successfully completed same. Applications for recognition of rank shall be filed with the School Principal's office.

2) The School Principal and the Committee shall analyze the applications without entering into considerations not related to the provisions of Article 4.03 of this Act. Once the analysis is concluded, they will submit all the files to the Secretary, together with a Report containing their recommendations, and indicating whether or not the candidate is qualified for the rank for which the recognition is requested. The School Principal shall inform the Applicant about the recommendations that, in each case, will be submitted to the Secretary.

3) The Secretary shall review the Reports of the School Principal and the Committee and shall make the decisions that proceed in accordance with the Law. The decision of the Secretary shall be communicated to the Applicant through the procedure established in the Teaching Career Regulations.

4) The Secretary's final determinations shall be appealable before the Board of Appeals of the Public Education System, established by Act No. 115 of June 30, 1965, as amended.

## CHAPTER V.  PROFESSIONAL DEVELOPMENT PLAN

Article 5.01. Professional Development Plan.

Professional Development Plans are five (5)-year action programs designed by Teaching Career members in order to direct their efforts to the objectives that they have set for themselves.

Article 5.02. Plan Content.

The plans shall combine the following elements:

1) Formal studies with academic credit in university institutions recognized by the Council of Higher Education in areas of Teaching and in matters related to the teacher's specialty;

2) Participation hours in continuing education activities organized by the Department, approved by the Department, or by the Continuing Evaluation Committee;

3) Teaching practice in their area of specialty, and;

4) Academic and non-academic activities of value to the school, to students, and to the community, such as the development of research projects, the organization of student activities, the provision of guidance services to students and their parents, training offer to the school's teaching staff, and special attention to students with learning delays, or students with high academic performance.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

ACT NO. 158
06/30/1999

Career
Law

Commonwealth
of Puerto Rico

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**COMMONWEALTH OF PUERTO RICO**
**CIVIL SERVICE APPEALS COMMITTEE**

| | |
|---|---|
| **DEPARTMENT OF EDUCATION** | **CASE NO.** AQ-14-_____ |
| AGENCY | (filed on August 26, 2014) |
| AND | |
| **MARÍA CLEMENTE ROSA** | **IN RE:** |
| PLAINTIFF | TEACHING CAREER |

**MOTION ASSUMING LEGAL REPRESENTATION**

**TO THE HONORABLE COMMITTEE:**

The **Department of Education of Puerto Rico** appears represented by the undersigned counsel and very respectfully STATES AND REQUESTS:

1) The Department of Education has contracted the legal services of the undersigned law firm to assume representation in this case. Therefore, we request that the office be admitted to represent the Puerto Rico Department of Education, and that all notices related to this case be sent to our address provided herein.

**THEREFORE,** it is very respectfully requested that this Honorable Committee accept our appearance as the counsel for the Department of Education.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on September _16_, 2014.

1/2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**I HEREBY CERTIFY** that a true and exact copy of this letter was sent on this date by regular mail to María Clemente Rosa at Cond. Astralis, 9546 C/A Diaz Way, Apt. 311, Torre 6, Carolina PR 00979.

**LAW OFFICES WOLF POPPER, PSC**
654 Plaza, Suite 1001
654 Muñoz Rivera Ave.
San Juan, PR 00918
Tel. (787) 522-0200/Fax (787) 522-0201

**GUSTAVO A. MONTES MILLÁN**
**RUA: 17722**
gmontes@wolfpopperpr.com

2/2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

August 25, 2014

**María A. Clemente Rosa**
**Teacher of Technology Education**
**(Industrial arts)**
**Sabana Llana Middle School**
**        PLAINTIFF**

**vs.**

**Department of Education**
**Office of the Secretary**          **COMPLAINT FOR NEGLIGENCE**
**Teaching Career Office**           **AND DISCRIMINATION**
                                     **TOWARDS THE INDUSTRIAL**
**Dr. Milagros Rohena Rivera**       **ARTS TEACHER**
**Office of Human Resources**        **IN CONNECTION WITH**
                                     **PARTICIPATION IN THE**
**San Juan II School District**      **TEACHING CAREER,**
**Dr. Lydia Báez**                   **VIOLATION OF ARTICLE 3.05 -**
**Assistant Superintendent**         **THE RANK OF TEACHER,**
**RESPONDENT**                       **VIOLATION OF ARTICLE 4.01 -**
                                     **NATURE OF THE PROMOTION**


**TO THE HONORABLE CIVIL SERVICE APPEAL COMMITTEE:**


**María A. Clemente Rosa, the Plaintiff, addressing the Court, appears and very**
**respectfully, states, alleges, and requests as follows:**

**STATEMENT OF REASONS**

**Act 158 – Article 4.01 of the Teaching Career Act - Nature of the Promotion,**
**establishes the following:**

Promotions in rank constitute recognition of the consistent effort of the
members of the Teaching Career who comply with their Professional Development
Plan. No official, Council, or Committee of the Department or of a school may
refuse to recognize the rank that members of the Teaching Career would have
reached at the conclusion of their Professional Development Plan if their teaching
performance had consistently obtained satisfactory evaluations. (Educational
Reform History, 393).
Article 6.09 of the "TEACHING CAREER REGULATION, REPEALING REGULATION N.
6068 OF DECEMBER 28, 1999, AS AMENDED", sets forth "Recognition of Courses in
Areas Related to the Specialty"

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Wednesday, June 15, 2016

**DEPARTMENT OF EDUCATION**        **CASE NO. AQ-14-0730**
    **(RESPONDENT)**              **IN RE: TEACHING CAREER**

       **VS.**

**MARÍA A. CLEMENTE ROSA**
    **(PETITIONER)**

    **Subject matter of Complaint, among others:** Violation of my constitutional rights to equal protection under the law and equal pay for equal work.

    Subject: I am very respectfully addressing the Honorable CIVIL SERVICE APPEAL COMMITTEE, AND YOUR HONOR, Judge Representative, Ms. Ruth Vásquez Juan, to request that CASE NO. AQ-14-0730 be declared: A CLASS ACTION LAWSUIT. Seeing as the Plaintiff has complied with all the requirements and projects required by the Teaching Career Act to compete for promotion to the rank of "Teacher", and likewise complies with the two requirements presented or requested by the "Option 45 Credits" document. Nevertheless, the Department of Education and the Secretary of Education, Hon. Rafael Roman and others have acted in an arbitrary, capricious, and unreasonable manner, discriminating and excluding the Plaintiff from exercising her right to the benefits granted to the Teaching Profession by the Teaching Career Law. Therefore, Hon. Judge Ruth Vásquez Juan, I request that Article 1.03 – "Teaching Career Members", and Article 3.05 – "The Rank of Teacher", which they have refused to recognize, be declared unconstitutional. Therefore, this action is a lawsuit for damages towards the Maria A. Clemente Rosa (the Plaintiff), as an individual, certified teacher of Industrial Arts (Technology Education).

Our legal basis for the petition is in the case: CC-2006-746 172 DPR___2007 DTS 227 MATIAS LEBRON VS. DEPARTMENT OF EDUCATION 2007 SPR 227.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

"In Re: Unconstitutionality of Law; Declaratory Judgment; Class Action Lawsuit, Rule 20.1 of Civil Procedure, for the certification of a class action lawsuit. A class action certification is appropriate in order to adjudicate, _exclusively_, the dispute related to the retroactivity of the benefits under the Teaching Career Act. However, the class action will only include Social Workers and School Counselors who are currently members of the Professional Career, because they submitted their application and professional development plans under the aforementioned Law, and these were duly approved by the Secretary of Education."[1]

In light of such situation of apparent discrimination, of which I have been a victim, and which was committed by the Department of Education, the Hon. Secretary of Education, Mr. Rafael Roman, and others, I come before you, asking for aid, and in search of a remedy, Honorable CIVIL SERVICE APPEAL COMMITTEE, AND YOUR HONOR, Judge Representative, Ms. Ruth Vásquez Juan, to be compensated for the damages and losses caused by the Respondents, for which I respectfully request compensation in the amount of $200,000.00; and that my participation in the professional teaching career be recognized in its entirety under the Teaching Career Law; that the money be awarded to me at 40% of the salary of the Teacher Instructor, since the first phase of the Plan has been filed (retroactively) on February 15, 2013; that my Development Plan be accepted; that the documents that I have also submitted under "Option 45 Credits" be accepted; that the project of 100 hours be paid to me; that the Continuing Education courses be validated for the credits according to Act 158 of the Teaching Career.

RESPECTFULLY SIGNED,

Sincerely,

[handwritten signature]

Maria A. Clemente Rosa
Teacher of Industrial Arts
(Technology Education)
Tel. 939-216-3308

---

[1] Supreme Court of Puerto Rico 2007 DTS 227 MATIAS LEBRON VS. DEPARTMENT OF EDUCATION 2007TSPR227

_Certified to be a correct and true translation from the source text in Spanish to the target language English._
_29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556_
_By Targem Translations Inc._

[logo:] 

### GOVERNMENT OF PUERTO RICO
**DEPARTMENT OF EDUCATION**
**Office of the Assistant Secretary for Human Resources**

*OCM-11A*

*Teaching Career Program*

### *RECOMMENDATION FOR LEVEL RECOGNITION*

*I hereby certify that the "**Certification of Filing and Approval of the Professional Development Plan" (OCMO6)** of:*

| | |
|---|---|
| Name: | Maria A. Clemente Rosa |
| Social Security: | ████ 7909 |
| School: | Sabana Llana Middle School |
| School District: | San Juan II |
| Educational Region: | San Juan |

*has been reviewed and analyzed.*

*Same complies with the provisions under the law, established in Articles 2.02 "**Teaching Career Members**", 2.06 "**Activation of the Teaching Career**", 2.07 "**Forms**", therefore, having successfully completed these requirements, it is recommended that **Level I** be granted, with a salary increase of **$122.50**. Her plan is in force from April 2012 to April 2017.*

*Certified to be correct.*

_____[handwritten signature]_____        _____[handwritten: 04/12/20 (illegible)]_____
*Milagros Rohena Rivera, Ed.D.*                                    *Date*

**Note: This form is for official use.**

**P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 – TEL. (787) 773-2452-6287  5456 – FAX: (787) 758-8028**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Coat of Arms of Puerto Rico]

COMMONWEALTH OF
**PUERTO RICO**
DEPARTMENT OF EDUCATION

**TEACHING CAREER OFFICE**

September 25, 2014

| | | | |
|---|---|---|---|
| Name: | Maria A. Clemente Rosa | Specialty: | Technology Education |
| School: | Sabana Llana Middle | Region: | San Juan |
| District: | San Juan II | | |

Dear Teacher,

According to the evaluation of your graduate study credit transcript, and in accordance with Articles 5.04 and 6.06 of the Teaching Career Regulations, the following university courses will be recognized towards your Professional Development Plan:

General Education: 18 credits
- HIST 1417 (Puerto Rico Center of Advanced Studies)
- HIST 1307 (Puerto Rico Center of Advanced Studies)
- HIST 1305 (Puerto Rico Center of Advanced Studies)
- HIST 1310 (Puerto Rico Center of Advanced Studies)
- LITE 1704 (Puerto Rico Center of Advanced Studies)

**Credits recognized (18)**

Specialty: 27 credits

**Credits recognized (0)**

You must have passed six (6) graduate study program university credits in courses related to the teaching category for which you have your permanent appointment (Technology Education), or Curriculum and Teaching, or Educational Technology.
In addition, you must present this letter in each process that you carry out with reference to the Teaching Career, including the salary and level review processes, in order to help avoid confusion for the technician evaluating your case.

Sincerely,
[handwritten signature]
Edgardo Feliciano Sánchez
Human Resources Specialist

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel. (787) 773-2448



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). /**
**Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ❏ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ❏ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ❏ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ❏ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

JUN 2 9 REC'D

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. Who is the current creditor?

¿Quién es el acreedor actual?

_Maria H. Clemente RosA_
Name of the current creditor (the person or entity to be paid for this claim)
Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom?
Sí. ¿De quién? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

Where should notices to the creditor be sent?
¿A dónde deberían enviarse las notificaciones al acreedor?

Name / Nombre  _MAria A. Clemente Resto_

Number / Número     Street / Calle

City / Ciudad     State / Estado     ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

Where should payments to the creditor be sent?
(if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre

Number / Número     Street / Calle

City / Ciudad     State / Estado     ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes. Claim number on court claims registry (if known)
Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
Filed on / Presentada el _____
(MM /DD/YYYY) / (DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior? _____

---

**Part 2 / Parte 2:**   Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/.)

_____ [hw:] *Department of Education*

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017: $ _____

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

8. How much is the claim?

¿Cuál es el importe de la reclamación?

[hw:] *Undetermined Amount*

Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☒ No / No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

9. What is the basis of the claim?

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

[hw:] *Salary increase: Teaching Career Act*
*The increases under Sila María [Calderón] – [illegible]*

10. Is all or part of the claim secured?

¿La reclamación está garantizada de manera total o parcial?

☒ No / No
☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir:

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

Value of property / Valor del bien _____ $

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $ _____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $ _____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ _____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso) _____ %
☐ Fixed / Fija
☐ Variable / Variable

11. Is this claim based on a lease?

¿Esta reclamación está basada en un arrendamiento?

☒ No / No
☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

12. Is this claim subject to a right of setoff?

¿La reclamación está sujeta a un derecho de compensación?

☒ No / No

☐ Yes. Identify the property /
Sí. Identifique el bien: _____

13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☐ No / No

☒ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.

[hw:] *Undetermined Amount*

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

---

**Part 3 / Parte 3:**

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el: _06/28/2018_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma: _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: _Marín          Antonia          Clemente Rosa_
First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo: – [hw:] *Industrial Arts Teacher*

Company / Compañía: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: _____
Number / Número      Street / Calle

_____
City / Ciudad                          State / Estado      ZIP Code / Código postal

Contact phone / Teléfono de contacto: _____   Email / Correo electrónico: _____



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andrea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

### Department of Education

*Commonwealth of Puerto Rico* ✓
*Office of the Assistant Secretary for Human Resources*
*Teaching Career Office*

*ocm-14*

| | |
|---|---|
| *Date:* | October 18, 2001 |
| *Name:* | Maria A. Clemente Rosa |
| *Social Security:* | ███ 7909 |
| *School:* | Sabana Llana Middle School |
| *School District:* | San Juan II |
| *Educational Region:* | San Juan |

## AUTHORIZATION TO TAKE ACADEMIC COURSES IN AREAS RELATED TO THE SPECIALTY, ACCORDING TO ARTICLE 6.11 OF THE TEACHING CAREER REGULATION

*We acknowledge receipt of your request to take courses related to the specialty in which you have permanent status, and it has been:*

✓_____ *Approved*

_____ *Denied for the following reason (s)*

  _____ *You did not include study program*

  _____ *Late filing*

  _____ *Incomplete study program*

  _____ *Study program is not related to the specialty*

[handwritten signature]_____
*Secretary of Education*
*or Authorized Representative*

*Approval date:* [hw:] *October 23, 2001*

| |
|---|
| VERIFIED BY |
| **TEACHING CAREER** |
| VERIFICATION DATE |
| JUL 24, 2012 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

### *Department of Education*

*Commonwealth of Puerto Rico* ✓

*Office of the Assistant Secretary for Human Resources*
*Teaching Career Office*

*ocm-14*

| | |
|---|---|
| *Date:* | October 18, 2001 |
| *Name:* | Maria A. Clemente Rosa |
| *Social Security:* | ▇▇▇7909 |
| *School:* | Sabana Llana Middle School |
| *School District:* | San Juan II |
| *Educational Region:* | San Juan |

### *AUTHORIZATION TO TAKE ACADEMIC COURSES IN AREAS RELATED TO THE SPECIALTY, ACCORDING TO ARTICLE 6.11 OF THE TEACHING CAREER REGULATION*

*We acknowledge receipt of your request to take courses related to the specialty in which you have permanent status, and it has been:*

✓_____ *Approved*

_____ *Denied for the following reason (s)*

_____ *You did not include study program*

_____ *Late filing*

_____ *Incomplete study program*

_____ *Study program is not related to the specialty*

[handwritten signature]_____
*Secretary of Education*
*or Authorized Representative*

Approval date: [hw:] *October 23, 2001*

```
┌─────────────────────────┐
│      RECEIVED           │
│      [illegible]        │
│                         │
│   TEACHING CAREER       │
│       OFFICE            │
└─────────────────────────┘
```

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*May 22, 2001*

*Mr. Cesar Rey Hernández*
*Secretary of Education*
*Department of Education*

*I, Ms. Maria A. Clemente Rosa, Industrial Arts Teacher at the Sabana Llana Community Middle School, very respectfully address you to obtain your authorization to carry out my doctoral studies in the field of Administration and Supervision, aspiring to the rank of **Teacher**. My request is due to the fact that the universities of Puerto Rico do not offer a PhD program in Curriculum and Teaching in the field of Industrial or Vocational Arts, nor do they offer Master's degrees in the aforementioned areas. For this reason, I had to obtain a Master's degree in Administration and Supervision, and therefore, I request the opportunity to complete my doctoral studies in that same area.*

*I currently have all the prerequisites to start my doctoral studies in the field of Administration and Supervision. However, for a PhD in Curriculum and Teaching, I would have to earn another 18 credits at the graduate level, as a prerequisite, in the field of Industrial Arts, and in Puerto Rico, these 18 graduate study program credits are not offered in any other teaching area, and such requirement entails obtaining another Master's degree in Curriculum and Teaching. The foregoing is not fair or reasonable to me, and, in addition I do not have the financial resources to pay for another Master's degree.*

[initials]

[date stamp: illegible]

| RECEIVED |
| --- |
| [illegible] |
| TEACHING CAREER OFFICE |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

According to Act No. 158 of June 18, 1999, known as the Teaching Career Act, it has been recognized and accepted that teachers of Industrial Arts who had a Master's degree in Administration and Supervision, or any other Master's degree, and thirteen (13) years of service, obtain the rank of **Associate Teacher**. This because in Puerto Rico no Master's degrees or Doctoral degrees are offered in the field of Industrial Arts.

Mr. Hernandez, faced with this situation that arises from having a Bachelor's Degree in Industrial Arts and a Master's Degree in Administration and Supervision (which gives me the prerequisites to enroll in a PhD program in that field), I am addressing you to request that you evaluate my case, and I can be granted authorization to carry out my doctoral studies in the field of Administration and Supervision in August 2001. Enclosed is a copy of the curriculum of the PhD program in the field of Curriculum and Teaching. I look forward to your cooperation, as usual, and I remain at your disposal.

Sincerely,

[handwritten signature]

María A. Clemente Rosa

Industrial Arts Teacher

P.O. Box 7103

San Juan, P.R. 00916

Tel. and Fax: 768-8185

| **RECEIVED** |
| [illegible] |
| TEACHING CAREER OFFICE |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**OFFICIAL GRADE REPORT**

These grades will be permanently recorded in your academic record. It is the student's responsibility to know the academic regulations regarding grades, indices, suspensions, academic probations, repetition of courses, stages, etc. contained in the official catalog of the Campus.

Due to space limitations, we will only point out the most pressing warnings: (a) The "Provisional Grade" annotation will automatically become final, if a final grade is not received from the professor in the course of the next semester. The student will have to communicate with the professor for the relevant arrangements. Under no circumstances should the student re-enroll in course (b). An asterisk (*) annotation means that your professor did not deliver the official class list on time. These grades will be reported in a supplemental report in the sixth week after the start of classes in the following semester. If the student urgently needs to know his/her grade before that date, he/she should contact the professor (c). For officially registered courses that are not filed in in this report, the student must submit a claim at the Registration Office in the second week after the start of the following semester.

[illegible number-81-2181]
CLEMENTE ROSA, MARIA A.
Urb. Valle Escondido
224 Calle Bromelia
Carolina PR [illegible number]

12/27/2001

During your enrollment, you must present EVIDENCE of having a private medical insurance plan or join the Campus Health Plan.

| UNIVERSITY OF PUERTO RICO THE RÍO PIEDRAS CAMPUS | | | | | |
|---|---|---|---|---|---|
| [Illegible] | | | | | |
| STUDENT ID NO. | | GRADE | | | KEY |
| [Illegible] | | [Illegible] | | | [illegible] |
| COURSES | SECTION | CRED. | GRADE | COMPLET. DATE | |
| EDUC. [illegible] | [illegible] | [illegible] | [illegible] | | |
| | | | | | |
| SEMESTER | YEAR | CREDITS | SEM. INDEX | YEAR INDEX | |
| [illegible] | [illegible] | [illegible] | | | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# DEPARTMENT OF EDUCATION

## Commonwealth of Puerto Rico
## Office of the Secretary of Human Resources
## Teaching Career Office

### APPLICATION FOR TEACHING CAREER ACTIVATION

Name of the Applicant:     *Maria A. Clemente Rosa*

Social Security:     ▮▮▮▮ *7909*

Category:     *Associate Teacher*

Position Number:     *R16045*

School:     *Sabana Llana Community Middle School*

School District:     *San Juan III*

Educational Region:     *San Juan*

Category:     *Teacher*

In accordance with Article 2.07 of the Teaching Career Regulations, this application must be submitted together with a professional development plan, during the month of April of each school year.

[handwritten signature]
Applicant's Signature

[hw:] *April 30, 2001*
Filing Date

Received by: [handwritten signature]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

TO:         **Ms. Carmen I. Esteva**
            **Principal**
            **Sabana Llana Community Middle School**

FROM:       **Maria A. Clemente Rosa**
            **Associate Teacher**
            **Industrial Arts**

SUBJECT:    ENCLOSING DOCUMENTS RE:

DATE:       **April 30, 2001**

CC:

1)   Submission of the Development Plan to apply for the rank of Teacher

2)   Review Letter and Request for Evaluation (by January 15 of _____

3)   each school year) _____

4)   Copy of the letter to the Secretary _____

[handwritten signature]
 *04/30/2001*

| VERIFIED BY |
| --- |
| **TEACHING CAREER** |
| VERIFICATION DATE |
| |
| JUL 24, 2012 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

```
                    MESSAGE CONFIRMATION REPORT

      REMOTE ID.      :        7541155
      PAGES           :        03
      MODE            :        9600/STANDARD
      RESULTS         :        OK
```

[hw:]  *Sent
on May 31, 2001
Alma*

I hereby certify that María A. Clemente Rosa, Social Security Number: ███ 7909 from the Sabana Llana Community Middle School of the San Juan III School District, filed her Professional Development Plan in accordance with the provisions of Article 2.03 of the Teaching Career Regulations for the period from May 1, 2001 to May 1, 2006. I furthermore certify that the Evaluation Committee analyzed said Plan in light of Article 6.04 of the same Regulation, and said Plan was approved today, May 23, 2001.

EVALUATION COMMITTEE

| Name | Signature | Occupied |
|------|-----------|----------|
| *[signatures]* | *[signatures]* | *[signatures]* |

Date: May 23, 2001

| VERIFIED BY |
|---|
| **TEACHING CAREER** |
| VERIFICATION DATE |
| JUL 24, 2012 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Clemente Rosa, Maria A. | 92159 | 6/29/2018 | Commonwealth of Puerto Rico | $20,000.00 |
| Reason: | | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).

CENTER FOR
ADVANCED
STUDIES
00902-3970

[logo]

OF PUERTO RICO
AND THE CARIBBEAN

Calle Cristo No. 52, Viejo San Juan
P.O. Box 9023970
San Juan, PR

Tel. 787-723-4481
Fax: 787-723-1023

## GRADUATION CERTIFICATE

I hereby certify that **María Clemente Rosa**, with student ID number D0901-0011, fulfilled the requirements for the degree of

**PhD in Philosophy and Literature, specialization in History of Puerto Rico and the Caribbean, in January 2018.**

The corresponding degree has been awarded to her. The diploma will be delivered at the next degree awarding ceremony, to be held in June 2018.

Issued in San Juan, Puerto Rico, on February 9, 2018.

Sincerely,

[handwritten signature]
Mayra Ramirez Valdejulli
Registrar

OFFICIAL SEAL

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[round seal: GOVERNMENT OF PUERTO RICO]

### GOVERNMENT OF PUERTO RICO
DEPARTMENT OF EDUCATION
Division of Teaching Certificates

# __CERTIFICATE__

I hereby certify that MARIA A. CLEMENTE ROSA, a Teacher, with Social Security No. xxx-xx-7909, holds the following lifetime certificate:

• **TEACHER OF INDUSTRIAL ARTS**, No. 1662, issued on October 26, 1992.

At the time that this notice was issued, the Certificate in question has not been cancelled or voided by the personnel of this Division.

For the record, this Certificate is issued on this 21st of February, 2018, in San Juan, Puerto Rico.

[handwritten signature]
Briseida Sánchez
Administrative Assistant



[logo:]                    –  Department of Education

P O Box 190759  San Juan, PR  00919-0759     Tel  (787)773-2465 6286 6285

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[logo:] 

OCH-2

**Department of Education**
**Office of the Secretary for Human Resources**
**Office of Human Capital Development**
**Fax: 787-756-8028**

*Teaching Career Program*

## Request for Evaluation of Graduate Credits for Option 45

Name: <u>Maria A. Clemente Rosa</u>     Position/Category: <u>Teacher of Technology Education</u>
School: <u>Sabana Llana Middle School</u> District: <u>San Juan II</u>     (Industrial Arts)
Region: <u>San Juan</u>     Date:     R16045

Dear Ms. _____

I request authorization to participate in the "Option 45" alternative (Article 5.04, Teaching Career Regulations, No. 6761).
Select one of the two alternatives, and mark with an (X)
        A.
I am active in the Teaching Career  (X)
My (Master's/PhD degree):
     Is not in my specialty     ( )
     Is not offered in Puerto Rico  (X)
I am activating the Teaching Career for the first time     ( )
     My (Master's/PhD degree):
     Is not in my specialty     ( )
     Is not offered in Puerto Rico  ( )

I submit a student's copy of the ___PhD___ degree certificate (or graduate courses) from the University of **Center for Advanced Studies of PR and the Caribbean**, in **History of PR and the Caribbean** (Specialization) for evaluation.
My email is _____
My mailing address is _____
**Astralis Condominium 9546 Calle Díaz Way Apt. 311 Torre 6 North Carolina, PR 00979**

Sincerely,

_____
Signature

**Note: Make sure that the copy of the transcript is legible.**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

June 15, 2016


María A. Clemente Rosa

Petitioner

CASE No. AQ-14-0730


RE: "OPTION 45 CREDITS OFFICIAL DOCUMENT"

DOCUMENT THAT MISLEADS THE EDUCATION DEPARTMENT, THROUGH AN ERROR IN THE WORDING, WHICH AFFECTS THE REASON FOR JUDGMENT.


The 'Option 45 Credits' document is an official document of the Teaching Career Office, which was provided to me by Dr. Milagros Rohena Rivera, former director of the Teaching Career Office, and who urged me to use it and participate in said process, because I met the requirements. The 'Option 45 Credits' document, this document offers two alternatives to participate in the Teaching Career for teachers who have a PhD in areas other than their specialty, and whose specialty is not offered as an educational option in Puerto Rico. This document, which at the beginning denotes an opportunity for the teacher, lacks transparency in [TN: sic. – error in original].

However, the same document lacks transparency in its purpose, because it contains some irregularities in its drafting. Providing this type of document with this information contributes directly to blurring the transparency and trust in the Teaching Career processes, which the teachers who participate in said Teaching Career processes, seek in that branch of the Government of Puerto Rico, represented by the Department of Education. Due to such an error, I respectfully request recognition at the Rank of Teacher, under the Teaching Career Act and that I be granted wage compensation from the moment I qualified for participation in the Teaching Career. See Official Case Number AQ14-0730.

Sincerely,


[handwritten signature]

María A. Clemente Rosa


*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

María A. Clemente Rosa
Astralis Condominium 9546
Calle Diaz Way Apt. 311 Torre No. 6
Carolina, PR 00979
787 597-6267

# Cover Sheet

**To:**   Mr. Eric Pérez
Executive Director
Teaching Career Office
Department of Education

**Attn:** Mr. Ángel Sánchez
Analyst
Teaching Career Program
Fax (787)* 756-8028

_____

**From**: María Clemente Rosa          **Date**: May 20, 2014


   Tel. (787) 597-6276, (787) 257-7921
_____

_____

☐ Urgent          X For Review          ☐ Please Comment          ☐ Please Reply          ☐ Please Recycle

------------------------------------------------------------------

1) Submitting the Alignment of the History courses with the courses of the Industrial Arts Program.

2) Submitting References.


   …………………………………………………………..

                                        [handwritten signature]


*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[logo]
CENTER FOR ADVANCED STUDIES
OF PUERTO RICO AND THE CARIBBEAN

Calle Cristo No. 52, Viejo San Juan
P.O. Box 9023970
San Juan, PR 00902-3970
Tel. 787-723-4481
Fax: 787-723-1023

## GRADE REPORT

Academic Period.:JAN/14-MAY/14

2009/1-DHP
**CLEMENTE ROSA       , MARIA**
COND. ASTRALIS 9546
C/A DIAZ WAY APT. 311
CAROLINA       , PR   00979

| Course | Description | Credits | Grade | Honor Points |
|--------|-------------|---------|-------|--------------|
| EXAM PHD | FINAL DEGREE EXAM | | P | |

| Period Information | Accumulative Information |
|--------------------|--------------------------|
| Credits....:    0 | Credits....:   51 |
| Honor Pnts.:    0 | Honor Pnts.:  177 |
| Grade Index: 0.00 | Grade Index: 3.69 |

| | | | | | |
|---|---|---|---|---|---|
| A | Excellent | F | Failed | P | Pass |
| B | Good | X | Official Withdrawal | NP | Fail |
| C | Average | I | Incomplete | NR | Not reported |
| D | Deficient | AU | Audited | IP | In progress |
| NA | Not taken | | | WF | Withdrawn Failing |

* COMPLIES with Academic Progress *

REMINDER: THE DEADLINE FOR REMOVAL OF INCOMPLETES IS OCTOBER 6, 2014

OFFICIAL SEAL

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[text cut off]

| IDENTIFICATION NUMBER | San Juan, Puerto Rico |
|---|---|
| 2009/1-DHP-D0901-0011 | 00902-39 [text cut off] |

[logo] CENTER FOR ADVANCED STUDIES
OF PUERTO RICO AND THE CARIBBEAN

PAGE 01 OF 01

| NAME | SEX | [illegible] |
|---|---|---|
| CLEMENTE ROSA , MARIA | F | |

**ADDRESS**

P.O. BOX 7103 , SAN JUAN

| ADMITTED BY | ADMITTED AT |
|---|---|
| UPR RIO PIEDRAS | PhD HISTORY OF PR AND THE CARIBBEAN |

| PLACE AND DATE OF BIRTH | TRANSFERRED FROM | DATE OF [illegible] |
|---|---|---|
| ██/1962 SANTURCE PR | 2009/1 | |

| CODE  COURSE NAME  CREDITS  GRADE  [illegible]  POINTS | CODE  COURSE NAME  CREDITS  GRADE  [illegible]  POINTS |
|---|---|
| ===AUG/09 – DEC/09=== | ===JUN/12 – JUN/12=== |
| HIST 505  HISTORY OF PUERTO RICO I  3  A  12 | HIST1310  INT. PALEOGRAPHY I  3  A  12 |
| HIST 518  GEN. HIST. OF THE CARIBBEAN  3  B  9 | << Accum. 36  3.75  Period. 3  4.00  >> |
| << Accum. 6  3.50  Period. 6  3.50  >> | |
| ===JAN/10 – MAY/10=== | ===AUG/12 – DEC/12=== |
| HIST 506  HISTORY OF PUERTO RICO II  3  A  12 | HIST1141  HISTORY PR i: 16TH-19TH CENT.  3  A  12 |
| << Accum. 9  3.67  Period. 3  4.00  >> | LITE1704 TOPICALITY 100 YEARS OF SOLIT. 3  B  9 |
| | PORT1950  PORTUGUESE  0  p  0 |
| | << Accum. 42  3.71  Period. 6  3.50  >> |
| ===JUN/10 – JUN/10=== | ===JAN/13 – MAY/13=== |
| HIST1417  AFRICAN CONTRIB. TO THE C.  3  A  12 | HIST1142  HISTORIOGRAPHY PR II  3  A  12 |
| << Accum. 12  3.75  Period. 3  4.00  >> | HIST1402  EURO-AMER. HISTORIOGR. II  3  B  9 |
| | << Accum. 48  3.69  Period. 6  3.50  >> |
| ===AUG/10 – DEC/10=== | ===IN PROGRESS=== |
| HIST 652  THEORIES AND MET. IN HIST. RES.  3  A  12 | HIST1405 ADV. RESEARCH SEMANTICS  3  IP  0 |
| HIST1307 WOMEN IN HISPANIC HISTORY 3  A  12 | << Accum. 48  3.69  Period. 0  0.00  >> |
| << Accum. 16 3.83  Period. 6  4.00  >> | |
| ===JAN/11 – MAY/11=== | |
| HIST1212 CONTEMP. HIST. PR AND THE C.  3  A  12 | |
| << Accum. 21 3.86  Period. 3  4.00  >> | ------------------------------------------------- |
| | ------------------------------------------------- |
| ===AUG/11 – DEC/11=== | NO COURSES BELOW THIS LINE |
| HIST1401  EURO-AMERICAN HIST.  3  B  9 | [stamp: STUDENT'S COPY]  [stamp: ILLEGIBLE] |
| HIST1416 DOC. CINE. AND HISTORIOGR.  3  A  12 | ☒ STUDENT'S COPY |
| << Accum. 27 3.78  Period. 6  3.50  >> | ☐ OFFICIAL COPY |
| | CERTIFIED [signature]  DATE 09//16/13 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

July 26, 2016

Mr.    Eric Pérez Torres
       Acting Director
       Teaching Career Office
       Department of Education
       Teaching Career Office


       I, María A. Clemente Rosa, a Teacher, very respectfully address you to seek your cooperation in the recognition of the Option 45 Evaluation Request, since I have requested it on several occasions, and 18 general credits have been evaluated, and 6 university credits were still required of me. I have completed the credits through hours included in the Participation Hours Program related to continuing education programs, to be replaced with academic credits in courses related to the discipline of Technology Education. This was all done in accordance with the Act and Article 3.06 - Substitution of Continuous Education Hours with Academic Credits, according to the Puerto Rico Teaching Career Act of 1999 (Act 158, 1999). I am enclosing a copy of the eleven (11) certificates for a total of 84 contact hours during the 2015-2016 academic year, equivalent to the 6 credits required.
I look forward to your cooperation, as usual. I remain at your disposal.


Sincerely,

[handwritten signature]
María A. Clemente Rosa
Astralis Condominium 9546
Calle Diaz Way Apt. 311 Torre 6 North
Carolina, PR 00979

Tel. (939) 216-3308

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[logo:] 

APPENDIX 1
OCM-06

**GOVERNMENT OF PUERTO RICO**
**DEPARTMENT OF EDUCATION**
**OFFICE OF THE ASSISTANT SECRETARY FOR HUMAN RESOURCES**
**OFFICE OF HUMAN CAPITAL DEVELOPMENT**

**TEACHING CAREER PROGRAM**

## CERTIFICATE OF FILING AND APPROVAL OF THE
## PROFESSIONAL DEVELOPMENT PLAN

We hereby certify that the Teacher María A. Clemente Rosa , Social Security No. ▮7909 of the Sabana Llana Middle School in the Municipality of San Juan in the School District of  San Juan II , filed her Professional Development Plan in accordance with the provisions of the Teaching Career Regulations, Article 2.06, for the period from April 1, 2012 to April 1, 2017 (5 years).

We furthermore certify that the Evaluation Committee analyzed and evaluated said Plan using Chapter VI of the same Regulation as a reference, and that said Plan was approved today, on _March_  6 , 20_12_.

  (May or June)

EVALUATION COMMITTEE

| NAME | SIGNATURE | POSITION |
|---|---|---|
| Noemi Cuadrado Pastrana | | Principal<br>Teaching Facilitator<br>Teachers' |
| Héctor R. Pérez Zarak | | School Council |
| | | Regional Liaison (if applicable) |

Date on which the Applicant filed the Plan: April _____, 20_____

```
VERIFIED BY
TEACHING CAREER
VERIFICATION DATE

JUL 24, 2012
```

*Certified to be a correct and true translation from the source text in Spanish to the target language English 29/DECEMBER/2021 - Andrea I. Boscor ATA-certified Spanish-English #525556 By Targem Translations Inc.*

[logo:] 

APPENDIX 1

OCM-07 AMENDED

## GOVERNMENT OF PUERTO RICO
## DEPARTMENT OF EDUCATION
## OFFICE OF THE ASSISTANT SECRETARY FOR HUMAN RESOURCES
## OFFICE OF HUMAN CAPITAL DEVELOPMENT

**TEACHING CAREER PROGRAM**

## REQUEST FOR SALARY REVIEW AND LEVEL CLAIM

Honorable _____

In accordance with the provisions of Chapter VII of the Teaching Career Regulations, I request a Review of the stages of the Professional Development Plan _x_1, __2, __3, __4, __5,  and Claim for the Teaching Level __II, __III, _x_IV.

Name of the Applicant:   María A. Clemente Rosa _____
Social Security:   ███████ 7909 _____
Permanent Category:   Technology Education R 16045 _____
School:   Sabana Llana Middle School _____
Municipality:   San Juan _____
School District:   San Juan II _____
Educational Region:   San Juan _____

[handwritten signature]      February 15, 2012 _____
Signature of the Applicant                     Date

Received by:

| VERIFIED BY |
| :---: |
| **TEACHING CAREER** |
| VERIFICATION DATE |
| JUL 24, 2012 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[logo:]  APPENDIX 3

**GOVERNMENT OF PUERTO RICO**
**DEPARTMENT OF EDUCATION**
**OFFICE OF THE ASSISTANT SECRETARY FOR HUMAN RESOURCES**
**OFFICE OF HUMAN CAPITAL DEVELOPMENT**

**TEACHING CAREER PROGRAM**

### CERTIFICATION OF SUBMISSION OF REVIEW REQUESTS __2012__

School: <u>Sabana Llana Middle School</u>
Principal: <u>Ms. Noemí Cuadrado Pastrana</u>
School District: <u>San Juan II</u>
Municipality: <u>San Juan</u>
Educational Region: <u>San Juan</u>

Today, on March __6__, 2012, I submitted the analyzed and verified requests for Level Claim and Salary Review of the following personnel active in the Teaching Career:

| NAME | POSITION |
|------|----------|
| 1) Maria A. Clemente Rosa | Teacher |
| 2) | |
| 3) | |
| 4) | |
| 5) | |

Certified to be correct,

[hw:] *Noemí Cuadrado Pastrana*          [handwritten signature]
Principal's Name                         Principal's Signature

[hw:] *Edgardo* [illegible]              [handwritten signature]
Regional Liaison Name                    Regional Liaison's Signature

> VERIFIED BY
> **TEACHING CAREER**
> VERIFICATION DATE
>
> JUL 24, 2012

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[logo:]                                                                                     APPENDIX 5

**GOVERNMENT OF PUERTO RICO**
**DEPARTMENT OF EDUCATION**
**OFFICE OF THE ASSISTANT SECRETARY FOR HUMAN RESOURCES**
**OFFICE OF HUMAN CAPITAL DEVELOPMENT**

**TEACHING CAREER PROGRAM**

**CHECKLIST OF DOCUMENTS TO BE INCLUDED WITH LEVEL CLAIM REQUESTS**
**OR SALARY REVIEW REQUESTS**

Date: February 15, 2012

Name: María A. Clemente Rosa            Position: Teacher

School: Sabana Llana Middle School    School District: San Juan II

Municipality: San Juan                      Educational Region: San Juan

| CRITERIA | PROVIDED | NOT PROVIDED | EVALUATIVE COMMENT |
|---|---|---|---|
| 1) The following documents have been duly completed:<br>  • OCM-07, as amended – Request for Salary Review and Level Claim (original copy) | ✓ | | |
|   • OCM-09, as amended – Recommendation for Salary Review and Level Recognition (original copy) | ✓ | | |
| 2) Letter from the School Principal in original copy, certifying that the documents are true and exact copies of the originals submitted by the claimant | ✓ | | |
| 3) True and exact copy of the Applicant's Professional Development Plan, officially certified by the director; | ✓ | | |
| 4) A copy of the student's credit transcript, documenting the degree obtained and their academic preparation. ***In addition, an official credit transcript, which will be sent to the Teacher Recruitment Office of the Department of Education.*** | ✓ | | VERIFIED BY TEACHING CAREER<br><br>VERIFICATION DATE<br><br>JUL 24, 2012 |
| 5) Official certifications that certify the hours (not less than three (3) hours in duration) of participation in continuing education activities offered by universities and entities accredited by the Council on Higher Education. | ✓ | | |
| 6) Copy of the evaluation reports of the Applicant's teaching performance (one per school semester) during the period of validity of the Professional Improvement Plan. | ✓ | | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**CHECKLIST OF DOCUMENTS TO BE INCLUDED WITH LEVEL CLAIM REQUESTS OR SALARY REVIEW REQUESTS**

Page 2

Name:      María A. Clemente Rosa _____

| CRITERIA | PROVIDED | NOT PROVIDED | EVALUATIVE COMMENT |
|---|---|---|---|
| 7) **Active teachers who have a Plan aimed at Level IV (doctoral)** must present the following documentation to demonstrate compliance with Element No. 3 of their Plan:<br>• Special project carried out for the benefit of the System. | | | **N/A** |
| • Letter from the Superintendent of Schools in charge of the School District, and from the School Principal, supporting the workshops and other services offered by the Special Project | | | **N/A** |
| • Attendance sheet listing participants in the workshops, tutorials, and other educational activities offered by the Special Project. | | | **N/A** |
| • Attendance sheets must contain:<br>✓ Name of the workshops, date, and time<br>✓ Signatures of the participants<br>✓ Signatures of the School Principals<br>✓ Name of the person offering the workshop | | | **N/A** |
| • Summative evaluation of the achievements certified by the School Principal. | | | **N/A** |
| 8) The Plan is presented in the following order:<br>✓ OCM-07, as amended<br>✓ OCM-09, as amended<br>✓ Certification of true and exact copy | | | |

VERIFIED BY
TEACHING CAREER
VERIFICATION DATE

JUL 24, 2012

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[logo:]                                                 APPENDIX 2

**GOVERNMENT OF PUERTO RICO**
**DEPARTMENT OF EDUCATION**
**OFFICE OF THE ASSISTANT SECRETARY FOR HUMAN RESOURCES**
**OFFICE OF HUMAN CAPITAL DEVELOPMENT**

**TEACHING CAREER PROGRAM**

| | |
|---|---|
| Date: | February 15, 2012 |
| Position: | Teacher |
| School: | Sabana Llana Middle School |
| Municipality: | San Juan |
| School District: | San Juan II |
| Educational Region: | San Juan |

**ACTIVATION PROCESS**
**CHECKLIST**

| CRITERIA | YES | NO | EVALUATIVE COMMENT |
|---|---|---|---|
| 1) The documents were received at the Office following the procedure established in the memorandum of January 27, 2012<br><br>   • directly by the director, superintendent, or liaison<br>   • by internal mail with a processing sheet signed by the director | | | |
| 2) The OCM-06 certification was received in original copy, with two additional copies | | | |
| 3) The OCM-06 Certification complies with the following:<br><br>   • It is completed in all its parts<br>   • The dates are within the period covered by the Activation Process<br>   • It contains the signatures of:<br>        - Principal<br>        - Teaching Facilitator / Teachers' Representative<br>        - School Council Member<br>        - Regional Liaison (if applicable | | | |

Reviewed by: _____

_____
Name and position in block letters

VERIFIED BY
**TEACHING CAREER**
VERIFICATION DATE

JUL 24, 2012
Signature

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[logo:]

APPENDIX 3

OCM-15

**GOVERNMENT OF PUERTO RICO**
**DEPARTMENT OF EDUCATION**
**OFFICE OF THE ASSISTANT SECRETARY FOR HUMAN RESOURCES**
**OFFICE OF HUMAN CAPITAL DEVELOPMENT**

**TEACHING CAREER PROGRAM**

**TRANSFER OF FILES**

Mr./Ms.  _____

Principal (receiver)

School: Sabana Llana Middle School

Municipality: San Juan

School District: San Juan II

Educational Region: San Juan

In accordance with Article 2.11 of the Teaching Career Regulations, I proceed to transfer the Teaching Career file belonging to Mr./Ms. **María A. Clemente Rosa___**, Social Security No. ███ **7909___**.

The file contains the following documents:

1)

2)

3)

4)

5)

6)

I attest to the truthfulness,

_____          _____

Director        (sender)                                    Date

School: _____

Municipality: _____

School District: _____

Educational Region: _____

VERIFIED BY
**TEACHING CAREER**
VERIFICATION DATE

JUL 24, 2012

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreaa I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**DEPARTMENT OF EDUCATION**
**SCHOOL DISTRICT SAN JUAN II**
**SABANA LLANA MIDDLE SCHOOL**
**TELEPHONE: (787) 767-2438**



# COVER SHEET

To:     Ms. Milagros Rohena

        [handwritten signature]
From: Ms. Noemí Cuadrado Pastrana
        School Principal
        Sabana Llana Middle School

Date:  March 16, 2012

# SUBJECTS:

**Delivery of a copy of the Teaching Career file – Ms. María Clemente Rosa**

Received by: _____     Date: _____

Signature: _____

<table>
<tr><td>VERIFIED BY<br>**TEACHING CAREER**<br>VERIFICATION DATE<br><br>JUL 24, 2012</td></tr>
</table>

**The Department of Education does not discriminate on the basis of race, color, gender, birth, national origin, social conditions, political or religious beliefs, age, or disabilities, in its activities, educational services and employment opportunities.**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# DEPARTMENT OF EDUCATION

OFFICE OF THE ASSISTANT SECRETARY FOR HUMAN RESOURCES
TEACHING CAREER OFFICE

### CLAIM FOR INITIAL RANK
### REVISION

**First Name and Both Last Names:**   María A. Clemente Rosa____
**Mailing address:**   P.O. Box 7103_____
　　　　　　　　　　　San Juan_____
　　　　　　　　　　　Puerto Rico     00916_____
**Social Security Number:**   ████7909_____
**Category:**
**Reasons underlying the request for reconsideration:**

_____
_____
_____
_____
_____

**List of facts that support the action claimed:**

_____
_____
_____
_____
_____

**Claim:**

_____
_____
_____
_____
_____

**Detail the submitted documents:**

1) _____
2) _____
3) _____
4) _____

_____
Signature of [illegible]

VERIFIED BY
**TEACHING CAREER**
VERIFICATION DATE

Filing Date

JUL 24, 2012

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# DEPARTMENT OF EDUCATION

OFFICE OF THE ASSISTANT SECRETARY FOR HUMAN RESOURCES
TEACHING CAREER OFFICE

## PROFESSIONAL DEVELOPMENT PLAN

Name: María A. Clemente Rosa__

Social Security No._[redacted]7909

Page No. 1_

Date of filing: February 15, 2012__

| Area of Need | Goals | Activities | Development Stages | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| Element No. 1<br><br>Formal studies at the graduate level with university credits leading to the completion of a PhD degree in History of the Caribbean and Puerto Rico, at the Center for Advanced Studies of Puerto Rico and the Caribbean. | Earn 57 academic credits for a PhD in Caribbean and Puerto Rico History. | Enroll in:<br>HIST 505 – 3 credits<br>HIST 518 – 3 credits<br>HIST 506 – 3 credits | X | | | | |
| | | Enroll in:<br>HIST 1417 – 3 credits<br>HIST 602 – 3 credits<br>HIST 1307 – 3 credits | X | | | | |
| | | Enroll in:<br>HIST 1212 – 3 credits<br>HIST 1401 – 3 credits<br>HIST 1416 – 3 credits | X | | | | |
| | | Enroll in:<br>HIST 1313 – 3 credits<br>HIST 1305 – 3 credits<br>HIST 1141 – 3 credits<br>HIST 1401 – 3 credits | X | X | | | |
| | | Enroll in:<br>HIST 1142 – 3 credits<br>HIST 1405 – 3 credits<br>HIST 503 – 3 credits<br>HIST 218 – 3 credits<br>HIST 1315 – 3 credits<br>LITE 305 – 3 credits | | X | X | X<br><br>X | <br><br>X |
| | | Enroll in: Final Degree Exam | | | | X | X |

VERIFIED BY
TEACHING CAREER
VERIFICATION DATE
JUL 24, 2012

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# DEPARTMENT OF EDUCATION
### OFFICE OF THE ASSISTANT SECRETARY FOR HUMAN RESOURCES
### TEACHING CAREER OFFICE

## PROFESSIONAL DEVELOPMENT PLAN

Name: María A. Clemente Rosa___                    Page No._2_

Social Security No. ____7909                    Date of filing: February 15, 2012___

| Area of Need | Goals | Activities | Development Stages | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| Element No. 2<br><br>Continuing Education | Accumulate 20 contact hours of Continuing Education training, at the end of the stages. | Conduct a Study of the Professional Development Needs of Teachers of the Puerto Rico Department of Education, School Year 2011-2012. | X | | | | |
| | | Request the Continuing Education training itinerary. | | X | | | |
| | | Request the relevant training according to my professional needs. | | X | | | |
| | Accumulate 10 contact hours in Government Ethics Education. | Participate in the workshops of the Government Ethics Office of the Government of Puerto Rico. | X | | | X | |

*VERIFIED BY*
**TEACHING CAREER**
*VERIFICATION DATE*

*JUL 24, 2012*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# DEPARTMENT OF EDUCATION

OFFICE OF THE ASSISTANT SECRETARY FOR HUMAN RESOURCES
TEACHING CAREER OFFICE

## PROFESSIONAL DEVELOPMENT PLAN

Name: María A. Clemente Rosa __                    Page No. 3_

Social Security No. _____7909                    Date of filing: February 15, 2012__

| Area of Need | Goals | Activities | Development Stages | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| Element No. 3<br><br>Teaching Experience | At the end of each school semester, I will obtain a satisfactory evaluation of my performance as a teacher. | Request that the School Principal perform one evaluation per semester in December 2012, in May 2013, in December 2013, in May 2014, in December 2014, in May 2015, in December 2015, and another evaluation in May 2016, and in December 2016.<br><br>I will present evidence of my work as part of the evaluation process. | X<br><br>X | X<br><br>X | X<br><br>X | X<br><br>X | X<br><br>X |

VERIFIED BY

**TEACHING CAREER**

VERIFICATION DATE

JUL 24, 2012

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# DEPARTMENT OF EDUCATION

OFFICE OF THE ASSISTANT SECRETARY FOR HUMAN RESOURCES
TEACHING CAREER OFFICE

## PROFESSIONAL DEVELOPMENT PLAN

Name: María A. Clemente Rosa                    Page No. 4  of ___

Social Security No. ████ 7909                   Date of filing: February 15, 2012

| Area of Need | Goals | Activities | Development Stages | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| | | | | | | | |

VERIFIED BY
**TEACHING CAREER**
VERIFICATION DATE

JUL 24, 2012

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# DEPARTMENT OF EDUCATION

### OFFICE OF THE ASSISTANT SECRETARY FOR HUMAN RESOURCES
### TEACHING CAREER OFFICE

## PROFESSIONAL DEVELOPMENT PLAN

Name: María A. Clemente Rosa          Page No. 5   of ___

Social Security No. ████7909          Date of filing: February 15, 2012

| Area of Need | Goals | Activities | Development Stages | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 |
| | | | | | | | |

|  |
|---|
| VERIFIED BY |
| **TEACHING CAREER** |
| VERIFICATION DATE |
| JUL 24, 2012 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# DEPARTMENT OF EDUCATION

## OFFICE OF THE ASSISTANT SECRETARY FOR HUMAN RESOURCES
## TEACHING CAREER OFFICE

# PROFESSIONAL DEVELOPMENT PLAN

María A. Clemente Rosa

███7909

| |
|---|
| VERIFIED BY |
| **TEACHING CAREER** |
| VERIFICATION DATE |
| |
| JUL 24, 2012 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# DEPARTMENT OF EDUCATION

OFFICE OF THE ASSISTANT SECRETARY FOR HUMAN RESOURCES
TEACHING CAREER OFFICE

# PROFESSIONAL DEVELOPMENT PLAN

## Part I - Personal and Professional Information

**Name**: María A. Clemente Rosa

**Social Security No**. ▇▇▇▇7909

**Academic Training:** Bachelor in Technology Education, Master in Vocational School Administration and Supervision, Master in School Administration and Supervision, High School, Master in Gerontology

**Permanent Status Category:** Technology Education (Industrial Arts) No. R16045

**Level:** Intermediate

**School:** Sabana Llana Middle School

**District:** San Juan III

**Region:** San Juan

**Rank of the Applicant:** _____

**Ranks:**

( ) **Assistant Teacher**
( ) **Associate Teacher**
(x) **Teacher**

Professional Development Plan
[hw:] *Feb. 16*
Validity period: From May 1 , 2012
To August  1 , 2016
[hw:] *Abril        2017*

Prepared and submitted by:
[handwritten signature]
Signature of the Teacher or Teaching Librarian

| | |
|---|---|
| VERIFIED BY | |
| **TEACHING CAREER** | |
| VERIFICATION DATE | |
| | |
| JUL 24, 2012 | |

[handwritten signature]          [hw:] *May 6, 2012*
Date of filing          Date of approval by the Evaluation Committee

*Certified to be a correct and true translation from the source text in Spanish to the target text English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# DEPARTMENT OF EDUCATION

OFFICE OF THE ASSISTANT SECRETARY FOR HUMAN RESOURCES
TEACHING CAREER OFFICE

# PROFESSIONAL DEVELOPMENT PLAN

**Part II - Introduction**

Name: María A. Clemente Rosa___          Page No._1___
Social Security No.___████7909          Date of filing: February 15, 2012

PROFESSIONAL INFORMATION

A.  Academic training and teaching experience
    Bachelor in Technology Education (Industrial Arts),
    Master in Vocational School Administration and Supervision,
    Master in Gerontology
    Teaching experience: 25 years of Secondary School teaching experience.

    In the past 3 years, I have taken the following courses with university credits:

    •    1st semester 2010 - Center for Advanced Studies of PR and the Caribbean - 9 credits. History of PR I, Gen. History of the Caribbean, History of PR II;
    •    Summer 2010 - Center for Advanced Studies of PR and the Caribbean - 3 credits. African Contribution to the Caribbean;
    •    2nd semester 2010 - Center for Advanced Studies of PR and the Caribbean - 6 credits. Theories and Methodologies of Historical Research; Women in Hispano-American History;
    •    1st semester 20101 - Center for Advanced Studies of PR and the Caribbean - 3 credits. Contemporary History of Puerto Rico and the Caribbean;
    •    2nd semester 2011 - Center for Advanced Studies of PR and the Caribbean - 6 credits. Euro-American Historiography; Documentary cinematography and historiography;
    •    1st semester 2012 - Center for Advanced Studies of PR and the Caribbean - 6 credits. Contemporary Issues in Latin America; Hispano-America: From Conquest to Independence. In progress.

<table>
<tr><td>VERIFIED BY<br>**TEACHING CAREER**<br>VERIFICATION DATE<br><br>JUL 24, 2012</td></tr>
</table>

*Certified to be a correct and true translation from the source text in Spanish to the target language Engli[sh]*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Certificates:

- • Teaching Certificate in Technology Education;
- • Teaching Certificate in Spanish;
- • Teaching Certificate in History;
- • Secondary School Principal Certificate;
- • Secondary School Vocational Director Certificate;

B.    Training:

1) Workshop on HIV/AIDS Prevention Strategies in Adolescents.

2) Guidance on procedures to follow to convert the Sabana Llana Middle School into a Specialized School.

3) Guidance on Unsafe School, and Classroom Conflict Management.

4) Professional Development Workshop in "Power Point", "Tutorial", use and management of the photo camera, Use and management of the movie camera.

5) Conference on developing innovative proposals. Learn and Serve America Program, Department of Education.

6) Workshop on preparing educational proposals for teachers participating in the Learn and Serve America program of Puerto Rico, the Department of Education.


C.    Achievements and professional recognitions obtained:
      San Juan Region Teacher of Excellence, Puerto Rico Excellence Fund. June 1992.

> VERIFIED BY
> **TEACHING CAREER**
> VERIFICATION DATE
>
> JUL 24, 2012

# DEPARTMENT OF EDUCATION

OFFICE OF THE ASSISTANT SECRETARY FOR HUMAN RESOURCES
TEACHING CAREER OFFICE

# PROFESSIONAL DEVELOPMENT PLAN

## Part II - Introduction

Name: María A. Clemente Rosa____                Page No._2__
Social Security No.███████7909

D.        Academic and non-academic activities of service to the school community, carried out in the last two years.

1) Participant in the Planning Committee, Sabana Llana Middle School.

2) Resource for the Multi-Risk Plan preparation for the Sabana Llana Middle School.

3) Resource for the School Wellness Plan preparation, integrated into the Sabana Llana Middle School.

4) Resource for the Sabana Llana Middle School Award Committee.

5) Resource, as coordinator, of the supplementary programs of the Brainstrong Company, in extended hours at the Department of Education.

6) Resource in seeking Art scholarships in the Municipality of San Juan, for a student at the Sabana Llana Middle School.

7) Development of athletic activities for students (basketball tournaments) on 1/2-day basis

8) Development of the Sports Club.

9) Development of basketball activities of the Sports Club, with the non-profit organization: *Rescatando a través del Deporte* (Rescuing through Sports), Inc. (RAD). In those activities, we integrated positive values and promoted sports. See Appendix.

10) Resource, as an assistant to the school's physical education teacher, in training male students participating in the sports competitions held by the San Juan II district.

11) Collaboration with the parents of the school community, in assignments of former students of the Sabana Llana Middle School.

12) Resource to write letters of recommendation for students starting high school.

13) Serving as a support teacher, from 8:00 a.m. to 9:00 a.m., when homeroom teachers were not present.

14) Carrying out vocational fairs among the groups of the Technology Education Program. Rocket exhibition and launches.

15) Development of innovative teaching and learning strategies that are applied to students who, due to health conditions, cannot attend classes regularly.

16) Informing parents about their children's achievements.

| VERIFIED BY |
| **TEACHING CAREER** |
| VERIFICATION DATE |
| |
| JUL 24, 2012 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Key: Reclamacion = Claim



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Act No. 45
04/18/1935

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[logo of the Industrial Commission of Puerto Rico]

Commonwealth of Puerto Rico ✓

**INDUSTRIAL COMMISSION OF PUERTO RICO** ✓

P.O. Box 364466

San Juan, Puerto Rico 00936 – 4466

| | |
|---|---|
| Name and address of the Injured Party<br>**MARIA A. CLEMENTE ROSA**<br>**ASTRALIS COND.**<br>**9546 CALLE DIAZ WAY**<br>**APT. 311**<br>**CAROLINA, PR 00979-1464** | C.I. [Industrial Commission] CASE **17-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-01**<br> ✓<br>C.F.S.E. [State Insurance Fund Corp.] CASE **15-15-30917-0**<br> ✓ |
| Employer<br>**DEPARTMENT OF EDUCATION** | |
| Insurer<br>**STATE INSURANCE FUND CORPORATION** | In Re:   **TREATMENT AND DISABILITY**<br>   **(ORGANIC CONDITION)** |

## RESOLUTION

A public hearing was held on this matter on January 28, 2020. The Appealing Party appeared, represented by Mignón Picó Valls, Esq. standing in for LUIS VIDAL ARBONA, ESQ. The Administrator of the State Insurance Fund Corporation was represented by Virgen Pérez Vargas, Esq. along with medical expert, Dr. José Zayas León. Our medical advisor, Roselynn Martinez Olivieri, Internal Medicine Specialist, was also present.

Attorney Picó Valls pointed out that the case is being considered on the grounds of treatment and disability, and causal relationship. This arises from the medical visit on October 27, 2019. Dr. Martinez Olivieri's recommendation was determined during the medical visit.

The parties reserved the questions on the result of the medical examination.

Dr. Martinez Olivieri reported that she evaluated the injured party on March 29, 2019 with regard to treatment or greater disability due to an episode of bronchospasm. As to post-event findings, the lung function test performed in her office showed the FEV1 at 39%. As to medications and physical examination, the injured party must be attributed five percent (5%) disability. Said disability was determined during a medical visit, and reiterated in the report of the same.

The parties had no questions for Dr. Martinez Olivieri.

Attorney Pérez Vargas indicated that the injured party has six (6) previous cases; she does not know if the condition is involved in any of them, so she does not know if it is an academic profession-related condition.

Attorney Picó Valls indicated that, if the Insurer finds something that is not correct, they be notified.

Dr. Zayas León concurred with the medical report.

The Commissioner stated that she would ratify the medical examination, where the injured party was attributed a five percent (5%) disability.

To the questions from the Commissioner, Attorney Picó Valls answered that they clarified uncertainties existing as to the case, and it was understood on which grounds the jurisdiction in this case arises.

There was nothing more to add, so the case was submitted for ruling.

**IN VIEW OF THE FOREGOING**, the Industrial Commission **RESOLVES TO**:

GRANT to the Appealing Party a permanent partial five percent (5%) disability of the general physiological functions, due to the condition of an episode of bronchospasm.

ORDER the Insurer to make the payment of this compensation effective, according to Act No. 45 of April 18, 1935, as amended, known as the Compensation System for Work-Related Accidents Act, 11 L.P.R.A. § 1 et seq.

1 of 3

84D39E6F

... be a correct and true translation from the source text in Spanish to the target language English.
29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

**MARIA A. CLEMENTE ROSA**
**CIPR: 17-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-01**
**CFSE: 15-15-30917-0**

SET attorney's fees for Atty. Luis Vidal Arbona, equivalent to fifteen percent (15%) of any compensation (including per diem allowances), obtained in this case as a result of this appeal.

GRANT to the Administrator of the State Insurance Fund Corporation, a term of sixty (60) days, counted from the Notice of this Resolution, to pay the fees set forth herein as provided by Act No. 45 of April 18, 1935, as amended, known as the Compensation System for Work-Related Accidents Act, 11 L.P.R.A. § 1 et seq.

**ORDERED TO BE FILED AND SERVED:** To the Plaintiff at her address at ASTRALIS COND. 9546, CALLE DIAZ WAY, APT. 311, CAROLINA PR 00979-1464; to. LUIS VIDAL ARBONA, ESQ., at his address at P.O. BOX 192845, SAN JUAN, PR 00919 - 2845; to Counsel for the Insurer, VIRGEN PÉREZ VARGAS, ESQ.; and to the Administrator of the State Insurance Fund Corporation, through the Secretary.

In San Juan, Puerto Rico, on February 4, 2020.

[handwritten signature]
**DAMARIS ALEJANDRO SERRANO**
Commissioner

DAS/gor/aht

**NOTICE:** The party adversely affected by this resolution or order may, within twenty (20) days of the filing of notice of the resolution or order, present a motion to reconsider the resolution or order. The Commission shall consider the motion within fifteen (15) days of its filing. If it denies the motion or fails to act upon it within said fifteen (15) days, the term to petition for review shall commence to run anew as of the notice of said denial or as of the expiration of the fifteen (15) day term, whichever may be the case. If a determination is made upon the motion, the term to petition for review shall begin to run as of the date of filing a copy of the notice of the resolution of the agency resolving the motion definitively, which resolution should be issued and filed within ninety (90) days after the motion was filed. If the agency fails to take action on the motion for reconsideration within the ninety (90) days of the filing of the motion, it shall lose jurisdiction over the same and the term in which to petition for judicial review shall commence upon the expiration of said ninety (90) day term unless the Commission, for good cause shown, grants an extension of time to resolve the issue, which shall not exceed thirty (30) additional days. If the date of filing of the copy of the notice of the resolution or order is different from that of the mailing of said notice, the term will be calculated from the date of the mailing.

Any party that has been adversely affected by a final order or resolution of the Commission, and which has exhausted all remedies provided by the Commission, may file an application before a competent Court of Appeals, within a thirty (30) day term counted from the date in which a copy of the notice of the Order or Resolution of the Administration is filed on record or from the applicable date referred to in the provisions of the previous paragraph, when the term to request judicial review has been interrupted, through the timely presentation of a motion for reconsideration. The party shall notify the Commission and all the parties about the filing of the Revision Application, within the term to request such revision thereof. The notice may be made by mail, provided that, if the date of filing of the copy of the notice of the resolution or order is different from that of the mailing of said notice, the term will be calculated from the date of the mailing.

The terms described above are in accordance with Act No. 45 of April 18, 1935, as amended, known as the *Compensation System for Work-Related Accidents Act*; Act No. 201 of August 22, 2002, as amended, known as the *Judiciary Act of the Commonwealth of Puerto Rico of 2003*; Act No. 38 of July 1, 2017, as amended, known as the *Government of Puerto Rico Uniform Administrative Procedure Act;* and *Regulations of the Court of Appeals* (In Re: Regulations of the Court of Appeals, Resolution ER-2004-10, approved on July 21, 2004, as amended).

2 of 3

84D39E6F

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**MARIA A. CLEMENTE ROSA**
**CIPR: 17-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-01**
**CFSE: 15-15-30917-0**

I CERTIFY that this is a is a true and exact copy of the resolution adopted in this case, and that on this date it was served on the parties indicated above.

[date stamp:] MAR 26, 2020                          [initials]
_____            _____
Date of notice                                                    Secretary

84D39E6F                                       3 of 3

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[logo of the Industrial Commission of Puerto Rico]

Commonwealth of Puerto Rico
**INDUSTRIAL COMMISSION OF PUERTO RICO**
P.O. Box 364466
San Juan, Puerto Rico 00936 – 4466

Name and address of the Injured Party | C.I. [Industrial Commission] CASE **17-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-01**
**MARIA A. CLEMENTE ROSA** | ✓
**ASTRALIS COND.** | C.F.S.E. [State Insurance Fund Corp.] CASE **15-15-30917-0**
**9546 CALLE DIAZ WAY** | ✓
**APT. 311**
**CAROLINA, PR 00979-1464**

Employer
**DEPARTMENT OF EDUCATION**

Insurer | In Re: **TREATMENT**
**STATE INSURANCE FUND CORPORATION**

**INTERLOCUTORY RESOLUTION**

A public hearing was held on this matter on **August 31, 2021**. The Appealing Party appeared, represented by Carlos Vidal Alvarez, Esq. standing in for LUIS VIDAL ARBONA, ESQ.. The Administrator of the State Insurance Fund Corporation was represented by Mariela Velázquez Martinez, Esq., along with medical expert, Dr. José Zayas León. Our medical advisor, Roselynn Martinez Olivieri, Internal Medicine Consulting Specialist, was also present.

Atty. Carlos Vidal stated that this case is a continuation of a public hearing. The condition that is pending evaluation is the condition of laryngitis. During the previous hearing, it was indicated that the injured party had several files reported to the State Insurance Fund Corporation. It is unknown if these files are before us here today.

Atty. Mariela Velázquez stated for the record that, today, the aforementioned case number CFSE 15-15-30917-0, was brought to the hearing. In addition, a case 92 and an 09, are also before us here today.

When asked by the Commissioner, Atty. Mariela Velázquez indicated that case 92 is present, which deals with the conditions of rhinosinusitis and pharyngitis. She understands that this case is pertinent the present one. In addition, there is the 09 case, which deals with exposure to mouse feces.

When asked by the Commissioner, Dr. José Zayas indicated that cases 96 and 92 were missing.

The Commissioner stated that, today, cases 92 and 02 will be brought forth.

When asked by the Commissioner, Dr. José Zayas expressed that case 09 is not necessary for the next public hearing.

Atty. Mariela Velázquez requested that it be recorded that the case cited for today, CFSE 15-15-30917-0, and the 92 case are being brought forth. Furthermore, she requested that the 96 and the 98 case be brought forth.

Dr. José Zayas stated that the cases may be ordered brought forth, since in a previous resolution it was indicated that the 96 and 98 cases deal with the same conditions as this case cited for today.

Atty. Luis Vidal requested that adjournment of the public hearing.

Both counsel concluded their presentation of the case.

**IN VIEW OF THE FOREGOING**, the Industrial Commission **RESOLVES TO**:

**ORDER** the Administrator of the State Insurance Fund Corporation, that within a term of TWENTY (20) days from the date of the notice of this resolution, submit to this Entity, through its Secretariat, the files number CFSE 96-15-04133, and CFSE 98-15-03672-3.

1 of 2

**MAR** 85435A55 : **ROSA**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**CIPR: 17-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-01**
**CFSE: 15-15-30917-0**

Once the required information is received, the Secretary is ORDERED to indicate the date for the continuation of the public hearing on Treatment, with Dr. Roselynn Martinez Olivieri, Internal Medicine Consulting Specialist being required to appear.

**ORDERED TO BE FILED AND SERVED:** To the Plaintiff at her address at ASTRALIS COND. 9546, CALLE DIAZ WAY, APT. 311, CAROLINA PR 00979-1464; to. LUIS VIDAL ARBONA, ESQ., at his address at P.O. BOX 192845, SAN JUAN, PR 00919 - 2845; to Counsel for the Insurer, VIRGEN PÉREZ VARGAS, ESQ.; and to the Administrator of the State Insurance Fund Corporation, through the Secretary.

In San Juan, Puerto Rico, on September 1, 2021.

[handwritten signature]
**ANIRAM DEL VALLE FIGUEROA**
Commissioner

ADF/mgr/grv

**I CERTIFY** that this is a is a true and exact copy of the resolution adopted in this case, and that on this date it was served on the parties indicated above.

[date stamp:] SEP. 16, 2021                           [initials]
_____                    _____
Date of notice                                              Secretary

85435A55                           2 of 2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| IDENTIFICATION CARD | Commonwealth of Puerto Rico ✓ |  |
| | STATE INSURANCE FUND CORPORATION ✓ | |
| | NOTE: USE THE GRAPHOTYPE TO RECORD INFORMATION | |
| | OFFICE | DATE |
| | SPECIAL MEDICAL REPORT | |

Name:          Maria Clemente Rosa
Case No.      92-15-00613-6 ✓
Region:        Carolina



Physical examination:

Prescription:

[stamp:] I certify that this is an exact copy of the original document. It may not be reproduced and is to be used only for the purposes for which it is requested.

**STATE INSURANCE FUND CORPORATION**
*CAROLINA REGION*

| REPORT DATE | NAME OF THE PHYSICIAN | SIGNATURE OF THE PHYSICIAN |
| January 30, 2001 | Dr. GERMAN GONZALEZ | [initials] |

[illegible]        **CLAIM RECORD**        [illegible] MARCH 2001

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

SIFC 05-019
Sept/15

**STATE INSURANCE FUND CORPORATION**
**Medical Services**

**PROGRESS NOTE FOR USE BY THE PHYSICIAN**

Name of the Patient (maternal and paternal last names, full first name)
***Clemente Rosa María***

| Case Number | Medical Record Number |
|---|---|
| **15 15 30917** | |

Date of the Medical Event (month, day, year)

| Date (month, day, year) | Time | | Allergies | Explanation: |
|---|---|---|---|---|
| **06/01/2016** | **10:00** | ✓A.M. P.M. | ✓ YES NO | ▮▮▮▮▮▮▮▮▮ |

ISSUE
▮▮▮▮▮▮▮▮▮▮▮

REASON FOR THE VISIT
▮▮▮▮▮▮▮▮▮▮▮

PHYSICAL EXAMINATION   Vital Signs   BP   HR   RESP   TEMP
WEIGHT   HEIGHT

ASSESSMENT
▮▮▮▮▮▮▮▮▮▮▮

TREATMENT PLAN



_____[signature]_____   [stamp: EDGARDO LLORENS UBARRI, Lic. No. 9632, DM-048792]

| Name of the healthcare professional (in print) | Signature and stamp of the healthcare professional | License No. |
|---|---|---|

BE SURE TO WRITE DOWN YOUR NAME AND TWO LAST NAMES, SIGN LEGIBLY, AND WRITE DOWN YOUR PROFESSIONAL TITLE, AND YOUR LICENSE NUMBER.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

SIFC 05-019
Sept/15

**STATE INSURANCE FUND CORPORATION**
**Medical Services**

**PROGRESS NOTE FOR USE BY THE PHYSICIAN**

Name of the Patient (maternal and paternal last names, full first name)
**Clemente Rosa María**

| Case Number | Medical Record Number |
|---|---|
| **15 15 30917** | |

Date of the Medical Event (month, day, year)

| Date (month, day, year) **06/01/2016** | Time **10:00** ✓A.M. P.M. | Allergies ✓ YES NO | Explanation: ▉▉▉▉▉▉▉ |
|---|---|---|---|

ISSUE
▉▉▉▉▉▉▉▉

REASON FOR THE VISIT
▉▉▉▉▉▉▉▉

PHYSICAL EXAMINATION        Vital Signs     BP     HR     RESP     TEMP
WEIGHT     HEIGHT



ASSESSMENT
▉▉▉▉▉▉▉▉

TREATMENT PL

_____[signature]_____        [stamp: EDGARDO LLORENS UBARRI, Lic. No. 9632, DM-048792]
Name of the healthcare professional        Signature and stamp of the healthcare professional        License No.
(in print)

BE SURE TO WRITE DOWN YOUR NAME AND TWO LAST NAMES, SIGN LEGIBLY, AND WRITE DOWN YOUR PROFESSIONAL TITLE, AND YOUR LICENSE NUMBER.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Commonwealth of Puerto Rico
STATE INSURANCE FUND CORPORATION
Regional Office of **Carolina**

**CLEMENTE ROSA, MARÍA**
Name of the Patient (maternal and paternal last names, full first name)

Case Number          **20151530917**

Social Security Number          **XXX-XX-7909**

Medical Record Number

Date of the Medical Event          Month **February**  Day **23**  Year **2015**

20151530917

**CLEMENTE ROSA, MARÍA                    F**
**February 23, 2015                1962**
**Carolina                    XXX-XX-7909**

BE SURE TO WRITE DOWN YOUR NAME AND BOTH LAST NAMES, SIGN LEGIBLY, AND WRITE DOWN YOUR PROFESSIONAL TITLE, AND YOUR LICENSE NUMBER.

**PROGRESS NOTES**

<u>**June 16, 2015**</u>
<u>**3:16 p.m.**</u>

**Diagnosis:** ████████████████████████

**Subjective:** ████████████

**Physical Examination:** ███████
████████████████████████████

**Assessment:** ████

**Treatment Plan:** ███████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████

000634

S – Subjective (what the patient feels and reports)   A – Assessment (subjective and objective conditions)   P – Treatment Plan (Future)

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Commonwealth of Puerto Rico
STATE INSURANCE FUND CORPORATION
Regional Office of **Carolina**

**CLEMENTE ROSA, MARÍA**
Name of the Patient (maternal and paternal last names, full first name)

Case Number          **20151530917**

Social Security Number          **XXX-XX-7909**

Medical Record Number

Date of the Medical Event          Month **February** Day **23** Year **2015**

20151530917

CLEMENTE ROSA, MARÍA          F
February 23, 2015          1962
Carolina          XXX-XX-7909

BE SURE TO WRITE DOWN YOUR NAME AND BOTH LAST NAMES, SIGN LEGIBLY, AND WRITE DOWN YOUR PROFESSIONAL TITLE, AND YOUR LICENSE NUMBER.

## PROGRESS NOTES

*October 6, 2015    4 p.m.*

**Diagnosis:** ███████████████████

**Subjective:** █████████████

**Physical Examination** ████████████████████

**Assessment:** █████████

[stamp:] 000032

[illegible]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Commonwealth of Puerto Rico
STATE INSURANCE FUND CORPORATION
Regional Office of **Carolina**

**CLEMENTE ROSA, MARÍA**
Name of the Patient (maternal and paternal last names, full first name)

Case Number **20151530917**

Social Security Number **XXX-XX-7909**

Medical Record Number

Date of the Medical Event    Month **February**  Day **23**  Year **2015**

20151530917

**CLEMENTE ROSA, MARÍA**              **F**
**February 23, 2015**              ▇ **1962**
**Carolina**              **XXX-XX-7909**

BE SURE TO WRITE DOWN YOUR NAME AND BOTH LAST NAMES, SIGN LEGIBLY, AND WRITE DOWN YOUR PROFESSIONAL TITLE, AND YOUR LICENSE NUMBER.

## PROGRESS NOTES

**May 12, 2015**
**3:30 p.m.**

**Diagnosis:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**Subjective:** ▇▇▇▇▇▇▇▇▇▇

**Physical Examination:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**Assessment:** ▇▇▇▇ ▇▇ ▇▇ ▇▇ ▇▇

**Treatment Plan: -** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

S – Subjective (what the patient feels and reports)   A – Assessment (subjective and objective conditions)   P – Treatment Plan (Future)
O – Objective (Physical Examination)              Diagnosis              I –
Intervention (any action carried out by the professional

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Commonwealth of Puerto Rico
STATE INSURANCE FUND CORPORATION
Regional Office of **Carolina**

**CLEMENTE ROSA, MARÍA**
Name of the Patient (maternal and paternal last names, full first name)

Case Number          **20151530917**

Social Security Number          **XXX-XX-7909**

Medical Record Number

Date of the Medical Event          Month **February**  Day **23**  Year **2015**

20151530917

CLEMENTE ROSA, MARÍA                         F
February 23, 2015                         1962
Carolina                         XXX-XX-7909
[hw:] *8/24/2015*

BE SURE TO WRITE DOWN YOUR NAME AND BOTH LAST NAMES, SIGN LEGIBLY, AND WRITE DOWN YOUR PROFESSIONAL TITLE, AND YOUR LICENSE NUMBER.

## PROGRESS NOTES

**_August 24, 2015    11:55 a.m._**

**_Diagnosis:_**

**_Subjective:_**

**_Physical Examination:_**

**_Assessment:_**

**_Treatment Plan:_**

[stamp:] 000044

S – Subjective (what the patient feels and reports)   A – Assessment (subjective and objective conditions)    P – Treatment Plan (Future)

Commonwealth of Puerto Rico
**STATE INSURANCE FUND CORPORATION**
Regional Office of **Carolina**

**CLEMENTE ROSA, MARÍA**
Name of the Patient (maternal and paternal last names, full first name)

Case Number            **20151530917**

Social Security Number          **XXX-XX-7909**

Medical Record Number

Date of the Medical Event          Month **February**  Day **23**  Year **2015**

20151530917

**CLEMENTE ROSA, MARÍA**                    **F**
**February 23, 2015**                              **1962**
**Carolina**                                    **XXX-XX-7909**

BE SURE TO WRITE DOWN YOUR NAME AND BOTH LAST NAMES, SIGN LEGIBLY, AND WRITE DOWN YOUR PROFESSIONAL TITLE, AND YOUR LICENSE NUMBER.

## PROGRESS NOTES

[hw.] *Aug 24, 2015    9:15 a.m.*

S – Subjective (what the patient feels and reports)   A – Assessment (subjective and objective conditions)   P – Treatment Plan (Future)
O – Objective (Physical Examination)                    Diagnosis                                          I –
Intervention (any action carried out by the professional)

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**DI28**          **STATE INSURANCE FUND CORPORATION**     **DATE: FEB 19, 2020**
                 **SEARCH BY SOCIAL SECURITY NUMBER**       **TIME: 4:08:43**

**SOCIAL SECURITY NUMBER TO SEARCH:** ██████7909                    7 OF 7

| CASE NUMBER TOTAL SUPP. | PLAN | FIRST NAME | LAST NAME | LOCATION | TOTAL PAID |
|---|---|---|---|---|---|
| 091520275 | | MARIA | CLEMENTE | PER DIEM ALLOW. | |
| 151530917 | | MARIA | CLEMENTE | PER DIEM ALLOW. | |
| 891502749 | | MARIA | CLEMENTE | PER DIEM ALLOW. | |
| 901505651 | | MARIA | CLEMENTE | PER DIEM ALLOW. | |
| 921500613 | | MARIA | CLEMENTE | PER DIEM ALLOW. | |
| 961504133 | | MARIA | CLEMENTE | PER DIEM ALLOW. | |
| 981503672 | | MARIA | CLEMENTE | PER DIEM ALLOW. | |

THERE ARE NO MORE RECORDS

F1 = END        F3 = CLEAN

[hw:] [illegible]
*7 cases*
*Abort FSE*
*Act 45*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

CASES:

S.I.F.C. (State Insurance Fund Corporation)
    ACT No. 45

    Document
    Evidence

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



T  718.384.8040
W  TargemTranslations.com
E  projects@targemtranslations.com
A  185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK CITY corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 133778**

Signed this 29th day of December, 2021

American Translators Association

ata

Andreea Boscor
Spanish into English
Certification #525556

Certified Translator

Verify at www.atanet.org/verify

_____

Andreea I. Boscor

