# EXHIBIT A

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Roman Morales, William | 179391 | 6/11/2021 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE *William Roman Morales* | N.° DE RECLAMACIÓN *17BK38 / 17BK3283-LTS* | FECHA DE PRESENTACIÓN | DEUDOR *Estado Libre Asoc. P.R.* | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Roman Morales, William | 179391 | 6/11/2021 | Commonwealth of Puerto Rico | $0.00  *$800,000.00* |
| Base para: *VIOLACIÓN A LOS DERECHOS CIVILES* | Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente. *MALOS SERVICIOS MEDICOS y VIOLACIÓN A LOS DERECHOS CIVILES MALA PRÁCTICA MEDICA EN TODO MOMENTO DE PARTE DE LA ADMINIS.* | | | |

*[Stamp: RECEIVED OCT 27 2021 PRIME CLERK]*

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**


990123401013688

***CUST PR 1845 SRF 56088 PackID: 35 MMLID: 2247855-P SVC: Omni 370
Roman Morales, William
Ins. Sabana Hoyos 216
EDFI-2-Secsion-E Cama-4
Arecibo PR 00688-1671

WILIAM ROMAN MORALES
INT. SABANIA HOYOS 216
EDFI-2 -SECSIÓN-E CAMA-4
ARECIBO P.R. 00688-1671

MEMPHIS TN 380
1 OCT 2021 PM 4 L



RECEIVED
OCT 27 2021
PRIME CLERK

PRIMER CLERK, LLC
GRAND CETRAL STATION
P.O BOX 4850
NEW YORK NY 10163-4850

10163-485050