# EXHIBIT A

LCDA. CARMEN BENIQUEZ
LCDO. ALBERTO ARESTI FRANCESCHINI
SUITE ~~1100~~ Y 1109
EDIFICIO UNION PLAZA
AVE. PONCE DE LEON 416
HATO REY, PUERTO RICO 009108
TELEFONOS:   758-7866, 751-5740

RECEIVED

OCT 29 2021

PRIME CLERK LLC

## C O N T R A T O

NOMBRE:      *Edwin Ortiz Vázquez*

PLACA #: ███████      FECHA DE INGRESO  *agosto 1986*

SEGURO SOCIAL:   ███████ *9964*

FECHA    :   *24 de enero de 1996*

    1.   Esta reclamación se basa en la Ley Número 116 de 22 de julio de 1974; Ley Número 26 de 23 de julio de 1993; Ley 108 de 21 de septiembre de 1994; Ley 89 de 12 de julio de 1979; y\o cualquier otra ley que resulte en beneficio y se considere aplicable.

    2.   Nombro a la Lcda. Carmen Beniquez y al Lcdo. Alberto Aresti Franceschini, mis representantes legales en la reclamación de cualquier aumento a que yo tenga derecho por mis servicios prestados como Oficial de Custodia.

    3.   Convengo en pagar a la Lcda. Carmen Beniquez y al Lcdo. Alberto Aresti Franceschini, $30.00 al aceptar mi caso y un 30% de la cantidad total que recobren para mi.   Autorizo al Tribunal Sentenciador, al funcionario de la agencia adjudicativa correspondiente que del total de la cantidad que se me adjudique pague directamente a la Lcda. Carmen Beniquez y al Lcdo. Alberto Aresti Franceschini, dicho 30%.

FIRMA    :   *Edwin Ortiz Vázquez*

DIRECCION:   *P.O. Box 466*
*Villalba, P.R.   00766*
*Carr. 151 Km. 12.7 Bo. Ortiga-Villalba*

TELEFONO RES.: *847-1949*    TRABAJO: *841-8014*

Al presente estoy:

    a.   Activo con el rango de *Oficial Correccional I*

    b.   Pensionado desde la fecha _____

    c.   Inactivo - retirado _____

NOMBRE, DIRECCION Y TELEFONO DE UN FAMILIAR O ALLEGADO CERCANO

*Maria D. Quiles Miranda   Carr. 151 Km. 12.7  Bo. Ortiga*

*P.O. Box 466  Villalba, P.R.  00766   Tel. 847-3516*


990123401013920

**Priscilla Hernández Porrata**

*Abogada- Notaria*
*PO Box 3024*
*Guayama, P.R.  00785*
*Tel: 787-206-2909; Fax: 787-763-6684*
*Email:hernandezporratalaw@gmail.com*

21 de abril de 2015

Edwin Ortiz Vázquez
Apartado 466
Villalba, PR 00766

Saludos:

Adjunto en el presente correo le envío copia del Contrato.  Cualquier duda o pregunta, no dude
en comunicarse con nosotros.

Atentamente,

Lcda. Priscilla Hernández Porrata



*Balance pendiente $20.00*

**Priscilla Hernández Porrata**

Abogada- Notaria
Banco Cooperativo Plaza, Suite 404B
Ponce de León 623
Hato Rey, P.R. 00917
Tel: 787-206-2909; Fax:787-763-6684
Email:hernandezporratalao@gmail.com

## CONTRATO DE SEVICIOS PROFESIONALES

**Contrato Núm.** 38

**De una Parte:** Comparece Edwin Ortiz Vazquez, mayor de edad, con seguro social ▅▅▅▅ - 9064 empleado(a) del Departamento de Corrección y Rehabilitación, quien ingresó a trabajar 11986 (mes/año) actualmente activo _____ o retirado 19000 (mes/año). Lugar de trabajo PENSIONA Complejo Correccional Ponce _____. Cómputos estimados hasta _____ (mes/año) estiman la cantidad de _____.

**De la segunda Parte:** La Lcda. Priscilla Hernández Porrata, mayor de edad, abogada, con oficina en San Juan y Guayama, Puerto Rico. A quien se contrata para que asuma la representación legal de mi persona para el cobro de dinero del caso KAC1996-1381. (Aumento de sueldos adeudados a los empleados del Departamento de Corrección y Rehabilitación).

Los honorarios que se cobrarán serán de 12% de la cantidad obtenida por cada empleado(a). Se requiere un depósito de $100.00, pagaderos a la firma del presente contrato.

Leído el mismo las partes lo aceptan libre y voluntariamente.

Y para que así conste se firma el mismo:

En Guayama, Puerto Rico, a 18 de abril de 2014. 2015

_____
Firma Empleado(a)

_____
Lcda. Priscilla Hernández Porrata

2622 - luego se la cambiaron y no recuerdo
**Núm. de empleado o placa** Academia 11.

**Dirección Postal y Teléfono:**
Apartado 466
Villalba P.R. 00766
(777) 242-0059

*Pr*

Lcda. Priscilla Hernández .. orrata
PO Box 3024
Guayama, PR 00785

SAN JUAN PR 009

22 APR 2015 PM 3 T

Edwin Ortiz Vázquez
Apartado 466
Villalba, PR 00766

OO7668O466

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $0.49 | 0766 |
| Certified Fee | $3.30 | 01 |
| Return Receipt Fee (Endorsement Required) | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.49 | 04/20/2015 |

Sent To  Lcda. Priscilla Hernández
Street, Apt. No.; or PO Box No.  P.O. Box 3024
City, State, ZIP+4  Guayama, P.R. 00785

PS Form 3800, August 2006        See Reverse for Instructions

7012 3460 0001 4771 4986

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lcda. Priscilla Hernández
P.O. Box 3024
Guayama, P.R. 00785

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
X Priscilla Lacande Norre

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7012 3460 0001 4771 4986

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

STORE YOUR DUPLICATE CHECKS IN YOUR CHECK BOX.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation      ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other:_____

**445**

20 abr. 15

Lcda. Priscilla Hernández
Veinte con 00/100

| | |
|---|---|
| BALANCE FORWARD | 40.00 |
| THIS ITEM | 20.00 |
| BALANCE | 20.00 |
| DEPOSIT | 420 |
| OTHER | |
| 435  BALANCE FORWARD | 440-5 interes |

Pleito Contra Correccion

For added security, your name and account number do not appear on this copy.      **NOT NEGOTIABLE**

Dinero que falta del contrato

Edwin Ortiz Vázquez

6 mayo 2016
Tribunal de Justicia
San Juan

Honorable Juez Maynard

de octubre de 2015

Lcda. Priscilla Hernández Porrata

Licenciada:

Le hago llegar unos documentos, entre ellos un "Certificado de Reconocimiento", donde consta que trabajé doce horas en el 1997.

Además otro donde se presenta la "Ley Num. 96 del 1 de julio del 2002". Esta ley es para conceder un aumento de sueldo de $100.⁰⁰ a los empleados públicos.

Espero le sean de utilidad.

Atentamente,

Edwin Ortiz Vázquez

```
                VILLALBA
        25 CALLE MUNOZ RIVERA
                VILLALBA
                  PR
                007669998
               4294500766
10/01/2015    (800)275-8777    9:31 AM

Product              Sale       Final
Description          Qty        Price

First-Class            1        $0.71
Mail
Letter
   (Domestic)
   (GUAYAMA, PR 00785)
   (Weight:0 Lb 1.30 Oz)
   (Expected Delivery Day)
   (Saturday 10/03/2015)
Certified              1        $3.45
   (@@USPS Certified Mail #)
   (70140150000223721450)
Return                 1        $2.80
Receipt
   (@@USPS Return Receipt #)
   (9590952106150004122102)
Affixed                1       ($0.49)
Postage
   (Affixed Amount:$0.49)

Total                           $6.47

Cash                            $7.00
Change                         ($0.53)

For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

After delivery, use this tracking
number to track your Return Receipt.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
```

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ $3.45 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $0.71 $6.96 |

Postmark Here    0766 06    10/01/2015

Sent To Lcda. Priscilla Hernández Porrata
Street, Apt. No.; or PO Box No. P.O. Box 3024
City, State, ZIP+4 Guayama, P.R. 00785

PS Form 3800, August 2006    See Reverse for Instructions

7014 0150 0002 2372 1450

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lcda. Priscilla Hernández Porrata

P.O. Box 3024

Guayama, P.R. 00785

2. Article Number
(Transfer from service label)
7014 0150 0002 2372 1450

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Priscilla Hernandez   10/8/15

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1

12 de abril de 2018.


A: Lcda. Priscilla Hernández Porrata
   Abogada, Notaria, Suite 404-B
   Ponce de León 623
   Hato Rey, P.R.  00917
   Tel. 787-206-2909   Fax 787-763-6684


De: Edwin Ortiz Vázquez
    P. O. Box 466
    Villalba, P.R. 00766


Lcda. Hernández-Porrata:

Hace tiempo he tratado de comunicarme con
usted através del 787-206-2909 y no he
recibido la contestación con la facilidad
que se hacía antes, con dicho número.

Necesito saber que vamos a hacer con las
cartas de la Ley de Quiebra Federal a la
que se acogió Puerto Rico ante la juez
federal.


Muchas gracias,
Edwin Ortiz Vázquez
Edwin Ortiz Vázquez

Oct/28/21. Judge: Laura Taylor SWAIN.
Cuanto quisiera que el Tribunal
Federal. y Ajencias Federales
Pidieran Toda informacion.
al canal 11 de Television. Nacion Z Nacion
de 8 A.m. A 10: A.m. Los 5 dias
de La Semana con el señor: Leo Diaz
desde Las Pasadas semanas, y en
Las siguientes semanas.
Por la cual, se Revela mucha informacion
de Todos Los Partidos Politicos. y como
ellos hacen Tranferencias. de Miles
de dolares. y hasta Transasiones
Millonarias. de La sRA. Mariana
Nogales. Representante: Politica.
Pero, ese es el monopolio, en el
Estado Libre Asociado, en Puerto Rico.

Pues es dinero, contra La Verguensa
y La Dictadura, contra La fobresa.
atraves de Los que nos Administran
Los $$$. Municipales, EstaTales
y Federales.
            Pero en Los U.S. of America
Nadie, ase Lo posible en hevitar
eso y mucho mas.

27 de Octobre del 2021.

HONORABLE: Laura Taylor SWAIN.

UNITED STATE DISTRICT COURT. Jugde.

God Bless you.

Espero me disulpe Por mi Pobres escritos, y el idioma.

Augue Tengo. Problemas de solod incluLLendo del Corazon.

No puedo callarme. cente Tantas injusticia.

sea de mi propia Raza. o desde Estados Unidos.

Soy un Fiel creLLenTe de La Union Permanente. y Por La cual esido descriminado en mi propia Tierra, por PoLiticos, y Funsionarios

From:

Edwin Ortiz Vazguez

P.O. Box 464.

Aguirre Puerto Rico
00704.

HONORable: Laura Taylor SWAIN
UNited STATe. DisTrict Court. Jugde

EsisTeN difereNTes maderas de
Redusir La deuda. aNTe Los acreedores
de Los EsTados UNidos.
Pero eLLos deven de enteuder, que
sus inTeres son alTos, y que eLLos
NO pusieron control. Contra Los
PoLíTicos. y aguellos que en UNiON
a Los PoLíTicos, ConvirTieron, y Nos
LLevaron al avismo ECONOmico.
Los acreedores. de Los EsTados UNidos
NUNCa, que yo sepa.NO Le dieron
seguimiento a Toda Las acTiTudes de
aguellos, que descontroLadamenTe
soLisiTaroN presTamos billonarios
desde PuerTo Rico. y si esTo es UNa
Ley de Quibras. Pues La RealTidad
es que Los acreedores de U.SA. y
PuerTo Rico. deven de mejoral sus
conductas. y NO acTuar como quieves
NO son ResponsabLes. y Tever mas
Cuidado. Las proxima ves. que Tengan
clieNTes inresponsabLes, y que NO
AdmiNisTraron CorrecTameNTe. Los
milLones, y billones, que NO eran
de eLLos.

② Lamento que NosoTros. Los Empleados
Públicos en Puerto Rico, y que No
somos Responsables. Ni culpables
Tengamos que pagar. Las Conductas
inasseples, por parte de Políticos
y otros que por mantener, y buscar
sus asuntos personales. y Políticos
y atraves de Los municipios, con
sus Políticos. y alcaldes. crean
empleos. Creando asi muchos
monopolios. Para Las siguientes
Elesiones, de Cada 4. Años.
Como dije antes, son muchisimos
Los Políticos municipales. y Estatales.
y creame, ellos se creen, Los
Reyes Españoles. y actuan como
Los asendados desde que España
Tenia a Puerto Rico, Vejo sus pies.
Pero La Junta de Control Fiscal
Federal. No Persiverlas Realidades
de muchas cosas en Puerto Rico.
y creo que Tampoco de Los
Pasados, y actuales Políticos de Los
Estados Unidos.
Tienen hojos, y No ven. Tienen oidos, y
No ollen. Ni Resuelven Los Problemas
Reales.

3- con Todo mi Respeto. y asi es,
Presento ante usted, Honorable.
Laura Taylor SWAIN.       y
de Todo corazon Le suplico, que
en sus desisiones Finales. vuestro
honor, no se nos someta al Pueblo
Humilde de, Puerto Rico. al Largo
Tiempo de muchos años, en esta Ley
o. Proxima Ley de Quiebras. en Puerto Rico
y que, si fuese Posible. en Puerto Rico.
esisTen muchas oTras maneras. que
desde Los Politicos. y oTros. son
Responsables. de que usted. y oTros Hon.
Jueces. Tengan que aser desiciones
conTra, La Humilde Poblacion. en
Puerto Rico. y nosoTras. Los Pensionados
y ReTirados, que no fuimos a solicitar
Prestamos . o. Fia. Tengamos La culpa
de Los que, Realmente son culpables.
en Puerto Rico. esisTen cantidades de
Propiedades. que estan en control del
Estado Libre Asociado. En Politicos, y En
oTras Personas. que se Pueden usar
Para complir, en llevar La deuda
a Lo menos Posible.
     Esta es mi Humilde PeTicion.

25 de Octubre. 2021.
Honorable: Laura Taylor SWAIN.
U.S.D.C. Judge.

Posiblemente. usTed. descoNose. cuales
SoN, y como acTuan, abogados, y
abogadas. y como se comporTan ellos
anTe NuesTros RecLamos, en Los
TribunaLes.
Como ejemplo. miles de EmpLeados
Poblicos. ReaLisamos muchos ReclaMos
desde. y PosibLemeNTe AnTes del 1996.
UNo de esos abogados. que comeNso Fue
EL Licdo. ALBERTO ARESTI FRANCESCHINI.
EL cual por Muchos aNos, NO. NO. NO
dio, Lo esperado, y desde Los.o.EL
TribuNaL. No Resivi. NiNguN acTo de
JusTicia.
descoNosco Las CoNducTas de dicho
abogado. Por Las cuales. Ni eL
Ni el sisTema de JusTicia. aTraves
de Jueces. y Juesas., No hisieroN
Lo suFicieNTe, Para Lograr Todos
NuesTros ReclaMos. Quisiera saver
de donde, Los PoLiTicos, y oTros. Sacan
el dinero. Para sus SaLarios. al Cumplir
4. ANos - y mas, Para JubiLarse

②

Luego. un grupo de oficiales
correccionales. solisitamos, La
intervencion de La Lcda. Priscilia
Hernandez Porrata. y Luego del
Huracan Maria. desconosco su
Paradero. Hay Le Embio Evidencia
de esas personas.
durante muchos años. como Empleado
de La Administracion de Correccion.
y en acidentes de, y en mi Trabajo
Resivi el Permiso de mi Trabajo.
Por ordenes de supervisores. y personal
civil administrativos. Pero en ocasiones
no me orientaron bien. y por higual
no Fui Tratado dignamente. por La
Corporacion DEL Fondo DEL seguro
DEL Estado:
Estado Libre Asociado de Puerto Rico.
y sus Funsionarios.
Los cuales no puedo pensar. que no
Ahigan actuado con el minimo interes
de Justicia. sean. Quienes sean.
y por Lo Tanto no me Permitieron
Resibil un salario Justo. y Digno.
solo $500. mensuales.
ese son. y asi es La Realidad
de Nuestros sistemas. del E.L.A

③

Quisiera saver. Cuales, y como
Piensa. o valla a actuar. La Junta
de Control Fiscal Federal. en el
Estado Libre Asociado, en, y con
Los de Pocos Recursos en Los
Ciudadanos de Estados Unidos, en
Puerto Rico. y si Realmente Tienen
Planes de Protejer a Los Pensionados
mas Pobres, en Puerto Rico. Pero si
en muchas Rasones, estoy mas que
convensido que en nuestro sistema
Politicos desde Politicos. y muchos mas
Resiven buenas y grandes Pensiones.
y ellos que asen de Los simples
empleados, Lo que a ellos, Les
da La Gana. y que desaparesiones
Todas nuestras Ventajas, Como Retirados
y Pensionados.
Siempre Tendran el Power. De actuar
como ellos. y sus Leyes Municipales
y Estatales. Les Convengan.
Pienso que, a Toda Persona, que
Resive $2,500. Pueda Pagar. el 6. A 8%
y que Luego de Los $3.000. Pueda Pagar
12% y Por Cada $1000 el Porsentaje
aumente. Las Politicos sayen mas
que eso. y ellos no quieren Perder. $! $ $!

Honorable: Jues. Laura Taylor Swain.

RespeTuosamente:
Solisito que al Nivel Federal.
sean proteijidas NuesTras Pensiones
y Retiros. y Cualquier oTra ayuda
Federal.
en NuesTro sistema TerriTorial. Colonial. y PoliTico
asen de La poblacion. Lo que ellos P.P.D.
y oTros PoliTicos. Lo que a ellos
Les da La Gana.

En Puerto Rico. hay demasiado de
PoliTicos. y demasiado de Municipios.
y ellos se aumenTan Los salarios.
CuanTas Veces, ellos quieren. mas - $-$$.
demasiados de Ajencias.
Estoy Convensido, que La Ajencia de
ConTrol Fiscal Federal
No esta Realisando oTros ConTroles
de GasTos. y EliminanDo GasTos inesesarios.
y que No Le esta ConTrolanDo GasTos
a Los Municipios. y PoliTicos

| USO EXCLUSIVO DE LA AGENCIA | CFSE-1082 NOV./95 | 3299433 |
|---|---|---|

Estado Libre Asociado de Puerto Rico

**CORPORACION DEL FONDO DEL SEGURO DEL ESTADO**

**PAGO DE GASTOS DE TRANSPORTACION Y ALMUERZO**

1. NOMBRE DEL LESIONADO
Edwin Ortiz Vázquez

2. OFICINA
Dr. Matos

NUMERO DE CASO
93-56-04685-6

3. FECHA DE ACCIDENTE
26-Feb-96

NUMERO SEGURO SOCIAL
9964

4. NOMBRE PERSONA RECIBE EL DINERO

5. DESDE   (DIRECCION)
Bo. Hatillo

Villalba PR

**DIVISION DE CONTABILIDAD**
VEASE INSTRUCCIONES AL DORSO

6. FECHA Y HORA DEL TRATAMIENTO

| FECHA | HORA ENTRADA | HORA SALIDA |
|---|---|---|
| DIA 28 MES 02 AÑO 60 | 8:00 | 8:45 |

HASTA

7. STATUS
☑ DESCANSO    ☐ CT    ☐ CASA SALUD
☐ HOSPITALIZADO    ☐ DADO DE ALTA

8. DEPARTAMENTO QUE PRESTA EL ULTIMO SERVICIO
Dispensario

9. CLASE DE SERVICIO
Citado

10. DISPENSARIO O REGION
Ponce

11. CERTIFICO COMPARECENCIA (FIRMA)

T A R I F A

A L M U E R Z O

T O T A L    $

14. ☐ IDA Y VUELTA   ☐ IDA   ☐ VUELTA

12. JUSTIFICACION TRANSPORTACION ESPECIAL
A. AUTORIZO EL PAGO DE

B. RAZONES:

_____    _____
FECHA    FIRMA AUTORIZADA

REAUTORIZACION

_____    _____
FECHA    FIRMA AUTORIZADA

15. CERTIFICO QUE EL IMPORTE PAGADO ES EL CORRECTO

DIA  MES  AÑO

_____  _____  _____
HORA    FECHA    FIRMA DEL PAGADOR

16. CERTIFICO QUE RECIBI EL IMPORTE ARRIBA INDICADO

DATOS DEL CONDUCTOR
NUM. DE LICENCIA

FIRMA DEL LESIONADO O TESTIGO DE LA MARCA

NUM. TABLILLA VEHICULO

FIRMA DEL ACOMPAÑANTE O TESTIGO DE LA MARCA

13. SE DEVUELVE PORQUE FALTA
☐ 1. FIRMA AUTORIZADA    ☐ 4. JUSTIFICACION TRANSPORTACION ESPECIAL
☐ 2. HORA SALIDA Y ENTRADA
☐ 3. STATUS    ☐ 5.

17. SE DEVUELVE PORQUE
☐ 1. FALTA NUMERO DE CASO    ☐ 4. FALTA FIRMA DEL LESIONADO
☐ 2. COMPUTO TARIFA INCORRECTA    ☐ 5. FALTA DATOS DEL CONDUCTOR
☐ 3. RUTA RECORRIDA INCOMPLETA    ☐ 6.

## INSTRUCCIONES

1. Un funcionario o empleado de la Corporación del Fondo del Seguro del Estado podrá expedir esta orden de pago para la transportación de un obrero lesionado únicamente cuando como consecuencia de un accidente del trabajo se requiera ser trasladado a dispensarios de la Corporación o a clínicas u hospitales por contrato.

2. Los empleados autorizados a expedir estas órdenes de pago deberán tener la firma registrada en la Unidad de Pagaduría.

3. El Pago de gastos de transportación se hará usando como base la ruta más económica y las tarifas de pasajes emitidas por el Administrador.

4. El pago de gastos de viaje a acompañantes, carros fletados o taxis será autorizado por el médico que atiende al lesionado, o el funcionario autorizado.

5. Ningún empleado de la Corporación podrá cobrar gastos de viaje a nombre de obreros lesionados.

6. No se pagará almuerzo ni gastos de viaje a aquellos lesionados que reciban el tratamiento en horas laborables (C.T.) cuando trabajen en la misma oficina, local, oficinas y locales adyacentes al sitio de tratamiento excepto que la cita sea en horas no laborables.

7. No se pagarán gastos de viaje a los lesionados que vengan a buscar cheques o hacer gestiones para las cuales no hayan sido citados oficialmente.

8. No se pagarán gastos de transportación hasta tanto el lesionado haya recibido el tratamiento correspondiente, o sea, no se podrán pagar estos gastos por adelantado.

9. El Pagador no podrá alterar los datos previamente figurados en los comprobantes. En casos de comprobantes incorrectos, éste devolverá los mismos a la oficina que corresponda para que sean corregidos.

10. Cuando la persona que recibe el pago no es el lesionado, deberá indicarse el nombre en el apartado 4.

USO EXCLUSIVO DE LA AGENCIA

3299433

Estado Libre Asociado de Puerto Rico
**CORPORACION DEL FONDO DEL SEGURO DEL ESTADO**
**PAGO DE GASTOS DE TRANSPORTACION Y ALMUERZO**

1. NOMBRE DEL LESIONADO
Edwin Ortiz Vazquez

2. OFICINA
Dr. Mota

NUMERO DE CASO
93-56-046886

3. FECHA DE ACCIDENTE
26 Feb 96

NUMERO SEGURO SOCIAL
4904

4. NOMBRE PERSONA RECIBE EL DINERO

5. DESDE     (DIRECCION)
Bo. Hatillo
Villalba  PR

6. FECHA Y HORA DEL TRATAMIENTO

| FECHA | | | HORA ENTRADA | HORA SALIDA |
|---|---|---|---|---|
| DIA | MES | AÑO | | |
| 28 | 02 | 00 | 8:00 | 8:45 |

HASTA

7. STATUS
☑ DESCANSO   ☑ C.T.   ☐ CASA SALUD
☐ HOSPITALIZADO   ☐ DADO DE ALTA

TARIFA

8. DEPARTAMENTO QUE PRESTA EL ULTIMO SERVICIO
Dispensario

ALMUERZO

9. CLASE DE SERVICIO
Cuadro 1

10. DISPENSARIO O REGION
Ponce

TOTAL   $

11. CERTIFICO COMPARECENCIA (FIRMA)

14. ☐ IDA Y VUELTA   ☐ IDA   ☐ VUELTA

12. JUSTIFICACION TRANSPORTACION ESPECIAL
A. AUTORIZO EL PAGO DE

B. RAZONES:

FECHA          FIRMA AUTORIZADA

REAUTORIZACION

FECHA          FIRMA AUTORIZADA

15. CERTIFICO QUE EL IMPORTE PAGADO ES EL CORRECTO

| | DIA | MES | AÑO |
|---|---|---|---|
| HORA | | FECHA | FIRMA DEL PAGADOR |

16. CERTIFICO QUE RECIBI EL IMPORTE ARRIBA INDICADO
DATOS DEL CONDUCTOR
NUM. DE LICENCIA

FIRMA DEL LESIONADO O TESTIGO DE LA MARCA

NUM. TABLILLA VEHICULO

FIRMA DEL ACOMPAÑANTE O TESTIGO DE LA MARCA

13. SE DEVUELVE PORQUE FALTA
☐ 1. FIRMA AUTORIZADA   ☐ 4. JUSTIFICACION TRANSPORTACION ESPECIAL
☐ 2. HORA SALIDA Y ENTRADA   ☐ 5.
☐ 3. STATUS

17. SE DEVUELVE PORQUE
☐ 1. FALTA NUMERO DE CASO   ☐ 4. FALTA FIRMA DEL LESIONADO
☐ 2. COMPUTO TARIFA INCORRECTA   ☐ 5. FALTA DATOS DEL CONDUCTOR
☐ 3. RUTA RECORRIDA INCOMPLETA   ☐ 6.

DISPENSARIO PAGADOR
VEASE INSTRUCCIONES AL DORSO

## INSTRUCCIONES

1. Un funcionario o empleado de la Corporación del Fondo del Seguro del Estado podrá expedir esta orden de pago para la transportación de un obrero lesionado únicamente cuando como consecuencia de un accidente del trabajo se requiera ser trasladado a dispensarios de la Corporación o a clínicas u hospitales por contrato.

2. Los empleados autorizados a expedir estas órdenes de pago deberán tener la firma registrada en la Unidad de Pagaduría.

3. El Pago de gastos de transportación se hará usando como base la ruta más económica y las tarifas de pasajes emitidas por el Administrador.

4. El pago de gastos de viaje a acompañantes, carros fletados o taxis será autorizado por el médico que atiende al lesionado, o el funcionario autorizado.

5. Ningún empleado de la Corporación podrá cobrar gastos de viaje a nombre de obreros lesionados.

6. No se pagará almuerzo ni gastos de viaje a aquellos lesionados que reciban el tratamiento en horas laborables. (C.T.) cuando trabajen en la misma oficina, locales oficinas y locales adyacentes al sitio de tratamiento, excepto que la cita sea en horas no laborables.

7. No se pagarán gastos de viaje a los lesionados que vengan a buscar cheques o hacer gestiones para las cuales no hayan sido citados oficialmente.

8. No se pagarán gastos de transportación hasta tanto el lesionado haya recibido el tratamiento correspondiente, o sea, no se podrán pagar estos gastos por adelantado.

9. El Pagador no podrá alterar los datos previamente figurados en los comprobantes. En casos de comprobantes incorrectos, éste devolverá los mismos a la oficina que corresponda para que sean corregidos.

10. Cuando la persona que recibe el pago no es el lesionado, deberá indicarse el nombre en el apartado 4.

23 de diciembre de 1997

SR EDWIN ORTIZ VAZQUEZ
PO BOX 466
VILLALBA PR 00766

Estimado cliente:

En su caso del Fondo del Seguro del Estado la Honorable
Comisión Industrial ha señalado la siguiente Vista:

**V I S T A   M E D I C A**

**SOBRE:** **TRATAMIENTO Y MAYOR INCAPACIDAD, (CONDICION ORGANICA)**
**DIA:** **5 DE FEBRERO DE 1998**
**HORA:** **8:00 A.M.**          **SALA   PONCE**

En esta Vista si Dios permite estaremos presentes para
representarle. En la Vista le entrevistarán dos médicos, uno del
Fondo del Seguro del Estado y otro de la Comisión Industrial,
quienes le harán preguntas sobre síntomas o problemas a
consecuencia de su accidente. Usted deberá explicar detalladamente
las áreas afectadas y las limitaciones que sufra física y/o
emocionales. Los médicos determinarán si le examinarán o referirán
a nuevas evaluaciones con médicos de la Comisión Industrial, si le
pondrán en descanso, o si le otorgarán o aumentarán algún porciento
de incapacidad según su caso.

A esa Vista usted puede llevar certificados médicos o de los
hospitales, o instituciones públicas o privadas que le hayan
atendido y las medicinas que toma para las condiciones que Usted
sufra a consecuencia de su accidente o enfermedad ocupacional.

Es muy importante llevar la notificación de Vista que Usted
recibió (Hoja Amarilla), ya que con ella se le dará un turno, en
orden de llegada a la Sala de Vista Medicas.

De tener alguna duda o pregunta puede llamarnos o visitarnos
antes de la Vista, con mucho gusto le atenderemos.

Cordialmente,

Lcdo. RAFAEL COLON FLORES

IRMA ALICEA ACOSTA
SECRETARIA EJECUTIVA

I.   Honorable: Laura Taylor SWAIN.
     Jues Federal. U.S.D.C. Judge.


     Regresando a La CORPORACION
     DEL FONDO DEL SEGURO DEL
     ESTADO.
     Estado Libre Asociado de Puerto Rico.
     y sus Empleados.
     y de Igual manera, y Segun sus
     Leyes. y Creacion. y Propositos.
     Para Empleados Lesionados. y otros
     asuntos Legales. Por La cual Fue
     creada, LA CORPORACION DEL Fondo
     del Seguro DEL ESTADO, Estado,
     Libre, Asociado, de Puerto Rico.
     y Todos sus EMPLEADOS.
     Nose Cuantos millones. o billones
     de Dolares. Esa Ajencia Resive.
     Pero. La Junta de Control Fiscal
     Federal. al higual que otras
     Ajencias. del Estado Libre Asociado,
     No son mensionados. Ni investigadas
     en Todo sus salarios. de sus
     Empleados. y Pensionados.
     Pues descomoso, Cuantos numero de
     Caso. Nuevos se abrieron en mis
     acidentes de Trabajo, al higual que
     estando yo, en una area de

II seguridad, en el exterior de la
Fase. uno de minima. Como oficial
de custodia. osea Como oficial de
La Administracion de correccion.
y devido a que en otras areas
de seguridad. Prendian Foguatas
se Fueron atraves de grietas
en La Tierra. _ _ calleron
pequeñas Partes de madera.
con Fuegos. y devido a que Todos
los escombros Fueron enterados
cojieron Fuego. y al Humo contaminado
llegar a mi. me dieron mareos,
vomitos. nausias, y problemas
Respiratorios. y ningun supervisor, no
me enviaron al Hospital. y devido
a que yo no Podia, ni Guiar mi
carro. el oficial de custodia.
Pedro Negron, me llevo a mi
casa. Pero asi Funsiona Las
Ajencias en Puerto Rico, y sus
supervisores. y Como Tienen el
Poder, ellos se Protejen unos
a otros. y Cuantas Veces, y de
diferentes maneras, se Repiten
Los diferentes acidentes de Trabajo.
y si es. La misma condicion. dan Otro
Numero

Cuando escribo La Fase I.
me Refiero. al Complejo Correcional
Las cucharas en Ponce.

Por sierto. Cuantos aumentos de
Salario Resibieron. muchos otros
Empleados. y yo Nunca Los Resivi.
o. Cualquier otro Veneficio.

y aunque Tengo mis Condiciones
de salud y Con TraTamientos medicos
Trato de Cuidarme.

En el Estado Libre Asociado, en Puerto
Rico. En Todas Las Ajencias, y Municipios
Los Políticos. an Convertido a Todas Las
Ajencias, Para aumentar sus intereses
Políticos. y Personales.

Honorable: Laura Taylor Swain.
no se hasta donde Comprometo. mi
Seguridad, La de mí esposa y mi hijo.
Pero Solisito, La maxima Privasidad
y Preocupacion. por parte de Ustedes.
Por Ahora.
       ATT: Edwin Tay Vazquez

28 de Octubre

Honorable: Laura Taylor Swain.
U.S.D.C. Federal Judge.

La Junta de Control Fiscal Federal
se olvido de Los canales de
Television, y cualquier otros
medios de comunicasion
Para que ellos, aporten a Las
deudas que Todos Los Ciudadanos
simples Tenemos con Los Acreedores.
Gracias a Los Pasados, y actuales
Politicos.

durante muchos años. Los aumentos
son continuos.
Energia Electrica.
agua.
Gasolina.
medicamentos.
Planes Medicos.
Todo es aumento. y con Politicos
Protejidos, Por otros Politicos.
que Protejen a mariana Nogales.
Representante de otro Partido Politico.
investiguen. Los Federales y mejoren
sus Leyes. Federales que no Mejoran a Politicos

sera Posible, que se establescan
Leyes Federales y Permanentes
que exija a Los Politicos,
Jefes de Ajencias. A supervisores
que Tengan Controles Administrativos
de cada $dolar Municipal,
Estatal, y Federal y que en
Todos. Tengan que dar Cuenta a
Funsionarios Federales. inclullendo
a Jueces Federales. Fuera de
Puerto Rico.
que eso inclulla a Energia Electrica
y al sistema de La Autoridad
de Acueductos, y alcantarillado.

25 de Octubre 2021.

Honorable: Laura Taylor Swain.
U.S.D.C Judge.


Me preocupa demasiado, La
Condicion Economica,
Los Tristes Veneficios.-
La poca - o casi Nada.
como La protesion, de Leyes
Federales. Para Los Pensiones
de La Policia Estatal en Puerto Rico.
aveces pienso que Los Politicos.
ejorsen mas. Los intereses. de
aguellos. que no cumplen con Las
Leyes. que de protejen a La
Policia de Puerto Rico.-
sea en Lo que sea. y La Junta
de Control Fiscal Federal. deve de
ayudar, en Todo Lo Posible a La
Policia de Puerto Rico. y a aguellos
que se Juvilaron. y aumentar Los
Recursos en ajencia de La Policia
de Puerto Rico. con mas Policias.
y La Calidad. en Eguipos y Cuarteles
osea en Las estruturas Fisicas y Equipos
es Lamentable, que Luego, y durante
Tantos cños en Puerto Rico, es un desastre.

Estado Libre Asociado
COMISION INDUSTRIAL DE PUERTO RICO

| | | | |
|---|---|---|---|
| EDWIN ORTIZ VAZQUEZ | * | CI: | 95-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-6 |
| | * | | |
| PO BOX 466 | * | CFSE: | 95-56-04557-3 |
| BO ORTIGA | * | | |
| VILLALBA PR   00766 | * | SOBRE: | RELACION CAUSAL |
| | * | | CONDICION ORGANICA |
| | * | | |
| | * | | ADMINISTRACION DE CORRECCION |
| | * | | Patrono |
| CORP. FONDO SEGURO DEL ESTADO | * | | |
| ASEGURADOR | * | | |

**********************************

O R D E N

En el caso de epígrafe, se ha presentado un Recurso de Apelativo contra una determinación del Administrador de la Corporación del Fondo del Seguro del Estado.

Para adjudicar el referido Recurso Apelativo y acelerar el curso procesal que de ordinario ocurre en estos casos, es de vital importancia la disponibilidad de los expedientes médico - legal CFSE: 91-56-03305-8; 93-56-05393-4 y 95-56-04557-3 (incluir récords médicos completos de los tres casos e informes de accidentes) correspondiente al apelante **EDWIN ORTIZ VAZQUEZ**.

A esos efectos, y en virtud de la Facultad que nos confiere el Artículo VI de la Ley del Sistema de Compensaciones por Accidentes del Trabajo, Ley Número 45 del 18 de abril de 1935, 11 L.P.R.A., Sección 8, según enmendada, SE **ORDENA** al Administrador de la Corporación del Fondo del Seguro del Estado que en un término de sesenta (60) días, contados, a partir de la notificación, presente en la Secretaría de este Organismo, copia certificada del expediente arriba mencionado.

Si el Administrador incumpliese con la Orden al vencimiento del término concedido, la Secretaría de este Organismo procederá de inmediato a señalar Vista Pública, a la cual sólo se requerirá la presencia de los abogados de la parte obrera y del Administrador de la Corporación del Fondo del Seguro del Estado. A esta Vista, el **Administrador** tendrá que presentar copia certificada de los expedientes CFSE: 91-56-03305-8; 93-56-05393-4 y 95-56-04557-3 (incluir récords médicos completos de los tres casos e informes de accidentes); la parte obrera deberá presentar evidencia documental en apoyo a su reclamación, si la tuviere. La Comisión Industrial podrá disponer parcial o totalmente de la controversia planteada, o disponer cualquier otra providencia que facilite la disposición del caso, incluyendo sanciones.

REGISTRESE Y NOTIFIQUESE: A la parte obrera, a Lcdo. Rafael Colón Flores; al Administrador de la Corporación del Fondo del Seguro del Estado, por conducto del Secretario; y a sus abogados: Lcda. Yanira Viera Barbosa y Lcdo. Emilio Delgado Roque.

En San Juan, Puerto Rico, a 20 de enero de 1999.

**JOSE A. DAVILA FERNANDEZ**
Comisionado

JVA/mec

**CERTIFICO** que es copia fiel y exacta de la Resolución emitida en el presente caso y que fue notificada a las partes y abogados mencionados en esta fecha:

18 FEB 1999

_____    _____
Fecha de Notificación          Secretario

Octobre.—
15 de Septiembre 2021.

A- Solisito que surjan investigaciones
del minimo centavo. osea. adonde
fueron, Los millones, y Posiblemente
Los billones de Dolares de algunas
ajencias del Estado Libre Asociado
de Puerto Rico, en Las cuales, Empleados
Poblicos en Puerto Rico, Pagamos,
Nuestras aportaciones de En Los
sistemas de Retiro.
y que hisieron, Los Politicos del
Pasado, y actuales con Tantos
Millones. y Administradores en
dichas ajencias.

B- y de que Fondos, Municipales. y
Estatales. Resiven Politicos, y Otros
altos Funsionarios. Para sos Planes de
Veneficios y de sos Retiros. Osea Los
Veneficios que Resiven, y Los que
Resiviran. ya que ellos Nunca Nos
hablan, de dónde salen Tantos
Recursos Economicos. Para Los Politicos
y altos Funsionarios Venefisiarse
Coando ellos se Jovilan, y ¿Porque?
EL $|$.$. de ellos. Nunca se afecta.
Ni sus Salarios. y Veneficios

II

c. De donde surjen, Los millones de $1.$1$
dolares, que Resiven, Politicos, y otros
Para sus Veneficios de Retiros.
y Para ellos no esisTen La Ley de
Quiebra. y a ellos no se Les quiTan
Parte de sus Grandes Veneficios.
Sin imporTar el Poco Tiempo Como Empleados
del Estado Libre Asociado, y Colonial
en PuerTo Rico.
            Que Venguensa
Para Los que ayudan a manTenernos
en el E.L.A. y sus AdminisTradores
Pues hasta Los abogados y otros
Juegan Con NuesTros Reclamos
anTe Los TribunaLes y Ajencias
del E.L.A. ColoniaL. y TerriTorial.

Lo unico que FalTa es que nos
quiTen La Ciudadania americana.
mediocre. eh ipocrita por PoLiTicos
de Los 50. EsTados.

Octubre
14 de septiembre 2021.

SR:

Durante meses, estoy analisando
los problemas del sistema
Electrico en Puerto Rico.
y por mas de 35 años. Resibiento
los aumentos continuos de la
Autoridad de Energia Electrica.
y Luma no a hecho la diferiensia,
como Ciudadano. no es facil. en
lograr mejores calidad de los
servicios de ambas compañias.
desde los que atienden, en las
oficinas, hasta los que deven de
Rendir mejores servicios. y calidad
de servicios, en los desganches
de arboles. osea. si hay arboles
devajo de las lineas de Energia
Electrica ¿Porque? cortar Ramas
si en los proximos meses los
problemas se Repiten:
desde mi anterior lugar de vivienda
desde mi casa a la carretera k.4.2
150. carretera principal. habian
Postes, hechos en cemento, que por la
mala calidad, y hecho en cemento, y

2-

Varilla. se Rompieron de arriva,
hacia avajo. y solo guedavan, Las
Varillas aguanTando La cableria
ELecTrica. hise Las GesTiones. y Los
cambiaron a Postes de hierro.
pero anTes a esa Fecha, siempre Los
problemas de ENerjia ELecTrica, siguieron
esisTiendo. y son persisTenTes.
cuando el Huracan maria La mayoria
de Los arboles gue. Nadie elimino.
calleron sobre Las Linieas. y La
carreTera guedo cobierTas con Linias
de ENerjia ELecTrica, PosTe de madera,
y cableria de simple. y alTo VolTaje de
La AuToridad de ENerjia ELecTrica.
guedamos siN Luz y el camino muNicipal
gue No se Podia saLir Ni a pies.
asi esTuvimos por Tiempo ProLongado.
forgue. NuNca se persoNo, Empleados
muNicipales a ayudarNos a salir
desde mi hogar, hasTa La carreTera
150.K.4.z. en VillalBA. P.R.00766.
pero Gracias a Dios. gue por Lo
MeNos Cesar Quiles miranda. HermaNo
de mi esposa, y su cuñado, habrieron
uN simple esTrecho. Para ellos Llegar
y NosoTros saLir a pies.

3-

mas Tarde mi hijo. Le pago. un dinerito
a dos Jovenes adultos, Para Partir, Los
arboles, y hubicarlos. Fuera de La
Carretera municipal. aungue solisite
La intervencion de Empleados del municipio
y de Personas que yo encontraba. con
el nombre de Fema, ninguna de esas
Personas, no Fueron a Recojer Los
escombros de Los arboles.
Pero nada. eso es parte de mis
desagradables esperiencias.
con empleados. y Politicos.
Bueno.
quiero añadir que para que se
Ressuelba Los Problemas de Enerjia
en Puerto Rico.
se deve de dividir a Puerto Rico
en 4. Condados. y en cada uno
de esos condados. Crear 4.
Sistemas de Enerjia Electrica.
independientes.
norte. Sur. Este, y Oeste.
y Para que se ajilisen Las
Nuevas Plantas deven de ser
4. Companias independientes: desde
U.S.A. y con Compromisos ante el
U.S.C. y Leyes que Protejan a Los

4-

consumidores. en Puerto Rico. pues en
cada empleado. con Puesto Politico. nos
aumentan Los costos de La Enerjia Electrica
y asi mismo es en cada Municipio. y
ajencias. sean Municipales. - y Estatales.
y si entiendo que en Puerto Rico, esisten
demasiados Municipios. y que alcaldes
y otros. aumentan sus salarios. sin
control. municipal. y Estatal y se
deven crear Leyes Federales, Para
evitar Tantos sueldos. en empleados
que casi-nada - o nada asen por
sus ciudadanos.

en Puerto Rico. esisten ajencias. que
Para nada Resuelven, Los Problemas
de Los ciudadanos. sean, o Tengan
el Nombre que sea.

pero alla La Junta Fiscal Federal
que Le ase Falta entrar a muchas
areas mas.

incluiendo Los Juegos emosionales
que Permite, Por Parte de Todos Los
Sestores Politicos. en no ser Justos
con Lo poco que ganamos en
Nuestras pensiones, por Los Tragueteos
de Politicos, y Jefes. y Funsionarios
de Las ajencias. del E.L.A incompleto

5

y por La cual, seguimos siendo
Ciudadanos, sin Las Protesiones
Federales. complementados.
como Dios manda.
Dios No ase asepcion de Personales

Pues La Junta de Control Fiscal, en
un ambiente Justo. y Rasonable, ya
deve de Poner Todo esto en orden
que Los menos que cobran pensianados
de Retiro. sea un 10% a Los de
$2,500. y a partir de hay en que
mas Gane, que mas pague desde el
10% al maximo de un 19%.
adelante. o. mas
Pero ya esto deve de estableserse.
y Poner a Los Responsables. para un
lado. y aquellos que aprovaron Prestamos
a Los Politicos. Pues que ellos Le
cobren a Los Politicos. y sus ayudantes.
pues La Poblacion no somos, ni Respon-
sables, ni colpables. de Los desastres
administratinos de Los que desapare-
sieuron Tantos billones, delos Retros.
como de $dinero. Federal, Estatal,
Municipiles y de Los
otros billones de Prestamos del Exterior

6.

Cuantas veces. veo con mis hojos. Constituciones
que para el bien de los ciudadanos, no
son Nesesarios. y que si existen
Nesesidades. y permanencias de empleos
que son Justificadas.

en Todo esto es nesesario que las
leyes Federales en inisios actuales, y
Futuros. Controlen y Eviten. los desmadres
administrativos. que pudiesen ser illegales
o por idealismos de politicos, que para
nada ayudan. a las nesesidades de
los ciudadanos.

Pero existen leyes. municipales, Estatales
y Federales. que en nada ayuda a
Mejorar. y Cambiar. las actitudes que
quienes deven de ser el Ejemplo. no lo
Practican. Como dise un dicho Biblico.
medico curate a Ti mismo. para aquellos
que Tienen la cura, y el Poder Politico
en Realisar Cambios Positivos, Ei inolvidables
antes de su muerte. y antes de su
destino Eterno. Pero el injusto, Resivira sus
injusticias. Eternamente y como dise la
espresion en la moneda. in God we Trus
Pero Con sus actitudes, en no ser Justos.
                              . - a Dios no le Sirven.

7-

Espero que Los PoLiticos en U.S.A. y otros
No sigan siendo injustos con Los Ciodadanos
U.S.A. que vivimos en La Isla coLoNisada
de Los PoLiticos moderNos-, de La vieja
Isla Territorial.

hojaLa que como Nos siguen Tratanto,
ante este sistema coLoniaL y Territorial.
Sin una CiudadaNia justa, y como si
Los que vivimos en Puerto Rico. No estuviese-
Mos eL Respeto. Por parte de RepubLicanos
Democratas, y cuaLquier otro pensamiento
de Los s que en sus conductes, de Los
que desiden sobre Puerto Rico. No estuvieran
sensivilidad. Ni humana, Ni ReLijiosa-
Ni Temor a Dios. Pues son injustos.
y si el justo con dificultad se sarLva
a donde ira, el infiel a La verdad
y el Pecador.

Ⓔ

solicito, y Tambien deve de ser
Preocupacion de ustedes.

1- Quienes son Los dueños y acionistas
de Luma . y sus salarios. desde Canada.

2 Quienes son Los dueños y acionistas
de Las corporaciones y negosios
de Las Publicoprivadas, en Puerto Rico.

3. como Lograron sus capasidades
Economicas. para que ellos. o. ellas
sean Los dueños, y acionistas.
de cualguier corporacion. en Puerto Rico
y Fuera de Puerto Rico.

4. y si esisten Leyes Federales, sin
Terminos de Tiempo.
Para que el Govierno Federal
ocupe cualguier propiedad. y
Ganancias, en Los que se asen
dueño, de Lo que no Le Corresponden
J y que continumente. nos esplotan
con Todos Los aumentos, en Todo.
Jesucristo Les dijo. Ladrones. y si aman
La Salvacion del alma.
devuelve Lo que no es de ellos. ExT ExT

Edwin Ortiz-Vázquez

P.O. Box 464

Aguirre, P.R. 00704

RECEIVED

OCT 29 2021

PRIME CLERK

To: Judge Laura Taylor S
United State District Co

850 Third Avenue
Suite 412
Brooklyn, NY 11232

RECEIVED

OCT 29 2021

PRIME CLERK LLC

POSTAGE PAID
ME 1-Day
AGUIRRE, PR
00704
OCT 28, 21
AMOUNT
**$27.10**
R2305E123298-05

1007            11232

# PRIORITY
## ★ MAIL ★
# EXPRESS™

**OUR FASTEST SERVICE IN THE U.S.**



RECEIVED
OCT ~~ 2021
~~~~ ~~~~

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



EP13F July 2013   OD: 12.5 x 9.5


PS10001000006

This envelope is made from post-consumer waste. Please recycle – again.


**UNITED STATES POSTAL SERVICE**®   **PRIORITY MAIL EXPRESS**®

EJ 885 510 715 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( 787 ) 233 - 2045

Edwin Ortiz-Vázquez
P.O. Box 464
Aguirre, P.R.   00704

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )
Judge Laura Taylor Swain
United State District Court
850 Third Avenue
Suite 412
Brooklyn, NY

ZIP + 4® (U.S. ADDRESSES ONLY)

1 1 2 3 2 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
| --- | --- | --- |
| 00704 | 10/29/21 | $ 27.10 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| --- | --- | --- | --- |
| 10/28/21 | ☑ 6:00 PM | $ | $ |

| Time Accepted | ☐ AM ☐ PM | Return Receipt Fee | Live Animal Transportation Fee |
| --- | --- | --- | --- |
| 9:50 | | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
| --- | --- | --- |
| $ | $ | 27.10 |

| Weight | ☐ Flat Rate | Acceptance Employee Initials |
| --- | --- | --- |
| 1.70 lbs. ozs. | | JCS |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature |
| --- | --- | --- | --- |
| Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

VISIT US AT USPS.COM®

