# EXHIBIT A-1

[Note: all handwritten text will be *in italics*]

CARMEN BENIQUEZ, ESQ.
ALBERTO ARESTI FRANCESCHINI, ESQ.
SUITE ~~1100~~ AND 1109
UNION PLAZA BUILDING
AVE. PONCE DE LEON 416
HATO REY, PUERTO RICO 009108
TELEPHONES: 758-7866, 751-5740

RECEIVED
OCT 29 2021
PRIME CLERK LLC

CONTRACT

NAME: *Edwin Ortiz Vázquez*
BADGE #: ████ DATE OF ENTRY: *August 1986*
SOCIAL SECURITY: ██████ *9964*
DATE: January 24, 1996

1. This claim is based on Act Number 116 of July 22, 1974; Act Number 26 of July 23, 1993; Act 108 of September 21, 1994; Act 89 of July 12, 1979; and/or any other law that may be beneficial and deemed applicable.

2. I appoint Carmen Beniquez, Esq. and Alberto Aresti Franceschini, Esq. as my legal representatives in claiming any increase to which I may be entitled for my service as Custody Officer.

3. I agree to pay Carmen Beniquez, Esq. and Alberto Aresti Franceschini, Esq. $30.00 upon accepting my case and 30% of the total amount they recover for me. I authorize the Ruling Court, the officer of the corresponding adjudicative agency to pay directly to Carmen Beniquez, Esq. and Alberto Aresti Franceschini, Esq., said 30% of the total amount to be awarded to me.

SIGNATURE: *Edwin Ortiz Vázquez*
ADDRESS: *P.O. Box 466*
*Villalba, P.R. 00766*
*Carr. 151 Km. 12.7 Bo. Ortiga - Villalba*
HOME TELEPHONE: *847-1949* WORK: *841-8014*

I am currently:

a. Active with the rank of *Corrections Officer I*
b. Retired as of *----*
c. Inactive - retired *----*

NAME, ADDRESS AND TELEPHONE OF A RELATIVE OR CLOSE ACQUAINTANCE
*Maria D. Quiles Miranda Carr. 151 Km. 12.7 Bo. Ortiga*
*P.O. Box 466 Villalba, P.R. 00766 Phone 847-3516*

990123401013920

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Priscilla Hernández Porrata*
***Attorney - Notary***
*PO Box 3024 Guayama, P.R. 00785*
*Phone: 787-206-2909; Fax: 787-763-6684*
*Email: hernandezporratalaw@gmail.com*

April 21, 2015

Edwin Ortiz Vázquez
P.O. Box 466
Villalba, PR 00766

Greetings:

Please find enclosed a copy of the Contract. If you have any doubts or questions, please do not hesitate to contact us.

Kind regards,

[signature]
Atty. Priscilla Hernández Porrata

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Priscilla Hernández Porrata*
***Attorney - Notary***
*Banco Cooperativo Plaza, Suite 404B*
*Ponce de Leon 623*
*Hato Rey, P.R. 00917*
*Phone: 787-206-2909; Fax: 787-763-6684*
*Email: hernandezporratalaw@gmail.com*

**PROFESSIONAL SERVICES AGREEMENT**

Contract No. *38*

**The first party**: Appearing, *Edwin Ortiz Vazquez*______, who is of age, with Social Security [redacted] *9964* ___, employee of the Department of Corrections and Rehabilitation, who started working ___ / *1986* (month/year) currently active ___ or retired ___ / *2000* (month/year). Place of work *Correctional Complex Ponce*. Calculations estimated up to _____ (month/year) estimated number of _____.

Retired

**The second party**: Priscilla Hernández Porrata, Esq., who is of age, attorney at law, with offices in San Juan and Guayama, Puerto Rico, who is retained to assume my legal representation for the collection of money under the case bearing docket number KAC1996-1381 (Salary increase owed to the employees of the Department of Corrections and Rehabilitation).

The fee charged will be 12% of the amount earned by each employee. A deposit of $100.00 is required, payable upon signing this agreement.

Having read the same, the parties accept it freely and voluntarily.

In witness whereof, same is hereby signed.

En *Guayama*__________, Puerto Rico, on *April 18, ~~2014~~ 2015*

| [signature] | [signature] |
|---|---|
| Employee Signature | Priscilla Hernández Porrata, Esq. |

2622 – *then it was changed and I don't remember*
Employee or badge number *Academy 11.*

**Mailing Address and Phone Number**:
*P.O. Box 466*
*Villalba, PR 00766*
*(787) 242-9959*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Pr

*Lcda. Priscilla Hernández . orrata*
*PO Box 3024*
*Guayama, PR 00785*

SAN JUAN PR 009
22 APR 2015 PM 3 T

Edwin Ortiz Vázquez
Apartado 466
Villalba, PR 00766

00766$0466

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

GUAYAMA PR 00785

| | | | |
|---|---|---|---|
| Postage | $ | $0.49 | 0766 |
| Certified Fee | | $3.30 | 01 |
| Return Receipt Fee (Endorsement Required) | | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.49 | 04/20/2015 |

Sent To Lcda. Priscilla Hernández
Street, Apt. No.; or PO Box No. P. O. Box 3024
City, State, ZIP+4 Guayama, P.R. 00785

PS Form 3800, August 2006 — See Reverse for Instructions

7012 3460 0001 4771 4986

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lcda. Priscilla Hernández
P.O. Box 3024
Guayama, P.R. 00785

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name) Priscilla Hernández [illegible] C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

APR 24 2015

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7012 3460 0001 4771 4986

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

STORE YOUR DUPLICATE CHECKS IN YOUR CHECK BOX.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other:

☐ TAX-DEDUCTIBLE ITEM

445

20 abr. 15

Lcda, Priscilla Hernández

Twenty and 00/100

Case against Corrections

| | |
|---|---|
| BALANCE FORWARD | 40,00 |
| THIS ITEM | 20,00 |
| BALANCE | 20,00 |
| DEPOSIT | 420 |
| OTHER | |
| BALANCE FORWARD | 440 - 5 interest 435 |

For added security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Exhibit A-1 Page 7 of 44

*Money that is missing from the contract*

*Edwin Ortiz Vazquez*

*---- o ---- o ---- o ---- o ----*

*May 6, 2016*
*Court of Justice*
*San Juan*
*Honorable Judge Maynard*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*October* [illegible], *2015*

*Priscilla Hernandez Porrata, Esq.*

*Counsel,*

*I am sending you some documents, including a "Certificate of Recognition," wherein it states that I worked twelve hours in 1997.*

*In addition, another one where "Act No. 96 of July 1, 2002" is presented. This law is to grant a $100.00 salary increase to public employees.*

*I hope these are useful for you.*

*Sincerely yours,*
[signature]
*Edwin Ortiz Vazquez*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

VILLALBA
25 CALLE MUNOZ RIVERA
VILLALBA
PR
007669998
4294500766
10/01/2015 (800)275-8777 9:31 AM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail Letter (Domestic) (GUAYAMA, PR 00785) (Weight:0 Lb 1.30 Oz) (Expected Delivery Day) (Saturday 10/03/2015) | 1 | $0.71 |
| Certified (@@USPS Certified Mail #) (70140150000223721450) | 1 | $3.45 |
| Return Receipt (@@USPS Return Receipt #) (9590952106150004122102) | 1 | $2.80 |
| Affixed Postage (Affixed Amount:$0.49) | 1 | ($0.49) |
| Total | | $6.47 |
| Cash | | $7.00 |
| Change | | ($0.53) |

For tracking or inquiries go to USPS.com or call 1-800-222-1811.

After delivery, use this tracking number to track your Return Receipt.

Order stamps at usps.com/shop or call 1-800-Stamp24. Go to ...

7014 0150 0002 2372 1450

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

GUAYAMA, PR 00785

| | |
|---|---|
| Postage | $ $3.45 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $0.71 $ |

0766 06 Postmark Here 10/01/2015

Sent To Lcda. Priscilla Hernández Porrata
Street, Apt. No.; or PO Box No. P.O. Box 3024
City, State, ZIP+4 Guayama, P.R. 00785

PS Form 3800, August 2006 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lcda. Priscilla Hernandez Porrata
P.O. Box 3024
Guayama, P.R. 00785

2. Article Number (Transfer from service 7014 0150 0002 2372 1450

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Address

B. Received by (Printed Name) Priscilla Hernandez C. Date of Deliv 10/8/15

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandi
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*April 12, 2018*

*To: Priscilla Hernández Porrata, Esq.
Attorney, Notary, Suite 404-B
Ponce de Leon 623
Hato Rey, P.R. 00917
Phone 787-206-2909 Fax 787-763-6684*

*From: Edwin Ortiz Vazquez
P.O. Box 466
Villalba, P.R. 00766*

*Atty. Hernandez Porrata:*

*I have been trying to contact you for some time now at 787-206-2909 and I have not received the answer as easily as before with that number.*

*I need to know what we are going to do with the letters of the Federal Bankruptcy Act that Puerto Rico filed before the federal judge.*

*Thank you very much.*
[signature]
*Edwin Ortiz Vazquez*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

*Oct/28/21. Judge: Laura Taylor Swain.*

*How much I would like the Federal Court and Federal Agencies to request all information from National TV Channel 11* [inelligible] *from 8 AM to 10 AM 5 days a week with Mr. Leo Diaz for the past few weeks, and in the following weeks.*
*By which, much information is revealed about all political parties and how they make transfers of thousands of dollars and even millionaire transactions of Mrs. Mariana Nogales, Political Representative. But that is the monopoly, in the Commonwealth of Puerto Rico.*

*For it is money, against shame and dictatorship, against poverty through those who administer for us the municipal, state and federal $$$.*

*But in the US of America, no one is doing what they can to avoid that and much more.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*October 27, 2021*
*Honorable Laura Taylor Swain*
*United States District Court Judge*
*God Bless you.*

*I hope you will forgive me for my poor writing and the language.*

*Even though I have health problems, including heart problems, I cannot keep quiet in the face of so much injustice, whether of my own race or from the United States. I am a faithful believer in the Permanent Union, and because of that I am discriminated against in my own land by politicians and their officials.*

*From*
*Edwin Ortiz Vazquez*
*P.O. Box 464*
*Aguirre Puerto Rico*
*00704*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Honorable Laura Taylor Swain*

*United States District Court Judge*


*There are different ways to reduce the debt with the creditors of the United States.*

*But they must understand that their interests are high, and that they did not place controls against the politicians and those who, in union with the politicians, transformed themselves and brought us to the economic abyss.*

*The creditors of the United States never, as far as I know, followed up on all the attitudes of those who uncontrollably requested billionaire loans from Puerto Rico, and if this is a bankruptcy law, then the reality is that the creditors of the USA and Puerto Rico should improve their conduct and not act with those who are not responsible and be more careful. The next time they have irresponsible clients who did not properly manage the millions and billions that were not theirs.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*2. I regret that we, the public employees in Puerto Rico, who are neither responsible nor guilty, have to pay for the unacceptable behaviors of politicians and others who, in order to maintain and pursue their personal and political affairs and through the municipalities, with their politicians and mayors, create jobs, thus creating a lot of monopolies. For the next elections, every 4 years, as I said before, there are many municipal and state politicians, and believe me, they think they are Spanish kings and act like the landowners since Spain had Puerto Rico under its feet. But the Federal Fiscal Oversight Board does not perceive the realities of many things in Puerto Rico. And I don't think past and current U.S. politicians do either.*

*They have eyes but don't see, they have ears, and they don't hear, nor do they solve real problems.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*3. With all my respect, and that is the way it is. I present before you, Honorable Laura Taylor Swain, and I beg you, with all my heart, that in your final decisions, your honor, do not submit the humble people of Puerto Rico to the long time of many years under this law or the next bankruptcy law in Puerto Rico, and if it were possible in Puerto Rico, there are many other ways that, from the politicians and others, they are the ones responsible and that you and the other honorable judges have to make rulings against. The humble population in Puerto Rico and we, the pensioners and retirees, we were not the ones who asked for loans or bonds. Let's place the blame on those who truly are at fault, those who are in control of the Commonwealth. Former politicians and others who can be used to comply and bring the debt down as low as is possible. This is my humble petition.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*October 25, 2021*

*Honorable Laura Taylor Swain*

*U.S. D.C. Judge.*

*Possibly, you do not know who they are, and how they act, attorneys, and how they behave as to our claims in the courts.*

*As an example, thousands of public employees made many claims since and possibly before 1996. One of those lawyers who started was Mr. Alberto Aresti Franceschini, who, for many years, did not give what was expected and since the -or- the Tribunal I have not received any act of justice.*

*I do not know the conduct of this lawyer for which neither he nor the justice system through judges did not do enough to achieve all our claims. I would like to know where the politicians and others get the money for their salaries after 4 years and more to retire.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*2. Then, a group of corrections officers asked for an intervention by Priscila Hernandes Porrata, Esq. and after Hurricane Maria. I do not know their whereabouts. There I send you evidence about those persons.*

*For many years, as an employee of the Corrections Administration, and in accidents related to and in my job I received work authorization by orders of administrative supervisors and civilian personnel, but at times I was not well oriented and equally was not treated with dignity by the State Insurance Fund Corporation: The Commonwealth of Puerto Rico and its Officials.*

*I cannot think that they have not acted in the slightest interest of justice, whoever they are, and therefore did not allow me to receive a fair and dignified salary. Only $500 a month. That is the reality of our Commonwealth systems.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*3. I would like to know what and how the Federal Fiscal Control Board intends to act in the Commonwealth, in and with the low-income U.S. citizens in Puerto Rico, and if they really have plans to protect the poorest pensioners in Puerto Rico. But if for many reasons I am more than convinced that in our system politicians and many more receive good and large pensions and they do whatever they want to with simple employees, and that all our advantages as retirees and pensioners disappear.*

*They always have the power to act as they and their municipal and state laws suit them. I think that anyone who receives $2500 can pay 6 to 8% and after $3000 they can pay 12% and for every $1000 the percentage increases. Politicians know better than that and they don't want to lose $$$.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Honorable Judge Laura Taylor Swain*

*Respectfully:*

*I request that our pensions and retirements and any other federal aid be protected at the Federal level.*

*In our colonial and political territorial system, they do with the population what they and other politicians, whatever they want.*

*In Puerto Rico there are too many politicians and too many municipalities and they increase their salaries as many times as they want. More $$$, too many agencies.*

*I am convinced that the federal fiscal control agency is not performing other spending controls and eliminating unnecessary spending and that it is not controlling spending by municipalities and politicians.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

FOR EXCLUSIVE USE OF THE AGENCY

SIFC-1082
NOV./95

**3299433**

Commonwealth of Puerto Rico

**STATE INSURANCE FUND CORPORATION**
**TRANSPORTATION AND MEAL EXPENSE PAYMENT**

CLAIMANT

| | |
|---|---|
| | 1.NAME OF CLAIMANT<br>***Edwin Ortiz Vazquez*** |
| | 2. OFFICE<br>***Dr. Matos*** — CASE NUMBER<br>***93-56-04688-6*** |
| | 3. ACCIDENT DATE<br>***Feb. 26, 1996*** — SOCIAL SECURITY NUMBER<br>[redacted]***9964*** |
| 4. NAME OF PERSON RECEIVING THE MONEY | 5. FROM ( ADDRESS)<br>***Bo. Hatillo*** |
| 6. TREATMENT DATE AND TIME<br>DATE: DAY MONTH YEAR ***08 02 2000*** — TIME IN ***8:00*** — TIME OUT ***8:45*** | ***Villalba, PR*** |
| 7. STATUS [*illeg. hw*]<br>[**X** ] REST [ ] C.T. [ ] NURSING HOME<br>[ ] ADMITTED [ ] DISCHARGED | TO — FEE |
| 8. DEPARTMENT PROVIDING MOST RECENT SERVICE<br>***Clinic*** | MEAL |
| 9. SERVICE TYPE ***scheduled*** — 10. CLINIC OR REGION ***Ponce*** | 14. [ ] ROUNDTRIP [ ] GOING [ ]COMING — TOTAL $ |
| 11. CERTIFYING ATTENDANCE (SIGNATURE)<br>[*illegible signature*] | |
| 12. SPECIAL TRANSPORTATION JUSTIFICATION<br>A. I AUTHORIZE THE PAYMENT OF<br><br>B. REASONS:<br><br>DATE AUTHORIZED SIGNATURE<br>REAUTHORIZATION<br>DATE AUTHORIZED SIGNATURE | 15. I CERTIFY THAT THE AMOUNT ABOVE IS CORRECT<br>[*illegible*]<br>DAY MO. YEAR<br>TIME DATE PAYER'S SIGNATURE<br>16. I CERTIFY THAT I HAVE RECEIVED THE AMOUNT INDICATED ABOVE<br>DRIVER'S INFORMATION — [*illegible signature*]<br>LICENSE NO. — SIGNATURE OF CLAIMANT OR WITNESS TO SIGNATURE<br>LICENSE PLATE NO. — SIGNATURE OF COMPANION OR WITNESS TO SIGNATURE |
| 13. RETURNED – MISSING:<br>[ ] 1. AUTHORIZED SIGNATURE<br>[ ] 2. TIME IN AND OUT<br>[ ] 3. STATUS<br>[ ] 4. SPECIAL TRANSPORTATION JUSTIFICATION<br>[ ] 5. | 17. RETURNED BECAUSE<br>[ ] 1. CASE NUMBER MISSING<br>[ ] 2. INCORRECT FEE CALCULATED<br>[ ] 3. INCOMPLETE ROUTE<br>[ ] 4. MISSING CLAIMANT'S SIGNATURE<br>[ ] 5. MISSING DRIVER INFORMATION<br>[ ] 6. |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# INSTRUCTIONS

1. An officer or employee of the State Insurance Fund Corporation may issue this payment order for transportation of an injured worker only when, as a result of a work-related accident, transportation to the Corporation's offices, clinics or hospitals is required under contract.

2. Employees authorized to issue these payment orders must have a signature on file with the Accounts Payable Unit.

3. Payment of transportation expenses will be made on the basis of the most economical route and fare rates issued by the Administrator.

4. Payment of travel expenses for companions, chartered cars or cabs shall be authorized by the attending physician or authorized official.

5. No employee of the Corporation may charge travel expenses on behalf of injured workers.

6. Lunch and travel expenses will not be paid for those claimants who receive treatment during working hours (C.T.) when working in the same office, office premises and premises adjacent to the treatment site unless the appointment is during non-business hours.

7. No travel expenses will be paid to claimants who come to pick up checks or make arrangements for which they have not been officially scheduled.

8. Transportation expenses will not be paid until the claimant has received the corresponding treatment, i.e., these expenses cannot be paid in advance.

9. The Payer may not alter the data previously shown on the vouchers. In case of incorrect vouchers, the Payer shall return the vouchers to the appropriate office for correction.

10. When the person receiving payment is not the claimant, the name should be indicated in section 4.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

FOR EXCLUSIVE USE OF THE AGENCY

SIFC-1082
NOV./95

**3299433**

Commonwealth of Puerto Rico

**STATE INSURANCE FUND CORPORATION**
**TRANSPORTATION AND MEAL EXPENSE PAYMENT**

CLAIMANT

| | |
|---|---|
| 1.NAME OF CLAIMANT<br>***Edwin Ortiz Vazquez*** | |
| 2. OFFICE<br>***Dr. Matos*** | CASE NUMBER<br>***93-56-04688-6*** |
| 3. ACCIDENT DATE<br>***Feb. 26, 1996*** | SOCIAL SECURITY NUMBER<br>[redacted] ***9964*** |

4. NAME OF PERSON RECEIVING THE MONEY

5. FROM ( ADDRESS)
***Bo. Hatillo***
***Bo. Hatillo Villalba, PR***

6. TREATMENT DATE AND TIME

| DATE (DAY MONTH YEAR) | TIME IN | TIME OUT |
|---|---|---|
| ***08 02 2000*** | ***8:00*** | ***8:45*** |

7. STATUS [*illeg. hw*]
[**X** ] REST [ ] C.T. [ ] NURSING HOME
[ ] ADMITTED [ ] DISCHARGED

| TO | FEE |
|---|---|
| | MEAL |
| 14. [ ] ROUNDTRIP [ ] GOING [ ]COMING | TOTAL<br>$ |

8. DEPARTMENT PROVIDING MOST RECENT SERVICE
***Clinic***

| 9. SERVICE TYPE | 10. CLINIC OR REGION |
|---|---|
| ***scheduled*** | ***Ponce*** |

11. CERTIFYING ATTENDANCE (SIGNATURE)
[*illegible signature*]

12. SPECIAL TRANSPORTATION JUSTIFICATION
A. I AUTHORIZE THE PAYMENT OF

B. REASONS:

DATE AUTHORIZED SIGNATURE
REAUTHORIZATION

DATE AUTHORIZED SIGNATURE

15. I CERTIFY THAT THE AMOUNT ABOVE IS CORRECT
[*illegible*]
DAY MO. YEAR
TIME DATE PAYER'S SIGNATURE

16. I CERTIFY THAT I HAVE RECEIVED THE AMOUNT INDICATED ABOVE

| | |
|---|---|
| DRIVER'S INFORMATION | [*illegible signature*] |
| LICENSE NO. | SIGNATURE OF CLAIMANT OR WITNESS TO SIGNATURE |
| LICENSE PLATE NO. | SIGNATURE OF COMPANION OR WITNESS TO SIGNATURE |

13. RETURNED – MISSING:
[ ] 1. AUTHORIZED SIGNATURE
[ ] 2. TIME IN AND OUT
[ ] 3. STATUS
[ ] 4. SPECIAL TRANSPORTATION JUSTIFICATION
[ ] 5.

17. RETURNED BECAUSE
[ ] 1. CASE NUMBER MISSING
[ ] 2. INCORRECT FEE CALCULATED
[ ] 3. INCOMPLETE ROUTE
[ ] 4. MISSING CLAIMANT'S SIGNATURE
[ ] 5. MISSING DRIVER INFORMATION
[ ] 6.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# INSTRUCTIONS

1. An officer or employee of the State Insurance Fund Corporation may issue this payment order for transportation of an injured worker only when, as a result of a work-related accident, transportation to the Corporation's offices, clinics or hospitals is required under contract.

2. Employees authorized to issue these payment orders must have a signature on file with the Accounts Payable Unit.
3. Payment of transportation expenses will be made on the basis of the most economical route and fare rates issued by the Administrator.
4. Payment of travel expenses for companions, chartered cars or cabs shall be authorized by the attending physician or authorized official.
5. No employee of the Corporation may charge travel expenses on behalf of injured workers.

1. An officer or employee of the State Insurance Fund Corporation may issue this payment order for transportation of an injured worker only when, as a result of a work-related accident, transportation to the Corporation's offices, clinics or hospitals is required under contract.

2. Employees authorized to issue these payment orders must have a signature on file with the Accounts Payable Unit.
3. Payment of transportation expenses will be made on the basis of the most economical route and fare rates issued by the Administrator.
4. Payment of travel expenses for companions, chartered cars or cabs shall be authorized by the attending physician or authorized official.
5. No employee of the Corporation may charge travel expenses on behalf of injured workers.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

December 23, 1997

MR EDWIN ORTIZ VAZQUEZ
PO BOX 466
VILLALBA PR 00766

Dear client:

In your case of the State Insurance Fund, the Honorable Industrial Commission has scheduled the following Hearing:

**MEDICAL VISIT**

**ABOUT:** **TREATMENT AND FURTHER DISABILITY, (ORGANIC CONDITION)**
**DAY:** **FEBRUARY 5, 1998**
**TIME:** **8:00 A.M.** **SALA PONCE**

At this hearing, God willing, we will be present to represent you. At the hearing you will be interviewed by two doctors, one from the State Insurance Fund and one from the Industrial Commission, who will ask you questions about symptoms or problems resulting from your accident. You will be asked to explain in detail the areas affected and any physical and/or emotional limitations you suffer. The doctors will determine whether to examine you or refer you for further evaluation by Industrial Commission doctors, whether to have you placed on rest, or whether to grant or increase any percentage of disability on a case-by-case basis.

You may bring to this hearing medical certificates from the hospitals or public or private institutions that have treated you and the medicines you take for the conditions you suffer as a result of your accident or occupational illness.

It is very important to bring with you the Notice of Hearing that you received (Yellow Sheet), since with it you will be given an appointment, in order of arrival at the Medical Examination Room.

If you have any questions or concerns, you can call us or visit us before the visit, AND we will be glad to help you.

Cordially,

RAFAEL. COLON FLORES, Esq.
[*signature*]
IRMA ALICEA ACOSTA
EXECUTIVE SECRETARY

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*I. Honorable Laura Taylor Swain*

*Federal Judge U.S. D.C. Judge.*


*Returning to the STATE INSURANCE FUND CORPORATION*

*Commonwealth of Puerto Rico and its employees*

*And likewise, and according to its laws and creation and purposes for injured employees and other legal matters for which it was created. The STATE INSURANCE FUND CORPORATION of the Commonwealth of Puerto Rico and all its employees, I do not know how many millions or billions of dollars this agency receives, but the Federal Fiscal Control Board, as well as other agencies of the Commonwealth, are not mentioned, nor are they investigated as to all their salaries of all their employees and pensioners. So I do not know how many new cases were opened in my work accidents, as well as my being in a* […]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

II. […] *security area, in the exterior of the phase, one of the minimum as a custody officer, in other words as an official of the Corrections Administration and because in other security areas they were lighting fires, they went through cracks in the ground, wooden parts fell down with fire and because all the debris was buried, they caught fire, and when the contaminated smoke reached me, it made me dizzy and provoked vomiting, nausea and respiratory problems, and not a single supervisor took me to the hospital. And since I could not drive my car, custody officer Pedro Negron drove me to my house. But since that is the way agencies and their supervisors in Puerto Rico work, and since they have the power, they protect each other as often as they like and in any way they like. The different work accidents take place repeatedly, and if it is the same condition, they give it a different number.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*when I write Phase I, I am referring to the Las Cucharas Correctional Complex in Ponce*

*By the way: how many other employees received salary increases and I never received them or any other benefits.*

*And even though I have my health conditions and medical treatments, I try to take care of myself.*

*In the Commonwealth, in Puerto Rico, in all the agencies and municipalities, the politicians have converted all the agencies in a way to augment their political and personal interests.*

*Honorable Laura Taylor Swain, I do not know to what extent I am compromising the safety of myself, my wife, and my child, but I request the utmost privacy and concern from you for the time being.*

*Sincerely yours,*

*Edwin Ortiz Vazquez*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*October 28*

*Honorable Laura Taylor Swain*

*U S D C Federal Judge*

*The Federal Fiscal Control Board forgot the television channels, and any other means of communication so that they contribute to the debts that all simple citizens have with the creditors, thanks to the past and present politicians.*

*For many years the increases [in prices] have been constant.*

*Electricity*

*Water*

*Gasoline*

*Medicine*

*Medical plans*

*The price of everything goes up and with the politicians protected by other politicians who protect Mariana Nogales, representative of another political party. The Federal agents investigate and they improve their Federal laws that do not improve the politicians.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Would it be possible to establish permanent Federal laws that require politicians, heads of agencies and supervisors to have administrative controls of every municipal, state and federal dollar and that in all cases they have to report to federal officials, including federal judges outside of Puerto Rico.*

*This must include electric power and the Water and Sewerage Authority System.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

*October 25, 2021*

*Honorable Laura Taylor Swain*

*U S D C Judge*

*The economic condition worries me very much.*

*The sad benefits.*

*Little or none, such as the protection of Federal laws for State Police pensions in Puerto Rico.*

*Sometimes I think that politicians exercise the interests of those who do not comply with the laws more than protecting the police of Puerto Rico.*

*Whatever it is, and the Federal Fiscal Control Board should help the Puerto Rico Police as much as possible and those who retired and increase the resources in Puerto Rico Police agency with more police and the quality of equipment and barracks, that is, in the physical structures and equipment is unfortunate that then and for so many years it is a disaster in Puerto Rico.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Commonwealth
PUERTO RICO INDUSTRIAL COMMISSION

EDWIN ORTIZ VAZQUEZ

CI: 95-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-6

PO BOX 466
BO ORTIGA
VILLALBA PR 00766

SIFC : 95-56-04557-3

IN RE **CAUSAL RELATIONSHIP**
**ORGANIC CONDITION**
CORRECTIONS ADMINISTRATION
Employer

STATE INSURANCE FUND CORPORATION
INSURER

ORDER

In the case mentioned above, an Appeal has been filed against a determination of the Administrator of the State Insurance Fund Corporation.

In order to adjudicate the Appeal referred to above and accelerate the procedural course that usually occurs in these cases, the availability of these SIFC medical-legal files is of vital importance: **91-56-03305-8; 93-56-05393-4 and 95-56-04557-3 (include complete medical records of the three cases and accident reports) corresponding to the appellant EDWIN ORTIZ VAZQUEZ.**

For such purposes, and by virtue of the authority granted to us by Article VI of the Workers' Compensation System Act, Act Number 45 of April 18, 1935, 11 L.P.R.A., Section 8, as amended, **IT IS HEREBY ORDERED** that the Administrator of the State Insurance Fund Corporation, within sixty (60) days from the date of this notice, file with the Secretary of this Agency, a certified copy of the above-mentioned file.

If the Administrator fails to comply with the Order at the expiration of the term granted, the Secretary of this Agency shall immediately proceed to schedule a Public Hearing, at which only the attorneys for the workers' counsel and the Administrator of the State Insurance Fund Corporation shall be required to be present. **At this hearing, the Administrator shall be required to submit certified copies of these SIFC files: 91-56-03305-8; 93-56-05393-4 and 95-56-04557-3 (including complete medical records of the three cases and accident reports); the worker shall submit documentary evidence in support of his claim, if any. The Industrial Commission may partially or totally dispose of the dispute raised or provide any other measure to facilitate the disposition of the case, including sanctions.**

**BE IT FILED AND SERVED:** To the worker party, Rafael Colón Flores, Esq.; to the Administrator of the State Insurance Fund Corporation, through the Secretary; and to its attorneys: Yanira Viera Barbosa, Esq. and Emilio Delgado Roque, Esq.

In San Juan, Puerto Rico, on January 20, 1999.

**JOSE A. DAVILA FERNANDEZ**
Commissioner

JVA/mec
I CERTIFY that this is a true and exact copy of the Resolution issued in the present case and that it was served on the parties and attorneys mentioned above on this date:

FEB 18, 1999
Date of service of process

[signature]
Secretary

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*October*

*September 15, 2021*

*A. I request that investigations be done into the smallest penny, that is, where did the millions and possibly billions of dollars go from some agencies of the Commonwealth of Puerto Rico in which we public employees in Puerto Rico pay our contributions to the retirement systems?*
*And what did the politicians of the past and present do with so many millions and administrators in such agencies.*

*B. And from which funds, municipal and state, do politicians and other high officials receive their benefits plans and retirements. That is, the benefits they receive, and those they will receive, since they never tell us where so many economic resources come from for politicians and high officials to benefit from when they retire. Why? Their $$$ is never affected, neither are their salaries and benefits.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*II.*

*C. Where do the millions of $$$ that politicians and others receive for their retirement benefits come from? And for them there is no Bankruptcy Law, and they are not deprived of part of their great benefits, no matter how little time they spent as Commonwealth and Colonial employees in Puerto Rico. What a disgrace.*

*For those who help to keep us in the Commonwealth and its administrators, for even lawyers and others play with our claims before the courts and agencies of the colonial and territorial Commonwealth.*

*The only thing left to do is to take away our American citizenship. Mediocre and hypocritical by politicians of the 50 States.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*October*

*September 14, 2021*


*Sir:*


*For months I have been analyzing the problems of the electrical system in Puerto Rico and for more than 35 years receiving continuous increases from the Puerto Rico Electric Power Authority. And Luma has not made any difference. As a citizen, it is not easy to achieve better quality of services from both companies, from those who work in the offices to those who must provide better services and quality of services in the tree removal. In other words, if there are trees under the power lines, why cut the branches if in the next months the problems will be repeated?*

*From my previous place of housing from my house at highway 150 K 4.2, the main road, there were poles made of cement that because of the poor quality and being made of cement and rebar*

[…]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Exhibit A-1 Page 35 of 44

*2.*

[…] *they were broken from top to bottom and only the rods were left holding the electrical wiring. I took the necessary steps and they changed them to iron poles, but before that date the power problems continued to exist and are persistent.*

*When Hurricane Maria hit, most of the trees that no one removed fell on the power lines and the road was covered with power lines. Wooden poles and high voltage wiring of the electric power authority, we were left without electricity and the municipal road was such that we could not go out, even on foot.*

*We stayed like this for a long time because no municipal employees ever showed up to help us leave our home at Highway 150 K 4.2 in Villalba P.R. 00766. But thank God that at least Cesar Quiles Miranda, my wife's brother and his brother-in-law opened a simple gate for them to get to us and leave on foot*.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*3.*

*Later my brother paid a small fee to two young adults to split the trees and place them off the municipal road. Although I requested the intervention of municipal employees and people I met with the name of Fema, none of those people came to pick up the debris from the trees. But none of that is part of my unpleasant experiences with employees and politicians.*

*Well, I want to add that in order to solve the energy problems in Puerto Rico, Puerto Rico should be divided into 4 counties, and create 4 independent electric energy systems: North, South, East and West, and in order to speed up the new plants there should be 4 independent companies, from the USA and with commitments to the USC and laws that protect* […]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

4.

[…] *consumers in Puerto Rico. Well, every employee with a political position increases the cost of electricity and so does every municipality and agency, whether municipal or state, and if I understand correctly, in Puerto Rico there are too many municipalities and that mayors and others increase their salaries without municipal and state control, federal laws should be created to avoid so many salaries for employees who do little or nothing for their citizens*

*In Puerto Rico there are agencies that do nothing to solve the problems of the citizens, whoever they are or whatever their name may be. But the Federal Fiscal Board needs to go into many more areas, including the emotional games that it allows by all political sectors in not being fair with the little that we earn in our pensions because of the ramblings of politicians and heads and officials of the incomplete Commonwealth agencies,* […]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

5.

[…] *and for which we remain citizens without federal protections supplemented as God intended.*

*God makes no exceptions as to people.*

*Well, the Fiscal Control Board, in a fair and reasonable environment, should put all of this in order so that the least that retirement pensioners receive is 10% of the $2500 and from then on, whoever earns the most should pay the most, from 10% to the maximum of 17% or more.*

*But this should be established and those responsible should be put on one side and those who approved loans to politicians should be charged. Because we, the population, are neither responsible nor guilty for the administrative disasters from which so many billions of federal, state, municipal and other billions of money from foreign loans disappeared.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Exhibit A-1 Page 39 of 44

*6.*

*How many times have I seen with my own eyes constructions that for the good of the citizens are not necessary and that if there are needs and permanencies of jobs that are justified.*

*In all of this, it is necessary that the new, current, and future federal laws control and avoid the administrative excesses that could be illegal or due to the idealism of politicians, which do not help the needs of the citizens at all.*

*But there are municipal, state and federal laws that in no way help to improve and change the attitudes of those who should be the example. They do not practice it; as the biblical saying goes, physician, heal thyself. For those who have the cure and the political power to make positive changes and not forget them before their death and before their eternal destiny. But the unjust will receive their injustices eternally and as the expression on the coin says, In God we trust, but in their attitudes, in not being just, God has no use for them.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*7.*

*I hope that the politicians in the USA and others do not continue to be unfair to US citizens who live in the colonized island of the modern politicians of the old territorial island.*

*I hope that as they continue to treat us before this colonial and territorial system, without a fair citizenship, and as if those of us who live in Puerto Rico were not respected by Republicans, Democrats and any other thought of those who in their conduct of those who decide on Puerto Rico. There was no sensitivity, neither human, nor religious, nor fear of God. For they are unjust. And if the righteous with difficulty is saved, where will the unfaithful go, indeed, and the sinner.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

8.

*I request and it should also be your concern:*

*1. Those who are the owners and shareholders of Luma and their salaries from Canada.*

*2. Those who are the owners and shareholders of the corporations and businesses of the
public-private sector in Puerto Rico.*

*3. How did they achieve their economic capabilities for them to be the owners and shareholders
of any corporation in Puerto Rico and outside of Puerto Rico?*

*4. And if there are federal laws, no time limits for the Federal Government to occupy any
property and profits in those who take ownership of what does not belong to them and who
continually exploit us with all the increases in everything. Jesus Christ called them thieves, and
if they love the salvation of the soul, give back what is not theirs.*

[illegible]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Exhibit A-1 Page 42 of 44

Edwin Ortiz-Vázquez
P.O. Box 464
Aguirre, P.R. 00704

RECEIVED
OCT 29 2021
PRIME CLERK

To: Judge Laura Taylor Sw
United State District Cou
850 Third Avenue
Suite 412
Brooklyn, NY 11232

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.
15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 47589**

Signed this 15th day of December, 2021

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator
Verify at www.atanet.org/verify

________________________

Andreea I. Boscor

