# EXHIBIT B

22 de Noviembre 2021.

Honorable Laura Taylor Swain
Jues Federal. U.S.D.C. Jugde.

Reciva usted, mi mas alto Respeto. De mi mente surjen algunas ideas. Para Policia Estatal. oficiales correccionales. y maestros-Educ. Poblka. Que Las personas. y compañias. que esten en Funsiones actuales de Trabajo. se Les cobre desde uno a 3.% en un pago permanente al Tesoro Federal. propositos y planes con esos dolares. sera para el pago de aumentos a La principal ajensia de seguridad. osea a La Policia de Puerto Rico. sistema de Retiro Federal. y Seguro Social. y S.S.S. Seguro social suplementario. y a aquellos que cobramos menos de $1,000.00 se nos conseda un aumento de $500.00 y devido al alto costo de vida. Anualmente. 5%. eso anualmente. y como esprese. y estoy dando a entender. y convensido que nadie en Puerto Rico. inclulle sus politicos. no Tengan ningana interferensia con todo esto. y que a Los maestros. Les proteja esta Ley Federal.

Muchas Gracias. De: Edwin Ortiz Vazquez.

y que por orden del Tribunal Federal. siendo usted. La Honorable. Jues Federal. se nos elimine. 3.A 4% de las Contribuciones. que Pagamos Todos en Puerto Rico. en Contribuciones en Gasolina. en Puerto Rico. Por cierto. no importa lo que vajen los costos. siempre pagamos muy caro. La Gasolina. La Lus. y el agua. y cuantas otras cosas mas pagamos. Pues nuestros Politicos son Locos creando Leyes. para vasiar nuestros pocos centavos. y Dolares. y que La Junta de control Fiscal Federal. no sigue Resbalando. como los Politicos en Puerto Rico. y otros mas.

Muchas Gracias

Esta es la 3.ves que envio informacion a usted. Honorable Jues. Laura Taylor Swain.

Nada Mas.

Edwin Ortiz Vazquez.

En Puerto Rico. La mayoria de Empleados ~~Pit cobramos Poco~~, pero Empleados, en los canales de Television. y muchos mas tienen de Salario un buen sueldo. y veneficios. y Compeñias Publico Privadas. y Privadas. hay otras areas que Pueden

③

entral a pagar contribuciones federales. para el bien de los U.S.C. en Puerto Rico. y Ajencias Pub incluyendo. La corporación del fondo. del seguro del Estado. Cobran un buen salario. y Tienen un buen dinero, en sus arcas. Economicas y como esa Ajencias. hay otras. Publicas Privadas.. y Publicas, que La Junta de Control. Fiscal Federal. no Llega a ellas. continuan Resbalando. Como Los Politicos. y otras personas,

Tenemos, graves problemas, con dueños. y accionistas de Planes. Medico. mientras ellos. se enriquesen. y Ganan millones de dolares. Los pasientes. y medicos. no Resivimos, Los servicios de Salud correspondientes. y Lugares de servicios de salud. Para que en Toda oficina de medicos. den Los servicios de salud que incluya. Todos Los Planes medicos

```
UNITED STATES POSTAL SERVICE
                AGUIRRE
           100 CALLE PRINCIPAL
          AGUIRRE, PR 00704-9998
               (800)275-8777
11/04/2021                         10:49 AM
─────────────────────────────────────────────
Product            Qty    Unit      Price
                          Price
─────────────────────────────────────────────
PM Express 1-Day    1               $27.10
Flat Rate Env
   Brooklyn, NY 11232
   Flat Rate
   Signature Waiver
   Scheduled Delivery Date
      Fri 11/05/2021 06:00 PM
   Money Back Guarantee
   Tracking #:
      EJ885510865US
   Insurance                         $0.00
      Up to $100.00 included
Total                               $27.10
─────────────────────────────────────────────
Grand Total:                        $27.10
─────────────────────────────────────────────
Cash                                $28.00
Change                              -$0.90
```

*********************************************
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
*********************************************

The timeliness of service to or from
destinations outside the contiguous US may
be affected by the limited availability of
transportation.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

Earn rewards on your business account
purchases of Priority Mail labels
with the USPS Loyalty program by
using Click and Ship. Visit
www.usps.com/smallbizloyalty
for more info.

United States Postal Service
NOW HIRING NATIONWIDE
Career Path Positions with Benefits
Apply online at
www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 420540-0704
Receipt #: 840-50060048-1-5629651-2
Clerk: 03

---

```
UNITED STATES POSTAL SERVICE
                AGUIRRE
           100 CALLE PRINCIPAL
          AGUIRRE, PR 00704-9998
               (800)275-8777
10/28/2021                         09:54 AM
─────────────────────────────────────────────
Product            Qty    Unit      Price
                          Price
─────────────────────────────────────────────
PM Express 1-Day    1               $27.10
Flat Rate Env
   Brooklyn, NY 11232
   Flat Rate
   Signature Requested
   Scheduled Delivery Date
      Fri 10/29/2021 06:00 PM
   Money Back Guarantee
   Tracking #:
      EJ885510715US
   Insurance                         $0.00
      Up to $100.00 included
Total                               $27.10
─────────────────────────────────────────────
Grand Total:                        $27.10
─────────────────────────────────────────────
Cash                                $28.00
Change                              -$0.90
```

*********************************************
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
*********************************************

The timeliness of service to or from
destinations outside the contiguous US may
be affected by the limited availability of
transportation.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

Earn rewards on your business account
purchases of Priority Mail labels
with the USPS Loyalty program by
using Click and Ship. Visit
www.usps.com/smallbizloyalty
for more info.

United States Postal Service
NOW HIRING NATIONWIDE
Career Path Positions with Benefits
Apply online at
www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 420540-0704
Receipt #: 840-50060048-1-5607754-2
Clerk: 05



FROM:
Edwin Ortiz-Vazquez
P.O. Box 464
Aguirre, P.R. 00704
PHONE (787) 233-2045

TO:
Hon. Laura Taylor Swain
U.S District Court Judge
850 Third Avenue Suite 412
Brooklyn, NY 11232

RECEIVED
NOV 26 2021
PRIME CLERK