# EXHIBIT B-1

 

November 22, 2021

Honorable Laura Taylor Swain
Federal Judge, U.S.D.C. Judge

Please accept my highest respect.

A few ideas have sprung forth from my mind for the State Police, Correctional Officials and Public Education Teachers. That the individuals and companies that are currently exercising their work duties be charged from one to three percent on a permanent basis of payment to the Federal Treasury; purposes and plans for those dollars being to pay raises for the main security agency. In other words, the Federal Retirement system and the supplementary social security of the Police force of Puerto Rico, and that for those of us who collect less than $1,000.00 be granted an increase of $500.00 and 5% annually due to the high cost of living. That would be annually, and, as I expressed and wish to be understood and to convince to that no one in Puerto Rico would include their politicians, they are not to have any interference whatsoever with all this, and that this Federal Law would protect the teachers.

Thank you very much, from Edwin Ortiz Vazquez.

Page 2

and that by order of the Federal Court, yourself being the Honorable Federal Judge, from 3 to 4 % of the taxes be eliminated for us from the taxes that we pay on gasoline in Puerto Rico. It is certain that no matter how much costs are lowered, we always pay very high price for gasoline, electricity, water and so many other things that we have to pay for. But our politicians are crazy, creating laws that empty us out of the few cents and dollars we have, and that the Federal Fiscal Control Board will stop their slippery ways, like the politicians in Puerto Rico and others.

Thank you very much

This is the third time that I am sending information to you, Honorable Judge Laura Taylor Swain.
That is all.
Edwin Ortiz Vazquez

In Puerto Rico, most of the employees collect very little, but employees in the television channels and many others have a good salary and benefits, and public private companies. There are other areas that can →

3. [illegible] to pay federal taxes for the good of the U.S.C. in Puerto Rico and public agencies, including the State insurance fund corporation, they collect a good salary and have plenty of money in their coffers, and like that agency there are others, both public and private, that the Federal Fiscal Control Board does not reach. They continue their slippery ways, like the politicians and others.

We have serious problems with owners and shareholders of medical plans. While they enrich themselves and make millions of dollars, us patients and doctors do not receive the appropriate health

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*28/JANUARY2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

services. And places for health services, so that in every doctor's office they should provide health services that include all the medical plans.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*28/JANUARY2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

```
UNITED STATES
POSTAL SERVICE.
        AGUIRRE
   100 CALLE PRINCIPAL
   AGUIRRE, PR 00704-9998
       (800)275-8777
11/04/2021                    10:49 AM
----------------------------------------
Product          Qty   Unit      Price
                       Price
----------------------------------------
PM Express 1-Day   1             $27.10
Flat Rate Env
   Brooklyn, NY 11232
   Flat Rate
   Signature Waiver
   Scheduled Delivery Date
      Fri 11/05/2021 06:00 PM
   Money Back Guarantee
   Tracking #:
      EJ885510865US
   Insurance                      $0.00
      Up to $100.00 included
Total                            $27.10

Grand Total:                     $27.10

Cash                             $28.00
Change                           -$0.90

***********************************************
USPS is experiencing unprecedented volume
      increases and limited employee
      availability due to the impacts of
   COVID-19. We appreciate your patience.
***********************************************

   The timeliness of service to or from
destinations outside the contiguous US may
be affected by the limited availability of
              transportation.

   Save this receipt as evidence of
insurance. For information on filing an
         insurance claim go to
   https://www.usps.com/help/claims.htm

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
              1-800-222-1811.

         Preview your Mail
         Track your Packages
         Sign up for FREE @
      https://informeddelivery.usps.com

   Earn rewards on your business account
     purchases of Priority Mail labels
     with the USPS Loyalty program by
       using Click and Ship. Visit
       www.usps.com/smallbizloyalty
              for more info.

       United States Postal Service
          NOW HIRING NATIONWIDE
   Career Path Positions with Benefits
              Apply online at
           www.usps.com/careers

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
      Thank you for your business.

      Tell us about your experience.
   Go to: https://postalexperience.com/Pos
   or scan this code with your mobile device,
```



```
         or call 1-800-410-7420.

UFN: 420540-0704
Receipt #: 840-50060048-1-5629651-2
Clerk: 03
```

```
POSTAL SERVICE.
        AGUIRRE
   100 CALLE PRINCIPAL
   AGUIRRE, PR 00704-9998
       (800)275-8777
10/28/2021                    09:54 AM
----------------------------------------
Product          Qty   Unit      Price
                       Price
----------------------------------------
PM Express 1-Day   1             $27.10
Flat Rate Env
   Brooklyn, NY 11232
   Flat Rate
   Signature Requested
   Scheduled Delivery Date
      Fri 10/29/2021 06:00 PM
   Money Back Guarantee
   Tracking #:
      EJ885510715US
   Insurance                      $0.00
      Up to $100.00 included
Total                            $27.10

Grand Total:                     $27.10

Cash                             $28.00
Change                           -$0.90

***********************************************
USPS is experiencing unprecedented volume
      increases and limited employee
      availability due to the impacts of
   COVID-19. We appreciate your patience.
***********************************************

   The timeliness of service to or from
destinations outside the contiguous US may
be affected by the limited availability of
              transportation.

   Save this receipt as evidence of
insurance. For information on filing an
         insurance claim go to
   https://www.usps.com/help/claims.htm

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
              1-800-222-1811.

         Preview your Mail
         Track your Packages
         Sign up for FREE @
      https://informeddelivery.usps.com

   Earn rewards on your business account
     purchases of Priority Mail labels
     with the USPS Loyalty program by
       using Click and Ship. Visit
       www.usps.com/smallbizloyalty
              for more info.

       United States Postal Service
          NOW HIRING NATIONWIDE
   Career Path Positions with Benefits
              Apply online at
           www.usps.com/careers

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
      Thank you for your business.

      Tell us about your experience.
   Go to: https://postalexperience.com/Pos
   or scan this code with your mobile device,
```



```
         or call 1-800-410-7420.

UFN: 420540-0704
Receipt #: 840-50060048-1-5607754-2
Clerk: 05
```

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*28/JANUARY2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*28/JANUARY2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 47589 (2)**

Signed this 28th of January 2022

_____

Andreea I. Boscor

