# EXHIBIT A

RECEIVED
SEP 27 2021
PRIME CLERK

**Additional Resources and Who to Contact with Questions**

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.primeclerk.com/puertorico. This website is maintained by Prime Clerk and includes a searchable database to assist with locating documents.

If you require additional information regarding the Omnibus Objection, the status of your response, your claim, or this notice, please contact the Prime Clerk hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Time) (Spanish available). Inquiries may also be sent via email to puertoricoinfo@primeclerk.com.

De: Eliud Ayala Cruz. Yo no estoy de Acuerdo c/o que yo Traba en la Autoridad de Tierra y en los Colonos de Agricultore En Humacao y Yabucoa P.R. Espero que me valuen, ya que me estan rechasado mi demanda porque mis compañeros estubieron el mismo trabajo M. Reclamo es de 1500.00 espero que me valuen lo hicieron hicieron M. Codico es - 17-20-52

Atentamente
Eliud Ayala Cruz

7

## ANEXO C

**Notificación**

## Tricentésima Octogésima Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 45 | ARROYO RIVERA, ANGEL LUIS<br>PARCELAS MARTTORELL<br>HC#5 4922<br>YABUCOA, PR 00767 | 10/7/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 171555 | $ 12,000.00* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no es parte de los procedimientos al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | ARROYO, DONATO MORAN<br>BOX 11991 BACALABAZA PARO PLAYITA CARR 900 KM23<br>YABUCOA, PR 00767 | 10/7/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 171464 | $ 20.00* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no es parte de los procedimientos al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | ARROYO, JULIO SANTIAGO<br>PO BOX 863<br>NAGUABO, PR 00718 | 10/7/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 171612 | $ 15,000.00* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no es parte de los procedimientos al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | AVILES TORRES, MARIA T<br>URB LA ARBOLEDA C-15<br>#331<br>SALINAS, PR 00751 | 6/5/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169115 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | AVILES TORRES, PEDRO L.<br>P.O. BOX 199<br>SALINAS, PR 00751 | 5/21/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 168982 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | AVILES-PADILLA, MARIA ELENA<br>HC 01 BOX 3721<br>SALINAS, PR 00751 | 6/5/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169117 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Octogésima Objeción Global
Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 51 | AYALA CRUZ, ELIUD<br>P.O. BOX 375<br>HUMACAO, PR 00792 | 10/28/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 172052 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no es parte de los procedimientos al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 52 | AYALA CRUZ, NATANAEL<br>HC 11 BOX 1<br>HUMACAO, PR 00791 | 11/1/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 172114 | $5,000.00* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras o Sugar Corporation, que no son parte de los procedimientos al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 53 | AYALA CRUZ, NOELIA<br>HC 11 BOX 11983<br>HUMACAO, PR 00791-9433 | 11/12/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 172364 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | AYALA DELEON, AURELIO<br>HC 2 BOX 8270<br>YABUCOA, PR 00767 | 11/12/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 172344 | $8,000.00* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no es parte de los procedimientos al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | AYALA FIGUEROA, GONZALO<br>CALLE PALMER BOX 11A<br>SALINAS, PR 00751 | 6/20/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169325 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no es parte de los procedimientos al amparo del Título III.
Una parte de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos (CRA) y se resolverán de conformidad con los procedimientos CRA. Como esta objeción no constituye una objeción a la porción del reclamo en el proceso CRA, los Deudores se reservan el derecho de objetar la porción remanente del reclamo por cualquier fundamento que tuvieren.

| | | | | | | |
|---|---|---|---|---|---|---|
| 56 | AYALA QUINTANA, EDUARDA<br>165 ARROWHEAD DR<br>ROCHESTER, NY 14624-2605 | 12/3/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 172680 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no es parte de los procedimientos al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 57 | AYALA RIVERA, CARLOS<br>URB LLANOS DE SANTA ISABEL C-4<br>SANTA ISABEL, PR 00757 | 5/3/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170644 | Indeterminado* |

* Indica que la reclamación contiene montos por liquidar o indeterminados

De Eliud Ayala Cruz
P.O. Box 375
Humacao, P.R. 00792

MEMPHIS TN 300
16 SEP 2021 PM 2 L
FOREVER / USA

RECEIVED
SEP 27 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

10163-485050