# EXHIBIT A-1

RECEIVED

SEP 27 2021

PRIME CLERK

**Additional Resources and Who to Contact with Questions**

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.primeclerk.com/puertorico. This website is maintained by Prime Clerk and includes a searchable database to assist with locating documents.

If you require additional information regarding the Omnibus Objection, the status of your response, your claim, or this notice, please contact the Prime Clerk hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Time) (Spanish available). Inquiries may also be sent via email to puertoricoinfo@primeclerk.com.

*From: Eliud Ayala Cruz*

*I don't agree that I worked at the Lands Authority and that I am in the Agriculture columns in Humacao and Yabucoa P.R.*

*I hope that you will value me,* [though] *you are rejecting my claim, because my colleagues were in the same job.*

*My claim is for $1500.00. I hope that you value me and what they did* [sic.].

*My code is ES-17-20-52*

*Yours sincerely,*

[Signature]



990123401013987

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## EXHIBIT C

**Notice**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Three Hundred and Eightieth Omnibus Objection
Exhibit A - Claims to be disallowed

| | NAME | SUBMISSION DATE | CASE NUMBER | DEBTOR | CLAIM NO. | ALLEGED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 45 | ARROYO RIVERA, ANGEL LUIS PARCELAS MARTTORELL HC#5 4922 YABUCOA, PR 00767 | 07/10/2019 | 17 BK 03283-LTS | The Commonwealth of Puerto Rico | 171555 | $12,000.00 |
| | Reason: The Proof of Claim presents no grounds to invoke a claim against the Commonwealth of Puerto Rico. The Proof of Claim and the supporting documentation only indicate an obligation between the Claimant and Sugar Corporation, who are not a party to the proceedings under Title III. | | | | | |
| 46 | ARROYO, DONATO MORAN BOX 1191 BACALABAZA PARO PLAYITA CARR 900 KM23 YABUCOA, PR 00767 | 07/10/2019 | 17 BK 03283-LTS | The Commonwealth of Puerto Rico | 171464 | $20.00* |
| | Reason: The Proof of Claim presents no grounds to invoke a claim against the Commonwealth of Puerto Rico. The Proof of Claim and the supporting documentation only indicate an obligation between the Claimant and Sugar Corporation, who are not a party to the proceedings under Title III. | | | | | |
| 47 | ARROYO, JULIO SANTIAGO PO BOX 863 NAGUABO, PR 00718 | 07/10/2019 | 17 BK 03283-LTS | The Commonwealth of Puerto Rico | 171612 | $15,000.00* |
| | Reason: The Proof of Claim presents no grounds to invoke a claim against the Commonwealth of Puerto Rico. The Proof of Claim and the supporting documentation only indicate an obligation between the Claimant and Sugar Corporation, who are not a party to the proceedings under Title III. | | | | | |
| 48 | AVILES TORRES, MARIA T URB LA ARBOLEDA C-15 #331 SALINAS, PR 00751 | 05/06/2019 | 17 BK 03283-LTS | The Commonwealth of Puerto Rico | 169115 | Undetermined* |
| | Reason: The Proof of Claim presents no grounds to invoke a claim against the Commonwealth of Puerto Rico. The Proof of Claim and the supporting documentation only indicate an obligation between the Claimant and Sugar Corporation, who are not a party to the proceedings under Title III. A part of this claim has been transferred to the Administrative Claims Settlement (CRA) process and shall be resolved in accordance with the CRA procedures. As this objection does not constitute an objection to the portion of the claim in the CRA process, the Debtors reserve the right to object to the remaining portion of the claim on any possible ground. | | | | | |
| 49 | AVILES TORRES, PEDRO L. P.O. BOX 199 SALINAS, PR 00751 | 21/05/2019 | 17 BK 03283-LTS | The Commonwealth of Puerto Rico | 168982 | Undetermined* |
| | Reason: The Proof of Claim presents no grounds to invoke a claim against the Commonwealth of Puerto Rico. The Proof of Claim and the supporting documentation only indicate an obligation between the Claimant and Sugar Corporation, who are not a party to the proceedings under Title III. A part of this claim has been transferred to the Administrative Claims Settlement (CRA) process and shall be resolved in accordance with the CRA procedures. As this objection does not constitute an objection to the portion of the claim in the CRA process, the Debtors reserve the right to object to the remaining portion of the claim on any possible ground. | | | | | |
| 50 | AVILES-PADILLA, MARIA ELENA HC 01 BOX 3721 SALINAS, PR 00751 | 05/06/2019 | 17 BK 03283-LTS | The Commonwealth of Puerto Rico | 169117 | Undetermined* |
| | Reason: The Proof of Claim presents no grounds to invoke a claim against the Commonwealth of Puerto Rico. The Proof of Claim and the supporting documentation only indicate an obligation between the Claimant and Sugar Corporation, who are not a party to the proceedings under Title III. A part of this claim has been transferred to the Administrative Claims Settlement (CRA) process and shall be resolved in accordance with the CRA procedures. As this objection does not constitute an objection to the portion of the claim in the CRA process, the Debtors reserve the right to object to the remaining portion of the claim on any possible ground. | | | | | |

* Indicates that the claim contains amounts to be settled or that are undetermined

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Omnibus Objection Three Hundred and Eighty
Exhibit A - Claims to be disallowed

| | NAME | SUBMISSION DATE | CASE NUMBER | DEBTOR | CLAIM NO. | ALLEGED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 51 | AYALA CRUZ, ELIUD P.O. BOX 375 HUMACAO, PR 00792 | 10/28/2019 | 17 BK 03283-LTS | The Commonwealth of Puerto Rico | 172052 | Undetermined* |
| | Reason: The Proof of Claim presents no grounds to invoke a claim against the Commonwealth of Puerto Rico. The Proof of Claim and the supporting documentation only indicate an obligation between the Claimant and Sugar Corporation, who are not a party to the proceedings under Title III. | | | | | |
| 52 | AYALA CRUZ, NATANAEL HC 11 BOX 1 HUMACAO, PR 00791 | 11/1/2019 | 17 BK 03283-LTS | The Commonwealth of Puerto Rico | 172114 | $5,000.00* |
| | Reason: The Proof of Claim presents no grounds to invoke a claim against the Commonwealth of Puerto Rico. The Proof of Claim and the supporting documentation only indicate an obligation between the Claimant and the Land Authority or Sugar Corporation, who are not a party to the proceedings under Title III. | | | | | |
| 53 | AYALA CRUZ, NOELIA HC 11 BOX 11983 HUMACAO, PR 00791-9433 | 11/12/2019 | 17 BK 03283-LTS | The Commonwealth of Puerto Rico | 172364 | Undetermined* |
| | Reason: The Proof of Claim presents no grounds to invoke a claim against the Commonwealth of Puerto Rico. The Proof of Claim and the supporting documentation only indicate an obligation between the Claimant and Sugar Corporation, who are not a party to the proceedings under Title III. A part of this claim has been transferred to the Administrative Claims Settlement (CRA) process and shall be resolved in accordance with the CRA procedures. As this objection does not constitute an objection to the portion of the claim in the CRA process, the Debtors reserve the right to object to the remaining portion of the claim on any possible ground. | | | | | |
| 54 | AYALA DELEON, AURELIO HC 2 BOX 8270 YABUCOA, PR 00767 | 11/12/2019 | 17 BK 03283-LTS | The Commonwealth of Puerto Rico | 172344 | $ 8,000.00* |
| | Reason: The Proof of Claim presents no grounds to invoke a claim against the Commonwealth of Puerto Rico. The Proof of Claim and the supporting documentation only indicate an obligation between the Claimant and Sugar Corporation, who are not a party to the proceedings under Title III. | | | | | |
| 55 | AYALA FIGUEROA, GONZALO CALLE PALMER BOX 11A SALINAS, PR 00751 | 06/20/2019 | 17 BK 03283-LTS | The Commonwealth of Puerto Rico | 169325 | Undetermined* |
| | Reason: The Proof of Claim presents no grounds to invoke a claim against the Commonwealth of Puerto Rico. The Proof of Claim and the supporting documentation only indicate an obligation between the Claimant and Sugar Corporation, who are not a party to the proceedings under Title III. A part of this claim has been transferred to the Administrative Claims Settlement (CRA) process and shall be resolved in accordance with the CRA procedures. As this objection does not constitute an objection to the portion of the claim in the CRA process, the Debtors reserve the right to object to the remaining portion of the claim on any possible ground. | | | | | |
| 56 | AYALA QUINTANA, EDUARDA 165 ARROWHEAD DR ROCHESTER, NY 14624-2605 | 12/3/2019 | 17 BK 03283-LTS | The Commonwealth of Puerto Rico | 172680 | Undetermined* |
| | Reason: The Proof of Claim presents no grounds to invoke a claim against the Commonwealth of Puerto Rico. The Proof of Claim and the supporting documentation only indicate an obligation between the Claimant and Sugar Corporation, who are not a party to the proceedings under Title III. | | | | | |
| | AYALA RIVERA, CARLOS URB LLANOS DE SANTA ISABEL C-4 SANTA ISABEL, PR 00757 | 5/3/2019 | 17 BK 03283-LTS | The Commonwealth of Puerto Rico | 170644 | Undetermined* |

* Indicates that the claim contains amounts to be settled or that are undetermined

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



| 718.384.8040 |
| TargemTranslations.com |
| projects@targemtranslations.com |
| 185 Clymer St. Brooklyn, NY 11211 |

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 172052**

Signed this 15th day of December, 2021



Verify at www.atanet.org/verify

_____

Andreea I. Boscor

