# EXHIBIT C

*Número de Evidencia de Reclamación:* **168285**
*Reclamante:* COLON FLORES, JORGE A

PRIME CLERK

OCT 2 7 2021

RECEIVED

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   ☐ No. *Pase a la Pregunta 4.*
   ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
   CORPORACION AZUCARERA DE PR

3(b). Identifique las fechas de su empleo con relación a su reclamación:
   1970 - 2000

3(c). Últimos cuatro dígitos de su número de seguro social: 4958

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   ☐ Jubilación
   ☒ Salarios impagos
   ☐ Días por enfermedad
   ☐ Queja con el sindicato
   ☐ Vacaciones
   ☒ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).
   RECLAMACION DEL ROMERAZO Y RETIRO QUE NUNCA SE RETUVO.

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   ☐ No.
   ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
   CORPORACION AZUCARERA

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
   US DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

4(c). Número de caso: 17-03283

4(d). Título, epígrafe, o nombre del caso:
   CASOS DEL TITULO III - PROMESA


990123400355317

## Ticket
### [EXTERNAL] Favor abrir documento adjunto.

+ Follow | CloneTicket

| Status | Ticket Number | Company Name | Contact Name | Contact Phone | Ticket Owner |
|---|---|---|---|---|---|
| New | 00964479 | PR ACR (/lig... | farmacialorrainefax (/... | | Document Uploads |

### Ticket Details

**Contact Name**
farmacialorrainefax (/lightning/r/003l00002rgnNsAAI/view)

**Status**
New

**Inquiry Constituency**

**Parent Ticket**
00964406 (/lightning/r/5003l00001HEF6EAAX/view)

**Subject**
[EXTERNAL] Favor abrir documento adjunto.

**Ticket Owner**
Document Uploads

**Workflow**
Pending Audit - DPC

**Escalation Level**
(6) Excluded from Call Log

**Cloned**

**Description**
Escaneado desde Farmacia Lorraine

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: Escolares Counter
Device Name: ALC8055_Escolares

Farmacia Lorraine (Escolares)
1681 Paseo Villa Flores
Ponce, PR 00716
T: 787-843-1838
F: 787-841-1849

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure (https://www.kroll.com/disclosure). Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy (https://www.kroll.com/en/privacy-policy).

**Inquiry Description**

### Related

**Related Tickets (0)** (/lightning/r/Case/5003l00001HEGdnAAH/related/Cases/view)

**Emails (1)** (/lightning/r/Case/5003l00001HEGdnAAH/related/EmailMessages/view)

[EXTERNAL] Favor abrir documento adjunto. (/lightning/r/02s3l00001lkOMXAA3/view)
From Address:    pracrprocess@primeclerk.com (mailto:pracrprocess@primeclerk.c...
To Address:      farmacialorrainefax@gmail.com
Message Date:    10/27/2021, 4:01 PM

View All
(/lightning/r/Case/5003l00001HEGdnAAH/related/EmailMessages/view)

**Ticket Comments (0)** (/lightning/r/Case/5003l00001HEGdnAAH/related/CaseComments/view)

**Ticket History (3+)** (/lightning/r/5003l00001HEGdnAAH/related/Histories/view)

Date:            10/27/2021, 5:18 PM
Field:           Workflow
User:            Dalvania Tejada (/lightning/r/0053l00000HXIxFAAT/view)
Original Value:  Pending Document Upload
New Value:       Pending Audit - DPC

Date:            10/27/2021, 4:02 PM
Field:           Description
User:            Chantal Delos Santos (/lightning/r/0053l00000DzYHgAAN/view)
Original Value:
New Value:

Date:            10/27/2021, 4:02 PM
Field:           Ticket Owner
User:            Chantal Delos Santos (/lightning/r/0053l00000DzYHgAAN/view)
Original Value:  Chantal Delos Santos

History | Notes | Macros | Omni-Channel (Offline)

| New Value: | Document Uploads |
|---|---|

View All

(/lightning/r/Case/5003I00001HEGdnAAH/related/Histories/view)

**Articles (0)** (/lightning/r/Case/5003I00001HEGdnAAH/related/CaseArticles/view) ▼

**Files (0)** (/lightning/r/Case/5003I00001HEGdnAAH/related/AttachedContentDocuments/view) ▼

⬆ Upload Files

**Open Activities**

**Activity History**

**Attachments**

**Feed**   **Details**

Post | Email | Internal Comment | Change Status | Close the Case | Change Priority

Share an update...    **Share**

Most Recent Activity ▼                     🔍 Search this feed...

**All Updates**   Emails   Text Posts   Status Changes

🕐 History   📝 Notes   ≫ Macros   ○ Omni-Channel (Offline)

**System**
Ticket updated

Workflow: Pending Document Upload to Pending Audit - DPC
Workflow: A blank value to Pending Document Upload
Ticket Owner: Chantal Delos Santos to Document Uploads

October 27, 2021 at 4:02 PM (/lightning/r/0Dg3l00000SdodICAB/view)

Show All Updates

**Chantal Delos Santos** (/lightning/r/0053I00000DzYHqAAN/view)
(/lightning/r/0053I00000DzYHqAAN/vi...w) To: farmacialorrainefax

4h ago (/lightning/r/0D53I00006nOPFACA4/view)

Escaneado desde Farmacia Lorraine

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: Escolares Counter
Device Name: ALC8055_Escolares

Farmacia Lorraine (Escolares)
1681 Paseo Villa Flores
Ponce, PR 00716
T: 787-843-1838
F: 787-841-1849

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

📄 SCAN.pdf

↩ Reply    ↩ Reply All    → Forward    💬 Comment

**Chantal Delos Santos** (/lightning/r/0053I00000DzYHqAAN/view)
(/lightning/r/0053I00000DzYHqAAN/vi...w) Ticket created

4h ago (/lightning/r/0D53I00006nOPF9CAO/view)

Subject: [EXTERNAL] Favor abrir documento adjunto.
Status: New
Ticket Number: 00964479
Company Name: PR ACR
Contact Name: farmacialorrainefax
Contact Phone:
Ticket Owner: Chantal Delos Santos

💬 Comment