# EXHIBIT C-1

*Proof of Claim Number:* **168285**
*Claimant:* **COLON FLORES, JORGE**

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

 ☐ No. *Please continue to Question 4.*
 ☒ Yes. **Answer Questions 3(a)-(d).**

3(a). Identify the specific agency or department where you were or are employed:
 PR SUGAR CORPORATION

3(b). Identify the dates of your employment related to your claim:
 1970 - 2000

3(c). Last four digits of your social security number: 4958

3(d). What is the nature of your employment claims (select all that apply):

 ☐ Retirement
 ☒ Unpaid Wages
 ☐ Sick Days
 ☐ Union Grievance
 ☐ Vacation
 ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).
 ROMERAZO CLAIM AND CLAIM FOR RETIREMENT THAT WAS NEVER WITHHELD.

4. **Legal Action.** Does your claim relate to a pending or closed legal action?

 ☐ No.
 ☒ Yes. **Answer Questions 4(a)-(f).**

4(a). Identify the department or agency that is a party to the action.
 SUGAR CORPORATION

4(b). Identify the name and address of the court or agency where the action is pending:

 US DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

4(c). Case number: 17-03283

4(d). Title, Caption, or Name of Case:

 TITLE III – PROMESA CASES

Batch 2

2



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Ticket | | | | | | + Follow | CloneTicket |
|---|---|---|---|---|---|---|---|
| **[EXTERNAL] Please open attachment** | | | | | | | |
| Status | Ticket Number | Company Name | Contact Name | Contact Phone | Ticket Owner | | |
| New | 00964479 | PR ACR (/lig... | farmacialorrainefax (/... | | Document Uploads | | |

### Ticket Details

| | |
|---|---|
| **Contact Name** | **Ticket Owner** |
| farmacialorrainefax (/lightning/r/0033l00002rgnNsAAI/view) | Document Uploads |
| **Status** | **Workflow** |
| New | Pending Audit - DPC |
| **Inquiry Constituency** | **Escalation Level** |
| | (6) Excluded from Call Log |
| **Parent Ticket** | **Cloned** |
| 00964406 (/lightning/r/5003l00001HEF6EAAX/view) | |
| **Subject** | **Description** |
| [EXTERNAL] Please open attachment | Scanned from Farmacia Lorraine |
| | Attachment File Type: pdf, Multi-Page |
| | Multifunction Printer Location: Escolares Counter |
| | Device Name: ALC8055_Escolares |
| | |
| | Farmacia Lorraine (Escolares) |
| | 1681 Paseo Villa Flores |
| | Ponce, PR 00716 |
| | T: 787-843-1838 |
| | F: 787-841-1849 |
| | |
| | This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure (https://www.kroll.com/disclosure). Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy (https://www.kroll.com/en/privacy-policy). |

**Inquiry Description**

### Related

**Related Tickets (0)** (/lightning/r/Case/5003l00001HEGdnAAH/related/Cases/view)

**Emails (1)** (/lightning/r/Case/5003l00001HEGdnAAH/related/EmailMessages/view)

[EXTERNAL] Favor abrir documento adjunto. (/lightning/r/02s3l00001lkOMXAA3/view)
From Address: pracroprocess@primeclerk.com (mailto:pracroprocess@primeclerk.c...
To Address: farmacialorrainefax@gmail.com
Message Date: 10/27/2021, 4:01 PM

View All
(/lightning/r/Case/5003l00001HEGdnAAH/related/EmailMessages/view)

**Ticket Comments (0)** (/lightning/r/Case/5003l00001HEGdnAAH/related/CaseComments/view)

**Ticket History (3+)** (/lightning/r/Case/5003l00001HEGdnAAH/related/Histories/view)

| | |
|---|---|
| Date: | 10/27/2021, 5:18 PM |
| Field: | Workflow |
| User: | Dalvania Tejada (/lightning/r/0053000000HX0xFAAT/view) |
| Original Value: | Pending Document Upload |
| New Value: | Pending Audit - DPC |
| Date: | 10/27/2021, 4:02 PM |
| Field: | Description |
| User: | Chantal Delos Santos (/lightning/r/0053000000DrYHqAAN/view) |
| Original Value: | |
| New Value: | |
| Date: | 10/27/2021, 4:02 PM |
| Field: | Ticket Owner |
| User: | Chantal Delos Santos (/lightning/r/0053000000DrYHqAAN/view) |
| Original Value: | Chantal Delos Santos |

History  Notes  Macros  Omni-Channel (Offline)

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| New Value: | Document Uploads |
|---|---|
| | View All |

(/lightning/r/Case/5003I00001HEGdnAAH/related/Histories/view)

**Articles (0)** (/lightning/r/Case/5003I00001HEGdnAAH/related/CaseArticles/view)

**Files (0)** (/lightning/r/Case/5003I00001HEGdnAAH/related/AttachedContentDocuments/view)

⬆ Upload Files

**Open Activities**

**Activity History**

**Attachments**

**Feed**   **Details**

Post   Email   Internal Comment   Change Status   Close the Case   Change Priority

Share an update...   Share

Most Recent Activity ▼                                     🔍 Search this feed...

All Updates   Emails   Text Posts   Status Changes

⏱ History   📝 Notes   ▶ Macros   ○ Omni-Channel (Offline)

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Scanned from Farmacia Lorraine

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 168285 (2)**

Signed this 20th day of December, 2021

_____

Andreea I. Boscor

