# EXHIBIT D-1

To: CLERK OFFICE OF UNITED STATES,

District Court room 150 Federal Building, San Juan, P.R. 00918-1767

Case Number: 17-BK-03283

Debtor: COMMONWEALTH OF PUERTO RICO

OMNIBUS OBJECTION: 380   CLAIM: 171765

YEARS WORKED FROM 1989-1996.

RECEIVED SEP 22 2021 PRIME CLERK LLC

SUBJECT: To my understanding the years I worked with Corporación Azucarera Central Mercedita de Ponce, P.R. in the Security Department and afterwards in the Maintenance Department, it belonged to the COMMONWEALTH OF PUERTO RICO and the Government was the one responsible for resolving any salary increase situation or claim based on the stipulated agreement.

If there was a salary increase or any other benefit for the time that I worked, I have not seen an increase increased. I am part of this claim if there is an opportunity for the Government to come to an agreement.

1. Romerazo, a law signed in 1979: By the then-governor Carlos Romero Barcelo who changed the salary scales for civil servants.
2. Act 96, under Sila María Calderón, which entailed an increase in the wage check.
3. To verify the checks under the name of who paid them: The Government, not private companies.


Yours faithfully, Julio M. López Álvarez.
        [Signature]
Telephone: 978-242-2070


Subscribed and Sworn
Today 8/7 day of 2021
[Signature]
ISABEL MELENDEZ
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires On
June 08, 2023

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 171765**

Signed this 15th day of December, 2021

_____

Andreea I. Boscor

