# EXHIBIT A



**GOBIERNO DE PUERTO RICO**
AUTORIDAD DE ASESORÍA FINANCIERA Y AGENCIA FISCAL DE PUERTO RICO

RECEIVED
OCT 15 2021
PRIME CLERK LLC

Roca Troche, María Enid
PO Box 166
Mercedita PR 00715

Re: Reclamación Núm. 174643 REQUIERE RESPUESTA

Estimado Roca Troche, María Enid

Reciba un cordial saludo de parte de la Autoridad de Asesoría Financiera y Agencia Fiscal ("AAFAF"). En virtud de la Ley Núm. 2-2017, la AAFAF representa al Gobierno de Puerto Rico ante el Tribunal del Título III de PROMESA[1] ("Tribunal de Título III"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia ("Reclamación") ante el Tribunal de Título III.

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que la entidad gubernamental para la cual trabaja(ó) pueda atender adecuadamente su Reclamación.

En consecuencia, se le solicita que someta una comunicación en la cual describa detalladamente la naturaleza de su Reclamación. En su carta, debe incluir: (1) número de teléfono donde se le pueda contactar directamente; (2) su número de empleado; (3) número de seguro social; (4) de su Reclamación haberse sometido a un proceso administrativo y/o judicial, indicar número de caso administrativo, judicial o ambos; y (5) toda documentación en apoyo de su reclamo. Si usted tiene pendiente un caso administrativo o judicial contra la entidad para la cual trabaja(ó) favor de así especificarlo. Si, por el contrario, el caso fue adjudicado con carácter de finalidad, favor incluya una copia de la resolución y/o sentencia final, de tenerla disponible.

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*


9901234010136B7

Centro Gubernamental Roberto Sánchez Vilella (Minillas), Ave. De Diego, Parada 22, San Juan, PR 00907 | PO Box 42001, San Juan, PR 00940-2001

Exhibit A

FORMULARIO DE RESPUESTA DEL RECLAMANTE

Claim No. 174643    Creditor Name: Roca Troche, María Enid

| | | |
|---|---|---|
| (1) | Nombre Completo | María Enid Roca Troche |
| (2) | Número de teléfono | 787-374-6483 |
| (3) | Número de empleado | |
| (4) | Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Puerto Rico Telephone Comp. |
| (5) | Correo electrónico | mroca220@gmail.com |
| (6) | Número de seguro social (últimos cuatro dígitos) | 3220 |
| (7) | Número de caso administrativo o judicial, si aplica. Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (Proof of Claim) | 174643 |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. Incluya páginas adicionales si es necesario. | Puerto Rico telephone Comp. era agencia del gobierno, en el momento que se aprovó La Ley Promesa (El Romerazo) y por consiguiente entiendo que cualifico para esta demanda. Gracias [signature] |

*** Attach any supporting documentation you may have related to your claim. ***



**GOBIERNO DE PUERTO RICO**
AUTORIDAD DE ASESORÍA FINANCIERA Y AGENCIA FISCAL DE PUERTO RICO

Roca Troche, María Enid
PO Box 166
Mercedita PR 00715

Re: Reclamación Núm. 178337 <u>REQUIERE RESPUESTA</u>

Estimado Roca Troche, María Enid

Reciba un cordial saludo de parte de la Autoridad de Asesoría Financiera y Agencia Fiscal ("AAFAF"). En virtud de la Ley Núm. 2-2017, la AAFAF representa al Gobierno de Puerto Rico ante el Tribunal del Título III de PROMESA[1] ("Tribunal de Título III"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia ("Reclamación") ante el Tribunal de Título III.

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que la entidad gubernamental para la cual trabaja(ó) pueda atender adecuadamente su Reclamación.

En consecuencia, se le solicita que someta una comunicación en la cual describa detalladamente la naturaleza de su Reclamación. En su carta, debe incluir: (1) número de teléfono donde se le pueda contactar directamente; (2) su número de empleado; (3) número de seguro social; (4) de su Reclamación haberse sometido a un proceso administrativo y/o judicial, indicar número de caso administrativo, judicial o ambos; y (5) toda documentación en apoyo de su reclamo. Si usted tiene pendiente un caso administrativo o judicial contra la entidad para la cual trabaja(ó) favor de así especificarlo. Si, por el contrario, el caso fue adjudicado con carácter de finalidad, favor incluya una copia de la resolución y/o sentencia final, de tenerla disponible.

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*

Centro Gubernamental Roberto Sánchez Vilella (Minillas), Ave. De Diego, Parada 22, San Juan, PR 00907 | PO Box 42001, San Juan, PR 00940-2001

Exhibit A

FORMULARIO DE RESPUESTA DEL RECLAMANTE

Claim No. 178337   Creditor Name: Roca Troche, María Enid

| | | |
|---|---|---|
| (1) | Nombre Completo | María Enid Roca Troche |
| (2) | Número de teléfono | 787-374-6483 |
| (3) | Número de empleado | |
| (4) | Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Puerto Rico Telephone Company |
| (5) | Correo electrónico | mroca220@gmail.com |
| (6) | Número de seguro social (últimos cuatro dígitos) | 3220 |
| (7) | Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (Proof of Claim). 178337 |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. Incluya páginas adicionales si es necesario. | Puerto Rico Telephone Company era agencia del gobierno, en el momento que se aprovó La Ley Promesa, (El Romerazo) y por consiguiente entiendo que cualifico para esta demanda. Gracias María J. Roca L. |

*** Attach any supporting documentation you may have related to your claim. ***

Tricentésima Octogésima Segunda Objeción Global
Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 736 | ROBLES REYES, JOSE M. 21 FLOR DE MAGA NARANJO VALLEY FAJARDO, PR 00738 | 10/23/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 177530 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 737 | ROBLES RIVERA, LYSSET T. 5 BEACH VILLAGE DR APT 145 HUMACAO, PR 00791 | 10/13/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 177296 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 738 | ROBLES RIVERA, LYSSET T. 5 BEACH VILLAGE DR APT 145 HUMACAO, PR 00791 | 9/15/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 178062 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 739 | ROBLES RIVERA, MARIA T. 221 AVENIDA B URB SANTA ISIDRA I FAJARDO, PR 00738 | 9/15/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 176091 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 740 | ROBLES RIVERA, MARIA T. 221 AVENIDA B URB SANTA ISIDRA I FAJARDO, PR 00738 | 10/13/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 177152 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 741 | ROCA TROCHE, MARIA ENID PO BOX 166 MERCEDITA, PR 00715 | 7/26/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 178337 | $4,800.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 742 | RODRIGUEZ ACEVEDO, WILLIAM BOX 5000-818 AGUEDA, PR 00602 | 10/13/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 177330 | $4,800.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Tricentésima Octogésima Primera Objeción Global
Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 750 | RIVERA TORRES, VILMARIE<br>RR-1 BOX 2258-1<br>CIDRA, PR 00739 | 9/8/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 175167 | $12,000.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 751 | RIVERA, CARMELO CAMACHO<br>HC 02 - BOX 3878<br>MAUNABO, PR 00707 | 7/16/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 174270 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no es parte de los procedimientos al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 752 | RIVERA, MARTA N<br>URB LEVITTONWN LAKES<br>JS9 CALLE ASUNCION BOBADILLA<br>TOA BAJA, PR 00949-3602 | 7/26/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 174325 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 753 | RIVERA, MIGUEL<br>Q-16 CALLE GUANABANA URB<br>JARDINES DE CATAÑO<br>CATAÑO, PR 00962 | 9/2/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 174935 | $3,600.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 754 | RIVERA-RIVERA, JANET<br>BONNEVILLE HEIGHTS/CALLE VIEQUES #12<br>CAGUAS, PR 00727 | 9/8/2020 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 175201 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 755 | ROCA TROCHE, MARIA ENID<br>PO BOX 166<br>MERCEDITA, PR 00715 | 7/29/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 174643 | $4,800.00 |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no es parte de los procedimientos al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 756 | RODRIGUEZ ALVAREZ, MANUEL<br>HC 6 BOX 11302<br>YABUCOA, PR 00767 | 3/4/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 173386 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no es parte de los procedimientos al amparo del Título III.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Página 115 de 153

Maria Roca
PO BOX 166
Mercedita PR 00715



CERTIFIED MAIL
7021 1970 0000 3440 1261



U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA PR
00715
OCT 12, 21
AMOUNT
$8.36
R2304M116599-03

Secretaria
Tribunal de Distrito de
Los Estados Unidos
150 Ave. Chardón suite 150
Edificio Federal
San Juan Puerto Rico
00918

Maria Emid Roca
PO BOX 166
Mercedita PR
00715


7021 1970 0000 3439 2156




U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
SEP 17, 21
AMOUNT
$8.16
R2305M146599-02

Secretaria (Clerk's Office)
Tribunal de Distrito de los
    Estados Unidos
150 Avenida Chardón
Edificio Federal
    San Juan Puerto Rico
        00918