# EXHIBIT A-1

[Coat of Arms: GOVERNMENT OF PUERTO RICO –
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY]

RECEIVED

OCT 1 5 2021

PRIME CLERK LLC

Roca Troche, *María Enid*
*PO BOX 166*
*Mercedita PR 00715*

**Re: Claim No. *174643* <u>REQUIRES RESPONSE</u>**

Dear **Roca Troche, *María Enid***

The Fiscal Agency and Financial Advisory Authority ("FAFAA") sends its best regards. By virtue of Act No. 2-2017, the FAFAA represents the Government of Puerto Rico before the PROMESA[1] Title III Court ("Title III Court"). You are receiving this letter because you submitted the Proof of Claim before the Title III Court.

As you are aware, the Debtors under PROMESA Title III, through the Financial Oversight and Administration Board for Puerto Rico, transferred their Claim to the Administrative Claim Reconciliation Proceedings with the aim of resolving their Claim using the existing administrative processes of the Government of Puerto Rico. The purpose of this letter is to notify you that the information provided by you up to now is not sufficient for the government entity for whom you work(ed) to adequately handle your Claim.

Therefore, it is hereby requested that you submit a letter describing the nature of your Claim in detail. In your letter, you must include: (1) telephone number where you can be contacted directly; (2) your employee number; (3) social security number; (4) if your Claim has been submitted to administrative or judicial proceedings, indicate the administrative and/or judicial case number; and (5) all documentation in support of your claim. If you have an administrative or judicial case pending against the entity for whom you work(ed), please so indicate. If, on the contrary, a final ruling was issued on the case, please include a copy of the final decision and/or ruling if you have it available.

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*

[Barcode: 990123401013687]

Centro Gubernamental Roberto Sánchez Vilella (Minillas), Ave. De Diego, Parada 22, San Juan, PR 00907 | PO Box 42001, San Juan, PR 00940-2001

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Exhibit A
CLAIMANT RESPONSE FORM

**Claim No. 17*4643*    Creditor Name: Roca Troche, *María Enid***

| | | |
|---|---|---|
| (1) | Full Name | *María Enid Roca Troche* |
| (2) | Telephone number | *787-374-6483* |
| (3) | Employee number | |
| (4) | Agency you work(ed) for and date. If you were employed with more than one agency, please identify the agency or agencies related to your claim and the dates during which you were employed by each agency. | *Puerto Rico Telephone Comp.* |
| (5) | Email address | *mroca220@gmail.com* |
| (6) | Social security number (last four digits) | *3220* |
| (7) | Administrative or judicial case number, if applicable | Include number of administrative and/or judicial case, if any, that you have filed and that is directly related to the benefits claimed on the Proof of Claim. <br><br> *174643* |
| (8) | Describe the nature of your claim in detail, and the grounds on which you believe that you are entitled to the claimed benefit. **Include additional pages if necessary.** | *Puerto Rico Telephone Comp. was a government agency when the Promesa Law (El Romerazo) was passed and, therefore, I deem that I qualify for this claim.* <br> *Thank you* <br> [Signature] |

*** Attach any supporting documentation you may have related to your claim ***

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Coat of Arms: GOVERNMENT OF PUERTO RICO –
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY]


Roca Troche, *María Enid*
*PO BOX 166*
*Mercedita PR 00715*

**Re: Claim No. 178337 <u>REQUIRES RESPONSE</u>**

Dear **Roca Troche, *María Enid***

The Fiscal Agency and Financial Advisory Authority ("FAFAA") sends its best regards. By virtue of Act No. 2-2017, the FAFAA represents the Government of Puerto Rico before the PROMESA[2] Title III Court ("Title III Court"). You are receiving this letter because you submitted the Proof of Claim before the Title III Court.

As you are aware, the Debtors under PROMESA Title III, through the Financial Oversight and Administration Board for Puerto Rico, transferred their Claim to the Administrative Claim Reconciliation Proceedings with the aim of resolving their Claim using the existing administrative processes of the Government of Puerto Rico. The purpose of this letter is to notify you that the information provided by you up to now is not sufficient for the government entity for whom you work(ed) to adequately handle your Claim.

Therefore, it is hereby requested that you submit a letter in which describing the nature of your Claim in detail. In your letter, you must include: (1) telephone number where you can be contacted directly; (2) your employee number; (3) social security number; (4) if your Claim has been submitted to administrative or judicial proceedings, indicate the administrative and/or judicial case number; and (5) all documentation in support of your claim. If you have an administrative or judicial case pending against the entity for whom you work(ed), please so indicate. If, on the contrary, a final ruling was issued on the case, please include a copy of the final decision and/or ruling if you have it available.

---

[2] *Puerto Rico Oversight, Management, and Economic Stability Act.*

Centro Gubernamental Roberto Sánchez Vilella (Minillas), Ave. De Diego, Parada 22, San Juan, PR 00907 | PO Box 42001, San Juan, PR 00940-2001

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Exhibit A
CLAIMANT RESPONSE FORM

**Claim No. 178337**      **Creditor Name: Roca Troche, María Enid**

| | | |
|---|---|---|
| (1) | Full Name | *María Enid Roca Troche* |
| (2) | Telephone number | *787-374-6483* |
| (3) | Employee number | |
| (4) | Agency you work(ed) for and date. If you were employed with more than one agency, please identify the agency or agencies related to your claim and the dates during which you were employed by each agency. | *Puerto Rico Telephone Company* |
| (5) | Email address | *mroca220@gmail.com* |
| (6) | Social security number (last four digits) | *3220* |
| (7) | Administrative or judicial case number, if applicable | Include number of administrative and/or judicial case, if any, that you have filed and that is directly related to the benefits claimed on the Proof of Claim.<br><br>*178337* |
| (8) | Describe the nature of your claim in detail, and the grounds on which you believe that you are entitled to the claimed benefit. **Include additional pages if necessary.** | *Puerto Rico Telephone Comp. was a government agency when the Promesa Law (El Romerazo) was passed and, therefore, I deem that I qualify for this claim.*<br>*Thank you*<br>[Signature] |

*** Attach any supporting documentation you may have related to your claim ***

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## Three Hundred and Eighty-Second Omnibus Objection
## Exhibit A - Claims to be dismissed

| | NAME | SUBMISSION DATE | CASE NUMBER | DEBTOR | CLAIM NO. | ALLEGED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 736 | ROBLES REYES, JOSE M.<br>21 FLOR DE MAGA NARANJO VALLEY<br>FAJARDO, PR 00738 | 10/23/2020 | 17 BK 03283-LTS | The Commonwealth of Puerto Rico | 177530 | Undetermined* |
| | Reason: The Proof of claim presents no grounds to invoke a claim against the Commonwealth of Puerto Rico. The Proof of claim and the supporting documentation only indicate an obligation between the Plaintiff and Telefónica de Puerto Rico, who are not a party to the Title III proceedings. | | | | | |
| 737 | ROBLES RIVERA, LYSSET T.<br>5 BEACH VILLAGE DR APT 145<br>HUMACAO, PR 00791 | 10/13/2020 | 17 BK 03283-LTS | The Commonwealth of Puerto Rico | 177296 | Undetermined* |
| | Reason: The Proof of claim presents no grounds to invoke a claim against the Commonwealth of Puerto Rico. The Proof of claim and the supporting documentation only indicate an obligation between the Plaintiff and Telefónica de Puerto Rico, who are not a party to the Title III proceedings. | | | | | |
| 738 | ROBLES RIVERA, LYSSET T.<br>5 BEACH VILLAGE DR APT 145<br>HUMACAO, PR 00791 | 09/15/2002 | 17 BK 03283-LTS | The Commonwealth of Puerto Rico | 178062 | Undetermined* |
| | Reason: The Proof of claim presents no grounds to invoke a claim against the Commonwealth of Puerto Rico. The Proof of claim and the supporting documentation only indicate an obligation between the Plaintiff and Telefónica de Puerto Rico, who are not a party to the Title III proceedings. | | | | | |
| 739 | ROBLES RIVERA, MARIA T.<br>221 AVENIDA B URB. SANTA ISIDRA I<br>FAJARDO, PR 00738 | 09/15/2020 | 17 BK 03283-LTS | The Commonwealth of Puerto Rico | 176091 | Undetermined* |
| | Reason: The Proof of claim presents no grounds to invoke a claim against the Commonwealth of Puerto Rico. The Proof of claim and the supporting documentation only indicate an obligation between the Plaintiff and Telefónica de Puerto Rico, who are not a party to the Title III proceedings. | | | | | |
| 740 | ROBLES RIVERA, MARIA T.<br>221 AVENIDA B URB. SANTA ISIDRA I<br>FAJARDO, PR 00738 | 10/13/2020 | 17 BK 03283-LTS | The Commonwealth of Puerto Rico | 177152 | Undetermined* |
| | Reason: The Proof of claim presents no grounds to invoke a claim against the Commonwealth of Puerto Rico. The Proof of claim and the supporting documentation only indicate an obligation between the Plaintiff and Telefónica de Puerto Rico, who are not a party to the Title III proceedings. | | | | | |
| 741 | ROCA TROCHE, MARÍA ENID<br>PO BOX 166<br>MERCEDITA, PR 00715 | 07/26/2020 | 17 BK 03283-LTS | The Commonwealth of Puerto Rico | 178337 | $4,800.00 |
| | Reason: The Proof of claim presents no grounds to invoke a claim against the Commonwealth of Puerto Rico. The Proof of claim and the supporting documentation only indicate an obligation between the Plaintiff and Telefónica de Puerto Rico, who are not a party to the Title III proceedings. | | | | | |
| 742 | RODRÍGUEZ ACEVEDO, WILLIAM<br>BOX 5000-818<br>AGUEDA, PR 00602 | 10/13/2020 | 17 BK 03283-LTS | The Commonwealth of Puerto Rico | 177330 | $4,800.00 |
| | Reason: The Proof of claim presents no grounds to invoke a claim against the Commonwealth of Puerto Rico. The Proof of claim and the supporting documentation only indicate an obligation between the Plaintiff and Telefónica de Puerto Rico, who are not a party to the Title III proceedings. | | | | | |

\* Indicates the claim contains unliquidated or undetermined amounts

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Three Hundred and Eighty-First Omnibus Objection
Exhibit A - Claims to be dismissed

| | NAME | SUBMISSION DATE | CASE NUMBER | DEBTOR | CLAIM NO. | ALLEGED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 750 | RIVERA TORRES, VILMARIE<br>RR-1 BOX 2258-1<br>CIDRA, PR 00739 | 09/08/2020 | 17 BK 03283-LTS | The Commonwealth of Puerto Rico | 175167 | $12,000.00 |
| | Reason: The Proof of claim presents no grounds to invoke a claim against the Commonwealth of Puerto Rico. The Proof of claim and the supporting documentation only indicate an obligation between the Plaintiff and Telefónica de Puerto Rico, who are not a party to the Title III proceedings. | | | | | |
| 751 | RIVERA CARMELO CAMACHO<br>HC 02 - BOX 3878<br>MAUNABO, PR 00707 | 07/16/2020 | 17 BK 03283-LTS | The Commonwealth of Puerto Rico | 174270 | Undetermined* |
| | Reason: The Proof of claim presents no grounds to invoke a claim against the Commonwealth of Puerto Rico. The Proof of claim and the supporting documentation only indicate an obligation between the Plaintiff and Telefónica de Puerto Rico, who are not a party to the Title III proceedings. | | | | | |
| 752 | RIVERA, MARTA N<br>URB. LEVITTOWN LAKES<br>JS9 CALLE ASUNCIÓN BOBADILLA<br>TOA BAJA, PR 00949-3602 | 07/26/2020 | 17 BK 03283-LTS | The Commonwealth of Puerto Rico | 174325 | Undetermined* |
| | Reason: The Proof of claim presents no grounds to invoke a claim against the Commonwealth of Puerto Rico. The Proof of claim and the supporting documentation only indicate an obligation between the Plaintiff and Telefónica de Puerto Rico, who are not a party to the Title III proceedings. | | | | | |
| 753 | RIVERA MIGUEL<br>Q-16 CALLE GUANABANA URB<br>JARDINES DE CATANO<br>CATANO, PR  00962 | 09/02/2020 | 17 BK 03283-LTS | The Commonwealth of Puerto Rico | 174935 | Undetermined* |
| | Reason: The Proof of claim presents no grounds to invoke a claim against the Commonwealth of Puerto Rico. The Proof of claim and the supporting documentation only indicate an obligation between the Plaintiff and Telefónica de Puerto Rico, who are not a party to the Title III proceedings. | | | | | |
| 754 | RIVERA-RIVERA, JANET<br>BONNEVILLE HEIGHTS/CALLE VIEQUES #12<br>CAGUAS, PR 00727 | 09/08/2020 | 17 BK 03566-LTS | The Commonwealth of Puerto Rico | 175201 | Undetermined* |
| | Reason: The Proof of claim presents no grounds to invoke a claim against the Commonwealth of Puerto Rico. The Proof of claim and the supporting documentation only indicate an obligation between the Plaintiff and Telefónica de Puerto Rico, who are not a party to the Title III proceedings. | | | | | |
| 755 | ROCA TROCHE, MARÍA ENID<br>PO BOX 166<br>MERCEDITA, PR 00715 | 07/29/2020 | 17 BK 03283-LTS | The Commonwealth of Puerto Rico | 174643 | $4,800.00 |
| | Reason: The Proof of claim presents no grounds to invoke a claim against the Commonwealth of Puerto Rico. The Proof of claim and the supporting documentation only indicate an obligation between the Plaintiff and Telefónica de Puerto Rico, who are not a party to the Title III proceedings. | | | | | |
| 756 | RODRÍGUEZ ÁLVAREZ, MANUEL<br>HC 6 BOX 11502<br>YABUCOA, PR 00767 | 03/04/2020 | 17 BK 03283-LTS | The Commonwealth of Puerto Rico | 173386 | Undetermined* |
| | Reason: The Proof of claim presents no grounds to invoke a claim against the Commonwealth of Puerto Rico. The Proof of claim and the supporting documentation only indicate an obligation between the Plaintiff and Telefónica de Puerto Rico, who are not a party to the Title III proceedings. | | | | | |

* Indicates the claim contains unliquidated or undetermined amounts

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Clerk's Office*

*United States District Court*

150 Ave. Chardon

*Federal Building*

San Juan Puerto Rico
00918

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Maria Enid Roca
PO BOX 166
Mercedita PR
00715

7021 1970 0000 3439 2156

U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR
00715
SEP 17, 21
AMOUNT
$8.16
R2305M146598-02

Secretaria (Clerk's Office)

*United States District Court*

150 Avenida Chardón

*Federal Building*

San Juan Puerto Rico
00918

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TARGEM TRANSLATIONS**

T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 178337**

Signed this 20th day of December 2021

_____

Andreea I. Boscor

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator

Verify at www.atanet.org/verify

