# EXHIBIT B

13 de Septiembre 202_

Jacqueline Rosado Cotto
Urb Sombras del Real
901 Calle El Caobo
Coto Laurel P.R. 00780
Tel. 787-615-6793
num Reclamación 174471
E-mail jackr_pirita33@yahoo.com
Caso núm. 17BK-03283LTS

RECEIVED
OCT 18 2021
PRIME CLERK



Reclamación y fundamentos por los cuales tengo derecho a reclamar durante, fuimos gobierno al trabajar para la Puerto Rico Telephone Company, desde 12/5/1988. Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio como Representante de Servicio III para la PRTC del estado libre asociado de P.R. La reclamación incluye: Horas extras trabajadas. Bono, Vacaciones, aumento de horas regulares (Salario por y los intereses adquiridos por conceptos de la Ley Julio 1995 - Bonusazo. Título Ley Promesa - Título Al igual así como otras leyes que me apliquen no se me otorgó la compensación correspondiente.
Le agradezco la atención sobre este asunto.

Jacqueline Rosado Co_

Jacqueline Rosado Colón
Urb Sombras del Real
901 Calle El Caobo
Coto Laurel P.R. 00780


RECEIVED
OCT 04 2021



Abogados de la Junta de Supervisión
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299
attn: Martin J. Bienenstock
Brian S. Rosen