# EXHIBIT B-1

September 13, 2021

*Jacqueline Rosado Colón*
*Urb. Sombras del Real*
*901 Calle El Caobo*
*Coto Laurel P.R. 00780*
*Tel. 787-615-6793*
*Claim No. 174471*
*Email: jackr_pirita33@yahoo.com*
*Case No. 17-BK-03283-LTS*



RECEIVED
OCT 18 2021
PRIME CLER..

Claim and grounds on which I am entitled to bring a claim during the period in which we belonged to the government when working for the Puerto Rico Telephone Company from 12/05/1988. Claim for money owed for laws that were passed which apply to me for my years of service as a Service Representative III for the PRTC of the Commonwealth of PR. The claim includes: Overtime worked, bonuses, vacations, increase in regular hours/salary and the interest acquired under the July 1995 – Romerazo Act, Titled PROMESA Law. As well as other laws that apply to me. The corresponding compensation was not granted to me. I thank you for your attention on this matter.

[Signature]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 178406**

Signed this 20th day of December, 2021

_____

Andreea I. Boscor

