# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO REGARDING ADJOURNED CLAIM OBJECTIONS SET FOR HEARING ON FEBRUARY 16-17, 2022

To the Honorable United States District Judge Laura Taylor Swain:

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole Title III representative of the Debtors pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully submits this

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101–2241.

informative motion (the "Informative Motion") in compliance with the Court's December 8, 2021 *Order Regarding Adjourned Omnibus Objections to Claims* [ECF No. 19461] (the "Adjourned Objection Hearing Procedures Order"), and in support of this Informative Motion, the Oversight Board respectfully states as follows:

1. On December 8, 2021, this Court entered the Adjourned Objection Hearing Procedures Order which, among other things, (*i*) scheduled hearings on Adjourned Claim Objections[3] for January 19-20, 2022, at 9:30 a.m. Atlantic Standard Time (the "January Adjourned Objection Hearing") and February 16-17, 2022, at 9:30 a.m. Atlantic Standard Time (the "February Adjourned Objection Hearing," and together with the January Adjourned Objection Hearing, the "Claim Objection Hearings") and (*ii*) directed the Oversight Board to file, at least 14 days in advance of the relevant Claim Objection Hearing, "an informative motion identifying the Adjourned Claim Objections, claimants, and claims that will be the subject of the applicable Claim Objection Hearings." Adjourned Objection Hearing Procedures Order at 1–2.

2. In compliance with the Adjourned Objection Hearing Procedures Order, the Oversight Board hereby identifies, on **Appendix A** and **B** hereto, the Adjourned Claim Objections, claimants, and claims scheduled for the February Adjourned Objection Hearing.

3. Contemporaneously with this Informative Motion, and in further compliance with the Adjourned Objection Hearing Procedures Order, the Oversight Board shall submit, solely with respect to the Adjourned Claim Objections, claimants, and claims scheduled for the February

---

[3] As defined in the Adjourned Objection Hearing Procedures Order, Adjourned Claim Objections consist of "pending claim objections, initially noticed for (or adjourned to) the December 15, 2021, Omnibus Hearing with respect to claims on account of which responses have been submitted by claimants (formally or informally)," Adjourned Objection Hearing Procedures Order at 1, but do not include claim objections subject to the *Order (I) Regarding Claim Objections to Be Heard at December 15, 2021, Omnibus Hearing and (II) Adjourning Certain Claim Objections to the February 2, 2022, Omnibus Hearing* [ECF No. 19502].

Adjourned Objection Hearing, (*i*) replies in support of the Adjourned Claim Objections, (*ii*) any portions of the respondent's response that were not filed on the docket, and (*iii*) certified translations of any Spanish-language portions of the respondent's response. *See* Adjourned Objection Hearing Procedures Order at 2.

[*Remainder of Page Intentionally Left Blank*]

## Appendix A

## Claimants Appearing at February 16, 2022 Adjourned Objection Hearing

| # | Claimant | Proof of Claim Number | Omnibus Objection Number | ECF No. of Response (if available) |
|---|---|---|---|---|
| Claimants Scheduled for February 16, 2022 9:30 a.m. (AST) | | | | |
| 1. | VILLALONGO ORTIZ, HECTOR M. | 2221 | 361 | 18137 |
| 2. | CLEMENTE ROSA, MARIA A. | 133778 | 362 | N/A |
| 3. | FELICIANO ROSADO, MAIRA I. | 10547 | 362 | 18290 |
| 4. | CARRION VEGA, MARIA R. | 3258 | 337; 362 | N/A |
| 5. | FRANCO SOTO, MARIA | 16543 | 367 | 18209 |
| 6. | LOPEZ BAEZ, SONIA N. | 9987 | 367 | 18875 |
| 7. | HAUCK, TODD | 9269 | 368 | 18160 |
| 8. | SOTO SANCHEZ, ERIC JOSUE | 108658 | 374 | 19046 |
| 9. | MINGUELA VAZQUEZ, GLADYS | 179355; 179367 | 374 | N/A |
| 10. | LUNA RIOS, ANA L. | 174092 | 374 | N/A |
| 11. | DELGADO GARCIA, SARA WILNA | 177757; 174501 | 381; 382 | 19474 |
| 12. | RIOS COLLAZO, JOSE A. | 179520; 179525 | 393 | N/A |
| 13. | RAMIREZ MONTES, EVELYN | 28121 | 395 | 19409 |
| Claimants Scheduled for February 16, 2022 10:30 a.m. (AST) | | | | |
| 1. | WILLIAMS PEREZ, ZOE ABIGAIL | 131274; 148102 | 374 | 18530 |
| 2. | AGOSTINI AVILES, EDITH | 165427 | 374 | N/A |
| 3. | AROCHO GONZALEZ, ANA MARIA | 152213 | 374 | N/A |
| 4. | COLON MALDONADO, CARMEN G. | 113161 | 374 | N/A |
| 5. | IRIZARRY IRIZARRY, ALEJANDRO JESUS | 153293 | 374 | N/A |
| 6. | MARTIN CERVERA, ANTONIO | 167898 | 374 | 18120; 19803 |
| 7. | MARTINEZ SANCHEZ, GADIEL | 160968 | 374 | 19033 |
| 8. | RIVERA COLLAZO, VICTOR L. | 135104 | 374 | 18480 |
| 9. | RODRIGUEZ CARCANO, DAMARIS | 158327 | 374 | 18507 |
| 10. | SANCHEZ RIVERA, MADELINE | 145387 | 374 | 19203 |
| 11. | VARGAS, IVAN L. NORIEGA, JUDITH GARCIA, JANITZA NORIEGA | 158363 | 374 | 18327 |
| 12. | MELENDEZ FRAGUADA, EVA E. | 177716 | 394 | 19420 |

4

| # | Claimant | Proof of Claim Number | Omnibus Objection Number | ECF No. of Response (if available) |
|---|---|---|---|---|
| Claimants Scheduled for February 16, 2022 11:30 a.m. (AST) | | | | |
| 1. | ROMAN MORALES, WILLIAM | 179391; 178943; 179392 | 370; 374 | N/A |
| 2. | GALANO, JOHN F. | 173713 | 374 | 18158 |
| 3. | GARCIA SANTIAGO, IRIS | 168000 | 374 | N |
| 4. | JOHNSON, OBE E. | 177676; 178772; 177765 | 374 | 18197 |
| 5. | LUGO RUBERTE, JUAN PABLO | 168595 | 374 | N/A |
| 6. | LUGO SANTANA, INES M. | 173121 | 374 | 18166 |
| 7. | MARIA T SOTO VILLARES | 167899 | 374 | 18123 |
| 8. | MERCADO DEJESUS, JACK | 173757 | 374 | 18184 |
| 9. | MORALES CAMACHO, SERGIO | 167986 | 374 | 18376 |
| 10. | ORTIZ SOLIS, JOSE RAFAEL | 171301 | 374 | N/A |
| 11. | OSWALD, WESLEY | 173735 | 374 | 18109 |
| 12. | PEREZ NIEVES, AMILDA | 171116 | 374 | N/A |
| 13. | PLAZA CRUZ, MIRIAM E. | 167977 | 374 | 19202 |
| 14. | ROSARIO CUEVAS, MARIA VIANEY | 173790 | 374 | N/A |
| 15. | VAZQUEZ, NYDIA FEBO | 168048 | 374 | 18177 |

5

## Appendix B

## Claimants Appearing at February 17, 2022 Adjourned Objection Hearing

| # | Claimant | Proof of Claim Number | Omnibus Objection Number | ECF No. of Response (if available) |
|---|---|---|---|---|
| Claimants Scheduled for February 17, 2022 9:30 a.m. (AST) ||||
| 1. | MEDINA SERRANO, ZOBEIDA | 179428; 179433 | 370; 374 | 18110 |
| 2. | BERRIOS CASTRODAD, ROBERTO | 179463 | 374 | 19037 |
| 3. | DIAZ ONEILL, JAIME A. | 178975 | 374 | 19125; 19142; 19507 |
| 4. | MARTINEZ COLON, FACUNDA | 179193 | 374 | 18159 |
| 5. | MELVIN LYNN REVOCABLE TRUST | 179204 | 374 | 18139; 18377 |
| 6. | RODRIGUEZ GONZALEZ, HERMENEGILDO | 179457 | 374 | 18234 |
| 7. | SANTIAGO ORTIZ, CELIA PILAR | 179439 | 374 | N/A |
| 8. | GANDIA, MYRIAM S. | 179447; 173753 | 374; 381 | 18165 |
| 9. | ORTIZ VAZQUEZ, EDWIN | 47589 | 377 | N/A |
| 10. | AYALA CRUZ, ELIUD | 172052 | 380 | N/A |
| 11. | COLON FELEZ, JORGE A. | 168285 | 380 | N/A |
| 12. | LOPEZ ALVAREZ, JULIO M. | 171765 | 380 | N/A |
| 13. | LUNA SANTIAGO, JULIO CESAR | 169013 | 380 | 18098; 19177 |
| 14. | LOPEZ CAMACHO, CARMEN R. | 179349 | 383 | 19429 |
| Claimants Scheduled for February 17, 2022 10:30 a.m. (AST) ||||
| 1. | AYALA CRUZ, NATANAEL | 172114 | 380 | N/A |
| 2. | SILVA RIVERA, GERALDO | 172107 | 380 | N/A |
| 3. | SILVA RIVERA, WILFREDO | 172169 | 380 | N/A |
| 4. | ASENCIO BERNARDINI, BRENDA T. | 174322 | 381 | 18216 |
| 5. | CASTRO, ELIA E. | 174452 | 381 | 18417 |
| 6. | GARCIA, MARLENE | 174222 | 381 | 18175 |
| 7. | LABOY CHRISTIAN, ELENA. | 174570 | 381 | 18473 |
| 8. | LEBRON CRESPO, GLORIA MARIA | 173516 | 381 | 19153 |
| 9. | MARTINEZ QUINONES, LUCINDA | 174460 | 381 | 18213 |
| 10. | ORTIZ ORTIZ, JOSE ORLANDO | 174125 | 381 | N/A |
| 11. | PAGAN DURAN, WILFREDO | 174470 | 381 | 18212 |
| 12. | RODRIQUEZ ARROYO, JOSE | 174583 | 381 | 18217 |
| 13. | SILVA RIVERA, LUCIANO | 173011 | 381 | N/A |

| # | Claimant | Proof of Claim Number | Omnibus Objection Number | ECF No. of Response (if available) |
|---|---|---|---|---|
| Claimants Scheduled for February 17, 2022 11:30 a.m. (AST) ||||| 
| 1. | ORTIZ CASTELLANO, BRENDA I. | 175075 | 381 | 18173 |
| 2. | REYES MIRANDA, ANGEL R. | 174960 | 381 | 18263 |
| 3. | CRUZ ROMAN, HILDA L. | 176520; 178145 | 382 | 19344 |
| 4. | MARTINEZ CENTENO, DAMARIS | 176315 | 382 | 18055 |
| 5. | MARTINEZ CENTENO, ELIZABETH | 176117 | 382 | 18054 |
| 6. | RAMOS PEREZ, MILLIE M. | 176003 | 382 | 18309 |
| 7. | ROCA TROCHE, MARIA ENID | 178337 | 382 | N/A |
| 8. | RODRIGUEZ, AIXA EDMEE | 178223 | 382 | 18171 |
| 9. | ROSADO COLON, JACQUELINE | 178406 | 382 | N/A |
| 10. | RUIZ, ANN M. | 176202 | 382 | 18250 |
| 11. | SANTANA VELAZQUEZ, AMARILIS | 178024 | 382 | 18265 |
| 12. | VELAZQUEZ PIERANTONI, WILSON | 178412 | 382 | 18262 |
| 13. | COLON COSME, JANET | 179470; 179471; 179472 | 393 | 18170 |
| 14. | GALAN KERCADO, CARLOS E. | 179467; 179468; 179469 | 393 | 18169 |
| 15. | MALDONADO MORALES, WILLIAM | 179488 | 393 | 18553 |

Dated: February 2, 2022
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Brian S. Rosen*
Martin J. Bienenstock
Brian S. Rosen
Laura Stafford
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
       brosen@proskauer.com
       ebarak@proskauer.com
       ppossinger@proskauer.com

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla Carcía-Benítez
USDC No. 203708
Hermann D. Bauer
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: Hermann.bauer@oneillborges.com

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

8