Hon. Laura Tailor Swain, Juez Court The District Of Puerto Rico

Office  150 , San Juan, P.R. 00918-1767

Ref. Caso 17 BK 3283- LTS  ECF=1792 ,         Ref.33429

Buenos Dias :

Como Ya Reiteradament5e Le He Notifficado, Toda Informacion Requeridas de Mi Caso Deben Ser Solicitadas, Al Tribunal Superior de Utuado, PR. Contra La Destitucion del Alcalde Anibal Pagan Centeno, Ex Alcalde de Lares, PR. En 1988 Se Dicto La Sentencia De Destitucion Como Alcalde de Lares, PR. Por Solicitarme Extorcion y Soborno deUS$ 600, 000.00, Cada 6 Meses Por  el Proyecto que Yo Estaba Realizando En Larers, PR. De InTeres Social, de 250 Solares Para Viviendas A Bajos Costos del Dpto. de la Viviendas, Administracion de Viviendas Rural, Como Un Tainkee De La Div. de Ingenieria, Dirigidas por El Ing. Daniel Osorio, Dir. De Proyecto de Const. Comunidad  La Matilde, Expancion, por mi Compania Henson Const. Corp. y Guajataca Const. Corp.

Demande Por US$ 4,500,000.00 Para cubrir todos los gastos Incurridos Al Estado Libre Asociado de Puerto Rico, Por Danos y Perjuicios. Esperamos Que Puedan Ayudarme Para Pagar Todos Los  Que Debo. Dios Les Bendigas Amen.

*Victor O. Henson Bousquets*
Victor O. Henson Bousquets, Pres.
Henson Const. Corp. & Guajataca Const. Corp.
Box 78, San Sebastian, PR. 00685
Res. 1-787-609-6720 Cel.1- 939-865-4070

P.O.
Tel.