

SAN JUAN PR 009
31 JAN 2022 PM 1 L

RECEIVED
2022 FEB -2 PM 12:00
CLERK'S OFFICE
U.S. DIST. [illegible]

Hon. Laura Tailor Swain, Juez Court The District Of Puerto Rico

Office 150 , San Juan, P.R. 00918-1767

Ref. Caso 17 BK 3283- LTS  ECF=1792 ,        Ref.33429