**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEE'S RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, | |
| Debtors. | |

**NOTICE OF APPEAL**

**TO THE HONORABLE COURT:**

**COME NOW,** creditor Suiza Dairy Corp. ("Suiza"), through the undersigned counsel very respectfully avers and prays as follows:

The undersigned attorney, in representation of Suiza, appeals under 28 U.S.C. §158(a) from:

(1) *FINDINGS OF FACT AND CONCLUSIONS OF LAW IN CONNECTION WITH CONFIRMATION OF THE MODIFIED EIGHTH AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC*

*In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, As REPRESENTATIVE OF THE
COMMONWEALTH OF PUERTO RICO, THE EMPLOYEE'S RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH
OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY*
Adv. Proc. No. 17-03283
*Notice of Appeal*

---

*BUILDINGS AUTHORITY, entered in the docket on January 18, 2022*

*at DOCKET 19,812; &*

  *(2) ORDER AND JUDGMENT CONFIRMING MODIFIED EIGHTH AMENDED*

*TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO*

*RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE*

*COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC*

*BUILDINGS AUTHORITY, entered in the docket on January 18, 2022*

*at DOCKET 19813.*

  Both Documents are attached herein as Exhibits 1 & 2.

  The names of all parties to the Findings of Facts and

Conclusions of Law and Orden and Judgment Confirming the

Modified 8th Amended Title III Joint Plan of Adjustment appealed

from, and the names, addresses, and telephone numbers of their

respective attorneys are as follows:

  **O'NEILL & BORGES LLC**
  By: Hermann D. Bauer
  250 Muñoz Rivera Avenue, Suite 800 San Juan, PR 00918-1813

  **A&S LEGAL STUDIO, PSC**
  By: Luis F. del Valle-Emmanuelli
  434 Avenida Hostos
  San Juan, PR 00918

  **PROSKAUER ROSE LLP**
  By: Martin J. Bienenstock
  Brian S. Rosen
  Jeffrey W. Levitan
  Ehud Barak
  Timothy W. Mungovan
  Joshua A. Esses

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEE'S RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY
Adv. Proc. No. 17-03283
*Notice of Appeal*

Eleven Times Square New York, NY 10036

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico*

**SALDAÑA, CARVAJAL, & VÉLEZ-RIVÉ, P.S.C.**
By: José A. Sánchez Girona
166 Avenida de la Constitución
San Juan, Puerto Rico 00901

**DAVID CARRION BARALT**
By: David Carrion Baralt
P.O. Box 364463
San Juan, PR 00936-4463

**RUSSELL A. DEL TORO SOSA**
By: Russell A. Del Toro Sosa
Cond. Condado Princess
#2 Calle Washington 304
San Juan, Puerto Rico 00907

**JOSE ÁNGEL REY**
By: Jose Ángel Rey P.O. Box 10127
San Juan, PR 00908-1127

*Attorneys for PFZ Properties, Inc.*

**MARINI PIETRANTONI MUÑIZ LLC**
By: Luis C. Marini-Biaggi
Carolina Velaz-Rivero
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, Puerto Rico 00917

*IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE
COMMONWEALTH OF PUERTO RICO, THE EMPLOYEE'S RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH
OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY*
Adv. Proc. No. 17-03283
*Notice of Appeal*

---

**O'MELVENY & MYERS LLP**
By: John J. Rapisardi
Maria J. DiConza
Matthew P. Kremer
7 Times Square
New York, New York 10036
Peter Friedman
1625 Eye Street, NW
Washington, DC 20006

*Attorneys for Hon. Pedro R. Pierluisi and the Puerto Rico
Fiscal Agency and Financial Advisory Authority*


**PETER C. HEIN**
By: Peter C. Hein
101 Central Park W # 14E
New York, NY 10023-4250

*Pro se.*


**CHARLES A. CUPRILL, P.S.C. LAW OFFICES**
By: Charles A. Cuprill-Hernández
356 Fortaleza Street, Second Floor
San Juan, PR 00901

*Counsel for Sucesión Pastor Mandry Mercado*


**CASILLAS, SANTIAGO & TORRES LLC**
By: Juan J. Casillas Ayala
Israel Fernández Rodríguez
Juan C. Nieves González
Cristina B. Fernández Niggemann
PO Box 195075
San Juan, Puerto Rico 00919-5075


**PAUL HASTINGS LLP**

By: Luc A. Despins
G. Alexander Bongartz
200 Park Avenue
New York, New York 10166


*Counsel to the Official Committee of Unsecured Creditors*


**ISABEL FULLANA-FRATICELLI & ASSOCS., P.S.C.**
By: Isabel M. Fullana
Eduardo J. Capdevila
The Hato Rey Center Bldg.
268 Ave. Ponce de León Ste. 1002
San Juan, Puerto Rico 00918


*Counsel to Finca Matilde, Inc.*



**BENNAZAR, GARCÍA & MILIÁN, C.S.P.**
By: A.J. Bennazar-Zequeira
Héctor M. Mayol Kauffmann
Francisco del Castillo Orozco
Edificio Union Plaza, 1701 Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918


**JENNER & BLOCK LLP**
By: Robert Gordon
Richard Levin
919 Third Ave
New York, NY 10022-3908
Catherine Steege
Melissa Root
Landon Raiford
353 N. Clark Street


*Counsel for The Official Committee of Retired
Employees of Puerto Rico*

**RIVERA, TULLA AND FERRER, LLC**
By: Eric A. Tulla
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212

**HOGAN LOVELLS US LLP**
By: Robin E. Keller
Ronald J. Silverman
Pieter Van Tol
390 Madison Avenue
New York, NY 10017


*Counsel to the Trustee*


**MONSERRATE SIMONET & GIERBOLINI**
By: Miguel Simonet Sierra
101 San Patricio Ave., Suite 1120
Guaynabo, PR 00968

**COHEN, WEISS AND SIMON LLP**
By: Peter D. DeChiara
Richard M. Seltzer
Marie B. Hahn
900 Third Avenue, Suite 2100
New York, NY 10022-4869


*Counsel to Service Employees International Union*



**SALDAÑA, CARVAJAL, & VÉLEZ-RIVÉ, P.S.C.**
By: José A. Sánchez Girona
166 Avenida de la Constitución
San Juan, Puerto Rico 00901


*Counsel for Mapfre PRAICO Insurance Company*

In  re:  THE  FINANCIAL  OVERSIGHT  AND  MANAGEMENT  BOARD  FOR  PUERTO  RICO,  As  REPRESENTATIVE  OF  THE
COMMONWEALTH OF PUERTO RICO, THE EMPLOYEE'S RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH
OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY
Adv. Proc. No. 17-03283
*Notice of Appeal*

---

**DELGADO & FERNÁNDEZ, LLC**
By: Alfredo Fernández-Martínez
PO Box 11750
Fernández Juncos Station
San Juan, Puerto Rico 00910-1750

**JONES DAY**
By: Bruce Bennett
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Benjamin Rosenblum
250 Vesey Street
New York, New York 10281
Matthew E. Papez
51 Louisiana Ave. N.W.
Washington, DC 20001

*Counsel for Andalusian Global Designated Activity Company, Crown Managed Accounts for and on behalf of Crown/PW SP, LMA SPC for and on behalf of Map 98 Segregated Portfolio, Mason Capital Master Fund LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P., Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., Oaktree Opportunities Fund X (Parallel 2), L.P., Oaktree Value Opportunities Fund Holdings, L.P., Oceana Master Fund Ltd., Ocher Rose, L.L.C., Pentwater Merger Arbitrage Master Fund Ltd., PWCM Master Fund Ltd., and Redwood Master Fund, Ltd.*

**ADSUAR MUÑIZ GOYCO**
**SEDA &PEREZ-OCHOA PSC**
By: Eric Pérez-Ochoa
Luis A. Oliver-Fraticelli

PO Box 70294
San Juan, PR 00936


**WEIL, GOTSHAL &MANGES LLP**
By: Jonathan D. Polkes
Gregory Silbert
Robert S. Berezin
Kelly DiBlasi
Gabriel A. Morgan
767 Fifth Avenue
New York, NY 10153


*Attorneys for National Public Finance Guarantee Corp.*


**CASELLAS ALCOVER & BURGOS P.S.C.**
By: Heriberto Burgos Pérez
Ricardo F. Casellas-Sánchez
Diana Pérez-Seda
P.O. Box 364924
San Juan, PR 00936-4924


**CADWALADER, WICKERSHAM &
TAFT LLP**
By: Howard R. Hawkins, Jr.
Mark C. Ellenberg
William J. Natbony
Thomas J. Curtin
Casey J. Servais
200 Liberty Street
New York, New York 10281


*Counsel for Assured Guaranty Corp. and
Assured Guaranty Municipal Corp.*


**ALMEIDA AND DAVILA**
By: Enrique M. Almeida
PO Box 191757
San Juan, PR 00919-1757

*IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE
COMMONWEALTH OF PUERTO RICO, THE EMPLOYEE'S RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH
OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY*
Adv. Proc. No. 17-03283
*Notice of Appeal*

*Attorneys for Credit Unions*

**REXACH & PICÓ, CSP**
By: María E. Picó
802 Ave. Fernández Juncos
San Juan, PR 00907-4315

**BUTLER SNOW LLP**
By: Martin A. Sosland
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
James E. Bailey III
Adam M. Langley
6075 Poplar Ave., Suite 500
Memphis, TN 38119

*Counsel for Financial Guaranty Insurance Company*

**ANTONETTI MONTALVO & RAMIREZ COLL**
By: José L. Ramírez-Coll
Carolina V. Cabrera Bou
P.O. Box 13128
San Juan, PR 00908

*Counsel for J.P. Morgan Securities LLC*

**CÓRDOVA & DICK, LLC**
By: Brian M. Dick Biascoechea
#403 Calle 12 de Octubre Urb. El Vedado
San Juan, PR 00918

*Local Counsel to the Ad Hoc Group of FGIC Noteholders*

**McCONNELL VALDÉS LLC**

By: Roberto C. Quiñones-Rivera
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918

*Counsel for Samuel A. Ramirez & Co., Inc., Barclays Capital
Inc., RBC Capital Markets, LLC and Raymond James &
Associates, Inc.*

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
By: Lawrence A. Larose
30 Rockefeller Plaza New York, New York 10112

*Counsel to the Ad Hoc Group of FGIC Noteholders*

**MORELL, CARTAGENA & DAPENA LLC**
By: Ramón E. Dapena
Iván Lladó
PO Box 13399
San Juan, Puerto Rico 00908

*Counsel for Goldman Sachs & Co. LLC and Citigroup Global
Markets Inc.*

**MCCONNELL VALDÉS LLC**
By: Arturo J. García-Solá
Nayuan Zouairabani
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936-4225

*Attorneys for AmeriNational Community Services, LLC, as
Servicer for the GDB Debt Recovery Authority*

**COTO & ASSOCIATES**
By: Ramón Coto-Ojeda
MCS Plaza, Suite 800

*IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE*
*COMMONWEALTH OF PUERTO RICO, THE EMPLOYEE'S RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH*
*OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY*
Adv. Proc. No. 17-03283
*Notice of Appeal*

255 Ponce de León Avenue
San Juan, Puerto Rico 00917

*Counsel to Mesirow Financial, Inc.*


**BOBONIS, BOBONIS & RODRIGUEZ POVENTUD**
By: Enrique G. Figueroa-Llinás
129 de Diego Ave.
San Juan, Puerto Rico 00911-1927

*Counsel for Merrill Lynch, Pierce, Fenner & Smith Inc. and*
*Merrill Lynch Capital Services, Inc.*


**SARLAW LLC**
By: Sergio A. Ramírez de Arellano
Banco Popular Center, Suite 1022
209 Muñoz Rivera Ave.
San Juan, PR 00918-1009

*Counsel for Sidley Austin LLP*


**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
By: Eric Seiler
Anne E. Beaumont
Danielle E. Tepper
7 Times Square
New York, NY 10036

*Counsel for Sidley Austin LLP*


**NELSON ROBLES-DIAZ LAW OFFICES, P.S.C.**
By: Nelson Robles-Díaz
P. O. Box 192302
San Juan, Puerto Rico 00919-2302

*Counsel for Santander Securities LLC*


**C. CONDE & ASSOC. LAW OFFICES**
By: Carmen D. Conde Torres
Luisa S. Valle Castro
254 San José Street Suite 5
San Juan, PR 00901-1523

*Counsel for Santander Securities LLC*


**SCHULTE ROTH & ZABEL LLP**
By: Douglas S. Mintz
901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
Douglas Koff
Adam C. Harris
Taleah Jennings
Abbey Walsh
Peter J. Amend

*Attorneys for Cantor-Katz Collateral Monitor LLC, as Collateral Monitor for the GDB Debt Recovery Authority*


**FERRAIUOLI LLC**
By: Roberto Cámara-Fuertes
Sonia Colón
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917


**MILBANK LLP**
By: Dennis F. Dunne
Atara Miller
Grant R. Mainland

*IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEE'S RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY*
Adv. Proc. No. 17-03283
*Notice of Appeal*

919 Third Avenue
New York, NY 10022
Attorneys for Cantor-Katz Collateral
Monitor LLC, as Collateral Monitor
for the GDB Debt Recovery Authority
John J. Hughes, III
Jonathan Ohring
55 Hudson Yards
New York, NY 10001

*Attorneys for Ambac Assurance Corporation*

**SALDAÑA, CARVAJAL & VÉLEZ-RIVÉ, P.S.C.**
By: Luis N. Saldaña-Román
Ángel E. Rotger-Sabat
166 Avenida de la Constitución
San Juan, Puerto Rico 00901

*Counsel for Morgan Stanley & Co. LLC*

**G. CARLO-ALTIERI LAW OFFICES,LLC**
By: Gerardo A. Carlo-Altieri
254 Calle San José
Third Floor
San Juan, PR 00901

**EPSTEIN BECKER & GREEN, P.C.**
By: Wendy G. Marcari
875 Third Avenue
New York, NY 10022

*Attorneys for Vaquería Tres Monjitas, Inc.*

**NAVARRO-CABRER LAW OFFICES**
By: Nilda M. Navarro-Cabrer
El Centro I, Suite 206
500 Muñoz Rivera Ave.

San Juan, Puerto Rico 00918

*Counsel to BMO Capital Markets GKST, Inc.*

**GOODWIN PROCTER LLP**
By: Douglas H. Flaum
Charles A. Brown
Howard S. Steel
Stacy A. Dasaro
The New York Times Building 620 Eighth Avenue
New York, NY 10018

*Counsel for Goldman Sachs & Co., LLC Counsel for Citigroup
Global Markets, Inc.*

**SIMPSON THACHER & BARTLETT LLP**
By: John K. Youngwood
David Elbaum
425 Lexington Avenue
New York, NY 10017

*Counsel to J.P. Morgan Securities, LLC.*

**G. CARLO-ALTIERI LAW OFFICES,
LLC**
By: Gerardo A. Carlo-Altieri
254 Calle San José
Third Floor
San Juan, PR 00901

**MORRISON & FOERSTER LLP**
By: James M. Peck
Gary S. Lee
James A. Newton
Andrew R. Kissner
250 West 55th Street
New York, New York 10019

*Counsel for the Ad Hoc Group of Constitutional Debtholders*

**REICHARD & ESCALERA**
By: Rafael Escalera
Sylvia M. Arizmendi
Carlos R. Rivera-Ortiz
255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, Puerto Rico 00917-1913

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
By: Susheel Kirpalani
Daniel Salinas
Eric Kay
Zachary Russell
51 Madison Avenue, 22nd Floor
New York, New York 10010-1603

*Co-Counsel for the Lawful Constitutional Debt Coalition*

**U.S. DEPARTMENT OF JUSTICE**
By: David A. Hubbert
Ward W. Benson
Post Office Box 227
Washington, DC 20044

*The United States of America, on behalf of the Internal
Revenue Service*

**CORREA-ACEVEDO & ABESADA LAW OFFICES, PSC**
By: Sergio Criado
Roberto Abesada-Agüet
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407 Guaynabo, PR 00968

**MORGAN, LEWIS & BOCKIUS LLP**

By: Kurt A. Mayr
David L. Lawton
David K. Shim
One State Street
Hartford, CT 06103-3178

*Co-Counsel for the QTCB Noteholder Group*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
By: Julie E. Cohen
Four Times Square
New York, NY 10018

*Counsel for Morgan Stanley & Co. LLC*

**SEPULVADO, MALDONADO & COURET**
By: Albéniz Couret-Fuentes
304 Ponce de León Ave. – Suite 990
San Juan, PR 00918

**REED SMITH LLP**
By: Luke Sizemore
Jared S. Roach
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

*Counsel to The Bank of New York Mellon*

**ANTONETTI MONTALVO & RAMIREZ COLL**
By: José L. Ramírez-Coll
Carolina V. Cabrera Bou
P.O. Box 13128
San Juan, PR 00908

*Counsel to University of Puerto Rico Retirement System Trust*

**CROWELL & MORING LLP**

*IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEE'S RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY*
Adv. Proc. No. 17-03283
*Notice of Appeal*

By: Daniel L. Zelenko
Sarah M. Gilbert
590 Madison Avenue, 20th Floor
New York, NY 10022


*Counsel for Santander Securities LLC*



**JIMÉNEZ, GRAFFAM & LAUSELL**
By: J. Ramón Rivera Morales
Andrés F. Picó Ramírez
P.O. Box 366104
San Juan, PR 00936


**WILLKIE FARR & GALLAGHER LLP**
By: Mark T. Stancil
1875 K Street, N.W.
Washington, DC 20006


**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
By: Andrew N. Rosenberg
Karen R. Zeituni
1285 Avenue of the Americas
New York, NY 10019


**ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP**
By: Lawrence S. Robbins
Gary A. Orseck
Donald Burke
2000 K Street, N.W., 4th Floor
Washington, DC 20006


*Co-Counsel for the Ad Hoc Group of General Obligation Bondholders*



**McGUIREWOODS LLP**
By: E. Andrew Southerling
2001 K Street N.W., Suite 400

Washington, DC 20006-1040
Aaron G. McCollough
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818


*Counsel for BMO Capital Markets GKST, Inc.*

**KAYSER & REDFERN, LLP**
By: Leo Kayser III
515 Madison Avenue
New York, NY 10022

*Counsel for Samuel A. Ramirez & Co., Inc.*


**CHAPMAN AND CUTLER LLP**
By: James M. Heiser
111 West Monroe Street
Chicago, IL 60603-4080

*Counsel to Mesirow Financial, Inc.*


**BUFETE FERNÁNDEZ & ALCARAZ CSP**
By: Ignacio Fernández De Lahongrais
Capital Center Sur, Suite 202
Avenida Arterial Hostos #239
San Juan, PR 00918-1475

**BUFETE DÍAZ-FERRER**
By: Marvin Díaz Ferrer
Cond. Vick Center Ste. C-202
867 Ave. Muñoz Rivera
San Juan, PR 00925


*Counsel for Miriam E. Lima Colón, Betzaida Feliciano
Concepción and Angel L. Méndez González*


**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: Robert Stern
Tiffany Row
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706


*Counsel for RBC Capital Markets, LLC*

**ALBERTO RIVERA RAMOS**
By: Alberto Rivera Ramos
3001 Ave. Isla Verde
Plaza del Mar, Apt. 305
Carolina, PR 00979


*Attorneys for Community Health Foundation of P.R.*


**PRESTIGE LEGAL SERVICES, LLC**
By: José Luis Barrios-Ramos
278 Ave. César González
San Juan, Puerto Rico 00918

*Counsel to Asociacion de Maestros de Puerto Rico and
Asociacion de Maestros de Puerto Rico -Local Sindical Case*


**CHARLES A. CUPRILL, P.S.C. LAW OFFICES**
By: Charles A. Cuprill Hernández
356 Fortaleza Street, Second Floor
San Juan, PR 00901

*Counsel for Med Centro, Inc., formerly Consejo de Salud de
la Comunidad de la Playa de Ponce, Inc.*


**MERCEDES FIGUEROA Y MORGADE**
By: Mercedes Figueroa y Morgade
3415 Alejandrino Ave.,
Apt. 703,
Guaynabo, PR 00969-4856

*Counsel for Amador*

**CARLOS FERNANDEZ-NADAL**
By: Carlos Fernandez-Nadal
818 Hostos Ave. Ste. B
Ponce, PR 00716

*Counsel for Jorge Rafael Eduardo Collazo Quinones*

**FUENTES LAW OFFICES, LLC**
By: Alexis Fuentes-Hernández
P.O. Box 9022726
San Juan, PR 00902-2726

*Counsel for Maruz Real Estate Corp*

**CARLOS A. QUILICHINI PAZ**
By: Carlos A. Quilichini Paz
Jessica M. Quilichini Ortiz
Post Office Box 9020895
San Juan, PR 00902

*Attorneys for Cooperativa de Ahorro y
Crédito Vegabajeña*

**IVONNE GONZALEZ-MORALES**
By: Ivonne Gonzalez-Morales PO BOX 9021828
San Juan, PR 00902-1828

*Counsel for Group Wage Creditors*

**DLA PIPER (PUERTO RICO) LLC**
By: Mariana Muñiz Lara
Calle de la Tanca #500, Suite 401

San Juan, PR 00901-1969

*Counsel to Quest Diagnostics of Puerto Rico, Inc.*

**MENDOZA LAW OFFICES**

By: Enrique J. Mendoza Méndez

P.O. Box 9282

San Juan, PR 00908-0282

*Counsel to Asociación de Jubilados de la Judicatura de Puerto Rico*

**FUENTES LAW OFFICES, LLC**

By: Alexis Fuentes-Hernández

P.O. Box 9022726

San Juan, PR 00902-2726

*Counsel for Lortu-Ta LTD, Inc.; La Cuarterola, Inc.; Juaza, Inc.; and The Conjugal Partnership Composed of Juan Zalduondo Viera And Magdalena Machicote Ramery Counsel for Sucn. De Frank Torres Ortiz & Aurea Rodriguez Composed by Frank E. Torres Rodriguez & Eva Torres Rodríguez*

**ANTONIO MARTIN CERVERA**

By: Antonio Martin Cervera

H-22 Yagrumo, Caparra Hills

Guaynabo, PR 00968

*Pro Se*

**MARIA TERESITA MARTIN**

By: Maria Teresita Martin

H-22 Yagrumo, Caparra Hills

Guaynabo, PR 00968

*Pro Se*

**WANDA I. ORTIZ SANTIAGO**

By: Wanda I. Ortiz Santiago

Urb. Las Leandras

JJ-5 Calle 21

Humacao, PR 00791

*Pro Se*

**NANCY I. NEGRON-LÓPEZ**

By: Nancy I. Negron-López

HC 3 Box 34941

San Sebastián, PR 00685

*Pro Se*

**YASHEI ROSARIO**

By: Yashei Rosario

HC 2 Box 12914

Vieques, PR 00765

*Pro Se*

**ANA A. NUÑEZ VELÁQUEZ**

By: Ana A. Nuñez Veláquez

19 Res. Veillanueva Apto 170

Aguadilla, PR 00603


*Pro Se*



**EDGARDO MÁRQUEZ LIZARDI**

By: Edgardo Márquez Lizardi

Cond. El Monte Sur

190 Ave. Hostos Apt. 9399

San Juan, PR 00918


*Pro Se*



**MIGUEL LUNA DE JESUS**

By: Miguel Luna De Jesus

Villa Del Monte 1

Calle Monte Alto

Toa Alta, PR 00953


*Pro Se*



**ISMAEL L. PURCELL SOLER**

By: Ismael L. Purcell

Urb. Jacaranda

35271 Calle Clavelina

Ponce, PR 00730


*Pro Se*

**MILDRED BATISTA DE LEON**

By: Mildred Batista De Leon

PO Box 1259

Saint Just, PR 00978


*Pro Se*



**JAVIER ALEJANDRINO OSORIO**

By: Javier Alejandrino Osorio

PO Box 1259

Saint Just, PR 00978


*Pro Se*



**NILSA CANDELARIO**

By: Nilsa Candelario

405 Ave. Esmeralda Ste. 2-559

Guaynabo, PR 00969


*Pro Se*



**ARTHUR SAMODOVITZ**

By: Arthur Samodovitz

140 Lasa Dr. Apt 204,

St. Augustine, FL 32084


*Pro Se*

*In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, As representative of THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEE'S RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY*
Adv. Proc. No. 17-03283
*Notice of Appeal*

**WHEREFORE,** the appearing Appellant respectfully pray this Honorable Court to take note of the above Notice of Appeal of the (1) Findings of Facts and Conclusions of Law and Order and (2) Judgment Confirming the Modified 8th Amended Title III Joint Plan of Adjustment entered by Honorable Laura Taylor Swain in the above captioned case on the 18th of January of 2022, respectively.

**CERTIFICATE OF SERVICE**

**IT IS HEREBY CERTIFIED** that on February 1st, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in the case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this February 1st, 2022.

By:/s/ *Rafael A. Gonzalez Valiente*
USDC NO. 225209
Counsel for the Bankruptcy Estate
Godreau & González Law
PO Box 9022512
San Juan, PR 00902-2512
Telephone: 787-724-0230
Facsimile: 787-724-9171
rgv@g-glawpr.com