UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

_____  X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

        Debtors.[1]

_____

PROMESA
Title III

Case No.
17-BK-3283 (LTS)

(Jointly Administered)

**MOTION TO WITHDRAW AS COUNSEL AND
FOR SUBSTITUTION OF COUNSEL OF RECORD**

**COMES NOW The Special Claims Committee Of The Financial Oversight And Management Board For Puerto Rico, Acting By And Through Its Members, (hereinafter "Plaintiff" or "the SCC"), through its under signed attorneys**, respectfully **STATES and PRAYS** as follows:

    1.    Neyla L. Ortiz-Rosario, Esq. former attorney of the law firm Estrella, LLC most respectfully requests authorization to withdraw as legal counsel for SCC, effective immediately.

    2.    Simultaneously, Kenneth Suria, Esq. of the law firm Estrella, LLC most respectfully requests authorization to be substituted for prior counsel as legal representative of SCC, also effective immediately.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

Kenneth C. Suria (USDC-PR 213302)
P. O. Box 9023596
San Juan, Puerto Rico 00902-3596
Tel.: (787) 977-5050
Fax: (787) 977-5090
Email: ksuria@estrellallc.com

Respectfully Submitted,

In San Juan, Puerto Rico this 3rd day of February 2022.

*/s/ Neyla Lee Ortiz*
Neyla Lee Ortiz-Rosario (USDC-PR 227911)
Kenneth C. Suria (USDC-PR 213302)
Alberto Estrella (USDC-PR 209804)
P. O. Box 9023596
San Juan, Puerto Rico 00902-3596
Tel.: (787) 977-5050
Fax: (787) 977-5090
neylalee@gmail.com
ksuria@estrellallc.com
aestrella@estrellallc.com

*Local Counsel to the Special Claims Committee of the Financial Oversight and Management Board, acting by and through its members*