UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER REGARDING THE PRODUCTION OF INCARCERATED
PRO SE CLAIMANTS FOR HEARINGS CONCERNING CLAIM OBJECTIONS

    The Court has received and reviewed the *Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Adjourned Claim Objections Set for Hearing on February 16-17, 2022* (Docket Entry No. 20010 in Case No. 17-3283, the "Motion") filed by Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"). In the Motion, the Oversight Board identified claimants to whom it has provided notice of a hearing concerning claim objections scheduled for February 16-17, 2022 (the "Hearing"). The Court understands that certain claimants identified in the Motion are incarcerated.

    The Court hereby orders that the Oversight Board shall file an informative motion by **February 8, 2022**, by **12:00 p.m. (Atlantic Standard Time)** identifying each claimant listed in Appendix A of the Motion that is currently incarcerated in a prison facility for whom a response form indicating an intent to participate in the Hearing has been returned.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

For such each incarcerated claimant, the Oversight Board shall attach to the informative motion a proposed order to produce each claimant to appear by remote means in connection with the Hearing.  Each proposed order shall include the following: (i) the inmate's full name, (ii) the inmate's register number or inmate identifier (to the extent known), (iii) the prison facility's name and location, (iv) the Hearing date and time, and (v) the virtual platform for the Hearing. To the extent additional information is required by a prison facility, the Oversight Board shall include such additional language in the proposed order.  Each proposed order shall be separately attached as an exhibit to the informative motion.  To the extent the Oversight Board receives additional responses from incarcerated claimants after February 8, 2022, the Oversight Board shall file subsequent informative motions on a rolling basis.

Upon the entry of such an order by this Court, the Oversight Board is further directed to provide a copy of that order to each claimant's prison facility.  Each order shall be accompanied with a cover letter containing the Hearing dial-in information, a point of contact at counsel's office, and the Court's hearing registration email address (promesaregistration@prd.uscourts.gov).[2]  The Oversight Board shall coordinate with the prison facility to make the logistical arrangements necessary, including interpretation services, to ensure each claimant appears on his or her scheduled Hearing date.  The Oversight Board shall provide a certified interpreter for all claimants appearing in connection with the Hearing regardless of in-person or remote participation.

Finally, the Oversight Board is hereby directed to make the above-described arrangements for any future hearing concerning claim objections with respect to claims filed by incarcerated individuals appearing pro se.

SO ORDERED.

Dated: February 4, 2022

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] The Oversight Board shall email promesaregistration@prd.uscourts.gov to obtain the Zoom dial-in information to include in the cover letter.