UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

        Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER SCHEDULING BRIEFING OF CREDIT UNION'S JOINT MOTION FOR STAY
PENDING APPEAL OF ORDER AND JUDGMENT CONFIRMING MODIFIED EIGHTH AMENDED
TITLE III PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, ET. ALS.

     The Court has received and reviewed *Credit Union's Joint Motion for Stay
Pending Appeal of Order and Judgment Confirming Modified Eighth Amended Title III Plan of
Adjustment of the Commonwealth of Puerto Rico, et. als.* (Docket Entry No. 20035 in Case No.
17-3283, the "Motion").

     Responsive papers to the Motion must be filed on or before **February 11, 2022**,
at **5:00 p.m. (Atlantic Standard Time)**.  Any replies must be filed on or before **5:00 p.m.
(Atlantic Standard Time) on the date that is six (6) days after the Financial Oversight and**

---

[1]     The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth")
(Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii)
Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-
BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement
System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico
Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-
LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of
Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA")
(Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).
(Title III case numbers are listed as Bankruptcy Case numbers due to software
limitations).

**Management Board for Puerto Rico (**the "Oversight Board") **files a response**.[2]  The Court will thereafter take the Motion on submission, unless the Court determines that a hearing is necessary.

SO ORDERED.

Dated: February 4, 2022

 /s/ Laura Taylor Swain    
LAURA TAYLOR SWAIN
United States District Judge

---

[2]     For the avoidance of doubt, if the Oversight Board does not file a timely response, any reply is due on or before **February 17, 2022,** at **5:00 p.m. (Atlantic Standard Time)**.