| Claim # | Claimant | Current Debtor | Total Filed |
|---|---|---|---|
| 151700 | FERNANDEZ SILVA, MIGDALIA | Commonwealth of Puerto Rico | $ - |
| 154176 | FERNANDEZ SILVA, MIGDALIA | Commonwealth of Puerto Rico | $ - |
| 161540 | FERNANDEZ SILVA, MIGDALIA | Commonwealth of Puerto Rico | $ 8,400.00 |
| 168148 | ACEVEDO, MOISES | Commonwealth of Puerto Rico | $ - |
| 105616 | REYES MATOS, CECILIO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 111224 | ORTIZ RUIZ, FLOR MARIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 82,000.00 |
| 113202 | QUIJANO RAMOS, ZAYDA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 1,500.00 |
| 113809 | DIAZ PAGAN, ELBA IRIS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 117403 | RIVERA NEGRON, ZULMA D. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 20,000.00 |
| 118658 | SANCHEZ CASTRO, DIANA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 50,000.00 |
| 120126 | COTTO MERCED, MIRTA L | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 120700 | CASTRO RODRIGUEZ, NORMA IRIS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 24,000.00 |
| 131301 | DIAZ FERNANDEZ, HECTOR R | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 139009 | GONZALEZ RUIZ, HELEN | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 141892 | RIVERA RAMOS, ANA R. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 2,400.00 |
| 142342 | GARCIA CORALES, ADA AMPARO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 145166 | ARISTUD RIVERA, MARISOL | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 30,000.00 |
| 146418 | CASTRO HERNANDEZ, WILLIAM | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 153010 | SURILLO RUIZ, YOLANDA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 167958 | MARTINEZ GERENA, JUAN | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 61,453.23 |
| 174557 | CINTRON HERNANDEZ, VICTOR L | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 17492 | ARROYO CANDELARIO, JORGE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 175912 | SANCHEZ RIVERA, WILLIAM | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 27841 | ARROYO CANDELARIO, JORGE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 35196 | QUILES MORENO, ALEXANDER | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 1,560.00 |
| 35478 | JIMENEZ RIVERA, IRENES | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 3896 | VEGA DE JESUS, IVAN | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 52290 | ILEANA ASTACIO CORREA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 63069 | BERRIOS RIVERA, AIXA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 18,000.00 |
| 64173 | AGRAIT ZAPATA, MILAGROS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 81992 | GUTIERREZ DE JESUS, TERESA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 86327 | HERNANDEZ NAZARIO, ALMIDA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 92215 | AGRAIT ZAPATA, WILMA E | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |

Exhibit A

| Claim # | Claimant | Current Debtor | Total Filed |
|---|---|---|---|
| 94812 | ARROYO PEREZ, ANTONIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 95396 | BERRIOS RIVERA, AIXA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 50,000.00 |
| 144054 | LEON VAZQUEZ, FELIX | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 100432 | TARONJI TORRES, JACQUELINE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 101521 | ALVARADO HERNANDEZ, CARMEN J | Commonwealth of Puerto Rico | $ 90,000.00 |
| 104266 | VELEZ ROSADO, BENITO | Commonwealth of Puerto Rico | $ 7,020.00 |
| 106320 | ALVAREZ VALDEZ, HAYDEE M. | Commonwealth of Puerto Rico | $ 77,031.41 |
| 109125 | RIVERA CONCEPCION, JACOB | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 110762 | COLON PAGAN, EDGAR | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 111039 | RIVERA ORSINI, YOLANDA | Commonwealth of Puerto Rico | $ 8,161.18 |
| 114026 | GARCIA RIVERA, MARTA | Commonwealth of Puerto Rico | $ - |
| 114850 | RIOS RUIZ, MILAGROS | Commonwealth of Puerto Rico | $ - |
| 116977 | CENTENO APONTE, IRIS V | Commonwealth of Puerto Rico | $ - |
| 117562 | TERRON-RUIZ, ALMA I. | Commonwealth of Puerto Rico | $ 1,700.00 |
| 11757 | HERNANDEZ PEREZ, MARITZA | Commonwealth of Puerto Rico | $ 17,000.00 |
| 122345 | GARCIA ARROYO, SANDRA N. | Commonwealth of Puerto Rico | $ - |
| 122839 | SANTIAGO SANTIAGO, BRENDA L. | Commonwealth of Puerto Rico | $ - |
| 123241 | RIVERA VILLALOBOS, GLORIA M. | Commonwealth of Puerto Rico | $ 30,000.00 |
| 123412 | TERRON-RUIZ , ALMA I. | Commonwealth of Puerto Rico | $ 6,945.84 |
| 124109 | PACHECO TROCHE, MILDRED | Commonwealth of Puerto Rico | $ - |
| 126834 | OROZCO PEREZ , MINERVA | Commonwealth of Puerto Rico | $ - |
| 127666 | CARDONA LUQUE, FRANCISCA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 127796 | PACHECO TROCHE, MILDRED | Commonwealth of Puerto Rico | $ - |
| 128719 | LOPEZ CARTAGENA, SARA L. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 129929 | CRUZ VERGARA, ISABEL | Commonwealth of Puerto Rico | $ - |
| 13003 | MENDEZ CRUZ, RAUL | Commonwealth of Puerto Rico | $ 25,170.12 |
| 131327 | CASTRO HERNANDEZ, WILLIAM | Commonwealth of Puerto Rico | $ - |
| 132446 | BERRIOS RODRIGUEZ, RUTH D. | Commonwealth of Puerto Rico | $ - |
| 132835 | GONZALEZ GONZALEZ, FELICITA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 132839 | RAMOS RODRIGUEZ, CARMELA | Commonwealth of Puerto Rico | $ - |
| 132969 | DIAZ FERNANDEZ, IGNACIO | Commonwealth of Puerto Rico | $ 27,648.00 |
| 136590 | COSTA FELICIANO, JOSE A. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 137041 | CRUZ VERGARA, ISABEL | Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Current Debtor | Total Filed |
|---|---|---|---|
| 137113 | DIAZ COTAL, LILLIAN | Commonwealth of Puerto Rico | $ - |
| 137344 | COTTO MERCED, MIRTA L. | Commonwealth of Puerto Rico | $ 40,800.00 |
| 137350 | SANCHEZ MARCANO, LILLIAM | Commonwealth of Puerto Rico | $ 6,500.00 |
| 137792 | IRIZARRY LUGO, CARLOS J. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 10,000.00 |
| 137822 | DIAZ HERNANDEZ, IRIS S. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 83,666.80 |
| 146703 | RODRIGUEZ SANCHEZ, DAISY | Commonwealth of Puerto Rico | $ - |
| 14680 | ORTIZ LOPEZ, JOSE J | Commonwealth of Puerto Rico | $ 13,200.00 |
| 147349 | PAGAN RODRIGUEZ, BETH ZAIDA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 148688 | RODRIGUEZ NARVAEZ, AWILDA | Commonwealth of Puerto Rico | $ 36,000.00 |
| 149604 | LAMOURT CARDONA, GLADYS | Commonwealth of Puerto Rico | $ - |
| 149848 | DIAZ HERNANDEZ, IRIS S. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 83,666.80 |
| 152229 | CURET GARCIA, SANDRA ENID | Commonwealth of Puerto Rico | $ 14,400.00 |
| 153024 | DIAZ OSORIO, IDA | Commonwealth of Puerto Rico | $ 30,000.00 |
| 155419 | RAMOS RIVERA, MARTA I. | Commonwealth of Puerto Rico | $ - |
| 156412 | TOLEDO AMADOR, MATILDE | Commonwealth of Puerto Rico | $ - |
| 157270 | BOSQUES VILLALONGO, WILMARIE | Commonwealth of Puerto Rico | $ - |
| 157981 | LEBRON MARTELL, MILAGROS | Commonwealth of Puerto Rico | $ 1,200.00 |
| 159466 | LASALLE ACEVEDO, ISIDRO | Commonwealth of Puerto Rico | $ 32,096.30 |
| 159646 | RIVERA RAMIREZ, MARIA DEL C | Commonwealth of Puerto Rico | $ 12,000.00 |
| 159747 | SURILLO RUIZ, YOLANDA | Commonwealth of Puerto Rico | $ - |
| 160922 | RODRIGUEZ LUGO, LETICIA | Commonwealth of Puerto Rico | $ 21,600.00 |
| 161071 | RIVERA ORTIZ, CARMEN MARIA | Commonwealth of Puerto Rico | $ 18,000.00 |
| 163248 | TERRON-RUIZ, ALMA I. | Commonwealth of Puerto Rico | $ 1,700.00 |
| 163412 | GONZALEZ PEREZ, MARIA F. | Commonwealth of Puerto Rico | $ 25,000.00 |
| 163421 | GONZALEZ PEREZ, MARIA F. | Commonwealth of Puerto Rico | $ 25,000.00 |
| 164762 | CURET GARCIA , DORIS IVETTE | Commonwealth of Puerto Rico | $ 14,400.00 |
| 166264 | GONZALEZ PEREZ, MARIA F. | Commonwealth of Puerto Rico | $ 20,000.00 |
| 166298 | MERCADO GALINDO, MOISES M | Commonwealth of Puerto Rico | $ 16,800.00 |
| 167931 | CONDE ARES, CARMEN M | Commonwealth of Puerto Rico | $ 70,000.00 |
| 16811 | ARROYO CANCELARIO, JORGE | Commonwealth of Puerto Rico | $ - |
| 170982 | COLON ROSADO, NELSON | Commonwealth of Puerto Rico | $ 10,000.00 |
| 171037 | COLON ROSADO, NELSON | Commonwealth of Puerto Rico | $ 10,000.00 |
| 171669 | CENTENO APONTE, IRIS V | Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Current Debtor | Total Filed |
|---|---|---|---|
| 172439 | GONZALEZ, MARGARITA | Commonwealth of Puerto Rico | $ 7,394.50 |
| 175345 | ECHEVARRIA MOLINA, CARMEN G. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 75,000.00 |
| 177937 | NIEVES LUCIANO, ANA M. | Commonwealth of Puerto Rico | $ 60,000.00 |
| 177938 | SANTOS COLON, VANESSA | Commonwealth of Puerto Rico | $ 48,000.00 |
| 178147 | LOPEZ GARCIA, MIGDALIA | Commonwealth of Puerto Rico | $ 28,800.00 |
| 178429 | MEDINA LAZU, BERNEY | Commonwealth of Puerto Rico | $ 27,600.00 |
| 27084 | NIEVES CRESPO, HAYDEE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 41,917.13 |
| 36434 | DRAGONI MENDEZ, JOSE A | Commonwealth of Puerto Rico | $ 14,400.00 |
| 3984 | VEGA DE JESUS, IVAN | Commonwealth of Puerto Rico | $ - |
| 47690 | RODRÍGUEZ HERNÁNDEZ, MARTA I | Commonwealth of Puerto Rico | $ 4,800.00 |
| 48822 | DECLET SERRANO, LUZ M. | Commonwealth of Puerto Rico | $ - |
| 49064 | LAMOURT CARDONA, GLADYS | Commonwealth of Puerto Rico | $ 14,980.00 |
| 49375 | SANTIAGO SANTIAGO, BRENDA L. | Commonwealth of Puerto Rico | $ - |
| 50812 | CHARDON RODRIGUEZ, CARMEN J. | Commonwealth of Puerto Rico | $ - |
| 51049 | RIVERA MATOS, IVETTE | Commonwealth of Puerto Rico | $ 16,800.00 |
| 54219 | CRUZ RIVERA, MARIA DE LOURDES | Commonwealth of Puerto Rico | $ 14,400.00 |
| 54928 | RODRÍGUEZ HERNÁNDEZ, MARTA I. | Commonwealth of Puerto Rico | $ 10,800.00 |
| 56226 | FELICIANO RIVERA, MARIELY | Commonwealth of Puerto Rico | $ 16,500.00 |
| 56920 | CRUZ RIVERA, MARIA DE LOURDES | Commonwealth of Puerto Rico | $ 14,400.00 |
| 61590 | SERRANO ORTEGA, LAURA M. | Commonwealth of Puerto Rico | $ - |
| 65837 | CRESPO ARBELO, CARMEN J. | Commonwealth of Puerto Rico | $ 20,000.00 |
| 71090 | GONZALEZ MARTINEZ, NANCY E | Commonwealth of Puerto Rico | $ - |
| 71716 | TORRES MARTINEZ, ANA MARIA | Commonwealth of Puerto Rico | $ - |
| 72164 | GONZALEZ RODRIGUEZ, RAMON | Commonwealth of Puerto Rico | $ - |
| 72352 | CORDERO PEREZ, MARIA M | Commonwealth of Puerto Rico | $ 7,200.00 |
| 72423 | GONZALEZ LATORRE, SUJEIL | Commonwealth of Puerto Rico | $ 30,000.00 |
| 74289 | NIEVES SOTO, WALESKA | Commonwealth of Puerto Rico | $ 30,000.00 |
| 76157 | ALMODOVAR RUIZ, LIDIA L | Commonwealth of Puerto Rico | $ - |
| 76352 | NIEVES SOTO, WALESKA | Commonwealth of Puerto Rico | $ 30,000.00 |
| 76361 | MORALES LEHMAN, ANGEL M. | Commonwealth of Puerto Rico | $ 19,800.00 |
| 8 | VEGA DE JESUS, IVAN | Commonwealth of Puerto Rico | $ - |
| 80974 | RIVERA RIVERA, LYDA MARTA | Commonwealth of Puerto Rico | $ 20,000.00 |
| 81868 | HERNANDEZ NAZARIO, ALMIDA | Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Current Debtor | Total Filed |
|---|---|---|---|
| 82180 | LOPEZ BARRIOS, MYRNA | Commonwealth of Puerto Rico | $ 2,746.50 |
| 83646 | PACHECO TROCHE, MILDRED | Commonwealth of Puerto Rico | $ - |
| 86460 | OLIVER FRANCO, ELFREN C | Commonwealth of Puerto Rico | $ 25,000.00 |
| 87132 | ALMODOVAR RUIZ, LIDIA L | Commonwealth of Puerto Rico | $ - |
| 88002 | SILVA ORTIZ, MARIA ISABEL | Commonwealth of Puerto Rico | $ - |
| 88164 | TORRES MARTINEZ, ANA MARIA | Commonwealth of Puerto Rico | $ - |
| 88243 | DE JESUS TORRES, FRANCISCO | Commonwealth of Puerto Rico | $ - |
| 90702 | GUTIERREZ DE JESUS, TERESA | Commonwealth of Puerto Rico | $ - |
| 91224 | ALVARADO HERNANDEZ, CARMEN J. | Commonwealth of Puerto Rico | $ 90,000.00 |
| 91289 | SANTIAGO MARRERO, CARMEN S. | Commonwealth of Puerto Rico | $ 16,182.00 |
| 92431 | RAMOS CINTRON, ERMIS Z | Commonwealth of Puerto Rico | $ - |
| 92536 | DIAZ COTAL, LILLIAN | Commonwealth of Puerto Rico | $ - |
| 94065 | RIOS RUIZ, MILAGROS | Commonwealth of Puerto Rico | $ - |
| 96138 | CASTRO RIVERA, MARITZA | Commonwealth of Puerto Rico | $ - |
| 119832 | RAMOS RODRIGUEZ, CARMELA | Commonwealth of Puerto Rico | $ 30,054.00 |
| 97766 | NIEVES RIVAS, MARGARITA | Commonwealth of Puerto Rico | $ - |
| 97975 | RIOS RUIZ, MILAGROS | Commonwealth of Puerto Rico | $ - |
| 99828 | BERRIOS RIVERA, AIXA | Commonwealth of Puerto Rico | $ 38,500.00 |
| 114259 | RODRIGUEZ VALENTIN, LUIS A. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 111,102.12 |
| 129937 | DIAZ SANTOS, RAFAEL | Commonwealth of Puerto Rico | $ - |
| 141516 | FONTANEZ MELENDEZ, WILFREDO | Commonwealth of Puerto Rico | $ - |
| 163868 | HERNANDEZ TORRES, LILLIAM | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 170591 | RIVERA PACHECO, JORGE | Commonwealth of Puerto Rico | $ - |
| 30852 | HERNANDEZ TORRES, LILLIAM | Commonwealth of Puerto Rico | $ - |
| 33400 | BERRIOS MERCADO, VICTOR | Commonwealth of Puerto Rico | $ 345,600.00 |
| 36036 | HERNANDEZ RUIZ, YANITZA | Commonwealth of Puerto Rico | $ - |
| 54126 | OCASIO, YOLANDA | Commonwealth of Puerto Rico | $ - |
| 76521 | GRAU SOTOMAYOR, BRENDALIZ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 49,589.21 |
| 105918 | MELENDEZ RIVERA, MARI L. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 106003 | GRANT ALLENDE, NYLVIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 5,879.50 |
| 134210 | SILVA CANALES, MARIA A | Commonwealth of Puerto Rico | $ - |
| 152524 | PEREZ RODRIGUEZ, MARIA | Commonwealth of Puerto Rico | $ - |
| 25180 | ROMAN ADAMES, AWILDA | Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Current Debtor | Total Filed |
|---|---|---|---|
| 29656 | VERA PEREZ, BENIGNO | Commonwealth of Puerto Rico | $ - |
| 30557 | OQUENDO TIRADO, CYNTHIA | Commonwealth of Puerto Rico | $ - |
| 34079 | FLECHA ROMAN, MARIA A. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 36437 | DIAZ ALICEA, ANA D | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 38502 | GONZALEZ RUIZ, BRENDA M | Commonwealth of Puerto Rico | $ - |
| 40114 | ROMAN ADAMES, AWILDA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 40173 | ALICEA GUZMAN, NYDIA M. | Commonwealth of Puerto Rico | $ - |
| 59392 | DE LOS A. MONTALVO LAFONTAINE, MARIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 60520 | CRUZ VALENTIN, MADELYN | Commonwealth of Puerto Rico | $ - |
| 60530 | HERNANDEZ CABAN, LETICIA | Commonwealth of Puerto Rico | $ - |
| 79487 | MERCADO BENIQUEZ, ALMA N | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 97166 | ORTIZ MATOS, SONIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 98155 | AGOSTO SANJURJO, JOSE LUIS | Commonwealth of Puerto Rico | $ - |
| 18470 | RUIZ QUINTANA, MERCEDES | Commonwealth of Puerto Rico | $ - |
| 25010 | SANTANA, MOISES | Commonwealth of Puerto Rico | $ 45,896.10 |
| 30499 | FUENTES MENDEZ, EDGARDO L | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 50,371.48 |
| 31540 | RUIZ QUINTANA, MERCEDES | Commonwealth of Puerto Rico | $ - |
| 12093 | VISBAL DE SANTOS, GLADYS NILDA | Commonwealth of Puerto Rico | $ 155,237.64 |
| 151627 | NAZARIO PADRO, DARIO | Commonwealth of Puerto Rico | $ - |
| 170039-1 | VELEZ CISCO, AURELIO | Commonwealth of Puerto Rico | $ - |
| 98212-1 | OQUENDO VAZQUEZ, GERSON | Commonwealth of Puerto Rico | $ - |
| 13451-1 | RODRIGUEZ NIEVES, DAISY | Commonwealth of Puerto Rico | $ 68,079.93 |
| 112768 | NIEVES HERNANDEZ, HILDA | Commonwealth of Puerto Rico | $ - |
| 121044 | NIEVES HERNANDEZ, HILDA | Commonwealth of Puerto Rico | $ - |
| 33984 | VIERA-PLANAS, GILBERTO | Commonwealth of Puerto Rico | $ 2,671.32 |