# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Fourteenth Omnibus Objection**

## Four Hundred Fourteenth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AYALA CASTRELLO, BRENDA LEE<br>RR18 BOX 8609<br>SAN JUAN, PR 00926 | 10/26/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179665 | Undetermined* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 2 | BAEZ PEREZ, SARIS M.<br>P.O. BOX 10,000 SUITE 341<br>CANOVANAS, PR 00729 | 10/28/2021 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 179666 | $ 76,000.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 3 | CALCERRADA DELGADO, MARIA ANGELICA<br>HC 2 BOX 7104<br>LARES, PR 00669 | 10/15/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179645 | $ 20,000.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 4 | CALO CALO, NORMA I<br>PARC. SAN ISIDRO 267<br>CALLE 22 APT D<br>CANOVANAS, PR 00729 | 10/13/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179650 | Undetermined* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 5 | DIAZ BAEZ, MELISSA<br>HC-02<br>BOX 12380<br>AGUAS BUENAS, PR 00703-9612 | 9/22/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179632 | Undetermined* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 6 | ESPINOSA ROSADO, EVYFLOR<br>PO BOX 3404<br>LAJAS, PR 00667 | 9/28/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179699 | $ 1,400,000.00* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 7 | FELICIANO ROSADO, MARIA IVET<br>CALLE ELENA SEGARRA #154<br>SECTOR EL MANI<br>MAYAGUEZ, PR 00682 | 10/18/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179662 | Undetermined* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Fourteenth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | FERNANDEZ ANDINO, KELLY<br>CALLE 39 LL-45<br>EXT. VILLAS DE LOIZA<br>CANOVANAS, PR 00729 | 10/1/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179627 | Undetermined* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | GUINOT-MELENDEZ, JOSEFINA<br>WILLIAM SANTIAGO SASTRE ESQ.<br>P.O. BOX 1801<br>SABANA SECA, PR 00952-1801 | 10/18/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179649 | $ 1,135,855.50* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | HADDOCK JIMENEZ, RAFAEL A<br>JARDINES DE COUNTRY CLUB<br>23 Q-3<br>CAROLINA, PR 00983 | 10/25/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179667 | Undetermined* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | LUGO CARDONA, LETICIA E<br>MANSIONES DE MONTE CASINO I<br>243 CALLE GOLONDRINA<br>TOA ALTA, PR 00953 | 11/4/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179679 | $ 50,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | LUGO CARDONA, LETICIA E<br>MANSIONES DE MONTE CASINO I<br>243 CALLE GOLONDRINA<br>TOA ALTA, PR 00953 | 11/4/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179681 | $ 50,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | LUGO CARDONA, LETICIA E<br>MANSIONES DE MONTE CASINO I<br>243 CALLE GOLONDRINA<br>TOA ALTA, PR 00953 | 11/4/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179680 | $ 50,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | LUGO CARDONA, LETICIA E<br>MANSIONES DE MONTE CASINO I<br>243 CALLE GOLONDRINA<br>TOA ALTA, PR 00953 | 11/4/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179677 | $ 45,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

## Four Hundred Fourteenth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | MONTES RIVERA, CAYETANO<br>RR-18<br>BOX 1183<br>SAN JUAN, PR 00921 | 9/22/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179633 | Undetermined* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 16 | MORENO, CHARLY<br>INST. MAXIMA SEGURIDAD<br>C-5 CELDA:4020<br>3793 PONCE BY PASS<br>PONCE, PR 00728-1504 | 10/18/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179653 | Undetermined* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 17 | ORTIZ ORTIZ, JOSE ORLANDO<br>1732 N 38TH ST<br>MILWAUKEE, WI 53208 | 9/15/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179636 | Undetermined* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 18 | PABON VASQUEZ, ANA CRISTINA<br>BELA. STA CALATINO # 188 A<br>APT. 661<br>ARROYO, PR 00714 | 10/13/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179651 | Undetermined* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 19 | QUINONES DIAZ, CLARA M<br>URB VILLA CAROLINA 4 EXT<br>149-7 CALLE 408<br>CAROLINA, PR 00985 | 10/1/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179626 | Undetermined* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 20 | RIVERA SANCHEZ, ROSA M.<br>MANSIONES DE COAMO<br>220 CALLE IMPERIO<br>COAMO, PR 00769 | 9/27/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179634 | $ 6,000.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 21 | ROSADO, EDITH TORRES<br>60 CARLTON AVE.<br>APT. 3H<br>BROOKLYN, NY 11205-2216 | 10/13/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179652 | Undetermined* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |

Four Hundred Fourteenth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | SANTIAGO MARCANO, VICTOR<br>HC 03 BOX 6825<br>JUNCOS, PR 00777 | 10/2/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179628 | $ 60,000.00* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | SAPIA OGUENDO, MERCEDES E.<br>URB. CONSTANCIA CALLE EUREKA 2451<br>PONCE, PR 00717-2219 | 11/5/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179682 | $ 0.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | SAPIA OQUENDO, MERCEDES E.<br>EUREKA 2451 URB. CONSTANCIA<br>PONCE, PR 00717-2219 | 11/5/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179684 | $ 0.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | SUAREZ FIGUEROA, IRMA I.<br>URB. EL CONQUISTADOR<br>E44 AVE. DIEGO VELAZQUEZ<br>TRUJILLO ALTO, PR 00976 | 11/2/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179678 | $ 15,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | VESSUP SANTIAGO, CARLOS DANIEL<br>5308 WHEAT SHEAF TRL.<br>FORT WORTH, TX 76179 | 10/5/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179654 | $ 1,059.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | TOTAL | $ 2,908,914.50* |