## **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Fifteenth Omnibus Objection**

## Four Hundred Fifteenth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | GOMEZ BUS LINE<br>HC 06 BOX 2225<br>PONCE, PR 00731 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33928 | $ 1,615.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and the New Progressive Party which is not part of the Title III proceedings. | | | | | |
| 2 | NAZARIO PADRO, DARIO<br>HC 01 BOX 8045<br>SAN GERMAN, PR 00683 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 151627 | Undetermined* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipal Revenue Collection Center which is not part of the Title III proceedings. | | | | | |
| 3 | PRAXAIR PUERTO RICO BV<br>P O BOX 307<br>GURABO, PR 00778-0307 | 5/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 47997-1 | $ 426.60 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Metropolitan Bus Authority which is not part of the Title III proceedings. | | | | | |
| 4 | TANK MANAGEMENT SERVICES<br>RAFAEL TIMOTHEE<br>URB. MONTECARLO<br>1312 CALLE 25<br>SAN JUAN, PR 00924-5251 | 6/27/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 54086 | $ 5,040.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Metropolitan Bus Authority which is not part of the Title III proceedings. | | | | | |
| | | | | | TOTAL | $ 7,081.60* |

\* Indicates claim contains unliquidated and/or undetermined amounts