# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima décima quinta objeción global**

Cuadringentésima décima quinta Objeción Global
Anexo A - Reclamaciones a ser Desestimadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | GOMEZ BUS LINE<br>HC 06 BOX 2225<br>PONCE, PR 00731 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 33928 | $ 1,615.00 |
| | Base para: La Evidencia de Reclamo no proporciona el fundamento requerido para formular un reclamo en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen la responsabilidad entre el Reclamante y el Partido Nuevo Progresista, el cual no forma parte de los procesos en virtud del Título III. | | | | | |
| 2 | NAZARIO PADRO, DARIO<br>HC 01 BOX 8045<br>SAN GERMAN, PR 00683 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 151627 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no proporciona el fundamento requerido para formular un reclamo en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen la responsabilidad entre el Reclamante y el Centro de Recaudación de Ingresos Municipales, el cual no forma parte de los procesos en virtud del Título III. | | | | | |
| 3 | PRAXAIR PUERTO RICO BV<br>P O BOX 307<br>GURABO, PR 00778-0307 | 5/29/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 47997-1 | $ 426.60 |
| | Base para: La Evidencia de Reclamo no proporciona el fundamento requerido para formular un reclamo en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen la responsabilidad entre el Reclamante y la Autoridad Metropolitana de Autobuses, la cual no forma parte de los procesos en virtud del Título III. | | | | | |
| 4 | TANK MANAGEMENT SERVICES<br>RAFAEL TIMOTHEE<br>URB. MONTECARLO<br>1312 CALLE 25<br>SAN JUAN, PR 00924-5251 | 6/27/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 54086 | $ 5,040.00 |
| | Base para: La Evidencia de Reclamo no proporciona el fundamento requerido para formular un reclamo en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen la responsabilidad entre el Reclamante y la Autoridad Metropolitana de Autobuses, la cual no forma parte de los procesos en virtud del Título III. | | | | | |
| | | | | | TOTAL | $ 7,081.60* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados