# EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Sixteenth Omnibus Objection**

Four Hundred Sixteenth Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ALICEA, JENNIFER<br>PO BOX 363901<br>SAN JUAN, PR 00936-3901 | 19589 | Puerto Rico Highways and Transportation Authority | Unsecured | $139,968.58 | Commonwealth of Puerto Rico | Unsecured | $139,968.58 |
| | Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | |
| 2 | OFFICE GALLERY INC<br>PO BOX 1059<br>CIDRA, PR 00739-1059 | 19608 | Puerto Rico Highways and Transportation Authority | Unsecured | $486.60 | Commonwealth of Puerto Rico | Unsecured | $486.60 |
| | Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | |
| 3 | PRAXAIR PUERTO RICO BV<br>P O BOX 307<br>GURABO, PR 00778-0307 | 47997 | Puerto Rico Highways and Transportation Authority | Unsecured | $698.62 | Commonwealth of Puerto Rico | Unsecured | $698.62 |
| | Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | |
| 4 | S.O.P. INC.<br>PO BOX 1914<br>GUAYNABO, PR 00970-1914 | 21636 | Puerto Rico Highways and Transportation Authority | Unsecured | $742.60 | Commonwealth of Puerto Rico | Unsecured | $742.60 |
| | Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | |
| 5 | SANCHEZ CARRION, ANDRES<br>PO BOX 21039<br>SAN JUAN, PR 00928-1039 | 49634 | Puerto Rico Highways and Transportation Authority | Unsecured | $13,350.00 | Commonwealth of Puerto Rico | Unsecured | $13,350.00 |
| | Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | |
| | | | TOTAL | | $ 155,246.40 | TOTAL | | $ 155,246.40 |