# **ANEXO A**

**Relación de reclamaciones objeto de la Cuadringentésima décima sexta objeción global**

Cuadringentésima décima sexta Objeción Global
Anexo A - Reclamaciones a ser Reclasificadas

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | ALICEA, JENNIFER<br>PO BOX 363901<br>SAN JUAN, PR 00936-3901 | 19589 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $139,968.58 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $139,968.58 |
| | Base para: Cuando la evidencia de reclamo y la documentación de respaldo indican que cualquier responsabilidad recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el Reclamante identifica como deudora a la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |
| 2 | OFFICE GALLERY INC<br>PO BOX 1059<br>CIDRA, PR 00739-1059 | 19608 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $486.60 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $486.60 |
| | Base para: Cuando la evidencia de reclamo y la documentación de respaldo indican que cualquier responsabilidad recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el Reclamante identifica como deudora a la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |
| 3 | PRAXAIR PUERTO RICO BV<br>P O BOX 307<br>GURABO, PR 00778-0307 | 47997 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $698.62 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $698.62 |
| | Base para: Cuando la evidencia de reclamo y la documentación de respaldo indican que cualquier responsabilidad recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el Reclamante identifica como deudora a la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |
| 4 | S.O.P. INC.<br>PO BOX 1914<br>GUAYNABO, PR 00970-1914 | 21636 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $742.60 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $742.60 |
| | Base para: Cuando la evidencia de reclamo y la documentación de respaldo indican que cualquier responsabilidad recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el Reclamante identifica como deudora a la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |
| 5 | SANCHEZ CARRION, ANDRES<br>PO BOX 21039<br>SAN JUAN, PR 00928-1039 | 49634 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $13,350.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $13,350.00 |
| | Base para: Cuando la evidencia de reclamo y la documentación de respaldo indican que cualquier responsabilidad recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico, el Reclamante identifica como deudora a la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |
| | | | TOTAL | | $ 155,246.40 | TOTAL | | $ 155,246.40 |