## **EXHIBIT D**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                             Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to HTA.** |

### ORDER GRANTING FOUR HUNDRED SIXTEENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR

Upon the *Four Hundred Sixteenth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority to Claims Asserted Against the Incorrect Debtor* ("Four Hundred Sixteenth Omnibus Objection") of the Puerto Rico Highways and Transportation Authority ("HTA"), dated February 4, 2022, for entry of an order reclassifying certain claims filed against HTA, as more fully set forth in the Four Hundred Sixteenth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Four

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

Hundred Sixteenth Omnibus Objection and to grant the relief requested therein pursuant to Section 306(a) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2]; and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Four Hundred Sixteenth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Asserted" in Exhibit A to the Four Hundred Sixteenth Omnibus Objection having improperly identified HTA as obligor, when such claims are properly asserted, if at all, against the Commonwealth, as identified in the column titled "Corrected" in Exhibit A to the Four Hundred Sixteenth Omnibus Objection; and the Court having determined that the relief sought in the Four Hundred Sixteenth Omnibus Objection is in the best interest of HTA, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Four Hundred Sixteenth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

> ORDERED that the Four Hundred Sixteenth Omnibus Objection is GRANTED as set forth herein; and it is further

> ORDERED that the claims identified in the column titled "Asserted" in Exhibit A to the Four Hundred Sixteenth Omnibus Objection are hereby reclassified to be claims asserted against the Commonwealth, as indicated in the column titled "Correct" in Exhibit A; and it is further

> ORDERED that the Debtors' right to object to the Reclassified Claims is reserved; and it is further

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

2

ORDERED that Prime Clerk is authorized and directed, in the official claims register in the PROMESA cases, to move the claims identified in the column titled "Asserted" in Exhibit A to the Four Hundred Sixteenth Omnibus Objection from HTA's Title III Case[3] (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808) to the Title III case for the Commonwealth (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), as identified in the column titled "Corrected" in Exhibit A to the Four Hundred Sixteenth Omnibus Objection; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

        Honorable Judge Laura Taylor Swain
        United States District Judge

---

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Sixteenth Omnibus Objection.

# **ANEXO D**

**Orden Propuesta**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>  como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*.,<br><br>                    Deudores.[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con la ACT**. |

ORDEN POR LA QUE SE CONCEDE LA CUADRINGENTÉSIMA DÉCIMA SEXTA OBJECIÓN GLOBAL (NO SUSTANTIVA) DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO A RECLAMACIONES ALEGADAS CONTRA EL DEUDOR INCORRECTO

Vista la *Cuadringentésima décima sexta objeción global (no sustantiva) de la Autoridad de Carreteras y Transportación de Puerto Rico a Reclamaciones Alegadas contra el Deudor Incorrecto* (la "Cuadringentésima décima sexta objeción global") de la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT"), de fecha 4 de febrero de 2022, en la que

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de Casos de Quiebra debido a ciertas limitaciones en el programa informático)

se solicita que se dicte una orden que reclasifique determinadas reclamaciones radicadas contra la ACT, según se expone con más detalle en la Cuadringentésima décima sexta objeción global y en los anexos justificativos de la misma; y teniendo el Tribunal jurisdicción para atender la Cuadringentésima décima sexta objeción global y para conceder el remedio aquí solicitado conforme a la sección 306(a) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2]; y siendo la sede judicial competente conforme a PROMESA, sección 307(a); y habiéndose efectuado, en tiempo y forma, la notificación de la Cuadringentésima décima sexta objeción global a aquellas partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y cada una de las reclamaciones identificadas en la columna titulada "Alegadas" en el Anexo A de la Cuadringentésima décima sexta objeción global habiendo identificado incorrectamente a la ACT como deudor, cuando en todo caso lo correcto sería que dichas reclamaciones se alegaran contra el ELA, según lo identificado en la columna titulada "Corregidas" en el Anexo A de la Cuadringentésima décima sexta objeción global; y habiendo determinado el Tribunal que el remedio solicitado en la Cuadringentésima décima sexta objeción global redunda en el mejor interés de la ACT y de sus acreedores, así como de la totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y de derecho establecidas en la Cuadringentésima décima sexta objeción global establecen una causa justificada para el remedio aquí concedido; y tras la debida deliberación y concurriendo suficientes motivos para ello, por medio de la presente,

SE ORDENA que SE CONCEDA la Cuadringentésima décima sexta objeción global, según se establece en el presente documento; además

---

[2] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101 a 2241.

SE ORDENA que las reclamaciones identificadas en la columna titulada "Alegadas" en el Anexo A de la Cuadringentésima décima sexta objeción global queden reclasificadas como reclamaciones alegadas contra el ELA, conforme a lo identificado en la columna titulada "Corregidas" en el Anexo A; asimismo

SE ORDENA que el derecho que asiste a los Deudores a objetar a las Reclamaciones Reclasificadas quede reservado; además

SE ORDENA que Prime Clerk quede autorizada, y reciba instrucciones, para trasladar, en el registro oficial de reclamaciones relativo a los casos radicados conforme a PROMESA, las reclamaciones identificadas en la columna titulada "Alegadas" en el Anexo A de la Cuadringentésima décima sexta objeción global del Caso de Título III de la ACT[3] (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808) al caso de Título III del ELA (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481), según lo identificado en la columna titulada "Corregidas" en el Anexo A de la Cuadringentésima décima sexta objeción global; y por último

SE ORDENA que este Tribunal conserve jurisdicción para atender y resolver la totalidad de las materias que surjan de, o en relación con, la implementación, interpretación o ejecución de la presente Orden.

Fecha: _____

_____
Su señoría, la juez Laura Taylor Swain
Juez de Distrito de los Estados Unidos
(*United States District Judge*)

---

[3] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Cuadringentésima décima sexta objeción global.

3