# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Seventeenth Omnibus Objection**

## Four Hundred Seventeenth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | COLLAZO RODRIGUEZ, KELVIN D.<br>HC-12-BOX<br>HUMACAO, PR 00791 | 11/9/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179686 | Undetermined* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and the Sugar Corporation which is not part of the Title III proceedings. | | | | | |
| 2 | ORITZ QUINONES, JOSE O.<br>PARCELAS SABANETAS STREET PROGRESO 70<br>PONCE, PR 00716-4519 | 10/27/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179670 | $ 59,218.48 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and the Sugar Corporation which is not part of the Title III proceedings. | | | | | |
| 3 | ORTIZ QUIÑONES, JOSE O.<br>PARC. SABANETAS STREET PROGRESO 70<br>MERCEDITA, PR 00715 | 10/27/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179674 | $ 59,218.48 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and the Sugar Corporation which is not part of the Title III proceedings. | | | | | |
| 4 | ORTIZ QUIÑONES, JOSE ONOFRE<br>VANESSA HERNÁNDEZ RODRÍGUEZ, ESQ.<br>STREET AURORA 4140, SUITE 1<br>PONCE, PR 00717-1203 | 10/25/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179673 | $ 59,218.48 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and the Sugar Corporation which is not part of the Title III proceedings. | | | | | |
| 5 | ORTIZ QUIÑONES, JOSE ONOFRE<br>VANESSA HERNANDEZ RODRIGUEZ, ESQ.<br>STREET AURORA 4140, SUITE 1<br>PONCE, PR 00717-1203 | 10/25/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179671 | $ 59,218.48 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and the Sugar Corporation which is not part of the Title III proceedings. | | | | | |
| 6 | RAMOS, ISMAEL LEBRON<br>PO BOX 790<br>MAUNABO, PR 00707 | 11/2/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179675 | Undetermined* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and the Sugar Corporation which is not part of the Title III proceedings. | | | | | |
| 7 | VISBAL DE SANTOS, GLADYS NILDA<br>UNIVERSITY GARDENS<br>270 CALLE HARVARD<br>SAN JUAN, PR 00927-4111 | 5/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12093 | $ 155,237.64* |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Seventeenth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|
| Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and University of Puerto Rico which is not part of the Title III proceedings. | | | | | |
| | | | | TOTAL | $ 392,111.56* |

\* Indicates claim contains unliquidated and/or undetermined amounts