# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima décima séptima objeción global**

## Cuadringentésima décima séptima Objeción Global
### Anexo A - Reclamaciones a ser Desestimadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | COLLAZO RODRIGUEZ, KELVIN D.<br>HC-12-BOX<br>HUMACAO, PR 00791 | 11/9/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179686 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no proporciona el fundamento requerido para formular un reclamo en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen la responsabilidad entre el Reclamante y Sugar Corporation, la cual no forma parte de los procesos en virtud del Título III. | | | | | |
| 2 | ORITZ QUINONES, JOSE O.<br>PARCELAS SABANETAS STREET PROGRESO 70<br>PONCE, PR 00716-4519 | 10/27/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179670 | $ 59,218.48 |
| | Base para: La Evidencia de Reclamo no proporciona el fundamento requerido para formular un reclamo en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen la responsabilidad entre el Reclamante y Sugar Corporation, la cual no forma parte de los procesos en virtud del Título III. | | | | | |
| 3 | ORTIZ QUIÑONES, JOSE O.<br>PARC. SABANETAS STREET PROGRESO 70<br>MERCEDITA, PR 00715 | 10/27/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179674 | $ 59,218.48 |
| | Base para: La Evidencia de Reclamo no proporciona el fundamento requerido para formular un reclamo en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen la responsabilidad entre el Reclamante y Sugar Corporation, la cual no forma parte de los procesos en virtud del Título III. | | | | | |
| 4 | ORTIZ QUIÑONES, JOSE ONOFRE<br>VANESSA HERNÁNDEZ RODRÍGUEZ, ESQ.<br>STREET AURORA 4140, SUITE 1<br>PONCE, PR 00717-1203 | 10/25/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179673 | $ 59,218.48 |
| | Base para: La Evidencia de Reclamo no proporciona el fundamento requerido para formular un reclamo en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen la responsabilidad entre el Reclamante y Sugar Corporation, la cual no forma parte de los procesos en virtud del Título III. | | | | | |
| 5 | ORTIZ QUIÑONES, JOSE ONOFRE<br>VANESSA HERNANDEZ RODRIGUEZ, ESQ.<br>STREET AURORA 4140, SUITE 1<br>PONCE, PR 00717-1203 | 10/25/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179671 | $ 59,218.48 |
| | Base para: La Evidencia de Reclamo no proporciona el fundamento requerido para formular un reclamo en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen la responsabilidad entre el Reclamante y Sugar Corporation, la cual no forma parte de los procesos en virtud del Título III. | | | | | |
| 6 | RAMOS, ISMAEL LEBRON<br>PO BOX 790<br>MAUNABO, PR 00707 | 11/2/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179675 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no proporciona el fundamento requerido para formular un reclamo en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen la responsabilidad entre el Reclamante y Sugar Corporation, la cual no forma parte de los procesos en virtud del Título III. | | | | | |

## Cuadringentésima décima séptima Objeción Global
## Anexo A - Reclamaciones a ser Desestimadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | VISBAL DE SANTOS, GLADYS NILDA<br>UNIVERSITY GARDENS<br>270 CALLE HARVARD<br>SAN JUAN, PR 00927-4111 | 5/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 12093 | $ 155,237.64* |

Base para: La Evidencia de Reclamo no proporciona el fundamento requerido para formular un reclamo en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen la responsabilidad entre el Reclamante y la Universidad de Puerto Rico, la cual no forma parte de los procesos en virtud del Título III.

| | | | | | TOTAL | $ 392,111.56* |