# **ANEXO A**

**Relación de reclamaciones objeto de la Cuadringentésima décima octava objeción global**

Cuadringentésima décima octava Objeción Global
Anexo A - Reclamaciones a ser Desestimadas

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIONES ENMENDADAS RESTANTES | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | ACEVEDO, MOISES<br>2949 OLD DIXIE HWY<br>KISSIMME, FL 34744 | 02/11/19 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 168148 | Indeterminado* | ACEVEDO, MOISES<br>2949 OLD DIXIE HWY<br>KISSIMMEE, FL 34744 | 03/15/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179147 | $ 18,900.00* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamo presentada posteriormente. | | | | | | | | | |
| 2 | FERNANDEZ SILVA, MIGDALIA<br>13304 COASTAL KEY RD<br>TAMPA, FL 33612 | 07/18/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 151700 | Indeterminado* | FERNANDEZ SILVA, MIGDALIA<br>6116 GEORGETOWN RD. APT. A<br>INDIANAPOLIS, IN 46254 | 11/26/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179703 | $ 122,760.00 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamo presentada posteriormente. | | | | | | | | | |
| 3 | FERNANDEZ SILVA, MIGDALIA<br>13304 COASTAL KEY RD<br>TAMPA, FL 33612 | 07/18/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 154176 | Indeterminado* | FERNANDEZ SILVA, MIGDALIA<br>6116 GEORGETOWN RD. APT. A<br>INDIANAPOLIS, IN 46254 | 11/26/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179702 | $ 3,960.00 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamo presentada posteriormente. | | | | | | | | | |
| 4 | FERNANDEZ SILVA, MIGDALIA<br>13304 COASTAL KEY RD<br>TAMPA, FL 33612 | 07/18/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 161540 | $ 8,400.00 | FERNANDEZ SILVA, MIGDALIA<br>6116 GEORGETOWN RD. APT. A<br>INDIANAPOLIS, IN 46254 | 11/26/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179701 | $ 14,400.00 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamo presentada posteriormente. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados