# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Nineteenth Omnibus Objection**

## Four Hundred Nineteenth Omnibus Objection
### Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | VIERA-PLANAS, GILBERTO<br>URB LOS ALMENDROS<br>760 CALLE RIACHUELO<br>PONCE, PR 00716 | 33984 | Commonwealth of Puerto Rico | 503(b)(9) | $2,671.32 | Puerto Rico Electric Power Authority | 503(b)(9) | $2,671.32 |

Reason: Proof of claim purported to assert liabilities associated with the Puerto Rico Electric Power Authority, but originally failed to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Electric Power Authority. Claim was subsequently transferred to Commonwealth of Puerto Rico under the assumption claim was related to taxes. Further information was provided by the claimant and additional supporting documentation asserts liabilities associated with claimants employment at the Puerto Rico Electric Power Authority. Accordingly, any liabilities should be asserted against the Puerto Rico Electric Power Authority not the Commonwealth of Puerto Rico.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and has been resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | YFN YABUCOA SOLAR LLC<br>C/O ISMAEL H. HERRERO III, ESQ.<br>P.O. BOX 362159<br>SAN JUAN, PR 00936 | 179661 | Commonwealth of Puerto Rico | Unsecured | $155,814,657.86 | Puerto Rico Electric Power Authority | Unsecured | $155,814,657.86 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Electric Power Authority.

| | | | TOTAL | | $ 155,817,329.18 | TOTAL | | $ 155,817,329.18 |
|---|---|---|---|---|---|---|---|---|