## **ANEXO A**

**Relación de reclamaciones objeto de la Cuadringentésima décima novena objeción global**

Cuadringentésima décima novena Objeción Global
Anexo A - Reclamaciones a ser Reclasificadas

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | VIERA-PLANAS, GILBERTO<br>URB LOS ALMENDROS<br>760 CALLE RIACHUELO<br>PONCE, PR 00716 | 33984 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $2,671.32 | Autoridad de Energía Eléctrica de Puerto Rico | 503(b)(9) | $2,671.32 |
| | Base para: La Evidencia de reclamo pretendía invocar obligaciones asociadas con la Autoridad de Electricidad de Puerto Rico, pero originalmente no se proporcionaron fundamentos o documentación de respaldo para formular un reclamo contra la Autoridad de Electricidad de Puerto Rico. Posteriormente, el reclamo se transfirió al Estado Libre Asociado de Puerto Rico bajo el supuesto de que el reclamo estaba relacionado con impuestos. El demandante proporcionó más información y la documentación de respaldo adicional refiere a obligaciones asociadas con el empleo del demandante en la Autoridad de Electricidad de Puerto Rico. En consecuencia, tales obligaciones deben exigirse a la Autoridad de Electricidad de Puerto Rico, y no al Estado Libre Asociado de Puerto Rico. Una porción de este reclamo se ha transferido hacia el proceso de Reconciliación de Reclamos Administrativos (RRA) y se ha resuelto de acuerdo con los procedimientos RRA. Dado que esta objeción no constituye una objeción a la porción del reclamo en el proceso RRA, los Deudores se reservan los derechos a objetar la porción remanente del reclamo por cualquier causal que fuera. | | | | | | | | |
| 2 | YFN YABUCOA SOLAR LLC<br>C/O ISMAEL H. HERRERO III, ESQ.<br>P.O. BOX 362159<br>SAN JUAN, PR 00936 | 179661 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $155,814,657.86 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $155,814,657.86 |
| | Base para: Cuando la evidencia de reclamo y la documentación de respaldo indican que cualquier responsabilidad recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el Reclamante identifica como deudor al Estado Libre Asociado de Puerto Rico. | | | | | | | | |
| | | | TOTAL | | $ 155,817,329.18 | TOTAL | | $ 155,817,329.18 |