# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima vigésima objeción global**

## Cuadringentésima vigésima Objeción Global
## Anexo A - Reclamaciones a ser Desestimadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | NIEVES HERNANDEZ, HILDA<br>C/SANTA ANA E25 SANTA ELVIRA<br>CAGUAS, PR 00725 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 112768 | Indeterminado* |

Base para: La Evidencia de Reclamo no proporciona el fundamento requerido para formular un reclamo en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen la responsabilidad entre el Reclamante y la Asociación de Empleados del Estado Libre Asociado (AEELA), la cual no forma parte de los procesos en virtud del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR.  Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | NIEVES HERNANDEZ, HILDA<br>E-25 SANTA ANA SANTA ELVIRA<br>CAGUAS, PR 00725 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 121044 | Indeterminado* |

Base para: La Evidencia de Reclamo no proporciona el fundamento requerido para formular un reclamo en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen la responsabilidad entre el Reclamante y la Asociación de Empleados del Estado Libre Asociado (AEELA), la cual no forma parte de los procesos en virtud del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR.  Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | OQUENDO VAZQUEZ, GERSON<br>28 CALLE CESAR CONCEPCION<br>CAYEY, PR 00736 | 6/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 98212-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no proporciona el fundamento requerido para formular un reclamo en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen la responsabilidad entre el Reclamante y la Asociación de Empleados del Estado Libre Asociado (AEELA), la cual no forma parte de los procesos en virtud del Título III. Parte de este reclamo se transfirió al proceso de Reconciliación de Reclamaciones Administrativas (RRA) y se resolverá de conformidad con los procedimientos de RRA.  Dado que esta objeción no refiere a la sección del reclamo incluida en el proceso de RRA, los Deudores se reservan el derecho de objetar la sección remanente del reclamo basándose en cualquier otro fundamento.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | RODRIGUEZ NIEVES, DAISY<br>URB VILLA CAPRI<br>CALLE VERONA 1172<br>RIO PIEDRAS, PR 00924 | 5/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13451-1 | $ 68,079.93 |

Base para: La Evidencia de Reclamo no proporciona el fundamento requerido para formular un reclamo en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen la responsabilidad entre el Reclamante y la Asociación de Empleados del Estado Libre Asociado (AEELA), la cual no forma parte de los procesos en virtud del Título III. Parte de este reclamo se transfirió al proceso de Reconciliación de Reclamaciones Administrativas (RRA) y se resolverá de conformidad con los procedimientos de RRA.  Dado que esta objeción no refiere a la sección del reclamo incluida en el proceso de RRA, los Deudores se reservan el derecho de objetar la sección remanente del reclamo basándose en cualquier otro fundamento.

## Cuadringentésima vigésima Objeción Global
### Anexo A - Reclamaciones a ser Desestimadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | VELEZ CISCO, AURELIO<br>HC 2 BOX 11275<br>LAS MARIAS, PR 00670 | 7/29/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170039-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no proporciona el fundamento requerido para formular un reclamo en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen la responsabilidad entre el Reclamante y la Asociación de Empleados del Estado Libre Asociado (AEELA), la cual no forma parte de los procesos en virtud del Título III. Parte de este reclamo se transfirió al proceso de Reconciliación de Reclamaciones Administrativas (RRA) y se resolverá de conformidad con los procedimientos de RRA. Dado que esta objeción no refiere a la sección del reclamo incluida en el proceso de RRA, los Deudores se reservan el derecho de objetar la sección remanente del reclamo basándose en cualquier otro fundamento.

| | | | | | TOTAL | $ 68,079.93* |