## **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Twenty-Second Omnibus Objection**

FOUR HUNDRED TWENTY-SECOND OMNIBUS OBJECTION

Exhibit A - Partially Satisfied / Partially No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT | REMAINING CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BERRÍOS ELECTRIC SERVICES, INC<br>CARRETERA 840, KM. 0.7<br>BO. CERRO GORDO<br>SECTOR LA ALDEA<br>BAYAMÓN, PR 00956 | 5/28/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 25847 | $237,556.00 | $237,306.00 | $250.00 | $0.00 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of the liabilities associated with the claim because the claimant did not provide documentation to support such part of the claim. | | | | | | | | |
| 2 | OLIVENCIA SEPULVEDA, JOSE A<br>4633 AVE ISLA VERDE<br>COND CASTILLO DEL MAR APT 704<br>CAROLINA, PR 00979 | 6/6/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 49278 | $6,812.50 | $6,233.43 | $579.07 | $0.00 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of the liabilities associated with the claim because it was properly withheld pursuant to Puerto Rico tax law. | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.