# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima vigésima segunda objeción global**

CUADRIGENTÉSIMA VIGÉSIMA SEGUNDA OBJECIÓN COLECTIVA

Anexo A: Parcialmente Resueltas / Parcialmente Sin Reclamaciones de Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA | MONTO RESUELTO | SIN MONTO DE RESPONSABILIDAD | RECLAMACION RESTANTE O RECLAMO RESTANTE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BERRÍOS ELECTRIC SERVICES, INC CARRETERA 840, KM. 0.7 BO. CERRO GORDO SECTOR LA ALDEA BAYAMÓN, PR 00956 | 5/28/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 25847 | $237,556.00 | $237,306.00 | $250.00 | $0.00 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por parte de la responsabilidad asociada con la reclamación debido a que el demandante no proporciono ninguna documentación para apoyar tal parte de la reclamación. | | | | | | | | |
| 2 | OLIVENCIA SEPULVEDA, JOSE A 4633 AVE ISLA VERDE COND CASTILLO DEL MAR APT 704 CAROLINA, PR 00979 | 6/6/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 49278 | $6,812.50 | $6,233.43 | $579.07 | $0.00 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por parte de la responsabilidad asociada con la reclamación debido a que fue retenida conforme a la leyes de impuestos de Puerto Rico. | | | | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados