# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Twenty-Third Omnibus Objection**

Four Hundred Twenty-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | AGRAIT ZAPATA, MILAGROS<br>PO BOX 1299<br>SAN GERMAN, PR 00683 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 64173 | Undetermined* | AGRAIT ZAPATA, MILAGROS<br>PO BOX 1299<br>SAN GERMÁN, PR 00683 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 66020 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | AGRAIT ZAPATA, WILMA E<br>PO BOX 3022<br>SAN GERMAN, PR 00683-3022 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 92215 | Undetermined* | AGRAIT ZAPATA, WILMA E<br>P.O. BOX 3022<br>SAN GERMAN, PR 00683-3022 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 55500 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | ARISTUD RIVERA, MARISOL<br>210 CALLE LAS CUEVAS<br>LOS GONZALEZ<br>TRUTILLO ALTO, PR 00976 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 145166 | $ 30,000.00 | ARISTUD RIVERA, MARISOL<br>LOS GONZALES 2-210<br>LAS CUEVAS<br>TRUJILLO ALTO, PR 00976 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 156018 | $ 30,000.00 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | ARROYO CANDELARIO, JORGE<br>COLINAS DEL OESTE<br>CALLE 9 E-13<br>HORMIGUEROS, PR 00660 | 05/21/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 17492 | Undetermined* | ARROYO CANDELARIO, JORGE<br>COLINAS DEL OESTE<br>E 13 CALLE 9<br>HORMIGUEROS, PR 00660 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 30158 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | ARROYO CANDELARIO, JORGE<br>COLINAS DEL OESTE<br>E13 CALLE 9<br>HORMIGUEROS, PR 00660-1924 | 05/25/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 27841 | Undetermined* | ARROYO CANDELARIO, JORGE<br>COLINAS DEL OESTE<br>E 13 CALLE 9<br>HORMIGUEROS, PR 00660 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 30158 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

* Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Twenty-Third Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | ARROYO PEREZ, ANTONIA<br>HC-1 BOX 7841<br>VILLALBA, PR 00766 | 06/26/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 94812 | Undetermined* | ARROYO PEREZ, ANTONIA<br>HC-1 BOX 7841<br>VILLALBA, PR 00766 | 06/26/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 93044 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 7 | ASTACIO CORREA, ILEANA<br>PO BOX 146<br>SALINAS, PR 00751 | 06/07/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 52290 | Undetermined* | ASTACIO CORREA, ILEANA<br>PO BOX 1394<br>SALINAS, PR 00751 | 06/07/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 49797 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 8 | BERRIOS RIVERA, AIXA<br>88 ZORZAL BO CUCHILLAS<br>MOROVIS, PR 00687 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 63069 | $ 18,000.00 | BERRIOS RIVERA, AIXA<br>#88 ZORZAL BO.<br>CUCHILLAS<br>MOROVIS, PR 00687 | 07/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 154242 | $ 18,000.00 |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 9 | BERRIOS RIVERA, AIXA<br>#88 ZORZAL BO CUCHILLAS<br>MOROVIS, PR 00687 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 95396 | $ 50,000.00 | BERRIOS RIVERA, AIXA<br>#88 ZORZAL BO.<br>CUCHILLAS<br>MOROVIS, PR 00687 | 07/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 154242 | $ 18,000.00 |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 10 | CASIANO JUSINO, HAROLD<br>DAMARIS QUINONES VARGEAS<br>PO BOX 429<br>CABO ROJO, PR 00623 | 09/14/21 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179590 | $ 26,943.40 | CASIANO JUSINO, HAROLD<br>DAMARIS QUINONES VARGAS<br>PO BOX 429<br>CABO ROJO, PR 00623 | 07/08/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179441 | $ 26,943.40* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |

Four Hundred Twenty-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 11 | CASTRO HERNANDEZ, WILLIAM 26 CALLE DIEGO DEYNES MOCA, PR 00676 | 07/05/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 146418 | Undetermined* | CASTRO HERNANDEZ, WILLIAM 26 CALLE DIEGO DEYNES MOCA, PR 00676-4812 | 07/05/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 141782 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | CASTRO RODRIGUEZ, NORMA IRIS GRENAL 461 CALLE 13 DORADO, PR 00646 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 120700 | $ 24,000.00* | CASTRO RODRIGUEZ, NORMA IRIS ARENAL 461 CALLE 13 DORADO, PR 00646 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 111128 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | CINTRON HERNANDEZ, VICTOR L VILLA RICA, GLADYS AE-7 BAYAMON, PR 00959 | 06/27/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 174557 | Undetermined* | CINTRON HERNANDEZ, VICTOR L VILLA RICA AE-7 GLADYS BAYAMON, PR 00959 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 174560 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | COTTO MERCED, MIRTA L PO BOX 1236 CIDRA, PR 00739 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 120126 | Undetermined* | COTTO MERCED, MIRTA LUZ P.O. BOX 1236 CIDRA, PR 00739 | 12/31/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 178989 | $ 40,800.00 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | DIAZ FERNANDEZ, HECTOR R PO BOX 10436 PONCE, PR 00732 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 131301 | Undetermined* | DIAZ FERNANDEZ, HECTOR R. P.O. BOX 10436 PONCE, PR 00732 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 129941 | $ 19,200.00 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Twenty-Third Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 16 | DIAZ PAGAN, ELBA IRIS<br>PO BOX 1308<br>PATILLAS, PR 00723 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 113809 | Undetermined* | DIAZ PAGAN, ELBA IRIS<br>P.O. BOX 1308<br>PATILLAS, PR 00723 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 162945 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 17 | GARCIA CORALES, ADA AMPARO<br>URB LEVITTVILLE<br>CALLE MINERVA<br>SD-5<br>LEVITTOWN, PR 00949 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 142342 | Undetermined* | GARCIA CORALES, ADA AMPARO<br>URB. LEVITTVILLE<br>CALLE MINERVA<br>SD-5<br>LEVITTTOWN, PR 00949 | 06/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 159706 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 18 | GONZALEZ RUIZ, HELEN<br>F-4 4 VILLAS DE CASTRO<br>CAGUAS, PR 00725 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 139009 | Undetermined* | GONZALEZ RUIZ, HELEN<br>F-4 4<br>VILLAS DE CASTRO<br>CAGUAS, PR 00725-4614 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 152474 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 19 | GUTIERREZ DE JESUS, TERESA<br>URB. TREASURE VALLEY<br>AVE. LAS AMERICAS K15<br>CIDRA, PR 00739 | 06/25/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 81992 | Undetermined* | GUTIERREZ DE JESUS, TERESA<br>URB. TREASURE VALLEY, AVE. LAS AMERICAS, K-15<br>CIDRA, PR 00739 | 02/11/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179097 | $ 37,440.00 |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Twenty-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 20 | HERNANDEZ NAZARIO, ALMIDA<br>URB. VILLA DEL CARMEN<br>CALLE 7 E6<br>CIDRA, PR 00739 | 06/25/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 86327 | Undetermined* | HERNANDEZ NAZARIO, ALMIDA<br>URBANIZACION VILLA DEL CARMEN<br>CALLE 7 E6<br>CIDRA, PR 00739 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 150936 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 21 | JIMENEZ RIVERA, IRENES<br>152 PARC ESPINAL<br>AGUADA, PR 00602-3169 | 05/21/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 35478 | Undetermined* | JIMENEZ RIVERA, IRENES<br>BOESPINAL B2N 152 A<br>AGUADA, PR 00602 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 31350 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 22 | JUSINO, HAROLD CASIANO<br>DAMARIS QUINONES VARGAS<br>PO BOX 429<br>CABO ROJO, PR 00623 | 09/14/21 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179589 | $ 26,943.40 | CASIANO JUSINO, HAROLD<br>DAMARIS QUINONES VARGAS<br>PO BOX 429<br>CABO ROJO, PR 00623 | 07/08/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179441 | $ 26,943.40* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 23 | LEON VAZQUEZ, FELIX<br>PO BOX 10007<br>SUITE 133<br>GUAYAMA, PR 00785 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 144054 | Undetermined* | LEON VAZQUEZ, FELIX<br>PO BOX 10, 007 SUITE 133<br>GUAYAMA, PR 00785 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 101623 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 24 | MARTINEZ GERENA, JUAN<br>HC 3 BOX 11988<br>YABUCOA, PR 00795 | 05/18/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 167958 | $ 61,453.23 | MARTINEZ GERENA, JUAN<br>HC 03 BOX 11988<br>YABUCOA, PR 00767 | 05/18/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 17600 | $ 61,453.23* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |

## Four Hundred Twenty-Third Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 25 | ORTIZ RUIZ, FLOR MARIA<br>VILLAS SAN AGUSTIN<br>P 17 CALLE 10<br>BAYAMON, PR 00959 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 111224 | $ 82,000.00* | ORTIZ RUIZ, FLOR MARIA<br>VILLAS SAN AGUSTIN<br>P 17 CALLE 10<br>BAYAMON, PR 00959 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 56739 | $ 82,000.00 |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 26 | QUIJANO RAMOS, ZAYDA<br>BONNEVILLE HEIGHTS<br>31 CALLE LAS PIEDRAS<br>CAGUAS, PR 00727 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 113202 | $ 1,500.00 | QUIJANO RAMOS, ZAYDA<br>BONNEVILLE HEIGHTS<br>31 CALLE LAS PIEDRAS<br>CAGUAS, PR 00727 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 79027 | $ 3,000.00 |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 27 | QUILES MORENO, ALEXANDER<br>HC 2 BOX 7565<br>CAMUY, PR 00627 | 06/05/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 35196 | $ 1,560.00* | QUILES MORENO, ALEXANDER<br>HC 2 BOX 7565<br>CAMUY, PR 00627 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 80866 | $ 50,000.00* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 28 | REYES MATOS, CECILIO<br>URB. MONTE BRISAS<br>CALLE K L-50<br>FAJARDO, PR 00738 | 06/27/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 105616 | Undetermined* | REYES MATOS, CECILIO<br>MONTE BRISAS 1<br>L 50 CALLE K<br>FAJARDO, PR 00738 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 98614 | $ 40,000.00* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 29 | RIVERA NEGRON, ZULMA D.<br>PO BOX 868<br>NARANJNTO, PR 00719 | 06/27/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 117403 | $ 20,000.00* | RIVERA NEGRON, ZULMA D.<br>P.O. BOX 868<br>NARANJITO, PR 00719 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 74147 | $ 20,000.00* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |

Four Hundred Twenty-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 30 | RIVERA RAMOS, ANA R. 41 COLL Y TOSTE MAYAGUEZ, PR 00682 | 07/02/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 141892 | $ 2,400.00 | RIVERA RAMOS, ANA ROSA 41 COLL Y TOSTE MAYAGUEZ, PR 00682 | 07/02/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 115248 | $ 2,400.00 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | SANCHEZ CASTRO, DIANA EXT. VILLA BUENA VENTURA #508 CALLE DIAMANTE YABUCOA, PR 00767 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 118658 | $ 50,000.00* | SANCHEZ CASTRO, DIANA EXT. VILLA BUENA VENTURA #508 CALLE DIAMANTE YABUCOA, PR 00767 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 121769-1 | $ 13,298.49* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | SANCHEZ RIVERA, WILLIAM BO CACAO ALTO PO BOX 939 PATILLAS, PR 00723 | 09/23/20 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 175912 | Undetermined* | SANCHEZ RIVERA, WILLIAM P.O. BOX 939 PATILLAS, PR 00723 | 12/26/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 172887 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 33 | SURILLO RUIZ, YOLANDA HC#15 BOX 15919 HUMACAO, PR 00791 | 07/06/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 153010 | Undetermined* | SURILLO RUIZ, YOLANDA HC #15 BOX 15919 HUMACAO, PR 00791 | 07/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 157974 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 34 | VEGA DE JESUS, IVAN URB STARLIGHT 4639 CALLE RIGEL PONCE, PR 00717-1443 | 03/21/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 3896 | Undetermined* | VEGA DE JESUS, IVAN CALLE ROOSEVELT 3222 BDA. BALDORIOTY PONCE, PR 00728 | 11/18/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 177718 | $ 35,000.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.