# **ANEXO A**

**Relación de reclamaciones objeto de la Cuadringentésima vigésima tercera objeción global**

## Cuadringentésima vigésima tercera Objeción Global
## Anexo A - Reclamaciones a ser Desestimadas

| | | RECLAMACIONES A SER DESESTIMADAS | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | AGRAIT ZAPATA, MILAGROS<br>PO BOX 1299<br>SAN GERMAN, PR 00683 | 06/28/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 64173 | Indeterminado* | AGRAIT ZAPATA, MILAGROS<br>PO BOX 1299<br>SAN GERMÁN, PR 00683 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 66020 | Indeterminado* |
| | Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico.  Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 2 | AGRAIT ZAPATA, WILMA E<br>PO BOX 3022<br>SAN GERMAN, PR 00683-3022 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 92215 | Indeterminado* | AGRAIT ZAPATA, WILMA E<br>P.O. BOX 3022<br>SAN GERMAN, PR 00683-3022 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 55500 | Indeterminado* |
| | Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico.  Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 3 | ARISTUD RIVERA, MARISOL<br>210 CALLE LAS CUEVAS<br>LOS GONZALEZ<br>TRUTILLO ALTO, PR 00976 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 145166 | $ 30,000.00 | ARISTUD RIVERA, MARISOL<br>LOS GONZALES 2-210<br>LAS CUEVAS<br>TRUJILLO ALTO, PR 00976 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 156018 | $ 30,000.00 |
| | Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico.  Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 4 | ARROYO CANDELARIO, JORGE<br>COLINAS DEL OESTE<br>CALLE 9 E-13<br>HORMIGUEROS, PR 00660 | 05/21/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 17492 | Indeterminado* | ARROYO CANDELARIO, JORGE<br>COLINAS DEL OESTE<br>E 13 CALLE 9<br>HORMIGUEROS, PR 00660 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 30158 | Indeterminado* |
| | Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico.  Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |

## Cuadringentésima vigésima tercera Objeción Global
### Anexo A - Reclamaciones a ser Desestimadas

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 5  ARROYO CANDELARIO, JORGE<br>COLINAS DEL OESTE E13 CALLE 9<br>HORMIGUEROS, PR 00660-1924 | 05/25/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 27841 | Indeterminado* | ARROYO CANDELARIO, JORGE<br>COLINAS DEL OESTE E 13 CALLE 9<br>HORMIGUEROS, PR 00660 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 30158 | Indeterminado* |
| Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 6  ARROYO PEREZ, ANTONIA<br>HC-1 BOX 7841<br>VILLALBA, PR 00766 | 06/26/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 94812 | Indeterminado* | ARROYO PEREZ, ANTONIA<br>HC-1 BOX 7841<br>VILLALBA, PR 00766 | 06/26/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 93044 | Indeterminado* |
| Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 7  ASTACIO CORREA, ILEANA<br>PO BOX 146<br>SALINAS, PR 00751 | 06/07/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 52290 | Indeterminado* | ASTACIO CORREA, ILEANA<br>PO BOX 1394<br>SALINAS, PR 00751 | 06/07/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 49797 | Indeterminado* |
| Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 8  BERRIOS RIVERA, AIXA<br>88 ZORZAL BO CUCHILLAS<br>MOROVIS, PR 00687 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 63069 | $ 18,000.00 | BERRIOS RIVERA, AIXA<br>#88 ZORZAL BO. CUCHILLAS<br>MOROVIS, PR 00687 | 07/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 154242 | $ 18,000.00 |
| Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 9  BERRIOS RIVERA, AIXA<br>#88 ZORZAL BO CUCHILLAS<br>MOROVIS, PR 00687 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 95396 | $ 50,000.00 | BERRIOS RIVERA, AIXA<br>#88 ZORZAL BO. CUCHILLAS<br>MOROVIS, PR 00687 | 07/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 154242 | $ 18,000.00 |
| Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |

## Cuadringentésima vigésima tercera Objeción Global
## Anexo A - Reclamaciones a ser Desestimadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 10 | CASIANO JUSINO, HAROLD<br>DAMARIS QUINONES VARGEAS<br>PO BOX 429<br>CABO ROJO, PR 00623 | 09/14/21 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179590 | $ 26,943.40 | CASIANO JUSINO, HAROLD<br>DAMARIS QUINONES VARGAS<br>PO BOX 429<br>CABO ROJO, PR 00623 | 07/08/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179441 | $ 26,943.40* |

Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | CASTRO HERNANDEZ, WILLIAM<br>26 CALLE DIEGO DEYNES<br>MOCA, PR 00676 | 07/05/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 146418 | Indeterminado* | CASTRO HERNANDEZ, WILLIAM<br>26 CALLE DIEGO DEYNES<br>MOCA, PR 00676-4812 | 07/05/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 141782 | Indeterminado* |

Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | CASTRO RODRIGUEZ, NORMA IRIS<br>GRENAL 461 CALLE 13<br>DORADO, PR 00646 | 06/28/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 120700 | $ 24,000.00* | CASTRO RODRIGUEZ, NORMA IRIS<br>ARENAL 461 CALLE 13<br>DORADO, PR 00646 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 111128 | Indeterminado* |

Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | CINTRON HERNANDEZ, VICTOR L<br>VILLA RICA, GLADYS AE-7<br>BAYAMON, PR 00959 | 06/27/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 174557 | Indeterminado* | CINTRON HERNANDEZ, VICTOR L<br>VILLA RICA AE-7 GLADYS<br>BAYAMON, PR 00959 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 174560 | Indeterminado* |

Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | COTTO MERCED, MIRTA L<br>PO BOX 1236<br>CIDRA, PR 00739 | 06/28/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 120126 | Indeterminado* | COTTO MERCED, MIRTA LUZ<br>P.O. BOX 1236<br>CIDRA, PR 00739 | 12/31/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 178989 | $ 40,800.00 |

Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima vigésima tercera Objeción Global
### Anexo A - Reclamaciones a ser Desestimadas

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 15 DIAZ FERNANDEZ, HECTOR R<br>PO BOX 10436<br>PONCE, PR 00732 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 131301 | Indeterminado* | DIAZ FERNANDEZ, HECTOR R.<br>P.O. BOX 10436<br>PONCE, PR 00732 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 129941 | $ 19,200.00 |
| | | | | | | | | | |

Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico.

| 16 DIAZ PAGAN, ELBA IRIS<br>PO BOX 1308<br>PATILLAS, PR 00723 | 06/28/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 113809 | Indeterminado* | DIAZ PAGAN, ELBA IRIS<br>P.O. BOX 1308<br>PATILLAS, PR 00723 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 162945 | Indeterminado* |

Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico.

| 17 GARCIA CORALES, ADA AMPARO<br>URB LEVITTVILLE<br>CALLE MINERVA SD-5<br>LEVITTOWN, PR 00949 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 142342 | Indeterminado* | GARCIA CORALES, ADA AMPARO<br>URB. LEVITTVILLE<br>CALLE MINERVA SD-5<br>LEVITTTOWN, PR 00949 | 06/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 159706 | Indeterminado* |

Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico.

| 18 GONZALEZ RUIZ, HELEN<br>F-4 4 VILLAS DE CASTRO<br>CAGUAS, PR 00725 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 139009 | Indeterminado* | GONZALEZ RUIZ, HELEN<br>F-4 4<br>VILLAS DE CASTRO<br>CAGUAS, PR 00725-4614 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 152474 | Indeterminado* |

Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico.

| 19 GUTIERREZ DE JESUS, TERESA<br>URB. TREASURE VALLEY<br>AVE. LAS AMERICAS K15<br>CIDRA, PR 00739 | 06/25/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 81992 | Indeterminado* | GUTIERREZ DE JESUS, TERESA<br>URB. TREASURE VALLEY, AVE. LAS AMERICAS, K-15<br>CIDRA, PR 00739 | 02/11/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179097 | $ 37,440.00 |

Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima vigésima tercera Objeción Global
## Anexo A - Reclamaciones a ser Desestimadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 20 | HERNANDEZ NAZARIO, ALMIDA<br>URB. VILLA DEL CARMEN<br>CALLE 7 E6<br>CIDRA, PR 00739 | 06/25/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 86327 | Indeterminado* | HERNANDEZ NAZARIO, ALMIDA<br>URBANIZACION VILLA DEL CARMEN<br>CALLE 7 E6<br>CIDRA, PR 00739 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 150936 | Indeterminado* |
| | Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 21 | JIMENEZ RIVERA, IRENES<br>152 PARC ESPINAL<br>AGUADA, PR 00602-3169 | 05/21/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 35478 | Indeterminado* | JIMENEZ RIVERA, IRENES<br>BOESPINAL B2N 152 A<br>AGUADA, PR 00602 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 31350 | Indeterminado* |
| | Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 22 | JUSINO, HAROLD CASIANO<br>DAMARIS QUINONES VARGAS<br>PO BOX 429<br>CABO ROJO, PR 00623 | 09/14/21 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179589 | $ 26,943.40 | CASIANO JUSINO, HAROLD<br>DAMARIS QUINONES VARGAS<br>PO BOX 429<br>CABO ROJO, PR 00623 | 07/08/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179441 | $ 26,943.40* |
| | Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 23 | LEON VAZQUEZ, FELIX<br>PO BOX 10007<br>SUITE 133<br>GUAYAMA, PR 00785 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 144054 | Indeterminado* | LEON VAZQUEZ, FELIX<br>PO BOX 10, 007 SUITE 133<br>GUAYAMA, PR 00785 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 101623 | Indeterminado* |
| | Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 24 | MARTINEZ GERENA, JUAN<br>HC 3 BOX 11988<br>YABUCOA, PR 00795 | 05/18/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 167958 | $ 61,453.23 | MARTINEZ GERENA, JUAN<br>HC 03 BOX 11988<br>YABUCOA, PR 00767 | 05/18/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 17600 | $ 61,453.23* |
| | Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima vigésima tercera Objeción Global
### Anexo A - Reclamaciones a ser Desestimadas

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 25 ORTIZ RUIZ, FLOR MARIA<br>VILLAS SAN AGUSTIN<br>P 17 CALLE 10<br>BAYAMON, PR 00959 | 06/28/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 111224 | $ 82,000.00* | ORTIZ RUIZ, FLOR MARIA<br>VILLAS SAN AGUSTIN<br>P 17 CALLE 10<br>BAYAMON, PR 00959 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 56739 | $ 82,000.00 |
| Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 26 QUIJANO RAMOS, ZAYDA<br>BONNEVILLE HEIGHTS<br>31 CALLE LAS PIEDRAS<br>CAGUAS, PR 00727 | 06/28/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 113202 | $ 1,500.00 | QUIJANO RAMOS, ZAYDA<br>BONNEVILLE HEIGHTS<br>31 CALLE LAS PIEDRAS<br>CAGUAS, PR 00727 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 79027 | $ 3,000.00 |
| Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 27 QUILES MORENO, ALEXANDER<br>HC 2 BOX 7565<br>CAMUY, PR 00627 | 06/05/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 35196 | $ 1,560.00* | QUILES MORENO, ALEXANDER<br>HC 2 BOX 7565<br>CAMUY, PR 00627 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 80866 | $ 50,000.00* |
| Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 28 REYES MATOS, CECILIO<br>URB. MONTE BRISAS<br>CALLE K L-50<br>FAJARDO, PR 00738 | 06/27/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 105616 | Indeterminado* | REYES MATOS, CECILIO<br>MONTE BRISAS 1<br>L 50 CALLE K<br>FAJARDO, PR 00738 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 98614 | $ 40,000.00* |
| Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 29 RIVERA NEGRON, ZULMA D.<br>PO BOX 868<br>NARANJNTO, PR 00719 | 06/27/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 117403 | $ 20,000.00* | RIVERA NEGRON, ZULMA D.<br>P.O. BOX 868<br>NARANJITO, PR 00719 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 74147 | $ 20,000.00* |
| Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |

## Cuadringentésima vigésima tercera Objeción Global
### Anexo A - Reclamaciones a ser Desestimadas

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 30 | RIVERA RAMOS, ANA R. 41 COLL Y TOSTE MAYAGUEZ, PR 00682 | 07/02/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 141892 | $ 2,400.00 | RIVERA RAMOS, ANA ROSA 41 COLL Y TOSTE MAYAGUEZ, PR 00682 | 07/02/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 115248 | $ 2,400.00 |
| | Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 31 | SANCHEZ CASTRO, DIANA EXT. VILLA BUENA VENTURA #508 CALLE DIAMANTE YABUCOA, PR 00767 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 118658 | $ 50,000.00* | SANCHEZ CASTRO, DIANA EXT. VILLA BUENA VENTURA #508 CALLE DIAMANTE YABUCOA, PR 00767 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 121769-1 | $ 13,298.49* |
| | Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 32 | SANCHEZ RIVERA, WILLIAM BO CACAO ALTO PO BOX 939 PATILLAS, PR 00723 | 09/23/20 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 175912 | Indeterminado* | SANCHEZ RIVERA, WILLIAM P.O. BOX 939 PATILLAS, PR 00723 | 12/26/19 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 172887 | Indeterminado* |
| | Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 33 | SURILLO RUIZ, YOLANDA HC#15 BOX 15919 HUMACAO, PR 00791 | 07/06/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 153010 | Indeterminado* | SURILLO RUIZ, YOLANDA HC #15 BOX 15919 HUMACAO, PR 00791 | 07/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 157974 | Indeterminado* |
| | Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 34 | VEGA DE JESUS, IVAN URB STARLIGHT 4639 CALLE RIGEL PONCE, PR 00717-1443 | 03/21/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 3896 | Indeterminado* | VEGA DE JESUS, IVAN CALLE ROOSEVELT 3222 BDA. BALDORIOTY PONCE, PR 00728 | 11/18/19 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 177718 | $ 35,000.00* |
| | Base para: Responsabilidad duplicada presentada en contra del Deudor, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades formuladas, si las hubiere, serían entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados