# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Twenty-Fourth Omnibus Objection**

## Four Hundred Twenty-Fourth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | FUENTES MENDEZ, EDGARDO L<br>URB. SANTIAGO CALLE C #6<br>LOIZA, PR 00772 | 5/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 30499 | $ 50,371.48* |
| | Reason: Claim purports to assert liabilities associated with the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 ("Acevedo Camacho"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim nos. 32044 and 103072, the master proof of claims filed on behalf of all plaintiffs associated with the litigation captioned Acevedo Camacho. | | | | | |
| 2 | RUIZ QUINTANA, MERCEDES<br>HC 06 BOX 13149<br>SAN SEBASTIAN, PR 00685 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18470 | Undetermined* |
| | Reason: Claim purports to assert liabilities associated with the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, Case No. KAC-2009-0809 ("Beltrán Cintrón"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim nos. 179140 and 93199, the master proof of claims filed on behalf of all plaintiffs associated with the litigation captioned Beltrán Cintrón. | | | | | |
| 3 | RUIZ QUINTANA, MERCEDES<br>HC-6 BOX 13149<br>SAN SEBASTIAN, PR 00685 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31540 | Undetermined* |
| | Reason: Claim purports to assert liabilities associated with the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, Case No. KAC-2009-0809 ("Beltrán Cintrón"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim nos. 179140 and 93199, the master proof of claims filed on behalf of all plaintiffs associated with the litigation captioned Beltrán Cintrón. | | | | | |
| 4 | SANTANA, MOISES<br>HC 01 BOX 11616<br>CAROLINA, PR 00985 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25010^ | $ 45,896.10* |
| | Reason: Claim purports to assert liabilities associated with the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 ("Acevedo Camacho"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim nos. 32044 and 103072, the master proof of claims filed on behalf of all plaintiffs associated with the litigation captioned Acevedo Camacho. | | | | | |
| | ^Claim #25010 also contained on Exhibit A to the 425th Omnibus Claims Objection for Claims to Be Disallowed | | | | | |
| | | | | | TOTAL | $ 96,267.58* |

\* Indicates claim contains unliquidated and/or undetermined amounts