# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima vigésima cuarta objeción global**

## Cuadringentésima vigésima cuarta Objeción Global
### Anexo A - Reclamaciones a ser Desestimadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | FUENTES MENDEZ, EDGARDO L<br>URB. SANTIAGO CALLE C #6<br>LOIZA, PR 00772 | 5/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 30499 | $ 50,371.48* |

Base para: El reclamo tiene por objeto formular las responsabilidades asociadas al litigio titulado Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, N.º 2016-05-1340 («Acevedo Camacho»). No obstante, conforme a la documentación presentada por el abogado que representa a todos los reclamantes en el litigio, el Reclamante no se presentó como demandante en dicho litigio, por lo que no posee los fundamentos necesarios para formular responsabilidades asociadas a dicho litigio en contra del Estado Libre Asociado, la ACT, el Sistema de Retiro de los Empleados (Employees Retirement System, «ERS») u otro deudor en virtud del Título III. Asimismo, incluso si el Reclamante se hubiese presentado como demandante en dicho litigio, el reclamo sería duplicado de los Reclamos n.º 32044 y 103072, las evidencias de reclamo maestras presentadas en nombre de todos los demandantes asociados al litigio titulado Acevedo Camacho.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | RUIZ QUINTANA, MERCEDES<br>HC 06 BOX 13149<br>SAN SEBASTIAN, PR 00685 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18470 | Indeterminado* |

Base para: El reclamo tiene por objeto formular las responsabilidades asociadas al litigio titulado Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, Caso N.º KAC-2009-0809 («Beltrán Cintrón»). No obstante, conforme a la documentación presentada por el abogado que representa a todos los reclamantes en el litigio, el Reclamante no se presentó como demandante en dicho litigio, por lo que no posee los fundamentos necesarios para formular responsabilidades asociadas a dicho litigio en contra del Estado Libre Asociado, la ACT, el Sistema de Retiro de los Empleados (Employees Retirement System, «ERS») u otro deudor en virtud del Título III. Asimismo, incluso si el Reclamante se hubiese presentado como demandante en dicho litigio, el reclamo sería duplicado de los Reclamos n.º 179140 y 93199, las evidencias de reclamo maestras presentadas en nombre de todos los demandantes asociados al litigio titulado Beltrán Cintrón.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | RUIZ QUINTANA, MERCEDES<br>HC-6 BOX 13149<br>SAN SEBASTIAN, PR 00685 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 31540 | Indeterminado* |

Base para: El reclamo tiene por objeto formular las responsabilidades asociadas al litigio titulado Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, Caso N.º KAC-2009-0809 («Beltrán Cintrón»). No obstante, conforme a la documentación presentada por el abogado que representa a todos los reclamantes en el litigio, el Reclamante no se presentó como demandante en dicho litigio, por lo que no posee los fundamentos necesarios para formular responsabilidades asociadas a dicho litigio en contra del Estado Libre Asociado, la ACT, el Sistema de Retiro de los Empleados (Employees Retirement System, «ERS») u otro deudor en virtud del Título III. Asimismo, incluso si el Reclamante se hubiese presentado como demandante en dicho litigio, el reclamo sería duplicado de los Reclamos n.º 179140 y 93199, las evidencias de reclamo maestras presentadas en nombre de todos los demandantes asociados al litigio titulado Beltrán Cintrón.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | SANTANA, MOISES<br>HC 01 BOX 11616<br>CAROLINA, PR 00985 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25010^ | $ 45,896.10* |

Base para: El reclamo tiene por objeto formular las responsabilidades asociadas al litigio titulado Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, N.º 2016-05-1340 («Acevedo Camacho»). No obstante, conforme a la documentación presentada por el abogado que representa a todos los reclamantes en el litigio, el Reclamante no se presentó como demandante en dicho litigio, por lo que no posee los fundamentos necesarios para formular responsabilidades asociadas a dicho litigio en contra del Estado Libre Asociado, la ACT, el Sistema de Retiro de los Empleados (Employees Retirement System, «ERS») u otro deudor en virtud del Título III. Asimismo, incluso si el Reclamante se hubiese presentado como demandante en dicho litigio, el reclamo sería duplicado de los Reclamos n.º 32044 y 103072, las evidencias de reclamo maestras presentadas en nombre de todos los demandantes asociados al litigio titulado Acevedo Camacho.

^El reclamo n.º 25010 también se incluye en el Anexo A de la 425.ª Objeción Global a las Reclamaciones a ser Desestimadas

| | | | | | TOTAL | $ 96,267.58* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Página 1 de 1