## **ANEXO A**

**Relación de reclamaciones objeto de la Cuadringentésima vigésima sexta objeción global**

## Cuadringentésima vigésima sexta Objeción Global
### Anexo A - Reclamaciones a ser Desestimadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | CASTELLAR, ISABEL M.<br>2017 CALLE DUQUESA<br>URB. VALLE REAL<br>PONCE, PR 00716 | 4/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9607 | $ 85,000.00 |
| | Base para: El Reclamante tiene la intención de formular, en parte, la responsabilidad asociada a los bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, los cuales son duplicados de las evidencias de reclamo maestras que presentó el fideicomisario de los bonos en el caso del Estado Libre Asociado. El Reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esos reclamos. | | | | | |
| 2 | DRAGONI, LORENZO<br>35017 EMAJAGUA STREET<br>PONCE, PR 00730 | 5/21/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 30981 | $ 325,000.00 |
| | Base para: El Reclamante formula la responsabilidad asociada a uno o más bonos emitidos por el ERS, los cuales son duplicados de la Evidencia de Reclamo Maestra que presentó el agente fiscal en el Caso del Título III del ERS. | | | | | |
| 3 | PERSAUD, RAJENDRA & SHARMILLA<br>126 AUDLEY STREET<br>KEW GARDENS, NY 11418 | 5/2/2018 | 17 BK 03283-LTS<br>17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | 8742 | $ 55,000.00 |
| | Base para: El Reclamante formula la responsabilidad asociada a los bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, los cuales son duplicados de una o más evidencias de reclamo maestras que presentó el fideicomisario de los bonos en el caso del Estado Libre Asociado. | | | | | |
| | | | | | TOTAL | $ 465,000.00 |