# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima vigésima séptima objeción global**

## CUADRIGENTÉSIMA VIGÉSIMA SÉPTIMA OBJECIÓN COLECTIVA

### Anexo A: Ninguna Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 1 | CLAUDIO CASIANO, PABLO<br>C/O A. J. AMADEO MURGA<br>1225 AVE. PONCE DE LEON, SUITE 904<br>SAN JUAN, PR 00907-3915 | 3/27/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 3734 | $50,000.00 |
| | Base para: Reclamación fue sometida por daños relacionados con una reclamación afirmada en litigio que a sido despedida con prejuicio | | | | | |
| 2 | CLAUDIO RAMÍREZ, JOSÉ CARLOS<br>IN CARE OF A.J. AMADEO MURGA<br>1225 AVE. PONCE DE LEON, SUITE 904<br>SAN JUAN, PR 00907-3915 | 3/26/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 4537 | $1,092,000.00 |
| | Base para: Reclamación fue sometida por daños relacionados con una reclamación afirmada en litigio que a sido despedida con prejuicio | | | | | |
| 3 | GUZMAN LOPEZ, JOSE LUIS<br>C/O MIGUEL M. CANCIO ARCELAY<br>PO BOX 8414<br>SAN JUAN, PR 00910 | 5/14/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 13014 | $25,000.00 |
| | Base para: Case fue resuelto. Demandante renuncio a su parte en la cantidad del acuerdo a favor de su respectiva descendencia. | | | | | |
| 4 | HUERTAS MARRERO, YOMAIRA<br>IN CARE OF A.J. AMADEO MURGA<br>1225 AVE. PONCE DE LEON, SUITE 904<br>SAN JUAN, PR 00907-3915 | 3/26/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 4468 | $314,000.00 |
| | Base para: Reclamación fue sometida por daños relacionados con una reclamación afirmada en litigio que a sido despedida con prejuicio | | | | | |
| 5 | JIMENEZ RIVERA, JANET<br>C/O MIGUEL M. CANCIO ARCELAY<br>PO BOX 8414<br>SAN JUAN, PR 00910 | 5/14/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 13465 | $50,000.00 |
| | Base para: El caso a que se refiere la reclamación afirmada ha sido resuelto. Demandante renuncio su parte en el asentamiento a favor de su descendencia. | | | | | |
| 6 | MAYRA SÁNCHEZ BRETÓN<br>C/O NORBERTO J SANTANA VELEZ<br>PO BOX 135<br>CAGUAS, PR 00726 | 5/25/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 17647 | $130,000.00 |
| | Base para: Reclamación fue sometida por daños relacionados con una reclamación afirmada en litigio que a sido despedida con prejuicio | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

## CUADRIGENTÉSIMA VIGÉSIMA SÉPTIMA OBJECIÓN COLECTIVA

Anexo A: Ninguna Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 7 | OYOLA MELÉNDEZ, CHINESE<br>IN CARE OF A.J. AMADEO MURGA<br>1225 AVE. PONCE DE LEON, SUITE 904<br>SAN JUAN, PR  00907-3915 | 3/26/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 4572 | $10,000.00 |
| | Base para: Reclamación fue sometida por daños relacionados con una reclamación afirmada en litigio que a sido despedida con prejuicio | | | | | |
| 8 | PEREZ IRENE, JUAN CARLOS<br>IN CARE OF A.J. AMADEO MURGA<br>1225 AVE. PONCE DE LEÓN, SUITE 904<br>SAN JUAN, PR  00907-3915 | 3/26/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 4108 | $54,000.00 |
| | Base para: Reclamación fue sometida por daños relacionados con una reclamación afirmada en litigio que a sido despedida con prejuicio | | | | | |
| 9 | PÉREZ PADILLA, ISMAEL<br>IN CARE OF A.J. AMADEO MURGA<br>1225 AVE. PONCE DE LEON, SUITE 904<br>SAN JUAN, PR  00907-3915 | 3/26/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 4535 | $10,000.00 |
| | Base para: Reclamación fue sometida por daños relacionados con una reclamación afirmada en litigio que a sido despedida con prejuicio | | | | | |
| 10 | RIVERA MUNOZ, CYNTHIA<br>C/O A.J. AMADEO MURGA<br>1225 AVE. PONCE DE LEON, SUITE 904<br>SAN JUAN, PR  00907-3915 | 3/26/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 4113 | $150,000.00 |
| | Base para: Reclamación fue sometida por daños relacionados con una reclamación afirmada en litigio que a sido despedida con prejuicio | | | | | |
| 11 | RIVERA RIVERA, BETSY<br>C/O A.J. AMADEO MURGA<br>1225 AVE. PONCE DE LEON, SUITE 904<br>SAN JUAN, PR  00907-3915 | 3/27/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 3733 | $225,000.00 |
| | Base para: Reclamación fue sometida por daños relacionados con una reclamación afirmada en litigio que a sido despedida con prejuicio | | | | | |
| 12 | RODRÍGUEZ RODRÍGUEZ, WALESKA<br>C/O MIGUEL M. CANCIO ARCELAY<br>PO BOX 8414<br>SAN JUAN, PR  00910 | 5/14/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 13966 | $25,000.00 |
| | Base para: Case fue resuelto. Demandante renuncio a su parte en la cantidad del acuerdo a favor de su respectiva descendencia. | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

CUADRIGENTÉSIMA VIGÉSIMA SÉPTIMA OBJECIÓN COLECTIVA

Anexo A: Ninguna Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 13 | SANCHEZ CORIANO, CARLOS<br>C/O A. J. AMADEO MURGA<br>1225 AVE PONCE DE LEON, SUITE 904<br>SAN JUAN, PR 00907-3915 | 3/27/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 3732 | $225,000.00 |
| | Base para: Reclamación fue sometida por daños relacionados con una reclamación afirmada en litigio que a sido despedida con prejuicio | | | | | |
| 14 | SÁNCHEZ HUERTAS, ANAMIS CAMILA<br>IN CARE OF A.J. AMADEO MURGA<br>1225 AVE. PONCE DE LEON, SUITE 904<br>SAN JUAN, PR 00907-3915 | 3/26/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 4536 | $218,000.00 |
| | Base para: Reclamación fue sometida por daños relacionados con una reclamación afirmada en litigio que a sido despedida con prejuicio | | | | | |
| 15 | SANCHEZ HUERTAS, GYLIONALY<br>IN CARE OF A.J. AMADEO MURGA<br>1225 AVE PONCE DE LEON, SUITE 904<br>SAN JUAN, PR 00907 | 3/26/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 4346 | $218,000.00 |
| | Base para: Reclamación fue sometida por daños relacionados con una reclamación afirmada en litigio que a sido despedida con prejuicio | | | | | |
| 16 | SANCHEZ RIVERA, CARLOS JAVIER<br>C/O A.J. AMADEO MURGA<br>1225 AVE. PONCE DE LEON, SUITE 904<br>SAN JUAN, PR 00907-3915 | 3/27/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 3730 | $50,000.00 |
| | Base para: Reclamación fue sometida por daños relacionados con una reclamación afirmada en litigio que a sido despedida con prejuicio | | | | | |
| 17 | TORRES SEGUI, EVELYN<br>LCDO. MIGUEL M. CANCIO ARCELAY<br>PO BOX 8414<br>SAN JUAN, PR 00910 | 5/17/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 14070 | $15,000.00 |
| | Base para: Case fue resuelto. Demandante renuncio a su parte en la cantidad del acuerdo a favor de su respectiva descendencia. | | | | | |
| 18 | ZAYAS ALVAREZ, SENNI<br>LCDO. MIGUEL M. CANCIO ARCELAY<br>PO BOX 8414<br>SAN JUAN, PR 00910 | 5/17/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 14284 | $15,000.00 |
| | Base para: Case fue resuelto. Demandante renuncio a su parte en la cantidad del acuerdo a favor de su respectiva descendencia. | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados