# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>Transmittal of Abbreviated Supplemental Record to the Court of Appeals</u>

**DATE:** February 7, 2022

**BK Case #:** 17-3283 LTS (Jointly Administered) (PROMESA)

**USCA #:** 22-1080

**CASE CAPTION:** In Re: The Commonwealth of Puerto Rico

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

**DOCUMENTS:**

**Docket Entry:** 19969, 19972, 19978

I HEREBY CERTIFY that the enclosed documents contained herein are the original pleadings as described above and constitute the record on appeal in the case.

MARIA ANTONGIORGI-JORDAN, ESQ
Clerk of the Court

S/ Marian Ramirez
Marian B. Ramirez Rivera
Deputy Clerk

s/c: CM/ECF Parties, Appeals Clerk