Melvin Lynn
7562 Granville Drive
Tamarac, FL 33321

MIAMI FL 330
3 FEB 2022 PM 4 L

Judge Taylor Swain
US District Court
Clerk Office
150 Ave Carlos Chardon
STE 150
San Juan PR 00908-1767

00918-170625

2022 FEB -7 PM 4:17