# REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre _Gladys Santos Martinez_

Dirección Postal _Box 46 Mercedita, P.R. 00715_

Teléfono de contacto res. _787-290-0177_ cel. _787-918-0177_

Numero Reclamo #174407

II. Epígrafe

174/07

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:
   _Ley 124 - Julio - 1973 - aumento sueldo_
   #49762 – Ley #89 – Romerazo, - Efectiva en 1 de Julio de 1995
   _Ley - 89 - Julio 1979 - Retribución uniforme_
   #94057 – Ley de Escala Salarial - Pasos, del 6 de Junio de 2008

   #96621 – Ley #98 (2002) del Dr. Pedro Rosello – efectivo Julio de 2002
            Ley #184 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:
_Ley 124 Julio 1973 aumento sueldo._
Ley 89 Romerazo – Efectiva en 1 de Julio de 1995
_Ley 89 - 1979 Retribución uniforme_
Ley de Escala Salarial – Pasos del 6 de Junio de 2008

Ley #98 (2002) del Dr. Pedro Rosello – efectivo Julio de 2002

Ley #184 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el _21_ de _agosto_ de _1972_ hasta el Hasta de _1-Julio-2002_ de _____. Culmine mi laborar como _Test Man_ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Gladys Santos Martinez_
Nombre en letra de molde

_Gladys Santos Martinez_   4-Feb. 2022
Firma

P.D.
La P.R. Telephone Co. fue una agencia del gobierno de P.R. hasta 1999 cuando el gobernante de turno la vendió. El fundamento de mi reclamo es de un dinero adeudado por consepto de aumentos de unas leyes que se firmaron durante los años que la P.R.T.C. pertenecía al gobierno de P.R.

Gracias.
Por la atención al respecto,