

PRT/CLARO
P.O. Box 360998
San Juan PR  00936-0998

## CERTIFICACION

## GLADYS SANTOS MARTINEZ
## XXX-XX-8193

Para la ex empleada de referencia certificamos lo siguiente:

➢ Ingresó a PRT/Claro efectivo el 21 de agosto de 1972.

➢ Trabajó como empleada regular hasta el 01 de julio de 2002.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal.  En Guaynabo, Puerto Rico a  viernes, 19 de junio de 2020.


*Abigaíl Alejandro González*

Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords