Gladys Santos Martinez
Box 46 Mercedita
P.R. 00715



Clerk's Office
United State Distric Cort
Room 150 Federal Bulding
San Juan, P.R. 00918-1767