# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre: José A. Maysonet Rivera

Dirección Postal: Bo. Campanilla 1022 Calle Trinitaria Toa Baja PR 00949-3689

Teléfono de contacto res: _____ cel (787) 598-2364

## II. Epígrafe Claim # 176316

A. Secretaría (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo:

Ley 124 – Julio 1973 – Aumento de Sueldo
#49762 / Ley #89 – Romerazo – Efectiva en 1 de julio de 1995

Ley 89 – Julio 1979 – Retribución Uniforme
#94057 – Ley de Escala Salarial - Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 124 – Julio 1973 – Aumento Sueldos
Ley 89 Romerazo – Efectiva en 1 de julio de 1995
Ley 89 – Julio 1979 – Retribución Uniforme
Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

Claim #176316

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, ~~Ponce~~, Puerto Rico desde el **25** de **Junio** de **1973** hasta el **1ro** de **Julio** de **2002**. Culmine mi laborar como **Técnico De Equipo Digital** en Puerto Rico Telephone Company, ~~Ponce~~, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~público~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

**José A. Maysonet Rivera**
Nombre en letra de molde

**Joselly A.**          Feb/03/2022
Firma

P.D. La PRTC fue una Agencia del Gobierno de Puerto Rico hasta 1999 cuando el Gobierno de Turno las vendió. El fundamento de mi reclamo es de un dinero adeudado por concepto de aumentos de unas leyes que se firmaron durante los años que la compañía pertenecía al Gobierno de Turno de Puerto Rico.

Gracias por la atención al respecto,

José Maysonet