CLAIM # 176316



PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

### JOSE A MAYSONET RIVERA
### XXX-XX-1527

Para (el)(la) ex emplead(o)(a) de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 06/25/1973.
- Trabajó como emplead(o)(a) regular hasta 07/01/2002.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a martes, 01 de febrero de 2022.

*Abigaíl Alejandro González*

Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords