Jose A. Maysonet Rivera
Bo. Campanilla
1022. Calle Trinitaria
Toa Baja P.R. 00949-3689

Claim #176-316




U.S. POSTAGE PAID
FCM LG ENV
TOA BAJA, PR
00949
FEB 04, 22
AMOUNT
$1.16
R2304E107044-13

1000   00918

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED
2022 FEB -7 PM 4:17
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.