# ADDENDUM

1- RESPONSE OF THE COMMONWEALTH OF PR TO MOTION FILED BY JUAN MANUEL CRUZADO-LAUREANO

2- OPINION AND ORDER -JUDGE FRANCISCO A. BESOSA