IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
THE EMPLOYESS RETIREMENT SYSTEM OF
THE GOVERNMENT AND THE PUERTO RICO
PUBLIC BUILDINGS AUTHORITY,

    Debtors

PROMESA
Title III

NO. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF APPEAL ENDORSEMENT

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTICT COURT FOR THE DISTRICT OF PUERTO RICO, THIS PRO SÉ MOTION RATIFY ALL THE GOODNEWS FROM ABOUT THE NOTICE OF APPEAL. WELL, THE LEGAL CAUSE OF ACTION DELIVERING FROM BUFETE EMMANUELLI C.S.P., THAT I RECEIVED TOO. IT'S ONE OF THOSE THAT I WANT TO ENDORSE WITH THIS PRESENTATION ASSESSTMENT LIKE AND WITH THIS PROPER DOCUMENT THAT PURSUIT BEING PART OF THOSE DEBTORS AT THE OBJECTIONS CLAIMERS GROUP. BECAUSE, THAT'S MOTIVE JUST ON TIME THAT I INCLUDE THIS KIND OF LETTER WITH SOME DOCUMENTS TITLED:

1. THE FIRST STEP TO MAKE AN APPEAL FROM ABOUT PROMESA TITLE III
2. THE SECOND STEP TO MAKE AN APPEAL FROM ABOUT PROMESA TITLE III
3. THE THIRD STEP TO MAKE AN APPEAL FROM ABOUT PROMESA TITLE III

FOR THESE KIND OF REASONS I PRETEND WITH THIS NOTICE OF APPEAL ENDORSEMENT AT THE OVERSIGHT BOARD OF PLAN OF ADJUTMENT BASED ON A MATTER OF FACT ISSUE ON THIS NATIONAL DEMAND AND THAT QUEST MY PERSONAL AND PRIVATE STATUS (MYSELF), TO BEING CONSIDER LIKE A NON DEBTORS AND A NON REORGANIZE DEBTORS ON BOARD AT THE FINANCIAL OVERSIGHT AND MANAGEMENT JOINTLY ADMINISTERED, I JUST WANT TO BEING

WANT EXPUNGE FROM ABOUT THIS NATIONAL BANKRUPT CASE & THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO, TOO. IN ANY CASE AND FOR THE ONLY REASON THAT I WANT BEING THERE IT JUST THAT A NONAFFILIATED JOINTLY ASSOCIATE WITH ANY KIND OF HOLDERS CLAIMS OR CREDITORS ABOUT THIS NATIONAL BANKRUPT LIKE A DEBTOR OR REORGANIZE DEBTOR BUT, I APPLY TO BE CONSIDERING AN EXPUNGE LIKE A NO DEBTOR OR NON REORGANIZE DEBTOR WITH A FORMAL RELEASE FOR THIS CASE TENACITIES OF CREDITWORTHINESS, OR MAYBE JUST UNLESS IT IS NOT AS A PLAINTIFF IN TURN.

I CERTIFY THAT I SEND THIS SPECIAL PETITION ABOUT THE NOTICE OF APPEAL ENDORSEMENT ON ANY APPLICABLE FEDERAL RIGHTS (RULES) FOR THE DEBTORS AND REORGANIZE NON DEBTORS FROM ABOUT CREDITORS ARBITRATION, TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, THE UNITED STATES DISTRICT COURT, THE PRIME CLERK LLC AND BUFETE EMMANUELLI C.S.P VÍA COMMON & REGULAR US POSTAL SERVICE.

RESPECTFULLY

ANA A. NÚÑEZ VELÁZQUEZ
19 RES. VILLANUEVA APTO 170
AGUADILLA, PUERTO RICO 00603

DATED FEBRUARY 4, 2022
ON AGUADILLA PR