# THE FIRST STEP TO MAKE AN APPEAL FROM ABOUT PROMESA TITLE III

ANA A. NÚÑEZ VELÁZQUEZ
ANALYST TEACHER
FEBRUARY 1, 2022

# PROMESA ACT TITLE III ON TWO CONSTITUTIONAL WAYS



COMMONWEALTH OF PUERTO RICO — SECURED CLAIMS | UNSECURED CLAIMS RETIREES EMPLOYEES

USA CONGRESS — IN DISCRIMINATION CLAIMS | DEBTORS GUARANTEES

## THE GREAT INTEREST AT PROMESA TITLE III

- NATIONAL BUDGET
- GOB' CENTRAL POINT OF VIEW
- SELECTIVE FEDERAL ASSISTANCES

## THE CONFLICT OF INTEREST AT PROMESA TITLE III

- MIDDLE CLASS LIFE QUALITY CONTROL
- HIGH INCOME TAXES & WELFARE FUNDS
- LIVING COST AT THE COMMONWEALTH





# THE UNKNOW MATTER OF FACT AT PROMESA TITLE III



FEDERAL PROGRAM BUDGET | PUBLIC NATIONAL DUE & DEBTORS

# IDENTIFY THE FIRST STEP TO MAKE AN APPEAL FROM ABOUT PROMESA TITLE III

| MAIN APPEAL VIEW FROM ABOUT... | AGREE | DISAGREE | TOTALS % |
|---|---|---|---|
| 1. THE TWO CONSTITUTIONAL WAYS | | | |
| 2. THE GREAT INTEREST | | | |
| 3. THE CONFLICT OF INTEREST | | | |
| 4. THE CREATED INTEREST | | | |
| 5. THE REAL FINANCIAL THEME | | | |
| 6. THE UNKNOW MATTER OF FACT | | | |
| TOTALS % | | | |

# THE SECOND STEP TO MAKE AN APPEAL FROM ABOUT PROMESA TITLE III

ANA A. NÚÑEZ VELÁZQUEZ
ANALYST TEACHER
FEBRUARY 2, 2022

# FEDERAL BANKRUPT RULES

- SHORT TERM FOR A DOWN PAYMENT
- MIDDLE TERM FOR A NEW GOB'
- LONG TERM FOR A FINANCIAL PAYMENT





## BANKRUPT AT THE LONG TERM



CW, JRS, TRS — CREDITORS CLAIMS
INCOMES & TAXES, WELFARE — CREDITORS CLAIMS
GOB' — CREDITORS CLAIMS

## IDENTIFY THE SECOND STEP TO MAKE AN APPEAL FROM ABOUT PROMESA TITLE III

| MAIN APPEAL VIEW FROM ABOUT … | AGREE | DISAGREE | TOTALS % |
|---|---|---|---|
| 1. FEDERAL BANKRUPT RULES | | | |
| 2. SHORT TERM FOR A DOWN PAYMENT | | | |
| 3. MIDDLE TERM FOR A NEW GOB' | | | |
| 4. LONG TERM FOR A FINANCIAL PAYMENT | | | |
| 5. CREDITORS CLAIMS | | | |
| 6. DEBTORS CLAIMS | | | |
| 7. STAND BY OF THE FEDERAL FUNDS | | | |
| TOTALS % | | | |

3

# THE THIRD STEP TO MAKE AN APPEAL FROM ABOUT PROMESA TITLE III

ANA A. NÚÑEZ VELÁZQUEZ
ANALYST TEACHER
FEBRUARY 3, 2022

# PERFORMANCE PLAN GUIDANCE



- PUBLIC DUE
- CREDITORS

**STATEMENTS**

**OBJECTIONS**
- DEBTORS
- FISCAL PLAN

- CONDITIONS
- AGREEMENTS

**FAILURES**









## IDENTIFY THE THIRD STEP TO MAKE AN APPEAL FROM ABOUT PROMESA TITLE III

| MAIN APPEAL VIEW FROM ABOUT … | AGREE | DISAGREE | TOTALS % |
|---|---|---|---|
| 1. A PERFORMANCE PLAN GUIDANCE | | | |
| 2. THE POLITICAL STATEMENTS | | | |
| 3. THE POLITICAL OBJECTIONS | | | |
| 4. THE POLITICAL FAILURES | | | |
| 5. THE USA DOLAR | | | |
| 6. THE EURO DOLAR | | | |
| 7. THE CRIPTO COINS | | | |
| 8. THE BEST WHEEL GUIDANCE | | | |
| 9. THE GLOBAL MARKETS VALUE | | | |
| TOTALS % | | | |