Sra. Ana H. Nunez Velazquez
19 Res. Villanueva Apto 176
Aguadilla PR 00603-7044

The United States
District Court
Clerk's Office
150 Carlos Chardon Ave, Suite 150
San Juan PR 00918-1767

RECEIVED &
2022 FEB -7 PM 4:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
FEB 04, 22
AMOUNT
$0.98
R2305M149485-17