## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF No. 19845**<br><br>(Jointly Administered) |

### URGENT CONSENTED MOTION FOR EXTENSION OF DEADLINES

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), on behalf of the Commonwealth of Puerto Rico (the "Debtor"), pursuant to the authority granted to it under the *Enabling Act of the Fiscal Agency and Financial Advisory Authority*, Act 2-2017, respectfully submits this urgent consented motion (the "Urgent Motion") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), extending the deadlines set forth in the *Order Setting Deadline for Further Status Report Regarding Consul-Tech Caribe Inc's Motion*

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*for Allowance and Payment of Administrative Expense Claim* [ECF No. 19845] (the "<u>Eleventh
Joint Status Report Order</u>").[2]

**Request for Relief**

1.     On December 27, 2021, the Court issued a *Tenth Joint Status Report Order*,
directing the parties involved in this matter to file a further joint status report on or before **January
19, 2021, at 5:00 p.m**. [ECF No. 19682]

2.     On January 19, 2022, the parties filed a *Tenth Joint Status Report* (the "<u>Tenth Joint
Status Report</u>"). [ECF No. 19828].

3.     Thereafter, the Court entered the Eleventh Joint Status Report Order, directing the
Parties to file a further joint status report on before **February 8, 2021, at 5:00 p.m**. [ECF No.
19845].

4.     As informed in the Tenth Joint Status Report, the parties **(i)** had reached a final
version of a proposed settlement agreement and **(ii)** the Debtor had been engaged in the process of
gathering the relevant signatures on behalf of the government entities involved in this matter and
that, although the Debtor had substantially advanced in taking such signatures, this process is,
however, still ongoing, specifically because the Debtor is still waiting for the signature of the
representative of one remaining entity.

5.     The Debtor is in the process of confirming that it has obtained all the relevant
signatures and information to finalize the proposed agreement with Consul-Tech Caribe, Inc.
("<u>Movant</u>") in order to consensually resolve its claim. As a result of the above, the parties need

---

[2]     The Financial Oversight and Management Board for Puerto Rico (the "<u>Oversight Board</u>"), as the Debtor's
representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act*
("<u>PROMESA</u>"), has authorized AAFAF to file this Urgent Motion on behalf of the Commonwealth.

additional time to finalize such efforts, and to jointly file another status report in connection therewith.

6.    Accordingly, the Debtor, with Movant's consent, proposes the following extensions of the deadlines set forth in the Eleventh Joint Status Report Order:

- The deadline to file the Eleventh Joint Status Report, shall be extended to **February 17, 2022**.

7.    Pursuant to Paragraph I.H of the *Fifteenth Amended Notice, Case Management and Administrative Procedures* [ECF No. 17127-1] (the "Case Management Procedures"), the Debtor hereby certifies that it has carefully examined the matter and concluded that there is a true need for an urgent motion; it has not created the urgency through any lack of due diligence; has made a bona fide effort to resolve the matter without a hearing; has made reasonable, good-faith communications in an effort to resolve or narrow the issues that are being brought to the Court, and no party opposes the relief requested herein.

## Notice

8.    The Debtor has provided notice of this motion in accordance with the Case Management Procedures to the following parties: (a) the Office of the United States Trustee for the District of Puerto Rico; (b) the indenture trustees and/or agents, as applicable, for the Debtors' bonds; (c) the entities on the list of creditors holding the 20 largest unsecured claims against COFINA; (d) counsel to the statutory committees appointed in these Title III cases; (e) the Office of the United States Attorney for the District of Puerto Rico; (f) counsel to the Oversight Board; (g) the Puerto Rico Department of Justice; (i) all parties filing a notice of appearance in these Title III cases; and (h) Movant. A copy of the motion is also available on the Debtor's case website at https://cases.primeclerk.com/puertorico/.

9.      The Debtor submits that, in light of the nature of the relief requested, no other or further notice need be given.

**WHEREFORE**, the Debtor requests the Court enter the Proposed Order and grant such other relief as is just and proper.

[*Remainder of page intentionally left blank*]

Dated: February 8, 2022
San Juan, Puerto Rico


Respectfully submitted,

*/s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Email: lmarini@mpmlawpr.com

*/s/ Carolina Velaz-Rivero*
Carolina Velaz-Rivero
USDC No. 300913
Email: cvelaz@mpmlawpr.com

**MARINI PIETRANTONI MUÑIZ LLC**
250 Ponce de León Ave.
Suite 900
San Juan, Puerto Rico 00918
Tel: (787) 705-2171
Fax: (787) 936-7494

*Attorneys for the Puerto Rico Fiscal
Agency and Financial Advisory Authority*

**<u>Exhibit A</u>**

**Proposed Order**