# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br><br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGNT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA<br><br>Title III<br><br>Case No. 17 BK 4780-LTS |

**MOTION TO WITHDRAW**

To the Honorable United States District Judge Laura Taylor Swain:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**COMES NOW** the Puerto Rico Electric Power Authority ("PREPA"), through its counsel of record, and respectfully submits and prays as follows:

On February 6, 2022, PREPA submitted the *Thirteenth Interim Fee Application Of Ankura Consulting Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses As Financial Advisors To Puerto Rico Electric Power Authority ("PREPA") For The Period June 1, 2021 Through September 30, 2021* (the "Ankura Fee Application"). ECF no. 2704 in case no. 17-04780-LTS and ECF No. 20054 in case no. 17-03283-LTS.

PREPA hereby moves to withdraw the Ankura Fee Application.

Dated: February 8, 2022
      San Juan, PR

    */s/ Katiuska Bolaños-Lugo*
    Katiuska Bolaños-Lugo
    USDC-PR No. 231812
    kbolanos@diazvaz.law

    **DÍAZ & VÁZQUEZ LAW FIRM, PSC**
    290 Jesús T. Piñero Ave.
    Oriental Tower, Suite 803
    San Juan, PR 00918
    Tel. (787) 395-7133
    Fax. (787) 497-9664

    *Co-Attorney for Puerto Rico Electric Power Authority*