UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### ORDER COMPELLING CLAIMANT OBE E. JOHNSON TO APPEAR VIA REMOTE MEANS AT FEBRUARY 16, 2022 ADJOURNED CLAIM OBJECTION HEARING

    Pursuant to the *Order Regarding Adjourned Omnibus Objections to Claims* (Docket Entry No. 19461) (the "Adjourned Objection Hearing Order"), the Court will hold a hearing on certain adjourned omnibus objections to claims on **February 16-17, 2022**, beginning at **9:30 a.m. (Atlantic Standard Time)** (the "Hearing").

    Claimant Obe E. Johnson (the "Claimant")[2] is hereby ORDERED to appear via remote means and be heard at the Hearing regarding Claimant's response to the *Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and*

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     Claimant's inmate register number or inmate identifier is unknown at this time.

*Puerto Rico Public Buildings Authority to Late-Filed Claims* (Docket Entry No. 17923) with respect to Proofs of Claim Nos. 177676, 177765, and 178772.

Pursuant to the *Order Regarding Procedures for Hearings on January 19-20, 2022, and February 16-17, 2022* (Docket Entry No. 19720), the Court will conduct the Hearing using a combination of the audio and video features of the Zoom platform to facilitate Claimant's live participation. The Court understands that Claimant is currently incarcerated at the Guayama Correctional Complex (the "Correctional Facility") located in Guayama, Puerto Rico. Therefore, upon entry of this Order, and consistent with the requirements of the *Order Regarding the Production of Incarcerated Pro Se Claimants for Hearings Concerning Claim Objections* (Docket Entry No. 20025) (the "Production Order"), the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") is hereby ORDERED to provide notice of this Order to the Correctional Facility via cover letter containing (1) the Hearing dial-in information; (2) contact information for counsel to the Oversight Board; and (3) the Court's Hearing registration email address (promesaregistration@prd.uscourts.gov). Further, pursuant to the Adjourned Objection Hearing Order, the Oversight Board shall make a certified interpreter available at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 to assist Claimant during the Hearing.

Finally, consistent with the Production Order, the Warden of the Correctional Facility is hereby ORDERED to produce Mr. Obe E. Johnson by remote means on **February 16, 2022**, at **11:30 a.m. (Atlantic Standard Time)**.

SO ORDERED.

Dated: February 9, 2022

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge