UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

          Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER SETTING DEADLINE FOR FURTHER STATUS REPORT REGARDING CONSUL-TECH
CARIBE INC.'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

       The Court has received and reviewed the *Urgent Consented Motion for Extension
of Deadlines.* (Docket Entry No. 20073 in Case No. 17-3283, the "Motion"), which states that
the Debtor[2] and the Movant have reached an agreement to resolve the *Motion for Allowance and
Payment of Administrative Expense Claim* (Docket Entry No. 9845 in Case No. 17-3283) and
that the parties need additional time to finalize their agreement.  Accordingly, the parties are
directed to file a further joint status report on or before **February 17, 2022**, at **5:00 p.m.
(Atlantic Standard Time)**.  This Order resolves Docket Entry No. 20073 in Case No. 17-3283.

       SO ORDERED.

Dated: February 9, 2022

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                United States District Judge

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number
and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are
the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-
3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing
Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal
Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy
Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees
Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS")
(Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto
Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four
Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA")
(Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III
case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    Capitalized terms not defined herein have the meanings given to them in the Motion.