PARTY APPEARANCE SHEET

| Name of Party | Ambac Assurance Corporation |
|---|---|
| Party Name Abbreviation (For Use with Zoom) | Ambac |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br><br>• Name<br>• Email<br>• Law Firm<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name | **Dennis F. Dunne**<br>ddunne@milbank.com<br>Milbank LLP<br>(212) 530-5770<br>Notice of Appearance: ECF No. 54<br>Zoom Screen Name: Ambac / Dunne, Dennis / Milbank LLP<br><br>**Atara Miller**<br>amiller@milbank.com<br>Milbank LLP<br>(212) 530-5421<br>Notice of Appearance: ECF No. 76<br>Zoom Screen Name: Ambac / Miller, Atara / Milbank LLP |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | N/A |