## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF Nos. 19523, 19900**<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Movants,<br><br>-against-<br><br>RICOH PUERTO RICO INC., ORLANDO SANTIAGO AMADOR, AND FISA SE,<br><br>Respondents. | |

## THIRD URGENT CONSENSUAL MOTION FOR
## EXTENSION OF DEADLINES AND ADJOURNMENT OF HEARING

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Building Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Court Judge Laura Taylor Swain:

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"),
as sole Title III representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"),
and the Puerto Rico Public Buildings Authority ("PBA" and, collectively with the Commonwealth
and ERS, the "Debtors"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management,
and Economic Stability Act* ("PROMESA"),[2] respectfully submits this third urgent consensual
motion for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed
Order"), extending the deadlines and adjourning the hearing scheduled in the *Order Granting The
Second Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing* [ECF
No. 19900] (the "Extension Order"), and states as follows:

**Request for Relief**

1.      On November 21, 2021, the Oversight Board filed the *Second Amended Plan
Supplement and Plan Related Documents of the Commonwealth of Puerto Rico, et al.* [Case No.
17-BK-3283-LTS, ECF No. 19326] (the "Second Amended Plan Supplement").[3]  Attached to the
Second Amended Plan Supplement as Exhibit E is a schedule of Executory Contracts and
Unexpired Leases (the "Schedule").  Pursuant to Section 76.1 of the Plan, the Debtors intend to
assume, as of the Effective Date of the Plan, the Executory Contracts and Unexpired Leases listed
in the Schedule.

---

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3]   All capitalized terms used but not otherwise defined herein shall have the meanings given to them in the *Modified
Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico,* et al., dated January 14,
2022 [Case No. 17-BK-3283-LTS, ECF No. 19784] (as may be amended, modified, or supplemented, the "Plan")
or the Original Notice (as defined below), as applicable.

2.      On November 23, 2021, the Oversight Board filed the *Notice of Executory Contracts and Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment* [Case No. 17-BK-3283-LTS, ECF No. 19353; Case No. 19-BK-05523-LTS, ECF No. 244; Case No. 17-BK-03566-LTS, ECF No. 1272] (the "Original Notice"), which provided that the deadline for parties in interest to object to the proposed Cure Costs or the assumption of the Executory Contracts or Unexpired Leases was December 13, 2021, at 5:00 p.m. (prevailing Atlantic Standard Time) (the "Original Objection Deadline").

3.      On December 12, 2021, Ricoh Puerto Rico Inc. ("Ricoh") filed the *Ricoh Puerto Rico Inc.'s Motion Objecting Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment* [ECF No. 19498] (the "Ricoh Objection").

4.      On December 13, 2021, Orlando Santiago Amador ("Amador") filed the *Motion Objecting Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases to be Assumed with Servicentro Ciales, Inc. Pursuant to Title III Plan Of Adjustment* [ECF No. 19501] (the "Amador Objection"), and FISA SE ("FISA," and, together with Ricoh and Amador, the "Objectors") filed the *Objection to Cure Amount* [ECF No. 19505] (the "FISA Objection," and, together with the Ricoh Objection and the Amador Objection, the "Objections").[4]

5.      On December 15, 2021, the Court entered the *Order Scheduling Hearing on Objection to Proposed Cure Amounts* [ECF No. 19523], which set the date of a hearing for the

---

[4]   On December 21, 2021, the Oversight Board also filed the *Supplemental Notice Regarding Limited Extension of Time to Object to Executory Contracts and Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment* (the "Supplemental Notice") [ECF No. 19585], to extend the Original Objection Deadline solely for certain counterparties to the Executory Contracts and Unexpired Leases listed on the schedule attached thereto as Exhibit A to January 10, 2022, at 5:00 p.m. (Atlantic Standard Time) (the "Extended Objection Deadline"). No objections were filed by the Extended Objection Deadline with respect to such Executory Contracts and Unexpired Leases.

Court to consider the Objections (the "Hearing") for the February 2, 2022 omnibus hearing and the deadline for replies to the Objections (the "Reply Deadline"), if any, for January 19, 2022, at 5:00 p.m. (Atlantic Standard Time).

6.      On January 18, 2022, the Oversight Board filed the *Urgent Consensual Motion for Extension of Response Deadline* [ECF No. 19811], requesting an extension of the Reply Deadline.

7.      On January 20, 2022, the Court entered the *Order Granting Urgent Consensual Motion for Extension of Response Deadline* [ECF No. 19839], which extended the Reply Deadline to January 26, 2022, at 5:00 p.m. (Atlantic Standard Time).

8.      On January 25, 2022, the Oversight Board filed the *Second Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing* [ECF No. 19892], requesting an extension of the Reply Deadline and an adjournment of the Hearing.

9.      On January 26, 2022, the Court entered the Extension Order, which (a) extended the Reply Deadline to February 9, 2022 at 5:00 p.m. (Atlantic Standard Time) and (b) adjourned the Hearing to the conclusion of the claim objection hearing scheduled for February 17, 2022.

10.     The Oversight Board has reach a resolution to the Amador Objection and the FISA Objection, which will be reflected in a revised Schedule to be filed with an amended Plan Supplement on or before March 15, 2022.  The Oversight Board continues to seek a consensual resolution to the Ricoh Objection, if possible.  Accordingly, the Oversight Board respectfully requests an (a) extension of the Reply Deadline from February 9, 2022 to **March 16, 2022 at 5:00 p.m. (Atlantic Standard Time)** and (b) adjournment of the Hearing from February 17, 2022 to **the March 23, 2022 omnibus hearing**.

11.     Pursuant to Paragraph 1.H of the *Fifteenth Amended Notice, Case Management and Administrative Procedures* [ECF No. 17127-1] (the "Case Management Procedures"), the

Oversight Board hereby certifies that it has carefully examined the matter and concluded that there is a true need for an urgent motion; it has not created the urgency through any lack of due diligence; has made a bona fide effort to resolve the matter; has made reasonable, good-faith communications in an effort to resolve or narrow the issues that are being brought to the Court, and the Objectors consent to the relief requested herein.

### Notice

12.     The Oversight Board has provided notice of this motion in accordance with the Case Management Procedures to the following parties: (a) the Office of the United States Trustee for the District of Puerto Rico; (b) the indenture trustees and/or agents, as applicable, for the Debtors' bonds; (c) the entities on the list of creditors holding the 20 largest unsecured claims against the Commonwealth; (d) counsel to the statutory committees appointed in these Title III cases; (e) the Office of the United States Attorney for the District of Puerto Rico; (f) counsel to the Oversight Board; (g) the Puerto Rico Department of Justice; (h) the Other Interested Parties;[5] (i) all parties filing a notice of appearance in these Title III cases; and (j) the Objectors. A copy of the motion is also available at https://cases.primeclerk.com/puertorico/.

13.     The Oversight Board submits that, in light of the nature of the relief requested, no other or further notice need be given.

---

[5]    The "Other Interested Parties" include the following: (i) counsel to certain of the insurers and trustees of the bonds issued or guaranteed by the Debtors; and (ii) counsel to certain ad hoc groups of holders of bonds issued or guaranteed by the Debtors.

**WHEREFORE**, the Oversight Board requests the Court enter the Proposed Order and grant such other relief as is just and proper.

Dated: February 9, 2022          Respectfully submitted,
      San Juan, Puerto Rico

                                              */s/ Brian S. Rosen*

                                              Martin J. Bienenstock (*pro hac vice*)
                                              Brian S. Rosen (*pro hac vice*)
                                              **PROSKAUER ROSE LLP**
                                              Eleven Times Square
                                              New York, NY 10036
                                              Tel: (212) 969-3000
                                              Fax: (212) 969-2900

                                              *Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

                                              */s/ Hermann D. Bauer*

                                              Hermann D. Bauer
                                              USDC No. 215205
                                              **O'NEILL & BORGES LLC**
                                              250 Muñoz Rivera Ave., Suite 800
                                              San Juan, PR 00918-1813
                                              Tel: (787) 764-8181
                                              Fax: (787) 753-8944

                                              *Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

**<u>Exhibit A</u>**


**Proposed Order**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**ORDER GRANTING THE THIRD**
**URGENT CONSENSUAL MOTION FOR**
**EXTENSION OF DEADLINES AND ADJOURNMENT OF HEARING**

Upon the *Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing* (ECF No. _____, the "Third Extension Motion");[2] and the Court having found that the relief requested in the Third Extension Motion is in the best interests of the Oversight Board and the Objectors; and the Court having found that the Oversight Board provided adequate and appropriate notice of the Third Extension Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Third Extension Motion; and the Court having determined that the factual bases set forth in the Third Extension Motion establish

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Building Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  Capitalized terms used but not otherwise defined herein have the meanings given to them in the Third Extension Motion.

just cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is **HEREBY ORDERED THAT**:

1.       The Third Extension Motion is granted as set forth herein.

2.       Replies to the Objections, if any, must be filed by **March 16, 2022**, at **5:00 p.m.**

**(Atlantic Standard Time)**.

3.       The Objections will be heard at the March 23, 2022 omnibus hearing.

4.       This Order resolves Docket Entry No. _____ in Case No. 17-13283.


         SO ORDERED.

Dated: February _____, 2022

                                                    _____
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge

2