**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                      Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |

**INFORMATIVE MOTION REGARDING
NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION'S
APPEARANCE AT FEBRUARY 16–17, 2022 HEARING**

**PLEASE TAKE NOTICE** that Kelly DiBlasi and/or Robert Berezin from the New York, New York office of Weil, Gotshal & Manges LLP will appear on behalf of National Public Finance Guarantee Corporation ("National") at the hearing scheduled for February 16–17, 2022, which will be conducted using the audio and video features of the Zoom platform as a virtual courtroom. National's legal representatives reserve the right to be heard on any matter raised by any party at

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

the hearing related to the Title III cases, any adversary proceeding pending in the Title III cases, or the interests of National. National's Party Appearance Cover Sheet is attached hereto as **Exhibit A**.

**RESPECTFULLY SUBMITTED**, this 10 day of February, 2022.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, copy of this document will be notified via electronic mail to all case participants.

| | |
|---|---|
| **ADSUAR MUÑIZ GOYCO**<br>**SEDA & PÉREZ-OCHOA, P.S.C.**<br>PO BOX 70294<br>San Juan, PR 00936<br>Telephone: 787.756.9000<br>Facsimile: 787.756.9010<br>Email: epo@amgprlaw.com<br>    loliver@amgprlaw.com<br>    acasellas@amgprlaw.com | **WEIL, GOTSHAL & MANGES LLP**<br>Kelly DiBlasi (admitted *pro hac vice*)<br>Gabriel A. Morgan (admitted *pro hac vice*)<br>Jonathan Polkes (admitted *pro hac vice*)<br>Gregory Silbert (admitted *pro hac vice*)<br>Robert Berezin (admitted *pro hac vice*)<br><br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Email: kelly.diblasi@weil.com<br>    gabriel.morgan@weil.com<br>    jonathan.polkes@weil.com<br>    gregory.silbert@weil.com<br>    robert.berezin@weil.com |
| By: */s/ Eric Pérez-Ochoa*<br>Eric Pérez-Ochoa<br>USDC-PR No. 206314<br><br>*/s/ Luis Oliver-Fraticelli*<br>Luis Oliver-Fraticelli<br>USDC-PR No. 209204<br><br>*/s/ Alexandra Casellas-Cabrera*<br>Alexandra Casellas-Cabrera<br>USDC-PR No. 301010 | |

## EXHIBIT A
### PARTY APPEARANCE COVER SHEET

| Name of Party | **National Public Finance Guarantee Corporation** |
|---|---|
| Party Name Abbreviation (For Use with Zoom) | **National** |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name<br>• Email<br>• Law Firm<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name | • **Kelly DiBlasi**<br>• kelly.diblasi@weil.com<br>• Weil, Gotshal & Manges LLP<br>• (212) 310-8000<br>• Notice of Appearance: ECF No. 18829<br>• Zoom Screen Name: National / DiBlasi, Kelly / Weil, Gotshal & Manges<br><br>• **Robert Berezin**<br>• robert.berezin@weil.com<br>• Weil, Gotshal & Manges LLP<br>• (212) 310-8000<br>• Notice of Appearance: ECF No. 18829<br>• Zoom Screen Name: National / Berezin, Robert / Weil, Gotshal & Manges |