UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING THE THIRD
URGENT CONSENSUAL MOTION FOR
EXTENSION OF DEADLINES AND ADJOURNMENT OF HEARING

Upon the *Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing* (Docket Entry No. 20082 in Case No. 17-3283,[2] the "Third Extension Motion");[3] and the Court having found that the relief requested in the Third Extension Motion is in the best interests

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Building Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The Third Extension Motion was also filed at Docket Entry No. 1310 in Case No. 17-3566 and Docket Entry No. 286 in Case No. 19-5523.

[3] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Third Extension Motion.

of the Oversight Board and the Objectors; and the Court having found that the Oversight Board provided adequate and appropriate notice of the Third Extension Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Third Extension Motion; and the Court having determined that the factual bases set forth in the Third Extension Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Third Extension Motion is granted as set forth herein.

2. Replies to the Objections, if any, must be filed by **March 16, 2022**, at **5:00 p.m. (Atlantic Standard Time)**.

3. The Objections will be heard at the March 23, 2022 omnibus hearing.

4. This Order resolves Docket Entry No. 20082 in Case No. 17-3283, Docket Entry No. 1310 in Case No. 17-3566, and Docket Entry No. 286 in Case No. 19-5523.

SO ORDERED.

Dated: February 10, 2022

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge