**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br>       Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE** that Jennifer L. Jones hereby respectfully withdraws her appearance as counsel for the Financial Oversight and Management Board, Andrew G. Biggs, Arthur J. Gonzalez, Antonio L. Medina, John E. Nixon, Justin M. Peterson, Betty A. Rosa, David A. Skeel, and Natalie Jaresko[2] in the following proceedings: *In re Financial Oversight and Management Board for Puerto Rico*, Case No. 17-bk-3283-LTS; *In re Financial Oversight and Management Board for Puerto Rico*, Case No. 17-bk-4780-LTS; *PV Properties, Inc. v. Puerto*

---

[1]  The Debtors in these Title III cases, along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as bankruptcy case numbers due to software limitations).

[2] Please note that, since the time that Ms. Jones first appeared in the above-captioned Title III cases and related adversary proceedings, Ana J. Matosantos, José B. Carrión III, José R. González, and Carlos M. García are no longer members of the Financial Oversight and Management Board, and have been replaced by Justin M. Peterson, John E. Nixon, Betty E. Rosa, and Antonio L. Medina.

*Rico Electric Power Authority, et al.*, Adv. Proc. No. 20-00142-LTS; and *Unión de Trabajadores de la Industria Eléctrica y Riego v. Governor Pedro Pierluisi-Urrutía, et al.*, Adv. Proc. No. 21-00041-LTS.

**PLEASE TAKE FURTHER NOTICE** that the undersigned further requests that Ms. Jones be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

**PLEASE TAKE FURTHER NOTICE** that the appearances by other attorneys at Proskauer Rose LLP are unaffected by this request.

Dated: February 10, 2022
San Juan, Puerto Rico

Respectfully submitted,

*/s/ Margaret A. Dale*
Martin J. Bienenstock (*pro hac vice*)
Margaret A. Dale (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
205 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-1813
Fax: (787) 753-8944

*Co-Attorney for the Financial Oversight and Management Board as representative for the Debtors*