UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:                                                      PROMESA
                                                            Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of                               No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO            (Jointly Administered)
et al.,

                  Debtors.[1]

-----------------------------------------------------------------x

### ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL

       The Court has received and reviewed the *Motion for Voluntary Dismissal* (Docket Entry No. 20093) (the "Motion"), filed by the APJ[2] pursuant to rule 42(a) of the Federal Rules of Appellate Procedure.  Because the APJ's *Notice of Appeal* (Docket Entry No. 20031) (the "Appeal") has not been docketed by the circuit clerk, and because the APJ has provided notice to all parties, the Motion is hereby GRANTED.  Accordingly, the APJ's motion for a stay pending appeal (Docket Entry No. 20033) is DENIED because the APJ has withdrawn its Appeal.  This Order resolves Docket Entry Nos. 20033 and 20093 in Case No. 17-3283.

       SO ORDERED.

Dated: February 11, 2022

                       /s/ Laura Taylor Swain
                       LAURA TAYLOR SWAIN
                       United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.