# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors.[1]

----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## INFORMATIVE MOTION REGARDING OMNIBUS CLAIM OBJECTIONS TO BE HEARD AT FEBRUARY 16–17, 2022 HEARING

To the Honorable United States District Judge Laura Taylor Swain:

Pursuant to the Court's *Order Regarding Procedures for Hearings on January 19–20, 2022 and February 16–17, 2022* [Case No. 17-3283, ECF No. 19720] (the "Procedures Order"), the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Sales Tax Financing Authority ("COFINA"), the Puerto Rico Highways and Transportation Authority ("HTA"), and the Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth, COFINA, and HTA, the "Debtors") pursuant to section 315(b) of the *Puerto*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully submits this informative motion[3]:

1.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the *Three Hundred Sixty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims with Respect to Which Deficient Mailing Responses Were Received* [Case No. 17-3283, ECF No. 17921] (the "Three Hundred Sixty-First Omnibus Objection") with respect to Proof of Claim No. 2221, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Sixty-First Omnibus Objection:

    a.  Movants

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  Objecting Parties

        i.  Hector Villalongo Ortiz (*pro se*): Hector Villalongo Ortiz did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

2.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the *Three Hundred Sixty-Second Omnibus Objection (Substantive) of the*

---

[2] PROMESA has been codified at 48 U.S.C. §§ 2101–2241.

[3] The Oversight Board is not aware of any other counsel that intends to participate in the February 16–17, 2022 hearings.

*Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims* [Case No. 17-3283, ECF No. 17927] (the "Three Hundred Sixty-Second Omnibus Objection") with respect to Proof of Claim No. 133778, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Sixty-Second Omnibus Objection:

    a.  Movants

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  Objecting Parties

        i.  Maria Clemente Rosa (*pro se*): Maria Clemente Rosa did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

3.      The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Sixty-Second Omnibus Objection with respect to Proof of Claim No. 10547, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Sixty-Second Omnibus Objection:

    a.  Movants

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 3 minutes

    b.  Objecting Parties

        i.  Maira Feliciano Rosado (*pro se*): 10 minutes

    c.  Movants

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 2 minutes

3

4.      The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the *Three Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Pension-Related Claims Asserted Against the Incorrect Debtor* [Case No. 17-3283, ECF No. 17081] (the "Three Hundred Thirty-Seventh Omnibus Objection") and the Three Hundred Sixty-Second Omnibus Objection with respect to Proof of Claim No. 3258, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Thirty-Seventh Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Maria Carrión Vega (*pro se*): Although Maria Carrión Vega submitted a response form, it is not clear whether Ms. Carrión Vega intends to attend the hearing, therefore no time has been allocated to Ms. Carrión Vega. In the event that Ms. Carrión Vega attends the hearing, the Oversight Board respectfully requests that 10 minutes of time be allocated to Ms. Carrión Vega.

5.      The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the *Three Hundred Sixty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employment-Related Claims Asserted Against the Incorrect Debtor* [Case No. 17-3283, ECF No.

17933] (the "Three Hundred Sixty-Seventh Omnibus Objection") with respect to Proof of Claim No. 16543, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Sixty-Seventh Omnibus Objection:

    a.  Movants

        i.    Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  Objecting Parties

        i.    Maria Franco Soto (*pro se*): Maria Franco Soto did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

6.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Sixty-Seventh Omnibus Objection with respect to Proof of Claim No. 9987, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Sixty-Seventh Omnibus Objection:

    a.  Movants

        i.    Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  Objecting Parties

        i.    Sonia López Báez (*pro se*): Sonia López Báez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

7.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the *Three Hundred Sixty-Eighth Omnibus Objection (Non-Substantive) of the*

*Commonwealth of Puerto Rico to Satisfied Claims* [Case No. 17-3283, ECF No. 17934] (the "Three Hundred Sixty-Eighth Omnibus Objection") with respect to Proof of Claim No. 9269, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Sixty-Eighth Omnibus Objection:

    a. Movants

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. Objecting Parties

        i. Todd Hauck (*pro se*): Todd Hauck has indicated that they do not intend to attend the Hearing, therefore no time has been allocated to them.

8.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the *Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims* [Case No. 17-3283, ECF No. 17923] (the "Three Hundred Seventy-Fourth Omnibus Objection") with respect to Proof of Claim No. 108658, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a. Movants

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Eric Josue Soto Sánchez (*pro se*): Eric Josue Soto Sánchez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

9.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim Nos. 179355 and 179367, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Gladys Minguela Vázquez (*pro se*): Gladys Minguela Vázquez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

10.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 174092, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

   b.  <u>Objecting Parties</u>

      i.  Ana Luna Ríos (*pro se*): Ana Luna Ríos did not indicate whether
          they intend to attend the hearing, therefore no time has been
          allocated to them.

11.   The following individuals may appear to speak on behalf of the parties, listed in the
order in which the parties shall present along with proposed time allocations, at the February 16–
17, 2022 hearing on the *Three Hundred Eighty-First Omnibus Objection (Substantive) of the
Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the
Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee
Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors* [Case No. 17-3283,
ECF No. 17917] (the "Three Hundred Eighty-First Omnibus Objection") with respect to Proof of
Claim No. 174501 and the *Three Hundred Eighty-Second Omnibus Objection (Substantive) of the
Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the
Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owned by Entities That
Are Not Title III Debtors* [Case No. 17-3283, ECF No. 17920] (the "Three Hundred Eighty-Second
Omnibus Objection") with respect to Proof of Claim No. 177757, as well as any and all related
objections, responses, statements, joinders, and replies to the Three Hundred Eighty-First Omnibus
Objection and Three Hundred Eighty-Second Omnibus Objection:

   a.  <u>Movants</u>

      i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

b. Objecting Parties

    i. Sara Wilna Delgado García (*pro se*): Sara Wilna Delgado García did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

12. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the *Three Hundred Ninety-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Late-Filed Claims* [Case No. 17-3283, ECF No. 17985] (the "Three Hundred Ninety-Third Omnibus Objection") with respect to Proof of Claim Nos. 179520 and 179525, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Ninety-Third Omnibus Objection:

a. Movants

    i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

b. Objecting Parties

    i. José Ríos Collazo (*pro se*): José Ríos Collazo did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

13. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the *Three Hundred Ninety-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserting Duplicate Liabilities* [Case No. 17-3283, ECF

No. 18959] (the "Three Hundred Ninety-Fifth Omnibus Objection") with respect to Proof of Claim No. 28121, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Ninety-Fifth Omnibus Objection:

    a. Movants

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. Objecting Parties

        i. Evelyn Ramirez Montes (*pro se*): Evelyn Ramirez Montes did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

14.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim Nos. 131274 and 148102, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a. Movants

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. Objecting Parties

        i. Zoe Abigail Williams Pérez (*pro se*): Zoe Abigail Williams Pérez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

15.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof

of Claim No. 165427, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Edith Agostini Aviles (*pro se*): Edith Agostini Aviles did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

16.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 152213, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Ana Maria Arocho González (*pro se*): Ana Maria Arocho González has indicated that they do not intend to attend the Hearing, therefore no time has been allocated to them.

17.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof

of Claim No. 113161, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. <u>Objecting Parties</u>

        i. Carmen Colón Maldonado (*pro se*): Carmen Colón Maldonado did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

18.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 153293, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. <u>Objecting Parties</u>

        i. Alejandro Irizarry Irizarry (*pro se*): Alejandro Irizarry Irizarry did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

19.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof

of Claim No. 167898, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 3 minutes

    b. <u>Objecting Parties</u>

        i. Antonio Martin Cervera (*pro se*): 10 minutes

    c. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 2 minutes

20.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 160968, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. <u>Objecting Parties</u>

        i. Gadiel Martínez Sanchez (*pro se*): Gadiel Martínez Sanchez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

21.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof

of Claim No. 135104, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. <u>Objecting Parties</u>

        i. Victor Rivera Collazo (*pro se*): Victor Rivera Collazo did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

22. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 158327, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. <u>Objecting Parties</u>

        i. Damaris Rodríguez Carcano (*pro se*): Damaris Rodríguez Carcano did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

23. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof

of Claim No. 145387, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. <u>Objecting Parties</u>

        i. Madeline Sanchez Rivera (*pro se*): Madeline Sanchez Rivera did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

24.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 158363, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. <u>Objecting Parties</u>

        i. Ivan Vargas Noriega, Judith Vargas Garcia, Janitza Noriega Vargas (*pro se*): Ivan Vargas Noriega, Judith Vargas Garcia, Janitza Noriega Vargas did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

25.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the *Three Hundred Ninety-Fourth Omnibus Objection (Substantive) of the*

*Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors* [Case No. 17-3283, ECF No. 18958] (the "Three Hundred Ninety-Fourth Omnibus Objection") with respect to Proof of Claim No. 177716, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Ninety-Fourth Omnibus Objection:

    a.  Movants

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  Objecting Parties

        i.  Eva Meléndez Fraguada (*pro se*): Eva Meléndez Fraguada did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

26.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the *Three Hundred Seventieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Duplicate Claims* [Case No. 17-3283, ECF No. 17935] (the "Three Hundred Seventieth Omnibus Objection") with respect to Proof of Claim No. 179391 and the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim Nos. 178943 and 179392, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventieth Omnibus Objection and the Three Hundred Seventy-Fourth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  William Román Morales (*pro se*): William Román Morales did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

27.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 173713, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  John Galano (*pro se*): John Galano has indicated that they do not intend to attend the Hearing, therefore no time has been allocated to them.

28.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 168000, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

a. <u>Movants</u>

i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

b. <u>Objecting Parties</u>

i. Iris García Santiago (*pro se*): Iris García Santiago did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

29. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim Nos. 177676, 177765 and 178772, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

a. <u>Movants</u>

i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 3 minutes

b. <u>Objecting Parties</u>

i. Obe E. Johnson (*pro se*): 10 minutes

c. <u>Movants</u>

i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 2 minutes

30. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 168595, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a. <u>Movants</u>

       i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. <u>Objecting Parties</u>

       i. Juan Pablo Lugo Ruberte (*pro se*): Juan Pablo Lugo Ruberte did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

31.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 173121, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a. <u>Movants</u>

       i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. <u>Objecting Parties</u>

       i. Inés Lugo Santana (*pro se*): Inés Lugo Santana did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

32.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 167899, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Maria Soto Villares (*pro se*): Maria Soto Villares did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

33.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 173757, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Jack Mercado De Jesus (*pro se*): Jack Mercado De Jesus did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

34.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 167986, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Sergio Morales Camacho (*pro se*): Sergio Morales Camacho did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

35.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 171301, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  José Rafael Ortiz Solis (*pro se*): José Rafael Ortiz Solis did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

36.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 173735, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

   a.  <u>Movants</u>

      i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

   b.  <u>Objecting Parties</u>

      i.  Wesley Oswald (*pro se*): Wesley Oswald did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

37.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 171116, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

   a.  <u>Movants</u>

      i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

   b.  <u>Objecting Parties</u>

      i.  Amilda Pérez Nieves (*pro se*): Amilda Pérez Nieves did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

38.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 167977, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a. <u>Movants</u>

       i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. <u>Objecting Parties</u>

       i. Miriam Plaza Cruz (*pro se*): Miriam Plaza Cruz did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

39.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 173790, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a. <u>Movants</u>

       i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 3 minutes

    b. <u>Objecting Parties</u>

       i. Maria Vianey Rosario Cuevas (*pro se*): 10 minutes

    c. <u>Movants</u>

       i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 2 minutes

40.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 168048, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 3 minutes

    b.  <u>Objecting Parties</u>

        i.  Nydia Febo Vázquez (*pro se*): 10 minutes

    c.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 2 minutes

41.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventieth Omnibus Objection and the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim Nos. 179428 and 179433, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventieth Omnibus Objection and the Three Hundred Seventy-Fourth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Zobeida Medina Serrano (*pro se*): Zobeida Medina Serrano has indicated that they do not intend to attend the Hearing, therefore no time has been allocated to them.

42.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof

of Claim No. 179463, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Roberto Berrios Castrodad (*pro se*): Roberto Berrios Castrodad did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

43.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 178975, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 3 minutes

    b.  <u>Objecting Parties</u>

        i.  Jaime Díaz O'Neill (*pro se*): 10 minutes

    c.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 2 minutes

44.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof

of Claim No. 179193, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

> a. Movants
>
>> i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes
>
> b. Objecting Parties
>
>> i. Facunda Martínez Colón (*pro se*): Facunda Martínez Colón has indicated that they do not intend to attend the Hearing, therefore no time has been allocated to them.

45.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 179204, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

> a. Movants
>
>> i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes
>
> b. Objecting Parties
>
>> i. Melvin Lynn Revocable Trust (*pro se*): Melvin Lynn Revocable Trust did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

46.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof

of Claim No. 179457, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

a. <u>Movants</u>

i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

b. <u>Objecting Parties</u>

i. Hermenegildo Rodríguez González (*pro se*): Hermenegildo Rodríguez González did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

47.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 179439, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

a. <u>Movants</u>

i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

b. <u>Objecting Parties</u>

i. Celia Pilar Santiago Ortiz (*pro se*): Celia Pilar Santiago Ortiz did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

48.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 179447 and the Three Hundred Eighty-First Omnibus Objection with respect to Proof

of Claim No. 173753, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection and the Three Hundred Eighty-First Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. <u>Objecting Parties</u>

        i. Myriam Gandia (*pro se*): Myriam Gandia did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

49.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the *Three Hundred Seventy-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Debtors Are Not Liable* [Case No. 17-3283, ECF No. 17911] (the "<u>Three Hundred Seventy-Seventh Omnibus Objection</u>") with respect to Proof of Claim No. 47589, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Seventh Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

b. Objecting Parties

i. Edwin Ortiz Vazquez (*pro se*): Edwin Ortiz Vazquez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

50.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the *Three Hundred Eightieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors* [Case No. 17-3283, ECF No. 17916] (the "Three Hundred Eightieth Omnibus Objection") with respect to Proof of Claim No. 172052, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eightieth Omnibus Objection:

a. Movants

i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

b. Objecting Parties

i. Eliud Ayala Cruz (*pro se*): Eliud Ayala Cruz did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

51.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eightieth Omnibus Objection with respect to Proof of

Claim No. 168285, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eightieth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Jorge Colon Florez (*pro se*): Jorge Colon Florez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

52.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eightieth Omnibus Objection with respect to Proof of Claim No. 171765, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eightieth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Julio López Alvarez (*pro se*): Julio López Alvarez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

53.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eightieth Omnibus Objection with respect to Proof of

Claim No. 169013, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eightieth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Julio Cesar Luna Santiago (*pro se*): Julio Cesar Luna Santiago has indicated that they do not intend to attend the Hearing, therefore no time has been allocated to them.

54.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the *Three Hundred Eighty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors* [Case No. 17-3283, ECF No. 17922] (the "<u>Three Hundred Eighty-Third Omnibus Objection</u>") with respect to Proof of Claim No. 179349, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eighty-Third Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Carmen López Camacho (*pro se*): Carmen López Camacho did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

55.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eightieth Omnibus Objection with respect to Proof of Claim No. 172114, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eightieth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Natanael Ayala Cruz (*pro se*): Although Natanael Ayala Cruz submitted a response form, it is not clear whether Mr. Ayala Cruz intends to attend the hearing, therefore no time has been allocated to Mr. Ayala Cruz.  In the event that Mr. Ayala Cruz attends the hearing, the Oversight Board respectfully requests that 10 minutes of time be allocated to Mr. Ayala Cruz.

56.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eightieth Omnibus Objection with respect to Proof of Claim No. 172107, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eightieth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 3 minutes

    b.  <u>Objecting Parties</u>

        i.  Geraldo Silva Rivera (*pro se*): 10 minutes

    c.  <u>Movants</u>

       i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 2 minutes

57.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eightieth Omnibus Objection with respect to Proof of Claim No. 172169, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eightieth Omnibus Objection:

    a.  <u>Movants</u>

       i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 3 minutes

    b.  <u>Objecting Parties</u>

       i.  Wilfredo Silva Rivera (*pro se*): 10 minutes

    c.  <u>Movants</u>

       i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 2 minutes

58.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eighty-First Omnibus Objection with respect to Proof of Claim No. 174322, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eighty-First Omnibus Objection:

    a.  <u>Movants</u>

       i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

b.  <u>Objecting Parties</u>

i.  Brenda Asencio Bernardini (*pro se*): Brenda Asencio Bernardini did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

59.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eighty-First Omnibus Objection with respect to Proof of Claim No. 174452, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eighty-First Omnibus Objection:

a.  Movants

i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

b.  Objecting Parties

i.  Elia Castro (*pro se*): Elia Castro did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

60.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eighty-First Omnibus Objection with respect to Proof of Claim No. 174222, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eighty-First Omnibus Objection:

a.  Movants

i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 3 minutes

b.  Objecting Parties

i.  Marlene García Miranda (*pro se*): 10 minutes

    c.  <u>Movants</u>

       i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 2 minutes

61.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eighty-First Omnibus Objection with respect to Proof of Claim No. 174570, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eighty-First Omnibus Objection:

    a.  <u>Movants</u>

       i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

       i.  Elena Laboy Christian (*pro se*): Elena Laboy Christian did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

62.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eighty-First Omnibus Objection with respect to Proof of Claim No. 173516, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eighty-First Omnibus Objection:

    a.  <u>Movants</u>

       i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  Objecting Parties

        i.  Gloria Maria Lebrón Crespo (*pro se*): Gloria Maria Lebrón Crespo did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

63.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eighty-First Omnibus Objection with respect to Proof of Claim No. 174460, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eighty-First Omnibus Objection:

    a.  Movants

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  Objecting Parties

        i.  Lucinda Martínez Quiñones (*pro se*): Lucinda Martínez Quiñones did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

64.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eighty-First Omnibus Objection with respect to Proof of Claim No. 174125, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eighty-First Omnibus Objection:

    a.  Movants

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

  b.  <u>Objecting Parties</u>

    i.  Jose Orlando Ortiz Ortiz (*pro se*): Jose Orlando Ortiz Ortiz did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

65.  The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eighty-First Omnibus Objection with respect to Proof of Claim No. 174470, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eighty-First Omnibus Objection:

  a.  <u>Movants</u>

    i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

  b.  <u>Objecting Parties</u>

    i.  Wilfredo Pagán Duran (*pro se*): Wilfredo Pagán Duran did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

66.  The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eighty-First Omnibus Objection with respect to Proof of Claim No. 174583, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eighty-First Omnibus Objection:

  a.  <u>Movants</u>

    i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

b. Objecting Parties

    i. José Rodríguez Arroyo (*pro se*): Although José Rodríguez Arroyo submitted a response form, it is not clear whether Mr. Rodríguez Arroyo intends to attend the hearing, therefore no time has been allocated to Mr. Rodríguez Arroyo. In the event that Mr. Rodríguez Arroyo attends the hearing, the Oversight Board respectfully requests that 10 minutes of time be allocated to Mr. Rodríguez Arroyo.

67. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eighty-First Omnibus Objection with respect to Proof of Claim No. 173011, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eighty-First Omnibus Objection:

a. Movants

    i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 3 minutes

b. Objecting Parties

    i. Luciano Silva Rivera (*pro se*): 10 minutes

c. Movants

    i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 2 minutes

68. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eighty-First Omnibus Objection with respect to Proof of

Claim No. 175075, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eighty-First Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. <u>Objecting Parties</u>

        i. Brenda Ortiz Castellano (*pro se*): Brenda Ortiz Castellano did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

69. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eighty-First Omnibus Objection with respect to Proofs of Claim No. 174960, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eighty-First Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. <u>Objecting Parties</u>

        i. Angel Reyes Miranda (*pro se*): Angel Reyes Miranda did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

70. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eighty-Second Omnibus Objection with respect to Proof

of Claim Nos. 176520 and 178145, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eighty-Second Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Hilda Cruz Román (*pro se*): Hilda Cruz Román did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

71.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eighty-Second Omnibus Objection with respect to Proof of Claim No. 176315, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eighty-Second Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Damaris Martínez Centeno (*pro se*): Damaris Martínez Centeno did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

72.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eighty-Second Omnibus Objection with respect to Proof

of Claim No. 176117, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eighty-Second Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Elizabeth Martínez Centeno (*pro se*): Elizabeth Martínez Centeno did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

73.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eighty-Second Omnibus Objection with respect to Proof of Claim No. 176003, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eighty-Second Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Millie Ramos Pérez (*pro se*): Millie Ramos Pérez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

74.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eighty-Second Omnibus Objection with respect to Proof

of Claim No. 178337, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eighty-Second Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. <u>Objecting Parties</u>

        i. Maria Enid Roca Troche (*pro se*): Maria Enid Roca Troche did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

75. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eighty-Second Omnibus Objection with respect to Proof of Claim No. 178223, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eighty-Second Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. <u>Objecting Parties</u>

        i. Aixa Edmee Rodríguez Fernández (*pro se*): Aixa Edmee Rodríguez Fernández did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

76. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eighty-Second Omnibus Objection with respect to Proof

of Claim No. 178406, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eighty-Second Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. <u>Objecting Parties</u>

        i. Jacqueline Rosado Colón (*pro se*): Jacqueline Rosado Colón did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

77.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eighty-Second Omnibus Objection with respect to Proof of Claim No. 176202, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eighty-Second Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. <u>Objecting Parties</u>

        i. Ann Ruiz (*pro se*): Ann Ruiz did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

78.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eighty-Second Omnibus Objection with respect to Proof of Claim No. 178024, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eighty-Second Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Amarilis Santana Velázquez (*pro se*): Amarilis Santana Velázquez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

79.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Eighty-Second Omnibus Objection with respect to Proof of Claim No. 178412, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eighty-Second Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Wilson Velázquez Pierantoni (*pro se*): Wilson Velázquez Pierantoni did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

80.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Ninety-Third Omnibus Objection with respect to Proof of Claim Nos. 179470, 179471 and 179472, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Ninety-Third Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Janet Colón Cosme (*pro se*): Janet Colón Cosme did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

81.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Ninety-Third Omnibus Objection with respect to Proof of Claim Nos. 179467, 179468 and 179469, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Ninety-Third Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Carlos Galán Kercadó (*pro se*): Carlos Galán Kercadó did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

82.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the February 16–17, 2022 hearing on the Three Hundred Ninety-Third Omnibus Objection with respect to Proof of Claim No. 179488, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Ninety-Third Omnibus Objection:

   a.  <u>Movants</u>

      i.   Oversight Board: Brian S. Rosen, and/or Laura Stafford, 3 minutes

   b.  <u>Objecting Parties</u>

      i.   William Maldonado Morales (*pro se*): 10 minutes

   c.  <u>Movants</u>

      i.   Oversight Board: Brian S. Rosen, and/or Laura Stafford, 2 minutes

[*Remainder of Page Intentionally Left Blank*]

Dated: February 11, 2022
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ Brian S. Rosen*
Martin J. Bienenstock
Brian S. Rosen
Laura Stafford
(Admission *pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

## **Exhibit A**

Party Appearance Cover Sheet

PARTY APPEARANCE COVER SHEET

| | |
|---|---|
| Name of Party | Financial Oversight and Management Board for Puerto Rico |
| Party Name Abbreviation<br>  (For Use with Zoom) | FOMB |
| Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name | Brian S. Rosen<br>brosen@proskauer.com<br>Proskauer Rose LLP<br>212-969-3380<br>Docket Entry No. 1902<br>FOMB/ Rosen, Brian/ Proskauer Rose LLP<br><br>Laura Stafford<br>lstafford@proskauer.com<br>Proskauer Rose LLP<br>617-526-9714<br>Docket Entry No. 4967<br>FOMB/ Stafford, Laura/ Proskauer Rose LLP |