Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Jose M. Santiago Andino*

Participant's Address: *Calle Betances #18 Juncos PR 00777*

Participant's Email Address: *santiagojose2226@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17-03283*

Nature of Claim: *Low sue for central Roig*

By: *Jose M. Santiago Andino*
Signature

*Jose M. Santiago Andino*
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# **ATTACHMENT 1**

My Father Mr Julio Santiago Arroyo he past away Last year a he had a Law soil with you guys now am his son and will like to continue the Low sow For you to send the money to me as soon as posible

att
Jose M. Santigo Andino

For more Information call me

787-383-3827

José M. Santiago Andino
Calle Betances # Juncos P.R
00777



Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767