UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER CONCERNING REPLY IN SUPPORT OF THE THREE
HUNDRED SIXTY-FIRST OMNIBUS OBJECTION TO CLAIMS

    The Court has received and reviewed the *Reply of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to the Response Filed by Hector M. Villalongo Ortiz [ECF No. 18137] to the Three Hundred Sixty-First Omnibus Objection (Non-Substantive) to Deficient Claims with Respect to Which Deficient Mailing Responses Were Received* (Docket Entry No. 19983, the "Reply"), filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"). The Reply states the following:

> In response to a Mailing sent by the Debtors, Villalongo Ortiz stated that the basis of the claim was for an "accident I had at work" while employed working at "sanitation." Villalongo Ortiz's returned

---

[1] The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> Mailing response further alleges that the claim is based on a pending legal action with an unpaid judgment, but does not provide the name, case number, or court or body where the legal action is taking place.

(Reply ¶ 3.) The Court understands the reference to Mr. Villalongo Ortiz's "response" to refer to the document filed by Mr. Villalongo Ortiz on September 15, 2021. (Docket Entry No. 18137, the "Response"). (See Reply ¶ 4 ("The Villalongo Ortiz Response was filed with the Court on September 15, 2021 and docketed as ECF No. 18137 . . . .").) However, the description of Mr. Villalongo Ortiz's response quoted above does not appear to correspond to the Response filed on the docket.

Accordingly, the Oversight Board is hereby directed to file, on or before **12:00 p.m. (Atlantic Standard Time) on February 15, 2022**, an informative motion addressing the above-described discrepancy, including whether Mr. Villalongo Ortiz has submitted materials in support of his claim other than the Response and proof of claim no. 2221.

SO ORDERED.

Dated: February 11, 2022

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge