# EXHIBIT B

### Additional Interested Parties and Other Interested Parties[1] (or Their Affiliates), Which Paul Hastings Represents or Has Represented in the Past in Matters *Unrelated* to the Title III Cases[2]

| Interested Parties | Relationship to Debtors | Clients & Their Affiliates |
|---|---|---|
| (04T) | Litigation Parties | Former client. Entities related to parent are also former clients. |
| (02N) | Litigation Parties | Current client. Parent and related entities are current clients. |
| (05N) | Litigation Parties | Not a client. Parent and related entities are current clients. |
| (06N) | Litigation Parties | Current client. Entities related to parent are also current clients. |
| (09C) | Litigation Parties | Not a client. Entity related to parent is a current client. |
| (60A) | Litigation Parties | Not a client. Parent is a current client. |
| Lloyd's Sindicates MSP 318, WRB 1967 and AGM 2488 | Litigation Parties | Not a client. Parent is a current client. |
| Lloyd's Syndicates MIT 3210, KLN 510, MMX 2010, CSL 1084, TMK 1880, AML 2001, and BRT 2987 | Litigation Parties | Not a client. Parent is a current client. |
| MassMutual | Litigation Parties | Current client. Related entities are also current clients.[3] |
| Varde Partners | Litigation Parties | Former client. An entity related to parent is a current client. |
| The Varde Fund VI-A, L.P. | Litigation Parties | Not a client. An entity related to parent is a current client. |
| The Varde Fund X (Master), L.P. | Litigation Parties | Not a client. An entity related to parent is a current client. |
| The Varde Fund XI (Master), L.P. | Litigation Parties | Not a client. An entity related to parent is a current client. |

---

[1] This Exhibit B also includes Interested Parties identified on Exhibit A to Prior Declarations with respect to which a new connection has arisen.

[2] Please note that several individuals identified on Exhibit A have submitted a notice of participation, a response to the disclosure statement, or a response to the omnibus claims objections in the Title III Cases. While Paul Hastings does not believe that it has any connection to these individuals, Paul Hastings does not have sufficient information to definitively determine whether or not it has any connection to these individuals.

[3] Mass Mutual has agreed to waive any conflict related to the Committee's objection to the plan support agreement between the Oversight Board and certain PREPA bondholders, including MassMutual International Holdings MSC, Inc. and MassMutual Unified Traditional. In addition, Paul Hastings has established an ethical wall regarding the MassMutual representation and the Committee representation.

| Interested Parties | Relationship to Debtors | Clients & Their Affiliates |
|---|---|---|
| The Varde Skyway Master Fund, L.P. | Litigation Parties | Not a client. An entity related to parent is a current client. |
| Varde Credit Partners Master LP | Litigation Parties | Not a client. An entity related to parent is a current client. |
| Varde Investment Partners, L.P. | Litigation Parties | Not a client. An entity related to parent is a current client. |
| Varde Investment Partners (Offshore) Master, L.P. | Litigation Parties | Not a client. An entity related to parent is a current client. |
| American Bankers Assurance Company of Florida | Parties Filing Notice of Appearance | Not a client. Entities related to parent are current clients. |
| Caribbean American Life Assurance Company | Parties Filing Notice of Appearance | Not a client. Entities related to parent are current clients. |
| Federal Warranty Service Corporation | Parties Filing Notice of Appearance | Not a client. Entities related to parent are current clients. |
| MassMutual International Holding MSC | Parties Filing Notice of Appearance | Not a client. Parent and related entities are current clients. |
| MassMutual Unified Traditional Separate Account | Parties Filing Notice of Appearance | Not a client. Parent and related entities are current clients. |
| Serengeti Asset Management LP | Parties Filing Notice of Appearance | Current client. |
| AstraZeneca Pharmaceuticals LP | Responses to Omnibus Claims Objections | Not a client. An entity related to parent is a current client. |
| Freepoint Commodities LLC | Top 20 Unsecured Creditors, PREPA | Current client. Parent and related entities are also current clients. |
| Puerto Rico Solar Energy Industries Association Corp | Other | Not a client. Parent is a current client. |
| Solar Energy Industries Association | Other | Current client. |
| Surfrider Foundation Rincon | Other | Not a client. Parent is a current client. |

2