# EXHIBIT C

# New Hires Subject to an Ethical Wall[1]

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Chris Carr<br>Partner, San Francisco, October 2020 | Partner at Baker Botts from July 2017 to October 2020, where he represented Shell and Solar Energy Industries Association in matters unrelated to the Title III Cases<br>Partner at Morrison & Foerster LLP[2] from May 2005 to July 2017 | Did not represent, and was not exposed to confidential information related to, the Ad Hoc Group of Constitutional Debtholders, the PBA Funds, the Debtors or the Title III Cases |
| Navi Dhillon<br>Partner, San Francisco, October 2020 | Partner at Baker Botts from 2018 to October 2020, where he represented Solar Energy Industries Association in matters unrelated to the Title III Cases<br>Associate at Morrison & Foerster from 2014 to 2018 | Did not represent, and was not exposed to confidential information related to, the Ad Hoc Group of Constitutional Debtholders, the PBA Funds, the Debtors or the Title III Cases |
| Joseph Douangphayvan<br>Paralegal, San Francisco, November 2020 | Paralegal at Morrison & Foerster from August 2000 to May 2007 and from May 2008 to April 2019 | Did not represent, and was not exposed to confidential information related to, the Ad Hoc Group of Constitutional Debtholders, the PBA Funds, the Debtors or the Title III Cases |
| Johnny G. Escobar<br>Senior Paralegal, New York, from December 2020 to January 2021 | Worked at Chaffetz Lindsey LLP from October 2018 to December 2020, where he worked on certain matters for AES Corporation unrelated to the Title III Cases<br>Worked at Brown Rudnick LLP[3] from June 2016 to December 2017<br>Worked at Foley & Lardner LLP ("Foley")[4] from February 2013 to May 2016<br>Worked at Stroock & Stroock & Lavan LLP ("Stroock")[5] from May 2005 to February 2013 | Did not represent, and was not exposed to confidential information related to, the Special Claims Committee, Whitefish, AFL-CIO, the Debtors or the Title III Cases |
| Juliette Hua<br>Associate, Paris, December 2020 | Worked at Willkie Farr & Gallagher LLP ("Willkie Farr")[6] from January 2017 to June 2017, and from July 2015 to December 2015 | Did not represent, and was not exposed to confidential information related to, the Ad Hoc Group of GO Bondholders, the COFINA Agent, the Debtors or the Title III Cases |

---

[1] The data in this Exhibit C is based on input provided by the New Hires.

[2] Morrison & Foerster represents an ad hoc group of general obligation bonds issued by the Commonwealth (the "Ad Hoc Group of Constitutional Debtholders") and certain holders of bonds issued by PBA (the "PBA Funds") in the Title III Cases.

[3] Brown Rudnick represents the Special Claims Committee of the Puerto Rico Oversight Board (the "Special Claims Committee") in the Title III Cases.

[4] Foley represents Whitefish Energy Holdings, LLC ("Whitefish") in the Title III Cases.

[5] Stroock represents the American Federation of Teachers, AFL-CIO in the Title III Cases.

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Katja Kaulamo<br><br>Partner, Frankfurt, December 2020 | Partner at Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden")[7] from February 2012 to December 2020, where she represented Serengeti Asset Management LP on matters unrelated to the Title III Cases, which matters she continues to handle at Paul Hastings | Did not represent, and was not exposed to confidential information related to, Vitol, the Debtors or the Title III Cases |
| Jiachen Liu<br><br>Legal Intern, Beijing, from December 2020 to February 2021 | Summer intern at DLA Piper Hong Kong (together with DLA Piper LLP, "DLA Piper")[8] from June 2020 to August 2020 | Did not represent, and was not exposed to confidential information related to, UPR, AAFAF, the Debtors or the Title III Cases |
| Mathilde Carre<br><br>Legal Intern, Paris, January 2021 | Intern at Cleary Gottlieb Steen & Hamilton LLP ("Cleary")[9] from April 2020 to May 2020<br><br>Intern at Weil, Gotshal & Manges LLP ("Weil Gotshal")[10] from July 2018 to December 2018 | Did not represent, and was not exposed to confidential information related to, the Puerto Rico government, the P3 Authority, NPFGC, the Debtors or the Title III Cases |
| Alban Castarede<br><br>Legal Intern, Paris, January 2021 | Tax trainee at Hogan Lovells ("Hogan Lovells")[11] from July 2020 to December 2020<br><br>Tax trainee at Skadden from January 2020 to March 2020<br><br>Tax trainee at DLA Piper from January 2019 to June 2019<br><br>Tax trainee at Weil Gotshal from April 2018 to June 2018 | Did not represent, and was not exposed to confidential information related to, US Bank, Vitol, UPR, AAFAF, NPFGC, the Debtors or the Title III Cases |
| Capucine Chareton<br><br>Legal Intern, Paris, January 2021 | Intern at Total SE in Paris from July 2020 to December 2020<br><br>Intern at PwC Societe d'avocats ("PwC") from January 2020 to June 2020<br><br>Intern with Orrick Rambaud Martel (together with Orrick, Herrington & Sutcliffe LLP, "Orrick")[12] in July 2016 | Did not represent, and was not exposed to confidential information related to, the Collateral Monitor, the Debtors or the Title III Cases |

---

[6]  Willkie Farr represents or has represented an ad hoc group of general obligation bondholders (the "Ad Hoc Group of GO Bondholders") and the COFINA Agent in the Title III Cases.

[7]  Skadden represents Vitol Inc. and Vitol S.A. (together, "Vitol") in the Title III Cases.

[8]  DLA Piper represents ERS, the University of Puerto Rico ("UPR"), and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") in the Title III Cases.

[9]  Cleary in the past represented the Puerto Rico government and currently represents the P3 Authority in the Title III Cases.

[10]  Weil Gotshal represents the National Public Finance Guarantee Corp. ("NPFGC") in the Title III Cases.

[11]  Hogan Lovells represents US Bank, NA and US Bank Trust, NA (each as trustee for various bond issues) (together, "US Bank") in the Title III Cases.

[12]  Orrick represents Cantor-Katz Collateral Monitor LLC, as Collateral Monitor for GDB Debt Recovery Authority (the "Collateral Monitor") in the Title III Cases.

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Gerald Giaoui<br><br>Legal Intern, Paris, from January 2021 to June 2021 | Trainee lawyer at Jones Day[13] from September 2019 to December 2019<br><br>Trainee at EY Societe d'Avocats from May 2016 to August 2016 | Did not represent, and was not exposed to confidential information related to, the ERS bondholders, the Debtors or the Title III Cases |
| Tamerlin Godley<br><br>Partner, Los Angeles, January 2021 | Attorney in Los Angeles with Munger, Tolles & Olson LLP ("Munger Tolles")[14] from October 1997 to January 2021 | Did not represent, and was not exposed to confidential information related to, DoubleLine Group LP, the Debtors or the Title III Cases |
| Amandine Guignard<br><br>Legal Intern, Paris, January 2021 | Legal intern at Weil Gotshal in Paris from May 2020 to June 2020<br><br>Legal intern at Dechert LLP ("Dechert")[15] from July 2018 to December 2018 | Did not represent, and was not exposed to confidential information related to, NPFGC, Peaje, the Debtors or the Title III Cases |
| Alicia Harrison-Obafemi<br><br>Paralegal, London, January 2021 | Paralegal at Milbank, Tweed, Hadley & McCloy LLP ("Milbank")[16] from April 2019 to December 2020<br><br>Paralegal at Norton Rose Fulbright LLP ("Norton Rose")[17] from January 2017 to April 2019 | Did not represent, and was not exposed to confidential information related to, Ambac, AES Corp., the Debtors or the Title III Cases |
| Ray Hernandez<br><br>Associate, Washington, D.C., January 2021 | Associate in Miami with Greenberg Traurig, LLP ("Greenberg")[18] from June 2020 to January 2021 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| David Marechal<br><br>Legal Intern, Paris, from January 2021 to June 2021 | Intern at Weil Gotshal from April 2019 to June 2019 | Did not represent, and was not exposed to confidential information related to, NPFGC, the Debtors or the Title III Cases |
| Charlotte Rice<br><br>Associate, London, January 2021 | Worked at Shearman & Sterling[19] from September 2016 to January 2021 | Did not represent, and was not exposed to confidential information related to, EcoEléctrica, L.P., the Debtors or the Title III Cases |

---

[13]  Jones Day represents the ERS bondholders in the Title III Cases.

[14]  Munger Tolles represents the Oversight Board and DoubleLine Group, LP in the Title III Cases.

[15]  Dechert represents Peaje Investments, LLC ("Peaje") in the Title III Cases.

[16]  Milbank represents Ambac Assurance Corporation ("Ambac") in the Title III Cases.

[17]  Norton Rose represents PREPA, AES Corp., and PBA in the Title III Cases.

[18]  Greenberg represents PREPA in the Title III Cases.

[19]  Shearman & Sterling represents EcoEléctrica, L.P. in the Title III Cases.

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Alisee Rival<br>Legal Intern, Paris, January 2021 | Trainee/law clerk at White & Case LLP ("White & Case")[20] from July 2020 to December 2020 | Did not represent, and was not exposed to confidential information related to, the junior COFINA bondholders, Doral Financial Corporation, the UBS Family of Funds, the Puerto Rico Family of Funds, the Debtors or the Title III Cases |
| Julie Schwarz<br>Legal Intern, Washington, D.C., from January 2021 to May 2021 | Summer associate at Orrick in August 2018 in Paris | Did not represent, and was not exposed to confidential information related to, the Collateral Monitor, the Debtors or the Title III Cases |
| David Sheps<br>Associate, New York, January 2021 | Summer associate (2017) and associate (from October 2018 to January 2021) with Cadwalader, Wickersham & Taft LLP ("Cadwalader")[21] | Did not represent, and was not exposed to confidential information related to, Assured Guaranty Corp., Assured Guaranty Municipal Corp., the Debtors or the Title III Cases |
| Regis Tigri<br>Legal Intern, Paris, from January 2021 to June 2021 | Attorney trainee at Orrick from July 2020 to December 2020 | Did not represent, and was not exposed to confidential information related to, the Collateral Monitor, the Debtors or the Title III Cases |
| Eric Van Wart<br>Associate, New York, January 2021 | Summer associate (2017) and associate (from 2018 to January 2021) at Cleary | Did not represent, and was not exposed to confidential information related to, the Puerto Rico government, the P3 Authority, the Debtors or the Title III Cases |
| Jasneet Aulakh<br>Associate, Century City, February 2021 | Summer associate with O'Melveny & Myers LLP ("O'Melveny")[22] from June 2019 to August 2019 | Did not represent, and was not exposed to confidential information related to, AAFAF, the Debtors or the Title III Cases |
| Joanna Dimmock<br>Partner, London, February 2021 | Senior associate and then partner at White & Case in London from October 2015 to December 2020, where she worked on certain matters unrelated to the Title III Cases for York Capital, Daimler AG, and Petrobras Brasileiro | Did not represent, and was not exposed to confidential information related to, the junior COFINA bondholders, Doral Financial Corporation, the UBS Family of Funds, the Puerto Rico Family of Funds, the Debtors or the Title III Cases |
| Casey Doherty<br>Associate, Houston, from February 2021 to March 2021 | Associate at Dentons US LLP from June 2018 to January 2021, where he represented Fifth Third Bank; Wilmington Trust, National Association; the Federal Deposit Insurance Corporation; and PricewaterhouseCoopers on matters unrelated to the Title III Cases | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |

---

[20] White & Case represents certain junior COFINA bondholders, Doral Financial Corporation, the UBS Family of Funds, and the Puerto Rico Family of Funds in the Title III Cases.

[21] Cadwalader represents Assured Guaranty Corp. and Assured Guaranty Municipal Corp. in the Title III Cases.

[22] O'Melveny represents AAFAF in the Title III Cases.

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Christine Geils<br><br>2019 Summer Associate, New York; Associate, New York, February 2021 | Litigation legal assistant in Boston with Skadden from April 2015 to July 2017, where she worked on certain matters unrelated to the Title III Cases for MassMutual Life Insurance | Did not represent, and was not exposed to confidential information related to, Vitol, the Debtors or the Title III Cases |
| Eun Sang Hwang<br><br>Senior Attorney, Seoul, from February 2021 to April 2021 | Counsel at Greenberg from January 2019 to February 2021<br><br>Associate at Cleary from January 2012 to January 2019 | Did not represent, and was not exposed to confidential information related to, the Puerto Rico government, the P3 Authority, the Debtors or the Title III Cases |
| Iksoo Kim<br><br>Partner, Seoul, February 2021 | Shareholder with Greenberg from March 2017 to February 2021 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Margaret Lee<br><br>Paralegal, Seoul, from February 2021 to August 2021 | Paralegal with Greenberg from August 2020 to February 2021<br><br>Intern with Pharmacyclics, an AbbVie Company, from June 2019 to August 2019 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Zoe Lo<br><br>2019 Summer Associate, New York; Associate, New York, February 2021 | Legal assistant in New York with Shearman & Sterling from June 2015 to June 2017 | Did not represent, and was not exposed to confidential information related to, EcoElectrica, L.P., the Debtors or the Title III Cases |
| James Murray<br><br>2019 Summer Associate; Associate, Washington, D.C., February 2021 | Summer intern in Munich at Gibson Dunn & Crutcher LLP ("Gibson Dunn")[23] from May 2018 to June 2018 | Did not represent, and was not exposed to confidential information related to, Aurelius, the Debtors or the Title III Cases |
| Jonathan Pickworth<br><br>Partner, London, February 2021 | Partner at White & Case in London from October 2015 to December 2020, where he worked on certain matters unrelated to the Title III Cases for York Capital, Daimler AG, and Petrobras Brasileiro | Did not represent, and was not exposed to confidential information related to, the junior COFINA bondholders, Doral Financial Corporation, the UBS Family of Funds, the Puerto Rico Family of Funds, the Debtors or the Title III Cases |
| Rahul Das Gupta<br><br>Paralegal, London, from March 2021 to June 2021 | Paralegal with Kirkland & Ellis International LLP (together with Kirkland & Ellis LLP, "K&E")[24] from January 2019 to April 2020 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Ara Dungca<br><br>2019 Summer Associate; Associate, New York, March 2021 | Corporate banking analyst in Toronto with Scotiabank Global Banking and Markets in the summer of 2015 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |

---

[23] Gibson Dunn represents Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, and Lex Claims, LLC (collectively, "Aurelius") in the Title III Cases.

[24] K&E is listed as a creditor holding one of the twenty largest unsecured claims in the Commonwealth of Puerto Rico Title III Case.

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Vivian Fischer<br><br>Trainee Solicitor, London, March 2021 | Corporate crime and investigations case manager at DLA Piper in London from December 2018 to March 2020 | Did not represent, and was not exposed to confidential information related to, UPR, AAFAF, the Debtors or the Title III Cases |
| Fred Kelly<br><br>Associate, London, March 2021 | Associate at White & Case in London from October 2015 to March 2021 | Did not represent, and was not exposed to confidential information related to, the junior COFINA bondholders, Doral Financial Corporation, the UBS Family of Funds, the Puerto Rico Family of Funds, the Debtors or the Title III Cases |
| Taylor Montgomery<br><br>Associate, New York, from March 2021 to November 2021 | Associate with Shearman & Sterling from September 2016 to June 2019 | Did not represent, and was not exposed to confidential information related to, EcoEléctrica, L.P., the Debtors or the Title III Cases |
| Daniel Sullivan-Byrne<br><br>Paralegal, from September 2015 to October 2017 and from October 2018 to September 2019; Trainee Solicitor, London, March 2021 | Paralegal at Greenberg in London from October 2017 to October 2018 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Yijing Deng<br><br>Summer Intern Beijing, from April 2021 to May 2021 | Summer intern at DLA Piper from July 2020 to September 2020 | Did not represent, and was not exposed to confidential information related to, UPR, AAFAF, the Debtors or the Title III Cases |
| Adina Ezekiel<br><br>Associate, London, April 2021 | Associate at White & Case in London from April 2019 to April 2021 | Did not represent, and was not exposed to confidential information related to, the junior COFINA bondholders, Doral Financial Corporation, the UBS Family of Funds, the Puerto Rico Family of Funds, the Debtors or the Title III Cases |
| Ken Herzinger<br><br>Partner, San Francisco, April 2021 | Partner at Orrick in San Francisco from June 2004 to April 2021 | Did not represent, and was not exposed to confidential information related to, the Collateral Monitor, the Debtors or the Title III Cases |
| Sean Monroe<br><br>Partner, Century City, April 2021 | Partner with O'Melveny from September 2005 to April 2021 | Did not represent, and was not exposed to confidential information related to, AAFAF, the Debtors or the Title III Cases |
| Daniel Richards<br><br>Associate, New York, April 2021 | Associate at Weil Gotshal from the fall of 2018 to 2019 and from the fall of 2020 to April 2021 | Did not represent, and was not exposed to confidential information related to, NPFGC, the Debtors or the Title III Cases |

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Rebecca Copcutt<br>Local Partner, London, May 2021 | Associate (from April 2015 to March 2021) and counsel (from March 2021 to May 2021) at White & Case in London | Did not represent, and was not exposed to confidential information related to, the junior COFINA bondholders, Doral Financial Corporation, the UBS Family of Funds, the Puerto Rico Family of Funds, the Debtors or the Title III Cases |
| Tom Hickey<br>Associate, London, May 2021 | Associate at White & Case in London from August 2016 to April 2021 | Did not represent, and was not exposed to confidential information related to, the junior COFINA bondholders, Doral Financial Corporation, the UBS Family of Funds, the Puerto Rico Family of Funds, the Debtors or the Title III Cases |
| Jessica Li<br>China Advisor in Beijing and Paralegal in Hong Kong, from May 2021 to December 2021 | Intern at Norton Rose in Beijing from May 2019 to August 2019<br>Intern with Mayer Brown LLP in Hong Kong in September 2019 | Did not represent, and was not exposed to confidential information related to, AES Corp., the Debtors or the Title III Cases |
| Valmir Merkaj<br>Associate, London, May 2021 | Associate (from October 2019 to February 2021) and summer associate (2018) with K&E in London | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Derek Wetmore<br>Associate, San Francisco, May 2021 | Associate (from October 2013 to May 2021) and summer associate (2012) at Orrick | Did not represent, and was not exposed to confidential information related to, the Collateral Monitor, the Debtors or the Title III Cases |
| Macario Chung<br>Paralegal, London, from June 2021 to July 2021 | Paralegal at Cadwalader in London from February 2021 to May 2021<br>Paralegal at White & Case in London from February 2017 to September 2017<br>Summer intern in Abu Dhabi with Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")[25] in August 2014 | Did not represent, and was not exposed to confidential information related to, Assured Guaranty Corp., Assured Guaranty Municipal Corp., the COFINA bondholders, Doral Financial Corporation, the UBS Family of Funds, the Puerto Rico Family of Funds, the Debtors or the Title III Cases |
| David Coogan<br>Associate, Chicago, June 2021 | Associate at Jones Day in Philadelphia before joining Paul Hastings | Did not represent, and was not exposed to confidential information related to, the ERS bondholders, the Debtors or the Title III Cases |

---

[25] Akin Gump represents Monarch Alternative Capital LP ("Monarch"), a general obligation bondholder, in the Title III Cases.

| Name of New Hire Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Katherine E. Farr Case Assistant, New York, June 2021 | Ms. Farr's mother is an attorney with Hogan Lovells. | Did not represent, and was not exposed to confidential information related to, US Bank, the Debtors or the Title III Cases |
| EJ Lee Associate, Seoul, June 2021 | Associate (from November 2019 to May 2021) and summer associate (2018) at Morrison & Foerster in Tokyo  Summer associate at White & Case in Tokyo in 2017 | Did not represent, and was not exposed to confidential information related to, the Ad Hoc Group of Constitutional Debtholders, the PBA Funds, the junior COFINA bondholders, Doral Financial Corporation, the UBS Family of Funds, the Puerto Rico Family of Funds, the Debtors or the Title III Cases |
| Lillian Li China Advisor in Beijing and Paralegal in Hong Kong, June 2021 | Participated in the Future Young Lawyers Program at Shearman & Sterling in Beijing in July 2020 | Did not represent, and was not exposed to confidential information related to, EcoEléctrica, L.P., the Debtors or the Title III Cases |
| Yilin Lu China Associate, Shanghai, June 2021 | Senior legal foreign consultant with K&E in Shanghai from March 2021 to May 2021  Associate with Shearman & Sterling in Shanghai from February 2018 to 2019 | Did not represent, and was not exposed to confidential information related to, EcoEléctrica, L.P., the Debtors or the Title III Cases |
| Joe Magro Associate, Houston, from June 2021 to December 2021 | Associate at Mayer Brown LLP in Houston from October 2018 to June 2021  Associate at Willkie Farr in Houston from June 2017 to September 2018  Associate at Weil Gotshal in New York from March 2016 to June 2017  Associate at O'Melveny in New York from October 2013 to February 2016 | Did not represent, and was not exposed to confidential information related to, the COFINA Agent, NPFGC, AAFAF, the Debtors or the Title III Cases |
| Shivani Patel Associate, Atlanta, June 2021 | Associate (from August 2019 to April 2021) and summer associate (2018) at Young Conaway Stargatt & Taylor ("Young Conaway")[26] | Did not represent, and was not exposed to confidential information related to, Banco Popular, the Debtors or the Title III Cases |
| Patrick Reuter Associate, Frankfurt, June 2021 | Trainee lawyer with the Aurelius Group in Munich from December 2020 to February 2021  Trainee lawyer (from March 2020 to July 2020), legal researcher (from September 2018 to October 2018), and trainee (from August 2016 to September 2016) at Jones Day in Frankfurt  Legal researcher at Greenberg in Berlin from January 2019 to February 2019  Trainee at Ernst & Young in Eschborn from March 2016 to April 2016 | Did not represent, and was not exposed to confidential information related to, PREPA, the ERS bondholders, the Debtors or the Title III Cases |

---

[26] Young Conaway represents Banco Popular in the Title III Cases.

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Solène Roizard<br><br>Legal Intern, Paris, from June 2021 to September 2021 | Intern at DLA Piper in Paris in July 2017<br><br>Ms. Roizard's mother is Associate Vice President, Regulatory Affairs International, Regional Lead, Europe Middle East Africa at Merck Sharp & Dohme. | Did not represent, and was not exposed to confidential information related to, UPR, AAFAF, the Debtors or the Title III Cases |
| Eric Sibbitt<br><br>Partner, San Francisco, June 2021 | Partner with O'Melveny, where he worked on certain matters for Puerto Rico related to blockchain but unrelated to the Title III Cases | Did not represent, and was not exposed to confidential information related to, AAFAF. Since joining Paul Hastings, Mr. Sibbitt has not represented Puerto Rico, AAFAF, the Debtors or the Title III Cases |
| Amaury Steinlin<br><br>Legal Intern, Paris, June 2021 | Intern at Shearman & Sterling in Paris from September 2020 to December 2020 | Did not represent, and was not exposed to confidential information related to, EcoEléctrica, L.P., the Debtors or the Title III Cases |
| David Thoreson<br><br>Associate, Century City, from June 2021 to November 2021 | Associate at Munger Tolles from October 2018 to June 2021, where he represented DoubleLine Group LP in matters unrelated to the Title III Cases<br><br>Associate at Morrison & Foerster from November 2015 to August 2017 | Did not represent, and was not exposed to confidential information related to, the PBA Funds, the Debtors or the Title III Cases |
| Chelsea Cheng<br><br>2021 Summer Associate, New York | Summer associate at Shearman & Sterling in 2020 and for part of the summer of 2021 | Did not represent, and was not exposed to confidential information related to, EcoEléctrica, L.P., the Debtors or the Title III Cases |
| Sarah Kim<br><br>2021 Summer Associate, New York | Worked in various capacities at Kobre & Kim LLP in Washington, D.C. and New York from June 2016 to May 2020 | Did not represent, and was not exposed to confidential information related to, the Oversight Board, the Debtors or the Title III Cases |
| Zachary D. Melvin<br><br>2021 Summer Associate, New York | Paralegal clerk at Hogan Lovells in Washington, D.C. from June 2017 to May 2018 | Did not represent, and was not exposed to confidential information related to, US Bank, the Debtors or the Title III Cases |
| Robert Moore<br><br>2021 Summer Associate, Los Angeles | Summer associate at Orrick in 2020 and in connection with certain assignments thereafter | Did not represent, and was not exposed to confidential information related to, the Collateral Monitor, the Debtors or the Title III Cases |
| Emma O'Hanlon<br><br>2021 Summer Associate, San Diego | Paralegal at Simpson Thacher & Bartlett LLP ("Simpson Thacher")[27] from July 2017 to July 2019 | Did not represent, and was not exposed to confidential information related to, Sola Ltd., Solus Opportunities Fund 5 LP, Ultra Master Ltd., the Debtors or the Title III Cases |
| Schlea Thomas<br><br>2020 and 2021 Summer Associate, Houston | Summer intern at Norton Rose from May 2017 to June 2017 | Did not represent, and was not exposed to confidential information related to, AES Corp., the Debtors or the Title III Cases |

---

[27] Simpson Thacher represents Sola Ltd., Solus Opportunities Fund 5 LP, and Ultra Master Ltd. in the Title III Cases.

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Jared Arcari<br>Associate, New York, July 2021 | Paralegal with Akin Gump from 2014 to 2017 | Did not represent, and was not exposed to confidential information related to, Monarch, the Debtors or the Title III Cases |
| Deisy Castro<br>Associate, Los Angeles, July 2021 | Associate at Holland & Knight LLP ("Holland & Knight")[28] from September 2018 to July 2021<br>Associate at Reed Smith LLP ("Reed Smith")[29] from September 2016 to August 2018 | Did not represent, and was not exposed to confidential information related to, First Transit, BNY, Siemens, the Debtors or the Title III Cases |
| Jan-Felix Kumkar<br>Associate, Frankfurt, from July 2021 to November 2021 | Attorney at Greenfort from September 2018 to July 2021, where he represented Proskauer Rose LLP ("Proskauer")[30] in matters unrelated to the Title III Cases | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Lucy Lu<br>Associate, Shanghai, July 2021 | Consultant in Shanghai at DLA Piper from May 2021 to June 2021<br>Associate in Shanghai at Hogan Lovells from March 2019 to April 2021, where she represented Daimler in matters unrelated to the Title III Cases<br>Associate in Shanghai at Reed Smith from October 2016 to January 2019 | Did not represent, and was not exposed to confidential information related to, UPR, AAFAF, US Bank, BNY, Siemens, the Debtors or the Title III Cases |
| Josette Mokuba-Iklawa<br>Legal Intern, Paris, from July 2021 to December 2021 | Intern at Hogan Lovells in Paris from August 2020 to December 2020 | Did not represent, and was not exposed to confidential information related to, US Bank, the Debtors or the Title III Cases |
| Andrew Nizamian<br>Associate, San Francisco, July 2021 | Associate with O'Melveny from June 2016 to July 2021 | Did not represent, and was not exposed to confidential information related to, AAFAF, the Debtors or the Title III Cases |
| James Rea-Palmer<br>Associate, London, July 2021 | Associate in London with Sidley Austin LLP ("Sidley")[31] from February 2019 to May 2021, where he worked on certain matters unrelated to the Title III Cases for Universal Insurance Holdings Inc. and Merced Capital LLP<br>Associate with Squire Patton Boggs (UK) LLP in London from September 2016 to February 2019, where he worked on certain matters unrelated to the Title III Cases for Aurelius Finance Company Limited, Lloyds Bank Commercial Finance Limited, and Lloyds Bank plc | Did not represent, and was not exposed to confidential information related to, Baxter International, the Debtors or the Title III Cases |

---

[28] Holland & Knight represents First Transit of Puerto Rico, Inc. ("First Transit") in the Title III Cases.

[29] Reed Smith represents the Bank of New York Mellon ("BNY") and Siemens Transportation Partnership Puerto Rico, S.E. and Siemens Corporation (together, "Siemens") in the Title III Cases.

[30] Proskauer represents the Oversight Board in the Title III Cases.

[31] Sidley represents Baxter International in, and is a defendant in an adversary proceedings related to, the Title III Cases.

| **Name of New Hire** Capacity, Paul Hastings' Office, Start Date | **Prior Employment** | **No Involvement in Title III Cases at Prior Employment** |
|---|---|---|
| Yanzi Shen<br>Paralegal, Beijing and Hong Kong, July 2021 | Legal intern at Norton Rose from May 2019 to August 2019 | Did not represent, and was not exposed to confidential information related to, AES Corp., the Debtors or the Title III Cases |
| Jay Stolkin<br>Associate, Washington, D.C., from July 2021 to September 2021 | Associate with O'Melveny from December 2020 to July 2021 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Estella Zhang<br>China Advisor in Shanghai and Paralegal in Hong Kong, July 2021 | Summer intern at DLA Piper in Shanghai from July 2018 to August 2018 | Did not represent, and was not exposed to confidential information related to, UPR, AAFAF, the Debtors or the Title III Cases |
| Chris Anderson<br>Associate, San Diego, August 2021 | Associate with O'Melveny from November 2017 to August 2021 | Did not represent, and was not exposed to confidential information related to, AAFAF, the Debtors or the Title III Cases |
| Youssef Aziz<br>Associate, New York, August 2021 | Associate (from September 2020 to August 2021) and summer associate (2018) at DLA Piper in Canada | Did not represent, and was not exposed to confidential information related to, UPR, AAFAF, the Debtors or the Title III Cases |
| Margaret Chou<br>Associate, Century City, August 2021 | Paralegal at Milbank from April 2019 to December 2020 | Did not represent, and was not exposed to confidential information related to, Ambac, the Debtors or the Title III Cases |
| Shawn M. Domzalski<br>Associate, Los Angeles, August 2021 | Associate with Gibson Dunn from September 2006 to January 2019 | Did not represent, and was not exposed to confidential information related to, Aurelius, the Debtors or the Title III Cases |
| Liewen (Levi) Hu<br>Summer Intern, Beijing, August 2021 | Intern in Beijing with Davis Polk & Wardwell LLP ("Davis Polk")[32] from March 2021 to June 2021<br>Intern in Beijing with Sidley from September 2020 to November 2020 | Did not represent, and was not exposed to confidential information related to, the Puerto Rico bondholders, Baxter International, the Debtors or the Title III Cases |
| Syed Ali Khan<br>Associate, Los Angeles, August 2021 | Associate (from October 2019 to July 2021) and summer associate (2018) at DLA Piper in Palo Alto | Did not represent, and was not exposed to confidential information related to, UPR, AAFAF, the Debtors or the Title III Cases |

---

[32] Davis Polk represents a group of Puerto Rico bondholders in the Title III Cases.

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Michael Murray<br>Partner, Washington, D.C., August 2021 | Worked at the U.S. Department of Justice (the "DOJ") as Principal Deputy Assistant Attorney General (from 2020 to 2021), Deputy Assistant Attorney General (from 2018 to 2020), and Associate Deputy Attorney General (from 2017 to 2018)<br>Associate in Washington, D.C. at Jones Day from 2014 to 2017 | Did not represent, and was not exposed to confidential information related to, the ERS bondholders, the Debtors or the Title III Cases |
| Hugh Odone<br>Paralegal, London, August 2021 | Paralegal at Simpson Thacher from November 2020 to July 2021<br>Paralegal at Morgan Stanley in London from November 2019 to November 2020<br>Paralegal at M&G Prudential in London from September 2019 to October 2019 | Did not represent, and was not exposed to confidential information related to, Sola Ltd., Solus Opportunities, Fund 5 LP, Ultra Master Ltd., the Debtors or the Title III Cases |
| Stephen Rettger<br>Associate, New York, August 2021 | Associate (from October 2018 to August 2021) and summer law clerk (from May 2017 to July 2017) at Davis Polk in New York | Did not represent, and was not exposed to confidential information related to, the Puerto Rico bondholders, the Debtors or the Title III Cases |
| Thomas Woods<br>Paralegal, London, from January 2018 to December 2018; Trainee Solicitor, London, from March 2019 to March 2021; Associate, London, August 2021 | Associate in London with Simpson Thacher from March 2021 to July 2021<br>Vacation scheme participant in London with White & Case in April 2015 | Did not represent, and was not exposed to confidential information related to, Sola Ltd., Solus Opportunities Fund 5 LP, Ultra Master Ltd., the junior COFINA bondholders, Doral Financial Corporation, the UBS Family of Funds, the Puerto Rico Family of Funds, the Debtors or the Title III Cases |
| Charlina Ahn<br>Extern, Washington, D.C., from September 2021 to December 2021 | Extern in Washington, D.C. at Dechert from January 2021 to April 2021 | Did not represent, and was not exposed to confidential information related to, Peaje, the Debtors or the Title III Cases |
| Andrew Barondess<br>Associate, New York, September 2021 | Law clerk at Kramer Levin Naftalis & Frankel LLP ("Kramer Levin")[33] from January 2021 to September 2021 | Did not represent, and was not exposed to confidential information related to, the Major COFINA Bondholders, the Mutual Fund Group, Oppenheimer Funds, the Ad Hoc Group of PREPA Bondholders, the Debtors or the Title III Cases |
| Louise Ferdjani<br>Associate, London, September 2021 | Trainee solicitor at White & Case in London from August 2019 to August 2021, where she represented Petrobras Brasileiro SA and Daimler AG on matters unrelated to the Title III Cases | Did not represent, and was not exposed to confidential information related to, the junior COFINA bondholders, Doral Financial Corporation, the UBS Family of Funds, the Puerto Rico Family of Funds, the Debtors or the Title III Cases |

---

[33] Kramer Levin represents the Major COFINA Bondholders, the Mutual Fund Group, Oppenheimer Funds, and the Ad Hoc Group of PREPA Bondholders in the Title III Cases.

| **Name of New Hire** <br> Capacity, Paul Hastings' Office, Start Date | **Prior Employment** | **No Involvement in Title III Cases at Prior Employment** |
|---|---|---|
| Vanessa Gunn <br><br> Paralegal, London, September 2021 | Summer vacation scheme participant in London at Willkie Farr from June 2021 to July 2021 | Did not represent, and was not exposed to confidential information related to, the Ad Hoc Group of GO Bondholders, the COFINA Agent, the Debtors or the Title III Cases |
| John Kline <br><br> Specialist Paralegal, Orange County, CA, September 2021 | Senior paralegal at Reed Smith from June 2017 to May 2020 | Did not represent, and was not exposed to confidential information related to, BNY, Siemens, the Debtors or the Title III Cases |
| Zhenfang Ma <br><br> China Advisor, Beijing, September 2021 | Intern with Orrick from April 2021 to July 2021 | Did not represent, and was not exposed to confidential information related to, the Collateral Monitor, the Debtors or the Title III Cases |
| Laurence McGinley <br><br> Paralegal, London, from October 2020 to August 2021; Trainee Solicitor, London, September 2021 | Legal intern in London at Dechert from February 2020 to August 2020 | Did not represent, and was not exposed to confidential information related to, Peaje, the Debtors or the Title III Cases |
| Dylan Misisco <br><br> Case Assistant, New York, September 2021 | Mr. Misisco's cousin is a vice president at Morgan Stanley. | Did not represent, and was not exposed to confidential information related to, Morgan Stanley, the Debtors or the Title III Cases |
| Thiago Spercel <br><br> Local Partner, Sao Paulo, September 2021 | Counsel at Simpson Thacher in New York and Sao Paulo from 2006 to 2016 | Did not represent, and was not exposed to confidential information related to, Sola Ltd., Solus Opportunities Fund 5 LP, Ultra Master Ltd., the Debtors or the Title III Cases |
| Bhavya Bhandari <br><br> Associate, London, October 2021 | Associate at White & Case from August 2018 to September 2021, where she represented Trafigura on matters unrelated to the Title III Cases | Did not represent, and was not exposed to confidential information related to, the junior COFINA bondholders, Doral Financial Corporation, the UBS Family of Funds, the Puerto Rico Family of Funds, the Debtors or the Title III Cases |
| Lucie Bocquillon <br><br> Associate, Paris, October 2021 | Associate at Dechert in Paris from January 2018 to October 2021 | Did not represent, and was not exposed to confidential information related to, Peaje, the Debtors or the Title III Cases |
| Andrea Rodriguez Boutros <br><br> 2020 Summer Associate, Los Angeles; Associate, Los Angeles, October 2021 | SEO Law Fellow at O'Melveny in the summer of 2018 <br><br> Consultant and legal intern at Akin Gump from October 2017 to May 2018 | Did not represent, and was not exposed to confidential information related to, AAFAF, Monarch, the Debtors or the Title III Cases |

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Taylor Corpuz<br>Consultant with the Life Sciences Consulting Group, New York, October 2021 | Worked with NxStage Fresenius Medical Care from June 2019 to December 2019 | Did not represent, and was not exposed to confidential information related to, Bio Medical Applications of Puerto Rico, Inc., the Debtors or the Title III Cases |
| Kirsty Coventry<br>Attorney, London, October 2021 | Associate at Norton Rose from May 2016 to July 2018 | Did not represent, and was not exposed to confidential information related to, AES Corp., the Debtors or the Title III Cases |
| Jeffrey Goldfarb<br>Partner, New York, October 2021 | Partner at Willkie Farr from January 2011 to October 2021 | Did not represent, and was not exposed to confidential information related to, the Ad Hoc Group of GO Bondholders the COFINA Agent, the Debtors or the Title III Cases |
| Nina Golshan<br>2020 Summer Associate, Los Angeles; Associate, Los Angeles, October 2021 | Paralegal with Akin Gump from July 2016 to June 2018 | Did not represent, and was not exposed to confidential information related to, Monarch, the Debtors or the Title III Cases |
| Ravtej Grewal<br>2020 Summer Associate, New York; Associate, New York, October 2021 | Customer service representative in Saskatoon, SK at Scotiabank from July 2015 to July 2017 | Did not represent, and was not exposed to confidential information related to, the Debtors, the Title III Cases, the Debtors or the Title III Cases |
| Wolfgang Lell<br>Associate, Frankfurt, October 2021 | Research assistant in Munich at Quinn Emanuel LLP ("Quinn Emanuel")[34] from December 2019 to June 2020 | Did not represent, and was not exposed to confidential information related to, the Lawful Constitutional Debt Coalition, the COFINA Senior Bondholders' Coalition, the Debtors or the Title III Cases |
| Hélène Lenoury<br>Associate, Paris, October 2021 | Associate at Dechert in Paris from April 2017 to October 2021<br>Associate with Jones Day in Paris from January 2014 to February 2017<br>Associate with DLA Piper in Paris from January 2013 to June 2013 | Did not represent, and was not exposed to confidential information related to, Peaje, the ERS bondholders, UPR, or AAFAF, the Debtors or the Title III Cases |
| Rose Lu<br>Associate, Hong Kong, October 2021 | Associate in Hong Kong with Davis Polk from November 2020 to October 2021 | Did not represent, and was not exposed to confidential information related to, the Puerto Rico bondholders, the Debtors or the Title III Cases |
| Laurent Martinet<br>Partner, Paris, October 2021 | Partner at Dechert in Paris from March 2017 to October 2021<br>Partner at Jones Day in Paris from January 2001 to December 2016 | Did not represent, and was not exposed to confidential information related to, Peaje the ERS bondholders, the Debtors or the Title III Cases |

---

[34] Quinn Emanuel represents or has represented the Lawful Constitutional Debt Coalition (a group of general obligation bondholders) and the COFINA Senior Bondholders' Coalition in the Title III Cases.

| **Name of New Hire** Capacity, Paul Hastings' Office, Start Date | **Prior Employment** | **No Involvement in Title III Cases at Prior Employment** |
|---|---|---|
| Jeffrey Negron  Senior Paralegal, New York, from October 2021 to January 2022 | Senior paralegal in New York at Morrison & Foerster from September 2014 to October 2021 | Did not represent, and was not exposed to confidential information related to, the PBA Funds, the Debtors or the Title III Cases |
| Sara Osmanagaoglu  Legal Intern, London, October 2021 | Summer associate in Brussels at Norton Rose in 2020 | Did not represent, and was not exposed to confidential information related to, AES Corp., the Debtors or the Title III Cases |
| Vincent Parot  Legal Intern, Paris, October 2021 | Intern at Dechert in Paris from January 2021 to July 2021  Intern with Orrick in Paris from July 2020 to November 2020  Associate in Paris at Weil Gotshal from July 2019 to December 2019 | Did not represent, and was not exposed to confidential information related to, Peaje, the Collateral Monitor, NPFGC, the Debtors or the Title III Cases |
| Dylan Redor  2019 Summer Associate, San Francisco; Associate, San Francisco, October 2021 | Paralegal assistant in San Francisco at Reed Smith in the summer of 2017 | Did not represent, and was not exposed to confidential information related to, BNY, Siemens, the Debtors or the Title III Cases |
| Philippe Rios  Associate, Paris, October 2021 | Intern in Paris at Jones Day from July 2016 to December 2016  Intern with BNP Paribas CIB from January 2016 to June 2016 | Did not represent, and was not exposed to confidential information related to, the ERS bondholders, the Debtors or the Title III Cases |
| Vincent Rouer  Counsel, Paris, October 2021 | Associate at Dechert in Paris from March 2017 to October 2021  Associate at Jones Day in Paris from February 2010 to February 2017 | Did not represent, and was not exposed to confidential information related to, Peaje, the ERS bondholders, the Debtors or the Title III Cases |
| Grace Aviles  Associate, New York, November 2021 | Associate at Willkie Farr from February 2017 to October 2021 | Did not represent, and was not exposed to confidential information related to, the Ad Hoc Group of GO Bondholders the COFINA Agent, the Debtors or the Title III Cases |
| Brenda Beatty  Client Service Specialist, Washington, D.C., November 2021 | Executive legal secretary at Schulte Roth & Zabel from August 2019 to December 2019, where she worked on certain matters unrelated to the Title III Cases for Oaktree Capital Management  Executive legal secretary at Reed Smith from March 2019 to August 2019  Executive legal secretary at Simpson Thacher from October 2017 to March 2019 | Did not represent, and was not exposed to confidential information related to, Sola Ltd., Solus Opportunities Fund 5 LP, Ultra Master Ltd., BNY, Siemens, the Debtors or the Title III Cases |
| Rigoberto Chavez  Associate, New York, November 2021 | Associate at K&E from October 2020 to November 2021  Associate at Cleary from September 2018 to October 2020 | Did not represent, and was not exposed to confidential information related to, the Puerto Rico government, the P3 Authority, the Debtors or the Title III Cases |

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Amanda Hoffman<br>Associate, New York, November 2021 | Associate with O'Melveny from April 2019 to May 2020 | Did not represent, and was not exposed to confidential information related to, AAFAF, the Debtors or the Title III Cases |
| Sabine Houben<br>Associate, New York, November 2021 | Associate at Willkie Farr from July 2017 to November 2021 | Did not represent, and was not exposed to confidential information related to, the Ad Hoc Group of GO Bondholders, the COFINA Agent, the Debtors or the Title III Cases |
| Jordan Jablonka<br>Associate, Paris, November 2021 | Legal intern at Norton Rose in Paris from July 2016 to December 2016 | Did not represent, and was not exposed to confidential information related to, AES Corp., the Debtors or the Title III Cases |
| Joshua Kahane<br>Associate, New York, November 2021 | Assistant U.S. Attorney at the U.S. Attorneys Office (the "USAO") for the Southern District of New York from October 2018 to October 2021<br>Associate (from September 2015 to October 2018) and summer associate (2014) at Weil Gotshal | Did not represent, and was not exposed to confidential information related to, NPFGC, the Debtors or the Title III Cases |
| Bethany Krystek<br>Associate, Washington, D.C., November 2021 | Attorney with DLA Piper in Washington, D.C. from February 2019 to October 2021 | Did not represent, and was not exposed to confidential information related to, UPR, AAFAF, the Debtors or the Title III Cases |
| Bonnie Liu<br>China Advisor, Beijing, November 2021 | Intern at Shearman & Sterling in Beijing from January 2015 to March 2015 | Did not represent, and was not exposed to confidential information related to, EcoEléctrica, L.P., the Debtors or the Title III Cases |
| Bill Rose<br>Attorney, New York, November 2021 | Associate at Dechert in North Carolina from March 2020 to December 2020<br>Associate in North Carolina with Cadwalader from September 2013 to September 2014 | Did not represent, and was not exposed to confidential information related to, Peaje, Assured Guaranty Corp., Assured Guaranty Municipal Corp., the Debtors or the Title III Cases |
| Tashi Sun<br>Associate, Shanghai, November 2021 | Associate in Shanghai with Morrison & Foerster from April 2021 to October 2021 | Did not represent, and was not exposed to confidential information related to, the Ad Hoc Group of Constitutional Debtholders, the PBA Funds, the Debtors or the Title III Cases |
| Jiahui Zhang<br>Legal Intern, Beijing, from November 2021 to December 2021 | Intern with O'Melveny from July 2021 to October 2021 | Did not represent, and was not exposed to confidential information related to, AAFAF, the Debtors or the Title III Cases |
| Alla Koman<br>Paralegal, London, December 2021 | Paralegal in London at Dechert from September 2018 to April 2020<br>Intern with White & Case in June 2020 | Did not represent, and was not exposed to confidential information related to, Peaje, the junior COFINA bondholders, Doral Financial Corporation, the UBS Family of Funds, the Puerto Rico Family of Funds, the Debtors or the Title III Cases |

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Julie Bermond<br>Legal Intern, Paris, January 2022 | Trainee in Paris at Quinn Emanuel from January 2021 to June 2021 | Did not represent, and was not exposed to confidential information related to, the Lawful Constitutional Debt Coalition, the COFINA Senior Bondholders' Coalition, the Debtors or the Title III Cases |
| Carla Candela<br>Legal Intern, Paris, January 2022 | Legal intern with Gibson Dunn in Paris from January 2020 to June 2020 | Did not represent, and was not exposed to confidential information related to, Aurelius, Peaje, the Debtors or the Title III Cases |
| Rania Kahloul<br>Associate, Paris, January 2022 | Associate at Hogan Lovells in Paris from July 2019 to November 2021 | Did not represent, and was not exposed to confidential information related to, US Bank, the Debtors or the Title III Cases |
| Quentin Lair de la Motte<br>Legal Intern, Paris, January 2022 | Tax intern at DLA Piper in Paris from April 2019 to June 2019<br>Tax intern in Paris at Jones Day from August 2017 to September 2017 | Did not represent, and was not exposed to confidential information related to, UPR, AAFAF, the ERS bondholders, the Debtors or the Title III Cases |
| Sophie Laugel<br>Legal Intern, Paris, January 2022 | Legal intern with Gibson Dunn in Paris from July 2020 to December 2020 | Did not represent, and was not exposed to confidential information related to, Aurelius, the Debtors or the Title III Cases |
| Victoria Morgen<br>Legal Intern, Paris, January 2022 | Intern at Hogan Lovells in Paris from July 2021 to December 2021 | Did not represent, and was not exposed to confidential information related to, US Bank, the Debtors or the Title III Cases |
| Sergio Martin Rodriguez Mosquera<br>Foreign Associate, New York, January 2022 | Worked at Philippi Prietocarrizosa Ferrero DU & Uria in Lima, Peru and Santiago, Chile from January 2016 to July 2019, where he worked on certain matters unrelated to the Title III Cases for Scotiabank Chile and the Bank of Nova Scotia | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Adèle Patinier<br>Legal Intern, Paris, January 2022 | Intern in Paris at Cleary from July 2021 to December 2021<br>Intern in Paris at Dechert from April 2021 to June 2021 | Did not represent, and was not exposed to confidential information related to, the Puerto Rico government, the P3 Authority, Peaje, the Debtors or the Title III Cases |
| Yangho Charles Shin<br>Associate, Seoul, January 2022 | Associate with Greenberg from September 2016 to January 2022 | Did not represent, and was not exposed to confidential information related to the Debtors or the Title III Cases |
| Dasith Vithanage<br>Associate, London, January 2022 | Associate with Squire Patton Boggs (UK) LLP in London from July 2021 to January 2022 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Weize Yuan<br>Extern, Washington, D.C., January 2022 | Intern with Orrick from January 2019 to February 2019, and from October 2019 to December 2019 | Did not represent, and was not exposed to confidential information related to, the Collateral Monitor, the Debtors or the Title III Cases |

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Simon Dinsel<br>Associate, Frankfurt, February 2022 | Associate at Willkie Farr from September 2021 to January 2022 | Did not represent, and was not exposed to confidential information related to, the Ad Hoc Group of GO Bondholders, the COFINA Agent, the Debtors or the Title III Cases |