# EXHIBIT D

# New Hires Not Subject to an Ethical Wall[1]

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Sarah Appelbaum<br><br>Manager in the Life Sciences Consulting Group, New York, from October 2020 to December 2021 | Consultant and business analyst with Deloitte Consulting (together with Deloitte & Touche LLP, "Deloitte") from February 2015 to October 2017 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Elaina McEwan<br><br>Senior Manager in the Life Sciences Consulting Group, New York, October 2020 | Senior manager, life sciences advisory with Deloitte before joining Paul Hastings | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Vaibhav Verma<br><br>Manager in the Life Sciences Consulting Group, San Francisco, November 2020 | Solution advisor at Deloitte in India from May 2017 to November 2020 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Flora Huang<br><br>Paralegal, Hong Kong, December 2020 | Legal assistant at Sidley from December 2018 to December 2020 | Did not represent, and was not exposed to confidential information related to, Baxter International, Debtors or the Title III Cases |
| Elijah McDonnaugh<br><br>2019 Summer Associate, New York; Law Clerk, New York, December 2020; Associate, New York, from February 2021 to November 2021 | Volunteer for Norton Rose from December 2017 to January 2018 | Did not represent, and was not exposed to confidential information related to, AES Corp., Debtors or the Title III Cases |
| Zifeng Zeng<br><br>Legal Intern, Beijing, from December 2020 to January 2021 | Part-time assistant at Boston Consulting Group in Beijing from July 2019 to August 2019 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Anais Baziz<br><br>Legal Intern, Paris, from January 2021 to June 2021 | Trainee lawyer with AXA France from April 2018 to September 2018 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |

---

[1] The data in this Exhibit D is based on input provided by the New Hires.

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Jonathan Magiar<br><br>Legal Intern, Paris, from January 2021 to June 2021 | Legal intern with Credit Agricole Corporate & Investment Banking in Paris from April 2020 to September 2020<br><br>Legal compliance intern with AXA in Paris from January 2019 to July 2019 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Hao Wu<br><br>Legal Intern, Beijing, from January 2021 to July 2021 | Compliance intern with BMW Herald International Leasing Co., Ltd. in Beijing from April 2018 to June 2018 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Alyssa Zhu<br><br>Legal Intern, Beijing, from January 2021 to May 2021 | Team assistant with Siemens in Beijing from June 2016 to September 2016 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Laura Friedli<br><br>2019 Summer Associate, Palo Alto; Associate, Palo Alto, February 2021 | Summer law clerk at the DOJ in Sacramento, CA from May 2018 to August 2018 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Carter Gantt<br><br>Associate, Houston, February 2021 | Seasonal administration clerk at Sidley from January 2017 to May 2017 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Jeremy Gordon<br><br>Associate, Washington, D.C., February 2021 | Intern at the DOJ from September 2019 to December 2019 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Philip Hwang<br><br>2019 Summer Associate, Los Angeles; Associate, Los Angeles, February 2021 | Extern at the SEC in Los Angeles from May 2018 to July 2018 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Daniel Kim<br><br>2019 Summer Associate, Los Angeles; Associate, Los Angeles, February 2021 | Intern at the SEC in Washington, D.C. from May 2018 to August 2018 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Jonathan Korn<br><br>2019 Summer Associate, San Francisco; Associate, San Francisco, February 2021 | Summer volunteer at the DOJ in Washington, D.C. from June 2018 to July 2018 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |

| **Name of New Hire** **Capacity, Paul Hastings' Office, Start Date** | **Prior Employment** | **No Involvement in Title III Cases at Prior Employment** |
|---|---|---|
| Damini Kunwar 2019 Summer Associate, Washington, D.C.; Associate, Washington, D.C., February 2021 | Worked at the U.S. Department of Health and Human Services (the "DOH") in Philadelphia from May 2018 to July 2018 Worked at the DOJ in Washington, D.C. from May 2014 to August 2014 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Rachel Miller 2019 Summer Associate, Washington, D.C.; Associate, Washington, D.C., February 2021 | Student intern at the DOJ in Washington, D.C. in the summer of 2013 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Michael Nathin 2019 Summer Associate, New York; Associate, New York, February 2021 | Legal intern with the Internal Revenue Service in Washington, D.C. from May 2018 to July 2018 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Paige Rinderer 2019 Summer Associate, Washington, D.C.; Associate, Washington, D.C., February 2021 | Worked with the Washington, D.C. office of K&E on the GW Law International Refugee Assistance Project from approximately October 2017 to June 2018 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Matthew Schob 2019 Summer Associate, New York; Associate, New York, February 2021 | Finance intern at UBS Financial Services Inc. from January 2013 to May 2013 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Ravneet Talwar Manager in the Life Sciences Consulting Group, February 2021 | Senior solution advisor at Deloitte Financial Advisory Services in India from October 2018 to February 2021 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Cynthia Tremonte 2019 Summer Associate, Chicago; Associate, Chicago, from February 2021 to November 2021 | Volunteer with AmeriCorps from August 2016 to June 2017 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Hanna Ali Associate, New York, March 2021 | Law clerk with the DOH from May 2018 to August 2018 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Iman Kholdebarin Associate, Washington, D.C., March 2021 | Honors student extern with the SEC from September 2019 to November 2019 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Dennis Pangindian<br><br>Associate, New York, March 2021 | Law clerk and then associate counsel with the DOH from August 2017 to February 2021<br><br>Legal extern with the DOH from May 2016 to August 2016 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Martin Prokoph<br><br>Local Partner, Frankfurt, March 2021 | Associate at Skadden in Frankfurt from November 2012 to February 2016, where he represented the Vitol Group in matters unrelated to the Title III Cases | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Derek Safadi<br><br>Paralegal, London, from March 2021 to May 2021 | Vacation scheme student/summer intern in London at Faegre Drinker Biddle & Reath LLP ("Faegre")[2] in June 2019<br><br>Attended a workshop at Dechert in January 2018 | Did not represent, and was not exposed to confidential information related to, Voya, Peaje, Debtors or the Title III Cases |
| Christopher Balkos<br><br>Associate, London, from April 2021 to December 2021 | Associate (from July 2019 to March 2021) and a vacation scheme student (March 2016) with Baker McKenzie, where he represented NTT Data in a matter unrelated to the Title III Cases | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Auriane de Pellegars-Malhortie<br><br>Legal Intern, Paris, from April 2021 to June 2021 | Summer intern with Crédit-Agricole Ile-de-France in July 2017 and August 2019<br><br>Intern in Paris with Kramer Levin in June 2019 | Did not represent, and was not exposed to confidential information related to, the Major COFINA Bondholders, the Mutual Fund Group, Oppenheimer Funds, or the Ad Hoc Group of PREPA Bondholders, Debtors or the Title III Cases |
| Amna Khan<br><br>Paralegal, London, from April 2021 to June 2021 | Paralegal with Brown Rudnick in London from March 2018 to July 2018<br><br>Case assessor at Lloyds Banking Group in London from September 2015 to December 2015 | Did not represent, and was not exposed to confidential information related to, the Special Claims Committee, Debtors or the Title III Cases |
| Eboney Hutt<br><br>Associate, New York, May 2021 | Legal summer associate with JPMorgan Chase & Co. in New York in 2016 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Alexander Kaplen<br><br>Associate, Washington, D.C., May 2021 | Legal intern with the DOJ in Washington, D.C. from September 2015 to November 2015, and from January 2016 to April 2016<br><br>Honors law clerk with the EPA from January 2015 to July 2015 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Ruby Chong<br><br>Legal Manager, Hong Kong, June 2021 | Senior legal assistant at Sidley in Hong Kong from May 2018 to June 2021 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |

---

[2] Faegre represents Voya Institutional Trust Company ("Voya") in the Title III Cases.

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Nikita Cotton<br><br>Law Clerk, New York, June 2021 | Law clerk at Cadwalader from October 2019 to May 2021<br><br>Honors legal intern at the SEC from August 2018 to December 2018 | Did not represent, and was not exposed to confidential information related to, Assured Guaranty Corp. or Assured Guaranty Municipal Corp. |
| Louis-Clément Lavergne<br><br>Legal Intern, Paris, from June 2021 to December 2021 | Intern at Ernst & Young in Paris from September 2016 to March 2017 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Fengzhen Yu<br><br>China Associate, Beijing, June 2021 | Legal assistant at Sidley in Beijing from June 2015 to 2017 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Stanley Birch<br><br>2021 Summer Associate, New York | Student honors intern with the SEC in Washington, D.C. from May 2020 to July 2020 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Matthew Childers<br><br>2021 Summer Associate, Chicago | Service support specialist with Fidelity Investments from December 2015 to August 2019 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Esma Djokovic<br><br>2021 Summer Associate, Orange County, CA | Clerk/business development coordinator (from September 2015 to June 2019) and summer associate (from June 2020 to March 2021) at Stradling Yocca Carlson & Rauth ("Stradling Yocca")[3] | Did not represent, and was not exposed to confidential information related to, the Autonomous Municipality of Ponce, Debtors or the Title III Cases |
| Adam J. Gomes-Abreu<br><br>2021 Summer Associate, New York | Summer analyst at Goldman Sachs & Co., LLC in New York from July 2020 to August 2020 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Richala Jackson<br><br>2020 and 2021 Summer Associate, Houston | Office concierge at Butler Snow LLP from May 2018 to May 2019 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Nina John<br><br>2021 Summer Associate, Palo Alto | Assistant managing clerk with Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. in Boston from November 2017 to August 2019, where she did work for Quest Diagnostics, Inc. in matters unrelated to the Title III Cases | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Joshua Lopez<br><br>2021 Summer Associate, Washington, D.C. | Worked at the U.S. Department of Commerce (the "DOC") in Washington, D.C. from January 2021 to April 2021 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |

---

[3] Stradling Yocca represents the Autonomous Municipality of Ponce in the Title III Cases.

| Name of New Hire<br><br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Cheron Mims<br><br>2021 Summer Associate, Chicago | Litigation support technician at Sidley from February 2019 to August 2019, where she processed data related to Baxter International in matters unrelated to the Title III Cases | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Margaret Shields<br><br>2021 Summer Associate, Washington, D.C. | Summer honors program intern at the SEC in New York in 2020<br><br>Paralegal specialist at the USAO for the Southern District of New York from October 2017 to July 2019 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Nicole Wong<br><br>2021 Summer Associate, New York | Summer analyst at Goldman Sachs Asset Management in New York from June 2020 to August 2020 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Dimitrios Boumpoulis<br><br>Attorney, London, from July 2021 to November 2021 | Assistant vice president and senior counsel with JPMorgan in London from January 2019 to April 2021<br><br>Attorney with Ernst & Young UK LLP in London from March 2018 to December 2018, and from February 2017 to May 2017 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Kimberly Bozzo<br><br>Associate, Washington, D.C., July 2021 | Associate (from September 2018 to December 2018) and summer associate (from May 2017 to July 2017) with Vinson & Elkins | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Bryant Chung<br><br>Team Attorney, New York, from July 2021 to January 2022 | Honors intern with the SEC in Washington, D.C. from May 2016 to August 2016 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Roya Butler<br><br>2020 Summer Associate, Washington, D.C.; Associate, Washington, D.C., August 2021 | Honors program intern at the SEC from May 2019 to December 2019<br><br>Summer clerk (June 2020) and law clerk (from January 2021 to June 2021) at the U.S. Department of Defense | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Wenlong Zhuge<br><br>2020 Summer Associate, New York; Associate, New York, August 2021 | Intern in Beijing at Sidley from October 2017 to April 2018 | Did not represent, and was not exposed to confidential information related to, Baxter International, Debtors or the Title III Cases |
| Kristen Casey<br><br>2020 Summer Associate, Los Angeles; Associate, Los Angeles, Fall 2021 | Intern with Goldman Sachs in New York from June 2014 to August 2014<br><br>Associate with PwC in San Francisco from August 2015 to August 2018 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Daye Cho<br><br>2020 Summer Associate, Washington, D.C.; Associate, Washington, D.C., Fall 2021 | Legal intern at the DOC from May 2019 to August 2019<br><br>Legal intern at the DOJ from August 2019 to November 2019 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| McKenna Nolan<br><br>2020 Summer Associate, Washington, D.C.; Associate, Washington, D.C., Fall 2021 | Law clerk at the DOJ from May 2019 to July 2019 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Anne Bastière<br><br>Legal Intern, Paris, from September 2021 to December 2021 | Tax law apprentice with Alcatel Lucent Enterprise in Paris from September 2018 to June 2019 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Ioanna Droussiotou<br><br>Trainee Solicitor, London, September 2021 | Work experience student in London with Sidley in July 2019 | Did not represent, and was not exposed to confidential information related to, Baxter International, Debtors or the Title III Cases |
| Erin Hardtke<br><br>Associate, New York, September 2021 | Associate with Sidley in New York (from February 2021 to September 2021) and Chicago (from November 2000 to November 2004)<br><br>Associate at Morgan Stanley in New York from August 2014 to July 2015<br><br>Attorney at Citibank in New York from August 2013 to July 2014<br><br>Associate with Jones Day in Chicago from February 2008 to January 2012<br><br>Senior attorney with Bank of America, N.A.[4] in Chicago from November 2004 to January 2008 | Did not represent, and was not exposed to confidential information related to, Baxter International, the ERS bondholders, Debtors or the Title III Cases |
| Dino Ilievski<br><br>Associate, New York, September 2021 | Summer associate at Kramer Levin from May 2019 to July 2019 | Did not represent, and was not exposed to confidential information related to, the Major COFINA Bondholders, the Mutual Fund Group, Oppenheimer Funds, the Ad Hoc Group of PREPA Bondholders, Debtors or the Title III Cases |

---

[4] Bank of America Merrill Lynch is the investment banker/financial advisor to the Commonwealth of Puerto Rico in the Title III Cases.

| **Name of New Hire** Capacity, Paul Hastings' Office, Start Date | **Prior Employment** | **No Involvement in Title III Cases at Prior Employment** |
|---|---|---|
| Jericho Yue Jiang<br><br>Associate, Shanghai, September 2021 | China advisor/associate in Beijing and Hong Kong with Sidley from February 2019 to March 2020<br><br>Legal consultant with Reed Smith in Hong Kong from October 2015 to December 2018 | Did not represent, and was not exposed to confidential information related to, Baxter International, BNY, Siemens, Debtors or the Title III Cases |
| Robert Williams<br><br>Trainee Solicitor, London, September 2021 | Work experience intern in London with Morrison & Foerster in June 2019 | Did not represent, and was not exposed to confidential information related to, the Ad Hoc Group of Constitutional Debtholders, the PBA Funds, Debtors or the Title III Cases |
| Rachel Bowick<br><br>2020 Summer Associate, New York; Associate, New York, October 2021 | Training program coordinator (from May 2015 to August 2015) and trading documentation analyst (from September 2017 to April 2018) in Toronto with Royal Bank of Canada Capital Markets | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Melissa Failla<br><br>Senior Paralegal, Chicago, October 2021 | Paralegal at Bank of America, N.A. in North Carolina from 2017 to October 2021<br><br>Paralegal in Chicago at K&E from 2005 to 2012 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Anuva Ganapathi<br><br>2020 Summer Associate, Palo Alto; Associate, Palo Alto, October 2021 | Legal intern at the DOJ from August 2019 to December 2019, and from January 2020 to May 2020 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Natasha Nicholson Gaviria<br><br>2020 Summer Associate, New York; Associate, New York, October 2021 | Summer intern at the USAO for the Southern District of New York from May 2019 to July 2019<br><br>Paralegal specialist with the DOJ from June 2016 to June 2018 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Dylan Helgeson<br><br>Associate, Washington, D.C., October 2021 | Law student extern at the DOJ in Washington, D.C. from September 2020 to November 2020 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Nicole Heller<br><br>2020 Summer Associate, San Francisco; Associate, San Francisco, October 2021 | Participated in the K&E Corporate Lab Clinic at the University of Chicago Law School from October 2019 to March 2020 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Andrew Taesup Park<br><br>2020 Summer Associate, Los Angeles; Associate, Los Angeles, October 2021 | Legal intern with the SEC in Washington, D.C. from January 2020 to April 2020 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Gisselly Perez-Astwood<br><br>2020 Summer Associate, New York; Associate, New York, October 2021 | Part-time teller at Bank of America in New Jersey from August 2015 to October 2016 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Samuel Pickett<br><br>Associate, Washington, D.C., October 2021 | While in law school, he handled a matter unrelated to the Title III Cases through the Legal Aid Justice Center with Gibson Dunn attorneys, but did not work at Gibson Dunn | Did not represent, and was not exposed to confidential information related to, Aurelius, Debtors or the Title III Cases |
| Michael Shagrin<br><br>2020 Summer Associate, New York; Associate, New York, October 2021 | Intern at the SEC in Washington, D.C. from May 2019 to July 2019 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Ntando Siswana<br><br>Associate, London, October 2021 | Associate at Womble Bond Dickinson (UK) LLP in London from June 2019 to October 2021, where he (a) represented Vitol, Lloyds Bank plc ("Lloyds"), and Santander UK Plc in matters unrelated to the Title III Cases and (b) was seconded to Lloyds in London from July 2019 to December 2019 and from September 2020 to March 2021<br><br>Associate at Clifford Chance in London from January 2018 to May 2019, where he represented Lloyds in matters unrelated to the Title III Cases | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Lena Son<br><br>2020 Summer Associate, Los Angeles; Associate, Los Angeles, October 2021 | Summer analyst (2016) and analyst (from February 2017 to June 2018) at JPMorgan Chase & Co. | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Salvatore Trinchetto<br><br>2020 Summer Associate, Chicago; Associate, Chicago October 2021 | Participated in the K&E Corporate Lab Clinic at the University of Chicago Law School from October 2019 to March 2020 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Chelsea Wender<br><br>2020 Summer Associate, Chicago; Associate, Chicago, from October 2021 to January 2022 | Customer service specialist with Cogency Global Inc., parent of Peaje, from August 2016 to July 2018 | Did not represent, and was not exposed to confidential information related to, Peaje, Debtors or the Title III Cases |
| Dhara Satija<br><br>Director in the Life Sciences Consulting Group, Washington, D.C., November 2021 | Senior consultant, manager, and then senior manager at Deloitte in Boston from December 2011 to November 2021 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |

9

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Christian Skinner-Klee<br><br>Attorney, New York, November 2021 | Associate (from June 2017 to June 2021) and summer associate/legal intern (from June 2016 to May 2017) with Wollmuth Maher & Deutsch LLP[5]<br><br>International clerk with Holland & Knight from January 2015 to August 2015 | Did not represent, and was not exposed to confidential information related to, KDC Solar, First Transit Puerto Rico, Debtors or the Title III Cases |
| Irene Kau<br><br>Associate, Houston, December 2021 | Corporate counsel (from September 2018 to December 2021) and summer associate (from May 2017 to August 2017) at Hewlett Packard Enterprise in Houston | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Elyssa Bouazza<br><br>Legal Intern, Paris, January 2022 | Banking advisor with Crédit Agricole du Nord Est in France from July 2016 to August 2016 and from July 2017 to August 2017 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Jalil El Khanchoufi<br><br>Legal Intern, Paris, January 2022 | Intern with BNP Paribas Asset Management in Paris from January 2018 to June 2018 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |
| Brittany Simington<br><br>Associate, Houston, January 2022 | Associate with Vinson & Elkins in Houston from September 2016 to January 2022<br><br>Credit legal secondee with JPMorgan Chase & Co. from April 2021 to October 2021 | Did not represent, and was not exposed to confidential information related to, Debtors or the Title III Cases |

---

[5] Wollmuth Maher & Deutsch LLP represents KDC Solar, LLC in the Title III Cases.