**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**[PROPOSED] ORDER GRANTING UNOPPOSED URGENT MOTION FOR LEAVE TO FILE OMNIBUS REPLY AND EXCEED PAGE LIMIT WITH RESPECT TO OBJECTIONS TO OPPOSITIONS FILED TO MOTION DATED FEBRUARY 1, 2022, FOR STAY PENDING APPEAL, FILED BY THE TEACHERS' ASSOCIATIONS**

Upon consideration of the *Unopposed Urgent Motion for Leave to File Omnibus Reply and Exceed Page Limit with Respect to Objections to Oppositions Filed to Motion Dated February 1, 2022, for Stay Pending Appeal, Filed by The Teachers' Associations* ("Unopposed Urgent Motion") seeking leave allowing the Teachers' Associations to file an Omnibus Reply to the Objections to Oppositions filed to the motion dated February 1, 2022, for Stay Pending Appeal

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

at Docket Entry No. 19969, in excess of the fifteen (15) page limit set forth at CMP Order ¶ I.E., the Court hereby FINDS AND DETERMINES that (i) the Court has jurisdiction to consider the *Unopposed Urgent Motion* and the relief requested therein pursuant to Section 306(a) of PROMESA; (ii) venue is proper before this Court pursuant to Section 307(a) of PROMESA; (iii) the relief requested in the Unopposed Urgent Motion is proper and good cause exists to grant it; and (iv) due and proper notice of this Unopposed Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided. Accordingly, it is hereby ORDERED THAT:

1. The *Unopposed Urgent Motion* is GRANTED as set forth herein.
2. The Teachers' Associations are authorized to file an Omnibus Reply to the Objections of no more than fifty-five (55) pages in length, exclusive of the cover page, tables of contents and authorities, signature page, exhibits and the certificate of service.
3. The Court shall retain jurisdiction to hear and determine all matter arising from the implementation of this Order.
4. This Order resolves Docket Entry No. _____.

SO ORDERED.

Dated: February ____, 2022.

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT COURT