# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre: Olga I Santiago Arce

Dirección Postal: Ed B apt B12 San Alfonso Ave. San Juan, P.R. 00921

Teléfono de contacto res. _____ cel. 787-374-4564

No de Reclamo: 177932

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:
   Ley #89 – Retribcion Uniforme – Julio 1979
   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de Junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
        Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 – Retribucion Uniforme – Julio 1979

Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de Junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, ~~Ponce~~ San Juan Puerto Rico desde el __8__ de __agosto__ de __1979__ hasta el __1__ de __Septiembre__ de __2010__. Culmine mi laborar como __Rata, Asignaciones, Despacho__ en Puerto Rico Telephone Company, ~~Ponce~~ San Juan Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

__Olga I Santiago Arce__
Nombre en letra de molde

__[signature]__
Firma

PD. La PR+C fue una agencia del Gobierno de P.R hasta el 1999. Cuando el Gobernante de turno la vendio. Fue ahi que paso a ser privada. El Fundamento de mi Reclamo es de un dinero adeudado por concepto de aumentos de unas Leyes que se firmaron durante los Años que la PR+C pertenecia al Gob. de PR (ELA).

Respetuosamente,

__[signature]__