

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

OLGA I SANTIAGO ARCE
XXX-XX-1512

Para (el)(la) ex emplead(o)(a) de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 08/06/1979.
- Trabajó como emplead(o)(a) regular hasta 09/01/2010.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a martes, 08 de febrero de 2022.

*Abigaíl Alejandro González*

Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords