Olga Santiago
Edf. 3 apt B12
Av. San Alfonso #1
San Juan, P.R. 00921



Clerk's Office
United States District Court
Room 150 Federal Bldg.
San Juan, P.R. 00918-1767

