UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING UNOPPOSED URGENT MOTION FOR LEAVE TO FILE
OMNIBUS REPLY AND EXCEED PAGE LIMIT WITH RESPECT TO
OBJECTIONS TO OPPOSITIONS FILED TO MOTION DATED FEBRUARY 1,
2022, FOR STAY PENDING APPEAL, FILED BY THE TEACHERS' ASSOCIATIONS

Upon consideration of the *Unopposed Urgent Motion for Leave to File Omnibus Reply and Exceed Page Limit with Respect to Objections to Oppositions Filed to Motion Dated February 1, 2022, for Stay Pending Appeal, Filed by The Teachers' Associations* (Docket Entry No. 20120 in Case No. 17-3283, the "Urgent Motion") seeking leave allowing the Teachers' Associations to file an Omnibus Reply to the Objections to Oppositions filed to the motion dated

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Building Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

February 1, 2022, for Stay Pending Appeal at Docket Entry No. 19969, in excess of the fifteen (15) page limit set forth at Case Management Procedures Order ¶ I.E., the Court hereby FINDS AND DETERMINES that (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to Section 306(a) of PROMESA; (ii) venue is proper before this Court pursuant to Section 307(a) of PROMESA; (iii) the relief requested in the Urgent Motion is proper and good cause exists to grant it; and (iv) due and proper notice of this Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided. Accordingly, it is hereby ORDERED THAT:

1. The Urgent Motion is GRANTED as set forth herein.

2. The Teachers' Associations are authorized to file an Omnibus Reply to the Objections of no more than fifty-five (55) pages in length, exclusive of the cover page, tables of contents and authorities, signature page, exhibits and the certificate of service.

3. The Court shall retain jurisdiction to hear and determine all matter arising from the implementation of this Order.

4. This Order resolves Docket Entry No. 20120 in Case No. 17-3283.

SO ORDERED.

Dated: February 14, 2022

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge