**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR THE HEARING ON FEBRUARY 16-17, 2022 AT 9:30 A.M. AST**

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, February 16, 2022**, from 9:30 a.m. to 12:30 p.m. (Atlantic Standard Time) and **Thursday, February 17, 2022**, from 9:30 a.m. to 12:30 p.m. (Atlantic Standard Time) |
| | Honorable Laura Taylor Swain, United States District Judge |
| **Location of Hearing:** | **The Hearing will be conducted virtually via videoconferencing and telephonic platforms.** |
| | **Participation by Individuals Who Have Been Notified to Attend: Claimants who have been notified that their claims are the subject of the Hearing may participate by going to the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**1767, where videoconference and interpretation facilities will be provided.**

For the benefit of those who may attend the hearing in person, a copy of the Form of Notice describing the Safety Procedures at the Hearing (ECF No. 19461-1) is attached to this Agenda as **Exhibit A**.

Attorney Participation:  Pursuant to the *Order Regarding Procedures for Hearings on January 19-20, 2022, and February 16-17, 2022* [Case No. 17-3283, ECF No. 19720], attached to this Agenda as **Exhibit B** (the "Procedures Order"), attorneys who have entered an appearance in the Title III cases and **wish to participate as speakers** in the proceedings must file an Informative Motion in accordance with paragraph 3 of the Procedures Order and, upon receipt of an invitation to register their appearance from the Court, must respond to the invitation to register for Zoom access.  The FOMB may register up to three attorney appearances per day, and all other parties shall be limited to two attorney appearances per day.

Attorneys, Members of the Public and Press:  Attorneys and members of the public and press **may listen to (but not view or participate in)** the proceedings by dialing (888) 363-4749 and entering the access code (7214978) and security code (8119) when prompted.

| | |
|---|---|
| **Copies of Documents:** | Copies of all documents filed in these Title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein. |

**RELATED DOCUMENTS CONCERNING ALL CLAIM OBJECTIONS:**

A. Order Regarding Adjourned Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 19461]**

B. Order Regarding Procedures for Hearings on January 19-20, 2022, and February 16-17, 2022 **[Case No. 17-3283, ECF No. 19720]**

C. Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Adjourned Claim Objections Set for Hearing on February 16-17, 2022 **[Case No. 17-3283, ECF No. 20010]**

D. Order Regarding the Production of Incarcerated Pro Se Claimants for Hearings Concerning Claim Objections **[Case No. 17-3283, ECF No. 20025]**

I.  **CONTESTED CLAIM OBJECTIONS (beginning at 9:30 a.m. Atlantic Standard
    Time on February 16, 2022):**

1.  **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred
    Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico,
    Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation
    Authority, Employees Retirement System of the Government of the Commonwealth of
    Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No.
    17-3283, ECF No. 17923]**

    Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

    Reply Deadline: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

    Responses:
    A.  Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed
        by Obe E. Johnson (Claim Nos. 177676, 177765 and 178772) **[Case No. 17-3283,
        ECF No. 18197]** (Response Form submitted, claimant's response not clear)

    Replies, Joinders & Statements:
    A.  Reply of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing
        Authority, the Puerto Rico Highways and Transportation Authority, the Employees
        Retirement System of the Government of the Commonwealth of Puerto Rico, and
        the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18109, 18110,
        18120, 18123, 18139, 18158, 18159, 18165, 18166, 18177, 18184, 18197, 18218,
        18234, 18237, 18376, 18480, 18507, 18530, 19033, 19037, 19046, 19125, 19202,
        19803] to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to
        Late-Filed Claims **[Case No. 17-3283, ECF No. 19990]**

    Related Documents:
    A.  Motion Submitting Certified Translations in Connection with Docketed Claim
        Objection Responses To Be Heard at the February 16-17, 2022 Adjourned
        Objection Hearing **[Case No. 17-3283, ECF No. 19998–8]**

    B.  Informative Motion of the Financial Oversight and Management Board for Puerto
        Rico in Compliance with Order Regarding the Production of Incarcerated Pro Se
        Claimants for Hearings Concerning Claim Objections [ECF No. 20025] **[Case No.
        17-3283, ECF No. 20067]**

    C.  Order Compelling Claimant Obe E. Johnson to Appeal Via Remote Means at
        February 16-17, 2022 Adjourned Claim Objection Hearing **[Case No. 17-3283,
        ECF No. 20075]**

    D.  Order Concerning Replies in Support of the Three Hundred Seventy-Fourth
        Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**

    Status:  This matter is going forward.

<u>Estimated Time Required</u>:  15 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 3 minutes
    B. <u>Objecting Parties</u>: Obe E. Johnson, *pro se*,[2] 10 minutes
    C. <u>Objecting Parties</u>: Laura Stafford and Brian Rosen, 2 minutes

2. **<u>Three Hundred Sixty-First Omnibus Objection to Claims.</u>** Three Hundred Sixty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims with Respect to Which Deficient Mailing Responses Were Received **[Case No. 17-3283, ECF No. 17921]**

<u>Objection Deadline</u>:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
    A. Response to Three Hundred Sixty-First Omnibus Objection to Claims, filed by Hector Villalongo Ortiz (Claim No. 2221) **[Case No. 17-3283, ECF No. 18137]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:
    A. Reply of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to the Response Filed by Hector M. Villalongo Ortiz [ECF No. 18137] to the Three Hundred Sixty-First Omnibus Objection (Non-Substantive) to Deficient Claims with Respect to Which Deficient Mailing Responses Were Received **[Case No. 17-3283, ECF No. 19983]**

<u>Related Documents</u>:
    A. Order Concerning Reply in Support of the Three Hundred Sixty-First Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20114]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  10 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

---

[2] Although Mr. Johnson submitted a response form, it is not clear whether Mr. Johnson intends to attend the hearing. In light of the Court's *Order Compelling Claimant Obe E. Johnson to Appeal via Remote Means at February 16-17, 2022 Adjourned Claim Objection Hearing* **[Case No. 17-3283, ECF No. 20075]**, we anticipate Mr. Johnson  will attend, and therefore have allocated time to Mr. Johnson.

A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
B. <u>Objecting Parties</u>: Hector M. Villalongo Ortiz, *pro se*

3. **Three Hundred Sixty-Second Omnibus Objection to Claims.** Three Hundred Sixty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 17927]**

<u>Objection Deadline</u>:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
A. Response to Three Hundred Sixty-Second Omnibus Objection to Claims, filed by Maria Clemente Rosa (Claim No. 133778) **[Case No. 17-3283, ECF No. 20003–5, 6]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:
A. Notice of Correspondence Regarding the Three Hundred Sixty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Proofs of Claim Nos. 3258 and 133778 **[Case No. 17-3283, ECF No. 20003]**

<u>Related Documents</u>:
A. None.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  10 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
B. <u>Objecting Parties</u>: Maria Clemente Rosa, *pro se*

4. **Three Hundred Sixty-Second Omnibus Objection to Claims.** Three Hundred Sixty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 17927]**

<u>Objection Deadline</u>:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
    A.  Response to Three Hundred Sixty-Second Omnibus Objection to Claims, filed by Maira Feliciano Rosado (Claim No. 10547) **[Case No. 17-3283, ECF No. 18290]** (Response Form submitted, claimant will attend)

<u>Replies, Joinders & Statements</u>:
    A.  Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response Filed by Claimant Maira Feliciano Rosado [ECF No. 18290] to the Three Hundred Sixty-Second Omnibus Objection (Substantive) to Misclassified Claims **[Case No. 17-3283, ECF No. 19984]**

<u>Related Documents</u>:
    A.  Motion requesting extension of time to file a response, filed by Maira Feliciano Rosado **[Case No. 17-3283, ECF No. 18289]**

    B.  Motion in objection and to be heard at the December 2021 hearing, filed by Maira Feliciano Rosado **[Case No. 17-3283, ECF No. 19270]**

    C.  Order finding as moot motion requesting extension of time and motion in objection and to be heard at the December 2021 hearing **[Case No. 17-3283, ECF No. 19382]**

    D.  Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–1]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  15 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 3 minutes
    B. <u>Objecting Parties</u>: Maira Feliciano Rosado, *pro se,* 10 minutes
    C. <u>Debtors</u>: Laura Stafford and Brian Rosen, 2 minutes

5.  **<u>Three Hundred Thirty-Seventh Omnibus Objection to Claims.</u>** Three Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Pension-Related Claims Asserted Against the Incorrect Debtor **[Case No. 17-3283, ECF No. 17081]**

<u>Objection Deadline</u>:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

**<u>Three Hundred Sixty-Second Omnibus Objection to Claims.</u>** Three Hundred Sixty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of

the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 17927]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A.  Response to Three Hundred Thirty-Seventh Omnibus Objection to Claims, filed by Maria Carrión Vega (Claim No. 3258) **[Case No. 17-3283, ECF No. 20001–1-4]** (Response Form submitted, claimant's response not clear)

   B.  Response to Three Hundred Sixty-Second Omnibus Objection to Claims, filed by Maria Carrión Vega (Claim No. 3258)  **[Case No. 17-3283, ECF No. 20003–1-4]** (Response Form submitted, claimant's response not clear)

Replies, Joinders & Statements:
   A.  Notice of Correspondence Regarding Three Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Proof of Claim No. 3258 **[Case No. 17-3283, ECF No. 20001]**

   B.  Notice of Correspondence Regarding the Three Hundred Sixty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Proofs of Claim Nos. 3258 and 133778 **[Case No. 17-3283, ECF No. 20003]**

Related Documents:
   A.  None

Status:  This matter is going forward.

Estimated Time Required: 10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
   B. Objecting Parties: Maria Carrión Vega, *pro se*[3]

6.  **Three Hundred Sixty-Seventh Omnibus Objection to Claims.** Three Hundred Sixty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of

---

[3] Although Maria Carrión Vega submitted a response form, it is not clear whether Ms. Carrión Vega intends to attend the hearing, therefore no time has been allocated to Ms. Carrión Vega.  In the event that Ms. Carrión Vega attends the hearing, the Oversight Board respectfully requests that 10 minutes of time be allocated to Ms. Carrión Vega.

the Government of the Commonwealth of Puerto Rico to Employment-Related Claims Asserted Against the Incorrect Debtor **[Case No. 17-3283, ECF No. 17933]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Three Hundred Sixty-Seventh Omnibus Objection to Claims, filed by Maria Franco Soto (Claim No. 16543) **[Case No. 17-3283, ECF No. 18209]** (Response Form not returned)

Replies, Joinders & Statements:
   A. Reply of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Maria Franco Soto [ECF No. 18209] and Sonia N. López Báez [ECF No. 18875] to the Three Hundred Sixty-Seventh Omnibus Objection (Non-Substantive) to Employment-Related Claims Asserted Against the Incorrect Debtor **[Case No. 17-3283, ECF No. 19985]**

Related Documents:
   A. None.

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
   B. Objecting Parties: Maria Franco Soto, *pro se*

7. **Three Hundred Sixty-Seventh Omnibus Objection to Claims.** Three Hundred Sixty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employment-Related Claims Asserted Against the Incorrect Debtor **[Case No. 17-3283, ECF No. 17933]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Three Hundred Sixty-Seventh Omnibus Objection to Claims, filed by Sonia López Báez (Claim No. 9987) **[Case No. 17-3283, ECF No. 18875]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Maria Franco Soto [ECF No. 18209] and Sonia N. López Báez [ECF No. 18875] to the Three Hundred Sixty-Seventh Omnibus Objection (Non-Substantive) to Employment-Related Claims Asserted Against the Incorrect Debtor **[Case No. 17-3283, ECF No. 19985]**

Related Documents:
    A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–2]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Sonia López Báez, *pro se*

8. **Three Hundred Sixty-Eighth Omnibus Objection to Claims.** Three Hundred Sixty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Satisfied Claims **[Case No. 17-3283, ECF No. 17934]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Sixty-Eighth Omnibus Objection to Claims, filed by Todd Hauck (Claim No. 9269) **[Case No. 17-3283, ECF No. 18160]** (Response Form submitted, claimant will not attend)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico to the Response Filed by Todd Hauck [ECF No. 18160] to the Three Hundred Sixty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Satisfied Claims **[Case No. 17-3283, ECF No. 19986]**

Related Documents:
    A. None.

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Todd Hauck, *pro se*

9. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Eric Josue Soto Sánchez (Claim No. 108658) **[Case No. 17-3283, ECF No. 19046]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18109, 18110, 18120, 18123, 18139, 18158, 18159, 18165, 18166, 18177, 18184, 18197, 18218, 18234, 18237, 18376, 18480, 18507, 18530, 19033, 19037, 19046, 19125, 19202, 19803] to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 19990]**

Related Documents:
    A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–15]**

    B. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
B. <u>Objecting Parties</u>: Eric Josue Soto Sánchez, *pro se*

10. **<u>Three Hundred Seventy-Fourth Omnibus Objection to Claims.</u>** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

<u>Objection Deadline</u>:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>:  February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Gladys Minguela Vázquez (Claim Nos. 179355 and 179367) **[Case No. 17-3283, ECF No. 19995– 1-4]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:
A. Notice of Correspondence Regarding the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 19995]**

<u>Related Documents</u>:
A. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  10 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
B. <u>Objecting Parties</u>: Gladys Minguela Vázquez, *pro se*

11. **<u>Three Hundred Seventy-Fourth Omnibus Objection to Claims.</u>** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A.  Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Ana Luna Ríos (Claim No. 174092) **[Case No. 17-3283, ECF No. 19995–9, 10]** (Response Form not returned)

Replies, Joinders & Statements:
    A.  Notice of Correspondence Regarding the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 19995]**

Related Documents:
    A.  Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**.

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A.  Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B.  Objecting Parties: Ana Luna Ríos, *pro se*

12.  **Three Hundred Eighty-First Omnibus Objection to Claims.** Three Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17917]**

    **Three Hundred Eighty-Second Omnibus Objection to Claims.** Three Hundred Eighty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owned by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17920]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A.  Response to Three Hundred Eight-First Omnibus Objection to Claims, filed by Sara Wilna Delgado García (Claim No. 174501) **[Case No. 17-3283, ECF No. 19474]** (Response Form not returned)

    B.  Response to Three Hundred Eighty-Second Omnibus Objection to Claims, filed by Sara Wilna Delgado García (Claim No. 177757) **[Case No. 17-3283, ECF No. 19474]** (Response Form not returned)

Replies, Joinders & Statements:
    A.  Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18165, 18173, 18175, 18212, 18216, 18217, 18417, 18473, 19153, 19474] to the Three Hundred Eighty-First Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19989]**

    B.  Reply of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to the Responses [ECF Nos. 18054, 18055, 18171, 18250, 18262, 18265, 18309, and 19344] to the Three Hundred Eighty-Second Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owned by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19991]**

Related Documents:
    A.  Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–29]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A.  <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
    B.  <u>Objecting Parties</u>: Sara Wilna Delgado García, *pro se*

13. **<u>Three Hundred Ninety-Third Omnibus Objection to Claims.</u>** Three Hundred Ninety-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Late-Filed Claims **[Case No. 17-3283, ECF No. 17975]**

Objection Deadline:  October 18, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
   A. Response to Three Hundred Ninety-Third Omnibus Objection to Claims, filed by
      José Ríos Collazo (Claim Nos. 179520 and 179525) **[Case No. 17-3283, ECF No.
      20009–1, 2]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:
   A. Notice of Correspondence Regarding Three Hundred Ninety-Third Omnibus
      Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the
      Employees Retirement System of the Government of the Commonwealth of Puerto
      Rico to Proofs of Claim Nos. 179520 And 179525 **[Case No. 17-3283, ECF No.
      20009]**

<u>Related Documents</u>:
   A. None.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  10 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

   A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
   B. <u>Objecting Parties</u>: José Ríos Collazo, *pro se*

14. **<u>Three Hundred Ninety-Fifth Omnibus Objection to Claims.</u>** Three Hundred Ninety-
    Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the
    Employees Retirement System of the Government of the Commonwealth of Puerto Rico
    to Claims Asserting Duplicate Liabilities **[Case No. 17-3283, ECF No. 18959]**

<u>Objection Deadline</u>:  November 29, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
   A. Response to Three Hundred Ninety-Fifth Omnibus Objection to Claims, filed by
      Evelyn Ramirez Montes (Claim No. 28121) **[Case No. 17-3283, ECF No. 19409]**
      (Response Form not returned)

<u>Replies, Joinders & Statements</u>:
   A. Reply of the Commonwealth of Puerto Rico to the Response Filed by Evelyn
      Ramirez Montes [ECF No. 19409] to the Three Hundred Ninety-Fifth Omnibus
      Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the
      Employees Retirement System of the Government of the Commonwealth of Puerto
      Rico to Claims Asserting Duplicate Liabilities **[Case No. 17-3283, ECF No.
      19994]**

<u>Related Documents</u>:
  A.  Motion Submitting Certified Translations in Connection with Docketed Claim
      Objection Responses To Be Heard at the February 16-17, 2022 Adjourned
      Objection Hearing **[Case No. 17-3283, ECF No. 19998–45]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  10 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

  A.  <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
  B.  <u>Objecting Parties</u>: Evelyn Ramirez Montes, *pro se*

[*Remainder of Page Intentionally Left Blank*]

## II.   CONTESTED CLAIM OBJECTIONS (beginning at 10:30 a.m. Atlantic Standard Time on February 16, 2022):

1. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

   Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

   Reply Deadline: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

   Responses:
      A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Zoe Abigail Williams Pérez (Claim Nos. 131274 and 148102) **[Case No. 17-3283, ECF No. 18530]** (Response Form not returned)

   Replies, Joinders & Statements:
      A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18109, 18110, 18120, 18123, 18139, 18158, 18159, 18165, 18166, 18177, 18184, 18197, 18218, 18234, 18237, 18376, 18480, 18507, 18530, 19033, 19037, 19046, 19125, 19202, 19803] to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 19990]**

   Related Documents:
      A. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**

   Status:  This matter is going forward.

   Estimated Time Required:  10 minutes

   Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

      A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
      B. Objecting Parties: Zoe Abigail Williams Pérez, *pro se*

2. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of

Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Edith Agostini Aviles (Claim No. 165427) **[Case No. 17-3283, ECF No. 19996– 3, 4]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 19996]**

Related Documents:
    A. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**.

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Edith Agostini Aviles, *pro se*

3. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Ana Maria Arocho González (Claim No. 152213) **[Case No. 17-3283, ECF No. 19996–5, 6]** (Response Form submitted, claimant will not attend)

Replies, Joinders & Statements:
  A. Notice of Correspondence Regarding the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 19996]**

Related Documents:
  A. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**.

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

  A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
  B. Objecting Parties: Ana Maria Arocho González, *pro se*

4. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Carmen Colón Maldonado (Claim No. 113161) **[Case No. 17-3283, ECF No. 19996–7, 8]** (Response Form not returned)

Replies, Joinders & Statements:
  A. Notice of Correspondence Regarding the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the

Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 19996]**

Related Documents:
    A. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**.

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Carmen Colón Maldonado, *pro se*

5. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Alejandro Irizarry Irizarry (Claim No. 153293) **[Case No. 17-3283, ECF No. 19997–3, 4]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 19997]**

Related Documents:
    A. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**.

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
    B. <u>Objecting Parties</u>: Alejandro Irizarry Irizarry, *pro se*

6. **<u>Three Hundred Seventy-Fourth Omnibus Objection to Claims.</u>** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
    A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Antonio Martin Cervera (Claim No. 167898) **[Case No. 17-3283, ECF No. 18120]**

    B. Supplemental Response to Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Antonio Martin Cervera (Claim No. 167898) **[Case No. 17-3283, ECF No. 19803]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:
    A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18109, 18110, 18120, 18123, 18139, 18158, 18159, 18165, 18166, 18177, 18184, 18197, 18218, 18234, 18237, 18376, 18480, 18507, 18530, 19033, 19037, 19046, 19125, 19202, 19803] to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 19990]**

<u>Related Documents</u>:
    A. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
B. Objecting Parties: Antonio Martin Cervera, *pro se*[4]

7. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Gadiel Martínez Sanchez (Claim No. 160968) **[Case No. 17-3283, ECF No. 19033]** (Response Form not returned)

Replies, Joinders & Statements:
A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18109, 18110, 18120, 18123, 18139, 18158, 18159, 18165, 18166, 18177, 18184, 18197, 18218, 18234, 18237, 18376, 18480, 18507, 18530, 19033, 19037, 19046, 19125, 19202, 19803] to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 19990]**

Related Documents:
A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–14]**

B. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

---

[4]Antonio Martin Cervera did not submit a response form, therefore no time has been allocated to Mr. Martin Cervera. In the event that Mr. Martin Cervera attends the hearing, the Oversight Board respectfully requests that 10 minutes of time be allocated to Mr. Martin Cervera.

A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
B. <u>Objecting Parties</u>: Gadiel Martínez Sanchez, *pro se*

8. **<u>Three Hundred Seventy-Fourth Omnibus Objection to Claims.</u>** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

<u>Objection Deadline</u>:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
   A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Victor Rivera Collazo (Claim No. 135104) **[Case No. 17-3283, ECF No. 18480]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:
   A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18109, 18110, 18120, 18123, 18139, 18158, 18159, 18165, 18166, 18177, 18184, 18197, 18218, 18234, 18237, 18376, 18480, 18507, 18530, 19033, 19037, 19046, 19125, 19202, 19803] to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 19990]**

<u>Related Documents</u>:
   A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–12]**

   B. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  10 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
   B. <u>Objecting Parties</u>: Victor Rivera Collazo, *pro se*

9. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Damaris Rodríguez Carcano (Claim No. 158327) **[Case No. 17-3283, ECF No. 18507]** (Response Form not returned)

Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18109, 18110, 18120, 18123, 18139, 18158, 18159, 18165, 18166, 18177, 18184, 18197, 18218, 18234, 18237, 18376, 18480, 18507, 18530, 19033, 19037, 19046, 19125, 19202, 19803] to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 19990]**

Related Documents:
   A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–13]**

   B. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
   B. Objecting Parties: Damaris Rodríguez Carcano, *pro se*

10. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of

Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No.
17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed
       by Madeline Sanchez Rivera (Claim No. 145387) **[Case No. 17-3283, ECF No.
       19203]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing
       Authority, the Puerto Rico Highways and Transportation Authority, the Employees
       Retirement System of the Government of the Commonwealth of Puerto Rico, and
       the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18109, 18110,
       18120, 18123, 18139, 18158, 18159, 18165, 18166, 18177, 18184, 18197, 18218,
       18234, 18237, 18376, 18480, 18507, 18530, 19033, 19037, 19046, 19125, 19202,
       19803] to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to
       Late-Filed Claims **[Case No. 17-3283, ECF No. 19990]**

Related Documents:
    A. Motion Submitting Certified Translations in Connection with Docketed Claim
       Objection Responses To Be Heard at the February 16-17, 2022 Adjourned
       Objection Hearing **[Case No. 17-3283, ECF No. 19998–18]**

    B. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth
       Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Madeline Sanchez Rivera, *pro se*

11. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred
Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation
Authority, Employees Retirement System of the Government of the Commonwealth of
Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No.
17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
   A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Ivan Vargas Noriega, Judith Vargas Garcia, Janitza Noriega Vargas (Claim No. 158363) **[Case No. 17-3283, ECF No. 18327]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:
   A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18109, 18110, 18120, 18123, 18139, 18158, 18159, 18165, 18166, 18177, 18184, 18197, 18218, 18234, 18237, 18376, 18480, 18507, 18530, 19033, 19037, 19046, 19125, 19202, 19803] to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 19990]**

<u>Related Documents</u>:
   A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–10]**

   B. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  10 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5minutes
   B. <u>Objecting Parties</u>: Ivan Vargas Noriega, Judith Vargas Garcia, Janitza Noriega Vargas, *pro se*

12. <u>**Three Hundred Ninety-Fourth Omnibus Objection to Claims.**</u> Three Hundred Ninety-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the  Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 18958]**

<u>Objection Deadline</u>:  November 29, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:

    A. Response to Three Hundred Ninety-Fourth Omnibus Objection to Claims, filed by Eva Meléndez Fraguada (Claim No. 177716) **[Case No. 17-3283, ECF No. 19420]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:

    A. Reply of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to the Response Filed by Eva E. Meléndez Fraguada [ECF No. 19420] to the Three Hundred Ninety-Fourth Omnibus Objection (Non-Substantive) to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19993]**

<u>Related Documents</u>:

    A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–44]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  10 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
    B. <u>Objecting Parties</u>: Eva Meléndez Fraguada, *pro se*

[<em>Remainder of Page Intentionally Left Blank</em>]

### III.   CONTESTED CLAIM OBJECTIONS (beginning at 11:30 a.m. Atlantic Standard Time on February 16, 2022):

1. **Three Hundred Seventieth Omnibus Objection to Claims.** Three Hundred Seventieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Duplicate Claims **[Case No. 17-3283, ECF No. 17935]**

   **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

   Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

   Reply Deadline:  February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

   Responses:
   A. Response to Three Hundred Seventieth Omnibus Objection to Claims, filed by William Román Morales (Claim No. 179391) **[Case No. 17-3283, ECF No. 20004–1, 2]**

   B. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by William Román Morales (Claim Nos. 178943 and 179392) **[Case No. 17-3283, ECF No. 19995–5, 6]** (Response Form not returned)

   Replies, Joinders & Statements:
   A. Notice of Correspondence Regarding the Three Hundred Seventieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the  Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Proof of Claim No. 179391 **[Case No. 17-3283, ECF No. 20004]**

   B. Notice of Correspondence Regarding the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 19995]**

Related Documents:

    A. Informative Motion of the Financial Oversight and Management Board for Puerto Rico in Compliance with Order Regarding the Production of Incarcerated Pro Se Claimants for Hearings Concerning Claim Objections [ECF No. 20025] **[Case No. 17-3283, ECF No. 20067]**

    B. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**.

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: William Román Morales, *pro se*

2. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:

    A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by John Galano (Claim No. 173713) **[Case No. 17-3283, ECF No. 18158]** (Response Form submitted, claimant will not attend)

Replies, Joinders & Statements:

    A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18109, 18110, 18120, 18123, 18139, 18158, 18159, 18165, 18166, 18177, 18184, 18197, 18218, 18234, 18237, 18376, 18480, 18507, 18530, 19033, 19037, 19046, 19125, 19202, 19803] to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 19990]**

Related Documents:

    A. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
   B. Objecting Parties: John Galano, *pro se*

3. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred
Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico,
Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation
Authority, Employees Retirement System of the Government of the Commonwealth of
Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No.
17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed
      by Iris García Santiago (Claim No. 168000) **[Case No. 17-3283, ECF No. 19997–
      1, 2]** (Response Form not returned)

Replies, Joinders & Statements:
   A. Notice of Correspondence Regarding the Three Hundred Seventy-Fourth Omnibus
      Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico
      Sales Tax Financing Authority, the Puerto Rico Highways and Transportation
      Authority, the Employees Retirement System of the Government of the
      Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to
      Late-Filed Claims **[Case No. 17-3283, ECF No. 19997]**

Related Documents:
   A. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth
      Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**.

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
   B. Objecting Parties: Iris García Santiago, *pro se*

4. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Juan Pablo Lugo Ruberte (Claim No. 168595) **[Case No. 17-3283, ECF No. 19997–5, 6]** (Response Form not returned)

Replies, Joinders & Statements:
   A. Notice of Correspondence Regarding the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 19997]**

Related Documents:
   A. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**.

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
   B. Objecting Parties: Juan Pablo Lugo Ruberte, *pro se*

5. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:

    A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Inés Lugo Santana (Claim No. 173121) **[Case No. 17-3283, ECF No. 18166]** (Response Form not returned)

Replies, Joinders & Statements:

    A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18109, 18110, 18120, 18123, 18139, 18158, 18159, 18165, 18166, 18177, 18184, 18197, 18218, 18234, 18237, 18376, 18480, 18507, 18530, 19033, 19037, 19046, 19125, 19202, 19803] to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 19990]**

Related Documents:

    A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–6]**

    B. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Inés Lugo Santana, *pro se*

6. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:

    A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Maria Soto Villares (Claim No. 167899) **[Case No. 17-3283, ECF No. 18123]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18109, 18110, 18120, 18123, 18139, 18158, 18159, 18165, 18166, 18177, 18184, 18197, 18218, 18234, 18237, 18376, 18480, 18507, 18530, 19033, 19037, 19046, 19125, 19202, 19803] to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 19990]**

Related Documents:
    A. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Maria Soto Villares, *pro se*

7. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Jack Mercado De Jesus (Claim No. 173757) **[Case No. 17-3283, ECF No. 18184]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18109, 18110, 18120, 18123, 18139, 18158, 18159, 18165, 18166, 18177, 18184, 18197, 18218, 18234, 18237, 18376, 18480, 18507, 18530, 19033, 19037, 19046, 19125, 19202,

19803] to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 19990]**

Related Documents:
   A. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
   B. Objecting Parties: Jack Mercado De Jesus, *pro se*

8. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Sergio Morales Camacho (Claim No. 167986) **[Case No. 17-3283, ECF No. 18376]** (Response Form not returned)

Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18109, 18110, 18120, 18123, 18139, 18158, 18159, 18165, 18166, 18177, 18184, 18197, 18218, 18234, 18237, 18376, 18480, 18507, 18530, 19033, 19037, 19046, 19125, 19202, 19803] to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 19990]**

Related Documents:
   A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–11]**

B.  Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A.  Debtors: Laura Stafford and Brian Rosen, 5 minutes
B.  Objecting Parties: Sergio Morales Camacho, *pro se*

9.  **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
A.  Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by José Rafael Ortiz Solis (Claim No. 171301) **[Case No. 17-3283, ECF No. 19999–1, 2]** (Response Form not returned)

Replies, Joinders & Statements:
A.  Notice of Correspondence Regarding the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 19999]**

Related Documents:
A.  Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**.

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
    B. <u>Objecting Parties</u>: José Rafael Ortiz Solis, *pro se*

10. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

<u>Objection Deadline</u>:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
    A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Wesley Oswald (Claim No. 173735) **[Case No. 17-3283, ECF No. 18109]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:
    A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18109, 18110, 18120, 18123, 18139, 18158, 18159, 18165, 18166, 18177, 18184, 18197, 18218, 18234, 18237, 18376, 18480, 18507, 18530, 19033, 19037, 19046, 19125, 19202, 19803] to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 19990]**

<u>Related Documents</u>:
    A. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  10 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
    B. <u>Objecting Parties</u>: Wesley Oswald, *pro se*

11. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of

Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Amilda Pérez Nieves (Claim No. 171116) **[Case No. 17-3283, ECF Nos. 20000–1, 20002–1]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 20000]**

    B. Notice of Correspondence Regarding the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 20002]**

Related Documents:
    A. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**.

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Amilda Pérez Nieves, *pro se*

12. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A.  Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Miriam Plaza Cruz (Claim No. 167977) **[Case No. 17-3283, ECF No. 19202]** (Response Form not returned)

Replies, Joinders & Statements:
    A.  Reply of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18109, 18110, 18120, 18123, 18139, 18158, 18159, 18165, 18166, 18177, 18184, 18197, 18218, 18234, 18237, 18376, 18480, 18507, 18530, 19033, 19037, 19046, 19125, 19202, 19803] to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 19990]**

Related Documents:
    A.  Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–17]**

    B.  Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Miriam Plaza Cruz, *pro se*

13. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:

 A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Maria Vianey Rosario Cuevas (Claim No. 173790) **[Case No. 17-3283, ECF No. 19996–1, 2]** (Response Form submitted, claimant will attend)

Replies, Joinders & Statements:

 A. Notice of Correspondence Regarding the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 19996]**

Related Documents:

 A. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**..

Status:  This matter is going forward.

Estimated Time Required:  15 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

 A. Debtors: Laura Stafford and Brian Rosen, 3 minutes
 B. Objecting Parties: Maria Vianey Rosario Cuevas, *pro se,* 10 minutes
 C. Debtors: Laura Stafford and Brian Rosen, 2 minutes

14. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:

 A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Nydia Febo Vázquez (Claim No. 168048) **[Case No. 17-3283, ECF No. 18177]** (Response Form submitted, claimant will attend)

Replies, Joinders & Statements:

 A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and

the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18109, 18110, 18120, 18123, 18139, 18158, 18159, 18165, 18166, 18177, 18184, 18197, 18218, 18234, 18237, 18376, 18480, 18507, 18530, 19033, 19037, 19046, 19125, 19202, 19803] to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 19990]**

Related Documents:

A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–7]**

B. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Laura Stafford and Brian Rosen, 3 minutes
B. Objecting Parties: Nydia Febo Vázquez, *pro se,* 10 minutes
C. Debtors: Laura Stafford and Brian Rosen, 2 minutes

[*Remainder of Page Intentionally Left Blank*]

IV.   **CONTESTED CLAIM OBJECTIONS (beginning at 9:30 a.m. Atlantic Standard Time on February 17, 2022):**

1.   **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A.  Response to Three Hundred Seventy-Fourth Omnibus Objections to Claims, filed by Zobeida Medina Serrano (Claim Nos. 179428 and 179433) **[Case No. 17-3283, ECF No. 18110] (**Response Form submitted, claimant will not attend)

Replies, Joinders & Statements:
  A.  Reply of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18109, 18110, 18120, 18123, 18139, 18158, 18159, 18165, 18166, 18177, 18184, 18197, 18218, 18234, 18237, 18376, 18480, 18507, 18530, 19033, 19037, 19046, 19125, 19202, 19803] to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 19990]**

Related Documents:
  A.  Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–3]**

  B.  Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

  A.  Debtors: Laura Stafford and Brian Rosen, 5 minutes
  B.  Objecting Parties: Zobeida Medina Serrano, *pro se*

2. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Roberto Berrios Castrodad (Claim No. 179463) **[Case No. 17-3283, ECF No. 19037]** (Response Form not returned)

Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18109, 18110, 18120, 18123, 18139, 18158, 18159, 18165, 18166, 18177, 18184, 18197, 18218, 18234, 18237, 18376, 18480, 18507, 18530, 19033, 19037, 19046, 19125, 19202, 19803] to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 19990]**

Related Documents:
   A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–16]**

   B. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
   B. Objecting Parties: Roberto Berrios Castrodad, *pro se*

3. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of

Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
A.  Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Jaime Díaz O'Neill (Claim No. 178975) **[Case No. 17-3283, ECF No. 19125]** (Response Form not returned)

B.  Supplemental Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Jaime Díaz O'Neill  (Claim No. 178975) **[Case No. 17-3283, 19142]** (Response Form not returned)

C.  Supplemental Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Jaime Díaz O'Neill (Claim No. 178975) **[Case No. 17-3283, ECF No. 19507]** (Response Form not returned)

Replies, Joinders & Statements:
A.  Reply of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18109, 18110, 18120, 18123, 18139, 18158, 18159, 18165, 18166, 18177, 18184, 18197, 18218, 18234, 18237, 18376, 18480, 18507, 18530, 19033, 19037, 19046, 19125, 19202, 19803] to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 19990]**

Related Documents:
A.  Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
B. Objecting Parties: Jaime Díaz O'Neill, *pro se*[5]

---

[5] Jaime Díaz O'Neill did not submit a response form, therefore no time has been allocated to Mr. Díaz O'Neill.  In the event that Mr. Díaz O'Neill attends the hearing, the Oversight Board respectfully requests that 10 minutes of time be allocated to Mr. Díaz O'Neill.

4. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline: September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Facunda Martínez Colón (Claim No. 179193) **[Case No. 17-3283, ECF No. 18159]** (Response Form submitted, claimant will not attend)

Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18109, 18110, 18120, 18123, 18139, 18158, 18159, 18165, 18166, 18177, 18184, 18197, 18218, 18234, 18237, 18376, 18480, 18507, 18530, 19033, 19037, 19046, 19125, 19202, 19803] to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 19990]**

Related Documents:
   A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–4]**

   B. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
   B. Objecting Parties: Facunda Martínez Colón, *pro se*

5. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of

Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline: September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Melvin Lynn Revocable Trust (Claim No. 179204) **[Case No. 17-3283, ECF No. 18139]** (Response Form not returned)

  B. Supplemental Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Melvin Lynn Revocable Trust (Claim No. 179204) **[Case No. 17-3283, ECF No. 18377]** (Response Form not returned)

  C. Supplemental Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Melvin Lynn Revocable Trust (Claim No. 179204) **[Case No. 17-3283, ECF No. 20060]** (Response Form not returned)

Replies, Joinders & Statements:
  A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18109, 18110, 18120, 18123, 18139, 18158, 18159, 18165, 18166, 18177, 18184, 18197, 18218, 18234, 18237, 18376, 18480, 18507, 18530, 19033, 19037, 19046, 19125, 19202, 19803] to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 19990]**

Related Documents:
  A. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**

Status: This matter is going forward.

Estimated Time Required: 10 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

  A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
  B. Objecting Parties: Melvin Lynn Revocable Trust, Melvin Lynn, *pro se*

6. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of

Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Hermenegildo Rodríguez González (Claim No. 179457) **[Case No. 17-3283, ECF No. 18234]** (Response Form submitted, claimant will not attend)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18109, 18110, 18120, 18123, 18139, 18158, 18159, 18165, 18166, 18177, 18184, 18197, 18218, 18234, 18237, 18376, 18480, 18507, 18530, 19033, 19037, 19046, 19125, 19202, 19803] to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 19990]**

Related Documents:
    A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–9]**

    B. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Hermenegildo Rodríguez González, *pro se*

7. **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
>    A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Celia Pilar Santiago Ortiz (Claim No. 179439) **[Case No. 17-3283, ECF No. 19995–7, 8]** (Response Form not returned)

Replies, Joinders & Statements:
>    A. Notice of Correspondence Regarding the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 19995]**

Related Documents:
>    A. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**.

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

>    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
>    B. Objecting Parties: Celia Pilar Santiago Ortiz, *pro se*

8.   **Three Hundred Seventy-Fourth Omnibus Objection to Claims.** Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

**Three Hundred Eighty-First Omnibus Objection to Claims.** Three Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed By Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17917]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
 A. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Myriam Gandia (Claim No. 179447) **[Case No. 17-3283, ECF No. 18165]** (Response Form not returned)

 B. Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by Myriam Gandia (Claim No. 173753) **[Case No. 17-3283, ECF No. 18165]** (Response Form not returned)

Replies, Joinders & Statements:
 A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Authority, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18109, 18110, 18120, 18123, 18139, 18158, 18159, 18165, 18166, 18177, 18184, 18197, 18218, 18234, 18237, 18376, 18480, 18507, 18530, 19033, 19037, 19046, 19125, 19202, 19803] to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 19990]**

 B. Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18165, 18173, 18175, 18212, 18216, 18217, 18417, 18473, 19153, 19474] to the Three Hundred Eighty-First Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19989]**

Related Documents:
 A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–5]**

 B. Order Concerning Replies in Support of the Three Hundred Seventy-Fourth Omnibus Objection to Claims **[Case No. 17-3283, ECF No. 20113]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

 A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
 B. Objecting Parties: Myriam Gandia, *pro se*

9. **Three Hundred Seventy-Seventh Omnibus Objection to Claims.** Three Hundred Seventy-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement

System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Debtors Are Not Liable **[Case No. 17-3283, ECF No. 17911]**

Objection Deadline: September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Three Hundred Seventy-Seventh Omnibus Objection to Claims, filed by Edwin Ortiz Vazquez (Claim No. 47589) **[Case No. 17-3283, ECF No. 20005–1-4]** (Response Form not returned)

Replies, Joinders & Statements:
   A. Notice of Correspondence Regarding the Three Hundred Seventy-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Proof of Claim No. 47589 **[Case No. 17-3283, ECF No. 20005]**

Related Documents:
   A. Notice of Presentment of Proposed Order Granting the Three Hundred Seventy-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Debtors Are Not Liable (ECF No. 17911) **[Case No. 17-3283, ECF No. 18464]**

   B. Order Granting Three Hundred Seventy-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Debtors Are Not Liable **[Case No. 17-3283, ECF No. 19933]**

Status: This matter is going forward.

Estimated Time Required: 10 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
   B. Objecting Parties: Edwin Ortiz Vazquez, *pro se*

10. **Three Hundred Eightieth Omnibus Objection to Claims.** Three Hundred Eightieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17916]**

<u>Objection Deadline</u>:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
 A. Response to Three Hundred Eightieth Omnibus Objection to Claims, filed by Eliud Ayala Cruz (Claim No. 172052) **[Case No. 17-3283, ECF No. 20006–1, 2]** (Response Form submitted, claimant will attend)

<u>Replies, Joinders & Statements</u>:
 A. Notice of Correspondence Regarding the Three Hundred Eightieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 20006]**

<u>Related Documents</u>:
 A. None.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  15 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

 A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 3 minutes
 B. <u>Objecting Parties</u>: Eliud Ayala Cruz, *pro se*, 10 minutes
 C. <u>Debtors</u>: Laura Stafford and Brian Rosen, 2 minutes

11. **<u>Three Hundred Eightieth Omnibus Objection to Claims.</u>** Three Hundred Eightieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17916]**

<u>Objection Deadline</u>:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
 A. Response to Three Hundred Eightieth Omnibus Objection to Claims, filed by Jorge Colon Florez (Claim No. 168285) **[Case No. 17-3283, ECF No. 20006–5, 6]** (Response Form not returned)

Replies, Joinders & Statements:

    A. Notice of Correspondence Regarding the Three Hundred Eightieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 20006]**

Related Documents:

    A. None.

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Jorge Colon Florez, *pro se*

12. **Three Hundred Eightieth Omnibus Objection to Claims.** Three Hundred Eightieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17916]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:

    A. Response to Three Hundred Eightieth Omnibus Objection to Claims, filed by Julio López Alvarez (Claim No. 171765) **[Case No. 17-3283, ECF No. 20006–7, 8]** (Response Form not returned)

Replies, Joinders & Statements:

    B. Notice of Correspondence Regarding the Three Hundred Eightieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 20006]**

Related Documents:
    A. None.

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Julio López Alvarez, *pro se*

13. **Three Hundred Eightieth Omnibus Objection to Claims.** Three Hundred Eightieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17916]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Eightieth Omnibus Objection to Claims, filed by Julio Cesar Luna Santiago (Claim No. 169013) **[Case No. 17-3283, ECF No. 18098]** (Response Form submitted, claimant will not attend)

    B. Supplemental Response to Three Hundred Eightieth Omnibus Objection to Claims, filed by Julio Cesar Luna Santiago (Claim No. 169013) **[Case No. 17-3283, ECF No. 19177]** (Response Form submitted, claimant will not attend)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Puerto Rico Public Buildings Authority to the Responses [ECF Nos. 18098, 19177] Filed by Julio Luna Santiago to the Three Hundred Eightieth Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19988]**

Related Documents:

    A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–19, 20]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
    B. <u>Objecting Parties</u>: Julio Cesar Luna Santiago, *pro se*

14. **<u>Three Hundred Eighty-Third Omnibus Objection to Claims.</u>** Three Hundred Eighty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17922]**

<u>Objection Deadline</u>:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
    A. Response to Three Hundred Eighty-Third Omnibus Objection to Claims, filed by Carmen López Camacho (Claim No. 179349) **[Case No. 17-3283, ECF No. 19429]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:
    A. Reply of the Commonwealth of Puerto Rico to Response Filed by Claimant Carmen R. López Camacho [ECF No. 19429] to the Three Hundred Eighty-Third Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19992]**

<u>Related Documents</u>:

    A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–40]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  10 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
    B. <u>Objecting Parties</u>: Carmen López Camacho, *pro se*

*[Remainder of Page Intentionally Left Blank]*

## V.   CONTESTED CLAIM OBJECTIONS (beginning at 10:30 a.m. Atlantic Standard Time on February 17, 2022):

1. **Three Hundred Eightieth Omnibus Objection to Claims.** Three Hundred Eightieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17916]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Three Hundred Eightieth Omnibus Objection to Claims, filed by Natanael Ayala Cruz (Claim No. 172114) **[Case No. 17-3283, ECF No. 20006–3, 4]** (Response Form submitted, claimant's response not clear)

Replies, Joinders & Statements:
   A. Notice of Correspondence Regarding the Three Hundred Eightieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 20006]**

Related Documents:
   A. None.

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
   B. Objecting Parties: Natanael Ayala Cruz, *pro se*[6]

---

[6] Although Natanael Ayala Cruz submitted a response form, it is not clear whether Mr. Ayala Cruz intends to attend the hearing, therefore no time has been allocated to Mr. Ayala Cruz.  In the event that Mr. Ayala Cruz attends the hearing, the Oversight Board respectfully requests that 10 minutes of time be allocated to Mr. Ayala Cruz.

2. **Three Hundred Eightieth Omnibus Objection to Claims.** Three Hundred Eightieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17916]**

   Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

   Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

   Responses:
   A. Response to Three Hundred Eightieth Omnibus Objection to Claims, filed by Geraldo Silva Rivera (Claim No. 172107) **[Case No. 17-3283, ECF No. 20006–9, 10]** (Response Form submitted, claimant will attend)

   Replies, Joinders & Statements:
   A. Notice of Correspondence Regarding the Three Hundred Eightieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 20006]**

   Related Documents:
   A. None.

   Status:  This matter is going forward.

   Estimated Time Required:  15 minutes

   Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 3 minutes
   B. Objecting Parties: Geraldo Silva Rivera, *pro se*, 10 minutes
   C. Debtors: Laura Stafford and Brian Rosen, 2 minutes

3. **Three Hundred Eightieth Omnibus Objection to Claims.** Three Hundred Eightieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17916]**

   Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

   Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Eightieth Omnibus Objection to Claims, filed by Wilfredo Silva Rivera (Claim No. 172169) **[Case No. 17-3283, ECF No. 20006–11, 12]** (Response Form submitted, claimant will attend)

Replies, Joinders & Statements:
    B. Notice of Correspondence Regarding the Three Hundred Eightieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 20006]**

Related Documents:
    A. None.

Status:  This matter is going forward.

Estimated Time Required:  15 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 3 minutes
    B. Objecting Parties: Wilfredo Silva Rivera, *pro se,* 10 minutes
    C. Debtors: Laura Stafford and Brian Rosen, 2 minutes

4. **Three Hundred Eighty-First Omnibus Objection to Claims.** Three Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed By Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17917]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by Brenda Asencio Bernardini (Claim No. 174322) **[Case No. 17-3283, ECF No. 18216]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18165, 18173, 18175, 18212, 18216, 18217, 18417, 18473, 19153, 19474] to the Three Hundred Eighty-First Omnibus

Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19989]**

Related Documents:
A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–24]**

Status: This matter is going forward.

Estimated Time Required: 10 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
B. Objecting Parties: Brenda Asencio Bernardini, *pro se*

5. **Three Hundred Eighty-First Omnibus Objection to Claims.** Three Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed By Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17917]**

Objection Deadline: September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
A. Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by Elia Castro (Claim No. 174452) **[Case No. 17-3283, ECF No. 18417]** (Response Form not returned)

Replies, Joinders & Statements:
A. Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18165, 18173, 18175, 18212, 18216, 18217, 18417, 18473, 19153, 19474] to the Three Hundred Eighty-First Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19989]**

Related Documents:
A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–26]**

Status: This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A.  Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B.  Objecting Parties: Elia Castro, *pro se*

6.  **Three Hundred Eighty-First Omnibus Objection to Claims.** Three Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed By Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17917]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A.  Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by Marlene García Miranda (Claim No. 174222) **[Case No. 17-3283, ECF No. 18175]** (Response Form not returned)

Replies, Joinders & Statements:
    A.  Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18165, 18173, 18175, 18212, 18216, 18217, 18417, 18473, 19153, 19474] to the Three Hundred Eighty-First Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19989]**

Related Documents:
    A.  Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–22]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A.  Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B.  Objecting Parties: Marlene García Miranda, *pro se*

7. **Three Hundred Eighty-First Omnibus Objection to Claims.** Three Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed By Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17917]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by Elena Laboy Christian (Claim No. 174570) **[Case No. 17-3283, ECF No. 18473]** (Response Form not returned)

Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18165, 18173, 18175, 18212, 18216, 18217, 18417, 18473, 19153, 19474] to the Three Hundred Eighty-First Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19989]**

Related Documents:
   A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–27]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
   B. Objecting Parties: Elena Laboy Christian, *pro se*

8. **Three Hundred Eighty-First Omnibus Objection to Claims.** Three Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed By Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17917]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A. Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by Gloria Maria Lebrón Crespo (Claim No. 173516) **[Case No. 17-3283, ECF No. 19153]** (Response Form not returned)

Replies, Joinders & Statements:
  A. Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18165, 18173, 18175, 18212, 18216, 18217, 18417, 18473, 19153, 19474] to the Three Hundred Eighty-First Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19989]**

Related Documents:
  A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–28]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

  A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
  B. Objecting Parties: Gloria Maria Lebrón Crespo, *pro se*

9. **Three Hundred Eighty-First Omnibus Objection to Claims.** Three Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed By Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17917]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A. Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by Lucinda Martínez Quiñones (Claim No. 174460) **[Case No. 17-3283, ECF No. 18213]** (Response Form not returned)

Replies, Joinders & Statements:
  A. Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18165, 18173, 18175, 18212, 18216, 18217, 18417, 18473, 19153, 19474] to the Three Hundred Eighty-First Omnibus

Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19989]**

Related Documents:
    A.  Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–30]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A.  Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B.  Objecting Parties: Lucinda Martínez Quiñones, *pro se*

10.  **Three Hundred Eighty-First Omnibus Objection to Claims.** Three Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed By Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17917]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A.  Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by Jose Orlando Ortiz Ortiz (Claim No. 174125) **[Case No. 17-3283, ECF No. 20007–3, 4]** (Response Form not returned)

Replies, Joinders & Statements:
    A.  Notice of Correspondence Regarding the Three Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Proofs of Claim Nos. 173011 and 174125 **[Case No. 17-3283, ECF No. 20007]**

Related Documents:
    A.  None.

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
    B. <u>Objecting Parties</u>: Jose Orlando Ortiz Ortiz, *pro se*

11. **<u>Three Hundred Eighty-First Omnibus Objection to Claims.</u>** Three Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed By Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17917]**

<u>Objection Deadline</u>:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
    A. Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by Wilfredo Pagán Duran (Claim No. 174470) **[Case No. 17-3283, ECF No. 18212]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:
    A. Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18165, 18173, 18175, 18212, 18216, 18217, 18417, 18473, 19153, 19474] to the Three Hundred Eighty-First Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19989]**

<u>Related Documents</u>:
    A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–23]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  10 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
    B. <u>Objecting Parties</u>:  Wilfredo Pagán Duran, *pro se*

12. **<u>Three Hundred Eighty-First Omnibus Objection to Claims.</u>** Three Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico,

and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities
Owed By Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17917]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by
      José Rodríguez Arroyo (Claim No. 174583) **[Case No. 17-3283, ECF No. 18217]**
      (Response Form submitted, claimant's response not clear)

Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of
      the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public
      Buildings Authority to Responses [ECF Nos. 18165, 18173, 18175, 18212, 18216,
      18217, 18417, 18473, 19153, 19474] to the Three Hundred Eighty-First Omnibus
      Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities
      That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19989]**

Related Documents:
   A. Motion Submitting Certified Translations in Connection with Docketed Claim
      Objection Responses To Be Heard at the February 16-17, 2022 Adjourned
      Objection Hearing **[Case No. 17-3283, ECF No. 19998–25]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
   B. Objecting Parties: José Rodríguez Arroyo, *pro se*[7]

13. **Three Hundred Eighty-First Omnibus Objection to Claims.** Three Hundred Eighty-
    First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the
    Employees Retirement System of the Government of the Commonwealth of Puerto Rico,
    and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities
    Owed By Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17917]**

    Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

---

[7] Although José Rodríguez Arroyo submitted a response form, it is not clear whether Mr. Rodríguez Arroyo intends
to attend the hearing, therefore no time has been allocated to Mr. Rodríguez Arroyo.  In the event that Mr. Rodríguez
Arroyo attends the hearing, the Oversight Board respectfully requests that 10 minutes of time be allocated to Mr.
Rodríguez Arroyo.

<u>Reply Deadline</u>: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
    A.  Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by Luciano Silva Rivera (Claim No. 173011) **[Case No. 17-3283, ECF No. 20007–1, 2]** (Response Form submitted, claimant will attend)

<u>Replies, Joinders & Statements</u>:

    A.  Notice of Correspondence Regarding the Three Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Proofs of Claim Nos. 173011 and 174125 **[Case No. 17-3283, ECF No. 20007]**

<u>Related Documents</u>:
      A.  None.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  15 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 3 minutes
    B. <u>Objecting Parties</u>: Luciano Silva Rivera, *pro se*, 10 minutes
    C. <u>Debtors</u>: Laura Stafford and Brian Rosen, 2 minutes

*[Remainder of Page Intentionally Left Blank]*

## VI.   CONTESTED CLAIM OBJECTIONS (beginning at 11:30 a.m. Atlantic Standard Time on February 17, 2022):

1. **Three Hundred Eighty-First Omnibus Objection to Claims.** Three Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed By Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17917]**

   Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

   Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

   Responses:
      A. Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by Brenda Ortiz Castellano (Claim No. 175075) **[Case No. 17-3283, ECF No. 18173]** (Response Form not returned)

   Replies, Joinders & Statements:
      A. Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18165, 18173, 18175, 18212, 18216, 18217, 18417, 18473, 19153, 19474] to the Three Hundred Eighty-First Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19989]**

   Related Documents:
      A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–21]**

   Status:  This matter is going forward.

   Estimated Time Required:  10 minutes

   Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

      A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
      B. Objecting Parties: Brenda Ortiz Castellano, *pro se*

2. **Three Hundred Eighty-First Omnibus Objection to Claims.** Three Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed By Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17917]**

   Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
    A. Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by Angel Reyes Miranda (Claim No. 174960) **[Case No. 17-3283, ECF No. 18263]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:
    A. Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Responses [ECF Nos. 18165, 18173, 18175, 18212, 18216, 18217, 18417, 18473, 19153, 19474] to the Three Hundred Eighty-First Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19989]**

<u>Related Documents</u>:
    A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–31]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  10 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford and Brian Rosen, 5 minutes
    B. <u>Objecting Parties</u>: Angel Reyes Miranda, *pro se*

3. **<u>Three Hundred Eighty-Second Omnibus Objection to Claims.</u>** Three Hundred Eighty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owned by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17920]**

<u>Objection Deadline</u>:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
    A. Response to Three Hundred Eighty-Second Omnibus Objections to Claims, filed by Hilda Cruz Román (Claim Nos. 176520 and 178145) **[Case No. 17-3283, ECF No. 19344]** (Response Form not returned)

<u>Replies, Joinders & Statements</u>:
    A. Reply of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to the Responses [ECF

Nos. 18054, 18055, 18171, 18250, 18262, 18265, 18309, and 19344] to the Three Hundred Eighty-Second Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owned by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19991]**

Related Documents:
   A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–39]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
   B. Objecting Parties: Hilda Cruz Román, *pro se*

4. **Three Hundred Eighty-Second Omnibus Objection to Claims.** Three Hundred Eighty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owned by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17920]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Three Hundred Eighty-Second Omnibus Objections to Claims, filed by Damaris Martínez Centeno (Claim No. 176315) **[Case No. 17-3283, ECF No. 18055]** (Response Form not returned)

Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to the Responses [ECF Nos. 18054, 18055, 18171, 18250, 18262, 18265, 18309, and 19344] to the Three Hundred Eighty-Second Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owned by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19991]**

Related Documents:
   A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–33]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Damaris Martínez Centeno, *pro se*

5.  **Three Hundred Eighty-Second Omnibus Objection to Claims.** Three Hundred Eighty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owned by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17920]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:

    A. Response to Three Hundred Eighty-Second Omnibus Objections to Claims, filed by Elizabeth Martínez Centeno (Claim No. 176117) **[Case No. 17-3283, ECF No. 18054]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to the Responses [ECF Nos. 18054, 18055, 18171, 18250, 18262, 18265, 18309, and 19344] to the Three Hundred Eighty-Second Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owned by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19991]**

Related Documents:
    A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–32]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Elizabeth Martínez Centeno, *pro se*

6. **Three Hundred Eighty-Second Omnibus Objection to Claims.** Three Hundred Eighty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owned by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17920]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Eighty-Second Omnibus Objections to Claims, filed by Millie Ramos Pérez (Claim No. 176003) **[Case No. 17-3283, ECF No. 18309]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to the Responses [ECF Nos. 18054, 18055, 18171, 18250, 18262, 18265, 18309, and 19344] to the Three Hundred Eighty-Second Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owned by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19991]**

Related Documents:
    A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–38]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Millie Ramos Pérez, *pro se*

7. **Three Hundred Eighty-Second Omnibus Objection to Claims.** Three Hundred Eighty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owned by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17920]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Three Hundred Eighty-Second Omnibus Objections to Claims, filed by Maria Enid Roca Troche (Claim No. 178337) **[Case No. 17-3283, ECF No. 20008–1, 2]** (Response Form not returned)

Replies, Joinders & Statements:
   A. Notice of Correspondence Regarding Three Hundred Eighty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owned by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 20008]**

Related Documents:
   A. None.

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
   B. Objecting Parties: Maria Enid Roca Troche, *pro se*

8. **Three Hundred Eighty-Second Omnibus Objection to Claims.** Three Hundred Eighty-Second Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owned by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17920]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Three Hundred Eighty-Second Omnibus Objections to Claims, filed by Aixa Edmee Rodríguez Fernández (Claim No. 178223) **[Case No. 17-3283, ECF No. 18171]** (Response Form not returned)

   B. Supplemental Response to Three Hundred Eighty-Second Omnibus Objections to Claims, filed by Aixa Edmee Rodríguez Fernández (Claim No. 178223) **[Case No. 17-3283, ECF No. 19823]** (Response Form not returned)

Replies, Joinders & Statements:

   A. Reply of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to the Responses [ECF

Nos. 18054, 18055, 18171, 18250, 18262, 18265, 18309, and 19344] to the Three Hundred Eighty-Second Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owned by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19991]**

Related Documents:
A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–34]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
B. Objecting Parties: Aixa Edmee Rodríguez Fernández, *pro se*

9. **Three Hundred Eighty-Second Omnibus Objection to Claims.** Three Hundred Eighty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owned by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17920]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:

A. Response to Three Hundred Eighty-Second Omnibus Objections to Claims, filed by Jacqueline Rosado Colón (Claim No. 178406) **[Case No. 17-3283, ECF No. 20008–3, 4]** (Response Form not returned)

Replies, Joinders & Statements:
A. Notice of Correspondence Regarding Three Hundred Eighty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owned by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 20008]**

Related Documents:
A. None.

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Jacqueline Rosado Colón, *pro se*

10. **Three Hundred Eighty-Second Omnibus Objection to Claims.** Three Hundred Eighty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owned by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17920]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Eighty-Second Omnibus Objections to Claims, filed by Ann Ruiz (Claim No. 176202) **[Case No. 17-3283, ECF No. 18250]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to the Responses [ECF Nos. 18054, 18055, 18171, 18250, 18262, 18265, 18309, and 19344] to the Three Hundred Eighty-Second Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owned by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19991]**

Related Documents:
    A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–35]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Ann Ruiz, *pro se*

11. **Three Hundred Eighty-Second Omnibus Objection to Claims.** Three Hundred Eighty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owned by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17920]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Three Hundred Eighty-Second Omnibus Objections to Claims, filed by Amarilis Santana Velázquez (Claim No. 178024) **[Case No. 17-3283, ECF No. 18265]** (Response Form not returned)

Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to the Responses [ECF Nos. 18054, 18055, 18171, 18250, 18262, 18265, 18309, and 19344] to the Three Hundred Eighty-Second Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owned by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19991]**

Related Documents:
   A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–37]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
   B. Objecting Parties: Amarilis Santana Velázquez, *pro se*

12. **Three Hundred Eighty-Second Omnibus Objection to Claims.** Three Hundred Eighty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owned by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 17920]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A.  Response to Three Hundred Eighty-Second Omnibus Objections to Claims, filed
      by Wilson Velázquez Pierantoni (Claim No. 178412) **[Case No. 17-3283, ECF No.
      18262]** (Response Form not returned)

Replies, Joinders & Statements:
  A.  Reply of the Commonwealth of Puerto Rico and the Employees Retirement System
      of the Government of the Commonwealth of Puerto Rico to the Responses [ECF
      Nos. 18054, 18055, 18171, 18250, 18262, 18265, 18309, and 19344] to the Three
      Hundred Eighty-Second Omnibus Objection (Substantive) to Employee Claims
      Asserting Liabilities Owned by Entities That Are Not Title III Debtors **[Case No.
      17-3283, ECF No. 19991]**

Related Documents:
  A.  Motion Submitting Certified Translations in Connection with Docketed Claim
      Objection Responses To Be Heard at the February 16-17, 2022 Adjourned
      Objection Hearing **[Case No. 17-3283, ECF No. 19998–36]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

  A.  Debtors: Laura Stafford and Brian Rosen, 5 minutes
  B.  Objecting Parties: Wilson Velázquez Pierantoni, *pro se*

13. **Three Hundred Ninety-Third Omnibus Objection to Claims.** Three Hundred Ninety-
    Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the
    Employees Retirement System of the Government of the Commonwealth of Puerto Rico
    to Late-Filed Claims **[Case No. 17-3283, ECF No. 17975]**

Objection Deadline:  October 18, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A.  Response to Three Hundred Ninety-Third Omnibus Objection to Claims, filed by
      Janet Colón Cosme (Claim Nos. 179470, 179471 and 179472) **[Case No. 17-3283,
      ECF No. 18170]** (Response Form not returned)

Replies, Joinders & Statements:
  A.  Reply of the Commonwealth of Puerto Rico and the Employees Retirement System
      of the Government of the Commonwealth of Puerto Rico to Responses Filed by
      Janet Colon Cosme [ECF No. 18170], Carlos E. Galan Kercado [ECF No. 18169],
      and William Maldonado Morales [ECF No. 18553] to the Three Hundred Ninety-

Third Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 20013]**

Related Documents:
    A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–43]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Janet Colón Cosme, *pro se*

14. **Three Hundred Ninety-Third Omnibus Objection to Claims.** Three Hundred Ninety-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Late-Filed Claims **[Case No. 17-3283, ECF No. 17975]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Ninety-Third Omnibus Objection to Claims, filed by Carlos Galán Kercadó (Claim Nos. 179467, 179468 and 179469) **[Case No. 17-3283, ECF No. 18169]** (Response Form not returned)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Janet Colon Cosme [ECF No. 18170], Carlos E. Galan Kercado [ECF No. 18169], and William Maldonado Morales [ECF No. 18553] to the Three Hundred Ninety-Third Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 20013]**

Related Documents:
    A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–42]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 5 minutes
    B. Objecting Parties: Carlos Galán Kercadó, *pro se*

15. **Three Hundred Ninety-Third Omnibus Objection to Claims.** Three Hundred Ninety-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Late-Filed Claims **[Case No. 17-3283, ECF No. 17975]**

Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: February 3, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Three Hundred Ninety-Third Omnibus Objection to Claims, filed by William Maldonado Morales (Claim No. 179488) **[Case No. 17-3283, ECF No. 18553]** (Response Form submitted, claimant will attend)

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Janet Colon Cosme [ECF No. 18170], Carlos E. Galan Kercado [ECF No. 18169], and William Maldonado Morales [ECF No. 18553] to the Three Hundred Ninety-Third Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 20013]**

Related Documents:
    A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the February 16-17, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19998–41]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 3 minutes
    B. Objecting Parties: William Maldonado Morales, *pro se,* 10 minutes
    C. Debtors: Laura Stafford and Brian Rosen, 2 minutes

[*Remainder of Page Intentionally Left Blank*]

## VII.  ADJOURNED CURE AMOUNT OBJECTIONS

1.  **Ricoh Puerto Rico Inc.'s Objection to Cure Amounts**. Ricoh Puerto Rico Inc.'s Motion Objecting Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19498]**

    Description:  Objection by Ricoh Puerto Rico Inc. to cure costs related to executory contracts or unexpired leases to be assumed pursuant to the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated January 14, 2022 (ECF No. 19784 in Case No. 17-3283).

    Reply Deadline:  March 16, 2022 at 5:00 p.m. (Atlantic Standard Time).

    Replies:
    A. None.

    Related Documents:
    A.  Notice of Executory Contracts and Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19353]**

    B.  Order Scheduling Hearing on Objections to Proposed Cure Amounts **[Case No. 17-3283, ECF No. 19523]**

    C.  Urgent Consensual Motion for Extension of Response Deadline **[Case No. 17-3283, ECF No. 19811]**

    D.  Order Granting Urgent Consensual Motion for Extension of Response Deadline **[Case No. 17-3283, ECF No. 19839]**

    E.  Second Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 19892]**

    F.  Order Granting the Second Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 19900]**

    G.  Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20082]**

    H.  Order Granting the Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20092]**

    Status:  This matter has been adjourned to the March 23, 2022 omnibus hearing.

    Estimated Time Required:  N/A.

2. **Orlando Santiago Amador's Objection to Cure Amounts**. Motion Objecting Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases to be Assumed with Servicentro Ciales, Inc. Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19501]**

Description:  Objection by Orlando Santiago Amador to cure costs related to executory contracts or unexpired leases to be assumed pursuant to the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated January 14, 2022 (ECF No. 19784 in Case No. 17-3283).

Reply Deadline:  March 16, 2022 at 5:00 p.m. (Atlantic Standard Time).

Replies:
   A.  None.

Related Documents:
   A.  Notice of Executory Contracts and Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19353]**

   B.  Order Scheduling Hearing on Objections to Proposed Cure Amounts **[Case No. 17-3283, ECF No. 19523]**

   C.  Urgent Consensual Motion for Extension of Response Deadline **[Case No. 17-3283, ECF No. 19811]**

   D.  Order Granting Urgent Consensual Motion for Extension of Response Deadline **[Case No. 17-3283, ECF No. 19839]**

   E.  Second Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 19892]**

   F.  Order Granting the Second Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 19900]**

   G.  Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20082]**

   H.  Order Granting the Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20092]**

Status:  This matter has been adjourned to the March 23, 2022 omnibus hearing.

Estimated Time Required:  N/A.

3. **FISA, SE's Objection to Cure Amount**.  FISA SE Objection to Cure Amount **[Case No. 17-3283, ECF No. 19505]**

Description:  Objection by FISA, S.E. to cure costs related to executory contracts or unexpired leases to be assumed pursuant to the *Modified Eighth Amended Title III Joint*

*Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated January 14, 2022 (ECF No. 19784 in Case No. 17-3283).

Reply Deadline:  March 16, 2022 at 5:00 p.m. (Atlantic Standard Time).

Replies:
    A.  None.

Related Documents:
    A.  Notice of Executory Contracts and Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19353]**

    B.  Order Scheduling Hearing on Objections to Proposed Cure Amounts **[Case No. 17-3283, ECF No. 19523]**

    C.  Urgent Consensual Motion for Extension of Response Deadline **[Case No. 17-3283, ECF No. 19811]**

    D.  Order Granting Urgent Consensual Motion for Extension of Response Deadline **[Case No. 17-3283, ECF No. 19839]**

    E.  Second Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 19892]**

    F.  Order Granting the Second Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 19900]**

    G.  Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20082]**

    H.  Order Granting the Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20092]**

Status:  This matter has been adjourned to the March 23, 2022 omnibus hearing.

Estimated Time Required:  N/A.

*[Remainder of Page Intentionally Left Blank]*

Dated: February 14, 2022
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Brian S. Rosen*
Martin J. Bienenstock
Brian S. Rosen
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

## **Exhibit A**

**Form of Notice**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF HEARING AS TO CERTAIN CLAIMS SUBJECT TO THE THREE HUNDRED THIRTY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO PENSION-RELATED CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR

**PLEASE TAKE NOTICE THAT** the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," or the "Debtor"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as ERS's sole Title III representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] filed the *Three Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Incorrect Debtor Claims* (the "Omnibus Objection") with the United States District Court for the District of Puerto Rico (the "Court").[2]

**PLEASE TAKE FURTHER NOTICE THAT** if your claim(s) is/are listed on Exhibit A to this Notice of Hearings, a hearing will be held on your claim(s) on **February 16, 2022**, at **9:30 a.m. Atlantic Standard Time** (8:30 a.m. Eastern Standard Time) (the "February 16 Claim Objection Hearing") before The Honorable Laura Taylor Swain at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. You may appear and speak at the February 16 Claim Objection Hearing. You should complete and return the claimant response form (the "Response Form"), attached to this Notice of Hearing as Attachment 1, to indicate whether you intend to attend the February 16 Claim Objection Hearing.

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Omnibus Objection.

---

### KEY POINTS

- **PLEASE CHECK IF YOUR CLAIM(S) IS/ARE LISTED ON <u>EXHIBIT A</u> TO THIS NOTICE**

- If your claim(s) is/are listed on <u>Exhibit A</u> to this Notice of Hearing, a hearing regarding your claim(s) against the Commonwealth, HTA, or ERS has been scheduled for February 16, 2022 at the time listed on Exhibit A. To indicate whether you intend to attend the February 16 Claim Objection Hearing, please complete and return the Response Form attached to this Notice of Hearing as Attachment 1.

- If your claim(s) is/are not listed on <u>Exhibit A</u> to this Notice of Hearing, you SHOULD NOT appear at the February 16 Claim Objection Hearing.

- In the event that public health conditions require cancellation of the hearing, the Oversight Board will provide notice of the cancellation to you, and the hearing will be rescheduled for another date.

- Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.

- **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available). DO NOT call the Court.**

---

**February 16 Claim Objection Hearing on the Omnibus Objection.** If your claim is listed on **<u>Exhibit A</u>** to this Notice of Hearing, a hearing will be held on the Omnibus Objection as to your claim on **February 16, 2022**, at **9:30 a.m. Atlantic Standard Time** (8:30 a.m. Eastern Standard Time), before The Honorable Laura Taylor Swain of the United States District Court for the District of Puerto Rico. **You may appear and speak at the hearing at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.**

**Availability of Interpretation Services at February 16 Claim Objection Hearing.** For any claimant who may require Spanish-language interpretation services, the Debtors will provide a certified Spanish-language interpreter. Each claimant is also free to bring to the hearing, at his or her own expense, a certified Spanish-English interpreter if such claimant does not wish to utilize the services of the interpreter provided by the Debtors.

**Response Forms to Be Submitted Prior to the February 16 Claim Objection Hearing.** To assist in preparing for and managing attendance at the hearing, any party whose claim is listed on **<u>Exhibit A</u>** to this Notice of Hearing should submit the Response Form. The Response Form will provide the Debtors and the Court staff important information regarding which claimants intend to appear at the February 16 Claim Objection Hearing, whether claimants intend to bring their own interpreters to the hearing or to rely on the interpreter provided by the

2

Debtors, and whether claimants intend to submit additional supporting documentation in connection with their claim.

Response Forms must be submitted to Prime Clerk by **4:00 p.m. (Atlantic Standard Time) on February 9, 2022**. You may submit your Response Form to Prime Clerk by email and/or mail.

> **Email**: puertoricoinfo@primeclerk.com
> **Mailing Address**: Commonwealth of Puerto Rico Claims Processing Center
> c/o Primer Clerk LLC
> 850 Third Avenue
> Suite 412
> Brooklyn, NY 11232.

**DO NOT send your Response Form to the Court. Doing so may result in delayed processing and exclusion from participation in the February 16 Claim Objection Hearing.**

**Additional Documentation in Support of Your Claim(s)**. If you wish to present any additional documentation in support of your claim at the February 16 Claim Objection Hearing, you **must** submit that documentation with your Response Form.

**Safety Procedures at the Hearing**. Participants and visitors will be required to follow the current protocol for in-person hearings and trials during the COVID-19 pandemic at the United States District Court for the District of Puerto Rico. Spaces in the Courthouse will be subject to capacity restrictions, and you must follow directions from court personnel regarding such capacity restrictions. The following rules must be followed at all times while at Court premises:

1. Face masks must be worn at all times. The mask must cover your nose and mouth.

2. While in the courtroom, you must sit in your assigned area and remain seated. You are not allowed to walk around the courtroom.

3. If you need to talk to someone, you must do so in the Atrium and respect social distancing guidelines.

4. Counsel seating area has been rearranged considering proper distancing. Moving chairs is not allowed.

5. Each time individuals speak from the lectern, they should use disinfecting wipes to clean the lectern's surface and the evidence presentation equipment. DO NOT use the wipes to clean the screen located on top of the podium, the controls, or the plexiglass, as the content of the wipes might damage them.

6. Disposable microphone covers provided by Court personnel are to be used each time you speak from the lectern. Remember to remove them when leaving the area.

<u>**Additional Resources and Who to Contact with Questions**</u>

If you have any questions about this Notice of Hearing, about the February 16 Claim Objection Hearing, or about the Response Form, please contact the **Prime Clerk hotline** at **(844) 822-9231**.

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.primeclerk.com/puertorico. This website is maintained by Prime Clerk and includes a searchable database to assist with locating documents.

If you require additional information regarding the status of your response, your claim, this notice, or your Response Form, please contact the Prime Clerk hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Time) (Spanish available). Inquiries may also be sent via email to puertoricoinfo@primeclerk.com. Do not call the Court.

**Attachment 1**
**Claimant Response Form for February 16 Claim Objection Hearing**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## RESPONSE FORM FOR CLAIMS TO BE HEARD
## AT THE FEBRUARY 16 CLAIM OBJECTION HEARING

Claim Number(s): _____

Claimant(s): _____

Attorney Name (if applicable): _____

Best Contact Information for Claimant:

Address: _____

Telephone Number: _____

Email Address: _____

*[Additional pages follow]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| **Please response to the following questions by answering** |
| :---: |
| **-Yes *or* No –** |
| **On the line next to the question.** |

I.    <u>Attendance</u>

_____ I will attend the February 16 Claim Objection Hearing.

_____ I will not attend the February 16 Claim Objection Hearing.

_____ Please move the hearing for my claim to another date. I am requesting the change of
date because: _____

II.   <u>Interpreter Services</u>

_____ I do not need an interpreter.

_____ I do need an interpreter, and I intend to use the interpreter provided by the Debtors.

_____ I do need an interpreter, but I intend to bring my own certified Spanish-English
interpreter.

III.  <u>Documents and Information</u>

_____ I have attached additional documentation in support of my claim(s) to this Response
Form.

_____ I do not have any additional documentation that I intend to use in support of my
claim(s) at the February 16 Claim Objection Hearing beyond what I previously
included with my claim(s) and what I filed with my response to the Omnibus
Objection.

IV.   <u>COVID-19 Vaccination Status</u>

_____ Fully vaccinated.

_____ One dose.

_____ Not vaccinated.

[Signature of the Claimant or the Claimant's Authorized Representative]

By: _____
[Printed Name]

3

## TRIBUNAL DE DISTRITO DE LOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| Re:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FISCAL PARA PUERTO RICO,<br><br>    Como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al.*,<br><br>                        Debtors. | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente) |

## NOTIFICACIÓN DE VISTA PARA ATENDER CIERTAS RECLAMACIONES SUJETAS A LAS TRICENTÉSIMA TRIGÉSIMA SÉPTIMA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES RELACIONADAS CON PENSIONES ALEGADAS CONTRA EL DEUDOR INCORRECTO

**FAVOR DE DARSE POR NOTIFICADOS** de que el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE" o el "Deudor"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como el único representante de Título III del SRE conforme a la sección 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA por sus siglas en inglés),[1] *radicaron las Tricentésima trigésima séptima objeción global (no sustantiva) del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamaciones relacionadas con pensiones alegadas contra el Deudor Incorrecto* ("la Objeción Globalizada") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal").[2]

**FAVOR DE DARSE POR ENTERADOS, ADEMÁS, DE QUE** si su(s) reclamación(es) se encuentra(n) incluida(s) en la lista del **Anexo A** en esta Notificación de Vista, entonces se estará celebrando una vista para atender su(s) reclamación(es) el **16 de febrero de 2022** a las **9:30 a.m. Hora Estándar del Atlántico** (8:30 a.m. Hora Estándar del Gobierno del Este) ("Vista del 16 de febrero para Ventilar Objeciones a las Reclamaciones") ante la Honorable Juez Laura Taylor Swain en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, 150 Calle Carlos Chardón, Edificio Federal, San Juan, Puerto Rico 00918-1767. Usted podrá comparecer y expresarse en esa Vista para Ventilar Objeciones a las Reclamaciones del 16 de febrero. Debe

---

[1] La Ley PROMESA se encuentra codificada en el Código de los EE.UU., 48 §§ 2101-2241.

[2] Los términos en mayúscula que se usen en este documento, pero no se definan en el mismo tendrán el sentido que se dispone en la Objeción Globalizada.

llenar y devolver el formulario de respuesta del reclamante (el "Formulario de Respuesta") que viene adjunto a esta Notificación de Vista como Documento Adjunto 1, para indicar si tiene la intención de asistir a la Vista para Ventilar Objeciones a las Reclamaciones del 16 de febrero.

---

**PUNTOS CLAVE**

- **POR FAVOR VERIFIQUE QUE SU(S) RECLAMACIÓN(ES) SE ENCUENTRE(N) INCLUIDAS EN EL ANEXO A DE ESTA NOTIFICACIÓN.**

- Si su(s) reclamación(es) está(n) incluida(s) en el Anexo A de esta Notificación de Vista, entonces hay una vista señalada para el 16 de febrero de 2022 a la hora indicada en el durante la cual se atenderá(n) su(s) reclamación(es) contra el ELA, la ACT y el SRE. Para indicar si tiene la intención de asistir a la Vista del 16 de febrero para Ventilar Objeciones a las Reclamaciones, por favor llene y devuelva el Formulario de Respuesta que se adjunta a esta Notificación de Vista como Documento Adjunto 1.

- Si su(s) reclamación(es) no está(n) incluida(s) en el Anexo A de esta Notificación de Vista, entonces USTED NO DEBE comparecer a la Vista para Ventilar Objeciones a las Reclamaciones del 16 de febrero.

- Si las condiciones de salud pública nos obligan a cancelar la vista, la Junta de Supervisión le extenderá una notificación de cancelación y se volverá a señalar la vista para otra fecha posterior.

- Habrá copias de las Objeciones Globalizadas y todas las otras radicaciones en el Case del Título III disponibles gratuitamente en línea a través de https://cases.primeclerk.com/puertorico.

- **Si tiene preguntas, favor de comunicarse con Prime Clerk LLC al (844) 822-9231 (sin costo para EE.UU. y Puerto Rico) o al (646) 486-7944 (para llamadas internaciones), disponible de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (español disponible). NO llame al Tribunal.**

---

**Vista del 16 de febrero para ventilar las Objecioines Globalizadas.** Si su reclamación aparece en la lista del Anexo A de esta Notificación de Vista, se estará celebrando una vista para atender las Objeciones Globalizadas contra su reclamación el **16 de febrero de 2022** a las **9:30 a.m. Hora Estándar del Atlántico** (8:30 a.m. Hora Estándar del Este) ante la Honorable Juez Laura Taylor Swain del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico. Usted podrá comparecer y expresarse en esa **Vista en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, 150 Calle Carlos Chardón, Edificio Federal, San Juan, Puerto Rico 00918-1767**.

**Disponibilidad de Servicios de Interpretación durante la Vista para Ventilar Objeciones a las Reclamaciones del 16 de febrero**. Los Deudores le proveerán un intérprete certificado del idioma español a cualquier reclamante que pudiese requerir servicios de interpretación en el idioma español. Cada reclamante también está en libertad de traer a la vista su propio intérprete certificado de inglés-español, pagando dichos servicios por sí mismo, si dicho reclamante no desea utilizar os servicios del intérprete que provean los Deudores.

**Formularios de Respuesta Para Someter Previo a la Vista para Ventilar Objeciones a las Reclamaciones del 16 de febrero**. Para ayudar con los preparativos y el manejo de la asistencia a la vista, todo aquel cuya reclamación se encuentre incluida en la lista del Anexo A de esta Notificación de Vista debe presentar el Formulario de Respuesta. El Formulario de Respuesta le brindará información importante a los Deudores y al personal del Tribunal sobre aquellos reclamantes que tienen la intención de comparecer a la Vista del 16 de febrero para Ventilar Objeciones a las Reclamaciones, si dichos reclamantes tienen la intención de traer a sus propios intérpretes a la vista o dependerán de los intérpretes que proporcionen los Deudores, y si los reclamantes tienen la intención de presentar documentación adicional relacionada a sus reclamaciones.

El Formulario de Respuestas se le debe enviar al Prime Clerk para las **4:00 p.m. (hora estándar del Atlántico)** a más tardar el **9 de febrero de 2022**. Usted puede enviarle su Formulario de Respuesta al Prime Clerk por correo postal o electrónico.

       **Email**:  puertoricoinfo@primeclerk.com
       **Mailing Address**: Commonwealth of Puerto Rico Claims Processing Center
                         c/o Primer Clerk LLC
                         850 Third Avenue
                         Suite 412
                         Brooklyn, NY 11232.

**NO le envíe su Formulario de Respuesta al Tribunal. De hacerlo, se le podría retrasar el procesamiento e incluso quedar excluido de la participación en la Vista del 16 de febrero para Ventilar Objeciones a las Reclamaciones.**

**Documentación adicional de apoyo a su(s) reclamación(es)**. Si usted desea presentar alguna documentación adicional en apoyo a su reclamación durante la Vista del 16 de febrero para Ventilar Objeciones a las Reclamaciones, tiene que presentar la documentación junto con su Formulario de Respuesta.

**Medidas de Seguridad durante la Vista**. Los participantes y visitantes tendrán que seguir el siguiente protocolo que ha puesto en vigor el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico a observarse durante vistas y juicios presenciales mientras dure la pandemia del COVID-19. Los espacios dentro del edificio del Tribunal estarán sujetos a restricciones de capacidad y usted debe seguir las instrucciones del personal del Tribunal en cuanto a estas restricciones. Estas son las reglas que debe seguir en todo momento una vez llegue a los predios del Tribunal y mientras permanezca en ellos:

1. Debe usar mascarillas en todo momento. Las mascarillas tienen que cubrir la nariz y la boca.

2. Mientras se encuentre en la sala, debe sentarse en el área que se le asigne y permanecer sentado. No se permite estar caminando por dentro de la sala.

3. Si necesita hablar con alguien, debe hacerlo en el Atrio, respetando la distancia que se debe guardar entre personas.

4. El área donde se sientan los abogados se ha reorganizado tomando en cuenta las debidas distancias entre personas. No se permite mover las sillas.

5. Se le sugiere que cuando hable desde el podio use las toallitas desinfectantes para limpiar las superficies y el equipo de presentación de evidencias. NO use las toallitas desinfectantes para limpiar la pantalla que se encuentra en la parte superior del podio, los controles, o el plexiglás, ya que los líquidos que contienen las toallitas pueden dañar estos instrumentos.

6. Las cubiertas desechables para los micrófonos que le suministre el personal del Tribunal se tienen que usar cada vez que vaya a hablar desde el podio. Recuerde quitarlas y llevárselas cada vez que termine y se retire del lugar.

---

### Recursos Adicionales y Quién Puede Contestar sus Preguntas

Si tiene preguntas sobre esta Notificación de Vista, sobre la Vista del 16 de febrero para Ventilar Objeciones a las Reclamaciones, o sobre el Formulario de Respuesta, favor de comunicarse con la **línea directa del Prime Clerk** al **(844) 822-9231**.

Todos los documentos que se radican en los Casos bajo el Título III, incluyendo copias de reclamaciones radicadas a través del sistema CM/ECF, están disponibles en línea gratuitamente a través de https://cases.primeclerk.com/puertorico. Este es un portal que mantiene Prime Clerk e incluye una base de datos abierta para búsquedas que puede ayudarle a localizar documentos.

Si necesita información adicional sobre el estatus de su respuesta, su reclamación, esta notificación, o su Formulario de Respuesta, por favor comuníquese con la línea directa del Prime Clerk al **(844) 822-9231** (sin costo para EE.UU. y Puerto Rico) o al **(646) 486-7944** (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (hora del Atlántico) (español disponible). También puede enviar sus preguntas por correo electrónico a puertoricoinfo@primeclerk.com. No llame al Tribunal.

4

**Documento Adjunto 1**
**Formulario de Respuesta del Reclamante para la Vista del 16 de febrero para Ventilar
Objeciones a las Reclamaciones**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. [3] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## FORMULARIO DE RESPUESTA PARA RECLAMACIONES A VENTILARSE DURANTE LA VISTA DEL 16 DE FEBRERO PARA VENTILAR OBJECIONES A LAS RECLAMACIONES

Número(s) de Reclamación(es): _____

Reclamante(s): _____

Nombre del Abogado (si tiene alguno): _____

Información de contacto preferible para el Reclamante:

Dirección: _____

Número de teléfono: _____

Correo electrónico: _____

[*Le siguen páginas adicionales*]

---

[3] Los Deudores en estos casos bajo el Título III, con sus números de caso respectivos bajo el Título III y los últimos cuatro (4) dígitos de su seguro social patronal federal, según aplique, son: (i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 3481); (ii) Corporación del Fondo de Interés Apremiante ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 8474); (iii) Autoridad de Carreteras y Transportación ("ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 9686); (v) Autoridad de Energía Eléctrica ("AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 3747) y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("AEE", y conjuntamente con el ELA, COFINA, ACT, SRE, y AEE, los "Deudores") (Caso de Quiebra Núm. 19-B-5532-LTS) 4780-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 3801) (Los números de caso bajo el Título III aparecen con los números de caso de Quiebra debido a las limitaciones de programación).

**Favor de responder a las siguientes preguntas con un - Sí *o* No – en la línea al lado de la pregunta.**

I.   Asistencia

_____ Estaré asistiendo a la Vista del 16 de febrero para Ventilar Objeciones a las Reclamaciones.

_____ No estaré asistiendo a la Vista del 16 de febrero para Ventilar Objeciones a las Reclamaciones.

_____ Favor de mover la vista para escuchar mi reclamación en otra fecha. Estoy pidiendo un cambio de fecha por la siguiente razón:

_____

II.   Servicios de Intérprete

_____ No necesito intérprete.

_____ Necesito un intérprete y voy a usar el intérprete que proporcionen los Deudores.

_____ Necesito un intérprete, pero voy a traer mi propio intérprete certificado de inglés-español.

III.   Documentos e información

_____ Estoy adjuntando a este Formulario de Respuesta documentación adicional en apoyo a mi(s) reclamación(es).

_____ No tengo documentación adicional que piense usar en apoyo a mi(s) reclamación(es) durante le Vista del 16 de febrero para Ventilar Objeciones a las Reclamaciones, aparte de lo que ya haya incluido anteriormente con mi(s) reclamación(es) y lo que ya haya radicado con mi respuesta a la Objeción Globalizada.

IV.   Vacuna contra el COVID-19

_____ Ya tengo todas mis vacunas.

_____ Solamente tengo una dosis.

_____ No estoy vacunado/a.

[Firma del Reclamante o su Representante Autorizado]

Por: _____

[Nombre en letra del molde]

7

## **Exhibit B**

**Procedures Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:                                                    PROMESA
                                                          Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of                               No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                           (Jointly Administered)
et al.,

        Debtors.[1]

------------------------------------------------------------x

ORDER REGARDING PROCEDURES FOR HEARINGS
ON JANUARY 19-20, 2022, AND FEBRUARY 16-17, 2022

      The Court will conduct a hearing on certain omnibus claim objections in the

above-captioned cases (the "Hearings") beginning at **9:30 a.m. (Atlantic Standard Time) (8:30**

**a.m. Eastern Standard Time)** on **January 19, 2022**, and another beginning at **9:30 a.m.**

**(Atlantic Standard Time) (8:30 a.m. Eastern Standard Time)** on **February 16, 2022**.  the

Court will conduct the Hearings virtually using videoconferencing and telephonic platforms as

set forth herein.  The Hearings shall be governed by the following procedures.

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth")
(Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii)
Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-
BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways
and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last
Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-
BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric
Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits
of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA")
(Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)
(Title III case numbers are listed as Bankruptcy Case numbers due to software
limitations).

**Registration for Videoconference; Listen-In Facilities for Attorneys, Members of Public and Press**

1. **Videoconferencing via Zoom**. The Court will conduct the Hearings using a combination of the audio and video features of the Zoom platform and facilitating live participation for pro se participants who are scheduled to present in connection with the Hearings.[2] Attorneys who are appearing in connection with a matter scheduled for the Hearings will be permitted to register their appearance by filing an Informative Motion in accordance with paragraph 3 below. Pro se participants, who shall appear in person, are not required to file an Informative Motion. The Court will circulate an invitation to register for Zoom access to those attorneys who have properly filed an Informative Motion. Attorneys must respond to the invitation to register for Zoom access and will automatically receive an email confirmation with a link and relevant login information to join the virtual proceeding. To optimize performance of the Zoom platform and in the interest of avoiding excessive billing of fees, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") shall be limited to three attorneys appearing in the Zoom session at any given time, and each other party appearing in connection with a matter scheduled for the Hearings shall be limited to two attorneys. **Only persons who are identified in properly submitted Zoom registration documents, including a Party Appearance Sheet, will be permitted to appear at the Hearing**. Recording and retransmission of the proceedings by any means are prohibited.

---

[2]      In accordance with the *Order Regarding Adjourned Omnibus Objections to Claims* (Docket Entry No. 19461 in Case No. 17-3283) (the "Adjournment Order"), pro se participants who have timely responded to the Hearing Notice (as that term is defined in the Adjournment Order) shall appear in person at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

2.      **Listen-Only Access to the Hearing**.  Attorneys, members of the public, and press may **listen to but not view or participate in** the Hearing by dialing (888) 363-4749 and, when prompted, entering the access code (7214978) and the security code which will be 6243 (for the hearing scheduled for **January 19-20, 2022**) and 8119 (for the hearing scheduled for **February 16-17, 2022**).  This telephonic access line for the press and the general public will be in listen-only mode at all times.  Recording and further broadcasting of the proceedings by any means remain prohibited.

3.      **Attorney Registration to Participate in the Hearings via Zoom.**  For each matter scheduled to be heard at the Hearings, counsel who intend to speak must jointly file an informative motion by **January 14, 2022**, at **12:00 p.m. (Atlantic Standard Time) (11:00 a.m. Eastern Standard Time)** for the hearing scheduled for **January 19, 2022**, and by **February 11, 2022**, at **12:00 p.m. (Atlantic Standard Time) (11:00 a.m. Eastern Standard Time)** for the hearing scheduled for **February 16, 2022**, identifying (a) the relevant claim objection, (b) the parties who intend to appear and speak in connection with the relevant claim objection or response, (c) the names of no more than two individuals who intend to speak on behalf of each party in connection with the relevant claim objection or response, (d) the order in which the parties to the relevant matter shall present argument, and (e) time allocations for each speaker. In addition, counsel for each represented Party **must** be listed on the Party Appearance Cover Sheet which is annexed to the Party's Informative Motion as Exhibit A.

**Pre-Hearing Deadlines**

4.      An agenda outlining the matters to be addressed shall be filed by Debtors' counsel by **January 17, 2022**, for the hearing scheduled for **January 19, 2022**, and by **February 14, 2022**, for the hearing scheduled for **February 16, 2022**, in accordance with the Thirteenth

Amended Case Management Procedures. (See Docket Entry No. 17127-1 § III.M.) The agenda shall also include the information filed pursuant to Paragraph 3, supra, and the following information: (a) the relevant claim objection(s) and the names of the individuals presenting responses to the claim objection(s) for each time slot, (b) the attorney or pro se party presenting the claim objection(s) for each time slot, (c) whether an individual presenting a claim objection response requires an interpreter, and (d) a time allocation (taking into account any anticipated need for interpretation) for each matter to be heard. Debtors' counsel shall file a revised agenda if circumstances have changed or if requested to do so by the Court. Debtors' counsel shall email a proposed agenda, including preliminary time allocations, to the Court by **January 14, 2022**, at **12:00 p.m. (Atlantic Standard Time) (11:00 a.m. Eastern Standard Time)** for the hearing scheduled for **January 19, 2022**, and by **February 11, 2022**, at **12:00 p.m. (Atlantic Standard Time) (11:00 a.m. Eastern Standard Time)** for the hearing scheduled for **February 16, 2022**.

5.     Pursuant to the Adjournment Order, the Debtors shall submit an electronic hearing binder to the Court to swaindprcorresp@nysd.uscourts.gov by **January 18, 2022**, at **12:00 p.m. (Atlantic Standard Time) (11:00 a.m. Eastern Standard Time)** for the hearing scheduled for **January 19, 2022**, and by **February 15, 2022**, at **12:00 p.m. (Atlantic Standard Time) (11:00 a.m. Eastern Standard Time)** for the hearing scheduled for **February 16, 2022**. The electronic binder shall consist of one consolidated, bookmarked PDF containing CM/ECF-stamped courtesy copies of all of the pleadings relevant to each of the Hearings. The bookmarks must be placed so as to provide access to the pleadings for each of the matters to be heard.

6.     **Courtroom Formalities**. All persons are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of this

prohibition may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The formalities of a courtroom must be observed. When appearing by Zoom, each counsel must be situated in such a manner as to be able to view the video screen and be seen by the Court. Each Party's camera must be turned on when addressing the Court or examining a witness (if necessary). Those appearing by Zoom may be removed from the virtual courtroom if they do not comply with this Order.

       7.     During the Hearings, individuals who are registered to participate via Zoom are directed to observe the following rules:

       a.  The following naming conventions must be used by Zoom participants for admission to the Zoom virtual courtroom. For example:

       i.  Attorney participants: [Party Represented (abbreviations may be used)] / [Last Name of Attorney, First Name of Attorney] / [Law Firm/Government Office].

       a.  PARTY A / Doe, John / ABC Law Firm, or

       b.  XYZ Agency/ Doe, Jane / Office of the ABC Government

       b.  Identify yourself if asked to do so.

       c.  Identify yourself by name each time you speak.

       d.  <u>Mute</u> yourself when you are not speaking to eliminate background noise.

       e.  Turn off your video unless you are speaking or otherwise directly involved in the argument or examination, unless the Court directs otherwise.

       SO ORDERED.

Dated: January 10, 2022

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
                    United States District Judge