Para: CLERK OFFICE OF UNITED STATES,

District Court room 150 Federal Building, San Juan, P.R. 00918-1767

Numero de Caso: 17-BK-03283

Deudor: ESTADO LIBRE ASOCIADO DE PUERTO RICO.

OMNIBUS OJECTION-380. RECLAMO: 171765

ANOS TRABAJADOS DE 1989-1996.

ASUNTO: A mi entender los anos que yo trabaje con la Corporacion azucarera Central Mercedita de Ponce, P.R. en el Departamento de Seguridad y luego de Mantenimiento, esta pertenecia a el ESTADO LIBRE ASOCIADO DE PUERTO RICO y cualquier situacion o reclamo de aumento de salario el Gobierno era el que solucionaba el acuerdo estipulado.

Por la cual si hubo un aumento salarial y de cualquier otro beneficio para el tiempo que yo trabaje, que no se haya incrementado si hay una oportunidad que el Gobierno llegue a un acuerdo a pagar, yo estoy en este reclamo.

1- Romerazo una Ley firmada en 1979: Por el entonces gobernador Carlos Romero Barcelo que cambio las escalas salariales para los empleados publicos.
2- La Ley 96, Sila Maria Calderon lo que significo un aumento en el cheque de sueldo.
3- Verifiquen los cheques del nombre de quien pagaba; El Gobierno, no companias Privadas.

Atentamente, Julio M. Lopez Alvarez.

*Julio M. López Alvarez*

Telefono: 978-242-2070

Subscribed and Sworn
Today ___ day of 20__

ISABEL MELENDEZ
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires On
June 08, 2023