Julio M. Pope Álvarez -9/sep/2021

Le escribo a esta direccion: -7/sep/2021

→ United States District Court
- Clerk's Office
150 AVE Carlos Chardon 150
San Juan P.R. PR 00918-1767.

Le envié y el correo me devolvió la carta al no entender esta es la direccion oficial. (oficial.)

Julio M. Pope Álvarez
119 Exchange St.
Apt. D Lawrence
M.A. 01841

United States District Court
Clerk's Office
150 AVE Carlos Chardon STE 150
San Juan, P.R. 00918-1767


NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD

CERTIFIED MAIL
7019 2280 0000 4308 87

U.S. POSTAGE PAID
FCM LETTER
LAWRENCE, MA 01840
SEP 09, 21
AMOUNT $4.33