Julio M. Lopez Alvarez
118 Exchange, S.T.
APT. D Lawrence
M.A 01841

United States District Court
Clerk's Office
150 AVE. Carlos Chardon STE. 150
San Juan, P.R. 00918-1767
→ Puerto Rico

BOSTON MA 020
3 FEB 2022 PM 10L

00918-170625