# REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre _Marina Crispin Santiago_

Dirección Postal _P.O. Box 987_
_Luquillo, PR 00773_

Teléfono de contacto res. _____ cel. _347-514-0242_

_Número de Reclamo: 176233_

II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

    *Número de las evidencias por reclamo:
    * _Ley 124 - 1973 Aumento Sueldo_
       #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
    * _Ley 89 - 1979 Retribución Uniforme_
       #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

       #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
          Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

    * _Ley 124 - 1973 Aumento Sueldo_
       Ley 89 Romerazo – Efectiva en 1 de julio de 1995
    * _Ley 89 - 1979 Retribución Uniforme_
       Ley de Escala Salarial – Pasos del 6 de junio de 2008

    Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

    Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

-- Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone
Company, Fajardo Puerto Rico desde el __28__ de __octubre__ de __1971__ hasta el
__01__ de __mayo__ de __1992__. Culmine mi laborar como
__Supervisora__
en Puerto Rico Telephone Company, Fajardo, Puerto Rico, ELA. Se esta reclamando por las leyes
aplicables que cubren estos años de servicio.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico,
se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional,
favor comunicarse con la que suscribe.

Marina Crispín Santiago
Nombre  en letra de molde

Marina Crispín Santiago
Firma

P.D. La P.R.T.C. fue una agencia de gobierno hasta
el 1999. Cuando el gobernante de turno la
vendió, ahí fue que pasó a ser una agencia
privada.
El fundamento de mi reclamo es de un
dinero adeudado por concepto de aumento,
de unas leyes que se firmaron durante los
años que la P.R.T.C. pertenecía al E.L.A.
Espero que consideren mi reclamo,

Atentamente,

Marina Crispín Santiago