

P.O. Box 360998
San Juan PR  00936-0998

## CERTIFICACION

### MARINA CRISPIN SANTIAGO
### XXX-XX- 1838

Para (el)(la) ex emplead(o)(a) de referencia certificamos lo siguiente:

➤ Ingresó a PRT/Claro efectivo el 10/28/1971.

➤ Trabajó como emplead(o)(a) regular hasta 05/01/1992.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal.  En Guaynabo, Puerto Rico a  sábado, 12 de septiembre de 2020.


*Abigaíl Alejandro González*
Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords