Marina Crispin Santiago
P.O. Box 987
Luquillo, PR 00773



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767