# EXHIBIT A

*Proof of Claim:* **2221**
*Claimant:* **VILLALONGO ORTIZ, HECTOR M**

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

RECEIVED SEP 26 2019 PRIME CLERK LLC

**Questionnaire**

1. What is the basis of your claim?

   ☐ A pending or closed legal action with or against the Puerto Rican government

   ☐ Current or former employment with the Government of Puerto Rico

   ☑ Other (Provide as much detail as possible below. Attach additional pages if needed.)
   _Gobierno Municipal de San Juan_

2. What is the amount of your claim (how much money do you claim to be owed):
   _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No. *Please continue to Question 4.*

   ☑ Yes. Answer Questions 3(a)-(d).

   3(a). Identify the specific agency or department where you were or are employed:
   _Mantenimiento de Sanidad_

Batch 5



Proof of Claim: **2221**
Claimant: **VILLALONGO ORTIZ, HECTOR M**

3(b). Identify the dates of your employment related to your claim:

3(c). Last four digits of your social security number: __6977__

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☐ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☑ Other (Provide as much detail as possible. Attach additional pages if necessary).
  __Demande por un accident que tuvo en el trabajo__

4. **Legal Action.** Does your claim relate to a pending or closed legal action?
   - ☐ No.
   - ☑ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action.
__Sanidad__

4(b). Identify the name and address of the court or agency where the action is pending:

4(c). Case number: __2221__
4(d). Title, Caption, or Name of Case:
4(e). Status of the case (pending, on appeal, or concluded): __Pending__
4(f). Do you have an unpaid judgment? (Yes) / No (Circle one)
  If yes, what is the date and amount of the judgment?

Batch 5

2


990123400423638

SRF 35902

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk
Grand Central Station, PO Box 4708
New York, NY 10163-4708
T: (844) 822-9231
PRClaimsInfo@primeclerk.com

*** Response Required ***

---

THIS LETTER RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.

PLEASE READ THIS LETTER CAREFULLY AND RESPOND IN ACCORDANCE WITH THE INSTRUCTIONS BELOW. FAILURE TO RESPOND MAY RESULT IN THE DEBTORS TAKING LEGAL ACTION TO FULLY OR PARTIALLY DISALLOW YOUR CLAIM.

---

September 16, 2019

Re:   PROMESA Proof of Claim
      *In re Commonwealth of Puerto Rico*, Case No. 17-03283
      United States District Court for the District of Puerto Rico

Dear Sir or Madam:

This letter relates to a proof of claim you filed in the Title III cases (the "Title III Cases") against the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, or Employees Retirement System of the Government of the Commonwealth of Puerto Rico (collectively, the "Debtors"). Prime Clerk LLC, maintains the official claims register in the Title III Cases for the United States District Court in the District of Puerto Rico (the "Court"), and is reaching out to you on behalf of the Debtors.

The Debtors' records reflect that you filed a proof of claim that was logged by Prime Clerk LLC as Proof of Claim Number **2221**  . You may download a copy of your claim by visiting Prime Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Additional information is required in order for the Debtors to continue with assessing your claim. The Debtors are unable to determine from the information you provided the basis, nature, or amount for the claim you are attempting to assert against one or more of the Debtors. In responding to this letter, please ensure that you provide all of the information requested and as much detail as possible about your claim. The descriptions you put on your proof of claim were too vague for the Debtors to understand the claim you are trying to assert, so please provide more detail and do not simply copy over the same information.

**Please respond to this letter on or before October 16, 2019 by returning the enclosed questionnaire with the requested information and documentation.**

Batch 5


990123400423638

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

| First Class Mail | Overnight or Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

If you do not respond to this request and do not provide the requested information and documentation in support of your claim, the Debtors may be forced to object to your claim.

If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com.

PLEASE NOTE: Prime Clerk, LLC is the claims and noticing agent in the Title III Cases, and cannot provide legal or financial advice.

Thank you,

Prime Clerk, LLC



# Creditor Data Details for Claim # 2221

Creditor
VILLALONGO ORTIZ, HECTOR M

Debtor Name
Commonwealth of Puerto Rico

Schedule Number
115777

Date Filed
03/12/2018

Claim Number
2221

Proof of Claim
■ View PDF ✕ Email PDF

| | Schedule Amount | C* | U* | D* | Asserted Claim Amount | C* | U* | F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|---|---|---|---|
| General Unsecured | Undetermined | C | U | | Unliquidated | | U | | $0.00 | Asserted |
| Priority | | | | | | | | | | |
| Secured | | | | | | | | | | |
| 503(b)(9) Admin Priority | | | | | | | | | | |
| Admin Priority | | | | | | | | | | |
| Total | $0.00 | | | | $0.00 | | | | $0.00 | |

'C*=Contingent U*=Unliquidated, D*=Disputed F*=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s.

Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

Print page

**Ticket**
**FW: Scanned from the Office of Senator Tartaglione**                    + Follow    CloneTicket

| Stat... | Ticket Numb... | Company Name | Contact Name | Contact Pho... | Ticket Owner |
|---|---|---|---|---|---|
| New | 00352808 | PR Claims Inf... | Carmen Sous... | | Document Uploads |

### Ticket Details

**Contact Name**
Carmen Sousa (/lightning/r/0033I00002LcLByAAN/view)

**Ticket Owner**
Document Uploads

**Status**
New

**Workflow**
Pending Audit - DPC

**Inquiry Constituency**

**Escalation Level**
(6) Excluded from Call Log

**Parent Ticket**
00352688 (/lightning/r/5003I00000ws5fhAAA/view)

**Cloned**

**Subject**
FW: Scanned from the Office of Senator Tartaglione

**Description**
Documentos del Senor Hector Villalongo Ortiz

Se Lleno de acuerdo a lo que el Senor Villalongo se acordo. El dice que son casi 18 anos de este reclamo

-----Original Message-----
From: DoNotReply@pasenate.com (mailto:DoNotReply@pasenate.com)
<DoNotReply@pasenate.com (mailto:DoNotReply@pasenate.com)>
Sent: Thursday, September 26, 2019 1:16 PM
To: Sousa, Carmen <Carmen.Sousa@pasenate.com (mailto:Carmen.Sousa@pasenate.com)>
Subject: Scanned from the Office of Senator Tartaglione

Please open the attached document from the Office of Senator Tartaglione

⏲ History   📝 Notes   ≫ Macros   🎙 Omni-Channel

### Feed | Details

Post | Email | Internal Comment | Change Priority | Close the Case

Share an update...                                          [Share]

Most Recent Activity ▼        🔍 Search this feed...

All Updates | Emails | Text Posts | Status Changes

**Nabeela A...**  Just now ...
(/lightning/r/0051N000006AybgQAC/view) Ticket updated

Workflow: Pending Document Upload to Pending Audit - DPC

💬 Comment

**Katherine J...**  57m ago (...
(/lightning/r/005310000071U60AAE/view) To: Internal

Sr. Hector,
Gracias por su correo electrónico.
Por favor, permita que este correo electrónico confirme que hemos recibido su envío y se procesará en consecuencia.
Prime Clerk es el agente de Reclamaciones y Notificaciones designado en los casos de Título III del Estado Libre Asociado de Puerto Rico y los Deudores afiliados. Como tal, no se nos permite proporcionar asesoramiento legal o financiero.
Atentamente,

💬 Comment

**Katherine Jurado** (/lightning/r/005310000071U60A/ ▼
an hour ago
Disregard. Thank you.
Like

Write a comment...

**Katherine J...**  58m ago (...
(/lightning/r/005310000071U60AAE/view) Ticket updated

Attachment File Type: pdf, Multi-Page

This message and any attachment may contain privileged or confidential information intended solely for the use of the person to whom it is addressed. If the reader is not the intended recipient then be advised that forwarding, communicating, disseminating, copying or using this message or its attachments is strictly prohibited. If you receive this message in error, please notify the sender immediately and delete the information without saving any copies.

Inquiry Description

**Contact Details**

Name
Carmen Sousa

Company Name
PR Claims Info (/lightning/r/0011N00001ZBu14QAD/view)

Office Phone

Email
carmen.sousa@pasenate.com (mailto:carmen.sousa@pasenate.com)

Mobile Phone

Business Name

Mailing Address

**Knowledge** | Related

**Knowledge**

Search Knowledge

Suggested Articles

10 Results • Sorted by Relevance

PUERTO RICO CASE UPDATES AS OF 8/29/2...
000001026 Work In Progress
Last Published May 5, 2018 2:34 AM
PUERTO RICO CASE UPDATES AS OF 8/29/2017 - Commonwealth Claim List to be filed August 30, 2017

CLAIRE'S CALL CENTER SCRIPT (/lightning/r...
000001024 Work In Progress

History | Notes | Macros | Omni-Channel

---

Katherine J... 58m ago (...
(/lightning/r/0053I0000071U60AAE/view) Ticket updated

Katherine J... 59m ago (...
(/lightning/r/0053I0000071U60AAE/view) To: Internal

Batch 5. Barcode: 990123400423638

Comment

Katherine J... 1h ago (/l...
(/lightning/r/0053I0000071U60AAE/view) To: carmen.sousa 

Documentos del Senor Hector Villalongo Ortiz

Se Lleno de acuerdo a lo que el Senor Villalongo se acordo. El dice que son casi 18 anos de este reclamo

-----Original Message-----
From: DoNotReply@pasenate.com <DoNotReply@pasenate.com>
Sent: Thursday, September 26, 2019 1:16 PM
To: Sousa, Carmen <Carmen.Sousa@pasenate.com>
Subject: Scanned from the Office of Senator Tartaglione

Please open the attached document from the Office of Senator Tartaglione

Attachment File Type: pdf, Multi-Page

This message and any attachment may contain privileged or confidential information intended solely for the use of the person to whom it is addressed. If the reader is not the intended recipient then be advised that forwarding, communicating, disseminating, copying or using this message or its attachments is strictly prohibited. If you receive this message in error, please notify the sender immediately and delete the information without saving any copies.

Sca...

Reply | Reply All | Forward | Comment

Katherine J... 1h ago (/l...
(/lightning/r/0053I0000071U60AAE/view) Ticket created

Last Published May 5, 2018 2:25 AM
CLAIRE'S CALL CENTER SCRIPT UPDATED AS OF MARCH 26, 2018

NINE WEST CASE UPDATE (/lightning/r/ka0...
000001033    Work In Progress
Last Published May 5, 2018 3:03 AM
NINE WEST CASE UPDATE AS OF APRIL 16, 2018 - Employee Health and Welfare Benefits/Retirement Benefits Questions

PUERTO RICO – PENSION FAQ ENGLISH/SP...
000001027    Work In Progress
Last Published May 5, 2018 2:36 AM
PUERTO RICO – PENSION FAQ ENGLISH/SPANISH

CAESARS CASE UPDATE - Talking Points for D...
000001013    Work In Progress

History    Notes    Macros    Omni-Channel