# EXHIBIT A-1

Proof of Claim: 2221
Claimant: VILLALONGO ORTIZ, HECTOR M

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following addresseses:

| First Class Mail | Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

RECEIVED SEP 26 2019 PRIME CLERK LLC

### Questionnaire

1. What is the basis of your claim?

    ☐ A pending or closed legal action with or against the Puerto Rican government

    ☐ Current or former employment with the Government of Puerto Rico

    ☑ Other (Provide as much detail as possible below. Attach additional pages if needed.)

    _Municipal Government of San Juan_

2. W_____

    _____

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No. Please continue to Question 4.

    ☑ Yes. Answer Questions 3(a)-(d).

3(a). Identify the specific agency or department where you were or are employed:
    _Sanitation Maintenance_

Batch 5



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14 / FEBRUARY / 2022 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*

Proof of Claim: 2221
Claimant: VILLALONGO ORTIZ, HECTOR M

3(b). Identify the dates of your employment related to your claim:

3(c). Last four digits of your social security number: 6977

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☐ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☑ Other (Provide as much detail as possible. Attach additional pages if necessary).

Lawsuit related to a workplace accident

4. Legal Action. Does your claim relate to a pending or closed legal action?
- ☐ No.
- ☑ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action.
Sanitation

4(b).

4(c). Case number: 2221
4(d). Title, Caption, or Name of Case:
4(e). Status of the case (pending, on appeal, or concluded): Pending
4(f). Do you have an unpaid judgment? Yes / No (Circle one)
If yes, what is the date and amount of the judgment?

Batch 5

2

Certified to be a correct and true translation from the source text in Spanish to the target language English.
14 / FEBRUARY / 2022 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.

SRF 35902

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk
Grand Central Station, PO Box 4708
New York, NY 10163-4708
T: (844) 822-9231
PRClaimsInfo@primeclerk.com

*** Response Required ***

> THIS LETTER RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.
>
> PLEASE READ THIS LETTER CAREFULLY AND RESPOND IN ACCORDANCE WITH THE INSTRUCTIONS BELOW. FAILURE TO RESPOND MAY RESULT IN THE DEBTORS TAKING LEGAL ACTION TO FULLY OR PARTIALLY DISALLOW YOUR CLAIM.

September 16, 2019

Re:  PROMESA Proof of Claim
     *In re Commonwealth of Puerto Rico*, Case No. 17-03283
     United States District Court for the District of Puerto Rico

Dear Sir or Madam:

This letter relates to a proof of claim you filed in the Title III cases (the "Title III Cases") against the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, or Employees Retirement System of the Government of the Commonwealth of Puerto Rico (collectively, the "Debtors). Prime Clerk LLC, maintains the official claims register in the Title III Cases for the United States District Court in the District of Puerto Rico (the "Court"), and is reaching out to you on behalf of the Debtors.

The Debtors' records reflect that you filed a proof of claim that was logged by Prime Clerk LLC as Proof of Claim Number **2221**. You may download a copy of your claim by visiting Prime Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Additional information is required in order for the Debtors to continue with assessing your claim. The Debtors are unable to determine from the information you provided the basis, nature, or amount for the claim you are attempting to assert against one or more of the Debtors. In responding to this letter, please ensure that you provide all of the information requested and as much detail as possible about your claim. The descriptions you put on your proof of claim were too vague for the Debtors to understand the claim you are trying to assert, so please provide more detail and do <u>not</u> simply copy over the same information.

<u>Please respond to this letter on or before October 16, 2019 by returning the enclosed questionnaire with the requested information and documentation.</u>

Batch 5



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14 / FEBRUARY / 2022 – PHILLIP BERRYMAN ATA-certified Spanish-English [432118] by Targem Translations Inc.*

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

| First Class Mail | Overnight or Hand Delivery |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

If you do not respond to this request and do not provide the requested information and documentation in support of your claim, the Debtors may be forced to object to your claim.

If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com.

PLEASE NOTE: Prime Clerk, LLC is the claims and noticing agent in the Title III Cases, and cannot provide legal or financial advice.

Thank you,

Prime Clerk, LLC

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14 / FEBRUARY / 2022 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*

# Creditor Data Details for Claim # 2221

**Creditor**
VILLALONGO ORTIZ, HECTOR M

**Debtor Name**
Commonwealth of Puerto Rico

**Schedule Number**
115777

**Date Filed**
03/12/2018

**Claim Number**
2221

**Proof of Claim**
■ View PDF ☒ Email PDF

| | Schedule Amount | C* | U* | D* | Asserted Claim Amount | C* | U* | F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|---|---|---|---|
| General Unsecured | Undetermined | C | U | | Unliquidated | | U | | $0.00 | Asserted |
| Priority | | | | | | | | | | |
| Secured | | | | | | | | | | |
| 503(b)(9) Admin Priority | | | | | | | | | | |
| Admin Priority | | | | | | | | | | |
| Total | $0.00 | | | | $0.00 | | | | $0.00 | |

*C=Contingent U=Unliquidated D=Disputed F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s.

Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

Print page



Documents of Mr. Hector Villalongo Ortiz

It was completed according to Mr. Villalongo's recollections. He says it has been almost 18 years with this claim.

Mr. Hector,
Thank you for your email.
Please, receive this email as confirmation that we have received your submission and it will be processed accordingly.
Prime Clerk is the Claims and Notifications agent appointed for the Title III cases of the Commonwealth of Puerto Rico and related Debtors. As such, we are not allowed to provide legal or financial advice.
Cordially,

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14 / FEBRUARY / 2022 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*



Documents of Mr. Hector Villalongo Ortiz

It was completed according to Mr. Villalongo's recollections. He says it has been almost 18 years with this claim.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14 / FEBRUARY / 2022 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14 / FEBRUARY / 2022 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, PHILLIP BERRYMAN, ATA-certified Spanish-English #432118, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **POC 2221-Mailing**

Signed this 14th day of February 2022

*Phillip Berryman* (signature)

Phillip Berryman

