# REPLICA DE OBJECION GLOBAL

**I. DATOS DE CONTACTO**

Nombre: Ann M. Ruiz Crispin

Dirección Postal: 270 Eleuthera Drive
Lake Alfred, FL 33850

Teléfono de contacto res. _____ cel. 863-606-2707

Número de Reclamación: 176202

**II. Epígrafe**

A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo:

#49762 – Ley #89 – Romerazo – Efectiva en 1 de julio de 1995

#94057 – Ley de Escala Salarial – Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
Ley #164 (2004) de la Sra. Sila Calderón – efectiva enero 2004

**III.** El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Fajardo Puerto Rico desde el __8__ de __julio__ de __1991__ hasta el __15__ de __enero__ de __2002__. Culmine mi laborar como __Cajera__ en Puerto Rico Telephone Company, Fajardo Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

Ann M. Ruiz Crispín
Nombre en letra de molde

_[firma]_
Firma

P.D. La P.R.T.C fue una agencia de gobierno hasta el 1999. Cuando el gobernante de turno la vendió, ahí fue que pasó a ser una agencia privada.

El fundamento de mi reclamo es de un dinero adeudado por concepto de aumento, de unas leyes que se firmaron durante los años que la P.R.T.C. pertenecía al E.L.A.

Espero que consideren mi reclamo.

Atentamente,

_[firma]_