

PRT/CLARO
P.O. Box 360998
San Juan PR  00936-0998

## CERTIFICACION

**ANN M. RUIZ CRISPIN**
**XXX-XX- 0767**

Para (el)(la) ex emplead(o)(a) de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 07/08/1991.
- Trabajó como emplead(o)(a) regular hasta 01/15/2002.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal.  En Guaynabo, Puerto Rico a  jueves, 03 de febrero de 2022.

*Abigaíl Alejandro González*
Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords