Ann M. Ruiz Crispin
270 Eleuthera Drive
Lake Alfred, FL 33850



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767