February 7, 2022

US District Court of PR
150 Carlos Chardon Ste
San Juan PR 00918-1767

    Att: Honorable Taylor Swain

I hope Honorable that you are doing well and safe! Since, March 8, 2018, Prime Clerk LLC received the claim that I sent in regards of an amount that the Employees Retirement System of the Government of Puerto Rico was supposed to liquidate when I resign on December 15, 2017.

The Retirement System explained me, that they can't pay me because I have more than $10,000 in retirement and I need to wait until I have 65 years for pay me $200.00 per month. It was a surprise for me for that reason, I started the claim and I continue waiting for that money to use it in a new retirement here in Florida or maybe for buy me my first home. I realized my life here in Florida and I don't want to come back.

The only thing that I know is a Prime claim number (1596), and the Retirement owe me $45,000. I received many documents for the different audiences in the court but no ones, explained me when I expected to receive my money.

I don't have money to pay any lawyer who maybe can help me with this case, I just pray that Honorable Judge please read my letter and help me with particular case an intercede with this Government Office and return me the money that I paid for almost 17 years in the public service what is really necessary for me to continue my life.

God Bless you and I would appreciate all you can do for me and my family.

I have attached a copy of the preliminary statement balance until November 2, 2017 and the amount under my Prime Clerk claim amount.

Cordially,

*[signature]*
Charlene S Oliveras de Jesus
SS 7656
Tel 939-940-3513
3127 Regal Darner Dr
Kissimmee FL 34744

    CC: Counsel to the Oversight Board

- Proskauer Rose LLP

Eleven Times Square
New York, NY 10036

Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority

- O'Melveny & Myers LLP

    7 Times Square
    New York, NY 10036

Counsel to the Official Committee of Retirees

- Jenner & Block LLP

    919 Third Ave
    New York, NY 10022

Counsel to the Unsecured Creditors Committee

- Paul Hastings LLP

    200 Park Avenue
    New York, NY 10166

- U.S. Trustee's Office

    Edificio Ochoa
    500 Tanca Street Suite 301
    San Juan, PR 00901-1922