

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura

# ESTADO DE CUENTA ESTIMADO

02 de noviembre de 2017

Agencia: 363 - MUNICIPIO SAN JUAN

CHARLENE OLIVERAS DE JESUS  
RR 10 BOX 10079  
SAN JUAN, PR 00926

Seguro Social: XXX-XX-7656

A base de la información en nuestros registros, al 02 de noviembre de 2017 usted posee:

**Fecha de Nacimiento:** 15 de octubre de 1977    **Género:** Femenino  
**Fecha de Ingreso al Servicio Público:** 03 de diciembre de 2002  
**Fecha de Comienzo de Cotización:** 03 de diciembre de 2002

| Ley R2000 al 30 de junio de 2013 | | Ley 3 al 31 de diciembre de 2016 | |
|---|---:|---|---:|
| Años Acreditados: | 10.10 | Años Acreditados: | 14.11 |
| Aportaciones: | $22,497.88 | Aportaciones: | $37,730.79 |
| Intereses: | $1,344.85 | Intereses: | $5,879.50 |
| Gastos Teneduría: | ($67.30) | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $23,842.73 | Total Aportaciones: | $43,610.29 |
| SNC Pagado: | $0.00 | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | |
| Beneficio: | $0.00 | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.

Coordialmente,

Unidad de Estado de Cuenta  
Área de Participantes

*This is not final note they owe me approximate $45,000 or more*

Plaza Retiro, 437 Ave. Ponce de Leon, San Juan, PR 00917-3711  
PO Box 42003, San Juan, PR 00940-2203  
Tel: 787-754-4545  
www.retiro.pr.gov

**RETIRO**  
ESTADO LIBRE ASOCIADO DE PUERTO RICO