Charlene Givens
3127 Regal Darner Dr
Kissimmee FL 34744

ORLANDO FL 328

10 FEB 2022 PM 6 L

US District Court of PR
150 Caulos Chardon street
San Juan PR 00918-1767

00918-170399