**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------------- x
                           :

In re:                          :

                           :

THE FINANCIAL OVERSIGHT AND  :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :  Title III

                           :

      as representative of         :  Case No. 17-BK-3283 (LTS)

                           :

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :  (Jointly Administered)

                           :

      Debtors.[1]               :
---------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Rule 83(d) of the Local District Court Rules for the District of Puerto Rico and Federal Rule of Bankruptcy Procedure 9010(b), as made applicable to these proceedings by virtue of section 310 of the Puerto Rico Oversight, Management and Economic Stability Act, 48 U.S.C. § 2170, Jesus Suarez from the law firm of CONTINENTAL PLLC appears as proposed[2] substitute special litigation counsel and conflict counsel for the Official Committee of Unsecured Creditors (the "Committee").[3] Pursuant to Sections 102(1) and

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747);and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801).

[2] An application seeking the substitution and employment of Continental PLLC in the place of the Committee's current special litigation and conflict counsel is forthcoming.

[3] The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

1109(b) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 3017, and 9007, the undersigned requests that all notices given, or required to be given in this case, and all papers served, or required to be served in these cases, be also given to and served upon the undersigned at the offices and telephone numbers set forth below:

Jesus Suarez
**CONTINENTAL PLLC**
255 Alhambra Cir, Suite 640
Coral Gables, FL 33134
Tel: 305-677-2707
jsuarez@continentalpllc.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, or otherwise filed, which may affect or seek to affect in any way any rights or interest of the Committee with respect to the captioned debtor or any property or proceeds in which the debtor may claim an interest. Please add the foregoing to such mailing matrix as may be used for all purposes in this case.

**RESPECTFULLY SUBMITTED,**

**I HEREBY CERTIFY,** that on this same date, a true copy of the foregoing was filed through the Court's CM/ECF system, which will generate a notice to all CM/ECF participants in this case.

Dated, this 15th day of February 2022.

_/s/ Jesus Suarez_          
John Arrastia, Esq. (*Pro Hac Vice*)
Jesus M. Suarez, Esq. (*Pro Hac Vice*)
Angelo M. Castaldi, Esq. (*Pro Hac Vice*)
**CONTINENTAL PLLC**
255 Alhambra Cir, Suite 640
Coral Gables, FL 33134
Tel: 305-677-2707
JArrastia@continentalpllc.com
JSuarez@continentalpllc.com
ACastaldi@continentalpllc.com
*Proposed Special Litigation Counsel to the Official
Committee of Unsecured Creditors*