## Exhibit 1

**Evidence of Partial Transfers of Claim**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:      United States District Court for the District of Puerto Rico (the "Court")
Attn: Clerk

AND TO:   Puerto Rico Electric Power Authority (the "Debtor")
Case No. 17-4780 (LTS) (the "Case")

Proof of Claim Number 31087

Assured Guaranty Municipal Corp. ("Seller") for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that, pursuant to that certain "Assignment of Bondholder Rights and Related Claims" agreement dated February 15, 2022 (the "Assignment Agreement"), it has unconditionally and irrevocably sold, transferred and assigned unto:

> TMI Trust Company
> 1100 Abernathy Road NE, Suite 480
> Atlanta, GA 30328
> Attention: Debra A. Schachel
> Email: dschachel@tmico.com
> Tel: 678-221-5898

and its successors and assigns ("Buyer"), Seller's right, title and interest in the claims (the "Claims") in the Case arising out of its interests in the bonds issued on May 3, 2007 by PREPA, identified by CUSIP 74526QLN0 and referred to as Puerto Rico Electric Power Authority Power Revenue Refunding Bonds, Series UU, including as such Claims are evidenced in proof of claim number 31087 filed on May 24, 2018 in the Case, but excluding Seller's right to, as such terms are defined in the *Definitive Restructuring Support Agreement*, dated as of May 3, 2019, by and among Seller, the Financial Oversight and Management Board for Puerto Rico (the "RSA"), "Waiver and Support Fees", the "Assured Treatment" and, pursuant to section 2(c)(ii) of the RSA, any adjustment to Seller's "Stipulated Treatment" as compensation for the loss of the opportunity to insure debt securities, provide a DSRF surety for such securities, and to receive any related premiums, in the aggregate principal amount of $25,390,000 (as further specified in the Assignment Agreement, the "Assigned Claim"), against Debtor in the Case in the Court, or any other court with jurisdiction over the PROMESA proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated February 15, 2022.

ASSURED GUARANTY MUNICIPAL CORP.

By: *[signature: Jorge Gana]*

Name: Jorge A. Gana
Title: Deputy Chief Risk Officer