# UNITED STATES DISTRICT COURT DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>               Debtors.* | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY<br><br>               Debtors. | PROMESA<br>Title III<br>No. 17 BK 4780-LTS<br><br>**This Application relates only to PREPA, and shall be filed in the lead Case No. 17-BK-3283-LTS and PREPA's Title III case (Case No. 17-BK-4780-LTS)** |

---

\*    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## NOTICE OF PARTIAL ASSIGNMENT OF CLAIM

TO THE HONORABLE COURT:

On February 15, 2022, Assured Guaranty Municipal Corp. ("Assured" or "Seller") sold, transferred and assigned unto TMI Trust Company and its successors and assigns (i) all of Seller's rights, title and interest in and to the claims (the "Claims") in the PREPA Title III Proceeding arising out of its interests in the bonds issued on May 3, 2007 by PREPA, identified by CUSIP 74526QLQ3 and referred to as Puerto Rico Electric Power Authority Power Revenue Refunding Bonds, Series UU, including as such Claims are evidenced in proof of claim number 31087 filed on May 24, 2018 in the PREPA Title III Proceeding, but excluding Seller's right to, as such terms are defined in the *Definitive Restructuring Support Agreement*, dated as of May 3, 2019, by and among Seller, the Financial Oversight and Management Board for Puerto Rico (the "RSA"), "Waiver and Support Fees", the "Assured Treatment" and, pursuant to section 2(c)(ii) of the RSA, any adjustment to Seller's "Stipulated Treatment" as compensation for the loss of the opportunity to insure debt securities, provide a DSRF surety for such securities, and to receive any related premiums.  *See* Evidence of Partial Transfers of Claim, Exhibit 1; Proof of Claim No. 31087, Exhibit 2.

WHEREFORE, pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, Seller hereby requests the Honorable Court to take notice of Assured's assignment of such Claims, including as evidenced by proof of claim number 31087, as set forth in the document titled Evidence of Partial Transfer of Claim (Exhibit 1 hereto).

**RESPECTFULLY SUBMITTED.**

In New York, NY this 15th day of February, 2022.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

-2-

such filing to all counsel of record, and will provide hard copies to the Court and United States Trustee as soon as practical after the filing of the foregoing, consistent with the Court's *Order Further Amending Case Management Procedures*. *See* ECF No. 17127.

Dated: February 15, 2022
      New York, New York

| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
|---|---|
| By: /s/ Heriberto Burgos Perez<br>    Heriberto Burgos Pérez<br>    USDC-PR No. 204,809<br>    Ricardo F. Casellas-Sánchez<br>    USDC-PR No. 203,114<br>    Diana Pérez-Seda<br>    USDC–PR No. 232,014<br>    P.O. Box 364924<br>    San Juan, PR 00936-4924<br>    Tel.: (787) 756-1400<br>    Fax: (787) 756-1401<br>    E-mail: hburgos@cabprlaw.com<br>             rcasellas@cabprlaw.com<br>             dperez@cabprlaw.com<br><br>*Counsel for Assured Guaranty Municipal Corp.* | By: /s/ Casey J. Servais<br>    Howard R. Hawkins, Jr.*<br>    Mark C. Ellenberg*<br>    William J. Natbony*<br>    Thomas J. Curtin*<br>    Casey J. Servais*<br>    200 Liberty Street<br>    New York, New York 10281<br>    Tel.: (212) 504-6000<br>    Fax: (212) 406-6666<br>    Email: howard.hawkins@cwt.com<br>             mark.ellenberg@cwt.com<br>             bill.natbony@cwt.com<br>             thomas.curtin@cwt.com<br>             casey.servais@cwt.com<br><br>* Admitted pro hac vice<br><br>*Counsel for Assured Guaranty Municipal Corp.* |