UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

NOTICE TO ALL CASE PARTICIPANTS CONCERNING CM/ECF UNAVAILABILITY

    The Court has been notified that the United States Bankruptcy Court for the District of Puerto Rico CM/ECF system, on which the dockets for the above-captioned PROMESA Title III cases and related adversary proceedings are maintained, will be unavailable beginning on Thursday, February 24, 2022, at 5:00 p.m. and continuing until Monday February 28, 2022, at 8:00 a.m. (the "CM/ECF Unavailability Period"). Parties are directed to email any emergency pleadings during the CM/ECF Unavailability Period to promesa-emfiling@prd.uscourts.gov.[2] Such email must copy all interested parties. Parties are further instructed to file any such pleadings

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  With respect to the above-captioned cases, parties should **not** follow the emergency filing instructions included in the *Notice to the Bar and the Public* dated February 15, 2022 (Notice 22-02), issued by the Acting Clerk of Court for the United States Bankruptcy Court for the District of Puerto Rico.

on the CM/ECF system as soon as practicable following the conclusion of the CM/ECF Unavailability Period.

      SO ORDERED.

Dated: February 17, 2022

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge