UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF No. 20076**<br><br>(Jointly Administered) |

**ELEVENTH AND FINAL JOINT STATUS REPORT OF THE COMMONWEALTH OF PUERTO RICO AND CONSUL-TECH CARIBE, INC.**

To the Honorable United States District Court Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), on behalf of the Commonwealth of Puerto Rico (the "Commonwealth" or the "Debtor"),[2] pursuant to the authority granted to it under Act 2-2017, and Consul-Tech Caribe, Inc ("Consul-Tech" or "Movant" and together with the Debtor, the "Parties"), respectfully submit this eleventh and final joint status report (the "Eleventh Joint Status Report") in compliance with the Court's *Order Setting Deadline for Further Status Report Regarding Consul-Tech Caribe Inc's Motion for*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.).

[2] The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtors' sole Title III representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), authorized AAFAF to file this Eleventh Joint Status Report on behalf of the Commonwealth.

1

*Allowance and Payment of Administrative Expense Claim* [ECF No. 19845] (as extended pursuant to the order entered on February 9, 2022 in ECF No. 20076, the "Eleventh Joint Status Report Order").

## I. PROCEDURAL BACKGROUND

1. On December 27, 2021, the Court issued a *Tenth Joint Status Report Order*, directing the Parties to file a further joint status report on or before **January 19, 2021, at 5:00 p.m**. [ECF No. 19682]

2. On January 19, 2022, the Parties filed the Tenth Joint Status Report. [ECF No. 19828].

3. On February 8, 2022, the Commonwealth filed an *Urgent Consented Motion for Extension of Deadlines* (the "Urgent Motion"), for an extension of the timeframe to submit the Eleventh Joint Status Report, which the Court granted on February 9, 2022. [ECF Nos. 20073, 20076].

## II. STATUS REPORT

4. As stated in the Urgent Motion, at that juncture, the Commonwealth was in the final stages of the process of gathering the relevant signatures on behalf of the government entities for finalizing the execution of a settlement agreement. Since then, the Parties have finalized and executed a settlement agreement. Accordingly, the Debtor and Movant hereby inform that the contested matter initiated by the filing of the *Motion for Allowance and Payment of Administrative Expense Claim* [ECF No. 9845] has been consensually and finally resolved.

[*Remainder of page intentionally left blank*]

Dated: February 17, 2022

San Juan, Puerto Rico

Respectfully submitted,

*/s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Email: lmarini@mpmlawpr.com

*/s/ Carolina Velaz-Rivero*
Carolina Velaz-Rivero
USDC No. 300913
Email: cvelaz@mpmlawpr.com

**MARINI PIETRANTONI MUÑIZ LLC**
250 Ponce de León Ave.
Suite 900
San Juan, Puerto Rico 00918
Tel: (787) 705-2171
Fax: (787) 936-7494

*Attorneys for the Puerto Rico Fiscal*
*Agency and Financial Advisory Authority*

**REICHARD & ESCALERA, LLC**

*/s/ Rafael Escalera-Rodríguez*
Rafael Escalera Rodríguez
USDC-PR No. 122609
escalera@reichardescalera.com

*/s/Sylvia M. Arizmendi*
Sylvia M. Arizmendi
USDC-PR No. 210714
arizmendis@reichardescalera.com

*/s/Fernando Van Derdys*
Fernando Van Derdys
USDC-PR 201913
fvander@reichardescalera.com

*/s/ Alana Vizcarrondo-Santana*
Alana Vizcarrondo-Santana
USDC-PR No. 301614
vizcarrondo@reichardescalera.com

255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, PR 00917-1913
Telephone: (787) 777-8888

*Attorneys for Consul-Tech Caribe, Inc*

4