CERTIFIED TRANSLATION

# New Caguas Judicial Center

## Proposal

## Ramhil Developers, Inc.



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*10/FERUARY/2022* ◆ *Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449* ◆ *Translations & More: 787-637-4906*

CERTIFIED TRANSLATION

# CONTENTS OF THE RFP RESPONSES

A-      VOLUME ONE
      I-      INTRODUCTION
      II-      INDEX OF ATTACHMENTS
      III-      NARRATIVE ON:
            A)  Land
            B)  Structure
            C)  Professional Resources
            D)  Delivery Time
            E)  Proposal


B-      VOLUME TWO
      I-      SPECIFICATIONS



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*10/FERUARY/2022 ◆ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ◆ Translations & More: 787-637-4906*

CERTIFIED TRANSLATION

# THE NEW CAGUAS JUDICIAL CENTER

### *A BUILDING FOR THE PRESENT, A BUILDING FOR THE FUTURE*

The development of a project of quality and functionality makes it essential to pay careful attention to the design, to the architectural details, to the needs of the users and to what is required or requested by the Institution that is served. Achieving harmony in all these elements has been the mission. It is the work, which is based on the common need that concerns all citizens in a Judicial Center.

The vertiginous development of recent years has impacted not only our daily lives but also the institutions that make up our lives. The construction of an avant-garde judicial building contemplates the modification of external conditions, its spaces and its aesthetics to adequately attend to the three fundamental times of today's citizen: that of the domestic, that of work and that of recreation.

The spaces designed for our times have been generated around the central idea of the need for a court of new perspectives that has to expand its utilitarian possibilities to all citizens who



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*10/FERUARY/2022* ◆ *Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449* ◆ *Translations & More: 787-637-4906*

CERTIFIED TRANSLATION

attend their legal proceedings. In the city of Caguas a great majority of the 191,600 inhabitants of the adjacent towns that belong to the Judicial region of Caguas converge, in addition to the 140,500 inhabitants of the city of Turabo, as users of the facilities that we contemplate.

If it is true that these new spaces provide concrete answers to the concerns of the new era, their success is based on the fundamental fact of responding to the emotional and conceptual expectations that citizens and users may have. The architectural quality, the interior design and, in general, the language of aesthetics with its expressions of light, shape and color have a satisfactory impact on this.

***This presentation is an affirmation*** that, with professionalism and good taste, the impact of judicial work on contemporary and future life will be addressed with dedication and respect.

We are pleased to submit a Proposal for the relocation of the Caguas Judicial Center.

Ramhil Developers, Inc.

[*Signed by*]
Hilda Rodríguez Forteza
President



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*10/FERUARY/2022* ◆ *Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449* ◆ *Translations & More: 787-637-4906*

CERTIFIED TRANSLATION

| | |
|---|---|
| **Land** | 1. Aerial Photographs |
| | 2. Non-Flooding Certification |
| | 3. Deed of Sale |
| | 4. Environmental Evaluation |
| | 5. Soil Condition |
| | 6. Letter from the Municipality |
| **Structure** | 7. Plans |
| | 8. Intelligent Building |
| | 9. Structure |
| | 10. Electricity |
| | 11. Mechanics (plumbing, air conditioning, fire protection) |
| | 12. Life Safety (codes) |
| | 13. Circulation in the Building |
| **Professional Resources** | 14. Incorporation – Certificate from the Department of State |
| | 15. Architek P.S.C. |
| | 16. RF Construction Group |
| | 17. JQP Engineering Group P.A. (mechanics) |
| | 18. Manuel A. Quilinchini, B.S.C.E. (land) |
| | 19. Juan Requena, P.E. (electricity) |
| | 20. López & Grillasca Structural Engineering |
| **Delivery Time** | 21. The C.F.P. Group Robert J. Clark, P.F. |
| | 22. Location Query |
| | 23. Work Plan, Timetable |
| | 24. Performance Bond |
| | 25. Bank Letters |
| **Proposal** | 26. Corporate Resolutions |
| | 27. Financial Statements |
| | 28. Estimated Cost Breakdown |
| | 29. Bid Bond |
| | 30. Attachment A for Application (RFP) |
| | 31. Attachment B for Application (RFP) |

*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*10/FERUARY/2022* ◆ *Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449* ◆ *Translations & More: 787-637-4906*

CERTIFIED TRANSLATION

# **THE LAND**

The selected area is privileged. It is located in the heart of the Municipality of Caguas, specifically on highway PR-1, corner of PR-189 at the main entrance of the Traditional Urban Center of the City of Caguas. The property is a few meters from the current Caguas Judicial Center. (See Attachment 1).

The land proposed for the construction of the building to house the Caguas Judicial Center is located in the best existing place. The site was selected with time and dedication. The purchase option was negotiated in June 2001, at the market price of that year. From that date to the present, the prices for similar land (not the same) are more expensive or, to better state it, they simply do not exist.

The proponent acquired the property of thirty-three thousand eight hundred twenty-five point eight thousand nine hundred thirty square meters (33,825.8930 sq. mtrs.) on May 24, 2006 (See Attachment 3), which will be used for the project. Four thousand three hundred eighty-nine point eight square meters (4,389.8 sq. mtrs.) are reserved to build the facilities of the Department of Justice as this is an essential element for the proper functioning of the Judicial Center. The size of the property facilitates vehicular circulation, which is clear, precise and controlled, resulting in high efficiency.



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*10/FERUARY/2022* ◆ *Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449* ◆ *Translations & More: 787-637-4906*

CERTIFIED TRANSLATION

The property was formed through segregations and groupings of different plots. The new property, the acquired one, was presented to Entry 7234, Seat No. 742 of the Presentation Day Book 742. (See Attachment 3).

The land is acquired for an amount that exceeds thirteen million ($13,000,000.00) dollars. The price of the land was calculated at three hundred fifty ($350.00) dollars per square meter and other considerations. (2001 price). Currently, the price per square meter in similar land exceeds five hundred fifty dollars ($550.00) per square meter. The location of the land is unique and therefore it was not for sale. To achieve the transaction, it was necessary to commit to improving the area and remnant to be acquired in terms of infrastructure with the cost that this entails. Based on the experience of the developers the purchase is a good deal.

The land is outside of floodable areas according to the FEMA map (See Attachment 2). For these purposes, a non-flooding certification has been issued. (See Attachment 2). The Caguitas River that adjoins the property adjacent to the proposed was channeled. The soil study reflects good land for construction. (See Attachment 5). The land, according to the studies carried out, does not have drainage problems. There is also the necessary environmental evaluation for the project. (See Attachment 4).

The Judicial Center would be in the center of town, the best place to give excellent service to the people of Caguas. The access roads are advantageous to users. The property can be reached by several routes. (See Attachment 1). The area is

CERTIFIED TRANSLATION

accessible by highway number PR-1; PR-89; PR-30, etc. The main circulation arteries of Caguas flow into the proposed area.

The Judicial Region of Caguas is made up of the towns of: Aguas Buenas, Cidra, Gurabo, Juncos and San Lorenzo. The access roads for these users are the best possible, since they reach the Center by expressways and main roads.

The citizens of Aguas Buenas  would arrive at the Judicial Center by highway #156 and #1; the citizens of Cidra, would arrive at the Judicial Center by highway # 172 and the Luis A. Ferré Highway (#52); The citizens of Gurabo would arrive at the Judicial Center by highway #189; the citizens of Juncos would arrive at the Judicial Center by highway #3l and 30 or by #189; the citizens of San Lorenzo would arrive at the Judicial Center by the Chayanne Expressway ( #203) or take #30 and then highway #189 and also by #1.

The land that the corporation proposes is suitable for judicial facilities and sufficient for future expansion. The Municipal Government of Caguas supported the construction of the facilities on the chosen land. It praised the site as the most appropriate. The chosen area is in compliance with the Development Plan of the Autonomous Municipality of Caguas and with the criteria established by the Caguas 2020 Urban Project. (See Attachment 6).



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*10/FERUARY/2022 ◆ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ◆ Translations & More: 787-637-4906*

CERTIFIED TRANSLATION

Public transportation for the area is optimal. The Creole route, name that the municipal government has granted to a route that the trolleys will take to service the urban train will travel to the area [sic].

The developer's diligence in identifying the property par excellence for the project benefits the OCA. By choosing it, you would be acquiring land of incalculable value since it would belong to you at the end of the lease, after thirty years.



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*10/FERUARY/2022 ◆ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ◆ Translations & More: 787-637-4906*

CERTIFIED TRANSLATION

# THE BUILDING

The design of the building is excellent, modern, functional, beautiful and intelligent. Its exterior will reflect the transparency of the judicial system. It meets all the requirements of the "Request for Proposal", with those traditionally required by the Office of Administration of the Courts and with federal (ADA) and state laws.

The design takes into consideration the dignity of judicial work. The needs of the Judges, the employees of the Judicial Branch, the jury, the lawyers, visitors, etc. are also considered. Naturally, the design is preliminary, and will be adjusted to the requirements, desires and needs of the Court Administration Office.

The construction materials are adequate, provide beauty and guarantee durability. The reception and main corridors will be adorned with marble to give it the elegance and dignity that the work that will be carried out in the building implies, as required by the RFP. The building will consist of nine (9) floors and is organized as follows:

FLOOR I

Located on the first level: The lobby, the secretariat, the archives of active and inactive files, the supply and equipment store, the collection office, the accounts unit, the cafeteria, the area for bailiffs/marshals and inmates,

*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*10/FERUARY/2022* ◆ *Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449* ◆ *Translations & More: 787-637-4906*



CERTIFIED TRANSLATION

and the investigations room. The latter, with an independent entrance and may be open twenty-four (24) hours.

### FLOOR II

Five (5) courtrooms for minors and the family, the judge's offices, witness room for the secretariat for minors and the family, the area for pension examiners and the secretariat for the family and minors [*sic*].

### FLOOR III

Five (5) courtrooms for minors and the family, the judge's offices, witness room and the area for social workers.

Floors two (2) and three (3) were assigned to minors and families, because experience both in Puerto Rico and in the United States indicates that it is the busiest area and this location is easily accessible by the majestic staircase that starts on the first floor and through the elevators. Social workers and pension examiners are wisely located near family courtrooms.

### FLOOR IV

Five (5) criminal courtrooms, judge's offices, witness room, deliberation room and legal assistance.

The Legal Assistance office, whose work is predicated on the function of the criminal courtrooms, is located on this floor for the benefit of the judicial function.



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*10/FERUARY/2022* ◆ *Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449* ◆ *Translations & More: 787-637-4906*

CERTIFIED TRANSLATION

FLOOR V

Five (5) criminal courtrooms, judge's offices, witness room, deliberation room, the library and "drug court".

The legal library, which by its nature serves the entire center and is conveniently located in the middle of the building.

FLOOR VI

Five (5) civil courtrooms, judge's offices, witness room, deliberation room, multi-purpose room and Pro Se.

FLOOR VII

Five (5) civil courtrooms, judge's offices, witness room, deliberation room and conflict mediation center.

FLOOR VIII

Six (6) preliminary hearing rooms, witness room, secretariat and judge's offices.

FLOOR IX

Administrative offices.

## **Judicial Center Expansion**

The proponent has contemplated the future expansion of the Judicial Center, by horizontal expansion of the facilities.

*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*10/FERUARY/2022* ◆ *Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449* ◆ *Translations & More: 787-637-4906*



CERTIFIED TRANSLATION

Several spaces have been created on the left hand side of the building which is the result of the floors not all being the same size. The largest floors in footage mean that the upper one enjoys a kind of terraces not accounted for in the footage, which lend themselves to future expansion. These could be closed and would produce additional spaces on the floor, thus expanding the area. This benefit is available on floors five (5), seven (7) and eight (8) and of course, the ninth (9th.)

On the fifth floor (5th) there are three thousand seven hundred  forty-eight point forty-eight square feet (3,748.48 sq. ft.) of possible expansion; On the sixth floor (6th) there are two thousand two hundred forty-nine point twenty-three square feet (2,249.23 sq. ft.); on the seventh (7th) floor there are three thousand six hundred forty-seven point twenty-three square feet (3,647.23 sq. ft.); and on the ninth (9th) floor there are twelve thousand one hundred ninety-seven point fifty-one square feet (12,197.51 sq. ft. ) that can be used for future expansion. In total, the building has twenty-one thousand eight hundred forty-two point forty-five square feet (21,842.45 sq. ft.) for future expansions, not counting those already expressly required in the RFP, which are duly assigned in the plans. Therefore, the requirements of the RFP are met, leaving the upper floor open to build an additional floor. A growth of more than ten percent (10%) is feasible within the contemplated building.



CERTIFIED TRANSLATION

## **Elevators**

The elevators are manufactured in the United States and have an intercommunication feature. They are "machine room-less" which means there are no machines on the roof of the building that most elevators have. This is relevant if we consider the fact that the roof of the building is contemplated in the calculations for a possible expansion of the center. Also, this type of elevator consumes less energy and produces less noise and vibration.

There are nine (9) elevators in the building, which are divided as follows: two (2) for Judges and employees, four (4) for visitors and three (3) for inmates.

## **Staircase**

The building has a monumental staircase that connects the first five (5) floors. The staircase, due to their shape and localization, invites their use and is important if we consider that on the second (2nd) and third (3rd) floors we have placed the courtroom for family and minors, the busiest areas of Judicial Centers.

In compliance with state and federal laws and regulations, there are several staircases. Floors one (1), two (2), three (3) and four (4) have the monumental staircase and six (6) for emergencies. The fifth floor (5th) enjoys the monumental staircase and four (4) emergency staircases. Floors six (6), seven (7) and

*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*10/FERUARY/2022* ◆ *Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449* ◆ *Translations & More: 787-637-4906*



CERTIFIED TRANSLATION

eight (8) have four (4) emergency staircases and floor nine (9) has two (2) staircases. This is so because the upper floors are smaller.

The width of the staircases has been calculated to respond to the capacity for human occupation. They are pressurized to prevent smoke intake in an emergency.

## Restrooms

On all floors near the elevators, there is a grouped bank of restrooms for the use of employees and visitors. These are divided in such a way that the area of employees and visitors are separated. There are, of course, the restrooms required by the RFP for judges, bailiffs/marshals and inmates. There are also facilities in the investigation area as required.

Inmate restrooms are vandal resistant.

## Air Conditioning

A unique design focused on greater energy efficiency, which will be reflected in savings in electricity bills. It complies with the parameters of the RFP as it is a design conceived by means of a cooling tower using frozen water. The air handlers have been concentrated in two (2) central machines located on the roof of the first level, thus facilitating their maintenance without interrupting the operations of the court and, since they are located there, allowing

CERTIFIED TRANSLATION

future expansions on the upper roof. They are machines protected from inclement weather by being located within a housing.

## **Circulation**

The uttermost attention has been paid to pedestrian circulation in the Judicial Center. This works in parallel. An area for the use of visitors limited to the front space of the building. Visitors move through a corridor with a window that enjoys natural light and provides transparency to the building. This area, as required by the RFP, will be adorned with marble, both on its floors and walls.

The back of the building is designed for the circulation of employees of the Judicial Branch. The OCA can limit and delineate the flow of employees according to its parameters, for these purposes it is useful that the building is an intelligent one.

Communication between the public and private areas is possible through a point on each floor which is designed to be monitored by a bailiff.

For their part, the inmates have basically vertical circulation. After having entered the center's facilities through a maximum security interior patio, their movement is basically restricted to small areas.



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*10/FERUARY/2022* ◆ *Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449* ◆ *Translations & More: 787-637-4906*

CERTIFIED TRANSLATION

The study of the circulation reflected in Attachment 13 demonstrates how clear and precise the pedestrian circulations of the employees of the Judicial Branch, visitors and inmates are.

## **Intelligent Building**

The intelligent building concept was carefully studied, achieving a design in which the building and the systems complement each other.

The building will have a security camera system and integrated access control with lighting control and a fire alarm system.

The necessary platform for the monitoring of all these systems by the designated bailiff will be located in a room. With a visual interface, easy to operate and understand, with the facility to be managed remotely in the OCA. In addition to a central control the system has the flexibility of having other control centers on other floors or areas of the building.

All systems will be installed following current human safety codes. (See Attachment 8). However, the update (upgrade) of the system is contemplated every ten years at the time of the renegotiation of the rental fee. (See financial proposal).

## **Maintenance**

The developer has carefully planned the maintenance that will be given to the buildings and green areas. For these purposes, it has organized it according to the following organization chart:

*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*10/FERUARY/2022* ◆ *Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449* ◆ *Translations & More: 787-637-4906*

CERTIFIED TRANSLATION

## ORGANIZATION CHART



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*10/FERUARY/2022 ◆ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ◆ Translations & More: 787-637-4906*



CERTIFIED TRANSLATION

As can be seen, there will always be staff in the facilities since an administrator will be appointed and there will be a secretary and five maintenance employees. Certain services will be subcontracted.

## PARKING FACILITIES

They will be built in reinforced concrete and steel to guarantee fifty (50) years of useful life.

The width of each parking space will be eight feet (8'), six inches (6") and there will be <u>no columns between parking space and parking space</u>. It is a comfortable building. To take advantage of the foot of construction, ramps will be used in the parking areas with an incline of four percent (4%), which makes it extremely comfortable. The standard for ramps for the disabled is eight percent (8%), for which we have to emphasize the comfort of the designed facilities.

The building was designed open on three (3) sides to facilitate ventilation and the non-accumulation of smoke from cars.

Although at first glance the parking lot looks like a one sole parking lot, the users, that is, the employees and the visitors, are physically separated and there is no internal communication between the spaces designated for employees and for visitors.

*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*10/FERUARY/2022* ◆ *Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449* ◆ *Translations & More: 787-637-4906*



CERTIFIED TRANSLATION

The exit and entrance of employees and visitors are designed from different sides. Employees enter directly and visitors from the side. Control over the vehicle monitor is defined, clear and precise. (See Attachment 13).

Aesthetics have also been considered when designing this magnificent building. Planters are provided, the facade is designed and provision is made to plant trees on the periphery.

The building has facilities for one thousand two hundred sixty-six (1,266) cars. Which are divided as follows: six hundred thirty-eight (638) parking spaces for visitors and six hundred twenty-eight (628) for employees. Of the one thousand two hundred sixty-six (1,266) parking spaces, forty (40) are for the disabled, twenty (20) for employees and twenty (20) for visitors. Note that the forty-five (45) parking spaces for Judges, as well as the twenty-five (25) for Officials, are in the facilities of the Judicial Center building.

The parking lot has four (4) staircases, two (2) for the use of employees at the ends of the facility and two (2) for the use of visitors also at the ends of the facility. In addition, it has two (2) elevators for employees and two (2) for visitors, which are of the same quality and nature as the elevators in the Judicial Center building. They are made in the United States and are "machine room-less."



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*10/FERUARY/2022  ◆ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449  ◆ Translations & More: 787-637-4906*

CERTIFIED TRANSLATION

The infrastructure of the same was planned to use the area which is created by the incline of the ramps on the first (1st) floor.  The primary electrical equipment and the Administrator's offices will be located there.   Essential element for the Center's maintenance.



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*10/FERUARY/2022* ◆ *Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449* ◆ *Translations & More: 787-637-4906*

CERTIFIED TRANSLATION

## PROFESSIONAL RESOURCES

### The Developer

Ramhil Developers, Inc. is a corporation organized and existing in accordance with the Laws of the Commonwealth of Puerto Rico.  It has good standing according to a Certification from the Department of State. (See Attachment 14).

The officers of the developer have dedicated several years to the study of the needs of Judicial Centers, both local and abroad, and incorporate the fruits of these studies and experience in this project.  The bidder's experience should be analyzed in the following manner: the knowledge of the materials allows them to offer the best possible design. The experiences of the past shed light to solve or improve the present problems in the courts.

The trajectory of behavior of the developers is clear.  They are always willing to cooperate, please and satisfy the needs of the Judicial Branch.  They are committed to the Judiciary.

### The Architects

The firm of architects has been able to encompass the concerns and the experience of the developer, in the Request for Proposal and has submitted a design which is elegant, dynamic and functional.  It has previous experience in the design of

*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*10/FERUARY/2022* ◆ *Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449* ◆ *Translations & More: 787-637-4906*

CERTIFIED TRANSLATION

courts and prison facilities. The firm's principal was the key figure in the design of the Mayagüez Judicial Center. (See Attachment 15).  The firm of architects has chosen, with the developer's support, the best consultants for the design of the Judicial Center.

In the professional world the engineers for soil, electricity, mechanics and structure that have been hired for this work shine for their abilities. They have committed the time and resources necessary to diligently offer their services. (See Attachments 17, 18, 19, 20 and 21).  The analysis of the professional experience of the consultants reflects their professional quality, and the commitment of the developers to the project, who have not skimped to offer the best product. (See Attachments 8, 9, 10, 11 and 12). The consultants have prepared the project specifications which are found in Volume two (2) of the Proposal.

### **The Builder**

With proven experience, it is the construction firm chosen for the work. It has vast experience in projects of this magnitude. The list of works built by FR Construction Group and its subsidiaries is impressive. In Attachment 16 we have a summary of some similar works successfully built by the firm. We also provide the corporate summary, the summary of the main shareholders, the audited statements of June 30, 2005, bank recommendation letters, and analyst references.



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*10/FERUARY/2022* ◆ *Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449* ◆ *Translations & More: 787-637-4906*

CERTIFIED TRANSLATION

The construction firm has the economic capacity to be able to supply a Performance Bond essential for financing (See Attachment 24).

The Developer and its architects, consultants and builders are dedicated and committed to providing the Office of Court Administration with the best Judicial Center.

**<u>Financing</u>**

The developer has the financing for the construction of the Caguas Judicial Center. (See Attachment 25). Several banking institutions have shown interest in providing interim and permanent financing.

The officers of the developer are in good financial standing. (See Attachment 27). The reputation of the developers in the financial institutions is very good, which facilitates and speeds up the project. The problems of financing projects of this size and scope that are delayed so many times are not present here.



CERTIFIED TRANSLATION

## <u>DELIVERY TIME</u>

The developer has been working on the planning of the Caguas Judicial Center since 2001. Due to the diligence carried out, **a building can be delivered within forty (40) months** from the approval of the plans, the signing of the contract with the Office of Administration of the Courts and the obtaining of the construction permit.

As can be seen in Attachment 23, the work plan entails several simultaneous actions.

Since June 2001, the developers began to take steps to obtain the location query. To that end, the procedures began in the different government agencies.

On August 9, 2002, the developer submitted a location query, on the aforementioned land, under case number 2002-46-0905-JPU. Public hearings related to the permit were held on September 26, 2003. In these hearings there was no opposition to the building project.

The Resolution of the Board approving the consultation was issued on March 15, 2006, that is, sixty-three (63) months from the beginning of the proceedings aimed at obtaining the consultation. (See Attachment 22). It has remained in force through the payment of the necessary tariffs and the pertinent steps.



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*10/FERUARY/2022 ◆ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ◆ Translations & More: 787-637-4906*

CERTIFIED TRANSLATION

### The Developer has the Location Query

The Urbanization Permit can be obtained a month after signing the contract with the OCA. This permit would allow the movement of the land and start the infrastructure etc. Meanwhile, the Construction Permit would be worked on.

The time in which it is offered to deliver the building is a real one. It is based on the experience that the developers have in similar buildings; and in having worked on this project during the last six (6) years, based solely on public knowledge of the needs of the Judicial Region of Caguas.

Let us see:

1. The environmental study, an essential requirement for this type of project, has already been carried out. (See Attachment 4). This study took eight (8) months to complete.

2. The location query is current and it has taken about five (5) years to obtain it. Government agencies have already expressed themselves positively about the project. (See Attachment 22).

3. The Municipality of Caguas expressed its agreement with it and recognizes that the Development Plan of the Autonomous Municipality of Caguas and the Urban Project of Caguas 2020 are complied with.



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*10/FERUARY/2022 ◆ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ◆ Translations & More: 787-637-4906*

CERTIFIED TRANSLATION

4.      The building is practically designed subject to those modifications that the OCA wishes.

5.      Interim and permanent financing is available.

6.      The construction company has reserved the space to begin construction as soon as they are authorized.

This proposal is predicated on a "Design-Built/Fast Track" basis.

The developers took the initiative to prepare themselves, in facing the reality known to all and the needs of the Judicial Region of Caguas. They invested time, energy, etc., to be ready when the time should arise. This shows the degree of commitment we have with the work.



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*10/FERUARY/2022 ◆ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ◆ Translations & More: 787-637-4906*

CERTIFIED TRANSLATION

# **PROPOSAL**

### **Fee**

The lease fee is based on a thirty (30) year contract. **It takes into consideration the fact that at the end of the contract the building and the parking facilities become the property of the Office of Administration of the Courts for the nominal value of one dollar and that all the requirements demanded by the RFP are met**.

The suggested lease fee is the amount of thirty-two dollars and eighty-five cents ($32.85) per square foot for the Judicial Center building and nineteen dollars and thirty cents ($19.30) per square foot for the parking lot.

The lease fee takes into account a building of three hundred forty-seven thousand one hundred eighty-seven (342,187.03) square feet of construction and 324,452.55 square feet of construction for parking.

The size of the building and the square footage of construction are the

strict result of what was requested and required in the RFP. In other words, the design literally reflects what was requested by the OCA.

There will be specifications of the RFP that, in our opinion, could be changed without affecting the work. If it is desired to reduce the lease fee, these RFP

Certified to be a true and correct translation from the source text in Spanish to the target language English.
10/FERUARY/2022 ◆ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ◆ Translations & More: 787-637-4906

CERTIFIED TRANSLATION

requirements could be revised to generate savings. In due time, once the auction has been awarded, we would be willing to do so, through negotiation.

Upon expiration of ten (10) years of leasing, the parties will renegotiate an increase in the lease fee that will not exceed ten percent (10%). Upon completion of twenty (20) years of leasing, the parties will renegotiate an increase in the lease fee that will not exceed another ten percent (10%).

The lease fee agreed upon herein will apply and remain unchanged during each ten (10) year period, except for adjustments in the operational component line item, due to increases in federal minimum wages and/or any municipal, state or federal legislation.

Said fee includes:

1. The cost of building insurance.

2. The property tax based on the first receipt that is issued for the purpose, any increase will correspond to the Office of Administration of the Courts.

3. The maintenance of the public areas and the building as stated in the proposal.



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*10/FERUARY/2022 ◆ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ◆ Translations & More: 787-637-4906*

CERTIFIED TRANSLATION

We thank the Office of Administration of the Courts for the opportunity to present the Proposal and we hope to work together for the good of the project, and the Judicial District of Caguas and the Judicial Branch.

In Guaynabo, Puerto Rico on March 26, 2007.

Ramhil Developers, Inc.

[*Signed by*]

Hilda Rodríguez Forteza
President



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*10/FERUARY/2022 ◆ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ◆ Translations & More: 787-637-4906*