[Logo and Company Name] Infracity Development Group

| | |
|---|---|
| Project: | New Caguas Judicial Center |
| Leaseholder: | Office of Courts Administration |
| Prepared by: | Eng. Rolando Mateo (Construction Representative) |
| Date: | March 11, 2014 |

Leased Area Calculation

A. Offices and Session Rooms Building

| Level | Gross Area (sqft) | Open Lobby | Net Area (sqft) | | Ramhil Calculation |
|---|---|---|---|---|---|
| 1 | 82,120.6 | 0.0 | 82,120.6 | | 82,248.02 |
| 2 | 41,223.2 | -1,126.3 | 40,096.9 | | 40,059.86 |
| 3 | 41,379.9 | -1,420.4 | 39,959.5 | | 39,910.20 |
| 4 | 41,372.2 | -1,420.4 | 39,951.8 | | 39,910.20 |
| 5 | 39,455.9 | 0.0 | 39,455.9 | | 39,458.49 |
| 6 | 37,482.1 | 0.0 | 37,482.1 | | 37,502.49 |
| 7 | 28,245.3 | 0.0 | 28,245.3 | | 28,297.67 |
| 8 | 26,090.4 | 0.0 | 26,090.4 | | 26,156.73 |
| 9 | 12,035.0 | 0.0 | 12,035.0 | | 12,077.22 |
| Total | 349,404.6 | -3,967 | 345,437.5 | | 345,620.88 |

Lease Fee = $32.85/sqft
Total Lease Payment = $945,635.16 monthly

B. Parking Building

| Level | Width | Length | Gross Area (sqft) | Stairs Elevators | Ramp | Cisterns | Ramhil Offices | Ramhil Storage | Net Area (sqft) |
|---|---|---|---|---|---|---|---|---|---|
| 1st Level | 246.0 | 368.2 | 90,569.8 | 813.0 | -9390.7 | -16,801.8 | -2,169.0 | -3,248.5 | 59,771.9 |
| Ramps | 123.0 | 279.5 | 34,378.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 34,378.5 |
| 2nd Level | 246.0 | 368.2 | 90,569.8 | 905.3 | -34,378.5 | 0.0 | 0.0 | 0.0 | 57,096.6 |
| Ramps | 123.0 | 279.5 | 34,378.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 34,378.5 |
| 3rd Level | 246.0 | 368.2 | 90,569.8 | 597.9 | -34,378.5 | 0.0 | 0.0 | 0.0 | 56,789.2 |
| Ramps | 123.0 | 279.5 | 34,378.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 34,378.5 |
| 4th Level | 246.0 | 368.2 | 90,569.8 | 597.9 | -34,378.5 | 0.0 | 0.0 | 0.0 | 56,789.2 |
| Ramps | 123.0 | 279.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 5th Level | 246.0 | 368.2 | 0.0 | 2,460.8 | 0.0 | 0.0 | 0.0 | 0.0 | 2,460.8 |
| Judges | | | 14,146.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 14,146.9 |

Net Total Area= 350,190.1. sqft
Area As Per Contract= 324,452.6 sqft
Lease Fee= $ 19.30 /sqft
Total Lease Payment= $ 521,827.85 monthly

| | | |
|---|---|---|
| Total Lease A Payment= | $ | 945,635.16 |
| Total Lease B Payment= | $ | 521,827.85 |
| Total Lease Payment= | $ | 1,467,463.01 |
| As Per Contract | $ | 1,488,617.61 |
| Difference | $ | 21,154.60 |

[Signature]
Eng. Rolando Mateo, PE
OCA Construction Representative

*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*31/JANUARY/2022 ◆ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ◆ Translations & More: 787-637-4906*