**RAMHIL DEVELOPERS, INC.**
P.O. Box 929
Fajardo, P.R. 00738
(787) 801-8401 (Tel.)
(787) 801-8402 (Fax)

# INVOICE

**Customer**
Name: Eng. María Burgos Figueroa
Position: Director of Administration
Address: Administrative Offices of the Courts
San Juan, PR 00936

Date: 01/01/22
Invoice #: 2022-001
Rep:
FOB:

| Qty | Description | | Unit Price | TOTAL |
|---|---|---|---|---|
| 14,146.9 pc | Rent New Caguas Judicial Center | | | |
| | Lease Amount | $ | 1,490,215.94 | |
| | Partial Payment | $ | 1,467,463.01 | |
| | Difference | $ | 22,752.93 | |
| | 12/20/13 @ 12/30/13 | $ | 7,584.31 | $ 22,752.93 |
| | 01/01/14 @ 01/01/22 | $ | 2,207,034.21 | $ 22,752.93 |
| | | | | $ 2,214,618.52 |

**Payment Details**
○ Cash
● Check
○ Credit Card

SubTotal: $2,214,618.52
Shipping & Handling:
TOTAL: $2,214,618.52

Eng.. María Burgos Figueroa
Director of Administration
Administration Offices of the Courts

Mr. Carlos González Morales
Secretary
Ramhil Developers, Inc.

Note: "Under penalty of absolut nullification I certify that no public employee of the OCA: is part of or has any interrest in the profits or benefits product of the contract object of this invoice and should they be a party or have any interest in the profits or benefits product of the contract, a prior dispense has been issued. The only consideration for supplying the goods or services object of this contract has been the payment to with the agency's authorized representaive. The amount of this invoice is fair and correct. The construction work has been performed, the products have been delivered (the services rendered) and have not been paid."