**RAMHIL DEVELOPERS, INC.**
P.O. Box 929
Fajardo, P.R. 00738
(787) 801-8401 (Tel.)
(787) 801-8402 (Fax)

# INVOICE

**Customer**

| | |
|---|---|
| Name | Mr. Andrés R. García Martinó |
| Position | Director of Administration |
| Address | Administrative Offices of the Courts |
| | San Juan, PR 00936 |

| Date | 05/01/17 |
|---|---|
| Invoice # | 2017-05 |
| Rep | |
| FOB | |

| Qty | Description | | Unit Price | TOTAL |
|---|---|---|---|---|
| 14,146.9 pc | Rent New Caguas Judicial Center | | | |
| | Lease Amount | $ 1,490,215.94 | | |
| | Partial Payment | $ 1,467,463.01 | | |
| | Difference | $ 22,752.93 | | |
| | 12/20/13 @ 12/30/13 | $ 7,584.31 | $ 22,752.93 | |
| | 01/01/14 @ 05/01/17 | $ 932,870.13 | $ 22,752.93 | |
| | | | | $ 940,454.44 |

RECEIVED JUN 0 1 2017 FINANCE

| | SubTotal | $940,454.44 |
|---|---|---|
| | Shipping & Handling | |
| | TOTAL | $940,454.44 |

**Payment Details**
○ Cash
● Check
○ Credit Card

_____
Mr. Andrés García Martinó
Director of Administration
Administration Offices of the Courts

_____
Mr. Carlos González Morales
Secretary
Ramhil Developers, Inc.

Note: "Under penalty of absolut nullification I certify that no public employee of the OCA is part of or has any interrest in the profits or benefits product of the contract object of this invoice and should they be a party or have any interest in the profits or benefits product of the contract, a prior dispense has been issued. The only consideration for supplying the goods or services object of this contract has been the payment to with the agency's authorized representaive. The amount of this invoice is fair and correct. The construction work has been performed, the products have been delivered (the services rendered) and have not been paid.



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*31/JANUARY/2022* ◆ *Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449* ◆ *Translations & More: 787-637-4906*