

*Commonwealth of Puerto Rico*
*General Court of Justice*
*Courts Administration Office*

*Hon. Sonia Ivette Vélez Colón*
*Administrative Director of the Courts*                                   www.ramajudicial.pr

September 19, 2012

Attny. Hilda Rodríguez Forteza
President
RAMHIL Developers, Inc.
PO Box 190573
San Juan, PR 00919-0573

Dear Attny. Rodríguez Forteza:

The Administration and Buildings Conservation Office (Buildings) of the Courts Administration Office (OCA) requested you submit a proposal for replacement of fluorescent lighting to an LED system for the new Caguas Judicial Center. According to information from Buildings, the implementation of this system would represent a considerable reduction in the electric energy service costs. In addition, it contributes to the conservation of the environment as it is less contaminating than the traditional system.

According to the proposal prepared by Eng. Jorge. E. Otero Mercado, the cost of the LED system amounts to $1,058,474. Eng. José F. Moreno Navarro, Buildings Administrator, evaluated the proposal and recommended it favorably.

Therefore, we will appreciate meeting with you to discuss the terms to cover the cost of this project. You or the person you designate can contact Mr. William Pando Reyes, Director of Administration, to coordinate the date of the meeting.

Cordially,

[Signature]
Sonia Ivette Vélez Colón


*O Box 190917 San Juan, Puerto Rico 00919-0917  Telephones: 787-641-6623 – 641-6624 – Fax 787-766-9831*



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*31/JANUARY/2022 ◆ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ◆ Translations & More: 787-637-4906*