

*Commonwealth of Puerto Rico*
*General Court of Justice*
*Courts Administration Office*

**Hon. Sonia Ivette Vélez Colón**
*Administrative Director of the Courts*                 www.ramajudicial.pr

February 15, 2013

Mr. Carlos González Morales
RAMHIL Developers, Inc.
PO Box 190573
San Juan, PR 00919-0573

Dear Mr. González Morales:

We received your communication dated December 12, 2012 notifying the change in the selection of the company that will install the LED lighting in what will be the new Caguas Judicial Center. For the reasons stated in your letter, you decided to accept the proposal by the company LDA Incorporated (Cooper) at a cost of $1,058,000.00 (see attachment).

Because this proposal had been previously evaluated by the Administration and Buildings Conservation Office, we authorize you to proceed with the installation of the LED lighting system at a cost of $1,058,000.00.

We reiterate our original position that this amount will be paid in full upon receipt of the *substantial completion* of the project.

Cordially,

[Signature]
Sonia Ivette Vélez Colón


O Box 190917 San Juan, Puerto Rico 00919-0917    Telephones: 787-641-6623 – 641-6624 – Fax 787-766-9831



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*31/JANUARY/2022* ♦ *Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449* ♦ *Translations & More: 787-637-4906*