# ▲AIA® Document G704™ – 2000

## Certificate of Substantial Completion

| PROJECT: *(Name and address)* | PROJECT NUMBER: | 447 | | OWNER ☐ |
|---|---|---|---|---|
| Nuevo Centro Judicial de Caguas | CONTRACT FOR: | Centro Judicial de Caguas | | ARCHITECT ☐ |
| State Road PR-189 KM.0.4 | CONTRACT DATE: | February 10, 2011 | | |
| Caguas, PR 00725 | | | | CONTRACTOR ☐ |
| TO OWNER: *(Name and address)* | TO CONTRACTOR: *(Name and address)* | | | FIELD ☐ |
| Ramhil Devlopers, Inc. | | F&R Construction Group, Inc. | | |
| PO Box 190573 | | PO Box 9932 | | OTHER ☐ |
| San Juan, PR 00910-0573 | | San Juan, PR 00908-9932 | | |

PROJECT OR PORTION OF THE PROJECT DESIGNATED FOR PARTIAL OCCUPANCY OR USE SHALL INCLUDE:

Caguas Judicial Center Building, Parking Building and Corresponding Site

The Work performed under this Contract has been reviewed and found, to the Architect's best knowledge, information and belief, to be substantially complete. Substantial Completion is the stage in the progress of the Work when the Work or designated portion is sufficiently complete in accordance with the Contract Documents so that the Owner can occupy or utilize the Work for its intended use. The date of Substantial Completion of the Project or portion designated above is the date of issuance established by this Certificate, which is also the date of commencement of applicable warranties required by the Contract Documents, except as stated below:

No exceptions

Architek
**ARCHITECT** BY Arq. Jorge Becerra     December 18, 2013
                                          **DATE OF ISSUANCE**

A list of items to be completed or corrected is attached hereto. The failure to include any items on such list does not alter the responsibility of the Contractor to complete all Work in accordance with the Contract Documents. Unless otherwise agreed to in writing, the date of commencement of warranties for items on the attached list will be the date of issuance of the final Certificate of Payment or the date of final payment.

Cost estimate of Work that is incomplete or defective: $           0.00

The Contractor will complete or correct the Work by the list of items attached hereto within   forty five
( 45 ) days from the above date of Substantial Completion.

F&R Construction Group, Inc.                                December 18, 2013
**CONTRACTOR** BY Medel Hernandez Moreda P.E./P.M.  **DATE**

The Owner accepts the Work or designated portion as substantially complete and will assume full possession at
   4:00pm  *(time)* on   December 18, 2013  *(date)*.

Ramhil Developers, Inc.
**OWNER** BY Mr. Carlos R. González  **DATE**

The responsibilities of the Owner and Contractor for security, maintenance, heat, utilities, damage to the Work and insurance shall be as follows: *(Note: Owner's and Contractor's legal and insurance counsel should determine and review insurance requirements and coverage.)*

F&R Construction Group - Warrantees
Owners - All Others

AIA Document G704™ – 2000. Copyright © 1963, 1978, 1992 and 2000 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. Purchasers are permitted to reproduce ten (10) copies of this document when completed. To report copyright violations of AIA Contract Documents, e-mail The American Institute of Architects' legal counsel, copyright@aia.org.




COMMONWEALTH OF PUERTO RICO
AUTONOMOUS MUNICIPALITY OF CAGUAS

PERMITS OFFICE
Municipal Government Center
José Mercado Ave., corner Padial
2nd Floor Office 201
PO Box 907, Caguas, P.R. 00726-907

# USE PERMIT

**Purpose:** COURT OFFICES ON LEVELS 1 to 8, CAFETERIA ON FIRST FLOOR, OFFICES ON FLOOR 9 – COOLING SYSTEM ROOM, AND GENERATOR ROOM, 5-STORY ANCILLARY BUILDING FOR PARKING WITH ADMINISTRATIVE OFFICES, GUARD HOUSE, PUMPS STATION AND ELECTRIC GENERATOR
**Requested by:** RAMHIL DEVELOPERS, INC. / "CAGUAS JUDICIAL CENTER"

Pursuant to the legal and regulatory provisions, this permit is issued for the property located at **PR ST. RD 1 CORNER 189 KM 0.4 PUEBLO WARD** in Caguas at a building in **CINDER BLOCKS AND CONCRETE** at the **FIRST TO NINTH FLOORS AND FIVE-STORY ANCILLARY BUILDING**.

**APPLICATION:** PUCC-2013-02802      **ZONE:** UC-2      **CADASTER:** 225-025-233-03-901

Conditions:

1. Eng. **JUAN ÁLVAREZ DELGADO**, license **21,716**, has certified that the job construction was inspected and that it was built pursuant to the blueprints approved under the case **CXP-2013-02711**.
2. Mr. **MANUEL FRANCISCO HERNÁNEZ MOREDA**, through sworn statement number **1712** dated **11 December 2013**, sworn before Attny. **ALICIA LAVERGNE RAMÍREZ**, has certified that the job was performed according to the blueprints and specifications of the construction permit approved number **CXP-2013-02711.**
3. Installation of signage attached to the front façade with an area of 50 square feet and illumination is authorized, as established in Section 29.2.2 on Exclusions of the Joint Regulation. This sign will have to be registered in Signs and Advertisements Registry of the Permits Inspector General (OIGPe [*per its Spanish acronym*]) within a three-month term.
4. Construction jobs without permits are not legalized, nor impedes legal action to be taken to require mitigations.
5. It is provided that this use cannot be intensified or changed and cannot be expanded with the permit from this office.
6. The authorization issued herein does not have the purpose or the scope to nullify any private restriction (easement in equity) that may be inconsistent with the permit granted herein. The party that feels so aggrieved may file a civil procedure of declaratory judgment and injunction in the Court of First Instance with competency.
7. This activity will be operated in an orderly manner.
8. The operation of this permit will avoid noises or vibrations that may be offensive to the tranquility of the neighbors. If these damages are not adequately corrected, this permit will be canceled.
9. The provisions of the Code of Order of the Ciudad Criolla must be complied with.
10. At all times, the requirements of the Department of Environmental Health and of the Puerto Rico Fire Department must be complied with.
11. Parking vehicles on sidewalks, shaded areas and public roads is not authorized. The requirements for parking vehicles must be complied with as established in Chapter VI of the Ordinance Regulation of the Autonomous Municipality of Caguas of 1998.
12. Compliance with the requirements of the Permits Office does not exempt any party that requests a permit or authorization from the ODP [Permits Office] of compliance with the requirements of the federal laws *Americans with Disabilities Act* and its corresponding regulations.
13. Recommendations provided by Environmental Review must be complied with.
14. **This Use Permit must be located in a place visible to the public.**

| [Signature] | | [Signature] |
|---|---|---|
| Eng. Milagros Calixto Vega | December 20, 2013 | ELIDA A. PALACIOS VELÁZQUEZ |
| Authorized by | Date issued | Issued by |

This document is not valid without the stamp.      4689



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*1/FEBRUARY/2022 ◆ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ◆ Translations & More: 787-637-4906*