# ▲IA® Document G701™ – 2001

## Change Order

| | | |
|---|---|---|
| **PROJECT:** *(Name and address)*<br>Centro Judicial de Caguas<br>Carr PR-1, Int. Carr 189<br>Km 0.4, Bo Bairoa, Caguas | **CHANGE ORDER NUMBER:** 13<br>**DATE:** 12-Apr-13 | OWNER ☐<br>ARCHITECT ☐<br>CONTRACTOR ☐ |
| **TO CONTRACTOR:** *(Name and address)*<br>F&R Construction Group, Inc.<br>PO Box 9932<br>San Juan, PR 00908-9932 | **ARCHITECT'S PROJECT NUMBER:** 447<br>**CONTRACT DATE:** 10-Feb-11<br>**CONTRACT FOR:** Centro Judicial Caguas | FIELD ☐<br>OTHER ☐ |

The Contract is changed as follows:
*(Include, where applicable, any undisputed amount attributable to previously executed Construction Change Directives.)*

| | | |
|---|---|---|
| To charge for changes to work and additional finishes required by O.A.T. as per annexed detail items A thru V. | Total $ | 49,723.05 |
| | Insurance 2.05% $ | 1,026.70 |
| | O.H. Profit 10% $ | 5,110.98 |
| | Total L.S. $ | 55,860.73 |

| | | |
|---|---|---|
| The original (Contract Sum) ~~(Guaranteed Maximum Price)~~ was | $ | 94,997,000.00 |
| The net change by previously authorized Change Orders | $ | 1,181,912.07 |
| The (Contract Sum) ~~(Guaranteed Maximum Price)~~ prior to this Change Order was | $ | 96,178,912.07 |
| The (Contract Sum) ~~(Guaranteed Maximum Price)~~ will be (increased) ~~(decreased)~~ ~~(unchanged)~~ by this Change Order in the amount of | $ | 55,860.73 |
| The new (Contract Sum) ~~(Guaranteed Maximum Price)~~, including this Change Order, will be | $ | 96,234,772.80 |

The Contract Time will be ~~(increased)~~ ~~(decreased)~~ (unchanged) by zero ( 0 ) days.
The date of Substantial Completion as of the date of this Change Order, therefore, is

NOTE: This Change Order does not include changes in the Contract Sum, Contract Time or Guaranteed Maximum Price that have been authorized by Construction Change Directive until the cost and time have been agreed upon by both the Owner and Contractor, in which case a Change Order is executed to supersede the Construction Change Directive.

**NOT VALID UNTIL SIGNED BY THE ARCHITECT, CONTRACTOR AND OWNER.**

| Architek   J.M.A. & M.G.M. | F&R Construction Group, Inc. | Ramhil Developers, Inc. |
|---|---|---|
| ARCHITECT *(Firm name)*<br>PO Box 1920168   Calle Las Marias #212 | CONTRACTOR *(Firm name)* | OWNER *(Firm name)* |
| San Juan, PR 00910   San Juan, P.R. 00927 | PO Box 9932, San Juan, PR 00908 | PO Box 190579, San Juan, PR 00919 |
| ADDRESS | ADDRESS | ADDRESS |
| BY *(Signature)* | BY *(Signature)* | BY *(Signature)* |
| Arq. Jorge Beserra  Manuel Gonzalez / Juan Alvarez | Manuel Hernandez Moreda, PE | Lic. Hilda Rodriguez |
| *(Typed name)* | *(Typed name)* | *(Typed name)* |
| Mayo 21-2013 | 12/15/13 | |
| DATE | DATE | DATE |

CAUTION: You should sign an original AIA Contract Document, on which this text appears in RED. An original assures that changes will not be obscured.

AIA Document G701™ – 2001. Copyright © 1979, 1987, 2000 and 2001 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. Purchasers are permitted to reproduce ten (10) copies of this document when completed. To report copyright violations of AIA Contract Documents, e-mail The American Institute of Architects' legal counsel, copyright@aia.org.



# Commonwealth of Puerto Rico
## General Court of Justice
### Courts Administration Office

**Hon. Sonia Ivette Vélez Colón**
*Administrative Director of the Courts*

www.ramajudicial.pr

May 15, 2013

Attny. Hilda Rodríguez Forteza
President
RAMHIL Developers, Inc.
PO Box 190573
San Juan, PR 00919-0573

Dear Attny. Rodríguez Forteza:

**Re:   New Caguas Judicial Center**

As part of the process to complete the referenced project, the need to make several changes was identified. These were evaluated; therefore, we authorize you to perform them at an additional cost of $55,714.65 (see attachments).

Cordially,

[Signature]
Sonia Ivette Vélez Colón

PO Box 190917 San Juan, Puerto Rico 00919-0917   Telephones: 787-641-6623 – 641-6624 – Fax 787-766-9831



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*31/JANUARY/2022  ◆  Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449  ◆  Translations & More: 787-637-4906*

# AIA Document G701™ – 2001

## Change Order

**PROJECT:** *(Name and address)*
Centro Judicial de Caguas
Carr PR-1, Int. Carr 189
Km 0.4, Bo Bairoa, Caguas

**CHANGE ORDER NUMBER:** 21
**DATE:** 18-Jun-13

**ARCHITECT'S PROJECT NUMBER:** 447

**TO CONTRACTOR:** *(Name and address)*
F&R Construction Group, Inc.
PO Box 9932
San Juan, PR 00908-9932

**CONTRACT DATE:** 10-Feb-11
**CONTRACT FOR:** Centro Judicial Caguas

OWNER ☐
ARCHITECT ☐
CONTRACTOR ☐
FIELD ☐
OTHER ☐

The Contract is changed as follows:
*(Include, where applicable, any undisputed amount attributable to previously executed Construction Change Directives.)*

To charge for changes requested by O.A.T. at Court Rooms to relocate furniture as per Claim No. 24 Rev. No. 1.

Total L.S.  $ 27,423.90

| | |
|---|---:|
| The original (Contract Sum) ~~(Guaranteed Maximum Price)~~ was | $ 94,997,000.00 |
| The net change by previously authorized Change Orders | $ 1,361,248.86 ✓ |
| The (Contract Sum) ~~(Guaranteed Maximum Price)~~ prior to this Change Order was | $ 96,358,248.86 |
| The (Contract Sum) ~~(Guaranteed Maximum Price)~~ will be (increased) ~~(decreased)(unchanged)~~ by this Change Order in the amount of | $ 27,423.90 ✓ |
| The new (Contract Sum) ~~(Guaranteed Maximum Price)~~, including this Change Order, will be | $ 96,385,672.76 |

The Contract Time will be ~~(increased)~~ ~~(decreased)~~ (unchanged) by  zero  ( 0 ) days.
The date of Substantial Completion as of the date of this Change Order, therefore, is

NOTE: This Change Order does not include changes in the Contract Sum, Contract Time or Guaranteed Maximum Price that have been authorized by Construction Change Directive until the cost and time have been agreed upon by both the Owner and Contractor, in which case a Change Order is executed to supersede the Construction Change Directive.

**NOT VALID UNTIL SIGNED BY THE ARCHITECT, CONTRACTOR AND OWNER.**

| Architek J.M.A. & M.G.M. | F&R Construction Group, Inc. | Ramhil Developers, Inc. |
|---|---|---|
| ARCHITECT *(Firm name)* PO Box 1920168  Calle Las Marias #212 | CONTRACTOR *(Firm name)* | OWNER *(Firm name)* |
| San Juan, PR 00910  San Juan, P.R. 00927 | PO Box 9932, San Juan, PR 00908 | PO Box 190679, San Juan, PR 00919 |
| ADDRESS | ADDRESS | ADDRESS |
| BY *(Signature)* | BY *(Signature)* | BY *(Signature)* |
| Arq. Jorge Beserra / Manuel Gonzalez / Juan Alvarez | Manuel Hernandez Moreda, PE | Lic. Hilda Rodriguez |
| *(Typed name)* | *(Typed name)* | *(Typed name)* |
| Junio 25-2013 | VI/18/13 | 6/25/13 |
| DATE | DATE | DATE |

CAUTION: You should sign an original AIA Contract Document, on which this text appears in RED. An original assures that changes will not be obscured.

AIA Document G701™ – 2001. Copyright © 1979, 1987, 2000 and 2001 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. Purchasers are permitted to reproduce ten (10) copies of this document when completed. To report copyright violations of AIA Contract Documents, e-mail The American Institute of Architects' legal counsel, copyright@aia.org.



# Commonwealth of Puerto Rico
## General Court of Justice
### Courts Administration Office

**Hon. Sonia Ivette Vélez Colón**
Administrative Director of the Courts

www.ramajudicial.pr

June 24, 2013

Attny. Hilda Rodríguez Forteza
President
RAMHIL Developers, Inc.
PO Box 190573
San Juan, PR 00919-0573

Dear Attny. Rodríguez Forteza:

We received the cost estimate of May 14, 2013 for the relocation of the podiums in the Criminal Courtrooms, as well as the relocation of the witness box and tables for lawyers in all the Session Rooms. After a review, the cost amounts to $27,423.90

The document was evaluated and favorably recommended. Therefore, we authorize you to perform the aforementioned changes at a cost of $27,423.90

Cordially,

[Signature]
Sonia Ivette Vélez Colón

PO Box 190917 San Juan, Puerto Rico 00919-0917    Telephones: 787-641-6623 – 641-6624 – Fax 787-766-9831



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*31/JANUARY/2022  ◆  Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449  ◆  Translations & More: 787-637-4906*

# AIA® Document G701™ – 2001

## Change Order

| | | |
|---|---|---|
| **PROJECT:** *(Name and address)*<br>Centro Judicial de Caguas<br>Carr PR-1, Int. Carr 189<br>Km 0.4, Bo Bairoa, Caguas | **CHANGE ORDER NUMBER:** 30<br>**DATE:** 26-Aug-13 | OWNER ☐<br>ARCHITECT ☐<br>CONTRACTOR ☐ |
| **TO CONTRACTOR:** *(Name and address)*<br>F&R Construction Group, Inc.<br>PO Box 9932<br>San Juan, PR 00908-9932 | **ARCHITECT'S PROJECT NUMBER:** 447<br>**CONTRACT DATE:** 10-Feb-11<br>**CONTRACT FOR:** Centro Judicial Caguas | FIELD ☐<br>OTHER ☐ |

The Contract is changed as follows:
*(Include, where applicable, any undisputed amount attributable to previously executed Construction Change Directives.)*

To charge for three (3) assign receptacles at Gym required by OAT as requested by owner.

| | |
|---|---|
| The original (Contract Sum) (Guaranteed Maximum Price) was | $ 94,997,000.00 |
| The net change by previously authorized Change Orders | $ 1,835,264.24 |
| The (Contract Sum) (Guaranteed Maximum Price) prior to this Change Order was | $ 96,832,264.24 |
| The (Contract Sum) (Guaranteed Maximum Price) will be (increased) (decreased) (unchanged) by this Change Order in the amount of | $ 3,030.89 |
| The new (Contract Sum) (Guaranteed Maximum Price), including this Change Order, will be | $ 96,835,295.13 |

The Contract Time will be (increased) (decreased) (unchanged) by zero ( 0 ) days.
The date of Substantial Completion as of the date of this Change Order, therefore, is

NOTE: This Change Order does not include changes in the Contract Sum, Contract Time or Guaranteed Maximum Price that have been authorized by Construction Change Directive until the cost and time have been agreed upon by both the Owner and Contractor, in which case a Change Order is executed to supersede the Construction Change Directive.

**NOT VALID UNTIL SIGNED BY THE ARCHITECT, CONTRACTOR AND OWNER.**

| Architek<br>J.M.A. & M.G.M. | F&R Construction Group, Inc. | Ramhil Developers, Inc. |
|---|---|---|
| **ARCHITECT** *(Firm name)*<br>PO Box 1920168 Calle Las Marias #212<br>San Juan, PR 00910 San Juan, P.R. 00927<br>ADDRESS | **CONTRACTOR** *(Firm name)*<br>PO Box 9932 / San Juan, PR 00908<br>ADDRESS | **OWNER** *(Firm name)*<br>PO Box 190579, San Juan, PR 00919<br>ADDRESS |
| BY *(Signature)*<br>Arq. Jorge Beserra / Manuel Gonzalez / Juan Alvarez<br>*(Typed name)*<br>Oct. 29-2013<br>DATE | BY *(Signature)*<br>Manuel Hernandez Moreda, PE<br>*(Typed name)*<br>VIII/26/13<br>DATE | BY *(Signature)*<br>Lic. Hilda Rodriguez<br>*(Typed name)*<br>10-29-13<br>DATE |

CAUTION: You should sign an original AIA Contract Document, on which this text appears in RED. An original assures that changes will not be obscured.

AIA Document G701™ – 2001. Copyright © 1979, 1987, 2000 and 2001 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. Purchasers are permitted to reproduce ten (10) copies of this document when completed. To report copyright violations of AIA Contract Documents, e-mail The American Institute of Architects' legal counsel, copyright@aia.org.



*Commonwealth of Puerto Rico*
*General Court of Justice*
*Courts Administration Office*

*Hon. Sonia Ivette Vélez Colón*
*Administrative Director of the Courts*      www.ramajudicial.pr

August 12, 2013

Attny. Hilda Rodríguez Forteza
President
RAMHIL Developers, Inc.
PO Box 190573
San Juan, PR 00919-0573

Dear Attny. Rodríguez Forteza:

We received the cost estimate sent for the relocation for the installation of 3 dedicated receptacles in what will be the gymnasium of the New Caguas Judicial Center project. The cost amount is $3,047.33

The document was evaluated and favorably recommended. Therefore, we authorize you to perform the aforementioned changes at a cost of $3,047.33

Cordially,

[Signature]
Sonia Ivette Vélez Colón

*PO Box 190917 San Juan, Puerto Rico 00919-0917   Telephones: 787-641-6623 – 641-6624 – Fax 787-766-9831*



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*31/JANUARY/2022* ◆ *Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449* ◆ *Translations & More: 787-637-4906*

# AIA Document G701™ – 2001

## Change Order

| | |
|---|---|
| **PROJECT:** (Name and address)<br>Centro Judicial de Caguas<br>Carr PR-1, Int. Carr 189<br>Km 0.4, Bo Bairoa, Caguas | **CHANGE ORDER NUMBER:** 24<br>**DATE:** 25-Jun-13 |
| **TO CONTRACTOR:** (Name and address)<br>F&R Construction Group, Inc.<br>PO Box 9932<br>San Juan, PR 00908-9932 | **ARCHITECT'S PROJECT NUMBER:** 447<br>**CONTRACT DATE:** 10-Feb-11<br>**CONTRACT FOR:** Centro Judicial Caguas |

OWNER ☐  ARCHITECT ☐  CONTRACTOR ☐  FIELD ☐  OTHER ☐

The Contract is changed as follows:
(Include, where applicable, any undisputed amount attributable to previously executed Construction Change Directives.)

To charge new glass openings at Family / Minors courts as required by O.A.T. and approved by owner on Claim no. 31.

Total L.S    $   23,692.54

| | |
|---|---:|
| The original (Contract Sum) ~~(Guaranteed Maximum Price)~~ was | $ 94,997,000.00 |
| The net change by previously authorized Change Orders | $ 1,398,172.90 |
| The (Contract Sum) ~~(Guaranteed Maximum Price)~~ prior to this Change Order was | $ 96,395,172.90 |
| The (Contract Sum) ~~(Guaranteed Maximum Price)~~ will be (increased) ~~(decreased)~~ ~~(unchanged)~~ by this Change Order in the amount of | $ 23,692.54 |
| The new (Contract Sum) ~~(Guaranteed Maximum Price)~~, including this Change Order, will be | $ 96,418,865.44 |

The Contract Time will be ~~(increased)~~ ~~(decreased)~~ (unchanged) by   zero   ( 0 ) days.
The date of Substantial Completion as of the date of this Change Order, therefore, is

*NOTE: This Change Order does not include changes in the Contract Sum, Contract Time or Guaranteed Maximum Price that have been authorized by Construction Change Directive until the cost and time have been agreed upon by both the Owner and Contractor, in which case a Change Order is executed to supersede the Construction Change Directive.*

**NOT VALID UNTIL SIGNED BY THE ARCHITECT, CONTRACTOR AND OWNER.**

| Architek  J.M.A. & M.G.M. | F&R Construction Group, Inc. | Ramhil Developers, Inc. |
|---|---|---|
| **ARCHITECT** (Firm name)<br>PO Box 1920168<br>San Juan, PR 00910<br>ADDRESS | **CONTRACTOR** (Firm name)<br>Calle Las Marias #212<br>San Juan, P.R. 00927<br>PO Box 9932, San Juan, PR 00908<br>ADDRESS | **OWNER** (Firm name)<br>PO Box 190579, San Juan, PR 00919<br>ADDRESS |
| BY (Signature) | BY (Signature) | BY (Signature) |
| Arq. Jorge Beserra   Manuel Gonzalez / Juan Alvarez<br>(Typed name) | Manuel Hernandez Moreda, PE<br>(Typed name) | Lic. Hilda Rodriguez<br>(Typed name) |
| Julio 2-2013<br>DATE | 6/25/13<br>DATE | 7-2-13<br>DATE |

CAUTION: You should sign an original AIA Contract Document, on which this text appears in RED. An original assures that changes will not be obscured.

AIA Document G701™ – 2001. Copyright © 1979, 1987, 2000 and 2001 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. Purchasers are permitted to reproduce ten (10) copies of this document when completed. To report copyright violations of AIA Contract Documents, e-mail The American Institute of Architects' legal counsel, copyright@aia.org.



# Commonwealth of Puerto Rico
## General Court of Justice
## Courts Administration Office

**Hon. Sonia Ivette Vélez Colón**
Administrative Director of the Courts

www.ramajudicial.pr

June 21, 2013

Attny. Hilda Rodríguez Forteza
President
RAMHIL Developers, Inc.
PO Box 190573
San Juan, PR 00919-0573

Dear Attny. Rodríguez Forteza:

**Re:   New Caguas Judicial Center**

We received the cost estimate of June 3, 2013 for $23,692.54 for the installation of glass [panels] in the Family and Minors Courtrooms of the referenced Judicial Center. We have evaluated your recommendation and favorably accept it.

Therefore, we authorize you to proceed with the aforementioned change as established in this letter.

Cordially,

[Signature]
Sonia Ivette Vélez Colón

PO Box 190917 San Juan, Puerto Rico 00919-0917   Telephones: 787-641-6623 – 641-6624 – Fax 787-766-9831



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*31/JANUARY/2022 ♦ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ♦ Translations & More: 787-637-4906*

# ▲IA® Document G701™ – 2001

## Change Order

**PROJECT:** *(Name and address)*
Centro Judicial de Caguas
Carr PR-1, Int. Carr 189
Km 0.4, Bo Bairoa, Caguas

**TO CONTRACTOR:** *(Name and address)*
F&R Construction Group, Inc.
PO Box 9932
San Juan, PR 00908-9932

**CHANGE ORDER NUMBER:** 20
**DATE:** 18-Jun-13
**ARCHITECT'S PROJECT NUMBER:** 447
**CONTRACT DATE:** 10-Feb-11
**CONTRACT FOR:** Centro Judicial Caguas

OWNER ☐
ARCHITECT ☐
CONTRACTOR ☐
FIELD ☐
OTHER ☐

The Contract is changed as follows:
*(Include, where applicable, any undisputed amount attributable to previously executed Construction Change Directives.)*

To charge for one additional Light Fixture at nine (9) rooms as requested by O.A.T. as per Claim No. 36.

Total L.S. $ 1,967.80

| | |
|---|---:|
| The original (Contract Sum) (~~Guaranteed Maximum Price~~) was | $ 94,997,000.00 |
| The net change by previously authorized Change Orders | $ 1,359,281.06 |
| The (Contract Sum) (~~Guaranteed Maximum Price~~) prior to this Change Order was | $ 96,356,281.06 |
| The (Contract Sum) (~~Guaranteed Maximum Price~~) will be (increased) (~~decreased~~) (~~unchanged~~) by this Change Order in the amount of | $ 1,967.80 |
| The new (Contract Sum) (~~Guaranteed Maximum Price~~), including this Change Order, will be | $ 96,358,248.86 |

The Contract Time will be (~~increased~~) (~~decreased~~) (unchanged) by **zero** ( 0) days.
The date of Substantial Completion as of the date of this Change Order, therefore, is

NOTE: This Change Order does not include changes in the Contract Sum, Contract Time or Guaranteed Maximum Price that have been authorized by Construction Change Directive until the cost and time have been agreed upon by both the Owner and Contractor, in which case a Change Order is executed to supersede the Construction Change Directive.

**NOT VALID UNTIL SIGNED BY THE ARCHITECT, CONTRACTOR AND OWNER.**

| Architek J.M.A. & M.G.M. | F&R Construction Group, Inc. | Ramhil Developers, Inc. |
|---|---|---|
| ARCHITECT *(Firm name)* | CONTRACTOR *(Firm name)* | OWNER *(Firm name)* |
| PO Box 1920168 Calle Las Marias #212 | PO Box 9932, San Juan, PR 00908 | PO Box 190579, San Juan, PR 00919 |
| San Juan, PR 00910 / San Juan, P.R. 00927 | | |
| ADDRESS | ADDRESS | ADDRESS |
| BY *(Signature)* | BY *(Signature)* | BY *(Signature)* |
| Arq. Jorge Beserra Manuel González / Juan Alvarez | Manuel Hernández Moreda, PE | Lic. Hilda Rodriguez |
| *(Typed name)* | *(Typed name)* | *(Typed name)* |
| 6-25-13 | 6/18/13 | 6/25/13 |
| DATE | DATE | DATE |

CAUTION: You should sign an original AIA Contract Document, on which this text appears in RED. An original assures that changes will not be obscured.

AIA Document G701™ – 2001. Copyright © 1979, 1987, 2000 and 2001 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. Purchasers are permitted to reproduce ten (10) copies of this document when completed. To report copyright violations of AIA Contract Documents, e-mail The American Institute of Architects' legal counsel, copyright@aia.org. 010711ACD44



*Commonwealth of Puerto Rico*
# General Court of Justice
*Courts Administration Office*
*San Juan, Puerto Rico*

*677 César González Street*
*P. O. Box 190917*
*San Juan, Puerto Rico 00919-0917*

*William Pando Reyes*
*Administration Directorate*                                    *www.ramajudicial.pr*

June 18, 2013

Attny. Hilda Rodríguez Forteza
President
RAMHIL Developers, Inc.
PO Box 190573
San Juan, PR 00919-0573

Dear Attny. Rodríguez Forteza:

**Re:    Server Rooms Lamps - New Caguas Judicial Center**

We reviewed the cost estimate sent for the installation of additional lamps in the server rooms of the referenced building. We authorize you to perform the corresponding change at a cost of $1,967.80.


Cordially,


[Signature]
William Pando Reyes

csl

Attachments



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*31/JANUARY/2022 ◆ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ◆ Translations & More: 787-637-4906*

# AIA® Document G701™ – 2001

## Change Order

— no costs ok
— claim ok

| | |
|---|---|
| **PROJECT:** *(Name and address)*<br>Centro Judicial de Caguas<br>Carr PR-1, Int. Carr 189<br>Km 0.4, Bo Bairoa, Caguas | **CHANGE ORDER NUMBER:** 31<br>**DATE:** 28-Aug-13 |
| **TO CONTRACTOR:** *(Name and address)*<br>F&R Construction Group, Inc.<br>PO Box 9932<br>San Juan, PR. 00908-9932 | **ARCHITECT'S PROJECT NUMBER:** 447<br>**CONTRACT DATE:** 10-Feb-11<br>**CONTRACT FOR:** Centro Judicial Caguas |

OWNER ☐
ARCHITECT ☐
CONTRACTOR ☐
FIELD ☐
OTHER ☐

The Contract is changed as follows:
*(Include, where applicable, any undisputed amount attributable to previously executed Construction Change Directives.)*

To charge for work required by OAT on Telecommunication Rev.5 & Krono System as requested by owner.

The original (Contract Sum) ~~(Guaranteed Maximum Price)~~ was $ 94,997,000.00
The net change by previously authorized Change Orders $ 1,838,295.13
The (Contract Sum) ~~(Guaranteed Maximum Price)~~ prior to this Change Order was $ 96,835,295.13
The (Contract Sum) ~~(Guaranteed Maximum Price)~~ will be (increased) ~~(decreased)~~ ~~(unchanged)~~ 7,168.37
by this Change Order in the amount of
The new (Contract Sum) ~~(Guaranteed Maximum Price)~~, including this Change Order, will be 96,842,463.50
The Contract Time will be ~~(increased)~~ ~~(decreased)~~ (unchanged) by zero ( 0 ) days.
The date of Substantial Completion as of the date of this Change Order, therefore, is

NOTE: This Change Order does not include changes in the Contract Sum, Contract Time or Guaranteed Maximum Price that have been authorized by Construction Change Directive until the cost and time have been agreed upon by both the Owner and Contractor, in which case a Change Order is executed to supersede the Construction Change Directive.

**NOT VALID UNTIL SIGNED BY THE ARCHITECT, CONTRACTOR AND OWNER.**

| Architek J.M.A. & M.G.M. | F&R Construction Group, Inc. | Ramhil Developers, Inc. |
|---|---|---|
| **ARCHITECT** *(Firm name)*<br>PO Box 1920168  Calle Las Marias #212<br>San Juan, PR 00910  San Juan, P.R. 00927<br>ADDRESS | **CONTRACTOR** *(Firm name)*<br>PO Box 9932, San Juan, PR 00908<br>ADDRESS | **OWNER** *(Firm name)*<br>PO Box 190579, San Juan, PR 00919<br>ADDRESS |
| BY *(Signature)* | BY *(Signature)* | BY *(Signature)* |
| Arq. Jorge Beserra  Manuel Gonzalez / Juan Alvarez<br>*(Typed name)*<br>Oct-29-2013<br>DATE | Manuel Hernandez Moreda, PE<br>*(Typed name)*<br>8/28/13<br>DATE | Lic. Hilda Rodriguez<br>*(Typed name)*<br>10-29-13<br>DATE |

CAUTION: You should sign an original AIA Contract Document, on which this text appears in RED. An original assures that changes will not be obscured.

AIA Document G701™ – 2001. Copyright © 1979, 1987, 2000 and 2001 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. Purchasers are permitted to reproduce ten (10) copies of this document when completed. To report copyright violations of AIA Contract Documents, e-mail The American Institute of Architects' legal counsel, copyright@aia.org.



# Commonwealth of Puerto Rico
## General Court of Justice
### Courts Administration Office

**Hon. Sonia Ivette Vélez Colón**
Administrative Director of the Courts

www.ramajudicial.pr

August 12, 2013

Attny. Hilda Rodríguez Forteza
President
RAMHIL Developers, Inc.
PO Box 190573
San Juan, PR 00919-0573

Dear Attny. Rodríguez Forteza:

We received the cost estimate sent for performing several changes requested in the telecommunications blueprints of the New Caguas Judicial Center project. The changes include the installation of ducts, time punches, additional data boxes, and boxes for additional television sets. The cost amounts to $7,155.28

The document was evaluated and favorably recommended. Therefore, we authorize you to perform the aforementioned changes at a cost of $7,155.28.

Cordially,

[Signature]
Sonia Ivette Vélez Colón

PO Box 190917 San Juan, Puerto Rico 00919-0917  Telephones: 787-641-6623 – 641-6624 – Fax 787-766-9831



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*31/JANUARY/2022 ◆ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ◆ Translations & More: 787-637-4906*

# ▲AIA® Document G701™ – 2001

## Change Order

| | |
|---|---|
| **PROJECT:** *(Name and address)* <br> Centro Judicial de Caguas <br> Carr PR-1, Int. Carr 189 <br> Km 0.4, Bo Bairoa, Caguas | **CHANGE ORDER NUMBER:** 26 <br> **DATE:** 8-Jul-13 |
| **TO CONTRACTOR:** *(Name and address)* <br> F&R Construction Group, Inc. <br> PO Box 9932 <br> San Juan, PR 00908-9932 | **ARCHITECT'S PROJECT NUMBER:** 447 <br> **CONTRACT DATE:** 10-Feb-11 <br> **CONTRACT FOR:** Centro Judicial Caguas |

OWNER ☐  ARCHITECT ☐  CONTRACTOR ☐  FIELD ☐  OTHER ☐

The Contract is changed as follows:
*(Include, where applicable, any undisputed amount attributable to previously executed Construction Change Directives.)*

To charge for additional wood work for mixer equipment as per detail "A" requested by OAT and approved by owner.

Total 30 ea. @ $40.00 = $ 1,200.00

| | |
|---|---|
| The original (Contract Sum) ~~(Guaranteed Maximum Price)~~ was | $ 94,997,000.00 |
| The net change by previously authorized Change Orders | $ 1,645,865.44 |
| The (Contract Sum) ~~(Guaranteed Maximum Price)~~ prior to this Change Order was | $ 96,642,865.44 |
| The (Contract Sum) ~~(Guaranteed Maximum Price)~~ will be (increased) ~~(decreased)~~ ~~(unchanged)~~ by this Change Order in the amount of | $ 1,200.00 |
| The new (Contract Sum) ~~(Guaranteed Maximum Price)~~, including this Change Order, will be | $ 96,644,065.44 |

The Contract Time will be ~~(increased)~~ ~~(decreased)~~ (unchanged) by zero ( 0 ) days.
The date of Substantial Completion as of the date of this Change Order, therefore, is

NOTE: This Change Order does not include changes in the Contract Sum, Contract Time or Guaranteed Maximum Price that have been authorized by Construction Change Directive until the cost and time have been agreed upon by both the Owner and Contractor, in which case a Change Order is executed to supersede the Construction Change Directive.

**NOT VALID UNTIL SIGNED BY THE ARCHITECT, CONTRACTOR AND OWNER.**

| Architek J.M.A. & M.G.M. | F&R Construction Group, Inc. | Ramhil Developers, Inc. |
|---|---|---|
| ARCHITECT *(Firm name)* | CONTRACTOR *(Firm name)* | OWNER *(Firm name)* |
| PO Box 1920168   Calle Las Marias #212 | PO Box 9932, San Juan, PR 00908 | PO Box 190919, San Juan, PR 00919 |
| San Juan, PR 00910   San Juan, P.R. 00927 | | |
| ADDRESS | ADDRESS | ADDRESS |
| BY *(Signature)* | BY *(Signature)* | BY *(Signature)* |
| Arq. Jorge Beserra / Manuel Gonzalez / Juan Alvarez | Manuel Hernandez Moreda, PE | Lic. Hilda Rodriguez |
| *(Typed name)* | *(Typed name)* | *(Typed name)* |
| Julio 9-2013 | 41/8/13 | 8/30/13 |
| DATE | DATE | DATE |

CAUTION: You should sign an original AIA Contract Document, on which this text appears in RED. An original assures that changes will not be obscured.

AIA Document G701™ – 2001. Copyright © 1979, 1987, 2000 and 2001 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. Purchasers are permitted to reproduce ten (10) copies of this document when completed. To report copyright violations of AIA Contract Documents, e-mail The American Institute of Architects' legal counsel, copyright@aia.org.



*Commonwealth of Puerto Rico*
*General Court of Justice*
*Courts Administration Office*

*Hon. Sonia Ivette Vélez Colón*
*Administrative Director of the Courts*        www.ramajudicial.pr

August 12, 2013

Attny. Hilda Rodríguez Forteza
President
RAMHIL Developers, Inc.
PO Box 190573
San Juan, PR 00919-0573

Dear Attny. Rodríguez Forteza:

We received the cost estimate sent for installing a shelf in the stenographer's work station. This change will be performed in 30 work stations of the New Caguas Judicial Center project. The cost amounts to $1,200.

The document was evaluated and favorably recommended. Therefore, we authorize you to perform the aforementioned changes at a cost of $1,200.

Cordially,

[Signature]
Sonia Ivette Vélez Colón

*PO Box 190917 San Juan, Puerto Rico 00919-0917   Telephones: 787-641-6623 – 641-6624 – Fax 787-766-9831*



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*31/JANUARY/2022 ◆ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ◆ Translations & More: 787-637-4906*

# AIA Document G701™ – 2001

## Change Order

| | | |
|---|---|---|
| PROJECT: (Name and address)<br>Centro Judicial de Caguas<br>Carr PR-1, Int. Carr 189<br>Km 0.4, Bo Bairoa, Caguas | CHANGE ORDER NUMBER: 36<br>DATE: 27-Dec-13 | OWNER ☐<br>ARCHITECT ☐<br>CONTRACTOR ☐<br>FIELD ☐<br>OTHER ☐ |
| TO CONTRACTOR: (Name and address)<br>F&R Construction Group, Inc.<br>PO Box 9932<br>San Juan, PR 00908-9932 | ARCHITECT'S PROJECT NUMBER: 447<br>CONTRACT DATE: 10-Feb-11<br>CONTRACT FOR: Centro Judicial Caguas | |

The Contract is changed as follows:
(Include, where applicable, any undisputed amount attributable to previously executed Construction Change Directives.)

To charge for new sink at New Janitor Room in Lawyer Office LEG-312 and replacement of cable tray for 6ea EMT conduits at the Atrium Area.

| | | |
|---|---|---|
| Claim #50 Rev. #1 | $ | 1,715.17 |
| Claim #43 Rev. #1 | $ | 2,748.93 |
| Total | $ | 4,464.10 |

| | |
|---|---:|
| The original (Contract Sum) (Guaranteed Maximum Price) was | $ 94,997,000.00 |
| The net change by previously authorized Change Orders | $ 1,868,646.29 |
| The (Contract Sum) (Guaranteed Maximum Price) prior to this Change Order was | $ 96,865,646.29 |
| The (Contract Sum) (Guaranteed Maximum Price) will be (increased) (decreased) (unchanged) by this Change Order in the amount of | $ 4,464.10 |
| The new (Contract Sum) (Guaranteed Maximum Price), including this Change Order, will be | $ 96,870,110.39 |

The Contract Time will be (increased) (decreased) (unchanged) by zero ( 0 ) days.

The date of Substantial Completion as of the date of this Change Order, therefore, is

NOTE: This Change Order does not include changes in the Contract Sum, Contract Time or Guaranteed Maximum Price that have been authorized by Construction Change Directive until the cost and time have been agreed upon by both the Owner and Contractor, in which case a Change Order is executed to supersede the Construction Change Directive.

NOT VALID UNTIL SIGNED BY THE ARCHITECT, CONTRACTOR AND OWNER.

| Architek | J.M.A. & M.G.M. | F&R Construction Group, Inc. | Ramhil Developers, Inc. |
|---|---|---|---|
| ARCHITECT (Firm name)<br>PO Box 1920168<br>San Juan, PR 00910<br>ADDRESS | CONTRACTOR (Firm name)<br>Calle Las Marias #212<br>San Juan, P.R. 00927<br>ADDRESS | CONTRACTOR (Firm name)<br>PO Box 9932, San Juan, PR 00908<br>ADDRESS | OWNER (Firm name)<br>PO Box 190579, San Juan, PR 00919<br>ADDRESS |
| BY (Signature) | BY (Signature) | BY (Signature) | BY (Signature) |
| Arq. Jorge Beserra | Manuel Gonzalez / Juan Alvarez | Manuel Hernandez Moreda, PE | Lic. Hilda Rodriguez |
| (Typed name) | (Typed name) | (Typed name) | (Typed name) |
| Ene. 21-2014 | | XII/30/13 | |
| DATE | | DATE | DATE |

CAUTION: You should sign an original AIA Contract Document, on which this text appears in RED. An original assures that changes will not be obscured.

AIA Document G701™ – 2001. Copyright © 1979, 1987, 2000 and 2001 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. Purchasers are permitted to reproduce ten (10) copies of this document when completed. To report copyright violations of AIA Contract Documents, e-mail The American Institute of Architects' legal counsel, copyright@aia.org.



**Commonwealth of Puerto Rico**
**General Court of Justice**
**Courts Administration Office**

**Hon. Sonia Ivette Vélez Colón**
Administrative Director of the Courts

www.ramajudicial.pr

December 16, 2013

Attny. Hilda Rodríguez Forteza
President
RAMHIL Developers, Inc.
PO Box 190573
San Juan, PR 00919-0573

Dear Attny. Rodríguez Forteza:

**Re: New Caguas Judicial Center**

The Courts Administration Office requested converting a legal office in the Legal Aid area on the third level. As part of the job, plumbing work must be done to install a sink with all its components (see attachment). The cost estimate submitted was reviewed and it was agreed to perform the job at a cost of $1,715.17.

Therefore, we authorize you to perform the aforementioned change as established in this communication.

Cordially,

[Signature]
Sonia Ivette Vélez Colón

PO Box 190917 San Juan, Puerto Rico 00919-0917   Telephones: 787-641-6623 – 641-6624 – Fax 787-766-9831



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*31/JANUARY/2022  ◆  Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449  ◆  Translations & More: 787-637-4906*



*Commonwealth of Puerto Rico*
*General Court of Justice*
*Courts Administration Office*

*Hon. Sonia Ivette Vélez Colón*
  *Administrative Director of the Courts*  www.ramajudicial.pr

December 16, 2013

Attny. Hilda Rodríguez Forteza
President
RAMHIL Developers, Inc.
PO Box 190573
San Juan, PR 00919-0573

Dear Attny. Rodríguez Forteza:

**Re:  New Caguas Judicial Center**

To improve the distribution of the communications system, the need to replace the telecommunications cable distribution (cable tray) with ducts (EMT Conduits) was identified. The cost estimate submitted was reviewed and it was agreed to perform the job at a cost of $2,748.44.

Therefore, we authorize you to perform the aforementioned change as established in this communication.

Cordially,

[Signature]
Sonia Ivette Vélez Colón

*PO Box 190917 San Juan, Puerto Rico 00919-0917  Telephones: 787-641-6623 – 641-6624 – Fax 787-766-9831*



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*31/JANUARY/2022 ◆ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ◆ Translations & More: 787-637-4906*

# AIA Document G701™ – 2001

## Change Order

**PROJECT:** *(Name and address)*
Centro Judicial de Caguas
Carr PR-1, Int. Carr 189
Km 0.4, Bo Bairoa, Caguas

**CHANGE ORDER NUMBER:** 42
**DATE:** 1-Apr-14

**ARCHITECT'S PROJECT NUMBER:** 447

**TO CONTRACTOR:** *(Name and address)*
F&R Construction Group, Inc.
PO Box 9932
San Juan, PR 00908-9932

**CONTRACT DATE:** 10-Feb-11
**CONTRACT FOR:** Centro Judicial Caguas

OWNER ☐
ARCHITECT ☐
CONTRACTOR ☐
FIELD ☐
OTHER ☐

The Contract is changed as follows:
*(Include, where applicable, any undisputed amount attributable to previously executed Construction Change Directives.)*

To charge for changes requested by owner as required by O.A.T.

| | |
|---|---|
| Kitchen Cabinet at Secretary | $ 1,391.96 |
| Receptacle at Security Room | $ 1,000.00 |
| New Door Opening between INA.103/INA.101 | $ 768.95 |
| Total L.S. | $ 3,160.91 |

| | |
|---|---|
| The original (Contract Sum) ~~(Guaranteed Maximum Price)~~ was | $ 94,997,000.00 |
| The net change by previously authorized Change Orders | $ 2,114,552.21 |
| The (Contract Sum) ~~(Guaranteed Maximum Price)~~ prior to this Change Order was | $ 97,111,552.21 |
| The (Contract Sum) ~~(Guaranteed Maximum Price)~~ will be (increased) ~~(decreased)~~ ~~(unchanged)~~ by this Change Order in the amount of | $ 3,160.91 |
| The new (Contract Sum) ~~(Guaranteed Maximum Price)~~, including this Change Order, will be | $ 97,114,713.12 |

The Contract Time will be ~~(increased)~~ ~~(decreased)~~ (unchanged) by zero ( 0 ) days.
The date of Substantial Completion as of the date of this Change Order, therefore, is

NOTE: This Change Order does not include changes in the Contract Sum, Contract Time or Guaranteed Maximum Price that have been authorized by Construction Change Directive until the cost and time have been agreed upon by both the Owner and Contractor, in which case a Change Order is executed to supersede the Construction Change Directive.

**NOT VALID UNTIL SIGNED BY THE ARCHITECT, CONTRACTOR AND OWNER.**

| Architek J.M.A. & M.G.M. | F&R Construction Group, Inc. | Ramhil Developers, Inc. |
|---|---|---|
| ARCHITECT *(Firm name)* | CONTRACTOR *(Firm name)* | OWNER *(Firm name)* |
| PO Box 1920168 Calle Las Marias #212 | PO Box 9932, San Juan, PR 00908 | PO Box 190579, San Juan, PR 00919 |
| San Juan, PR 00910 San Juan, P.R. 00927 | | |
| ADDRESS | ADDRESS | ADDRESS |
| BY *(Signature)* | BY *(Signature)* | BY *(Signature)* |
| Arq. Jorge Becerra / Manuel Gonzalez / Juan Alvarez | Manuel Hernandez Moreda, PE | Lic. Hilda Rodriguez |
| *(Typed name)* | *(Typed name)* | *(Typed name)* |
| DATE | DATE IV/1/14 | DATE |

CAUTION: You should sign an original AIA Contract Document, on which this text appears in RED. An original assures that changes will not be obscured.

AIA Document G701™ – 2001. Copyright © 1979, 1987, 2000 and 2001 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. Purchasers are permitted to reproduce ten (10) copies of this document when completed. To report copyright violations of AIA Contract D



*Commonwealth of Puerto Rico*
*General Court of Justice*
*Courts Administration Office*

*Hon. Sonia Ivette Vélez Colón*
*Administrative Director of the Courts*                               www.ramajudicial.pr

March 24, 2014

Attny. Hilda Rodríguez Forteza
President
RAMHIL Developers, Inc.
PO Box 190573
San Juan, PR 00919-0573

Dear Attny. Rodríguez Forteza:

**Re:    New Caguas Judicial Center**

On May 15, 2013, we contacted you authorizing the performance of several changes at a cost of $55,714.68. Among the recommended changes, the expansion of the Dining Room in the General Secretariat Area located on the first floor was contemplated. However, a kitchen cabinet that appears in the original design was not included among the authorized changes.

We received from RAMHIL a quote for $1,391.96, which was evaluated and favorably recommended. Therefore, we authorize you to perform the aforementioned change for $1,391.96.

Cordially,

[Signature]
Sonia Ivette Vélez Colón

*PO Box 190917 San Juan, Puerto Rico 00919-0917   Telephones: 787-641-6623 – 641-6624 – Fax 787-766-9831*



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*31/JANUARY/2022  ◆  Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449  ◆  Translations & More: 787-637-4906*



*Commonwealth of Puerto Rico*
*General Court of Justice*
*Courts Administration Office*

*Hon. Sonia Ivette Vélez Colón*
*Administrative Director of the Courts*          www.ramajudicial.pr

April 22, 2014

Attny. Hilda Rodríguez Forteza
President
RAMHIL Developers, Inc.
PO Box 190573
San Juan, PR 00919-0573

Dear Attny. Rodríguez Forteza:

**Re:    New Caguas Judicial Center**

The spaces in the area designated as Inactive Files in the building of reference were recently redistributed. Due to the need of the service, it was decided that the space to review files will be converted into the office of the Supervisor; therefore, it is necessary to make it private with the installation of a door.

The quote submitted by RAMHIL was evaluated and it was favorably recommended to authorize the change at a cost of $768.95. Therefore, we authorize you to perform the aforementioned work for $768.95.

Cordially,

[Signature]
Sonia Ivette Vélez Colón

*29-4-14*
*Sent by*
*regular mail.*

*PO Box 190917 San Juan, Puerto Rico 00919-0917    Telephones: 787-641-6623 – 641-6624 – Fax 787-766-9831*



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*31/JANUARY/2022 ♦ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ♦ Translations & More: 787-637-4906*