# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** <br><br> **THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO** <br><br> **as representative of** <br><br> **THE COMMONWEALTH OF PUERTO RICO, *ET ALS*.** <br><br> **DEBTORS** | PROMESA <br> TITLE III <br><br> NO. 17 BKT 3283-LTS <br> (Jointly Administered) |
| **LUIS F. PABON BOSQUES;** <br> **RAUL MARTINEZ PEREZ;** <br> **ELVIN A. ROSADO MORALES;** <br> **CARLOS A. ROJAS ROSARIO;** <br> **RAFAEL TORRES RAMOS** <br><br> **APPELLANTS,** <br><br> **v.** <br><br> **THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO** <br><br> **as representative of** <br><br> **THE COMMONWEALTH OF PUERTO RICO, ET ALS.** <br><br> **DEBTORS-APPELLEES** | |

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

Notice is hereby given that**,** Luis F. Pabón Bosques, Raul Martinez Perez, Elvin A. Rosado Morales, Carlos A. Rojas Rosario y Rafael Torres Ramos, (jointly referred as "Creditors"), hereby

appeals to the United States Court of Appeals for the First Circuit, pursuant to 28 U.S.C. § 1291 and 48 U.S.C. § 2162(b), from the portions of (i) the *Findings of Fact and Conclusions of Law in Connection with Confirmation of the Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority* [ECF No. 19812], and (ii) the *Order and Judgment Confirming Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority* [ECF No. 19813], holding that Act 80-2020, Act 81-2020, and Act 82-2020 are preempted by PROMESA. These Orders and Judgment were entered in the above-entitled action on January 18th, 2022

**RESPECTFULLY SUBMITTED**: In San Juan, Puerto Rico, on this 17th day of February, 2022.

*/S/VICTOR M. RIVERA-RIOS*
VICTOR M. RIVERA-RIOS
USDC BAR NUMBER 301202
1420 FERNANDEZ JUNCOS AVE
SAN JUAN, PR 00909
Telephone: (787) 727-5710
Facsimile: (787) 268-1835
E-Mail: victorriverarios@rcrtrblaw.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*S/VICTOR M. RIVERA-RIOS*
Attorney for the Appellants

2