# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 9:35 AM (AST)
Ended: 1:29 PM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**          DATE: February 16, 2022

**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**

COURTROOM DEPUTY: Carmen Tacoronte

COURT REPORTER: Amy Walker

CONTRACT INTERPRETER: Carol Terry

CSO: Luis Montoya

| | |
|---|---|
| In Re: <br><br> The Financial Oversight and Management Board for Puerto Rico <br><br> *as representative of* <br><br> The Commonwealth of Puerto Rico, *et al.* Debtors | 3:17-BK-3283 (LTS) <br> PROMESA Title III <br><br> (Jointly Administered) |

**Hearing on Adjourned Omnibus Objections to Claims held.**

Attorney Gabriel Miranda Rivera, counsel for the Financial Oversight and Management Board, was present in court.

The agenda was filed at DE #20125 in 17-3283.

**I. CONTESTED CLAIM OBJECTIONS (beginning at 9:30 a.m. Atlantic Standard Time):**

1. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]

    a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Obe E. Johnson (Claim Nos. 177676, 177765 and 178772) [Case No. 17-3283, ECF No. 18197] (Response Form submitted, claimant's response not clear)

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – February 16, 2022

- b. Mr. Johnson was heard on the record.
- c. The objection was sustained as to Claim Nos. 177676, 177765 and 178772. The claims were disallowed in their entirety because they were filed after the bar date.

2. Three Hundred Sixty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17921]

   - a. Response to Three Hundred Sixty-First Omnibus Objection to Claims, filed by Hector Villalongo Ortiz (Claim No. 2221) [Case No. 17-3283, ECF No. 18137] (Response Form not returned)
   - b. The objection was sustained as to Claim No. 2221. The claim was disallowed in its entirety since it does not provide a basis for asserting a claim against the Commonwealth.

3. Three Hundred Sixty-Second Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17927]

   - a. Response to Three Hundred Sixty-Second Omnibus Objection to Claims, filed by Maria Clemente Rosa (Claim No. 133778) [Case No. 17-3283, ECF No. 20003–5, 6] (Response Form not returned)
   - b. The objection was sustained as to Claim No. 133778. The claim was reclassified as a general unsecured claim.

4. Three Hundred Sixty-Second Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17927]

   - a. Response to Three Hundred Sixty-Second Omnibus Objection to Claims, filed by Maira Feliciano Rosado (Claim No. 10547) [Case No. 17-3283, ECF No. 18290] (Response Form submitted, claimant will attend)
   - b. Ms. Feliciano was heard on the record with the assistance of the certified interpreter.
   - c. The objection was sustained as to Claim No. 10547. The claim was reclassified as a general unsecured claim.

5. Three Hundred Thirty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17081]

   Three Hundred Sixty-Second Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17927]

   - a. Response to Three Hundred Thirty-Seventh Omnibus Objection to Claims, filed by Maria Carrión Vega (Claim No. 3258) [Case No. 17-3283, ECF No. 20001–1-4] (Response Form submitted, claimant's response not clear)

- b. Response to Three Hundred Sixty-Second Omnibus Objection to Claims, filed by Maria Carrión Vega (Claim No. 3258) [Case No. 17-3283, ECF No. 20003–1-4] (Response Form submitted, claimant's response not clear)
- c. Ms. Carrión Vega was heard on the record with the assistance of the certified interpreter.
- d. Matters were adjourned pending review of documents pertaining to Ms. Carrión Vega's civil case filed in state court.

6. Three Hundred Sixty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17933]
   - a. Response to Three Hundred Sixty-Seventh Omnibus Objection to Claims, filed by Maria Franco Soto (Claim No. 16543) [Case No. 17-3283, ECF No. 18209] (Response Form not returned)
   - b. The objection was sustained as to Claim No. 16543. The claim was reclassified as a claim against the Commonwealth.

7. Three Hundred Sixty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17933]
   - a. Response to Three Hundred Sixty-Seventh Omnibus Objection to Claims, filed by Sonia López Báez (Claim No. 9987) [Case No. 17-3283, ECF No. 18875] (Response Form not returned)
   - b. The objection was sustained as to Claim No. 9987. The claim was reclassified as a claim against the Commonwealth.

8. Three Hundred Sixty-Eighth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17934]
   - a. Response to Three Hundred Sixty-Eighth Omnibus Objection to Claims, filed by Todd Hauck (Claim No. 9269) [Case No. 17-3283, ECF No. 18160] (Response Form submitted, claimant will not attend)
   - b. The objection was sustained in part as to Claim No. 9269. To the extent it asserts a claim with respect to HTA bonds, that claim is disallowed as previously satisfied.

9. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]
   - a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Eric Josue Soto Sánchez (Claim No. 108658) [Case No. 17-3283, ECF No. 19046] (Response Form not returned).
   - b. The objection was sustained as to Claim No. 108658. The claim was disallowed in its entirety as it was filed after the bar date. This ruling does not affect any master proof of claim filed on behalf of claimant regarding the Lydia Velez litigation.

10. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – February 16, 2022

    a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Gladys Minguela Vázquez (Claim Nos. 179355 and 179367) [Case No. 17-3283, ECF No. 19995– 1-4] (Response Form not returned)

    b. The objection was sustained as to Claim Nos. 179355 and 179367. The claims were disallowed as untimely.

11. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]

    a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Ana Luna Ríos (Claim No. 174092) [Case No. 17-3283, ECF No. 19995–9, 10] (Response Form not returned)

    b. The objection was sustained as to Claim No. 174092. The claim was disallowed in its entirety because it was filed after the set Bar Date without justification.

12. Three Hundred Eighty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17917]

Three Hundred Eighty-Second Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17920]

    a. Response to Three Hundred Eight-First Omnibus Objection to Claims, filed by Sara Wilna Delgado García (Claim No. 174501) [Case No. 17-3283, ECF No. 19474] (Response Form not returned)

    b. Response to Three Hundred Eighty-Second Omnibus Objection to Claims, filed by Sara Wilna Delgado García (Claim No. 177757) [Case No. 17-3283, ECF No. 19474] (Response Form not returned)

    c. The objections were sustained as to Claim Nos. 174501 and 177757. The claims were disallowed in their entirety as they assert liabilities owed by entities that are not Title III Debtors.

13. Three Hundred Ninety-Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17975]

    a. Response to Three Hundred Ninety-Third Omnibus Objection to Claims, filed by José Ríos Collazo (Claim Nos. 179520 and 179525) [Case No. 17-3283, ECF No. 20009–1, 2] (Response Form not returned)

    b. The objection was sustained as to Claim Nos. 179520 and 179525. The claims were disallowed in their entirety because they were filed after the set Bar Date without justification.

14. Three Hundred Ninety-Fifth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 18959]

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – February 16, 2022

- a. Response to Three Hundred Ninety-Fifth Omnibus Objection to Claims, filed by Evelyn Ramirez Montes (Claim No. 28121) [Case No. 17-3283, ECF No. 19409] (Response Form not returned)
- b. Documents attached to Claim No. 28121 must be transferred to Claim No. 170859.
- c. The objection was sustained as to Claim No. 28121. The claim was dismissed in its entirety because it is identical to Claim No. 170859

## II. CONTESTED CLAIM OBJECTIONS (beginning at 10:30 a.m. Atlantic Standard Time):

1. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]
    - a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Zoe Abigail Williams Pérez (Claim Nos. 131274 and 148102) [Case No. 17-3283, ECF No. 18530] (Response Form not returned)
    - b. The objection was sustained as to Claim Nos. 131274 and 148102. The claims were disallowed in their entirety because they were filed after the set Bar Date without justification.
2. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]
    - a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Edith Agostini Aviles (Claim No. 165427) [Case No. 17-3283, ECF No. 19996– 3, 4] (Response Form not returned)
    - b. The objection was sustained as to Claim No. 165427. The claim was disallowed in its entirety because it was filed after the set Bar Date without justification.
3. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]
    - a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Ana Maria Arocho González (Claim No. 152213) [Case No. 17-3283, ECF No. 19996–5, 6] (Response Form submitted, claimant will not attend)
    - b. The objection was sustained as to Claim No. 152213. The claim was disallowed in its entirety because it was filed after the set Bar Date without justification.
4. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]
    - a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Carmen Colón Maldonado (Claim No. 113161) [Case No. 17-3283, ECF No. 19996–7, 8] (Response Form not returned)

    b. The objection was sustained as to Claim No. 113161. The claim was disallowed in its entirety because it was filed after the set Bar Date without justification.

5. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]

    a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Alejandro Irizarry Irizarry (Claim No. 153293) [Case No. 17-3283, ECF No. 19997–3, 4] (Response Form not returned)

    b. The objection was sustained as to Claim No. 153293. The claim was disallowed in its entirety because it was filed after the set Bar Date without valid justification or excuse.

6. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]

    a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Antonio Martin Cervera (Claim No. 167898) [Case No. 17-3283, ECF No. 18120]

    b. The objection was sustained as to Claim No. 167898 to the extent that it asserts any claim beyond the repayment of principal, interest, and other fees and expenses arising from the bonds identified by the claimant. The objection is overruled to the extent it seeks disallowance of any claim for the repayment of principal, interest, and other fees and expenses, because debtors acknowledge that the applicable bar date order does not apply to such claims.

7. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]

    a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Gadiel Martínez Sanchez (Claim No. 160968) [Case No. 17-3283, ECF No. 19033] (Response Form not returned)

    b. The objection was sustained as to Claim No. 160968. The claim was disallowed in its entirety because it was filed after the set Bar Date without justification. This ruling does not affect any rights claimant may have under any master proof of claim filed in the Lydia Velez litigation.

8. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]

    a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Victor Rivera Collazo (Claim No. 135104) [Case No. 17-3283, ECF No. 18480] (Response Form not returned)

    b. The objection was sustained as to Claim No. 135104. The claim was disallowed in its entirety because it was filed after the set Bar Date without justification.

9. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]
   a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Damaris Rodríguez Carcano (Claim No. 158327) [Case No. 17-3283, ECF No. 18507] (Response Form not returned)
   b. The objection was sustained as to Claim No. 158327. The claim was disallowed in its entirety because it was filed after the set Bar Date without justification. This ruling does not affect any rights claimant may have under any master proof of claim filed in the Agosto Maldonado litigation.

10. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]
    a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Madeline Sanchez Rivera (Claim No. 145387) [Case No. 17-3283, ECF No. 19203] (Response Form not returned)
    b. The objection was sustained as to Claim No. 145387. The claim was disallowed in its entirety because it was filed after the set Bar Date without justification. This ruling does not affect any rights claimant may have under any master proof of claim filed in the Lydia Velez litigation.

11. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]
    a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Ivan Noriega Vargas, Judith Vargas Garcia, Janitza Noriega Vargas (Claim No. 158363) [Case No. 17-3283, ECF No. 18327] (Response Form not returned)
    b. The objection was sustained as to Claim No. 158363. The claim was disallowed in its entirety because it was filed after the set Bar Date without justification. This ruling does not affect any rights claimants may have under any master proof of claim filed in the Lydia Velez litigation.

12. Three Hundred Ninety-Fourth Omnibus Objection to Claims. [Case No. 17- 3283, ECF No. 18958]
    a. Response to Three Hundred Ninety-Fourth Omnibus Objection to Claims, filed by Eva Meléndez Fraguada (Claim No. 177716) [Case No. 17-3283, ECF No. 19420] (Response Form not returned)
    b. The objection was sustained as to the portion of Claim No. 177716 that has not been transferred into the ACR process. The claim was partially disallowed.

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – February 16, 2022

### III. CONTESTED CLAIM OBJECTIONS (beginning at 11:30 a.m. Atlantic Standard Time):

1. Three Hundred Seventieth Omnibus Objection to Claims. [Case No. 17- 3283, ECF No. 17935]
   Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]
   a. Response to Three Hundred Seventieth Omnibus Objection to Claims, filed by William Román Morales (Claim No. 179391) [Case No. 17-3283, ECF No. 20004–1, 2]
   b. The 370th objection as to Claim No. 179391 was withdrawn in light of the ruling as to the 374th objection.
   c. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by William Román Morales (Claim Nos. 178943, 179391, and 179392) [Case No. 17-3283, ECF No. 19995–5, 6] (Response Form not returned)
   d. The 374th objection was sustained as to Claim Nos. 178943, 179391, and 179392. The claims were disallowed in their entirety because they were filed after the set Bar Date without justification.

2. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]
   a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by John Galano (Claim No. 173713) [Case No. 17-3283, ECF No. 18158] (Response Form submitted, claimant will not attend)
   b. The objection is sustained as to Claim No. 173713. The claim was partially disallowed because it was filed after the set Bar Date without justification. The objection is overruled to the extent that the claim asserts any claim beyond the repayment of principal, interest, and other fees and expenses from the bonds identified by claimant.

3. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]
   a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Iris García Santiago (Claim No. 168000) [Case No. 17-3283, ECF No. 19997–1, 2] (Response Form not returned)
   b. The objection was sustained as to Claim No. 168000. The claim was disallowed in its entirety because it was filed after the set Bar Date without justification.

4. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]

    a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Juan Pablo Lugo Ruberte (Claim No. 168595) [Case No. 17-3283, ECF No. 19997–5, 6] (Response Form not returned)

    b. The objection was sustained as to Claim No. 168595. The claim was disallowed in its entirety because it was filed after the set Bar Date without justification.

5. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]

    a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Inés Lugo Santana (Claim No. 173121) [Case No. 17-3283, ECF Nos. 18166, 19998-6] (Response Form not returned)

    b. The objection was sustained as to Claim No. 173121. The claim was disallowed in its entirety because it was filed after the set Bar Date without valid justification or excuse.

6. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]

    a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Maria Soto Villares (Claim No. 167899) [Case No. 17-3283, ECF No. 18123] (Response Form not returned)

    b. The objection was sustained as to Claim No. 167899. The claim was partially disallowed because it was filed after the set Bar Date without justification. The objection is overruled to the extent that the claim asserts any claim beyond the repayment of principal, interest, and other fees and expenses from the bonds identified by claimant.

7. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]

    a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Jack Mercado De Jesus (Claim No. 173757) [Case No. 17-3283, ECF No. 18184] (Response Form not returned)

    b. Mr. Mercado was heard on the record with the assistance of a certified interpreter.

    c. The objection is sustained as to Claim No. 173757. The claim was partially disallowed because it was filed after the set Bar Date without justification. The objection was overruled as to the portion on the claim seeking payment of amounts that are properly payable under the Nota de Ahorro.

8. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – February 16, 2022

    a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Sergio Morales Camacho (Claim No. 167986) [Case No. 17-3283, ECF No. 18376] (Response Form not returned)

    b. The objection was sustained as to Claim No. 167986. The claim was disallowed in its entirety because it was filed after the set Bar Date without justification. This ruling does not affect any rights claimant may have in connection with any master proof of claim filed in litigation in which he is a participant.

9. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]

    a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by José Rafael Ortiz Solis (Claim No. 171301) [Case No. 17-3283, ECF No. 19999–1, 2] (Response Form not returned)

    b. The objection was sustained as to Claim No. 171301. The claim was disallowed in its entirety because it was filed after the set Bar Date without justification. This ruling does not affect any rights claimant may have under any master proof of claim filed in the Maldonado-Rodriguez litigation.

10. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]

    a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Wesley Oswald (Claim No. 173735) [Case No. 17-3283, ECF No. 18109] (Response Form not returned)

    b. The objection was sustained as to Claim No. 173735. The claim was partially disallowed because it was filed after the set Bar Date without justification. The objection was overruled to the extent it seeks disallowance of any claim for the repayment of principal, interest and other fees and expenses arising from bonds identified by claimant.

11. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]

    a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Amilda Pérez Nieves (Claim No. 171116) [Case No. 17-3283, ECF Nos. 20000–1, 20002–1] (Response Form not returned)

    b. The objection was sustained as to Claim No. 171116. The claim was disallowed in its entirety because it was filed after the set Bar Date without justification.

12. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – February 16, 2022

    a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Miriam Plaza Cruz (Claim No. 167977) [Case No. 17-3283, ECF No. 19202] (Response Form not returned)

    b. The objection was sustained as to Claim No. 167977. The claim was disallowed in its entirety because it was filed after the set Bar Date without justification.

13. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]

    a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Maria Vianey Rosario Cuevas (Claim No. 173790) [Case No. 17-3283, ECF No. 19996–1, 2] (Response Form submitted, claimant will attend)

    b. Ms. Rosario was heard on the record with the assistance of the certified interpreter.

    c. The objection was overruled as to Claim No. 173790 because the claim was not against the Commonwealth. On consent of the Oversight Board and the claimant, the claim has been reclassified as a claim against the Public Buildings Authority.

14. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]

    a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Nydia Febo Vázquez (Claim No. 168048) [Case No. 17-3283, ECF Nos. 18177, 19998-7] (Response Form submitted, claimant will attend)

    b. Ms. Febo was heard on the record with the assistance of the certified interpreter.

    c. The objection was sustained as to Claim No. 168048. The claim was disallowed in its entirety because it was filed after the set Bar Date without valid justification or excuse.

**Continuation of Hearing on Adjourned Omnibus Objections to Claims set for February 17, 2022, before Judge Laura Taylor Swain.**

                                                              s/Carmen Tacoronte
                                                               Carmen Tacoronte
                                                               Courtroom Deputy Clerk