UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------x
In re:                                                          PROMESA
                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of                                     No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                                 (Jointly Administered)
et al.,

                    Debtors.¹
-----------------------------------------------------------x
```

ORDER GRANTING UNOPPOSED REQUEST OF TIME EXTENSION TO FILE A PENDING TRANSLATION

The Court has received and reviewed the *Unopposed Request of Time Extension to File a Pending Translation* (Docket Entry No. 20163 in Case No. 17-3283, the "Motion"), filed by Ramhil Developers, Inc. ("Ramhil"). Ramhil is hereby directed to file a certified English translation of the exhibit identified in the Motion on or before **February 22, 2022, at 5:00 p.m. (Atlantic Standard Time)**.

This Order resolves Docket Entry No. 20163 in Case No. 17-3283.

SO ORDERED.                                                    /s/ Laura Taylor Swain
                                                               LAURA TAYLOR SWAIN
Dated: February 18, 2022                                       United States District Judge

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).