UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO<br>et al., | (Jointly Administered) |
|     Debtors.[1] | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER<br>AUTHORITY, | |
|     Debtor. | |

------------------------------------------------------------x

ORDER GRANTING URGENT MOTION FOR EXPEDITED CONSIDERATION OF
URGENT MOTION OF THE AD HOC GROUP OF PREPA BONDHOLDERS PURSUANT TO
SECTION 312 OF PROMESA AND SECTION 105 OF THE BANKRUPTCY CODE
TO APPOINT A MEDIATOR AND IMPOSE DEADLINES FOR A PREPA PLAN OF ADJUSTMENT

    Upon consideration of the *Urgent Motion for Expedited Consideration of Urgent Motion of the Ad Hoc Group of PREPA Bondholders' Pursuant to Section 312 of PROMESA and*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Section 105 of the Bankruptcy Code to Appoint a Mediator and Impose Deadlines for a PREPA Plan of Adjustment* (Docket Entry No. 20175 in Case No. 17-3283 and Docket Entry No. 2717 in Case No. 17-4780) (the "Urgent Motion"), filed on February 18, 2022 by the Ad Hoc Group of PREPA Bondholders, and the Court having found and determined that (i) it has jurisdiction over this proceeding and the Urgent Motion; and (ii) good cause exists for the relief requested therein, the Court hereby GRANTS the Urgent Motion and sets the following briefing schedule for the *Urgent Motion of the Ad Hoc Group of PREPA Bondholders Pursuant to Section 312 of PROMESA and Section 105 of the Bankruptcy Code to Appoint a Mediator and Impose Deadlines for a PREPA Plan of Adjustment* (Docket Entry No. 20176 in Case No. 17-3283 and Docket Entry No. 2718 in Case No. 17-4780) (the "Mediation & Plan Deadline Motion"):[2]

1. Any response shall be due by **12:00 p.m. (Atlantic Standard Time)** on **February 25, 2022**. In light of the CM/ECF Unavailability Period as that term is defined and discussed in this Court's *Notice to All Case Participants Concerning CM/ECF Unavailability* (Docket Entry No. 20160) (the "Notice"), the parties shall use the emergency filing procedure described therein to submit any response, and shall copy counsel for the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"). The Oversight Board shall place prominently any response received by email on Prime Clerk by **5:00 p.m. (Atlantic Standard Time)** on **February 25, 2022**.

2. Any reply shall be due by **11:59 p.m. (Atlantic Standard Time)** on **February 28, 2022**.

3. The Court will thereafter take the Mediation & Plan Deadline Motion on submission.

4. This Order resolves Docket Entry No. 20175 in Case No. 17-3283 and Docket Entry No. 2717 in Case No. 17-4780.

SO ORDERED.

Dated: February 18, 2022

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge

---

[2] See also *Urgent Motion of the Ad Hoc Group of PREPA Bondholders Pursuant to Section 312 of PROMESA and Section 105 of the Bankruptcy Code to Compel Mediation and Impose Deadlines for a PREPA Plan of Adjustment* (Docket Entry No. 20174 in Case No. 17-3283 and Docket Entry No. 2716 in Case No. 17-4780).