[Logo and Company Name] /Infracity Development Group

Project:        New Caguas Judicial Center
Leaseholder:    Office of Courts Administration
Prepared by:    Eng. Rolando Mateo (Construction Representative)
Date:           January 28, 2014

Leased Area Calculation

A. Offices and Session Rooms Building


*Definition*

| Level | Gross Area (sqft) | Future Growth | Open Lobby | Net Area (sqft) |
|---|---|---|---|---|
| 1 | 82,120.6 | -960.2 | 0.0 | 81,160.40 |
| 2 | 41,223.2 | -857.3 | -1,126.3 | 39,239.6 |
| 3 | 41,379.9 | -2,234.7 | -1,420.4 | 37,724.8 |
| 4 | 41,372.2 | -548.7 | -1,420.4 | 39,403.1 |
| 5 | 39,455.9 | -1,694.9 | 0.0 | 37,761.0 |
| 6 | 37,482.1 | -1,183.6 | 0.0 | 36,298.5 |
| 7 | 28,245.3 | -2,844.4 | 0.0 | 25,400.9 |
| 8 | 26,090.4 | 0.0 | 0.0 | 26,090.4 |
| 9 | 12,035.0 | 0.0 | 0.0 | 12,035.0 |
| **Total** | 349,404.6 | -10,323.8 | -3,967 | 335,113.7 |

| OCA | Ramhil |
|---|---|
| 80,448.63 | 82,248.02 |
| 38,975.14 | 40,059.86 |
| 38,405.41 | 39,910.20 |
| 39,205.67 | 39,910.20 |
| 38,068.53 | 39,458.49 |
| 35,926.87 | 37,502.49 |
| 25,191.58 | 28,297.67 |
| 26,006.87 | 26,156.73 |
| 12,005.72 | 12,077.22 |
| 334,235.42 | 345,620.88 |

Area As Per Contract= 353,165.2 sqft

Difference=           -18,051.5 sqft
Lease Fee=            $      32.85 /sqft
Total Lease Payment=  $ 917,373.75 monthly

B. Parking Building

| Level | Width | Length | Gross Area (sqft) | Stairs Elevators | Ramp | Cisterns | Ramhil Offices | Ramhil Storage | Net Area (sqft) |
|---|---|---|---|---|---|---|---|---|---|
| 1st Level | 246.0 | 368.2 | 90,569.8 | 813.0 | -9390.7 | -16,801.8 | -2,169.9 | -3,248.5 | 59,771.9 |
| Ramps | 123.0 | 279.5 | 34,378.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 34,378.5 |
| 2nd Level | 246.0 | 368.2 | 90,569.8 | 905.3 | -34,378.5 | 0.0 | 0.0 | 0.0 | 57,096.6 |
| Ramps | 123.0 | 279.5 | 34,378.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 34,378.5 |

*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*31/JANUARY/2022 ◆ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ◆ Translations & More: 787-637-4906*

| 3rd Level | 246.0 | 368.2 | 90,569.8 | 597.9 | -34,378.5 | 0.0 | 0.0 | 0.0 | 56,789.2 |
|---|---|---|---|---|---|---|---|---|---|
| Ramps | 123.0 | 279.5 | 34,378.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 34,378.5 |
| 4th Level | 246.0 | 368.2 | 90,569.8 | 597.9 | -34,378.5 | 0.0 | 0.0 | 0.0 | 56,789.2 |
| Ramps | 123.0 | 279.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 5th Level | 246.0 | 368.2 | 0.0 | 2,460.8 | 0.0 | 0.0 | 0.0 | 0.0 | 2,460.8 |

| | | |
|---|---|---|
| Net Total Area= | 336,043.2 | sqft |
| Area As Per Contract= | 324,452.6 | sqft |
| Difference= | 11,590.6. | sqft |
| Lease Fee= | $ 19.30 | /sqft |
| Total Lease Payment= | $ 521,827.85 | monthly |

Judges Parking

| | Net Area (sqft) |
|---|---|
| Judges | 14,146.9 |

| | | |
|---|---|---|
| Lease Fee= | $ | 19.30/sqft |
| Total Lease Fee Payment= | $ | 22,752.93 monthly |

| | | |
|---|---|---|
| Total Lease A Payment= | $ | 917,373.75 |
| Total Lease B Payment= | $ | 521,827.85 |
| Total Lease C Payment= | $ | 22,752.93 |
| Total Lease Payment= | $ | 1,461,954.54 |
| As Per Contract | $ | 1,488,617.61 |
| Difference | $ | 26,663.07 |



*Certified to be a true and correct translation from the source text in Spanish to the target language English.*
*31/JANUARY/2022 ◆ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ◆ Translations & More: 787-637-4906*