# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 9:32 AM (AST)
Ended: 12:21 PM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**          DATE: February 17, 2022
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker
CONTRACT INTERPRETER: José Luis Rosado
CSO: Luis Montoya

| | |
|---|---|
| In Re: <br><br> The Financial Oversight and Management Board for Puerto Rico <br><br> *as representative of* <br><br> The Commonwealth of Puerto Rico, *et al.* Debtors | 3:17-BK-3283 (LTS) <br> PROMESA Title III <br><br><br> (Jointly Administered) |

**Further Hearing on Adjourned Omnibus Objections to Claims held.**

Attorney Gabriel Miranda Rivera, counsel for the Financial Oversight and Management Board, was present in court.

The agenda was filed at DE #20125 in 17-3283.

**IV. CONTESTED CLAIM OBJECTIONS (beginning at 9:30 a.m. Atlantic Standard Time):**

1. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]
   a. Response to Three Hundred Seventy-Fourth Omnibus Objections to Claims, filed by Zobeida Medina Serrano (Claim Nos. 179428 and 179433) [Case No. 17-3283, ECF No. 18110] (Response Form submitted, claimant will not attend)

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – February 17, 2022

- b. The objection was sustained as to Claim Nos. 179428 and 179433. The claims were disallowed in their entirety because they were filed after the set Bar Date without valid justification or excuse.

2. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]
   a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Roberto Berrios Castrodad (Claim No. 179463) [Case No. 17-3283, ECF No. 19037] (Response Form not returned)
   b. The objection was sustained as to Claim No. 179463. The claim was disallowed in its entirety because it was filed after the set Bar Date without valid justification or excuse.

3. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]
   a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Jaime Díaz O'Neill (Claim No. 178975) [Case No. 17-3283, ECF No. 19125] (Response Form not returned)
   b. Supplemental Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Jaime Díaz O'Neill (Claim No. 178975) [Case No. 17-3283, 19142] (Response Form not returned)
   c. Supplemental Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Jaime Díaz O'Neill (Claim No. 178975) [Case No. 17-3283, ECF No. 19507] (Response Form not returned)
   d. The objection was sustained as to Claim No. 178975. The claim was disallowed in its entirety because it was filed after the set Bar Date without valid justification or excuse.

4. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]
   a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Facunda Martínez Colón (Claim No. 179193) [Case No. 17-3283, ECF No. 18159] (Response Form submitted, claimant will not attend)
   b. The objection was sustained as to Claim No. 179193. The claim was disallowed in its entirety because it was filed after the set Bar Date without valid justification or excuse.

5. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]
   a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Melvin Lynn Revocable Trust (Claim No. 179204) [Case No. 17-3283, ECF No. 18139] (Response Form not returned)

    b. Supplemental Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Melvin Lynn Revocable Trust (Claim No. 179204) [Case No. 17-3283, ECF No. 18377] (Response Form not returned)

    c. Supplemental Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Melvin Lynn Revocable Trust (Claim No. 179204) [Case No. 17-3283, ECF No. 20060] (Response Form not returned)

    d. The objection was sustained as to Claim No. 179204. The claim was disallowed as late filed to the extent it asserts any claim beyond the repayment of principal, interest, and other fees and expenses arising from the bonds identified by the claimant. The objection is overruled to the extent it seeks the disallowance of any claim for the repayment of principal, interest, and other fees and expenses, because the debtors acknowledge that the Bar Date Order does not apply to such claims.

6. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]

    a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Hermenegildo Rodríguez González (Claim No. 179457) [Case No. 17-3283, ECF No. 18234] (Response Form submitted, claimant will not attend)

    b. The objection was sustained as to Claim No. 179457. The claim was disallowed in its entirety because it was filed after the set Bar Date without valid justification or excuse.

7. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]

    a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Celia Pilar Santiago Ortiz (Claim No. 179439) [Case No. 17-3283, ECF No. 19995–7, 8] (Response Form not returned)

    b. The objection was sustained as to Claim No. 179439. The claim was disallowed in its entirety because it was filed after the set Bar Date without valid justification or excuse.

8. Three Hundred Seventy-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17923]

Three Hundred Eighty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17917]

    a. Response to Three Hundred Seventy-Fourth Omnibus Objection to Claims, filed by Myriam Gandia (Claim No. 179447) [Case No. 17-3283, ECF No. 18165] (Response Form not returned)

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – February 17, 2022

- b. The 374th objection was sustained as to Claim No. 179447. The claim was disallowed in its entirety because it was filed after the set Bar Date without valid justification or excuse.
- c. Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by Myriam Gandia (Claim No. 173753) [Case No. 17-3283, ECF No. 18165] (Response Form not returned)
- d. The 381st objection was sustained as to Claim No. 173753. The claim was disallowed in its entirety because it asserts liabilities owed by entities that are not Title III Debtors.

9. Three Hundred Seventy-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17911]
   - a. Response to Three Hundred Seventy-Seventh Omnibus Objection to Claims, filed by Edwin Ortiz Vazquez (Claim No. 47589) [Case No. 17-3283, ECF No. 20005– 1, and 4] (Response Form not returned)
   - b. The objection was sustained as to Claim No. 47589. The claim is disallowed in its entirety since claimant has not demonstrated that he was a plaintiff in the Maldonado-Colon litigation, nor has he demonstrated that he is the beneficiary of any judgment rendered in that litigation. To the extent that he is covered under a master proof of claim filed by counsel for plaintiffs in that litigation the claim derived from the master proof of claim is not disallowed.

10. Three Hundred Eightieth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17916]
    - a. Response to Three Hundred Eightieth Omnibus Objection to Claims, filed by Eliud Ayala Cruz (Claim No. 172052) [Case No. 17-3283, ECF No. 20006–1, 2] (Response Form submitted, claimant will attend)
    - b. The objection was sustained as to Claim No. 172052. The claim was disallowed in its entirety because it asserts liabilities owed by entities that are not Title III Debtors.

11. Three Hundred Eightieth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17916]
    - a. Response to Three Hundred Eightieth Omnibus Objection to Claims, filed by Jorge Colon Flores (Claim No. 168285) [Case No. 17-3283, ECF No. 20006–5, 6] (Response Form not returned)
    - b. The objection was sustained as to Claim No. 168285. The claim was disallowed in its entirety because it asserts liabilities owed by entities that are not Title III Debtors.

12. Three Hundred Eightieth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17916]

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – February 17, 2022

- a. Response to Three Hundred Eightieth Omnibus Objection to Claims, filed by Julio López Alvarez (Claim No. 171765) [Case No. 17-3283, ECF No. 20006–7, 8] (Response Form not returned)
- b. The objection was sustained as to Claim No. 171765. The claim was disallowed in its entirety because it asserts liabilities owed by entities that are not Title III Debtors.

13. Three Hundred Eightieth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17916]

- a. Response to Three Hundred Eightieth Omnibus Objection to Claims, filed by Julio Cesar Luna Santiago (Claim No. 169013) [Case No. 17-3283, ECF No. 18098] (Response Form submitted, claimant will not attend)
- b. The objection was sustained as to Claim No. 169013. The claim was disallowed in its entirety because it asserts liabilities owed by entities that are not Title III Debtors.

14. Three Hundred Eighty-Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17922]

- a. Response to Three Hundred Eighty-Third Omnibus Objection to Claims, filed by Carmen López Camacho (Claim No. 179349) [Case No. 17-3283, ECF No. 19429] (Response Form not returned)
- b. The objection was sustained as to Claim No. 179349. The claim was disallowed in its entirety because it asserts liabilities owed by entities that are not Title III Debtors.

**V. CONTESTED CLAIM OBJECTIONS (beginning at 10:30 a.m. Atlantic Standard Time):**

1. Three Hundred Eightieth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17916]
   - a. Response to Three Hundred Eightieth Omnibus Objection to Claims, filed by Natanael Ayala Cruz (Claim No. 172114) [Case No. 17-3283, ECF No. 20006–3, 4] (Response Form submitted, claimant's response not clear)
   - b. The objection was sustained as to Claim No. 172114. The claim was disallowed in its entirety because it asserts liabilities purportedly owed by an entity that is not a Title III Debtor.
2. Three Hundred Eightieth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17916]
   - a. Response to Three Hundred Eightieth Omnibus Objection to Claims, filed by Gerardo Silva Rivera (Claim No. 172107) [Case No. 17-3283, ECF No. 20006–9, 10] (Response Form submitted, claimant will attend)

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – February 17, 2022

- b. Mr. Gerardo Silva Rivera was heard on the record with the assistance of the contract interpreter.
- c. The objection was sustained as to Claim No. 172107. The claim was disallowed in its entirety because it asserts liabilities purportedly owed by an entity that is not a Title III Debtor.

3. Three Hundred Eightieth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17916]
   a. Response to Three Hundred Eightieth Omnibus Objection to Claims, filed by Wilfredo Silva Rivera (Claim No. 172169) [Case No. 17-3283, ECF No. 20006–11, 12] (Response Form submitted, claimant will attend)
   b. The objection was sustained as to Claim No. 172169. The claim was disallowed in its entirety because it asserts liabilities purportedly owed by an entity that is not a Title III Debtor.

4. Three Hundred Eighty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17917]
   a. Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by Brenda Asencio Bernardini (Claim No. 174322) [Case No. 17-3283, ECF No. 18216] (Response Form not returned)
   b. The objection was sustained as to Claim No. 174322. The claim was disallowed in its entirety because it asserts liabilities purportedly owed by an entity that is not a Title III Debtor.

5. Three Hundred Eighty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17917]
   a. Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by Elia Castro (Claim No. 174452) [Case No. 17-3283, ECF No. 18417] (Response Form not returned)
   b. The objection was sustained as to Claim No. 174452. The claim was disallowed in its entirety because it asserts liabilities purportedly owed by an entity that is not a Title III Debtor.

6. Three Hundred Eighty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17917]
   a. Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by Marlene García Miranda (Claim No. 174222) [Case No. 17-3283, ECF No. 18175] (Response Form not returned)
   b. The objection was sustained as to Claim No. 174222. The claim was disallowed in its entirety because it asserts liabilities purported owed by an entity that is not a Title III Debtor.

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – February 17, 2022

7. Three Hundred Eighty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17917]
    a. Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by Elena Laboy Christian (Claim No. 174570) [Case No. 17-3283, ECF No. 18473] (Response Form not returned)
    b. The objection was sustained as to Claim No. 174570. The claim was disallowed in its entirety because it asserts liabilities purportedly owed by an entity that is not a Title III Debtor.

8. Three Hundred Eighty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17917]
    a. Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by Gloria Maria Lebrón Crespo (Claim No. 173516) [Case No. 17-3283, ECF No. 19153] (Response Form not returned)
    b. The objection was sustained as to Claim No. 173516. The claim was disallowed in its entirety because it asserts liabilities purportedly owed by an entity that is not a Title III Debtor.

9. Three Hundred Eighty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17917]
    a. Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by Lucinda Martínez Quiñones (Claim No. 174460) [Case No. 17-3283, ECF No. 18213] (Response Form not returned)
    b. The objection was sustained as to Claim No. 174460. The claim was disallowed in its entirety because it asserts liabilities purportedly owed by an entity that is not a Title III Debtor.

10. Three Hundred Eighty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17917]
    a. Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by Jose Orlando Ortiz Ortiz (Claim No. 174125) [Case No. 17-3283, ECF No. 20007–3, 4] (Response Form not returned)
    b. The objection was sustained as to Claim No. 174125. The claim was disallowed in its entirety because it asserts liabilities purportedly owed by an entity that is not a Title III Debtor.

11. Three Hundred Eighty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17917]
    a. Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by Wilfredo Pagán Duran (Claim No. 174470) [Case No. 17-3283, ECF No. 18212] (Response Form not returned)

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – February 17, 2022

    b. The objection was sustained as to Claim No. 174470. The claim was disallowed in its entirety because it asserts liabilities purportedly owed by an entity that is not a Title III Debtor.

12. Three Hundred Eighty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17917]

    a. Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by José Rodríguez Arroyo (Claim No. 174583) [Case No. 17-3283, ECF No. 18217] (Response Form submitted, claimant's response not clear)

    b. The objection was sustained as to Claim No. 174583. The claim was disallowed in its entirety because it asserts liabilities purportedly owed by an entity that is not a Title III Debtor.

13. Three Hundred Eighty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17917]

    a. Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by Luciano Silva Rivera (Claim No. 173011) [Case No. 17-3283, ECF No. 20007–1, 2] (Response Form submitted, claimant will attend)

    b. Mr. Luciano Silva Rivera was heard on the record with the assistance of the contract interpreter.

    c. Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by Luciano Silva Rivera (Claim No. 173011) [Case No. 17-3283, ECF No. 20007–1, 2] (Response Form submitted, claimant will attend)

    d. The objection was sustained as to Claim No. 173011. The claim was disallowed in its entirety because it asserts liabilities purportedly owed by an entity that is not a Title III Debtor.

**VI. CONTESTED CLAIM OBJECTIONS (beginning at 11:30 a.m. Atlantic Standard Time):**

1. Three Hundred Eighty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17917]

    a. Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by Brenda Ortiz Castellano (Claim No. 175075) [Case No. 17-3283, ECF No. 18173] (Response Form not returned)

    b. The objection was sustained as to Claim No. 175075. The claim was disallowed in its entirety because it asserts liabilities owed by an entity that is not a Title III Debtor.

2. Three Hundred Eighty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17917]

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – February 17, 2022

- a. Response to Three Hundred Eighty-First Omnibus Objection to Claims, filed by Angel Reyes Miranda (Claim No. 174960) [Case No. 17-3283, ECF No. 18263] (Response Form not returned)
- b. The objection was sustained as to Claim No. 174960. The claim was disallowed in its entirety because it asserts liabilities owed by an entity that is not a Title III Debtor.

3. Three Hundred Eighty-Second Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17920]
    - a. Response to Three Hundred Eighty-Second Omnibus Objections to Claims, filed by Hilda Cruz Román (Claim Nos. 176520 and 178145) [Case No. 17-3283, ECF No. 19344] (Response Form not returned)
    - b. The objection was sustained as to Claim Nos. 176520 and 178145. The claims were disallowed in their entirety because they assert liabilities owed by an entity that is not a Title III Debtor.

4. Three Hundred Eighty-Second Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17920]
    - a. Response to Three Hundred Eighty-Second Omnibus Objections to Claims, filed by Damaris Martínez Centeno (Claim No. 176315) [Case No. 17-3283, ECF No. 18055] (Response Form not returned)
    - b. The objection was sustained as to Claim No. 176315. The claim was disallowed in its entirety because it asserts liabilities owed by an entity that is not a Title III Debtor.

5. Three Hundred Eighty-Second Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17920]
    - a. Response to Three Hundred Eighty-Second Omnibus Objections to Claims, filed by Elizabeth Martínez Centeno (Claim No. 176117) [Case No. 17-3283, ECF No. 18054] (Response Form not returned)
    - b. The objection was sustained as to Claim No. 176117. The claim was disallowed in its entirety because it asserts liabilities owed by an entity that is not a Title III Debtor.

6. Three Hundred Eighty-Second Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17920]
    - a. Response to Three Hundred Eighty-Second Omnibus Objections to Claims, filed by Millie Ramos Pérez (Claim No. 176003) [Case No. 17-3283, ECF No. 18309] (Response Form not returned)
    - b. The objection was sustained as to Claim No. 176003. The claim was disallowed in its entirety because it asserts liabilities owed by an entity that is not a Title III Debtor.

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – February 17, 2022

7. Three Hundred Eighty-Second Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17920]
    a. Response to Three Hundred Eighty-Second Omnibus Objections to Claims, filed by Maria Enid Roca Troche (Claim No. 178337) [Case No. 17-3283, ECF No. 20008–1, 2] (Response Form not returned)
    b. The objection was sustained as to the portion of Claim No. 178337 that was not transferred into the ACR process. That portion of the claim was disallowed because it asserts liabilities owed by an entity that is not a Title III Debtor.
8. Three Hundred Eighty-Second Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17920]
    a. Response to Three Hundred Eighty-Second Omnibus Objections to Claims, filed by Aixa Edmee Rodríguez Fernández (Claim No. 178223) [Case No. 17-3283, ECF No. 18171] (Response Form not returned)
    b. The objection was sustained as to Claim No. 178223. The claim was disallowed in its entirety because it asserts liabilities owed by an entity that is not a Title III Debtor.
9. Three Hundred Eighty-Second Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17920]
    a. Response to Three Hundred Eighty-Second Omnibus Objections to Claims, filed by Jacqueline Rosado Colón (Claim No. 178406) [Case No. 17-3283, ECF No. 20008–3, 4] (Response Form not returned)
    b. The objection was sustained as to the portion of Claim No. 178406 that was not transferred into the ACR process. That portion of the claim was disallowed because it asserts liabilities owed by an entity that is not a Title III Debtor.
10. Three Hundred Eighty-Second Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17920]
    a. Response to Three Hundred Eighty-Second Omnibus Objections to Claims, filed by Ann Ruiz (Claim No. 176202) [Case No. 17-3283, ECF No. 18250] (Response Form not returned)
    b. The objection was sustained as to Claim No. 176202. The claim was disallowed in its entirety because it asserts liabilities owed by an entity that is not a Title III Debtor.
11. Three Hundred Eighty-Second Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17920]

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – February 17, 2022

- a. Response to Three Hundred Eighty-Second Omnibus Objections to Claims, filed by Amarilis Santana Velázquez (Claim No. 178024) [Case No. 17-3283, ECF No. 18265] (Response Form not returned)
- b. The objection was sustained as to the portion of Claim No. 178024 that was not transferred into the ACR process. That portion of the claim was disallowed because it asserts liabilities owed by an entity that is not a Title III Debtor.

12. Three Hundred Eighty-Second Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17920]
    - a. Response to Three Hundred Eighty-Second Omnibus Objections to Claims, filed by Wilson Velázquez Pierantoni (Claim No. 178412) [Case No. 17-3283, ECF No. 18262] (Response Form not returned)
    - b. The objection was sustained as to Claim No. 178412. The claim was disallowed in its entirety because it asserts liabilities owed by an entity that is not a Title III Debtor.

13. Three Hundred Ninety-Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17975]
    - a. Response to Three Hundred Ninety-Third Omnibus Objection to Claims, filed by Janet Colón Cosme (Claim Nos. 179470, 179471, and 179472) [Case No. 17-3283, ECF No. 18170] (Response Form not returned)
    - b. The objection was sustained as to Claim Nos. 179470, 179471, and 179472. The claims were disallowed in their entirety because they were filed after the set Bar Date without justification.

14. Three Hundred Ninety-Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17975]
    - a. Response to Three Hundred Ninety-Third Omnibus Objection to Claims, filed by Carlos Galán Kercadó (Claim Nos. 179467, 179468, and 179469) [Case No. 17-3283, ECF No. 18169] (Response Form not returned)
    - b. The objection was sustained as to Claim Nos. 179467, 179468, and 179469. The claims were disallowed in their entirety because they were filed after the set Bar Date without justification.

15. Three Hundred Ninety-Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17975]
    - a. Response to Three Hundred Ninety-Third Omnibus Objection to Claims, filed by William Maldonado Morales (Claim No. 179488) [Case No. 17-3283, ECF No. 18553] (Response Form submitted, claimant will attend)
    - b. Mr. Maldonado Morales was heard on the record with the assistance of the contract interpreter.

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – February 17, 2022

    c. The objection was sustained as to Claim No. 179488. The claim was disallowed in its entirety because it was filed more than three years after the set Bar Date without justification or establishment of excusable neglect.

## VII. ADJOURNED MATTERS

1. Ricoh Puerto Rico Inc.'s Objection to Cure Amounts. [Case No. 17-3283, ECF No. 19498]
2. Orlando Santiago Amador's Objection to Cure Amounts. [Case No. 17-3283, ECF No. 19501]
3. FISA, SE's Objection to Cure Amount. [Case No. 17-3283, ECF No. 19505]

**Omnibus Hearing set for March 23, 2022, before Judge Laura Taylor Swain.**

                                      s/Carmen Tacoronte
                                      Carmen Tacoronte
                                      Courtroom Deputy Clerk