Julio M. López Alvarez :  — 9/sep/2021
→ Sep/9/2021

Le escribí a Esta dirección ; a
antes de la fecha indicada → tiempo.
→ United States District Court:
- Clerk's Office
  150 AVE. Carlos Chardon 150
- San Juan P.A. P.R 00918-1767.

Le escribí y el correo me devolvió
la carta a mí entender esta es la
dirección oficial. (oficial.)

