RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2022 FEB 23   PM 5: 29

Julian Perez Alvarez
118 Exchange St.
APT. D.
Lawrence M.A
01840.

7021 1970 0000 3155 8296

Secretaria

Tribunal De Distrito de los Estados Unidos
Distrito de Los Estados Unidos
Edificio Federal, (Federal Building)
Sala 150.
San Juan, Puerto Rico
00918 ~1067.

U.S. POSTAGE PAID
FCM LETTER
LAWRENCE, MA
01840
FEB 09, 22
AMOUNT
$4.33
R2304M114743-88

BOSTON MA 020

00918

1000

UNITED STATES
POSTAL SERVICE