## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 10039-1 | MACHADO VARGAS, JUAN | Tax Refund | $0.00 |
| 11495-1 | CORP SERVICIOS AMA DE LLAVES INC | Tax Refund | $471,913.54 |
| 149133 | ORTIZ RIVERA, AGUSTIN | Pension/Retiree | $85,000.00 |