IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | Case No. 17-BK-4780-LTS<br><br>**This Court Filing Relates Only to Case No. 17-BK-4780-LTS** |

**INFORMATIVE MOTION REGARDING THE FILING OF**

**JOINDER AND RESPONSE OF U.S. BANK NATIONAL ASSOCIATION AS PREPA BOND TRUSTEE TO URGENT MOTION OF AD HOC GROUP OF PREPA BONDHOLDERS PURSUANT TO SECTION 312 OF PROMESA AND SECTION 105 OF THE BANKRUPTCY CODE TO APPOINT A MEDIATOR AND IMPOSE DEADLINES FOR A PREPA PLAN OF ADJUSTMENT (ECF NO. 2718)**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

U.S. Bank National Association, in its capacity as PREPA Bond Trustee ("U.S. Bank"), files this motion to inform that:

1. On February 25, 2022, before 12:00 p.m., pursuant to Hon. Swain's special filing instructions at ECF 20160, it filed the attached Joinder and Response to the Urgent Motion of the Ad Hoc Group of PREPA Bondholders Pursuant to Section 312 of PROMESA and Section 105 of the Bankruptcy Code to Appoint a Mediator and Impose Deadlines for a PREPA Plan of Adjustment (ECF No. 2718 at 17-BK-4780 and ECF 20174 at 17-BK-3283 (the "Joinder and Response"), by email to promesa-emfiling@prd.uscourts.gov, with copy to all interested parties. See attached Exhibits 1 through 3.

2. On this date, pursuant to said special instructions, U.S. Bank is separately filing the Joinder and Response on the CM/ECF System.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, February 28, 2022.

| | |
|---|---|
| **RIVERA, TULLA AND FERRER, LLC** | **MASLON LLP** |
| /s Eric A. Tulla<br>Eric A. Tulla<br>USDC-DPR No. 118313<br>Email: etulla@ riveratulla.com | By: /s Clark T. Whitmore<br>    Clark T. Whitmore (admitted *pro hac vice*)<br>    John T. Duffey (admitted *pro hac vice*)<br>    Jason M. Reed (admitted *pro hac vice*) |
| /s Iris J. Cabrera-Gómez<br>Iris J. Cabrera-Gómez<br>USDC-DPR No. 221101<br>Email: icabrera@riveratulla.com | 90 South Seventh Street, Suite 3300<br>Minneapolis, MN 55402<br>Telephone: 612-672-8200<br>Facsimile: 612-672-8397<br>E-Mail:  clark.whitmore@maslon.com<br>           john.duffey@maslon.com |
| Rivera Tulla & Ferrer Building<br>50 Quisqueya Street<br>San Juan, PR 00917-1212<br>Tel: (787)753-0438<br>Fax: (787)767-5784 (787)766-0409 | **ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS PREPA BOND TRUSTEE** |