# Iris Cabrera

| | |
|---|---|
| **From:** | Iris Cabrera |
| **Sent:** | Friday, February 25, 2022 9:15 AM |
| **To:** | AutoDocketECF@milbank.com; atara-miller-2100@ecf.pacerpro.com; pwm@wbmvlaw.com; prwolverine@gmail.com; gabriel.miranda@oneillborges.com; rebeca.rodriguez@oneillborges.com; gabriel.miranda@ecf.courtdrive.com; docket_clerk@oneillborges.com; Nancy A. Mitchell; Thomas Moers Mayer; luzmolinelli@gmail.com; luzmolinelli@yahoo.com; nealmollen@paulhastings.com; emontull@cstlawpr.com; jmoralesb@microjuris.com; gabriel.morgan@weil.com; johnmuddlaw@gmail.com; tmungovan@proskauer.com; tim-mungovan-3990@ecf.pacerpro.com; mkmalone@kslaw.com; jorge@mlrelaw.com; squalus@rocketmail.com; secre@mlrelaw.com; rgmason@wlrk.com; mark.mcdermott@skadden.com; wendy.lamanna@skadden.com; dmcfaul@sidley.com; cmechling@stroock.com; mmagzamen@stroock.com; smillman@stroock.com; mmagzamen@stroock.com; smillman@stroock.com; mmagzamen@stroock.com; mariana.muniz@dlapiper.com; maryana214@yahoo.com; laura.ferran@dlapiper.com; yasmin.torres@dlapiper.com; fnewton@kslaw.com; jnieves@cstlawpr.com; agarcia@cstlawpr.com; woblack@susmangodfrey.com; loliver@amgprlaw.com; luiggioliver@gmail.com; ileanaoliver@yahoo.com; oliver.assocs@gmail.com; roppenheimer@omm.com; otero_and_assoc@hotmail.com; rafael.ortiz.mendoza@gmail.com; FPabon@lvvlaw.com; NCruz@lvvlaw.com; tpaterson@afscme.org; apavel@omm.com; Bill Pentelovitch; katiriap@yahoo.com; Diana Perez; epo@amgprlaw.com; docketclerk@amgprlaw.com; ycruz@amgprlaw.com; daniel.perez@oneillborges.com; daniel.perez@ecf.courtdrive.com; ivette.morales@oneillborges.com; docket_clerk@oneillborges.com; jperrelle@klmllp.com; rpeterson@jenner.com; leslieplaskon@paulhastings.com; mpocha@omm.com; jonathan.polkes@weil.com; Possinger, Paul V.; mpreusker@mwe.com; apapalaskaris@brownrudnick.com; cennis@brownrudnick.com; penagaricanobrownusdc@gmail.com; spenagaricano@justicia.pr.gov; nperez@tcmrslaw.com; naydaperez@gmail.com; sarah.phillips@stblaw.com; quilichinipazbkc@gmail.com; squsba@stblaw.com; mquejada@sidley.com; jramirez@amrclaw.com; mperez@amrclaw.com; gramlui@yahoo.com; jrapisardi@omm.com; Lrappaport@proskauer.com; sratner@proskauer.com; Jason Reed; jareeder@jonesday.com; jareederjr@gmail.com; wbreilly@debevoise.com; jerichman@proskauer.com; nrickenbach@rickenbachpr.com; jrivera@jesusriveradelgado.com; rrivera@jgl.com; kellyrivero@hotmail.com; jrivlin@afscme.org; manuel@rodriguezbanchs.com; rsegui@rodriguezbanchs.com; info@rodriguezbanchs.com; manuel@rodriguezbanchs.com; erb@rodriguezbinetlaw.com; notices@rodriguezbinetlaw.com; emil@mlrelaw.com; crodriguez-vidal@gaclaw.com; salvatore.romanello@weil.com; javrua@gmail.com; jrj@conecta.pr; rgtolaw@gmail.com; jareeder@jonesday.com; jareederjr@gmail.com; jreyes@sanpir.com; mroot@jenner.com; docketing@jenner.com; thooker@jenner.com; mrosenthal@proskauer.com; danielsalinas@quinnemanuel.com; lsb@sbsmnlaw.com; luis.sanchezbetances@gmail.com; wssbankruptcy@gmail.com; fbatallagarcia@gmail.com; allanosarboleda@gmail.com; grivera@orientalbank.com; santosberriosbk@gmail.com; bkcsantosb@gmail.com; bksantosberrios2@gmail.com; rschellasad@aol.com; rschell@tsbprlaw.com; casey.servais@cwt.com; dshamah@omm.com; gregory.silbert@weil.com; msmall@foley.com; wsmith@mwe.com; martin.sosland@butlersnow.com; ecf.notices@butlersnow.com; velvet.johnson@butlersnow.com; bennett.spiegel@hoganlovells.com; mspillane@goodwinlaw.com; lstafford@proskauer.com; mao@willkie.com; |

| | |
|---|---|
| **To:** | mstancil@willkie.com; asteinberg@kslaw.com; jsuarez@continentalpllc.com; hgray@continentalpllc.com; kcsuria@estrellallc.com; kcsuria@ecf.courtdrive.com; wsushon@omm.com; asantiago@amgprlaw.com; as4117@georgetown.edu; csteege@jenner.com; docketing@jenner.com; thooker@jenner.com; mroot@jenner.com; bsteele@primeclerk.com; puertoricoteam@primeclerk.com; kstipec@amgprlaw.com; smolina@amgprlaw.com; strochlic@skadden.com; ANDREWTENZER@PAULHASTINGS.COM; mcto@debevoise.com; toledo.bankruptcy@gmail.com; rtorres@torresrodlaw.com; secrtlaw@torresrodlaw.com; matthew.troy@usdoj.gov; CorpFin.ECF@usdoj.gov; lthigpen@cwplaw.com; rtoro@toro-arsuaga.com; erivera@toro-arsuaga.com; ytoyos@ramostoyoslaw.com; dnevarez@ramostoyoslaw.com; auetz@foley.com; suhland@omm.com; ustpregion21.hr.ecf@usdoj.gov; Bryan.Uelk@bakermckenzie.com; notices@condelaw.com; ls.valle@condelaw.com; conde.associates@gmail.com; fvanderdys@gmail.com; fvanderdys@yahoo.com; fvander@reichardescalera.com; jvankirk@tcm.law; markv@hbsslaw.com; jvv@wbmvlaw.com; javier.a.vega@gmail.com; sawbacal@aol.com; swb@wbmvlaw.com; cvelaz@mpmlawpr.com; carolina.velaz@gmail.com; iadorno@mpmlawpr.com; cvilaro@CCSLLP.com; usdc_notices@ccsllp.com; charlesvilaro@gmail.com; charlesvilaro@yahoo.com; avalencia@cnrd.com; markv@hbsslaw.com; vegaramosluis@gmail.com; gviviani@lsphlaw.com; gustavoviviani@yahoo.com; vizcarrondo@reichardescalera.com; Clark.Whitmore@Maslon.com; arwolf@wlrk.com; eworenklein@debevoise.com; jamesworthington@paulhastings.com; thomas.g.ward@usdoj.gov; jwarren@cwplaw.com; apicou@cwplaw.com; arwolf@wlrk.com; stephen.youngman@weil.com; mzerjal@proskauer.com; dbrennan@proskauer.com; InformationTechnology@proskauer.com; nzt@mcvpr.com; ezm@mcvpr.com; kzuniga@susmangodfrey.com; rrubert@susmangodfrey.com; kzuniga@susmangodfrey.com; rrubert@susmangodfrey.com; ehosang@brownrudnick.com; bkinney@milbank.com; mbrod@milbank.com; jackie-brewster-1417@ecf.pacerpro.com; rdizengoff@milbank.com; malston@milbank.com; andrew.silfen@arentfox.com; jcdeliz@delizlegal.com |
| **Subject:** | Fw: PREPA Bond Trustee's Joinder of PREPA Ad Hoc Group of Bondholders' Motion at ECF Nos. 2718 (17-BK-4780) and 20174 (17-BK-3283) |
| **Attachments:** | 2022-02-25 PREPA Bond Trustee Joinder to Ad Hoc Mot. ECF 20174 and 2718.pdf |

---

**From:** Iris Cabrera
**Sent:** Friday, February 25, 2022 9:04 AM
**To:** promesa-emfiling@prd.uscourts.gov <promesa-emfiling@prd.uscourts.gov>
**Cc:** agraitfe@agraitlawpr.com <agraitfe@agraitlawpr.com>; jalonzo@proskauer.com <jalonzo@proskauer.com>; carlos.alsina.batista@gmail.com <carlos.alsina.batista@gmail.com>; calsinabatista@wajdalawgroup.com <calsinabatista@wajdalawgroup.com>; maria.alvarez2@popular.com <maria.alvarez2@popular.com>; aaneses@cstlawpr.com <aaneses@cstlawpr.com>; aaneses@gmail.com <aaneses@gmail.com>; Mark.Angelov@arentfox.com <Mark.Angelov@arentfox.com>; aaa@mcvpr.com <aaa@mcvpr.com>; mb@mcvpr.com <mb@mcvpr.com>; ycp@mcvpr.com <ycp@mcvpr.com>; arizmendis@reichardescalera.com <arizmendis@reichardescalera.com>; riverac@reichardescalera.com <riverac@reichardescalera.com>; smarizmendi85@gmail.com <smarizmendi85@gmail.com>; rodriguezi@reichardescalera.com <rodriguezi@reichardescalera.com>; larroyo@amgprlaw.com <larroyo@amgprlaw.com>; docketclerk@amgprlaw.com <docketclerk@amgprlaw.com>; ycruz@amgprlaw.com <ycruz@amgprlaw.com>; smolina@amgprlaw.com <smolina@amgprlaw.com>; MArtz@afscme.org <MArtz@afscme.org>; aashton@proskauer.com <aashton@proskauer.com>; ecf@primeclerk.com <ecf@primeclerk.com>; handuze@microjuris.com <handuze@microjuris.com>; jarrastia@continentalpllc.com <jarrastia@continentalpllc.com>;

hgray@continentalpllc.com <hgray@continentalpllc.com>; Ingrid.Bagby@cwt.com <Ingrid.Bagby@cwt.com>; nbaker@stblaw.com <nbaker@stblaw.com>; ebarak@proskauer.com <ebarak@proskauer.com>; ehud-barak-4192@ecf.pacerpro.com <ehud-barak-4192@ecf.pacerpro.com>; lbarefoot@cgsh.com <lbarefoot@cgsh.com>; nicholasbassett@paulhastings.com <nicholasbassett@paulhastings.com>; dbatlle@cstlawpr.com <dbatlle@cstlawpr.com>; herman@oneillborges.com <herman@oneillborges.com>; docket_clerk@oneillborges.com <docket_clerk@oneillborges.com>; rebeca.rodriguez@oneillborges.com <rebeca.rodriguez@oneillborges.com>; hermann.bauer@ecf.courtdrive.com <hermann.bauer@ecf.courtdrive.com>; puerto-rico-counsel-8138@ecf.pacerpro.com <puerto-rico-counsel-8138@ecf.pacerpro.com>; jbecker@caribe.net <jbecker@caribe.net>; janebeckerwhitaker@yahoo.com <janebeckerwhitaker@yahoo.com>; ajb@bennazar.org <ajb@bennazar.org>; bgm.csp@bennazar.org <bgm.csp@bennazar.org>; robert.berezin@weil.com <robert.berezin@weil.com>; steve@hbsslaw.com <steve@hbsslaw.com>; a_betancourt@lugomender.com <a_betancourt@lugomender.com>; wlugo@lugomender.com <wlugo@lugomender.com>; mbienenstock@proskauer.com <mbienenstock@proskauer.com>; jamesbliss@paulhastings.com <jamesbliss@paulhastings.com>; Beth.Brownstein@arentfox.com <Beth.Brownstein@arentfox.com>; cabruens@debevoise.com <cabruens@debevoise.com>; dbuckley@kramerlevin.com <dbuckley@kramerlevin.com>; corporate-reorg-1449@ecf.pacerpro.com <corporate-reorg-1449@ecf.pacerpro.com>; nathan.bull@cwt.com <nathan.bull@cwt.com>; hburgos@cabprlaw.com <hburgos@cabprlaw.com>; wburgos@justicia.pr.gov <wburgos@justicia.pr.gov>; cjuan@justicia.pr.gov <cjuan@justicia.pr.gov>; gillian.burns@cwt.com <gillian.burns@cwt.com>; abyowitz@kramerlevin.com <abyowitz@kramerlevin.com>; maria.baco@msn.com <maria.baco@msn.com>; sbarrett@omm.com <sbarrett@omm.com>; sbest@brownrudnick.com <sbest@brownrudnick.com>; cennis@brownrudnick.com <cennis@brownrudnick.com>; kbolanos@diazvaz.law <kbolanos@diazvaz.law>; bbolin@wlrk.com <bbolin@wlrk.com>; alexbongartz@paulhastings.com <alexbongartz@paulhastings.com>; michaelcomerford@paulhastings.com <michaelcomerford@paulhastings.com>; douglassbarron@paulhastings.com <douglassbarron@paulhastings.com>; nicholasbassett@paulhastings.com <nicholasbassett@paulhastings.com>; andrewhennigan@paulhastings.com <andrewhennigan@paulhastings.com>; derekcash@paulhastings.com <derekcash@paulhastings.com>; mariyanaulo@paulhastings.com <mariyanaulo@paulhastings.com>; rcamara@ferraiuoli.com <rcamara@ferraiuoli.com>; camara.robert@gmail.com <camara.robert@gmail.com>; rcamara@ecf.courtdrive.com <rcamara@ecf.courtdrive.com>; jf@cardonalaw.com <jf@cardonalaw.com>; cardonalaw@hotmail.com <cardonalaw@hotmail.com>; rcasellas@cabprlaw.com <rcasellas@cabprlaw.com>; acasellas@amgprlaw.com <acasellas@amgprlaw.com>; alecasellas7@gmail.com <alecasellas7@gmail.com>; jcasillas@cstlawpr.com <jcasillas@cstlawpr.com>; jperez@cstlawpr.com <jperez@cstlawpr.com>; scastillo@gaclaw.com <scastillo@gaclaw.com>; eacevedo@gaclaw.com <eacevedo@gaclaw.com>; acaton@kramerlevin.com <acaton@kramerlevin.com>; JCCelentino@wlrk.com <JCCelentino@wlrk.com>; Ana.Chilingarishvili@maslon.com <Ana.Chilingarishvili@maslon.com>; cintrongarcialaw@gmail.com <cintrongarcialaw@gmail.com>; G65615@notify.cincompass.com <G65615@notify.cincompass.com>; clearyd@gtlaw.com <clearyd@gtlaw.com>; seth.cohen@hoganlovells.com <seth.cohen@hoganlovells.com>; scolon@ferraiuoli.com <scolon@ferraiuoli.com>; edocketslit@ferraiuoli.com <edocketslit@ferraiuoli.com>; scolon@ecf.courtdrive.com <scolon@ecf.courtdrive.com>; michaelcomerford@paulhastings.com <michaelcomerford@paulhastings.com>; notices@condelaw.com <notices@condelaw.com>; conde.associates@gmail.com <conde.associates@gmail.com>; rcooper@cgsh.com <rcooper@cgsh.com>; ejcr@corretjerlaw.com <ejcr@corretjerlaw.com>; ejcr98@hotmail.com <ejcr98@hotmail.com>; cacuprill@cuprill.com <cacuprill@cuprill.com>; ccuprill@cuprill.com <ccuprill@cuprill.com>; docket@cuprill.com <docket@cuprill.com>; luis@cpacarrasquillo.com <luis@cpacarrasquillo.com>; thomas.curtin@cwt.com <thomas.curtin@cwt.com>; kcurtis@proskauer.com <kcurtis@proskauer.com>; vcandelario@qaclaw.com <vcandelario@qaclaw.com>; vcandelario@vcvlaw.com <vcandelario@vcvlaw.com>; icardona@iccflaw.com <icardona@iccflaw.com>; fchen@susmangodfrey.com <fchen@susmangodfrey.com>; corraldieg@gmail.com <corraldieg@gmail.com>; diego.corral@protonmail.com <diego.corral@protonmail.com>; dcorralgonzalez@icloud.com <dcorralgonzalez@icloud.com>; ddaquila@brownrudnick.com <ddaquila@brownrudnick.com>; mdale@proskauer.com <mdale@proskauer.com>; ramon.dapena@mbcdlaw.com <ramon.dapena@mbcdlaw.com>; sdavidson@kslaw.com <sdavidson@kslaw.com>; davisjo@gtlaw.com <davisjo@gtlaw.com>; pdefilippo@wmd-law.com <pdefilippo@wmd-law.com>; dvelawoffices@gmail.com <dvelawoffices@gmail.com>; suarezcobo@gmail.com <suarezcobo@gmail.com>; court-filings-3911@ecf.pacerpro.com <court-filings-3911@ecf.pacerpro.com>; suarezcobo.ecf@gmail.com <suarezcobo.ecf@gmail.com>; wdellinger@omm.com <wdellinger@omm.com>; ddesatnik@proskauer.com

<ddesatnik@proskauer.com>; lucdespins@paulhastings.com <lucdespins@paulhastings.com>; ivandialo2001@yahoo.com <ivandialo2001@yahoo.com>; lexservicespsc@yahoo.com <lexservicespsc@yahoo.com>; ivandiazlopez@gmail.com <ivandiazlopez@gmail.com>; kelly.diblasi@weil.com <kelly.diblasi@weil.com>; mdiconza@omm.com <mdiconza@omm.com>; tdolcourt@foley.com <tdolcourt@foley.com>; wdreher@jenner.com <wdreher@jenner.com>; john.duffey@maslon.com <john.duffey@maslon.com>; jcdeliz@doingbusinesspr.com <jcdeliz@doingbusinesspr.com>; lucdespins@paulhastings.com <lucdespins@paulhastings.com>; adiaz@diazvaz.law <adiaz@diazvaz.law>; john.dodd@bakermckenzie.com <john.dodd@bakermckenzie.com>; mark.ellenberg@cwt.com <mark.ellenberg@cwt.com>; rolando@emmanuelli.law <rolando@emmanuelli.law>; bufeteemmanuelli@gmail.com <bufeteemmanuelli@gmail.com>; EmmanuelliJimenezRR57669@notify.bestcase.com <EmmanuelliJimenezRR57669@notify.bestcase.com>; shana.elberg@skadden.com <shana.elberg@skadden.com>; agestrella@estrellallc.com <agestrella@estrellallc.com>; agestrella@ecf.courtdrive.com <agestrella@ecf.courtdrive.com>; cfebus@proskauer.com <cfebus@proskauer.com>; ubaldo.fernandez@oneillborges.com <ubaldo.fernandez@oneillborges.com>; mfb@tcmrslaw.com <mfb@tcmrslaw.com>; corporate-reorg-1449@ecf.pacerpro.com <corporate-reorg-1449@ecf.pacerpro.com>; ubaldo.fernandez@oneillborges.com <ubaldo.fernandez@oneillborges.com>; rebeca.rodriguez@oneillborges.com <rebeca.rodriguez@oneillborges.com>; ubaldo.fernandez@ecf.courtdrive.com <ubaldo.fernandez@ecf.courtdrive.com>; docket_clerk@oneillborges.com <docket_clerk@oneillborges.com>; rferrara@proskauer.com <rferrara@proskauer.com>; ferrarilugo@gmail.com <ferrarilugo@gmail.com>; cflaw.bk@gmail.com <cflaw.bk@gmail.com>; lft@tcm.law <lft@tcm.law>; cvazquez@tcm.law <cvazquez@tcm.law>; quiebras@elbufetedelpueblo.com <quiebras@elbufetedelpueblo.com>; G23857@notify.cincompass.com <G23857@notify.cincompass.com>; quiebras@ecf.inforuptcy.com <quiebras@ecf.inforuptcy.com>; figueroaymorgadelaw@yahoo.com <figueroaymorgadelaw@yahoo.com>; fingerk@gtlaw.com <fingerk@gtlaw.com>; Mfirestein@proskauer.com <Mfirestein@proskauer.com>; mfishman@goodwinlaw.com <mfishman@goodwinlaw.com>; luisfredsalgado@hotmail.com <luisfredsalgado@hotmail.com>; bfriedman@stblaw.com <bfriedman@stblaw.com>; pfriedman@omm.com <pfriedman@omm.com>; apavel@omm.com <apavel@omm.com>; jbeiswenger@omm.com <jbeiswenger@omm.com>; joeroth@omm.com <joeroth@omm.com>; rholm@omm.com <rholm@omm.com>; anadler@omm.com <anadler@omm.com>; nmitchell@omm.com <nmitchell@omm.com>; jdalog@omm.com <jdalog@omm.com>; emckeen@omm.com <emckeen@omm.com>; mpocha@omm.com <mpocha@omm.com>; JJi@omm.com <JJi@omm.com>; golivera@omm.com <golivera@omm.com>; beth@feganscott.com <beth@feganscott.com>; 1111388420@filings.docketbird.com <1111388420@filings.docketbird.com>; jfelicianoacosta@mcguirewoods.com <jfelicianoacosta@mcguirewoods.com>; cguerrero@mcguirewoods.com <cguerrero@mcguirewoods.com>; jamie.fell@stblaw.com <jamie.fell@stblaw.com>; cfernandez@cstlawpr.com <cfernandez@cstlawpr.com>; cfl@mcvpr.com <cfl@mcvpr.com>; afigueroa@energia.pr.gov <afigueroa@energia.pr.gov>; alejfig@yahoo.com <alejfig@yahoo.com>; carla.garcia@oneillborges.com <carla.garcia@oneillborges.com>; carla.garcia@ecf.courtdrive.com <carla.garcia@ecf.courtdrive.com>; vilna.cedano@oneillborges.com <vilna.cedano@oneillborges.com>; docket_clerk@oneillborges.com <docket_clerk@oneillborges.com>; rgf@mcvpr.com <rgf@mcvpr.com>; rgarciafontan@gmail.com <rgarciafontan@gmail.com>; rgarciafontan@ecf.courtdrive.com <rgarciafontan@ecf.courtdrive.com>; rcv@mcvpr.com <rcv@mcvpr.com>; mguitian@gjb-law.com <mguitian@gjb-law.com>; chopkins@gjb-law.com <chopkins@gjb-law.com>; jdelgado@gjb-law.com <jdelgado@gjb-law.com>; jgenovese@gjb-law.com <jgenovese@gjb-law.com>; igershengorn@jenner.com <igershengorn@jenner.com>; kbgoldberg@wlrk.com <kbgoldberg@wlrk.com>; marcia.goldstein@weil.com <marcia.goldstein@weil.com>; ygc@halspr.com <ygc@halspr.com>; goplerud@sagwlaw.com <goplerud@sagwlaw.com>; rgordon@jenner.com <rgordon@jenner.com>; MRoot@jenner.com <MRoot@jenner.com>; RLevin@jenner.com <RLevin@jenner.com>; CSteege@jenner.com <CSteege@jenner.com>; Docketing@jenner.com <Docketing@jenner.com>; JVanDeventer@jenner.com <JVanDeventer@jenner.com>; wwilliams@jenner.com <wwilliams@jenner.com>; cwedoff@jenner.com <cwedoff@jenner.com>; tyler-edwards-8024@ecf.pacerpro.com <tyler-edwards-8024@ecf.pacerpro.com>; jay.goffman@skadden.com <jay.goffman@skadden.com>; wendy.lamanna@skadden.com <wendy.lamanna@skadden.com>; sguilbert@mcguirewoods.com <sguilbert@mcguirewoods.com>; tgunn@cwplaw.com <tgunn@cwplaw.com>; jaclyn.hall@cwt.com <jaclyn.hall@cwt.com>; ellen.halstead@cwt.com <ellen.halstead@cwt.com>; nhamerman@kramerlevin.com <nhamerman@kramerlevin.com>; lharrison@jenner.com <lharrison@jenner.com>; howard.hawkins@cwt.com <howard.hawkins@cwt.com>; nyecfnotice@cwt.com

<nyecfnotice@cwt.com>; ellen.halstead@cwt.com <ellen.halstead@cwt.com>; casey.servais@cwt.com <casey.servais@cwt.com>; thomas.curtin@cwt.com <thomas.curtin@cwt.com>; lori.dillon@cwt.com <lori.dillon@cwt.com>; anthony.moore@cwt.com <anthony.moore@cwt.com>; mark.ellenberg@cwt.com <mark.ellenberg@cwt.com>; pr.assured@cwt.com <pr.assured@cwt.com>; richard.solow@cwt.com <richard.solow@cwt.com>; howard.hawkins@cwt.com <howard.hawkins@cwt.com>; haynesn@gtlaw.com <haynesn@gtlaw.com>; michael.hefter@hoganlovells.com <michael.hefter@hoganlovells.com>; shempling@scotthemplinglaw.com <shempling@scotthemplinglaw.com>; herreroilll@herrerolaw.com <herreroilll@herrerolaw.com>; rowdog75@hotmail.com <rowdog75@hotmail.com>; akherring@wlrk.com <akherring@wlrk.com>; ghorowitz@kramerlevin.com <ghorowitz@kramerlevin.com>; mhernandez@mihglaw.com <mhernandez@mihglaw.com>; marianaisabelhg@gmail.com <marianaisabelhg@gmail.com>; ellenl.holloman@cwt.com <ellenl.holloman@cwt.com>; cinfante@estrellallc.com <cinfante@estrellallc.com>; cinfante@ecf.courtdrive.com <cinfante@ecf.courtdrive.com>; brett.ingerman@US.dlapiper.com <brett.ingerman@US.dlapiper.com>; pjime@icepr.com <pjime@icepr.com>; jjonas@brownrudnick.com <jjonas@brownrudnick.com>; jkapp@mwe.com <jkapp@mwe.com>; Brian.Klein@Maslon.com <Brian.Klein@Maslon.com>; eakleinhaus@wlrk.com <eakleinhaus@wlrk.com>; akaplan@susmangodfrey.com <akaplan@susmangodfrey.com>; rsolis@susmangodfrey.com <rsolis@susmangodfrey.com>; rachel-solis-3173@ecf.pacerpro.com <rachel-solis-3173@ecf.pacerpro.com>; mkelso@susmangodfrey.com <mkelso@susmangodfrey.com>; eakleinhaus@wlrk.com <eakleinhaus@wlrk.com>; slaton@klmllp.com <slaton@klmllp.com>; aleblanc@milbank.com <aleblanc@milbank.com>; ustpregion21.hr.ecf@usdoj.gov <ustpregion21.hr.ecf@usdoj.gov>; RLevin@jenner.com <RLevin@jenner.com>; JLevitan@proskauer.com <JLevitan@proskauer.com>; lllach@cstlawpr.com <lllach@cstlawpr.com>; ivan.llado@mbcdlaw.com <ivan.llado@mbcdlaw.com>; luz.carrero@mbcdlaw.com <luz.carrero@mbcdlaw.com>; loomislegal@gmail.com <loomislegal@gmail.com>; andres@awllaw.com <andres@awllaw.com>; wilbert_lopez@yahoo.com <wilbert_lopez@yahoo.com>; elugo@edgelegalpr.com <elugo@edgelegalpr.com>; eellsworth@edgelegalpr.com <eellsworth@edgelegalpr.com>; gmainland@milbank.com <gmainland@milbank.com>; nmanne@susmangodfrey.com <nmanne@susmangodfrey.com>; lmarini@mpmlawpr.com <lmarini@mpmlawpr.com>; lmarini@ecf.courtdrive.com <lmarini@ecf.courtdrive.com>; iadorno@mpmlawpr.com <iadorno@mpmlawpr.com>; gmashberg@proskauer.com <gmashberg@proskauer.com>; rgmason@wlrk.com <rgmason@wlrk.com>; eddward.mccarthy@weil.com <eddward.mccarthy@weil.com>; emckeen@omm.com <emckeen@omm.com>; rdietz@omm.com <rdietz@omm.com>; elizabeth-mckeen-2402@ecf.pacerpro.com <elizabeth-mckeen-2402@ecf.pacerpro.com>; jessica@emmanuelli.law <jessica@emmanuelli.law>; bufeteemmanuelli@gmail.com <bufeteemmanuelli@gmail.com>; EmmanuelliJimenezRR57669@notify.bestcase.com <EmmanuelliJimenezRR57669@notify.bestcase.com>; amiller@milbank.com <amiller@milbank.com>

**Subject:** PREPA Bond Trustee's Joinder of PREPA Ad Hoc Group of Bondholders' Motion at ECF Nos. 2718 (17-BK-4780) and 20174 (17-BK-3283)

Greetings,

Pursuant to special instructions at ECF 20160, signed by Hon. Swain, I am hereby filing the Joinder and Response of U.S. Bank National Association, as PREPA Bond Trustee, to Urgent Motion of the AD HOC Group of PREPA Bondholders Motion at ECF Nos. 2718 (17-BK-4780) and 20174 (17-BK-3283) for the Appointment of a Mediator and the Imposition of Deadlines for a PREPA Plan of Adjustment.

Further, pursuant to said instructions, the undersigned is copying all interested parties. Due to outlook limitations, this email contains the list of email addresses of about half of all interested persons. A second email, immediately following this one, will forward this filing to the remaining half of email addresses.

As per Hon. Swain's instructions, this Joinder and Response will be filed on the CM/ECF system on Monday, February 28, 2022, as soon as practicable following the conclusion of the CM/ECF Unavailability Period.

Cordially,


Iris J. Cabrera-Gómez
RIVERA, TULLA & FERRER
50 Quisqueya Street, 3rd Floor
San Juan, Puerto Rico 00917
T. (787) 753-0438
F. (787) 767-5784
email: icabrera@riveratulla.com

**CONFIDENTIALITY STATEMENT:** This email, and any documents attached to this email transmission contains information belonging to Rivera, Tulla & Ferrer, LLC which is confidential, legally privileged, and protected from disclosure. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient or otherwise received this email in error, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this email and any attachment is strictly prohibited. Please notify the sender immediately by reply e-mail or by telephone at (787)753-0438. Thank you.

The information contained in this communication and its attachments, including any discussion of U.S. federal income tax, Puerto Rico income tax, or other tax related matter is limited to the statements specifically set forth herein, and such statements are intended for the sole use and benefit of our client or intended addressee and are not intended to be relied upon by any other person. The discussion of tax related matters was not intended or written to be used, and it cannot be used, for purposes of avoiding U.S. federal, Puerto Rico or local tax or penalties.