UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:                                                          PROMESA
                                                                Title III

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of                                    No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                                 (Jointly Administered)
et al.,

     Debtors.[1]

-------------------------------------------------------------x

<u>ORDER GRANTING URGENT CONSENSUAL MOTION SEEKING ADJOURNMENT OF HEARING</u>

       The Court has received and reviewed the *Urgent Consensual Motion Seeking Adjournment of Hearing* (Docket Entry No. 20206 in Case No. 17-3283) (the "Adjournment Motion")[2] filed by the Oversight Board, which indicates that "counsel for Movants has stated it has no objection to having the Hearing" on the *Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense* (Docket Entry No. 18602 in Case No. 17-3283) (the "Administrative Expense Motion") "adjourned to a later date which is consistent with the current calendar." (Adjournment Mot. ¶ 7.) Accordingly, upon the Court having found that the relief requested in the Adjournment Motion is in the best interests of the Debtor and Movant; and the Court having found that the Debtor provided adequate and appropriate notice of the Adjournment Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Adjournment Motion; and the Court

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    Capitalized terms used but not otherwise defined herein have the meanings given to them in the Adjournment Motion.

having determined that the factual bases set forth in the Adjournment Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1.   The Adjournment Motion is granted as set forth herein.

2.   The Hearing on the Administrative Expense Motion is hereby adjourned to the May 18, 2022, omnibus hearing.

3.   This Order resolves Docket Entry No. 20206 in Case No. 17-3283.

SO ORDERED.

Dated: February 28, 2022

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge