IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| Rubén Muniz Ruberté<br><br>Petitioner<br><br>VS.<br><br>Commonwealth of Puerto Rico, et, al,.<br><br>Respondents | Case No.: 17 BK 3283-LTS<br><br>PROMESA<br><br>Title III |
|---|---|



<u>INFORMATIVE MOTION TO REPSPECTFULLY REQUEST A PETITON TO RESPOND THE THREE HUNDRED FORTY-FIVE OMNIBUS OBJECTION INDIVIDUALLY</u>

TO THE HONORABLE COURT:

Comes now before the Honourable Court the above named petitioner, as a *Pro Se* inmate, who respectfully states and prays as follows:

1. Petitioner currently is in confinement under the custody of the Department of Corrections of the Commonwealth of Puerto Rico, serving a sentence in Ponce 1000 Correctional Complex, in Ponce, Puerto Rico.

2. Petitioner currently has a claim against the Commonwealth of Puerto Rico, specifically the Automobile Accident Compensation Authority (ACAA in Spanish), Claim number 15520.

3. Petitioner had a hearing presiding by the Honourable Laura Taylor Swain, United States District Judge, via Zoom, in order to confirm and certify the petitioner's desire to seen his claim individually.

4. Petitioner has limitations to respond properly his claim because is confined. Also, the petitioner does not speak English, so we respectfully request to this Honourable Court to assign a certified translator to procced with the process with no delay.

5. Petitioner also provide in this motion materials relating to the admission of evidence necessary in order to sustain his claim, which we respectfully submit to this Honourable Court to bring back copies to the petitioner of all the materials relating to the admission of evidence (Exhibits), because the petitioner does not has any copies.

6. Petitioner is in the disposition and good will to submit any other information necessary to the Honourable Court's, per request, as an evidence.

7. Petitioner's desire to seen his claims individually is based in the length of time in this process, because in this claim the petitioner is the sole petitioner against the Commonwealth of Puerto Rico (the Respondents), all based in the Respondents' negligence to manage his needs properly.

BASED IN THE MERITS OF THIS MOTION, THE PETTIONER RESPECTFULLY REQUEST TO THIS HONOURABLE COURT TO GRANT THIS PRESENT RESOURCE, AND IN DEFECT, ACCEPT ALL THE MATERIALS RELATING TO THE ADMISSION OF EVIDENCE AND MANAGE THIS CLAIM APART TO THE REST OF THE *THREE HUNDRED FORTY-FIVE OMNIBUS OBJECTION* INDIVIDUALLY, WITH OTHER PRONOUNCEMENT IN JUSTICE AND RIGHTEOUSNESS.

RESPECTFULLY SUBMITED,

In Ponce, Puerto Rico

February 16, 2022

*Rubén muñiz Ruberté*

Rubén Muniz Ruberté

Ponce 1000 Correctional Complex

3p 103

Ponce By Pass #3699

Ponce, Puerto Rico, 00728-1500