Rubén Muñiz Auberté
Ponce 1000 Correctional Complex
3P Cell 103
Ponce By Pass #3699
Ponce, Puerto Rico, 00728-1500



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico, 00918-1767



Legal Letter