UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER CONCERNING INFORMATIVE MOTION TO RESPECTFULLY REQUEST A PETITION
TO RESPOND TO THE THREE HUNDRED FORTY-FIFTH OMNIBUS OBJECTION INDIVIDUALLY

The Court has received and reviewed the *Informative Motion to Respectfully Request a Petition to Respond to the Three Hundred Forty-Fifth Omnibus Objection Individually* (Docket Entry No. 20218 in Case No. 17-3283) (the "Motion") filed by Mr. Rubén Muñiz Ruberté (the "Movant"), a pro se inmate incarcerated in Ponce which, among other things, submits materials as evidence to support his proof of claim (mistakenly identified as Claim No. 15520), presumably in response to this Court's decision at the February 2, 2022, omnibus

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

hearing, permitting Movant to submit additional materials in support of Proof of Claim No. 3398, which has been reclassified as a general unsecured claim. (Docket Entry No. 19987 in Case No. 17-3283 at 13:17-14:8.) Accordingly, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") shall take notice that the Motion constitutes a supplemental submission in support of Proof of Claim No. 3398.

To the extent the Motion requests that a certified translator be assigned to Movant, the request for individualized translation services is denied, but to ensure that the Court receives materials from Movant in a manner that complies with federal statutory requirements and the local rules of this Court, the Oversight Board shall provide certified translations of any material in connection with Proof of Claim No. 3398 that must be submitted to the Court for adjudication. (See 48 U.S.C. § 864; Local Bankruptcy Rule 9070-1(c).)

SO ORDERED.

Dated: March 1, 2022

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge