23 de febrero de 2022

A quien pueda interesar:

Adjunto les envío toda la evidencia de documentos solicitados a esta servidora. Mi número de reclamación es 149385, SS. Redacted y mi número de teléfono es 787-361-522⁞

Mi dirección postal: Parcelas El Cotto 15 Calle 10, Dorado P.R. 00646

Att. Myrna Báez Torres

*PD. Es la tercera vez que hago envío de estos documentos!

Myrna Báez Torres

#tel- (787) 361-5229

#SS- 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

#caso- 149385

Tipo de reclamación - Empleada pública y reclamos de retiro

No. 17 BK 3283-LTS

Dirección postal- Parcelas El Cotto 15 Calle 10, Dorado P.R 00646

Número del puesto- R09092 en Departamento de Educacion