IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| BAEZ TORRES, MYRNA | 149385 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| BAEZ TORRES, MYRNA | 149385 | 6/28/2018 | Commonwealth of Puerto Rico | $0.00 *$24,800* |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

*[Handwritten note: La cantidad aparece en estos documentos]*

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

20 de febrero de 2020

A quien pueda interesar:

Por este medio deseo hacer una reclamación de una deuda que el gobierno de Puerto Rico tiene conmigo. La misma es un reajuste salarial que se convirtió en la Ley 89- Romerazo. La cantidad es de $100.00 ofrecido por el entonces gobernador Carlos A. Romero Barceló en el año 1989 y nunca se me dió. Desde el 1989 a la fecha en que me retiré como maestra del Departamento de Educación serían $24,800.00.

Adjunto nuevamente evidencia ya enviada a ustedes.

Att. _____ Báez Torres



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

28 de enero de 2020

# C E R T I F I C A C I O N

| | | |
|---|---|---|
| Certifico que | : | MYRNA BAEZ TORRES |
| Seguro Social | : | Redacted |
| Categoría | : | MA. BELLAS ARTES (ARTES VISUALES) K-12 |
| Distrito Escolar | : | DORADO_ |
| Sueldo Mensual | : | $2,765.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 19 de diciembre de 2008 |
| Otros | : | Nuestro Sistema de Recursos Humanos refleja que ha trabajado para ésta Agencia por un periodo de 30 años. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



## GOBIERNO DE PUERTO RICO
Sistema de Retiro para Maestros

### CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Myrna Báez Torres**, con número de seguro social que termina en **2167**.

| | |
|---|---:|
| Fecha de Efectividad de la Pensión | 20 de diciembre de 2008 |
| Tiempo Cotizado para la Pensión | 30 años, 3 mes, 0 sem., 4 días |
| Pensión mensual Inicial | $1,929.35 |
| Pensión Mensual Actual | $1,929.35 |

Esta certificación se expide hoy, **28 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico
00918 P.O. Box 191879 · San Juan PR 00919-1879

787.777.1414    787.764.6910    www.srm.pr.gov





# DEPARTAMENTO DE EDUCACION
ESTADO LIBRE ASOCIADO DE PUERTO RICO
SECRETARIA AUXILIAR RECURSOS HUMANOS

## INFORME DE CAMBIOS - PERSONAL DOCENTE

| Número del Cambio | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | MYRNA BAEZ TORRES | |
| 2. Seguro Social | Redacted | |
| 3. Preparación | BA + 30 PG | |
| 4. Experiencia | | |
| 5. Status | REGULAR | |
| 6. Sueldo Bruto | $2515.00 | $2615.00 |
| 7. Número del Puesto | R09092 | |
| 8. Categoría de Puesto | MAESTRO ARTES VISUALES | |
| 9. Fondo | ESTATAL | |
| 10. Cifra de Cuenta | E1110-11100-0810000-1008-00100-2008 | |
| 11. Fecha de Efectividad | | 8 DE ENERO DE 2008 |
| 12. Acción y Duración | | AUMENTO EN SUELDO |
| 13. Región | BAYAMON | |
| 14. Distrito Escolar | DORADO-025 | |
| 15. Escuela | ELEM. ALFONSO LOPEZ (MAGUAYO)-71175 | |

16. Observaciones:

AUMENTO DE SUELDO DE $100 DOLARES OTORGADO POR EL GOBERNADOR.

17. Aprobado: Por el Secretario o su Representante

_____    _____
Firma                                Fecha

P. O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759  * TEL.: (787) 759-2000 EXTS.: 2219, 2223, 2227, 2229, 2224

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Rev.GIFT 10-OCT-08

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

**INFORME RENTA ANUAL VITALICIA**

| | |
|---|---|
| Fecha Radicación | 1-oct-08 |
| Fecha Vencimiento | 14-mar-09 |

Núm de Caso: **1129**

414217

Apellido Paterno, Materno, Nombre e Inicial: **BAEZ TORRES, MYRNA**
Seguro Social: Redacted
Sexo: ✓ Femenino ☐ Masculino

Fecha Nacimiento (Mes-Día-Año): **9-oct-1955**
Categoría y Pueblo: **DORADO - ARTES VISUALES**
Retiro Ley Núm.: **Ley 91 del 2004**

Dirección Postal: ~~BO MAGUAYO~~ EL COTTO 15 CALLE 10 / DORADO PR 00646

Tipo de Renta (Pensión):
- ✓ Años de Servicio y Edad
- ☐ Edad
- ☐ Diferida
- ☐ Incapacidad Ocupacional
- ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | |
|---|---|---|---|---|---|---|---|---|---|
| Años | Meses | Días | Años | Meses | Sem | Días | | Mensual | Anual |
| 53 | 2 | 11 | 30 | 3 | 0 | 4 | $ 53,724.54 | $ 1,929.35 | $ 23,152.20 |

Fecha de Renuncia: **19-DIC-08**  Último Día de Pago: **19-DIC-08**
Fecha Efectividad Pensión: **20-DIC-08**  Cierre de Nómina: **11-mar-09**
Fecha Primer Pago Pensión: **31-Mar-09**  Importe $ **1,929.35**
Pago Global Retroactivo  Desde **20-DIC-08**  Hasta **15-mar-09**  Importe Total $ **5,570.26**

### DESGLOSE DE DESCUENTOS

| | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|
| Importe Total (Bruto) | 5,570.26 | $ 1,929.35 |
| Menos Descuentos: Clave | Descuento | Descuento |
| Personal (PP) 47-000 | 561.45 | 224.58 |
| Cultural (PC) 45-000 | | |
| Hipotecario (PH) 36-000 | | |
| Finanzas 67-059 | | |
| Aport. Individual 9% (Clave 26-001) | 578.80 | 231.52 |
| ASUME | | |
| Otros | | |
| Importe Neto | $ 4,430.01 | $ 1,473.25 |

Stamp: AREA DE RETIRO DOCUMENTOS PREINTERVENIDOS MAR 2009 — NOMBRE / FIRMA
Stamp: PAGADO MAR 2009

$112.29
3-3
$62. C.D.
$115.76

Bonos:
☐ Bono Verano (PBV)  ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

Nombre del Empleado: **ANNIE RIVERA CANALES**  Firma  Fecha: **24-feb-2009**
Nombre Supervisor: **NORMA I. PEÑA AGOSTO**  Firma  Fecha: **2/may/09**

### PREINTERVENCIÓN DE DOCUMENTOS / USO DIRECTOR(A) AREA RETIRO

Verificación de:
- ✓ Exactitud
- ✓ Legalidad
- ✓ Firmas
- ☐ Otros

Stamp: AREA DE RETIRO DOCUMENTOS PREINTERVENIDOS FEB 27 2009  NOMBRE: / FIRMA: Ledoux

Aprobado por: Wanda Santiago López
Nombre Director(a) o Representante Autorizado
Firma  Fecha: **3/05/08**

### USO AREA DE PENSIONADOS (Sección Nóminas)

Ingreso a Nómina  Mes **3**  ☐ 1ra ✓ 2da
Nombre Empleado: Myrna Rodríguez  Firma  Fecha **2/mar/09**

Nómina Pago Global  Mes  ☐ 1ra ✓ 2da  ☐ Off Cycle ✓ Pay Line
Nombre Empleado  Firma  Fecha **11/3/09**

Nombre Supervisor: **Juan Agosto Castro**  Firma  Fecha **1-Abr/2009**

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.

Rev.GIFT 10-OCT-08

4/4/2/7

**Estado Libre Asociado de Puerto Rico**
**Sistema de Retiro para Maestros**

**INFORME RENTA ANUAL VITALICIA**

| Núm de Caso | Fecha Radicación | Fecha Vencimiento |
|---|---|---|
| 1129 | 1-oct-08 | 14-mar-09 |

**BAEZ TORRES, MYRNA**
Apellido Paterno, Materno, Nombre e Inicial

Seguro Social: Redacted

Sexo: ☑ Femenino  ☐ Masculino

Fecha Nacimiento: 9-oct-1955

Categoría y Pueblo: DORADO - ARTES VISUALES

Retiro Ley Núm.: Ley 91 del 2004

Dirección Postal: ~~BO MAGUAYO~~
EL COTTO 15 CALLE 10
DORADO PR 00646

Tipo de Renta (Pensión):
☑ Años de Servicio y Edad   ☐ Edad   ☐ Diferida
☐ Incapacidad Ocupacional   ☐ Incapacidad No Ocupacional

| Edad al Retirarse | | | Servicios Acreditados | | | | Costo Anualidad | Renta | |
|---|---|---|---|---|---|---|---|---|---|
| Años | Meses | Días | Años | Meses | Sem | Días | | Mensual | Anual |
| 53 | 2 | 11 | 30 | 3 | 0 | 4 | $ 53,724.54 | $ 1,929.35 | $ 23,152.20 |

Fecha de Renuncia: 19-DIC-08
Último Día de Pago: 19-DIC-08
Fecha Efectividad Pensión: 20-DIC-08
Cierre de Nómina: 11-mar-09
Fecha Primer Pago Pensión: 31-Mar-09
Importe: $ 1,929.35
Pago Global Retroactivo: Desde 20-DIC-08 Hasta 15-mar-09 Importe Total $ 5,570.26

**DESGLOSE DE DESCUENTOS**

| | | PAGO GLOBAL | PAGO MENSUAL |
|---|---|---|---|
| Importe Total (Bruto) | | 5,570.26 | $ 1,929.35 |
| Menos Descuentos: | Clave | Descuento | Descuento |
| Préstamos Personal (PP) | 47-000 | 561.45 | 224.58 |
| Cultural (PC) | 45-000 | - | - |
| Hipotecario (PH) | 36-000 | - | - |
| Finanzas | 67-059 | - | - |
| Aport. Individual 9% (Clave 26-001) | | 578.80 | 231.52 |
| ASUME | | | |
| Otros | | | |
| Importe Neto | | $ 4,430.01 | $ 1,473.25 |

Bonos:
☐ Bono Verano (PBV)    ☐ Bono Medicamentos (PBM)
☐ Bono Navidad (BNP)

Certifico que la información aquí provista es cierta, correcta y completa.

ANNIE RIVERA CANALES — Nombre del Empleado — Fecha: 24-feb-2009
NORMA I. PEÑA AGOSTO — Nombre Supervisor — Fecha: 2/mar/09

**PREINTERVENCIÓN DE DOCUMENTOS**  |  **USO DIRECTOR(A) ÁREA RETIRO**

Verificación de:
☑ Exactitud
☑ Legalidad
☑ Firmas
☐ Otros

AREA DE RETIRO
DOCUMENTOS PREINTERVENIDOS
FEB 27 2009
NOMBRE: Ledoux
FIRMA:

Aprobado por: Wanda Santiago López
Nombre Director(a) o Representante Autorizado
Fecha: 3/05/09

**USO ÁREA DE PENSIONADOS (Sección Nóminas)**

Ingreso a Nómina  Mes: 3  ☐ 1ra ☑ 2da
Nombre Empleado: Myrna Rodriguez
Firma / Fecha

Nómina Pago Global  Mes: ____  ☐ 1ra ☐ 2da  ☐ Off Cycle ☑ Pay Line
Nombre Empleado: _____
Firma / Fecha: 1/13/09

Juan Agosto Castro — Nombre Supervisor — Firma — Fecha: 1-Abril/2009

Conservación: Seis años o una intervención de la Oficina del Contralor de Puerto Rico, lo que ocurra primero.



## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Counsel for the Creditors
Committee
Paul Hastings LLP
200 Park Avenue
N.Y., N.Y. 10166

9590 9402 5219 9122 4375 19

2. Article Number (Transfer from service label)
7019 1120 0000 2391 2981

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signature] — ☐ Agent ☐ Addressee
- B. Received by (Printed Name): Dino Palmer
- C. Date of Delivery:
- D. Is delivery address different from item 1? ☐ Yes ☐ No

[Grand Central Post Office stamp, FEB 2020]

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Clerks Office
United States District Court
Room 150, Federal Building
San Juan, P.R. 00918-1767

9590 9402 5219 9122 4375 40

2. Article Number (Transfer from service label)
7019 1120 0000 2391 2998

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signature] R. Isaac — ☑ Agent ☐ Addressee
- B. Received by (Printed Name): R. Isaac
- C. Date of Delivery: 2/10/2020
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Counsel for the Oversight
Board
Proskauer Rose LLP
Eleven Times Square
N.Y., N.Y. 10036-8299

9590 9402 5219 9122 4375 57

2. Article Number (Transfer from service label)
7019 1120 0000 2391 2974

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X Maggie D — ☐ Agent ☐ Addressee
- B. Received by (Printed Name):
- C. Date of Delivery:
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt