Myrna Báez Torres
Parcelas El Cotto 15
Calle 10, Bo. Maguayo
Dorado P.R. 00646



7020 2450 0001 9306 6621



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
2022 FEB 28 PM 5:16

United States District Court
Clerk's office, 150 Ave Carlos Chardón
Ste 150, San Juan, P.R. 00918-1767