1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO.

IN RE:

The FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR
PUERTO RICO.
   AS REPRESENTATIVE OF
THE COMMONWEALTH OF PUERTO RICO. ET Al
        WILLIAM ROMAN MORALES
              DEBTORS

PROMESA
TITlE III
NO. 17 BK 3283-LTS

(JOINTLy
ADMENISTERED)

COMPADESE el demandante por derecho propio ante este honorable Tribunal de Justicia expone, Alega y solicita.

1) Que el demandante Recibio hoy 23 de Febrero de 2022 los documentos que el honorable Tribunal enbio a este donde solicitaron una informasión en un documento el cual les estoi enbiando junto con esta mosión dando conosimiento que fue Recibio hoy tanbien dando conosimiento de que el demandante Radico un escrito dando conosimiento de que Radico el pasado 17 de Febrero de 2022 dandole conosimiento de que toda comunicasión enbiada por este honorable Tribunal despues del 17 de marzo de 2022 debera ser enbiada a la sigiente direcsion postal HC-1 Box 4169 Barceloneta P.R. 00617 puesto que estigue su sentencia para que este tenga conosimiento del canbio de la direcsión del demandante y solicitando al honorable Tribunal que asignen un abogado que represente a este puesto que esta en desbentaja ya que

2

NO domina el idioma ingles y NO TIENE Mucho conosimiento de las leyes para poder contestar todas las preguntas ni los argumentos del honorable Tribunal de Justicia y NO QUIERO que despues de TANTOS AÑOS PELEANDO ESTE CASO SEA ARCHIbado o decestimado.

2) QUE El honorable Tribunal ESTA Pidiendo MAS Ebidencias de las Alegaciones del demandante a lo que el demandante solicito una cita con Recormedico a sen barios dias y asta la Fecha de ESTE ESCRITO NO SEMEA dado dicha SiTA Por lo que le solicita que sea El honorable Tribunal quien ordene con la autorisación del demandante le solicite a dicha Area que brinde la informasión a esa area para que la entreguengen puesto que es la manera que la ban a entregar con la mayor brebedad y ANTERIORMENTE le solicite al honorable Tribunal que isiera esas JESTIONES con mi autorisación pero nunca lo iso por lo que se lo solicito a este honorable Tribunal para que entregen los documentos que estan requiriendo lo antes posible para agilisar el proseso de este caso y guede demostrado que todas las alegaciones del demandante tienen base y fundamentos osea que le asiste la rason en todos sus Reclamos

3

3) QUE El demandante enbio un ESCRITO dando CONOSIMIENTO que debido Al COVI-19 Todos los CERBISIOS ESTABAN y ESTAN PARALISADOS y que Poco A Poco ESTAN bolbiendo A NORMALISARCE POR lo que le SOLICITA Al honorable Tribunal Tome Todo ESTO EN CUENTA ANTES de Tomar CUAlquIER deCISIÓN EN ESTE CASO El demandante A echo Todo lo que ESTA A SU AlCANSE PARA Poder CONSEGUIR Todas las Pruebas que sele SOLICITARON lo ANTES Posible Puesto que son Tantos AÑOS luchando ESTE CASO que NO SERIA Justo que Ahora sea deCESTIMADA ESTA RECLAMASIÓN ES la SOLICITUD A ESTE honorable Tribunal de JUSTICIA PERO El demandante CONTINUARA ASIENDO Todo lo que ESTE A SU AlCANSE PARA que sele ENTREGEN Todas las Pruebas que NESECITA PARA que sus derechos SEAN dados A bAlER EN Todo momento y EN Todas CIRCUNSTANSIAS como lo ESTIPULA la Ley.

4) QUE El demandante le SOLICITA A ESTE honorable Tribunal ESTudie bien ESTE CASO Puesto que ESTE CASO le PUSIERON dos NUMEROS El IPE 2015-0212 y El OTRO ES IDP 2014-0358 POR lo que le SOLICITA que SEA INBESTIGADO El CASO EN Toda SU ToTAlidad PARA que Todo ESTE ClARO ANTE ESTE honorable Tribunal ANTES de que Tome UNA deCISIÓN EN ESTE CASO ES la PETICIÓN del

4

demandante al honorable Tribunal de Justicia y sus honorables Juezes.

Esperando de parte de este honorable Tribunal tome en cuenta todos los argumentos presentados en este escrito y declare a lugar con todas las pronunciaciones en Ley prosedan en el caso.

Respetuosamente sometido hoy 23 de Febrero del 2022 en Arecibo Puerto Rico.

Direccion Postal
William Roman Morales
Inst- Sabana Hoyos
216 Edif- 2-F Cama -11
P.O Box 1671
Sabana Hoyos P.R 00688

William Roman Morales
Firma