**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>William Roman Morales Debtors.[3] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**FORMULARIO DE RESPUESTA PARA RECLAMACIONES A VENTILARSE
DURANTE LA VISTA DEL 16 DE FEBRERO PARA VENTILAR OBJECIONES A LAS
RECLAMACIONES**

Número(s) de Reclamación(es): _____
Reclamante(s): _____179391_____
Nombre del Abogado (si tiene alguno): _____

Información de contacto preferible para el Reclamante:
Dirección: HC-1 BOX 4169 BARCELONETA P.R. 00617
Número de teléfono: 787-621-6163
Correo electrónico: _____

*[Le siguen páginas adicionales]*

---

[3] Los Deudores en estos casos bajo el Título III, con sus números de caso respectivos bajo el Título III y los últimos cuatro (4) dígitos de su seguro social patronal federal, según aplique, son: (i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 3481); (ii) Corporación del Fondo de Interés Apremiante ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 8474); (iii) Autoridad de Carreteras y Transportación ("ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 9686); (v) Autoridad de Energía Eléctrica ("AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 3747) y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("AEE", y conjuntamente con el ELA, COFINA, ACT, SRE, y AEE, los "Deudores") (Caso de Quiebra Núm. 19-B-5532-LTS) 4780-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 3801) (Los números de caso bajo el Título III aparecen con los números de caso de Quiebra debido a las limitaciones de programación).

6

**Favor de responder a las siguientes preguntas con un
— Sí o No —
en la línea al lado de la pregunta.**

I. <u>Asistencia</u>

_____ Estaré asistiendo a la Vista del 16 de febrero para Ventilar Objeciones a las Reclamaciones.

_____ No estaré asistiendo a la Vista del 16 de febrero para Ventilar Objeciones a las Reclamaciones.

✔ Favor de mover la vista para escuchar mi reclamación en otra fecha. Estoy pidiendo un cambio de fecha por la siguiente razón: Estoy bajo Custodia Correccional y solicito que le den Conocimiento de fecha de la Vista para poder Asistir

II. <u>Servicios de Intérprete</u>

_____ No necesito intérprete.

✔ Necesito un intérprete y voy a usar el intérprete que proporcionen los Deudores.

_____ Necesito un intérprete, pero voy a traer mi propio intérprete certificado de inglés-español.

III. <u>Documentos e información</u>

_____ Estoy adjuntando a este Formulario de Respuesta documentación adicional en apoyo a mi(s) reclamación(es).

_____ No tengo documentación adicional que piense usar en apoyo a mi(s) reclamación(es) durante le Vista del 16 de febrero para Ventilar Objeciones a las Reclamaciones, aparte de lo que ya haya incluido anteriormente con mi(s) reclamación(es) y lo que ya haya radicado con mi respuesta a la Objeción Globalizada.

IV. <u>Vacuna contra el COVID-19</u>

✔ Ya tengo todas mis vacunas.

_____ Solamente tengo una dosis.

_____ No estoy vacunado/a.

[Firma del Reclamante o su Representante Autorizado]

Por: WILLIAM ROMAN MORALES
[Nombre en letra del molde]

