William Roman Morales
INS. SABANA HOYOS #216
EdFI-2 SECSION-E CAMA-4
ARECIbo P.R. 00688-1671

SAN JUAN PR 009
26 FEB 2022 PM 1 L



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2022 FEB 28 PM 5:15

COURT'S CLERK'S OFFICE AT;
UNITED STATES DISTRICT COURT,
CLERK'S OFFICE, 150
AVE. CARLOS CHARDÓN STE. 150
SAN JUAN P.R 00918-1767

00918-170625