①

IN The UNITED STATES DISTRICT COURT
FOR The DISTRICT OF PUERTO RICO

RECEIVED AND FILED
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR
2022 FEB 28  PM 5:15

William Roman Morales
DEMANDANTE POR derecho PROPIO

Vs

The COMMONWEALTH OF PUERTO RICO, The
EMPLOYEES RETIREMENT SYSTEM OF The
GOVERNMENT OF The COMMONWEALTH OF
PUERTO RICO, AND The PUERTO RICO PUBLIC
BUILDINGS AUTHORITY.
 DEMANdados

PROMESA
TITLE III

NO. 17BK 3283-LTS

(JOINTly AMINISTERED)

CONPADESE EL DEMANDANTE de FORMA MUy
RESPETUOSA ANTE ESTE honoRAble TRibunAl
y SUS honoRAbles JUEZES ESPONE ALEGA y
SOlICITA CON RESPETO.

1) QUE El DEMANDANTE SE ENCUENTRA EN
desbENTAJA PUESTO QUE NO AblA NI LEE
El IdIOMA INGlES POR lo QUE SOlICITO QUE
Todo documENTO QUE ESTE honoRAble TRibunAl
LE EMBIARA FUERA TRAducIdO Al IdIOMA
ESPAÑOl PARA PodER RESPONDER A lA MAYOR
brebedAd POSIblE ES lA PETICIÓN ECHA y
MEdIERON CONOSIMIENTO de QUE SEME ASIGNO
UN TRAdUCTOR POR PARTE del TRibunAl.

2) QUE El honoRAble TRibunAl ESTA SolICITAN-
do PUEbAS de lOS EchOS QUE El demANDANTE
AlEGA y El demANDANTE ENBIO lAS PRUEbAS
Al honoRAble TRibunAl de PONCE QUE Todo
ESTA EN El EXPEDIENTE del CASO NUMERO
JDP 2014 - 0358 y El JDP 2015-0434
CUENTO CON lOS dOS NUMEROS PUESTO
QUE El honoRAble TRibunAl lOS CAMbIO



3) QUE EL demandante A echo las JESTIONES
PARA que SEA ATENdido Por RECOR del
AREA medICA y ASTA la Fecha de ESTE
ESCRITO NO ASIdO ATENdido SEGUN SU
SolICITud Por lo que El demandANTE
EN bARIOS de SUS ESCRETOS Al honoRAble
TRibuNAl los AUTORISO A SolICITAR UNA
COPIA de SU EXPEDIENTE medico PARA
que SEdIERAN CUENTA de que Todos
los AlEGATOS del demANdANTE SON REAlEs
y que TIENE la RASON EN Todo lo que ESTA
AlEGANdo Puesto que El demANdANTE
NO A lOGRAdo que SU SolICITud SEA -
ATENdIdA POR ESTE AREA que NO ESTA
brINdAdo ESOS SERbICIOS como debERIA

4) QUE El demANdANTE le SolICITA A ESTE
honoRAble TRibuNAl ASIGNE UN AbogAdo
que REPRESENTE Al demANdANTE Puesto
que CON El Poco CONOSIMIENTO que TIENE
EN CUESTIONES lEGAles y El Poco AcsESO
CON El que CUENTA A los documENTOS que
El TRibuNAl SolICITA SE le ESTA ASIENdo
INPOSible CON SEGUIR ESOS documENTOS
POR ESA RASÓN SolICITO SEME ASIGNE
UN AbogAdo que ME REPRESENTE ES lA
PETICIÓN Al honoRAble TRibuNAl de
JUSTICIA Puesto que Por moTIbos de
lA PANDEMIA las CARTAS SE ATRASARON
Pues El demANdANTE Fue Puesto EN
CUARENTENA y ERA Poco El CONTACTO
CON los OFICIALES y El OFICIAL del
CORREO O SEA que ENTregA las CARTAS
POR lo que EN El MES de FEbRERO →

(3)

14 O 15 DE ESE MES RECIBIO ESTA
CARTA EL DEMANDANTE POR lo que
RADICA ESTE ESCRITO y ENbIA El
documento solicitado POR El
honoRAble TRibunal de JUSTICIA y
le deja saber que El PROXIMO 15 de
MARZO del 2022 El demANDANTE EXTIgue
su SENTENCIA POR TAl motibo EN El
documento que El TRibunial solicita
da la direcsion de su casa PARA que
Todo documento ENbIAdo una semana
ANTES de ESA Fecha SEA ENbIAdo A
ESA direcsión PostAl del demandante
Por loque le deja saber Al honoRAble
TRibunial que si bA A solicitar El
EXPEdiENTE del demandante lo Aga
ANTES de ESA Fecha PARA que No
Allan conPlicasiones A la horia de
ASER dicha solicitud de PARTE de
los demandados.

5) Que El demANDANTE le solicita Al
honoRAble TRibunial Ayude Al demANDANTE
EN ESTE CASO Puesto que lleba CASI
16 O 17 AÑOS luchANdo PARA que sus
deRechos civiles SEAN dados A baler
Como SER humAND y Como lo ESTiPula
la constitución de PuERTo RICO y los
ESTAdos unidos de AMERICA lo ESTiPulan
PARA Todos los siudadianos AmericANOS
ES la PETiCIÓN del demandante A ESTE
honoRAble TRibunial de JustiCia y sus
honoRAbles JuECES.

(4)

ESPERANDO UNA DECISION lo mAS JUSTA
Posible EN ESTE CASO ES lA PETICIÓN de
PARTE del demANdANTE Al honorAble
TribuNIAl y sus honorAbles Jueces ES
lA PETICION del demANdANTE que SEA
de ClARAdA A LugAR CoN TadAs lAS
PRONUNCIASIONES EN LEy PROSEdAN
EN ESTE CASO ES MI humilde PETICIÓN

RESPETUOSAmENTE someTIdo hoy 15 de
Febrero del 2022 EN ARECIbo P.R.00688-
16 71.

DIRECSIÓN PosTAl
INT SAbANA Hoyos #216
EdFI-2 SECSIÓN-E-CAmA-4
ARECIbo P.R.00688-1671

William RománmorAles
    FIRmA demANdANTE