WILLIAM ROMAN MORALES
INS. SABANA HOYOS #216
EdIF-2 SECSION F CAMA-11
ARECIBO P.R 00688-1671



SAN JUAN PR 009
26 FEB 2022 PM 1 L

COURT'S CLERK'S OFFICE AT
UNITED STATES DISTRICT COURT.
CLERK'S OFFICE, 150
AVE. CARLOS CHARDON STE. 150
SAN JUAN P.R. 00918-1767