UNITED STATES DISTRICT COURT
for the DISTRICT OF PUERTO RICO

The Commonwealth of Puerto Rico et als,

v.

_____,

CASE NO. 17 BK-3283 (LTS)

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

Notice is hereby given that Jaime A. Diaz ONeill above named, hereby appeals from the Doc# 20191 entered in the above-entitled action on 17 of February of 2022.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 1 day of March of 22.

Jaime A. Diaz ONeill
s/ signature

Mailing Address Po box 9793 San Juan PR 00908
Telephone/Facsimile Nos. 787-447-2434
Email Address JaimeaDiazONeill@ymail.com

CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which electronically mails notice to the attorneys of record. Notice has been delivered by mail to:

s/ signature

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2022 MAR -1 PM 3:13