AO 239 S (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (Translation 03/17)     Page 1 of 6
*AO 239 S (Rev. 01/15) Solicitud para Proceder ante un Tribunal de Distrito sin Pago Previo de Costas (Formulario largo) (Traducción de 03/17)*     *Página 1 de 6*

**NOTE:** This form must be completed <u>in English</u>.
*NOTA: Este formulario se debe llenar <u>en inglés</u>.*

# UNITED STATES DISTRICT COURT
for the
District of _____

Jaime A. Diaz (Nu)
_____
Plaintiff/Petitioner
*Demandante/Promovente*

v.

Commonwealth of Puerto Rico et als
_____
Defendant/Respondent
*Demandado/Contraparte*

Civil Action No. 17-BK-3283 (LTS)
*Núm. de acción civil*

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)
*SOLICITUD PARA PROCEDER ANTE UN TRIBUNAL DE DISTRITO SIN PAGO PREVIO DE COSTAS*
*(Formulario largo)*

**Affidavit in Support of the Application**
*Afidávit en apoyo de la solicitud*

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.
*Soy parte demandante o promovente en esta causa y declaro que no tengo los medios económicos para pagar las costas de estos procedimientos y que tengo derecho a la ayuda solicitada. Declaro so pena de perjurio que la información que figura a continuación es cierta y comprendo que una declaración falsa podría tener como resultado la desestimación de mi demanda.*

Signed: Jaime A. Diaz (Nu)
*Firma:*

**Instructions**
*Instrucciones*

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.
*Conteste todas las preguntas y firme esta solicitud. No deje espacios en blanco: si la respuesta a una pregunta es "0", "ninguno" o "No aplica (N/A)", escriba esa respuesta. Si necesita más espacio para contestar una pregunta o explicar su respuesta, adjunte otra hoja con su nombre, el número de su causa y el número de la pregunta.*

Date: 1st March of 2022
*Fecha:*

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.
   *Calcule la suma promedio que usted y su cónyuge recibieron de cada una de las fuentes siguientes durante los últimos 12 meses. Ajuste cualquier cantidad que recibieron semanal, quincenal, trimestral, semestral o anualmente para mostrar el monto mensual. Use las cantidades brutas, es decir, antes de cualquier deducción de impuestos o de otra índole.*

| Income source<br>*Fuente de ingreso* | Average monthly income amount during the past 12 months<br>*Promedio de ingresos mensuales durante los últimos 12 meses* | | Income amount expected next month<br>*Ingresos que espera recibir el mes próximo* | |
|---|---|---|---|---|
| | You<br>*Usted* | Spouse<br>*Cónyuge* | You<br>*Usted* | Spouse<br>*Cónyuge* |
| Employment<br>*Empleo* | $ 0 | $ | $ | $ |
| Self-employment<br>*Empleo por cuenta propia* | $ 0 | $ | $ | $ |

Case:17-03283-LTS Doc#:20239 Filed:03/01/22 Entered:03/01/22 17:10:05 Desc: Main
Document Page 2 of 6

AO 239 S (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (Translation 03/17) Page 2 of 6
AO 239 S (Rev. 01/15) Solicitud para Proceder ante un Tribunal de Distrito sin Pago Previo de Costas (Formulario largo) (Traducción de 03/17) Página 2 de 6

| | | | | |
|---|---|---|---|---|
| Income from real property (such as rental income) *Ingresos procedentes de bienes inmuebles (tales como ingresos de una propiedad alquilada)* | $ 0 | $ | $ | $ |
| Interest and dividends *Intereses y dividendos* | $ 0 | $ | $ | $ |
| Gifts *Regalos* | $ 0 | $ | $ | $ |
| Alimony *Pensión alimentaria al cónyuge* | $ 0 | $ | $ | $ |
| Child support *Pensión alimentaria de los hijos* | $ 0 | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) *Jubilación (tal como seguro social, pensiones, anualidades, seguros)* | $ 0 | $ | $ | $ |
| Disability (such as social security, insurance payments) *Discapacidad (tal como seguro social, pagos de aseguradoras)* | $ 0 | $ | $ | $ |
| Unemployment payments *Pagos por desempleo* | $ 0 | $ | $ | $ |
| Public-assistance (such as welfare) *Asistencia pública (tal como beneficencia pública)* | $ 0 | $ | $ | $ |
| Other (specify): *Otro (especifique):* | $ 0 | $ | $ | $ |
| **Total monthly income:** *Total de ingresos mensuales* | $ 0 | $ | $ | $ |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)
   *Proporcione su historial laboral correspondiente a los últimos dos años, comenzando por el empleo más reciente. (El pago mensual bruto es el monto total antes de las deducciones de impuestos o de otra índole.)*

| Employer *Empleador* N/A | Address *Dirección* | Dates of employment *Fechas de empleo* | Gross monthly pay *Pago mensual bruto* |
|---|---|---|---|
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)
   *Proporcione el historial laboral de su cónyuge correspondiente a los últimos dos años, comenzando por el empleo más reciente. (El pago mensual bruto es el monto total antes de las deducciones de impuestos o de otra índole.)*

| Employer *Empleador* N/A | Address *Dirección* | Dates of employment *Fechas de empleo* | Gross monthly pay *Pago mensual bruto* |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $
   *¿Cuánto dinero en efectivo tienen usted y su cónyuge?* $ _____

   Below, state any money you or your spouse have in bank accounts or in any other financial institution.
   *A continuación declare cualquier suma de dinero que usted o su cónyuge tengan en cuentas bancarias o en cualquier otra institución financiera.*

Case:17-03283-LTS Doc#:20239 Filed:03/01/22 Entered:03/01/22 17:10:05 Desc: Main
Document Page 3 of 6

AO 239 S (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (Translation 03/17)  Page 3 of 6
AO 239 S (Rev. 01/15) Solicitud para Proceder ante un Tribunal de Distrito sin Pago Previo de Costas (Formulario largo) (Traducción de 03/17)  Página 3 de 6

| Financial institution / *Institución financiera* | Type of account / *Tipo de cuenta* | Amount you have / *Cantidad en su cuenta* | Amount your spouse has / *Cantidad en la cuenta de su cónyuge* |
|---|---|---|---|
| N/A | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.
*Si usted está preso, debe adjuntar un estado de cuenta certificado por el funcionario institucional correspondiente que refleje todos los recibos, gastos y saldos en sus cuentas institucionales durante los últimos seis meses. Si usted tiene varias cuentas, tal vez porque ha estado en varias instituciones, adjunte un estado de cuenta certificado de cada cuenta.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.
   *Enumere los bienes, y sus valores, que son propiedad suya o de su cónyuge. No incluya ropa ni enseres domésticos comunes.*

| Assets owned by you or your spouse / *Bienes que son propiedad suya o de su cónyuge* | |
|---|---|
| Home (Value) / *Casa (valor)* | $ 0 |
| Other real estate (Value) / *Otros bienes raíces (Valor)* | $ 0 |
| Motor vehicle #1 (Value) / *Vehículo automotor núm. 1 (Valor)* | $ 0 |
|     Make and year: / *Marca y año:* | |
|     Model: / *Modelo:* | |
|     Registration #: / *Núm. de matrícula:* | |
| Motor vehicle #2 (Value) / *Vehículo automotor núm. 2 (Valor)* | $ |
|     Make and year: / *Marca y año:* | |
|     Model: / *Modelo:* | |
|     Registration #: / *Núm. de matrícula:* | |
| Other assets (Value) / *Otros bienes (Valor)* | $ 0 |
| Other assets (Value) / *Otros bienes (Valor)* | $ 0 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.
   *Declare el nombre de toda persona, negocio u organización que le debe dinero a usted o a su cónyuge y la suma de la deuda.*

| Person owing you or your spouse money / *Persona que le debe dinero a usted o a su cónyuge* | Amount owed to you / *Suma que le deben a usted* | Amount owed to your spouse / *Suma que le deben a su cónyuge* |
|---|---|---|
| | $ | $ 0 |
| | $ | $ 0 |
| | $ | $ 0 |

Case:17-03283-LTS Doc#:20239 Filed:03/01/22 Entered:03/01/22 17:10:05 Desc: Main Document Page 4 of 6

AO 239 S (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (Translation 03/17)
AO 239 S (Rev. 01/15) Solicitud para Proceder ante un Tribunal de Distrito sin Pago Previo de Costas (Formulario largo) (Traducción de 03/17)

Page 4 of 6
Página 4 de 6

7. State the persons who rely on you or your spouse for support.
   *Declare los nombres de las personas que dependen del apoyo económico de usted o de su cónyuge.*

| Name (or, if under 18, initials only) / *Nombre (o solo las iniciales de la persona si ésta es menor de 18 años de edad)* | Relationship / *Parentesco* | Age / *Edad* |
|---|---|---|
| N/A | | |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.
   *Calcule el promedio de gastos mensuales de usted y su familia. Indique por separado las sumas que paga su cónyuge. Ajuste cualquier pago que se hace semanal, quincenal, trimestral, semestral o anualmente para mostrar el monto mensual.*

| | You / *Usted* | Your spouse / *Su cónyuge* |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) / *Pago de alquiler o hipoteca (incluya el alquiler del lote si la casa es móvil)*  <br> Are real estate taxes included? ☐ Yes ☐ No  <br> Is property insurance included? ☐ Yes ☐ No | $ 0 | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) / *Servicios públicos* | $ 0 | $ |
| Home maintenance (repairs and upkeep) / *Mantenimiento y reparaciones del hogar* | $ 0 | $ |
| Food / *Alimentos* | $ 140.00 | $ |
| Clothing / *Ropa* | $ 0 | $ |
| Laundry and dry-cleaning / *Lavandería y tintorería* | $ 0 | $ |
| Medical and dental expenses / *Gastos médicos y dentales* | $ 0 | $ |
| Transportation (not including motor vehicle payments) / *Transporte* | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. / *Recreación, entretenimiento, periódicos, revistas, etc.* | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) / *Seguro* | | |
|     Homeowner's or renter's: / *De propietario o inquilino:* | $ 0 | $ |
|     Life: / *De vida:* | $ 0 | $ |
|     Health: / *De salud:* | $ 0 | $ |
|     Motor vehicle: / *De vehículo automotor:* | $ 0 | $ |
|     Other: / *De otro tipo:* | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): / *Impuestos (no deducidos de su sueldo o no incluidos en sus pagos de hipoteca) (especifique):* | $ 0 | $ |

Case:17-03283-LTS Doc#:20239 Filed:03/01/22 Entered:03/01/22 17:10:05 Desc: Main
Document Page 5 of 6

AO 239 S (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (Translation 03/17)     Page 5 of 6
AO 239 S (Rev. 01/15) Solicitud para Proceder ante un Tribunal de Distrito sin Pago Previo de Costas (Formulario largo) (Traducción de 03/17)     Página 5 de 6

| | | |
|---|---|---|
| Installment payments<br>*Pagos a plazos* | | |
|    Motor vehicle:<br>   *Vehículo automotor:* | $ 0 | $ |
|    Credit card (name):<br>   *Tarjeta de crédito (nombre):* | $ 0 | $ |
|    Department store (name):<br>   *Tienda departamental (nombre):* | $ 0 | $ |
|    Other:<br>   *Otro:* | $ 0 | $ |
| Alimony, maintenance, and support paid to others<br>*Pensión alimentaria al cónyuge, sustento y pensión que paga a otros:* | $ 0 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement)<br>*Gastos en que incurre con regularidad en su profesión o en la operación de un negocio o granja (adjunte una declaración pormenorizada)* | $ 0 | $ |
| Other (specify):<br>*Otros (especifique):* | $ 0 | $ |
| **Total monthly expenses:**<br>*Total de gastos mensuales:* | $ 0 | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?
   *¿Espera algún cambio importante en sus ingresos o gastos mensuales o en sus bienes o deudas durante los próximos 12 meses?*

   ☐ Yes    ☑ No    If yes, describe on an attached sheet.
   *Sí    No    Si respondió que sí, dé una explicación en otra hoja y adjúntela.*

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?
    *¿Ha pagado —o pagará— gastos u honorarios de abogado con relación a esta demanda?*

    ☐ Yes    ☑ No
    *Sí    No*

    If yes, how much?
    *Si respondió que sí, ¿cuánto?* $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    *Incluya cualquier otra información que servirá para explicar por qué usted no puede pagar las costas de estos procedimientos.*

    No job enouployed

12. Identify the city and state of your legal residence.
    *Identifique la ciudad y el estado de su residencia legal.*

    San Juan

    Your daytime phone number: 787-447-2424
    *Número de teléfono donde se le puede localizar durante el día:*

    Your age: 52    Your years of schooling: _____
    *Su edad:    Años de preparación académica:*

Case:17-03283-LTS Doc#:20239 Filed:03/01/22 Entered:03/01/22 17:10:05 Desc: Main
Document Page 6 of 6

AO 239 S (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (Translation 03/17)     Page 6 of 6
*AO 239 S (Rev. 01/15) Solicitud para Proceder ante un Tribunal de Distrito sin Pago Previo de Costas (Formulario largo) (Traducción de 03/17)*     *Página 6 de 6*

> This form does not replace the need for an interpreter, any colloquies mandated by law, or the responsibility of court and counsel to ensure that persons with limited English proficiency fully comprehend their rights and obligations.
>
> *Este documento no sustituye el uso de un intérprete ni los coloquios judiciales exigidos por la ley. Tampoco sustituye la responsabilidad del juez y los abogados de asegurarse de que las personas cuya comprensión del idioma inglés sea limitada entiendan por completo sus derechos y obligaciones.*

This document has not been officially approved by the Administrative Office or the Judicial Conference of the United States.
*Este documento no ha sido aprobado oficialmente por la Oficina Administrativa ni por la Conferencia Judicial de los Estados Unidos.*