# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br>THE COMMONWEALTH OF PUERTO RICO et al.,<br>Debtors.1 | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br>Debtor. | PROMESA Title III<br><br>No. 17 BK 4780-LTS<br><br>Court Filing Relates Only to PREPA and Shall Only be Filed in Case No. 17-BK-4780 (LTS) and Main Case 17-BK-3283 (LTS) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies: (i) that on February 25, 2022, as per special instructions at ECF 20160, signed by Hon. Swain, she filed the Joinder and Response of U.S. Bank National

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747).

Association, as PREPA Bond Trustee, to Urgent Motion of the AD HOC Group of PREPA Bondholders Motion at ECF Nos. 2718 (17-BK-4780) and 20174 (17-BK-3283), for the Appointment of a Mediator and the Imposition of Deadlines for a PREPA Plan of Adjustment, by email to promesa-emfiling@prd.uscourts.gov; (ii) that on February 28, 2022 she electronically filed the following document using the CM/ECF system of the U.S. Bankruptcy Court for the District of Puerto Rico for Case Nos. 17-BK-4780 and 17-BK-3283, which sent notification of such filing to all counsel of record participating in the CM/ECF system; and (iii) that on same date she caused the following document to be served on the Interested Parties to the addresses listed on Exhibit A, and in addition by U.S Mail to the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922.

>**CASE 17-4780: Dkt. 2728 and CASE 17-3283: Dkt. 20209** Informative Motion Regarding the Filing of Joinder and Response of U.S. Bank National Association as PREPA Bond Trustee to Urgent Motion of Ad Hoc Group of PREPA Bondholders Pursuant to Section 312 of PROMESA and Section 105 of the Bankruptcy Code to Appoint a Mediator and Impose Deadlines For a PREPA Plan of Adjustment (ECF No. 2718)

>**CASE 17-4780: Dkt. 2729 and CASE 17-3283: Dkt. 20210** Joinder and Response of U.S. Bank National Association, as PREPA Bond Trustee, to Urgent Motion of the AD HOC Group of PREPA Bondholders Motion at ECF Nos. 2718 (17-BK-4780) and 20174 (17-BK-3283) for the Appointment of a Mediator and the Imposition of Deadlines for a PREPA Plan of Adjustment.

Respectfully Submitted, in San Juan, Puerto Rico, on this 1st of March 2022.

**RIVERA, TULLA AND FERRER, LLC**
*/s/ Iris J. Cabrera-Gomez*
Iris J. Cabrera-Gomez
USDC-DPR No. 221101
Email: icabrera@riveratulla.com
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787)753-0438/Fax: (787)767-5784

ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS PREPA BOND TRUSTEE