**EXHIBIT A**

**17-04780-LTS9 Notice will be electronically mailed to:**

agraitfe@agraitlawpr.com
jalonzo@proskauer.com
carlos.alsina.batista@gmail.com
calsinabatista@wajdalawgroup.com
maria.alvarez2@popular.com
aaneses@cstlawpr.com
aaneses@gmail.com
Mark.Angelov@arentfox.com
aaa@mcvpr.com
mb@mcvpr.com
ycp@mcvpr.com
arizmendis@reichardescalera.com
riverac@reichardescalera.com
smarizmendi85@gmail.com
rodriguezi@reichardescalera.com
larroyo@amgprlaw.com
docketclerk@amgprlaw.com
ycruz@amgprlaw.com
 smolina@amgprlaw.com
 MArtz@afscme.org
aashton@proskauer.com
ecf@primeclerk.com
handuze@microjuris.com
jarrastia@continentalpllc.com
hgray@continentalpllc.com
Ingrid.Bagby@cwt.com
nbaker@stblaw.com
ebarak@proskauer.com
ehud-barak-4192@ecf.pacerpro.com
lbarefoot@cgsh.com
nicholasbassett@paulhastings.com
dbatlle@cstlawpr.com
herman@oneillborges.com
docket_clerk@oneillborges.com
rebeca.rodriguez@oneillborges.com
hermann.bauer@ecf.courtdrive.com
puerto-rico-counsel-8138@ecf.pacerpro.com
jbecker@caribe.net
janebeckerwhitaker@yahoo.com
ajb@bennazar.org
bgm.csp@bennazar.org
robert.berezin@weil.com

steve@hbsslaw.com
a_betancourt@lugomender.com
wlugo@lugomender.com
mbienenstock@proskauer.com
jamesbliss@paulhastings.com
Beth.Brownstein@arentfox.com
cabruens@debevoise.com
dbuckley@kramerlevin.com
corporate-reorg-1449@ecf.pacerpro.com
nathan.bull@cwt.com
hburgos@cabprlaw.com
wburgos@justicia.pr.gov
cjuan@justicia.pr.gov
gillian.burns@cwt.com
abyowitz@kramerlevin.com
maria.baco@msn.com
sbarrett@omm.com
sbest@brownrudnick.com
cennis@brownrudnick.com
kbolanos@diazvaz.law
bbolin@wlrk.com
alexbongartz@paulhastings.com
michaelcomerford@paulhastings.com
douglassbarron@paulhastings.com
nicholasbassett@paulhastings.com
andrewhennigan@paulhastings.com
derekcash@paulhastings.com
mariyanaulo@paulhastings.com
rcamara@ferraiuoli.com
camara.robert@gmail.com
rcamara@ecf.courtdrive.com
jf@cardonalaw.com
cardonalaw@hotmail.com
rcasellas@cabprlaw.com
acasellas@amgprlaw.com
alecasellas7@gmail.com
jcasillas@cstlawpr.com
jperez@cstlawpr.com
scastillo@gaclaw.com
eacevedo@gaclaw.com
acaton@kramerlevin.com
JCCelentino@wlrk.com
Ana.Chilingarishvili@maslon.com
cintrongarcialaw@gmail.com
G65615@notify.cincompass.com
clearyd@gtlaw.com
seth.cohen@hoganlovells.com
scolon@ferraiuoli.com

edocketslit@ferraiuoli.com
scolon@ecf.courtdrive.com
MICHAELCOMERFORD@PAULHASTINGS.COM
notices@condelaw.com
conde.associates@gmail.com
rcooper@cgsh.com
ejcr@corretjerlaw.com
ejcr98@hotmail.com
cacuprill@cuprill.com
ccuprill@cuprill.com
docket@cuprill.com
luis@cpacarrasquillo.com
thomas.curtin@cwt.com
kcurtis@proskauer.com
vcandelario@qaclaw.com
vcandelario@vcvlaw.com
icardona@iccflaw.com
fchen@susmangodfrey.com
corraldieg@gmail.com
diego.corral@protonmail.com
dcorralgonzalez@icloud.com
ddaquila@brownrudnick.com
mdale@proskauer.com
ramon.dapena@mbcdlaw.com
sdavidson@kslaw.com
davisjo@gtlaw.com
pdefilippo@wmd-law.com
dvelawoffices@gmail.com
suarezcobo@gmail.com
court-filings-3911@ecf.pacerpro.com
suarezcobo.ecf@gmail.com
wdellinger@omm.com
ddesatnik@proskauer.com
lucdespins@paulhastings.com
ivandialo2001@yahoo.com
lexservicespsc@yahoo.com
ivandiazlopez@gmail.com
kelly.diblasi@weil.com
mdiconza@omm.com
tdolcourt@foley.com
wdreher@jenner.com
john.duffey@maslon.com
jdeliz@delizlegal.com
jcdeliz@doingbusinesspr.com
lucdespins@paulhastings.com
adiaz@diazvaz.law
john.dodd@bakermckenzie.com

mark.ellenberg@cwt.com
rolando@emmanuelli.law
bufeteemmanuelli@gmail.com
EmmanuelliJimenezRR57669@notify.bestcase.com
shana.elberg@skadden.com
agestrella@estrellallc.com
agestrella@ecf.courtdrive.com
cfebus@proskauer.com
ubaldo.fernandez@oneillborges.com
mfb@tcmrslaw.com
corporate-reorg-1449@ecf.pacerpro.com
ubaldo.fernandez@oneillborges.com
rebeca.rodriguez@oneillborges.com
ubaldo.fernandez@ecf.courtdrive.com
docket_clerk@oneillborges.com
rferrara@proskauer.com
ferrarilugo@gmail.com
cflaw.bk@gmail.com
lft@tcm.law
cvazquez@tcm.law
quiebras@elbufetedelpueblo.com
G23857@notify.cincompass.com
quiebras@ecf.inforuptcy.com
figueroaymorgadelaw@yahoo.com
fingerk@gtlaw.com
Mfirestein@proskauer.com
mfishman@goodwinlaw.com
luisfredsalgado@hotmail.com
bfriedman@stblaw.com
pfriedman@omm.com
apavel@omm.com
jbeiswenger@omm.com
joeroth@omm.com
rholm@omm.com
anadler@omm.com
nmitchell@omm.com
jdalog@omm.com
emckeen@omm.com
mpocha@omm.com
JJi@omm.com
golivera@omm.com
beth@feganscott.com
1111388420@filings.docketbird.com
jfelicianoacosta@mcguirewoods.com
cguerrero@mcguirewoods.com
jamie.fell@stblaw.com
cfernandez@cstlawpr.com

4

cfl@mcvpr.com
afigueroa@energia.pr.gov
alejfig@yahoo.com
carla.garcia@oneillborges.com
carla.garcia@ecf.courtdrive.com
vilna.cedano@oneillborges.com
docket_clerk@oneillborges.com
rgf@mcvpr.com
rgarciafontan@gmail.com
rgarciafontan@ecf.courtdrive.com
rcv@mcvpr.com
mguitian@gjb-law.com
chopkins@gjb-law.com
jdelgado@gjb-law.com
jgenovese@gjb-law.com
igershengorn@jenner.com
kbgoldberg@wlrk.com
marcia.goldstein@weil.com
ygc@halspr.com
goplerud@sagwlaw.com
rgordon@jenner.com
MRoot@jenner.com
RLevin@jenner.com
CSteege@jenner.com
Docketing@jenner.com
JVanDeventer@jenner.com
wwilliams@jenner.com
cwedoff@jenner.com
tyler-edwards-8024@ecf.pacerpro.com
jay.goffman@skadden.com
wendy.lamanna@skadden.com
sguilbert@mcguirewoods.com
tgunn@cwplaw.com
jaclyn.hall@cwt.com
ellen.halstead@cwt.com
nhamerman@kramerlevin.com
lharrison@jenner.com
howard.hawkins@cwt.com
nyecfnotice@cwt.com
ellen.halstead@cwt.com
casey.servais@cwt.com
thomas.curtin@cwt.com
lori.dillon@cwt.com
anthony.moore@cwt.com
mark.ellenberg@cwt.com
pr.assured@cwt.com
richard.solow@cwt.com

5

howard.hawkins@cwt.com
haynesn@gtlaw.com
michael.hefter@hoganlovells.com
shempling@scotthemplinglaw.com
herreroilll@herrerolaw.com
rowdog75@hotmail.com
akherring@wlrk.com
ghorowitz@kramerlevin.com
mhernandez@mihglaw.com
marianaisabelhg@gmail.com
ellenl.holloman@cwt.com
cinfante@estrellallc.com
cinfante@ecf.courtdrive.com
brett.ingerman@US.dlapiper.com
pjime@icepr.com

jjonas@brownrudnick.com
jkapp@mwe.com
Brian.Klein@Maslon.com
eakleinhaus@wlrk.com
akaplan@susmangodfrey.com
rsolis@susmangodfrey.com
rachel-solis-3173@ecf.pacerpro.com
mkelso@susmangodfrey.com
eakleinhaus@wlrk.com
slaton@klmllp.com
aleblanc@milbank.com
ustpregion21.hr.ecf@usdoj.gov
rlevin@jenner.com
JLevitan@proskauer.com
lllach@cstlawpr.com
ivan.llado@mbcdlaw.com
luz.carrero@mbcdlaw.com
loomislegal@gmail.com
andres@awllaw.com
wilbert_lopez@yahoo.com
elugo@edgelegalpr.com
 eellsworth@edgelegalpr.com
gmainland@milbank.com
nmanne@susmangodfrey.com
lmarini@mpmlawpr.com
lmarini@ecf.courtdrive.com
iadorno@mpmlawpr.com
gmashberg@proskauer.com
rgmason@wlrk.com
eddward.mccarthy@weil.com
emckeen@omm.com

rdietz@omm.com
elizabeth-mckeen-2402@ecf.pacerpro.com
jessica@emmanuelli.law
bufeteemmanuelli@gmail.com
EmmanuelliJimenezRR57669@notify.bestcase.com
amiller@milbank.com
AutoDocketECF@milbank.com
atara-miller-2100@ecf.pacerpro.com
pwm@wbmvlaw.com
prwolverine@gmail.com
gabriel.miranda@oneillborges.com
rebeca.rodriguez@oneillborges.com
gabriel.miranda@ecf.courtdrive.com
docket_clerk@oneillborges.com
nmitchell@omm.com

tmayer@kramerlevin.com
luzmolinelli@gmail.com
luzmolinelli@yahoo.com
nealmollen@paulhastings.com
emontull@cstlawpr.com
jmoralesb@microjuris.com
gabriel.morgan@weil.com
johnmuddlaw@gmail.com
tmungovan@proskauer.com
tim-mungovan-3990@ecf.pacerpro.com
mkmalone@kslaw.com
jorge@mlrelaw.com
squalus@rocketmail.com
secre@mlrelaw.com
rgmason@wlrk.com
mark.mcdermott@skadden.com
wendy.lamanna@skadden.com
dmcfaul@sidley.com
cmechling@stroock.com
mmagzamen@stroock.com
smillman@stroock.com
mmagzamen@stroock.com
smillman@stroock.com
mmagzamen@stroock.com
mariana.muniz@dlapiper.com
maryana214@yahoo.com
laura.ferran@dlapiper.com
yasmin.torres@dlapiper.com
fnewton@kslaw.com
jnieves@cstlawpr.com

7

agarcia@cstlawpr.com
woblack@susmangodfrey.com
loliver@amgprlaw.com
luiggioliver@gmail.com
ileanaoliver@yahoo.com
oliver.assocs@gmail.com
roppenheimer@omm.com
otero_and_assoc@hotmail.com
rafael.ortiz.mendoza@gmail.com
FPabon@lvvlaw.com
NCruz@lvvlaw.com
tpaterson@afscme.org
apavel@omm.com
bill.pentelovitch@maslon.com
katiriap@yahoo.com
dperez@cabprlaw.com
epo@amgprlaw.com
docketclerk@amgprlaw.com
ycruz@amgprlaw.com
daniel.perez@oneillborges.com
daniel.perez@ecf.courtdrive.com
ivette.morales@oneillborges.com
Docket_Clerk@oneillborges.com
jperrelle@klmllp.com
rpeterson@jenner.com
leslieplaskon@paulhastings.com
mpocha@omm.com
jonathan.polkes@weil.com
ppossinger@proskauer.com
mpreusker@mwe.com
apapalaskaris@brownrudnick.com
cennis@brownrudnick.com
penagaricanobrownusdc@gmail.com
spenagaricano@justicia.pr.gov
nperez@tcmrslaw.com
naydaperez@gmail.com
sarah.phillips@stblaw.com
quilichinipazbkc@gmail.com
squsba@stblaw.com
mquejada@sidley.com
jramirez@amrclaw.com
mperez@amrclaw.com
gramlui@yahoo.com
jrapisardi@omm.com
Lrappaport@proskauer.com
sratner@proskauer.com
Jason.Reed@Maslon.com
jareeder@jonesday.com

jareederjr@gmail.com
wbreilly@debevoise.com
jerichman@proskauer.com
nrickenbach@rickenbachpr.com
jrivera@jesusriveradelgado.com
rrivera@jgl.com
kellyrivero@hotmail.com
jrivlin@afscme.org
manuel@rodriguezbanchs.com
rsegui@rodriguezbanchs.com
info@rodriguezbanchs.com
manuel@rodriguezbanchs.com
erb@rodriguezbinetlaw.com
notices@rodriguezbinetlaw.com
emil@mlrelaw.com
crodriguez-vidal@gaclaw.com
salvatore.romanello@weil.com
javrua@gmail.com
jrj@conecta.pr
rgtolaw@gmail.com
jareeder@jonesday.com
jareederjr@gmail.com
jreyes@sanpir.com
mroot@jenner.com
docketing@jenner.com
thooker@jenner.com
mrosenthal@proskauer.com
danielsalinas@quinnemanuel.com
lsb@sbsmnlaw.com
luis.sanchezbetances@gmail.com
wssbankruptcy@gmail.com
fbatallagarcia@gmail.com
allanosarboleda@gmail.com
grivera@orientalbank.com
santosberriosbk@gmail.com
bkcsantosb@gmail.com
bksantosberrios2@gmail.com
rschellasad@aol.com
rschell@tsbprlaw.com
casey.servais@cwt.com
dshamah@omm.com
gregory.silbert@weil.com
msmall@foley.com
wsmith@mwe.com
martin.sosland@butlersnow.com
ecf.notices@butlersnow.com
velvet.johnson@butlersnow.com

bennett.spiegel@hoganlovells.com
mspillane@goodwinlaw.com
lstafford@proskauer.com
mao@willkie.com
mstancil@willkie.com
asteinberg@kslaw.com
jsuarez@continentalpllc.com
hgray@continentalpllc.com
kcsuria@estrellallc.com
kcsuria@ecf.courtdrive.com
wsushon@omm.com
asantiago@amgprlaw.com
as4117@georgetown.edu
csteege@jenner.com
docketing@jenner.com
thooker@jenner.com
mroot@jenner.com
bsteele@primeclerk.com
puertoricoteam@primeclerk.com
kstipec@amgprlaw.com
smolina@amgprlaw.com
strochlic@skadden.com
ANDREWTENZER@PAULHASTINGS.COM
mcto@debevoise.com
toledo.bankruptcy@gmail.com
rtorres@torresrodlaw.com
secrtlaw@torresrodlaw.com
matthew.troy@usdoj.gov
CorpFin.ECF@usdoj.gov
lthigpen@cwplaw.com
rtoro@toro-arsuaga.com
erivera@toro-arsuaga.com
ytoyos@ramostoyoslaw.com
dnevarez@ramostoyoslaw.com
auetz@foley.com
suhland@omm.com
ustpregion21.hr.ecf@usdoj.gov
Bryan.Uelk@bakermckenzie.com
notices@condelaw.com
ls.valle@condelaw.com
conde.associates@gmail.com
fvanderdys@gmail.com
fvanderdys@yahoo.com
fvander@reichardescalera.com
jvankirk@tcm.law
markv@hbsslaw.com
jvv@wbmvlaw.com

javier.a.vega@gmail.com
sawbacal@aol.com
swb@wbmvlaw.com
cvelaz@mpmlawpr.com
carolina.velaz@gmail.com
iadorno@mpmlawpr.com
cvilaro@CCSLLP.com
usdc_notices@ccsllp.com
charlesvilaro@gmail.com
charlesvilaro@yahoo.com
avalencia@cnrd.com
markv@hbsslaw.com
vegaramosluis@gmail.com
gviviani@lsphlaw.com
gustavoviviani@yahoo.com
vizcarrondo@reichardescalera.com
Clark.Whitmore@Maslon.com
arwolf@wlrk.com
eworenklein@debevoise.com
jamesworthington@paulhastings.com
thomas.g.ward@usdoj.gov
jwarren@cwplaw.com
apicou@cwplaw.com
arwolf@wlrk.com
stephen.youngman@weil.com
mzerjal@proskauer.com
dbrennan@proskauer.com
InformationTechnology@pr0skauer.com
nzt@mcvpr.com
ezm@mcvpr.com
kzuniga@susmangodfrey.com
rrubert@susmangodfrey.com
kzuniga@susmangodfrey.com
rrubert@susmangodfrey.com
ehosang@brownrudnick.com
bkinney@milbank.com
mbrod@milbank.com
jackie-brewster-1417@ecf.pacerpro.com
rdizengoff@milbank.com
malston@milbank.com
andrew.silfen@arentfox.com