UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER CONCERNING HANDWRITTEN SPANISH SUBMISSIONS OF MR. WILLIAM ROMAN MORALES

The Court has received two handwritten submissions in Spanish from Mr. William Roman Morales, a pro se inmate (Docket Entry Nos. 20236 and 20237 in Case No. 17-3283) (the "Motions"), presumably in response to this Court's decision at the February 16, 2022, claim objections hearing, in which the Court disallowed Claim Nos. 178943, 179391, and 179392 as filed more than two years after the relevant bar date, and because no valid explanation or justification for the late filing had been provided. (Docket Entry No. 20164 in Case No. 17-3283 at 100:5-10.) To ensure that the Court receives materials from Mr. Roman Morales in a manner that complies with federal statutory requirements and the local rules of this Court, the Oversight Board shall provide certified translations of the Motions, notwithstanding the disallowance of Claim Nos. 178943, 179391, and 179392. (See 48 U.S.C. § 864; Local Bankruptcy Rule 9070-1(c).) The certified translations must be filed by **March 17, 2022**.

SO ORDERED.

Dated: March 3, 2022

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).