**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**
<u>Transmittal of Record to the Court of Appeals</u>

**DATE: March 3, 2022**

BK Case: 17-3283 LTS (Jointly Administered) (PROMESA)

**APPEAL FEE PAID ($505):** YES _____ NO __X__ PENDING ___

**CASE CAPTION:** In re: The Commonwealth of Puerto Rico.

**IN FORMA PAUPERIS:** YES __X__ NO _____

**MOTIONS PENDING:** YES _____ NO __X__

**NOTICE OF APPEAL FILED BY:** Jaime Diaz O'neill, pro se.

**APPEAL FROM:** Court's ruling concerning the disallowance of proof of claim no. 178975 at the February 17, 2022 Hearing.

**SPECIAL COMMENTS:** Copies of original documents.

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**Docket Entries: 20191, 20238, 20239.**

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of the Court

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____ s/c: CM/ECF Parties, Appeals Clerk