# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | |
| THE FINANCIAL OVERSIGHT AND | : | PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : | Title III |
| | : | |
| as representative of | : | Case No. 17-BK-3283-LTS |
| | : | |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors[1]. | : | |

## MOTION FOR LEAVE TO WITHDRAW FROM LEGAL REPRESENTATION AND CEASE NOTIFICATIONS

**TO THE HONORABLE COURT:**

**NOW APPEARS** the undersigned attorneys and very respectfully **STATE** and **PRAY** as follows:

1. Bellver Espinosa Law Firm, through attorneys Alejandro Bellver Espinosa and Ana M. Deseda Belaval, are no longer legal representatives of The American Federation of State, County and Municipal Employees ("AFSCME"), since the services that the undersigned attorneys were retained to execute have concluded, therefore the relationship between the parties has ended.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the Commonwealth") (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. It is respectfully requested from the Honorable Court to take notice of the aforementioned, and to accept the withdrawal as counsels of record for AFSCME.

3. The undersigned also respectfully request to be removed from the master service list of attorneys and to cease notifications of all flings in this case. The appearance by other attorneys on behalf of AFSCME are unaffected by this request.

**WHEREFORE,** attorneys Alejandro Bellver Espinosa and Ana M. Deseda Belaval request of this Honorable Court to accept the withdrawal of Bellver Espinosa Law Firm as counsels of record for AFSCME, and to remove the undersigned from the master service list of attorneys and to cease notifications of all filings in this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this March 8, 2022.

**CERTIFICATION:** I hereby certify that on this same date, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**BELLVER ESPINOSA LAW FIRM**

By: */s/ Ana M. Deseda Belaval*
U.S.D.C. PR Bar No. 307710
Cond. El Centro I, Suite 801
500 Muñoz Rivera Ave.
San Juan, Puerto Rico 00918
(787) 946-5268 (Telephone)
anadeseda@bellverlaw.com

By: */s/ Alejandro Bellver Espinosa*
Alejandro Bellver Espinosa
U.S.D.C. PR Bar No. 225708
Cond. El Centro I, Suite 801
500 Muñoz Rivera Ave.
San Juan, Puerto Rico 00918
(787) 946-5268 (Telephone)

alejandro@bellverlaw.com

3