18 de febrero de 2022

A quien pueda interesar:

De esta manera certifico que yo, Salvador S. Rivera Peña soy el demandante de la reclamación #177761 e informo que estuve laborando en los cultivos de la Corporación Azucarera por alrededor de 6 años y en el equipo pesado alrededor de 10 años. En vista de eso envío la presente.

Se exige el pago justo y razonable por la ganancias habidas por la Corporación Azucarera en la demanda por los terrenos correspondientes a esta y en el momento de haber laborado para ella entiéndase la Corporación Azucarera por lo tanto se entabla la reclamación de demanda de $60,000 en vista y búsqueda de una remuneración justa ante las labores realizadas.

Atentamente,

Salvador S. Rivera Peña

*[firma]*