From: Salvador S. Rivera Pen[...]
H.C-03- Box 6156
Humacao, P.R. 00791-9512

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, P.R.
2022 MAR -7 PM 5:09

To: Clerk's Office
United States District Court
# 150 Chardon Avenue
Federal Building
San Juan, P.R. 00918

SAN JUAN PR 009
4 MAR 2022 PM 1 L

USA FOREVER

00918-171399