# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## Transmittal of Abbreviated Record to the Court of Appeals

**DATE:** March 8, 2022

BK Case: 17-bk-3283-LTS
Related USCA Cases: 22-1092

**CASE CAPTION:** In re: THE COMMONWEALTH OF PUERTO RICO.

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD:**

**DOCUMENTS:**

**Docket Entry 20265:** Statement of Issues and Items on Appeal filed by Suiza Dairy Corp. on 3/7/2022.

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated supplemental record on appeal in the case.

Maria Antongiorgi-Jordan, Esq.
Clerk of the Court

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk

.