Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn Lugo Cález_

Participant's Address: _calle Mar Caribe E-36, urb. Costa Sur, Yauco, P.R._

Participant's Email Address: _lugocalesevelyn@gmail.com_

Name of Counsel: _Court's Clerk's Office_

Address of Counsel: _150 Ave., Carlos Chardon Ste., San Juan, P.R._

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#17 BK 3283 - LTS_

Nature of Claim: _____

By: _Evelyn Lugo Cález_
Signature

_Evelyn Lugo Cález_
Print Name

_____
Title (if Participant is not an individual)

_febrero 22, 2022_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Evelyn [signature]
E-36, calle Mar Caribe
urb. Costa Sur, Yauco P.R. 00698

United States District Court
Clerk's Office, 150 Ave. Carlos
Chardon Ste. 150
San Juan, P.R. 00918-1767