# United States Court of Appeals
## For the First Circuit

No. 22-1098

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

Debtors,

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

Debtors - Appellees,

v.

ASOCIACION PUERTORRIQUENA DE LA JUDICATURA, INC.,

Objector - Appellant,

PFZ PROPERTIES, INC.; OSCAR ADOLFO MANDRY APARICIO; MARIA DEL CARMEN AMALIA MANDRY LLOMBART; SELMA VERONICA MANDRY LLOMBART; MARIA DEL CARMEN LLOMBART BAS; OSCAR ADOLFO MANDRY BONILLA; GUSTAVO ALEJANDRO MANDRY BONILLA; YVELISE HELENA FINGERHUT MANDRY; MARGARET ANN FINGERHUT MANDRY; VICTOR ROBERT FINGERHUT MANDRY; JUAN CARLOS ESTEVA FINGERHUT; PEDRO MIGUEL ESTEVA FINGERHUT; MARIANO JAVIER MCCONNIE FINGERHUT; JANICE MARIE MCCONNIE

FINGERHUT; VICTOR MICHAEL FINGERHUT COCHRAN; MICHELLE ELAINE FINGERHUT COCHRAN; ROSA ESTELA MERCADO GUZMAN; EDUARDO JOSE MANDRY MERCADO; SALVADOR RAFAEL MANDRY MERCADO; MARGARITA ROSA MANDRY MERCADO; ADRIAN ROBERTO MANDRY MERCADO; VICENTE PEREZ ACEVEDO; CORPORACION MARCARIBE INVESTMENT; ANTONIO MARTIN CERVERA; MARIA TERESITA MARTIN; WANDA ORTIZ SANTIAGO; NANCY I. NEGRON-LOPEZ; DEMETRIO AMADOR INC.; DEMETRIO AMADOR ROBERTS; SUIZA DAIRY CORP.; MARUZ REAL ESTATE CORP.; GROUP WAGE CREDITORS; YASHEI ROSARIO; ANA A. NUNEZ VELAZQUEZ; EDGARDO MARQUEZ LIZARDI; MARIA M. ORTIZ MORALES; ARTHUR SAMODOVITZ; MIGUEL LUNA DE JESUS; ISMAEL L. PURCELL SOLER; ALYS COLLAZO BOUGEOIS; MILDRED BATISTA DE LEON; JAVIER ALEJANDRINO OSORIO; SERVICE EMPLOYEES INTERNATIONAL UNION (SEIU); INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA; MAPFRE PRAICO INSURANCE COMPANY; CERTAIN CREDITORS WHO FILED ACTIONS IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO; MED CENTRO, INC., f/k/a Consejo de Salud de la Comunidad de la Playa de Ponce, Inc.; ASOCIACION DE JUBILADOS DE LA JUDICATURA DE PUERTO RICO; HON. HECTOR URGELL CUEBAS; COOPERATIVA DE AHORRO Y CREDITO VEGABAJENA; LORTU-TA LTD., INC.; LA CUARTEROLA, INC.; JUAZA, INC.; CONJUGAL PARTNERSHIP ZALDUONDO-MACHICOTE; FRANK E. TORRES RODRIGUEZ; EVA TORRES RODRIGUEZ; FINCA MATILDE, INC.; UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM TRUST; PETER C. HEIN; MIRIAM E. LIMA COLON; BETZAIDA FELICIANO CONCEPCION; ANGEL L. MENDEZ GONZALEZ; ASOCIACION DE MAESTROS PUERTO RICO; ASOCIACION DE MAESTROS DE PUERTO RICO-LOCAL SINDICAL; MORGAN STANLEY & CO. LLC; GOLDMAN SACHS & CO. LLC; J.P. MORGAN SECURITIES LLC; SANTANDER SECURITIES LLC; SIDLEY AUSTIN LLP; BMO CAPITAL MARKETS GKST, INC.; CITIGROUP GLOBAL MARKETS INC.; SAMUEL A. RAMIREZ & CO., INC.; MESIROW FINANCIAL, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; MERRILL LYNCH CAPITAL SERVICES, INC.; BARCLAYS CAPITAL INC.; RBC CAPITAL MARKETS, LLC; RAYMOND JAMES & ASSOCIATES, INC.; COMMUNITY HEALTH FOUNDATION OF P.R. INC.; QUEST DIAGNOSTICS OF PUERTO RICO, INC.; U.S. BANK TRUST NATIONAL ASSOCIATION, as Trustee for the PRPFC Outstanding Bonds and PRIFA Bonds, and Fiscal Agent for PRPBA Bonds; U.S. BANK NATIONAL ASSOCIATION, as Trustee for the PRPFC Outstanding Bonds and PRIFA Bonds, and Fiscal Agent for PRPBA Bonds; NILSA CANDELARIO; JORGE RAFAEL EDUARDO COLLAZO QUINONES; EL OJO DE AGUA DEVELOPMENT, INC.; PEDRO JOSE NAZARIO SERRANO; JOEL RIVERA MORALES; MARIA DE LOURDES GOMEZ PEREZ; HECTOR CRUZ VILLANUEVA; LOURDES RODRIGUEZ; LUIS M. JORDAN RIVERA; TACONIC CAPITAL ADVISORS LP; AURELIUS CAPITAL MANAGEMENT, LP; CANYON CAPITAL ADVISORS LLC; FIRST BALLANTYNE LLC; MOORE CAPITAL MANAGEMENT, LP; PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; HON. PEDRO R. PIERLUISI URRUTIA; UNITED STATES, on behalf of the Internal Revenue Service; COOPERATIVA DE AHORRO Y CREDITO ABRAHAM ROSA; COOPERATIVA DE AHORRO Y CREDITO DE CIALES; COOPERATIVA DE AHORRO Y CREDITO DE JUANA DIAZ; COOPERATIVA DE AHORRO Y CREDITO DE RINCON;

COOPERATIVA DE AHORRO Y CREDITO DE VEGA ALTA; COOPERATIVA DE AHORRO Y CREDITO DR. MANUEL ZENO GANDIA; FEDERACION DE MAESTROS DE PUERTO RICO, INC.; GRUPO MAGISTERIAL EDUCADORES(AS) POR LA DEMOCRACIA, UNIDAD, CAMBIO, MILITANCIA Y ORGANIZACION SINDICAL, INC.; UNION NACIONAL DE EDUCADORES Y TRABAJADORES DE LA EDUCACION, INC.; MARIA A. CLEMENTE ROSA; JOSE N. TIRADO GARCIA, as President of the United Firefighters Union of Puerto Rico,

Objectors-Appellees,

VAQUERIA TRES MONJITAS, INC.; BLACKROCK FINANCIAL MANAGEMENT, INC.; EMSO ASSET MANAGEMENT LIMITED; MASON CAPITAL MANAGEMENT, LLC; SILVER POINT CAPITAL, L.P.; VR ADVISORY SERVICES, LTD; AURELIUS CAPITAL MANAGEMENT, LP, on behalf of its managed entities; GOLDENTREE ASSET MANAGEMENT LP, on behalf of funds under management; WHITEBOX ADVISORS LLC, on behalf of funds under management; MONARCH ALTERNATIVE CAPITAL LP, on behalf of funds under management; TACONIC CAPITAL ADVISORS L.P., on behalf of funds under management; ARISTEIA CAPITAL, LLC, on behalf of funds under management; FARMSTEAD CAPITAL MANAGEMENT, LLC, on behalf of funds under management; FOUNDATION CREDIT, on behalf of funds under management; CANYON CAPITAL ADVISORS LLC, in its capacity as a member of the QTCB Noteholder Group; DAVIDSON KEMPNER CAPITAL MANAGEMENT LP; SCULPTOR CAPITAL MANAGEMENT; AMBAC ASSURANCE CORPORATION; ANDALUSIAN GLOBAL DESIGNATED ACTIVITY COMPANY; CROWN MANAGED ACCOUNTS, for and on behalf of Crown/PW SP; LMA SPC, for and on behalf of Map 98 Segregated Portfolio; MASON CAPITAL MASTER FUND LP; OAKTREE-FORREST MULTI-STRATEGY, LLC (SERIES B); OAKTREE OPPORTUNITIES FUND IX, L.P.; OAKTREE OPPORTUNITIES FUND IX (PARALLEL), L.P.; OAKTREE OPPORTUNITIES FUND IX (PARALLEL 2), L.P.; OAKTREE HUNTINGTON INVESTMENT FUND II, L.P.; OAKTREE OPPORTUNITIES FUND X, L.P.; OAKTREE OPPORTUNITIES FUND X (PARALLEL), L.P.; OAKTREE OPPORTUNITIES FUND X (PARALLEL 2), L.P.; OAKTREE VALUE OPPORTUNITIES FUND HOLDINGS, L.P.; OCEANA MASTER FUND LTD.; OCHER ROSE, L.L.C.; PENTWATER MERGER ARBITRAGE MASTER FUND LTD.; PWCM MASTER FUND LTD.; REDWOOD MASTER FUND, LTD.; BANK OF NEW YORK MELLON; OFFICIAL COMMITTEE OF UNSECURED CREDITORS; ASSURED GUARANTY CORP.; ASSURED GUARANTY MUNICIPAL CORP.; OFFICIAL COMMITTEE OF RETIRED EMPLOYEES; NATIONAL PUBLIC FINANCE GUARANTEE CORP.; FINANCIAL GUARANTY INSURANCE COMPANY; AMERINATIONAL COMMUNITY SERVICES, LLC, as servicer for the GDB Debt Recovery Authority; CANTOR-KATZ COLLATERAL MONITOR LLC, as Collateral Monitor for the GDB Debt Recovery Authority; ATLANTIC MEDICAL CENTER, INC.; CAMUY HEALTH SERVICES, INC.; CENTRO DE SALUD FAMILIAR DR. JULIO PALMIERI FERRI, INC.; CIALES PRIMARY HEALTH CARE SERVICES, INC.; CORP. DE SERV. MEDICOS PRIMARIOS Y PREVENCION DE HATILLO, INC.; COSTA SALUD, INC.; CENTRO DE SALUD DE LARES, INC.; CENTRO DE SERVICIOS PRIMARIOS DE SALUD DE PATILLAS, INC.; HOSPITAL GENERAL CASTANER, INC.; GNMA & US GOVERNMENT TARGET MATURITY FUND FOR PUERTO RICO RESIDENTS, INC.,

f/k/a Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.; MORTGAGE-BACKED & US GOVERNMENT SECURITIES FUND FOR PUERTO RICO RESIDENTS, INC., f/k/a Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.; PUERTO RICO RESIDENTS BOND FUND I, f/k/a Puerto Rico Investors Bond Fund I; PUERTO RICO RESIDENTS TAX-FREE FUND, INC., f/k/a Puerto Rico Investors Tax-Free Fund, Inc.; PUERTO RICO RESIDENTS TAX-FREE FUND II, INC., f/k/a Puerto Rico Investors Tax-Free Fund II, Inc.; PUERTO RICO RESIDENTS TAX-FREE FUND III, INC., f/k/a Puerto Rico Investors Tax-Free Fund III, Inc.; PUERTO RICO RESIDENTS TAX-FREE FUND IV, INC., f/k/a Puerto Rico Investors Tax-Free Fund IV, Inc.; PUERTO RICO RESIDENTS TAX-FREE FUND V, INC., f/k/a Puerto Rico Investors Tax-Free Fund V, Inc.; PUERTO RICO RESIDENTS TAX-FREE FUND VI, INC., f/k/a Puerto Rico Investors Tax-Free Fund VI, Inc.; TAX-FREE FIXED INCOME FUND FOR PUERTO RICO RESIDENTS, INC., f/k/a Puerto Rico Fixed Income Fund, Inc.; TAX-FREE FIXED INCOME FUND II FOR PUERTO RICO RESIDENTS, INC., f/k/a Puerto Rico Fixed Income Fund II, Inc.; TAX-FREE FIXED INCOME FUND III FOR PUERTO RICO RESIDENTS, INC., f/k/a Puerto Rico Fixed Income Fund III, Inc.; TAX-FREE FIXED INCOME FUND IV FOR PUERTO RICO RESIDENTS, INC., f/k/a Puerto Rico Fixed Income Fund IV, Inc.; TAX-FREE FIXED INCOME FUND V FOR PUERTO RICO RESIDENTS, INC., f/k/a Puerto Rico Fixed Income Fund V, Inc.; TAX-FREE FIXED INCOME FUND VI FOR PUERTO RICO RESIDENTS, INC., f/k/a Puerto Rico Fixed Income Fund VI, Inc.; TAX FREE FUND FOR PUERTO RICO RESIDENTS, INC., f/k/a Tax-Free Puerto Rico Fund, Inc.; TAX FREE FUND II FOR PUERTO RICO RESIDENTS, INC., f/k/a Tax-Free Puerto Rico Fund II, Inc.; TAX-FREE HIGH GRADE PORTFOLIO BOND FUND FOR PUERTO RICO RESIDENTS, INC., f/k/a Puerto Rico AAA Portfolio Bond Fund, Inc.; TAX-FREE HIGH GRADE PORTFOLIO BOND FUND II FOR PUERTO RICO RESIDENTS, INC., f/k/a Puerto Rico AAA Portfolio Bond Fund II, Inc.; TAX-FREE HIGH GRADE PORTFOLIO TARGET MATURITY FUND FOR PUERTO RICO RESIDENTS, INC., f/k/a Puerto Rico AAA Portfolio Target Maturity Fund, Inc.; TAX FREE TARGET MATURITY FUND FOR PUERTO RICO RESIDENTS, INC., f/k/a Tax-Free Puerto Rico Target Maturity Fund, Inc.; UBS IRA SELECT GROWTH & INCOME PUERTO RICO FUND; SERVICIOS INTEGRALES EN LA MONTANA (SIM),

Creditors - Appellees,

UNITED STATES,

Respondent - Appellee.

---

**JUDGMENT**

Entered: March 8, 2022
Pursuant to 1st Cir. R. 27.0(d)

Pursuant to Fed. R. App. P. 42(a), the United States District Court for the District of Puerto Rico having dismissed Asociacion Puertorriquena de la Judicatura, Inc.'s appeal by its order

entered February 11, 2022, and upon consideration of appellant's motion to dismiss, this appeal is hereby dismissed.

By the Court:

Maria R. Hamilton, Clerk

cc: Wandymar Burgos-Vargas
Hermann D. Bauer-Alvarez
Timothy W. Mungovan
Donald B. Verrilli Jr.
Susana I. Penagaricano Brown
Carla Garcia-Benitez
Ubaldo M. Fernandez
Michael R. Hackett
Stephen L. Ratner
Margaret Antinori Dale
Ricardo Burgos-Vargas
Mark David Harris
Martin J. Bienenstock
Ehud Barak
Laura E. Stafford
Josue N. Torres-Crespo
Michael Luskin
Stephan E. Hornung
Chad Golder
Julia D. Alonzo
Bradley R. Bobroff
Lucia Chapman
Michael A. Firestein
Paul V. Possinger
Lary Alan Rappaport
Scott Rutsky
Steven O. Weise
Ginger D. Anders
William D. Dalsen
Peter D. Doyle
Adele M. El-Khouri
Carl Forbes Jr.
Jeffrey W. Levitan
Kevin J. Perra
Jennifer L. Roche
Brian S. Rosen
Chris Theodoridis
Jared D. Zajac

Rachel G. Miller Ziegler
Guy Brenner
Valerie Concepcion-Cintron
Gabriel A Miranda-Rivera
Matthew J. Morris
Juan Carlos Ramirez-Ortiz
Michel Mir-Martinez
Enrique M. Almeida-Bernal
Luis Francisco Del-Valle-Emmanuelli
John E. Roberts
Joshua A. Esses
David Carrion Baralt
Jose A. Rey-Diaz
Russell Del Toro-Sosa Jr.
Jose A. Sanchez-Girona
Peter C. Hein
Luis C. Marini-Biaggi
Peter M. Friedman
John J. Rapisardi
Carolina Velaz-Rivero
Maria Jennifer DiConza
Matthew P. Kremer
Alfredo Fernandez-Martinez
Benjamin Rosenblum
Bruce Bennett
Matthew E. Papez
Israel Fernandez-Rodriguez
Juan J. Casillas-Ayala
James R. Bliss
Luc A. Despins
Juan Carlos Nieves-Gonzalez
Georg Alexander Bongartz
Nicholas A. Bassett
Cristina B. Fernandez-Niggerman
Isabel M. Fullana-Fraticelli
Eduardo Juan Capdevila-Diaz
Antonio Juan Bennazar-Zequeira
Francisco Del Castillo-Orozco
Richard B. Levin
Robert D. Gordon
Catherine Steege
Melissa M. Root
Hector M. Mayol Kauffmann
Landon Raiford
Miguel Simonet Sierra
Peter D. DeChiara

Richard M. Seltzer
Marie B. Hahn
Eric Perez-Ochoa
Luis A. Oliver-Fraticelli
Gregory Silbert
Jonathan D. Polkes
Kelly Diblasi
Gabriel Morgan
Robert Berezin
Heriberto J. Burgos-Perez
Ricardo F. Casellas-Sanchez
Diana Perez-Seda
Howard Robert Hawkins Jr.
Mark C. Ellenberg
Casey J. Servais
Thomas J. Curtin
William J. Natbony
Maria Emilia Pico
Martin A. Sosland
James E. Bailey III
Adam Michael Langley
Jose Luis Ramirez-Coll
David Elbaum
Carolina V. Cabrera-Bou
John K. Youngwood
Roberto C. Quinones-Rivera
Leo Kayser III
Robert Stern
Tiffany Rowe
Ramon Enrique Dapena
Douglas H. Flaum
Ivan Llado-Rodriguez
Charles A. Brown
Howard S. Steel
Stacy Dasaro
Marshall H. Fishman
Meghan K. Spillane
Arturo J. Garcia-Sola
Alejandro Jose Cepeda-Diaz
Nayuan Zouairabani-Trinidad
Enrique G. Figueroa-Llinas
Joseph L. Motto
Carrie V. Hardman
Anne E. Beaumont
Sergio A. Ramirez-de-Arellano
Eric Seiler

Danielle E. Tepper
Carmen D. Conde Torres
Luisa Sussette Valle-Castro
Noah Gillespie
Nelson Robles-Diaz
Daniel L. Zelenko
Sarah M. Gilbert
Marvin Diaz Ferrer
Douglas Koff
Douglas S. Mintz
Peter J. Amend
Abbey Walsh
Adam Harris
Taleah E. Jennings
Gary Stein
Roberto A. Camara-Fuertes
Sonia E. Colon-Colon
Atara Miller
Dennis F. Dunne
Grant R. Mainland
John Joseph Hughes III
Jonathan Ohring
Luis Noel Saldana-Roman
Angel E. Rotger-Sabat
Julie E. Cohen
Gerardo A. Carlo-Altieri
Wendy G. Marcari
Nilda M. Navarro-Cabrer
E. Andrew Southerling
Aaron G. McCollough
David C. Indiano-Vicic
Albeniz Couret-Fuentes
Luke A. Sizemore
Jared S. Roach
Paul J. Lockwood
Nicole A. DiSalvo
Elisa M.C. Klein
Alberto Rivera Ramos
Jose Luis Barrios
Maria Mercedes Figueroa-Morgade
Carlos Fernandez-Nadal
Alexis Fuentes-Hernandez
Ivonne Gonzalez-Morales
Carlos A. Quilichini
Jessica M. Quilichini Paz
Mariana Muniz-Lara

Enrique Jose Mendoza-Mendez
Charles A. Cuprill-Hernandez
Harold D. Vicente-Colon
Harold D. Vicente-Gonzalez
Jose A. Andreu-Fuentes
Francisco Pujol-Meneses
Brian M. Dick-Biascoechea
Lawrence A. Larose
Miguel J. Rodriguez-Marxuach
James Leo Feldesman
Nicole Marie Bacon
Maria Celeste Colberg-Guerra
Khatereh S. Ghiladi
Brad M. Kahn
Joanna F. Newdeck
Rolando Emmanuelli-Jimenez
Jessica Esther Mendez-Colberg
Arturo Diaz-Angueira
Joseph P. Davis III
Katiuska Bolanos-Lugo
Hadassa Waxman
Daniel S. Shamah
Michael Kelly Malone
Ralph C. Ferrara
Chantel L. Febus
Ann M. Ashton
Raul Castellanos-Malave
Brett Fallon
Roger A. Maldonado
Jaclyn C. Marasco
Nelson Robles Diaz
Monsita Lecaroz-Arribas
Fernando Agrait
Cynthia Torres
Edgardo Marquez Lizardi
Maria M. Ortiz Morales
Jose N. Tirado-Garcia
Arthur Samodovitz
Miguel Luna de Jesus
Ismael L. Purcell-Soler
Mildred Batista de Leon
Javier Alejandrino Osorio
Ana A. Nunez Velazquez
Nilsa Candelario
Maria A. Clemente Rosa
Glenn Kurtz

Jose Carlos Sanchez-Castro
Alicia Irene Lavergne-Ramirez
Jason Zakia
John K. Cunningham
Cheryl T. Sloane
Jesse L. Green
Joseph R. Palmore
Lena H. Hughes
James M. Peck
Gary S. Lee
James A. Newton
Andrew R. Kissner
Theresa A. Foundy
Sylvia M. Arizmendi-Lopez de Victoria
Daniel A. Salinas-Serrano
Eric Kay
Carlos R. Rivera-Ortiz
Susheel Kirpalani
Rafael Escalera
Zachary Russell
Roberto Abesada-Aguet
Peter Sabin Willett
Sergio E. Criado-Mangual
Kurt A. Mayr II
David L. Lawton
David K. Shim
Alys Margarita Collazo Bougeois
Yashei Rosario
Richard A. Chesley
Maja Zerjal
Rachel Ehrlich Albanese
David A. Hubbert
Ward W. Benson
Matthew J. Troy
Michael J. Quinn
Ruth A. Harvey
Jessica Cole
Juan A. Marques-Diaz
Isabel Torres-Sastre
Iris Jannette Cabrera-Gomez
Eric A. Tulla
Pieter H.B. Van Tol III
Ronald Joseph Silverman
Robin E. Keller
Rafael Antonio Gonzalez-Valiente
Carmenelisa Perez-Kudzma

Ramon Coto-Ojeda
Jim Heiser
Ignacio Fernandez-De-Lahongrais
Antonio Martin Cervera
Maria Teresita Martin
Wanda Ortiz-Santiago
Nancy I. Negron-Lopez
Jose Ramon Rivera-Morales
Lawrence S. Robbins
Mark Stancil
Donald Burke
Gary A. Orseck
Andres F. Pico-Ramirez
Andrew N. Rosenberg
Karen R. Zeituni
John E. Mudd