# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

    PLEASE TAKE NOTICE that pursuant to Local Bankruptcy Rule 9010-1(d)(3)(A), Morgan, Lewis & Bockius LLP (the "Firm") hereby requests the withdrawal of the appearance of Rachel Jaffe Mauceri, Esq. as counsel for Edward D. Jones & Co., L.P. in the above-captioned matter and requests that Ms. Mauceri be removed from the CM/ECF notification list and the official service list, as Ms. Mauceri is no longer with the Firm. There are no pending motions before the Court filed by or against Edward D. Jones & Co., L.P., and no trial or hearing date has been scheduled as to Edward D. Jones & Co., L.P.

    PLEASE TAKE FURTHER NOTICE that the appearance by other attorneys at Sánchez/LRV LLC are unaffected by this request.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

I, ALICIA I. LAVERGNE RAMÍREZ, HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Respectfully Submitted,

Dated: March 1, 2022
San Juan, Puerto Rico

T. Charlie Liu (admitted *pro hac vice*)
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY 10178
Tel. (212) 309-6000
Fax: (212) 309-6001
Email: charlie.liu@morganlewis.com

/s/ *Alicia I. Lavergne Ramírez*
Alicia I. Lavergne Ramírez
USDC-PR 215112
José C. Sánchez-Castro
USDC-PR 213312
SÁNCHEZ/LRV LLC
270 Muñoz Rivera Avenue, Suite 1110
San Juan, PR 00918
Tel. (787) 522-6776
Fax. (787) 522-6777
Email: jsanchez@sanchezlrv.com
          alavergne@sanchezlrv.com

*Attorneys for Edward D. Jones & Co., L.P.*