Replica a Objeción Global case-17 BK-03283-LTS

Antonio Juan Marrero Borges

HC 01 Box 6482

Santa Isabel, PR 00757

787-601-1510

7 marzo de 2022

El motivo de esta Replica es porque como heredero de mi padre el Sr. Juan Marrero Ortiz quien fue empleado de la Corporación Azucarera de PR del caso 17 BK03283-LTS con numero de reclamación 169726 entiendo que debo ser compensado con los beneficios que el nunca recibió por tiempo trabajado en dicha Corporación y cualquier otro beneficio al cual el tuviese derecho y no le fue pagado a el.

Muy respetuosamente sometido.

*Antonio Marrero*
Antonio Juan Marrero Borges