

Antonio Irrizu Homero Borges
HC-01 Box 6 Y Y2
Santa Isabel PR 00757

SAN JUAN PR 009
7 MAR 2022 PM 1 L

00916-240550

Secretaria
Tribunal de Distrito de los E.U.
Sala 150 Edificio Federal
San Juan P.R. 00918-1767