Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Manuel Rivera Ayala_

Participant's Address: _Z-633 Los Villas de Caparra Andi Bayamon PR. 00957_

Participant's Email Address: _mrayala16@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 86786_

Nature of Claim: _____

By: _[signature]_
Signature

_Manuel Rivera Ayala_
Print Name

_____
Title (if Participant is not an individual)

_March 7, 2022_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Manuel Rivera Ayala
Z-633
Las Villas de Ciudad Jardin
Bayamón, P.R. 00957

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2022 MAR -9 PM 5:58

United States District Court
150 Ave Condes L Hondor Ste. 150
San Juan P.R. 00918-1767



SAN JUAN PR 009
7 MAR 2022 PM 1 L