# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## Transmittal of Abbreviated Record to the Court of Appeals

**DATE:** March 10, 2022

BK Case: 17-bk-3283-LTS
Related USCA Cases: 22-1150

**CASE CAPTION:** In re: THE COMMONWEALTH OF PUERTO RICO.

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD:**

**DOCUMENTS:**

**Docket Entry 20269:** Motion for Reconsideration filed by Jaime A. Diaz Oneill, pro se.

**Docket Entry 20289:** Order Denying Motion for Reconsideration of Motion for Permission to Appeal in Forma Pauperis entered on 3/10/2022.

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated supplemental record on appeal in the case.

    Maria Antongiorgi-Jordan, Esq.
    Clerk of the Court

    S/ Marian B. Ramirez-Rivera
    Marian B. Ramirez-Rivera
    Deputy Clerk

.