UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER SCHEDULING BRIEFING OF URGENT MOTION FOR AN ORDER
DIRECTING THE FISCAL AGENT TO DISBURSE THE DISPUTED FUNDS IN THE HTA
BOND SERVICE ACCOUNTS, REDEMPTION ACCOUNTS, AND RESERVE ACCOUNTS

The Court has received and reviewed the *Urgent Motion for an Order Directing the Fiscal Agent to Disburse the Disputed Funds in the HTA Bond Service Accounts, Redemption Accounts, and Reserve Accounts* (Docket Entry No. 20297 in Case No. 17-3283, Docket Entry No. 1138 in Case No. 17-3567, Docket Entry No. 327 in Adv. Proc. No. 17-00151, Docket Entry No. 313 in Adv. Proc. No. 17-00152, Docket Entry No. 136 in Adv. Proc. No. 17-155, Docket Entry No. 132 in Adv. Proc. No. 17-156, and Docket Entry No. 167 in Adv. Proc. No. 17-159, the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Building Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

"Urgent Motion")[2] filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative of the Commonwealth of Puerto Rico (the "Commonwealth") and the Puerto Rico Highways and Transportation Authority ("HTA," and together with the Commonwealth, the "Debtors") pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA");[3] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found that the briefing schedule requested in the Urgent Motion is in the best interests of the Debtors and its creditors; and the Court having found that adequate and appropriate notice of the Urgent Motion has been provided under the circumstances and that no other or further notice is required; and the Court having determined that the factual bases set forth in the Urgent Motion with respect to the briefing schedule establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The briefing schedule requested in the Urgent Motion is granted as set forth herein.

2. The deadline to respond to the Urgent Motion shall be **March 12, 2022 at 10:00 a.m. (Atlantic Standard Time)**.

3. The deadline to file a reply shall be **March 12, 2022 at 5:00 p.m. (Atlantic Standard Time)**.

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Urgent Motion.

[3] PROMESA has been codified in 48 U.S.C. §§ 2101–2241.

4. The Court will thereafter take the Urgent Motion on submission, unless the Court determines that a hearing is necessary.

SO ORDERED.

Dated: March 10, 2022

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge