# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>    Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### INFORMATIVE MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD REGARDING CORRECTED SCHEDULE OF NEW GO BONDS TO BE ISSUED PURSUANT TO THE MODIFIED EIGHTH AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, ET AL.

To the Honorable United States District Judge Laura Taylor Swain:

    The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Public Buildings Authority ("PBA"), and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

and PBA, the "Debtors") pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] files this Informative Motion to inform the Court of the filing on the Electronic Municipal Market Access ("EMMA") system of a corrected schedule of the New GO Bonds to be issued pursuant to *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated January 14, 2021 [Case No. 17-03283, ECF No. 19784] (the "Plan"),[3] and states as follows:

1. On July 12, 2021, the Oversight Board, on behalf of itself and the Commonwealth, ERS and PBA, entered into that certain Amended and Restated Plan Support Agreement (the "GO/PBA PSA") with the A&R PSA Creditors, as defined in the GO/PBA PSA. Sections 4.1(e) and 4.2(d) of the GO/PBA PSA provide that each of the Oversight Board and the Commonwealth, respectively, shall ". . . us[e] its reasonable best efforts to cause the New GO Bonds and the CVIs to be tax-exempt to the extent permitted by law . . . ."

2. Section 4.10(c) of the GO/PBA PSA, entitled, "Tax-Exempt Treatment of the Bonds," and Section 74.3 of the Plan, entitled, "Tax-Exempt Treatment of the New GO Bonds," provide in pertinent part as follows:

> . . . in the event that the Government Parties obtain a determination from the IRS or an opinion from Section 103 Bond Counsel (collectively, a "Favorable Determination") that the ratio of aggregate amount of all taxable New GO Bonds to be issued on the Effective Date (the "New Ratio") to the total aggregate amount of all New GO Bonds is less than thirteen percent (13%) (the "Existing Ratio"), (i) in the event that the Favorable Determination is obtained on or prior to the Effective Date, the holders of any Claims receiving New GO Bonds pursuant to the Plan shall receive the benefit of such Favorable Determination in the form of tax-exempt New GO Bonds issued pursuant to the Plan with coupons for all maturities equal to the coupons on the tax-exempt New GO Bonds set forth on Exhibit "I" hereto, and, to the extent that the Government Parties and the Initial GO/PBA PSA Creditors determine during the period up to and including the Effective Date to modify the

---

[2] PROMESA has been codified at 48 U.S.C. §§ 2101–2241.

[3] Capitalized terms used herein that are not otherwise defined shall have the meanings given to them in the Plan.

coupons set forth on Exhibit "I" hereto, the amount of par New GO Bonds will either increase or decrease, on a dollar-for-dollar basis, depending upon the coupon structure, subject to the amount of the maximum annual debt service provided for in Exhibit "I" hereto, and any such modification being applied to creditors pro rata on a post-application of GO/PBA PSA Restriction Fee and GO/PBA Consummation Costs recovery basis as described in footnote 8 to Annex 2-A to Exhibit "I" of the GO/PBA Plan Support Agreement . . . .

3. In accordance with the provisions of Section 4.10(c) of the GO/PBA PSA, as amended pursuant to the Amendment to the Amended and Restated Plan Support Agreement, dated as of January 30, 2022, the obligations of the Oversight Board and the Commonwealth to use their respective reasonable best efforts to obtain tax-exempt status for the New GO Bonds and the CVIs expired on February 28, 2022.

4. On January 18, 2022, the Court entered the *Order and Judgment Confirming Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority* [ECF No. 19813] (the "Confirmation Order").

5. Following execution of the GO/PBA PSA, AAFAF, the Oversight Board and their respective advisors had numerous discussions, consulted with outside experts and consultants, including representatives of the A&R PSA Creditors, and performed necessary due diligence with respect to obtaining tax-exempt status for the New GO Bonds and CVIs. Additionally, to the extent necessary, Commonwealth advisors met with representatives of the Internal Revenue Service ("IRS"), and sought a ruling from the IRS with respect to the issuance of the New GO Bonds.

6. On February 1, 2022, the IRS rendered a determination with respect to the New GO Bonds that would ". . . assist the Commonwealth and Nixon Peabody LLP, as bond counsel, in making certain determinations that will maximize the amount of the New GO Bonds the interest on which (other than pre-issuance accrued interest), subject to customary qualifications, would be

3

excluded from gross income for federal income tax purposes under Section 103 of the Code."[4] Upon receipt thereof, and following completion of the due diligence required to reach a Favorable Determination, Nixon Peabody LLP, Section 103 Bond Counsel for AAFAF, one of the Government Parties, determined that, subject to the receipt of tax certifications and closing documents, it expects to deliver on the Effective Date an opinion that, under existing law and assuming compliance with certain tax covenants, and the accuracy of certain representations and certifications made by the Commonwealth, interest on Series 2022A of the New GO Bonds (a) will be excluded from gross income for federal income tax purposes under Section 103 of the Internal Revenue Code of 1986, as amended (the "IRC"), and (b) is not treated as a preference item in calculating the alternative minimum tax imposed under the IRC. Accordingly, on March 1, 2022, the Commonwealth filed on the EMMA system a notice regarding such Favorable Determination and a revised schedule for the New GO Bonds to be issued pursuant to the Plan, including, without limitation, the revised coupons and par amounts contemplated in accordance with the GO/PBA PSA and Section 74.3 of the Plan (the "New GO Bonds Schedule").

7.  Upon review of applicable provisions, the Commonwealth revisited the New GO Bonds Schedule and has corrected certain par amounts and coupons as set forth in the filing made on the EMMA system, a copy of which is annexed hereto as **Exhibit A**.

[*Remainder of page intentionally left blank*]

---

[4] Puerto Rico Fiscal Agency and Financial Advisory Authority, as Fiscal Agent for the Commonwealth and its instrumentalities, *Additional / Voluntary Event-Based Disclosure* (Feb. 8, 2022), *available at* https://emma.msrb.org/P21547619-P21196105-P21615284.pdf.

**WHEREFORE**, the Oversight Board respectfully requests that the Court take notice of the foregoing.

Dated: March 10, 2022
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Brian S. Rosen*
Martin J. Bienenstock
Brian S. Rosen
(Admission *pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

**Exhibit A**

**EMMA Filing
(Corrected Schedule)**



# Municipal Secondary Market Disclosure Information Cover Sheet
## Municipal Securities Rulemaking Board (MSRB)
## Electronic Municipal Market Access System (EMMA)
### Additional / Voluntary Event-Based Disclosure

**THIS FILING RELATES TO ALL OR SEVERAL SECURITIES ISSUED BY THE ISSUER, OR ALL OR SEVERAL SECURITIES OF A SPECIFIC CREDITOR:**

Issuer's Name: __Commonwealth of Puerto Rico; Puerto Rico Public Buildings Authority; Employees Retirement System of the Government of the Commonwealth of Puerto Rico; and Puerto Rico Infrastructure Financing Authority.__

Other Obligated Person's Name (if any): _____

Nine-digit CUSIP number(s): __745145, 74514L; 29216M; 745235, 745232; 745223AA5__

**TYPE OF INFORMATION PROVIDED:**

- A. ☐ Amendment to Continuing Disclosure Undertaking
- B. ☐ Change in Obligated Person
- C. ☐ Notice to Investor Pursuant to Bond Documents
- D. ☐ Communication from the Internal Revenue Service
- E. ☐ Bid for Auction Rate and Other Securities
- F. ☐ Capital or Other Financing Plan
- G. ☐ Litigation / Enforcement Action
- H. ☐ Change of Tender Agent. Remarketing Agent or Other On-going Party
- I. ☐ Derivative or Other Similar Transaction
- J. ☒ Other Event-Based Disclosures: __Notice regarding tax exemption of the Commonwealth of Puerto Rico General Obligation Restructured Bonds, Series 2022A__

I represent that I am authorized by the issuer, obligor or its agent to distribute this information publicly.


*/s/ Hecrian D. Martínez Martínez*
Hecrian D. Martínez Martínez
Puerto Rico Fiscal Agency and Financial Advisory Authority,
    as Fiscal Agent for the Commonwealth and its instrumentalities

Dated: March 10, 2022

Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, PR 00907  I  PO Box 42001, San Juan, PR 00940-2001

787.722.2525        contact@aafaf.pr.gov        aafaf.pr.gov

The amortization schedule for the Commonwealth of Puerto Rico General Obligation Restructured Bonds, Series 2022A (the "Series 2022A Bonds") expected to be delivered on the effective date (the "Effective Date") has been revised for the current interest bonds maturing July 1, 2023 through and including July 1, 2031.

The Series 2022A Bonds listed below, if and when issued, will be issued as current interest bonds, in the principal amounts, subject to mandatory sinking fund redemption and bear interest at the rates per annum as set forth below:

| | Series 2022A Bonds – Current Interest Bonds | | | | |
|---|---|---|---|---|---|
| | Term Principal | Mandatory Sinking Fund Amortization | Interest Amount | Total Debt Service* | Interest Rate |
| 7/1/2022 | | $362,815,000 | $321,466,138 | $684,281,138 | 5.250% |
| 7/1/2023 | $725,770,000 | 362,955,000 | 302,418,350 | 665,373,350 | 5.250% |
| 7/1/2024 | | 362,355,000 | 283,363,213 | 645,718,213 | 5.375% |
| 7/1/2025 | 723,735,000 | 361,380,000 | 263,886,631 | 625,266,631 | 5.375% |
| 7/1/2026 | | 359,535,000 | 244,462,456 | 603,997,456 | 5.625% |
| 7/1/2027 | 717,180,000 | 357,645,000 | 224,238,613 | 581,883,613 | 5.625% |
| 7/1/2028 | | 354,755,000 | 204,121,081 | 558,876,081 | 5.625% |
| 7/1/2029 | 705,545,000 | 350,790,000 | 184,166,113 | 534,956,113 | 5.625% |
| 7/1/2030 | | 345,650,000 | 164,434,175 | 510,084,175 | 5.750% |
| 7/1/2031 | 685,290,000 | 339,640,000 | 144,559,300 | 484,199,300 | 5.750% |
| 7/1/2032 | | 332,265,000 | 125,030,000 | 457,295,000 | 4.000% |
| 7/1/2033 | 649,835,000 | 317,570,000 | 111,739,400 | 429,309,400 | 4.000% |
| 7/1/2034 | | 301,170,000 | 99,036,600 | 400,206,600 | 4.000% |
| 7/1/2035 | 584,115,000 | 282,945,000 | 86,989,800 | 369,934,800 | 4.000% |
| 7/1/2036 | | 262,150,000 | 75,672,000 | 337,822,000 | 4.000% |
| 7/1/2037 | 501,325,000 | 239,175,000 | 65,186,000 | 304,361,000 | 4.000% |
| 7/1/2038 | | 213,890,000 | 55,619,000 | 269,509,000 | 4.000% |
| 7/1/2039 | | 186,135,000 | 47,063,400 | 233,198,400 | 4.000% |
| 7/1/2040 | | 155,745,000 | 39,618,000 | 195,363,000 | 4.000% |
| 7/1/2041 | 681,610,000 | 125,840,000 | 33,388,200 | 159,228,200 | 4.000% |
| 7/1/2042 | | 130,875,000 | 28,354,600 | 159,229,600 | 4.000% |
| 7/1/2043 | | 136,110,000 | 23,119,600 | 159,229,600 | 4.000% |
| 7/1/2044 | | 141,555,000 | 17,675,200 | 159,230,200 | 4.000% |
| 7/1/2045 | | 147,220,000 | 12,013,000 | 159,233,000 | 4.000% |
| 7/1/2046 | 708,865,000 | 153,105,000 | 6,124,200 | 159,229,200 | 4.000% |
| **Total** | **$6,683,270,000** | **$6,683,270,00** | **$3,163,745,069** | **$9,847,015,069** | |

* Totals may not add due to rounding.

In addition, the Series 2022A Bonds listed below, if and when issued, will be issued as capital appreciation bonds, maturing on the dates and subject to mandatory sinking fund redemption as set forth below:

| | Series 2022A Bonds – Capital Appreciation Bonds | | | |
|---|---|---|---|---|
| | **Initial Accreted Value** | **Accreted Value at Redemption Date**[*] | **Maturity Value**[**] | **Interest Rate** |
| 7/1/2022 | $ 100,862,061.30 | $105,968,971.50 | $116,970,000.00 | 5.000% |
| 7/1/2023 | 96,003,057.15 | 105,969,766.35 | 111,335,000.00 | 5.000% |
| 7/1/2024[††] | 91,376,871.30 | 105,970,000.00 | 105,970,000.00 | 5.000% |
| 7/1/2029 | $98,129,013.00 | $149,997,523.50 | $185,450,000.00 | 5.375% |
| 7/1/2030 | 93,059,851.80 | 149,997,764.30 | 175,870,000.00 | 5.375% |
| 7/1/2031 | 88,252,614.90 | 149,998,089.75 | 166,785,000.00 | 5.375% |
| 7/1/2032 | 83,694,073.80 | 149,998,937.80 | 158,170,000.00 | 5.375% |
| 7/1/2033[††] | 79,371,000.00 | 150,000,000.00 | 150,000,000.00 | 5.375% |

[*] Equals the original principal amount, plus interest accreted to the stated redemption date.
[**] Equals the total Accreted Value that would be represented by the portion of the capital appreciation term bond being redeemed if it were held to maturity.
[††] Stated Maturity.

4873-9961-9856.5