# **APPENDIX B**

**Time, PREPA Transformation Team**

**PREPA Transformation Team Estimates for Hours Between Aug. 2020 - September 2020**

| Name | Agg. | S. Sen | F. Chapados | J. Iriarte | D. Yu | S. Chhabra | S. Ryan | A. Ault |
|---|---|---|---|---|---|---|---|---|
| Title | | M. Director | Director | V. President | V. President | AV. President | Analyst | Analyst |
| Years Experience | | 30 | 10 | 10 | 5 | 4 | 2 | 1 |
| Location | | New York, NY | New York, NY | New York, NY | New York, NY | New York, NY | New York, NY | New York, NY |
| August 2020 | 122 | 13 | 38 | 13 | 32 | - | 26 | - |
| September 2020 | 187 | 12 | 54 | 49 | 2 | 23 | 33 | 14 |
| October 2020 | 213 | 11 | 44 | 41 | - | 43 | 31 | 43 |
| November 2020 | 229 | 15 | 42 | 45 | - | 49 | 39 | 39 |
| December 2020 | 201 | 18 | 46 | 38 | - | 37 | 26 | 36 |

**Citi Estimates for Hours Between January 2021 - June 2021**

| Name<br>Title<br>Location | Agg. | Sen, Sandip<br>Managing Director<br>New York, NY | Chapados, Frederic<br>Director<br>San Juan, PR | Iriarte, Joe<br>Vice President<br>New York, NY | Chhabra, Sandeep<br>Associate<br>New York, NY | Ault, Amber<br>Analyst<br>New York, NY | Ryan, Samantha<br>Analyst<br>New York, NY |
|---|---|---|---|---|---|---|---|
| January 2021 | 253.00 | 20.08 | 47.42 | 44.42 | 49.08 | 45.92 | 46.08 |
| February 2021 | 105.50 | 1.00 | 24.00 | 11.08 | 23.50 | 28.00 | 17.92 |
| March 2021 | 129.59 | 1.00 | 32.67 | 29.50 | 36.00 | 30.42 | - |
| April 2021 | 125.00 | 1.00 | 38.25 | 35.75 | 16.00 | 34.00 | - |
| May 2021 | 79.83 | 0.50 | 34.75 | 15.75 | - | 28.83 | - |
| June 2021 | 46.25 | 1.00 | 23.17 | - | - | 22.08 | - |