# **APPENDIX B**

**Time, PREPA Transformation Team**

**Citi Estimates for Hours Between January 2021 - June 2021**

| Name | Agg. | Sen, Sandip | Chapados, Frederic | Iriarte, Joe | Chhabra, Sandeep | Ault, Amber | Ryan, Samantha |
|---|---|---|---|---|---|---|---|
| Title | | Managing Director | Director | Vice President | Associate | Analyst | Analyst |
| Location | | New York, NY | San Juan, PR | New York, NY | New York, NY | New York, NY | New York, NY |
| January 2021 | 253.00 | 20.08 | 47.42 | 44.42 | 49.08 | 45.92 | 46.08 |
| February 2021 | 105.50 | 1.00 | 24.00 | 11.08 | 23.50 | 28.00 | 17.92 |
| March 2021 | 129.59 | 1.00 | 32.67 | 29.50 | 36.00 | 30.42 | - |
| April 2021 | 125.00 | 1.00 | 38.25 | 35.75 | 16.00 | 34.00 | - |
| May 2021 | 79.83 | 0.50 | 34.75 | 15.75 | - | 28.83 | - |
| June 2021 | 46.25 | 1.00 | 23.17 | - | - | 22.08 | - |