**EXHIBIT 1**

**Time Detail**

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $25,000 fee for Monthly Retainer for 1/2-time Work. In September 21 days at 4 hours a day is: | | | | | | 84 | hours. | | | $ 300.00 | | |
| | | | | | | | | | | | | $25,000 |

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| October-21 | Title III | 10/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 300.00 | Commonwealth | ME | Review of document on wage impact of LUMA requirements. |
| October-21 | Title III | 10/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Work with legal teams on Commonwealth debt | $ 600.00 | Commonwealth | ME | Deposition prep with legal team. |
| October-21 | Title III | 10/3/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Work with legal teams on Commonwealth debt | $ 150.00 | Commonwealth | ME | Deposition prep with legal team. |
| October-21 | Title III | 10/4/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.42 | Work with legal teams on Commonwealth debt | $ 125.00 | Commonwealth | ME | Call with Veritext on deposition software |
| October-21 | Title III | 10/4/2021 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Work with legal teams on Commonwealth debt | $ 1,200.00 | Commonwealth | ME | Self review of deposiiton material. |
| October-21 | Title III | 10/5/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Commonwealth debt | $ 300.00 | Commonwealth | ME | Deposition. |
| October-21 | Title III | 10/5/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.25 | Work with legal teams on Commonwealth debt | $ 75.00 | Commonwealth | ME | Call with lawyers and McKinsey on pension calculation. |
| October-21 | Title III | 10/13/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Commonwealth debt | $ 300.00 | Commonwealth | ME | Call with lawyers on BIT rebuttal. |
| October-21 | Title III | 10/13/2021 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Work with legal teams on Commonwealth debt | $ 1,200.00 | Commonwealth | ME | Follow up work on BIT rebuttal. |
| October-21 | Title III | 10/15/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.88 | Work with legal teams on Commonwealth debt | $ 265.00 | Commonwealth | ME | Call with lawyers and McKinsey on BIT rebuttal. |
| October-21 | Title III | 10/15/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 300.00 | Commonwealth | ME | Call with McKinsey on medicaid changes. |
| October-21 | Title III | 10/15/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.67 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 200.00 | Commonwealth | ME | Call with advisors on macro developments. |
| October-21 | Title III | 10/22/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.63 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 190.00 | Commonwealth | ME | Call with McKinsey on medicaid changes. |
| October-21 | Title III | 10/26/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Work with legal teams on Commonwealth debt | $ 600.00 | Commonwealth | ME | Review of deposition transcript. |
| October-21 | Title III | 10/28/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 300.00 | Commonwealth | ME | Work for CEO on trucking regulation. |
| October-21 | Title III | 10/29/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Commonwealth debt | $ 300.00 | Commonwealth | ME | Finalization of deposition transcript. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total | | 21.350 | | $ 6,405.00 | | $ 6,405.00 |
| Share of the work on Prepa (legal) | | 0.0% | Work with legal teams on Prepa fiscal plan and debt | $0.00 | Commonwealth | $6,405.00 |
| Share of the work on Prepa (pricing and macro) | | 79.9% | Work with legal teams on Commonwealth debt | $5,115.00 | PREPA | $0.00 |
| Share of the work on the Commonwealth FP monitoring | | 20.1% | Business operations--Fiscal plan review and updating for the Commonwealth | $1,290.00 | | |
| Share of the work on the Commonwealth FP development | | 0.0% | Business operations--Fiscal plan development for the Commonwealth | $0.00 | | |
| Fiscal plans of other entities | | 0.0% | Business operations--Fiscal plan  review and monitoring for Prepa | $0.00 | | |
| Fiscal plans of other entities | | 0.0% | Business operations--Fiscal plan  review and monitoring for Commonwealth entit | $0.00 | | |

**Days in Puerto Rico**  0.0  Puerto Rico

Checks  100.0%

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**$25,000 fee for Monthly Retainer for 1/2-time Work. In November 20 days at 4 hours a day is:**   **80** hours.   $ 300.00

$25,000

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| November-21 | Title III | 11/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.88 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 265.00 | Commonwealth | MD | Call with advisors on labor reform. |
| November-21 | Title III | 11/3/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.68 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 205.00 | Commonwealth | MD | Call with Brattle on labor reform. |
| November-21 | Title III | 11/4/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.25 | Work with legal teams on Commonwealth debt | $ 375.00 | Commonwealth | MD | Prep with lawyers for testimony next week. |
| November-21 | Title III | 11/4/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Work with legal teams on Prepa fiscal plan and debt | $ 150.00 | PREPA | MD | Best interest call with advisors for PREPA. |
| November-21 | Title III | 11/8/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.58 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 175.00 | Commonwealth | MD | Call with advisors on EODB reform. |
| November-21 | Title III | 11/8/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.12 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 35.00 | Commonwealth | MD | Call with advisors on power reform. |
| November-21 | Title III | 11/8/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.20 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 60.00 | Commonwealth | MD | Call with advisors on education reform. |
| November-21 | Title III | 11/8/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 150.00 | Commonwealth | MD | Call with advisors on human capital reform. |
| November-21 | Title III | 11/9/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.83 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 250.00 | Commonwealth | MD | Call with advisors on proposed labor law. |
| November-21 | Title III | 11/9/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.17 | Work with legal teams on Commonwealth debt | $ 350.00 | Commonwealth | MD | Prep with lawyers for testimony this week. |
| November-21 | Title III | 11/10/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.67 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 200.00 | Commonwealth | MD | Call with advisors on inflation modeling. |
| November-21 | Title III | 11/10/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 150.00 | Commonwealth | MD | Call with advisors on labor refiorm modeling. |
| November-21 | Title III | 11/10/2021 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Work with legal teams on Commonwealth debt | $ 1,200.00 | Commonwealth | NY | Review of documents for testimony later this week. |
| November-21 | Title III | 11/11/2021 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Work with legal teams on Commonwealth debt | $ 1,200.00 | Commonwealth | NY | Review of documents for testimony later this week. |
| November-21 | Title III | 11/12/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Commonwealth debt | $ 300.00 | Commonwealth | NY | Testimony |
| November-21 | Title III | 11/15/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 300.00 | Commonwealth | MD | Work on building resiliency in the fiscal model. |
| November-21 | Title III | 11/15/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.33 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 100.00 | Commonwealth | MD | Call with advisors on inflation forecasts. |
| November-21 | Title III | 11/16/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 300.00 | Commonwealth | MD | Work on a new fiscal template for upcoming fiscal plan. |
| November-21 | Title III | 11/16/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.33 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 700.00 | Commonwealth | MD | Call with McKinsey and CEO on fiscal plan updates. |
| November-21 | Title III | 11/16/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 600.00 | Commonwealth | MD | Updating of monitoring tables. |
| November-21 | Title III | 11/17/2021 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 1,200.00 | Commonwealth | MD | Updating of monitoring tables. |
| November-21 | Title III | 11/17/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 600.00 | Commonwealth | MD | Work on building resiliency in the fiscal model. |
| November-21 | Title III | 11/18/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 300.00 | Commonwealth | MD | Call with government advisors on inflation modeling. |
| November-21 | Title III | 11/19/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 300.00 | Commonwealth | MD | Call with government advisors on inflation modeling. |
| November-21 | Title III | 11/19/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.47 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 140.00 | Commonwealth | MD | Call with FOMB advisors on labor legislation. |
| November-21 | Title III | 11/24/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 600.00 | Commonwealth | MD | Work on reviewing workforce development letter. |
| November-21 | Title III | 11/30/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.33 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 100.00 | Commonwealth | MD | Call with FOMB advisors on infrastructure modeling |

| | | | | |
|---|---|---|---|---|
| Total | 34.350 | | $ 10,305.00 | $ 10,305.00 |
| Share of the work on Prepa (legal) | 1.5% | Work with legal teams on Prepa fiscal plan and debt | $150.00 Commonwealth | $6,730.00 |
| Share of the work on Prepa (pricing and macro) | 33.2% | Work with legal teams on Commonwealth debt | $3,425.00 PREPA | $3,575.00 |
| Share of the work on the Commonwealth FP monitoring | 65.3% | Business operations--Fiscal plan review and updating for the Commonwealth | $6,730.00 | |
| Share of the work on the Commonwealth FP development | 0.0% | Business operations--Fiscal plan development for the Commonwealth | $0.00 | |
| Fiscal plans of other entities | 0.0% | Business operations--Fiscal plan review and monitoring for Prepa | $0.00 | |
| Fiscal plans of other entities | 0.0% | Business operations--Fiscal plan review and monitoring for Commonwealth entit | $0.00 | |

**Days in Puerto Rico**   0.0 Puerto Rico

Checks   100.0%

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**$25,000 fee for Monthly Retainer for 1/2-time Work. In December 22 days at 4 hours a day is:**    **88**   hours.     $ 300.00

                                                      **$25,000**

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| December-21 | Title III | 12/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 600.00 | Commonwealth | MD | Work on updating inflation model. |
| December-21 | Title III | 12/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 300.00 | Commonwealth | MD | Call with McKinsey and advisors on inflation modeling. |
| December-21 | Title III | 12/7/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 600.00 | Commonwealth | MD | Review of status of labor market reforms. |
| December-21 | Title III | 12/7/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 150.00 | Commonwealth | MD | Call with advisors on macro update. |
| December-21 | Title III | 12/13/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 600.00 | Commonwealth | MD | Revision of accompanying note for revsied fiscal plan. |
| December-21 | Title III | 12/17/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.50 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 450.00 | Commonwealth | MD | FOMB public meeting. |

| | | Hours | | Fees | | | |
|---|---|---|---|---|---|---|---|
| Total | | 9.000 | | $ 2,700.00 | | $ 2,700.00 | |
| Share of the work on Prepa (legal) | | 0.0% | Work with legal teams on Prepa fiscal plan and debt | $0.00 | Commonwealth | $2,700.00 | |
| Share of the work on Prepa (pricing and macro) | | 0.0% | Work with legal teams on Commonwealth debt | $0.00 | PREPA | $0.00 | |
| Share of the work on the Commonwealth FP monitoring | | 100.0% | Business operations--Fiscal plan review and updating for the Commonwealth | $2,700.00 | | | |
| Share of the work on the Commonwealth FP development | | 0.0% | Business operations--Fiscal plan development for the Commonwealth | $0.00 | | | |
| Fiscal plans of other entities | | 0.0% | Business operations--Fiscal plan review and monitoring for Prepa | $0.00 | | | |
| Fiscal plans of other entities | | 0.0% | Business operations--Fiscal plan review and monitoring for Commonwealth entit | $0.00 | | | |

**Days in Puerto Rico**        0.0 Puerto Rico

Checks        100.0%

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**$25,000 fee for Monthly Retainer for 1/2-time Work. In January 20 days at 4 hours a day is:**   80   hours.   $ 300.00

$25,000

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| January-21 | Title III | 1/10/2022 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | TX | Call with McKinsey on growth projections. |
| January-21 | Title III | 1/20/2022 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with Brattle and lawyers on labor law reform. |
| January-21 | Title III | 1/21/2022 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Review of McKinsey growth projections. |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |

| | | | | | |
|---|---|---|---|---|---|
| Total | | 2.500 | | $ 750.00 | $ 750.00 |
| Share of the work on Prepa (legal) | 0.0% | Work with legal teams on Prepa fiscal plan and debt | $0.00 | Commonwealth | $750.00 |
| Share of the work on Prepa (pricing and macro) | 0.0% | Work with legal teams on Commonwealth debt | $0.00 | PREPA | $0.00 |
| Share of the work on the Commonwealth FP monitoring | 0.0% | Business operations--Fiscal plan review and updating for the Commonwealth | $0.00 | | |
| Share of the work on the Commonwealth FP development | 100.0% | Business operations--Fiscal plan development for the Commonwealth | $750.00 | | |
| Fiscal plans of other entities | 0.0% | Business operations--Fiscal plan review and monitoring for Prepa | $0.00 | | |
| Fiscal plans of other entities | 0.0% | Business operations--Fiscal plan review and monitoring for Commonwealth entit | $0.00 | | |

**Days in Puerto Rico**   0.0   Puerto Rico

Checks   100.0%