# EXHIBIT 2

**Expense Itemization**

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Debtor on behalf service rendered | Expense Description |
|---|---|---|---|---|---|---|---|---|---|
| 10322 | Title III | 10/17/2021 | Andrew Wolfe | Legal fees | | 1 | $0.00 | 100% Commonwealth | Legal fees from September |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL IN OCTOBER | | | | | | | **$0.00** | | |

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Debtor on behalf service rendered | Expense Description |
|---|---|---|---|---|---|---|---|---|---|
| 10322 | Title III | 11/17/2021 | Andrew Wolfe | Legal fees | | 1 | $0.00 | 100% Commonwealth | Legal fees from October |
| | Title III | 11/11/2021 | Andrew Wolfe | Travel | | 1 | $339.72 | 100% Commonwealth | Hotel in NYC for testimony on Plan certification. |
| | Title III | 11/11/2021 | Andrew Wolfe | Travel | | 1 | $642.00 | 100% Commonwealth | Round trip train fare to NYC for testimony. |

TOTAL IN NOVEMBER   **$981.72**

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Debtor on behalf service rendered | Expense Description |
|---|---|---|---|---|---|---|---|---|---|
| 10322 | Title III | 12/9/2021 | Andrew Wolfe | Legal fees | $ 855.00 | 1 | $855.00 | 100% Commonwealth | Legal fees from November |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL IN DECEMBER | | | | | | | **$855.00** | | |

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Debtor on behalf service rendered | Expense Description |
|---|---|---|---|---|---|---|---|---|---|
| 11154 | Title III | 1/9/2022 | Andrew Wolfe | Legal fees | $ 90.00 | 1 | $90.00 | 100% Commonwealth | Legal fees for December 2021. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL IN JANUARY | | | | | | | **$90.00** | | |