UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.* | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br>No. 19 BK 5523-LTS |

**SUPPLEMENTAL NOTICE OF PARTIAL ASSIGNMENT OF CLAIMS**

---

\* The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

TO THE HONORABLE COURT:

As set forth on Schedule 1 attached hereto, Assured Guaranty Corp. ("AGC") and Assured Guaranty Municipal Corp. ("AGM", and together with AGC, the "Assured Entities") have sold, transferred and assigned unto U.S. Bank National Association and its successors ("U.S. Bank") certain claims (the "Claims") in the Title III cases of the Commonwealth and PBA arising out of bonds issued by the Commonwealth or PBA.

Following each transfer of Claims to U.S. Bank, the applicable Assured Entity filed a "Notice of Partial Assignment of Claim" (a "Notice") and an "Evidence of Partial Transfer of Claim" (an "Evidence") on the docket(s) of the applicable Title III case(s). The ECF numbers of the relevant Notices and Evidences are reflected in Schedule 1 attached hereto. The Notices and Evidences are incorporated by reference into this Supplemental Notice.

The Assured Entities file this Supplemental Notice to clarify that the proofs of claim (the "Proofs of Claim") asserting the Claims, as identified on Schedule 1 hereto, asserted both "secured" and "unsecured" claims in equal amounts, based on alternative theories of liability that could give rise to either "secured" or "unsecured" claims based on the same underlying principal amount of Commonwealth or PBA bonds, as applicable. Accordingly, to the extent the claims register currently reflects equivalent amounts of "secured" and "unsecured" claims asserted in the relevant Proofs of Claim, the register should be updated to reflect a transfer of equivalent amounts of the "secured" claims and of the "unsecured" claims to U.S. Bank. The total amount that should be transferred to U.S. Bank with respect to each Proof of Claim is set forth on Schedule 1 hereto, and this same total amount should be transferred both with respect to the "secured" claims and with respect to the "unsecured" claims asserted in the Proofs of Claim.

WHEREFORE, the Assured Entities hereby request that the Honorable Court take notice of the Assured Entities' transfer of such Claims as set forth in the original Notices and Evidences

-2-

-3-

identified on Schedule 1 hereto, and that the Debtors' claims and noticing agent reflect such transfers on the claims register in accordance with the clarification provided by this Supplemental Notice.

**RESPECTFULLY SUBMITTED.**

In New York, this 11th day of March, 2022.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, and will provide hard copies to the Court and United States Trustee as soon as practical after the filing of the foregoing, consistent with the Court's *Order Further Amending Case Management Procedures*. *See* ECF No. 20190.

Dated: March 11, 2022
      New York, New York

| | |
|---|---|
| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
| By: */s/ Heriberto Burgos Pérez* <br>     Heriberto Burgos Pérez <br>     USDC-PR No. 204,809 <br>     Ricardo F. Casellas-Sánchez <br>     USDC-PR No. 203,114 <br>     Diana Pérez-Seda <br>     USDC–PR No. 232,014 <br>     P.O. Box 364924 <br>     San Juan, PR 00936-4924 <br>     Tel.: (787) 756-1400 <br>     Fax: (787) 756-1401 <br>     E-mail: hburgos@cabprlaw.com <br>              rcasellas@cabprlaw.com <br>              dperez@cabprlaw.com <br><br> *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | By: */s/ Casey J. Servais* <br>     Howard R. Hawkins, Jr.* <br>     Mark C. Ellenberg* <br>     Casey J. Servais* <br>     William J. Natbony* <br>     Thomas J. Curtin* <br>     200 Liberty Street <br>     New York, New York 10281 <br>     Tel.: (212) 504-6000 <br>     Fax: (212) 406-6666 <br>     Email: howard.hawkins@cwt.com <br>             mark.ellenberg@cwt.com <br>             casey.servais@cwt.com <br>             bill.natbony@cwt.com <br>             thomas.curtin@cwt.com <br><br> * Admitted pro hac vice <br><br> *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, 11th day of March, 2022.

By: /s/ *Casey J. Servais*
Casey J. Servais*
* admitted pro hac vice