## SCHEDULE 1

| Claimant | Debtor | CUSIP | Amount | POC # | CW ECF # |
|---|---|---|---|---|---|
| AGC | Commonwealth | 74514LNB9 | $24,940,000 | 57622 | 19435 |
| AGC | Commonwealth | 74514LJT5 | $32,625,000 | 57622 | 19433 |
| AGC | Commonwealth | 74514LTJ6 | $53,955,000 | 57622 | 19436 |
| AGC | Commonwealth | 745235RV5 | $25,800,000 | 57622 | 19508 |
| AGC | Commonwealth | 745235RZ6 | $12,225,000 | 57622 | 19504 |
| AGC | Commonwealth | 74514LCY1 | $12,000,000 | 57622 | 19581 |
| AGC | Commonwealth | 74514LLX3 | $13,650,000 | 57622 | 19582 |
| AGC | Commonwealth | 74514LTL1 | $16,605,000 | 57622 | 19583 |
| AGC | Commonwealth | 74514LTM9 | $10,000,000 | 57622 | 19584 |
| AGC | Commonwealth | 74514LJR9 | $30,005,000 | 57622 | 19587 |
| AGC | Commonwealth | 74514LJS7 | $31,280,000 | 57622 | 19588 |
| **Total** | | | **$263,085,000** | | |

| Claimant | Debtor | CUSIP | Amount | POC # | CW ECF # |
|---|---|---|---|---|---|
| AGC | Commonwealth | 74514LNB9 | $24,940,000 | 33081 | 19435 |
| AGC | Commonwealth | 74514LJT5 | $32,625,000 | 33081 | 19433 |
| AGC | Commonwealth | 74514LTJ6 | $53,955,000 | 33081 | 19436 |
| AGC | Commonwealth | 745235RV5 | $25,800,000 | 33081 | 19508 |
| AGC | Commonwealth | 745235RZ6 | $12,225,000 | 33081 | 19504 |
| AGC | Commonwealth | 74514LCY1 | $12,000,000 | 33081 | 19581 |
| AGC | Commonwealth | 74514LLX3 | $13,650,000 | 33081 | 19582 |
| AGC | Commonwealth | 74514LTL1 | $16,605,000 | 33081 | 19583 |
| AGC | Commonwealth | 74514LTM9 | $10,000,000 | 33081 | 19584 |
| AGC | Commonwealth | 74514LJR9 | $30,005,000 | 33081 | 19587 |
| AGC | Commonwealth | 74514LJS7 | $31,280,000 | 33081 | 19588 |
| **Total** | | | **$263,085,000** | | |

| Claimant | Debtor | CUSIP | Amount | POC # | CW ECF # | PBA ECF # |
|---|---|---|---|---|---|---|
| AGC | PBA | 745235RV5 | $25,800,000 | 174210 | 19508 | 256 |
| AGC | PBA | 745235RZ6 | $12,225,000 | 174210 | 19504 | 255 |
| **Total** | | | **$38,025,000** | | | |

| Claimant | Debtor | CUSIP | Amount | POC # | CW ECF # |
|---|---|---|---|---|---|
| AGM | Commonwealth | 745145UZ3 | $50,055,000 | 27427 | 19438 |
| AGM | Commonwealth | 745145VB5 | $50,515,000 | 27427 | 19439 |
| AGM | Commonwealth | 745145VF6 | $40,395,000 | 27427 | 19441 |
| AGM | Commonwealth | 745145VH2 | $40,695,000 | 27427 | 19442 |
| AGM | Commonwealth | 74514LCU9 | $13,595,000 | 27427 | 19579 |
| AGM | Commonwealth | 745145VD1 | $27,505,000 | 27427 | 19580 |
| **Total** | | | **$222,760,000** | | |