# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>  Debtors.[1] | PROMESA<br><br>Title III<br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### INFORMATIVE MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD REGARDING EXHIBIT D TO CONFIRMATION ORDER
### (LIST OF AGENCIES AND AMOUNTS TO BE TRANSFERRED)

To the Honorable United States District Judge Laura Taylor Swain:

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Public Buildings Authority ("PBA"), and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

and PBA, the "Debtors") pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully states as follows:

1. On January 18, 2022, the Court entered the *Order and Judgment Confirming Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority* [ECF No. 19813] (the "Confirmation Order").[3] Decretal paragraph 25 of the Confirmation Order provides that the agencies and instrumentalities set forth on Exhibit D thereto (the "List of Agencies and Amounts to be Transferred") are directed to transfer the funds and proceeds of liquid securities held on account and set forth on such exhibit to the Puerto Rico Treasury Single Account on the earlier to occur of the Effective Date and within forty-five (45) days (from and after the date of the Confirmation Order (March 4, 2022) (the "Transfer Deadline"). Decretal paragraph 25 of the Confirmation Order further provides that the List of Agencies and Amounts to be Transferred may be amended during the period up to and including thirty (30) days from the date of the Confirmation Order upon agreement of the Oversight Board and AAFAF. To the extent the List of Agencies and Amounts to be Transferred is amended, the Oversight Board is required to file an informative motion with the Title III Court.

2. On February 17, 2022, the Oversight Board filed the *Informative Motion of Financial Oversight and Management Board Regarding Status of Plan Implementation* [ECF No. 20165], informing the Court and parties in interest that the Oversight Board and AAFAF agreed to (a) extend the Transfer Deadline to March 11, 2022 (the "Extended Transfer Deadline") to allow

---

[2] PROMESA has been codified at 48 U.S.C. §§ 2101–2241.

[3] Capitalized terms used herein that are not otherwise defined shall have the meanings given to them in the Confirmation Order.

the parties to finalize the contemplated transfers ahead of the anticipated March 15, 2022 Effective Date, and (b) amend the List of Agencies and Amounts to be Transferred to include the Oversight Board and AAFAF's agreement to file a revised List of Agencies and Amounts to be Transferred on or before the Extended Transfer Deadline to reflect the actual amounts to be transferred to the Puerto Rico Treasury Single Account (the "Final Transfers").

3. Attached hereto as **Exhibit 1** is an amended List of Agencies and Amounts to be Transferred that reflects the Final Transfers.

[*Remainder of Page Intentionally Left Blank*]

**WHEREFORE** the Oversight Board respectfully requests that the Court take notice of the foregoing.

Dated: March 11, 2022
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
(Admission *pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

**Exhibit 1**

**Amended List of Agencies and Amounts to be Transferred
(Exhibit D to the Confirmation Order)**

# **Exhibit D**

## **List of Agencies and Amounts to be Transferred**

| Sources | | | $ millions | 30-Jun-21 |
|---|---|---|---|---|
| **TSA Bank Account Balances** | | | | |
| Account Description | Account Number | Bank Name | | |
| TSA Operational | X9458 | Banco Popular | $ | 2,000 |
| TSA Reserve (Per Fiscal Plan) | X1012 | Banco Popular | | 304 |
| TSA Cash Concentration | X1020 | Banco Popular | | 5,742 |
| TSA Overnight Sweep (Repos) | X9036 | Citibank | | 3,624 |
| TSA Accumulation Account | X2463 | Banco Santander | | - |
| | | | | 11,671 |
| **TSA Cash Adjustments** | | | | |
| Federal Funds in the TSA | | | | (76) |
| **TSA Bank Accounts** | | | $ | 11,595 |
| **Sweep Account Balances** | | | | |
| Account Description | Account Number | Bank Name | | |
| Excise, Inheritance, Gifts, and Licenses | X3630 | Banco Popular | $ | 158 |
| Sales & Use Tax (SUT/IVU) | X4406 | Banco Popular | | 54 |
| | | | | 212 |

(Updated as of March 11, 2022)

| Sources | | | $ millions |
|---|---|---|---|
| **Cash at Commonwealth Agencies** | | | |
| Account Holder | Account Number | Bank Name | |
| Hacienda | X7205 | Banco Popular | $46* |
| Hacienda | X7044 | Banco Popular | 344 |
| Hacienda | X9038 | Banco Popular | 676 |
| Hacienda | X9857 | Banco Popular | 147 |
| Controller's Office | X0251 | Banco Popular | 3 |
| Department of Economic Development and Commerce | X4551 | Banco Popular | 22* |
| Department of Economic Development and Commerce | X4527 | Banco Popular | 6* |
| Department of Economic Development and Commerce | X4519 | Banco Popular | 4* |
| Department of Economic Development and Commerce | X1301 | Banco Popular | 10* |
| Department of Economic Development and Commerce | X5730 | Banco Popular | 50* |
| Department of Housing | X5636 | Banco Popular | 1 |
| Department of Housing | X5571 | Banco Popular | 5 |
| Department of Housing | X0037 | Banco Popular | - |
| Department of Education | X3706 | Banco Popular | - |

| Account Holder | Account Number | Bank Name | |
|---|---|---|---|
| Department of Labor | X0308 | Banco Popular | 179 |
| Department of Labor | X0286 | Banco Popular | 7 |
| Environmental Quality Board | X0316 | Banco Popular | 10* |
| Office of Court Administration | X9562 | First Bank | 54* |
| Office of Court Administration | X1022 | Citibank | 6 |
| Office of Court Administration | X0974 | First Bank | 10 |
| Puerto Rico Energy Commission | X3064 | Banco Popular | 7 |
| Puerto Rico Energy Commission | X3056 | Banco Popular | 33 |
| Puerto Rico Police Bureau | X9598 | Banco Popular | - |
| Senate | X2665 | First Bank | 8* |
| Senate | X2687 | First Bank | 1* |
| Statistics Institute of PR | X7055 | Banco Popular | 4 |
| Superintendent of the Capitol | X2775 | First Bank | - |
| Superintendent of the Capitol | X2764 | First Bank | - |
| Department of Justice – Office of Inspector General | X6054 | Banco Popular | 3 |
| Forensics Science Bureau | X4496 | Banco Popular | - |
| Forensics Science Bureau | X1681 | Banco Popular | 3* |
| Government Ethics Office | X0828 | First Bank | - |
| Government Ethics Office | X1067 | Banco Popular | 2 |
| Government Ethics Office | X1059 | Banco Popular | - |
| Government Ethics Office | X2001 | Banco Popular | 3 |
| House of Representatives | X2610 | First Bank | 1 |
| Office of Legislative Services | X2819 | First Bank | 3* |
| Office of Legislative Services | X2808 | First Bank | - |
| Office of Legislative Services | X2797 | First Bank | - |
| Office of Legislative Services | X2786 | First Bank | 6* |
| PR Federal Affairs Administration | X3037 | Citibank | - |
| PR Federal Affairs Administration | X9332 | Citibank | - |
| PR Federal Affairs Administration | X9316 | Citibank | - |
| Electric Lottery | X5328 | First Bank | 20 |
| | | | 1,671 |

(Updated as of March 11, 2022)

| Sources | | | $ millions |
|---|---|---|---|
| **Cash from ERS and PBA** | | | |
| Account Holder | Account Number | Bank Name | |
| Employee Retirement System | X0514 | BNY Mellon | $141 |
| Employee Retirement System | X8059 | Banco Popular | 95 |
| Employee Retirement System | X4554 | Banco Popular | 28 |
| Employee Retirement System | X4546 | Banco Popular | 111 |
| Employee Retirement System | X1185 | Banco Popular | - |
| Employee Retirement System | X1177 | Banco Popular | 10 |
| Public Building Authority | X2002 | US Bank | 3* |
| Public Building Authority | X9006 | US Bank | 4* |

| Account Holder | Account Number | Bank Name | |
|---|---|---|---|
| Public Building Authority | X7589 | Oriental Bank | - |
| Public Building Authority | X4707 | Oriental Bank | 13 |
| Public Building Authority | X1571 | Oriental Bank | 2* |
| Public Building Authority | X5578 | Oriental Bank | 8 |
| Public Building Authority | X4128 | Banco Popular | 39 |
| Public Building Authority | X5019 | Banco Popular | 3 |
| | | | 456 |

(Updated as of March 11, 2022)

| Sources | | | $ millions |
|---|---|---|---|
| **Cash from TRS and JRS** | | | |
| Account Holder | Account Number | Bank Name | |
| Teacher Retirement System | X7036 | Banco Popular | 127 |
| Teacher Retirement System | X0244 | Banco Popular | 17 |
| Teacher Retirement System | X8820 | Banco Popular | - |
| Retirement System of Puerto Rico Judiciary | X1223 | Banco Popular | - |
| Retirement System of Puerto Rico Judiciary | X5199 | Banco Popular | - |
| Retirement System of Puerto Rico Judiciary | X4538 | Banco Popular | 35 |
| | | | 179 |

\* Represents maximum amounts subject to discussions with agencies/public corporations to determine amount available based on operational needs.