EXHIBIT A[1]

PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party | |
| Party Name Abbreviation (For Use with Zoom[2]) | |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party): <br> • Name, <br> • Email, <br> • Law Firm, <br> • Phone Number <br> • Docket Entry No. for the Attorney's Notice of Appearance <br> • Zoom Screen Name (See December Omnibus Hearing Procedures Order, ¶ 8(a)) <br> or <br> Party-in-interest Not Represented by Counsel: <br> • Name, Email, Phone Number, Proof of Claim Number (if any) | |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the March Omnibus Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. | |

---

[1] This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit A**.

[2] See Hearing Procedures Order ¶ 8(a).