**EXHIBIT B**
<u>PARTY EXHIBIT COVER SHEET</u>

| | |
|---|---|
| Name of Party | |
| Relevant Agenda Matter | |
| Total Number of Exhibits Offered by the Party | |
| Exhibit Identifier[1] | Description of Exhibit |
| | |
| | |
| | |
| | |
| *If a Party files a supplemental Exhibit Cover Sheet, the Party must include the Docket Entry No. of the original exhibit cover sheet in the new filing which must be clearly marked as a "Supplemental" Exhibit Cover Sheet filing. | |
| Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a). ||
| I, [*insert filing attorney name* or *name of Pro Se Party in Interest*], certify that I have attached each evidentiary document listed above as a separate exhibit to this cover sheet. ||

---

[1] Each Exhibit should be named in sequential party-identified numbering (e.g., "FOMB Ex. 1" or "UCC Ex. A").