IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION SUBMITTING CERTIFIED TRANSLATIONS IN COMPLIANCE WITH THE COURT'S MARCH 3, 2022 ORDER**

To the Honorable United States District Court Judge Laura Taylor Swain:

　　1.　　The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") respectfully submits this informative motion (the "Motion") submitting certified English-language translations in compliance with the Court's *Order Concerning Handwritten Spanish Submissions of Mr. William Roman Morales* [ECF No. 20255] (the "Order").

　　2.　　On February 28, 2022, William Roman Morales ("Mr. Roman Morales") filed two handwritten submissions in Spanish [ECF Nos. 20236, 20237] (the "Roman Morales Motions").

---

[1]　The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

As explained in the Order, the Roman Morales Motions were presumably submitted in response to this Court's decision at the February 16, 2022 claims objections hearing disallowing certain claims filed by Mr. Roman Morales because they were filed more than two years after the relevant bar date, and because no valid explanation or justification for the late filing had been provided. Order at 1. The Order required the Oversight Board to submit certified translations of the Roman Morales Motions by March 17, 2022.

3. In compliance with the Order, (1) attached hereto as **Exhibit A** is a certified English-language translation of ECF No. 20236, and (2) attached hereto as **Exhibit B** is a certified English-language translation of ECF No. 20237.

WHEREFORE, the Oversight Board respectfully requests that this Honorable Court take notice of the filing of these certified translations in compliance with the Court's Order.

[*Remainder of page intentionally left blank*]

|  |  |
|---|---|
| Dated: March 14, 2022<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>*/s/ Martin J. Bienenstock*<br><br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>Laura Stafford (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Attorneys for the Financial Oversight and Management Board for Puerto Rico*<br><br>*/s/ Hermann D. Bauer*<br><br>Hermann D. Bauer<br>USDC No. 215205<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br><br>*Co-Attorneys for the Financial Oversight and Management Board for Puerto Rico* |

**CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

/s/ *Hermann D. Bauer*
Hermann D. Bauer