# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>      William Roman Morales<br>      Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

The Plaintiff, [appearing] on his own behalf before this Honorable Court states, alleges, and requests:

1) That on this February 23, 2022, the plaintiff received the documents that the Honorable Court sent, requesting information in a document, which I am now sending as an attachment to this motion acknowledging receipt thereof on this day, and also informing the Court that on February 17, 2022, the Plaintiff filed a document informing this Honorable Court that any communications sent after March 17, 2022, must be sent to the following mailing address: HC-1 Box 4169, Barceloneta, PR 00617, since [the Plaintiff's sentence is expiring], so that it may be aware of the Plaintiff's change of address, and asking the Honorable Court to assign a lawyer to represent the Plaintiff, since the Plaintiff is at a disadvantage

because he does not speak English and has little knowledge of the laws to be able to answer all the questions and arguments of this Honorable Court of Justice, and I do not want that, after all these years fighting, this case be archived or dismissed.

2) That the Honorable Court is requesting more evidence for the Plaintiff's claims, so the Plaintiff asked for an appointment with Medical Records a few days ago, and as of the date of this letter, I have not been granted said appointment. Therefore, I request that the Honorable Court, with the Plaintiff's authorization, order said unit to provide the information to that unit so that they will provide it [sic], as that will be the best way for them to provide it as soon as possible. And I had previously asked the Honorable Court to make those arrangements with my authorization, but it was never done, which is why I am asking this Honorable Court so that they will provide the documents required as soon as possible so as to expedite the proceeding in this case, and to demonstrate that all of the Plaintiff's claims are well founded, in other words, that Plaintiff is correct in all of his claims.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
07/MARCH/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

3) That the Plaintiff sent a brief informing the Court that due to the COVID-19 pandemic, all of the [services] had been paralyzed, and they are now returning to normal, little by little. Therefore, I ask this Honorable Court to keep all of this in mind prior to making any decision in this case. The Plaintiff has done everything within his power to get a hold of all the evidence asked of him as soon as possible, since it has been so many years fighting for this case, and it would not be fair for this claim to be dismissed now. That is the request [I make] to this Honorable Court of Justice, but the Plaintiff will continue to do everything within his power to get all the evidence needed so that his rights prevail at all times and under all circumstances, as stipulated by Law.

4) That the plaintiff asks this Honorable Court to analyze this case carefully, because this case was assigned two different numbers: JPE 2015-0212 and JDP 2014-0358. Therefore, I hereby ask that this case be investigated in full, so that everything is clear before this Honorable Court prior to making any decisions about this case.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*07/MARCH/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

This is the Plaintiff's petition to the Honorable Court of Justice and its Honorable Judges.

Hoping that this Honorable Court will take into account all the arguments presented in this motion and grant it, along with any other decisions that may be appropriate under the Law.

Respectfully submitted today, February 23, 2022, in Arecibo, Puerto Rico.

Mailing Address:
William Roman Morales
INST – Sabana Hoyos
216 EDIF 2-F Cama 11
P.o. Box 1671
Sabana Hoyos, PR 00688


Signature

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*07/MARCH/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **020236.00 [2022-02-28] MOTION to Inform about Documents Received Regarding**

Signed this 7th of March 2022



_____
Andreea I. Boscor



Case:17-03283-LTS Doc#:20324-1 Filed:03/14/22 Entered:03/14/22 14:08:21 Desc:
Exhibit A - Certified English Translation (ECF No. 20236) Page 7 of 11
Case:17-03283-LTS Doc#:20236-1 Filed:02/28/22 Entered:03/01/22 16:58:09 Desc:
Form Page 1 of 2
Case:17-03283-LTS Doc#:20125 Filed:02/14/22 Entered:02/14/22 17:53:18 Desc: Main
Document Page 93 of 100

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>*William Roman Morales* Debtors.³ | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## RESPONSE FORM FOR CLAIMS TO BE HEARD AT THE FEBRUARY 16TH HEARING ON OBJECTIONS TO THE CLAIMS

Claim Number(s): _____
Claimant(s): _____179391_____
Name of Attorney (if any): _____

Claimant's preferred contact information:
Address: _____HC-1 BOX 4169 BARCELONETA, PR 00617_____
Telephone Number: __787-621-6163_____
E-mail: _____

[*Additional pages follow*]

---

³ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*07/MARCH/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS Doc#:20324-1 Filed:03/14/22 Entered:03/14/22 14:08:21 Desc:
Exhibit A - Certified English Translation (ECF No. 20236) Page 8 of 11
Case:17-03283-LTS Doc#:20236-1 Filed:02/28/22 Entered:03/01/22 16:58:09 Desc:
Form Page 2 of 2
Case:17-03283-LTS Doc#:20125 Filed:02/14/22 Entered:02/14/22 17:53:18 Desc: Main
Document Page 94 of 100

| | **Please answer the following questions with**<br>**- Yes _or_ No**<br>**in the line next to the question** |
|---|---|
| I. | <u>Attendance</u> |
| _____ | I will be attending the February 16th Hearing on Objections to the Claims |
| _____ | I will not be attending the February 16th Hearing on Objections to the Claims |
| ✓_____ | Please move the hearing to hear my claim to another date. I am requesting a change of date do the following reason:<br>_I am under correctional custody and request to be informed of the date of the hearing in order to attend_ |
| II. | <u>Interpreting Services</u> |
| _____ | I do not need an interpreter. |
| ✓_____ | I need an interpreter and I will use the interpreter provided by the Debtors. |
| _____ | I need an interpreter, but I will be bringing my own English-Spanish certified interpreter. |
| III. | <u>Documents and Information</u> |
| _____ | I am attaching additional documentation in support of my claim(s) to this Response Form. |
| _____ | I do not have any additional documentation in support of my claim(s) to be used during the February 16th Hearing on Objections to the Claims, other than what has already been included with my claim(s) in the past and what has been filed with my reply to the Omnibus Objection. |
| IV. | <u>COVID-19 Vaccination</u> |
| ✓_____ | I have had all my vaccines |
| _____ | I have only had one dose |
| _____ | I am not vaccinated |

[Signature of Claimant or Authorized Representative]

By: 

[Name in print]

7

_Certified to be a correct and true translation from the source text in Spanish to the target language English._
_07/MARCH/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556_
_By Targem Translations Inc._



TARGEM TRANSLATIONS
718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **020236.01 [2022-02-28] Form**

Signed this 7th of March 2022

_____

Andreea I. Boscor

American Translators Association
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator
Verify at www.atanet.org/verify

Case:17-03283-LTS Doc#:20236-2 Filed:02/28/22 Entered:03/01/22 16:58:09 Desc:
Envelope Page 1 of 1

WILLIAM ROMAN MORALES
INS. SABANA HOYOS #216
EdFI-2 SECSION-E CAMA-4
ARECIBO P.R. 00688-1671

SAN JUAN PR'009
26 FEB 2022 PM 1 L



COURT'S CLERK'S OFFICE AT:
UNITED STATES DISTRICT COURT,
CLERK'S OFFICE, 150
AVE. CARLOS CHARDÓN STE. 150
SAN JUAN P.R. 00918-1767

00918-170625

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*07/MARCH/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



### TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **020236.02 [2022-02-28] Envelope**

Signed this 7th of March 2022



_____

Andreea I. Boscor