# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| WILLIAM ROMÁN MORALES<br>Plaintiff, pro se,<br><br>v.<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES' RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY<br>Defendants | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

The Plaintiff, [appearing] on his own behalf before this Honorable Court and its Honorable Judges, respectfully states, alleges, and requests:

1) That the Plaintiff is at a disadvantage because he does not speak or read English and, therefore, requests that any documents that this Honorable Court sends to him be translated into Spanish so that he is able to respond as soon as possible. This is the request made, and I was informed that I was assigned a translator by the court.

2) That the Honorable Court is requesting evidence regarding the facts alleged by the Plaintiff, and that the Plaintiff sent the evidence to the Honorable Court of Ponce. That everything appears in the file under docket numbers JDP 2014-0358 and JDP 2015-0434[;]I have two case numbers because the Honorable Court changed them.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*07/MARCH/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

3) That the Plaintiff has taken the steps necessary to [obtain assistance from] the medical records unit and, as of the date of this pleading, his request has not been attended to, for which reason the Plaintiff, in several briefs to the Honorable Court, authorized them to request a copy of his medical file so that they can see that all of the Plaintiff's allegations are real and that he is right in everything he is alleging, since the Plaintiff has not managed to have his request addressed by this unit that is not providing those services as it should.

4) That the Plaintiff asks that this Honorable Court appoint an attorney to represent the Plaintiff, because, due to his very little knowledge of legal matters and lack of access to the documents that the Court is requesting of him, it is becoming impossible for him to get a hold of those documents. Therefore, I ask that an attorney be assigned to represent me. That is the request I make of this Honorable Court of Justice because, due to the Pandemic, the letters were delayed because the Plaintiff was placed in quarantine and there was very little contact with the officers and the mail official who delivers the letters. Therefore, it was around the 14th or 15th of February that the

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*07/MARCH/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Plaintiff received this letter. Therefore, he now files this motion and sends the document requested by the Honorable Court of Justice, and notifies the Court that the Plaintiff's sentence expires next March 15, 2022, and therefore, in the document requested by the Court, he provides his home address so that any documents sent a week prior to that date be sent to that mailing address of the Plaintiff. Also, he informs the Honorable Court that if the Court is going to ask for the Plaintiff's file, to do so prior to that date so that there won't be any complications when making such request from the defendants.

5) That the Plaintiff asks the Honorable Court to help the Plaintiff in this case, because it has been 16 or 17 years that he has been fighting for his civil rights as a human being, and as stipulated in the Constitution of Puerto Rico and of the United States of America for all American citizens. This is the request that the Plaintiff makes of this Honorable Court of Justice and its Honorable Judges.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*07/MARCH/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Hoping for as fair a decision as possible in this case is the request that the Plaintiff makes of this Honorable Court and its Honorable Judges. The Plaintiff asks that this motion be granted, along with any other decisions that may be appropriate under the Law. That's my humble petition.

Respectfully submitted today, February 15, 2022, in Arecibo, PR 00688-1671

Mailing Address:
INST Sabana Hoyos #216
EDIF 2 Section-E Cama 4
Arecibo, PR 00688-1671

*William Romanmorales* (signature)
Plaintiff's Signature

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*07/MARCH/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

### TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **020237.00 [2022-02-28] MOTION Requesting Translated Documents and Requesting an**

Signed this 7th of March 2022

_____

Andreea I. Boscor



Case:17-03283-LTS Doc#:20237-1 Filed:02/28/22 Entered:03/01/22 17:02:35 Desc:
Envelope Page 1 of 1

WILLIAM ROMAN MORALES
INS. SABANA HOYOS #216
EdcF-2 SECSION F CAMA-11
ARECIBO P.R 00688-1671

SAN JUAN PR 009
26 FEB 2022 PM 1 L

COURT'S CLERK'S OFFICE AT
UNITED STATES DISTRICT COURT.
CLERK'S OFFICE, 150
AVE. CARLOS CHARDON STE. 150
SAN JUAN P.R. 00918-1767

00918-170625

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*07/MARCH/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

### TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **020237.01 [2022-02-28] Envelope**

Signed this 7th of March 2022



_____

Andreea I. Boscor