IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>                   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**JOINDER OF THE OFFICIAL COMMITTEE OF
RETIRED EMPLOYEES TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS' LIMITED RESPONSE AND
RESERVATION OF RIGHTS TO MOTION OF FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO REQUESTING
ORDER APPROVING PROPOSED LIST OF MATERIAL INTERESTED PARTIES
PURSUANT TO PUERTO RICO RECOVERY ACCURACY IN DISCLOSURES ACT**

The Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the

"**Retiree Committee**") hereby submits this joinder ("**Joinder**") to the *Limited Response and

Reservation of Rights to the Motion of Financial Oversight and Management Board for Puerto

Rico Requesting Order Approving Proposed List of Material Interested Parties Pursuant to the*

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

*Puerto Rico Recovery* [Dkt. No. 20276] (the "**Limited Response**") filed by the Official Committee of Unsecured Creditors ("**UCC**").

1. The Retiree Committee and its professionals share the UCC's view that Congress did not intend PRRADA to require professionals that were already subject to disclosure obligations under Bankruptcy Rule 2014 to repeat their previous disclosures. Accordingly, the Retiree Committee's professionals will limit their supplemental MIP List disclosures to connections with the additional entities that were not previously included on the Interested Parties List unless the Court directs the Retiree Committee's professionals to repeat their previous disclosures.[2]

(*Remainder of page intentionally left blank*.)

---

[2] Capitalized terms not otherwise defined herein have the meaning provided in the Limited Response.

WHEREFORE, the Retiree Committee respectfully requests the Court take notice of this Joinder.

| | |
|---|---|
| March 14, 2022 | Respectfully submitted, |
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
| By:<br>*/s/ Robert Gordon*<br>Robert Gordon (admitted *pro hac vice*)<br>Richard Levin (admitted *pro hac vice*)<br>Carl Wedoff (admitted *pro hac vice*)<br>1155 Avenue of the Americas<br>New York, NY 10036<br>rgordon@jenner.com<br>rlevin@jenner.com<br>cwedoff@jenner.com<br>212-891-1600 (telephone)<br>212-891-1699 (facsimile) | By:<br>*/s/ A.J. Bennazar-Zequeira*<br>A.J. Bennazar-Zequeira<br>Héctor M. Mayol Kauffmann<br>Edificio Union Plaza, 1701<br>Avenida Ponce de León #416<br>Hato Rey, San Juan<br>Puerto Rico 00918<br>ajb@bennazar.org<br>hector.mayol@bennazar.com<br>787-754-9191 (telephone)<br>787-764-3101 (facsimile) |
| Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, IL 60654<br>csteege@jenner.com<br>mroot@jenner.com<br>312-222-9350 (telephone)<br>312-239-5199 (facsimile) | *Counsel for The Official Committee of Retired Employees of Puerto Rico* |

3