# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK-3567-LTS |

To the Honorable United States District Court Judge Laura Taylor Swain:

    We hereby certify that, a true and correct copy of The Bank of New York Mellon's Reply titled: "The Bank Of New York Mellon's Reply To The Objection Of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Financial Guaranty Insurance

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.

Company, And National Public Finance Guaranty Corporation With Respect To (I) Urgent Motion For An Order Directing The Fiscal Agent To Disburse The Disputed Funds In The HTA Bond Service Accounts, Redemption Accounts, And Reserve Accounts And (II) Amended And Restated Stipulation And Order Regarding The Disputed Funds In The HTA Bond Service Accounts, Redemption Accounts And Reserve Accounts" was filed in the above referenced cases on March 12, 2022, [Case No. 17-3283, Docket No. 20321 and Case No. 17-3567, Docket No. 1145] and was served via:

  a. the Court's CM/ECF system on March 12, 2022;

  b. e-mail upon the parties listed on the service list attached hereto as **Exhibit A** on March 12, 2022; and

  c. first class mail upon the parties listed on the service list attached hereto as **Exhibit B** on March 14, 2022.

Dated: March 14, 2022      Respectfully submitted,

**SEPULVADO, MALDONADO & COURET**

/s/ Albéniz Couret-Fuentes
Albéniz Couret-Fuentes
USDC-PR Bar No. 222207
304 Ponce de León Ave. – Suite 990
San Juan, PR 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: acouret@smclawpr.com

**REED SMITH LLP**

/s/ Jared S. Roach
Luke A. Sizemore (Pro Hac Vice)
Jared S. Roach (Pro Hac Vice)
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131

- 3 -

Facsimile: (412) 288-3063
Email: lsizemore@reedsmith.com
Email: jroach@reedsmith.com

*Counsel to The Bank of New York Mellon,
in its capacity as Fiscal Agent*