United States District Court
for the District of Puerto Rico

| | |
|---|---|
| The Financial Oversight and Management Board of Puerto Rico | Promesa 178966<br>Title III 178975 |
| as representative of | NO. 17BK-3283-LTS |
| The Commonwealth of Puerto Rico | Jointly administered |
| | This filing relates to the Commonwealth of PR |

Non jurisdiction of Laura Taylor Swain, objection and challenge Title III Promesa, objection to debt adjustment plan (pba), objection to the applicable laws and definitions, objection and challenge to the confirmation and execution of the adjustment plan and its implementation, objection and challenge to the Doc # 20299, to the doc # 20854 Denying Motion for Permission to appeal UNCONST to nonal Matters in forma pauperis objection to the Doc # 16050, objection to the doc # 16804 objection to the Doc # 17983 objection to the doc # 20191,

1. The debtors in these Title III Cases, along with each debtors respective Title III Cases numbers and the last four (4) digits of each debtor federal Tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the Commonwealth) Bankruptcy Case No. 17 BK-3083-LTS (last four Digits of federal Tax id 3481); (ii) Puerto Rico Sales Tax Financing Corporation (COFINA) Bankruptcy Case No. 17 BK 3284-LTS (last four digits of federal Tax id 8474); (iii) Puerto Rico Highways and Transportation Authority (HTA) Bankruptcy Case No. 17 BK 3567-LTS (last four Digits of federal Tax id 3808); (iv) Employees Retirement System of the government of the Commonwealth of Puerto Rico (ERS) (Bankruptcy Case No. 17 BK 3566 LTS (last four digits of federal Tax id 9686; (v) Puerto Rico electric power Authority (PREPA) Bankruptcy Case No. 17 BK 4780 LTS last four digits of federal Tax id 3747 and (vi) Puerto Rico Buildings Authority (PBA) (Bankruptcy Case No 19 BK 5523-LTS last four digits of federal Tax id 3801). The III Case No are listed as Bankruptcy Case Numbers due to software limitations

2. Non jurisdiction of Laura Taylor Swain, objection and challenge to Title III promesa, objection to the debt adjustment plan (PBA), objection to the applicable laws and definitions, objection and challenge to the confirmation and execution of the adjustment plan (PBA) and its implementation, objection and challenge to the doc # 20299, to the doc # 20254 denying motion for permission to appeal unconstitutional matters informa pauperis objection to the Doc # 16020, objection to the doc # 16934, objection to the doc # 17903 objection to the doc # 20191, objection to the Racism Puerto Rican, objection to the assisted multicultural racism, objection to the Murder Cover-up.

3. The exhibits from 1 to 36 in Revent to the case at hand are submitted as evidence of judicial corruption, organized crime, fabrication of criminal cases, Murder cover-up, kidnapping, others in Revent to the unconstitutional case Title III promesa the applicable laws and definitions objecting the confirmation and execution of the (PBA) adjustment plan on calendar to be effective on 15 of March of 2022

4. Previous appearances before Mrs. Laura Taylor Swain has shown, the same reasons and motives of an entire corrupt judicial process that deprived me of my constitutional rights, a corrupt judicial process, that deprives me of the due process of law, of the equal protection of the laws, to have my day in trial, to submit my evidence before a jury.

5. The defendants used all the people who have a first name and last name and that appears in the numbered exhibits to deny due process of law and cover up murders that occurred in Puerto Rico under the modality of organized crime, these murders to which we refer do not prescribe and came from the area of Human Resources and Labor Relations of the Puerto Rico Aqueduct and Sewer Authority (PRASA) attached to the corruption of the judicial branch of Puerto Rico, individuals with names and last names, added to the corruption of individuals with name and last name within the department of justice of Puerto Rico and United States.

6. Mrs. Laura Taylor Swain, the matter at hand is already before the First Circuit Court of appeals, the Court has already participated in part, and now the court go against his own actions. See 17-CV-2286 (ADC) See 17-CV-2340 (WGY) it is certainly a shame for the judiciary and for the president who elected them reminding him of the first appearance of the Court of appeal for the First Circuit when submitting that because those cases had arrived there under a stay, they arrived there as part of organized crime assisted and corruption several of individuals, seeking to deprive me of my Constitutional rights, the due process of law, equal protection of the laws, and Murder Cover up, Murders that do not proscribe.

7. Mrs. Laura Taylor Swain when you were asked to lift your stay, can you produce the name of that person?

8. Mrs. Laura Taylor Swain in accordance with the paragraphs of this document can you produce the names of the people who are requesting get out of the case docket under 17-CV-2340 First Circuit Court of appeals, they are the same people who carried out the

Murders and who today under Title III promesa seek to close everything related to those murders that do not prescribe.

9. Mrs. Laura Taylor Swain how many people have been imprisoned for theft of money under any modality, that led Puerto Rico to the bankruptcy largest in the United States? Then how do you ask a homeless person who has nothing to eat to pay an appeal and deny him the right that his actions and determinations as a judge have to be paid, when you know that there are two cases already in the First Circuit Court of appeals, waiting for me to submit brief and appendix, who arrived there under organized crime and judicial corruption.

For all of which

I understand that Mrs. Laura Taylor Swain now have jurisdiction over me and over defendants I am in objection and challenge of the Title III promesa, objection of the debt adjustment plan (PbA) objection to the applicable laws and definitions, objection and challenge to the confirmation and execution of the adjustment plan and its implementation

For said procedure having been used under organized crime and judicial corruption assisted for the violation of my constitutional rights and cover up of murders that come from the Puerto Rico Aqueduct and Sewer Authority (Prasa), Mr. Jaime A Diaz Oneill is a homeless person, indigent person likely to prevail on appeal and do not have the financial resources to pay for an appeal of a case that is already there, for all of which it is requested that do not put obstacles to the appeal under the trick of having to pay for something that is already there under 17-CV-2286 / 17-CV-2340 / exhibits 1 to 36

Respectfully Submitted

14 of March of 2022

Jaime A Diaz Oneill

Po box 9793
San Juan, PR
00908

787-447-2424

Jaime Diaz Oneill

## Certificate of Service

I, Jaime A. Dos(ENU) Hereby Certify under penalty of perjury that on 14 of March of 2022 I serve copies of non jurisdiction latte joy (n subm.) Objection and challenge, title III promesa to debt adjustment plan (PRs) to the applicable laws and deflations, confirmation, implemented to the following parties

Martin J. Bienenstock
Billy S Rosen
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
212-969-3000

Luc A. dos Pins
200 Park Ave.
New York, NY 10166
212 318.6000