3/14/22, 8:42 AM  Case:17-03283-LTS  Doc#:20333-1  Filed:03/14/22  Entered:03/14/22 16:25:51  Desc:
Exhibit 1-36  Page 1 of 36

IMG_6307.jpg

Autoridad de Acueductos
y Alcantarillados

Ave. Barbosa
Hato Rey, PR 00917-4310
P.O. Box 7066, San Juan, PR 00916-7066
Tel. (787) 620-2277

RECURSOS HUMANOS

# CERTIFICACIÓN

A quién pueda interesar:

Certifico que el Sr. Jaime Díaz O'neill, Seguro Social Redacted fue empleado regular
de la Autoridad de Acueductos y Alcantarillados desde el 30 de enero de 1997 hasta el
22 de junio de 2004.

En la Autoridad de Acueductos y Alcantarillados fue nombrado en los siguientes
puestos:

* Trabajador Sistemas Operacionales -   el 1 de septiembre de 1993 (Empleado
                                         Transitorio)
* Auxiliar Tubero                    -   el 2 de noviembre de 1994.
* Trabajador Sistemas Operacionales -    el 23 de mayo de 1996.
* Operador Planta Alcantarillado I   -   el 30 de enero de 1997 (Nombramiento
                                         Regular)
* Oficinista General I               -   el 18 de noviembre de 1999
* Cajero Servicios a Consumidor VI   -   23 de diciembre de 1999 (Sustitución Interina)
* Conserje-Mensajero                 -   el 28 de noviembre de 2000
* Auxiliar General                   -   el 6 de septiembre de 2001
* Oficinista Centro Telefónico I     -   el 23 de enero de 2003

Se expide esta certificación hoy, 5 de enero de 2006 a petición del propio interesado.

CERTIFICO CORRECTO

Evelyn D. Martínez
Oficial de Recursos Humanos
Región Central



3/14/22, 8:42 AM
IMG_6308.jpg
Case:17-03283-LTS   Doc#:20333-1   Filed:03/14/22   Entered:03/14/22 16:25:51   Desc:
Exhibit 1-36   Page 3 of 36

3

Abogado - Notario

29 de noviembre de 2005

Sr. Marcial Díaz Jiménez
Calle Villa Granada A-63
Urb. El Plantío
Toa Baja, P.R.   00949

Estimado señor Díaz Jiménez:

La señora Sonia Hernández Campos ha solicitado mis servicios
profesionales para tramitarle una petición de divorcio. Según me
informa mi cliente, usted estaría en disposición de aceptar
divorciarse por consentimiento mutuo.

Si el divorcio se tramita por la causal de consentimiento mutuo,
habría que formalizar una serie de estipulaciones de las cuales le
envío un borrador para su consideración.

Como ustedes no procrearon hijos, no hay que hacer estipulación
sobre custodia y patria potestad de menores, ni sobre pensión de
alimentos.

En torno a los bienes, me indica ella que poseen un Toyota Camry
tablilla EVG 640 que usted usa y paga. Ella me indica que usted se
quedaría con este vehículo y seguiría pagando la cuenta. Por su
parte, ella interesa retener la guagua Toyota RAV4, tablilla E
014 y continuar pagando la misma.

En cuanto al inmueble, ella sugiere dos alternativas. Que se venda
la misma al mejor postor y dividir el producto neto por partes
iguales, o que usted le compre la parte ganancial que le pertenece
a ella.

El mobiliario del hogar puede dividirse según los intereses de cada
cual.

Agradeceré que consulte con el abogado de su predilección y que
éste se comunique conmigo para formalizar el proceso. Si así lo
desea, me puede llamar para coordinar el trámite a seguir. La
mejor manera de comunicarme es a través de mi celular 787-1934...

Cordialmente,



✝

## Marcial Díaz Jiménez

*Nació*
el 18 de octubre de 1944
en Río Piedras, P.R.

*Falleció*
el 3 de diciembre de 2005
en Bayamón, P.R.

*Sepelio*
el 9 de diciembre de 2005
en el
*Cementerio*
Los Cipreses Memorial Park
Bayamón, P.R.

*Ehret*

¡NO LLORES SI ME AMAS! . . .

Tú que me has visto y me has amado en el mundo, país de las sombras. ¿no te resignarás al verme ahora en el Cielo, país de las inmutables realidades? Créeme, cuando la muerte venga a romper las ligaduras, como ha roto las que a mí me encadenaban y cuando la luz llegue un día, que Dios ha fijado y conoce, y tu alma venga a este Cielo en que ha precedido la mía. Ese día volverás a ver aquel que te amaba y te sigue amando y encontrarás su corazón con todas sus ternuras purificadas. Volverás a verme, pero transfigurado, extático, feliz, no ya esperando la muerte, senderos de LUZ y de la VIDA bebiendo con embriaguez a los pies de Dios, un néctar del cual nadie se saciará jamás. Por eso, enjuga tu llanto . . . y no llores, si me amas.






# Wallis Rivera Rodriguez

## BAYAMON

### Sep 28, 1955 – Mar 12, 2007





# Inician vistas convenio AAA

**A dilucidarse si hay o no un convenio colectivo entre la Autoridad y la UIA**

Por M. Negrón Pérez



Los abogados de la UIA, Harry Andino y Jose Morales Socio, en la vista de ayer de la Junta de Relaciones del Trabajo.





Mejoras gota a gota









## Santos Ortega Rivera Ortega Rivera
updated his profile picture.

January 24 · 🌐





10 **Panorama**

Atraso en autopsias y escasez de personal

# Hay cadáveres hasta en el piso de Ciencias Forenses

PRIMERA HORA



El director del ICF, Pío Rechani, dijo que están en proceso de contratar a dos patólogos más aunque no precisó cuándo.



Un caso de descomposición de estadísticas parciales en el ICF, que hasta 30 autopsias atrasadas y con bitácoras por rendir desde el 2003, año en que hubo un situación similar, tal como lo demuestra esta foto de archivo.

## Legislador culpa al DF por muerte de bebé

**UN REPRESENTANTE** responsabilizó ayer al Departamento de la Familia por la muerte de otro de los hijos de William Elías Rodríguez, quien convive con tres mujeres y 12 niños en el barrio Guaraguao en Fajardo.

Rolando Crespo, presidente de la Comisión camaral de Bienestar Social, advirtió que acudirá a los tribunales para que Familia coopere con una investigación que realiza la Legislatura sobre el caso, y con la cual la agencia gubernamental supuestamente no ha colaborado.

"Esta muerte se pudo haber evitado si el Departamento no se hubiera opuesto a que investigáramos el caso de Mathew Elías. Tanto el Departamento de la Familia como Vivienda Zayas mienten cuando dicen que han seguido de cerca los procedimientos sobre el caso", dijo el legislador en un comunicado.

Por su parte, la secretaria de la Familia, Yolanda Zayas, sostuvo en un comunicado que la postura pública sobre la protección de derechos y la situación particular del caso de Elías Rodríguez, "no ocultan entre sábanas sus sábanas y motivaciones partidistas."

Crespo aseguró que acudió al tribunal para que otro caso les responsabilice el derecho si el Departamento no seguía haciendo su misión en esta atención. El expediente especifico que tuvo de recurso presentars en contra de la dependencia.

El representante por el Partido Nuevo Progresista (PNP) aseguró que en caso que Familia haya mentido vienen en el bienestar de los hijos de Elías Rodríguez.

"Esto en haber podido cuando la señora representante colaboraba no han realizado interés", añadió.

Pero Zayas aseveró que no es la primera vez que politicos crearon gran imagen de los casos bailando da recursos de asuntos de Familia, y oportunamente de protección de menores, en sus discursos políticos partidistas.

## 50/ POLICÍA Y TRIBUNALES

EL NUEVO DÍA / domingo, 5 de noviembre de 2005

# Asesinada una testigo al salir de un albergue

### Por Daniel Rivera Vargas

*De la Redacción*

> ## Un guardia de seguridad, que auxilió al ex policía asesinado, dijo que el gatillero vestía un pantalón de color blanco

13

**ASESINATOS SEMANA DEL DOMINGO 27 DE NOVIEMBRE AL SABADO 3 DE DICIEMBRE DE 2005**

domingo 27 de noviembre
4:58 PM Canóvanas

**TOTAL 1**

lunes 28 de noviembre
No hubo asesinatos

**TOTAL 0**

martes 29 de noviembre
1:40 AM Puerto Nuevo
3:30 PM Vega Alta
7:05 PM Río Piedras
10:20 PM Vega Baja
11:10 PM Toa Alta

**TOTAL 5**

miércoles 30 de noviembre
12:55 PM Vega Alta

**TOTAL 1**

jueves 1 de diciembre
9:00 PM Loíza
11:20 PM Vega Baja

**TOTAL 2**

viernes 2 diciembre
9:23 PM Carolina
11:40 PM Bayamón

**TOTAL 2**

sábado 3 de diciembre
8:35 PM Salinas

**TOTAL 1**

**TOTAL DE LA SEMANA** **12** | **DIFERENCIA 2004 = 14** | **TOTAL DEL AÑO 715**

## Ultiman teniente retirado

Por su parte, los agentes de la División de Homicidios del CIC de Bayamón seguían ayer sin pistas del asesinato del teniente jubilado Marcial Díaz, que ocurrió en medio de un atraco entrada la noche del viernes en la avenida Betances, en Bayamón. Los agentes procuraban examinar las cámaras de seguridad de varios negocios cercanos, para tratar de identificar al autor, del que se sabe iba en bicicleta y vestía unos pantalones blancos.









3/14/22, 8:45 AM   Case:17-03283-LTS   Doc#:20333-1   Filed:03/14/22   Entered:03/14/22 16:25:51   Desc:
Exhibit 1-36   Page 17 of 36

IMG_6278.jpg

17



# Byron W. Brown

@MayorByronBrown

**298** Following   **12.3K** Followers

# @MayorByronBrown blocked
# you

You are blocked from following
@MayorByronBrown and viewing



3/14/22, 8:44 AM   Case:17-03283-LTS   Doc#:20333-1   Filed:03/14/22   Entered:03/14/22 16:25:51   Desc:
Exhibit 1-36   Page 19 of 36

IMG_6285.jpg

19





IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                       CASE NO. 12-2039 (GAG)

COMMONWEALTH OF PUERTO RICO, et
al.,

    Defendants.

## ORDER

    The Court Monitor, Arnaldo Claudio, has informed that effective immediately, he will depart

from all monitoring duties.

    **SO ORDERED.**

In San Juan, Puerto Rico this 14th day of May, 2019.

                                    /s Gustavo A. Gelpi
                                  GUSTAVO A. GELPI
                               United States District Judge



Juramenta la coronela Michelle Hernández









WASHINGTON D. C.

# Confirman al puertorriqueño Gustavo Gelpí como juez del Primer Circuito de Apelaciones federales

El Senado de Estados Unidos aprobó el nombramiento en votación 51-42



⊙ 58

Lcdo. José Enrico Valenzuela

zoom

## Colegio de Abogados y Abogada...

🔔

[EN VIVO] El Tribunal de los Estados U... See More

Colegio de Abogados y Abogadas de
Puerto Rico
Sr. Díaz, evidentemente usted tiene
sus diferencias con el Juez Gelpí
pero le rogamos que se abstenga
de hacer más comen... See More

 5

Colegio de Abogados y Abogadas de



https://mail.google.com/mail/u/0/#inbox/FMfcgzGnWTlLWCWkLr-msgbsfxhdVSDJprojector=1&messagePartId=0.58




# INTERNATIONAL BROTHERHOOD OF TEAMSTERS

Tel: 202.624.6847
Fax: 202.624.6884



braymond@teamster.org

## BRADLEY T. RAYMOND
General Counsel

25 Louisiana Avenue, N.W. • Washington, D.C. • 20001





30



# Fiscal de Georgia que investiga a Donald Trump pide ayuda en materia de seguridad al FBI

En un mitin el pasado fin de semana, el expresidente de Estados Unidos arremetió contra las investigaciones en curso en Nueva York, Georgia y Washington

Associated Press    01/02/2022



ARCHIVO - La fiscal del condado de Fulton, Fani Willis, habla durante una entrevista en su oficina, el 24 de febrero de 2021, en Atlanta.

John Bazemore / AP







3/14/22, 8:43 AM    Case:17-03283-LTS   Doc#:20333-1   Filed:03/14/22   Entered:03/14/22 16:25:51   Desc:
IMG_6296.jpg
Exhibit 1-36   Page 35 of 36

35





# A PHILOSOPHER

## Hon. Jay Garcia-Gregory '66

BY TROY WATKINS



S how does a high school student in San Juan, Puerto Rico, end up at a small liberal arts college in Worcester, Massachusetts, in the early 1960s? There was no Internet or social media, but there was a brochure about Catholic colleges, and Assumption College was the one that appealed to **Jay Garcia-Gregory '66** and his high school friend, **Luis Bras Celcián, Esq. '66**.

Both young men were accepted to Assumption, and Garcia-Gregory set his sight on a career in foreign affairs. Assumption's reputation for preparing graduates to enter that arena was well respected.

"When I started at Assumption, I thought the foreign affairs curriculum would help me in a potential diplomatic career," he says. He credits Father Ernest Fortin's courses in political philosophy and psychology with developing his passion for understanding human conduct, his thirst for wisdom, and his decision to change his major to philosophy.

"My thirst for learning was fueled by the metaphysics of St. Thomas Aquinas and all the philosophy courses," Garcia-Gregory said. He also

was fascinated by the theology and the classics courses, and was profoundly impacted by *The Confessions of St. Augustine*. The critical thinking, careful analysis and strong writing skills he honed, have served him well in his career as a lawyer and now as a judge in the U.S. District Court in Puerto Rico.

After his Assumption graduation, Garcia-Gregory studied philosophy at the graduate level in Spain, and then returned to Puerto Rico to study law at the University of Puerto Rico, graduating in 1972. He wanted to teach law, so he pursued further graduate studies at Columbia University Law School.

After returning to Puerto Rico and being admitted to practice, he clerked for the chief judge of the Federal District Court. Garcia-Gregory then joined the firm Fiddler, González and Rodríguez, where he practiced law for 25 years in areas such as federal litigation and appellate practice, banking, corporate, insurance, and the environment.

"My private practice career was varied and very interesting," stated Garcia-Gregory. "I regularly presented arguments to the U.S. Court of Appeals for Circuit in Boston. In one case, I helped inmates at the penal system get improvements that affected their health and well being.