# **EXHIBIT A**

**GOVERNMENT OF PUERTO RICO**
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

## Municipal Secondary Market Disclosure Information Cover Sheet
## Municipal Securities Rulemaking Board (MSRB)
## Electronic Municipal Market Access System (EMMA)
## Additional / Voluntary Event-Based Disclosure

**THIS FILING RELATES TO ALL OR SEVERAL SECURITIES ISSUED BY THE ISSUER, OR ALL OR SEVERAL SECURITIES OF A SPECIFIC CREDITOR:**

Issuer's Name: Commonwealth of Puerto Rico; Puerto Rico Public Buildings Authority; Employees Retirement System of the Government of the Commonwealth of Puerto Rico; and Puerto Rico Infrastructure Financing Authority.

Other Obligated Person's Name (if any): _____

Nine-digit CUSIP number(s): 745145, 74514L; 29216M; 745235, 745232; 745223AA5

**TYPE OF INFORMATION PROVIDED:**

- A. ☐ Amendment to Continuing Disclosure Undertaking
- B. ☐ Change in Obligated Person
- C. ☐ Notice to Investor Pursuant to Bond Documents
- D. ☐ Communication from the Internal Revenue Service
- E. ☐ Bid for Auction Rate and Other Securities
- F. ☐ Capital or Other Financing Plan
- G. ☐ Litigation / Enforcement Action
- H. ☐ Change of Tender Agent, Remarketing Agent or Other On-going Party
- I. ☐ Derivative or Other Similar Transaction
- J. ☒ Other Event-Based Disclosures: Notice regarding the HTA CVI Notes

I represent that I am authorized by the issuer, obligor or its agent to distribute this information publicly.

*/s/ Hecrian D. Martínez Martínez*
Hecrian D. Martínez Martínez
Puerto Rico Fiscal Agency and Financial Advisory Authority,
  as Fiscal Agent for the Commonwealth and its instrumentalities

Dated: March 14, 2022

Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, PR 00907 I PO Box 42001, San Juan, PR 00940-2001

787.722.2525   contact@aafaf.pr.gov   aafaf.pr.gov

# COMMONWEALTH OF PUERTO RICO

# VOLUNTARY EVENT NOTICE

On May 3, 2017, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") filed a voluntary petition for relief for the Commonwealth for Puerto Rico (the "Commonwealth") pursuant to Title III of the Puerto Rico Oversight, Management and Economic Stability Act, Pub. L. 114-187, 130 Stat. 549, 48 U.S.C. § 2101, *et. seq.* (2016) with the United States District Court for the District of Puerto Rico (the "Court"). On January 18, 2022, the Court confirmed the Modified Eight Amended Title III Joint Plan of Adjustment, as amended (the "Plan of Adjustment"). The Plan of Adjustment incorporates the terms of that certain HTA/CCDA Related Plan Support Agreement, dated as of May 5, 2021, by and among the Oversight Board and certain HTA and CCDA creditors (the "HTA/CCDA Plan Support Agreement").

As provided in the Plan of Adjustment, the Commonwealth will issue certain contingent value instrument securities (as defined in the Plan of Adjustment, the "Notes") for the purpose of restructuring certain of its existing obligations. The delivery of the Notes bearing the CUSIPs 74514L4B0, 74514L4C8, 74514L4D6 and 74514L4E4 (the "HTA CVI Notes") and the interim distribution of cash from HTA to holders of HTA 68 and HTA 98 Senior Bonds contemplated under the HTA/CCDA Plan Support Agreement are subject to satisfaction of the "HTA Distribution Conditions," as defined in the Plan of Adjustment. Such HTA Distribution Conditions include:

- the Effective Date of the Plan of Adjustment shall have occurred;
- the documentation of the "HTA Plan, the HTA Confirmation Order, the New HTA Bonds Indenture, the Trust Documentation (if any), and the Custodial Trust Documents (solely as they relate to Assured and National) shall have been agreed upon by the Oversight Board, Assured and National;" and
- certain thresholds of HTA bondholders remain party to the HTA/CCDA Plan Support Agreement.

The HTA Distribution Conditions will not be satisfied by March 15, 2022, when the Plan of Adjustment is expected to go effective (the "Effective Date"). Accordingly, the HTA CVI Notes will be issued on the Effective Date but held by a custodian for the benefit of the creditors who are entitled to receive such HTA CVI Notes upon satisfaction of the HTA Distribution Conditions.

COMMONWEALTH OF PUERTO RICO

Dated: March 14, 2022