UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER REGARDING MATTERS THAT MAY BE RESOLVED IN CONNECTION WITH
THE MODIFIED EIGHTH AMENDED PLAN FOLLOWING THE PLAN'S EFFECTIVE DATE

        In light of the *Order and Judgment Confirming Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority* (Docket Entry No. 19813) (the "Confirmation Order"),[2] pursuant to which the Court confirmed the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, (Docket Entry No. 19784) (the "Plan"), and subject to the Conditions

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     The Confirmation Order incorporates by reference the *Findings of Fact and Conclusions of Law in Connection with Confirmation of the Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority* (Docket Entry No. 19812). (See Confirmation Ord. ¶ 3.)

Precedent to the Effective Date,[3] the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") shall file an informative motion (the "Motion") containing a definitive list, in the form of a chart, identifying the currently outstanding asserted Claims and Disputed Claims (collectively, the "Matters") that will be subject to resolution in connection with the Plan on or after the Effective Date. Specifically, the chart shall provide data in at least the following categories:

- An identification of the relevant Matter, including the underlying Case or Adversary Proceeding and, where appropriate, the docket entry number of the Matter.

- An explanation of how the Matter shall be resolved (such as by a notice of dismissal, motion, stipulation, etc.), the identity of the party or parties that will take such action, and the extent to which any remaining conditions precedent to the Matter's resolution remain outstanding.

- An estimated timeframe within which the Oversight Board expects that such action will be taken.

The Motion shall be due by **March 25, 2022**, at **5:00 p.m. (AST)**.

SO ORDERED.

Dated: March 15, 2022

        /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[3] Capitalized terms not defined herein shall have the meanings given to them in the Plan.