15 Marzo 2022

Caso. Num. 19c 2015 0042

Moción En derecho Propio.-

Hago constar, que Yo, Luis Y. Chino Ramirez, solicitando al tribunal federal para continuar los procesos en tribunal estatal, conforme al procedimiento previamente informado mediante moción informativa sobre solicitar relevo de la paralización automática en el caso del Gobierno de Puerto Rico bajo el Título III Promesa.

Deseo ante este foro que me hagan el pago del mismo, ya que hay sentencia firme desde el 2014 y 2016, conforme con lo establecido, que tomen en acción, lo referido.

Ings. Y. Chino Ramirez
H.C. 02 Box 6307
Barrio Botijo, sector
Los Condomenios, Adjuntas
P.R. 00601

787-423-7838