ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE UTUADO-SUPERIOR

MIRO RAMIREZ, IRIS YOLANDA
  DEMANDANTE

VS.

ESTADO LIBRE ASOCIADO DE PR
  DEMANDADO

CASO NÚM. L AC2015-0042
SALÓN NÚM. 5

SOBRE:
IMPUGNACION DE CONFISCACION

A:  MIRO RAMIREZ, IRIS Y

    HC 02 BOX 6302
    ADJUNTAS PR 00601

NOTIFICACIÓN

LIC. RODRÍGUEZ DÍAZ NELSON J.
nelson.rodriguez@justicia.pr.gov  lcdo.nrodriguez@yahoo.com

LIC. GONZÁLEZ MARTÍNEZ SOLMARY
solgonzalez@justicia.pr.gov  solgonzalez@justicia.pr.gov

EL[LA] SECRETARIO[A] QUE SUSCRIBE CERTIFICA Y NOTIFICA A USTED QUE CON RELACIÓN CASO DE EPÍGRAFE
ESTE TRIBUNAL EMITIÓ UNA ORDEN EL 24 DE FEBRERO DE 2022.

SE ANEJA COPIA O INCLUYE ENLACE:

FDO. JUAN E ADAMES RAMOS
JUEZ

SE LE ADVIERTE QUE AL SER UNA PARTE O SU REPRESENTANTE LEGAL EN EL CASO SUJETO A ESTA ORDEN, USTED PUEDE PRESENTAR UN RECURSO DE APELACIÓN, REVISIÓN O CERTIORARI, DE CONFORMIDAD CON EL PROCEDIMIENTO Y EN EL TÉRMINO ESTABLECIDO POR LEY, REGLA O REGLAMENTO.

CERTIFICO QUE LA DETERMINACIÓN EMITIDA POR EL TRIBUNAL FUE DEBIDAMENTE REGISTRADA Y ARCHIVADA HOY 07 DE MARZO DE 2022, Y QUE SE ENVIÓ COPIA DE ESTA NOTIFICACIÓN A LAS PERSONAS ANTES INDICADAS, A SUS DIRECCIONES REGISTRADAS EN EL CASO CONFORME A LA NORMATIVA APLICABLE. EN ESTA MISMA FECHA FUE ARCHIVADA EN AUTOS COPIA DE ESTA NOTIFICACIÓN.

EN UTUADO, PUERTO RICO, A 07 DE MARZO DE 2022.

DIANE ALVAREZ VILLANUEVA
-----------------------------------------
NOMBRE DEL (DE LA)
SECRETARIO(A) REGIONAL

Por: f/YAMARIS ESTRONZA MALDONADO
-----------------------------------------
NOMBRE Y FIRMA DEL (DE LA)
SECRETARIO(A) AUXILIAR DEL TRIBUNAL

OAT1812-Formulario Único de Notificación-Sentencias, Resoluciones, Órdenes y Minutas
(Noviembre 2016)

ESTADO LIBRE ASOCIADO DE PUERTO RICO

TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE UTUADO

| IRIS YOLANDA MIRO RAMIREZ | CIVIL NUMERO: L AC2015-0042 |
|---|---|
| DEMANDANTE | |
| Vs. | |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO | SOBRE: |
| | IMPUGNACION DE CONFISCACION |
| DEMANDADO | |

# ORDEN

Atendida la *Moción por derecho propio* presentada por la parte demandante y la *Moción Asumiendo Representación Legal y en Cumplimiento de Orden* presentada por la parte demandada, el 23 de febrero de 2022, se dispone lo siguiente:

1. Se acepta la representación legal del Lcdo. Nelson Rodríguez Díaz como abogado de la parte demandada, Estado Libre Asociado de Puerto Rico.

2. Se toma conocimiento de lo informado por la parte demandada a los fines de que el presente caso continúa paralizado por la Ley Promesa y de que no existe relevo de paralización del Título III.

3. La parte demandante, Sra. Iris Yolanda Miró Ramírez, deberá solicitar relevo de paralización conforme a lo establecido en Ley, solicitando autorización al Tribunal Federal para continuar los procesos en el Tribunal Estatal, conforme al procedimiento previamente informado a la parte demandante mediante Moción Informativa sobre Procedimiento para Solicitar Relevo de la Paralización Automática en el caso del Gobierno de Puerto Rico bajo el Título III de PROMESA, presentada por la parte demandada el 11 de abril de 2018.

En Utuado, Puerto Rico a 24 de febrero de 2022.

NOTIFÍQUESE.

JUAN E. ADAMES RAMOS
JUEZ SUPERIOR

NUMERO IDENTIFICADOR:
ORD2022 0002174?

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE UTUADO-SUPERIOR

MIRO RAMIREZ, IRIS YOLANDA
DEMANDANTE

CASO NÚM. L AC2015-0042
SALÓN NÚM. 5

VS.

SOBRE:
IMPUGNACION DE CONFISCACION

ESTADO LIBRE ASOCIADO DE PR
DEMANDADO

A: MIRO RAMIREZ, IRIS Y

HC02 BOX 6302
ADJUNTAS PR 00601

NOTIFICACIÓN

LIC. AYALA CRUZ IVAN R
bufeteayalacadiz@gmail.com bufeteayalacadiz@gmail.com

LIC. GONZÁLEZ MARTÍNEZ SOLMARY
solgonzalez@justicia.pr.gov divisionconfiscaciones@justicia.pr.gov

EL[LA] SECRETARIO[A] QUE SUSCRIBE CERTIFICA Y NOTIFICA A USTED QUE CON RELACIÓN CASO DE EPÍGRAFE
ESTE TRIBUNAL EMITIÓ UNA RESOLUCION EL 19 DE MARZO DE 2018.

SE ANEJA COPIA O INCLUYE ENLACE:

FDO. VICTOR D. DE JESUS CUBANO
JUEZ

SE LE ADVIERTE QUE AL SER UNA PARTE O SU REPRESENTANTE LEGAL EN EL CASO SUJETO A ESTA RESOLUCION , USTED PUEDE PRESENTAR UN RECURSO DE APELACIÓN, REVISIÓN O CERTIORARI, DE CONFORMIDAD CON EL PROCEDIMIENTO Y EN EL TÉRMINO ESTABLECIDO POR LEY, REGLA O REGLAMENTO.

CERTIFICO QUE LA DETERMINACIÓN EMITIDA POR EL TRIBUNAL FUE DEBIDAMENTE REGISTRADA Y ARCHIVADA HOY 02 DE ABRIL DE 2018, Y QUE SE ENVIÓ COPIA DE ESTA NOTIFICACIÓN A LAS PERSONAS ANTES INDICADAS, A SUS DIRECCIONES REGISTRADAS EN EL CASO CONFORME A LA NORMATIVA APLICABLE. EN ESTA MISMA FECHA FUE ARCHIVADA EN AUTOS COPIA DE ESTA NOTIFICACIÓN.

EN UTUADO, PUERTO RICO, A 02 DE ABRIL DE 2018.

DIANE ALVAREZ VILLANUEVA
-------------------------------------------
NOMBRE DEL (DE LA)
SECRETARIO(A) REGIONAL

Por:f/GLORIA I. RIVERA FONSECA
-------------------------------------------
NOMBRE Y FIRMA DEL (DE LA)
SECRETARIO(A) AUXILIAR DEL TRIBUNAL

OAT1812-Formulario Único de Notificación-Sentencias,Resoluciones,Órdenes y Minutas
(Noviembre 2016)

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE UTUADO
SALA SUPERIOR

| | |
|---|---|
| **IRIS Y. MIRÓ RAMÍREZ**<br>Demandante<br><br>Vs.<br><br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS**<br>Demandados | **CIVIL NUM: L AC2015-0042**<br><br><br>**SOBRE:**<br>**IMPUGNACIÓN DE CONFISCACIÓN** |

## RESOLUCIÓN

Atendida la *Moción Por derecho Propio* presentada por la parte demandante, Iris Y. Miró Ramírez, el 27 de febrero de 2018, el Tribunal determina lo siguiente:

1. El 24 de enero de 2017, se ordenó consignar el valor del bien confiscado de conformidad con la Ley Uniforme de Confiscaciones tan pronto el Estado identifique los próximos fondos para el pago de la Sentencia.

2. Se aclara que la Sentencia del 12 de abril de 2016 dispuso que, de ser necesario, se pagara a la parte demandante el importe de la tasación al momento de la ocupación o la cantidad de dinero por la cual se haya vendido la unidad, lo que resultara mayor. Po lo tanto, el interés legal, a razón de un .50% anual, se calculará desde que la Sentencia del 12 de abril de 2016 advino final y firme hasta el cumplimiento de la misma.

En Utuado, Puerto Rico, hoy 19 de marzo de 2018.

**NOTIFÍQUESE.**

*(firma)*
**VÍCTOR D. DE JESÚS CUBANO**
**JUEZ SUPERIOR**

Núm. Identificador:
RES2018000026129

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE UTUADO
SALA SUPERIOR

| | |
|---|---|
| IRIS YOLANDA MIRO RAMIREZ<br>Demandante | CIVIL NÚM.: LAC2015-0042 |
| Vs. | |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO, ET. ALS.<br>Demandados | SOBRE: IMPUGNACIÓN DE CONFISCACIÓN, DAÑOS Y PERJUICIOS |

## Moción en cumplimiento de Orden

**AL HONORABLE TRIBUNAL:**

**COMPARECE** la parte demandante, **IRIS YOLANDA MIRO RAMIREZ**, por conducto de su abogado que suscribe y respetuosamente EXPONE, ALEGA y SOLICITA:

1. El Honorable Tribunal nos solicitó que expusiéramos nuestra posición a la réplica de la parte demandada.

2. La parte demandante tiene interés en la entrega del vehículo ya que a la Sr. Iris Miro se le informo que estaba en Salinas disponible. La misma hasta visito el lote pero se le negó el acceso.

3. Nuestra prioridad es el vehículo por lo que solicitamos que de estar disponible se entregue o de lo contrario que se emita el pago.

**POR TODO LO CUAL**, respetuosamente se solicita este Honorable Tribunal que, previo los trámites pertinentes de ley, declare HA LUGAR la presente moción, con los demás pronunciamientos que en derecho procedan.

**RESPETUOSAMENTE SOMETIDA.**

En Ponce, Puerto Rico, hoy día 15 de septiembre de 2016.

**CERTIFICO**, haber enviado por correo regular copia fiel y exacta del escrito que antecede al: Lcdo. José M. Tous Cardona, División de Confiscaciones y Fianza Criminal, Oficina de Litigios Generales, Departamento de Justicia, PO Box 9020192, San Juan, Puerto Rico 00902-0192

BUFETE AYALA CÁDIZ, C.S.P.
Calle Castillo Núm. 1,
Ponce, Puerto Rico 00730-3824
Tel.: (787) 842-5204
Tel./Fax: (787)843-9114
Email: bufeteayalacadiz@gmail.com

*Iván R. Ayala*
Lcdo. Iván R. Ayala Cruz
Colegiado Núm. 15,909
RUA TS: 14656

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE UTUADO

| | |
|---|---|
| IRIS YOLANDA MIRO RAMIREZ<br><br>DEMANDANTE<br><br>Vs.<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO<br><br>DEMANDADO | CIVIL NUMERO: L AC2015-0042<br><br><br><br>SOBRE:<br><br>IMPUGNACION DE CONFISCACION, DAÑOS Y PERJUICIOS |

# ORDEN

Evaluada la Moción en cumplimiento de orden, este Tribunal dispone:

Estado Libre Asociado de Puerto Rico se ordena cumplir con la entrega del vehículo de estar disponible o la entrega del pago correspondiente.

        MARCA: NISSAN
        MODELO: VERSA
        AÑO: 2007
        NUMERO TABLILLA: HBM-271

En Utuado, Puerto Rico a 23 de septiembre de 2016.

**NOTIFIQUESE.**

                      VICTOR D. DE JESUS CUBANO
                              JUEZ SUPERIOR

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE UTUADO
SALA SUPERIOR

| | |
|---|---|
| IRIS YOLANDA MIRO RAMIREZ<br>Demandante<br><br>Vs.<br><br>ESTADO LIBRE ASOCIADO DE<br>PUERTO RICO, ET. ALS.<br>Demandados | CIVIL NÚM.: L AC2015-0042<br><br>SOBRE: IMPUGNACIÓN DE<br>CONFISCACIÓN, DAÑOS Y PERJUICIOS |

## Moción en solicitud de Orden

**AL HONORABLE TRIBUNAL:**

**COMPARECE** la parte demandante, **IRIS YOLANDA MIRO RAMIREZ**, por conducto de su abogado que suscribe y respetuosamente EXPONE, ALEGA y SOLICITA:

1. El día 12 de abril de 2016 el Honorable Tribunal dictó sentencia ordenando al Estado a devolver a la parte demandante el vehículo de motor objeto del pleito o en su defecto, le pagara el importe de la tasación al momento de la ocupación o la cantidad de dinero por la cual se haya vencido, lo que resulte mayor.

2. La parte demandada al presente no a cumplido con la sentencia la parte demandante pudo observar su vehículo en el lote de carros en Salinas.

3. La parte demandante solicita al Honorable Tribunal que ordene a la Junta de Confiscaciones a permitir hacer una inspección ocular en el lote de Salinas para verificar si el vehículo está en el lugar distinto a que fue vendido en subasta.

**POR TODO LO CUAL**, respetuosamente se solicita este Honorable Tribunal que, previo los trámites pertinentes de ley, declare HA LUGAR la presente moción, con los demás pronunciamientos que en derecho procedan.

**RESPETUOSAMENTE SOMETIDA.**

En Ponce, Puerto Rico, hoy día 21 de diciembre de 2016.

**CERTIFICO**, haber enviado por correo regular copia fiel y exacta del escrito que antecede al: Lcdo. José M. Tous Cardona, División de Confiscaciones y Fianza Criminal, Oficina de Litigios Generales, Departamento de Justicia, PO Box 9020192, San Juan, Puerto Rico 00902-0192.

BUFETE AYALA CÁDIZ, C.S.P.
Calle Castillo Núm. 1,
Ponce, Puerto Rico 00730-3824
Tel.: (787) 842-5204 Tel./Fax: (787)843-9114
Email: bufeteayalacadiz@gmail.com

Lcdo. Iván R. Ayala Cruz
Colegiado Núm. 15,909 / RUA TS: 14656

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE UTUADO-SUPERIOR

| | |
|---|---|
| MIRO RAMIREZ, IRIS YOLANDA<br>DEMANDANTE | CASO NÚM. L AC2015-0042<br>SALÓN NÚM.5 |
| VS. | |
| ESTADO LIBRE ASOCIADO DE PR<br>DEMANDADO | SOBRE:<br>IMPUGNACION DE CONFISCACION |

A: MIRO RAMIREZ, IRIS Y

HC 02 BOX 6302
ADJUNTAS PR 00601

N O T I F I C A C I Ó N

LIC. RODRÍGUEZ DÍAZ NELSON J.
nelson.rodriguez@justicia.pr.gov lcdo.nrodriguez@yahoo.com

LIC. GONZÁLEZ MARTÍNEZ SOLMARY
solgonzalez@justicia.pr.gov solgonzalez@justicia.pr.gov

EL[LA] SECRETARIO[A] QUE SUSCRIBE CERTIFICA Y NOTIFICA A USTED QUE CON RELACIÓN MOCIÓN: POR DERECHO PROPIO
ESTE TRIBUNAL EMITIÓ UNA ORDEN EL 24 DE FEBRERO DE 2022.

SE TRANSCRIBE LA DETERMINACIÓN A CONTINUACIÓN:

VÉASE ORDEN DEL 24 DE FEBRERO DE 2022.

FDO.JUAN E ADAMES RAMOS
JUEZ

SE LE ADVIERTE QUE AL SER UNA PARTE O SU REPRESENTANTE LEGAL EN EL CASO SUJETO A ESTA ORDEN , USTED PUEDE PRESENTAR UN RECURSO DE APELACIÓN, REVISIÓN O CERTIORARI, DE CONFORMIDAD CON EL PROCEDIMIENTO Y EN EL TÉRMINO ESTABLECIDO POR LEY, REGLA O REGLAMENTO.

CERTIFICO QUE LA DETERMINACIÓN EMITIDA POR EL TRIBUNAL FUE DEBIDAMENTE REGISTRADA Y ARCHIVADA HOY 07 DE MARZO DE 2022 ,Y QUE SE ENVIÓ COPIA DE ESTA NOTIFICACIÓN A LAS PERSONAS ANTES INDICADAS, A SUS DIRECCIONES REGISTRADAS EN EL CASO CONFORME A LA NORMATIVA APLICABLE. EN ESTA MISMA FECHA FUE ARCHIVADA EN AUTOS COPIA DE ESTA NOTIFICACIÓN.

EN UTUADO, PUERTO RICO, A 07 DE MARZO DE 2022.

| DIANE ALVAREZ VILLANUEVA | Por:f/YAMARIS ESTRONZA MALDONADO |
|---|---|
| NOMBRE DEL (DE LA)<br>SECRETARIO(A) REGIONAL | NOMBRE Y FIRMA DEL (DE LA)<br>SECRETARIO(A) AUXILIAR DEL TRIBUNAL |

OAT1812-Formulario Único de Notificación-Sentencias,Resoluciones,Órdenes y Minutas (Noviembre 2016)

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE UTUADO-SUPERIOR

| | |
|---|---|
| MIRO RAMIREZ, IRIS YOLANDA<br>　　DEMANDANTE<br><br>　　　VS.<br><br>ESTADO LIBRE ASOCIADO DE PR<br>　　DEMANDADO | CASO NÚM. L AC2015-0042<br>SALÓN NÚM. 5<br><br>SOBRE:<br>IMPUGNACION DE CONFISCACION |

A:   MIRO RAMIREZ, IRIS Y

　　HC 02 BOX 6302
　　ADJUNTAS PR 00601

N O T I F I C A C I Ó N

LIC. RODRÍGUEZ DÍAZ NELSON J.
nelson.rodriguez@justicia.pr.gov lcdo.nrodriguez@yahoo.com

LIC. GONZÁLEZ MARTÍNEZ SOLMARY
solgonzalez@justicia.pr.gov solgonzalez@justicia.pr.gov

EL[LA] SECRETARIO[A] QUE SUSCRIBE CERTIFICA Y NOTIFICA A USTED QUE CON RELACIÓN MOCIÓN: ASUMIENDO REPRESENTACIÓN LEGAL Y EN CUMPLIMIENTO DE ORDEN ESTE TRIBUNAL EMITIÓ UNA ORDEN EL 24 DE FEBRERO DE 2022.

SE TRANSCRIBE LA DETERMINACIÓN A CONTINUACIÓN:

VÉASE ORDEN DEL 24 DE FEBRERO DE 2022.

　　　　　　　　　　　　　　　　　　　　　　　FDO. JUAN E  ADAMES RAMOS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JUEZ

SE LE ADVIERTE QUE AL SER UNA PARTE O SU REPRESENTANTE LEGAL EN EL CASO SUJETO A ESTA ORDEN     , USTED PUEDE PRESENTAR UN RECURSO DE APELACIÓN, REVISIÓN O CERTIORARI, DE CONFORMIDAD CON EL PROCEDIMIENTO Y EN EL TÉRMINO ESTABLECIDO POR LEY, REGLA O REGLAMENTO.

CERTIFICO QUE LA DETERMINACIÓN EMITIDA POR EL TRIBUNAL FUE DEBIDAMENTE REGISTRADA Y ARCHIVADA HOY 07 DE MARZO DE 2022 ,Y QUE SE ENVIÓ COPIA DE ESTA NOTIFICACIÓN A LAS PERSONAS ANTES INDICADAS, A SUS DIRECCIONES REGISTRADAS EN EL CASO CONFORME A LA NORMATIVA APLICABLE. EN ESTA MISMA FECHA FUE ARCHIVADA EN AUTOS COPIA DE ESTA NOTIFICACIÓN.

EN UTUADO, PUERTO RICO, A 07 DE MARZO DE 2022.

| | |
|---|---|
| DIANE ALVAREZ VILLANUEVA | Por:f/YAMARIS ESTRONZA MALDONADO |
| ---------------------------------------- | ---------------------------------------- |
| NOMBRE DEL (DE LA)<br>SECRETARIO(A) REGIONAL | NOMBRE Y FIRMA DEL (DE LA)<br>SECRETARIO(A) AUXILIAR DEL TRIBUNAL |

OAT1812-Formulario Único de Notificación-Sentencias,Resoluciones,Órdenes y Minutas
(Noviembre 2016)

PAG. 01

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE UTUADO

MIRO RAMIREZ, IRIS YOLANDA                 CASO: L AC2015-0042
    DEMANDANTE                                SALON: 5
        VS.
ESTADO LIBRE ASOCIADO DE PR         ACCION CIVIL
    DEMANDADO                               IMPUGNACION DE CONFISCACION
                                                 CAUSAL/DELITO

LIC. AYALA CRUZ IVAN R
1 CALLE CASTILLO ESQ. LOLITA TIZOL
PONCE, PR 00730-3824

NOTIFICACION DE SENTENCIA

EL SECRETARIO QUE SUSCRIBE NOTIFICA A USTED QUE ESTE TRIBUNAL HA DICTADO SENTENCIA EN EL CASO DE EPIGRAFE CON FECHA 12 DE ABRIL DE 2016 , QUE HA SIDO DEBIDAMENTE REGISTRADA Y ARCHIVADA EN LOS AUTOS DE ESTE CASO, DONDE PODRA USTED ENTERARSE DETALLADAMENTE DE LOS TERMINOS DE LA MISMA.

Y, SIENDO O REPRESENTANDO USTED LA PARTE PERJUDICADA POR LA SENTENCIA, DE LA CUAL PUEDE ESTABLECERSE RECURSO DE APELACION, DIRIJO A USTED ESTA NOTIFICACION, HABIENDO ARCHIVADO EN LOS AUTOS DE ESTE CASO COPIA DE ELLA CON FECHA DE 21 DE ABRIL DE 2016 .

TOUS CARDONA JOSE M
DIVISIÓN DE CONFISCACIONES
PO BOX 9020192
SAN JUAN, PR 00902-0192

EN UTUADO, PUERTO RICO, A 21 DE ABRIL DE 2016.

                               DIANE ALVAREZ VILLANUEVA
                               ----------------------------------------
                                      SECRETARIO
               POR MARIA GRISELLE MALDONADO QUILES
                               ----------------------------------------
                                    SECRETARIO AUXILIAR

O.A.T.704-NOTIFICACION DE SENTENCIA

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE UTUADO**

| | |
|---|---|
| **IRIS Y. MIRO RAMIREZ** | **CIVIL NUMERO: L AC2015-0042** |
| **DEMANDANTE** | |
| Vs. | **SOBRE:** |
| **ESTADO LIBRE ASOCIADO DE PUERTO RICO, ET. ALS.** | **IMPUGNACION DE CONFISCACION** |
| **DEMANDADOS** | |

## SENTENCIA

El 5 de agosto de 2015, la parte demandante radico una demanda de impugnación de confiscación del vehículo marca Nissan modelo Versa del año 2007 con tablilla HBM-271 registrado a nombre de Iris Y. Miró Ramírez. La parte demandada contestó la demanda en octubre de 2015 donde alego que la confiscación fue realizada de acuerdo a la ley. Quedando citado el caso para vista el día 18 de marzo de 2016 compareció la parte demandante representada por el Lcdo. Iván R. Ayala Cruz y la parte demandada representada por el Lcdo. José M. Tous Cardona en donde cada parte expuso su posición.

Luego de evaluar la prueba discutida en la vista celebrada el Tribunal concluye:

### DETERMINACIONES DE HECHOS

1. El vehículo de la demandante Iris Yolanda Miro Ramírez fue confiscando por la policía el 25 de febrero de 2014.
2. La parte demandada notifico mediante correo certificado el día 28 de abril de 2014 a las direcciones física y postal de la demanda.
3. Ambas cartas certificadas fueron devueltas por no ser reclamada al Departamento de Justicia el día 20 de mayo de 2014.
4. El 5 de agosto de 2015 la demandada radico una demanda de impugnación de confiscación en donde alega que nunca

Case:17-03283-LTS Doc#:20346-1 Filed:03/15/22 Entered:03/15/22 16:28:43 Desc: Exhibits in the Spanish language Page 13 of 14

LAC2015-0042
SENTENCIA

ha sido notificada por la demandada por lo que la confiscación es en contra de derecho.

A tenor con las anteriores determinaciones de hechos se consignan las siguientes:

## CONCLUSIONES DE DERECHO

El Artículo 4 de la Ley Uniforme de Confiscaciones del Estado Libre Asociado de Puerto Rico, 34 L.P.R.A. § 1723b, dispone en lo pertinente:

La notificación se hará en forma fehaciente **dentro de los treinta (30) días siguientes a la ocupación** de la propiedad mediante el envío por correo certificado a la dirección conocida del dueño, encargado o persona con derecho o interés en la propiedad ocupada. (Énfasis nuestro).

El Artículo 8 de la Ley Uniforme de Confiscaciones del Estado Libre Asociado de Puerto Rico, 34 L.P.R.A. § 1723f, dispone en lo pertinente:

Las personas notificadas a tenor con lo dispuesto en este capítulo podrán impugnar la confiscación **dentro de los treinta (30) días siguientes a la fecha en que se reciba notificación** mediante la radicación de una demanda contra el Estado Libre Asociado de Puerto Rico y el funcionario que autorizó la ocupación, debiéndose emplazar al Secretario de Justicia dentro de los quince (15) días siguientes a la fecha en que se presentó la demanda. (Énfasis nuestro).

La Regla 36.2 de las de Procedimiento Civil de 1979, 32 L.P.R.A. Ap.III, dispone lo siguiente:

Una parte contra la cual se haya formulado una demanda, reconvención o demanda contra co-parte, demanda contra tercero, o contra la cual se solicite una sentencia declaratoria podrá, en cualquier momento, presentar una moción basada o no en declaraciones juradas para que se dicte **sentencia sumariamente a su favor sobre la totalidad o cualquier parte de la reclamación.** (Énfasis nuestro).

La regla 36.3 de las de Procedimientos Civil de 1979, 32 L.P.R.A. Ap.III, dispone en lo pertinente:

La sentencia solicitada se dictará inmediatamente si las alegaciones, disposiciones (deposiciones), contestaciones a interrogatorios, y admisiones ofrecidas, en unión a las declaraciones juradas, si las hubiere, demostraren que no hay controversia real sustancial en cuanto a ningún hecho material y

AC2015-0042
SENTENCIA

3

que como cuestión de derecho debe **dictarse sentencia sumaria a favor de la parte provente**. (Énfasis nuestro)

En el caso **Vera Morales vs. Bravo Colón, 2004 T.S.P.R. 30,** Tribunal Supremo resolvió que: "El propósito principal de la moción de sentencia sumaria es propiciar la solución justa, rápida y económica de litigios civiles que no presentan controversias genuinas de hechos materiales, por lo tanto no ameritan la celebración de un juicio en su fondo, ya que lo único que resta es dirimir una controversia de derecho. Utilizada de forma apropiada, la sentencia sumaria contribuye a descongestionar los calendarios judiciales".

La prueba presentada ha demostrado que la demanda notifica la confiscación fuera de término por lo que la misma va en contra de la ley.

De conformidad con lo anterior, este Tribunal declara Con Lugar la demanda. En su consecuencia, se ordena al Estado a devolver a la parte demandante el vehículo de motor objeto del pleito o en su defecto, le pagará el importe de la tasación al momento de la ocupación o la cantidad de dinero por la cual se haya vendido, lo que resulte mayor.

En Utuado, Puerto Rico a 12 de abril de 2016.

**REGISTRESE Y NOTIFIQUESE.**

VICTOR D. DE JESUS CUBANO
**JUEZ SUPERIOR**