UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-3283-LTS |
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA),*<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17-04780-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION OF FUEL LINE LENDERS
REGARDING MARCH 23-24, 2022 OMNIBUS HEARING**

---

\*    The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

Pursuant to the Court's *Order Regarding Procedures for March 23-24, 2022 Omnibus Hearing* (Dkt. No. 20323 in Case No. 17-3283), the Fuel Line Lenders respectfully state as follows:

1. Richard G. Mason or Emil A. Kleinhaus of Wachtell, Lipton, Rosen & Katz may appear virtually via Zoom, and reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases to the extent it impacts the interests of the Fuel Line Lenders in these Title III cases.

Dated: March 15, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Nayuan Zouairabani* | */s/ Emil A. Kleinhaus* |
| Nayuan Zouairabani | Richard G. Mason (admitted *pro hac vice*) |
| USDC-PR No. 226411 | Amy R. Wolf (admitted *pro hac vice*) |
| MCCONNELL VALDÉS LLC | Emil A. Kleinhaus (admitted *pro hac vice*) |
| 270 Muñoz Rivera Avenue, Suite 7 | Michael H. Cassel (admitted *pro hac vice*) |
| Hato Rey, Puerto Rico 00918 | WACHTELL, LIPTON, ROSEN & KATZ |
| P.O. Box 364225 | 51 West 52nd Street |
| San Juan, Puerto Rico 00936-4225 | New York, New York 10019 |
| Telephone: (787) 250-5619 | Telephone: (212) 403-1000 |
| Facsimile: (787) 759-9225 | Facsimile: (212) 403-2000 |
| Email: nzt@mcvpr.com | Email: rgmason@wlrk.com |
| | arwolf@wlrk.com |
| | eakleinhaus@wlrk.com |
| | mhcassel@wlrk.com |

*Attorneys for Cortland Capital Market Services LLC, as Administrative Agent*

**EXHIBIT A**
PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party | Fuel Line Lenders |
| Party Name Abbreviation (For Use with Zoom) | FLL |
| Omnibus Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>- Name,<br>- Email,<br>- Law Firm,<br>- Phone Number and<br>- Docket Entry No. for the Attorney's Notice of Appearance<br><br>or<br><br>Individual Party-in-interest Not Represented by Counsel:<br><br>- Name, Email, Phone Number, Proof of Claim Number (if any) | Richard G. Mason<br>RGMason@wlrk.com<br>Wachtell, Lipton, Rosen & Katz<br>(212) 403-1252<br>Docket No. 84 in Case No. 17-4780<br><br>Emil A. Kleinhaus<br>EAKleinhaus@wlrk.com<br>Wachtell, Lipton, Rosen & Katz<br>(212) 403-1047<br>Docket No. 84 in Case No. 17-4780 |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the Hearing Procedures Order ⁋ 2, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in- interest shall be limited to 2 attorneys at any given time. | |