# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>       Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF INTERIM APPLICATION
## FOR COMPENSATION [ECF NOS. 20342 AND 20343]

TO THE HONORABLE COURT
AND INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that in accordance with the Court's order dated February 2, 2022 [ECF No. 19980] directing professionals not to file any further fee applications, regardless of which interim fee period such applications relate to, until after they have filed the disclosures required under the Puerto Rico Recovery Accuracy in Disclosures Act, Luskin, Stern & Eisler, LLP, Special Counsel to the Financial Oversight and Management Board for Puerto Rico, hereby withdraws the following documents:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| Document | Professional | ECF |
|---|---|---|
| *Fourteenth Interim Application of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico, for Compensation and Reimbursement of Expenses for the Period from October 1, 2021 through January 31, 2022* | *Luskin, Stern & Eisler LLP* | 20342 |
| *Notice of Filing of Fourteenth Interim Application of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico, for Compensation and Reimbursement of Expenses for the Period from October 1, 2021 through January 31, 2022* | *Luskin, Stern & Eisler LLP* | 20343 |

Dated: March 15, 2022
White Plains, New York

Respectfully submitted,

/s/ Michael Luskin_____
Michael Luskin (admitted *pro hac vice*)
Lucia T. Chapman (admitted *pro hac vice*)
Stephan E. Hornung (admitted *pro hac vice*)

**LUSKIN, STERN & EISLER LLP**
50 Main Street
White Plains, New York 10606
Telephone: (212) 597-8200
Fascimile: (212) 597-8240
luskin@lsellp.com
chapman@lsellp.com
hornung@lsellp.com

*Special Counsel to the Financial Oversight and Management Board for Puerto Rico*