**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>                      Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION OF THE OFFICIAL COMMITTEE OF RETIRED
EMPLOYEES OF THE COMMONWEALTH OF PUERTO RICO
<u>DESIGNATING MEMBERS OF THE PENSION BENEFITS COUNCIL</u>**

The Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "**Retiree Committee**") hereby submits this informative motion designating members of the Pension Benefits Council (as defined herein).

On March 15, 2022, the Financial Oversight and Management Board for Puerto Rico filed its *Fourth Amended Plan Supplement and Plan Related Documents of the Commonwealth of Puerto Rico* et al. [Dkt. 20353] (as it may be further amended, modified, or supplemented, the "**Plan Supplement**") in accordance with section 1.393 of the *Modified Eighth Amended Title III*

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

*Joint Plan of Adjustment* [Dkt. 19784] (the "**Plan of Adjustment**"). The Plan Supplement attaches as Exhibit H the *Pension Reserve Deed of Trust* and *Guidelines for the Governance and Administration of the Puerto Rico Plan of Adjustment Pension Reserve Trust and Monitoring of Plan of Adjustment Pension Benefits* (as they may be further amended, modified, or supplemented, the "**Pension Reserve Guidelines**").

The Pension Reserve Guidelines provide for the creation of a Commonwealth Plan of Adjustment Pension Benefits Council (the "**Pension Benefits Council**") to ensure the Commonwealth of Puerto Rico's compliance with certain provisions of the Plan of Adjustment related to the funding of the Pension Reserve Trust (as defined in the Pension Reserve Guidelines) and to evaluate and address in accordance with the Pension Reserve Guidelines any requests by the Commonwealth to withdraw funds from the Pension Reserve Trust, all as more fully described in the Pension Reserve Guidelines.[2]

Section 2.2.A of the Pension Reserve Guidelines provides that the Pension Benefits Council shall initially include five Eligible Retirees (as defined in the Pension Reserve Guidelines) appointed by the Retiree Committee.

In accordance with section 2.2.A of the Pension Reserve Guidelines, the Retiree Committee hereby gives notice that it appoints the following Eligible Retirees as members of the Pension Benefits Council:

1. **Carmen Haydee Núñez**. Ms. Núñez retired from public service as the Executive Director of the Secretary's Office of the Puerto Rico State Insurance Fund after 30 years of working in various positions for the Fund.

---

[2] The description of the Pension Reserve Guidelines herein is subject to all provisions of the Pension Reserve Guidelines, and in the event of any conflict or discrepancy between the description herein and the Pension Reserve Guidelines, the Pension Reserve Guidelines shall control.

2

2. **Blanca E. Paniagua**. Ms. Paniagua retired after 38 years of public service, including positions with the Puerto Rico Treasury Department and Puerto Rico Department of Social Services.

3. **Juan Ortiz Curet**. Mr. Ortiz retired from the Puerto Rico Department of Education after serving as a teacher for 30 years.

4. **Wanda Santiago**. Ms. Santiago retired from public service as the Executive Director of the Teachers Retirement System after holding positions with multiple retirement systems of the Commonwealth of Puerto Rico, the Puerto Rico Department of Justice, and the Municipality of San Juan.

5. **Carlos A. Cabán**. Mr. Cabán retired as a Puerto Rico Appellate Court judge after previously serving as a Superior Court judge, Municipal Court judge, and Regional Administrator of the Judiciary Regions of San Juan and Humacao.

WHEREFORE, the Retiree Committee respectfully requests that the Court take notice of the foregoing.

| | |
|---|---|
| March 15, 2022 | Respectfully submitted, |
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
| By:<br>*/s/ Robert Gordon*<br>Robert Gordon (admitted *pro hac vice*)<br>Richard Levin (admitted *pro hac vice*)<br>Carl Wedoff (admitted *pro hac vice*)<br>1155 Avenue of the Americas<br>New York, NY 10036<br>rgordon@jenner.com<br>rlevin@jenner.com<br>cwedoff@jenner.com<br>212-891-1600 (telephone)<br>212-891-1699 (facsimile) | By:<br>*/s/ A.J. Bennazar-Zequeira*<br>A.J. Bennazar-Zequeira<br>Héctor M. Mayol Kauffmann<br>Francisco del Castillo Orozco<br>Edificio Union Plaza 1701<br>Avenida Ponce de León #416<br>Hato Rey, San Juan<br>Puerto Rico 00918<br>ajb@bennazar.org<br>hector.mayol@bennazar.org<br>francisco.delcastillo@bennazar.org<br>787-754-9191 (telephone)<br>787-764-3101 (facsimile) |
| Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>Landon Raiford (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, IL 60654<br>csteege@jenner.com<br>mroot@jenner.com<br>lraiford@jenner.com<br>312-222-9350 (telephone)<br>312-239-5199 (facsimile) | *Counsel for The Official Committee of Retired Employees of Puerto Rico* |