# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| | No. 17-bk-3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | |
| Debtors. | |

## NOTICE OF WITHDRAWAL OF CITIGROUP GLOBAL MARKETS INC.'S TENTH AND ELEVENTH INTERIM FEE APPLICATIONS

PLEASE TAKE NOTICE that in accordance with the Order entered February 2, 2022, directing professionals not to file further interim fee applications until after they made disclosures required by the Puerto Rico Recovery Accuracy in Disclosures Act (ECF Doc. #19980), Citigroup Global Markets Inc. hereby withdraws its tenth interim fee application (ECF Doc. #20306) and eleventh interim fee application (ECF Doc. #20307).

Dated: March 16, 2022

Respectfully submitted,

/s/ John Gavin
John Gavin
Managing Director
*Citigroup Global Markets Inc.*

Prepared by:

/s/ Jeffrey Chubak
Jeffrey Chubak
AMINI LLC
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
jchubak@aminillc.com
*Attorneys for Citigroup Global Markets Inc.*