UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO et al., <br><br> Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |

ORDER AMENDING SCOPE OF MARCH 18, 2022, STATUS REPORT REQUIRED BY THE ORDER DENYING URGENT MOTION OF THE AD HOC GROUP OF PREPA BONDHOLDERS TO APPOINT A MEDIATOR AND IMPOSE DEADLINES FOR A PREPA PLAN OF ADJUSTMENT AND DIRECTING ADDITIONAL CONSULTATION AND FILINGS

    On March 8, 2022, the Court entered the *Order Denying Urgent Motion of the Ad Hoc Group of PREPA Bondholders to Appoint a Mediator and Impose Deadlines for a PREPA Plan of Adjustment and Directing Additional Consultation and Filings* (Docket Entry No. 20278 in Case No. 17-3283, the "March 8 Order"). The March 8 Order directs the Oversight Board[2] and AAFAF to file a joint status report by March 18, 2022, at 12:00 p.m. (the "Joint Status Report") regarding the parties' progress in "consider[ing] whether a consensual mediation arrangement can be entered into promptly to resolve key plan-related issues" and constructing a

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not defined herein have the meaning given to them in the March 8 Order.

mediation proposal consistent with the criteria set forth in the March 8 Order. (Mar. 8 Ord. at 12.)

The Court is exploring whether a judicial mediator or mediation team can be made available to facilitate development of a plan of adjustment for PREPA and the resolution of related litigation. In light of the commencement of that process, the Joint Status Report need only address (i) the parties' progress toward eliciting consent for mediation and (ii) the parties' progress toward defining the scope of mediation.

This Order does not modify the May 2, 2022, deadline set by the March 8 Order.

SO ORDERED.

Dated: March 16, 2022

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge