UNITED STATES DISTRICT COURT
for the DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al., Debtors. | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br>**This filing relates to the Commonwealth, HTA and ERS** |

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

Notice is hereby given that Maria I. Feliciano Rosado, named above, is hereby appeals from the Treatment of "Claim to be Disallowed" of the Claim #179662 entered in the above-entitled action on February 16, 2022. This case was treated as follows: the original claim of May 3, 2018, was classified as Proof of Claim Case Number 10547; with the Omnibus Objection Number 362; and ECF Response (if available) 18290.

In addition to the above, the debtors exercised their right to oppose Maira Feliciano's Claim, to the detriment of their right to seek justice, alleging that the claim evidence was not submitted on time (date filed: 10/18/2021). Nothing is further from the truth. However, the "Asserted Claim Amount" to the claimant was $0.00. As a matter of fact, the additional proof was delivered on September 27, 2021, by certified mail with acknowledgment of receipt, on October 4, 2021, personally at the E.L.A. to accept deliveries, at the Bianca Convention Center in Añasco, Puerto Rico, and on February 6, 2022, by certified mail with acknowledgment of receipt. Failing that, the claimant filed a

1

"MOTION REQUEST FOR EXTENSION TO OBJECT WITH REPLY" on September 27, 2021.

The claimant presents himself as an individual creditor and holder of the Claim, to give voice to his son, LARF, now 17 years old, who continues to be under KIDNAPPING, since December 14, 2011, the same day he turned 7 years, and «ENFORCED DISAPPEARANCE», counted from May 13, 2012, to this day, and without anyone caring. This crime against humanity is a mechanism of repression against Mrs. Feliciano Rosado, in cruel and unusual punishment for her justified complaints against «JUDICIAL CORRUPTION», which is an «Alien Monster», since it is being perpetrated and perpetuated with the authorization and protection of State agents, followed by the lack of information[1] on the current whereabouts of the minor. The perfect crime! Reason why the Administration for Child Support (A.S.U.M.E.) refuses to reveal to Mrs. Maira Feliciano the place where the L.A.R.F. child support payments are being sent, outside of THE COMMONWEALTH OF PUERTO RICO or E.L.A. and its territories, and at the expense of the illegal seizure of her retirement pension from the Teachers' Retirement System, which gives this case an «ORGANIZED CRIME» twist (See Annexes 1), and that grossly violate the "Racketeer Influenced and Corrupt Organization Act", 28 U.S.C. 1962 et seq. (RICO Act or Law against organized crime).

This case is atypical. In particular, for "*reflecting a seriousness that violently disrupts the pillars of integrity and justice of our MAGISTERIUM*", Pueblo v. Álvarez, 108

---

[1] Article III of the Inter-American Convention on Forced Disappearance of Persons, adopted on June 9, 1994, reads as follows: "Said crime shall be considered continuing or permanent until the fate or whereabouts of the victim is established." Id. Art. II reads as follows: "For the purposes of this Convention, forced disappearance is considered to be the deprivation of liberty of one or more persons, whatever its form, committed by agents of the State, or person or groups of persons, [...] State authorization."

2

DPR 112 (1978), which enjoys total impunity to keep the minor L.A.R.F. as a HOSTAGE, for EXPLOITATION FOR THE PURPOSE OF INVOLUNTARY SERVITUDE, FOR A NEW PROFITABLE MODALITY OF "CONSUMER SALE" FOR THE TRAFFICKING OF MINORS IN THE TERRITORY OF THE COMMONWEALTH OF PUERTO RICO (E.L.A.), prosecuted by Law under a sentence of amparo and as a result of a reprehensible «JUDICIAL CORRUPTION SCHEME». Certainly, the Fiscal Control Board has the power to release the minor L.A.R.F. from the jaws of «the Alien Monster of Judicial Corruption». Free Leo!

Due to all the above, the complaining party appears before the First (1st) Circuit of Appeals, protected by the "Puerto Rico Law for Supervision, Administration and Economic Stability" («PROMESA»), 48 USC §§ 2101-2241, promulgated by the United States Congress, and by virtue of Article IV, Section 3, of the Federal Constitution, and Section 4 entitled Supremacy of «PROMESA», which reads as follows: *"The provisions of this Law shall prevail over any specific or general provision of the territorial, state laws or territorial or state regulations that are incompatible with this Law"*. In addition, the claimant party invokes Section 205 of Title III, entitled Responsibility of the Fiscal Oversight Board, of the «PROMESA» LAW, so that the Board exercises its POWER to intervene in "*THE EFFECTS AND JUDICIAL ORDERS OF THE TERRITORY IN THE OPERATIONS OF THE TERRITORIAL GOVERNMENT*".

Said law established a Fiscal Control Board, composed of seven members appointed by the President of the United States, who will oversee the execution of the provisions of «PROMESA». There is no doubt that the Board has focused its efforts on the creation of the Fiscal Plan, the negotiations for the payment of the debt with the

3

bondholders, the recently started bankruptcy procedure and the future economic repercussions. But he has NOT attacked the serious problem of corruption in the Government of the E.L.A. In particular, the people have not been freed from JUDICIAL CORRUPTION, although the Board has the power to initiate a restructuring of the judicial system of Puerto Rico. What's more, "the debt is paid by corruption" (Lcdo. Lozada Colón (2022). How can a country be saved from its economic crisis if the corruption problem that causes it is not tackled?

For its part, regarding «PROMESA», the Puerto Rico Court of Appeals has ruled as follows:

> "*These basic legal controversies are just some of the questions that need to be answered in this new legal and political framework <u>that has unsuspected effects</u> on the political organization of the territory, <u>the rights, and the lives of millions of American citizens residing in Puerto Rico</u>*". *Palacios Revera v. ELA*, 2017TA1990; *Torres Martínez v. ELA*, 2017TA1970; *Pérez Díaz v. ELA*, et al, 2017TA1870.

Let our "PLEA" arrive now before the honorable judges of the Court of Appeals for the First (1st) Circuit of Boston, so that the «PROMESA» Law be a threshold of hope for Puerto Ricans. Especially, for the victims of the great institutional cruelty and the «CORRUPTION » that prevails in Puerto Rico since the victims have nowhere to go. "*But we HOPE according to his «PROMISE», "new heavens and a new earth, in which justice dwells*" (2 Peter 3:13). Free Leo! from the Alien Monster of Judicial Corruption. Free Leo! and along with-it other children and their mothers in the country, as this case creates a bad precedent for the Puerto Rico Judicial Branch. Free LEO!

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this___Monday_____day of___March 14___,2022 .

4

s/signature _Maira L. Feliciano Rosado_
Appellant
Maira Ivet Feliciano Rosado
Calle Elena Segarra #154, El Maní
Mayagüez, P.R. 00682-6123
(787) 242-1302 / (939) 865-3987
mfeducderec@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which electronically mails notice to the attorneys of record. Notice has been delivered by mail to:

s/signature _Maria L. Feliciano Rosado_
Appellant