# EXHIBIT A

rebecabarnes@bufetebarnes.com
rburgos@adameslaw.com
finanzas@asg.pr.gov
epo@amgprlaw.com
loliver@amgprlaw.com
acasellas@amgprlaw.com
epo@amgprlaw.com
larroyo@amgprlaw.com
acasellas@amgprlaw.com
loliver@amgprlaw.com
pjime@icepr.com
daniel.bustos@excelerateenergy.com
idizengoff@akingump.com
pdublin@akingump.com
sbaldini@akingump.com
bkahn@akingump.com
tmclish@akingump.com
sheimberg@akingump.com
athornton@akingump.com
Rivalberto@gmail.com
icastro@alblegal.net
storres@alblegal.net
ealdarondo@alblegal.net
drodriguez.alb@gmail.com
alexandra.bigas@gmail.com
acasepr@gmail.com
ealmeida@almeidadavila.com
zdavila@almeidadavila.com
enrique.almeida@almeidadavila.com
jrivlin@afscme.org
tpaterson@afscme.org
martz@afscme.org
mfredericks@amerinatls.com
fdearmas@ciacpr.com
acordova@juris.inter.edu
Jramirez@amrclaw.com
Kellyrivero@hotmail.com
ccabrera@amrclaw.com
antoniofuentesgonzalez@yahoo.com

cvelaz@mpmlawpr.com
mmuniz@mpmlawpr.com
rlm@martilaw.com
jnazario@martilaw.com
fjramos@martilaw.com
jnazario@martilaw.com
Clark.whitmore@maslon.com
Brian.klein@maslon.com
Jason.reed@maslon.com
Ana.chilingarishvili@maslon.com
bill.pentelovitch@maslon.com
john.duffey@maslon.com
maxtruj@gmail.com
julia.mignuccisanchez@gmail.com
lfr@mcvpr.com
nzt@mcvpr.com
aaa@mcvpr.com
ezm@mcvpr.com
rcq@mcvpr.com
ajc@mcvpr.com
MPC@mcvpr.com
jam@mcvpr.com
gpv@mcvpr.com
lpp@mcvpr.com
ajg@mcvpr.com
its@mcvpr.com
lpf@mcvpr.com
nzt@mcvpr.com
aaa@mcvpr.com
ezm@mcvpr.com
rcq@mcvpr.com
ajc@mcvpr.com
MPC@mcvpr.com
jam@mcvpr.com
gpv@mcvpr.com
lpp@mcvpr.com
ajg@mcvpr.com
its@mcvpr.com
harlawpr@gmail.com

03/14/2022 4:13 PM

mrios@arroyorioslaw.com
jfigueroa@arroyorioslaw.com
asociacióngerencialescfse@gmail.com
Marieli.Paradizo@ponce.pr.gov
julian.fernandez@metropistas.com
gonzalo.alcalde@metropistas.com
yanira.belen@metropistas.com
julian.fernandez@metropistas.com
gonzalo.alcalde@metropistas.com
yanira.belen@metropistas.com
orlando.gonzalez@publicisone.com
david.powlen@btlaw.com
kevin.collins@btlaw.com
antonio.bauza@bioslawpr.com
gsilva@bioslawpr.com
belkgrovas@gmail.com
anadeseda@bellverlaw.com
alejandro@bellverlaw.com
ajb@bennazar.org
bgm.csp@bennazar.org
hector.mayol@bennazar.org
francisco.delcastillo@bennazar.org
ajb@bennazar.org
bgm.csp@bennazar.org
hector.mayol@bennazar.org
francisco.delcastillo@bennazar.org
rdiaz@bdslawpr.com
rosemary.phillips@bnymellon.com
cbg@bobonislaw.com
efl@bobonislaw.com
aquila@brownrudnick.com
sbest@brownrudnick.com
bchew@brownrudnick.com
sbeville@brownrudnick.com
taxelrod@brownrudnick.com
schristianson@buchalter.com
vbantnerpeo@buchalter.com
rolando@bufete-emmanuelli.com
notificaciones@bufete-emmanuelli.com
wilbert_lopez@yahoo.com
remmanuelli@me.com

bqwhite@mwe.com
fperlman@mwe.com
amccollough@mcguirewoods.com
asoutherling@mcguirewoods.com
jfelicianoacosta@mcguirewoods.com
serrano.urdaz.law@hotmail.com
ddunne@milbank.com
amiller@milbank.com
gmainland@milbank.com
jhughes2@milbank.com
johring@milbank.com
sanchez.lebron501@gmail.com
dmonserrate@msglawpr.com
fgierbolini@msglawpr.com
msimonet@msglawpr.com
rschell@msglawpr.com
luislluberas@mvalaw.com
ramon.dapena@mbcdlaw.com
ramon.dapena@mbcdlaw.com
ivan.llado@mbcdlaw.com
ramon.dapena@mbcdlaw.com
victor.quinones@mbcdlaw.com
ivan.llado@mbcdlaw.com
kurt.mayr@morganlewis.com
david.lawton@morganlewis.com
JPeck@mofo.com
GLee@mofo.com
jpeck@mofo.com
glee@mofo.com
jnewton@mofo.com
lhughes@mofo.com
akissner@mofo.com
jpalmore@mofo.com
jbrugue@mbbclawyers.com
man@nblawpr.com
nroblesdiaz@gmail.com
info@NSACLAW.com
anevares@nsaclaw.com
lcancel@nsaclaw.com
ifullana@gaflegal.com
hermann.bauer@oneillborges.com

rolando@bufete-emmanuelli.com
notificaciones@bufete-emmanuelli.com
wilbert_lopez@yahoo.com
ignacio@bufetefernandezalcaraz.com
mcrm100@msn.com
mitch.carrington@butlersnow.com
adam.langley@butlersnow.com
jeb.bailey@butlersnow.com
chris.maddux@butlersnow.com
mitch.carrington@butlersnow.com
martin.sosland@butlersnow.com
Chris.Maddux@butlersnow.com
Mitch.Carrington@butlersnow.com
candice.carson@butlersnow.com
stan.ladner@butlersnow.com
condecarmen@condelaw.com
ls.valle@condelaw.com
notices@condelaw.com
howard.hawkins@cwt.com
mark.ellenberg@cwt.com
thomas.curtin@cwt.com
casey.servais@cwt.com
bill.natbony@cwt.com
jaclyn.hall@cwt.com
Jared.Stanisci@cwt.com
mark.ellenberg@cwt.com
ioliver@ccsllp.com
cvilaro@ccsllp.com
Adiaz@cnrd.com
Kbolanos@cnrd.com
avalencia@cnrd.com
crivera@cnr.law
jf@cardonalaw.com
delapena.sylvia@gmail.com
carla.rodriguezbernier@yahoo.com
quilichinipazc@microjuris.com
carloscardonafe@hotmail.com
lcdo.carlos.e.riverajustiniano@gmail.com
carlosfernandez@cfnlaw.com
carlosvergne@aol.com
hburgos@cabprlaw.com

ubaldo.fernandez@oneillborges.com
Carla.garcia@oneillborges.com
gabriel.miranda@oneillborges.com
carlos.valldejuly@oneillborges.com
nrivera@oeg.pr.gov
robert.graham@offitkurman.com
l.ortizsegura@ploolaw.com
lawrog@gmail.com
emckeen@omm.com
apavel@omm.com
jrapisardi@omm.com
pfriedman@omm.com
dperez@omm.com
dcantor@omm.com
mdiconza@omm.com
wsushon@omm.com
mkremer@omm.com
golivera@omm.com
roppenheimer@omm.com
mpocha@omm.com
pfriedman@omm.com
ofernandez@oflawoffice.com
mmo@oronozlaw.com
TRowe@orrick.com
gonzalezbadillo@gmail.com
toledo.bankruptcy@gmail.com
Otero_and_assoc@hotmail.com
daniel.elkort@patternenergy.com
lucdespins@paulhastings.com
andrewtenzer@paulhastings.com
jamesbliss@paulHastings.com
jamesworthington@paulhastings.com
anthonybuscarino@paulhastings.com
alexbongartz@paulhastings.com
nicholasbassett@paulhastings.com
arosenberg@paulweiss.com
rrosen@paulweiss.com
wrieman@paulweiss.com
kkimpler@paulweiss.com
kzeituni@paulweiss.com
gpavia@pavialazaro.com

| | |
|---|---|
| rcasellas@cabprlaw.com | gerardopavialaw@msn.com |
| dperez@cabprlaw.com | peajeinfo@dechert.com |
| dbatlle@cstlawpr.com | pevarfon@gmail.com |
| emontull@cstlawpr.com | luis.vazquez@peerlessoil.com |
| ltorres@cstlawpr.com | geisenberg@perkinscoie.com |
| jcasillas@cstlawpr.com | petercheinsr@gmail.com |
| jnieves@cstlawpr.com | mmercado@mercado-echegaray-law.com |
| lramos@cstlawpr.com | margaritalmercado@gmail.com |
| lllach@cstlawpr.com | oramos@pmalaw.com |
| SwainDPRCorresp@nysd.uscourts.gov | mtrelles@pmalaw.com |
| cacuprill@cuprill.com | lramos@plclawpr.com |
| garciamirandalaw@gmail.com | bjquintana@quintanapr.com |
| cgarcia@garciariveralaw.com | erovira@polymerpr.com |
| ccuprill@cuprill.com | gpaz@populicom.com |
| charliehernandezlaw@gmail.com | puertoricoteam@primeclerk.com |
| rnies@csglaw.com | serviceqa@primeclerk.com |
| gspadoro@csglaw.com | gbrenner@proskauer.com |
| mlepelstat@csglaw.com | ckass@proskauer.com |
| mcaruso@csglaw.com | rkim@proskauer.com |
| softedal@choate.com | mdale@proskauer.com |
| mbarulli@choate.com | mbienenstock@proskauer.com |
| jsantiago@choate.com | ppossinger@proskauer.com |
| dgooding@choate.com | ebarak@proskauer.com |
| cintrongarcialaw@gmail.com | sratner@proskauer.com |
| lbarefoot@cgsh.com | tmungovan@proskauer.com |
| gmchg24@gmail.com | bbobroff@proskauer.com |
| eduardo@cobianroig.com | mfirestein@proskauer.com |
| pdechiara@cwsny.com | lrappaport@proskauer.com |
| fecolon@colonramirez.com | cfebus@proskauer.com |
| fecolon@colonramirez.com | kperra@proskauer.com |
| valvarados@gmail.com | jerichman@proskauer.com |
| ausubopr88@gmail.com | jalonzo@proskauer.com |
| jlopez@constructorasantiago.com | JLevitan@proskauer.com |
| jarrastia@continentalpllc.com | BRosen@proskauer.com |
| jsuarez@continentalpllc.com | dmunkittrick@proskauer.com |
| acastaldi@continentalpllc.com | wdalsen@proskauer.com |
| reed.smith@cooley.com | MHackett@proskauer.com |
| bmd@bmdcounselors.com | lstafford@proskauer.com |
| bmd@bmdcounselors.com | ppossinger@proskauer.com |
| bmd@cordovadick.com | sweise@proskauer.com |
| bmd@cordovadick.com | LRappaport@proskauer.com |

ra@calopsc.com
scriado@calopsc.com
rvalentin@calopsc.com
ejcr@corretjerlaw.com
rco@crlawpr.com
rco@crlawpr.com
carlos.iguina@multinationalpr.com
dmolinalaw@gmail.com
davidcarrionb@aol.com
donald.bernstein@davispolk.com
brian.resnick@davispolk.com
angela.libby@davispolk.com
jcdeliz@delizlegal.com
jcdeliz@doingbusinesspr.com
wssbankruptcy@gmail.com
cabruens@debevoise.com
eworenklein@debevoise.com
aceresney@debevoise.com
lzornberg@debevoise.com
allan.brilliant@dechert.com
eric.brunstad@dechert.com
stuart.steinberg@dechert.com
michael.doluisio@dechert.com
rlatorre@delvallegroup.net
hreynolds@delvallegroup.net
afernandez@delgadofernandez.com
delgadomirandalaw@gmail.com
wburgos@justicia.pr.gov
lypagan@trabajo.pr.gov
gramlui@yahoo.com
rcastellanos@devconlaw.com
ventas@deya.com
kbolanos@diazvaz.law
diazsotolaw@gmail.com
corraldieg@gmail.com
mariana.muniz@dlapiper.com
jose.sosa@dlapiper.com
brett.ingerman@US.dlapiper.com
richard.chesley@dlapiper.com
rachel.albanese@dlapiper.com
Donna.Maldonado@popular.com

mfirestein@proskauer.com
prosol@utier.org
prodriguez@prvlaw.com
penagaricanobrownusdc@gmail.com
Javier.Tirado@aafaf.pr.gov
Rocio.Valentin@aafaf.pr.gov
fsilva@claropr.com
susheelkirpalani@quinnemanuel.com
ericwinston@quinnemanuel.com
danielsalinas@quinnemanuel.com
erickay@quinnemanuel.com
johnshaffer@quinnemanuel.com
matthewscheck@quinnemanuel.com
zacharyrussell@quinnemanuel.com
vcandelario@qaclaw.com
damarisqv@bufetequinones.com
rafael.ortiz.mendoza@gmail.com
rtorres@torresrodlaw.com
rgtolaw@gmail.com
rgtolaw@gmail.com
ytoyos@ramostoyoslaw.com
erb@rodriguezbinetlaw.com
dschlecker@reedsmith.com
kgwynne@reedsmith.com
lsizemore@reedsmith.com
jroach@reedsmith.com
vizcarrondo@reichardescalera.com
vizcarrondo@reichardescalera.com
escalera@reichardescalera.com
arizmendis@reichardescalera.com
vizcarrondo@reichardescalera.com
fvander@reichardescalera.com
riverac@reichardescalera.com
cdavila@reichardescalera.com
tpennington@renocavanaugh.com
maria.baco@msn.com
mpico@rexachpico.com
prcr@mcvpr.com
rhoncat@netscape.net
filippetti_r@hotmail.com
castilloricardo977@gmail.com

carloslsuarez@gmail.com
jfnevares-law@microjuris.com
edgardo_barreto@yahoo.com
emunozPSC@gmail.com
dortiz@elpuente.us
elian.escalante@gmail.com
Regan.Michael@epa.gov
wmarcari@ebglaw.com
escanellas@prtc.net
cetj@maaspr.com
agestrella@estrellallc.com
kcsuria@estrellallc.com
fojeda@estrellallc.com
Rafael.Echevarria@evertecinc.com
lpabonroca@microjuris.com
clarisasola@hotmail.com
lpabonroca@microjuris.com
clarisasola@hotmail.com
Rina.Longo@FaegreDrinker.com
pjime@icepr.com
legal.fmpr@gmail.com

beth@feganscott.com
jfeldesman@FTLF.com
fmontanezmiran@yahoo.com
rcamara@ferraiuoli.com
scolon@ferraiuoli.com
ferraric@ferrarilawpr.com
n.tactuk@ferrovial.com
figueroaymorgadelaw@yahoo.com
msmall@foley.com
tdolcourt@foley.com
bkfilings@fortuno-law.com
bufetefrgonzalez@gmail.com
gacarlo@carlo-altierilaw.com
gaclegal@gmail.com
gacarlo@carlo-altierilaw.com
juans@prtc.net
ifullana@gaflegal.com
contact@genesissecuritypr.com
jgenovese@gjb-law.com

ortizcolonricardo@gmail.com
rortiz@rloclaw.onmicrosoft.com
Dzinman@perkinscoie.com
nrickenbach@rickenbachpr.com
victorriverarios@rcrtrblaw.com
victor.rivera@rcrtrblaw.com
etulla@riveratulla.com
icabrera@riveratulla.com
marivera@riveratulla.com
lrobbins@robbinsrussell.com
gorseck@robbinsrussell.com
dburke@robbinsrussell.com
cedwards@robbinsrussell.com
romn1960@gmail.com
estudiolegalrivera2@gmail.com
buzz.rochelle@romclaw.com
kdm@romclaw.com
rosasegui@yahoo.com
mrm@rmlawpr.com
mrm@rmlawpr.com
Douglas.Hallward-Driemeier@ropesgray.com
Daniel.Egan@ropesgray.com
gregg.galardi@ropesgray.com
r.miranda@rmirandalex.net
rprats@rpplaw.com
carlos.lugo@saldanalaw.com
hector.saldana@saldanalaw.com
lsaldana@scvrlaw.com
arotger@scvrlaw.com
jsanchez@scvrlaw.com
jsalichs@splawpr.com
avb@sbgblaw.com
avb@sbgblaw.com
jsanabria@sbgblaw.com
jdavila@sbgblaw.com
gviviani@sanpir.com
jreyes@sanpir.com
jsanchez@sanpir.com
alavergne@sanpir.com
santilawoffice@yahoo.com

mguitian@gjb-law.com
jarrastia@gjb-law.com
jlgere@gmail.com
courtneyrcarroll@gierbolinicarroll.com
miguelgierbolini@gierbolinicarroll.com
dg@g-glawpr.com
rgv@g-glawpr.com
rgv@g-glawpr.com
crodriguez-vidal@gaclaw.com
scastillo@gaclaw.com
marielopad@gmail.com
Jnieves@gonzalezmunozlaw.com
cbrown@goodwinlaw.com
Huttonj@gtlaw.com
Haynesn@gtlaw.com
fingerk@gtlaw.com
haynesn@gtlaw.com
gramlui@yahoo.com
MARKV@HBSSLAW.com
steve@hbsslaw.com
ygc@rclopr.com
ygc1@prtc.net
handuze@microjuris.com
jmoralesb@microjuris.com
corraldieg@gmail.com
hernandezrodriguezlaw@gmail.com
ehernandez@lawservicespr.com
robin.keller@hoganlovells.com
ronald.silverman@hoganlovells.com
michael.hefter@hoganlovells.com
sara.posner@hoganlovells.com
pieter.vantol@hoganlovells.com
jesus.cuza@hklaw.com
bos-bankruptcy@hklaw.com
mvega@senado.pr.gov
rrich2@huntonak.com
Mimi.M.Wong@irscounsel.treas.gov
Mimi.M.Wong@irscounsel.treas.gov
Thomas.M.Rath@IRSCOUNSEL.TREAS.gov
janebeckerwhitaker@gmail.com
irg@roldanlawpr.com

santosberriosbk@gmail.com
sramirez@sarlaw.com
douglas.mintz@srz.com
peter.amend@srz.com
michael.cook@srz.com
eric.prather@srz.com
thomas.mott@srz.com
Rgf@mcvpr.com
secbankruptcy@sec.gov
NYROBankruptcy@sec.gov
bankruptcynoticeschr@sec.gov
epo@amgprlaw.com
emaldonado@smlawpr.com
acouret@smlawpr.com
adeliz@smlawpr.com
jsantos@smlawpr.com
FSosnick@Shearman.com
LLarose@sheppardmullin.com
NBhatt@sheppardmullin.com
goplerud@sagwlaw.com
howie@sagwlaw.com
jmenen6666@gmail.com
bfriedman@stblaw.com
nbaker@stblaw.com
jyoungwood@stblaw.com
david.elbaum@stblaw.com
MARIAE.HERNANDEZ@prepa.com
MARIAE.HERNANDEZ@prepa.com
carmen.herrero@prepa.com
Paul.lockwood@skadden.com
shana.elberg@skadden.com
bramstrochlic@skadden.com
skyhighelevators@gmail.com
pglassman@sycr.com
cmechling@stroock.com
smillman@stroock.com
kpasquale@stroock.com
cmechling@stroock.com
smillman@stroock.com
khansen@stroock.com
jcanfield@stroock.com

irm@roldanlawpr.com
glenncarljameslawoffices@gmail.com
mroot@jenner.com
csteege@jenner.com
rgordon@jenner.com
rlevin@jenner.com
cwedoff@jenner.com
csteege@jenner.com
info@jesusriveradelgado.com
rrivera@jgl.com
apico@jgl.com
rrivera@jgl.com
jlg@joselgarcia.com
brosenblum@jonesday.com
bheifetz@jonesday.com
cdipompeo@jonesday.com
bbennett@jonesday.com
iperez@jonesday.com
jareeder@jonesday.com
tuttieguerrero@yahoo.com
jpsala_pr@yahoo.com
salalawyers@yahoo.com
jorgequintanalajara@gmail.com
barrios.jl@outlook.com
barrios.jl@outlook.com
jwc@jwcartagena.com
riveraroman@hotmail.com
javrua@gmail.com
juan@jahrlaw.com
jsoto@jbsblaw.com
cortequiebra@yahoo.com
ileanaortix@outlook.com
phammer@krcl.com
jesther27@aol.com
santos.giancarlo@gmail.com
dkaron@karonllc.com
amishaan@kasowitz.com
ckelly@kasowitz.com
asteinberg@kslaw.com
sdavidson@kslaw.com
swisotzkey@kmksc.com

akaplan@susmangodfrey.com
mkelso@susmangodfrey.com
nmanne@susmangodfrey.com
kzuniga@susmangodfrey.com
jlopez@constructorasantiago.com
tanairapadilla@yahoo.com
rebecabarnes@bufetebarnes.com
Saultoledo22@yahoo.com
luis.bautista@scotiabank.com
Mcantor4@mac.com
rich.katz@torquepointllc.com
rfc@thefinancialattorneys.com
andres@awllaw.com
edgardo@therivera.group
mvega@vega-rivera.com
edgardo@therivera.group
mvega@vega-rivera.com
Mfb@tcmrslaw.com
Lft@tcmrslaw.com
nperez@tcmrslaw.com
jvankirk@tcmrslaw.com
Paula.Flowers@TransCore.com
Beverly.freeney@usbank.com
rebecca.cutri-kohart@usdoj.gov
rebecca.cutri-kohart@usdoj.gov
Thomas.g.ward@usdoj.gov
doman@ubarri-romanlaw.com
unionecfse@yahoo.com
migade19@hotmail.com
jaimeenriquecruzalvarez@gmail.com
christopher.connolly@usdoj.gov
Bradley.Humphreys@usdoj.gov
velez.hector@epa.gov
mark.gallagher@usdoj.gov
matthew.troy@usdoj.gov
stephen.pezzi@usdoj.gov
matthew.troy@usdoj.gov
stephen.pezzi@usdoj.gov
jessica.cole@usdoj.gov
deindprcorresp@mad.uscourts.gov
rtoro@universalpr.com

rbillings@kmksc.com
aperez@kpmg.com
Lnegron@kpmg.com
acaton@kramerlevin.com
tmayer@kramerlevin.com
dblabey@kramerlevin.com
dbuckley@kramerlevin.com
nhamerman@kramerlevin.com
abyowitz@kramerlevin.com
ghorowitz@kramerlevin.com
boneill@kramerlevin.com
nlandrau@landraulaw.com
adam.goldberg@lw.com
liza.burton@lw.com
christopher.harris@lw.com
jeff.bjork@lw.com
michael.reiss@lw.com
michael.reiss@lw.com
agraitfe@agraitlawpr.com
acevedovila1@gmail.com
pola@frankpolajr.com
herreroiLLL@herrerolaw.com
janebeckerwhitaker@yahoo.com
craigmcc@me.com
carlosalbertoruizquiebras@gmail.com
norbertocolonalvarado@yahoo.com
fpabon@lvvlaw.com
rrodriguez@juris.inter.edu
suarezcobo@gmail.com
dvelawoffices@gmail.com
abhishek.kalra@lehmanholdings.com
lemuel.law@gmail.com
ivandialo2001@yahoo.com
alinares2020@yahoo.com
loomislegal@gmail.co
alavergne@lsplawpr.com
jsanchez@lsplawpr.com
alavergne@lsplawpr.com
wlugo@lugomender.com
lawlugo1@gmail.com
luisfredsalgado@hotmail.com

wardlow.w.benson@usdoj.gov
USTP.Region21@usdoj.gov
hvaldes@v-olaw.com
jeva@valenzuelalaw.net
jose.enrico.valenzuela1@gmail.com
hernandezrodriguez.v@gmail.com
vero@ferraiuoli.pr
hvicente@vclawpr.com
victor@calderon-law.com
jvilarino@vilarinolaw.com
jvilarino@vilarinolaw.com
ramonvinas@vinasllc.com
ramonvinas@vinasllc.com
Rgmason@wlrk.com
Arwolf@wlrk.com
Eakleinhaus@wlrk.com
AKHerring@wlrk.com
kelly.diblasi@weil.com
gabriel.morgan@weil.com
jonathan.polkes@weil.com
gregory.silbert@weil.com
robert.berezin@weil.com
swb@wbmvlaw.com
sawbacal@aol.com
pwm@wbmvlaw.com
prwolverine@gmail.com
jvv@wbmvlaw.com
javier.a.vega@gmail.com
gkurtz@whitecase.com
jcunningham@whitecase.com
brian.pfeiffer@whitecase.com
michele.meises@whitecase.com
jzakia@whitecase.com
jcunningham@whitecase.com
fdelahoz@whitecase.com
csloane@whitecase.com
jgreen@whitecase.com
wilbert_lopez@yahoo.com
william.m.vidal@gmail.com
wssbankruptcy@gmail.com
wssbankruptcy@gmail.com

vegaramosluis@gmail.com
jorge@mlrelaw.com
emil@mlrelaw.com
rdesoto@mapfrepr.com
mfvelezquiebras@gmail.com
marianifrancolaw@gmail.com
jnegron@mhlex.com
rsantiago@mhlex.com
lmarini@mpmlawpr.com

mstancil@willkie.com
chardman@winston.com
jmotto@winston.com
ldelgado@winston.com
JLawlor@wmd-law.com
jpatton@ycst.com
rbrady@ycst.com
mneiburg@ycst.com