**EXHIBIT B**

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE |
|---|---|---|---|---|---|
| Alan Friedman | | 124 Lander Ave. | | Staten Island | NY |
| AmeriCorps | Attn: Sonali Nijhawan | 1201 New York Ave., NW | | Washington | DC |
| Antilles Power Depot, Inc. | Attn: Raymond Texidor | PO Box 810190 | | Carolina | PR |
| Arthur Samodovitz | | 140 Lasa Dr | Apt 204 | St. Augustine | FL |
| Autopistas de PR, LLC | Attn: Xavier Carol | PO Box 29227 | | San Juan | PR |
| Autopistas de PR, LLC | Attn: Xavier Carol | Urb. Matienzo Cintron | Calle Montellano 518 | San Juan | PR |
| Banco Popular de Puerto Rico, as Trustee | | Popular Fiduciary Services, Popular Center North Building | #209 Munoz Rivera, Ave, 2nd Level | Hato Rey | PR |
| Bank of New York Mellon as PRIFA Indenture Trustee Pursuant to the Trust Agreement Dated as of March 1, 2015 | | 225 Fifth Ave, Suite 1200 | | Pittsburgh | PA |
| Bufete Emmanuelli, C.S.P. | Attn: Jessica E. Méndez Colberg | 472 Tito Castro Ave | Edificio Marvesa, Suite 106 | Ponce | PR |
| Bufete Emmanuelli, C.S.P. | Attn: Jessica E. Méndez Colberg | PO Box 10779 | | Ponce | PR |
| Bufete Emmanuelli, C.S.P. | Attn: Jessica E. Méndez Colberg, Esq. | Urb. Constancia | 2803 Calle San Francisco | Ponce | PR |
| Candlewood Investment Group, LP | | 555 Theodore Fremd Avenue, Suite C-303 | | Rye | NY |
| Carlos Alsina Batista Law Offices, PSC | Attn: Carlos C. Alsina Batista | 1519 Ponce De León Ave. | Firstbank Bldng., Suite 513 | San Juan | PR |

03/14/2022 4:13 PM

- 2 -

| | | | | | |
|---|---|---|---|---|---|
| Chambers of Honorable Laura Taylor Swain | Daniel Patrick Moynihan Courthouse | United States District Court | 500 Pearl St., Suite 3212 | New York | NY |
| Cohen, Weiss and Simon LLP | Attn: Hiram M. Arnaud | 900 Third Ave | 21st Floor | New York | NY |
| Cooperativa De A/C Aibonitena | | 100 Calle Jose C. Vazquez | | Aibonito | PR |
| Cooperativa De Ahorro Y Credito De Lares | Attn: Enrique M. Almeida Bernal, Esq. | PO Box 19757 | | San Juan | PR |
| Correction Corporation of America | Attn: President or General Counsel | 10 Burton Hills Boulevard | | Nashville | TN |
| Coto & Associates | Attn: Gladira Robles-Santiago | MCS Plaza, Suite 800 | 255 Ponce de León Ave. | Hato Rey | PR |
| Coto & Associates | Attn: Gladira Robles-Santiago | PO Box 71449 | | San Juan | PR |
| Davidson Kempner Capital Management LP | | 520 Madison Avenue | 30th Floor | New York | NY |
| Departamento de Justicia de Puerto Rico | | Apartado 9020192 | | San Juan | PR |
| Department of Defense (DOD) | Attn: Lloyd J. Austin III | 1400 Defense Pentagon | | Washington | DC |
| Department of Energy (DOE) | Attn: Jennifer M. Granholm | 1000 Independence Ave., SW | | Washington | DC |
| Department of Homeland Security (DHS) | Attn: Alejandro Mayorkas | Secretary of Homeland Security | | Washington | DC |
| Department of Housing and Urban Development (HUD) | Attn: Marcia L. Fudge | 451 7th Street., SW | | Washington | DC |
| Department of Human and Health Services | Attn: Xavier Becerra | 200 Independence Ave, SW | | Washington | DC |

| Name | Attn | Address | Address 2 | City | State |
|---|---|---|---|---|---|
| Department of the Interior (DOI) | Attn: Deb Haaland | 1849 C St., NW | | Washington | DC |
| Department of Transportation (DOT) | Attn: Pete Buttigieg | 1200 New Jersey Ave., SE | | Washington | DC |
| Department of Veterans Affairs (VA) | Attn: Denis Richard McDonough | 810 Vermont Ave., NW | | Washington | DC |
| Federal Communications Commission (FCC) | Attn: Jessica Rosenworcel | 45 L Street NE | | Washington | DC |
| Federal Emergency Management Agency (FEMA) | Attn: Deanne Criswell | 500 C St., SW | | Washington | DC |
| Fir Tree Partners | | 55 West 46th Street, 29th Floor | | New York | NY |
| FPA Select Drawdown Fund L.P. | | 250 West 55th Street | | New York | NY |
| Fuentes Law Offices, LLC | Attn: Alexis Fuentes Hernández | PO Box 9022266 | | San Juan | PR |
| G RG Engineering S E | Attn: President or General Counsel | Urb. Belisa 1515 Calle Bori | | San Juan | PR |
| Goldentree Asset Management LP | | 300 Park Avenue, 20th Floor | | New York | NY |
| Governing Board of the Puerto Rico Electric Power Authority | Ralph A. Kreil-Rivera, President | 1110 Ponce de Leon Ave. | | San Juan | PR |
| Integrand Assurance Company | | PO Box 70128 | | San Juan | PR |
| Ismael Vincenty Perez | | Apt 6105 350 Via Aventura | | Trujillo Alto | PR |
| Jack Katz | | ESJ Towers | 6165 Isla Verde Ave | Carolina | PR |

| Name | Attn | Address 1 | Address 2 | City | State |
|---|---|---|---|---|---|
| Jaime B. Fuster Estate, Comprised By Maria J. Zalduondo Viera and Jaime and Maria L. Fuster Zalduondo | | PO Box 363101 | | San Juan | PR |
| Jaime Rodríguez Avilés | | 128 Apartamento 201 | Edificio Bernardo Torres, Sector La Trocha | Yauco | PR |
| Jones Day | Attn: James M. Gross | 250 Vesey Street | | New York | NY |
| Junta de Síndicos del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica | Sistema de Retiro AEE | PO Box 13978 | | San Juan | PR |
| Kanoso Auto Sales Inc. | Attn: Jose A. Crespo Gonzalez, President | PO Box 1446 | | San German | PR |
| Law Offices of John E. Mudd | Attn: John E. Mudd | PO Box 194134 | | San Juan | PR |
| Liberty Cablevision of Puerto Rico, LLC | Attn: Alexandra Verdiales | PO Box 192296 | | San Juan | PR |
| LUMA Energy ServCo, LLC | Wayne Stensby as Chief Executive Director and President | 644 Fernández Juncos Ave. | Suite 301 | San Juan | PR |
| Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | Triple S Plaza, 1510 F.D. Roosevelt Ave. | 9th Floor, Suite 9 B1 | Guaynabo | PR |
| McNamee Lochner P.C. | Attn: General Counsel | 20 Corporate Woods Blvd | Ste 4 | Albany | NY |

| | | | | | |
|---|---|---|---|---|---|
| Morgan, Lewis & Bockius LLP | Attn: Rachel J. Mauceri | 1701 Market Street | | Philadelphia | PA |
| Muniz Burgos Contractors, Corp. | Attn: President or General Counsel | Condominio Parque De Las Fuentes PH204 | 680 Calle Cesar Gonzalez | San Juan | PR |
| Oppenheimerfunds Inc. | | 350 Linden Oaks | | Rochester | NY |
| Pablo Del Valle Rivera | | PO Box 2319 | | Toa Baja | PR |
| Pedro Nicot Santana, Esq. | | PO Box 360486 | | San Juan | PR |
| Picó & Blanco, LLC | Attn: Ana M. del Toro Sabater, Esq. | District View Plaza, Penthouse | 644 Fernandez Juncos Avenue | San Juan | PR |
| Puerto Rico Electric Power Authority | Attn: Office Of The General Counsel | PO Box 364267 | | San Juan | PR |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Omar Marrero-Díaz as Executive Director | Government Center Roberto Sánchez Vilella (Minillas) | De Diego Ave. Stop 22 | San Juan | PR |
| Puerto Rico Hospital Supply | | Call Box 158 | | Carolina | PR |
| Puerto Rico Industrial Development Company | Attn: Gabriel Maldonado | PO Box 362350 | | San Juan | PR |
| Puerto Rico Public Private Partnership Authority | Fermín Fontanés-Gómez, as Executive Director | Government Center Roberto Sánchez Vilella (Minillas) | De Diego Ave. Stop 22 | San Juan | PR |
| Quintero Construction S E | Attn: President or General Counsel | Carr 734 Km 0.5 Bo Arenas | | Cidra | PR |
| Reed Smith, LLP | Attn: Claudia Springer | Three Logan Square | 1717 Arch Street, Suite 3100 | Philadelphia | PA |
| Reinaldo Vincenty Perez | | 917 Calle Isaura Arnau | | San Juan | PR |

- 5 -

| | | | | | |
|---|---|---|---|---|---|
| Reliable Equipment Corporation | Attn: Marylin Del Valle, General Manager, Reliable Equipment Corporation | PO Box 2316 | | Toa Baja | PR |
| Santander Asset Management, LLC | | GAM Tower, 2nd Floor, 2 Tabonuco Street | | Guaynabo | PR |
| Scotiabank de Puerto Rico | | GA 20 Calle Paseo del Parque | Garden Hills Sur | Guaynabo | PR |
| Secretary of Justice, Hon. Domingo Emmanuelli-Hernandez | Hon. Pedro R. Pierluisi-Urrutia | Calle Olimpo, Esq. Axtmayer | Pda. 11, Miramar | San Juan | PR |
| Sepulvado Maldonado & Couret | Attn: Albéniz Couret Fuentes | 304 Ponce de Leon Ave. | Ste 990 | San Juan | PR |
| Small Business Administration (SBA) | Attn: Dilawar Syed | 409 3rd St., SW | | Washington | DC |
| SOMOS, Inc. | | 1605 Ponce De Leon Avenue | Suite 300, San Martin Bldg. | San Juan | PR |
| Sucesion Francisco Xavier Gonzalez Goenaga | | PO Box 364643 | | San Juan | PR |
| The American Federation of Teachers (AFT) | Attn: Mark Richard | 555 New Jersey Ave., NW | 11th Floor | Washington | DC |
| The Commonwealth of Puerto Rico | Office of the Governor | La Fortaleza | 63 Calle Fortaleza | San Juan | PR |
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado | | PO Box 70344, CMM33 | | San Juan | PR |
| Unitech Engineering | Attn: Ramón Ortiz Carro | Urb Sabanera | 40 Camino de la Cascada | Cidra | PR |

- 6 -

| | | | | | |
|---|---|---|---|---|---|
| US Army Corps of Engineers | Attn: Scott A. Spellmon | 441 G St., NW | | Washington | DC |
| US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney | Torre Chardón, Suite 1201 | 350 Carlos Chardón Street | San Juan | PR |
| US Department of Agriculture | Attn: Thomas J. Vilsack | 1400 Independence Ave., SW | | Washington | DC |
| US Department of Commerce | Attn: Gina M. Raimondo | 1401 Constitution Ave., NW | | Washington | DC |
| US Department of Education (ED) | Attn: Miguel Cardona | 400 Maryland Ave., SW | | Washington | DC |
| US Department of Justice (DOJ) | Attn: Merrick Garland | 950 Pennsylvania Ave., NW | | Washington | DC |
| US Department of Labor (DOL) | Attn: Martin J. Walsh | 200 Constitution Ave NW | | Washington | DC |
| Vidal, Nieves & Bauzá, LLC | Attn: Roxana Cruz-Rivera, Esq. | B7 Tabonuco Street, Suite 1108 | | Guaynabo | PR |
| Whitebox Advisors, LLC | Attn: Scott Specken | 3033 Excelsior Blvd., Suite 300 | | Minneapolis | MN |