Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Abraham Portalatin Rodriguez_

Participant's Address: _4 Calle Solymar Camuy P.R. 00627_

Participant's Email Address: _Puchito-2006@yahoo.com_

Name of Counsel: _NO_

Address of Counsel: _NO_

Email Address of Counsel: _NO_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173824_

Nature of Claim: _Salary Claim case K PE 2007 • 4359 (943_

By: _[signature]_
Signature

_Abraham Portalatin Rodriguez_
Print Name

_NO_
Title (if Participant is not an individual)

_3/11/22_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Abraham Portalatin Rodriguez
4 Calle Solymar
Camuy P.R. 00627-



CERTIFIED MAIL

7021 1970 0000 7930 5593

United State District Court
Clerks office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

U.S. POSTAGE F
FCM LETTER
MANATI, PR
00674
MAR 11, 22
AMOUNT
$4.33
R2304E106377-11