UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------x

<u>ORDER SCHEDULING BRIEFING OF MOTION FOR RELIEF OF STAY</u>

The Court has received and reviewed the Motion for Relief of Stay (the "Motion") filed by Iris Y. Miro Ramirez (the "Movant"). (Docket Entry No. 20346.) Opposition papers to the Motion must be filed by **March 29, 2022**. Movant's reply papers must be filed by **April 5, 2022** (the "Reply Deadline"). In compliance with Rule 5(g) of the Local Rules for the United States District Court for the District of Puerto Rico, and absent a stipulation

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

by the parties consenting to the relief sought in the Motion or withdrawal of the Motion, the Movant must file translations of any documents originally filed in Spanish with this Court by the Reply Deadline. Failure to comply with Local Rule 5(g) may result in the denial of the Motion without prejudice.

The Court will take the Motion on submission, unless a party thereto requests a hearing.

SO ORDERED.

Dated: March 16, 2022

          /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge