UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

JUN 2 9 REC'D

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación de pago en un caso en requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. **Who is the current creditor?**

   **¿Quién es el acreedor actual?**

   *María A. Clemente Rosa*

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom?
Sí. ¿De quién? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| ¿A dónde deberían enviarse las notificaciones al acreedor? | ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente) |

Maria A Clemente Rosi_ _____

Name / Nombre

Name / Nombre

Number / Número    Street / Calle

Number / Número    Street / Calle

City / Ciudad    State / Estado    ZIP Code / Código postal

City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

Contact email / Correo electrónico de contacto

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes. Claim number on court claims registry (if known)
Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Departamento de Educación

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____

---

**8. How much is the claim?**

**¿Cuál es el importe de la reclamación?**

$ _Monto Interde_
_terminado_

Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☒ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

**¿Cuál es el fundamento de la reclamación?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_El aumento de salario: ley de Carrera Ufojes ferid_
_Los aumentos de Silla Maria - Oferó_

**10. Is all or part of the claim secured?**

**¿La reclamación está garantizada de manera total o parcial?**

☒ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

Value of property / Valor del bien: $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

**¿Esta reclamación está basada en un arrendamiento?**

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____

| | |
|---|---|
| **12. Is this claim subject to a right of setoff?**<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?** | ☐ No / No<br><br>☒ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.<br><br>$ _Monto Indeterminado_ |

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

| | |
|---|---|
| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**<br><br>Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma. | Check the appropriate box / Marque la casilla correspondiente:<br><br>☒ I am the creditor. / Soy el acreedor.<br>☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.<br><br>I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.<br><br>Executed on date / Ejecutado el _06/28/2018_ (MM/DD/YYYY) / (DD/MM/AAAA)<br><br>Signature / Firma _Mauri G. Clotti Rosa_<br><br>**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**<br><br>Name _Maria_ _Antonia_ _Clemente Rosa_<br>First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido<br><br>Title / Cargo _Maestra de Artes Industriales_<br><br>Company / Compañía _____<br>Identify the corporate servicer as the company if the authorized agent is a servicer.<br>Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.<br><br>Address / Dirección _____<br>Number / Número    Street / Calle<br><br>_____<br>City / Ciudad    State / Estado    ZIP Code / Código postal<br><br>Contact phone / Teléfono de contacto _____    Email / Correo electrónico _____ |

Modified Official Form 410

**Proof of Claim**

page 4



# Ley de la Carrera Magisterial de Puerto Rico 1999

**P. de la C. 2536) (Conferencia)Ley 158, 1999**

**Ley Núm. 158 del 30 de junio de 1999**

Para establecer la "Ley de la Carrera Magisterial"; disponer sobre el sistema de rangos magisteriales; establecer procedimientos para ascensos y revisión de salarios; y disponer sobre el Plan Individual de Mejoramiento Profesional y los programas de educación continua.

## EXPOSICION DE MOTIVOS

El lugar educativo para el desarrollo del proceso de enseñanza-aprendizaje por excelencia es la escuela. Educar es guiar a la vida al educando. El logro de la excelencia académica es la meta de todo sistema educativo. Esta efectividad reflejada en la escuela, es indicativo del sistema para el estudiante alcance los objetivos de cada nivel y domine los conocimientos necesarios para el próximo nivel de enseñanza.

La excelencia se refleja en la habilidad del sistema educativo para que cada estudiante sobrepase los objetivos de su nivel demostrando un aprendizaje independiente más allá del currículo asignado. El reto de la excelencia educativa es convertir el núcleo escolar en una escuela cada vez más efectiva.

La capacidad para que la escuela sea efectiva reside en gran medida con los recursos humanos con los cuales cuenta.

Es muy importante elevar el nivel de excelencia de la labor que realiza el maestro y otro personal educativo, así como lograr que su gestión sea flexible, responsable y autónoma.

El maestro desempeña un rol esencial en el sistema educativo y en la sociedad como agente de cambio constructivo. Dispone que la autonomía de la escuela es el medio necesario para la eficiencia del sistema. Es por ello, que el desarrollo profesional de los maestros y sus carreras magisteriales son componentes críticos y significativos del esfuerzo del gobierno en mejorar la calidad educativa y aprovechamiento de sus estudiantes. Con ello se garantiza una mejor calidad de

vida. La forma en que se integra el desarrollo profesional a la productividad es muy importante, así como el efecto positivo que la docencia tiene en el aprendizaje del estudiante.

Nuestra sociedad requiere la búsqueda de la excelencia en la educación. A estos fines, se singulariza la necesidad de mejorar la calidad de la enseñanza, con maestros más motivados y mejor preparados, como el criterio más importante para mejorar la educación.

Esta Ley concibe al magisterio en función de la dinámica del conocimiento y ubica al maestro dentro de una escuela con autonomía donde se le reconoce capacidad para participar en los procesos decisionales de la misma y decidir sobre asuntos que le incumben como profesional.

La Ley hace hincapié en la necesidad de renovar continuamente el conocimiento del maestro, de perfeccionar sus destrezas a través de estudios y práctica docente y, sobre todo, de mantener los mejores maestros en el salón de clases.

La Constitución de Puerto Rico consagra el derecho de toda persona a una educación que propenda al pleno desarrollo de su personalidad y al fortalecimiento del respeto de los derechos y las libertades fundamentales del hombre. Lograr este propósito requiere maestros bien capacitados y, sobre todo, comprometidos con su profesión y con el desarrollo intelectual y emocional de sus estudiantes.

DECRÉTASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:

CAPÍTULO I DISPOSICIONES GENERALES

Artículo 1.01.-Título.-

Esta Ley se conocerá como "Ley de la Carrera Magisterial".

Artículo 1.02.-Declaración de Propósitos.-

La Exposición de Motivos forma parte del texto normativo de esta Ley y constituye su Declaración de Propósitos.

Artículo 1.03-Miembros de la Carrera Magisterial

Serán miembros de la Carrera Magisterial los maestros y los maestros bibliotecarios del Sistema de Educación Pública que:

1. Posean certificados regulares de maestro en la categoría en que se desempeñen.

2. Tengan nombramiento permanente, y,

3. Estén trabajando como maestros de salón de clases o maestros bibliotecarios en las categorías para las cuales se les expidió el certificado regular de maestro.

Artículo 1.04-Exclusiones

Estarán excluidos de la Carrera Magisterial los Instructores a Prueba con nombramiento transitorio regular.

Artículo 1.05.-El Reglamento de la Carrera Magisterial.-

El Secretario promulgará un Reglamento de la Carrera Magisterial, complementario de esta Ley.

## CAPÍTULO III INSTRUCTORES A PRUEBA

Artículo 2.01. -Instructores a Prueba.-

Los instructores en proceso de obtener su permanencia en el Sistema de Educación Pública se denominarán Instructores a Prueba, clasificación que constituye la antesala de la Carrera Magisterial. El Instructor a Prueba deberá demostrar que domina la materia de su especialidad y posee las destrezas profesionales del maestro, esto es,

1. Manejar su sala de clases eficientemente y mantener la disciplina en ella;

2. Motivar a sus estudiantes y diseñar estrategias ajustadas a su condición;

3. Aprovechar los recursos tecnológicos que facilitan la docencia;

4. Evaluar objetivamente la labor de sus alumnos;

5. Adaptar su comportamiento a los reglamentos de su escuela y del sistema educativo.

El período probatorio de un Instructor a Prueba será de dos (2) años. Al cabo de éstos, el Secretario certificará su permanencia siguiendo el procedimiento que establece el Artículo 7.03 de esta Ley y, cumplidos los requisitos del Artículo 3.03 de la misma, se le reconocerá el rango de Maestro Auxiliar. Los Instructores a Prueba con certificados regulares de maestro tendrán derecho a que se les acredite, a efectos del período probatorio, el tiempo que hubiesen trabajado con nombramientos transitorios en posiciones de su categoría.

Artículo 2.02.-Falla en Aprobar Período Probatorio.-

Los Instructores a Prueba que no demuestren dominar las destrezas básicas para ejercer el magisterio no les será renovado su contrato al terminar el período probatorio. Podrán ser dados de baja antes de concluir el mismo si las evaluaciones de su desempeño revelan deficiencias graves que no se puedan subsanar con estudios, tutorías y práctica docente.

Artículo 2.03.-Salario del Instructor a Prueba.-

El salario básico de los Instructores a Prueba será el que dispongan las escalas de sueldo vigentes a la fecha del nombramiento que expida el Secretario.

# CAPITULO III RANGOS MAGISTERIALES Y SALARIOS

Artículo 3.01.-Finalidad del Rango Magisterial.-

Los rangos establecen funciones del maestro y del maestro bibliotecario en contacto directo con el estudiante y establecen status en la jerarquía magisterial.

Artículo 3.02.-Denominación de los Rangos Magisteriales.-

Los rangos magisteriales tendrán las siguientes denominaciones:

1.      Maestro Auxiliar

2.      Maestro Asociado

3.      Maestro

Se dispone que estos rangos aplicarán a los profesionales que ejercen como maestros, maestros bibliotecarios, en el Sistema de Educación Pública.

Artículo 3.03.-El Rango de Maestro Auxiliar.-

El Rango de Maestro Auxiliar se le reconocerá al Instructor a Prueba que en un término de dos (2) años demuestre que domina la materia de su especialidad, que posee las destrezas profesionales requeridas por el Artículo 2.01 de esta Ley, haya sido consistentemente evaluado favorablemente y que logre alcanzar la permanencia en el Sistema de Educación Pública conforme a la Ley Núm. 312 de 15 de mayo de 1938, según enmendada. Dicho reconocimiento será efectivo en la fecha en que el Instructor a Prueba radique y se apruebe su Plan de Mejoramiento Profesional.

Artículo 3.04.-El Rango de Maestro Asociado.-

El Rango de Maestro Asociado se conferirá a Maestros Auxiliares que posean Maestrías (Master) o que, hubiesen aprobado no menos de cuarenta y cinco (45) créditos académicos, en áreas de estudio relacionadas con las especialidades o categorías en que se desempeñen; que tuviesen, además, no menos de doscientas (200) horas de contacto acreditadas en actividades de educación continua desde que se les reconoció el rango de Maestro Auxiliar; y que consistentemente hubiesen obtenido evaluaciones meritorias de su desempeño docente.  El reconocimiento del rango será

efectivo en la fecha en que el maestro radique evidencia de haber completado debidamente su Plan de Mejoramiento Profesional y la misma haya sido aprobada por las autoridades pertinentes.

Artículo 3.05.-El Rango de Maestro.-

El Rango de Maestro se conferirá a Maestros Asociados con grados de Doctor en áreas de estudio relacionadas con las especialidades o las categorías en que se desempeñan; con no menos de doscientas (200) horas de participación acreditadas en actividades de educación continua desde que se les reconoció el rango que ostentan; que hubiesen impartido no menos de cien (100) horas de adiestramientos al personal docente de las escuelas en que laboran o de otras escuelas del Sistema; y que consistentemente hubiesen obtenido evaluaciones satisfactorias de su desempeño docente. También se conferirá el Rango de Maestro al Maestro Asociado que posea Maestría y esté realizando estudios postgraduados conducentes a obtener un grado superior en educación, habiendo aprobado noventa (90) créditos al momento de radicar la solicitud, con no menos de trescientas (300) horas de participación acreditadas en actividades de educación continua desde que se le reconoció el rango que ostenta, que hubiesen impartido no menos de cien (100) horas de adiestramientos al personal docente de las escuelas en que laboran o de otras escuelas del Sistema; que hubiesen dedicado no menos de cien (100) horas al desarrollo de un proyecto especial en beneficio del Sistema de Educación Pública y que consistentemente hubiesen obtenido evaluaciones meritorias de su desempeño docente. El reconocimiento de rango será efectivo en la fecha en que el Maestro Asociado radique evidencia de haber completado debidamente y la misma haya sido aprobada por las autoridades pertinentes su Plan de Mejoramiento Profesional. El Secretario podrá asignarle funciones y hacerle encomiendas especiales a los Maestros en provecho del Sistema de Educación Pública.

Artículo 3.06.-Sustitución de Horas de Educación Continua con Créditos Académicos.-

Las horas de participación en programas de educación continua podrán sustituirse con créditos académicos en cursos de Pedagogía y en disciplinas relacionadas con la especialidad del maestro. A tal propósito, catorce (14) horas de participación en programas de educación continua equivaldrán a un (1) crédito académico. Los estudios formales, sin embargo, no se podrán sustituir por experiencias en programas de educación continua.

Artículo 3.07.-Requisitos Indispensables para Ascensos.-

En los procedimientos relacionados con ascensos en rango no se podrá dispensar ni se podrá obviar ninguno de los requisitos establecidos en este Capítulo.

Artículo 3.08.-Salarios de los Miembros de la Carrera Magisterial.-

Los salarios de los miembros de la Carrera Magisterial se establecerán con arreglo a las siguientes fórmulas:

1.	El salario del Maestro Auxiliar será el que tenga en el momento en que adquiera dicho rango más un siete (7) por ciento calculado sobre la base del salario básico del Instructor a Prueba.

2.      El salario del Maestro Asociado será el que tenga en el momento en que adquiera dicho rango más un veinticinco (25) por ciento calculado sobre la base del salario básico del Instructor a Prueba.

3.      El salario básico del Maestro será el que tenga en el momento en que adquiera dicho rango más un cuarenta (40) por ciento calculado sobre la base del salario básico del Instructor a Prueba.

Artículo 3.09.-Revisión de Salarios.-

A propósito de estimular el cumplimiento con los Planes de Mejoramiento Profesional, el Secretario autorizará revisiones de salario como incentivo para la conclusión de cada etapa de los mismos.

A tal efecto, un maestro podrá recibir ajustes de salarios durante la vigencia de su Plan de Mejoramiento Profesional, pudiendo recibir el importe consolidado correspondiente a más de una etapa si concluyese éstas en un mismo año o si las reclamase a la vez. Cada uno de los ajustes por etapa equivaldrá, en el caso de un Maestro Auxiliar, a un cinco (5) por ciento del salario básico correspondiente a la categoría de Instructor a Prueba. En el caso del Maestro Asociado y del Maestro los ajustes por etapa equivaldrán a un ocho (8) por ciento del salario básico correspondiente a la categoría de Instructor a Prueba.

Artículo 3.10.-Procedimiento para la Revisión de Salarios.-

El procedimiento relacionado con revisiones de salario al amparo del Artículo anterior será el siguiente:

1. Los miembros de la Carrera Magisterial solicitarán la revisión de sus salarios en la fecha que el Secretario señale en el Reglamento de la Carrera Magisterial que emita al efecto. La solicitud deberá acompañarse con una copia certificada del Plan de Mejoramiento Profesional, el cual será expedido por el Director de su escuela, así como con documentos fehacientes que acrediten que el solicitante ha concluido satisfactoriamente la etapa del Plan en que basa su reclamo. Las solicitudes de revisión se radicarán en la oficina del Director.

2. El Director se constituirá en un Comité de Evaluación conjuntamente con un representante del Consejo Escolar y con un facilitador regional para la materia particular. Este Comité analizará las solicitudes sin entrar en consideraciones no relacionadas con el contenido de los Planes de Mejoramiento Profesional de los solicitantes. Concluido el análisis, someterán todos los expedientes al Secretario junto con un Informe con sus recomendaciones indicando si el candidato está o no está cualificado. Los Directores informarán sobre tal determinación a los solicitantes.

3. El Secretario revisará los informes de los Directores y el Comité y tomará las determinaciones que procedan de acuerdo con la Ley. La determinación del Secretario se le informará a los solicitantes mediante el procedimiento que establezca el Reglamento de la Carrera Magisterial.

4. Las determinaciones del Secretario serán apelables ante la Junta de Apelaciones del Sistema de Educación Pública, creada por la Ley Núm. 115 de 30 de junio de 1965, según enmendada.

Artículo 3.11.-Entrada de Personal Docente Externo

El Secretario podrá autorizar la entrada a la Carrera Magisterial a toda persona que cumpla con los requisitos del Capítulo III de esta Ley; disponiéndose que las personas así nombradas entrarán al Sistema en el rango que le corresponda, de acuerdo a su preparación, experiencia, horas contacto en actividades de educación continua.

## CAPÍTULO IV PROCEDIMIENTO DE ASCENSO

### Artículo 4.01.-Naturaleza del Ascenso.-

Los ascensos en rango constituyen reconocimientos al esfuerzo consecuente de los miembros de la Carrera Magisterial que cumplen con su Plan de Mejoramiento Profesional. Ningún funcionario, Consejo, o Comité del Departamento o de una escuela podrá negarse a reconocer el rango que hubiese alcanzado un miembro de la Carrera Magisterial al concluir su Plan de Mejoramiento Profesional si su desempeño docente hubiese obtenido evaluaciones satisfactorias consistentemente.

### Artículo 4.02.-Reconocimiento de Rangos.-

El reconocimiento de rangos en la Carrera Magisterial constituye una facultad indelegable del Secretario.

### Artículo 4.03.-El Derecho a Ascenso.-

Tendrán derecho a ascenso en rango los miembros de la Carrera Magisterial que demuestren, mediante la presentación de documentos fehacientes, que:

1. Han concluido satisfactoriamente sus Planes de Mejoramiento Profesional;

2. Han obtenido evaluaciones satisfactorias, de manera consistente, de su desempeño docente en donde se demuestra que poseen las destrezas profesionales enumeradas en el Artículo 2.01 de esta Ley.

Los años de servicio por sí solos no cualifican a ningún miembro de la Carrera Magisterial para ascenso en rango.

### Artículo 4.04.-Solicitud de Reconocimiento de Rango.-

El procedimiento relacionado con el ascenso en rango al amparo del artículo anterior será el siguiente:

1. Los miembros de la Carrera Magisterial solicitarán el ascenso en rango en la fecha que el Secretario señale en el Reglamento de la Carrera Magisterial. La solicitud deberá acompañarse con

una copia certificada del Plan de Mejoramiento Profesional, y con documentos fehacientes que acrediten que el solicitante ha concluido el mismo satisfactoriamente. Las solicitudes de reconocimiento de rango se radicarán en la oficina del Director.

2. Los Directores y el Comité analizarán las solicitudes sin entrar en consideraciones no relacionadas con lo dispuesto en el Artículo 4.03 de esta Ley. Concluido el análisis, someterán todos los expedientes al Secretario junto con un Informe con sus recomendaciones indicando si el candidato está o no está cualificado para el rango cuyo reconocimiento solicita. Los Directores informarán a los solicitantes sobre las recomendaciones que en cada caso se someterán al Secretario.

3. El Secretario revisará los Informes de los Directores y el Comité y tomará las determinaciones que procedan de acuerdo con la Ley. La determinación del Secretario se le informará a los solicitantes mediante el procedimiento que establezca el Reglamento de la Carrera Magisterial.

4. Las determinaciones finales del Secretario serán apelables ante la Junta de Apelaciones del Sistema de Educación Pública, creada por la Ley Núm. 115 de 30 de junio de 1965, según enmendada.

## CAPITULO V PLANES DE MEJORAMIENTO PROFESIONAL

Artículo 5.01.-Planes de Mejoramiento Profesional.-

Los Planes de Mejoramiento Profesional son programas de acción de cinco (5) años diseñados por los miembros de la Carrera Magisterial con el fin de dirigir sus esfuerzos a los objetivos que ellos mismos se han propuesto.

Artículo 5.02.-Contenido de los Planes.-

Los planes combinarán los siguientes elementos:

1. Estudios formales con crédito académico en instituciones universitarias reconocidas por el Consejo de Educación Superior en áreas de la Pedagogía y en materias relacionadas con la especialidad del maestro;

2. Horas de participación en actividades de educación continua organizadas por el Departamento, aprobadas por éste o por el Comité de Evaluación Continua;

3. Práctica docente en el área de su especialidad, y;

4. Actividades académicas y no académicas, de valor para la escuela, los estudiantes y la comunidad, como el desarrollo de proyectos de investigación, la organización de actividades estudiantiles, la prestación de servicios de orientación a los alumnos y a sus padres, el ofrecimiento de adiestramientos al personal docente de la escuela y la atención de estudiantes con problemas de rezago o de estudiantes de alto rendimiento académico.

LEY NÚM.158

30/06/1999

Ley de
Carrera

Estado
Libre Asoc.

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**

| | |
|---|---|
| **DEPARTAMENTO DE EDUCACIÓN**<br>AGENCIA<br><br>Y<br><br>**MARÍA CLEMENTE ROSA**<br>QUERELLANTE: | **CASO NÚM.: AQ-14-_____**<br>(radicado el 26 de agosto de 2014)<br><br><br>MATERIA:<br><br>CARRERA MAGISTERIAL |

**MOCIÓN ASUMIENDO REPRESENTACIÓN LEGAL**

**A LA HONORABLE COMISIÓN:**

COMPARECE el Departamento de Educación de Puerto Rico representada por sus abogados, uno de los cuales suscribe y, muy respetuosamente EXPONE y SOLICITA:

1) El Departamento de Educación ha contratado los servicios legales del bufete que subscribe para asumir representación en el presente caso por lo cual solicitamos que se admita al bufete a representar al Departamento de Educación de Puerto Rico y que todas las notificaciones relacionadas a este caso se rindan a nuestra dirección provista.

POR TODO LO CUAL se solicita, muy respetuosamente, a es a Honorable Comisión que acepte nuestra comparecencia como representante legal del Departamento de Educación.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a _16_ de septiembre de 2014.

CERTIFICO que en el día de hoy se ha enviado, por correo ordinario, copia fiel y exacta del presente escrito a María Clemente Rosa al Cond. Astralis, 9546 C/A Díaz Way, Apt. 311, torre 6 Carolina PR 00979.

LAW OFFICES WOLF POPPER, PSC
654 Plaza, Suite 1001
654 Muñoz Rivera Ave.
San Juan, PR 00918
Tel. (787) 522-0200/Fax (787) 522-0201

GUSTAVO A. MONTES MILLÁN
RUA: 17722
gmontes@wolfpopperpr.com

2/2

25 de agosto de 2014

María A. Clemente Rosa
Maestra de Educación Tecnológica
(Artes Industriales)
Escuela Intermedia Sabana Llana
QUERELLANTE

VS.

Departamento De Educación
Oficina Del Secretario
Oficina d  Carrera Magisterial
Dra. Milagros Rohena Rivera
INDUSTRIALES
Oficina d  Recursos Humanos
Distrito Escolar San Juan II
Dra. Lydia Báez
Superintendente Auxiliar
  QUERELLADOS

QUERELLA POR NEGLIGENCIA
Y   DE DISCRIMEN PARA LA
MAESTRA DE ARTES

A PARTICIPAR EN LA
CARRERA MAGISTERIAL
VIOLACION DE LEY 158
CARRERA MAGISTERIAL
VIOLACION ARTÍCULO 3.05-
EL RANGO DE MAESTRO
VIOLACION ARTÍCULO 4.01 -
NATURALEZA DEL ASCENSO

## A LA HONORABLE COMISIÓN APELATIVA DEL SERVICIO PÚBLICO:

Comparece María A. Clemente Rosa. querellante, se dirige muy respetuo amente. expone. alega y solicita:

## EXPOSICIÓN DE MOTIVOS

La Ley 158 Ley de Carrera Magisterial. establece en su Artículo 4.01 – Naturaleza del ascenso

Los ascensos en rango constituyen reconocimientos al esfuerzo consecuente de los miembros de la Carrera magisterial que cumplen con su Plan de mejoramiento profesional. Ningún funcionario. Consejo. o Comité del Departamento o de una escuela podrá negarse a reconocer el rango que hubiese alcanzado un miembro de la Carrera Magisterial al concluir su Plan de mejoramiento Profesional si su desempeño docente hubiese obtenido evaluaciones satisfactorias consistentemente. (Historia De la Reforma Educativa 393:

REGLAMENTO DE LA CARRERA MAGISTERIAL QUE DEROGA EL REGLAMENTO NUM. 6068 DE 28 DE DICIEMBRE DE 1999 SEGUN ENMENDADO  dispone en  el artículo 6.09  Reconocimiento de cursos o adiestramientos no conducentes a grados que dispone:

4

Miércoles 15 de junio de 2016

DEPARTAMENTO DE EDUCACIóN
(PETICIONADO)
V

CASO NúM: AQ-14-0730
SOBRE: CARRERA MAGISTERIAL

MARíA A. CLEMENTE ROSA
(PETICIONARIA)

**Objetivo de Petición entre otros:** Violación de mis derechos constitucionales a la igual protección de las leyes y a la igual paga por igual trabajo.

Asunto: Se dirige a usted muy respetuosamente para solicitar a la Honorable COMISIóN APELATIVA DEL SERVICIO PúBLICO Y A SU HONORABLE, Juez representante Sra. Ruth Vázquez Juan, que se declare el CASONUM AQ-14-0730 como: UN PLEITO DE CLASE. De acuerdo a que la peticionaria ha cumplido con toda la información y proyectos requeridos por la Ley de Carrera Magisterial, para competir por ascender al Rango de "Maestro" de igual forma cumple con los dos requisitos que presenta o solicita el documento de Opción 45 créditos. Aun así el Departamento de Educación y el Secretario de Educación Hon. Rafael Román y otros, han actuado de manera arbitraria, caprichosa e irrazonablemente, discriminando y excluyendo a la peticionaria de recibir el derecho de los beneficios concedidos a la Profesion Magisterial por la Ley de Carrera Magisterial. Ante lo cual Hon Juez Ruth Vázquez Juan, solicito se declare inconstitucional el Articulo 1.03- "Miembros de la Carrera Magisterial" y el articulo 3.05. –" El Rango de Maestro", el cual se han negado a reconocerlo. Llevando su acción a un proceso de daños y perjuicios hacia la persona de Maria A. Clemente Rosa, (Peticionaria), maestra certificada en Artes Industriales (Educación en Tecnologia).

Nuestra base Legal para la petición está en el caso: CC-2006-746 172 DPR _____ 2007 DTS 227 MATIAS LEBRON V DEPARTAMENTO DE EDUCACION 2007 SPR 227.

"Materia: Inconstitucionalidad de Ley; Sentencia Declaratoria; Pleito de Clase, Regla 20.1 de Procedimiento Civil, para la certificación de un pleito de clase. Procede la certificación del pleito de clase para adjudicar, <u>exclusivamente</u>, la controversia relativa a la retroactividad de los beneficios de la Ley de la Carrera Magisterial. Ahora bien, la clase sólo incluirá a aquellos trabajadores sociales y maestros orientadores escolares que actualmente son miembros de la carrera profesional, porque presentaron su solicitud y planes de mejoramiento profesional al amparo de la referida Ley, y éstos fueron aprobados debidamente por el Secretario de Educación."[1]

Ante esa situación de aparente discrimen a la cual he sido victima de parte del Departamento de Educación, del Hon. Secretario de Educación, Sr. Rafael Román y otros, voy ante ustedes en su auxilio y en busca de un remedio, Honorable COMISIÓN APELATIVA DEL SERVICIO PÚBLICO Y A SU HONORABLE, Juez representante Sra. Ruth Vázquez Juan. Para que se resarza por los daños y perjuicios y daños emocionales causados por los peticionados, a lo cual respetuosamente solicito una indemnización por la cantidad de $200,000.00, y que se reconozca mi participación en su totalidad de la carrera profesional magisterial, a la luz de la Ley de Carrera Magisterial. Que se me otorgue el dinero a un 40% del salario del maestro instructor desde que radique (en retroactivo) la primera fase del Plan el día 15 de febrero de 2013. Que se me acepte mi Plan de Mejoramiento, que se me acepte los documentos que también he sometido bajo la Opción 45 créditos. Que se me pague el proyecto de las 100 horas, que se me convalide los cursos de Educación Continua por los créditos según la Ley 158 de Carrera Magisterial.

RESPETUOSAMENTE FIRMA.

Cordialmente.

*María A. Clemente Rosa*

María A. Clemente Rosa
Maestra de Artes Industriales
(Educación en Tecnología)
Tel 939-216-3308

1  Tribuna Supremo de Puerto Rico 2007 DTS 227 MATIAS LEBRON V DEPARTAMENTO DE EDUCACION 2007TSPR227



**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

*OCM-11A*

*Programa de Carrera Magisterial*

### RECOMENDACIÓN DE RECONOCIMIENTO DE NIVEL

Certifico que se ha revisado y analizado la **Certificación de Radicación y Aprobación del Plan de Mejoramiento Profesional** (OCMO6) de

| | |
|---|---|
| Nombre | María A. Clemente Rosa |
| Seguro Social | 7909 |
| Escuela | Intermedia Sana Llana |
| Distrito Escolar | San Juan II |
| Región Educativa | San Juan |

La misma cumple con las disposiciones de Ley establecidas en los artículos 2.02 **"Miembros de la Carrera Magisterial**, 2.06 **Activación a la Carrera Magisterial**, 2.07 **Formularios"**, por lo cual se recomienda que se le otorgue el **Nivel I** con un aumento salarial de **$122.50** por concepto de haber completado exitosamente con éstos. La vigencia de su plan es desde abril 2012 hasta abril 2017.

Certifico Correcto

_____
Milagros Rohena Rivera, Ed. D
Directora

_____
Fecha

*Nota: Este formato es para uso oficial.*

P.O. BOX 190759, SAN JUAN, PUERTO RICO  00919-0759  ·  TEL.  (787) 773- 2452,6287  5456  ·  FAX.  (787) 756-8028



**ESTADO LIBRE ASOCIADO DE**
**PUERTO RICO**

DEPARTAMENTO DE EDUCACION

**OFICINA DE CARRERA MAGISTERIAL**

25 de septiembre de 2014

Nombre       Maria A. Clemente Rosa          Especialidad  Educación Tecnológica
Escuela      Int. Sabana Llana                Región        San Juan
Distrito     San Juan II

Estimada profesora

De acuerdo a la evaluación realizada a su trascripción de créditos de estudios graduados y de conformidad con los artículos 5.04 y 6.08 del Reglamento de la Carrera Magisterial, se le reconocerá para el cumplimiento de su Plan de Mejoramiento Profesional, los siguientes cursos universitarios

Educación General  18 créditos
- HIST  1417  (Centro Estudios Avanzados de P.R.)
- HIST  1307  (Centro Estudios Avanzados de P.R.)
- HIST  1305  (Centro Estudios Avanzados de P.R.)
- HIST  1310  (Centro Estudios Avanzados de P.R.)
- LITE  1704  (Centro Estudios Avanzados de P.R.)

**Créditos reconocidos (18)**

Especialidad  27 créditos

**Créditos reconocidos (0)**

Usted deberá aprobar seis (6) créditos universitarios graduados en cursos relacionados a la categoria docente donde posee su nombramiento permanente (**Educación Tecnológica**) o Curriculo y Enseñanza o Tecnología Educativa

Además deberá presentar esta carta en cada proceso que realice en la Carrera Magisterial incluyendo los procesos de revisión de salario y nivel para evitar confusiones con el técnico que evalúe su caso

Cordialmente

Edgardo Feliciano Sánchez
Especialista de Recursos Humanos

PO Box 190759
San Juan, Puerto Rico 00919-0759
Tel. (787) 773-2418

El Departamento de Educación no discrimina por razón de raza, color, género, nacimiento, origen nacional, condición social

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | |
|---|---|
| Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No 17-bk-03283<br>Petition Date:<br>May 3, 2017 |
| Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación de Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-0384<br>Petition Date<br>May 5, 2017 |
| Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No 17-bk-03567<br>Petition Date<br>May 21, 2017 |
| Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No 17-bk-03566<br>Petition Date<br>May 21, 2017 |
| Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No 17-bk-04780<br>Petition Date<br>July 2, 2017 |

JUN 2 9 REC'D

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar la información que es privada o está sujeta a obligación de privacidad o confidencialidad en este formulario o en cualquier documento adjunto. Adjunte copias editadas de cualquiera de los documentos que respaldan su reclamación, tales como pagarés, órdenes de compra, facturas, estados detallados de cuentas en curso, contratos, sentencias judiciales, hipotecas y acuerdos de garantía. No adjunte documentos originales; ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explíquelo en un anexo.

Fill in all the information about the claim as of the Petition Date

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso

## Part 1 / Parte 1    Identify the Claim   Identificar la reclamación

1. Who is the current
creditor?

¿Quién es el
acreedor actual?

_Maria E Clemente Rios_

Name of the current creditor (the person or entity to be paid for this claim)
Nombre del acreedor actual (la persona o entidad que recibirá el pago de esta reclamación)

Other names the creditor used with the debtor
Otros nombres utilizados por el acreedor ante el deudor

2  **Has this claim been acquired from someone else?**

☒ No / No
☐ Yes  From whom?

¿Esta reclamación se ha adquirido de otra persona?

Si  ¿De quien?

3  **Where should notices and payments to the creditor be sent?**

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

**Where should payments to the creditor be sent?**
(if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Name / Nombre  Maria A Clemente Rosis

Name / Nombre

¿A donde deberían enviarse las notificaciones al acreedor?

Number / Número  Street / Calle

Number / Número  Street / Calle

Norma federal del procedimiento de quiebra (FRBP  por sus siglas en inglés) 2002(g)

City / Ciudad  State / Estado  ZIP Code / Código postal

City / Ciudad  State / Estado  ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

Contact email / Correo electrónico de contacto

4  **Does this claim amend one already filed?**

☐ No / No
☐ Yes  Claim number on court claims registry (if known)
Si  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)
Filed on / Presentada el  _____

¿Esta reclamación es una enmienda de otra presentada anteriormente?

MM / DD / YYYY

5  **Do you know if anyone else has filed a proof of claim for this claim?**

☒ No / No
☐ Yes  Who made the earlier filing?
Si  ¿Quién hizo la reclamación anterior?

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

---

**Part 2 / Parte 2:**

**Give Information About the Claim as of the Petition Date**

**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

6  **Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

☐ No / No
☒ Yes  Identify the agency or department and contact name  (A list of Commonwealth of Puerto Rico agencies and departments is available at  https: cases.primeclerk.com/puertorico)
Si  Identifique el organismo o departamento y nombre del representante  (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en  https: cases.primeclerk.com/puertorico)

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

Departamento de Educacion

**Do you supply goods and / or services to the government?**

☒ No / No
☐ Yes  Provide the additional information set forth below / Si  Proporcionar la información adicional establecida a continuación

¿Proporciona bienes y / o servicios al gobierno?

Vendor / Contract Number / Número de proveedor / contrato  _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente)  pero antes del 30 de junio de 2017  $ _____

**8** How much is the claim?

¿Cuál es el importe de la reclamación?

$ _Monto Futerdi terminol_

Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☒ No / No

☐ Yes Attach statement itemizing interest, fees, expenses, or other
charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí Adjunte un balance con intereses detallados honorarios
gastos u otros cargos exigidos por la Norma de Quiebras
3001(c)(2)(A)

**9** What is the basis of the claim?

¿Cuál es el fundamento de la reclamación?

Examples Goods sold money loaned, lease, services performed, personal injury or wrongful death, or credit card
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c) Limit
disclosing information that is entitled to privacy, such as health care information

Por ejemplo Venta de bienes prestamo de dinero, arrendamiento, prestación de servicios, lesiones personales u
homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la
reclamación conforme a lo exigido por la Norma de Quiebras 3001(c) Limite la divulgación de información que
reúne los requisitos para ser tratada con privacidad tal como información sobre atención médica

_El aumento de salud : ley de Causa Mayes terró
tus aumenta de Silla Maria Quivó_

**10** Is all or part of the claim secured?

¿La reclamación está garantizada de manera total o parcial?

☒ No / No

☐ Yes The claim is secured by a lien on property
Sí La reclamación está garantizada por un derecho de retención sobre un bien

Nature of property / Naturaleza del bien:

☐ Motor vehicle / Vehículos

☐ Other Describe
Otro Describe

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for
example a mortgage lien certificate of title financing statement or other document that shows the lien has
been filed or recorded )

Adjunte copias editadas de documentos si los hubiere que demuestre la realización de pasos adicionales
para hacer valer un derecho de garantia (por ejemplo una hipoteca un derecho de retención un
certificado de propiedad una declaración de financiamiento u otro documento que demuestre que se ha
presentado o registrado un derecho de retención

Value of property / Valor del bien       $

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $ _____
The sum of the secured and unsecured amounts should match the amount in line 7
La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ _____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso) ____ %

☐ Fixed / Fija
☐ Variable / Variable

**11** Is this claim based on a lease?

¿Esta reclamación está basada en un arrendamiento?

☒ No / No

☐ Yes Amount necessary to cure any default as of the Petition Date.
Sí Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

**12. Is this claim subject to a right of setoff?**

¿La reclamación está sujeta a un derecho de compensación?

☒ No / No

☐ Yes  Identify the property /
Sí  Identifique el bien

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☐ No / No

☒ Yes  Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.

Sí  Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

$ *Monto*
*Indeterminado*

## Part 3 / Parte 3:

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que completa esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente

☒ I am the creditor / Soy el acreedor

☐ I am the creditor's attorney or authorized agent / Soy el abogado o agente autorizado del acreedor

☐ I am the trustee, or the debtor, or their authorized agent  Bankruptcy Rule 3004 / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004

☐ I am a guarantor, surety, endorser, or other codebtor  Bankruptcy Rule 3005 / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on  date  Ejecutado el  06/28/2018  (MM DD YYYY  /DD MM AAAA)

Signature / Firma  *Grace L. Clemente Rosa*

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name /
Nombre  *Marín — Antonia — Clemente Rosa*
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo  *Maestra de Artes Industriales*

Company / Compañía

Identify the corporate servicer as the company if the authorized agent is a servicer
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador

Address / Dirección

Number / Número    Street / Calle

City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto    Email / Correo electrónico

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

María A. Clemente Rosa
PETICIONARIA

    v.

    **OCTOBER 6, 2021**

    **PROMESA**
    **TITLE III**

ESTADO LIBRE ASOCIADO      **No. 17 BK 3283- LTS**
            **CLAIM # 92159**

De PUERTO RICO

         (Jointly Administered)
COMMONWEALTH       This filing relates to the Commonwealth,
          HTA and ERS.

OF PUERTO RICO

*RECEIVED NOV 16 2021 PRIME CLERK*

### HONORABLE JUDGE: Laura Taylor Swain, UNITED STATES DISTRICT COURT

Honorable Judge, now you are asking for documents, which have already been sent to you on several occasions indicating ones that are necessary so that they can assign a payment to the creditor. That is unfair, because all that information has already been sent to Prime Clark, to be submitted to the Honorable Court and the Representatives of the Debtors.

Honorable Judge PURSUANT TO THE ABOVE I RESPECTFULLY REQUEST

  1 GRANT TO THE CREDITOR AND / OR APPEALING PARTY THE PAYMENT OF THE

  CLAIMS SUBMITTED TO THE DEBTORS DEPARTMENT OF EDUCATION AND

  ASSOCIATED FREE STATE DEPARTMENT OF RETIREMENT OF TEACHERS ETS

2 I RESPECTFULLY REQUEST TO ORDER THE DEBTOR
MAKE EFFECTIVE PAYMENTS OF THESE CLAIMS PRROMESA TITLE III
NO 17 BK 3283- LTS (JOINTLY ADMINISTERED)

  CLEMENTE ROSA MARIA A. PROOF OF CLAIM NUMBER 92159 ($20 000 00)CLAIM
  AMOUNT RANGE - C. FORUM / CASE NUMBER - AQ-14- 0730

  1 CLAIM NUMBER 92159 ($20 000 00) ......................................
  2 CLAIM NUMBER 139834 ($50 400 00) ......................................
  3 CLAIM NUMBER 150849 ......................................
  4 CLAIM NUMBER 133637 ......................................
  5 CLAIM NUMBER 133778 ......................................

ACCORDING TO THE LAW OF THE PROMISE TITLE III LAW SYSTEM
  **WHEREFORE,** the Petitioner respectfully requests that Hon. Laura Taylor Swain, **Judge of the United States District Court**, take notice of the foregoing, grant the motion **TO SECURE THE PAYMENTS OWED TO ME UNDER THE TEACHING CAREER ACT, WITH ALL THE INTEREST DUE, IN ITS ENTIRETY, ACCORDING TO ACT 158,** the motion having been filed with the Hon. Court on June 29, 2018.

CORDIALLY

*María A. Clemente Rosa*



990123401013773

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# EXHIBIT C-1

4)      The Secretary's determinations shall be appealable before the Board of Appeals of the Public Education System, established under Act No. 115 of June 30, 1965, as amended.


Article 3.11. Entry of External Teaching Personnel

The Secretary may authorize entry to the Teaching Career to any person who meets the requirements of Chapter III of this Act; provided that the persons thus appointed enter the System in the corresponding rank, according to their training, experience, and contact hours in continuing education activities.


CHAPTER IV. PROMOTION PROCEDURE

Article 4.01. Nature of the Promotion.

Promotions in rank constitute recognition of the consistent effort of the members of the Teaching Career who comply with their Professional Development Plan. No official, Council, or Committee of the Department or of a school may refuse to recognize the rank that members of the Teaching Career would have reached at the conclusion of their Professional Development Plan if their teaching performance consistently obtained satisfactory evaluations.


Article 4.02. Rank Recognition.

Rank recognition within the Teaching Career constitutes a non-delegable power of the Secretary.


Article 4.03. Right to Promotion.

Members of the Teaching Career shall have the right to promotion by presenting reliable documents, demonstrating the following:

1)      That they have satisfactorily concluded their Professional Development Plans;

2)      That they have consistently obtained satisfactory evaluations of their teaching performance, showing that they possess the professional skills listed in Article 2.01 of this Act.

Years of service alone do not qualify any member of the Teaching Career for promotion in rank.


Article 4.04. Request for Rank Recognition.

The procedure related to promotion in rank under the previous article shall be as follows:

1)      Members of the Teaching Career shall request promotion in rank on the date indicated by the Secretary in the Teaching Career Regulations. The application must be

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

accompanied by a certified copy of the Professional Development Plan, and with documents certifying that the Applicant has successfully completed same. Applications for recognition of rank shall be filed with the School Principal's office.

2) The School Principal and the Committee shall analyze the applications without entering into considerations not related to the provisions of Article 4.03 of this Act. Once the analysis is concluded, they will submit all the files to the Secretary, together with a Report containing their recommendations, and indicating whether or not the candidate is qualified for the rank for which the recognition is requested. The School Principal shall inform the Applicant about the recommendations that, in each case, will be submitted to the Secretary.

3) The Secretary shall review the Reports of the School Principal and the Committee and shall make the decisions that proceed in accordance with the Law. The decision of the Secretary shall be communicated to the Applicant through the procedure established in the Teaching Career Regulations.

4) The Secretary's final determinations shall be appealable before the Board of Appeals of the Public Education System, established by Act No. 115 of June 30, 1965, as amended.


## CHAPTER V. PROFESSIONAL DEVELOPMENT PLAN

Article 5.01. Professional Development Plan.

Professional Development Plans are five (5)-year action programs designed by Teaching Career members in order to direct their efforts to the objectives that they have set for themselves.


Article 5.02. Plan Content.

The plans shall combine the following elements:

1) Formal studies with academic credit in university institutions recognized by the Council of Higher Education in areas of Teaching and in matters related to the teacher's specialty;

2) Participation hours in continuing education activities organized by the Department, approved by the Department, or by the Continuing Evaluation Committee;

3) Teaching practice in their area of specialty, and;

4) Academic and non-academic activities of value to the school, to students, and to the community, such as the development of research projects, the organization of student activities, the provision of guidance services to students and their parents, training offer to the school's teaching staff, and special attention to students with learning delays, or students with high academic performance.

[logo:] 

## GOVERNMENT OF PUERTO RICO
### DEPARTMENT OF EDUCATION
#### Office of the Assistant Secretary for Human Resources

*OCM-11A*

*Teaching Career Program*

### *RECOMMENDATION FOR LEVEL RECOGNITION*

*I hereby certify that the "**Certification of Filing and Approval of the Professional Development Plan" (OCMO6)** of:*

| | |
|---|---|
| Name: | Maria A. Clemente Rosa |
| Social Security: | ████ 7909 |
| School: | Sabana Llana Middle School |
| School District: | San Juan II |
| Educational Region: | San Juan |

*has been reviewed and analyzed.*

*Same complies with the provisions under the law, established in Articles 2.02 "**Teaching Career Members**", 2.06 "**Activation of the Teaching Career**", 2.07 "**Forms**", therefore, having successfully completed these requirements, it is recommended that **Level I** be granted, with a salary increase of $122.50. Her plan is in force from April 2012 to April 2017.*

*Certified to be correct.*

_____[handwritten signature]_____         _____[handwritten: 04/12/20 (illegible)]_____
*Milagros Rohena Rivera, Ed.D.*                                  *Date*

**Note: This form is for official use.**

**P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 – TEL. (787) 773-2452-6287  5456 – FAX: (787) 758-8028**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Coat of Arms   COMMONWEALTH OF
of Puerto Rico]   <u>PUERTO RICO</u>
           DEPARTMENT OF EDUCATION

**TEACHING CAREER OFFICE**

September 25, 2014

Name:      Maria A. Clemente Rosa     Specialty:    Technology Education
School:     Sabana Llana Middle     Region:      San Juan
District:    San Juan II

Dear Teacher,

According to the evaluation of your graduate study credit transcript, and in accordance with Articles 5.04 and 6.06 of the Teaching Career Regulations, the following university courses will be recognized towards your Professional Development Plan:

General Education: 18 credits
- HIST  1417   (Puerto Rico Center of Advanced Studies)
- HIST  1307   (Puerto Rico Center of Advanced Studies)
- HIST  1305   (Puerto Rico Center of Advanced Studies)
- HIST  1310   (Puerto Rico Center of Advanced Studies)
- LITE   1704   (Puerto Rico Center of Advanced Studies)

**Credits recognized (18)**

Specialty: 27 credits

**Credits recognized (0)**

You must have passed six (6) graduate study program university credits in courses related to the teaching category for which you have your permanent appointment (Technology Education), or Curriculum and Teaching, or Educational Technology.

In addition, you must present this letter in each process that you carry out with reference to the Teaching Career, including the salary and level review processes, in order to help avoid confusion for the technician evaluating your case.

Sincerely,
[handwritten signature]
Edgardo Feliciano Sánchez
Human Resources Specialist

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel. (787) 773-2448



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> C<small>OURT FOR THE</small> D<small>ISTRICT OF</small> P<small>UERTO</small> R<small>ICO</small> / T<small>RIBUNAL DE</small> D<small>ISTRITO DE LOS</small> E<small>STADOS</small> U<small>NIDOS PARA EL</small>
D<small>ISTRITO DE</small> P<small>UERTO</small> R<small>ICO</small>

Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | | |
|---|---|---|
| Commonwealth of Puerto Rico El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| Puerto Rico Sales Tax Financing Corporation (COFINA) La Corporación de Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| Puerto Rico Highways and Transportation Authority La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| Puerto Rico Electric Power Authority La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

JUN 2 9 RECD

## Modified Official Form 410 / Formulario Oficial 410 Modificado
# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or is subject to confidentiality, or in this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo, que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que tenga derecho a la privacidad o esté sujeta a confidencialidad, o en este formulario o en cualquier documento adjunto. Adjunte copias editadas de cualquier documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, estados detallados de cuentas en funcionamiento, contratos, sentencias, hipotecas y acuerdos de garantía. No adjunte documentos originales, ya que estos pueden ser destruidos después de escanearlos. En caso de que los documentos no estén disponibles, explíquelo en un anexo.

Fill in all the information about the claim as of the Petition Date

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso

| Part 1 / Parte 1 | Identify the Claim   Identificar la reclamación |
|---|---|

Who is the current creditor?

¿Quién es el acreedor actual?

_Alfred E. Clemente Ruiz_

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

2. Has this claim been acquired from someone else?

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes From whom? Sí ¿De quién?

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A donde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP por sus siglas en inglés) 2002(g)

Where should notices to the creditor be sent?
¿A dónde deberían enviarse las notificaciones al acreedor?

Where should payments to the creditor be sent? (if different)
¿A dónde deberían enviarse los pagos al acreedor? ¿En caso de que sea diferente?

Name / Nombre: MHIon M Clemente Rosa

Name / Nombre:

Number / Número: ___ Street / Calle: ___

Number / Número: ___ Street / Calle: ___

City / Ciudad ___ State / Estado ___ ZIP / Código postal ___

City / Ciudad ___ State / Estado ___ ZIP Code / Código postal ___

Contact phone / Teléfono de contacto: ___

Contact phone / Teléfono de contacto: ___

Contact email / Correo electrónico de contacto: ___

Contact email / Correo electrónico de contacto: ___

4. Does this claim amend one already filed?

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes Claim number on court claims registry (if known)
Sí Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)
Filed on / Presentada el: ___ MM / DD / YYYY

5. Do you know if anyone else has filed a proof of claim for this claim?

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes Who made the earlier filing?
Sí ¿Quién hizo la reclamación anterior?

---

**Part 2 / Parte 2:**

Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes Identify the agency or department and contact name (A list of Commonwealth of Puerto Rico agencies and departments is available at https://cases.primeclerk.com/puertorico)
Sí Identifique el organismo o departamento y nombre del representante (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico, está disponible en https://cases.primeclerk.com/puertorico)

[hw:] *Department of Education*

Do you supply goods and / or services to the government?

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes Provide the additional information set forth below Sí Proporcione la información adicional establecida a continuación

Vendor / Contract Number / Número de proveedor / contrato ___

List any amounts due after the Petition Date (listed above, but before June 30, 2017)
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente) pero antes del 30 de junio de 2017 $ ___

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*29/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Estado Libre Asociado de Puerto Rico
CORPORACION DEL FONDO DEL SEGURO DEL ESTADO

NOTA: UTILICE EL GRAFOTIPO PARA REGISTRAR INFORMACION

| OFICINA | FECHA |
|---|---|

INFORME MEDICO ESPECIAL

Nombre: Maria Clemente Rosa
No. Caso: 92-15-00613-6
Region: Carolina

Examen Fisico:

Rec:

Certifico que copia fiel y exacta de documento
original. Estrictamente confidencial. No se
reproducirá y se usara solamente para el
propósito solicitado.
CORPORACION DEL FONDO DEL
SEGURO DEL ESTADO
REGION CAROLINA

| FECHA DEL INFORME | NOMBRE DEL MEDICO | FIRMA DEL MEDICO |
|---|---|---|
| 30 de enero del 2001 | DR. HERMAN GONZALEZ | |

OFSE 1357 Rev. ENERO 2000

MAR 15 2001

EXPEDIENTE RECLAMACION

MARIA A CLEMENTE ROSA
CIPR: 17-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-01
CFSE: 15-15-30917-0

Una vez recibido lo aquí requerido, se ORDENA a la Secretaría señalar continuación de vista pública sobre Tratamiento, en una sala donde esté presente la Dra. Roselynn L. Martínez, Internista Consultor

**REGISTRESE Y NOTIFIQUESE:** a la parte peticionaria a su dirección en COND ASTRALIS 9546 CALLE DIAZ WAY APT 311 CAROLINA, PR 00979 - 1464; el LIC. LUIS VIDAL ARBONA a su dirección en PO BOX 192845 SAN JUAN, PR 00919-2845; a la representación legal del Asegurador, la Lic. Mariela Velázquez Martínez y al Administrador de la Corporación del Fondo del Seguro del Estado por conducto de la Secretaría.

En San Juan, Puerto Rico, a 1 de septiembre de 2021

ANIRAM DEL VALLE FIGUEROA
Comisionada

ADF/mgr/grv

**CERTIFICO** que es copia fiel y exacta de la resolución adoptada en este caso y que en esta fecha fue notificada a las partes arriba indicadas.

SEP 1 0 2021

_____
Fecha de Notificación

_____
Secretario

85435A55                    2 de 2

Estado Libre Asociado de Puerto Rico
CORPORACION DEL FONDO DEL FONDO DEL SEGURO DEL ESTADO
Oficina Regional de Carolina

CLEMENTE ROSA MARIA

Nombre de Lesionado (Apellido Paterno, Materno, Nombre propio)

Número de Registro: 20151530917

Número de Seg. Social: XXX-XX-7909

Número de Registro: 17

Fecha Accidente: Día 23   Mes febrero   Año 2015

20151530917

CLEMENTE ROSA, MARIA
23-feb-2015
Carolina
8/24/15

962
XXX-XX-7909

ASEGURESE DE ANOTAR SU NOMBRE Y APELLIDO, FIRMAR LEGIBLEMENTE Y ANOTAR LAS SIGLAS DE SU TITULO PROFESIONAL CON SU NUMERO DE LICENCIA

## NOTAS DE PROGRESO

8/29/2015 — 1:45 PM

Dx

S:

O:

A SS

P

000041

Estado Libre Asociado de Puerto Rico
CORPORACION DEL FONDO DEL FONDO DEL SEGURO DEL ESTADO
Oficina Regional de **Carolina**

CLEMENTE ROSA, MARIA

Número de caso 20151530917

Número de Seguro Social XXX-XX-7909

20151530917

CLEMENTE  ROSA, MARIA
23-feb-2015
Carolina

F
962
XXX-XX-7909

Fecha Accidente  Día **23**  Mes **febrero**  Año **2015**

## NOTAS DE PROGRESO

V _ 12. 2015

3. 30 pm.  Jx

S

O:

Ass

P.

P. Plan de cuidado (Future)
Intervención Toda acción llevada a cabo por el profesional)

Estado Libre Asociado de Puerto Rico
CORPORACIÓN DEL FONDO DEL FONDO DEL SEGURO DEL ESTADO
Oficina Regional de Carolina

CLEMENTE ROSA, MARIA

Nombre de Lesionado: Apellido Paterno, Materno, Nombre completo

Número de Caso: 20151530917

Número de Seguro Social: XXX-XX-7909

Número de Historia Clínica:

Fecha Accidente: 23     Mes: febrero     Año: 2015

20151530917

CLEMENTE ROSA, MARIA                                    F
23-feb-2015                                        1962
Carolina                                   XXX-XX-7909

AGRUPE TODA ANOTAR DE NUMERO Y ANOTE LOS Y FIRMAR LEGIBLEMENTE Y ANOTAR LAS SIGLAS DE SU TÍTULO PROFESIONAL CON EL NÚMERO DE LICENCIA

## NOTAS DE PROGRESO

X - 6-2015 ———→  4/ ... y.

Dx

S.

O.

Ass

Estado Libre Asociado de Puerto Rico
CORPORACIÓN DEL FONDO DEL FONDO DEL SEGURO DEL ESTADO
Oficina Regional de **Carolina**

CLEMENTE ROSA, MARIA

Nombre del Lesionado (Apellido Paterno, Materno, Nombre Inicial)

Número de Caso  20151530917

Número de Seguro  XXX-XX-7909

20151530917

CLEMENTE ROSA, MARIA
23-feb-2015
Carolina

F
962
XXX-XX-7909

Fecha Accidente  _23_  Mes  **febrero**  Año  **2015**

## NOTAS DE PROGRESO

$VI$  $10.2015$
$3:16$ Pm

$D \times$

$S:$

$O:$

$Ics$

$P.$

000031

CFSE 05-019
sept./5

CORPORACION DEL FONDO DEL SEGURO . ESTADO
Servicios Médicos

## NOTA DE PROGRESO PARA USO DEL MÉDICO

Nombre del Lesionado  Apellido Paterno Materno Nombre completo

Clemente Rosa Maria

Número de Caso          Número de Record C.U.

15-15-30917

Fecha Accidente  día mes año

Fecha (día mes año)    Hora              Alergias    Explique

1-6-16        10:00   ☑ AM  ☐ SI
                       ☐ PM  ☐ NO

PROBLEMA

SUBJETIVO:

EXAMEN FISICO    Signos Vitales    PR    PULSO    REsp    TEMP    P/S    ESTATURA

ESTIMADO:

PLAN

600697

Se orienta al lesionado paciente en relación a sus medicamentos, resultados de laboratorios, estudios auxiliares, referidos y plan de manejo

Edgardo Lloréns Ubarri
Lic. #9362

Nombre del Profesional de Salud letra de molde        Firma del Profesional de Salud        Núm. Licencia
DM 048762

ASEGURESE DE ANOTAR SU NOMBRE Y DOS APELLIDOS  FIRMAR LEGIBLEMENTE Y ANOTAR SU TITULO DE PROFESIONAL Y SU NUMERO DE LICENCIA

CFSE 05-019
sec1 I.T.6

CORPORACION DEL FONDO DEL SEGURO . ESTADO
Servicios Médicos

## NOTA DE PROGRESO PARA USO DEL MÉDICO

Nombre del Lesionado Apellido's Paterno Materno Nombre completo

Clemente Rosa María

Numero de Caso _____ Número de Récord C.M.

15 15 30917

Fecha Accidente _dia. mes año_

| Fecha | Hora | | Alergias | Explique |
|-------|------|--|----------|----------|
| 1-6-16 | 10:00 | ☑ AM ☐ PM | ☑ SI ☐ NO | |

PROBLEMA

SUBJETIVO:

EXAMEN FISICO    Signos Vitales

ESTIMADO

PLAN:

4.000.97

Se orienta al  lesionado paciente en relación a sus medicamentos, resultados de laboratorios, estudios auxiliares referidos y plan de manejo.

Edgardo Lloréns Ubarri
Lic. #9362
DM-048792

Nombre del Profesional de Salud (Letra de molde)    Firma Profesional de Salud    Núm. Licencia

ASEGURESE DE ANOTAR SU NOMBRE Y DOS APELLIDOS  FIRMAR LEGIBLEMENTE Y ANOTAR SU TITULO DE PROFESIONAL Y SU NUMERO DE LICENCIA



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

SRM-SB-022
Rev. marzo 2017

MARIA A CLEMENTE ROSA
PO BOX 7103

SAN JUAN PR 00916

Estimado(a) participante MARIA A CLEMENTE ROSA

De acuerdo a nuestros registros, el balance de aportaciones acumuladas en el SRM
es de aproximadamente $70,541.52 al 18 de junio de 2018. Las aportaciones han
devengado intereses por $19,200.40 para un total de cuotas e intereses de
$89,741.92.

El tiempo acreditado es de aproximadamente 32 año(s), 4 mes(es), 0 semana(s), 0
día(s).

Los pagos realizados por planes de pago, recaudaciones o pagos pendientes
pueden no estar considerados en estos balances. Además, esta información puede
variar, de encontrarse diferencias en el Informe de Cambio enviado por el patrono y
de existir anulaciones futuras entre cuentas que afecten las Aportaciones del
Sistema.

Estos cálculos son preliminares, están sujetos a verificación y ajustes cuando
radique su Solicitud de Retiro. Deberá permanecer cotizando en el SRM hasta la
fecha que proyecta retirarse.

Atentamente,

Área de Servicios de Retiro



235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918
P.O. Box 191879 · San Juan PR 00919-1879



( 787.777.1414     ☎ 787.759.2883     www.srm.pr.gov

SISTEMA DE RETIRO PARA MAESTROS
CENTRO DE SERVICIOS DE HUMACAO

|  | Salario | Meses | Total | *Promedio* | Aumento |
|---|---|---|---|---|---|
| Actual | $3,045.00 | 36 | $109,620.00 | *$3,045.00* | $100.00 |
|  | $0.00 | 0 | $0.00 |  | $150.00 |
|  |  | 0 | $0.00 |  | $150.00 |
|  | $0.00 | 0 | $0.00 |  |  |
| Total |  | 36 | $109,620.00 |  |  |

Total

| Años de Servicio | Edad | Porciento (%) de la Pension | Promedio de 36 salarios mas altos | *Pension Aproxi-mada* | *Pension aproxi-mada menos 9%* | Años de Edad | Computo del 9% |
|---|---|---|---|---|---|---|---|
| 30 | 50 | 75.0% | $3,045.00 | *$2,283.75* | *$2,009.70* | >50<55 | $274.05 |
| 30 | 49 ó MENOS | 65.0% | $3,045.00 | *$1,979.25* | $1,705.20 | >50<55 | $274.05 |
| Entre 25 y 29 | 50 | 1.8% | $3,045.00 | $1,370.25 | $1,096.20 | >50<55 | $274.05 |
| Entre 25 y 29 | 47,48 ó 49 | 1.8% | $3,045.00 | $1,370.25 | $1,027.69 | >50<55 | $274.05 |
| Entre 10 y 24 | 60 ó mas | 1.8% | $3,045.00 | $1,370.25 |  | 60 ó mas |  |
|  |  |  |  |  |  | **MESES** | **9.00%** |
|  |  |  |  |  |  | 12 | $3,288.60 |
|  |  |  |  |  |  | 48 | $13,154.40 |
|  |  |  |  |  |  | 12 | $3,288.60 |
|  |  |  |  |  |  | 12 | $3,288.60 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PRIME CLERK
830 Third Ave. 9 FLO
New York, NY 1002

9590 9402 2073 6132 2242 37

2. Article Number (Transfer from service label)
7016 1370 0001 6714 0086

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X N Wan
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

60 E42 ST #1440
New York NY 10165

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). /**
**Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☒ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

2018 JUN 29 A 8: 30 RECEIVED

---

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

---

| **Part 1 / Parte 1** | **Identify the Claim / Identificar la reclamación** |
|---|---|

| | |
|---|---|
| 1. Who is the current creditor?<br><br>¿Quién es el acreedor actual? | _Maria A. Clemente Rosa_<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br><br>Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor _____ |

---

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom?
Sí. ¿De quién? _____

---

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

_Maria A Clemente_
Name / Nombre

_Cond. Astralis 9546_
Number / Número      Street / Calle

_Cl a Diaz Way Apt 3117b_

_Carolina  P.R.  00979_
City / Ciudad     State / Estado     ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre

Number / Número      Street / Calle

City / Ciudad     State / Estado     ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

---

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes. Claim number on court claims registry (if known)
Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

---

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2:**   Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Sistema De Retiro De Los Empleados Del GobiernoDe PR

---

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

---

Modified Official Form 410

**8.   How much is the claim?**   $ ___90,000.00___

¿Cuál es el importe de la reclamación?     *VALOR Estimado*

**Does this amount include interest or other charges?**
**¿Este importe incluye intereses u otros cargos?**

☒ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

---

**9.   What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*Ley de Retiro y otras aportaciones a la que tenga derecho.*

---

**10.   Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☐ No / No

☒ Yes. The claim is secured by a lien on property.

Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**

☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir:   _____

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

**Value of property / Valor del bien:** $ _____

**Amount of the claim that is secured /**
Importe de la reclamación que está garantizado: $ _____

**Amount of the claim that is unsecured /**
Importe de la reclamación que no está garantizado: $ _____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ _____
_____

**Annual Interest Rate** (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso) _____ %
☐ Fixed / Fija
☐ Variable / Variable

---

**11.   Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

---

Modified Official Form 410                          Proof of Claim                          page 3

| | |
|---|---|
| **12. Is this claim subject to a right of setoff?**<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>SI. Identifique el bien: _____ |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?** | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.   $_____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☐ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  06/28/2018  (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _____
　　　First name / Primer nombre　　Middle name / Segundo nombre　　Last name / Apellido

Title / Cargo _____

Company / Compañía _____
　　　Identify the corporate servicer as the company if the authorized agent is a servicer.
　　　Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
　　　Number / Número　　Street / Calle

_____
　　　City / Ciudad　　　State / Estado　　ZIP Code / Código postal

Contact phone / Teléfono de contacto _____ Email / Correo electrónico _____

Modified Official Form 410　　　　　　　　　　Proof of Claim

**Prime Clerk** NEW YORK
830 Third Ave, 9th Floor
New York, NY 10022

11 SEP '18

FM 12 L

U.S. POSTAGE >> PITNEY BOWES

ZIP 11232   $ 000.35⁰
02 4W
0000349804 SEP 10 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR**
**PROOF OF CLAIM.**

Date Filed: 6/29/2018
Proof of Claim No.: 139834

Maria A. Clemente Rosa
Condominio Astralis
9546 C/A Diaz Way Apt 311
Carolina, PR 00769

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

·146486

---

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

U.S. POSTAGE >> PITNEY BOWES

ZIP 11232   $ 000.35⁰
02 4W
0000349804 SEP 11 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR**
**PROOF OF CLAIM.**

Date Filed: 6/29/2018
Proof of Claim No.: 150849

MARIA A. CLEMENTE ROSA
CONDOMINIO ASTRALIS
9546 CALLE DIAZ WAY APT 311
TORRE #6
CAROLINA, PR 00976

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.



📞 718.384.8040
🌐 TargemTranslations.com
✉ projects@targemtranslations.com
📍 185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK CITY corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 133778**

Signed this 29th day of December, 2021

Andreea I. Boscor

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator

Verify at www.atanet.org/verify

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                           Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF CORRESPONDENCE REGARDING THE THREE HUNDRED SIXTY-SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO PROOFS OF CLAIM NOS. 3258 AND 133778

**To the Honorable United States District Judge Laura Taylor Swain:**

1.     On August 20, 2021, the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth and HTA, the "Debtors"), by and through the Financial Oversight and

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

priority. Further, the Clemente Rosa Response does not dispute that the Clemente Rosa Claim is not entitled to administrative expense priority. Instead, it alleges that the Court is "asking for documents, which have already been sent to you on several occasions . . . ." Clemente Rosa Response at 1.

10.     Accordingly, because Clemente Rosa has not provided a basis for asserting the Clemente Rosa Claim is entitled to administrative expense priority, the Debtors respectfully request the Clemente Rosa Claim be reclassified as a general unsecured claim.

11.     For the foregoing reasons, the Debtors respectfully request that the Court grant the Three Hundred Sixty-Second Omnibus Objection and reclassify the Claims as general unsecured claims, notwithstanding the Responses.

*[Remainder of page intentionally left blank]*

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

NEW YORK
24 AUG '18
PM 14 L

U.S. POSTAGE >> PITNEY BOWES

ZIP 11232   $ 000.35⁰
02 4W
0000349804 AUG 20 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.**

Date Filed: 6/29/2018
Proof of Claim No.: 92159

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Maria A. Clemente Rosa
9546 Calle Diaz Way Apt 311
Condominio Astralis
Torre #6
Carolina, PR 00984-1480

146486

---

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.**

Date Filed: 6/29/2018
Proof of Claim No.: 133537

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Maria A. Clemente Rosa
Calle Diaz Way Apt.311 Torre 6
Condominio Astralis 9546
Carolina, PR 00727

---

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

U.S. POSTAGE >> PITNEY BOWES

ZIP 11232   $ 000.35⁰
02 4W
0000349804 SEP 12 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.**

Date Filed: 6/29/2018
Proof of Claim No.: 133778

For additional information, please visit
**http://cases.primeclerk.com/puertorico**, or
call us at **844.822.9231**.

Maria A. Clemente Rosa
Condominio Astralis 9546
Calle Diaz Way. Apt. 311 Torre 6
Carolina, PR 00728

DF-4375

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
## COMISIÓN APELATIVA DEL SERVICIO PÚBLICO

| | |
|---|---|
| **DEPARTAMENTO DE EDUCACIÓN**<br>AGENCIA<br><br>Y<br><br>**MARÍA CLEMENTE ROSA**<br>QUERELLANTE | **CASO NÚM.: AQ-14-____ _____**<br>(radicado el 26 de agosto de 2014)<br><br><br>**MATERIA:**<br><br>CARRERA MAGISTERIAL |

## MOCIÓN ASUMIENDO REPRESENTACIÓN LEGAL

**A LA HONORABLE COMISIÓN:**

COMPARECE el **Departamento de Educación de Puerto Rico**, representada por sus abogados, uno de los cuales suscribe y, muy respetuosamente EXPONE y SOLICITA:

1) El Departamento de Educación ha contratado los servicios legales del bufete que suscribe para asumir representación en el presente caso por lo cual solicitamos que se admita al bufete a representar al Departamento de Educación de Puerto Rico y que todas las notificaciones relacionadas a este caso se envíen a nuestra dirección provista.

**POR TODO LO CUAL**, se solicita, muy respetuosamente, a esta Honorable Comisión que acepte nuestra comparecencia como representante legal del Departamento de Educación.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a ___16___ de septiembre de 2014.

1/2

CERTIFICO que en el día de hoy se ha enviado, por correo ordinario, copia fiel y exacta del presente escrito a María Clemente Rosa al Cond. Astralis, 9546 C/A Díaz Way, Apt. 311, Torre 6, Carolina PR 00979.

**LAW OFFICES WOLF POPPER, PSC**
654 Plaza, Suite 1001
654 Muñoz Rivera Ave.
San Juan, PR 00918
Tel. (787) 522-0200/Fax (787) 522-0201

GUSTAVO A. MONTES MILLÁN
RUA: 17722
gmontes@wolfpopperpr.com

2/2

25 de agosto de 2014

María A. Clemente Rosa
Maestra de Educación Tecnológica
(Artes Industriales)
Escuela Intermedia Sabana Llana
QUEREI LANTE

VS.

Departamento De Educación
Oficina Del Secretario                                QUERELLA POR NEGLIGENCIA
Oficina de Carrera Magisterial                        Y   DE DISCRIMEN PARA LA
Dra. Milagros Rohena Rivera                           MAESTRA DE ARTES
INDUSTRIALES
Oficina de Recursos Humanos                           A PARTICIPAR EN LA
Distrito Escolar San Juan II                          CARRERA MAGISTERIAL
Dra. Lydia Báez                                       VIOLACION DE LEY 158
Superintendente Auxiliar                              CARRERA MAGISTERIAL
   QUERELLADOS                                         VIOLACION ARTÍCULO 3.05-
                                                       EL RANGO DE MAESTRO
                                                       VIOLACION ARTÍCULO 4.01 -
                                                       NATURALEZA DEL ASCENSO

**A LA HONORABLE  COMISIÓN APELATIVA DEL SERVICIO PÚBLICO:**

Comparece  María  A.  Clemente  Rosa,  querellante,  se  dirige  muy
respetuosamente, expone, alega y solicita:

**EXPOSICIÓN DE MOTIVOS**

**La Ley 158 Ley de Carrera Magisterial, establece en su Artículo 4.01 –**

**Naturaleza del ascenso**

        Los  ascensos  en  rango  constituyen  reconocimientos  al  esfuerzo
consecuente de los miembros de la Carrera magisterial que cumplen con su
Plan de mejoramiento profesional. Ningún funcionario, Consejo, o Comité del
Departamento o de una escuela podrá negarse a reconocer el rango que
hubiese alcanzado un miembro de la Carrera Magisterial al concluir su Plan de
mejoramiento  Profesional  si  su  desempeño  docente  hubiese  obtenido
evaluaciones  satisfactorias  consistentemente.  (Historia  De  la  Reforma
Educativa, 393).

"REGLAMENTO DE A CARRERA MAGISTERIAL QUE DEROGA EL REGLAMENTO NÚM. 6068 DE 28 DE
DICIEMBRE DE 1999, SEGÚN ENMENDADO". lo establece en  el artículo 6.09 "Reconocimiento de cursos
en Áreas Relacionadas con la Especialidad  que establece:

Miércoles 15 de junio de 2016

DEPARTAMENTO DE EDUCACIóN                       CASO NúM: AQ-14-0730
(PETICIONADO)                                   SOBRE: CARRERA MAGISTERIAL
V

MARíA A. CLEMENTE ROSA
(PETICIONARIA)

**Objetivo de Petición entre otros**: Violación de mis derechos constitucionales a la igual protección de las leyes y a la  igual paga por igual trabajo.

Asunto: Se dirige a usted muy respetuosamente para solicitar a la Honorable COMISIóN APELATIVA DEL SERVICIO PúBLICO Y A SU HONORABLE, Juez representante Sra. Ruth Vázquez Juan,  que se declare el CASONUM AQ-14-0730 como: UN PLEITO DE CLASE. De acuerdo a que la peticionaria ha cumplido con toda la información y proyectos requeridos por la Ley de Carrera Magisterial, para competir por ascender al Rango de "Maestro" de igual forma cumple con los dos requisitos que presenta o solicita el documento de Opción 45 créditos. Aun así el Departamento de Educación y el Secretario de Educación Hon. Rafael Román y otros, han actuado de manera arbitraria, caprichosa e irrazonablemente, discriminando y excluyendo a la peticionaria de recibir el derecho de los beneficios concedidos a la Profesión Magisterial por la Ley de Carrera Magisterial. Ante lo cual Hon. Juez Ruth Vázquez Juan, solicito se declare inconstitucional el Artículo 1.03- "Miembros de la Carrera Magisterial" y el artículo 3.05. –" El Rango de Maestro",  el cual se han negado a reconocerlo. Llevando su acción a un proceso de daños y perjuicios hacia la persona de María A. Clemente Rosa, (Peticionaria), maestra certificada en Artes Industriales (Educación en Tecnología).

Nuestra base Legal para la petición está en el caso: CC-2006-746  172 DPR _____ 2007 DTS 227 MATIAS LEBRON V DEPARTAMENTO DE EDUCACION 2007  SPR 227.

"Materia: Inconstitucionalidad de Ley; Sentencia Declaratoria; Pleito de Clase, Regla 20.1 de   Procedimiento Civil, para la certificación de un pleito de clase. Procede la certificación del pleito de clase para adjudicar, <u>exclusivamente</u>, la controversia relativa a la retroactividad de los beneficios de la Ley de la Carrera Magisterial. Ahora bien, la clase sólo incluirá a aquellos trabajadores sociales y maestros orientadores escolares que actualmente son miembros de la carrera profesional, porque presentaron su solicitud y planes de mejoramiento profesional al amparo de la referida Ley, y éstos fueron aprobados debidamente por el Secretario de Educación."[1]

Ante esa situación de aparente discrimen a la cual he sido víctima de parte del Departamento de Educación, del Hon. Secretario de Educación, Sr. Rafael Román y otros, voy ante ustedes en su auxilio y en busca de un remedio, Honorable COMISIóN APELATIVA DEL SERVICIO PúBLICO Y A SU HONORABLE, Juez representante Sra. Ruth Vázquez Juan. Para que se resarza por los daños y perjuicios y daños emocionales causados por los peticionados,  a lo cual respetuosamente solicito una indemnización por la cantidad de $200,000.00, y que se reconozca mi participación en su totalidad de la carrera profesional magisterial, a la luz de la Ley de Carrera Magisterial. Que se me otorgue el dinero a un 40% del salario del maestro instructor desde que radique (en retroactivo) la primera fase del Plan el día 15 de febrero de 2013. Que se me acepte mi Plan de Mejoramiento, que se me acepte los documentos que también he sometido bajo la Opción 45 créditos. Que se me pague el proyecto de las 100 horas, que se me convalide los cursos de Educación Continua por los créditos según la Ley 158 de Carrera Magisterial.

RESPETUOSAMENTE FIRMA,

Cordialmente,

María A. Clementé Rosa
Maestra de Artes Industriales
(Educación en Tecnología)
Tel 939-216-3308

1 . Tribuna Supremo de Puerto Rico. 2007 DTS 227 MATIAS LEBRON V. DEPARTAMENTO DE EDUCACION 2007TSPR227

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
Secretaria Auxiliar de Recursos Humanos

*OCM-11A*

*Programa de Carrera Magisterial*

### *RECOMENDACIÓN DE RECONOCIMIENTO DE NIVEL*

*Certifico que se ha revisado y analizado la "**Certificación de Radicación y Aprobación del***

***Plan de Mejoramiento Profesional" (OCMO6)** de:*

| | | |
|---|---|---|
| Nombre | : | María A. Clemente Rosa |
| Seguro Social | : | Redacted |
| Escuela | : | Intermedia Sana Llana |
| Distrito Escolar | : | San Juan II |
| Región Educativa | : | San Juan |

*La misma cumple con las disposiciones de Ley establecidas en los artículos 2.02 "**Miembros***

***de la Carrera Magisterial**, 2.06 "**Activación a la Carrera Magisterial**" , 2.07 "**Formularios**",*

*por lo cual se recomienda que se le otorgue el **Nivel I** con un aumento salarial de **$122.50** por*

*concepto de haber completado exitosamente con éstos. La vigencia de su plan es desde abril*

*2012 hasta abril 2017.*

*Certifico Correcto:*

_____                                   _____
*Milagros Rohena Rivera, Ed. D.*                                    *Fecha*
*Directora*

*Nota: Este formato es para uso oficial.*

*P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 * TEL.: (787) 773- 2452,6287    5456 * FAX: (787) 756-8028*
El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, ori n nacional, condición social,
ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos : oportunidades de empleo.

**ESTADO LIBRE ASOCIADO DE**
# PUERTO RICO
**DEPARTAMENTO DE EDUCACIÓN**

**OFICINA DE CARRERA MAGISTERIAL**

25 de septiembre de 2014

| | | | |
|---|---|---|---|
| Nombre | : María A. Clemente Rosa | Especialidad: | Educación Tecnológica |
| Escuela | : Int. Sabana Llana | Región: | San Juan |
| Distrito | : San Juan II | | |

Estimada profesora:

De acuerdo a la evaluación realizada a su trascripción de créditos de estudios graduados y de conformidad con los artículos 5.04 y 6.08 del Reglamento de la Carrera Magisterial, se le reconocerá para el cumplimiento de su Plan de Mejoramiento Profesional, los siguientes cursos universitarios:

Educación General: 18 créditos
- HIST    1417  (Centro Estudios Avanzados de P.R.)
- HIST    1307  (Centro Estudios Avanzados de P.R.)
- HIST    1305  (Centro Estudios Avanzados de P.R.)
- HIST    1310  (Centro Estudios Avanzados de P.R.)
- LITE    1704  (Centro Estudios Avanzados de P.R.)

**Créditos reconocidos (18)**

Especialidad: 27 créditos

**Créditos reconocidos (0)**

Usted deberá aprobar seis (6) créditos universitarios graduados en cursos relacionados a la categoría docente donde posee su nombramiento permanente **(Educación Tecnológica)**, o Currículo y Enseñanza o Tecnología Educativa.

Además, deberá presentar esta carta en cada proceso que realice en la Carrera Magisterial, incluyendo los procesos de revisión de salario y nivel, para evitar confusiones con el técnico que evalúe su caso.

Cordialmente,

Edgardo Feliciano Sánchez
Especialista de Recursos Humanos

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel: (787) 773-2448

El Departamento de Educación no discrimina por razón de raza, color, género, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

*ocm-14*

# Departamento de Educación

### Estado Libre Asociado de Puerto Rico
### Secretaría Auxiliar de Recursos Humanos
### Oficina de la Carrera Magisterial

| | | |
|---|---|---|
| *Fecha* | : | 18 de octubre de 2001 |
| *Sr.(a)* | : | María A. Clemente Rosa |
| *Seguro Social* | : | Redacted |
| *Escuela* | : | Int. Sabana Llana |
| *Distrito Escolar* | : | San Juan III |
| *Región Educativa* | : | San Juan |

## AUTORIZACIÓN PARA TOMAR CURSOS ACADÉMICOS EN ÁREAS RELACIONADAS CON LA ESPECIALIDAD DE ACUERDO AL ARTÍCULO 6.11 DEL REGLAMENTO DE LA CARRERA MAGISTERIAL

*Consignamos haber recibido su solicitud para tomar cursos relacionados con la especialidad donde tiene status permanente y la misma ha sido:*

✓ *Aprobada*

_____ *Denegada por la(s) siguiente(s) razón(es):*

_____ *No incluyó programa de estudios*

_____ *Radicación tardía*

_____ *Programa de estudios incompleto*

_____ *Programa de estudios no guarda relación con la especialidad*

*Secretario de Educación*
*o su representante autorizado*

COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO
JUL 2 4 2012

*Fecha de aprobación:* 23 octubre 2001

*Departamento de Educación*
*Estado Libre Asociado de Puerto Rico*
*Secretaría Auxiliar de Recursos Humanos*
*Oficina de la Carrera Magisterial*

*ocm-14*

| | | |
|---|---|---|
| *Fecha* | : | 18 de octubre de 2001 |
| *Sr.(a)* | : | María A. Clemente Rosa |
| *Seguro Social* | : | Redacted |
| *Escuela* | : | Int. Sabana Llana |
| *Distrito Escolar* | : | San Juan III |
| *Región Educativa* | : | San Juan |

## AUTORIZACIÓN PARA TOMAR CURSOS ACADÉMICOS EN ÁREAS RELACIONADAS CON LA ESPECIALIDAD DE ACUERDO AL ARTÍCULO 6.11 DEL REGLAMENTO DE LA CARRERA MAGISTERIAL

*Consignamos haber recibido su solicitud para tomar cursos relacionados con la especialidad donde tiene status permanente y la misma ha sido:*

✓ Aprobada

_____ Denegada por la(s) siguiente(s) razón(es):

_____ No incluyó programa de estudios

_____ Radicación tardía

_____ Programa de estudios incompleto

_____ Programa de estudios no guarda relación con la especialidad

_____
Secretario de Educación
o su representante autorizado

Fecha de aprobación: 23 octubre 2001

RECIBIDO
SEP 0 6 2012
OFICINA DE
CARRERA MAGISTERIAL

22 de mayo, 2001

Sr. Cesar Rey Hernández
  Secretario de Educación
  Departamento De Educación


Se dirige a usted muy respetuosamente la Srta. María A. Clemente Rosa, Prof.

de Artes Industriales de la Esc. De La Comunidad Int. Sabana Llana, por este

medio deseo recabar su autorización para realizar mis estudios doctorales en el

área de Administración y Supervisión, para aspirar al rango de    **Maestro.**

Mi solicitud se debe a que en las universidades de Puerto Rico, no ofrecen el

 doctorado en Currículo y Enseñanza en el área de Artes Industriales ni Vocacional

y tampoco ofrecen las maestrías en esas áreas ya mencionadas.  Por tal razón tuve

que hacer una maestría en el área de Administración y Supervisión y por  consi-

guiente solicito la  oportunidad para realizar estudios doctorales en esa área.

Actualmente tengo todos los pre- requisitos para iniciar mis estudios doctorales en

el área de Administración y Supervisión.  Por el contrario en el Doctorado de

Currículo y Enseñanza, tengo que hacer nuevamente 18 creditos a nivel graduado

como pre- requisito en el área de Artes Industriales  y en Puerto Rico no los ofrecen

o 18 creditos graduados en cualquier otra área de enseñanza y ese requisito conlle-

va realizar otra maestría en Currículo y Enseñanza.  Lo cual no es justo ni razonable

para mi, además no cuento con el recurso económico para costearme otra maestría.



RECIBIDO
SE- 0.6
OFICINA DE
CARRERA MAGISTERIAL

*Según la Ley Núm. 158 del 18 de julio de 1999, conocida como la Ley de la*

*Carrera Magisterial, reconoció y aceptó que los maestros de Artes Industriales que*

*tuviesen una maestría en el áre de Administración y supervisión o cualquier otra*

*maestría y trece (13) años de servicio obtenían el rango de* **Maestro Asociado.**

*Por que en Puerto Rico no se ofrece la maestría ni doctorado en el área de Artes*

*Industriales.*

*Sr. Hernández, ante esta situación que me surge de tener un Bachillerato en Artes*

*Industriales y una Maestría en Administración y Supervisión, (la cual me da los pre-*

*requisitos para realizar un doctorado en esa área) es que me dirijo hacia usted,*

*para que evalue mi caso y me pueda conceder la autorización para realizar mis*

*estudios doctorales en el área de Administración y Supervisión en agosto de 2001.*

*Adjunto le envio copia del currículo del Programa doctoral en el área de Currículo*

*y Enseñanza. Espero su acostumbrada cooperación, queda de usted.*

*Cordialmente,*

*María A. Clemente Rosá*
*Prof. Artes Industriales*
*P.O . Box 7103*
*San Juan, P.R. 00916*
*Tel. y Fax 768 - 8185*



RECIBIDO

SEP 0 4 202

OFICINA DE
CARRERA MAGISTERIAL

## INFORME OFICIAL DE CALIFICACIONES

Estas calificaciones se registrarán permanentemente en su record académico. Es responsabilidad del estudiante conocer la reglamentación académica respecto a calificaciones, índices, suspensiones, probatorias académicas, repetición de cursos, grados, etc., contenidas en el catálogo oficial del Recinto.

Por limitaciones de espacio señalaremos las advertencias más apremiantes: (a) La anotación "I-Calificación Provisional" se convertirá automáticamente en final de no recibirse del profesor una nota final en el transcurso del próximo semestre. El alumno deberá comunicarse con su profesor para los arreglos pertinentes. Bajo ninguna circunstancia, deberá el estudiante matricularse nuevamente en el curso (b) La anotación asterisco (*) significa que su profesor no entregó a tiempo la lista oficial de clases. Estas se informarán en un suplemento en la **sexta** semana de haberse iniciado las clases el próximo semestre. Si el alumno tiene urgencia en conocer su calificación antes de esa fecha, deberá comunicarse con el profesor. (c) Si se tratara de cursos matriculados oficialmente y que no aparecen reflejados en este informe, el estudiante deberá hacer su reclamación en la Oficina del Registrador en la **segunda** semana de haberse iniciado el próximo semestre.

27/12/01

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
CLEMENTE ROSA, MARIA A
Urb Valle Escondido
224 Calle Bromelia
Carolina        PR 00987-8732

Durante su matrícula deberá presentar EVIDENCIA de poseer un plan médico privado o acogerse al del Recinto.

UNIVERSIDAD DE PUERTO RICO
RECINTO DE RIO PIEDRAS

RETURN SERVICE REQUESTED

| NUMERO DE ESTUDIANTE | | | CLASIFICACION | | CLAVE |
|---|---|---|---|---|---|
| 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 | | | ESG-NIN | | |

| CURSOS | SECCION | CRED | CALIF | FECHA DE BAJA | |
|---|---|---|---|---|---|
| EDUC 6509 | 202 | 3 | B | | A SOBRESALIENTE |
| | | | | | B BUENO |
| | | | | | C SATISFACTORIO |
| | | | | | D DEFICIENTE |
| | | | | | F FRACASADO |
| | | | | | P APROBADO |
| | | | | | NP NO APROBADO |
| | | | | | W BAJA OFICIAL |
| | | | | | I LABOR INCOMPLETA CON NOTA PROVISIONAL |
| | | | | | NO RECIBIDA A TIEMPO |
| | | | | | F* ABANDONO CURSO SIN AUTORIZACION (EQUIVALE A F) |
| | | | | | NP* ABANDONO DEL CURSO SIN AUTORIZACION |
| | | | | | PS APROBADO SOBRESALIENTE |
| | | | | | PN APROBADO NOTABLE |
| | | | | | PB APROBADO BUENO |

| SEMESTRE | AÑO | CREDITOS | INDICE SEM. | INDICE ACUM |
|---|---|---|---|---|
| 1ER SEM | 2001-2002 | | | |

**DEPARTAMENTO DE EDUCACION**
**Estado Libre Asociado de Puerto Rico**
**Secretaría de Recursos Humanos**
**Oficina de la Carrera Magisterial**

## SOLICITUD DE ACTIVACION A LA CARRERA MAGISTERIAL

*Nombre del Solicitante*    :    *María A. Clemente Rosa*

*Seguro Social*    :    Redacted

*Categoría*    :    *Maestro Asociado*

*Número del Puesto*    :    *R16045*

*Escuela*    :    *Escuela de la Comunidad Sabana Llana Intermedia*

*Distrito Escolar*    :    *San Juan III*

*Región Educativa*    :    *San Juan*

*Rango al que aspira*    :    *Maestro*

*De conformidad con el Artículo 2.07 del Reglamento de la Carrera Magisterial, esta solicitud debe entregarse en unión de mejoramiento profesional durante el mes de abril de cada año escolar.*

*Firma del solicitante*

*30 de abril de 2001*
*Fecha de radicación*

Recibido por:

TO       : Sra. Carmen I. Esteva
           Directora
           Esc. De La Commidad Sabana Llana Int.

FROM:    : María A.Clemente Rosa
           Maestra Asociada
           Artes Industriales

SUBJECT:   ENVIO DE DOCUMENTOS SOBRE:

DATE:      30 de Abril de 2001

CC:

1.   Entrega Plan De Mejoramiento para solicitar el Rango de Maestro

2.   Carta de Revisión y solicitud de evaluación (Para los 15 de enero de

3.   cada año escolar)

4.   Copia carta al Secretario

*Martha R. Figueroa Medina*
*30/04/2001*

COTEJADO POR
CARRERA MAGISTERIAL
FECHA DE COTEJO
JUL 2 4 2012

## MESSAGE CONFIRMATION REPORT

| | | |
|---|---|---|
| REMOTE ID. | : | 7541155 |
| PAGES | : | 03 |
| MODE | : | 9600/STANDARD |
| RESULTS | : | OK |

*Enviado el 31/mayo/01 Alma*

Certifico que  María A. Clemente Rosa Seguro Social:  Redacted  , de la Escuela de la Comunidad Sabana Llana Intermedia del Distrito Escolar de San Juan III radicó su Plan de Mejoramiento Profesional de acuerdo a lo estipulado en el  Artículo 2.03 del Reglamento de la Carrera Magisterial para el periodo del 1ro de mayo 2001 al  1ro de mayo 2006 certifico, además que el Comité de Evaluación analizó dicho Plan a la luz del artículo 6.04 del mismo reglamento y éste fue aprobado hoy  23 mayo  de  2001  .

### COMITÉ DE EVALUACIÓN

| Nombre | Firma | Puesto que ocupa |
|---|---|---|
| *(signature)* | *(signature)* | *Directora* |
| Luz Maria Torres Ritas | *(signature)* | maestra-ciencia |
| JOSÉ A. RODRÍGUEZ MONTES | *(signature)* | Agte de Escuela |

Fecha:   23 de mayo de 2001

COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO
JUL 2 4 2012



CENTRO DE
ESTUDIOS
AVANZADOS

DE PUERTO RICO
Y EL CARIBE

Calle Cristo Núm. 52, Viejo San Juan
Apartado 9023970
San Juan, PR 00902-3970
Tel. 787-723-4481
Fax 787-723-1023

# CERTIFICACIÓN DE GRADUACIÓN

Certifico que **María Clemente Rosa**, con número de estudiante, D0901-0011, completó los requisitos para obtener el grado de,

**Doctorado en Filosofía y Letras, con especialidad en Historia de Puerto Rico y del Caribe en enero de 2018.**

El grado correspondiente ya le fue otorgado. El diploma le será entregado en la próxima colación de grados, a celebrarse en junio 2018.

Expedida en San Juan, Puerto Rico, el 9 de febrero de 2018.

Cordialmente,

Mayra Ramírez Valdejulli
Registradora

SELLO OFICIAL

**2022 Leyes de Puerto Rico 2022**

## Ley Núm. 9 del año 2022

**(P. del S. 573); 2022, ley 9**
**Ley para enmendar varias leyes y ordenar los pagos adeudados desde el Año Fiscal 2014-2015 conforme a la Ley de la Carrera Magisterial, según enmendada.**
**Ley Núm. 9 de 7 de marzo de 2022**

Para añadir un subinciso (vi) al inciso (d) del Artículo 11, y enmendar el Artículo 31 de la Ley Núm. 66 del 17 de junio de 2014, según enmendada, conocida como "Ley Especial de Sostenibilidad Fiscal y Operacional del Gobierno del Estado Libre Asociado de Puerto Rico"; enmendar el Artículo 2.08 de la Ley Núm. 26 del 29 de abril de 2017, según enmendada, conocida como "Ley de Cumplimiento con el Plan Fiscal"; ordenar al Departamento de Educación y a la Oficina de Gerencia y Presupuesto a identificar la cantidad de cuatro millones trescientos sesenta y siete mil setecientos treinta y seis dólares ($4,367,736), en el presupuesto de la agencia, para cubrir en o antes de que culmine el Año Fiscal 2022-2023 los pagos adeudados correspondientes al periodo que precede al Año Fiscal 2014-2015 conforme a la Ley Núm. 158 del 18 de julio de 1999, según enmendada, conocida como "Ley de la Carrera Magisterial"; ordenar al Departamento de Educación y a la Oficina de Gerencia y Presupuesto a realizar los ajustes salariales y a identificar la cantidad de dinero adeudado correspondiente a dichos ajustes desde el Año Fiscal 2014-2015 en adelante conforme a la aplicación de la Ley 158-1999, *supra*, con el fin de incluir la partida en el presupuesto del Departamento de Educación en o antes de que culmine el Año Fiscal 2023-2024; ordenar al Departamento de Educación, a la Oficina de Gerencia y Presupuesto y a la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico a que realicen la identificación de los fondos recurrentes necesarios para la reactivación del cumplimiento con la Ley 158-1999, *supra*; con el fin de lograr la reactivación y el cumplimiento con la Ley 158-1999, *supra*, luego de las paralizaciones provocadas por la Ley 66-2014, *supra*, y por la Ley 26-2017, *supra*, en el proceso de cumplir con los Planes de Mejoramiento Profesional, las Clasificaciones y los Niveles Magisteriales de maestros(as) que se acogieron a la Ley de la Carrera Magisterial; y para otros fines relacionados.

### EXPOSICIÓN DE MOTIVOS

La Ley 158-1999, según enmendada, conocida como "Ley de la Carrera Magisterial", fue adoptada para disponer sobre el sistema de rangos magisteriales, establecer procedimientos para ascensos y revisión de salarios, y disponer sobre el Plan Individual de Mejoramiento Profesional y los programas de educación continua. Se estableció reconociendo la necesidad de renovar continuamente el conocimiento de los(as) docentes, de perfeccionar sus destrezas a través de estudios y práctica docente, y de mantener los mejores maestros y maestras en el salón de clases del Departamento de Educación de Puerto Rico (el Departamento). Para ello, estableció aumentos salariales a maestros(as) que, en búsqueda de su mejoramiento profesional, van completando nuevos grados académicos, entre otros requisitos.

# United States Court of Appeals
## For the First Circuit

### NOTICE OF ELECTRONIC AVAILABILITY OF CASE INFORMATION

The First Circuit has implemented the Federal Judiciary's Case Management/Electronic Case Files System ("CM/ECF") which permits documents to be filed electronically. In addition, most documents filed in paper are scanned and attached to the docket. In social security and immigration cases, members of the general public have remote electronic access through PACER only to opinions, orders, judgments or other dispositions of the court. Otherwise, public filings on the court's docket are remotely available to the general public through PACER. Accordingly, parties should not include in their public filings (including attachments or appendices) information that is too private or sensitive to be posted on the internet.

Specifically, Fed. R. App. P. 25(a)(5), Fed. R. Bank. P. 9037, Fed. R. Civ. P. 5.2 and Fed. R. Cr. P. 49.1 require that parties not include, or partially redact where inclusion is necessary, the following personal data identifiers from documents filed with the court <u>unless an exemption applies</u>:

- **Social Security or Taxpayer Identification Numbers.** If an individual's social security or taxpayer identification number must be included, only the last four digits of that number should be used.
- **Names of Minor Children.** If the involvement of a minor child must be mentioned, only the initials of that child should be used.
- **Dates of Birth.** If an individual's date of birth must be included, only the year should be used.
- **Financial Account Numbers.** If financial account numbers are relevant, only the last four digits of these numbers should be used.
- **Home Addresses in Criminal Cases.** If a home address must be included, only the city and state should be listed.

<u>See also</u> 1st Cir. R. 25.0(m).

If the caption of the case contains any of the personal data identifiers listed above, the parties should file a motion to amend caption to redact the identifier.

Parties should exercise caution in including other sensitive personal data in their filings, such as personal identifying numbers, medical records, employment history, individual financial information, proprietary or trade secret information, information regarding an individual's cooperation with the government, information regarding the victim of any criminal activity, national security information, and sensitive security information as described in 49 U.S.C. § 114.

Attorneys are urged to share this notice with their clients so that an informed decision can be made about inclusion of sensitive information. The clerk will not review filings for redaction.

Filers are advised that it is the experience of this court that failure to comply with redaction requirements is most apt to occur in attachments, addenda, or appendices, and, thus, special attention should be given to them. For further information, including a list of exemptions from the redaction requirement, see http://www.privacy.uscourts.gov/.

# United States Court of Appeals
## For the First Circuit

### NOTICE TO COUNSEL REGARDING
### MANDATORY REGISTRATION AND TRAINING
### FOR ELECTRONIC FILING (CM/ECF)

On August 21, 2017, the U.S. Court of Appeals for the First Circuit upgraded its CM/ECF system to NextGen CM/ECF, the latest iteration of the electronic case filing system. Use of the electronic filing system is mandatory for attorneys. If you intend to file documents and/or receive notice of docket activity in this case, please ensure you have completed the following steps:

- **Obtain a NextGen account.** Attorneys who had an e-filing account in this court prior to August 21, 2017 are required to update their legacy account in order to file documents in the NextGen system. Attorneys who have never had an e-filing account in this court must register for an account at www.pacer.gov. For information on updating your legacy account or registering for a new account, go to the court's website at www.ca1.uscourts.gov and select *E-Filing (Information)*.

- **Apply for admission to the bar of this court.** Attorneys who wish to e-file must be a member of the bar of this court. For information on attorney admissions, go to the court's website at www.ca1.uscourts.gov and select *Attorney Admissions* under the *Attorney & Litigants* tab. Bar admission is not required for attorneys who wish to receive notice of docket activity, but do not intend to e-file.

- **Review Local Rule 25.** For information on Loc. R. 25.0, which sets forth the rules governing electronic filing, go to the court's website at www.ca1.uscourts.gov and select *First Circuit Rulebook* under the *Rules & Procedures* tab.

# United States Court of Appeals
## For the First Circuit

### ORDER OF COURT

Entered: February 9, 2021

In response to recent disclosures of wide-spread breaches of both private sector and government computer systems, the Court has adopted new security procedures to protect any highly sensitive document (HSD) filed with the Court that, if improperly disclosed, could cause harm to the United States, the Federal Judiciary, litigants, or others.

HSDs are documents containing information that is likely to be of interest to the intelligence service of a foreign government and the use or disclosure of such information by a hostile foreign government would likely cause significant harm to the United States or its interests. Examples of HSDs include unclassified sealed documents involving national security, foreign sovereign interests, criminal activity related to cybersecurity or terrorism, investigation of public officials, and extremely sensitive commercial information likely to be of interest to foreign powers.

The following types of sealed documents, if they do not fall into one of the categories above, typically will <u>not</u> qualify as HSDs: (1) presentence reports and related documents; (2) pleadings related to cooperation in criminal cases; (3) Social Security records; (4) administrative immigration records; and (5) most sealed documents in civil cases.

The designation of a document as highly sensitive is typically made by the district court or originating agency. Documents that have previously been designated by the district court or an agency as highly sensitive will ordinarily be treated in the same manner by this court. <u>See</u> 1st Cir. R. 11.0(c)(1).

If a document qualifies as an HSD as that term is described above, a filer is required to file a motion to treat that document as an HSD. The movant must serve the motion and the proposed HSD on all other parties by mail with proof of service under Fed. R. App. P. 25(d)(1). The motion and each proposed HSD should be conspicuously marked as a "HIGHLY SENSITIVE DOCUMENT" and placed inside an envelope marked "HIGHLY SENSITIVE." The motion to treat a document as an HSD should be filed contemporaneously with the filing of a motion to seal the document and should be filed in paper format only under the procedures and requirements of 1st Cir. R. 11.0(c). The motion must set forth in detail why the proposed document constitutes a highly sensitive document under the criteria set out in this order, including the specific grounds for asserting that the document contains information that is likely to be of interest to the intelligence service of a foreign government and the use or disclosure of such information by a hostile foreign government would likely cause significant harm to the United States or its interests. Conclusory assertions will not be deemed a sufficient basis for filing a motion to treat a sealed document as an HSD. If a filer believes that a previously filed document in an ongoing case before

the court qualifies as an HSD, a motion to treat the sealed document as an HSD may be filed.
There is no need to file such a motion in a closed case.


/s/ Jeffrey R. Howard
Jeffrey R. Howard
Chief Judge


cc:
Roberto Abesada-Aguet
Fernando Agrait
Enrique M. Almeida Bernal
Julia D. Alonzo
Peter J. Amend
Ginger D. Anders
Jose A. Andreu-Fuentes
Sylvia M. Arizmendi
Nicole Marie Bacon
James E. Bailey III
Ehud Barak
Jose Luis Barrios
Nicholas A. Bassett
Mildred Batista de Leon
Hermann D. Bauer-Alvarez
Anne E. Beaumont
Antonio Juan Bennazar-Zequeira
Bruce Bennett
Ward W. Benson
Robert Berezin
Martin J. Bienenstock
James R. Bliss
Bradley R. Bobroff
Georg Alexander Bongartz
Brian Boynton
Guy Brenner
Charles A. Brown
Heriberto J. Burgos-Perez
Ricardo Burgos-Vargas
Wandymar Burgos-Vargas
Carolina V. Cabrera-Bou
Iris Jannette Cabrera-Gomez
Roberto A. Camara-Fuertes
Nilsa Candelario
Eduardo Juan Capdevila-Diaz
Gerardo A. Carlo-Altieri

David Carrion Baralt
Ricardo F. Casellas-Sanchez
Juan J. Casillas-Ayala
Alejandro Jose Cepeda-Diaz
Antonio Martin Cervera
Lucia Chapman
Maria A. Clemente Rosa
Julie E. Cohen
Jessica Cole
Sonia E. Colon-Colon
Valerie Concepcion-Cintron
Carmen D. Conde Torres
Ramon Coto-Ojeda
Albeniz Couret-Fuentes
Sergio E. Criado-Mangual
John K. Cunningham
Charles A. Cuprill-Hernandez
Thomas J. Curtin
Margaret Antinori Dale
William D. Dalsen
Ramon Enrique Dapena
Stacy Dasaro
Peter D. DeChiara
Francisco Del Castillo-Orozco
Russell Del Toro-Sosa Jr.
Luis Francisco Del-Valle-Emmanuelli
Luc A. Despins
Maria Jennifer DiConza
Nicole A. DiSalvo
Kelly Diblasi
Brian M. Dick-Biascoechea
Peter D. Doyle
Dennis F. Dunne
Adele M. El-Khouri
David Elbaum
Mark C. Ellenberg
Rolando Emmanuelli-Jimenez
Rafael Escalera
Joshua A. Esses
Brett Fallon
Chantel L. Febus
Ubaldo M. Fernandez
Alfredo Fernandez-Martinez
Cristina B. Fernandez-Niggerman
Ma. Mercedes Figueroa Y Morgade
Mercedes Figueroa

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISIÓN INDUSTRIASL DE PUERTO RICO

**María A. Clemente Rosa**

LESIONADA:

CASO NÚM. CI: 17-208-900340-1
NÚM. CASO CFSE: 15-15-30917-0
CAUSAL: TRATAMIENTO E INCAPACIDAD
(CONDICIÓN ORGÁNICA) Y OTROS.

**23 de FEBRERO 2022**

A LA HONORABLE COMISIÓN INDUSTRIAL DE PUERTO RICO,

**REPETUOSAMENTE SOLICITO:**

   **A LA HONORABLE COMISIÓN INDUSTRIAL DE PUERTO RICO, Comparece María A.
Clemente Rosa, Lesionada, Se Dirige muy respetuosamente, expone, alega y solicita:**

**QUE SE CONSIDERE LA MOCIÓN PARA QUE SE ME GARANTICE LA EVALAUCIÓN DE
TODOS LOS CASOS EN EL FONDO DEL SEGURO DE ESTADO Y QUE SE ME OTORGUE,
EL TRATAMIENTO E INCAPACIDAD (CONDICIÓN ORGÁNICA).
Y LAS COMPENSACIONES, JUSTA Y DE ACUERDO A LAS TABLAS QUE PRESENTAN
LOS ASPECTO METODOLÓGICOS DE VALORACIÓN DE DAÑOS ESTABLECIDOS Y CITO
" EN EL CASO 186 DPR 889(2021) EN Rodriguez *et al.* V. Hospital *et al.*,".**

CASOS DE LA LESIONADA MARIA A. CLEMENTE ROSA, EN EL FONDO DEL SEGURO
DE ESTADOS:

1. CASO NÚM. 89-15-02749 NO APARECIÓ INFORMACIÓN DE ESTE CASO.
   PERO EXISTE. SE ABRIÓ EN EL 1989.

2. CASO NÚM. 90-16-5651 FECHA: ABRIL 09-1990 - ABRIL 10-1990
   REGIÓN ANATÓMICA FECTADA O CONDICIÓN – HEARING LOOSING.

3. CASO NÚM. 92-15- 00613-6 FECHA: JULIO 8 DE 1991 -
   REGIÓN ANATÓMICA AFECTADA O CONDICIÓN:- RINOSITIS -
   EXPOSICIÓN A BREA.

4. CASO NÚM. 96-15- 04133-0 FECHA: ENERO -1996 -
   REGIÓN ANATÓMICA FECTADA O CONDICIÓN – RINOFARINGITIS,
   SINOSITIS, LARINGITIS, ESCAPE GLOTICO, EDEMA DE LA FARINGE Y
   CUERDAS VOCALES.

5. CASO NÚM. 98-15- 03672- FECHA: FEBRERO 1998 -
   REGIÓN ANATÓMICA FECTADA O CONDICIÓN – LARINGITIS
   AGUDA.PROBLEMAS CARDIOVASCULARES, EMG FINDINGS:
   FIBRIILLATIONS, RIGHT CARPAL TUNNEL SYNDROME, RIGHT ULNAR
   MOTOR NEUROPATHY, RIGHT MEDIAN MOTOR DISTL LATENCY WAS
   INCREASED, RIGHT MEDIAN SENSORY DISTAL LATENCY WAS
   INCREASED, etc. (Upper Extremity Nerve Conduction Study Findings).

6. CASO NÚM 09-15-20275- NO APARECIÓ INFORMACIÓN DE ESTE CASO. PERO EXISTE. SE ABRIÓ EN EL 2009.

7. CASO NÚM. 15-15-30917  FECHA: FEBRERO 2015 - REGIÓN ANATÓMICA FECTADA O CONDICIÓN – SINOSITIS. S/P/ LARINGITIS AGUDA, S/P EPISODIO DE BRONCO ESPASMO.

8. CASO NÚM.  17-208-900340-1  FECHA: FEBRERO 2015 - REGIÓN ANATÓMICA FECTADA O CONDICIÓN – CAUSAL: TRATAMIENTO E INCAPACIDAD ORGÁNICA) Y OTROS.

- **SOLAMENTE DE UN (1) CASO EL (15-15-30917-0) SE ME OTORGÓ EL 5% DE  COMPENSACIÓN DEJANDO SIN OTORGAR EL TRATAMIENTO PARA MEJORAR Y/O MANTENER ESTABLE MI CONDICIÓN DE: SINOSITIS. S/P/  LARINGITIS AGUDA, S/P EPISODIO DE BRONCO ESPASMO.**

- **EL CASO: 92- 15-00613-6  -  DE EXPOSICION 507, RINOSINUSITIS, FUE RELACIONADO (477) Y PHARINGITIS FUE RELACIONADO (462), -  CON INCAPACIDAD RELACIONADA DE TAR FUMES EXPOSURE 75.024  - , RINOSINUSITIS, REL. 80.057**

- **ESTE CASO: 92-15-00613-6  - ESTUVO ASIGNADO AL LCDO. PEDRO M. ORTIZ UBIÑAS, Y NÚNCA SE ME ASIGNÓ NINGÚN DINERO, NI TAMPOCO ME ENVIARON LAS RESOLUCIONES DEL CASO.**

- **HON. JUEZ, RESPETUOSAMENTE INFORMO, QUE  CUANDO LAS OFICINAS DEL FONDO DEL SEGURO DE ESTADO, ESTABAN UBICADAS EN EL PUEBLO DE CAROLINA, ME ENVIARON UNA CRTA DE QUE TENÍA UN DINERO, Y CUANDO FUI ME INFORMARON QUE ERA UN ERROR. Y NÚNCA ME ENTREGARON DINERO ALGUNO POR ESTE CASO.**

- **VISITE (19 FEBRERO 2020), LAS OFICINAS DEL LCDO UBIÑAS, PARA PEDIR COPIAS DE LAS RESOLUCIONES DEL CASO, PERO NO SE COMUNICO, NUNCA CONMIGO. HABLE CON LA SECRETARIA Y LE DEJE COPIA DE MI PETICION.**

- **HON. JUEZ, SOLICITO RESPETUOSAMENTE QUE SE INVESTIGUE QUE OCURRIO CON ESTA INCAPACIDAD RELACIONADA, DE LA CUAL NUNCA RECIVI NINGUNA COMPENSACION MONETARIA.**

Comparece María A. Clemente Rosa, PETICIONARIA:   se dirige  muy respetuosamente, expone, alega y solicita:

**HECHOS**

**DATOS AFIRMATIVOS**

Hon. Juez, de la Comisión del Fondo del Seguro de Estado, cito el caso: "CASO 186 DPR 889(2021)", debido a que en la compensación del Caso: 15-15-30917-0 donde se me otorgo el 5% de la compensación por discapacidad, estuve en las desventaja ante la Comisión, ya que como la lesionada, no tuve la oportunidad ni el conocimiento para impugnar el 5% otorgado, y reclamar la estimación y valoración de los daños realmente recibidos en ese caso. Porque estaba representada por un Abogado, y no me correspondía a mi hacer la apelación.

Ante esa situación he leído, he buscado información y entiendo que presentando Respetuosamente, al Hon. Juez, de la Comisión, este caso, se podría evaluar justamente todos mis casos, mencionados anteriormente y presentado en los Apéndices, toda la información que a mi mayor entender, es confiable porque fue solicitada a las Oficinas de Record Medico del Fondo del Seguro de Estado.

Respetuosamente cito el CASO "186 DPR 889(2021)", Ya que este caso presenta y nos provee la oportunidad de reafirmar los postulados de estimación y valoración de daños que se establece en Rodríguez *et al.* v. Hospital *et al.*, *infra*. Además, permite de manera imperativa dar a conocer a los foros primarios en torno a la necesidad de apegarse a los aspectos metodológicos esenciales aplicados en esta Opinión, en la difícil, pero vital gestión de valoración de daños.

1. Para el año 1985, firme contrato como maestra con el Sistema de Educación Pública de Puerto Rico, en la Categoría de Artes Industriales, actualmente Maestra de Tecnología, Certificado Núm. 1662 y Núm. de Puesto R 16045. Que me he desempeñado por más de 34 años de maestra.

2. Durante 34 años de servicio público, me he desempeñado como maestra de excelencia y he adquirido una preparación Doctoral, en el área de la educación. He participado en diferentes competencias de tecnología, llevando a los estudiantes a obtener premios.

3. Durante los 34 años de servicios me he desempeñado trabajando en las escuelas públicas, de Puerto Rico. Escuelas públicas, con unas condiciones infrahumanas para para uno como maestra. Condiciones desde pobre limpieza, comején, polilla excremento de rata, factores que fueron vectores de todas mis condiciones de salud desarrolladas durante todo mi desempeño como laboral.

4. Desde el año 1989, al presente de mis servicios como maestra: comencé a desarrollar un historial:

- de Asma, Sinusitis, Rinofaringitis, laringitis, estas condiciones me han creado un edema moderada de la faringe y las cuerdas vocales, tengo escape glótico, se me va la voz, tengo Disfonía Severa, Hipertensión de los músculos laríngeos, mecanismo respiratorio inverso, capacidad vital disminuida y Voz bitonal. Condiciones Crónicas degenerativas que me han atrofiado las cuerdas vocales, tu sistema respiratorio, y no te permiten trabajar más de maestra. Aunque nadie me obligó a ser maestra, pero es mi profesión y fue lo que estudie. Y lo hago con mucho respeto, amor y vocación. Y fue una maestra por su vocación, que me inspiró a ser maestra.

- Actualmente los medicamentos para el mantenimiento de esas condiciones son carísimos actualmente uso YUPELRI (revefenacin) inhalation solution 175 mcg/3 mL) for Oral Inhalation Only. También uso Spiriva Respimat (tiotropium bromide) Inhalation Spray. 1.25 mcg/actuation, entre otros medicamentos (Flonase, Singulair, Pulmicort, Albuterol 0.083 y Medrol, etc. Son medicamentos que están a la vanguardia para combatir dichas condiciones respiratorias y su mantenimiento,  pero son costosos y el Fondo Del seguro De Estado, no los provee. Por lo tanto tu salud, no mejora.

- Me di un golpe en la cabeza lado izquierdo y se afectó mi audición, uno de los sentidos más importante para el ser humano. Escuchar bien. Actualmente no tengo audífonos.

- Se incrementó la Latencia Distal Motora Mediana Derecha.

- Desarrollé el Síndrome del Túnel Carpiano Derecho.

- Desarrollé Neuropatía Motora Cubital Derecha, una secuencia de enfermedades que no se me atendieron correctamente y no se me proveyó los medicamentos y tratamiento adecuado y ahora tengo una secuela de enfermedades, las cuales me ha afectado mi diario vivir, no puedo dormir, con mucho dolor en mis extremidades, hombros, brazos, la cabeza, etc.

5. Hon. Juez. De la Comisión del Fondo del Seguro de Estado, respetuosamente presento, que las solicitudes de reparación y mejores condiciones laborales fueron presentadas y señaladas ante los Organismo de la OPI, La Ley OCHA, donde ambos Organismos, le exigieron a la Directora, de aquel entonces, poner el Salón de Artes Industriales, en óptimas condiciones, y proveerme de equipo para hablar y otros equipos, para ofrecer mi clase de Artes Industriales, del Programa Vocacional. Y a la fecha de hoy febrero 2022, no cuento con ningún equipo para asistirme en las condiciones de salud, desarrolladas en el entorno laboral. Ante esa situación solicito respetuosamente que se me provea los siguientes equipos; los audífonos, las máquinas para terapias respiratorias, un humidificador y protectores auditivos para minimizar el ruido, que es constante y los medicamentos.

6. Que presento diariamente bajo mis condiciones problemas de sinusitis, dolor de garganta, y problemas respiratorios y asma.

7. Que no estoy recibiendo ningún medicamento ni tratamiento ofrecido por el Fondo del Seguro del Estado, y que me urge que se me provean dichos medicamentos y equipos. Y se me refiera al Especialista de E.N.T. y recibir mis terapias del habla, que aunque el expediente dice que las abandone, puedo certificar que nunca me dieron más citas para dichas terapias.

8. Que desde que me lastime el oído Izquierdo con el golpe en la cara para el año 1990, siempre me he quedado escuchando un ruido, y como un zumbido en el oído que al dormir se agudiza más y casi no puedo dormir. En la fecha (1990) del accidente me ha habían dado unos audífonos para escuchar y unos protectores, para los oídos, bien pequeños, que me ayudaban a minimizar los ruidos, pero con el tiempo perdieron su función y ya no me protegían del ruido. Además solicito respetuosamente una cama de posiciones, ya que con el Asma, y las condiciones respiratorias, se me hace imposible dormir en forma horizontal y debo elevar el cuerpo unos 30 a 40 grados sobre el nivel de la cama.

9. Hon. Juez de la comisión del Fondo Del Seguro De Estado, respetuosamente solicito que se me realice un CT y un IMR de la cabeza, del oído, de los senos frontales, de los pulmones y pecho, para evaluar la pérdida de audición pueda tener y que se ofreciera nuevamente los audífonos para escuchar mejor y los protectores de oídos para minimizar

el zumbido y poder tener mejor calidad de vida. Además que se evalué los pulmones y la capacidad respiratoria, y la Hipertrofia de los cornetes y secreciones debido a la exposición de los olores de pinturas y exposición al polvo, comején y polilla a la cual estuve expuesta. Muchos de esos olores de thiner, pintura y otros afectan con el tiempo los pulmones, el hígado y otros órganos incluyendo todos los de la nariz y garganta.

10. Que ante los daños de salud recibidos, la Oficina del Procurador de Impedidos, me dieron el Letrero de Impedido, para estacionar en las áreas públicas, sin ninguna paga por mis impedimentos de Asma, sinusitis, Rinitis, Bronco Espasmo y pérdida de audición ect.

11. POR TODO LO CUAL, LA PARTE PETICIONARIA Y LESIONADA, RESPETUOSAMENTE SOLICITA AL HONORABLE JUEZ, DE LA COMISIÓN DEL FONDO DEL SEGURO DE ESTADO: QUE SE CONSIDERE LA MOCIÓN PARA QUE SE ME GARANTICE LA EVALAUCIÓN DE TODOS LOS CASOS EN EL FONDO DEL SEGURO DE ESTADO Y QUE SE ME OTORGUE, EL TRATAMIENTO E INCAPACIDAD DE LAS CONDICIONES ORGÁNICAS. Y LOS EQUIPOS NECESARIOS PARA MEJORAR MIS CONDICIONES. Y LAS COMPENSACIONES, JUSTA Y DE ACUERDO A LAS TABLAS QUE PRESENTAN LOS ASPECTO METODOLÓGICOS DE VALORACIÓN DE DAÑOS ESTABLECIDOS Y CITO " EN EL CASO 186 DPR 889(2021) EN Rodríguez *et al*. V. Hospital *et al*.,".

**RESPETUOSAMENTE SOLICITADO.**

CERTIFICO que en esta misma fecha he enviado por correo CERTIFICADO copia fiel y exacta del presente AL LCDO. LUIS ARBONA, MI REPRESENTANTE LEGAL.

En Carolina, Puerto Rico hoy 23 de febrero de 2022.

María A. Clemente Rosa
Condominio Astralis 9546
Calle Díaz Way, Apt 311
Torre # 6 Carolina, P.R. 00979
Tel. (787)385-2906