PRIORITY MAIL
LEGAL FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL



**UNITED STATES POSTAL SERVICE** — Retail

**P** US POSTAGE PAID
$9.25
Origin: 00918
03/11/22
4284790018-17

PRIORITY MAIL 1-DAY®

1 Lb 1.00 Oz
1005

EXPECTED DELIVERY DAY: 03/12/22

C018

SHIP TO:
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703

USPS TRACKING® #

9505 5111 1473 2070 6450 91





Legal Flat Rate Envelope
EP14L May 2020
OD: 15 x 9.5

USPS.COM/PICKUP





FROM:

María A. Clemente Rosa
Condominio Astralis 9546
Calle Díaz Way, Apt 311
Torre # 6 Carolina, P.R. 00979

TO:

United States District Court
District of Puerto Rico
150 Carlos Chardon Street
San Juan, PR 00918-1767



**LEGAL FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**


PS00001000060

Legal Flat Rate Envelope
EP14L May 2020
OD: 15 x 9.5


VISIT US AT US
ORDER FREE SUPPLI