# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>    Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## INFORMATIVE MOTION OF ASSURED GUARANTY CORP. AND ASSURED GUARANTY MUNICIPAL CORP. <u>REGARDING THE MARCH 23-24, 2022, OMNIBUS HEARING</u>

To the Honorable United States District Court Judge Laura Taylor Swain:

   Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, "<u>Assured</u>") hereby submit this Informative Motion in compliance with the *Order Regarding Procedures for March 23-24, 2022, Omnibus Hearing* (the "<u>Hearing Procedures Order</u>," ECF No. 20323)[2] and respectfully state as follows:

   1. William J. Natbony (bill.natbony@cwt.com) and/or Casey J. Servais (casey.servais@cwt.com) of Cadwalader, Wickersham & Taft LLP will appear and reserve the

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] "<u>ECF No.</u>" refers to documents filed in Case No. 17-BK-3283-LTS, unless otherwise noted.

right to be heard on behalf of Assured at the March 23-24, 2022, Omnibus Hearing, which will be conducted by videoconference via Zoom due to the ongoing public health crisis.

      2.     Mr. Natbony and/or Mr. Servais reserve the right to be heard on any matter raised by any party at the March 23-24, 2022, Omnibus Hearing as concerns Assured related to the Title III Cases or the interests of Assured.  The required Party Appearance Sheet accompanies this Informative Motion as Exhibit A.

[*Remainder of Page Intentionally Omitted*]

Dated:  March 16, 2022
        New York, New York

**CASELLAS ALCOVER & BURGOS P.S.C.**


By: /s/ *Heriberto Burgos Pérez*
        Heriberto Burgos Pérez
        USDC-PR No. 204,809
        Ricardo F. Casellas-Sánchez
        USDC-PR No. 203,114
        Diana Pérez-Seda
        USDC–PR No. 232,014
        P.O. Box 364924
        San Juan, PR 00936-4924
        Tel.: (787) 756-1400
        Fax: (787) 756-1401
        E-mail:  hburgos@cabprlaw.com
                 rcasellas@cabprlaw.com
                 dperez@cabprlaw.com


*Counsel for Assured Guaranty Corp. and Assured
Guaranty Municipal Corp.*

**CADWALADER, WICKERSHAM &
TAFT LLP**


By: /s/ *Howard R. Hawkins, Jr.*
        Howard R. Hawkins, Jr.*
        Mark C. Ellenberg*
        Casey J. Servais*
        William J. Natbony*
        Thomas J. Curtin*
        200 Liberty Street
        New York, New York 10281
        Tel.: (212) 504-6000
        Fax: (212) 406-6666
        Email:  howard.hawkins@cwt.com
                mark.ellenberg@cwt.com
                casey.servais@cwt.com
                bill.natbony@cwt.com
                thomas.curtin@cwt.com


* Admitted pro hac vice

*Counsel for Assured Guaranty Corp. and
Assured Guaranty Municipal Corp.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, the 16th day of March, 2022.

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
* Admitted pro hac vice