# Exhibit B

In re: The Commonwealth of Puerto Rico, *et al.*
Master Service List
Case No. 17-03283 (LTS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Defendant in Adversary Proceeding 19-00296 | Alan Friedman | | 124 Lander Ave. | | Staten Island | NY | 10314 | | | | |
| Federal Agency | AmeriCorps | Attn: Sonali Nijhawan | 1201 New York Ave., NW | | Washington | DC | 20525 | | | | |
| Antilles Power Depot, Inc. | Antilles Power Depot, Inc. | Attn: Raymond Texidor | PO Box 810190 | | Carolina | PR | 00981-0190 | | | | |
| Interested Party | Arthur Samodovitz | | 140 Lasa Dr | Apt 204 | St. Augustine | FL | 32084-8740 | | | | |
| Autopistas de PR, LLC | Autopistas de PR, LLC | Attn: Xavier Carol | PO Box 29227 | | San Juan | PR | 00929-0227 | | 787-767-9191 | 787-767-9199 | |
| Autopistas de PR, LLC | Autopistas de PR, LLC | Attn: Xavier Carol | Urb. Matienzo Cintron | Calle Montellano 518 | San Juan | PR | 00923 | | 787-767-9191 | 787-767-9199 | |
| Defendant in Adversary Proceeding 19-00296 | Banco Popular de Puerto Rico, as Trustee | | Popular Fiduciary Services, Popular Center North Building | #209 Munoz Rivera, Ave, 2nd Level | Hato Rey | PR | 00918 | | | | |
| Defendant in Adversary Proceeding 19-00296 | Bank of New York Mellon as PRIFA Indenture Trustee Pursuant to the Trust Agreement Dated as of March 1, 2015 | | 225 Fifth Ave, Suite 1200 | | Pittsburgh | PA | 15222 | | | | |
| Counsel to Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica, Union de Empleados de la Corporacion del Fondo del Seguro del Estado, Asociacion de Empleados Gerenciales del Fondo del Seguro del Estado Corp., Union de Medicos de la Corporacion del Fondo del Seguro del Estado Corp., Prosol-Utier and Federación de Maestros de Puerto Rico and Sistema de Retiro de los Empleados de la Autoridad de Energa Elctrica (SREAEE), Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. ("APRUM"), Plaintiff in Adversary Proceeding 17-00197, Hermandad de Empleados del Fondo del Seguro del Estado, Inc , et al. Plaintiff in Adversary Proceeding 18-00091, and Unión de Trabajadores de la Industria Eléctrica y Riego Inc ("UTIER") | Bufete Emmanuelli, C.S.P. | Attn: Jessica E. Méndez Colberg | 472 Tito Castro Ave | Edificio Marvesa, Suite 106 | Ponce | PR | 00716 | | 787-848-0666 | 787-841-1435 | |
| Counsel to Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica, Union de Empleados de la Corporacion del Fondo del Seguro del Estado, Asociacion de Empleados Gerenciales del Fondo del Seguro del Estado Corp., Union de Medicos de la Corporacion del Fondo del Seguro del Estado Corp., Prosol-Utier and Federación de Maestros de Puerto Rico and Sistema de Retiro de los Empleados de la Autoridad de Energa Elctrica (SREAEE), Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. ("APRUM"), Plaintiff in Adversary Proceeding 17-00197, Hermandad de Empleados del Fondo del Seguro del Estado, Inc , et al. Plaintiff in Adversary Proceeding 18-00091, and Unión de Trabajadores de la Industria Eléctrica y Riego ("UTIER") | Bufete Emmanuelli, C.S.P. | Attn: Jessica E. Méndez Colberg | PO Box 10779 | | Ponce | PR | 00732 | | 787-848-0666 | 787-841-1435 | |
| Counsel to Unión de Trabajadores de la Industria Eléctrica y Riego & Asociación de Profesoras & Profesores del Recinto Universitario de Mayagüez, Inc. and Hermandad de Empleados del Fondo del Seguro del Estado, Inc, et al. Plaintiff in Adversary Proceeding 18-00091 | Bufete Emmanuelli, C.S.P. | Attn: Jessica E. Méndez Colberg, Esq. | Urb. Constancia | 2803 Calle San Francisco | Ponce | PR | 00717 | | 787-848-0666 | 787-841-1435 | |
| Defendant in Adversary Proceeding 19-00296 | Candlewood Investment Group, LP | | 555 Theodore Fremd Avenue, Suite C-303 | | Rye | NY | 10580 | | | | |
| Counsel to Aida Rossy Clemente and Local Counsel to KDC Solar LLC | Carlos Alsina Batista Law Offices, PSC | Attn: Carlos C. Alsina Batista | 1519 Ponce De León Ave. | Firstbank Bldng., Suite 513 | San Juan | PR | 00909 | | 787-615-8733 | 787-202-4880 | |
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | Daniel Patrick Moynihan Courthouse | United States District Court | 500 Pearl St., Suite 3212 | New York | NY | 10007-1312 | | | | |
| Intervenor in Adversary Proceeding 17-00250 | Cohen, Weiss and Simon LLP | Attn: Hiram M. Arnaud | 900 Third Ave | 21st Floor | New York | NY | 10022 | | 212-356-0205 | 646-473-8205 | |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Defendant in Adversary Proceeding 19-00296 | Cooperativa De A/C Aibonitena | | 100 Calle Jose C. Vazquez | | Aibonito | PR | 00705 | | | | |
| Defendant in Adversary Proceeding 19-00296 | Cooperativa De Ahorro Y Credito De Lares | Attn: Enrique M. Almeida Bernal, Esq. | PO Box 19757 | | San Juan | PR | 00919 | | | | |
| PBA Top 20 Creditor | Correction Corporation of America | Attn: President or General Counsel | 10 Burton Hills Boulevard | | Nashville | TN | 37215 | | | | |
| Counsel to Metric Engineering, Inc. | Coto & Associates | Attn: Gladira Robles-Santiago | MCS Plaza, Suite 800 | 255 Ponce de León Ave. | Hato Rey | PR | 00918 | | 787-756-9640 | 787-756-9641 | |
| Counsel to Metric Engineering, Inc. | Coto & Associates | Attn: Gladira Robles-Santiago | PO Box 71449 | | San Juan | PR | 00936-8549 | | 787-756-9640 | 787-756-9641 | |
| Plaintiff in Adv. Proc. No. 19-00364 | Davidson Kempner Capital Management LP | | 520 Madison Avenue | 30th Floor | New York | NY | 10022 | | 212-446-4000 | | |
| Puerto Rico Department of Justice | Departamento de Justicia de Puerto Rico | | Apartado 9020192 | | San Juan | PR | 00902-0192 | | 787-721-2900 | | |
| Federal Agency | Department of Defense (DOD) | Attn: Lloyd J. Austin III | 1400 Defense Pentagon | | Washington | DC | 20301-1400 | | | | |
| Federal Agency | Department of Energy (DOE) | Attn: Jennifer M. Granholm | 1000 Independence Ave., SW | | Washington | DC | 20585 | | | | |
| Federal Agency | Department of Homeland Security (DHS) | Attn: Alejandro Mayorkas | Secretary of Homeland Security | | Washington | DC | 20528-0075 | | | | |
| Federal Agency | Department of Housing and Urban Development (HUD) | Attn: Marcia L. Fudge | 451 7th Street., SW | | Washington | DC | 20410 | | | | |
| Federal Agency | Department of Human and Health Services | Attn: Xavier Becerra | 200 Independence Ave, SW | | Washington | DC | 20201 | | | | |
| Federal Agency | Department of the Interior (DOI) | Attn: Deb Haaland | 1849 C St., NW | | Washington | DC | 20240 | | | | |
| Federal Agency | Department of Transportation (DOT) | Attn: Pete Buttigieg | 1200 New Jersey Ave., SE | | Washington | DC | 20590 | | | | |
| Federal Agency | Department of Veterans Affairs (VA) | Attn: Denis Richard McDonough | 810 Vermont Ave., NW | | Washington | DC | 20420 | | | | |
| Federal Agency | Federal Communications Commission (FCC) | Attn: Jessica Rosenworcel | 45 L Street NE | | Washington | DC | 20554 | | | | |
| Federal Agency | Federal Emergency Management Agency (FEMA) | Attn: Deanne Criswell | 500 C St., SW | | Washington | DC | 20472 | | | | |
| Defendant in Adversary Proceeding 19-00296 | Fir Tree Partners | | 55 West 46th Street, 29th Floor | | New York | NY | 10036 | | | | |
| Defendant in Adversary Proceeding 19-00296 | FPA Select Drawdown Fund L.P. | | 250 West 55th Street | | New York | NY | 10019 | | | | |
| Counsel to Puerto Rico Hospital Supply, Inc. | Fuentes Law Offices, LLC | Attn: Alexis Fuentes Hernández | PO Box 9022266 | | San Juan | PR | 00902-2726 | | 787-722-5215 | | |
| PBA Top 20 Creditor | G RG Engineering S E | Attn: President or General Counsel | Urb. Belisa 1515 Calle Bori | | San Juan | PR | 00927 | | 787-757-8033 | | |
| Defendant in Adversary Proceeding 19-00296 | Goldentree Asset Management LP | | 300 Park Avenue, 20th Floor | | New York | NY | 10022 | | | | |
| Ralph A. Kreil-Rivera, President of the Governing Board of the Puerto Rico Electric Power Authority | Governing Board of the Puerto Rico Electric Power Authority | Ralph A. Kreil-Rivera, President | 1110 Ponce de Leon Ave. | | San Juan | PR | 00907 | | | | |
| Integrand Assurance Company | Integrand Assurance Company | | PO Box 70128 | | San Juan | PR | 00936-8128 | | 787-781-0707 | | |
| Defendant in Adversary Proceeding 19-00296 | Ismael Vincenty Perez | | Apt 6105 350 Via Aventura | | Trujillo Alto | PR | 00976 | | | | |
| Counsel to PFZ Properties, Inc. | Jack Katz | | ESJ Towers | 6165 Isla Verde Ave | Carolina | PR | 00979-5729 | | | | |
| Defendant in Adversary Proceeding 19-00296 | Jaime B. Fuster Estate, Comprised By Maria J. Zalduondo Viera and Jaime and Maria L. Fuster Zalduondo | | PO Box 363101 | | San Juan | PR | 00936 | | | | |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jaime Rodríguez Avilés | Jaime Rodríguez Avilés | | 128 Apartamento 201 | Edificio Bernardo Torres, Sector La Trocha | Yauco | PR | 00698 | | 787-647-4915 | | |
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management, LP, Glendon Opportunities Fund, LP, Mason Capital Management, LLC, Nokota Capital Master Fund, LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), LP, Oaktree Value Opportunities Fund, LP, Ocher Rose and SV Credit, LP | Jones Day | Attn: James M. Gross | 250 Vesey Street | | New York | NY | 10281 | | 212-326-3939 | 212-755-7306 | |
| The Board of Trustees of the Puerto Rico Electric Power Authority Employees' Retirement System, Juan Carlos Adrover, Sammy Ramírez and Alvin Román | Junta de Síndicos del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica | Sistema de Retiro AEE | PO Box 13978 | | San Juan | PR | 00908-3978 | | 787-521-4747, 877-454-4747 | 787-521-4745 | |
| Counsel to Kanoso Auto Sales Inc. | Kanoso Auto Sales Inc. | Attn: Jose A. Crespo Gonzalez, President | PO Box 1446 | | San German | PR | 00683 | | 787-538-3468 | | |
| Counsel to CMA Architects & Engineers, LLC, Municipality of San Sebastian, the Corporación de Servicios Integrales de Salud del Area de Barranquitas, Comerío, Corozal, Naranjito y Orocovis, Asociacion de Salud Primaria de Puerto Rico, et al., Plaintiff in Adversary Proceeding 17-00227, and Corporacion de Servicios Integrales de Salud del Area de Barranquitas, Comero, Corozal, Naranjito Y Orocovis, Plaintiff in Adversary Proceedings 17-00292 and 17-00298 | Law Offices of John E. Mudd | Attn: John E. Mudd | PO Box 194134 | | San Juan | PR | 00919 | | 787-413-1673 | 787-753-2202 | |
| Interested Party | Liberty Cablevision of Puerto Rico, LLC | Attn: Alexandra Verdiales | PO Box 192296 | | San Juan | PR | 00919-2296 | | 787-657-3050 | 787-355-9681 | |
| Wayne Stensby as Chief Executive Director and President of LUMA Energy ServCo, LLC | LUMA Energy ServCo, LLC | Wayne Stensby as Chief Executive Director and President | 644 Fernández Juncos Ave. | Suite 301 | San Juan | PR | 00907 | | | | |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | Triple S Plaza, 1510 F.D. Roosevelt Ave. | 9th Floor, Suite 9 B1 | Guaynabo | PR | 00968 | | 787-753-1565 | 787-763-1704 | |
| Counsel to Steve Schoenberg IRA, Steve and Sharon Schoenberg, Alyssa Marie Schoenberg Grantor Trust, and SFT Holdings LP | McNamee Lochner P.C. | Attn: General Counsel | 20 Corporate Woods Blvd | Ste 4 | Albany | NY | 12211-2396 | | 518-447-3200 | | |
| Attorneys for Edward D. Jones & Corp. | Morgan, Lewis & Bockius LLP | Attn: Rachel J. Mauceri | 1701 Market Street | | Philadelphia | PA | 19103-2921 | | 215-293-5000 | 215-963-5001 | |
| PBA Top 20 Creditor | Muniz Burgos Contractors, Corp. | Attn: President or General Counsel | Condominio Parque De Las Fuentes PH204 | 680 Calle Cesar Gonzalez | San Juan | PR | 00918-3912 | | 787-287-0212 | | |
| Defendant in Adversary Proceeding 19-00296 | Oppenheimerfunds Inc. | | 350 Linden Oaks | | Rochester | NY | 14625 | | | | |
| Counsel to Pablo Del Valle Rivera and María A. Martínez, Tenants in Common and Fideicomiso Del Valle Martinez II | Pablo Del Valle Rivera | | PO Box 2319 | | Toa Baja | PR | 00951-2319 | | | | |
| Counsel to Caribbean Hospital Corporation | Pedro Nicot Santana, Esq. | | PO Box 360486 | | San Juan | PR | 00936-0486 | | 787-647-0715 | | |
| Counsel to Backyard Bondholders | Picó & Blanco, LLC | Attn: Ana M. del Toro Sabater, Esq. | District View Plaza, Penthouse | 644 Fernandez Juncos Avenue | San Juan | PR | 00907 | | 787-999-9001, ext- 203 | | |
| Debtors | Puerto Rico Electric Power Authority | Attn: Office Of The General Counsel | PO Box 364267 | | San Juan | PR | 00936-4267 | | | | |
| Omar Marrero-Díaz as Executive Director of the Puerto Rico Fiscal Agency and Financial Advisory Authority | Puerto Rico Fiscal Agency and Financial Advisory Authority | Omar Marrero-Díaz as Executive Director | Government Center Roberto Sánchez Vilella (Minillas) | De Diego Ave. Stop 22 | San Juan | PR | 00907 | | | | |
| Members of Creditor's Committee | Puerto Rico Hospital Supply | | Call Box 158 | | Carolina | PR | 00986-0158 | | | | |
| Puerto Rico Industrial Development Company | Puerto Rico Industrial Development Company | Attn: Gabriel Maldonado | PO Box 362350 | | San Juan | PR | 00936-2350 | | 787-758-4747 | 787-754-7131 | |
| Fermín Fontanés-Gómez, as Executive Director of the Puerto Rico Public Private Partnership Authority | Puerto Rico Public Private Partnership Authority | Fermín Fontanés-Gómez, as Executive Director | Government Center Roberto Sánchez Vilella (Minillas) | De Diego Ave. Stop 22 | San Juan | PR | 00907 | | | | |
| PBA Top 20 Creditor | Quintero Construction S E | Attn: President or General Counsel | Carr 734 Km 0.5 Bo Arenas | | Cidra | PR | 00739 | | 787-739-6040 | | |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Siemens Transportation Partnership Puerto Rico, S.E. and Siemens Corporation | Reed Smith, LLP | Attn: Claudia Springer | Three Logan Square | 1717 Arch Street, Suite 3100 | Philadelphia | PA | 19103 | | 215-851-8100 | 215-851-1420 | |
| Defendant in Adversary Proceeding 19-00296 | Reinaldo Vincenty Perez | | 917 Calle Isaura Arnau | | San Juan | PR | 00924 | | | | |
| Reliable Equipment Corporation | Reliable Equipment Corporation | Attn: Marylin Del Valle, General Manager, Reliable Equipment Corporation | PO Box 2316 | | Toa Baja | PR | 00951-2316 | | | | |
| Defendant in Adversary Proceeding 19-00296 | Santander Asset Management, LLC | | GAM Tower, 2nd Floor, 2 Tabonuco Street | | Guaynabo | PR | 06968 | | | | |
| Scotiabank de Puerto Rico | Scotiabank de Puerto Rico | | GA 20 Calle Paseo del Parque | Garden Hills Sur | Guaynabo | PR | 00969 | | 787-474-5264; 787-664-6224 | 787-522-8723 | |
| Hon. Pedro R. Pierluisi-Urrutia through the Secretary of Justice, Hon. Domingo Emmanuelli-Hernandez | Secretary of Justice, Hon. Domingo Emmanuelli-Hernandez | Hon. Pedro R. Pierluisi-Urrutia | Calle Olimpo, Esq. Axtmayer | Pda. 11, Miramar | San Juan | PR | 00907 | | | | |
| Counsel to Siemens Transportation Partnership Puerto Rico, S.E., The Bank of New York Mellon, as Trustee | Sepulvado Maldonado & Couret | Attn: Albéniz Couret Fuentes | 304 Ponce de Leon Ave. | Ste 990 | San Juan | PR | 00918 | | 787-765-5656 | 787-294-0073 | |
| Federal Agency | Small Business Administration (SBA) | Attn: Dilawar Syed | 409 3rd St., SW | | Washington | DC | 20416 | | | | |
| SOMOS, Inc. | SOMOS, Inc. | | 1605 Ponce De Leon Avenue | Suite 300, San Martin Bldg. | San Juan | PR | 00909 | | | | |
| Defendant in Adversary Proceeding 19-00296 | Sucesion Francisco Xavier Gonzalez Goenaga | | PO Box 364643 | | San Juan | PR | 00936 | | | | |
| Members of Creditor's Committee | The American Federation of Teachers (AFT) | Attn: Mark Richard | 555 New Jersey Ave., NW | 11th Floor | Washington | DC | 20001 | | | | |
| Debtors | The Commonwealth of Puerto Rico | Office of the Governor | La Fortaleza | 63 Calle Fortaleza | San Juan | PR | 00901 | | | | |
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado | Unión de Médicos de la Corporación del Fondo del Seguro del Estado | | PO Box 70344, CMM33 | | San Juan | PR | 00936-8344 | | | | |
| Members of Creditor's Committee | Unitech Engineering | Attn: Ramón Ortiz Carro | Urb Sabanera | 40 Camino de la Cascada | Cidra | PR | 00739 | | | | |
| Federal Agency | US Army Corps of Engineers | Attn: Scott A. Spellmon | 441 G St., NW | | Washington | DC | 20548 | | | | |
| Office of the United States Attorney for the District of Puerto Rico | US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney | Torre Chardón, Suite 1201 | 350 Carlos Chardón Street | San Juan | PR | 00918 | | 787-766-5656 | 787-771-4043 | |
| Federal Agency | US Department of Agriculture | Attn: Thomas J. Vilsack | 1400 Independence Ave., SW | | Washington | DC | 20250 | | | | |
| Federal Agency | US Department of Commerce | Attn: Gina M. Raimondo | 1401 Constitution Ave., NW | | Washington | DC | 20230 | | | | |
| Federal Agency | US Department of Education (ED) | Attn: Miguel Cardona | 400 Maryland Ave., SW | | Washington | DC | 20202 | | | | |
| Federal Agency | US Department of Justice (DOJ) | Attn: Merrick Garland | 950 Pennsylvania Ave., NW | | Washington | DC | 20530 | | | | |
| Federal Agency | US Department of Labor (DOL) | Attn: Martin J. Walsh | 200 Constitution Ave NW | | Washington | DC | 20210 | | | | |
| Counsel to Learning Alliances, LLC | Vidal, Nieves & Bauzá, LLC | Attn: Roxana Cruz-Rivera, Esq. | B7 Tabonuco Street, Suite 1108 | | Guaynabo | PR | 00968 | | 787-413-8885 | | |
| Defendants in Adversary Proceeding 19-00296: Whitebox Advisors LLC, Whitebox Asymmetric Partners, LP as Transferee of Syncora Guarantee Inc., Whitebox Caja Blanca Fund, LP as Transferee of Syncora Guarantee Inc., Whitebox GT Fund, LP as Transferee of Syncora Guarantee Inc., Whitebox Multi-Strategy Partners, LP as Transferee of Syncora Guarantee Inc., and Pandora Select Partners, LP as Transferee of Syncora Guarantee Inc | Whitebox Advisors, LLC | Attn: Scott Specken | 3033 Excelsior Blvd., Suite 300 | | Minneapolis | MN | 55416 | | | | |