# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCES AND REQUEST TO CEASE SERVICE OF NOTICES, ORDERS, PLEADINGS, AND DOCUMENTS

**PLEASE TAKE NOTICE** that Lawrence S. Robbins, Gary Orseck, Kathryn S. Zecca and Donald Burke hereby respectfully withdraw their appearances as counsel for the Ad Hoc Group of General Obligation Bondholders in the Title III case 17 BK 3283-LTS, and for Autonomy Master Fund Limited; Aurelius Opportunities Fund, LLC; Aurelius Capital Master, Ltd.; Aurelius Investment, LLC; ACP Master, Ltd.; Corbin Opportunity Fund, L.P.; Lex Claims, LLC; and Pinehurst Partners, L.P., in related adversary proceeding Adv. Proc. No. 19-ap-291.

**PLEASE TAKE FURTHER NOTICE** that this withdrawal is limited to Mr. Robbins, Mr. Orseck, Ms. Zecca, and Mr. Burke and does not impact the representation of the parties noted above by other attorneys in these proceedings, including J. Ramón Rivera Morales of Jiménez,

---

[1] The Debtors in these title III cases (collectively, the "Title III Cases"), along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III Case numbers are listed as bankruptcy case numbers due to software limitations).

Graffam & Lausell and Mark T. Stancil of Willkie, Farr & Gallagher LLP. For that reason, the withdrawal of Mr. Robbins, Mr. Orseck, Ms. Zecca, and Mr. Burke will not cause any disruption in these cases and related adversary proceedings.

Accordingly, pursuant to Local Rule 9010-1(d)(3), Mr. Robbins, Mr. Orseck, Mr. Burke, and Ms. Zecca respectfully request that the Court order their withdrawal and remove them from applicable service lists, including the Court's CM/ECF electronic notification list and the official service list.

Dated: March 16, 2021

/s/ Ramón Rivera Morales
J. Ramón Rivera Morales
USDC-PR Bar No. 200701
Andrés F. Picó Ramírez
USDC-PR Bar No. 302114
JIMÉNEZ, GRAFFAM & LAUSELL
P.O. Box 366104
San Juan, PR 00936
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
Email: rrivera@jgl.com

/s/ Mark T. Stancil
WILLKIE, FARR & GALLAGHER LLP
Mark T. Stancil (admitted *pro hac vice*)
1875 K Street, NW
Washington, DC 20006
Telephone: (202) 303-1133
Facsimile: (202) 303-2133
Email: mstancil@willkie.com

Respectfully submitted,

/s/ Lawrence S. Robbins
Lawrence S. Robbins (admitted *pro hac vice*)

/s/ Gary Orseck
Gary Orseck (admitted *pro hac vice*)

/s/ Kathryn S. Zecca
Kathryn S. Zecca (admitted *pro hac vice*)

/s/ Donald Burke
Donald Burke (admitted *pro hac vice*)

ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP
2000 K Street, N.W., 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
Email: lrobbins@robbinsrussell.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

/s/ Donald Burke
Donald Burke
