# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors. | PROMESA<br><br>Title III<br><br>No. 17-bk-3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF ANDREW WOLFE'S
## FOURTEENTH INTERIM FEE APPLICATION

PLEASE TAKE NOTICE that in accordance with the Order entered February 2, 2022, directing professionals not to file further interim fee applications until after they made disclosures required by the Puerto Rico Recovery Accuracy in Disclosures Act (ECF Doc. #19980), Andrew Wolfe hereby withdraws his fourteenth interim fee application (ECF Doc. #20309).

Dated: March 16, 2022

Respectfully submitted,

/s/ Andrew Wolfe
Andrew Wolfe
*Macroeconomic Consultant to The Financial Oversight and Management Board*

Prepared by:

/s/ Jeffrey Chubak
Jeffrey Chubak
AMINI LLC
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
jchubak@aminillc.com
*Attorneys for Andrew Wolfe*