# EXHIBIT A

## PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party _____ | U.S. Bank National Association |
| Party Name Abbreviation (For Use with Zoom[2]) | U.S. Bank |
| Omnibus Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number and<br>• Docket Entry No. for the Attorney's Notice of Appearance<br><br>or<br><br>Individual Party-in-interest Not Represented by Counsel:<br><br>• Name, Email, Phone Number, Proof of Claim Number (if any) | Clark Whitmore<br>Clark.whitmore@maslon.com<br>Maslon LLP<br>612-940-0058<br><br>Case No. 17-04780-LTS<br>Dkt. No. 64<br><br>Jason Reed<br>Jason.Reed@maslon.com<br>Maslon LLP<br>612-760-9004<br><br>Case No. 17-04780-LTS<br>Dkt. No. 64 |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance | |
| **Note:** Pursuant to the Hearing Procedures Order ⁋ 2, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. | |

---

[1] The Party Appearance Sheet must be attached to a party-in-interest's Informative ~~Motion as **Exhibit A.**~~

[2] See Hearing Procedures Order ¶ 8(a).