[CERTIFIED TRANSLATION] I, Carlos Laó Dávila, a Federally certified interpreter, number 03-052, hereby certify that the attached document is a true and exact translation of the original, translated or certified by me.



Commonwealth of Puerto Rico
# SUGAR CORPORATION OF PUERTO RICO
SNOW WHITE SUGAR REFINERY & CENTRAL MERCEDITA
Box 116
Mercedita, Puerto Rico 00715

November 10, 2000

MR(S) ORTIZ QUIÑONES, JOSE

Dear Mister (Mis): ORTIZ QUIÑONES, JOSE

The Sugar Corporation of Puerto Rico is in the need of carrying out some layoffs in the Mercedita Refinery, due to the transfer of the assets of the Colonos Refinery, pursuant to what is established by Act 189 of September 5, 1996, as amended.

According to the provisions of the Layoff Plan that governs us, we are very sorry to inform you that the position you occupy will be eliminated effectively on December 29, 2000.

You have the right to have an informal hearing, which must be requested in writing within the term of ten (10) calendar days, counted beginning on the receipt of this notification. Said request must be delivered in or before the above indicated term in the offices of Surveyor Luis C. Robles, Subdirector of the Sugar Corporation of Puerto Rico.

If you do not agree with this determination, you must file the complaint corresponding to the process established in the Grievances and Complaints Articles of the Collective Bargaining Agreement that applies to all the members of the appropriate unit, to which you belong. The steps and terms to carry these out will strictly apply.

The Human Resources Department more than willing to advise and provide the services it deems necessary to those employees who are affected by this situation.

We want to reiterate our appreciation for your years of service being unconditionally at your service for anything that is within or ability to facilitate.

Sincerely,

*Juan R. Pedró Gordián*
Juan R. Pedró Gordián
Executive Director

SNOW WHITE SUGAR
The only sugar produced, elaborated, and refined in P.R.
Sponsor and defend whats yours