# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Record to the Court of Appeals

**DATE: March 17, 2022**

BK Case: 17-3283 LTS (Jointly Administered) (PROMESA)

**APPEAL FEE PAID ($505):** YES ____ NO  _X_  PENDING ____

**CASE CAPTION:** In re: The Commonwealth of Puerto Rico.

**IN FORMA PAUPERIS:** YES  _X_  NO ____

**MOTIONS PENDING:** YES ____ NO  _X_

**NOTICE OF APPEAL FILED BY:** Maira I. Feliciano Rosado, pro se.

**APPEAL FROM:** Court Ruling on the February 16, 2022, Hearing on Adjourned Omnibus Objections to Claims.

**SPECIAL COMMENTS:** Copies of original documents.

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**Docket Entries:** 20359, 20358, 20167, 19998, 19984, 19382, 19270, 18290, 18289.

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of the Court

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____   s/c:  CM/ECF Parties, Appeals Clerk