**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

    Debtors.[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

**INFORMATIVE MOTION REGARDING
CONTINENTAL PLLC'S APPEARANCE AT MARCH 23–24,
2022 OMNIBUS HEARING ON BEHALF OF OFFICIAL
<u>COMMITTEE OF UNSECURED CREDITORS</u>**

To the Honorable United States District Judge Laura Taylor Swain:

    John Arrastia from the Coral Gables, Florida office of Continental PLLC ("Continental"), as proposed substitute special litigation counsel for the Official Committee of Unsecured Creditors of all Title III Debtors (other than COFINA and PBA) (the "<u>Committee</u>"), submits this informative motion in compliance with the Court's *Order Regarding Procedures for March 23-24, 2022, Omnibus Hearing* (Docket Entry No. 20323) ("<u>Scheduling Order</u>"), stating as follows:

    Mr. Arrastia will appear on behalf of the Committee via Zoom at the Hearing (as defined

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

in the Scheduling Order), and reserves the right to address, as necessary, the following matters:

(a) The Committee's *Application for Order Pursuant to Bankruptcy Code Section 1103(A) and Local Bankruptcy Rule 2014-1(E) Authorizing Employment and Retention Of Continental PLLC as Substitute Special Litigation Counsel to Official Committee Of Unsecured Creditors, Effective as of February 14, 2022* (the "Application") (Docket Entry No. 20222);

(b) Any objections, responses, statements, joinders, or replies to the foregoing filing.

**RESPECTFULLY SUBMITTED**, this 17th day of March, 2022.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, copy of this document will be notified via electronic mail to all case participants.

Dated this 17h day of March 2022.

*/s/ John Arrastia*
John Arrastia, Esq. (*Pro Hac Vice*)
Jesus M. Suarez, Esq. (*Pro Hac Vice*)
Angelo M. Castaldi, Esq. (*Pro Hac Vice*)
**CONTINENTAL PLLC**
255 Alhambra Cir, Suite 640
Coral Gables, FL 33134
Tel: 305-677-2707
JArrastia@continentalpllc.com
JSuarez@continentalpllc.com
ACastaldi@continentalpllc.com
*Proposed Special Litigation Counsel to the Official Committee of Unsecured Creditors*

-and-

/s/ Juan J. Casillas Ayala
Juan J. Casillas Ayala, Esq., (USDC-PR 218312)
Luis F. Llach Zúñiga, Esq. (USDC-PR 223112)

        Juan C. Nieves González, Esq., (USDC-PR 231707)
        CASILLAS, SANTIAGO & TORRES LLC
        El Caribe Office Building
        53 Palmeras Street, Ste. 1601
        San Juan, Puerto Rico 00901-2419
        Telephone: (787) 523-3434
        jcasillas@cstlawpr.com
        lllach@cstlawpr.com
        jnieves@cstlawpr.com

*Local Counsel to Official Committee of Unsecured Creditors for all Title III Debtors (other than PBA and COFINA)*