# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | PROMESA<br>Title III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| As a representative of | |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*, | Re: Dkt. No. 20323<br><br>**Telephonic Hearing date:** March 23, 2022 at 9:30 a.m. (Atlantic Standard Time) |
| Debtors.[1] | |

## INFORMATIVE MOTION OF THE FEE EXAMINER PURSUANT TO ORDER REGARDING PROCEDURES FOR MARCH 23-24, 2022, OMNIBUS HEARING

The Fee Examiner appointed in these proceedings files this Informative Motion pursuant to the *Order Regarding Procedures for March 23-24, 2022, Omnibus Hearing* [Dkt. No. 20323]. The Fee Examiner's Party Appearance Cover Sheet is attached to this Informative Motion as **Exhibit A**. The Fee Examiner further states that:

1. On March 16, 2022, the Fee Examiner filed the *Fee Examiner's Report on Uncontested Professional Fee Matters for Consideration in Connection with the March 23, 2022 Omnibus Hearing* [Dkt. No. 20385] (the "**Status Report**").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. The Status Report outlines the Fee Examiner's recommendations for the Court's approval, with adjustments and on an uncontested basis, of a group of interim applications for the Thirteenth Interim Compensation Period (June 1, 2021-September 30, 2021) and prior interim fee periods.

3. The Status Report attached a proposed order approving the uncontested fee applications (the "Proposed Order"). Counsel also submitted the Proposed Order to chambers in MS Word format pursuant to the *Sixteenth Amended Case Management and Administrative Procedures* [Dkt. No. 20190-1].

4. Pursuant to the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 3269], if no objections are timely filed, fee applications may be approved by Court order without a hearing, *id.* at 2(j), and the Court has done so in the past.

5. The *Joint Motion of the Oversight Board and the Fee Examiner for Entry of Order Further Amending Procedures for Submitting and Considering Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 20245] (the "**Joint Motion**") was filed on March 1, 2022 proposing a *Third Amended Order Setting Procedures for Interim and Final Compensation and Reimbursement of Expenses of Professionals* ("**Proposed Third Amended Interim Compensation Order**") to address, among other things, adjustments to the compensation process necessitated by the *Puerto Rico Recovery Accuracy in Disclosures Act*, Pub. L. No. 117-8 ("**PRRADA**"). Prior to the omnibus hearing, the Fee Examiner will file a *Certification of Counsel Regarding Proposed Third Amended Order Setting Procedures for Interim and Final Compensation and Reimbursement of Expenses of Professionals* (the "**Certification of Counsel**") attaching a revised Proposed Third Amended Interim Compensation

Order, reflecting comments received from the Official Committee of Retirees ("**OCR**") and the Official Committee of Unsecured Creditors ("**UCC**") and the occurrence of the Effective Date. *See Notice of (A) Entry of Order Confirming Modified Eighth Amended Title III Plan of Adjustment of The Commonwealth of Puerto Rico, et al. Pursuant to Title III of PROMESA and (B) Occurrence of the Effective Date* [Dkt. No. 20349].

6. The Fee Examiner and counsel plan to appear at the Zoom omnibus hearing and will be prepared to respond to questions from the Court, if any, regarding the Status Report, the Joint Motion, or the Certification of Counsel.

Dated this 17th day of March, 2022.

WE HEREBY CERTIFY that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

EDGE Legal Strategies, PSC

*s/ Eyck O. Lugo*
Eyck O. Lugo
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Telephone: (787) 522-2000
Facsimile: (787) 522-2010
*Puerto Rico Counsel for Fee Examiner*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler (*Pro Hac Vice*)

*Counsel for the Fee Examiner*

26891650.1

3

EXHIBIT A

FEE EXAMINER'S PARTY APPEARANCE SHEET

| Name of Party | Fee Examiner |
|---|---|
| Party Name Abbreviation (For Use with Zoom) | Fee Examiner |
| Omnibus Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name<br>• Email<br>• Law Firm<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See March Omnibus Hearing Procedures Order, ¶ 8(a)) | Brady C. Williamson<br>bwilliam@gklaw.com<br><br>Katherine Stadler<br>kstadler@gklaw.com<br><br>Godfrey & Kahn, S.C.<br>(608) 284-2636 (Mr. Williamson)<br>(608) 284-2654 (Ms. Stadler)<br><br>*See Order Pursuant to Promesa Sections 316 and 317 and Bankruptcy Code Section 105(a) Appointing a Fee Examiner and Related Relief* [Dkt. No. 1416]<br><br>Zoom Screen Names:<br>Fee Examiner/Williamson, Brady/Godfrey & Kahn, S.C.<br><br>Fee Examiner/Stadler, Katherine/Godfrey & Kahn, S.C.<br><br>Eyck O. Lugo<br>elugo@edgelegalpr.com<br><br>EDGE Legal Strategies, PSC<br>(787) 522-2000<br><br>*See Order Authorizing the Employment of Edge Legal Strategies, PSC as Local Counsel to the Fee Examiner* [Dkt. No. 1992]<br><br>Zoom Screen Name:<br>Fee Examiner, Lugo, Eyck/EDGE Legal Strategies, PSC |

26892082.1