IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEE'S RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, | |
| Debtors. | |

**MOTION TO REDACT**

**TO THE HONORABLE COURT:**

    **COMES NOW** creditor Suiza Dairy Corp. ("Suiza"), through the undersigned counsel and, very respectfully state, alleges and pray:

    That due to error and inadvertence, the Statement of Issues and Items on Appeal Re: 20016 Notice of Appeal included the incorrect document.

That Suiza includes with this motion the correct document containing the Statement of Issues and Items on Appeal.

Therefore, Suiza requests from this Honorable Court to take note of the above, redact the Statement of Issues and Items at docket 20265, and accept the Statement of Issues and Items filed with this motion.

**WHEREFORE,** Debtors respectfully request that the Court take note of the above and redact the Statement of Issues and Items at docket 20265, and accept the Statement of Issues and Items filed with this motion.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in the case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on March 18th, 2022.

By: */s/ Rafael A. González Valiente*
USDC NO. 225209

**Godreau & González Law, LLC**
PO Box 9024176
San Juan, PR 00902-4176
Telephone: 787-726-0077
*rgv@g-glawpr.com*