Prof. Irma L. Matías Lebrón
HC-71 Box 73082
Cayey, P.R. 00736



(Secretaría) Tribunal de Distrito de E.U.
Room 150 Federal Building
San Juan, P.R. 00918-1767

