UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. [1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**MOTION TO INFORM GROUP WAGE CREDITORS APPEARANCE
AT THE MARCH 23-24, 2022 OMNIBUS HEARING**

To the Honorable United States District Court Judge Laura Taylor Swain:

**COMES NOW** Group Wage Creditors, of the litigation captioned Nilda Agosto Maldonado and Carman Socorro Cruz Hernandez, as a creditors in the instant Title III case, by and through the undersigned legal counsel, and respectfully submits this motion in compliance with the Court's *Order Regarding Procedures for Attendance, Participation and Observation of March 23024, 2022 Omnibus Hearing* (the "Scheduling Order") (Dkt. No. *20323)* of Case No. 17-03283 (LTS)):

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID:3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

1. Attorney Ivonne Gonzalez Morales will appear on behalf of Group wage Creditors at the March 23-24, 2022 omnibus hearing (the "Omnibus Hearing") of the Commonwealth of Puerto Rico and Employees Retirement System of the Commonwealth of Puerto Rico, which will be conducted virtually via videoconferencing (Zoom) and telephonic platforms, in connection with the opposition to certain claims included in the Three Hundred Forty One, Three Hundred Forty Fifth and Three Fifty Firth Omnibus Objection (Substantive).

2. The email address of Mrs. Ivonne Gonzalez Morales is: ivonnegm@prw.net Further, Mrs. Gonzalez - Morales hereby submit the corresponding Party Appearance Cover Sheet as Exhibit A to this motion.

3. Group Wage Claimants reserves the right to be heard and present oral argument on any matter identified in the agenda to be filed by the Oversight Board in connection with the Omnibus Hearing, or to address any statement or issue that may be raised by any party at the Omnibus Hearing related to the Title III cases or adversary proceedings which may affect the interests of Group Wage Claimants also reserves the right to amend this motion as needed.

WHEREFORE, Group Wage Claimants respectfully requests the Court to take note of the foregoing and deem it in compliance with the Scheduling Order.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, on March 21, 2022.

IT IS HEREBY CERTIFIED, that on this same date we have electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsels of record.

By: /s/ Ivonne González Morales
Ivonne González - Morales
RUA 3725 USDC-PR 202701
P.O. BOX 9021828
San Juan, P.R. 00902-1828
Telephone: 787-410-0119
Email- ivonnegm@prw.net

*Attorney for the Group Creditors*

PARTY APPEARANCE COVER SHEET

| Name of Party | GROUP WAGE CREDITORS |
|---|---|
| Party Name Abbreviation (For Use with Zoom) | GWC |
| Omnibus Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name | Ivonne Gonzalez-Morales ESQ.<br><br>ivonnegm@prw.net<br><br>(787) 410-0119<br><br>Dkt. 202701<br><br>Group Wage Creditors |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | N/A |