### UNITED STATES DISTRICT COURT
### DISTRICT OF PUERTO RICO

--------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors.[1]

--------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR THE HEARING ON MARCH 23–24, 2022 AT 9:30 A.M. AST

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, March 23, 2022**, from 9:30 a.m. to 11:50 a.m., from 1:10 p.m. to 5:00 p.m. and, if necessary, **Thursday, March 24, 2022**, beginning at 9:30 a.m. **(Atlantic Standard Time)**<br><br>Honorable Laura Taylor Swain, United States District Judge<br>Honorable Judith G. Dein, United States Magistrate Judge |
| **Location of Hearing:** | **The Hearing will be conducted virtually via videoconferencing and telephonic platforms.**<br><br>Attorney Participation: Pursuant to the *Order Regarding Procedures for March 23–24, 2022, Omnibus Hearing* [Case No. 17-3283, ECF No. 20323], attached to this Agenda as **Exhibit A** (the "Procedures Order"), attorneys who have entered an appearance in the Title III cases and **wish to participate as speakers** in the proceedings must file an |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Informative Motion in accordance with paragraph 3 of the Procedures Order and, upon receipt of an invitation to register their appearance from the Court, must respond to the invitation to register for Zoom access. The FOMB and AAFAF may each register up to four attorney appearances per day, and all other parties shall be limited to two attorney appearances per day.

<u>Attorneys, Members of the Public and Press</u>: Attorneys and members of the public and press **may listen to (but not view or participate in)** the proceedings by dialing (888) 363-4749 and entering the access code (7214978) and security code (6499) when prompted.

**Copies of Documents:**   Copies of all documents filed in these Title III cases are available free of charge (a) by visiting  https://cases.primeclerk.com/puertorico  or by calling  +1 (844) 822-9231,  and  (b) on  the  Court's  website  at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

# I.   <u>STATUS REPORTS:</u>

### 1.   <u>Report from the Oversight Board.</u>

<u>Description</u>:  Pursuant to the Procedures Orders, the Financial Oversight and Management Board for Puerto Rico (the "<u>FOMB</u>" or "<u>Oversight Board</u>") will file a written Status Report prior to the hearing.  The FOMB will report on (i) the general status and activities of the Oversight Board, including measures taken in response to the COVID-19 pandemic, (ii) the general status of relations among the Oversight Board and the Commonwealth and federal governments, (iii) the general status of communications with stakeholders regarding immediate next steps toward the resolution of PREPA's Title III case, (iv) the general status of the ADR and ACR processes, including the anticipated number of matters to be directed into the ADR process and anticipated timetable for initiation of ADR procedures with respect to such matters, and (v) the anticipated timing and volume of objections to claims.

<u>Speakers</u>: Should the Court have questions or comments regarding the FOMB's Status Report, the names of counsel who intend to speak on the Status Report are Martin J. Bienenstock and Brian S. Rosen.

### 2.   <u>Report from AAFAF.</u>

<u>Description</u>:  Pursuant to the Procedures Orders, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("<u>AAFAF</u>") will file a written status Report prior to the hearing.  AAFAF will provide a general status report on its status and activities, including an overview of the Commonwealth's ongoing response to the COVID-19 pandemic.

<u>Speakers</u>: Should the Court have questions or comments regarding AAFAF's Status Report, the name of counsel who intends to speak on the Status Report are Luis C. Marini-Biaggi and/or Carolina Velaz Rivero.

## II.     FEE APPLICATIONS RELATED MATTERS

1. **Joint Motion for Third Amended Interim Compensation Order**.[2] Joint Motion of the Oversight Board and the Fee Examiner for Entry of Order Further Amending Procedures for Submitting and Considering Compensation and Reimbursement of Expenses of Professionals **[Case No. 17-3283, ECF No. 20245]**

   <u>Description</u>: Motion by the Oversight Board and the Fee Examiner for entry of the Third Amended Interim Compensation Order.

   <u>Objection Deadline</u>: March 22, 2022 at 4:00 p.m. (Atlantic Standard Time).

   <u>Responses</u>:
   A. None.

   <u>Related Documents</u>:
   A. Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals **[Case No. 17-3283, ECF No. 3269]**

   B. Certification of Counsel Regarding Proposed Third Amended Order Setting Procedures for Interim and Final Compensation and Reimbursement of Expenses of Professionals **[Case No. 17-3283, ECF No. 20415]**

## III.     CONTESTED MATTERS

1. **Three Hundred Forty-Fifth Omnibus Objection to Claims.** Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 17108]**

   <u>Objection Deadline</u>: July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

   <u>Reply Deadline</u>: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

   <u>Responses</u>:
   A. Response to Three Hundred Thirty-Seventh, Three Hundred Forty-First, and Three Hundred Forty-Fifth Omnibus Objections to Claims, filed by Neysha Colón Torres

---

[2]   Katherine Stadler and Brady C. Williamson will be available to respond to any questions or objections regarding this matter, otherwise Katherine Stadler and Brady C. Williamson do not intend to speak on this matter.  If any timely objections are filed, an amended Agenda will be filed to reflect the (i) names of speakers who will present at the hearing, (ii) time allocations for each speaker, and (iii) the order in which speakers will present.

(Claim Nos. 127701[3], 121773, 129809 and 139753) **[Case No. 17-3283, ECF No. 17440]** (Response Form not returned)

Replies, Joinders & Statements:
  A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Ana Z. Vázquez Pagán [ECF No. 17409], Carmen M. Ruíz Díaz [ECF No. 17410], Neysha Colón Torres [ECF No. 17440], Sonia I. Ferrer Melendez [ECF No. 17442], Zoraida Chevere Fraguada [ECF No. 17445], Signa M. Cabrera Torres [ECF No. 17476], Ivette González De León [ECF No. 17495], and Carmen Roman Ocasio [ECF No. 17614] to the Three Hundred Forty-Fifth Omnibus Objection (Substantive) to Misclassified Claims **[Case No. 17-3283, ECF No. 19655]**

Related Documents:
  A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19670-16]**

Status: This matter is going forward.

Estimated Time Required: 10 minutes

Order and Number of Speakers[4]: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

  A. Debtors: Laura Stafford and Brian Rosen, 3 minutes
  B. Objecting Parties: Ivonne González Morales, 5 minutes
  C. Debtors: Laura Stafford and Brian Rosen, 2 minutes

2. **Three Hundred Forty-First Omnibus Objection to Claims.** Three Hundred Forty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Public Buildings Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Cross-Debtor Duplicate Claims **[Case No. 17-3283, ECF No. 17105]**

**Three Hundred Forty-Fifth Omnibus Objection to Claims.** Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 17108]**

---

[3]   Claim No. 127701 has already been disallowed pursuant to the Three Hundred Forty-First Omnibus Objection (Non-Substantive) to Cross-Debtor Duplicate Claims [ECF No. 19654]. *See* ECF No. 19854 § III.6 (d).

[4]   The Oversight Board reached out to Ivonne González Morales in advance of sending this draft agenda to confirm her appearance but did not receive a definite response.

<u>Objection Deadline</u>:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
 A. Response to Three Hundred Forty-First Omnibus Objection to Claims, filed by Signa Cabrera Torres (Claim No. 12310) **[Case No. 17-3283, ECF No. 17476]** (Response Form submitted, claimant will attend)

 B. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Signa Cabrera Torres (Claim No. 12337) **[Case No. 17-3283, ECF No. 17474]** (Response Form submitted, claimant will attend)

<u>Replies, Joinders & Statements</u>:
 A. Reply of the Puerto Rico Public Buildings Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Elizabeth Rivera Domínguez [ECF No. 17327], Nilda Mangual Flores [ECF No. 17383], Neysha M. Colón Torres [ECF No. 17440], Zulma Landrau Rivera [ECF No. 17441], Signa Magaly Cabrera Torres [ECF No. 17476], Ivette González De León [ECF No. 17495], and Ana Celia Benitez Delgado [ECF No. 17603] to the Three Hundred Forty-First Omnibus Objection (Non-Substantive) to Cross-Debtor Duplicate Claims **[Case No. 17-3283, ECF No. 19654]**

 B. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Ana Z. Vázquez Pagán [ECF No. 17409], Carmen M. Ruíz Díaz [ECF No. 17410], Neysha Colón Torres [ECF No. 17440], Sonia I. Ferrer Melendez [ECF No. 17442], Zoraida Chevere Fraguada [ECF No. 17445], Signa M. Cabrera Torres [ECF No. 17476], Ivette González De León [ECF No. 17495], and Carmen Roman Ocasio [ECF No. 17614] to the Three Hundred Forty-Fifth Omnibus Objection (Substantive) to Misclassified Claims **[Case No. 17-3283, ECF No. 19655]**

<u>Related Documents</u>:
 A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19670-18]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  10 minutes

Order and Number of Speakers[5]: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford and Brian Rosen, 3 minutes
    B. Objecting Parties: Ivonne González Morales, 5 minutes
    C. Debtors: Laura Stafford and Brian Rosen, 2 minutes

3. **Three Hundred Forty-First Omnibus Objection to Claims.** Three Hundred Forty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Public Buildings Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Cross-Debtor Duplicate Claims **[Case No. 17-3283, ECF No. 17105]**

   **Three Hundred Forty-Fifth Omnibus Objection to Claims.** Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 17108]**

   Objection Deadline: July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

   Reply Deadline: January 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

   Responses:
    A. Response to Three Hundred Forty-First Omnibus Objection to Claims, filed by Ivette González De León (Claim No. 12526) **[Case No. 17-3283, ECF No. 17495]** (Response Form submitted, claimant will attend)

    B. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Ivette González De León (Claim No. 12312) **[Case No. 17-3283, ECF No. 17494]** (Response Form submitted, claimant will attend)

   Replies, Joinders & Statements:
    A. Reply of the Puerto Rico Public Buildings Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Elizabeth Rivera Domínguez [ECF No. 17327], Nilda Mangual Flores [ECF No. 17383], Neysha M. Colón Torres [ECF No. 17440], Zulma Landrau Rivera [ECF No. 17441], Signa Magaly Cabrera Torres [ECF No. 17476], Ivette González De León [ECF No. 17495], and Ana Celia Benitez Delgado [ECF No. 17603] to the Three Hundred Forty-First Omnibus Objection (Non-Substantive) to Cross-Debtor Duplicate Claims **[Case No. 17-3283, ECF No. 19654]**

    B. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Ana Z.

---

[5]  The Oversight Board reached out to Ivonne González Morales in advance of sending this draft agenda to confirm her appearance but did not receive a definite response.

Vázquez Pagán [ECF No. 17409], Carmen M. Ruíz Díaz [ECF No. 17410], Neysha Colón Torres [ECF No. 17440], Sonia I. Ferrer Melendez [ECF No. 17442], Zoraida Chevere Fraguada [ECF No. 17445], Signa M. Cabrera Torres [ECF No. 17476], Ivette González De León [ECF No. 17495], and Carmen Roman Ocasio [ECF No. 17614] to the Three Hundred Forty-Fifth Omnibus Objection (Substantive) to Misclassified Claims **[Case No. 17-3283, ECF No. 19655]**

Related Documents:
  A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19670-19]**

Status: This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers[6]: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

  A. Debtors: Laura Stafford and Brian Rosen, 3 minutes
  B. Objecting Parties: Ivonne González Morales, 5 minutes
  C. Debtors: Laura Stafford and Brian Rosen, 2 minutes

4. **Three Hundred Forty-Fifth Omnibus Objection to Claims.** Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims **[Case No. 17-3283, ECF No. 17108]**

Objection Deadline:  July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: January 6, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A. Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Zoraida Chevere Fraguada (Claim Nos. 24315 and 20600) **[Case No. 17-3283, ECF No. 17445]** (Response Form not returned)

Replies, Joinders & Statements:
  A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Ana Z. Vázquez Pagán [ECF No. 17409], Carmen M. Ruíz Díaz [ECF No. 17410], Neysha Colón Torres [ECF No. 17440], Sonia I. Ferrer Melendez [ECF No. 17442],

---

6  The Oversight Board reached out to Ivonne González Morales in advance of sending this draft agenda to confirm her appearance but did not receive a definite response.

Zoraida Chevere Fraguada [ECF No. 17445], Signa M. Cabrera Torres [ECF No. 17476], Ivette González De León [ECF No. 17495], and Carmen Roman Ocasio [ECF No. 17614] to the Three Hundred Forty-Fifth Omnibus Objection (Substantive) to Misclassified Claims **[Case No. 17-3283, ECF No. 19655]**

Related Documents:

A. Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses To Be Heard at the January 19-20, 2022 Adjourned Objection Hearing **[Case No. 17-3283, ECF No. 19670-24]**

Status: This matter is going forward.

Estimated Time Required: 10 minutes

Order and Number of Speakers[7]: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Laura Stafford and Brian Rosen, 3 minutes
B. Objecting Parties: Ivonne González Morales, 5 minutes
C. Debtors: Laura Stafford and Brian Rosen, 2 minutes

5. **Four Hundred Seventeenth Omnibus Objection**. Four Hundred Seventeenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 20043]**

Objection Deadline: March 7, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:

A. Motion Urgent of Objection to "Four Hundred Seventeenth Onmibus [sic] Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors" **[Case No. 17-3283, ECF No. 20301]**

B. Motion Urgent of Objection to "Four Hundred Seventeenth Onmibus [sic] Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors" **[Case No. 17-3283, ECF No. 20381]**

Reply, Joinder & Statement Deadlines: March 16, 2022 at 4:00 p.m. (Atlantic Standard Time)

Replies, Joinders & Statements:

---

[7] The Oversight Board reached out to Ivonne González Morales in advance of sending this draft agenda to confirm her appearance but did not receive a definite response.

A. Reply of the Commonwealth of Puerto Rico to Response Filed by Claimant Jose Onofre Ortiz Quiñones [ECF No. 20301] to the Four Hundred Seventeenth Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors **[Case No. 17-3283, ECF No. 20365]**

Related Documents:
   A. None.

Status: This matter is going forward.

Estimated Time Required: 10 minutes.

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 3 minutes
   B. Objecting Parties: Vanessa Hernández Rodríguez, 5 minutes
   C. Debtors: Laura Stafford and Brian Rosen, 2 minutes

## IV.   ADJOURNED MATTERS

1. **Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service**. Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 168885) **[Case No. 17-3283, ECF No. 7419; Case No. 17-3284, ECF No. 643]**

Description:   AAFAF, on behalf of itself and the Puerto Rico Sales Tax Financing Corporation ("COFINA"), objects to proofs of claim filed by the United States Department of the Treasury/Internal Revenue Service (Claims No. 168648 and 16885) against COFINA.

Objection Deadline: October 25, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim **[Case No. 17-3283, ECF No. 8993; Case No. 17-3284, ECF No. 686]**

Reply, Joinder & Statement Deadlines: December 24, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A. COFINA's Reply to the United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 8993] **[Case No. 17-3283, ECF No. 9649; Case No. 17-3284, ECF No. 693]**

Related Documents:

A. Stipulation and Agreed Order (A) Withdrawing Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 168648 and 168885); (B) Deeming Previously Filed Objection to Apply to Amended IRS Proof of Claim (Claim No. 169423); (C) Extending Deadline to Respond to the Objection; and (D) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 7927; Case No. 17-3284, ECF No. 662]**

B. Stipulation and Agreed Order (A) Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 169423); and (B) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8466; Case No. 17-3284, ECF No. 666]**

C. Stipulation and Agreed Order (A) Further Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim No. 169423); and (B) Further Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8688; Case No. 17-3284, ECF No. 678]**

D. Informative Motion Regarding Extension of United States' Deadline to Respond to Claim Objection **[Case No. 17-3283, ECF No. 8839; Case No. 17-3284, ECF No. 684]**

E. Informative Motion Regarding Extension of COFINA's Deadline to Reply to United States' Response to Claim Objection **[Case No. 17-3283, ECF No. 9330; Case No. 17-3284, ECF No. 688]**

F. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 10021; Case No. 17-3284, ECF No. 695]**

G. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 12550; Case No. 17-3284, ECF No. 702]**

H. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 13122; Case No. 17-3284, ECF No. 709]**

I. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 13589; Case No. 17-3284, ECF No. 712]**

J. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 14223; Case No. 17-3284, ECF No. 715]**

K.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 14768; Case No. 17-3284, ECF No. 719]**

L.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15320; Case No. 17-3284, ECF No. 722]**

M.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15682; Case No. 17-3284, ECF No. 724]**

N.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15927; Case No. 17-3284, ECF No. 735]**

O.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 16574; Case No. 17-3284, ECF No. 743]**

P.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 16895; Case No. 17-3284, ECF No. 748]**

Q.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 17498; Case No. 17-3284, ECF No. 751]**

R.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 18304; Case No. 17-3284, ECF No. 756]**

S.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 19411; Case No. 17-3284, ECF No. 761]**

T.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 19922; Case No. 17-3284, ECF No. 764]**

U.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 20367; Case No. 17-3284, ECF No. 769]**

Status:  This matter has been adjourned to the May 18, 2022 omnibus hearing.

Estimated Time Required:  N/A.

2. **PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power Purchase and Operating Agreements.** Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]**

Description: Hearing on the portion of PREPA's motion for order authorizing its rejection of certain power purchase and operating agreements directed at the operational power purchase and operating agreements with Windmar Renewable Energy, Inc. and Windmar Renewable Energy, LLC.

Objection Deadline: September 21, 2021 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A. None.

Reply, Joinder & Statement Deadlines: September 28, 2021 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and September 29, 2021 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
  A. None.

Related Documents:
  A. Declaration of Fernando M. Padilla in Respect of Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15179; Case No. 17-4780, ECF No. 2297]**

  B. Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15234; Case No. 17-4780, ECF No. 2307]**

  C. Order Granting Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15265; Case No. 17-4780, ECF No. 2309]**

  D. Certificate of No Objection Regarding Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15286; Case No. 17-4780, ECF No. 2312]**

E. Order Granting in Part Omnibus Motion of Puerto Rico Electric Power Authority for (A) Approval of Its Rejection of Certain Power Purchase and Operating Agreements, and (B) Related Relief **[Case No. 17-3283, ECF No. 15313; Case No. 17-4780, ECF No. 2318]**

F. Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15476; Case No. 17-4780, ECF No. 2344]**

G. Order Granting Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15478; Case No. 17-4780, ECF No. 2345]**

H. Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15579; Case No. 17-4780, ECF No. 2364]**

I. Order Granting Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15582; Case No. 17-4780, ECF No. 2366]**

J. Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15880; Case No. 17-4780, ECF No. 2379]**

K. Order Granting Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15881; Case No. 17-4780, ECF No. 2380]**

L. Order Adjourning in Part Omnibus Motion of the Puerto Rico Electric Power Authority for Entry of an Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 18133; Case No. 17-4780, ECF No. 2620]**

M. Informative Motion Regarding Adjournment of Hearing on PREPA's Omnibus Motion of Puerto Rico Electric Authority for Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 18272; Case No. 17-4780, ECF No. 2623]**

Status:  This matter has been adjourned to the May 18, 2022 omnibus hearing.

Estimated Time Required:  N/A.

3. **Motion of Fir Tree Capital Management, LP for Allowance and Payment of Administrative Expense Claim**. Motion of Fir Tree Capital Management, LP for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 16331]**

Description:  Motion of Fir Tree Capital Management, LP for entry of an order allowing and directing payment of its administrative expense claim against the Commonwealth of Puerto Rico.

Objection Deadline: May 3, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. None.

Reply, Joinder & Statement Deadlines: May 10, 2022 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and May 11, 2022 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A. None.

Related Documents:
   A. None.

Status:  Upon agreement of the parties and notice to the Court, this matter has been adjourned to the May 18, 2022 omnibus hearing.

Estimated Time Required:  N/A.

4. **Community Health Foundation's Administrative Claim Motion.** Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 18602]**

Description:  Community Health Foundation of P.R. Inc.'s motion for an order allowing payment of post-petition wraparound payments for services provided to residents of Puerto Rico.

Objection Deadline: April 18, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: April 25, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A. None.

Related Documents:

    A. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19357]**

    B. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19370]**

    C. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19722]**

    D. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19733]**

    E. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20064]**

    F. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20066]**

    G. Urgent Consensual Motion Seeking Adjournment of Hearing **[Case No. 17-3283, ECF No. 20206]**

    H. Order Granting Urgent Consensual Motion Seeking Adjournment of Hearing **[Case No. 17-3283, ECF No. 20214]**

    I. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20283]**

    J. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20295]**

Status: This matter has been adjourned to the May 18, 2022 omnibus hearing.

Estimated Time Required: N/A.

5. **Ricoh Puerto Rico Inc.'s Objection to Cure Amounts**. Ricoh Puerto Rico Inc.'s Motion Objecting Docket No. 19353 and Informing Cure Amounts for Executory Contracts or

Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19498]**

Description:   Objection by Ricoh Puerto Rico Inc. to cure costs related to executory contracts or unexpired leases to be assumed pursuant to the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated January 14, 2022 (ECF No. 19784 in Case No. 17-3283).

Reply Deadline:   May 11, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies:
   A. None.

Related Documents:
   A. Notice of Executory Contracts and Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19353]**

   B. Order Scheduling Hearing on Objections to Proposed Cure Amounts **[Case No. 17-3283, ECF No. 19523]**

   C. Urgent Consensual Motion for Extension of Response Deadline **[Case No. 17-3283, ECF No. 19811]**

   D. Order Granting Urgent Consensual Motion for Extension of Response Deadline **[Case No. 17-3283, ECF No. 19839]**

   E. Second Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 19892]**

   F. Order Granting the Second Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 19900]**

   G. Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20082]**

   H. Order Granting the Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20092]**

   I. Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20379]**

   J. Order Granting the Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20392]**

Status:  This matter has been adjourned to the May 18, 2022 omnibus hearing.

Estimated Time Required:  N/A.

6. **FISA, SE's Objection to Cure Amount**. FISA SE Objection to Cure Amount **[Case No. 17-3283, ECF No. 19505]**

Description: Objection by FISA, S.E. to cure costs related to executory contracts or unexpired leases to be assumed pursuant to the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated January 14, 2022 (ECF No. 19784 in Case No. 17-3283).

Reply Deadline: May 11, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies:
   A. None.

Related Documents:
   A. Notice of Executory Contracts and Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19353]**

   B. Order Scheduling Hearing on Objections to Proposed Cure Amounts **[Case No. 17-3283, ECF No. 19523]**

   C. Urgent Consensual Motion for Extension of Response Deadline **[Case No. 17-3283, ECF No. 19811]**

   D. Order Granting Urgent Consensual Motion for Extension of Response Deadline **[Case No. 17-3283, ECF No. 19839]**

   E. Second Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 19892]**

   F. Order Granting the Second Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 19900]**

   G. Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20082]**

   H. Order Granting the Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20092]**

   I. Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20379]**

   J. Order Granting the Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20392]**

Status: This matter has been adjourned to the May 18, 2022 omnibus hearing.

Estimated Time Required: N/A.

7. **Ramhil Developers Inc.'s Objection to Cure Amount**.   Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19807]**

Description:   Objection by Ramhil Developers Inc. to cure costs related to executory contracts or unexpired leases to be assumed pursuant to the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated January 14, 2022 (ECF No. 19784 in Case No. 17-3283).

Reply Deadline:   May 11, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies:
    A. None.

Related Documents:
    A. Notice of Executory Contracts and Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19353]**

    B. Request for Leave to File Exhibits to Ramhil Developers Inc.'s Objection to Docket No. 19353 without Certified Translations and an Extension of Time to File the Same **[Case No. 17-3283, ECF No. 19808]**

    C. Order Granting Request for Leave to File Exhibits to Ramhil Developers Inc.'s Objection to Docket No. 19353 without Certified Translations and an Extension of Time to File the Same **[Case No. 17-3283, ECF No. 19843]**

    D. Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20082]**

    E. Order Granting the Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20092]**

    F. Urgent Motion Submitting Eleven (11) Certified Translations in Connection with *Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment* and Unopposed Request of Time Extension to File a Pending Translation **[Case No. 17-3283, ECF No. 20163]**

    G. Order Granting Unopposed Request of Time Extension to File a Pending Translation **[Case No. 17-3283, ECF No. 20169]**

    H. Motion Submitting Certified Translations in Connection with *Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment* **[Case No. 17-3283, ECF No. 20186]**

I. Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20379]**

J. Order Granting the Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20392]**

Status:  This matter has been adjourned to the May 18, 2022 omnibus hearing.

Estimated Time Required:  N/A.

8. **Debtors' Omnibus Objections to Claims.**

Related Documents:
A. Order Regarding Adjourned Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 19461]** (the "Adjourned Omnibus Objections Order")

B. Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the March 23, 2022 Omnibus Hearing to the May 18, 2022 Omnibus Hearing **[Case No. 17-3283, ECF No. 20413]** (the "Notice of Adjournment")

The following omnibus objections to claims were scheduled for hearing at the March 23, 2022, omnibus hearing but will be subject to forthcoming notices of presentment for final written orders of the Court.

Four Hundred Fifteenth [ECF No. 20041]; Four Hundred Sixteenth [ECF No. 20042]; Four Hundred Eighteenth [ECF No. 20044]; Four Hundred Nineteenth [ECF No. 20045]; Four Hundred Twentieth [ECF No. 20046]; Four Hundred Twenty-First [ECF No. 20047]; Four Hundred Twenty-Second [ECF No. 20048]; Four Hundred Twenty-Third [ECF No. 20049]; Four Hundred Twenty-Fourth [ECF No. 20050]; Four Hundred Twenty-Fifth [ECF No. 20051]; Four Hundred Twenty-Sixth [ECF No. 20052]; and Four Hundred Twenty-Seventh [ECF No. 20053].

Pursuant to the Notice of Adjournment, the following omnibus objections to claims have been adjourned from the March 23, 2022 omnibus hearing to the May 18, 2022, omnibus hearing, solely with respect to the claims identified below:

Three Hundred Third [ECF No. 16030] (Claim Nos. 73613, 20507, 160793, and 15304); Three Hundred Thirty-Fourth [ECF No. 17085] (Claim No. 174301); Three Hundred Thirty-Sixth [ECF No. 17101] (Claim No. 21597); Three Hundred Sixty-Third [ECF No. 17929] (Claim No. 10502); Three Hundred Ninety-First [ECF No. 17974] (Claim No. 20926); Three Hundred Ninety-Ninth [ECF No. 19548] (Claim Nos. 71072-1 and 175239-1); Four Hundredth [ECF No. 19549] (Claim No. 160874); Four Hundred Third [ECF No. 19552] (Claim Nos. 176183; 169481; 174504; 175048; 175054; 175966; 139162; 175627; 176233; 174895; 175486; 176410; 176160; 172218; 176316; 175529; 169432; 176244; 174471; 174107; 175665; 176310; 176046; 174966; 175171; 176054; 175538; and 169726); Four Hundred Fourth [ECF No. 19553] (Claim Nos. 177508; 178701; 178015; 177243; 177761; and 177932); Four Hundred Sixth

[ECF No. 19555] (Claim No. 16103); Four Hundred Fourteenth [ECF No. 20040] (Claim No. 179649); Four Hundred Seventeenth [ECF No. 20043] (Claim No. 179671); and Four Hundred Twenty-Fourth [ECF No. 20050] (Claim No. 17048).

Estimated Time Required:  N/A.

[*Remainder of Page Intentionally Left Blank*]

Dated: March 21, 2022
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

## Exhibit A

**Order Regarding Procedures for March 23–24, 2022 Omnibus Hearing**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:                                                          PROMESA
                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of                                 No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                                 (Jointly Administered)
et al.,

        Debtors.[1]

-------------------------------------------------------------x

<u>ORDER REGARDING PROCEDURES FOR MARCH 23-24, 2022, OMNIBUS HEARING</u>

        The Court will conduct an omnibus hearing on certain motions in the above-

captioned cases and related adversary proceedings (the "Hearing") beginning at **9:30 a.m.**

**(Atlantic Standard Time)** on March 23, 2022.  The Hearing will be conducted on **March 23,**

**2022**, from **9:30 a.m.** to **11:50 p.m. (Atlantic Standard Time)**, resume if necessary, from **1:10**

**p.m.** to **5:00 p.m.** (**Atlantic Standard Time**), and continue if necessary on **March 24, 2022**,

beginning at **9:30 a.m. (Atlantic Standard Time)**.  In light of the ongoing COVID-19 public

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth")
(Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii)
Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-
BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways
and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last
Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-
BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric
Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits
of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA")
(Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)
(Title III case numbers are listed as Bankruptcy Case numbers due to software
limitations).

health crisis, the Court will conduct the Hearing virtually using videoconferencing and

telephonic platforms as set forth herein.  The Hearing shall be governed by the following

procedures.

**Registration for Videoconference; Listen-In Facilities for Attorneys, Members of Public
and Press**

        1.  **Videoconferencing via Zoom**.  The Court will conduct the Hearing using the

audio and video features of the Zoom platform as a virtual courtroom.  An invitation to register

will be sent by the Court to Hearing participants who have registered their appearance by filing

an Informative Motion in accordance with paragraph 3 below.  Parties must respond to the

invitation to register for Zoom access and will automatically receive the link and relevant login

information to join the virtual proceeding.  To optimize performance of the Zoom platform and

in the interest of avoiding excessive billing of fees, the Financial Oversight and Management

Board for Puerto Rico (the "Oversight Board") and the Puerto Rico Fiscal Agency and Financial

Advisory Authority ("AAFAF") shall each be limited to four attorneys appearing in the Zoom

session at any given time, and each other Party (as defined in paragraph 3(a) below) will be

limited to two attorneys appearing in the Zoom session at any given time.  **Only persons who
are identified in properly submitted Zoom registration documents, including a Party
Appearance Sheet, will be permitted to appear at the Hearing**.  Recording and retransmission

of the proceedings by any means are prohibited.  All proceedings will be conducted in the

English language as required by law.  48 U.S.C. § 864.  No interpretation services will be

provided by the Court for the Hearing.

        2.  **Listen-Only Access to the Hearing**.  Attorneys, members of the public,

and press may **listen to but not view or participate in** the Hearing by dialing (888) 363-4749

and entering the access code (7214978) and security code 6499 when prompted.  This telephonic

access line for the press and the general public will be in listen-only mode at all times.
Recording and further broadcasting of the proceedings by any means remain prohibited.

**3.**    **Registration to Participate in the Hearing via Zoom**.

a.    Parties represented by counsel.  Counsel for any party-in-interest (each, a "Party") that wishes to participate in the Hearing must register an appearance by filing an Informative Motion, no later than **March 17, 2022**, at **1:00 p.m. (Atlantic Standard Time)**, identifying (a) the Party for which they intend to appear, (b) the name(s) and email address(es) of the attorney(s) who will appear, and (c) identify the Hearing matter(s) in connection with which the party-in-interest may wish to be heard.  Counsel must annex a Party Appearance Cover Sheet (the form of which is attached as Exhibit A to this Order) as Exhibit A to the Informative Motion.

b.    Parties not represented by counsel.  Any individual Party not represented by counsel who wishes to participate in the Hearing must file an Informative Motion, no later than **March 17, 2022**, at **1:00 p.m. (Atlantic Standard Time)**, identifying (a) the Party name, (b) the name and email address of the individual appearing, and (c) the Hearing matter in connection with which the Party may wish to be heard.  Each Party must annex a Party Appearance Cover Sheet (the form of which is attached as Exhibit A to this Order) as Exhibit A to its Informative Motion.

**Pre-Hearing Filing Deadlines**

4.    **Party Informative Motion and Party Appearance Cover Sheet**.  In accordance with paragraph 3(a), a Party must file an informative motion by **March 17, 2022**, at **1:00 p.m. (Atlantic Standard Time)**.  Each Informative Motion must be accompanied by a

Party Appearance Cover Sheet, otherwise, the Party will not be registered to participate in the proceedings via Zoom.

5.   **Agenda.**  An agenda outlining the matters to be addressed and the projected timetable for the Hearing shall be filed by Debtors' counsel by **March 21, 2022**, in accordance with the Sixteenth Amended Case Management Procedures.  (See Docket Entry No. 20190-1 § III.M.)  The agenda shall also include (a) the names of the individuals who intend to appear and speak on behalf of each relevant party in connection with each motion or report, (b) the order in which the parties to the relevant motion shall present argument, and (c) time allocations for each party.  Debtors' counsel shall file a revised agenda on **March 22, 2022**, if circumstances have changed or if requested to do so by the Court.  Debtors' counsel shall email a proposed agenda, including preliminary time allocations, to the Court by **March 18, 2022**, at **5:00 p.m. (Atlantic Standard Time)**.

6.   **Exhibits or Demonstratives**.  To the extent that a Party intends to rely on exhibits and/or demonstratives at the Hearing, it shall file a separate informative motion using the Exhibit Cover Sheet (the form of which is attached as Exhibit B to this Order) by **3:00 p.m. (Atlantic Standard Time)** on **March 21, 2022**.  The informative motion must (i) include the Exhibit Cover Sheet and (ii) include each exhibit and/or demonstrative as a separate, text searchable attachment.  The naming convention of each exhibit must adhere to the specifications indicated on the Exhibit Cover Sheet.

7.   **Status Reports**.  Given the lack of physical public access to the Hearing and to further promote transparency and public access to accurate and current information, the Oversight Board and AAFAF shall file, by **5:00 p.m. (Atlantic Standard Time)** on **March 22, 2022**, written status reports.  The Oversight Board's report shall address (a) the general status

and activities of the Oversight Board, including measures taken in response to the COVID-19 pandemic, (b) the general status of relations among the Oversight Board and the Commonwealth and federal governments, (c) the general status of communications with stakeholders regarding immediate next steps toward the resolution of PREPA's Title III case, (c) the general status of the ADR and ACR processes, including the anticipated number of matters to be directed into the ADR process and anticipated timetable for initiation of ADR procedures with respect to such matters, and (d) the anticipated timing and volume of objections to claims. AAFAF shall provide a general status report on its status and activities, including an overview of the Commonwealth's ongoing response to the COVID-19 pandemic. At the Hearing, the Court will ask counsel to the Oversight Board and AAFAF to respond to questions and comments, if any, related to their respective status reports.

8. **Courtroom Formalities**. All persons granted remote access to the proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of this prohibition may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The formalities of a courtroom must be observed. When appearing by Zoom, each counsel or pro se party must be situated in such a manner as to be able to view the video screen and be seen by the Court. Each Party's camera must be turned on when addressing the Court or examining a witness (if necessary). Those appearing by Zoom may be removed from the virtual courtroom if they do not comply with this Order. During the Hearing, individuals who are registered to participate via Zoom are directed to observe the following rules:

     a. The following naming conventions must be used by Zoom participants for admission to the Zoom virtual courtroom. For example:

    i.    Attorney participants: [Party Represented (abbreviations may be used)] / [Last Name of Attorney, First Name of Attorney] / [Law Firm/Government Office].

        a.   PARTY A / Doe, John / ABC Law Firm, or

        b.   XYZ Agency/ Doe, Jane / Office of the ABC Government

    ii.   Pro se participants: Pro se / [Last Name, First Name].

        a.   For example: Pro se / Doe, Jane

b.   Identify yourself if asked to do so.

c.   Identify yourself by name each time you speak.

d.   Mute yourself when you are not speaking to eliminate background noise.

e.   Turn off your video unless you are speaking or otherwise directly involved in the argument or examination, unless the Court directs otherwise.

SO ORDERED.

Dated: March 14, 2022

               /s/ Laura Taylor Swain
              LAURA TAYLOR SWAIN
              United States District Judge