1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> The Financial Oversight and Management Board for Puerto Rico. As Representative of The Commonwealth of Puerto Rico et al. <br> Deudor <br><br> William Román Morales <br> Adeudado | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |

Conpadese el demandante por derecho propio ante este honorable Tribunal expone, alega y solicita.

1) Que el demandante quiere dar el conosimiento que el pasado Jueves 27 de marzo del 2022 salto cunplido de Sabana Hoyos 216 para la libre comunidad esto para que el honorable Tribunal tenga conosimiento y que toda corespondencia enbiada a este sera a esta direcsion postal HC 01 Box 4169 Barceloneta P.R. 00617 esa es la direcsion del demandante.

2) Que el demandante iso todas las jestiones para poder conseguir los documentos solicitados por este honorable Tribunal y consigio estos que esta enbiando puesto que alegan que es la unica informacion con la que cuentan pero el demandante se entero que su expediente tiene 6 tomos y solamente del ultimo tomo se le dieron las copias que solicito por lo que lo deja saber para que tengan en el conocimiento todo los pormenores del caso puesto que a echo todo lo que a estado a su alcanse para continuar con este caso asta las ultimas consecuensias para que sus derechos sean respetados y dados a balir en todo momento.

3) Que el demandante le solicito al honorable Tribunal le hordenara a la administracion de correccion enbiara toda esta informacion al honorable Tribunal puesto que sabia que no la entregarsan por solicitud del demandante puesto que saben el proposito de esta solicitud por lo que le solicito al honorable Tribunal que iciera esta solicitud puesto que si seubise echo esta no se ubiesen negado y la ubiesen enbiado pero no fue asi por lo que le solicito al honorable Tribunal el numero del expediente es 017460 para que tengan conocimiento y para que si el honorable Tribunal ba a solicitar alguna copia del expediente tengan el numero del expediente y que tengan conosimiento de que son 6 tomos del expediente del demandante.

4) Que el demandante le a dejado saber al honorable Tribunal que se encuentra en desbenitaja puesto que toda la documentacion enbiada a este estan en idioma ingles y el demandante no abla ni domina ese idioma por lo que le solicita con todo respeto que todo los documentos enbiados a este sea en el idioma español y le solicito que asignaran a un Abogado para que representara en este caso para poder estar en igual de condiciones con los demas demandante esa es la solicitud de este que suscribe al honorable Tribunal y la honorable Juez Laura Taylor Swain para que el demandante este en igual de condiciones que los demas esa es la peticion del demandante por lo que esta enbiando la informacion solicitada por este.

5) Que el demandante le ase saber al honorable Tribunal que la direcsion Postal del demandante es HC 01 Box 4169 Barceloneta P.R. 00617 Para que conste en recor de espediente y que toda corespondencia enbiada a este sea enbiada a esta direcsión Postal puesto que son 16 años que lleba luchando para que sus derechos sean dados a respetar por esta administracion y cualquier otra que trate de biolarlos es la solicitud del demandante al honorable Tribunal de Justicia el demandante le ase esa solicitud con todo el respeto del mundo a este honorable Tribunal de Justicia y su honorable Juez.

Esperando una decisión lo mas justa posible en este caso de parte del honorable Tribunal y su honorable Juez y declare a lugar la presente petición con todas las pronunciaciones en ley prosedan en este caso es la petición del demandante. Al honorable Tribunal de Justicia.

Respetuosamente sometido hoy 18 de marzo del 2022 en Barceloneta P.R. 00617.

_William Roman morales_
William Roman Morales
Firma

DIRECSIÓN POSTAL
William Roman Morales
HC-01 4169
Barceloneta P.R. 00617