WilliAm RomAn MORAleS
HC - 01 BOX 4164
BARCelONETA P.R. 00617

SAN JUAN PR   009

21 MAR 2022  PM 1  L

COURT'S CLERK'S OFFICE AT!
UNITED STATES DISTRICT COURT.
CLERK'S OFFICE, 150
AVE. CARlos ChARdON STE. 150
SAN JUAN P.R. 00918·1767

00918-170625