UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Transmittal of Supplemental Record to the Court of Appeals

DATE: March 23, 2022

BK #: 17-3283 (LTS)

CASE CAPTION: In re: Commonwealth of Puerto Rico

SPECIAL COMMENTS: Copies of original documents

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

DOCUMENTS: Regarding Notice of Appeal filed at docket entry 20371 by Maria A. Clemente Rosa

Docket Entry: **13971** Response to Debtors Objection (Claim Disallowed) Claim Number(s): 150849 **[SEALED]**

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the supplemental record on appeal in the case.

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of the Court

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk