**Max Delivery Services**
CONFIANZA Y RESPONSABILIDAD
Celular: 787-640-2426
max.selman@gmail.com

Fecha: 9/24/21  Recibo No.: _____
Cliente: Estrella LLC
Cargado a: 16000101
Recoger en: Estrella, Payment Jn Pno Hac Vice
filed against Susan Benille and intr Qul Road
Entregar en: USDC-PR, Hato Rey
Precio $: 40.00
Entregado por: CLC/KCS/mtm   Recibido por: _____
( ) Ida  (✓) Ida y Vuelta  ( ) Recogido   Fecha: _____ Hora: _____ AM/PM