**OGMA Language Studio**
PO Box 366764
San Juan, PR  00936
+1787 3083880
cbauza@ogmals.com



**BILL TO**
Margarita Torres
Estrella LLC

# INVOICE 3N-093021-2

**DATE** 09/30/2021   **TERMS** Net 30

**DUE DATE** 10/30/2021

| DATE | ITEM | WORD COUNT | RATE | AMOUNT |
|---|---|---|---|---|
| 09/17/2021 | **Translation** <br> Court Certified translation ES to EN <br> Agency Request - Policia de Puerto Rico <br> (3 pages) | 3 | 65.00 | 195.00T |
| 09/23/2021 | **Translation** <br> Certified translation EN to ES <br> Agency Request - Policia de Puerto Rico <br> (3 pages) | 3 | 65.00 | 195.00T |

Preferred payment method: Direct Deposit
Checking Account | Banco Popular de PR
Acct. no. 030069424
Routing no. 021502011

| | |
|---|---|
| SUBTOTAL | 390.00 |
| TAX | 15.60 |
| TOTAL | 405.60 |
| **TOTAL DUE** | **$405.60** |