# PETTY CASH RECEIPT

Date 09/07/2021

Number 160009162

Amount $26.25

**Description** ASG fee for copy of contract #72-230 for Informal Resolution Process, as requested by Tomi Donahoe.

**Charged to** The Special Claims Committee v. Sesco Technology Solutions, LLC

**Received by** Jean Rosado

**Approved by** Gricel Serrano

ESTRELLA, LLC
RECEIVED
SEP 07 2021