## Joann Martinez

**From:** Margarita Torres
**Sent:** Friday, September 24, 2021 10:47 AM
**To:** Beatrice Quiñones
**Cc:** Joann Martinez
**Subject:** Cheque Clerk of the USDC

Saludos Beatrice!

Según discutido, esta es la información para que por favor prepares un cheque para el pago de 2 mociones Pro-Hac Vice que se radicaron anoche en Promesa, una para Sunni Beville, Esq. y otro para Tristan Axelrod, Esq. Te acompaño para tu fácil referencia y records, copia de los documentos.

Puede ser un solo cheque a favor de:

**Clerk of the USDC**

Por la cantidad de **$600.00** (esto incluye ambos pagos)

Y en la referencia puedes poner **Pro Hac Vice Sunni Beville y Tristan Axelrod**

Si tienes dudas, me dejas saber,

Gracias,

M-


**Margarita Torres**
Head Legal Assistant
T: 787-919-0995
E: mtorres@estrellallc.com

---

**ESTRELLA LLC**                                                                          7327

Please detach and retain this portion of the check for your records.                Check: 7327
Payee: Clerk U.S. District Court                            Date: 9/24/2021    Amount: $600.00

| Our Reference | Date | Type | Your Reference | Amount | Discount | Net Amount |
|---|---|---|---|---|---|---|
| AP-02607 | 9/24/2021 | Invoice | Pro Hac Vice Sunni Beville y T | 600.00 | 0.00 | 600.00 |

PRODUCT DLM108    USE WITH 91500 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    A

