## RITA - Fw: [External] Traducciones - ASAP

**Beatrice Quiñones** <bquinones@estrellallc.com>
Wed 3/16/2022 10:41 PM

To: Tania Duarte <tduarte@estrellallc.com>
Cc: Alexandra Meléndez <amelendez@estrellallc.com>

Hola! aqui esta el de RITA 6/2/2021. Es este email, no tengo factura.

**Beatrice Quiñones**
**Accounting Clerk**

T: 787-301-0717
E: bquinones@estrellallc.com

---

**From:** Margarita Torres <mtorres@estrellallc.com>
**Sent:** Wednesday, June 2, 2021 10:57 AM
**To:** Joann Martinez <jmartinez@estrellallc.com>
**Cc:** Beatrice Quiñones <bquinones@estrellallc.com>
**Subject:** FW: [External] Traducciones - ASAP

Saludos Joann!

Con relación a Promesa, se solicitó a RITA unas 6 traducciones de jurisprudencia a ser utilizadas en los casos activos de ese asunto en el Tribunal Federal.  RITA está solicitando un depósito del 50%, o sea, $3,000.00.  Ver e-mail abajo.  Como serán utilizadas para diferentes casos, esto será facturado en FOMB 1600.01.001, según las instrucciones del Licenciado Suria.

Gracias,

M-

**Margarita Torres**
**Head Legal Assistant**

T: 787-919-0995
E: mtorres@estrellallc.com

---

**From:** Margarita Torres
**Sent:** Wednesday, June 2, 2021 10:53 AM
**To:** 'RITA, Inc.' <info@ritapr.com>
**Subject:** RE: [External] Traducciones - ASAP

Saludos!

Autorizadas las traducciones por el Licenciado Suria.  Estaré haciendo las gestiones con el Dept. de Administración para que le puedan hacer llegar el pago del depósito lo antes posible.  De surgir alguna situación que amerite se necesite algo de esto antes, se les dejará saber.

Gracias,

M-

**From:** RITA, Inc. <info@ritapr.com>
**Sent:** Tuesday, June 1, 2021 10:04 PM
**To:** Margarita Torres <mtorres@estrellallc.com>
**Subject:** Re: [External] Traducciones - ASAP

Si lo necesita antes de la fecha que le indiqué, podemos. Déjeme saber si lo necesita antes.

Gracias,
Diana

On Tue, Jun 1, 2021 at 10:03 PM RITA, Inc. <info@ritapr.com> wrote:

> Saludos, son aproximadamente 40,000/palabras x $0.15 = $6,000.00 + ivu
> Depósito inicial: $3,000.00
> Entrega: 17 de junio de 2021
>
> Espero por aprobación para dar inicio.
>
> Muchas gracias,
> Diana
>
> On Tue, Jun 1, 2021 at 10:00 PM Margarita Torres <mtorres@estrellallc.com> wrote:
>
>> Saludos!
>>
>> Estamos necesitando traducción certificada de los 6 documentos que se incluyen (jurisprudencia), para lo antes posible. Por favor, déjenme saber disponibilidad.
>>
>> Gracias!
>>
>> M-
>>
>> 
>>
>> 
>>
>> **Margarita Torres**
>> **Head Legal Assistant**
>>
>> T: 787-919-0995 | F: 787-977-5090
>> E: mtorres@estrellallc.com | W: www.estrellallc.com
>> A: 150 Tetuan Street, Old San Juan, PR 00901
>>    PO Box 9023596, San Juan, PR 00902-3596
>>
>> 
>>
>> This email contains information that may be attorney work-product, confidential information and/or attorney-privileged, intended only for the eyes of the above-mentioned recipient(s). If you are not an intended recipient, please delete this email immediately. The dissemination, distribution or copying of this email or the information contained herein is strictly prohibited. If you receive this email by error, please notify us immediately by phone at (787) 977-5050 or email at webmaster@estrellallc.com. All rights reserved. Copyright (c) 2017 by Estrella, LLC [v10102016]

--



[info@ritapr.com](info@ritapr.com) | [www.ritapr.com](www.ritapr.com) | (787) 969-6676

**Red de Intérpretes, Traductores & Asociados**
**Urb. Crown Hills**
**138 Winston Churchill**
**PMB 628**
**San Juan, PR 00926-6013**

--



[info@ritapr.com](info@ritapr.com) | [www.ritapr.com](www.ritapr.com) | (787) 969-6676

**Red de Intérpretes, Traductores & Asociados**
**Urb. Crown Hills**
**138 Winston Churchill**
**PMB 628**
**San Juan, PR 00926-6013**

**ESTRELLA LLC**

7182

Please detach and retain this portion of the check for your records.

Check: 7182

Payee: RITA

Date: 7/14/2021

Amount: $2,700.00

| Our Reference | Date | Type | Your Reference | Amount | Discount | Net Amount |
|---|---|---|---|---|---|---|
| AP-01922 | 6/2/2021 | Invoice | 50% deposit | 3,000.00 | 0.00 | 3,000.00 |
| AP-02210 | 7/14/2021 | Credit Memo | 10% TWH 7/14/2021 | - 300.00 | 0.00 | - 300.00 |

PRODUCT DLM108  USE WITH 91500 ENVELOPE  Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop  PRINTED IN U.S.A.  A

6788654500

D4D76F STKDK03 09/18/2020 17:49 -421-