# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 9:48 AM(AST)
Ended: 11:07 AM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE JUDGE LAURA TAYLOR SWAIN**
**MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker

DATE: March 23, 2022

---

In Re:

The Financial Oversight and Management Board for Puerto Rico

*as representative of*

The Commonwealth of Puerto Rico, *et al*.
Debtors

3:17-BK-3283 (LTS)

PROMESA Title III

(Jointly Administered)

---

**Omnibus Hearing held.**

Agenda filed at Case No. 17-3283; ECF No. 20422.

  I. **STATUS REPORT**
  1. Report from the Oversight Board. [Case No. 17-3283; ECF No. 20403 and ECF No. 20428]
  2. Report from AFAAF. [Case No. 17-3283; ECF No. 20429]

  II. **FEE APPLICATIONS RELATED MATTERS**
  1. Joint Motion for Third Amended Interim Compensation Order. [Case No. 17-3283, ECF No. 20245]
     - The proposed order was discussed. Parties to submit an amended proposed order.

3:17-BK-3283 (LTS)
Omnibus Hearing – March 23, 2022

### III. CONTESTED MATTERS

1. Three Hundred Forty-Fifth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17108]
   - Response to Three Hundred Thirty-Seventh, Three Hundred Forty-First, and Three Hundred Forty-Fifth Omnibus Objections to Claims, filed by Neysha Colón Torres (Claim Nos. 127701, 121773, 129809, and 139753) [Case No. 17-3283, ECF No. 17440]
   - Neither claimant nor Attorney Ivonne González Morales appeared.
   - Claim Nos. 121773 and 129809 were reclassified as general unsecured claims.
   - As to Claim No. 139753, it was informed that Attorney González does not represent claimant with respect to the matters asserted in that claim. The claim was reclassified as a general unsecured claim.
   - Proposed orders will be submitted.

2. Three Hundred Forty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17105]
   Three Hundred Forty-Fifth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17108]
   - Response to Three Hundred Forty-First Omnibus Objection to Claims, filed by Signa Cabrera Torres (Claim No. 12310) [Case No. 17-3283, ECF No. 17476]
   - Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Signa Cabrera Torres (Claim No. 12337) [Case No. 17-3283, ECF No. 17474]
   - Neither claimant nor Attorney Ivonne González Morales appeared.
   - Claim No. 12310 was disallowed per the agreement reached with claimant's attorney. This disallowance will not affect any other claims filed by the claimant.
   - Claim No. 12337 was reclassified as a general unsecured claim.
   - Proposed orders will be submitted.

3. Three Hundred Forty-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17105]
   Three Hundred Forty-Fifth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17108]
   - Response to Three Hundred Forty-First Omnibus Objection to Claims, filed by Ivette González De León (Claim No. 12526) [Case No. 17-3283, ECF No. 17495]

3:17-BK-3283 (LTS)
Omnibus Hearing – March 23, 2022

- Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Ivette González De León (Claim No. 12312) [Case No. 17-3283, ECF No. 17494]
- Neither claimant nor Attorney Ivonne González Morales appeared.
- Claim No. 12526 was disallowed per the agreement reached with claimant's attorney. This disallowance will not affect any other claims filed by the claimant.
- Claim No. 12312 was reclassified as a general unsecured claim.
- Proposed orders will be submitted.

4. Three Hundred Forty-Fifth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17108]
    - Response to Three Hundred Forty-Fifth Omnibus Objection to Claims, filed by Zoraida Chévere Fraguada (Claim Nos. 24315 and 20600) [Case No. 17-3283, ECF No. 17445]
    - Neither claimant nor Attorney Ivonne González Morales appeared.
    - Claim Nos. 20600 and 24315 were reclassified as general unsecured claims.
    - A proposed order will be submitted.

5. Four Hundred Seventeenth Omnibus Objection. [Case No. 17-3283, ECF No. 20043]
    - Motion Urgent of Objection to "Four Hundred Seventeenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors" [Case No. 17-3283, ECF No. 20301]
    - Motion Urgent of Objection to "Four Hundred Seventeenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors" [Case No. 17-3283, ECF No. 20381]
    - Attorney Vanessa Hernández Rodríguez was heard on behalf of José Onofre Ortiz Quiñones.
    - The objection was sustained as to Claim Nos. 179671 and 179673. The claims were disallowed in their entirety.

Attorney Stafford informed that an agreement was reached with Attorney Ivonne González Morales with respect to certain claims and the 345th Omnibus Objection (as discussed during the August 2020 Omnibus Hearing). Agreement between Oversight Board and Attorney Ivonne Gonzalez-Morales concerning disposition of claims read into the record.

3:17-BK-3283 (LTS)
Omnibus Hearing – March 23, 2022

Oversight Board to submit proposed orders resolving claim objections incorporating the agreement.

IV. **ADJOURNED MATTERS**

1. Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service. (Claim Nos. 168648 and 16885) [Case No. 17-3283, ECF No. 7419; Case No. 17-3284, ECF No. 643]
2. PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power Purchase and Operating Agreements. [Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]
3. Motion of Fir Tree Capital Management, LP for Allowance and Payment of Administrative Expense Claim. Motion of Fir Tree Capital Management, LP for Allowance and Payment of Administrative Expense Claim. [Case No. 17-3283, ECF No. 16331]
4. Community Health Foundation's Administrative Claim Motion. [Case No. 17-3283, ECF No. 18602]
5. Ricoh Puerto Rico Inc.'s Objection to Cure Amounts. [Case No. 17-3283, ECF No. 19498]
6. FISA, SE's Objection to Cure Amount. [Case No. 17-3283, ECF No. 19505]
7. Ramhil Developers Inc.'s Objection to Cure Amount. [Case No. 17-3283, ECF No. 19807]
8. Debtors' Omnibus Objections to Claims.

**The next Omnibus Hearing was set for May 18, 2022, before Judge Laura Taylor Swain.**

s/Carmen Tacoronte
Carmen Tacoronte
PROMESA Case Administrator