UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283 (LTS)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that pursuant to Local Bankruptcy Rule 9010-1(d)(3)(A), Chapman and Cutler LLP (the *"Firm"*), hereby requests the withdrawal of the *pro hac vice* appearance of James M. Heiser, Esq., as counsel for Mesirow Financial, Inc., in the above-captioned matter and requests that Mr. Heiser be removed from the CM/ECF notification list and the official service list, as Mr. Heiser is no longer with the Firm. There are no pending motions before the Court filed by or against Mesirow Financial, Inc., and no trial or hearing date has been scheduled as to Mesirow Financial, Inc.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (*"COFINA"*) (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (*"HTA"*) (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (*"ERS"*) (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (*"PREPA"*) (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (*"PBA"*) (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Case No. 17 BK3283 (LTS)
Page -2-

PLEASE TAKE FURTHER NOTICE that the *pro hac vice* appearance by Bryan E. Jacobson, Esq., at Chapman and Cutler LLP, who has been representing Mesirow Financial, Inc. in this case since its appearance, is unaffected by this request.

I, RAMÓN COTO-OJEDA , HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: March 28, 2022
San Juan, Puerto Rico

Respectfully submitted,

Bryan E. Jacobson (admitted *pro hac vice*)
Chapman and Cutler LLP
320 South Canal Street
Chicago, IL 60606
Tel. (312) 845-3407
Fax: ((312) 516-1907
Email: bjacob@chapman.com

/s/ Ramón Coto-Ojeda
Ramón Coto-Ojeda
Coto & Associates
USDC-PR 215112
255 Ponce De Leon Avenue, Suite 800
San Juan, PR 00917
POBOX 71449
San Juan, PR 00936-8549
Tel. (787) 756-9640
Fax. 787) 756-9641
Email: rco@crlawpr.com

*Attorneys for Mesirow Financial, Inc.*