# EXHIBIT 1
## TITLE III STAY MODIFICATIONS AGREED TO BY THE DEBTORS FROM JANUARY 15, 2022 THROUGH MARCH 15, 2022

|  | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| 1. | *Peña-Cruz, et al. v. Dept. of Education of Puerto Rico*, et al.<br><br>Case No. 22-1011 (ADC);<br><br>*Molina-Vazquez, et al. v. Dept. of Education of Puerto Rico, et al.*<br><br>Case No. 22-1012 (RAM);<br><br>*Cintrón-Cortés, et al. v. Dept. of Education of Puerto Rico, et al.*<br><br>Case No. 22-1013 (FAB);<br><br>*Jimenez-Muniz, et al. v. Dept. of Education of Puerto Rico, et al.*<br><br>Case No. 22-1014 (RAM);<br><br>*González-Santiago, et al. v. Dept. of Education of Puerto Rico, et al.*<br><br>Case No. 22-1015 (JAG);<br><br>*Avilés-Vélez, et al. v. Dept. of Education of Puerto Rico*, et al.<br><br>Case No. 22-1016 (PAD)<br><br>IDEA Actions | Katherine Cintrón-Cortés, personally and on behalf of her minor, K.R.C.; María Molina-Vázquez and Héctor Valencia-Soto, personally and on behalf of their minor H.V.M.; Mailyn Jiménez-Muñiz and Alvin Saavedra-Fernández, personally and on behalf of their minor C.S.J.; Gloria Peña-Cruz personally and on behalf of her minor Y.R.P; Liz González-Santiago, personally and on behalf of her minor daughter, L.M.G.; and Miriam Avilés-Vélez, personally and on behalf of her minor son, J.G.A. | Commonwealth | To the extent necessary, the Title III Stay is hereby modified solely to the limited extent necessary to allow Movants to enforce this Stipulation and seek payment of the Settlement Amount from the Commonwealth; provided, however, the Title III Stay shall continue to apply in all other respects to the Actions including, but not limited to, the execution and enforcement of any judgment for damages and provisional remedies | February 17, 2022 |