EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Sucesión Salvador Eduardo Mandry Dones y otros

    Recurridos

    v.

Estado Libre Asociado de Puerto Rico y otros

    Peticionarios

CC-2021-0762

Sala de Despacho integrada por la Jueza Presidenta Oronoz Rodríguez, la Jueza Asociada señora Pabón Charneco, el Juez Asociado señor Rivera García y el Juez Asociado señor Estrella Martínez.

RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de enero de 2022.

    Atendida la *Petición de Certiorari* presentada por la parte peticionaria, se provee No Ha Lugar.

    Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo