Case:17-03283-LTS Doc#:20459-2 Filed:03/29/22 Entered:03/29/22 14:29:51 Desc:
Exhibit Resolution of the Supreme Court - Certified Translation Page 1 of 2

Certified Translation MC-2022-049

Page 1 of 2

IN THE SUPREME COURT OF PUERTO RICO

| | | |
|---|---|---|
| Estate of Salvador Eduardo Mandry Dones and others<br><br>Respondents<br><br>v.<br><br>Commonwealth of Puerto Rico and others<br><br>Petitioners | CC-2021-0762 | |

In Chambers Opinion of Chief Justice Oronoz Rodríguez, Associate Justice Mrs. Pabón Charneco, Associate Justice Mr. Rivera García, and Associate Justice Mr. Estrella Martínez.

RESOLUTION

In San Juan, Puerto Rico, on January 21, 2022.

Upon consideration of the *Petition for Certiorari* filed by the Petitioner, it is hereby Denied.

It is so ordered by the Court and certified by the Clerk of the Supreme Court.

[Seal of the Supreme Court]

[Signature]
Javier O. Sepulveda Rodriguez
Clerk of the Supreme Court

Case:17-03283-LTS Doc#:20459-2 Filed:03/29/22 Entered:03/29/22 14:29:51 Desc:
Exhibit Resolution of the Supreme Court - Certified Translation Page 2 of 2

Certified Translation MC-2022-049
Page 2 of 2

No. 2022-049 TRANSLATOR'S CERTIFICATE OF ACCURACY

I, Mayra Cardona Durán, of legal age, single, resident of Guaynabo, Puerto Rico, Certified Interpreter of the United States Courts (Certification No. 98-020) and certified by the National Association of Judiciary Interpreters and Translators (10671), holding a Master's Degree in Translation and admitted to the Puerto Rico Bar Association (Bar No. 12390, RUA No. 11038) hereby CERTIFY: that according to the best of my knowledge and abilities, the foregoing is a true and rendition into English of the original Spanish text, which I have translated and it is stamped and sealed as described therein. This document is comprised of Two (2) Pages, including this certification page, and does not contain changes or erasures.

In Guaynabo, Puerto Rico today, Monday, March 14, 2022.

Lcda. Mayra Cardona
BA Lit/Fr, MA Trans, JD
United States Courts Certified Interpreter
NAJIT Certified Interpreter and Translator
3071 Alejandrino Ave. PMB 306 Guaynabo, Puerto Rico 00969-7035
Tel. (787) 530-1414
e-mail: mayra@cardona.com