# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| The Financial Oversight and Management Board for Puerto Rico, | No. 17 BK 3283 (LTS) |
| As representative of | (Jointly Administered) |
| The Commonwealth of Puerto Rico, the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority | |
| Debtors | |

## ORDER

The Court has considered Sucesión Pastor Mandry Mercado's *Motion Adding Resolution of the Supreme Court of the Commonwealth of Puerto Rico* (the "Supreme Court") *and Certified Translation Thereof to Amended Prime Clerk Claim Number 6272* (the "Amended Claim") denying the Petition for Certiorari filed by the Supreme Court of the Commonwealth of Puerto Rico (the "Supreme Court") in Case Number CC-2021-0762, and good cause appearing therefor, it is hereby directed that the resolution of the Supreme Court and its certified translation to the English language entered in Case Number CC-2021-0762 be attached to the Amended Claim.

Dated: _____, 2022

_____
Honorable Laura Taylor Swain
United States District Judge