UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*,<br><br>Debtors.[1] | PROMESA<br>TITLE III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

ORDER ON JOINT URGENT MOTION

Upon consideration of the *Joint Motion and Notice of Settlement of Special Claims Committee of Financial Oversight and Management Board for Puerto Rico and Official Committee of Unsecured Creditors in Compliance with Litigation Case Management and Settlement Approval Procedures Order* (Docket Entry No. 20335 in Case No. 17-3283 and Docket Entry No. 21 in Adv. Proc. No. 19-00081, the "Motion"), it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein;

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801).

2. Proof of Claim #100310, CM/ECF Claim #2688-1, filed by Management, Consultants & Computer Services, Incorporated on June 29, 2018, in the Title III case of the Commonwealth of Puerto Rico (the "MCCS Claim") shall be disallowed with prejudice in accordance with the terms and conditions of the Settlement Agreement;

3. The Debtors and Prime Clerk are authorized to update the claims register to reflect the relief granted in this Order and take all actions necessary to effectuate the relief granted in this Order;

4. The settlement of Adversary Proceeding No. 19-00081 (the "Adversary Proceeding") shall otherwise become effective pursuant to section B.iii.b of the procedures attached to the Court's *Order Granting Omnibus Motion by the Financial Oversight and Management Board for Puerto Rico, Acting by and Through the Members of the Special Claims Committee and the Official Committee of Unsecured Creditors to (I) Establish Litigation Case Management Procedures and (II) Establish Procedures for Approval of Settlements* [ECF No. 7941] (the "Procedures Order"); and

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

6. This Order resolves Docket Entry No. 20335 in Case No. 17-3283 and Docket Entry No. 21 in Adv. Proc. No. 19-00081.

Dated: March 29, 2022

                                                  /s/ Laura Taylor Swain
                                                  HON. LAURA TAYLOR SWAIN
                                                  UNITED STATES DISTRICT JUDGE