UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,
Debtors[1]

PROMESA
TITLE III
Case No. 17-BK-3283

re:18277;18286;19131;
19160;19376;19615;20026;
20216; 20221; 20362

---

**MOTION TO CLARIFY REPLY TO DEBTOR'S MOTION IN OPPOSITION TO URGENT MOTION REQUESTING ORDER FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE PRIORITY CLAIM FILED BY JUDGEMENT CLAIMANTS IN THE LITIGATION CAPTION NILDA AGOSTO MALDONADO ET ALS. CASE NO. K PE-2005-0608**

To the Honorable United States District Court Judge Laura Taylor Swain:

**COME NOW**, the group creditors in the litigation captioned: Nilda Agosto Maldonado et als *v. Family Department et als.* Case No. K PE 2005-0608 by and through the undersigned attorney, respectfully state, allege and pray:

1. On March 16, 2022 the appearing Movants filed their Reply to Debtor's Motion in Opposition to Urgent Motion Requesting Order for Allowance and Immediate Payment of Administrative Expenses Priority Claim filed by Judgment Claimants in the Litigation

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

Captioned Nilda Agosto Maldonado et als. v Family Department et als, Case No. K PE 2005-0608 (Docket entry No. 20362)

2. This Motion is to clarify that because a clerical error, were it says DTOP should be substituted for "Family Department and Administrations"

WHEREFORE, the group wage creditors respectfully prays this Honorable Court to take notice of the above stated; granting the relief requested herein and any further relief as this Court deems just and necessary.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, on March 29, 2022.

IT IS HEREBY CERTIFIED, that on this same date we have electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsels of record.

By: /s/ Ivonne González Morales
Ivonne González - Morales
RUA 3725 USDC-PR 202701
P.O. BOX 9021828
San Juan, P.R. 00902-1828
Telephone: 787-410-0119
Email- ivonnegm@prw.net

*Attorney for the Group Creditors*

2