## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF Nos. 20346, 20370**<br><br>(Jointly Administered) |

### URGENT CONSENTED MOTION FOR EXTENSION OF DEADLINES

To the Honorable United States District Judge Laura Taylor Swain:

The Commonwealth of Puerto Rico (the "Commonwealth") respectfully submits this urgent consented motion for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), extending the deadlines set forth in the *Order Scheduling Briefing of Motion* [ECF No. 20370] (the "Scheduling Order").[2]

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   The Financial Oversight and Management Board for Puerto Rico, as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), has authorized the Department of Justice to file this Urgent Motion on behalf of the Commonwealth.

**Request for Relief**

1.      On March 15, 2022, Iris Y. Miró Ramírez ("Movant"), pro se, filed a *Motion for Relief of Stay* [ECF No. 20346] (the "Motion), requesting that the Court enter an order allowing her to execute a prepetition judgment entered in 2016 by the Puerto Rico Trial Court, under Case No. L AC2015-0042, in connection with the confiscation of her vehicle. See, Motion at p. 1.

2.      On March 16, 2022, the Court entered the Scheduling Order, which provides that responses to the Motion must be filed by March 29, 2022, and Movant's reply by April 5, 2022.

3.      The Commonwealth is in the process of reviewing the Motion and conducting an investigation into its factual assertions, in order to explore the possibility of a consensual resolution of the same.

4.      Accordingly, the Commonwealth, with Movant's consent, proposes the following extensions of the deadlines set forth in the Scheduling Order:

- The deadline to respond to the Motion shall be extended to **April 11, 2022**.

- The deadline for Movant to file a reply to a response, if any, shall be extended to **April 18, 2022**.

- The Court will thereafter take the Motion on submission, unless the Court determines that a hearing is necessary.

5.      Pursuant to Paragraph I.H of the *Sixteenth Amended Notice, Case Management and Administrative Procedures* [ECF No. 20190-1] (the "Case Management Procedures"), the Commonwealth hereby certifies that it has carefully examined the matter and concluded that there is a true need for an urgent motion; it has not created the urgency through any lack of due diligence; has made a bona fide effort to resolve the matter without a hearing; has made reasonable, good-

faith communications in an effort to resolve or narrow the issues that are being brought to the

Court, and Movant consents to the request in this urgent motion.

**<u>Notice</u>**

6.      The Commonwealth has provided notice of this motion in accordance with the Case

Management Procedures to the following parties: (a) the Office of the United States Trustee for

the District of Puerto Rico; (b) the indenture trustees and/or agents, as applicable, for the Debtors'

bonds; (c) the entities on the list of creditors holding the 20 largest unsecured claims against

COFINA; (d) counsel to the statutory committees appointed in these Title III cases; (e) the Office

of the United States Attorney for the District of Puerto Rico; (f) counsel to the Oversight Board;

(g) the Puerto Rico Department of Justice; (h) all parties filing a notice of appearance in these Title

III cases; and (i) Movant. A copy of the motion is also available on the Commonwealth's case

website at https://cases.primeclerk.com/puertorico/.

7.      The Commonwealth submits that, in light of the nature of the relief requested, no

other or further notice need be given.

**WHEREFORE**, the Commonwealth requests the Court enter the Proposed Order and

grant such other relief as is just and proper.

Dated: March 29, 2022
San Juan, Puerto Rico

Respectfully submitted,

**DOMINGO EMANUELLI HERNÁNDEZ**
Secretary of Justice

*/s/ Susana I. Peñagaricano Brown*
**SUSANA I. PEÑAGARICANO BROWN**
USDC No. 219907
Deputy Secretary in Litigation
Department of Justice
P.O. Box 9020192

San Juan, Puerto Rico 00902-0192
Phone: 787-721-2900 Ext. 1404
spenagaricano@justicia.pr.gov
*Attorney for the Commonwealth of Puerto Rico*

**Exhibit A**

**Proposed Order**