UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER APPROVING LIST OF MATERIAL INTERESTED PARTIES
PURSUANT TO THE PUERTO RICO RECOVERY ACCURACY IN DISCLOSURES ACT

    The Court has received and reviewed the *Motion of Financial Oversight and Management Board for Puerto Rico Requesting Order Approving Proposed List of Material Interested Parties Pursuant to the Puerto Rico Recovery Accuracy in Disclosures Act* (Docket Entry No. 20194 in Case No. 17-3283,[2] the "Motion") and the *Notice of Filing Amended List of Material Interested Parties Pursuant to Puerto Rico Recovery Accuracy in Disclosure Act*

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     All docket entry references herein are to entries in Case No. 17-3283, unless otherwise specified.

(Docket Entry No. 20458, the "Amended MIP List"), each of which was filed by the Oversight Board.[3]

On February 22, 2022, the Oversight Board filed the Motion, thereby requesting entry of an order approving a list of material interested parties in the above-captioned Title III cases (the "Initial MIP List") pursuant to section 2(c) of the *Puerto Rico Recovery Accuracy in Disclosures Act*, Pub. L. No. 117-82 ("PRRADA"). 48 U.S.C. § 2178(c). On March 21, 2022, the Court entered the *Order Regarding Proposed List of Material Interested Parties Pursuant to the Puerto Rico Recovery Accuracy in Disclosure Act* (Docket Entry No. 20419, the "March 21 Order"). The March 21 Order sustained in part and overruled in part certain objections to the Motion and the Initial MIP List and directed the Oversight Board to file an amended list of material interested parties consistent with the rulings in the March 21 Order.

In compliance with the March 21 Order, the Oversight Board filed the Amended MIP List. The Court hereby approves the Amended MIP List. Accordingly, professional persons in these cases must file the disclosures required under PRRADA, in accordance with the approved Amended MIP List, by **May 16, 2022**, at **5:00 p.m. (Atlantic Standard Time)**. Professional persons in these cases must not file any further fee applications,[4] regardless of which fee period such applications relate to, until the required disclosures under PRRADA have been made.

As set forth in the March 21 Order, to the extent any professional persons (as identified in PRRADA) have already complied with the requirements of Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, any future disclosures by such professional persons as required by PRRADA must supplement, but need not duplicate, what has already been filed by those professional persons.

SO ORDERED.

Dated: March 30, 2022

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[3] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

[4] Since the March 21 Order, one fee application and notice thereof (Docket Entry Nos. 20441 and 20442, the "Non-Compliant Application") has been filed contrary to the Court's direction that "[p]rofessionals in these cases are directed not to file any further fee applications . . . until after they have filed the disclosures required under PRRADA." (*Order Concerning Compliance with the Puerto Rico Recovery Accuracy in Disclosures Act* ¶ 5, Docket Entry No. 19980). The Non-Compliant Application is therefore denied without prejudice.