**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### SUPPLEMENTAL CERTIFICATE OF SERVICE

     I, Nuno Cardoso, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"),[2] the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

     On March 29, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of (A) Entry of Order Confirming Modified Eighth Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al. Pursuant to Title III of PROMESA and (B) Occurrence of the Effective Date [Docket No. 20349]

*[Remainder of page left blank intentionally]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: March 30, 2022

*/s/ Nuno Cardoso*
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 30, 2022, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

Exhibit A
Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1045960 | De Jesus Figueroa, Luz N | Address on File | | | | | |
| 1179189 | CONCEPCION SERRANO, CARMELO | Address on File | | | | | |
| 1222305 | Duverge Perez, Ivonne J | Address on File | | | | | |
| 1420019 | HERNANDEZ MOLINA, MELVIN | JUAN MANUEL ADORNO PEÑA | URB EL PARAISO | 2 CALLE B | HUMACAO | PR | 00791-3606 |
| 1422419 | ZAYAS CORREA, JOSE | Address on File | | | | | |
| 1434002 | Jarrard, James | Address on File | | | | | |
| 1440965 | Garbarini, Erica L | Address on File | | | | | |
| 1459510 | Eliason, Lawrence K. and Marie | Address on File | | | | | |
| 1480068 | Liberator, John D. | Address on File | | | | | |
| 1499296 | Rodríguez Núñez, Jessica | Address on File | | | | | |
| 1503814 | Eelkema, John | Address on File | | | | | |
| 1513779 | Colon Rivera, Marlene D. | Address on File | | | | | |
| 1601444 | JIMENEZ MENDEZ, MARIBEL | Address on File | | | | | |
| 1637924 | Jimenez Mendez, Maribel | Address on File | | | | | |
| 1643968 | Meyer Comas, María Cristina | Address on File | | | | | |
| 1692479 | Black Diamond Credit Strategies Master Fund, Ltd. | 2187 Atlantic St | Ste 9 | | Stamford | CT | 06902-6880 |
| 1702938 | Davis de Leon, Jorge V. | Address on File | | | | | |
| 1735379 | Delgado Perez, Alma R. | Address on File | | | | | |
| 1740734 | Oquendo Figueroa, Jose M. | Address on File | | | | | |
| 2143291 | Rivera Rosario, Hector L. | Address on File | | | | | |
| 2153171 | Cuevas Martinez, Herminio | Address on File | | | | | |
| 2161894 | Morales Cruz, Jesus | Address on File | | | | | |
| 2166124 | de Jesus Figueroa, Luz N. | Address on File | | | | | |
| 2168741 | Rodriguez Sanchez, Miguel A. | Address on File | | | | | |
| 2214966 | Santiago, Gilbert Otero | Address on File | | | | | |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 1 of 1