# REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre: **Wanda I. Pérez López**

Dirección postal: **290 Sector Santa Clara**

**Cidra, Puerto Rico 00739**

Teléfono de contacto res. _____ cel. **(787) 690-9715**

II. Epígrafe

A. Secretaria (Clerk's Office)

Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: **17 BK 383 – LTS**

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo:

Ley 89 – Romerazo – 1 de julio 1995

Ley de Escala Salarial – Pasos, 8 de junio 2008

Ley #96 (2002) – del Dr. Pedro Roselló – efectivo julio 2002

Ley #164 (2004) – de la Sra. Sila Calderón – efectiva enero 2004

III. El tribunal no debe declarar la Objeción Global, debido a que son dinero adeudados mediante la aprobación por el Gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 – Romerazo – 1 de julio 1995

Ley de Escala Salarial – Pasos, 8 de junio 2008

Ley #96 (2002) – del Dr. Pedro Roselló – efectivo julio 2002

Ley #164 (2004) – de la Sra. Sila Calderón – efectiva 2003, enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Universidad de Puerto Rico Recinto de Cayey, Cayey, Puerto Rico **desde 5 de diciembre de 1988 hasta el 30 de septiembre de 2020**. Culminé mi labor como Secretaria Administrativo en Universidad de Puerto Rico Recinto de Cayey, Cayey, Puerto Rico. Se está reclamando por las leyes aplicables que cubren estos años de servicio.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicionales, favor comunicarse con la suscribe.

*Wanda I. Pérez López*
Nombre en letra de molde

*Wanda I. Pérez López*
Firma