**UNIVERSIDAD DE PUERTO RICO EN CAYEY**
OFICINA DE RECURSOS HUMANOS

# CERTIFICACIÓN

**A quien corresponda:**

Por la presente certifico que Wanda I. Pérez López, con número de seguro social  trabajó en la Universidad de Puerto Rico en Cayey desde el 5 de diciembre de 1988 hasta el 30 de septiembre de 2020. La señora Pérez ocupó el puesto de Secretaria Administrativa IV, en la oficina de Actividades Culturales.

Certificado a petición de la persona interesada, hoy 24 de marzo de 2022, en Cayey, Puerto Rico.

Enérida Rodríguez Matos
Directora Interina

Status actual: [ ] Servicio Activo
[ ] Licencia
[X] Otros

PO Box 372230 Cayey, PR 00737-2230
Tel. (787) 738-2161, exts., 2016, 2037, 2040 – recursos_humanos.cayey@upr.edu
Patrono con Igualdad de Oportunidades en el Empleo M/M/V/I