Wanda I Perez Lopez
290 Sector Santa Clara
Cidra, PR 00739

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767





U.S. POSTAGE PAID
FCM LG ENV
CIDRA, PR
00739
MAR 25, 22
AMOUNT
$1.16
R2304M112139-09