# SHELLEY C. CHAPMAN
## Judge, United States Bankruptcy Court, Southern District of New York



**Shelley C. Chapman** was sworn in as a United States Bankruptcy Judge for the Southern District of New York on March 5, 2010. At the time of her appointment, she was a partner in the law firm of Willkie Farr & Gallagher LLP in the Business Reorganization and Restructuring Department, where her practice included the representation of debtors, creditors, and other parties in interest in major chapter 11 cases and out-of-court restructurings. Prior to joining Willkie Farr in 2001, Judge Chapman was a partner at Sidley & Austin. Judge Chapman currently presides over the Lehman Brothers chapter 11 and SIPA proceedings, and has presided over many other chapter 11 mega-cases and chapter 15 cross-border proceedings, including Boston Generating, Innkeepers, Ambac, LightSquared, Sbarro, NII Holdings, Sabine Oil & Gas, Cumulus Media, Toisa, Nine West, Century 21, and Aeromexico. She has also served as the court-appointed mediator in numerous complex chapter 11 cases, including Windstream, Frontier Communications, OneWeb, Avianca S.A., and Purdue Pharma. Judge Chapman received a B.A. with distinction in all subjects from Cornell University in 1978 and a J.D. from Harvard Law School, from which she graduated cum laude in 1981. She served as an editor of the *Harvard Civil Rights-Civil Liberties Law Review*.

From 2001 through 2007, she served on the Board of Directors of HerJustice (formerly inMotion), a non-profit organization that provides pro bono legal services to indigent women and children in New York City, primarily in the areas of matrimonial, family, and immigration law. She served as Board Chair from 2004 to 2007, overseeing a broad expansion of the services provided throughout the five boroughs of the city. Prior to her appointment, she also served on the Executive Committee of the UJA-Federation of New York's Bankruptcy and Reorganization Group and on the Advisory Board of the ABI New York City Bankruptcy Conference.

Judge Chapman is a Conferee of the National Bankruptcy Conference, a Fellow of the American College of Bankruptcy, and a member of the International Insolvency Institute. In addition, she serves as a member of the Executive Committee and as a Vice President of III. She is a member of the American Bankruptcy Institute, served on an advisory committee of the ABI Commission to Study Chapter 11 Reform, and served as judicial co-chair of the ABI New York City Bankruptcy Conference. In April 2015, she was appointed by the Chief Justice of the United States to serve as the Chair of the Federal Judicial Center's Bankruptcy Judge Education Advisory Committee and served in such capacity until March 2020. She continues to act as a mentor judge for the Federal Judicial Center's Orientation Program for Newly Appointed Bankruptcy Judges. In July 2016, she became a member of the FDIC's Systemic Resolution Advisory Committee. She also served on the Editorial Board of *Collier on Bankruptcy* as a Contributing Author and is a member of the Second Circuit Civic Education Committee. She is a frequent lecturer on a variety of U.S. bankruptcy and international insolvency topics at conferences around the country and internationally, and has welcomed hundreds of schoolchildren to her courtroom for mock trials.



# ROBERT DRAIN
## Judge, United States Bankruptcy Court, Southern District of New York



**Robert Drain** is a United States Bankruptcy Judge for the Southern District of New York.

Judge Drain received his B.A. degree cum laude with honors from Yale University in 1979 and his J.D. degree in 1984 from the Columbia University School of Law, where he was a Harlan Fiske Stone Scholar for three years.

At the time of his appointment in 2002, he was a partner in the Bankruptcy Department of the New York law firm of Paul, Weiss, Rifkind, Wharton & Garrison, where he represented debtors, trustees, secured and unsecured creditors, official and unofficial creditors committees, and buyers of distressed businesses and distressed debt in chapter 11 cases, out-of-court restructurings and bankruptcy-related litigation and also was actively involved in several transnational insolvency matters.

Judge Drain is a fellow of the American College of Bankruptcy and a member and board member of the American Bankruptcy Institute, a member of the International Insolvency Institute, a member and former Secretary of the National Conference of Bankruptcy Judges and a founding member and chair of the Judicial Insolvency Network. He also was for several years the chair of the Bankruptcy Judges Advisory Group established through the Administrative Office of the U.S. Courts and was appointed to the FDIC's Systemic Resolution Advisory Committee through December 31, 2024. He was an adjunct professor for several years at St. John's University School of Law's LLM in Bankruptcy Program and currently is an adjunct professor at Pace University School of Law and has lectured and written on numerous bankruptcy-related topics.

Since his appointment he has presided over such chapter 11 cases as Loral, RCN, Cornerstone, Refco, Allegiance Telecom, Delphi, Coudert Brothers, Frontier Airlines, Star Tribune, Reader's Digest, A&P, Hostess Brands, Christian Brothers, Momentive, Cenveo, 21st Century Oncology, Tops, G A&T, Sears, Standard Amusements (Playland), Full Beauty Brands, Sungard, Windstream, Purdue Pharma, Jason Industries, OneWeb, and Frontier Communications, as well as many mid-sized and small chapter 11 cases and an active consumer docket. He also has presided over the ancillary or plenary cases, as the case may be, of Corporacion Durango, Satellites Mexicanas, Parmalat S. p. A. and its affiliated United States debtors, Varig S.A., Yukos (II), SphinX, Galvex Steel, TBS Shipping, Excel Maritime, Nautilus, Landsbanki Islands, Roust, and Ultrapetrol. He has served as the court-appointed mediator in a number of chapter 11 cases, including New Page, Cengage, Quicksilver, LightSquared, Molycorp, Breitburn Energy, and China Fishery.

He is the author of a novel, *The Great Work in the United States of America*.



# BRENDAN LINEHAN SHANNON
## Judge, United States Bankruptcy Court, District of Delaware



**Brendan Linehan Shannon** is a United States Bankruptcy Judge for the District of Delaware. Judge Shannon received his undergraduate degree from Princeton University and his law degree from the Marshall-Wythe School of Law at the College of William and Mary in Williamsburg, Virginia.

Prior to his appointment to the bench, Judge Shannon was a partner with Young Conaway Stargatt & Taylor, LLP in Wilmington, Delaware. At Young Conaway, Judge Shannon primarily represented corporate debtors and official committees in chapter 11 cases. Since his appointment in 2006, Judge Shannon has managed a full chapter 11 docket, and also handles all chapter 13 consumer bankruptcy cases filed in the State of Delaware. He served as Chief Judge of the Bankruptcy Court from 2014 through 2018.

Judge Shannon is an adjunct professor in the Bankruptcy L.L.M. Program at St. John's University School of Law in New York and at Widener School of Law in Delaware. He serves on the Board of Editors of *Collier on Bankruptcy* (16th ed.) and is a contributing author for Collier Forms and for several chapters covering the Federal Rules of Bankruptcy Procedure. Judge Shannon also serves on the Advisory Board for the American Bankruptcy Institute Law Review.

In 2011, Judge Shannon was appointed to serve as a member of the National Bankruptcy Conference. The Conference was created in the 1930s at the direction of Congress and serves as a resource to Congress on bankruptcy legislation. Since 2015, he has served as a member of the Committee on Administration of the Bankruptcy System, which advises the Judicial Conference of the United States on bankruptcy matters.

Judge Shannon is a Fellow of the American College of Bankruptcy and a member of the Delaware State Bar Association, the American Bar Association, the American Bankruptcy Institute and the Rodney Inns of Court in Wilmington, Delaware.

