| Claim # | Claimant | Current Debtor | Total Filed |
|---|---|---|---|
| 102983 | MARTINEZ VELEZ, RUTH DALIA LUISA | Commonwealth of Puerto Rico | $ - |
| 104045 | MARTINEZ VELEZ, RUTH DALIA LUISA | Commonwealth of Puerto Rico | $ - |
| 123694 | CRUZ SANTIAGO, NEFTALI | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 126242 | NAZARIO SANTIAGO, CARMEN DELIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 138556 | ALICEA HERNANDEZ, JUAN M | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 149862 | RIVERA LEBRON, MAGDA G. | Commonwealth of Puerto Rico | $ - |
| 162478 | RODRIGUEZ RIOS, ANA DELIS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 1,500.00 |
| 69397 | COLON RIVERA, KATTY | Commonwealth of Puerto Rico | $ 9,800.00 |
| 75859 | FIGUEROA TORRES, MARIA | Commonwealth of Puerto Rico | $ - |
| 97605 | CINTRON MORALES, RADAMES | Commonwealth of Puerto Rico | $ - |
| 101306 | ROBLEDO RIVERA, SYLVIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 25,000.00 |
| 102206 | HARGROVE CORDERO, KATHERINE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 102236 | LASANTA PINTADO, NELLY | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 8,400.00 |
| 104241 | VAZQUEZ MALDONADO, IVETTE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 36,000.00 |
| 107924 | HARGROVE CORDERO, KATHERINE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 108957 | MALDONADO IRIZARRY, MINERVA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 125447 | SIERRA MALDONADO, ALFONSO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 126253 | ACOSTA RODRIGUEZ, XIOMARA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 129713 | NIEVES RIVAS, MARGARITA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 131543 | DE JESUS MEDINA, EFRAIN | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 50,000.00 |
| 134043 | GUZMAN AROCHO, DIANA M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 5,602.93 |
| 136702 | MACHUCA MARTINEZ , IRIS D | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 137285 | TORRES VELAZQUEZ, VITERLINA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 137667 | RIVERA FELICIANO, LOALY | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 138777 | MELENDEZ ROSADO, CRUZ N. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 139802 | REYES BERRIOS, LYZETTE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 142867 | LOZADA SANCHEZ, ZORAIDA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 147748 | ACOSTA RODRIGUEZ, XIOMARA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 155282 | CARRION RIVERA, GLADYS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 2,130.00 |
| 156054 | DIAZ CARABALLO, CARMEN L. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 12,000.00 |
| 157886 | PEREZ VERA, SYLVIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 45,000.00 |
| 159082 | LOPEZ AVILA, MARIA E. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 162931-1 | RIOS SANTIAGO, CARMEN M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Current Debtor | Total Filed |
|---|---|---|---|
| 162959 | CRUZ MERCED, LUZ ESTHER | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 163454-1 | GONZALEZ GONZALEZ, DIGNORA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 170626 | CRUZ GALARZA, HELEN | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 48,246.38 |
| 172578 | COLON RIVERA, KATTY | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 9,600.00 |
| 32662-1 | RIVERA CARTAGENA, CATHY | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 32870 | FELICIANO VELEZ, IRENE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 33333 | BRITO NUNEZ, JANNETTE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 47565 | SANCHEZ VAZQUEZ, IRMA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 34,089.64 |
| 50386 | HARGROVE CORDERO, KATHERINE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 5253 | SANCHEZ COLON, JERIMAR Y | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 22,813.10 |
| 5254 | SANCHEZ COLON, JERIMAR Y | Puerto Rico Highways and Transportation Authority | $ 22,813.10 |
| 5814 | RAMIREZ MEDINA, JESUS M | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 59304-1 | RIVERA GONZALEZ, AGUEDA M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 59387-1 | RIVERA GONZALEZ, AGUEDA M. | Puerto Rico Highways and Transportation Authority | $ - |
| 59624 | ALAMO CUEVAS, JOSE M | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 63107 | MASSA DIEPPA, HILDA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 75,000.00 |
| 63395-1 | HERNANDEZ DE JESUS, MARISOL | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 69059 | CRUZ SOTO, ESTHER | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 70030 | SOTO LOPEZ, EDNA I. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 77356 | CASTRO HERNANDEZ, WILLIAM | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 81640 | GONZALEZ GONZALEZ, ROSAEL | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 82223 | TIRADO RODRIGUEZ, NORMA I. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 75,000.00 |
| 82821 | CORREA COLON, MIRIAM | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 82987 | LOPEZ CORTES, LUCERMINA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 86415 | GONZALEZ RIVERA, MIRTA LUZ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 93171 | DIAZ GONZALEZ, HECTOR RAFAEL | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 17,488.20 |
| 9391 | GUADALUPE DIAZ, ROSAURA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 343.39 |
| 526 | BERMUDEZ PORTELA, LUIS O | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 900.30 |
| 125488 | MUNIZ MARQUEZ, EDUARDO | Commonwealth of Puerto Rico | $ 39,221.23 |
| 128175 | LOPEZ ALVARADO, RAMON A. | Commonwealth of Puerto Rico | $ - |
| 128735 | CRUZ SOTO, LUIS A. | Commonwealth of Puerto Rico | $ - |
| 130380 | NIEVES RODRIGUEZ, ANA I | Commonwealth of Puerto Rico | $ 2,472.91 |
| 13326 | MARTINEZ GAYOL, ANTONIO R | Commonwealth of Puerto Rico | $ 5,281.52 |

| Claim # | Claimant | Current Debtor | Total Filed |
|---|---|---|---|
| 134606-1 | HERNANDEZ ROSSI, MIGUEL A. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 148028 | ENRIQUEZ GONZALEZ , JOSE A. | Commonwealth of Puerto Rico | $ 105,000.00 |
| 152131 | CRUZ SOTO, LUIS A | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 156289 | CRUZ ROSADO, LISANDRA | Commonwealth of Puerto Rico | $ 16,000.00 |
| 15774 | CARRASQUILLO NIEVES, RAFAEL A. | Commonwealth of Puerto Rico | $ 2,259,615.62 |
| 162758 | LOPEZ ALVARADO, RAMON A. | Commonwealth of Puerto Rico | $ - |
| 176650 | MELETICHE TORRES, WILFREDO | Commonwealth of Puerto Rico | $ 15,600.00 |
| 177416 | RODRIGUEZ RODRIGUEZ, JOSE RAUL | Commonwealth of Puerto Rico | $ 14,400.00 |
| 178968-1 | RUIZ QUIÑONES, JUAN | Commonwealth of Puerto Rico | $ - |
| 39711 | COLON-ORTIZ, JOSUE A | Commonwealth of Puerto Rico | $ 79,548.84 |
| 43072 | ORTIZ BENITEZ, JULIO | Commonwealth of Puerto Rico | $ 31,200.00 |
| 5937 | OSORIO COTTO, JOSE L | Commonwealth of Puerto Rico | $ 5,455.49 |
| 71903 | PABON CRUZ, JOSE F | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 83,259.87 |
| 89074 | GONZALEZ, ROBERTO | Commonwealth of Puerto Rico | $ - |
| 93538 | FELICIANO PACHECO, FRANCISCO A. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 25,000.00 |
| 144186 | ALVAREZ VALDEZ, HAYDEE M. | Commonwealth of Puerto Rico | $ - |
| 178822-1 | VAZQUEZ CINTRON, MARIA | Commonwealth of Puerto Rico | $ - |
| 57422-1 | RODRIGUEZ VAZQUEZ, VICTOR M. | Commonwealth of Puerto Rico | $ - |
| 70860-1 | MIRANDA VALENTIN, DAMARIS | Commonwealth of Puerto Rico | $ - |
| 72935-1 | MIRANDA ROLON , LOURDES | Commonwealth of Puerto Rico | $ - |
| 74339-1 | MARCUCCI GUTIERREZ, MYRNA M | Commonwealth of Puerto Rico | $ - |
| 82032-1 | ROSADO PACHECO, ANA M. | Commonwealth of Puerto Rico | $ - |
| 90371-1 | RODRIGUEZ GUZMAN, JOSEFINA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 96846-1 | ALVAREZ VALDES, HAYDEE M. | Commonwealth of Puerto Rico | $ - |
| 100761-1 | CRUZ ACOSTA, LUIS R. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 107282-1 | CABRERA SOTOMAYOR, JOSE A. | Commonwealth of Puerto Rico | $ - |
| 110423-1 | RIVERA HIDALGO , ELADIO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 114649-1 | COLOM GEITZ, SANDRA E. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 134606-2 | HERNANDEZ ROSSI, MIGUEL A. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 153162 | RODRIGUEZ ACOSTA, MARLYN | Commonwealth of Puerto Rico | $ 20,500.00 |
| 162496-1 | CABRERA SOTOMAYOR, JOSE A | Commonwealth of Puerto Rico | $ - |
| 163749-1 | RODRIGUEZ CANDELARIO, LUIS ALBERTO | Commonwealth of Puerto Rico | $ - |
| 168549 | CRESPO CRUZ, PEDRO | Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Current Debtor | Total Filed |
|---|---|---|---|
| 168791-2 | SANCHEZ SANCHEZ, JORGE | Commonwealth of Puerto Rico | $ - |
| 169238 | AMBEL BUGOS, MIGUEL A. | Commonwealth of Puerto Rico | $ - |
| 169642-1 | SERRANO JIMENEZ, RAMON A. | Commonwealth of Puerto Rico | $ - |
| 169711-1 | MUNIZ GINEL, LUIS R | Commonwealth of Puerto Rico | $ - |
| 169858-1 | MUNIZ BATISTA, IVAN A. | Commonwealth of Puerto Rico | $ - |
| 169891 | VALENTIN VELAZQUEZ, RAFAEL | Commonwealth of Puerto Rico | $ - |
| 169906-1 | MENDEZ MUNIZ, NELSON | Commonwealth of Puerto Rico | $ - |
| 169934 | SANTIAGO VALENTIN, ANGEL T. | Commonwealth of Puerto Rico | $ - |
| 170059-1 | PEREZ MAESTRE, ELENA | Commonwealth of Puerto Rico | $ - |
| 170230 | ROSADO GONZALEZ, ANGEL C. | Commonwealth of Puerto Rico | $ - |
| 170272-1 | FONT RAMIREZ, ANTONIO | Commonwealth of Puerto Rico | $ - |
| 170273-1 | PEREZ FEBUS, CELESTE | Commonwealth of Puerto Rico | $ - |
| 170285 | GARCIA REYES, ANIBAL | Commonwealth of Puerto Rico | $ - |
| 170448 | RODRIGUEZ LEON, RAMON LUIS | Commonwealth of Puerto Rico | $ - |
| 170558 | RAMOS PAGAN, JOSE ARNALDO | Commonwealth of Puerto Rico | $ - |
| 170754 | LOPEZ, EDWIN | Commonwealth of Puerto Rico | $ 1,500.00 |
| 170945 | RODRIGUEZ DIAMANTE, NELSON | Commonwealth of Puerto Rico | $ - |
| 170972 | CRUZ COLON, ANGEL L. | Commonwealth of Puerto Rico | $ - |
| 171527-1 | RIVAS DELGADO, CARMEN JULIA | Commonwealth of Puerto Rico | $ - |
| 172517-2 | MORALES, ALEJANDRO MARTINEZ | Commonwealth of Puerto Rico | $ - |
| 172714-2 | NEGRON MOLINA, VICTOR M. | Commonwealth of Puerto Rico | $ - |
| 174475-1 | AMARO RAMOS, JORGE | Commonwealth of Puerto Rico | $ - |
| 174537-1 | SALINAS, MARGARO | Commonwealth of Puerto Rico | $ - |
| 174793-1 | RIVERA ROCHE, KATHERINE | Commonwealth of Puerto Rico | $ - |
| 174919 | BONILLA VICENTE , NILSA I | Commonwealth of Puerto Rico | $ 75,600.00 |
| 174974-1 | MEDINA LAZU, BERNEY | Commonwealth of Puerto Rico | $ - |
| 174979-1 | RAI, ASHA | Commonwealth of Puerto Rico | $ - |
| 175092-1 | RAI, GRACE | Commonwealth of Puerto Rico | $ - |
| 175593 | COLON MARTINEZ, ANGEL L | Commonwealth of Puerto Rico | $ 40,000.00 |
| 176170-1 | CORDOVEZ CABASSA, MARIA DEL C. | Commonwealth of Puerto Rico | $ - |
| 176190-1 | RODRIGUEZ MELENDEZ, JOSE M. | Commonwealth of Puerto Rico | $ - |
| 177414-1 | ISALES GONZALEZ, ILEANA | Commonwealth of Puerto Rico | $ - |
| 177870 | MORALES RAMIREZ, MAIDA | Commonwealth of Puerto Rico | $ 20,000.00 |

| Claim # | Claimant | Current Debtor | Total Filed |
|---|---|---|---|
| 177888-1 | MENDEZ GONZALEZ, FELIX A | Commonwealth of Puerto Rico | $ - |
| 178298 | JAIME CRUZ, FELIX C. | Commonwealth of Puerto Rico | $ 45,600.00 |
| 178968-2 | RUIZ QUIÑONES, JUAN | Commonwealth of Puerto Rico | $ - |
| 26407-1 | RODRIGUEZ ORTIZ, DAVID | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 42209-1 | VELEZ COSME, ZORAIDA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 48738-1 | CRUZ SERRANO, ROSA E | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 48742-1 | BAEZ AGOSTO, NELIDA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 62501-1 | ROBLES RIVERA, ELSIE | Commonwealth of Puerto Rico | $ - |
| 63350-1 | RAMOS SANTIAGO, CARLOS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 77679 | PACHECO PENA, JENNY | Commonwealth of Puerto Rico | $ - |
| 7881 | RIVERA CORTES, FERNANDO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 84980-1 | SANTIAGO SANTIAGO, IRIS NEREIDA | Commonwealth of Puerto Rico | $ - |
| 9013-1 | RODRIGUEZ MACIAS, JOSE L | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 9913-1 | RODRIGUEZ FUENTES, ORLANDO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 169362-1 | BURGOS ROLON, RAUL | Commonwealth of Puerto Rico | $ - |
| 169372-1 | ALVARADO APONTE, HECTOR | Commonwealth of Puerto Rico | $ 25,000.00 |
| 100114 | RAMOS RODRIGUEZ, DIANA E | Commonwealth of Puerto Rico | $ - |
| 100652 | GONZALEZ LOPEZ, DANETTE | Commonwealth of Puerto Rico | $ - |
| 101070 | ADARONDO QUINONES, SYLVIA IRIS | Commonwealth of Puerto Rico | $ - |
| 101191 | RIVERA COLON, ENRIQUE | Commonwealth of Puerto Rico | $ - |
| 101470 | SANTIAGO GONZALEZ, MARIA | Commonwealth of Puerto Rico | $ - |
| 101786 | LOPEZ CORCINO, MARIA M. | Commonwealth of Puerto Rico | $ 568.69 |
| 102333 | GONZALEZ DEL VALLE, GERARDO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 18,000.00 |
| 102673 | LASANTA PINTADO, NELLY | Commonwealth of Puerto Rico | $ 26,000.00 |
| 102939 | FIGUEROA HERNANDEZ, YOLANDA | Commonwealth of Puerto Rico | $ - |
| 104791 | LISOJO CRESPO, RAMON A. | Commonwealth of Puerto Rico | $ 50,000.00 |
| 105641 | BONILLA ORTIZ, ANGELES S | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 105696 | LOPEZ RIVERA, MARITZA | Commonwealth of Puerto Rico | $ - |
| 105812 | SUAREZ MONTANEZ, MARIA VIRGINIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 33,600.00 |
| 105842 | SANTIAGO GONZALEZ, MARIA | Commonwealth of Puerto Rico | $ - |
| 106873 | LORENZO CARRERO, MINERVA | Commonwealth of Puerto Rico | $ 18,000.00 |
| 107191 | GONZALEZ LOPEZ, DANETTE | Commonwealth of Puerto Rico | $ - |
| 107472 | NIEVES BERNARD, DAMARIS | Commonwealth of Puerto Rico | $ 13,000.00 |

| Claim # | Claimant | Current Debtor | Total Filed |
|---|---|---|---|
| 108325 | GONZALEZ RIVERA, MIRTA LUZ | Commonwealth of Puerto Rico | $ - |
| 108889 | GONZALEZ LOPEZ, DANETTE | Commonwealth of Puerto Rico | $ - |
| 110201 | RODRIGUEZ LACOT, EVELYN | Commonwealth of Puerto Rico | $ - |
| 110907 | NIEVES RIVAS, MARGARITA | Commonwealth of Puerto Rico | $ - |
| 111120 | CASILLAS CORDERO, ZULMA | Commonwealth of Puerto Rico | $ 13,920.00 |
| 112184 | SANTIAGO CABRERA, NOEMI | Commonwealth of Puerto Rico | $ - |
| 113763 | DIAZ MARRERO, NIDZA IVETTE | Commonwealth of Puerto Rico | $ - |
| 116703 | FIGUEROA MATIAS, ZENAIDA | Commonwealth of Puerto Rico | $ - |
| 116866 | ROSARIO NEGRON, GLORIA I. | Commonwealth of Puerto Rico | $ 20,000.00 |
| 117761 | ADARONDO QUINONES, SYLVIA IRIS | Commonwealth of Puerto Rico | $ - |
| 120834 | LOPEZ AVILA, MARIA E. | Commonwealth of Puerto Rico | $ - |
| 122005 | VIVDA DE TORRES, ALIDA VELAZQUEZ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 122441 | RODRIGUEZ ROJAS, WALDEMAR | Commonwealth of Puerto Rico | $ - |
| 122896 | RODRIGUEZ LACOT, EVELYN | Commonwealth of Puerto Rico | $ - |
| 123259 | RODRIGUEZ TORRES, FRANCISCO | Commonwealth of Puerto Rico | $ - |
| 123528 | ORTIZ COLON, CARMEN D. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 123992 | JAIME ORTIZ, LILLYBERTH | Commonwealth of Puerto Rico | $ 15,000.00 |
| 124620 | RODRIGUEZ TORRES, FRANCISCO | Commonwealth of Puerto Rico | $ - |
| 125205 | CORTINA RODRIGUEZ, DAVID | Commonwealth of Puerto Rico | $ - |
| 125287 | DE LEON SANTIAGO, MARITZA | Commonwealth of Puerto Rico | $ 20,000.00 |
| 126082 | DE LA ROSA NUNEZ, JUAN F. | Commonwealth of Puerto Rico | $ 100,000.00 |
| 126443 | CABRERA BURGOS, CYNTHIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 0.06 |
| 127003 | SANCHEZ MARCHAND, CARMEN GLORIA | Commonwealth of Puerto Rico | $ - |
| 127397 | RODRIGUEZ SABATER, SADER | Commonwealth of Puerto Rico | $ - |
| 128191 | ROBLES RIVERA, ESTEBAN | Commonwealth of Puerto Rico | $ - |
| 129360 | LOPEZ RIVERA, MARITZA | Commonwealth of Puerto Rico | $ - |
| 129666 | RAMIREZ TORRES, ZENAIDA | Commonwealth of Puerto Rico | $ 18,000.00 |
| 130045 | GONZALEZ MARTINEZ , JOSE L. | Commonwealth of Puerto Rico | $ - |
| 130439 | MARTINEZ GONZALEZ, ALICIA | Commonwealth of Puerto Rico | $ 2,000,000.00 |
| 131222 | GARCIA CORALES, ADA AMPARO | Commonwealth of Puerto Rico | $ - |
| 132044 | CRUZ CRUZ, LUZ MINERVA | Commonwealth of Puerto Rico | $ - |
| 132387 | GARCIA ARROYO, SANDRA N. | Commonwealth of Puerto Rico | $ - |
| 133946 | BURGOS VAZQUEZ, RAQUEL | Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Current Debtor | Total Filed |
|---|---|---|---|
| 134546 | CRUZ CRUZ, ROSITA | Commonwealth of Puerto Rico | $ - |
| 134640 | ROSARIO NEGRON, GLORIA I | Commonwealth of Puerto Rico | $ 25,000.00 |
| 135965 | VEGA ZAYAS, ALBERTO | Commonwealth of Puerto Rico | $ - |
| 136952 | VEGA ZAYAS, ALBERTO | Commonwealth of Puerto Rico | $ - |
| 137028 | CRUZ PEREZ, GLADYS MARIA | Commonwealth of Puerto Rico | $ - |
| 137068 | CACERES SANCHEZ, DORIS E. | Commonwealth of Puerto Rico | $ - |
| 137339 | LOZADA RIVERA, DORA A. | Commonwealth of Puerto Rico | $ - |
| 138776 | ROSARIO NEGRON, GLORIA I. | Commonwealth of Puerto Rico | $ 20,000.00 |
| 139367 | HERNANDEZ ESTRADA, JUSTINA V. | Commonwealth of Puerto Rico | $ 15,600.00 |
| 140030 | SANTOS SANTOS, NICOLAS | Commonwealth of Puerto Rico | $ 860.00 |
| 140056 | VEGA ZAYAS, ALBERTO | Commonwealth of Puerto Rico | $ - |
| 140270 | COLON VEGA, IRMA | Commonwealth of Puerto Rico | $ - |
| 140676 | VEGA ZAYAS, ALBERTO | Commonwealth of Puerto Rico | $ - |
| 141572 | CORTINA RODRIGUEZ, DAVID | Commonwealth of Puerto Rico | $ - |
| 141814 | BOSQUES VILLALONGO, WILMARIE | Commonwealth of Puerto Rico | $ - |
| 142922 | LISOJO CRESPO, RAMON A. | Commonwealth of Puerto Rico | $ 50,000.00 |
| 143060 | GONZALEZ IRIZARRY, MIRIAM | Commonwealth of Puerto Rico | $ - |
| 143229 | GONZALEZ GONZALEZ, FELICITA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 145903 | MARTINEZ GONZALEZ, ALICIA | Commonwealth of Puerto Rico | $ 1,000,000.00 |
| 146982 | RUIZ LOZANO, CARMEN M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 148430 | RODRIGUEZ SABATER, SADER | Commonwealth of Puerto Rico | $ - |
| 148435 | AROCHO GONZALEZ, ANA MARIA | Commonwealth of Puerto Rico | $ - |
| 148497 | RODRIGUEZ ESTRADA, INES | Commonwealth of Puerto Rico | $ 10,800.00 |
| 149065 | GONZALEZ MARTINEZ, JOSE LUIS | Commonwealth of Puerto Rico | $ - |
| 149754 | TORRES VELAZQUEZ, VITERLINA | Commonwealth of Puerto Rico | $ - |
| 150166 | GARCIA MAYSONET, AGUSTINA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 18,250.00 |
| 150674 | LORENZO CARRERO, MINERVA | Commonwealth of Puerto Rico | $ 18,000.00 |
| 150889 | RIVERA ROSADO, CARMEN IRIS | Commonwealth of Puerto Rico | $ - |
| 151190 | HERNANDEZ, VICTOR RIOS | Commonwealth of Puerto Rico | $ - |
| 151415 | DE A. TORO OSUNA, FRANCISCO | Commonwealth of Puerto Rico | $ - |
| 151695 | TORRES RIVERA, MARIA RAMONA | Commonwealth of Puerto Rico | $ - |
| 153304 | CRUZ RIVERA, ANGELITA | Commonwealth of Puerto Rico | $ 18,000.00 |
| 153775 | CRUZ SOTO, ESTHER | Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Current Debtor | Total Filed |
|---|---|---|---|
| 154284 | VELEZ RIVERA, MARILYN | Commonwealth of Puerto Rico | $ 18,000.00 |
| 154820 | RIVERA ROSADO, CARMEN IRIS | Commonwealth of Puerto Rico | $ - |
| 156971 | DIAZ SIERRA, EDMEE | Commonwealth of Puerto Rico | $ 11,700.00 |
| 158905 | LOZADA SANCHEZ, ZORAIDA | Commonwealth of Puerto Rico | $ - |
| 160103 | GONZALEZ MARTINEZ, JOSE LUIS | Commonwealth of Puerto Rico | $ - |
| 160769 | HERNANDEZ ORTIZ, FELIX | Commonwealth of Puerto Rico | $ 15,000.00 |
| 161216 | TORRES VELAZQUEZ, MARGARITA | Commonwealth of Puerto Rico | $ - |
| 161385 | BOSQUES VILLALONGO, WILMARIE | Commonwealth of Puerto Rico | $ - |
| 162731 | RIVERA ROSARIO, GERALDO | Commonwealth of Puerto Rico | $ 25,000.00 |
| 165287 | GONZALEZ GONZALEZ, FELICITA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 166357 | ESPADA COLON, CARMEN | Commonwealth of Puerto Rico | $ - |
| 16850 | DIAZ PEREZ, VICTOR | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 2,848.95 |
| 170642 | DOMINGUEZ MORALES, MILAGROS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 170214 | CARRIL PEREZ, EDUARDO | Commonwealth of Puerto Rico | $ - |
| 170666 | DOMINGUEZ MORALES, MILAGROS I | Commonwealth of Puerto Rico | $ - |
| 170804 | HERNÁNDEZ OLIVO, RUTH M. | Commonwealth of Puerto Rico | $ 60,000.00 |
| 170823 | HERNÁNDEZ OLIVO, RUTH M. | Commonwealth of Puerto Rico | $ 25,000.00 |
| 174206 | MASSA DIEPPA, HILDA | Commonwealth of Puerto Rico | $ 60,000.00 |
| 17444 | BORRERO CORDERO, WILLIAM | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 14,000.00 |
| 162571 | RIVERA DURAN, JAIME | Commonwealth of Puerto Rico | $ 11,400.00 |
| 175389 | MELENDEZ LUNA, ENRIQUE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 50,000.00 |
| 175400 | BERRIOS CASTRODAD, NORMA D. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 400.00 |
| 175835 | SOTO GONZALEZ, IRMA M. | Commonwealth of Puerto Rico | $ - |
| 176248 | BERMUDEZ LAUREANO, EDITH I. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 75,000.00 |
| 176301 | ISALES GONZALEZ, ILEANA | Commonwealth of Puerto Rico | $ 28,800.00 |
| 177270 | RIVERA LOPEZ, WANDA I. | Commonwealth of Puerto Rico | $ - |
| 177608 | ALONSO HERNANDEZ, GLADYS | Commonwealth of Puerto Rico | $ - |
| 177620 | GARCIA CINTRON, GENARA | Commonwealth of Puerto Rico | $ 210,600.00 |
| 177763 | COLON ANDUJAR, ROSA J. | Commonwealth of Puerto Rico | $ 68,400.00 |
| 177921 | MARTINEZ QUINONES, MARTINA | Commonwealth of Puerto Rico | $ 81,600.00 |
| 178052 | GONZALEZ RIVERA, MIRTA LUZ | Commonwealth of Puerto Rico | $ - |
| 178169 | RODRIGUEZ OQUENDO, EVELYN | Commonwealth of Puerto Rico | $ 10,200.00 |
| 178395 | BONILLA DELGADO, MYRNA | Commonwealth of Puerto Rico | $ 67,200.00 |

| Claim # | Claimant | Current Debtor | Total Filed |
|---|---|---|---|
| 178410 | RODRIGUEZ SERRANO, YOLANDA | Commonwealth of Puerto Rico | $ 55,200.00 |
| 178423 | CARRASQUILLO ARROYO, MARIA M. | Commonwealth of Puerto Rico | $ 1,658.87 |
| 178506 | ORTIZ RIVERA, ADA IVETTE | Commonwealth of Puerto Rico | $ 500,000.00 |
| 178560 | ORTIZ MARTINEZ, MIGUEL A. | Commonwealth of Puerto Rico | $ - |
| 178626 | COLON JIMENEZ, EVELYN E. | Commonwealth of Puerto Rico | $ 45,000.00 |
| 178770 | SANTIAGO CABRERA, NOEMI | Commonwealth of Puerto Rico | $ 134,400.00 |
| 178844 | SANTOS SANTOS, NICOLAS | Commonwealth of Puerto Rico | $ 4,800.00 |
| 178870 | MEDINA COLON, JOSE J. | Commonwealth of Puerto Rico | $ 46,800.00 |
| 178992 | VAZQUEZ MORALES, ANA L | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 36,000.00 |
| 18886 | ADORNO OCASIO, MARITZA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 20229 | ACEVEDO LOPEZ, ARMANDO | Commonwealth of Puerto Rico | $ 70,794.86 |
| 22086 | ALVAREZ FEBUS, NELIDA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 0.07 |
| 22092 | MELECIO RODRIGUEZ, DARYS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 23039 | ALVAREZ FEBUS, NELIDA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 136.08 |
| 26956 | MURIEL SUSTACHE, MARISELA | Commonwealth of Puerto Rico | $ - |
| 27777 | NIEVES SIFRE, YADIRA E | Commonwealth of Puerto Rico | $ - |
| 28250 | ADORNO OCASIO, MARITZA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 105.89 |
| 30626 | CEPEDA SANCHEZ, ISELLE | Commonwealth of Puerto Rico | $ 61,240.74 |
| 33180 | CRESPO MENDEZ, YOLANDA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 33195-1 | RIVERA CARTAGENA, CATHY | Commonwealth of Puerto Rico | $ - |
| 42254 | SANTIAGO SANTIAGO, BRENDA L. | Commonwealth of Puerto Rico | $ - |
| 40775 | GONZALEZ LOPEZ, DANETTE | Commonwealth of Puerto Rico | $ - |
| 43093 | CARLO SOTO , ELSIE | Commonwealth of Puerto Rico | $ - |
| 43188-1 | FIGUEROA DIAZ, LINELLY | Commonwealth of Puerto Rico | $ 7,200.00 |
| 43355 | ASTACIO NIEVES, CARMEN | Commonwealth of Puerto Rico | $ 27,900.00 |
| 43493 | GONZALEZ COTTO, IRMA IRIS | Commonwealth of Puerto Rico | $ - |
| 43495 | OTERO, FLORENTINA BORRES | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 43592 | AYALA AYALA, CARMEN N. | Commonwealth of Puerto Rico | $ 25,000.00 |
| 43639 | ALVARADO SANTOS, GLADYS M | Commonwealth of Puerto Rico | $ - |
| 45637 | CEPEDA SANCHEZ, ISELLE | Commonwealth of Puerto Rico | $ 61,240.74 |
| 49614 | GONZALEZ LOPEZ, DANETTE | Commonwealth of Puerto Rico | $ - |
| 49920 | GUADARRAMA CAMACHO, CARMEN M | Commonwealth of Puerto Rico | $ - |
| 50381 | HERNANDEZ LAMBERTY, MARICELYS | Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Current Debtor | Total Filed |
|---|---|---|---|
| 50908 | PEREZ TORRES, FERNANDO E. | Commonwealth of Puerto Rico | $ - |
| 51569 | BENERO ROSSY, NILSA J. | Commonwealth of Puerto Rico | $ - |
| 52811 | BAEZ MENDEZ, ROSA | Commonwealth of Puerto Rico | $ 1,300.00 |
| 52891 | RIVERA QUINONES, MIGDALIA | Commonwealth of Puerto Rico | $ - |
| 53043 | SOTO MARTINEZ, MAGALY | Commonwealth of Puerto Rico | $ 15,000.00 |
| 53494 | RIVERA QUINONES, MIGDALIA | Commonwealth of Puerto Rico | $ - |
| 53536 | RIVERA QUINONES, MIGDALIA | Commonwealth of Puerto Rico | $ - |
| 54414 | GARCIA BONILLA, GLENDA L | Commonwealth of Puerto Rico | $ 1,500.00 |
| 55284 | AYALA AYALA, CARMEN N. | Commonwealth of Puerto Rico | $ 25,000.00 |
| 55509 | FELICIANO SOTO, MARISOL | Commonwealth of Puerto Rico | $ - |
| 57422 | RODRIGUEZ VAZQUEZ, VICTOR M. | Commonwealth of Puerto Rico | $ - |
| 58132 | JORGE PAGAN, GLENDA I | Commonwealth of Puerto Rico | $ - |
| 5835 | RODRIGUEZ ORTIZ, ILIA I | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 148.87 |
| 58357-1 | FIGUEROA DIAZ, LINELLY | Commonwealth of Puerto Rico | $ 7,200.00 |
| 60624 | COLON MARTINEZ, ZULMA | Commonwealth of Puerto Rico | $ - |
| 60797 | CRUZ GALARZA, HELEN | Commonwealth of Puerto Rico | $ 48,246.38 |
| 6325 | RODRIGUEZ ORTIZ, ILIA I | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 4,078.99 |
| 63793 | KUILAN PEREZ, ESTHER | Commonwealth of Puerto Rico | $ - |
| 63848 | ROSALY GERENA, DIONISIO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 64576 | FELICIANO AUDIFFRED, LUISA | Commonwealth of Puerto Rico | $ - |
| 64835 | ROSALY GERENA, DIONISIO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 64940 | FELICIANO AUDIFFRED, LUISA | Commonwealth of Puerto Rico | $ - |
| 65989 | ROSADO SANCHEZ, MILDRED | Commonwealth of Puerto Rico | $ - |
| 66976 | BAEZ MENDEZ, ROSA | Commonwealth of Puerto Rico | $ 1,300.00 |
| 67849 | HENRIQUEZ VELAZQUEZ, NIDZA CECILIA | Commonwealth of Puerto Rico | $ - |
| 67884 | SANTIAGO ROBLES, LUZ N | Commonwealth of Puerto Rico | $ - |
| 70998 | COLON RIVERA, KATTY | Commonwealth of Puerto Rico | $ 9,600.00 |
| 72577 | REYES COLON, ZULMA | Commonwealth of Puerto Rico | $ - |
| 73707 | FLORES ZAYAS, WIGNA | Commonwealth of Puerto Rico | $ - |
| 74069 | ROSADO PACHECO, ANA M. | Commonwealth of Puerto Rico | $ - |
| 74903 | DIAZ FEBO, LUZ O. | Commonwealth of Puerto Rico | $ - |
| 74979 | GONZALEZ GONZALEZ, ROSAEL | Commonwealth of Puerto Rico | $ - |
| 75335 | ARROYO VALENTIN, DAISY | Commonwealth of Puerto Rico | $ 5,000.00 |

| Claim # | Claimant | Current Debtor | Total Filed |
|---|---|---|---|
| 76344-1 | HERNANDEZ DE JESUS, MARISOL | Commonwealth of Puerto Rico | $ 46,080.00 |
| 77617 | ORTIZ COLON, NICOLAS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 77973 | LOPEZ CORTES, LUCERMINA | Commonwealth of Puerto Rico | $ - |
| 80876 | LUGARO PAGAN, ROSALIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 4,536.00 |
| 81955 | FLORES ZAYAS, WIGNA | Commonwealth of Puerto Rico | $ - |
| 83090 | JORGE MORALES, CLARIBEL | Commonwealth of Puerto Rico | $ - |
| 83715 | RIVERA ROSARIO, GERALDO | Commonwealth of Puerto Rico | $ 25,000.00 |
| 83952 | GONZALEZ CINTRON, SONIA | Commonwealth of Puerto Rico | $ - |
| 84339 | SANCHEZ VAZQUEZ, IRMA | Commonwealth of Puerto Rico | $ 34,089.64 |
| 84612 | STRUBBE PLANAS, ANNETTE | Commonwealth of Puerto Rico | $ - |
| 85184 | LOPEZ MARCUCICI, DAVID | Commonwealth of Puerto Rico | $ - |
| 86607 | MELENDEZ MORALES, MAYRIN | Commonwealth of Puerto Rico | $ 8,000.00 |
| 89673 | CARDONA PEREZ, LUZ E. | Commonwealth of Puerto Rico | $ - |
| 90227 | HENRIQUEZ VELAZQUEZ, NIDZA CECILIA | Commonwealth of Puerto Rico | $ - |
| 90648 | MELENDEZ MORALES, MAYRIN | Commonwealth of Puerto Rico | $ 7,000.00 |
| 93477 | ORTIZ COLON, NICOLAS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 95667 | CLASS MARTINEZ, NORA H. | Commonwealth of Puerto Rico | $ 8,000.00 |
| 96262 | RIOS JIMENEZ, NOEMARIS AMBROSIA | Commonwealth of Puerto Rico | $ - |
| 96395 | ORTIZ COLON, CARMEN D. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 97410 | CASIANO RIVERA, MILDRED | Commonwealth of Puerto Rico | $ - |
| 98378 | RIVERA COLON, ENRIQUE | Commonwealth of Puerto Rico | $ - |
| 98552 | COLON TORRES, CEREIDA | Commonwealth of Puerto Rico | $ - |
| 98879 | LA TORRE RAMIREZ, MIGDALIA | Commonwealth of Puerto Rico | $ - |
| 174561 | CINTRON HERNANDEZ, VICTOR L. | Commonwealth of Puerto Rico | $ - |
| 35151 | DIAZ ALICEA, VICTOR M | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 60514 | NIEVES CARDONA, LUZ N | Commonwealth of Puerto Rico | $ - |