**EXHIBIT B**

| Claim # | Claimant | Debtor | Total Filed |
|---------|----------|--------|-------------|
| 3029 | COUTO MARRERO, RUTH | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 4843 | CRUZ ANDUJAR, VIMARIE | Commonwealth of Puerto Rico | $ - |
| 6060 | MENDEZ MENDEZ, RUTH | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 9891 | FELIX  HERNANDEZ, GLADYS | Commonwealth of Puerto Rico | $ - |
| 16152 | ARROYO CINTRON, ROBERTO A | Commonwealth of Puerto Rico | $ - |
| 16492 | MORALES MONTALVO, FREDDY | Commonwealth of Puerto Rico | $ - |
| 17750 | CEDENO HERNANDEZ, JAZMAYRA | Commonwealth of Puerto Rico | $ - |
| 17882 | SANTOS ROBLES , VILMARIE | Commonwealth of Puerto Rico | $ - |
| 17886 | FELICIANO RIVERA, MELVIN D | Commonwealth of Puerto Rico | $ - |
| 18436 | ANDINO RIVERA, RAMON L. | Commonwealth of Puerto Rico | $ - |
| 18487 | ALVAREZ TORRES, CATHERINE | Commonwealth of Puerto Rico | $ - |
| 21765 | DIAZ LOPEZ, ZULEYKA | Commonwealth of Puerto Rico | $ - |
| 21956 | FLORES CRUZ, LEILA M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Debtor | Total Filed |
|---------|----------|--------|-------------|
| 25438 | RODRIGUEZ CORTES, NANCY | Commonwealth of Puerto Rico | $ - |
| 26462 | LAFONTAINE VELEZ, EVELYN | Commonwealth of Puerto Rico | $ - |
| 27175 | DE JESUS, ABIGAIL | Commonwealth of Puerto Rico | $ - |
| 27418 | MEDINA PORTALATIN, LIZANDRA | Commonwealth of Puerto Rico | $ - |
| 28618 | MEDINA PORTALATIN, LIZANDRA | Commonwealth of Puerto Rico | $ - |
| 28664 | MEDINA PORTALATIN, LIZANDRA | Commonwealth of Puerto Rico | $ - |
| 30296 | TORRES RIVERA, BRUNILDA | Commonwealth of Puerto Rico | $ - |
| 30502 | LOPEZ MORALES, LUENNY LORENA | Commonwealth of Puerto Rico | $ - |
| 30579 | MEDINA PORTALATIN, LIZANDRA | Commonwealth of Puerto Rico | $ - |
| 30718 | ALERS MARQUEZ, NANCY | Commonwealth of Puerto Rico | $ - |
| 31366 | RODRIGUEZ PAGAN, GUILLERMINA | Commonwealth of Puerto Rico | $ - |
| 31605 | CASTILLO RAMOS, AIRIS X | Commonwealth of Puerto Rico | $ - |
| 31803 | RODRIGUEZ BAUZO, JOEL | Commonwealth of Puerto Rico | $ - |
| 32318 | RIVERA MARRERO, GLADYVEL | Commonwealth of Puerto Rico | $ - |
| 32329 | MADERA DEL VALLE, CESAR  F. | Employees Retirement System of the Government | $ - |

| Claim # | Claimant | Debtor | Total Filed |
|---|---|---|---|
| | | of the Commonwealth of Puerto Rico | |
| 33547 | TORRES MELENDEZ, ELISANDRA | Commonwealth of Puerto Rico | $ - |
| 34057 | RUIZ-ALVAREZ, JORGE A. | Commonwealth of Puerto Rico | $ - |
| 34319 | SANTIAGO SANTIAGO, JOSE R. | Commonwealth of Puerto Rico | $ - |
| 35600 | RIVERA ZAMBRANA, ANGELICA | Commonwealth of Puerto Rico | $ - |
| 36809 | ANDINO TORRES, SHAKYRA | Commonwealth of Puerto Rico | $ - |
| 37914 | DIAZ PEREZ, DAISY | Commonwealth of Puerto Rico | $ - |
| 38553 | RUIZ RODRIGUEZ, VICTOR | Commonwealth of Puerto Rico | $ - |
| 39223 | COLLAZO MERCADO, RAMON A | Commonwealth of Puerto Rico | $ - |
| 39766 | ARROYO ARROYO, RAMONA C | Commonwealth of Puerto Rico | $ - |
| 40610 | RIVERA SIERRA, LUIS | Commonwealth of Puerto Rico | $ - |
| 40986 | DIAZ BARRETO, CARLA | Commonwealth of Puerto Rico | $ - |
| 41287 | VIRELLA ROJAS, JOSE S | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 41517 | SANTIAGO SANTIAGO, JOSE R. | Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Debtor | Total Filed |
|---------|----------|--------|-------------|
| 41777 | CRUZ TROCHE, LUZ E | Commonwealth of Puerto Rico | $ - |
| 42114 | ANDINO LAGO, ANGELES DE L | Commonwealth of Puerto Rico | $ - |
| 42894 | RONDON PAGAN, JANETTE | Commonwealth of Puerto Rico | $ - |
| 43181 | ZAYAS MEDINA, JAIME G. | Commonwealth of Puerto Rico | $ - |
| 43270 | RAMIREZ SOTO, RAFAEL | Commonwealth of Puerto Rico | $ - |
| 43859 | VELEZ JIMENEZ, FRANCIS  E | Commonwealth of Puerto Rico | $ - |
| 45203 | RODRIGUEZ VELEZ, MIRTA E. | Commonwealth of Puerto Rico | $ - |
| 45339 | ZAYAS, JAIME | Commonwealth of Puerto Rico | $ - |
| 45444 | DUCOS RAMOS, WILLIAM A. | Commonwealth of Puerto Rico | $ - |
| 46757 | FELICIANO RODRÍGUEZ, PEDRO A. | Commonwealth of Puerto Rico | $ - |
| 46906 | SAN MIGUEL, ENRIQUE ROSSY | Commonwealth of Puerto Rico | $ - |
| 48078 | RUIZ RIVERA, DAISY | Commonwealth of Puerto Rico | $ - |
| 49490 | VALENCIA TOLEDO, SONIA  M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 49882 | CRUZ, MONICA RIVERA | Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Debtor | Total Filed |
|---------|----------|--------|-------------|
| 49988 | RODRIGUEZ, NELIDA HERNANDEZ | Commonwealth of Puerto Rico | $ - |
| 50243 | COLON SANTIAGO, ANGEL LUIS | Commonwealth of Puerto Rico | $ - |
| 51327 | BENITEZ SOTO, ROSA E. | Commonwealth of Puerto Rico | $ - |
| 51689 | RODRIQUEZ SMALLS, JUANA B. | Commonwealth of Puerto Rico | $ - |
| 52009 | COLLADO SANTIAGO, SONIA | Commonwealth of Puerto Rico | $ - |
| 52448 | RIVERA, SANDRA RIVERA | Commonwealth of Puerto Rico | $ - |
| 52459 | CUBAS CAMPOS, BENITA | Commonwealth of Puerto Rico | $ - |
| 52578 | TORRES ROMERO, RAMONITA | Commonwealth of Puerto Rico | $ - |
| 53406 | RIVERA COLON, MYRNA | Commonwealth of Puerto Rico | $ - |
| 54916 | NIEVES GARCIA, MARIA J | Commonwealth of Puerto Rico | $ - |
| 55462 | LUGO RIOS, GLORIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 55667 | COLLAZO OCASIO, ERANIO DE J. | Commonwealth of Puerto Rico | $ - |
| 55790 | SANTIAGO RODRIGUEZ, ELIZABETH | Commonwealth of Puerto Rico | $ - |
| 55979 | COLLAZO OCASIO, ERANIO DE J | Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Debtor | Total Filed |
|---------|----------|--------|-------------|
| 56111 | LINARES TORRES, LOURDES | Commonwealth of Puerto Rico | $ - |
| 56513 | SANTANA ROSSY, CARMEN R. | Commonwealth of Puerto Rico | $ - |
| 56579 | TORRES GARCIA, CARMEN ISABEL | Commonwealth of Puerto Rico | $ - |
| 56580 | GARCIA RODRIGUEZ, GERALDO  L. | Commonwealth of Puerto Rico | $ - |
| 57312 | GONZALEZ ARROYO, MADELINE | Commonwealth of Puerto Rico | $ - |
| 57431 | ROMÁN RODRÍGUEZ, MARILÚ | Commonwealth of Puerto Rico | $ - |
| 57585 | TROCHE VAZQUEZ, TAMARA | Commonwealth of Puerto Rico | $ - |
| 58141 | RIVERA VARGAS, GLORIBEL | Commonwealth of Puerto Rico | $ - |
| 59828 | ROMAN SANTIAGO, ULPIANA | Commonwealth of Puerto Rico | $ - |
| 60042 | TIRADO, MAXIMINA IRIZARRY | Commonwealth of Puerto Rico | $ - |
| 60269 | MARTINEZ SANTANA, EVELYN | Commonwealth of Puerto Rico | $ - |
| 61128 | DIAZ BAEZ, MARLYN | Commonwealth of Puerto Rico | $ - |
| 61140 | AGOSTO NUNEZ, AWILDA | Commonwealth of Puerto Rico | $ - |
| 61332 | RODRIGUEZ VAZQUEZ , LORIANETTE | Commonwealth of Puerto Rico | $ - |
| 61623 | CORDERO PACHECO, FERNANDO | Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Debtor | Total Filed |
|---------|----------|--------|-------------|
| 62362 | GUTIERREZ, DANIEL ESTEVES | Commonwealth of Puerto Rico | $ - |
| 62437 | GOMEZ GONZALEZ, LUCIA | Commonwealth of Puerto Rico | $ - |
| 62609 | JIMENEZ MENDEZ, ZENAIDA  M. | Commonwealth of Puerto Rico | $ - |
| 62636 | TORRES FIGUEROA, ZORAIDA | Commonwealth of Puerto Rico | $ - |
| 62691 | FLORES MONTALVO, ANGEL LUIS | Commonwealth of Puerto Rico | $ - |
| 63168 | DEVARIE DE JESUS, MILDRED | Commonwealth of Puerto Rico | $ - |
| 64298 | DIAZ PEREZ, IRVING | Commonwealth of Puerto Rico | $ - |
| 64784 | VEGA PACHECO, YOLANDA | Commonwealth of Puerto Rico | $ - |
| 64874 | VÁZQUEZ SANTIAGO, EVELYN M. | Commonwealth of Puerto Rico | $ - |
| 66185 | SANCHEZ VELEZ, MARISOL | Commonwealth of Puerto Rico | $ - |
| 66674 | RUIZ VEGA, MARIA DEL C. | Commonwealth of Puerto Rico | $ - |
| 69095 | RODRIGUEZ DEL TORO, JENNIFER | Commonwealth of Puerto Rico | $ - |
| 69359 | ACEVEDO PEREZ, JULIO A. | Commonwealth of Puerto Rico | $ - |
| 71117 | AQUINO CANALES, REGINO | Commonwealth of Puerto Rico | $ - |
| 71378 | ROSADO MARTINEZ, RUBEN | Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Debtor | Total Filed |
|---------|----------|--------|-------------|
| 71451 | CRUZ LUGO, CARMEN L. | Commonwealth of Puerto Rico | $ - |
| 72798 | VAZQUEZ SOLER, NILDA M. | Commonwealth of Puerto Rico | $ - |
| 73198 | IRIZARRY RUIZ, REINALDO | Commonwealth of Puerto Rico | $ - |
| 76825 | LINARES COLLADO, ROSA M. | Commonwealth of Puerto Rico | $ - |
| 77317 | VAZQUEZ FIGUEROA, IDELISSA | Commonwealth of Puerto Rico | $ - |
| 77813 | VILA OJEDA , LUIS  F | Commonwealth of Puerto Rico | $ - |
| 78022 | HERNÁNDEZ PÉREZ, MARIA DEL C | Commonwealth of Puerto Rico | $ - |
| 78474 | RIVERA TORRES, CARMEN ADA | Commonwealth of Puerto Rico | $ - |
| 78554 | ENRIQUE TORRES TORRES, TOMAS | Commonwealth of Puerto Rico | $ - |
| 78811 | TORRES RODRIGUEZ, MERCEDES | Commonwealth of Puerto Rico | $ - |
| 79567 | DUMENG ALERS, WILFREDO | Commonwealth of Puerto Rico | $ - |
| 80168 | SANCHEZ, ROSA MARGARITA | Commonwealth of Puerto Rico | $ - |
| 80169 | GONZALEZ PEREZ, MILAGROS | Commonwealth of Puerto Rico | $ - |
| 81219 | ROSADO CORDERO, MARILYN | Commonwealth of Puerto Rico | $ - |
| 81235 | ALVARADO CASIANO, ELBA  L | Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Debtor | Total Filed |
|---------|----------|--------|-------------|
| 81314 | LEBRON OCASIO, GISELA  M. | Commonwealth of Puerto Rico | $ - |
| 82828 | ALBINO RIVERA, CINDY | Commonwealth of Puerto Rico | $ - |
| 82922 | YORO, MILAGROS VEGA | Commonwealth of Puerto Rico | $ - |
| 83072 | COLON ROLDAN, JOEL | Commonwealth of Puerto Rico | $ - |
| 83603 | BURGOS FIGUEROA, DAMARIS | Commonwealth of Puerto Rico | $ - |
| 83736 | HERNANDEZ TORRES, JANETTE | Commonwealth of Puerto Rico | $ - |
| 83996 | TORRES TIRADO, COCESA | Commonwealth of Puerto Rico | $ - |
| 84008 | SOTOMAYOR TORRES, FRANK REINALDO LUIZ | Commonwealth of Puerto Rico | $ - |
| 84289 | SABALIER RIOS, CARMEN J. | Commonwealth of Puerto Rico | $ - |
| 84640 | TORRES SAANCHEZ, SOLIMAR | Commonwealth of Puerto Rico | $ - |
| 85685 | CRESPO HERNANDEZ, DIONEL | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 85903 | AROCHO GONZALEZ, CARMEN  M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 86160 | SANCHEZ GONZALEZ, NOEMI | Commonwealth of Puerto Rico | $ - |
| 86316 | SIERRA SOLLA, LAURA S. | Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Debtor | Total Filed |
|---------|----------|--------|-------------|
| 87008 | RUIZ FIGUEROA, JOSE R | Commonwealth of Puerto Rico | $ - |
| 87129 | SANTIAGO ROSA, MYRNA | Commonwealth of Puerto Rico | $ - |
| 87984 | SANTIAGO, JUAN G | Commonwealth of Puerto Rico | $ - |
| 88143 | ANDUJAR RODRIGUEZ, ROLANDO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 88197 | FIGUEROA MENDEZ, EDWIN | Commonwealth of Puerto Rico | $ - |
| 89280 | SANTOS ROMERO, CELINA | Commonwealth of Puerto Rico | $ - |
| 89348 | VALENTIN OLIVO, EVELYN | Commonwealth of Puerto Rico | $ - |
| 89523 | SEDA RIVERA, JORGE | Commonwealth of Puerto Rico | $ - |
| 89754 | RAMOS VALLE, GLORIA A | Commonwealth of Puerto Rico | $ - |
| 89771 | VALLE, LLLIAM | Commonwealth of Puerto Rico | $ - |
| 89891 | RIVERA SANTANA, DOEL | Commonwealth of Puerto Rico | $ - |
| 89903 | ZAYAS LOPEZ, BETHZAIDA | Commonwealth of Puerto Rico | $ - |
| 90011 | RIVAS, IVETTE DE JESUS | Commonwealth of Puerto Rico | $ - |
| 91277 | BERAS AULET, CAROLINA | Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Debtor | Total Filed |
|---------|----------|--------|-------------|
| 91309 | ORTOLAZA, DOMINGA | Commonwealth of Puerto Rico | $ - |
| 91445 | VARGAS, MILDRED IRIZARRY | Commonwealth of Puerto Rico | $ - |
| 92732 | LEBRON OCASIO, GISELA  M. | Commonwealth of Puerto Rico | $ - |
| 92787 | RIOS MATOS, EFRAIN | Commonwealth of Puerto Rico | $ - |
| 92834 | MATIAS CORTES, WILLIAM | Commonwealth of Puerto Rico | $ - |
| 92970 | FIGUEROA MORALES, LUZ S | Commonwealth of Puerto Rico | $ - |
| 93217 | BONILLA RIOS, AWILDA | Commonwealth of Puerto Rico | $ - |
| 93241 | VELEZ ARROYO , YARITZA NOEMI | Commonwealth of Puerto Rico | $ - |
| 94087 | MARTINEZ RODRIGUEZ, ELEUTERIA | Commonwealth of Puerto Rico | $ - |
| 94210 | LARREGUI SANCHEZ, CARMEN MILAGROS | Commonwealth of Puerto Rico | $ - |
| 94404 | LEBRON OCASIO , GISELA  M. | Commonwealth of Puerto Rico | $ - |
| 94413 | LEBRON OCASIO, GISELA M | Commonwealth of Puerto Rico | $ - |
| 94961 | GONZÁLEZ SANCHEZ, MILDRED | Commonwealth of Puerto Rico | $ - |
| 95078 | CARDEL CARBONELL, ZULMA | Commonwealth of Puerto Rico | $ - |
| 95516 | ALVARADO HERNÁNDEZ, MARIO A. | Employees Retirement System of the Government | $ - |

| Claim # | Claimant | Debtor | Total Filed |
|---------|----------|--------|-------------|
| | | of the Commonwealth of Puerto Rico | |
| 95647 | TORRES ALVAREZ, CARMEN D. | Commonwealth of Puerto Rico | $ - |
| 95810 | GONZALEZ TORRES, NILDA D. | Commonwealth of Puerto Rico | $ - |
| 96006 | SANTANA TORO, SARAHI | Commonwealth of Puerto Rico | $ - |
| 96202 | SANTOS RODRIGUEZ, NILDA | Commonwealth of Puerto Rico | $ - |
| 97278 | VAZQUEZ MALDONADO, MADELINE | Commonwealth of Puerto Rico | $ - |
| 100030 | GRATACOS RODRIGUEZ, MARIA M | Commonwealth of Puerto Rico | $ - |
| 100270 | PEREZ ROSARIO, ORLANDO | Commonwealth of Puerto Rico | $ - |
| 101113 | LUGO TROCHE, ADA IRIS | Commonwealth of Puerto Rico | $ - |
| 101406 | DAVILA , MARIA R. | Commonwealth of Puerto Rico | $ - |
| 101816 | GONZALEZ DAVID, ANA DILIA | Commonwealth of Puerto Rico | $ - |
| 102696 | GARCIA RUIZ, BETZAIDA | Commonwealth of Puerto Rico | $ - |
| 103193 | RAMIREZ CRUZ, RAFAEL | Commonwealth of Puerto Rico | $ - |
| 103433 | LOPEZ SANCHEZ, LYDIA M | Commonwealth of Puerto Rico | $ - |
| 104914 | ACEVEDO MERCADO, LUZ M. | Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Debtor | Total Filed |
|---------|----------|--------|-------------|
| 104918 | BLANCO RIVERA, MINERVA | Commonwealth of Puerto Rico | $ - |
| 105492 | SILVESTRY TORRES, ANGEL F | Commonwealth of Puerto Rico | $ - |
| 105926 | MARTI GONZALEZ, LAURA  M. | Commonwealth of Puerto Rico | $ - |
| 106024 | SANTIAGO APONTE, NEREIDA | Commonwealth of Puerto Rico | $ - |
| 106934 | MEDINA HUERTAS, EDWIN | Commonwealth of Puerto Rico | $ - |
| 107263 | TORRES AVELLANET, GRACE IVETTE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 107316 | TIRADO MERCADO, CARMEN | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 107453 | BENIQUE RUIZ, ROSA L | Commonwealth of Puerto Rico | $ - |
| 107986 | LUGO ZAPATA, RAUL | Commonwealth of Puerto Rico | $ - |
| 108474 | LUGO ZAPATA, SATURNINO | Commonwealth of Puerto Rico | $ - |
| 108553 | RODRIGUEZ GONZALEZ, FLOR IVELISSE | Commonwealth of Puerto Rico | $ - |
| 108787 | IRIZARRY TORRES, MARGARITA | Commonwealth of Puerto Rico | $ - |
| 109297 | VEGA ECHEVARRIA, NILSA M. | Commonwealth of Puerto Rico | $ - |
| 109479 | RODRIGUEZ SANTIAGO, NILSA | Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Debtor | Total Filed |
|---------|----------|--------|-------------|
| 109674 | PADILLA SEGARRA, CELIA | Commonwealth of Puerto Rico | $ - |
| 109738 | SANTOS RODRIGUEZ, NILDA | Commonwealth of Puerto Rico | $ - |
| 109971 | ALMODOVAR ORTIZ, LUISA E. | Commonwealth of Puerto Rico | $ - |
| 110198 | MUNOZ LORENZO, EDITH | Commonwealth of Puerto Rico | $ - |
| 110287 | JOVET OQUENDO, MAGDA J. | Commonwealth of Puerto Rico | $ - |
| 110487 | BONILLA MENDEZ, MARY ANN | Commonwealth of Puerto Rico | $ - |
| 111236 | DIAZ CRUZ , EDMARI | Commonwealth of Puerto Rico | $ - |
| 111343 | COLLAZO ARCE, GLADYS | Commonwealth of Puerto Rico | $ - |
| 111487 | VENTURA PEREZ, SOFIA | Commonwealth of Puerto Rico | $ - |
| 111690 | VEGA CORTES, AMADO | Commonwealth of Puerto Rico | $ - |
| 112465 | GONZALEZ ACEVEDO, ISMAEL | Commonwealth of Puerto Rico | $ - |
| 112648 | NIEVES CRUZ, WANDA | Commonwealth of Puerto Rico | $ - |
| 113106 | GONZALES RUIZ, AUREA M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 113294 | MORALES TORRES, CARMEN D. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Debtor | Total Filed |
|---------|----------|--------|-------------|
| 113568 | RODRIGUEZ GARCIA, HEYDI | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 114172 | HERNANDEZ TORRES, MARIA I. | Commonwealth of Puerto Rico | $ - |
| 114714 | MUNIZ DIAZ, PEDRO A | Commonwealth of Puerto Rico | $ - |
| 115139 | BONILLA LORENZO, MONSERRATE | Commonwealth of Puerto Rico | $ - |
| 115172 | CORTIJO ROMAN, YOLANDA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 115505 | MARTINEZ LOPEZ, SONIA M. | Commonwealth of Puerto Rico | $ - |
| 116457 | MENDEZ CORTES, MARIA I. | Commonwealth of Puerto Rico | $ - |
| 116625 | ACOSTA CRUZ, NANCY | Commonwealth of Puerto Rico | $ - |
| 116697 | TORRES PEREZ, RAMON LUIS | Commonwealth of Puerto Rico | $ - |
| 116722 | PAGAN RODRIGUEZ, MILAGROS | Commonwealth of Puerto Rico | $ - |
| 116758 | GONZALEZ AROCHO, AWILDA | Commonwealth of Puerto Rico | $ - |
| 116878 | ALLENDE CARRASQUILLO, LYDIA I. | Commonwealth of Puerto Rico | $ - |
| 117012 | GARCIA GARCIA, ZAIDA ROSA | Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Debtor | Total Filed |
|---------|----------|--------|-------------|
| 117415 | COLON GONZALEZ, MARIBEL | Commonwealth of Puerto Rico | $ - |
| 117541 | MORALES HERNANDEZ, ILEANA | Commonwealth of Puerto Rico | $ - |
| 117789 | VALENTIN LOPEZ, ADA L. | Commonwealth of Puerto Rico | $ - |
| 117898 | BORRETO POREZ, MIRIAM | Commonwealth of Puerto Rico | $ - |
| 118511 | CRUZ CRUZ , EMMA I. | Commonwealth of Puerto Rico | $ - |
| 118703 | RIVERA TORRES, ANA L. | Commonwealth of Puerto Rico | $ - |
| 118854 | TORRES LOPEZ, ELBA L | Commonwealth of Puerto Rico | $ - |
| 118882 | ROMAN ARROYO, CARMEN J. | Commonwealth of Puerto Rico | $ - |
| 119024 | CORDERO MILAN, AIDA M. | Commonwealth of Puerto Rico | $ - |
| 119188 | ALICEA NIETO, EDMEE | Commonwealth of Puerto Rico | $ - |
| 119191 | TORRES MENDEZ, ANA I. | Commonwealth of Puerto Rico | $ - |
| 119394 | ESQUILIN CARRASQUILLO, MONICA MARI | Commonwealth of Puerto Rico | $ - |
| 119417 | FORESTIER ORTIZ, JULIA E. | Commonwealth of Puerto Rico | $ - |
| 120353 | VALENTIN OLIVO, EVELYN | Commonwealth of Puerto Rico | $ - |
| 120412 | BARRIOS MAS, MIRIAM | Employees Retirement System of the Government | $ - |

| Claim # | Claimant | Debtor | Total Filed |
|---------|----------|--------|-------------|
| | | of the Commonwealth of Puerto Rico | |
| 120817 | BUSUTIL LOPEZ, EVERLIDIS | Commonwealth of Puerto Rico | $ - |
| 121347 | GUERRERO SALCEDO, REINALDO | Commonwealth of Puerto Rico | $ - |
| 122226 | RODRIGUEZ NAVARRO, JOEDMAR | Commonwealth of Puerto Rico | $ - |
| 123231 | GARCIA GARCIA, SANDRA | Commonwealth of Puerto Rico | $ - |
| 123236 | SOTO ESCOBAR, OSCAR B. | Commonwealth of Puerto Rico | $ - |
| 123470 | NIEVES CRUZ, WANDA | Commonwealth of Puerto Rico | $ - |
| 123673 | TORRES VELEZ, MARIA DE L. | Commonwealth of Puerto Rico | $ - |
| 124258 | VEGA CARRERO, JOSE A | Commonwealth of Puerto Rico | $ - |
| 124648 | VALENTIN PEREZ, ROBERTO | Commonwealth of Puerto Rico | $ - |
| 125306 | TENORIO GONZALEZ, EVANGELINA | Commonwealth of Puerto Rico | $ - |
| 125676 | MANGUAL, PROVIDENCIA | Commonwealth of Puerto Rico | $ - |
| 126116 | TORRES LOPEZ, WILFREDO | Commonwealth of Puerto Rico | $ - |
| 126291 | ARCELAY FIGUEROA, GLADYS | Commonwealth of Puerto Rico | $ - |
| 128004 | VILLANUEVA PEREZ, ANGELITA | Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Debtor | Total Filed |
|---------|----------|--------|-------------|
| 128569 | LOPEZ COTTO, DIANA L. | Commonwealth of Puerto Rico | $ - |
| 129411 | LOPEZ HERNANDEZ, ANTONIO | Commonwealth of Puerto Rico | $ - |
| 129485 | GUTIERREZ PELLOT, CRUCELINA | Commonwealth of Puerto Rico | $ - |
| 129688 | GONZALEZ DELGADO, IRISBELL | Commonwealth of Puerto Rico | $ - |
| 129728 | DOSTER MELENDEZ, THOMAS | Commonwealth of Puerto Rico | $ - |
| 129900 | LOPEZ VELEZ, WILMA S. | Commonwealth of Puerto Rico | $ - |
| 130147 | VELEZ IRIZARRY, MYRIAM IVETTE | Commonwealth of Puerto Rico | $ - |
| 131692 | COLLAZO RIVERA, ANA M | Commonwealth of Puerto Rico | $ - |
| 132501 | PEREZ MOLINA, CARMEN GLADYS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 132960 | LORENZO LORENZO, BLANCA  N. | Commonwealth of Puerto Rico | $ - |
| 132978 | LOPEZ VELEZ, LUCIA J. | Commonwealth of Puerto Rico | $ - |
| 133402 | FELICIANO LARACUENTE, EDDIE | Commonwealth of Puerto Rico | $ - |
| 133789 | ACEVEDO ROMAN, JUANA E. | Commonwealth of Puerto Rico | $ - |
| 133819 | LOPEZ HERNANDEZ, ANTONIO | Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 134750 | VAZQUEZ SOTO, LUIS E | Commonwealth of Puerto Rico | $ - |
| 135029 | GONZALEZ RUIZ, LUZ S | Commonwealth of Puerto Rico | $ - |
| 135622 | ACEVEDO ROMAN, JUANA E. | Commonwealth of Puerto Rico | $ - |
| 135672 | MELENDEZ BERRIOS, EDNA I | Commonwealth of Puerto Rico | $ - |
| 135797 | ROSARIO CRESPO, EDWIN | Commonwealth of Puerto Rico | $ - |
| 136339 | VILLANUEVA RIVERA, GLADYS | Commonwealth of Puerto Rico | $ - |
| 136575 | SANCHEZ RODRIGUEZ, HILDA M. | Commonwealth of Puerto Rico | $ - |
| 137696 | BEAUCHAMP GONZALEZ, ROSA L. | Commonwealth of Puerto Rico | $ - |
| 137774 | ROSADO VALENTIN, CARMEN M. | Commonwealth of Puerto Rico | $ - |
| 138068 | LOPEZ VELEZ, MARIO ALFONSO | Commonwealth of Puerto Rico | $ - |
| 138446 | RAMOS ROMAN, ZENAIDA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 138558 | CALVO-RUIZ, MARIA DEL C. | Commonwealth of Puerto Rico | $ - |
| 139168 | LOPEZ MIRANDA, RAMONITA | Commonwealth of Puerto Rico | $ - |
| 139205 | VAZQUEZ RIVERA, DOMINGO | Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Debtor | Total Filed |
|---------|----------|--------|-------------|
| 139936 | TORRES PEREZ, MYRTA M. | Commonwealth of Puerto Rico | $ - |
| 140224 | HERNÁNDEZ TORRES, MARÍA I. | Commonwealth of Puerto Rico | $ - |
| 141053 | MONTALVO JUARBE, ROSA V | Commonwealth of Puerto Rico | $ - |
| 141589 | VERDEJO SANCHEZ, EDGARDO | Commonwealth of Puerto Rico | $ - |
| 141643 | ANDINO PIZARRO, GLADYS IRIS | Commonwealth of Puerto Rico | $ - |
| 141663 | ACOSTA ANDUJAR, CLARIBEL | Commonwealth of Puerto Rico | $ - |
| 141903 | SOTO VARGAS, ANGEL L. | Commonwealth of Puerto Rico | $ - |
| 142318 | SANTIAGO LOPEZ, DAMARIS | Commonwealth of Puerto Rico | $ - |
| 143284 | MUNIZ TORRES, EDDIE N. | Commonwealth of Puerto Rico | $ - |
| 143480 | CINTRON NERMANY, MILDRED | Commonwealth of Puerto Rico | $ - |
| 144211 | DE LOS ANGELES VEGA OLIVERAS, MARIA | Commonwealth of Puerto Rico | $ - |
| 144229 | DIAZ MONTILVO, ROBERT | Commonwealth of Puerto Rico | $ - |
| 144487 | GONZALEZ AROCHO, EDELMIRA | Commonwealth of Puerto Rico | $ - |
| 144719 | RODRIGUEZ REYES, MILAGROS | Commonwealth of Puerto Rico | $ - |
| 146397 | RIVERA, GLADYS VILLANUELA | Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Debtor | Total Filed |
|---------|----------|--------|-------------|
| 146568 | AVILES MENDEZ, MAMERTA | Commonwealth of Puerto Rico | $ - |
| 146763 | LOPEZ DEL VALLE, CONCEPCION | Commonwealth of Puerto Rico | $ - |
| 147457 | BALAQUER IRIZARRY, EMILIA | Commonwealth of Puerto Rico | $ - |
| 147664 | BARRIOS MAS, FRANCISCO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 147746 | RAMOS ORTIZ, MILDRED A. | Commonwealth of Puerto Rico | $ - |
| 148816 | FIGUEROA ROLDAN, MIGDALIA | Commonwealth of Puerto Rico | $ - |
| 151064 | TORRES PEREZ, LUZ D. | Commonwealth of Puerto Rico | $ - |
| 151713 | AROCHO VIDAL, IRMA IRIS | Commonwealth of Puerto Rico | $ - |
| 151746 | BONILLA HEREDIA, AMERICO | Commonwealth of Puerto Rico | $ - |
| 151903 | CRUZ AYALA, PEDRO  J | Commonwealth of Puerto Rico | $ - |
| 155640 | MARTINEZ GUZMAN, ANA R | Commonwealth of Puerto Rico | $ - |
| 155748 | HERNANDEZ OLIVERI, ROSARIO | Commonwealth of Puerto Rico | $ - |
| 156066 | BELLO GONZALEZ, MIGUEL A. | Commonwealth of Puerto Rico | $ - |
| 156753 | DIAZ CARRILLO, CARMEN J | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Debtor | Total Filed |
|---------|----------|--------|-------------|
| 156977 | DIEZ ALVAREZ, MANUEL A. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 157861 | GONZALEZ AROCHO, ERMITANIO | Commonwealth of Puerto Rico | $ - |
| 160347 | ARILL TORRES, IDA | Commonwealth of Puerto Rico | $ - |
| 162933 | VILLARRUBIA MORENO, FELIPA | Commonwealth of Puerto Rico | $ - |
| 163427 | TORRES COLON, MARIA V | Commonwealth of Puerto Rico | $ - |
| 164587 | AVEIZAGA BRAVO, DARMA IVETTE | Commonwealth of Puerto Rico | $ - |
| 164639 | BONILLA AVILES, LOURDES T. | Commonwealth of Puerto Rico | $ - |
| 165914 | BARBOSA RIVERA, EVELYN | Commonwealth of Puerto Rico | $ - |
| 166351 | CORTES MENDEZ, MARIBEL | Commonwealth of Puerto Rico | $ - |
| 166478 | HERNANDEZ RODRIGUEZ, NILDA | Commonwealth of Puerto Rico | $ - |
| 57433 | BARBOSA, LUIS ÁVILA | Commonwealth of Puerto Rico | $ - |
| 71925 | RODRIGUEZ SOSA, ENRIQUE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 160813 | RODRIGUEZ RIVERA, IVETTE | Commonwealth of Puerto Rico | $ - |
| 162088 | RODRIGUEZ TORRES, CATALINA | Commonwealth of Puerto Rico | $ - |

| Claim # | Claimant | Debtor | Total Filed |
|---------|----------|--------|-------------|
| 95339 | CAMPOS, LYDIA | Commonwealth of Puerto Rico | $ - |
| 75940 | RIVERA ORTIZ, MICAEL | Commonwealth of Puerto Rico | $ - |
| 77585 | MOLINA RUIZ, LILIA | Commonwealth of Puerto Rico | $ - |