**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## **CERTIFICATE OF SERVICE**

I, Moheen Ahmad, declare under penalty of perjury that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"),[2] the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On March 23, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) via first class mail on the Notice Party Service List attached hereto as **Exhibit A**; and (2) via email on Notice Party Email Service List attached hereto as **Exhibit B**:

- Notice of (A) Entry of Order Confirming Modified Eighth Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al. Pursuant to Title III of Promesa and (B) Occurrence of the Effective Date [Docket No. 20349]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On March 29, 2022, Prime Clerk LLC change its name to Kroll Restructuring Administration LLC.

Dated: March 30, 2022

*/s/ Moheen Ahmad*
Moheen Ahmad

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 30, 2022, by Moheen Ahmad, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A
Notice Party Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| PC_0422 | 1RST HOSPITALITY SERVICES CORP | LCDO. EMIL J. RODRIGUEZ ESCUDERO | PO BOX 9009 | | | PONCE | PR | 00732-9009 |
| PC_513 | AARON VICK | Address on File | | | | | | |
| PC_513 | AARON VICK | Address on File | | | | | | |
| PC_781 | ABIMAEL SOTO CABAN | Address on File | | | | | | |
| PC_175 | ABREU ALICEA, ELVIN X. | Address on File | | | | | | |
| PC_315 | ALEXIE J. VÉLEZ ESTRADA, ET ALS | LCDO. RICARDO J. CACHO RODRIGUEZ; EDIFICIO COOPERATIVA DE AHORRO Y CREDITO MOROVEÑA | 54 RESOLUCION OFICINA 303 | | | SAN JUAN | PR | 00920 |
| PC_315 | ALEXIE J. VÉLEZ ESTRADA, ET ALS | LCDO. JOSE L. RIVERO VERGNE; POPULAR CENTER SUITE 1800 | 208 AVE. PONCE DE LEÓN | | | SAN JUAN | PR | 00918 |
| PC_53 | ALEXIS LOPEZ LOPEZ | Address on File | | | | | | |
| PC_503 | AMARILIS NAVARRO VILLANUEVA | Address on File | | | | | | |
| PC_414 | ANEUDY RIVERA SILVA | Address on File | | | | | | |
| PC_413 | ANEUDY RIVERA SILVA V ELA | Address on File | | | | | | |
| PC_485 | ANGEL BAEZ LAUREANO | Address on File | | | | | | |
| PC_410 | ANTHONY MARQUEZ ROLDÁN | Address on File | | | | | | |
| PC_760 | ANTHONY R. NEGRÓN BURGOS | Address on File | | | | | | |
| PC_0537 | ARCE RUBERTÉ, RAMONITA | Address on File | | | | | | |
| PC_331 | AUTORIDAD DE LOS PUERTOS DE PR | LCDO. ALFREDO FERNANDEZ MARTINEZ | LCDO. JOSE M. MARTINEZ RIVERA; LCDO. CARLOS R. BARALT SUAREZ; | PO BOX 11750 | FERNÁNDEZ JUNCOS STATION | SAN JUAN | PR | 00910-1750 |
| PC_203 | BELTRÁN MARTÍNEZ, ANTONIO | Address on File | | | | | | |
| PC_185 | BENÍTEZ MÉNDEZ, ISMAEL | Address on File | | | | | | |
| PC_0945 | BRENDA L. TOLEDO | Address on File | | | | | | |
| PC_772 | CARLOS NELSON MORALES DÍAZ | Address on File | | | | | | |
| PC_514 | CARLOS PILLOT OCASIO | Address on File | | | | | | |
| PC_584 | CHAAR PADÍN, LOURDES | Address on File | | | | | | |
| PC_496 | COMISIONADO DE SEGUROS | LCDO. ANDRES GUILLEMARD-FIERRES; PO BOX 9949 | LCDA. MONIQUE GUILLEMARD-NOBLE | | | SAN JUAN | PR | 00908 |
| PC_130 | CONDE COLON HAROLD | HAROLD CONDE COLON EDIFICIO 8-C CELDA #10 #50 CARR | UNIT 700607073 | INDUSTRIAL LUCHETTI | | BAYAMON | PR | 00961-7403 |
| PC_499 | CORPORACIÓN DE SALUD ASEGURADA POR NUESTRA ORGANIZACION SOLIDARIA | LCDA. MARIA C. RODRIGUEZ-MIRANDA | LCDO. CARLOS J. MORALES BAUZA | PO BOX 365072 | | SAN JUAN | PR | 00936-5072 |
| PC_133 | COSME NIEVES, FRANCISCO R. | Address on File | | | | | | |
| PC_408 | CRISTIAN HERNANDEZ GRCIA | Address on File | | | | | | |
| PC_48 | CRUZ RODRIGUEZ, EMANUEL | Address on File | | | | | | |
| PC_56 | CRUZ RODRIGUEZ, EMANUEL | Address on File | | | | | | |
| PC_316 | DANIEL RIVERA COLÓN | Address on File | | | | | | |
| PC_186 | DEL VALLE CABALLERO, JULIA M. | Address on File | | | | | | |
| PC_770 | DEPARTAMENTO DE HACIENDA | Address on File | | | | | | |
| PC_876 | DEREK L CRUZ RODRIGUEZ | Address on File | | | | | | |
| PC_758 | EDGAR E. OLIVO GARCÍA | Address on File | | | | | | |
| PC_778 | EDGARDO CASAÑA REYES | Address on File | | | | | | |
| PC_235 | EDUARDO LAUREANO MARTÍNEZ | Address on File | | | | | | |
| PC_276 | ELIEZER SANTANA BAEZ | Address on File | | | | | | |
| PC_275 | ELIEZER SANTANA BAEZ | Address on File | | | | | | |
| PC_17 | ELIEZER SANTANA BAEZ Y CARLOS MOLLET QUILES | Address on File | | | | | | |
| PC_17 | ELIEZER SANTANA BAEZ Y CARLOS MOLLET QUILES | Address on File | | | | | | |
| PC_412 | EMMANUEL BAEZ MARTINEZ | Address on File | | | | | | |
| PC_339 | ERIC R. TORRES GONZALEZ | Address on File | | | | | | |
| PC_522 | ERNESTO RUIZ ROMERO | Address on File | | | | | | |
| PC_522 | ERNESTO RUIZ ROMERO | Address on File | | | | | | |
| PC_0954 | FÉLIX NORMAN ROMÁN NEGRÓN Y OTROS | Address on File | | | | | | |
| PC_764 | FRANCISCO R. COSME NIEVES | Address on File | | | | | | |
| PC_103 | FRANCISCO VALDES PEREZ | Address on File | | | | | | |
| PC_310 | FRANCISCO VELEZ MARTÍNEZ | Address on File | | | | | | |
| PC_763 | GABRIEL PÉREZ LÓPEZ | Address on File | | | | | | |
| PC_0798 | GABRIEL PEREZ LOPEZ Y JONATHAN PEREZ LOARTE | Address on File | | | | | | |
| PC_0798 | GABRIEL PEREZ LOPEZ Y JONATHAN PEREZ LOARTE | Address on File | | | | | | |
| PC_411 | GABRIEL RUIZ GONZÁLEZ | Address on File | | | | | | |
| PC_72 | GALARZA TORRES, EULOGIO | Address on File | | | | | | |
| PC_492 | GLORIA PEÑA CRUZ | Address on File | | | | | | |
| PC_515 | GLORIA ROSADO MOLINA | Address on File | | | | | | |
| PC_67 | GONZALE RIVERA, CARLOS LUIS | Address on File | | | | | | |
| PC_66 | GONZALEZ RIVERA, CARLOS LUIS | Address on File | | | | | | |
| PC_500 | GRENDALIZ VELEZ ACEVEDO | Address on File | | | | | | |
| PC_500 | GRENDALIZ VELEZ ACEVEDO | Address on File | | | | | | |
| PC_7 | GUILLERMO MASSA FERRER | Address on File | | | | | | |
| PC_793 | HECTOR LUIS CRUZ LUGO | Address on File | | | | | | |
| PC_281 | HIRAM GONZÁLEZ PACHECO | Address on File | | | | | | |
| PC_0547 | IRIZARRY MOLINA, JOSMIR (SR) | Address on File | | | | | | |
| PC_161 | IRIZARRY RODRÍGUEZ, JUAN | Address on File | | | | | | |
| PC_340 | ISMAEL SANTOS BONES | Address on File | | | | | | |
| PC_516 | IVAN COLON PERZ | Address on File | | | | | | |
| PC_750 | IVAN RODRIGUEZ RENTAS | Address on File | | | | | | |
| PC_507 | IVELISE CALDERÓN ALIBRÁN | Address on File | | | | | | |
| PC_511 | JAIME A. DIAZ O'NEILL | Address on File | | | | | | |
| PC_272 | JANNETTE SALVA CORDERO | Address on File | | | | | | |
| PC_272 | JANNETTE SALVA CORDERO | Address on File | | | | | | |
| PC_494 | JAVIER MERCADO VAZQUEZ | Address on File | | | | | | |
| PC_494 | JAVIER MERCADO VAZQUEZ | Address on File | | | | | | |
| PC_415 | JHAVIERI CINTRON V ELA | Address on File | | | | | | |
| PC_25 | JOEL ALEXIS RIOS MALDONADO | Address on File | | | | | | |
| PC_289 | JOEL ALEXIS RIOS MALDONAO Y OTROS | Address on File | | | | | | |
| PC_746 | JONATHAN CABRERA RIVERA | Address on File | | | | | | |
| PC_521 | JONATHAN HERNÁNDEZ ZORRILLA | Address on File | | | | | | |
| PC_521 | JONATHAN HERNÁNDEZ ZORRILLA | Address on File | | | | | | |
| PC_777 | JOSE D. SANTIAGO TORRES | Address on File | | | | | | |

Exhibit A
Notice Party Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| PC_501 | JOSE L TORRES LANDRAU | Address on File | | | | | | |
| PC_745 | JOSE L. MUÑIZ SANTIAGO | Address on File | | | | | | |
| PC_295 | JOSÉ RAMOS TORRES | Address on File | | | | | | |
| PC_416 | JOSELITO REYES HERNANDEZ | Address on File | | | | | | |
| PC_22 | JOSUE CARRASQUILLO MEDINA | Address on File | | | | | | |
| PC_796 | JOSUE CHAPARRO GUZMAN | Address on File | | | | | | |
| PC_409 | JULIO ROSADO ALEXANDER | Address on File | | | | | | |
| PC_490 | KATHERINE CINTRON CORTES | Address on File | | | | | | |
| PC_766 | LUIS A. MELÉNDEZ GARCÍA | Address on File | | | | | | |
| PC_417 | LUIS ANOTNIO AROCHO LASALLE | Address on File | | | | | | |
| PC_280 | LUIS E. HERNÁNDEZ ROMÁN | Address on File | | | | | | |
| PC_342 | LUIS M. CALDERO MELENDEZ | Address on File | | | | | | |
| PC_341 | LUIS O. VEGA SANTIAGO | Address on File | | | | | | |
| PC_38 | LUIS SANTOS ALVAREZ | Address on File | | | | | | |
| PC_491 | MAILYN JIMENEZ MUÑIZ | Address on File | | | | | | |
| PC_752 | MARCELINO ACEVEDO BAYÓN | Address on File | | | | | | |
| PC_509 | MARIA DOLORES MALDONADO CABRERA | Address on File | | | | | | |
| PC_493 | MARIA MOLINA VAZQUEZ Y OTROS | Address on File | | | | | | |
| PC_482 | MEDICAID AND MEDICARE ADVANTAGE ASSOCIATION OF PUERTO RICO, INC. | LCDO. JOSE A. HERNANDEZ-MAYORAL | 206 TETUAN 7TH FLOOR SUITE 702 | | | SAN JUAN | PR | 00901 |
| PC_482 | MEDICAID AND MEDICARE ADVANTAGE ASSOCIATION OF PUERTO RICO, INC. | LCDO. ROBERTO L. PRATS-PALERM; 1509 LOPEZ LANDRON 10TH FLOOR | AMERICAN AIRLINES BLDG. SUITE 1000 | | | SAN JUAN | PR | 00911 |
| PC_483 | MEDICAID AND MEDICARE ADVANTAGE PRODUCTS ASSOCIATION OF PUERTO RICO, INC. ET AL | LCDO. JOSE A. HERNANDEZ-MAYORAL | 206 TETUAN 7TH FLOOR SUITE 702 | | | SAN JUAN | PR | 00901 |
| PC_483 | MEDICAID AND MEDICARE ADVANTAGE PRODUCTS ASSOCIATION OF PUERTO RICO, INC. ET AL | LCDO. ROBERTO L. PRATS-PALERM; 1509 LOPEZ LANDRON 10TH FLOOR | AMERICAN AIRLINES BLDG. SUITE 1000 | | | SAN JUAN | PR | 00911 |
| PC_188 | MELÉNDEZ GARCÍA, LUIS | Address on File | | | | | | |
| PC_114 | MOJICA TORRES, MOISES | Address on File | | | | | | |
| PC_582 | MONSERRATE TORRES, GELABEL | Address on File | | | | | | |
| PC_298 | NELSON ARCHILA COSME | Address on File | | | | | | |
| PC_765 | NOEL OMAR RODRÍGUEZ DIANA | Address on File | | | | | | |
| PC_489 | ODETTE LOPEZ COLLAZO | Address on File | | | | | | |
| PC_510 | OMAR A. CANDELARIA MELENDEZ | Address on File | | | | | | |
| PC_314 | OSCAR ROSARIO ZAYAS | Address on File | | | | | | |
| PC_244 | PEDRO VALDERRAMA COLÓN | Address on File | | | | | | |
| PC_89 | PEDRO VALDERRAMA V. ELA | Address on File | | | | | | |
| PC_512 | PUMA ENERGY CARIBE, LLC | LCDO. JOSE R. DAVILA-ACEVEDO | 1519 PONCE DE LEON AVE. STE. 501 | | | SAN JUAN | PR | 00909 |
| PC_512 | PUMA ENERGY CARIBE, LLC | LCDO. ARMANDO LOZANO | 1000 LOUISIANA ST. STE. 5100 | | | HOUSTON | TX | 77035 |
| PC_512 | PUMA ENERGY CARIBE, LLC | LCDO. JOSEPH PHV S. GRINSTEIN; 1000 LOUISIANA | STE. 5100 | | | HOUSTON | TX | 77002 |
| PC_512 | PUMA ENERGY CARIBE, LLC | LCO. KENNETH C. SURIA-RIVERA | PO BOX 9023596 | | | SAN JUAN | PR | 00902-3596 |
| PC_1048 | QUIJANO CRUZ, RAYMOND K. | Address on File | | | | | | |
| PC_1049 | RAMOS PABÓN, ÁNGEL V. E.L.A. | Address on File | | | | | | |
| PC_785 | RAUL A RODRIGUEZ LICIAGA | Address on File | | | | | | |
| PC_484 | RICHAR BURGESS | Address on File | | | | | | |
| PC_959 | ROBERTO QUIÑONES RIVERA | Address on File | | | | | | |
| PC_189 | RODRÍGUEZ RENTAS, IVÁN | Address on File | | | | | | |
| PC_178 | RODRÍGUEZ SANTIAGO, TOMMY | Address on File | | | | | | |
| PC_486 | ROOSEVELT CAYMAN ASSET COMPANY | LCDO. FRANCISCO J. FERNANDEZ-CHIQUES | PO BOX 9749 | | | SAN JUAN | PR | 00908-9749 |
| PC_73 | ROSADO SANTIAGO, ANA L. | Address on File | | | | | | |
| PC_502 | RUBEN SANTOS RODRIGUEZ | Address on File | | | | | | |
| PC_502 | RUBEN SANTOS RODRIGUEZ | Address on File | | | | | | |
| PC_506 | SALLY MORALES SEPÚLVEDA | Address on File | | | | | | |
| PC_799 | SAMMY MARTINEZ TORRES | Address on File | | | | | | |
| PC_190 | SÁNCHEZ TEXIDOR, JOSÉ | Address on File | | | | | | |
| PC_182 | SIERRA BÁEZ, RAFAEL | Address on File | | | | | | |
| PC_3 | SONIA IVETTE FERRER MELENDEZ | Address on File | | | | | | |
| PC_504 | TROPICAL CHILL V. HON. PEDRO PIERLUISI | LCDO. ARTURO V. BAUERMEISTER-FERNANDEZ | 1519 PONCE DE LEON AVE. STE. 501 | | | SAN JUAN | PR | 00909 |
| PC_505 | TROPICAL CHILL V. HON. PEDRO PIERLUISI | LCDO. JOSE R. DAVILA-ACEVEDO | LCDA. ILYA SHAPIRO; 1000 MASSACHUSSETTS AVE. NW | | | WASHINGTON | DC | 20001 |
| PC_504 | TROPICAL CHILL V. HON. PEDRO PIERLUISI | LCDA. ILYA SHAPIRO | LCDO. JOSE R. DAVILA-ACEVEDO; 1000 MASSACHUSSETTS AVE. NW | | | WASHINGTON | DC | 20001 |
| PC_82 | VALDES PEREZ, FRANCISCO | Address on File | | | | | | |
| PC_51 | VALDES PEREZ, FRANCISCO | Address on File | | | | | | |
| PC_762 | VICTOR AYALA TANCO | Address on File | | | | | | |
| PC_767 | VICTOR FORTUNATO IRIZARRY | Address on File | | | | | | |
| PC_519 | VICTOR J SALGADO AND ASSOCIATES | LCDO. DAMIAN R. LAPLACA | 263 DOMENECH AVE. | | | SAN JUAN | PR | 00918 |
| PC_338 | WIGBERTO LEBRON ORTIZ | Address on File | | | | | | |
| PC_487 | WILBERT RIVERA HEREDIA | Address on File | | | | | | |
| PC_407 | WILFREDO RODRÍGUEZ | Address on File | | | | | | |
| PC_119 | WILFREDO VAZQUEZ RODRIGUEZ | Address on File | | | | | | |
| PC_753 | WILLIAM SANTIAGO SERRANO | Address on File | | | | | | |
| PC_517 | WILSON ORTHOPEDICS MED. & REHAB. CTR., LLC | LCDO. JOSE F. QUETGLAS | PO BOX 16606 | | | SAN JUAN | PR | 00908-6606 |
| PC_517 | WILSON ORTHOPEDICS MED. & REHAB. CTR., LLC | LCDO. EUGENIO E. IBARRA-PERERIRA | 50 QUISQUEYA ST. | | | HATO REY | PR | 00917-1212 |
| PC_520 | YADIRA CARRASQUILLO GONZÁLEZ | Address on File | | | | | | |
| PC_520 | YADIRA CARRASQUILLO GONZÁLEZ | Address on File | | | | | | |
| PC_0433 | YOLANDA DELGADO OJEDA | Address on File | | | | | | |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 2 of 2

**<u>Exhibit B</u>**

Exhibit B

Notice Party Email Service List

Served via email

| MMLID | NAME | Email |
|---|---|---|
| PC_513 | AARON VICK | Email Address on File |
| PC_315 | ALEXIE J. VÉLEZ ESTRADA, ET ALS | Email Address on File |
| PC_503 | AMARILIS NAVARRO VILLANUEVA | Email Address on File |
| PC_537 | ARCE RUBERTÉ, RAMONITA | Email Address on File |
| PC_331 | AUTORIDAD DE LOS PUERTOS DE PR. | afernandez@delgadofernandez.com;jmartinez@delgadofernandez.com;cbaralt@delgadofernandez.com; |
| PC_584 | CHAAR PADÍN, LOURDES | Email Address on File |
| PC_748 | Charlene A. Greene Rodriguez | Email Address on File |
| PC_496 | COMISIONADO DE SEGUROS | amg@guillemardflaw.com;mguillemard@guillemardlaw.com; |
| PC_495 | COMISIONADO DE SEGUROS | amg@guillemardflaw.com;mguillemard@guillemardlaw.com; |
| PC_499 | Corporación de Salud Asegurada por nuestra organizacion solidaria | mcrm100@msn.com; carlosjmoralesbauza@gmail.com |
| PC_316 | DANIEL RIVERA COLÓN | Email Address on File |
| PC_876 | DEREK L CRUZ RODRIGUEZ | Email Address on File |
| PC_235 | EDUARDO LAUREANO MARTÍNEZ | Email Address on File |
| PC_522 | ERNESTO RUIZ ROMERO | Email Address on File |
| PC_954 | FÉLIX NORMAN ROMÁN NEGRÓN Y OTROS | Email Address on File |
| PC_103 | FRANCISCO VALDES PEREZ | Email Address on File |
| PC_310 | FRANCISCO VELEZ MARTÍNEZ | Email Address on File |
| PC_492 | GLORIA PEÑA CRUZ | Email Address on File |
| PC_515 | GLORIA ROSADO MOLINA | Email Address on File |
| PC_500 | Grendaliz Velez Acevedo | Email Address on File |
| PC_793 | HECTOR LUIS CRUZ LUGO | Email Address on File |
| PC_547 | IRIZARRY MOLINA, JOSMIR (SR) | Email Address on File |
| PC_516 | IVAN COLON PERZ | Email Address on File |
| PC_507 | Ivelise Calderón Alibrán | Email Address on File |
| PC_498 | Ivelisse Calderon Alibran | Email Address on File |
| PC_272 | JANNETTE SALVA CORDERO | Email Address on File |
| PC_494 | JAVIER MERCADO VAZQUEZ | Email Address on File |
| PC_25 | JOEL ALEXIS RIOS MALDONADO | Email Address on File |
| PC_289 | JOEL ALEXIS RIOS MALDONAO Y OTROS | Email Address on File |
| PC_521 | JONATHAN HERNÁNDEZ ZORRILLA | Email Address on File |
| PC_490 | KATHERINE CINTRON CORTES | Email Address on File |
| PC_766 | Luis A. Meléndez García | Email Address on File |
| PC_491 | MAILYN JIMENEZ MUÑIZ | Email Address on File |
| PC_509 | Maria Dolores Maldonado Cabrera | Email Address on File |
| PC_493 | MARIA MOLINA VAZQUEZ Y OTROS | Email Address on File |
| PC_482 | Medicaid and Medicare Advantage Association of Puerto Rico, Inc. | jahm@mac.com;rprats@rpplaw.com |
| PC_483 | Medicaid and Medicare Advantage Products Association of Puerto Rico, Inc. et al | jahm@mac.com;rprats@rpplaw.com |
| PC_582 | MONSERRATE TORRES, GELABEL | Email Address on File |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Exhibit B

Notice Party Email Service List

Served via email

| MMLID | NAME | Email |
|---|---|---|
| PC_489 | ODETTE LOPEZ COLLAZO | Email Address on File |
| PC_512 | PUMA ENERGY CARIBE, LLC | alozano@susmangodfrey.com; jose@bdlawpr.com; jgrinstein@susmangodgfrey.com; kcsuria@estrella.com; |
| PC_1048 | QUIJANO CRUZ, RAYMOND K. | Email Address on File |
| PC_1049 | RAMOS PABÓN, ÁNGEL | Email Address on File |
| PC_484 | Richar Burgess | Email Address on File |
| PC_486 | Roosevelt Cayman Asset Company | ffc@ffclaw.com |
| PC_73 | ROSADO SANTIAGO, ANA L. | Email Address on File |
| PC_502 | RUBEN SANTOS RODRIGUEZ | Email Address on File |
| PC_506 | Sally Morales Sepúlveda | Email Address on File |
| PC_3 | SONIA IVETTE FERRER MELENDEZ | Email Address on File |
| PC_505 | TROPICAL CHILL | arturo@bdlawpr.com;ishapiro@cato.org; jose@bdlawpr.com; |
| PC_504 | TROPICAL CHILL | arturo@bdlawpr.com;ishapiro@cato.org; jose@bdlawpr.com; |
| PC_519 | VICTOR J SALGADO AND ASSOCIATES | damian.laplaca@gmail.com; |
| PC_487 | WILBERT RIVERA HEREDIA | Email Address on File |
| PC_517 | WILSON ORTHOPEDICS MED. & REHAB. CTR., LLC | ibarraeugenio1@gmail.com; jfquetglas@gmail.com; |
| PC_520 | YADIRA CARRASQUILLO GONZÁLEZ | Email Address on File |