# **EXHIBIT A**

| NAME | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST[6] |
|---|---|---|
| Baxter Sales and Distribution Puerto Rico Corp. ("Baxter") | Rexco Industrial Park # 200 Calle B Guaynabo, P.R. 00968 | Baxter holds prepetition unsecured claims against the Commonwealth in the aggregate amount of $1,050,360.77 for health-related products sold or services rendered to the Commonwealth's Department of Health and certain public hospitals and health facilities. |
| Drivetrain, LLC, as the Creditors' Trustee for Doral Financial Corporation ("DFC") | 630 Third Avenue 21st Floor New York, NY 10017 | DFC holds prepetition unsecured claims under a certain closing agreement, dated December 30, 2013, by and among the Secretary, in her capacity as Secretary of the Treasury, and DFC and certain of its affiliates (the "2013 Closing Agreement"), under which DFC became entitled to a credit for tax overpayments in the amount of $34,097,526. The 2013 Closing Agreement provided that the DFC overpayment could be used to reduce estimated taxes or it could be claimed as a tax refund. As of the date hereof, DFC has not used any of the DFC overpayment. As such, DFC has a tax refund claim in the amount of $34,097,526.<br><br>In addition, based on certain closing agreements, DFC is entitled to accrue a $59,314,891 amortization deduction annually from 2017 through 2021 (the "Tax Asset"), which could be used to reduce income that would otherwise be subject to Puerto Rico tax. Under these closing agreements, DFC is contractually entitled to an aggregate deduction of $296,574,455. DFC asserts a claim for any loss of the Tax Asset, as well as any impairment of its rights under the closing agreements.<br><br>DFC also asserts an unliquidated damages claim against the Commonwealth on a number of bases. |
| Genesis Security Services, Inc. ("Genesis") | 5900 Isla Verde Avenue L-2 PMB 438 Carolina, PR 00979 | Genesis holds prepetition unsecured claims against the Commonwealth and/or its instrumentalities under agreements for the provision of security services, in the following amounts:[7]<br><br>Commonwealth:<br>    Department of Transportation and Public Works    $186,912.54<br>    Capitol Superintendence    $272,983.51<br>    Department of Education    $1,398,171.69<br>    Puerto Rico Department of the Family    $119,779.49<br>    Department of Health    $1,033,867.36<br>    Corps of Medical Emergencies Bureau    $22,699.74<br>Highways & Transportation Authority    $1,049,522.49<br>Puerto Rico Electric Power Authority    $18,914.72<br>Puerto Rico Public Buildings Authority    $474,322.74<br>**Total**    **$4,577,174.28** |

---

[6] The Committee takes no position with respect to the amount, validity, secured status, or priority of any of the Committee member's asserted claims that are listed herein. The information contained herein was provided to counsel for the Committee by each Committee member.

[7] The entities listed below are Title III Debtors or their agencies.

| NAME | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTEREST[6] |
|---|---|---|
| Tradewinds Energy Barceloneta, LLC. ("Tradewinds") | 1760 Loiza Street, Suite 303 San Juan PR 00911 | Tradewinds and its affiliate, Tradewinds Energy Vega Baja, LLC ("Tradewinds Vega Baja"), hold prepetition unsecured claims against PREPA in the amount of $20,400,000 and $13,600,000, respectively, based upon certain rights and breaches arising under Power Purchase and Operating Agreements executed on or about October 19 and October 20, 2011 (the "PPO Agreements") in which Tradewinds Energy LLC (an affiliate of Tradewinds and Tradewinds Vega Baja) agreed to build wind turbine electricity generating plant facilities and PREPA, in return, contractually agreed to buy the electricity from Tradewinds Energy LLC. Subsequently, Tradewinds Energy, LLC assigned its interest in the PPO Agreements to Tradewinds and Tradewinds Vega Baja. |
| The Unitech Engineering Group, S.E. ("Unitech") | Urb Sabanera 40 Camino de la Cascada Cidra, Puerto Rico 00739 | Unitech holds prepetition unsecured claims against the Commonwealth of Puerto Rico under certain construction contracts, in the approximate amount of $11,284,462.70, plus interest.<br><br>Unitech holds prepetition unsecured claims against the Puerto Rico Public Buildings Authority under certain construction contracts, in the approximate amount of $2,513,241.46, plus interest. |