# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima vigésima octava objeción global**

Cuadringentésima Vigésimo Octava Objeción Global

Anexo A - Reclamos a ser reclasificados

|   | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
|   |   |   | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | ANTILLES OFFICE SUPPLY<br>PO BOX 3474<br>MANATI, PR 00674 | 36835 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $3,481.00 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $0.00 |
|   |   |   |   |   |   | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3,481.00 |
|   |   |   |   |   |   | Subtotal |   | $3,481.00 |
| | Base para: Los bienes listados en el reclamo fueron recibidos fuera del plazo de recepción establecido de 20 días conforme al título 11 del Código de los Estados Unidos, sección 503(b)(9) y, por lo tanto, no le dan derecho a una prioridad administrativa. | | | | | | | |
| 2 | ANTILLES OFFICE SUPPLY<br>PO BOX 3474<br>MANATÍ, PR 00674 | 49938 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $937.50 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $0.00 |
|   |   |   |   |   |   | El Estado Libre Asociado de Puerto Rico | No Garantizada | $937.50 |
|   |   |   |   |   |   | Subtotal |   | $937.50 |
| | Base para: Los bienes listados en el reclamo fueron recibidos fuera del plazo de recepción establecido de 20 días conforme al título 11 del Código de los Estados Unidos, sección 503(b)(9) y, por lo tanto, no le dan derecho a una prioridad administrativa. | | | | | | | |
| 3 | ANTILLES OFFICE SUPPLY<br>PO BOX 3474<br>MANATÍ, PR 00674 | 56847 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $3,129.00 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $0.00 |
|   |   |   |   |   |   | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3,129.00 |
|   |   |   |   |   |   | Subtotal |   | $3,129.00 |
| | Base para: Los bienes listados en el reclamo fueron recibidos fuera del plazo de recepción establecido de 20 días conforme al título 11 del Código de los Estados Unidos, sección 503(b)(9) y, por lo tanto, no le dan derecho a una prioridad administrativa. | | | | | | | |
| 4 | DEYA ELEVATOR SERVICE INC<br>P.O. BOX 362411<br>SAN JUAN, PR 00936-2411 | 174018 | El Autoridad de Edificios Públicos de Puerto Rico | 503(b)(9) | $308,095.88 | El Autoridad de Edificios Públicos de Puerto Rico | 503(b)(9) | $0.00 |
|   |   |   |   |   |   | El Autoridad de Edificios Públicos de Puerto Rico | No Garantizada | $308,095.88 |
|   |   |   |   |   |   | Subtotal |   | $308,095.88 |
| | Base para: El Demandante reclamó una prioridad administrativa en virtud del título 11 del Código de los Estados Unidos, sección 503(b)(9), pero la evidencia de reclamo no corresponde a bienes vendidos y, por lo tanto, el demandante no tiene derecho a una prioridad administrativa. | | | | | | | |
| 5 | DIAZ TORRES, IRIS N.<br>PO BOX 433<br>BAYAMON, PR 00960 | 6560 | El Estado Libre Asociado de Puerto Rico | Garantizada | $112,565.18* | El Estado Libre Asociado de Puerto Rico | Garantizada | $0.00 |
|   |   |   |   |   |   | El Estado Libre Asociado de Puerto Rico | No Garantizada | $112,565.18* |
|   |   |   |   |   |   | Subtotal |   | $112,565.18* |
| | Base para: El demandante omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado. | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Página 1 de 2

## Cuadringentésima Vigésimo Octava Objeción Global
### Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | RECLAMOS MODIFICADOS DEUDOR | RECLAMOS MODIFICADOS ESTADO DE PRIORIDAD | RECLAMOS MODIFICADOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 6 | JOHNSON & JOHNSON INTERNATIONAL<br>MCCONNELL VALDES LLC<br>C/O NAYUAN ZOUAIRABANI<br>PO BOX 364225<br>SAN JUAN, PR 00936 | 85417 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $1,030.90 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $0.00 |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $59,382.58 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $60,413.48 |
| | | | | Subtotal | $60,413.48 | | Subtotal | $60,413.48 |

Base para: Los bienes listados en el reclamo fueron recibidos fuera del plazo de recepción establecido de 20 días conforme al título 11 del Código de los Estados Unidos, sección 503(b)(9) y, por lo tanto, no le dan derecho a una prioridad administrativa.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 7 | JOSE R GONZALEZ DBA MECANICA TITO<br>PO BOX 310<br>CIALES, PR 00638 | 79856 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $1,147.00 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $0.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,147.00 |
| | | | | | | | Subtotal | $1,147.00 |

Base para: El Demandante reclamó una prioridad administrativa en virtud del título 11 del Código de los Estados Unidos, sección 503(b)(9), pero la obligación de $725.00 no corresponde a bienes vendidos, y por lo tanto, el demandante no tiene derecho a dicha prioridad. Los $422 restantes corresponden a bienes enumerados en el reclamo que se recibieron fuera del período de recepción establecido de 20 días en virtud del título 11 del Código de los Estados Unidos, sección 503(b)(9) y, por lo tanto, no le da derecho a una prioridad administrativa. En consecuencia, el reclamo se reclasificó en su totalidad como un reclamo no asegurado general.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 8 | PROFESSIONAL CONSULTING INTERNATIONAL GROUP INC<br>LUIS P. COSTAS ELENA<br>34 ORQUIDEA<br>URB. SANTA MARIA<br>SAN JUAN, PR 00927 | 10517 | El Estado Libre Asociado de Puerto Rico | Garantizada | $1,550,400.00* | El Estado Libre Asociado de Puerto Rico | Garantizada | $0.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,550,400.00* |
| | | | | | | | Subtotal | $1,550,400.00* |

Base para: El demandante omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 9 | SANTIAGO PEREZ, LEONIDES<br>JOSE MARTINEZ CUSTODIO, ESQ<br>PO BOX 599<br>UTUADO, PR 00641 | 6263 | El Estado Libre Asociado de Puerto Rico | De Prioridad | $197,685.38* | El Estado Libre Asociado de Puerto Rico | De Prioridad | $0.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $197,685.38* |
| | | | | | | | Subtotal | $197,685.38* |

Base para: El demandante reclamó el estado de prioridad en virtud del título 11 del Código de los Estados Unidos, sección 507(a)(4). Según los libros y registros o la documentación presentada junto con la evidencia de reclamo de los Deudores, el reclamo no se relaciona con salarios percibidos dentro de los 180 días siguientes a la fecha de la petición y, por consiguiente, no reúne los requisitos para el estado de prioridad, conforme a la sección 507(a)(4).

| | | | | TOTAL | $ 2,237,854.42* | TOTAL | | $ 2,237,854.42* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados