# **ANEXO A**

**Relación de reclamaciones objeto de la Cuadringentésima trigésima objeción global**

## Cuadringentésima Trigésimo Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ALVARADO APONTE, HECTOR<br>EXT. JARDINES CALLE 8 A22<br>SANTA ISABEL, PR 00757 | 6/20/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169372-1 | $ 25,000.00* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | AMARO RAMOS, JORGE<br>BZT 47<br>BARRIO TUMBAO<br>MAUNABO, PR 00707 | 7/30/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 174475-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | AMBEL BUGOS, MIGUEL A.<br>VILLA CAMABERO<br>5612 CALLE BRICOO<br>SANTA ISABEL, PR 00757-2440 | 6/12/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169238 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | BAEZ AGOSTO, NELIDA<br>PO BOX 2878<br>GUAYNABO, PR 00970 | 6/6/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 48742-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Municipio de Guaynabo, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | BONILLA VICENTE , NILSA I<br>P. O. BOX 372037<br>CAYEY, PR 00737 | 9/1/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 174919 | $ 75,600.00 |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Universidad de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | BURGOS ROLON, RAUL<br>PO BOX 181<br>SANTA ISABEL, PR 00757 | 6/19/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169362-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

## Cuadringentésima Trigésimo Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | CABRERA SOTOMAYOR, JOSE A<br>PO BOX 2161<br>COAMO, PR 00769 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 162496-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Acueductos y Alcantarillados, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | CABRERA SOTOMAYOR, JOSE A.<br>P.O. BOX 2161<br>COAMO, PR 00769 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 107282-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Acueductos y Alcantarillados, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | COLOM GEITZ, SANDRA E.<br>B-3 CALLE 4 VILLAS DE LEVITTOWN<br>TOA BAJA, PR 00949 | 6/27/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 114649-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Municipio de Toa Baja, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | COLON MARTINEZ, ANGEL L<br>808-N EDITH ST<br>LONGVIEW, TX 75601 | 9/25/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 175593 | $ 40,000.00 |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | CORDOVEZ CABASSA, MARIA DEL C.<br>UNIVERSIDAD DE PUERTO RICO HUMACAO, ELA, DEPTO DE RECREACION Y DEPORTES ELA<br>URBANIZACION ROSEVILLE 54 CORALINA<br>SAN JUAN, PR 00926 | 9/21/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 176170-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Universidad de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

## Cuadringentésima Trigésimo Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 12 | CRESPO CRUZ, PEDRO<br>CENTRAL MERCEDITA BUZON #856<br>MERCEDITA, PR 00715-1304 | 4/8/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 168549 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 13 | CRUZ ACOSTA, LUIS R.<br>APARTADO 1041<br>LAJAS, PR 00667 | 7/3/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 100761-1 | Indeterminado* |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Municipio de Lajas, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | | | |
| 14 | CRUZ COLON, ANGEL L.<br>HACIENDA CONCORDIA 11168<br>SANTA ISABEL, PR 00757 | 9/18/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170972 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 15 | CRUZ SERRANO, ROSA E<br>URB COLINAS METROPOLITANA CALLE J13<br>GUAYNABO, PR 00969 | 6/6/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 48738-1 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Municipio de Guaynabo, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | | | |
| 16 | FONT RAMIREZ, ANTONIO<br>HC 1 BOX 10260<br>SAN SEBASTIAN, PR 00685-6734 | 8/12/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170272-1 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Centro de Recaudación de Ingresos Municipales, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | | | |
| 17 | GARCIA REYES, ANIBAL<br>EXT LA CARMEN D31<br>SALINAS, PR 00751 | 8/13/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170285 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation / Municipio de Salinas, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima Trigésimo Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 18 | HERNANDEZ ROSSI, MIGUEL A.<br>1512 STG. OPPENHAIMER<br>PONCE, PR 00728 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 134606-2 | Indeterminado* |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Acueductos y Alcantarillados, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | | | |
| 19 | ISALES GONZALEZ, ILEANA<br>URB. COUNTRY CLUB, CALLE FELIX DE AZARA #1024<br>SAN JUAN, PR 00924 | 10/13/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 177414-1 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | | | |
| 20 | JAIME CRUZ, FELIX C.<br>HC 02 BOX 13202<br>GURABO, PR 00778 | 10/30/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 178298 | $ 45,600.00 |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Universidad de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 21 | LOPEZ, EDWIN<br>11 1 ST<br>APT 1<br>GLEN COVE, NY 11542 | 9/17/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170754 | $ 1,500.00 |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 22 | MEDINA LAZU, BERNEY<br>HC 5 BOX 4976<br>YABUCOA, PR 00767 | 9/17/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 174974-1 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima Trigésimo Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 23 | MENDEZ GONZALEZ, FELIX A<br>PO BOX 362243<br>SAN JUAN, PR 00936-2243 | 8/12/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 177888-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | MENDEZ MUNIZ, NELSON<br>HC3 BOX 18607<br>QUEBRADILLAS, PR 00678 | 7/23/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169906-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | MORALES RAMIREZ, MAIDA<br>8061 PLAZA GAVIOTAS<br>URB. CAMINO DEL MAR<br>TOA BAJA, PR 00949 | 8/6/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 177870 | $ 20,000.00* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | MORALES, ALEJANDRO MARTINEZ<br>P.O. BOX 1917<br>YABUCOA, PR 00767 | 11/18/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 172517-2 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Policía Municipal de Yabucoa, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | MUNIZ BATISTA, IVAN A.<br>HC 7 BOX 76650<br>SAN SEBASTIAN, PR 00685 | 7/23/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169858-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

## Cuadringentésima Trigésimo Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 28 | MUNIZ GINEL, LUIS R<br>HC 01 BOX 6030<br>SANTA ISABEL, PR 00757 | 7/10/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169711-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | NEGRON MOLINA, VICTOR M.<br>URB COLINOS VERDES CALLE 1 - R -12<br>SAN SEBT, PR 00685 | 12/9/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 172714-2 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | ORTIZ RIVERA, AGUSTIN<br>HC 2 BOX 6732<br>BARRANQUITAS, PR 00794 | 7/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 149133-1 | $ 0.00 |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Administración de Servicios Médicos de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | PACHECO PENA, JENNY<br>3169 CALLE TURPIAL URB. VILLA DEL CARMEN<br>PONCE, PR 00716-2120 | 6/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 77679 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Municipio de Ponce, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | PEREZ FEBUS, CELESTE<br>PO BOX 48<br>AGUIRRE, PR 00704 | 8/13/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170273-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

## Cuadringentésima Trigésima Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 33 | PEREZ MAESTRE, ELENA<br>HC6 BOX 17632<br>SAN SEBASTIAN, PR 00685 | 7/29/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170059-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | RAI, ASHA<br>#1543 CALLE MARLIN,URBANIZACIÓN BAHÍA VISTAMAR<br>CAROLINA,, PR 00983 | 9/2/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 174979-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | RAI, GRACE<br>CALLE MONTENEGRO N-34<br>URBANIZACION PARQUE ECUESTRE<br>CAROLINA, PR 00983 | 9/5/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 175092-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | RAMOS PAGAN, JOSE ARNALDO<br>BDA MARIN CALLE Z #51-D<br>GUAYAMA, PR 00784 | 9/3/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170558 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | RAMOS SANTIAGO, CARLOS<br>GREENWOOD 553 URB. SUMIT HILLS<br>SAN JUAN, PR 00920 | 6/8/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 63350-1 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Municipio de Guaynabo, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima Trigésimo Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 38 | RIVAS DELGADO, CARMEN JULIA<br>HC #5 BOX 5544<br>YABUCOA, PR 00767 | 10/7/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 171527-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 | RIVERA CORTES, FERNANDO<br>214#B JULIA<br>SAN JUAN, PR 00917 | 4/20/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 7881 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad Metropolitana de Autobuses, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | RIVERA HIDALGO, ELADIO<br>HC 01 BOX 6719<br>MOA, PR 00676 | 6/27/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 110423-1 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Departamento de la Policía Municipal de Aguadilla, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | RIVERA ROCHE, KATHERINE<br>HC 03 BOX 10923<br>JUANA DIAZ, PR 00795 | 8/13/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 174793-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | ROBLES RIVERA, ELSIE<br>BO PALO ALTO 66-1<br>MANATI, PR 00674 | 7/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 62501-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima Trigésima Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 43 | RODRIGUEZ ACOSTA, MARLYN<br>PO BOX 561174<br>GUAYANILLA, PR 00656 | 7/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 153162 | $ 20,500.00* |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Hospital Regional – Ponce / Departamento de Enfermería, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 44 | RODRIGUEZ CANDELARIO, LUIS ALBERTO<br>AT-8 CALLE 46 URB. LA HACIENDA<br>GUAYAMA, PR 00784 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 163749-1 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | | | |
| 45 | RODRIGUEZ DIAMANTE, NELSON<br>PO BOX -1262 GOAYAMA - PR<br>GUAYAMA, PR 00785 | 9/17/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170945 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 46 | RODRIGUEZ FUENTES, ORLANDO<br>VALLE ARRIBA HEIGHTS<br>T22 C GRANADILLA<br>CAROLINA, PR 00983 | 5/1/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 9913-1 | Indeterminado* |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad Metropolitana de Autobuses, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | | | |
| 47 | RODRIGUEZ LEON, RAMON LUIS<br>HC 6 BOX 44011<br>COTO LAUREL, PR 00780-9554 | 8/27/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170448 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |

## Cuadringentésima Trigésimo Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 48 | RODRIGUEZ MACIAS, JOSE L<br>PD2-117 CALLE VIA DEL RIO<br>URB. PARQUE DEL RIO ENCANTADA<br>TRUJILLO ALTO, PR 00976 | 4/23/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 9013-1 | Indeterminado* |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad Metropolitana de Autobuses, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | | | |
| 49 | RODRIGUEZ MELENDEZ, JOSE M.<br>VIA 63 3K - N1 VILLA FONTANA<br>CAROLINA, PR 00983 | 9/24/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 176190-1 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | | | |
| 50 | RODRIGUEZ ORTIZ, DAVID<br>PO BOX 883<br>GUAYNABO, PR 00970 | 5/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 26407-1 | Indeterminado* |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Municipio de Guaynabo, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | | | |
| 51 | ROSADO GONZALEZ, ANGEL C.<br>HC6 BOX 17492<br>SAN SEBASTIAN, PR 00685 | 8/13/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170230 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation o la Autoridad de Tierras, que no son parte de los procedimientos al amparo del Título III. | | | | | |
| 52 | RUIZ QUIÑONES, JUAN<br>PO. BOX 207<br>LOIZA, PR 00772 | 11/16/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 178968-2 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Acueductos y Alcantarillados, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | | | |
| 53 | SALINAS, MARGARO<br>PO BOX 194<br>MAUNABO, PR 00707 | 7/31/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 174537-1 | Indeterminado* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima Trigésima Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | | | |
| 54 | SANCHEZ SANCHEZ, JORGE<br>HC-04 BOX 8282<br>JUANA DIAZ, PR 00795 | 5/7/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 168791-2 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | | | |
| 55 | SANTIAGO SANTIAGO, IRIS NEREIDA<br>BARRIO QUEBRADAS PARCELA 112 A<br>CALLE DEL RIO<br>GUAYANILLA, PR 00656 | 6/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 84980-1 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Hospital Regional - Ponce, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | | | |
| 56 | SANTIAGO VALENTIN, ANGEL T.<br>HC-6 BUZON 172594<br>SAN SEBASTIAN, PR 00685 | 7/26/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169934 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation o la Autoridad de Tierras, que no son parte de los procedimientos al amparo del Título III. | | | | | |
| 57 | SERRANO JIMENEZ, RAMON A.<br>HC-7 BOX 76786<br>SAN SEBASTIAN, PR 00685 | 7/11/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169642-1 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | | | |
| 58 | VALENTIN VELAZQUEZ, RAFAEL<br>HC 7 BOX 76624<br>SAN SEBASTIAN, PR 00685 | 7/22/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169891 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation o la Autoridad de Tierras, que no son parte de los procedimientos al amparo del Título III. | | | | | |

## Cuadringentésima Trigésimo Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 59 | VELEZ COSME, ZORAIDA<br>URB LEVITTOWN LAKES<br>BV-2 C/DR. MANUEL ALONSO<br>TOA BAJA, PR 00949-3403 | 6/26/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 42209-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Municipio de Toa Baja, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | TOTAL | $ 228,200.00* |
|---|---|---|---|---|---|---|