# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Thirty-Second Omnibus Objection**

Four Hundred Thirty-Second Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | CARRASQUILLO NIEVES, RAFAEL A. PO BOX 1384 CAROLINA, PR 00986 | 15774 | Commonwealth of Puerto Rico | Unsecured | $2,259,615.62 | Puerto Rico Electric Power Authority | Unsecured | $2,259,615.62 |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | COLON-ORTIZ, JOSUE A CAUTIVA 41, CALLE ARCADA CAGUAS, PR 00727-3125 | 39711 | Commonwealth of Puerto Rico | Unsecured | $79,548.84* | Puerto Rico Electric Power Authority | Unsecured | $79,548.84* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | CRUZ ROSADO, LISANDRA HC 01 BOX 4066 JUANA DIAZ, PR 00795 | 156289 | Commonwealth of Puerto Rico | Unsecured | $16,000.00* | Puerto Rico Electric Power Authority | Unsecured | $16,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | CRUZ SOTO, LUIS A PO BOX 316 JUANA DIAZ, PR 00795 | 152131 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5 | CRUZ SOTO, LUIS A. P.O. BOX 316 JUANA DIAZ, PR 00795 | 128735 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6 | ENRIQUEZ GONZALEZ , JOSE A. 2321 CALLE UNIVERSIDAD EDIF EL MIRADOR APT 1701 PONCE, PR 00717 | 148028 | Commonwealth of Puerto Rico | Unsecured | $105,000.00* | Puerto Rico Electric Power Authority | Unsecured | $105,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 | FELICIANO PACHECO, FRANCISCO A. 1230 PAGE BLVD SPRINGFIELD, MA 01104 | 93538 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $25,000.00* | Puerto Rico Electric Power Authority | Unsecured | $25,000.00* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

* Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Thirty-Second Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 8 | GONZALEZ, ROBERTO<br>2361 PENDULA LOS CAOBOS<br>PONCE, PR 00716 | 89074 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 9 | HERNANDEZ ROSSI, MIGUEL A.<br>1512 STG. OPPENHAIMER<br>PONCE, PR 00728 | 134606-1 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability for excessive bills would reside, if at all, under Puerto Rico Electric Power Authority.

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 10 | LOPEZ ALVARADO, RAMON A.<br>10 CALLE RUFINA<br>GUAYANILLA, PR 00656 | 128175 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 11 | LOPEZ ALVARADO, RAMON A.<br>10 CALLE RUFINA<br>GUAYANILLA, PR 00656 | 162758 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12 | MACHADO VARGAS, JUAN<br>HC 3 BOX 7512<br>DORADO, PR 00646 | 10039 | Commonwealth of Puerto Rico | Unsecured | $2,561.00 | Puerto Rico Electric Power Authority | Unsecured | $2,561.00 |

Reason: Proof of claim purported to assert liabilities associated with the Puerto Rico Electric Power Authority, but originally failed to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Electric Power Authority. Claim was subsequently transferred to Commonwealth of Puerto Rico under the assumption claim was related to taxes. Further information was provided by the claimant and additional supporting documentation asserts liabilities associated with claimants employment at the Puerto Rico Electric Power Authority. Accordingly, any liabilities should be asserted against the Puerto Rico Electric Power Authority not the Commonwealth of Puerto Rico.

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 13 | MARTINEZ GAYOL, ANTONIO R<br>URB SABANA GARDENS<br>5-11, CALLES 8<br>CAROLINA, PR 00983 | 13326 | Commonwealth of Puerto Rico | Unsecured | $5,281.52* | Puerto Rico Electric Power Authority | Unsecured | $5,281.52* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

* Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Thirty-Second Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 14 | MELETICHE TORRES, WILFREDO<br>HC 2 BOX 9968<br>JUANA DIAZ, PR 00795 | 176650 | Commonwealth of Puerto Rico | Unsecured | $15,600.00 | Puerto Rico Electric Power Authority | Unsecured | $15,600.00 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 15 | MUNIZ MARQUEZ, EDUARDO<br>#644 LA PALUITA<br>YAUCO, PR 00698 | 125488 | Commonwealth of Puerto Rico | Unsecured | $39,221.23* | Puerto Rico Electric Power Authority | Unsecured | $39,221.23* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 16 | NIEVES RODRIGUEZ, ANA I<br>URB QUINTAS DE VILLAMAR<br>V24 CALLE AZAFRAN<br>DORADO, PR 00646 | 130380 | Commonwealth of Puerto Rico | Unsecured | $2,472.91 | Puerto Rico Electric Power Authority | Unsecured | $2,472.91 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 17 | ORTIZ BENITEZ, JULIO<br>CALLE MERCURIO #16<br>PONCE, PR 00730 | 43072 | Commonwealth of Puerto Rico | 503(b)(9) | $31,200.00* | Puerto Rico Electric Power Authority | 503(b)(9) | $31,200.00* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 18 | OSORIO COTTO, JOSE L<br>URB. RIVER EDGE HILLS<br>77 RIO SABANA<br>LUQUILLO, PR 00773 | 5937 | Commonwealth of Puerto Rico | Unsecured | $5,455.49 | Puerto Rico Electric Power Authority | Unsecured | $5,455.49 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 19 | PABON CRUZ, JOSE F<br>109 CALLE ZAFIRO<br>URB VILLAS DE PATILLAS<br>PATILLAS, PR 00723 | 71903 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $83,259.87 | Puerto Rico Electric Power Authority | Unsecured | $83,259.87 |
| | Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Thirty-Second Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 20 | RODRIGUEZ RODRIGUEZ, JOSE RAUL<br>URB. LAS ANTILLAS E-12<br>SALINAS, PR 00751 | 177416 | Commonwealth of Puerto Rico | Unsecured | $14,400.00 | Puerto Rico Electric Power Authority | Unsecured | $14,400.00 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 21 | RUIZ QUIÑONES, JUAN<br>PO. BOX 207<br>LOIZA, PR 00772 | 178968-1 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability for excessive bills would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| | | | TOTAL | | $ 2,684,616.48* | TOTAL | | $ 2,684,616.48* |

\* Indicates claim contains unliquidated and/or undetermined amounts