# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima trigésima segunda objeción global**

Cuadringentésima Trigésimo Segunda Objeción Global

Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | CARRASQUILLO NIEVES, RAFAEL A. PO BOX 1384 CAROLINA, PR 00986 | 15774 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,259,615.62 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $2,259,615.62 |
| | Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 2 | COLON-ORTIZ, JOSUE A CAUTIVA 41, CALLE ARCADA CAGUAS, PR 00727-3125 | 39711 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $79,548.84* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $79,548.84* |
| | Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 3 | CRUZ ROSADO, LISANDRA HC 01 BOX 4066 JUANA DIAZ, PR 00795 | 156289 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $16,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $16,000.00* |
| | Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 4 | CRUZ SOTO, LUIS A PO BOX 316 JUANA DIAZ, PR 00795 | 152131 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: El Reclamante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que la obligación, de existir, recaería en la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 5 | CRUZ SOTO, LUIS A. P.O. BOX 316 JUANA DIAZ, PR 00795 | 128735 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 6 | ENRIQUEZ GONZALEZ, JOSE A. 2321 CALLE UNIVERSIDAD EDIF EL MIRADOR APT 1701 PONCE, PR 00717 | 148028 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $105,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $105,000.00* |
| | Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Trigésimo Segunda Objeción Global

Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 7 | FELICIANO PACHECO, FRANCISCO A.<br>1230 PAGE BLVD<br>SPRINGFIELD, MA 01104 | 93538 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $25,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $25,000.00* |

Base para: El Reclamante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que la obligación, de existir, recaería en la Autoridad de Energía Eléctrica de Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | GONZALEZ, ROBERTO<br>2361 PENDULA LOS CAOBOS<br>PONCE, PR 00716 | 89074 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | HERNANDEZ ROSSI, MIGUEL A.<br>1512 STG. OPPENHAIMER<br>PONCE, PR 00728 | 134606-1 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Reclamante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que la obligación por facturación en exceso, de existir, recaería sobre la Autoridad de Energía Eléctrica de Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10 | LOPEZ ALVARADO, RAMON A.<br>10 CALLE RUFINA<br>GUAYANILLA, PR 00656 | 128175 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11 | LOPEZ ALVARADO, RAMON A.<br>10 CALLE RUFINA<br>GUAYANILLA, PR 00656 | 162758 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12 | MACHADO VARGAS, JUAN<br>HC 3 BOX 7512<br>DORADO, PR 00646 | 10039 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,561.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $2,561.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con la Autoridad de Energía Eléctrica de Puerto Rico, pero originalmente no proporcionó fundamentos o documentación de respaldo para invocar un reclamo contra la Autoridad de Energía Eléctrica de Puerto Rico. El reclamo fue posteriormente transferido al Estado Libre Asociado de Puerto Rico bajo la presunción de que se trataba de un reclamo relacionado con impuestos. El demandante proporcionó información adicional y la documentación de respaldo adicional fundamenta obligaciones asociados con el empleo de los demandantes en la Autoridad de Energía Eléctrica de Puerto Rico. En consecuencia, cualquier obligación debe invocarse contra la Autoridad de Energía Eléctrica de Puerto Rico, no contra el Estado Libre Asociado de Puerto Rico.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Trigésimo Segunda Objeción Global
Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 13 | MARTINEZ GAYOL, ANTONIO R<br>URB SABANA GARDENS<br>5-11, CALLES 8<br>CAROLINA, PR 00983 | 13326 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,281.52* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $5,281.52* |
| | Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 14 | MELETICHE TORRES, WILFREDO<br>HC 2 BOX 9968<br>JUANA DIAZ, PR 00795 | 176650 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,600.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $15,600.00 |
| | Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 15 | MUNIZ MARQUEZ, EDUARDO<br>#644 LA PALUITA<br>YAUCO, PR 00698 | 125488 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $39,221.23* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $39,221.23* |
| | Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 16 | NIEVES RODRIGUEZ, ANA I<br>URB QUINTAS DE VILLAMAR<br>V24 CALLE AZAFRAN<br>DORADO, PR 00646 | 130380 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,472.91 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $2,472.91 |
| | Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 17 | ORTIZ BENITEZ, JULIO<br>CALLE MERCURIO #16<br>PONCE, PR 00730 | 43072 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $31,200.00* | Autoridad de Energía Eléctrica de Puerto Rico | 503(b)(9) | $31,200.00* |
| | Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 18 | OSORIO COTTO, JOSE L<br>URB. RIVER EDGE HILLS<br>77 RIO SABANA<br>LUQUILLO, PR 00773 | 5937 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,455.49 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $5,455.49 |
| | Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Trigésimo Segunda Objeción Global
Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 19 | PABON CRUZ, JOSE F<br>109 CALLE ZAFIRO<br>URB VILLAS DE PATILLAS<br>PATILLAS, PR 00723 | 71903 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $83,259.87 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $83,259.87 |
| | Base para: El Reclamante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que la obligación, de existir, recaería en la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 20 | RODRIGUEZ RODRIGUEZ, JOSE RAUL<br>URB. LAS ANTILLAS E-12<br>SALINAS, PR 00751 | 177416 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $14,400.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $14,400.00 |
| | Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 21 | RUIZ QUIÑONES, JUAN<br>PO. BOX 207<br>LOIZA, PR 00772 | 178968-1 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: El Demandante identifica al Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación por facturación en exceso recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| | | | TOTAL | | $ 2,684,616.48* | TOTAL | | $ 2,684,616.48* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados