# EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Thirty-First Omnibus Objection**

## Four Hundred Thirty-First Omnibus Objection
### Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | JANSSEN ORTHO, LLC<br>MCCONNELL VALDES LLC<br>C/O NAYUAN ZOUAIRABANI<br>PO BOX 364225<br>SAN JUAN, PR 00936-4225 | 5/24/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 20345 | $ 74,800.00* |
| | Reason: Proof of Claim asserts settlement agreement between HTA and creditor. HTA deposited funds with the Commonwealth court in compliance with the agreement, and the creditor fully withdrew those funds on December 10, 2019. | | | | | |
| 2 | TOMAS CUERDA INC.<br>ATTN: LUIS JOSE CUERDA<br>CFO<br>PO BOX 363307<br>SAN JUAN, PR 00936 | 6/25/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 50397 | $ 700.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice No. 78705. The records of the Highway and Transportation Authority show the invoice has been fully satisfied, pursuant to Wire # 1101360 dated 1/29/2019. | | | | | |
| | | | | | TOTAL | $ 75,500.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts