# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima trigésima primera objeción global**

## Cuadringentésima Trigésimo Primera Objeción Global
### Anexo A - Reclamos pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | JANSSEN ORTHO, LLC<br>MCCONNELL VALDES LLC<br>C/O NAYUAN ZOUAIRABANI<br>PO BOX 364225<br>SAN JUAN, PR 00936-4225 | 5/24/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 20345 | $ 74,800.00* |
| | Base para: La Evidencia de Reclamo invoca un acuerdo de conciliación entre ACT y el acreedor. La ACT depositó los fondos ante el tribunal del Estado Libre Asociado dando cumplimiento al acuerdo y el acreedor retiró la totalidad de los fondos el 10 de diciembre de 2019. | | | | | |
| 2 | TOMAS CUERDA INC.<br>ATTN: LUIS JOSE CUERDA<br>CFO<br>PO BOX 363307<br>SAN JUAN, PR 00936 | 6/25/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 50397 | $ 700.00 |
| | Base para: La Evidencia de Reclamación formula la responsabilidad sobre la base de la Factura n.º 78705. Los registros de la Autoridad de Carreteras y Transportación indican que la factura se abonó en su totalidad mediante la transferencia n°. 1101360 de fecha 29 de enero de 2019. | | | | | |
| | | | | | TOTAL | $ 75,500.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados