# **ANEXO A**

**Relación de reclamaciones objeto de la Cuadringentésima trigésima tercera objeción global**

Cuadringentésima Trigésimo Tercera Objeción Global
Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | COLON CRUZ, JOSE<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 32443 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $17,500.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $17,500.00* |
| | Base para: El Demandante identifica al Estado Libre Asociado de Puerto Rico como deudor si bien la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |
| 2 | DIAZ QUIRINDONGO, ORLANDO<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 71158 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $14,000.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $14,000.00* |
| | Base para: El Demandante identifica al Estado Libre Asociado de Puerto Rico como deudor si bien la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |
| 3 | DIAZ RODRIGUEZ, GABRIEL<br>274 URUGUAY ST.<br>COND TORRE ALTA PH 1<br>SAN JUAN, PR 00917 | 31772 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: El Demandante identifica al Estado Libre Asociado de Puerto Rico como deudor si bien la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |
| 4 | FLORES MIRANDA, EDWIN<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 66027 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $14,000.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $14,000.00* |
| | Base para: El Demandante identifica al Estado Libre Asociado de Puerto Rico como deudor si bien la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |
| 5 | MELENDEZ MALDONADO, GRISEL E.<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 46945 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $18,000.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $18,000.00* |
| | Base para: El Demandante identifica al Estado Libre Asociado de Puerto Rico como deudor si bien la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |
| 6 | PEREZ GUILLERMETY, IRMA<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 47094 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $18,000.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $18,000.00* |
| | Base para: El Demandante identifica al Estado Libre Asociado de Puerto Rico como deudor si bien la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |
| 7 | PICART MONTERO, GINO B.<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 41291 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $18,000.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $18,000.00* |
| | Base para: El Demandante identifica al Estado Libre Asociado de Puerto Rico como deudor si bien la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Trigésimo Tercera Objeción Global
Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 8 | RICO ROLON, ZAIDA<br>PEDRO ORTIZ ALVAREZ LLC<br>CESAR ENRIQUE MOLINA<br>PO BOX 9009<br>PONCE, PR 00732 | 15025 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,711.00 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $10,711.00 |
| | Base para: El Demandante identifica al Estado Libre Asociado de Puerto Rico como deudor si bien la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |
| 9 | RIVERA ALVAREZ, CRUZ<br>CALLE LATIMER #1409<br>SAN JUAN, PR 00940 | 38684 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: El Demandante identifica al Estado Libre Asociado de Puerto Rico como deudor si bien la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |
| 10 | RIVERA COLLAZO, HAYDEE<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 66029 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $72,000.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $72,000.00* |
| | Base para: El Demandante identifica al Estado Libre Asociado de Puerto Rico como deudor si bien la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |
| 11 | RIVERA SANATA, CARMEN<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 47177 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $18,000.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $18,000.00* |
| | Base para: El Demandante identifica al Estado Libre Asociado de Puerto Rico como deudor si bien la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |
| 12 | ROSADO SANTIAGO, WILLIAM<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 62224 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,000,000.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $1,000,000.00* |
| | Base para: El Demandante identifica al Estado Libre Asociado de Puerto Rico como deudor si bien la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |
| 13 | RUIZ RUIZ, ARNALDO<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 31369 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $18,000.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $18,000.00* |
| | Base para: El Demandante identifica al Estado Libre Asociado de Puerto Rico como deudor si bien la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Trigésimo Tercera Objeción Global
Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | CORREGIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 14 | RUIZ-ALVAREZ, JORGE A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 34057 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: El Demandante identifica al Estado Libre Asociado de Puerto Rico como deudor si bien la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |
| 15 | RUIZ-ALVAREZ, JORGE A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 47083 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: El Demandante identifica al Estado Libre Asociado de Puerto Rico como deudor si bien la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |
| 16 | SAN MIGUEL, ENRIQUE ROSSY PO BOX 40177 SAN JUAN, PR 00940-0177 | 46906 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: El Demandante identifica al Estado Libre Asociado de Puerto Rico como deudor si bien la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |
| 17 | SANTIAGO ADORNO, BLANCA I. PO BOX 40177 SAN JUAN, PR 00940-0177 | 47250 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $18,000.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $18,000.00* |
| | Base para: El Demandante identifica al Estado Libre Asociado de Puerto Rico como deudor si bien la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |
| 18 | SANTIAGO RODRIGUEZ, MYRNA L. PO BOX 40177 SAN JUAN, PR 00940-0177 | 47429 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $18,000.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $18,000.00* |
| | Base para: El Demandante identifica al Estado Libre Asociado de Puerto Rico como deudor si bien la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |
| 19 | STELLA DIAZ, HIRAM A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 34161 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $18,000.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $18,000.00* |
| | Base para: El Demandante identifica al Estado Libre Asociado de Puerto Rico como deudor si bien la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |
| 20 | STELLA DIAZ, HIRAM A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 66117 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $34,380.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $34,380.00* |
| | Base para: El Demandante identifica al Estado Libre Asociado de Puerto Rico como deudor si bien la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Trigésimo Tercera Objeción Global
Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 21 | VAZQUEZ RIVERA, CARLOS I<br>HC 73 BOX 4715<br>NARANJITO, PR 00719 | 3007 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: El Demandante identifica al Estado Libre Asociado de Puerto Rico como deudor si bien la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |
| 22 | VEGA GUTIERREZ, HAROLD<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 41413 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $18,000.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $18,000.00* |
| | Base para: El Demandante identifica al Estado Libre Asociado de Puerto Rico como deudor si bien la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |
| 23 | ZAPATA RIVERA, SYLKIA<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 47261 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $18,000.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $18,000.00* |
| | Base para: El Demandante identifica al Estado Libre Asociado de Puerto Rico como deudor si bien la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | |
| | | | TOTAL | | $ 1,342,591.00* | TOTAL | | $ 1,342,591.00* |

* Indica que la reclamación contiene montos por liquidar o indeterminados