# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Thirty-Fifth Omnibus Objection**

## Four Hundred Thirty-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | DIAZ RAMIREZ, LUIS<br>RR 1 BOX 15057<br>MANATI, PR 00674 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23026 | $ 3,458.00 |
| | Reason: Proof of claim purports to assert liabilities associated with unpaid unemployment benefits from the Department of Labor (DOL).  The books and records of the DOL, however, show that the claimant was deemed ineligible in 2016 and, upon appeal within the DOL, the DOL confirmed the claimant's ineligibility. Claimant did not appeal this decision and the claim and/or supporting documentation do not provide any further basis for asserting liability against the Commonwealth or any other Title III Debtor. | | | | | |
| 2 | FELICIANO ROSADO, MAIRA I<br>CALLE ELENA SEGARRA<br>#154 SECTOR EL MANI<br>MAYAGUEZ, PR 00682 | 5/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10547 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated the Commonwealth of Puerto Rico, but the claim and/or supporting documentation do not provide any basis for asserting liabilities against the Commonwealth of Puerto Rico or any other Title III Debtor. | | | | | |
| 3 | GOLDMAN SACHS BANK USA (F/K/A GOLDMAN SACHS CAPITAL MARKETS, L.P.)<br>NICK VAN DUSEN(GOLDMAN SACHS BANK USA)<br>200 WEST STREET<br>NEW YORK, NY 10282-2198 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44253 | $ 3,606,830.47* |
| | Reason: Proof of Claim and supporting documentation assert liabilities associated with an interest rate swap agreement between the claimant and COFINA.  Pursuant to the Amended Order and Judgment Confirming the Third Amended Title III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation [ECF No. 5055] (the "COFINA Plan") and the Stipulation and Order with Respect to (A) Rejection of Swap Agreement Between Goldman Sachs Bank USA and Puerto Rico Sales Tax Financing Corporation, (B) Relief from Stay With Respect to Cash Collateral and (C) Allowance and Treatment of Claim [ECF No. 576, Case No. 17-3284], the claimant's agreement with COFINA was rejected and its claim against COFINA was treated pursuant to the COFINA Plan.  Following confirmation of the COFINA Plan and approval of the settlement of the Commonwealth-COFINA Dispute, the claim and supporting documentation do not provide a basis for asserting liability against the Commonwealth of Puerto Rico. | | | | | |
| 4 | RODRÍGUEZ NÚÑEZ, JESSICA<br>PO BOX 361191<br>SAN JUAN, PR 00936-1191 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28239 | $ 1,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with a Commonwealth program for reimbursing minor damage to vehicles caused by roads.  The books and records of the office of Services to the Citizen within the Puerto Rico Department of Transportation and Public Works (DTOP) show, however, that the claimant did not properly execute and file a claim form within the required statutory period in order to be eligible for payment, and the period to file a claim has elapsed.  The claim and supporting documentation do not provide any further basis for asserting liability against the Commonwealth or any other Title III Debtor. | | | | | |
| 5 | SANTIAGO MEDINA, MILDRED<br>18 HOLLY STREET<br>CARTERET, NJ 07008 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25574 | $ 830.00 |
| | Reason: Claim to Be Disallowed purports to assert liability against the Commonwealth for commissions allegedly owed to claimant for the sale of insurance, but such liability would lie, if at all, with the claimant's employer, and not the Commonwealth. | | | | | |
| | | | | | TOTAL | $ 3,612,118.47* |

\* Indicates claim contains unliquidated and/or undetermined amounts