**ANEXO A**

**Relación de reclamaciones objeto de la Cuadringentésima trigésima quinta objeción global**

## Cuadringentésima Trigésimo Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | DIAZ RAMIREZ, LUIS<br>RR 1 BOX 15057<br>MANATI, PR 00674 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23026 | $ 3,458.00 |
| | Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con beneficios de desempleo impagos del Departamento de Trabajo (DOL). El libro y los registros del DOL, sin embargo, indican que el demandante fue considerado no elegible en 2016 y, tras apelar la decisión del DOL, este último confirma su inelegibilidad. El demandante no apeló esta decisión y el reclamo y/o la documentación de respaldo no proporcionan fundamento alguno para invocar la obligación contra el Estado Libre Asociado o algún otro Deudor del Título III. | | | | | |
| 2 | FELICIANO ROSADO, MAIRA I<br>CALLE ELENA SEGARRA<br>#154 SECTOR EL MANI<br>MAYAGUEZ, PR 00682 | 5/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10547 | Indeterminado* |
| | Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero el reclamo y/o la documentación de respaldo omite proporcionar fundamentos para invocar obligaciones contra el Estado Libre Asociado de Puerto Rico o algún otro Deudor al amparo del Título III. | | | | | |
| 3 | GOLDMAN SACHS BANK USA (F/K/A GOLDMAN SACHS CAPITAL MARKETS, L.P.)<br>NICK VAN DUSEN(GOLDMAN SACHS BANK USA)<br>200 WEST STREET<br>NEW YORK, NY 10282-2198 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 44253 | $ 3,606,830.47* |
| | Base para: La Evidencia de reclamo y la documentación de respaldo invocan obligaciones asociadas con un acuerdo de swap de tasa de interés entre el demandante y COFINA. Conforme a la Resolución Modificada y la Sentencia Confirmatoria del Tercer Plan de Ajuste Modificado conforme al Título III de la Cooperación del Fondo de Interés Apremiante de Puerto Rico [ECF No. 5055] (el "Plan COFINA") y la Estipulación y Resolución respecto a (A) el Rechazo del Acuerdo de Swap Entre Goldman Sachs Bank USA Y la Cooperación del Fondo de Interés Apremiante de Puerto Rico, (B) el Levantamiento de la Suspensión Respecto de la Garantía en Efectivo y (C) la Aceptación y el Procesamiento del Reclamo [ECF No. 576, Caso No. 17-3284], se rechazó el acuerdo del demandante con COFINA y su reclamo contra COFINA recibió un tratamiento conforme al Plan COFINA. Tras la confirmación del Plan COFINA y la aprobación de la liquidación de la Disputa Estado Libre Asociado-COFINA, el reclamo y la documentación de respaldo no proporcionan fundamentos para invocar la obligación contra el Estado Libre Asociado de Puerto Rico. | | | | | |
| 4 | RODRÍGUEZ NÚÑEZ, JESSICA<br>PO BOX 361191<br>SAN JUAN, PR 00936-1191 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28239 | $ 1,000.00* |
| | Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con un programa del Estado Libre Asociado por el reembolso de daños y perjuicios menores a vehículos causados por las carreteras. Los libros y registros de la oficina de Servicios al Ciudadano dentro del Departamento de Transportación y Obras Públicas (DTOP) de Puerto Rico indican, sin embargo, que el demandante no confeccionó y presentó debidamente el formulario de reclamo dentro del plazo de prescripción que establece la ley para poder acceder al pago, y el plazo para presentar el reclamo ha vencido. El reclamo y la documentación de respaldo no proporcionan fundamentos para exigir obligaciones contra el Estado Libre Asociado o algún otro Deudor del Título III. | | | | | |
| 5 | SANTIAGO MEDINA, MILDRED<br>18 HOLLY STREET<br>CARTERET, NJ 07008 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25574 | $ 830.00 |
| | Base para: El reclamo a ser desestimado pretende invocar una obligación contra el Estado Libre Asociado por comisiones presuntamente adeudadas al demandante por la venta de seguro, pero dicha obligación recaería, en todo caso, sobre el empleador del demandante, y no sobre el Estado Libre Asociado. | | | | | |
| | | | | | TOTAL | $ 3,612,118.47* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados