# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima trigésima cuarta objeción global**

Cuadringentésima Trigésimo Cuarta Objeción Global
Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 DIAZ ALICEA, VICTOR M<br>HC 70 BOX 30739<br>SAN LORENZO, PR 00754 | 05/25/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 35151 | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP")...<br>ATTN: IVONNE GONZALEZ-MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120<br>C/O IVONNE GONZALEZ-MORALES<br>ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, presentados en nombre de todos los demandantes del pleito caratulado Francisco Beltrán Cintrón y otros contra el Departamento de Asuntos Familiares N.° KAC2009-0809 (los "Reclamos maestros de Beltrán Cintrón"), por el abogado que representa a los demandantes en dicho pleito. Los demandantes de este litigio son ex empleados del Departamento de Asuntos Familiares ("DOFA") que alegaron que este departamento retuvo de manera indebida una proporción de sus salarios y pagos de jubilación, como consecuencia del "Memorándum General" N.° 5-86 de la Oficina del Personal de Servicios Públicos. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

\* Indica que la reclamación contiene montos por liquidar o indeterminados                                                                                                                          Página 1 de 3

## Cuadringentésima Trigésimo Cuarta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 2  NIEVES CARDONA, LUZ N<br>BOX 570<br>SAN SEBASTIAN, PR 00685 | 06/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 60514 | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP")...<br>ATTN: IVONNE GONZALEZ-MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120<br>C/O IVONNE GONZALEZ-MORALES<br>ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, presentados en nombre de todos los demandantes del pleito caratulado Francisco Beltrán Cintrón y otros contra el Departamento de Asuntos Familiares N.° KAC2009-0809 (los "Reclamos maestros de Beltrán Cintrón"), por el abogado que representa a los demandantes en dicho pleito. Los demandantes de este litigio son ex empleados del Departamento de Asuntos Familiares ("DOFA") que alegaron que este departamento retuvo de manera indebida una proporción de sus salarios y pagos de jubilación, como consecuencia del "Memorándum General" N.° 5-86 de la Oficina del Personal de Servicios Públicos. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

## Cuadringentésima Trigésimo Cuarta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 3 RODRIGUEZ RUIZ, GEMINELLY<br>71 CALLE LOS ANGELES<br>ANASCO, PR 00610 | 04/20/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 7866 | Indeterminado* | ABRAHAM GIMÉNEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELLY (THE "ABRAHAM GIMÉNEZ PLAINTIFF GROUP"); CIVIL CASE NUM. K AC2013-1019 / TSPR AC 2016-0120, JORGE ABRAHA M G IMÉ NEZ PL AI N TIFF GR O UP (1,046 PLAINTIFFS) LCDA. IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 130077 | $ 6,293,000.00* |
| | | | | | JORGE ABRAHAM GIMENEZ ET AL (1,046 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM GIMENEZ PLAINTIFF GROUP") ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179141 | $ 35,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179141 y 130077, que fueran presentados en nombre de todos los demandantes en el litigio titulado Abraham Gimenez y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, n°. KAC2013-1019 (los "Reclamos maestro Abraham Gimenez"), por el abogado que representa a los demandantes en ese litigio. Los demandantes en el litigio son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente una proporción de sus salarios y pagos de pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.