# EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Forty-Fourth Omnibus Objection**

## FOUR HUNDRED FORTY FOURTH OMNIBUS OBJECTION

### Exhibit A – Partially Paid / Partially No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT | REMAINING CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTROL ASSOCIATES OF PR<br>475 CALLE C STE 503<br>GUAYNABO, PR 00969-4272 | 5/9/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 12801 | $139,566.05 | $125,606.56 | Undetermined* | $13,959.49 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. | | | | | | | | |
| 2 | LINDE GAS PUERTO RICO INC.<br>PO BOX 363868<br>SAN JUAN, PR 00936-3868 | 4/2/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 5815 | $1,038,485.89 | $211,063.12 | $742,500.00 | $84,922.77 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of liabilities associated with this claim because the supporting documents provided contained quotes instead of invoices and PREPA could not verify that such quotes resulted in invoices. | | | | | | | | |
| 3 | LORD ELECTRIC COMPANY OF PUERTO RICO<br>PO BOX 363408<br>SAN JUAN, PR 00936 | 6/18/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 166292 | $1,235,417.96 | $964,669.72 | $10,743.75 | $260,004.49 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of liabilities associated with this claim because (i) it was properly withheld pursuant to Puerto Rico tax law and (ii) certain invoices provided are for an amount different than what was approved and paid for by PREPA. | | | | | | | | |
| 4 | ROONEY RIPPIE & RATNASWAMY LLP<br>JOHN RATNASWAMY<br>ROONEY RIPPIE & RATNASWAMY LLP<br>350 W. HUBBARD ST., SUITE 600<br>CHICAGO, IL 60654 | 5/25/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 21683 | $494,988.95 | $452,450.04 | $7,676.36 | $34,862.55 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of the liabilities associated with the claim because it was properly withheld pursuant to Puerto Rico tax law. | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.