## ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima cuadragésima cuarta objeción global**

CUADRINGENTÉSIMA CUADRAGÉSIMA CUARTA OBJECIÓN COLECTIVA

Anexo A – Parcialmente Resueltas / Parcialmente Sin Reclamaciones de Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA | MONTO RESUELTO | SIN MONTO DE RESPONSABILIDAD | RECLAMACION RESTANTE O RECLAMO RESTANTE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTROL ASSOCIATES OF PR 475 CALLE C STE 503 GUAYNABO, PR  00969-4272 | 5/9/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 12801 | $139,566.05 | $125,606.56 | Undetermined* | $13,959.49 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. | | | | | | | | |
| 2 | LINDE GAS PUERTO RICO INC. PO BOX 363868 SAN JUAN, PR  00936-3868 | 4/2/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 5815 | $1,038,485.89 | $211,063.12 | $742,500.00 | $84,922.77 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por parte de la responsabilidad asociada con la reclamación debido porque los justificantes proporcionados contenían cuotas en lugar de facturas y PREPA no pudo verificar que dichas cuotas se tradujeran en facturas. | | | | | | | | |
| 3 | LORD ELECTRIC COMPANY OF PUERTO RICO PO Box 363408 San Juan, PR  00936 | 6/18/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 166292 | $1,235,417.96 | $964,669.72 | $10,743.75 | $260,004.49 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por parte de la responsabilidad asociada con la reclamación debido  (i) a que fue retenida conforme a la ley proporcionados son de impuestos de Puerto Rico, y (ii) ciertas facturas son por un monto diferente al que fue aprobado y pagado por PREPA. | | | | | | | | |
| 4 | ROONEY RIPPIE & RATNASWAMY LLP John Ratnaswamy Rooney Rippie & Ratnaswamy LLP 350 W. Hubbard St., Suite 600 Chicago, IL  60654 | 5/25/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 21683 | $494,988.95 | $452,450.04 | $7,676.36 | $34,862.55 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por parte de la responsabilidad asociada con la reclamación debido a que fue retenida conforme a la leyes de impuestos de Puerto Rico. | | | | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

*Página 1 de 1*