## EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Forty-Sixth Omnibus Objection**

# FOUR HUNDRED FORTY SIXTH OMNIBUS OBJECTION

## Exhibit A – Fully Satisfied

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AKM MFG INC.<br>418 CALLE ASTE 1<br>SAN JUAN, PR 00920-2005 | 5/30/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 43025 | $122,851.77 |
| | Reason: Claimant has provided an email stating that PREPA does not owe the claimant prior to the Petition Date. | | | | | |
| 2 | CONSUMER PROTECTION INDEPENDENT OFFICE ENERGY RELIEF<br>268 THE HATO REY CENTER<br>SUITE #524 AVENUE PONCE DE LEON<br>SAN JUAN, PR 00918 | 3/27/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 2646 | $290,000.00 |
| | Reason: PREPA is not directly liable for this claim but have received evidence that such payments have been made. | | | | | |
| 3 | HEALTH & SAFETY EYE CONCEPT<br>PO BOX 8953<br>CAGUAS, PR 00726-8953 | 3/14/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 2813 | $210.00 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in full. | | | | | |
| 4 | LIBERTY SURPLUS INSURANCE CORPORATION<br>Attn: Jeanne McGuinness<br>55 Water Street<br>18th Floor<br>New York, NY 10041 | 5/24/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 29892 | $11,712.32 |
| | Reason: PREPA is not directly liable for this claim but have received evidence that such payments have been made. | | | | | |
| 5 | NATIONAL UNION FIRE INSURANCE CO OF PITTSBURGH, PA. ON BEHALF OF THE ENTITIES LISTED ON EXHIBIT A<br>AIG Property Casualty, Inc.<br>Attn: Kevin J Larner<br>80 Pine Street, 13th Floor<br>New York, NY 10005 | 3/5/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 1355 | $737,504.48 |
| | Reason: PREPA is not directly liable for this claim but have received evidence that such payments have been made. | | | | | |
| 6 | PRWG<br>Corujo Industrial Park<br>Road 866<br>Bayamon, PR 00961 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 47482 | $477.01 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in full. | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.