# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima cuadragésima sexta objeción global**

CUADRINGENTÉSIMA CUADRAGÉSIMA SEXTA OBJECIÓN COLECTIVA

Anexo A – Reclamaciones Cumplidas / Satisfechas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 1 | AKM MFG INC.<br>418 CALLE ASTE 1<br>SAN JUAN, PR 00920-2005 | 5/30/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 43025 | $122,851.77 |
| | Base para: El reclamante ha proporcionado un correo electrónico que indica que PREPA no le debe al reclamante antes de la fecha de la petición. | | | | | |
| 2 | CONSUMER PROTECTION INDEPENDENT OFFICE ENERGY RELIEF<br>268 THE HATO REY CENTER<br>SUITE #524 AVENUE PONCE DE LEON<br>SAN JUAN, PR 00918 | 3/27/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 2646 | $290,000.00 |
| | Base para: PREPA no es directamente responsable por este reclamo, pero ha recibido evidencia de que ya se han realizado dichos pagos. | | | | | |
| 3 | HEALTH & SAFETY EYE CONCEPT<br>PO BOX 8953<br>CAGUAS, PR 00726-8953 | 3/14/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 2813 | $210.00 |
| | Base para: Obligaciones asociadas con el reclamo han sido pagadas completamente por la PREPA | | | | | |
| 4 | LIBERTY SURPLUS INSURANCE CORPORATION<br>Attn: Jeanne McGuinness<br>55 Water Street<br>18th Floor<br>New York, NY 10041 | 5/24/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 29892 | $11,712.32 |
| | Base para: PREPA no es directamente responsable por este reclamo, pero ha recibido evidencia de que ya se han realizado dichos pagos. | | | | | |
| 5 | NATIONAL UNION FIRE INSURANCE CO OF PITTSBURGH, PA. ON BEHALF OF THE ENTITIES LISTED ON EXHIBIT A<br>AIG Property Casualty, Inc.<br>Attn: Kevin J Larner<br>80 Pine Street, 13th Floor<br>New York, NY 10005 | 3/5/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 1355 | $737,504.48 |
| | Base para: PREPA no es directamente responsable por este reclamo, pero ha recibido evidencia de que ya se han realizado dichos pagos. | | | | | |
| 6 | PRWG<br>Corujo Industrial Park<br>Road 866<br>Bayamon, PR 00961 | 5/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 47482 | $477.01 |
| | Base para: Obligaciones asociadas con el reclamo han sido pagadas completamente por la PREPA | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados