# EXHIBIT B

**Declaration of Mark Shankweiler**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                       Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to PREPA.** |

**DECLARATION OF MARK SHANKWEILER**
**IN SUPPORT OF THE FOUR HUNDRED FORTY-SIXTH**
**OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE**
**PUERTO RICO ELECTRIC POWER AUTHORITY TO SATISFIED CLAIMS**

I, Mark Shankweiler, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.    I am a Managing Director of Berkeley Research Group, LLC ("BRG").  The Financial Oversight and Management Board (the "Oversight Board") retained BRG to assist with, *inter alia*, the claims reconciliation process for the Puerto Rico Electric Power Authority's

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

("PREPA") case filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]  Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2.      In my capacity as a Managing Director of BRG, I am one of the persons responsible for overseeing the claims reconciliation and objection process in PREPA's case filed pursuant to PROMESA.  PREPA's ongoing claims reconciliation process involves the collective effort of a team of BRG employees, as well as Proskauer Rose LLP and O'Neill & Borges LLC, counsel for the Oversight Board, the legal representative for PREPA.

3.      I submit this declaration in support of the *Four Hundred Forty-Sixth Omnibus (Non-Substantive) Objection of the Puerto Rico Electric Power Authority to Satisfied Claims* (the "Four Hundred Forty-Sixth Omnibus Objection").[3]  I have personally reviewed the Four Hundred Forty-Sixth Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.

4.      In preparation for filing the Four Hundred Forty-Sixth Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the Four Hundred Forty-Sixth Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel.  These efforts resulted in the identification of the claims to be disallowed, as identified in Exhibit A to the Four Hundred Forty-Sixth Omnibus Objection.

5.      To the best of my knowledge, information, and belief, each of the claims identified on Exhibit A to the Four Hundred Forty-Sixth Omnibus Objection purport to assert liability against PREPA for unpaid insurance premiums, which PREPA in fact paid directly to an insurance broker,

---

[2]  PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3]  Capitalized terms used but not defined herein shall have the meanings set forth in the Four Hundred Forty-Sixth Omnibus Objection.

who was responsible for remitting the premiums to each of the claimants, respectively.  One claim purports to assert liability based on a transfer authorized by Law 57-2014, which required the Energy Commission of Puerto Rico (the "Energy Commission") to pay 10% of its receipts from PREPA to the claimant.  Following PREPA's transfer of funds to the Energy Commission in May 2018, PREPA's liabilities to the claimant were satisfied, and the Energy Commission is responsible for remitting payment to the claimant.  To the best of my knowledge, information, and belief, PREPA's records therefore show that the liabilities associated with the Satisfied Claims have been fully paid by PREPA.  Accordingly, to prevent excess recoveries by the claimants, PREPA requests that the Satisfied Claims be disallowed in their entirety.

6.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April 1, 2022

By:     /s/ Mark Shankweiler
        Mark Shankweiler

## **ANEXO B**

**Declaración de Mark Shankweiler**

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

*In re*:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,

      como representante del

ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*.,

                    Deudores.[1]

PROMESA
Título III

Núm. 17 BK 3283-LTS

(Administrado Conjuntamente)

**La presente radicación guarda relación con la AEE.**

### DECLARACIÓN DE MARK SHANKWEILER
### EN APOYO DE LA CUADRINGENTÉSIMA CUADRAGÉSIMA SEXTA
### OBJECIÓN GLOBAL (NO SUSTANTIVA)
### DE LA AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO A
### RECLAMACIONES SATISFECHAS

Yo, Mark Shankweiler, conforme al Título 28 U.S.C. § 1746, por medio de la presente

declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi leal saber

y entender:

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos del Gobierno de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

1.    Soy director general de Berkeley Research Group, LLC ("BRG"). La Junta de Supervisión y Administración Financiera (la "Junta de Supervisión") contrató a BRG para que le ayudara, entre otras cosas, con el proceso de reconciliación de reclamaciones en relación con el caso de la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") radicado conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"). [2] Salvo disposición en contrario en la presente declaración, tengo conocimiento personal de los hechos aquí expuestos.

2.    En mi capacidad de director general de BRG, soy una de las personas responsables de supervisar el proceso de reconciliación y objeciones relativo a las reclamaciones en el marco del caso de la AEE radicado conforme a PROMESA. El proceso continuo de reconciliación de reclamaciones de la AEE implica un esfuerzo colectivo de un equipo de los empleados de BRG, así como de Proskauer Rose LLP y de O'Neill & Borges LLC, abogados de la Junta de Supervisión, el representante legal de la AEE.

3.    Realizo esta declaración en apoyo de la *Cuadringentésima cuadragésima sexta objeción global (no sustantiva) de la Autoridad de Energía Eléctrica de Puerto Rico a Reclamaciones Satisfechas* (la "Cuadringentésima cuadragésima sexta objeción global"). [3] He revisado personalmente la Cuadringentésima cuadragésima sexta objeción global, y los anexos relativos a la misma, por lo que estoy familiarizado con la información que contienen.

4.    Durante el proceso de preparación para radicar la Cuadringentésima cuadragésima sexta objeción global, bajo mi dirección y/o supervisión, cada una de las reclamaciones

---

[2]  PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101 a 2241.

[3] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Cuadringentésima cuadragésima sexta objeción global.

controvertidas en la Cuadringentésima cuadragésima sexta objeción global fue examinada y analizada cuidadosamente de buena fe aplicando la debida diligencia por parte del personal pertinente. Dichos esfuerzos resultaron en la identificación de las reclamaciones que han de ser rechazadas, según se identifica en el Anexo A de la Cuadringentésima cuadragésima sexta objeción global.

5. A mi leal saber y entender, cada una de las reclamaciones identificadas en el Anexo A de la Cuadringentésima cuadragésima sexta objeción global pretende alegar responsabilidad contra la AEE por las primas de seguro no pagadas, que la AEE de hecho pagó directamente a un corredor de seguros quien fue responsable de remitir las primas a cada uno de los reclamantes, respectivamente.  Una de las reclamaciones pretende alegar responsabilidad basada en una transferencia autorizada por la Ley 57-2014, que exige que la Comisión de Energía de Puerto Rico (la "Comisión de Energía") pagara el 10% de sus ingresos de la AEE al reclamante.  Tras la transferencia de fondos de le AEE a la Comisión de Energía en mayo de 2018, las obligaciones de la AEE con el reclamante fueron satisfechas, y la Comisión de Energía es responsable de remitir el pago al reclamante.  Sin embargo, a mi leal saber y entender los registros de la AEE muestran que las responsabilidades vinculadas con las Reclamaciones Satisfechas han sido plenamente pagadas por la AEE. En consecuencia, para evitar recuperaciones excesivas por parte de los reclamantes, la AEE solicita que las Reclamaciones Satisfechas sean rechazadas en su totalidad.

6. Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi leal saber y entender.

Fecha: 1 de abril de 2022

Por:   *[Firma en la versión en inglés]*
Mark Shankweiler