# EXHIBIT A

**Schedule of Claims Subject to Four Hundred Thirty-Sixth Omnibus Objection**

## Four Hundred Thirty-Sixth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING AMENDED CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ALICEA HERNANDEZ, JUAN M<br>HC-01 BOX 5352<br>COROZAL, PR 00783 | 07/02/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 138556 | Undetermined* | ALICEA HERNANDEZ, JUAN MANUEL<br>HC-01 BOX 5352<br>COROZAL, PR 00783 | 06/08/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179341 | $ 129,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | CINTRON MORALES, RADAMES<br>CALLE GUANAJIBO<br>154 URB PROVINCIO DEL RIO<br>COAMO, PR 00769 | 06/26/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 97605 | Undetermined* | CINTRON MORALES, RADAMES<br>154 CALLE GUANAJIBO PROVINCIAS DEL RIO<br>COAMO, PR 00769 | 09/27/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 171179 | $ 35,000.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 3 | COLON RIVERA, KATTY<br>HC-01 BOXS 2214<br>MOROVIS, PR 00687 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 69397 | $ 9,800.00 | COLON RIVERA, KATTY<br>HC 01 BOX 2214<br>MOROVIS, PR 00687 | 11/25/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 172579 | $ 9,800.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 4 | CRUZ SANTIAGO, NEFTALI<br>PO BOX 2011<br>ARECIBO, PR 00613-2011 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 123694 | Undetermined* | CRUZ SANTIAGO, NEFTALI<br>PO BOX 2011<br>ARECIBO, PR 00613 | 03/24/21 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179156 | $ 48,420.65 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 5 | FIGUEROA TORRES, MARIA<br>864 COM CARACOLES 1<br>PENUELAS, PR 00624-2505 | 06/21/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 75859 | Undetermined* | FIGUEROA TORRES, MARIA C.<br>ANESSA HERNANDEZ RODRIGUEZ, ESQ<br>4140 AURORA STREET SUITE 1<br>PONCE, PR 00717-1203 | 06/02/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179281 | $ 63,235.80* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Thirty-Sixth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING AMENDED CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AV. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 104045 | Undetermined* | LUISA MARTINEZ VELEZ, RUTH DALIA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 07/14/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 174260 | $ 7,200.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 7 | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 102983 | Undetermined* | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 07/14/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 174278 | $ 5,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 8 | NAZARIO SANTIAGO, CARMEN DELIA<br>VILLA DEL CARMEN KIL 19.5 CARRE 150<br>COAMO, PR 00769 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 126242 | Undetermined* | NAZARIO SANTIAGO, CARMEN D.<br>BOX 769<br>COAMO, PR 00769 | 07/10/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 169712 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 9 | RIVERA LEBRON, MAGDA G.<br>HC - 63 BOX 3313<br>PATILLAS, PR 00723 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 149862 | Undetermined* | RIVERA, MAGDA G.<br>HC-63 BOX 3313<br>PATILLAS, PR 00723 | 09/10/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 175328 | $ 75,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 10 | RODRIGUEZ RIOS, ANA DELIS<br>BE-18 C/25A. URB. BAIROA<br>CAGUAS, PR 00725 | 06/26/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 162478 | $ 1,500.00* | RODRIGUEZ RIOS, ANA DELIS<br>BE-18 CALLE 25A URB. BAIROA<br>CAGUAS, PR 00725 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 145154 | $ 5,000.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts