# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima trigésima sexta objeción global**

## Cuadringentésima Trigésimo Sexta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIONES ENMENDADAS RESTANTES | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | ALICEA HERNANDEZ, JUAN M<br>HC-01 BOX 5352<br>COROZAL, PR 00783 | 07/02/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 138556 | Indeterminado* | ALICEA HERNANDEZ, JUAN MANUEL<br>HC-01 BOX 5352<br>COROZAL, PR 00783 | 06/08/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179341 | $ 129,000.00 |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 2 | CINTRON MORALES, RADAMES<br>CALLE GUANAJIBO 154 URB PROVINCIO DEL RIO<br>COAMO, PR 00769 | 06/26/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 97605 | Indeterminado* | CINTRON MORALES, RADAMES<br>154 CALLE GUANAJIBO PROVINCIAS DEL RIO<br>COAMO, PR 00769 | 09/27/19 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 171179 | $ 35,000.00* |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 3 | COLON RIVERA, KATTY<br>HC-01 BOXS 2214<br>MOROVIS, PR 00687 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 69397 | $ 9,800.00 | COLON RIVERA, KATTY<br>HC 01 BOX 2214<br>MOROVIS, PR 00687 | 11/25/19 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 172579 | $ 9,800.00* |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 4 | CRUZ SANTIAGO, NEFTALI<br>PO BOX 2011<br>ARECIBO, PR 00613-2011 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 123694 | Indeterminado* | CRUZ SANTIAGO, NEFTALI<br>PO BOX 2011<br>ARECIBO, PR 00613 | 03/24/21 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179156 | $ 48,420.65 |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 5 | FIGUEROA TORRES, MARIA<br>864 COM CARACOLES 1<br>PENUELAS, PR 00624-2505 | 06/21/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 75859 | Indeterminado* | FIGUEROA TORRES, MARIA C.<br>ANESSA HERNANDEZ RODRIGUEZ, ESQ<br>4140 AURORA STREET SUITE 1<br>PONCE, PR 00717-1203 | 06/02/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179281 | $ 63,235.80* |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Trigésimo Sexta Objeción Global
Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIONES ENMENDADAS RESTANTES | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 6 | MARTINEZ VELEZ, RUTH DALIA LUISA PMB 506 609 AV. TITO CASTRO SUITE 102 PONCE, PR 00716-0200 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 104045 | Indeterminado* | LUISA MARTINEZ VELEZ, RUTH DALIA PMB 506 609 AVE. TITO CASTRO SUITE 102 PONCE, PR 00716-0200 | 07/14/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 174260 | $ 7,200.00 |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 7 | MARTINEZ VELEZ, RUTH DALIA LUISA PMB 506 609 AVE. TITO CASTRO SUITE 102 PONCE, PR 00716-0200 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 102983 | Indeterminado* | MARTINEZ VELEZ, RUTH DALIA LUISA PMB 506 609 AVE. TITO CASTRO SUITE 102 PONCE, PR 00716-0200 | 07/14/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 174278 | $ 5,000.00 |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 8 | NAZARIO SANTIAGO, CARMEN DELIA VILLA DEL CARMEN KIL 19.5 CARRE 150 COAMO, PR 00769 | 06/28/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 126242 | Indeterminado* | NAZARIO SANTIAGO, CARMEN D. BOX 769 COAMO, PR 00769 | 07/10/19 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 169712 | Indeterminado* |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 9 | RIVERA LEBRON, MAGDA G. HC - 63 BOX 3313 PATILLAS, PR 00723 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 149862 | Indeterminado* | RIVERA, MAGDA G. HC-63 BOX 3313 PATILLAS, PR 00723 | 09/10/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 175328 | $ 75,000.00 |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 10 | RODRIGUEZ RIOS, ANA DELIS BE-18 C/25A. URB. BAIROA CAGUAS, PR 00725 | 06/26/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 162478 | $ 1,500.00* | RODRIGUEZ RIOS, ANA DELIS BE-18 CALLE 25A URB. BAIROA CAGUAS, PR 00725 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 145154 | $ 5,000.00* |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados