# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima trigésima octava objeción global**

## Cuadringentésima Trigésimo Octava Objeción Global
### Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | KADAIR, MARGO B<br>7436 RICHARDS DRIVE<br>BATON ROUGE, LA 70809-1544 | 178094 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $35,625.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $35,625.00 |
| | Base para: El reclamante identifica como deudor al Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo, la documentación de respaldo, el o los nombres de los bonos en disputa o la información del CUSIP señalan que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico. | | | | | | | |
| 2 | MELVIN LYNN REVOCABLE TRUST<br>7562 GRANVILLE DR.<br>TAMARAC, FL 33321 | 179204 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $60,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $40,000.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,000.00 |
| | | | | | | Subtotal | | $60,000.00 |
| | Base para: El Demandante, además, identifica como deudor al Estado Libre Asociado de Puerto Rico, cuando la Evidencia de reclamo, la documentación de respaldo, el o los nombres de los bonos en disputa o la información del CUSIP señalan que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico. Otra porción permanecerá en el Estado Libre Asociado | | | | | | | |
| | | | TOTAL | | $ 95,625.00 | TOTAL | | $ 95,625.00 |