## EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Thirty-Ninth Omnibus Objection**

## Four Hundred Thirty-Ninth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/24/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179613 | $ 5,000.00 |
| | Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 2 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/23/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179602 | $ 5,550.00 |
| | Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 3 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/19/2021 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 179591 | $ 6,375.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 4 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/19/2021 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 179592 | $ 12,475.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 5 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/23/2021 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 179609 | $ 10,233.33 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Puerto Rico Public Buildings Authority case. | | | | | |
| 6 | ANN DEROSE, KATHY<br>10 CHURCH TOWERS APT 2F<br>HOBOKEN, NJ 07030 | 10/25/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179668 | $ 88,542.00 |
| | Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 7 | AYLWARD, LEE ANN<br>TD AMERITRADE CLEARING, INC.<br>FBO LEE ANN AYLWARD 926005888<br>7801 MESQUITE BEND DRIVE, SUITE 112<br>IRVING, TX 75063-6043 | 10/13/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179641 | $ 5,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Thirty-Ninth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | BASNIGHT, II, WALTER H.<br>TD AMERITRADE CLEARING, INC.<br>FBO WALTER H. BASNIGHT & CAROL W<br>BASNIGHT JT TEN<br>PO BOX 12687<br>NEW BERN, NC 28561 | 10/13/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179640 | $ 1,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | BAULING, RILEY ANN<br>219 LEXINGTON ST<br>DEKALB, IL 60115 | 10/4/2021 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 179631 | $ 10,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | DIMARTINO, IRENE<br>TD AMERITRADE CLEARING, INC.<br>FBO IRENE DIMARTINO 5985<br>PO BOX 12687<br>NEW BERN, NC 28561 | 10/15/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179647 | $ 1,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | FISHER, MICHAEL E<br>TD AMERITRADE CLEARING, INC.<br>FBO MICHAEL E FISHER 922062576<br>7801 MESQUITE BEND DRIVE, SUITE 112<br>IRVING, TX 75063-6043 | 10/13/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179642 | $ 2,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | GARY J. HUG, GDN<br>TD AMERITRADE CLEARING, INC.<br>FBO GARY J. HUG, GDN 6045<br>PO BOX 12687<br>NEW BERN, NC 28561 | 10/15/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179646 | $ 1,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

## Four Hundred Thirty-Ninth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | GIFFIN, THERESE B.<br>TD AMERITRADE CLEARING, INC.<br>FBO THERESE B. GIFFIN 6013<br>PO BOX 12687<br>NEW BERN, NC 28561 | 10/15/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179648 | $ 3,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | JOHN S WARE IV & LYNN S SZALLAR<br>40 SENECA TRAIL<br>DENVILLE, NJ 07834 | 9/29/2021 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 179617 | $ 5,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | LINDA M. ELLIS LIVING TRUST<br>1560 GULF BLVD # 701<br>CLEARWATER, FL 33767 | 9/22/2021 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 179604 | $ 10,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Puerto Rico Public Buildings Authority case.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | MICHAEL BAULING & MARY JEAN BAULING JT TEN<br>219 LEXINGTON ST<br>DEKALB, IL 60115 | 10/4/2021 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 179630 | $ 5,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | RAUSCHER, GEORGE & THERESA<br>15 COMANCHE TRAIL<br>DENVILLE, NJ 07834 | 10/5/2021 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 179635 | $ 5,650.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 18 | ROONEY, JOSEPH A<br>90 CAMPBELL ROAD<br>FAIRFIELD, CT 06824 | 9/17/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179575 | $ 30,000.00 |

Reason: Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant also asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

## Four Hundred Thirty-Ninth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | TIMOTHY KLEIN VIA TDAMERITRADE<br>212 STONEY LN<br>HUNTSVILLE, AL 35806 | 9/17/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179594 | $ 5,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | WALTER, FRANK JAMES<br>2N240 PRAIRIE AVE<br>GLEN ELLYN, IL 60137 | 10/4/2021 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 179629 | $ 5,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | WHITEFORT CAPITAL MASTER FUND LP<br>C/O JOSEPH KAPLAN<br>12 E 49TH ST<br>STE 4009<br>NEW YORK, NY 10017-8222 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 145769 | Undetermined* |

Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | YOLANDA RIVERA, CARMEN<br>URB. BUCARE, ESMERALDA 19<br>GUAYNABO, PR 00969 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31525 | $ 121,128.00 |

Reason: Claimant asserts investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim.

| | | | | | TOTAL | $ 337,953.33* |
|---|---|---|---|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts