# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima trigésima novena objeción global**

## Cuadringentésima Trigésima Novena Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/24/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179613 | $ 5,000.00 |
| | Base para: El Demandante invoca una obligación asociada con uno o más bono(s) emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso del Estado Libre Asociado de Puerto Rico. | | | | | |
| 2 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/23/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179602 | $ 5,550.00 |
| | Base para: El Demandante invoca una obligación asociada con uno o más bono(s) emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso del Estado Libre Asociado de Puerto Rico. | | | | | |
| 3 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/19/2021 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 179591 | $ 6,375.00 |
| | Base para: El demandante invoca una obligación asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación de Puerto Rico (ATC), la cual es un duplicado de una o más Evidencias de Reclamo Maestras que fueron presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o fiduciario de estos bonos. | | | | | |
| 4 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/19/2021 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 179592 | $ 12,475.00 |
| | Base para: El demandante invoca una obligación asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación de Puerto Rico (ATC), la cual es un duplicado de una o más Evidencias de Reclamo Maestras que fueron presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o fiduciario de estos bonos. | | | | | |
| 5 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/23/2021 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 179609 | $ 10,233.33 |
| | Base para: El Demandante invoca una obligación asociada con uno o más bono(s) emitidos por la Autoridad de Edificios Públicos de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso de la Autoridad de Edificios Públicos de Puerto Rico. | | | | | |
| 6 | ANN DEROSE, KATHY<br>10 CHURCH TOWERS APT 2F<br>HOBOKEN, NJ 07030 | 10/25/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179668 | $ 88,542.00 |
| | Base para: El Demandante invoca una obligación asociada con uno o más bono(s) emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso del Estado Libre Asociado de Puerto Rico. | | | | | |
| 7 | AYLWARD, LEE ANN<br>TD AMERITRADE CLEARING, INC.<br>FBO LEE ANN AYLWARD 926005888<br>7801 MESQUITE BEND DRIVE, SUITE 112<br>IRVING, TX 75063-6043 | 10/13/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179641 | $ 5,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |

## Cuadringentésima Trigésima Novena Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | BASNIGHT, II, WALTER H.<br>TD AMERITRADE CLEARING, INC.<br>FBO WALTER H. BASNIGHT & CAROL W BASNIGHT JT TEN<br>PO BOX 12687<br>NEW BERN, NC 28561 | 10/13/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179640 | $ 1,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 9 | BAULING, RILEY ANN<br>219 LEXINGTON ST<br>DEKALB, IL 60115 | 10/4/2021 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 179631 | $ 10,000.00 |
| | Base para: El demandante invoca una obligación asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación de Puerto Rico (ATC), la cual es un duplicado de una o más Evidencias de Reclamo Maestras que fueron presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o fiduciario de estos bonos. | | | | | |
| 10 | DIMARTINO, IRENE<br>TD AMERITRADE CLEARING, INC.<br>FBO IRENE DIMARTINO 5985<br>PO BOX 12687<br>NEW BERN, NC 28561 | 10/15/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179647 | $ 1,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 11 | FISHER, MICHAEL E<br>TD AMERITRADE CLEARING, INC.<br>FBO MICHAEL E FISHER 922062576<br>7801 MESQUITE BEND DRIVE, SUITE 112<br>IRVING, TX 75063-6043 | 10/13/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179642 | $ 2,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 12 | GARY J. HUG, GDN<br>TD AMERITRADE CLEARING, INC.<br>FBO GARY J. HUG, GDN 6045<br>PO BOX 12687<br>NEW BERN, NC 28561 | 10/15/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179646 | $ 1,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |

## Cuadringentésima Trigésima Novena Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | GIFFIN, THERESE B.<br>TD AMERITRADE CLEARING, INC.<br>FBO THERESE B. GIFFIN 6013<br>PO BOX 12687<br>NEW BERN, NC 28561 | 10/15/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179648 | $ 3,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 14 | JOHN S WARE IV & LYNN S SZALLAR<br>40 SENECA TRAIL<br>DENVILLE, NJ 07834 | 9/29/2021 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 179617 | $ 5,000.00 |
| | Base para: El demandante invoca una obligación asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación de Puerto Rico (ATC), la cual es un duplicado de una o más Evidencias de Reclamo Maestras que fueron presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o fiduciario de estos bonos. | | | | | |
| 15 | LINDA M. ELLIS LIVING TRUST<br>1560 GULF BLVD # 701<br>CLEARWATER, FL 33767 | 9/22/2021 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 179604 | $ 10,000.00 |
| | Base para: El Demandante invoca una obligación asociada con uno o más bono(s) emitidos por la Autoridad de Edificios Públicos de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso de la Autoridad de Edificios Públicos de Puerto Rico. | | | | | |
| 16 | MICHAEL BAULING & MARY JEAN BAULING JT TEN<br>219 LEXINGTON ST<br>DEKALB, IL 60115 | 10/4/2021 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 179630 | $ 5,000.00 |
| | Base para: El demandante invoca una obligación asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación de Puerto Rico (ATC), la cual es un duplicado de una o más Evidencias de Reclamo Maestras que fueron presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o fiduciario de estos bonos. | | | | | |
| 17 | RAUSCHER, GEORGE & THERESA<br>15 COMANCHE TRAIL<br>DENVILLE, NJ 07834 | 10/5/2021 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 179635 | $ 5,650.00 |
| | Base para: El demandante invoca una obligación asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación de Puerto Rico (ATC), la cual es un duplicado de una o más Evidencias de Reclamo Maestras que fueron presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o fiduciario de estos bonos. | | | | | |
| 18 | ROONEY, JOSEPH A<br>90 CAMPBELL ROAD<br>FAIRFIELD, CT 06824 | 9/17/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179575 | $ 30,000.00 |
| | Base para: El Demandante invoca una obligación asociada con uno o más bono(s) emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso del Estado Libre Asociado de Puerto Rico. El Demandante también reclama, en parte, una obligación fundada en la supuesta titularidad de Bonos del Banco Gubernamental de Fomento (BGF) sujetos a la Modificación Cualificada, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF; por lo tanto, el Estado Libre Asociado ya no tiene obligación alguna con respecto a estos reclamos. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima Trigésima Novena Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | TIMOTHY KLEIN VIA TDAMERITRADE<br>212 STONEY LN<br>HUNTSVILLE, AL 35806 | 9/17/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179594 | $ 5,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 20 | WALTER, FRANK JAMES<br>2N240 PRAIRIE AVE<br>GLEN ELLYN, IL 60137 | 10/4/2021 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 179629 | $ 5,000.00 |
| | Base para: El demandante invoca una obligación asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación de Puerto Rico (ATC), la cual es un duplicado de una o más Evidencias de Reclamo Maestras que fueron presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o fiduciario de estos bonos. | | | | | |
| 21 | WHITEFORT CAPITAL MASTER FUND LP<br>C/O JOSEPH KAPLAN<br>12 E 49TH ST<br>STE 4009<br>NEW YORK, NY 10017-8222 | 7/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 145769 | Indeterminado* |
| | Base para: El Demandante invoca una obligación asociada con uno o más bono(s) emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso del Estado Libre Asociado de Puerto Rico. | | | | | |
| 22 | YOLANDA RIVERA, CARMEN<br>URB. BUCARE, ESMERALDA 19<br>GUAYNABO, PR 00969 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 31525 | $ 121,128.00 |
| | Base para: El Demandante invoca inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado de Puerto Rico. El reclamo pretende, por tanto, recuperar una suma de dinero por la cual el Estado Libre Asociado no es responsable pues el demandante no es "acreedor" del Estado Libre Asociado de Puerto Rico y carece de capacidad para invocar este reclamo derivativo. | | | | | |
| | | | | | TOTAL | $ 337,953.33* |