# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima cuadragésima objeción global**

## Cuadringentésima Cuadragésima Global
## Anexo A - Reclamos a ser parcialmente desestimados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | COLON, GLORIA E<br>PO BOX 370596<br>CAYEY, PR 00737-0596 | 16443 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $75,000.00 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $0.00 |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $255,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00 |
| | | | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $225,000.00 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $0.00 |
| | | | | Subtotal | $555,000.00 | | Subtotal | $10,000.00 |

Base para: El Demandante pretende reclamar, en parte, una obligación basada en la supuesta propiedad de bonos de COFINA y, por lo tanto, solicita la recuperación de montos que el Estado Libre Asociado de Puerto Rico no tiene obligación de pagar, pues los reclamos (1) se acordaron y conciliaron de conformidad con la Orden de Resolución y (2) se liquidaron y pagaron conforme al Plan y a la Orden Enmendada de Confirmación. Asimismo, el demandante invoca, en parte, una obligación asociada con uno o más bonos emitidos por el ERS que son duplicados de Evidencia de Reclamo Maestra que fue presentada en el Caso del ERS al amparo del Título III por el agente fiscal. Asimismo, el reclamante invoca, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que son duplicados de una o más evidencias de reclamo maestras que el agente fiscal o el fideicomisario de esos bonos presentaron en el Caso de la ACT al amparo del Título III. El Demandante pretende invocar, en parte, una obligación asociada con bono(s) emitido(s) por la Autoridad de Edificios Públicos de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso del Estado Libre Asociado de Puerto Rico. El Demandante también pretende invocar, en parte, una obligación asociada con bono(s) emitido(s) por la Universidad de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso del Estado Libre Asociado de Puerto Rico. Asimismo, la evidencia de reclamo pretende recuperar, en parte, sumas de dinero por las cuales el Estado Libre Asociado no es responsable pues reclama derechos en una o más obligaciones cuyos titulares han venido recibiendo el pago completo, no constituye(n) una deuda del Estado Libre Asociado y que están asociadas con una entidad, la Autoridad de Acueductos y Alcantarillados (AAA), la cual no es un Deudor al amparo del Título III. Otra porción permanecerá en el Estado Libre Asociado

| 2 | EDWIN B. EMERY JR. TRUSTEE OF THE BONNIE L. BANKERT REVOCABLE TRUST<br>EDWIN B. EMERY JR.<br>7605 PALISADE WAY<br>FAIR OAKS, CA 95628 | 7374 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $80,500.00 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $0.00 |
|---|---|---|---|---|---|---|---|---|
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $38,341.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $38,341.00 |
| | | | | Subtotal | $118,841.00 | | Subtotal | $38,341.00 |

Base para: El demandante invoca una obligación asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación de Puerto Rico (ACT), la cual es un duplicado de una o más Evidencias de Reclamo Maestras que fueron presentadas en el Caso de la ACT al amparo del Título III por el agente fiscal o fiduciario de estos bonos. Otra porción permanecerá en el Estado Libre Asociado

Cuadringentésima Cuadragésima Global
Anexo A - Reclamos a ser parcialmente desestimados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 3 | IZQUIERDO STELLA, HILDA A<br>URB LA RAMBLA<br>1632 CALLE NAVARRA<br>PONCE, PR 00730-4059 | 11276 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $110,000.00 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $0.00 |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $200,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $200,000.00 |
| | | | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $250,000.00 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $0.00 |
| | | | | Subtotal | $560,000.00 | | Subtotal | $200,000.00 |

Base para: El demandante reclama, en parte, una obligación asociada a uno o más bonos emitidos por el ERS que son duplicados de la Evidencia de reclamo maestra presentada en el Caso del ERS al amparo del Título III por el agente fiscal. Asimismo, el reclamante invoca, en parte, una obligación asociada a uno o más bonos emitidos por la ACT, que son duplicados de una o más evidencias de reclamo maestras que el agente fiscal o el fideicomisario de esos bonos presentaron en el Caso de la ACT al amparo del Título III. Otra porción permanecerá en el Estado Libre Asociado

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 4 | NEUHAUS, MARY LYNN<br>JAMES JARRARD<br>1595 MONTROSE TERRACE<br>DUBUQUE, IA 52001 | 2208 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $5,000.00 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $0.00 |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $120,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00 |
| | | | | Subtotal | $125,000.00 | | Subtotal | $10,000.00 |

Base para: El Demandante invoca una obligación asociada con uno o más bono(s) emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso del Estado Libre Asociado de Puerto Rico. Asimismo, el Demandante reclama, en parte, notas aseguradas secundariamente cuyos números CUSIP originales están asociados a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias Maestras de Reclamos presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos. Otra porción permanecerá en el Estado Libre Asociado

| | | | | TOTAL | $ 1,358,841.00 | TOTAL | | $ 258,341.00 |