## EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Forty-First Omnibus Objection**

Four Hundred Forty-First Omnibus Objection
Exhibit A - Claims to Be Disallowed

<u>CLAIMS TO BE DISALLOWED</u>                                                                                              <u>REMAINING CLAIMS</u>

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ACOSTA RODRIGUEZ, XIOMARA P.O. BOX 140385 ARECIBO, PR 00614-0385 | 07/06/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 126253 | Undetermined* | ACOSTA RODRIGUEZ, XIOMARA PO BOX 140385 ARECIBO, PR 00614-0385 | 07/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 159518 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ACOSTA RODRIGUEZ, XIOMARA PO BOX 140385 ARECIBO, PR 00614-0385 | 07/06/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 147748 | Undetermined* | ACOSTA RODRIGUEZ, XIOMARA PO BOX 140385 ARECIBO, PR 00614-0385 | 07/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 159518 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | ALAMO CUEVAS, JOSE M URB. VILLA DEL REY 4TA.SEC. CALLE 5   4L10 CAGUAS, PR 00725 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 59624 | Undetermined* | ALAMO CUEVAS, JOSE M. URB. VILLA DEL REY 4T SEC. CALLE 5 4L10 CAGUAS, PR 00725 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 56486 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | BERMUDEZ PORTELA, LUIS O PO BOX 937 VIEQUES, PR 00765 | 02/26/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 526 | $ 900.30 | BERMUDEZ PORTELA, LUIS O PO BOX 937 VIEQUES, PR 00765 | 02/26/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 524 | $ 111.22 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | BRITO NUNEZ, JANNETTE BO PARIS 76 CALLE NEMESIA ARROYO MAYAGUEZ, PR 00680 | 05/24/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 33333 | Undetermined* | BRITO NUNEZ, JANNETTE M BO PARIS 76 CALLE NEMESIO ARROYO MAYAGUEZ, PR 00680 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 32813 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

* Indicates claim contains unliquidated and/or undetermined amounts                                                                       Page 1 of 11

Four Hundred Forty-First Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | CARRION RIVERA, GLADYS HC 01 BOX 7104 LUQUILLO, PR 00773 | 07/06/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 155282 | $ 2,130.00 | CARRION RIVERA, GLADYS HC 01 - BOX 7104 LUQUILLO, PR 00773 | 07/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 122292 | $ 18,000.00 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| 7 | CASTRO HERNANDEZ, WILLIAM 26 CALLE DIEGO DEYNES MOCA, PR 00676 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 77356 | Undetermined* | CASTRO HERNANDEZ, WILLIAM 26 CALLE DIEGO DEYNES MOCA, PR 00676-4812 | 07/05/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 141782 | Undetermined* |
|---|---|---|---|---|---|---|---|---|---|---|

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| 8 | COLON RIVERA, KATTY HC 01 BOX 2214 MOROVIS, PR 00687 | 11/25/19 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 172578 | $ 9,600.00* | COLON RIVERA, KATTY HC 01 BOX 2214 MOROVIS, PR 00687 | 11/25/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 172579 | $ 9,800.00* |
|---|---|---|---|---|---|---|---|---|---|---|

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| 9 | CORREA COLON, MIRIAM ESPERANZA HC 03 BOX 21664 ARECIBO, PR 00612 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 82821 | Undetermined* | CORREA COLON, MIRIAM BO. ESPERANZA HC 03 BOX 21664 ARECIBO, PR 00612 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 71080 | Undetermined* |
|---|---|---|---|---|---|---|---|---|---|---|

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| 10 | CRUZ GALARZA, HELEN PO BOX 3090 SAN SEBASTIAN, PR 00685 | 09/15/19 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 170626 | $ 48,246.38 | CRUZ GALARZA, HELEN PO BOX 3090 SAN SEBASTIAN, PR 00685 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 62048 | $ 48,246.38* |
|---|---|---|---|---|---|---|---|---|---|---|

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

Four Hundred Forty-First Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 11 CRUZ MERCED, LUZ ESTHER COND. PARQUE SAN ANTONIO II APT. 2104 CAGUAS, PR 00725 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 162959 | Undetermined* | CRUZ MERCED, LUZ ESTHER COND. PARQUE SAN ANTONIO 2 APT. 2104 CAGUAS, PR 00725 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 120653 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12 CRUZ SOTO, ESTHER PO BOX 316 JUANA DIAZ, PR 00795 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 69059 | Undetermined* | CRUZ SOTO, ESTHER PO BOX 316 JUANA DIAZ, PR 00795 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 72608 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 13 DE JESUS MEDINA, EFRAIN HC 40 BOX 44331 SAN LORENZO, PR 00754 | 06/27/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 131543 | $ 50,000.00* | DE JESUS MEDINA, EFRAIN HC 40 BOX 44331 SAN LORENZO, PR 00754 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 108437 | $ 50,000.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 14 DIAZ CARABALLO, CARMEN L. 5H15 CALLE 5-8 URB. MONTE BRISAS 5 FAJARDO, PR 00738 | 07/05/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 156054 | $ 12,000.00* | DIAZ CARABALLO, CARMEN L. 5H15 CALLE 5-8 URB. MONTE BRISAS 5 FAJARDO, PR 00738 | 07/05/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 156449 | $ 10,000.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 15 DIAZ GONZALEZ, HECTOR  RAFAEL COLINAS DE BAYOAN CALLE GUARIONEX # 616 BAYAMON, PR 00957-3778 | 06/15/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93171 | $ 17,488.20 | DIAZ GONZALEZ, HECTOR  R COLINA DE BAYAMON 616 CALLE GUARIONEX BAYAMON, PR 00957-3778 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 162374 | $ 17,488.20* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

* Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Forty-First Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 16 | FELICIANO VELEZ, IRENE 978 CALLE F PARC SOLEDAD MAYAGUEZ, PR 00682 | 05/24/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 32870 | Undetermined* | FELICIANO VELEZ, IRENE 978 CALLE F PARCELAS SALEDAD MAYAGUEZ, PR 00682-7653 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 34771 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 17 | GONZALEZ GONZALEZ, DIGNORA RR#1 BUZON 35CC CAROLINA, PR 00979 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 163454-1 | Undetermined* | GONZALEZ GONZALEZ, DIGNORA RR #1 BUZON 35 CC CAROLINA, PR 00979 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 142682 | $ 3,506,726.00 |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 18 | GONZALEZ GONZALEZ, ROSAEL PO BOX 1082 VILLALBA, PR 00766-1082 | 06/25/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 81640 | Undetermined* | GONZALEZ GONZALEZ, ROSAEL PO BOX 1082 VILLALBA, PR 00766-1082 | 06/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 81862 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 19 | GONZALEZ RIVERA, MIRTA LUZ APARTADO 733 CIDRA, PR 00739 | 06/25/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 86415 | Undetermined* | GONZALEZ RIVERA, MIRTA LUZ APARTADO 733 CIDRA, PR 00739 | 06/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 114868 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 20 | GUADALUPE DIAZ, ROSAURA 2DA EXT. COUNTRY CLUB 1169 CALLE TRINIDAD PADILLA SAN JUAN, PR 00924 | 04/18/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 9391 | $ 343.39* | GUADALUPE DIAZ, ROSAURA URB COUNTRY CLUB 1169 CALLE TRINIDAD PADILLA SAN JUAN, PR 00924 | 04/18/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 5503 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Forty-First Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 21 | GUZMAN AROCHO, DIANA M. 25 CALLE MALAGUETA URB. 3T ISABELA, PR 00662 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 134043 | $ 5,602.93* | GUZMAN AROCHO, DIANA M. 25 CALLE MALAGUSTA URB. 3T ISABELA, PR 00662 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 137345 | $ 2,700.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | HARGROVE CORDERO, KATHERINE URB LAGO HORIZONTE 3028 CALLE ESMERALDA COTTO LAUREL, PR 00780 | 06/18/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 50386 | Undetermined* | HARGROVE CORDERO, KATHERINE URB. LAGO HORIZONTE 3028 CALLE ESMERALDA COTO LAUREL, PR 00780 -2420 | 06/18/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50545 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 | HARGROVE CORDERO, KATHERINE URB. LAGO HORIZONTE 3028 CALLE ESMERALDA COTTO LAUREL, PR 00780-2420 | 06/26/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 102206 | Undetermined* | HARGROVE CORDERO, KATHERINE URB. LAGO HORIZONTE 3028 CALLE ESMERALDA COTO LAUREL, PR 00780 -2420 | 06/18/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50545 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | HARGROVE CORDERO, KATHERINE 3028 CALLE ESMERALDA URB. LAGO HORIZONTE COTTO LAUREL, PR 00780 | 06/26/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 107924 | Undetermined* | HARGROVE CORDERO, KATHERINE URB. LAGO HORIZONTE 3028 CALLE ESMERALDA COTO LAUREL, PR 00780 -2420 | 06/18/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 50545 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

* Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Forty-First Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 25 HERNANDEZ DE JESUS, MARISOL URB VALLE DE ENSUENO 502 VALLE VERDE GURABO, PR 00778 | 06/21/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 63395-1 | Undetermined* | HERNANDEZ DE JESUS, MARISOL URBANIZACION VALLE DE ENSUENO 502 VALLE VERDE GURABO, PR 00778 | 06/21/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 76345-1 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 26 LASANTA PINTADO, NELLY PO BOX 676 BAYAMON, PR 00960 | 06/26/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 102236 | $ 8,400.00* | LASANTA PINTADO, NELLY PO BOX 676 BAYAMON, PR 00960 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 120327 | $ 26,000.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 27 LOPEZ AVILA, MARIA E. 20700 CALLE DE JESUS SANCHEZ QUEBRADILLAS, PR 00678-7213 | 07/06/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 159082 | Undetermined* | LOPEZ AVILA, MARIA E. 20700 CALLE DE JESUS SANCHEZ QUEBRADILLAS, PR 00678-7213 | 07/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 146977 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 28 LOPEZ CORTES, LUCERMINA 15505 CALLE MAGA URB. PASEO DE JACARANDA SANTA ISABEL, PR 00757 -9627 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 82987 | Undetermined* | LOPEZ CORTES, LUCERMINA 15505 CALLE MAGA URB. PASEO DE JACARANDA SANTA ISABEL, PR 00757 -9627 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 151030 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 29 LOPEZ VALENTIN, CARIDAD HC-01 BOX 3807 CALLEJONES LARES, PR 00669 | 06/28/18 | 17 BK 03567-LTS / Puerto Rico Highways and Transportation Authority | 67540 | Undetermined* | LOPEZ VALENTIN, CARIDAD HC-01 BOX 3807 CALLEJONES LARES, PR 00669 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 66138 | Undetermined* |

Reason: Duplicate liability filed against Debtor Puerto Rico Highways and Transportation Authority.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

* Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Forty-First Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 30 LOZADA SANCHEZ, ZORAIDA PO BOX 797 COROZAL, PR 00783 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 142867 | Undetermined* | LOZADA SANCHEZ, ZORAIDA PO BOX 797 COROZEL, PR 00787 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 128052 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 31 MACHUCA MARTINEZ , IRIS D HC 46 BOX 5434 BO. PUERTOS DORADO, PR 00646 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 136702 | Undetermined* | MACHUCA MARTINEZ, IRIS D HC 46 BOX 5434 BO. PUERTOS DORADO, PR 00646 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 161020 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 32 MALDONADO IRIZARRY, MINERVA URB ALT PENUCLAS 2 CALLE 3 # D-7 PENUELAS, PR 00624 | 06/27/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 108957 | Undetermined* | MALDONADO IRIZARRY, MINERVA URB ALT. PENUELAS 2 CALLE 3 # D-7 PENUELAS, PR 00624 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 110855 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 33 MASSA DIEPPA, HILDA CALLE 8 F1-48 CIUDAD MASSO SAN LORENZO, PR 00754 | 06/22/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 63107 | $ 75,000.00 | MASSA DIEPPA, HILDA CALLE 8 F1-48 CIUDAD MASSO SAN LORENZO, PR 00754 | 06/22/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 76464 | $ 75,000.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 34 MELENDEZ ROSADO, CRUZ N. APT. 392 COROZAL, PR 00783 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 138777 | Undetermined* | MELENDEZ ROSADO, CRUZ N APT 392 COROZAL, PR 00783 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 110837 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

* Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Forty-First Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 35 | NIEVES RIVAS, MARGARITA PO BOX 515 PATILLAS, PR 00723-0515 | 06/27/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 129713 | Undetermined* | NIEVES RIVAS, MARGARITA PO BOX 515 PO BOX 515 PATILLAS, PR 00723-0515 | 06/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 90048 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | PEREZ VERA, SYLVIA 1207 YOSE REPTO. METROP. SAN JUAN, PR 00921 | 07/06/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 157886 | $ 45,000.00* | PEREZ VERA, SYLVIA 1207 40 SE ST. REPARTO METROP. SAN JUAN, PR 00921 | 10/20/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 177547 | $ 45,000.00 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 37 | RAMIREZ MEDINA, JESUS M URB COUNTRY CLUB 1169 CALLE TRINIDAD PADILLA SAN JUAN, PR 00924 | 04/18/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 5814 | Undetermined* | RAMIREZ MEDINA, JESUS M URB COUNTRY CLUB 1169 CALLE TRINIDAD PADILLA SAN JUAN, PR 00924 | 04/18/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 5788 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 38 | REYES BERRIOS, LYZETTE HC 12 BOX 7256 HUMACAO, PR 00791 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 139802 | Undetermined* | REYES BERRIOS, LYZETTE HC -12 BOX 7256 HUMACAO, PR 00791 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 132493 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 39 | RIOS SANTIAGO, CARMEN M. HC - 5 BOX 5452 JUANA DIAZ, PR 00795-9876 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 162931-1 | Undetermined* | RIOS SANTIAGO, CARMEN M. HC-5 BOX 5452 JUANA DIAZ, PR 00795-9876 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 138317-1 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

Four Hundred Forty-First Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 40 RIVERA CARTAGENA, CATHY PO BOX 774 AGUAS BUENAS, PR 00703 | 05/25/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 32662-1 | Undetermined* | RIVERA CARTAGENA, CATHY PO BOX 774 AGUAS BUENAS, PR 00703 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 33224-1 | $ 59,433.96* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 41 RIVERA FELICIANO, LOALY PO BOX 533 SALINAS, PR 00751 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 137667 | Undetermined* | RIVERA FELICIANO , LOALY P.O. BOX 533 SALINAS, PR 00751 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 140646 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 42 RIVERA GONZALEZ, AGUEDA M. URB. VILLAS DEL PRADO 641 CALLE LAS VISTAS JUANA DIAZ, PR 00795-2751 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 59304-1 | Undetermined* | RIVERA GONZALEZ, AGUEDA M. URB VILLAS DEL PRADO 641 CALLE LAS VISTAS JUANA DIAZ, PR 00795-2751 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 59419-1 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 43 RIVERA GONZALEZ, AGUEDA M. URB. VILLAS DEL PRADO 641 CALLE LAS VISTAS JUANA DIAZ, PR 00795-2751 | 06/28/18 | 17 BK 03567-LTS / Puerto Rico Highways and Transportation Authority | 59387-1 | Undetermined* | RIVERA GONZALEZ, AGUEDA M. URB VILLAS DEL PRADO 641 CALLE LAS VISTAS JUANA DIAZ, PR 00795-2751 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 59419-1 | Undetermined* |

Reason: Duplicate liability filed against Debtor Puerto Rico Highways and Transportation Authority. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 44 ROBLEDO RIVERA, SYLVIA HC 3 BOX 12533 JUANA DIAZ, PR 00795-9508 | 06/27/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 101306 | $ 25,000.00 | ROBLEDO RIVERA, SYLVIA HC 3 BOX 12533 JUANA DIAZ, PR 00795-9508 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 105961 | $ 70,000.00 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

* Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Forty-First Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 45 SANCHEZ COLON, JERIMAR Y PO BOX 310 UTUADO, PR 00641 | 04/11/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 5253 | $ 22,813.10 | SANCHEZ COLON, JERIMAR Y PO BOX 310 UTUADO, PR 00641 | 04/11/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 4511 | $ 22,813.10 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 46 SANCHEZ COLON, JERIMAR Y PO BOX 310 UTUADO, PR 00641 | 04/11/18 | 17 BK 03567-LTS / Puerto Rico Highways and Transportation Authority | 5254 | $ 22,813.10 | SANCHEZ COLON, JERIMAR Y PO BOX 310 UTUADO, PR 00641 | 04/11/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 4511 | $ 22,813.10 |

Reason: Duplicate liability filed against Debtor Puerto Rico Highways and Transportation Authority.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 47 SANCHEZ VAZQUEZ, IRMA BO. ESPINOSA APARTADO 3642 VEGA ALTA, PR 00692 | 06/27/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 47565 | $ 34,089.64 | SANCHEZ VAZQUEZ, IRMA BO. ESPINOSA APARTADO 3642 VEGA ALTA, PR 00692 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 53838 | $ 34,089.64 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 48 SIERRA MALDONADO, ALFONSO VILLAS DE RIO CANAS # 1333 CALLE PADRE SANTIAGO PONCE, PR 00728-1945 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 125447 | Undetermined* | SIERRA MALDONADO, ALFONSO VILLAS RIO CANAS CALLE PADRE SANTIAGO #1333 PONCE, PR 00728-1945 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 124943 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 49 SOTO LOPEZ, EDNA I. 473 CALLE BARBOSA MOCA, PR 00676 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 70030 | Undetermined* | SOTO LOPEZ, EDNA I. 473 CALLE BARBOSA MOCA, PR 00676 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 69324 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

* Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Forty-First Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 50 | TIRADO RODRIGUEZ, NORMA I. CALLE 6 N-4 VILLA DEL REY 4TA SECCION CAGUAS, PR 00727 | 06/25/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 82223 | $ 75,000.00* | TIRADO RODRIGUEZ, NORMA I CALLE 6 N4  URB VILLA DEL REY 4TA SECCION CAGUAS, PR 00727 | 06/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 80811 | $ 75,000.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 51 | TORRES VELAZQUEZ, VITERLINA PO BOX 54 PATILLAS, PR 00723-0054 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 137285 | Undetermined* | TORRES VELAZQUEZ, VITERLINA PO BOX 54 PATILLAS, PR 00723-0054 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 145158 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 52 | VAZQUEZ MALDONADO, IVETTE #034 ALELI-URB MONTE ELENA DORADO, PR 00646 | 06/27/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104241 | $ 36,000.00* | VAZQUEZ MALDONADO, IVETTE 34 URB MONTE ELENA ALELI DORADO, PR 00646 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 100853 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.