# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima cuadragésima primera objeción global**

Cuadringentésima Cuadragésimo Primera Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | ACOSTA RODRIGUEZ, XIOMARA<br>P.O. BOX 140385<br>ARECIBO, PR 00614-0385 | 07/06/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 126253 | Indeterminado* | ACOSTA RODRIGUEZ, XIOMARA<br>PO BOX 140385<br>ARECIBO, PR 00614-0385 | 07/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 159518 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ACOSTA RODRIGUEZ, XIOMARA<br>PO BOX 140385<br>ARECIBO, PR 00614-0385 | 07/06/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 147748 | Indeterminado* | ACOSTA RODRIGUEZ, XIOMARA<br>PO BOX 140385<br>ARECIBO, PR 00614-0385 | 07/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 159518 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | ALAMO CUEVAS, JOSE M<br>URB. VILLA DEL REY 4TA.SEC.<br>CALLE 5 4L10<br>CAGUAS, PR 00725 | 06/28/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 59624 | Indeterminado* | ALAMO CUEVAS, JOSE M.<br>URB. VILLA DEL REY 4T SEC.<br>CALLE 5 4L10<br>CAGUAS, PR 00725 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 56486 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | BERMUDEZ PORTELA, LUIS O<br>PO BOX 937<br>VIEQUES, PR 00765 | 02/26/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 526 | $ 900.30 | BERMUDEZ PORTELA, LUIS O<br>PO BOX 937<br>VIEQUES, PR 00765 | 02/26/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 524 | $ 111.22 |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | BRITO NUNEZ, JANNETTE<br>BO PARIS<br>76 CALLE NEMESIA ARROYO<br>MAYAGUEZ, PR 00680 | 05/24/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 33333 | Indeterminado* | BRITO NUNEZ, JANNETTE M<br>BO PARIS<br>76 CALLE NEMESIO ARROYO<br>MAYAGUEZ, PR 00680 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32813 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Cuadragésimo Primera Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 6 | CARRION RIVERA, GLADYS HC 01 BOX 7104 LUQUILLO, PR 00773 | 07/06/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 155282 | $ 2,130.00 | CARRION RIVERA, GLADYS HC 01 - BOX 7104 LUQUILLO, PR 00773 | 07/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 122292 | $ 18,000.00 |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| 7 | CASTRO HERNANDEZ, WILLIAM 26 CALLE DIEGO DEYNES MOCA, PR 00676 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 77356 | Indeterminado* | CASTRO HERNANDEZ, WILLIAM 26 CALLE DIEGO DEYNES MOCA, PR 00676-4812 | 07/05/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 141782 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| 8 | COLON RIVERA, KATTY HC 01 BOX 2214 MOROVIS, PR 00687 | 11/25/19 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 172578 | $ 9,600.00* | COLON RIVERA, KATTY HC 01 BOX 2214 MOROVIS, PR 00687 | 11/25/19 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 172579 | $ 9,800.00* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| 9 | CORREA COLON, MIRIAM ESPERANZA HC 03 BOX 21664 ARECIBO, PR 00612 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 82821 | Indeterminado* | CORREA COLON, MIRIAM BO. ESPERANZA HC 03 BOX 21664 ARECIBO, PR 00612 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 71080 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| 10 | CRUZ GALARZA, HELEN PO BOX 3090 SAN SEBASTIAN, PR 00685 | 09/15/19 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 170626 | $ 48,246.38 | CRUZ GALARZA, HELEN PO BOX 3090 SAN SEBASTIAN, PR 00685 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 62048 | $ 48,246.38* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

Cuadringentésima Cuadragésimo Primera Objeción Global
Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 11 CRUZ MERCED, LUZ ESTHER COND. PARQUE SAN ANTONIO II APT. 2104 CAGUAS, PR 00725 | 06/28/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 162959 | Indeterminado* | CRUZ MERCED, LUZ ESTHER COND. PARQUE SAN ANTONIO 2 APT. 2104 CAGUAS, PR 00725 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 120653 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| 12 CRUZ SOTO, ESTHER PO BOX 316 JUANA DIAZ, PR 00795 | 06/28/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 69059 | Indeterminado* | CRUZ SOTO, ESTHER PO BOX 316 JUANA DIAZ, PR 00795 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 72608 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| 13 DE JESUS MEDINA, EFRAIN HC 40 BOX 44331 SAN LORENZO, PR 00754 | 06/27/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 131543 | $ 50,000.00* | DE JESUS MEDINA, EFRAIN HC 40 BOX 44331 SAN LORENZO, PR 00754 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 108437 | $ 50,000.00* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| 14 DIAZ CARABALLO, CARMEN L. 5H15 CALLE 5-8 URB. MONTE BRISAS 5 FAJARDO, PR 00738 | 07/05/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 156054 | $ 12,000.00* | DIAZ CARABALLO, CARMEN L. 5H15 CALLE 5-8 URB. MONTE BRISAS 5 FAJARDO, PR 00738 | 07/05/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 156449 | $ 10,000.00* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| 15 DIAZ GONZALEZ, HECTOR RAFAEL COLINAS DE BAYOAN CALLE GUARIONEX # 616 BAYAMON, PR 00957-3778 | 06/15/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93171 | $ 17,488.20 | DIAZ GONZALEZ, HECTOR R COLINA DE BAYAMON 616 CALLE GUARIONEX BAYAMON, PR 00957-3778 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 162374 | $ 17,488.20* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

Cuadringentésima Cuadragésimo Primera Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 16 | FELICIANO VELEZ, IRENE<br>978 CALLE F PARC SOLEDAD<br>MAYAGUEZ, PR 00682 | 05/24/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 32870 | Indeterminado* | FELICIANO VELEZ, IRENE<br>978 CALLE F PARCELAS SALEDAD<br>MAYAGUEZ, PR 00682-7653 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 34771 | Indeterminado* |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 17 | GONZALEZ GONZALEZ, DIGNORA<br>RR#1 BUZON 35CC<br>CAROLINA, PR 00979 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 163454-1 | Indeterminado* | GONZALEZ GONZALEZ, DIGNORA<br>RR #1 BUZON 35 CC<br>CAROLINA, PR 00979 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 142682 | $ 3,506,726.00 |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 18 | GONZALEZ GONZALEZ, ROSAEL<br>PO BOX 1082<br>VILLALBA, PR 00766-1082 | 06/25/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 81640 | Indeterminado* | GONZALEZ GONZALEZ, ROSAEL<br>PO BOX 1082<br>VILLALBA, PR 00766-1082 | 06/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 81862 | Indeterminado* |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 19 | GONZALEZ RIVERA, MIRTA LUZ<br>APARTADO 733<br>CIDRA, PR 00739 | 06/25/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 86415 | Indeterminado* | GONZALEZ RIVERA, MIRTA LUZ<br>APARTADO 733<br>CIDRA, PR 00739 | 06/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 114868 | Indeterminado* |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 20 | GUADALUPE DIAZ, ROSAURA<br>2DA EXT. COUNTRY CLUB<br>1169 CALLE TRINIDAD PADILLA<br>SAN JUAN, PR 00924 | 04/18/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 9391 | $ 343.39* | GUADALUPE DIAZ, ROSAURA<br>URB COUNTRY CLUB<br>1169 CALLE TRINIDAD PADILLA<br>SAN JUAN, PR 00924 | 04/18/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 5503 | Indeterminado* |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |

Cuadringentésima Cuadragésimo Primera Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 21 | GUZMAN AROCHO, DIANA M. 25 CALLE MALAGUETA URB. 3T ISABELA, PR 00662 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 134043 | $ 5,602.93* | GUZMAN AROCHO, DIANA M. 25 CALLE MALAGUSTA URB. 3T ISABELA, PR 00662 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 137345 | $ 2,700.00* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| 22 | HARGROVE CORDERO, KATHERINE URB LAGO HORIZONTE 3028 CALLE ESMERALDA COTTO LAUREL, PR 00780 | 06/18/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 50386 | Indeterminado* | HARGROVE CORDERO, KATHERINE URB. LAGO HORIZONTE 3028 CALLE ESMERALDA COTO LAUREL, PR 00780-2420 | 06/18/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50545 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| 23 | HARGROVE CORDERO, KATHERINE URB. LAGO HORIZONTE 3028 CALLE ESMERALDA COTTO LAUREL, PR 00780-2420 | 06/26/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 102206 | Indeterminado* | HARGROVE CORDERO, KATHERINE URB. LAGO HORIZONTE 3028 CALLE ESMERALDA COTO LAUREL, PR 00780-2420 | 06/18/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50545 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| 24 | HARGROVE CORDERO, KATHERINE 3028 CALLE ESMERALDA URB. LAGO HORIZONTE COTTO LAUREL, PR 00780 | 06/26/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 107924 | Indeterminado* | HARGROVE CORDERO, KATHERINE URB. LAGO HORIZONTE 3028 CALLE ESMERALDA COTO LAUREL, PR 00780-2420 | 06/18/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50545 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

## Cuadringentésima Cuadragésimo Primera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 25 | HERNANDEZ DE JESUS, MARISOL URB VALLE DE ENSUENO 502 VALLE VERDE GURABO, PR 00778 | 06/21/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 63395-1 | Indeterminado* | HERNANDEZ DE JESUS, MARISOL URBANIZACION VALLE DE ENSUENO 502 VALLE VERDE GURABO, PR 00778 | 06/21/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 76345-1 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | LASANTA PINTADO, NELLY PO BOX 676 BAYAMON, PR 00960 | 06/26/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 102236 | $ 8,400.00* | LASANTA PINTADO, NELLY PO BOX 676 BAYAMON, PR 00960 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 120327 | $ 26,000.00* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | LOPEZ AVILA, MARIA E. 20700 CALLE DE JESUS SANCHEZ QUEBRADILLAS, PR 00678-7213 | 07/06/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 159082 | Indeterminado* | LOPEZ AVILA, MARIA E. 20700 CALLE DE JESUS SANCHEZ QUEBRADILLAS, PR 00678-7213 | 07/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 146977 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | LOPEZ CORTES, LUCERMINA 15505 CALLE MAGA URB. PASEO DE JACARANDA SANTA ISABEL, PR 00757-9627 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 82987 | Indeterminado* | LOPEZ CORTES, LUCERMINA 15505 CALLE MAGA URB. PASEO DE JACARANDA SANTA ISABEL, PR 00757-9627 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 151030 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

## Cuadringentésima Cuadragésimo Primera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 29 | LOPEZ VALENTIN, CARIDAD<br>HC-01 BOX 3807<br>CALLEJONES<br>LARES, PR 00669 | 06/28/18 | 17 BK 03567-LTS / Autoridad de Carreteras y Transportación de Puerto Rico | 67540 | Indeterminado* | LOPEZ VALENTIN, CARIDAD<br>HC-01 BOX 3807<br>CALLEJONES<br>LARES, PR 00669 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 66138 | Indeterminado* |

Base para: Obligación duplicada presentada contra el deudor Autoridad de Carreteras y Transportación de Puerto Rico. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | LOZADA SANCHEZ, ZORAIDA<br>PO BOX 797<br>COROZAL, PR 00783 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 142867 | Indeterminado* | LOZADA SANCHEZ, ZORAIDA<br>PO BOX 797<br>COROZEL, PR 00787 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 128052 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | MACHUCA MARTINEZ , IRIS D<br>HC 46 BOX 5434 BO. PUERTOS<br>DORADO, PR 00646 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 136702 | Indeterminado* | MACHUCA MARTINEZ, IRIS D<br>HC 46 BOX 5434 BO. PUERTOS<br>DORADO, PR 00646 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 161020 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | MALDONADO IRIZARRY, MINERVA<br>URB ALT PENUCLAS 2<br>CALLE 3 # D-7<br>PENUELAS, PR 00624 | 06/27/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 108957 | Indeterminado* | MALDONADO IRIZARRY, MINERVA<br>URB ALT. PENUELAS 2<br>CALLE 3 # D-7<br>PENUELAS, PR 00624 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 110855 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 33 | MASSA DIEPPA, HILDA<br>CALLE 8 F1-48<br>CIUDAD MASSO<br>SAN LORENZO, PR 00754 | 06/22/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 63107 | $ 75,000.00 | MASSA DIEPPA, HILDA<br>CALLE 8 F1-48 CIUDAD MASSO<br>SAN LORENZO, PR 00754 | 06/22/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 76464 | $ 75,000.00* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

## Cuadringentésima Cuadragésimo Primera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 34 | MELENDEZ ROSADO, CRUZ N. APT. 392 COROZAL, PR 00783 | 06/28/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 138777 | Indeterminado* | MELENDEZ ROSADO, CRUZ N APT 392 COROZAL, PR 00783 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 110837 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 35 | NIEVES RIVAS, MARGARITA PO BOX 515 PATILLAS, PR 00723-0515 | 06/27/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 129713 | Indeterminado* | NIEVES RIVAS, MARGARITA PO BOX 515 PO BOX 515 PATILLAS, PR 00723-0515 | 06/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 90048 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | PEREZ VERA, SYLVIA 1207 YOSE REPTO. METROP. SAN JUAN, PR 00921 | 07/06/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 157886 | $ 45,000.00* | PEREZ VERA, SYLVIA 1207 40 SE ST. REPARTO METROP. SAN JUAN, PR 00921 | 10/20/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 177547 | $ 45,000.00 |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 37 | RAMIREZ MEDINA, JESUS M URB COUNTRY CLUB 1169 CALLE TRINIDAD PADILLA SAN JUAN, PR 00924 | 04/18/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 5814 | Indeterminado* | RAMIREZ MEDINA, JESUS M URB COUNTRY CLUB 1169 CALLE TRINIDAD PADILLA SAN JUAN, PR 00924 | 04/18/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 5788 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 38 | REYES BERRIOS, LYZETTE HC 12 BOX 7256 HUMACAO, PR 00791 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 139802 | Indeterminado* | REYES BERRIOS, LYZETTE HC -12 BOX 7256 HUMACAO, PR 00791 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 132493 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

## Cuadringentésima Cuadragésimo Primera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 39  RIOS SANTIAGO, CARMEN M. HC - 5 BOX 5452 JUANA DIAZ, PR 00795-9876 | 06/28/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 162931-1 | Indeterminado* | RIOS SANTIAGO, CARMEN M. HC-5 BOX 5452 JUANA DIAZ, PR 00795-9876 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 138317-1 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor.  Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 40  RIVERA CARTAGENA, CATHY PO BOX 774 AGUAS BUENAS, PR 00703 | 05/25/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 32662-1 | Indeterminado* | RIVERA CARTAGENA, CATHY PO BOX 774 AGUAS BUENAS, PR 00703 | 05/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 33224-1 | $ 59,433.96* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor.  Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 41  RIVERA FELICIANO, LOALY PO BOX 533 SALINAS, PR 00751 | 06/28/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 137667 | Indeterminado* | RIVERA FELICIANO , LOALY P.O. BOX 533 SALINAS, PR 00751 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 140646 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor.  Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 42  RIVERA GONZALEZ, AGUEDA M. URB. VILLAS DEL PRADO 641 CALLE LAS VISTAS JUANA DIAZ, PR 00795-2751 | 06/28/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 59304-1 | Indeterminado* | RIVERA GONZALEZ, AGUEDA M. URB VILLAS DEL PRADO 641 CALLE LAS VISTAS JUANA DIAZ, PR 00795-2751 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 59419-1 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor.  Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

Cuadringentésima Cuadragésimo Primera Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 43 | RIVERA GONZALEZ, AGUEDA M. URB. VILLAS DEL PRADO 641 CALLE LAS VISTAS JUANA DIAZ, PR 00795-2751 | 06/28/18 | 17 BK 03567-LTS / Autoridad de Carreteras y Transportación de Puerto Rico | 59387-1 | Indeterminado* | RIVERA GONZALEZ, AGUEDA M. URB VILLAS DEL PRADO 641 CALLE LAS VISTAS JUANA DIAZ, PR 00795-2751 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 59419-1 | Indeterminado* |

Base para: Obligación duplicada presentada contra el deudor Autoridad de Carreteras y Transportación de Puerto Rico. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 44 | ROBLEDO RIVERA, SYLVIA HC 3 BOX 12533 JUANA DIAZ, PR 00795-9508 | 06/27/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 101306 | $ 25,000.00 | ROBLEDO RIVERA, SYLVIA HC 3 BOX 12533 JUANA DIAZ, PR 00795-9508 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 105961 | $ 70,000.00 |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 45 | SANCHEZ COLON, JERIMAR Y PO BOX 310 UTUADO, PR 00641 | 04/11/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 5253 | $ 22,813.10 | SANCHEZ COLON, JERIMAR Y PO BOX 310 UTUADO, PR 00641 | 04/11/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 4511 | $ 22,813.10 |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 46 | SANCHEZ COLON, JERIMAR Y PO BOX 310 UTUADO, PR 00641 | 04/11/18 | 17 BK 03567-LTS / Autoridad de Carreteras y Transportación de Puerto Rico | 5254 | $ 22,813.10 | SANCHEZ COLON, JERIMAR Y PO BOX 310 UTUADO, PR 00641 | 04/11/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 4511 | $ 22,813.10 |

Base para: Obligación duplicada presentada contra el deudor Autoridad de Carreteras y Transportación de Puerto Rico. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 47 | SANCHEZ VAZQUEZ, IRMA BO. ESPINOSA APARTADO 3642 VEGA ALTA, PR 00692 | 06/27/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 47565 | $ 34,089.64 | SANCHEZ VAZQUEZ, IRMA BO. ESPINOSA APARTADO 3642 VEGA ALTA, PR 00692 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 53838 | $ 34,089.64 |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Cuadragésimo Primera Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 48 | SIERRA MALDONADO, ALFONSO<br>VILLAS DE RIO CANAS # 1333 CALLE PADRE SANTIAGO<br>PONCE, PR 00728-1945 | 06/28/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 125447 | Indeterminado* | SIERRA MALDONADO, ALFONSO<br>VILLAS RIO CANAS CALLE PADRE SANTIAGO #1333<br>PONCE, PR 00728-1945 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 124943 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| 49 | SOTO LOPEZ, EDNA I.<br>473 CALLE BARBOSA<br>MOCA, PR 00676 | 06/28/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 70030 | Indeterminado* | SOTO LOPEZ, EDNA I.<br>473 CALLE BARBOSA<br>MOCA, PR 00676 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 69324 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| 50 | TIRADO RODRIGUEZ, NORMA I.<br>CALLE 6 N-4 VILLA DEL REY 4TA SECCION<br>CAGUAS, PR 00727 | 06/25/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 82223 | $ 75,000.00* | TIRADO RODRIGUEZ, NORMA I<br>CALLE 6 N4 URB VILLA DEL REY 4TA SECCION<br>CAGUAS, PR 00727 | 06/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 80811 | $ 75,000.00* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| 51 | TORRES VELAZQUEZ, VITERLINA<br>PO BOX 54<br>PATILLAS, PR 00723-0054 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 137285 | Indeterminado* | TORRES VELAZQUEZ, VITERLINA<br>PO BOX 54<br>PATILLAS, PR 00723-0054 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 145158 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| 52 | VAZQUEZ MALDONADO, IVETTE<br>#034 ALELI-URB MONTE ELENA<br>DORADO, PR 00646 | 06/27/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104241 | $ 36,000.00* | VAZQUEZ MALDONADO, IVETTE<br>34 URB MONTE ELENA ALELI<br>DORADO, PR 00646 | 06/27/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 100853 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.