# EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Forty-Fifth Omnibus Objection**

## FOUR HUNDRED FORTY FIFTH OMNIBUS OBJECTION

### Exhibit A – Partially Paid / Partially No Liability Claims to be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ASSY RICART, LISSETTE<br>PALACIOS DEL ESCORIAL<br>3 DEL ESCORIAL  370<br>CAROLINA, PR  00987 | 3/16/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 3009 | $6,346.28 | $2,867.23 | $3,479.05 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of the liabilities associated with the claim because it was overstated due to claims register recording procedures by Prime Clerk. PREPA is not liable for a part of the liabilities associated with the claim because it is a liability of PRASA. | | | | | | | |
| 2 | ELECTRICAL & MECHANICAL CONSTRUCTION<br>Att: Roberto Maeso<br>Cond Centro de Altamira Suite 202<br>501 Calle Perseo<br>San Juan, PR  00920 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 30218 | $146,229.60 | $140,616.20 | $5,613.40 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of the liabilities associated with the claim because the claimant's contract does not allow payment over the Satisfied Amount | | | | | | | |
| 3 | PHOENIX INDUSTRIAL SALES INC.<br>PO BOX 363336<br>SAN JUAN, PR  00936-3336 | 3/19/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 3507 | $43,409.88 | $572,882.12 | $126.94 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of the liabilities associated with the claim because it was properly withheldpursuant to Puerto Rico tax law. | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.