# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima cuadragésima quinta objeción global**

CUADRINGENTÉSIMA CUADRAGÉSIMA QUINTA OBJECIÓN COLECTIVA
Anexo A – Parcialmente Resueltas / Parcialmente Sin Reclamaciones de Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA | MONTO RESUELTO | SIN MONTO DE RESPONSABILIDAD |
|---|---|---|---|---|---|---|---|---|
| 1 | ASSY RICART, LISSETTE<br>PALACIOS DEL ESCORIAL<br>3 DEL ESCORIAL 370<br>CAROLINA, PR 00987 | 3/16/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 3009 | $6,346.28 | $2,867.23 | $3,479.05 |
| | Base para: Responsabilidades asociadas con el reclamo han sido pagadas por PREPA en parte. PREPA no es responsable por parte de las responsabilidades asociadas con el reclamo porque se sobreestimó debido a los procedimientos del registro de reclamos por parte del Primer Secretario. PREPA no es responsable de una parte de las obligaciones asociadas con el reclamo porque es una responsabilidad de PRASA | | | | | | | |
| 2 | ELECTRICAL & MECHANICAL CONSTRUCTION<br>ATT: ROBERTO MAESO<br>COND CENTRO DE ALTAMIRA SUITE 202<br>501 CALLE PERSEO<br>SAN JUAN, PR 00920 | 5/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 30218 | $146,229.60 | $140,616.20 | $5,613.40 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por parte de la responsabilidad asociada con la reclamación porque el contrato del reclamante no permite pago sobre el Monto Satisfecho. | | | | | | | |
| 3 | PHOENIX INDUSTRIAL SALES INC.<br>PO BOX 363336<br>SAN JUAN, PR 00936-3336 | 3/19/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 3507 | $43,409.88 | $572,882.12 | $126.94 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por parte de la responsabilidad asociada con la reclamación debido a que fue retenida conforme a la leyes de impuestos de Puerto Rico. | | | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados