## EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Forty-Seventh Omnibus Objection**

## FOUR HUNDRED FORTY SEVENTH OMNIBUS OBJECTION

### Exhibit A – Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | LUIS COSTAS ELENA<br>Urb Santa Maria 34 Calle Orquidia<br>San Juan, PR  00927 | 2/19/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 505 | $36,475.00 |
| | Reason: Claimant purports to assert liabilities owed by PREPA, but either (i) fails to provide any information identifying the nature or source of the obligations or explaining why PREPA or any other Title III Debtor is liable to the claimant, or (ii) identifies the nature or source of the obligation, but fails to explain how PREPA or any other Title III Debtor is liable to the claimant | | | | | |
| 2 | NAZARIO ALBERTORIO, PEDRO J.<br>Urb. Valle Verde<br>1082 Paseo Real<br>Ponce, PR  00716 | 6/28/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 109974 | $92,136.20 |
| | Reason: Claimant purports to assert liabilities owed by PREPA, but either (i) fails to provide any information identifying the nature or source of the obligations or explaining why PREPA or any other Title III Debtor is liable to the claimant, or (ii) identifies the nature or source of the obligation, but fails to explain how PREPA or any other Title III Debtor is liable to the claimant | | | | | |
| 3 | NIEVES QUINONES, ANGEL<br>RR #1 Buzon 45199<br>Bo. Culebrinas<br>San Sebastian, PR  00685 | 5/25/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 29977 | $0.00* |
| | Reason: Claimant purports to assert liabilities owed by PREPA, but either (i) fails to provide any information identifying the nature or source of the obligations or explaining why PREPA or any other Title III Debtor is liable to the claimant, or (ii) identifies the nature or source of the obligation, but fails to explain how PREPA or any other Title III Debtor is liable to the claimant | | | | | |
| 4 | RIVERA ALVARADO, RAMON<br>HC-5 BOX 13708<br>JUANA DIAZ, PR  00795-9517 | 3/13/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 3305 | $0.00* |
| | Reason: Claimant purports to assert liabilities owed by PREPA, but either (i) fails to provide any information identifying the nature or source of the obligations or explaining why PREPA or any other Title III Debtor is liable to the claimant, or (ii) identifies the nature or source of the obligation, but fails to explain how PREPA or any other Title III Debtor is liable to the claimant | | | | | |
| 5 | VIDAL BREBAN, EWRAY<br>JARDINES DEL CARIBE CALLE 19 K #121<br>PONCE, PR  00728 | 6/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 79334 | $0.00* |
| | Reason: Claimant purports to assert liabilities owed by PREPA, but either (i) fails to provide any information identifying the nature or source of the obligations or explaining why PREPA or any other Title III Debtor is liable to the claimant, or (ii) identifies the nature or source of the obligation, but fails to explain how PREPA or any other Title III Debtor is liable to the claimant | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.