# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima cuadragésima séptima objeción global**

## CUADRINGENTÉSIMA CUADRAGÉSIMA SÉPTIMA OBJECIÓN COLECTIVA

### Anexo A – Reclamaciones Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 1 | LUIS COSTAS ELENA<br>Urb Santa Maria 34 Calle Orquidia<br>San Juan, PR 00927 | 2/19/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 505 | $36,475.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con la PREPA, pero (i) no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la PREPA o cualquiera de los otros deudores en virtud del Título III responsables al demandante, o (ii) identifica la naturaleza o fuente de la obligación, pero falla en explicar cómo la PREPA o cualquiera de los otros deudores en virtud del Título III son responsables al demandante. | | | | | |
| 2 | NAZARIO ALBERTORIO, PEDRO J.<br>Urb. Valle Verde<br>1082 Paseo Real<br>Ponce, PR 00716 | 6/28/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 109974 | $92,136.20 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con la PREPA, pero (i) no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la PREPA o cualquiera de los otros deudores en virtud del Título III responsables al demandante, o (ii) identifica la naturaleza o fuente de la obligación, pero falla en explicar cómo la PREPA o cualquiera de los otros deudores en virtud del Título III son responsables al demandante. | | | | | |
| 3 | NIEVES QUINONES, ANGEL<br>RR #1 Buzon 45199<br>Bo. Culebrinas<br>San Sebastian, PR 00685 | 5/25/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 29977 | $0.00* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con la PREPA, pero (i) no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la PREPA o cualquiera de los otros deudores en virtud del Título III responsables al demandante, o (ii) identifica la naturaleza o fuente de la obligación, pero falla en explicar cómo la PREPA o cualquiera de los otros deudores en virtud del Título III son responsables al demandante. | | | | | |
| 4 | RIVERA ALVARADO, RAMON<br>HC-5 BOX 13708<br>JUANA DIAZ, PR 00795-9517 | 3/13/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 3305 | $0.00* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con la PREPA, pero (i) no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la PREPA o cualquiera de los otros deudores en virtud del Título III responsables al demandante, o (ii) identifica la naturaleza o fuente de la obligación, pero falla en explicar cómo la PREPA o cualquiera de los otros deudores en virtud del Título III son responsables al demandante. | | | | | |
| 5 | VIDAL BREBAN, EWRAY<br>JARDINES DEL CARIBE CALLE 19 K #121<br>PONCE, PR 00728 | 6/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 79334 | $0.00* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con la PREPA, pero (i) no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la PREPA o cualquiera de los otros deudores en virtud del Título III responsables al demandante, o (ii) identifica la naturaleza o fuente de la obligación, pero falla en explicar cómo la PREPA o cualquiera de los otros deudores en virtud del Título III son responsables al demandante. | | | | | |