# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Forty-Eighth Omnibus Objection**

## FOUR HUNDRED FORTY EIGHTH OMNIBUS OBJECTION

### Exhibit A - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | SANCHEZ LEBRON, MIRIAM<br>HC 4 BOX 4001<br>HUMACAO, PR  00791-9401 | 5/18/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 17433 | $0.00* |
| | Reason: This claim is based on a third-party claim and neither PREPA nor the Commonwealth of Puerto Rico are parties in that court proceedings. | | | | | |
| 2 | SLATER , PAUL KELLY<br>Emilio E. Sole-De la Paz, Esq.<br>PO Box 12354<br>San Juan, PR  00914 | 5/25/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 24255 | $500,000.00 |
| | Reason: On September 6, 2019 a judgment was entered by which the liability was distributed among the other defendants and the plaintiff. PREPA was not included in the judgment as a responsible party. | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

*Page 1 of 1*