# **ANEXO A**

**Relación de reclamaciones objeto de la Cuadringentésima cuadragésima octava objeción global**

## CUADRINGENTÉSIMA CUADRAGÉSIMA OCTAVA OBJECIÓN COLECTIVA

### Anexo A: Ninguna Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 1 | SANCHEZ LEBRON, MIRIAM<br>HC 4 BOX 4001<br>HUMACAO, PR  00791-9401 | 5/18/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 17433 | $0.00* |
| | Base para: Este reclamo se basa en un reclamo de un tercero y ni PREPA ni el Estado Libre Asociado de Puerto Rico son partes en ese proceso judicial. | | | | | |
| 2 | SLATER , PAUL KELLY<br>Emilio E. Sole-De la Paz, Esq.<br>PO Box 12354<br>San Juan, PR  00914 | 5/25/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 24255 | $500,000.00 |
| | Base para: El 6 de septiembre de 2019 se dictó sentencia por la cual se repartió la responsabilidad entre los demás demandados y la actora. PREPA no fue incluida en la sentencia como parte responsible. | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

**Página 1 de 1**