# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Forty-Ninth Omnibus Objection**

FOUR HUNDRED FORTY NINTH OMNIBUS OBJECTION

Exhibit A – Claims to Be Reduced

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | J.A.J., A MINOR CHILD (JANET JIMÉNEZ RIVERA, PARENT, CALLE BETANIN #95, SAINT JUST, TRUJILLO ALTO, PR 00076) C/O MIGUEL M. CANCIO ARCELAY PO BOX 8414 SAN JUAN, PR 00910 | 14124 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $400,000.00* | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $75,000.00 |
| | Reason: Claimant is a party to a settlement agreement whereby the claimant was awarded $75,000. | | | | | | | |
| 2 | J.G.R., A MINOR CHILD (WALESKA RODRIGUEZ & JOSE L. GUZMÁN, PARENTS; URB. ALTURAS DE ARENAS, CALLE 2 #9, CIDRA, PR 00739) C/O MIGUEL M. CANCIO ARCELAY PO BOX 8414 SAN JUAN, PR 00910 | 14805 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $450,000.00 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $52,500.00 |
| | Reason: Claimant is a party to a settlement agreement whereby the claimant was awarded $52,500. | | | | | | | |
| 3 | J.L.Z., A MINOR CHILD (EVELYN TORRES SEGUI, PARENT; CALLE JAZMÍN F-21, URB. JARDINES II, CAYEY, PR-00736) LCDO. MIGUEL M. CANCIO ARCELAY PO BOX 8414 SAN JUAN, PR 00910 | 11956 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $80,000.00* | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $15,000.00 |
| | Reason: Claimant is a party to a settlement agreement whereby the claimant was awarded $15,000. | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

FOUR HUNDRED FORTY NINTH OMNIBUS OBJECTION

Exhibit A – Claims to Be Reduced

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | JOM SECURITY SERVICES, INC.<br>PO BOX 8414<br>GUAYAMA, PR 00785 | 28762 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $889,919.65 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $153,128.65 |

Reason: Claimant responded to a request for additional information which indicated that the claim is now $153,129.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5 | OQUENDO RIVERA, MARIA<br>2081 CALLE HERALES<br>URB. APOLO<br>GUAYNABO, PR 00969 | 25568 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $500,000.00* | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $28,000.00 |

Reason: Claimant is a party to a settlement agreement whereby the claimant was awarded $28,000.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6 | RIVERA ZAYAS, ORLANDO<br>LCDO. MIGUEL M. CANCIO ARCELAY<br>PO BOX 8414<br>SAN JUAN, PR 00910 | 15731 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $80,000.00* | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $6,700.00 |

Reason: Claimant is a party to a settlement agreement whereby the claimant was awarded $6,700.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 | SANCHEZ GOMEZ, MARIA C<br>APT 9M<br>COND GRANADA PARK<br>GUAYNABO, PR 00969 | 152039 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $35,000.00 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $30,000.00 |

Reason: Claimant is a party to a settlement agreement whereby the claimant was awarded $30,000.

\* - Indicates claim contains unliquidated and/or undetermined amounts.