**ANEXO A**

**Relación de reclamaciones objeto de la Cuadringentésima cuadragésima novena objeción global**

CUADRINGENTÉSIMA CUADRAGÉSIMA NOVENA OBJECIÓN COLECTIVA

Anexo A – Reclamaciones Para Ser Reducidas

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | J.A.J., A MINOR CHILD (JANET JIMÉNEZ RIVERA, PARENT, CALLE BETANIN #95, SAINT JUST, TRUJILLO ALTO, PR 00076) C/O MIGUEL M. CANCIO ARCELAY PO BOX 8414 SAN JUAN, PR 00910 | 14124 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Inseguro | $400,000.00* | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Inseguro | $75,000.00 |
| | Base para: Demandante es parte de un acuerdo de solución por lo cual el demandante fue galardonado $75,000 US. | | | | | | | |
| 2 | J.G.R., A MINOR CHILD (WALESKA RODRIGUEZ & JOSE L. GUZMÁN, PARENTS; URB. ALTURAS DE ARENAS, CALLE 2 #9, CIDRA, PR 00739) C/O MIGUEL M. CANCIO ARCELAY PO BOX 8414 SAN JUAN, PR 00910 | 14805 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Inseguro | $450,000.00 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Inseguro | $52,500.00 |
| | Base para: Demandante es parte de un acuerdo de solución por lo cual el demandante fue galardonado $52,500 US. | | | | | | | |
| 3 | J.L.Z., A MINOR CHILD (EVELYN TORRES SEGUI, PARENT; CALLE JAZMÍN F-21, URB. JARDINES II, CAYEY, PR-00736) LCDO. MIGUEL M. CANCIO ARCELAY PO BOX 8414 SAN JUAN, PR 00910 | 11956 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Inseguro | $80,000.00* | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Inseguro | $15,000.00 |
| | Base para: Demandante es parte de un acuerdo de solución por lo cual el demandante fue galardonado $15,000 US. | | | | | | | |
| 4 | JOM SECURITY SERVICES, INC. PO BOX 8414 GUAYAMA, PR 00785 | 28762 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Inseguro | $889,919.65 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Inseguro | $153,128.65 |
| | Base para: Demandante respondió a una solicitud para información adicional que indico que su demanda es ahora $153,129 US | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

*Página 1 de 2*

CUADRINGENTÉSIMA CUADRAGÉSIMA NOVENA OBJECIÓN COLECTIVA

Anexo A – Reclamaciones Para Ser Reducidas

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 5 | OQUENDO RIVERA, MARIA<br>2081 CALLE HERALES<br>URB. APOLO<br>GUAYNABO, PR 00969 | 25568 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Inseguro | $500,000.00* | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Inseguro | $28,000.00 |
| | Base para: Demandante es parte de un acuerdo de solución por lo cual el demandante fue galardonado $28,000 US. | | | | | | | |
| 6 | RIVERA ZAYAS, ORLANDO<br>LCDO. MIGUEL M. CANCIO ARCELAY<br>PO BOX 8414<br>SAN JUAN, PR 00910 | 15731 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Inseguro | $80,000.00* | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Inseguro | $6,700.00 |
| | Base para: Demandante es parte de un acuerdo de solución por lo cual el demandante fue galardonado $6,700 US. | | | | | | | |
| 7 | SANCHEZ GOMEZ, MARIA C<br>APT 9M<br>COND GRANADA PARK<br>GUAYNABO, PR 00969 | 152039 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Inseguro | $35,000.00 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | Inseguro | $30,000.00 |
| | Base para: Demandante es parte de un acuerdo de solución por lo cual el demandante fue galardonado $30,000 US. | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.