**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**NOTICE OF ASSIGNMENT**
**TO ADR MEDIATOR FOR EVALUATIVE MEDIATION**

Pursuant to the *Order (a) Authorizing Alternative Dispute Resolution Procedures, (b) Approving Additional Forms of Notice, and (c) Granting Related Relief* (Dkt. No. 12576) as amended on December 29, 2020 (Dkt. No. 15505) (the "ADR Procedures"), and in light of the *Notice of Impasse Regarding Proof of Claim No. 78462* (Dkt. No. 20506), Proof of Claim No. 78462 is hereby assigned to Magistrate Judge Maria Valdez (the "Mediator") for evaluative mediation. All correspondence to the Mediator should be sent by email to

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Valdez_DPR_corres@ilnd.uscourts.gov, or by regular mail only if necessary.

As detailed in paragraph 3(c) of the ADR Procedures, each party may provide a Mediation Statement, not to exceed seven (7) pages double spaced, to the Mediator within fourteen (14) days of the date of this Notice. The Mediation Statement may be marked "Confidential" and does not need to be sent to the opposing party.

In accordance with paragraph 3(c) of the ADR Procedures, the Debtor shall provide the Mediator, with a copy to the Designated Claimant,[2] with all documents exchanged in the Offer Exchange process, translated into English as appropriate. The submission shall be made within fourteen (14) days of the date of this Notice.

/s/ Judith Gail Dein
HONORABLE JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE

Dated: April 4, 2022

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the ADR Procedures.

2