28 de marzo de 2022

Dirigido A:

Secretaria
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, Puerto Rico, 00918-1767

**Asunto: Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico**
**Deudores: Estado Libre Asociado de Puerto Rico**
**Case:17-03283-LTS**
**Doc#:16643-4**
**Proof of Claim: 167206**

En el año 2012 decidí invertir en la compra de notas de ahorro de cooperación económica con Puerto Rico en virtud de la Ley # 7 del 9 de marzo de 2009.
Invertí 5,000.00 dólares porque estaba estipulado que era un dinero seguro, que el propósito de la Ley era ayudar para que Puerto Rico saliera adelante y propulsar el desarrollo económico y al cabo de 5 años se iba a devolver con el 6 por ciento de interés, es decir $6,744.25. Obviamente esto no pasó y entiendo y es mi derecho que se le dé prioridad y se contemple como una reclamación garantizada.

La ley 7 del 9 de marzo de 2009 establece lo siguiente:

**Artículo 53.2.-Forma y fecha de pago; vencimiento; denominaciones; instrumentos negociables; precio**
Las notas cuya emisión se autoriza bajo las disposiciones de esta Ley podrán ser pagaderas a la orden, o a favor de beneficiario designado, aparecerán fechados al momento de su venta y vencerán en una fecha o fechas que no excederán de cinco (5) años de su fecha o fechas de venta, devengarán intereses a una tasa de seis (6) por ciento anual, acumulado mensualmente, podrán hacerse redimibles antes de su vencimiento a opción del tenedor de dichos bonos, y podrán contener otros términos y condiciones según se disponga en la resolución que autorice cada emisión particular. El Secretario de Hacienda, con la aprobación del Gobernador, determinará en dicha resolución o resoluciones, la forma de las notas, cómo se formalizarán las mismas, y fijará la denominación o denominaciones de las notas y el lugar o lugares donde se pagará el principal de y los intereses acumulados sobre dichas notas. Cuando cualquier oficial cuya firma o facsímil aparezca en cualquier nota cesare en su cargo antes de la entrega de dichas notas, tal firma o facsímil será, no obstante, válida y suficiente considerándose para todos los propósitos como si el oficial hubiere permanecido en su cargo hasta dicha entrega. Las notas emitidas de

acuerdo con las disposiciones de esta Ley se considerarán instrumentos negociables bajo las leyes del Estado Libre Asociado de Puerto Rico. Las notas podrán emitirse en la forma que determine el Secretario de Hacienda con la aprobación del Gobernador. El Secretario de Hacienda, con la aprobación del Gobernador, podrá vender dichas notas de una sola vez o de tiempo en tiempo, en venta pública o privada, que él determinare es más conveniente para los mejores intereses del Estado Libre Asociado y por aquel precio o precios no menor del legalmente establecido en el momento de la venta.

### Artículo 53.3.-Pago de principal e intereses Fecha; tipo de interés

El principal y los intereses sobre las notas de ahorro autorizadas por esta Ley se pagarán al vencimiento de las mismas o a la fecha de redención si éstas son presentadas al cobro antes de su vencimiento. Los intereses serán acumulados a base de intereses compuestos hasta su vencimiento o hasta la fecha de redención si las notas son redimidas antes de su vencimiento, a una tasa de interés de seis (6) por ciento, acumulado mensualmente.

### Artículo 53.4.-Pago de principal e intereses Pago puntual; fondos disponibles; asignación continua; traspaso de fondos

La buena fe, el crédito y el poder de imponer contribuciones del Estado Libre Asociado de Puerto Rico quedan por la presente irrevocablemente empeñados para el puntual pago del principal y los intereses acumulados sobre las notas emitidas bajo las disposiciones de esta Ley. El Secretario de Hacienda queda por la presente autorizado y se le ordena pagar el principal y los intereses acumulados sobre dichas notas, según venzan las mismas, de cualesquiera fondos disponibles para tal fin en el Tesoro del Estado Libre Asociado en el año económico en que se requiere tal pago y las disposiciones contenidas en esta Ley relacionadas con el pago del principal y los intereses acumulados sobre dichas notas. Se considerará una asignación continua para que el Secretario de Hacienda efectúe dichos pagos aunque no se hagan asignaciones específicas para tales fines. Dichos pagos serán efectuados de acuerdo con las disposiciones de las leyes del Estado Libre Asociado que regulan los desembolsos de fondos públicos.

Además, se autoriza al Secretario de Hacienda a transferir, de tiempo en tiempo, al fondo denominado "Fondo Especial para la Amortización y Redención de Obligaciones Generales Evidenciadas por Bonos y Pagarés", de cualesquiera ingresos contributivos del Fondo General, una cantidad suficiente para atender al pago del principal y los intereses acumulados sobre las notas de ahorro cuya emisión se autoriza por esta Ley, más una cantidad razonable en concepto de reserva para redimir las notas de ahorro que sean presentadas al cobro antes de su vencimiento.

Case:17-03283-LTS
Doc#:16643-4
Proof of Claim: 167206
28 de marzo de 2022
Página 2

Por lo tanto, me opongo a la objeción global y solicito que mi reclamación sea una garantizada.

Muy respetuosamente, solicito una reconsideración a esta solicitud ya que por situaciones ajenas a mi voluntad no pude contestar antes de la fecha estipulada.

*Emily Rivera Maldonado* (firma)

Emily Rivera Maldonado
205-R calle las Margaritas, Arecibo PR, 00612-5322
787-460-8492
Correo electrónico: emily_m3@yahoo.com