Emily Rivera Maldonado
205-R Calle Las Margaritas
Arecibo, P.R. 00612-5322

SAN JUAN PR 009
29 MAR 2022 PM 2 L

Secretaria
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, Puerto Rico, 00918-1767

2022 APR -1 PM 3:12

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR

00918$2411