marzo 2022

Honorable Juez Laura Taylor Swain

Solicitud de Desparalización
Caso núm 2004-06-1514
María Libertad Reyes Ríos
     Vs
Departamento de Justicia

Durante el año 2003 en el Departamento de Justicia implantaron un Plan de Clasificación y Retribución. Producto del mismo fui despojada de parte de mis funciones violando así mi derecho propietario de las funciones y el puesto. Además no fui retribuída en términos económicos adecuadamente. No obstante personas recién llegadas a la agencia acomodadas en puestos de confianza les fueron adscritas parte de mis funciones. Una de las personas incluso recibió eventualmente $2,000.00 de aumento al mes por parte de mis funciones que le adscribieron.

Debido a que no se solucionó el caso en el Departamento de Justicia siguiendo los procedimientos establecidos en el año 2004 procedí a someter mi caso ante la comisión Apelativa del Sistema Público. Esta comisión identificó el caso como:

                María L. Reyes Ríos
                   Apelante
                       Vs
             Departamento de Justicia
                   Apelado

             Caso núm 2004-06-1514
     Sobre: Recurso de Apelación (clasificación)

Mientras esperaba por la citación del caso ante la Comisió Apelativa se mantuvo de forma continua el patrón de despojo de funciones al no reconocer las mismas y adscribirlas a otras personas. No obstante por debajo debí realizar gran parte de estas. (Esto fue: mientras realizaba las funciones otras personas recibían los aumentos sustanciales). Este patrón fue consistente hasta completer un despido constructivo.

A través de los años cada vez que la Comisión citaba el caso para vista en su fondo el personal que representaba al Departamento solicitaba suspensión para negociar el mismo y terminaba retractandose. ( En una ocasión debí pedir suspensión por la muerte de un familiar). Incluso en una ocasión solicitaron una estimación sobre los daños económicos y cuanto solicitaba para transar el caso . Una vez fuera evaluado y aprobado por el Comité de Transacción del Departamento de Justicia. Los resultados fueron los mismos: tener que informar a la Comisión Apelativa para volver a hacer turno para una futura vista presencial en su fondo. Cabe mencionar que una licenciada legal sometió un escrito

solicitando a la Comisión Apelativa la desdestimación del caso. Ello a pesar de ya no trabajaba en el Departamento de Justicia. (Así lo había estípulado en una moción informativa).

Los hechos asociados a los reclamos continuaron igual que el despojo de funciones. En una ocasión me reunieron con personal de mi oficina con una sicóloga industrial. En dicha reunión la sicóloga señaló a otro personal no presente como viejas. Al salir en defensa de dicho personal fuí incluída y remachada de vieja. (Este y otros incidentes están documentados). Este incidente donde personal fuimos tachados de viejos circuló por el Departamento de Justicia generando bromas al respecto.

Es de observar que através de los años terminé con un despido constructivo. Razón por la cual debí jubilarme antes de lo previsto en mis planes. Actualmente tengo 71 años y estoy hábil física e intelectualmente. Mi preparación académica es de Bachillerato en Economía y Maestría en Planificación Económica de la Universidad de Puerto Rico ambos títulos. Laboré 34 años apróximadamente en el servicio público con el cual siempre estuve comprometida.

Al surgir el proceso de quiebra de Puerto Rico el Departamento de Justicia solicitó la paralización del caso. En obvia aceptación -implicita- de los daños económicos causados y la responsabilidad por daños. A tal efecto y completado el arreglo de los procesos de la quiebra de Puerto Rico solicito la desparalización del caso. Ello para que la Comisión Apelativo pueda retomar el caso y poder concluir el mismo.

De necesitar información adicional puede comunicarse a:

María Libertad Reyes Ríos
Urb El Plantío
Calle Villa Acacia A-26
Toa Baja, PR 00949
Telef 787-366-7139

Coordialmente,

*María Libertad Reyes Ríos*

María Libertad Reyes Ríos