Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rosalio J Velazquez Ortiz

Participant's Address: 3608 Martingale ct Suffolk VA 2343[_]

Participant's Email Address: rosalisv@yahoo.cim

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _[signature]_
Signature

Rosalis Velazquez Ortiz
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Rosalis Velázquez
3608 Martingale Ct
Suffolk, VA 23435-3223

RICHMOND VA 230
28 MAR 2022 PM 5 L



United States District Court
Clerk's Office, 150 Ave Carlos Chardon
Ste 150, San Juan P.R 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Héctor Luis Martí López

Participant's Address: HC02 Box 5515 Lares, P.R. 00669

Participant's Email Address: hector11924@hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17BK 3283-LTS

Nature of Claim: _____

By: *(signature)*
Signature

Héctor Luis Martí López
Print Name

Director
Title (if Participant is not an individual)

24 de marzo 2022
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Hector Lamarji Lopez
HC02 Box 5515
Lares PR 00669




United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R.
00918-1767