UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:                                                          PROMESA
                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of                                 No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                                (Jointly Administered)
et al.,

               Debtors.[1]

-----------------------------------------------------------x

NOTICE OF CORRESPONDENCE RECEIVED BY THE COURT

        The Court has received and reviewed the attached correspondence, described

below, from interested persons in the above-captioned cases. Although the Court cannot respond

individually to all of those who have expressed their thoughts or concerns, the Court is deeply

mindful of the impact of the fiscal crisis on lives, institutions, and expectations, and of the

importance of the issues that are raised in these unprecedented cases.

    1.    Email dated January 3, 2022 from Pilar Morales
    2.    Email dated January 10, 2022 from Ana Dorta
    3.    Email dated January 11, 2022 from Luis Huertas
    4.    Email dated January 11, 2022 from A. Gomez
    5.    Email dated January 12, 2022 from Carlos Cacho-Rodriguez
    6.    Email dated January 21, 2022 from Contribuyente Indignado

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a
bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax
identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth")
(Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees
Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case
No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and
Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal
Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-
BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority
("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi)
Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four
Digits of Federal Tax ID: 3801).

7.      Email dated January 24, 2022 from Elsie Camacho

8.      Email dated January 31, 2021 from Elsie Camacho

9.      Email dated February 4, 2022 from Elsie Camacho

10.     Email dated February 10, 2022 from Elsie Camacho

11.     Letter dated February 18, 2022 from Antonio Martin

12.     Letter dated March 1, 2022 from Samira Sánchez Martinez

13.     Email dated April 2, 2022 from Elsie Camacho

14.     Email dated April 2, 2022 from Elsie Camacho

15.     Email dated April 2, 2022 from Diana Ivette Colon Diaz

16.     Email dated April 2, 2022 from Diana Ivette Colon Diaz

17.     Email dated April 2, 2022 from Edwin Garcia

18.     Email dated April 2, 2022 from Sahid Echegaray

19.     Email dated April 2, 2022 from Wanda E. Morales

20.     Email dated April 2, 2022 from Zaida Alvarez

21.     Email dated April 3, 2022 from Ana Dorta

22.     Email dated April 3, 2022 from Angel Hermina

23.     Email dated April 3, 2022 from Carmen Malavez

24.     Email dated April 3, 2022 from Daisy Rivera

25.     Email dated April 3, 2022 from David Latorre Alequin

26.     Email dated April 3, 2022 from Eduardo Perez

27.     Email dated April 3, 2022 from Laura I. Morales Cruz

28.     Email dated April 3, 2022 from Maria Osorio

29.     Email dated April 3, 2022 from Ricardo Gonzalez

30.     Email dated April 3, 2022 from Sahid Echegaray

31.     Email dated April 3, 2022 from Yolanda Matos

32.     Email dated April 3, 2022 from Will Guzman

Dated: April 6, 2022

**From:**

**Sent:** Thursday, February 3, 2022 1:28 PM
**To:** NYSD Swain Corresp
**Subject:** Do not Force Puerto Rico to cut public services

CAUTION - EXTERNAL:

Dear Judge Taylor Swain,

Dear Justice Swain,

I am writing today because I am worried about the impact that the Debt Adjustment Plan will have on the
People of Puerto Rico. Under a debt restructuring plan put forth by the fiscal control board, Puerto Ricans will
be forced to bear the burden of this debt. In this plan, important public services will be cut in the name of saving
money.  This plan has the clear potential of  bring another bankruptcy to Puerto Rico and with it even more
suffering for Puerto Rican famillies.

Judge Swain, we urge you to do the right thing by rejecting unsustainable debt payments on the backs of people
who have lost so much already. The people of Puerto Rico voted against this plan because they cannot support a
plan that makes it impossible to survive on the island. Please listen to them and reject this plan.


Sincerely,
Ms. virginia Marcotte

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening
attachments or clicking on links.

1

January 3, 2022

Honorable Judge Laura Taylor Swain:

Good afternoon. I am María del Pilar Morales Berríos, with employee number 32404. I work with the Department of Education in the School Nursing Program, as a Health Assistant. I was appointed in 1985 for this position and I obtained my tenure in 1989, that is, I have been working under the same position and same program for 36 years. I do not complain about the work or the functions that the position entails, as it is a great honor for me to serve the students of my town and my country. I did my job with a lot of love, dedication and pride and I always went the extra mile, because that made me feel good and gave me great satisfaction to be able to serve our students.

 That is why I am addressing you with great respect, to see how you can help us. I am an employee of the government of Law 447 and I have been waiting with many desires, and after fulfilling the time required by the government, my long-awaited retirement. Retirement, which as the years go by decreases in benefits acquired under the contract that I had signed at the time of my appointment (I signed in 1985, being permanent in 1989).

Due to the bad decisions, misappropriation of funds and political and personal interests of governments and their politicians, we have seen how it has been our turn, the public employees, to receive punishment by disrupting our retirement pension and other benefits. I say this because none of the politicians involved in this scheme of mismanagement of funds, will see their pensions. Pensions that they have safe and that is why they sleep happily and peacefully. It has been up to the little ones to bear the consequences of the bad administrations of the governments in turn.

When they appointed me, I had strength and youth, they felt I was capable of carrying out all the assigned tasks, they were part of my tasks or not, because for me it is a pleasure to serve through my work and to be part of a workforce, which contributes to the country through the payment of contributions and paying for government services, which are not free of charge. Already that youth and strength have been diminishing as time passes and due to the health conditions, that he acquired over the years, it is no longer the same, although the desire to serve my students continues to be present.

The new retirement law of 2013 increased our years of service (from 55 to 61) and decreased our pension (from 75 to 38%). If I still feel capable of continuing to work until I am 61 years old, well I continue working, the problem is that, even if I work until my full retirement age, I still receive 38% of my salary, that is, 702.62 per month (% based on the salary he had at the time of changing the law in 2013, 1849.00 x .38% = 702.62). I ask you: do you think that with that salary you can live now? There are those who charge a lot more and complain about the cost of living and we have to live with that, until we apply for SS and we fall short anyway.

 Perhaps they think that there are many people who are worse off than us and I can say yes, but they had not been offered a 75% salary and life pension in the contract that we signed with the government. Before the change of Law, I was already starting to make my plans for when I retired and now, even my

pension is in danger. The Board wants them to leave me without that pension from the government. I ask you: do you think I can live with an SS pension of 890.00 dollars a month? I know your answer will be no, because it is impossible to live with that pension in these times. It is not the fault of citizens or public employees, this very precarious situation that the country is going through. The fault lies with the governments and their rulers; They charge according to the cost of living, we do not, they benefited from all that situation, we do not, but we are the ones who have to sacrifice ourselves. Where is the justice? If those who led the country to this economic collapse have not received what they deserve and it is we, the public employees, who have to suffer the consequences.

I ask you in favor on behalf of myself and my colleagues, public employees, that you consider at least that we can retire at the age corresponding to our laws 447 (61 years) and 1 (65 years), with 50% of our pension, because with a 25% deduction for each employee, there are savings. And please, do not take away our pension because the reality is that we are not prepared for this and then yes, the government would have to support us with free aid and services because our pension would be insufficient to cover our expenses in our old age.

I say goodbye hoping that true justice towards the public employees of the Government of Puerto Rico will be reflected in you.


Cordially,


María del P. Morales Berríos

| | |
|---|---|
| **From:** | Ana Dorta ███████████ |
| **Sent:** | Monday, January 10, 2022 8:56 PM |
| **To:** | SwainDPRCorresp NYSD |
| **Subject:** | Aprobar Ley 80 Empleada Ley1 Retiro Incentivado |

**Importance:**    High

**CAUTION - EXTERNAL:**

Saludos Honorable Laura Taylor Swain:

Soy una empleada de Departamento De Educación llevo 28 años laborando en el gobierno me quiero retirar bajo Ley 80 -2020.No es justo que por tantos años laborando y ahora los nuevos cambios que quiere hacer Natalie Jaresko que trabaja en la Junta afecte mi vida emocional y económicamente. Soy una persona que tengo 4 operaciones en mi pierna derecha y adición tengo condiciones médicas. Necesito retirarme porque tengo a mi madre que tiene alzhéimer la tengo que cuidar pretende $600.00 dólares mensuales yo viva que es imposible porque costo de vida va subiendo. Espero que vea la causa todos servidores públicos aquí en Puerto Rico queremos retirarnos 50 % de nuestro sueldo y $100.00 dólares para el plan médico. Esto es una Promesa de Campaña PNP Gobernadora Wanda Vázquez Garced y Gobernador Pedro Pierlussi. Honorable Jueza Laura Taylor Swain háganos justicia por favor que yo me pueda retirar para próximo año antes 31 de diciembre de 2022. Dios la ilumine para que tome la mejor decisión le bendiga.

Atentamente,

Ana L. Dorta

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Ruiz 13 ██████████████ |
| **Sent:** | Tuesday, January 11, 2022 8:23 AM |
| **To:** | NYSD Swain Corresp; Ruiz 13 |
| **Subject:** | Teacher from Puerto Rico |
| **Attachments:** | 20170921_110138.jpg; 20170921_110111.jpg; 20170921_114617.jpg; 20170921_112039.jpg; 20180613_102942.jpg |

**CAUTION - EXTERNAL:**

Good morning Honorable Mrs. Judge Swain

First! Good morning and God bless you and your family too. Excuse my English. Have a wonderful 2022 year.

My name is Mr. Gomez and I'm an active teacher in Puerto Rico. Excuse me because, I know you have a lot of job to do daily related to Puerto Rico's debt with Promesa, but I had read in a local newspaper you read the emails people decide to send to you. The past weeks I was wondering to send an email to you about the situation of the Teachers Retirement System.
I don't know if others sent an email to you, but I decided with all the respect to write this one telling to you my story.

I have been teaching about 23 years with all passion and dedication to nowadays, but is a fact all Puerto Rican teachers have poor salaries and the cost of living increases day by day.

The monthly salary of a teacher in Puerto Rico is about $1750.00 monthly. We have a lot of bills to pay, the electricity, the children education, water utility, the highways $$$, the health care, house, cars and food. Everything rises and the salaries not and the only thing we have is our retirement funds after working 30 years with love and passion educating students.

We don't have the Social Security benefits.
I am writing this email to you with all the respect, because if the Control Fiscal Board cuts our defined benefits we won't have enough money to live and provide the necessary supplies to my family when I retire.
Also, I don't want to be a burden for the state after working 30 years. I want to keep my family together here in Puerto Rico and if the situation get worse my children probably will leave the island in the near future.
I know the politicians and other people in our government were irresponsable managing our funds of retirement, but teachers and people in general don't have the fault of this. They utilized our funds in an irresponsible way.
I'm worried about my family future and I'm have health conditions too. All our benefits had been cut before and  The Control Fiscal Board wanted to eliminate the handicap benefits and reduce our pensions. The only thing we have is our retirement. Worried with this I decided to write this email to you.

Do not permit this happen Honorable Sawing judge. I pray 🙏 everyday our God gives you the wisdom, peace and love when you decide our future.

I was reading yesterday Puerto Rico PR probably will have a second bankruptcy soon, because this debt is probably impossible to pay without determining first the essential services and economical growth. With all the respect, I think essential services should be determined before you decide, but I know you have the expertise and the wisdom too.
 I understand you have to solve this situation because our government was irresponsable with the money, but people in Puerto Rico are suffering more after the Hurricane Maria hit the island, the earthquakes and  the pandemic.

I was to rebuild my house after the Hurricane. I am sharing with you this photo and it was hard. Disasters and another disaster and the pandemic. Is hard to live in Puerto Rico. This was my house completely erased after the Hurricane and my savings were used to rebuild again our house.

Excuse me again for this email and my English too but I wait my message arrives to you.

Sincerely; and with respect! Blessings!


A. Gomez


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.











| From: | luis huertas ████████████ |
|---|---|
| Sent: | Tuesday, January 11, 2022 10:10 AM |
| To: | NYSD Swain Corresp |
| Subject: | Puertorican Police Sgt Luis A. Huertas 8-14549 |

**CAUTION - EXTERNAL:**

# Hon. Judge Laura Taylor Swain.

She addresses you with the utmost respect.  I am writing to you because I understand that it is worthwhile that you have knowledge of all matters, before making a decision.  I do not know to what extent my approach, could change or not its ruling.  But I understand that you should know, even if it is not part of your decision.

You are in Puerto Rico attending a case according to the PROMESA law that Congress legislated to get Puerto Rico out of the financial problem we got into.  I know that you work for the evidence that the parties in conflict bring you.

I want to let you know a fact that surely no one has spoken to you and it is the following:

The police officers of the Puerto Rico Police since the implementation of social security in Puerto Rico (1950), we did not contribute for it.  It is not until January 2020. From that date on, it begins to be listed.  Therefore, while the administrators of the government of Puerto Rico were spending the taxpayers' money, there were some employees who were saving the government of Puerto Rico money.  That

was the cops.  Since the government did not have to disburse millions of dollars to the federal government (Social Security).  For the year 2020 we began to quote and only the first month the Puerto Rico Police had to disburse for that first month the amount of $ 2,687,912.28.  if we multiply that amount by 12 months we will be talking about over 30 million annually.  According to sources from: https://activopr.com/enterate/2020/02/10/policia-confirma-aportacion-seguro-social-comenzo-en-enero.html I am almost certain that no one has told you about those savings that since In 1950, the police have done the government of Puerto Rico.  That at the time of legislating they never took into consideration leaving the retired policeman destitute.

 I know you are a very busy person and that this email may be read by an assistant.  I only hope that the Honorable Judge is aware of this information

 Grateful for your attention

## Hon. Juez Laura Taylor Swain.

Me dirijo a usted con el mayor de los respetos. Le escribo porque entiendo que es meritorio que usted tenga conocimiento de todos los asuntos, antes de tomar una decisión. No se hasta que punto mi planteamiento, podría cambiar o no su fallo. Pero entiendo que debe saberlo, aunque no forme parte de su decisión.
Usted está en Puerto Rico atendiendo un caso según la ley PROMESA que el congreso legisló para sacar a Puerto Rico del problema financiero en que nos metimos. Se que usted trabaja por las evidencias que les llevan las partes en conflictos. Quiero dejarle saber un hecho que de seguro nadie le ha hablado y es el siguiente:
Los policías de la Policía de Puerto Rico desde la implementación del seguro social en Puerto Rico(1950), no cotizábamos para el mismo. No es hasta enero del 2020. De esa fecha en adelante es que se comienza a cotizar. Por tanto, Mientras los administradores del gobierno de Puerto Rico gastaban el dinero de los contribuyentes habían unos empleados que le ahorraban dinero al gobierno de Puerto Rico. Eso eran los policías. Ya Que el gobierno no tenía que desembolsar millones de dólares al gobierno federal ( Seguro social). Para el año 2020 comenzamos a cotizar y solamente el primer

mes la Policía de Puerto Rico tuvo que desembolsar por ese primer mes la cantidad de $2,687,912.28. si multiplicamos esa cantidad por 12 meses estaremos hablando de sobre 30 millones anuales. Según fuentes de: https://activopr.com/enterate/2020/02/10/policia-confirma-aportacion-seguro-social-comenzo-en-enero.html Estoy casi seguro que nadie le ha hablado de esos ahorros que desde el 1950 los policías le hemos hecho al gobierno de Puerto Rico. Que al momento de legislar nunca tomaron en consideración dejar al policía jubilado en la indigencia.

Se que es una persona muy ocupada y que posiblemente esté correo lo lea un ayudante. Sólo espero que la Honorable Juez tenga conocimiento de este dato

Agradecido por su atención

Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Carlos Cacho-Rodriguez ████████████████ |
| **Sent:** | Wednesday, January 12, 2022 6:58 AM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Fwd: The reality of those qualified to retire in our present. |

<mark>**CAUTION - EXTERNAL:**</mark>

---------- Forwarded message ---------
From: **Carlos Cacho-Rodriguez** ████████████████
Date: Sun, Dec 12, 2021, 11:31 AM
Subject: The reality of those qualified to retire in our present.
To: Hon. Laura Taylor Swain <SwainNYSDCorresp@nysd.uscourts.gov>

Hon. Laura Taylor Swain
District Judge
United States District Court
Southern district of New York

Through this letter, I am writing to you to communicate my case as well as the many Puerto Ricans who at the moment have already been affected by the government of Puerto Rico, where as of today they have reduced our pension rights to 38% of our salary income from the year 2013.

I started working in the government of Puerto Rico on March 1, 1988 at the age of 29. Currently I have been working for 33 years and 9 months in government and on November 29, 2021 I just turned 63 years old. According to the contract that I signed (Law 447 of May 15, 1951) with the government of Puerto Rico at that time (year 1988), today I would be formally retired with my acquired benefits of 75% of my current salary. Unfortunately, as of today, I have not been able to retire and I believe that I will never be able to. Since I will never be able to live with the income of a pension of 38% of the salary of 2013 due to inflation and the high costs of living in the present. The current retirees of the PR government have incomes between 65% - 75% of their salaries, plus benefits of contributions to the medical plan and Christmas bonus. But what about those of us who could not retire because they took away our benefits in 2013? We will have to continue working until we die, because if we retired at this time we would be left destitute.

For this reason, honorable judge, we ask you from the bottom of our hearts to have mercy on us who have already completed the years worked and the statutory age to retire. So please do us justice and at least allow us to retire with 50% of our income to try to live with dignity and not be left destitute. It is up to you to dictate justice that the Government of Puerto Rico and Financial Oversight & Management Board For Puerto Rico have never been able to reach an agreement. And so the roughly 3,000 public employees who meet all the requirements to retire, we can finally do so.

Thank you for all you can do for us.

Sincerely,


Carlos E Cacho Rodriguez
63 years old and
Public employee for 34 years (Law 447)
Government of Puerto Rico

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Contribuyente Indignado ███████████████ |
| **Sent:** | Friday, January 21, 2022 10:46 AM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Re: Petition:Request for Debt Audit and Repeal and Elimination of Law 53 on Debt Adjustment |
| **Attachments:** | Petition Laura Taylor Swain_EN_11.04.21.pdf |

**CAUTION - EXTERNAL:**

Hon. Laura Taylor Swain
District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

I humbly and respectfully address you to share my sentiment regarding the way and manner in which Puerto Rico's debt issues are being handled.

Attached I include my personal request and on behalf of all the people of Puerto Rico. I apologize not to be able to participate in person at sight accepting the invitation that you are giving us as a people, sincerely they are very well appreciated and received. In my personal case I will not be able to participate personnel due to the established vaccination requirements due to COVID. This is another issue of the obligatory nature of vaccines but we can share that at another time.

Grateful once again for your invitation to listen to the people and I trust that you will listen to us very attentively with total human detachment... I would like that you put yourself in our position before making the determinations that you are going to make and always be protecting JUSTICE.

 You should know that it is not fair what we are living as a people and as a society.


Kind Regards,

Contribuyente Indignado

On Thu, Nov 4, 2021 at 7:40 PM Contribuyente Indignado ██████████████████ wrote:
  Hon. Laura Taylor Swain
  District Judge
  United States Courthouse
  500 Pearl St.
  New York, NY 10007-1312

  I humbly and respectfully address you to share my sentiment regarding the way and manner in which Puerto Rico's
  debt issues are being handled.

  Attached I include my personal request and on behalf of all the people of Puerto Rico. I apologize not to be able to
  participate in person at sight accepting the invitation that you are giving us as a people, sincerely they are very well
  appreciated and received. In my personal case I will not be able to participate personnel due to the established

vaccination requirements due to COVID. This is another issue of the obligatory nature of vaccines but we can share that at another time.

Grateful once again for your invitation to listen to the people and I trust that you will listen to us very attentively with total human detachment... I would like that you put yourself in our position before making the determinations that you are going to make and always be protecting JUSTICE.

 You should know that it is not fair what we are living as a people and as a society.


Kind Regards,

Contribuyente Indignado

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Contribuyente Indignado

████████████████

**November 04, 2021**

**Hon. Laura Taylor Swain**
**District Judge**
**United States Courthouse**
**500 Pearl St.**
**New York, NY 10007-1312**

## Petition

**Affair:** Request for Debt Audit and Repeal and Elimination of Law 53 on Debt Adjustment

**Honorable Laura Taylor Swain:**

The indignant taxpayer who respectfully subscribes requests the intervention, investigation and resolution from your side as intervening judge of the matter related to the debt of the people of Puerto Rico and of the differences and controversies between the Fiscal Control Board, its members and directors with the Government and its members elected by the residents of the territory of the United States. We respectfully request the following activities and steps prior to any final determination regarding debt adjustment.

1) We demand and order a **thorough and detailed audit of the debt**.

2) **Criminal indictment and prosecution** with the maximum penalties to those identified and found responsible for the indebtedness of the country and the bad or opportunistic decisions taken.

3) The repeal and elimination of **Law 53** on debt adjustment.

4) Review of bonds, debts, interest and guarantees issued in contravention of the statutes established in THE **CONSTITUTION OF PUERTO RICO**.

5) **Review and validate** which is or would be the **real principal value of the debt**, after the **AUDIT**.

6)  Review the doubtful bonds issued in the long term that accumulate interest and which increase the debt due to interest defaults over time.

7) Validate the **$37.8 billion of abusive debt** initially recorded when the principal was just **$4.3 billion**. Applying an interest debt of $ **33,500 million**, with **785% interest rate**. Please **put yourself in the position of the people of Puerto Rico** and review and analyze this data thoroughly. Moreover, a large part of the debt belongs to **COFINA**, about **63%**.  Please review and validate the unconstitutionality of this **COFINA** debt.

8) Take a deep look at the vultures who want to take advantage of the embezzlement and rampant impunity from the decisions made by Puerto Rico's ruling leaders for their own benefit and those of their elite friend's circle and to the detriment of the people. **They aim to make a return of investment profit of**

hagancumplirlaley@gmail.com
November 4, 2021
Page 2

1,900% with the sale of bonds in the secondary market. During the time and periods, that you have been analyzing the situation of Puerto Rico as a judge, you can see and notice how the people of Puerto Rico are crushed with the imposition of high tax rates even comparing it with states of the nation in exchange for zero, none benefits. The results are more than evident with the decisions that are being made.

9) Make sure you make the best decision for the people of Puerto Rico and its residents and not for vultures and opportunists, please do true justice, **put yourself in our position**. We are in an eternal debt and we will be if we do not audit it and prosecute each and every one of those responsible. We implore GOD and you in this case for justice and consequences for the responsible and involved rulers.

10) Please help us by **ordering the debt audit and prosecuting those responsible**. The people of Puerto Rico and the residents of the territory of the United States need to understand **what the true debt is, what is the real principal of the debt and what are the interests and the term to be paid** to start from there with the amortization of the payment. But we cannot agree to pay an unaudited debt that includes illegally issued and out-of-the-constitution items. The Fiscal Control Board itself knows this, recognizes it, has expressed it and published it, but has not executed in accordance with its obligation and ministerial duty as established in the **PROMESA** law itself. Although we disagree with **PROMESA** we understand that it contains serious defects of unconstitutionality, it still details the responsibilities of all parties and among the responsibilities of the Board is the issuance of debt.

11) We need the debt audit to confirm and validate the debt issued by each and every one of the past rulers. Since the period of **Rafael Hernández Colon (1973-1976)** a **debt of $ 2,991 million** is documented, followed by **Carlos Romero Barceló (1977-1984)** for the amount of **$ 3,106 million**, continues the indebtedness with **Rafael Hernández Colon (1985-1992)** again indebting Puerto Rico with **$ 5,129 million**, realizing the impunity and the lack of consequences of errors knowingly or not entering the game large leagues of indebtedness and pillage with **Pedro Rosello (1993-2000)** with a debt of **$10 billion**, followed by **Sila María Calderón (2001-2004)** with debt of **$10.12 billion**, continuing with **Aníbal Acevedo Vila (2005-2008)** with $ **12,990 million**, seeing that time passed and both the people of the territory and their **great POPE (UNITED STATES CONGRESS)** remained asleep and confident in the healthy, just, integrity and responsible judgment of the rulers and administrators of the territory we were slowly but very deadly and aggressively hurt and looted in collusion with the Senators and Representatives pounced and approving debts left and right. We went into even more debt with **Luis Fortuño Burset**

hagancumplirlaley@gmail.com
November 4, 2021
Page 3

(2009-2012) with **$17,828 million**. According to the data found, there is a debt under the responsibility of

**Alejandro García Padilla of $ 3,697 million** from 2013 to January 2015.

12) We also request that the debt registered in **PREPA** be thoroughly investigated and in particular that it be

documented and presented to the people where the **$4.5 billion** requested by **Luis Fortuño Burset** in 4

years was channeled, which amounted to **50% of the total debt of 9 billion**.

13) Consult, interview and validate the expressions made by the past president of the board **José Carrión**

where he publicly and expressly tells **Aníbal Acevedo Vila** former governor of the territory that he is one

of those responsible for the debt, but did not make any effort to audit the debt and prosecute those

responsible.

14) **Order the audit of the debt and rid us from so much agony and odyssey**. Sooner rather than later **we**

**will prosecute those responsible for the embezzlement of funds from the people of Puerto Rico**. We

are sure that according to the Criminal Code of Puerto Rico in its **Article 88- CRIMES THAT DO NOT**

**PRESCRIBE**, we will prosecute those responsible after the **AUDIT**, **giving peace and doing justice**

both to the residents of the territory people of Puerto Rico and to the CONGRESS OF THE UNITED

STATES that knowingly or not have been **deceived and plundered by those responsible of the eternal**

**debt** that will remain eternal if it is not **AUDITED** and solved at the root of the real problem of the

misappropriation of public funds.

15) We have been patient and tolerant, yet they have misinterpreted our good qualities and manners. "Do not

confuse patience, courage of virtue, with the stupid indolence of the one who gives up." **Mariano Aguiló**.

"He who does not have patience cannot demand it from others." **Adolfo Kolping**.

Confident that this petition will reach your office and **will be reviewed, analyzed, studied and read with the**

**same passion, dedication and deep sincerity as it was written** so that we have the **FAITH** and **HOPE** that the

people are heard and that we really live in a world and a society of **justice, law and order** and that they are not

simply a melodious rhetoric to the ear and a **falsehood for democracy**.

Please confirm by returned mail the successful receipt of this email and the results of your intervention.

I respectfully refer,

*Contribuyente Indignado*
Contribuyente Indignado

████████████████

**From:**
**Sent:** Monday, January 24, 2022 11:30 PM
**To:** NYSD Swain Corresp
**Subject:** Retiro

CAUTION - EXTERNAL:


Buenas noches honorable Juez.
No es fácil saber que en puertas cerradas vuelven a jugar con el futuro de los empleados públicos, sobre todo con los de la ley 447 que a pesar de ser nombrados para 30 años ya llevamos más de 35.  Nos siguen engañando y dejan a oscuras la ley  80.  No hay información, nadie dice nada,  que aguantemos todos los atropellos.  Usted solo está para hacer cobrar un dinero que nosotras no invertimos  y del que no tuvimos decisión alguna.  Ahora que podemos pedir si la justicia es ciega o simplemente no existe.  Buscar paz después de dos años de incertidumbre y dando explicaciones que no tenemos .

Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**

**Sent:**       Monday, January 31, 2022 9:53 PM
**To:**          NYSD Swain Corresp
**Subject:**   Ley 80


CAUTION - EXTERNAL:


En las cortes se habla del término buena fé.  Pero es esa la intención cuando ocultan lo que realmente está pasando? Esperaron a que más de 5 mil empleados públicos se manifestaran frente al Capitolio para decir que no se va cumplir con la ley 80. Que esperaban con dar ésta información a último momento, acaso provocar un motín. Esto denota la falta de respeto hacia los empleados que llevan más de 30 años esperando justicia.  Siguen a puertas cerradas y solo piensan en su propio beneficio privado.

Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

███████

**From:** ███████████████
**Sent:** Friday, February 4, 2022 3:40 PM
**To:** NYSD Swain Corresp
**Subject:** Empleados ley 447

CAUTION - EXTERNAL:


Solicitamos que a los empleados de la ley 447 se les haga justicia. Se les permita irse por lo menos a los 58 años de edad. Sería lo menos que podrían hacer ya que la pensión se rehúsan a modificarla.  No se nos siga castigando doble por los errores de otros.

Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

███████

**From:** ██████████████████
**Sent:** Thursday, February 10, 2022 6:39 PM
**To:** NYSD Swain Corresp
**Subject:** Ley 447

CAUTION - EXTERNAL:

En serio se va a ir el poco de dinero que aparenta estar disponible solo en maestros, policías y bomberos.  Y los empleados de la ley 447 que han esperado 9 años para que le hagan justicia en su retiro y los dejen retirarse QUE va a pasar con ellos.

Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

# THE DAY OF THE HEARING February 16,2022, RETIREMENT US BONDS.

Good morning, honorable Judge Taylor. I thank you for letting me speak to you today. I am Antonio Martin. 83 years old, and retired after a long career of self- employed practitioner as an Architect. During that time, I was introduced to the Bonds of Puerto Rico. The interest was tax free, protected by the Constitution, and to be, (with a minimum of protection), a riskless investment for retirement. I also felt, I was contributing to our economy. I needed to build my retirement. I bought PR Bonds, and the agony started.

I am standing in front of you now, after Puerto Rico declared **bankruptcy**, following 2,016 public declarations by Garcia Padilla, that Puerto Rico was insolvent. The bonds were demised. Bonds started to be not liquid, or negotiated with substantial deductions.

Another terrible fact, **the bonds did not have repayment funds.** The support I have worked so hard to earn, had disappeared. Since then, I have had significant losses, and getting some cash has not been easy, when my working years have ended. **Some facts should be considered immediately.**

## A) LAST BONDS LAST CHANCE
Puerto Rico is having problems and so are we.  Puerto Rican Bonds, are discredited.  **But we are dealing now with the last of the bonds, issued by the Retirement System.** however, "**The Plan of Adjustment you approved, for those bonds, offers a few pennies for each dollar, and that is something impossible to believe. "The worst deal until today, and totally unacceptable". This has to be reconsidered.**

**B) WE ARE ALL PUBLIC EMPLOYERS, WE ALL WORK FOR THE NATION. THERE IS NO DIFFERENCE**

So far, I am now with one half the money I invested in Bonds, I am struggling with my compromises, but I do not know if I would be capable to resist, without reducing my way of living. T**he government is distributing money to the public employees. We endorse that. It is their money earned for years of work, but what is the difference with me?**

**C)LOTS OF MONEY AND NOT EVEN THE INTERESTS**

Judge Taylor, please reconsider the enormous harm WE had taken. The government has amassed over $20 Billion in cash, and still not paid for the debt. **And we had not received even the interests on the Bonds for 6 years?**

**D) THERE IS OTHER HELPS BEYOND CASH**

**If you do not have enough cash, you can issue part of the debt to new 8 years secured bonds, so we can use the interest at least, or to sell them as well.**

**E) WHAT ABOUT PUBLIC DISCREDIT?**

But there is also the **public discredit surged at the shadow of bankruptcy, in order to produce new lawful Bonds for future or immediate financing**. How could PR issue new credible debt if you treat us as bad as this projected agreement shows. **At least PR is supposed to assume responsibility**

Judge Taylor, **maintain at least a respectful return of these last bonds. Let the people see you do not abandon Puerto Ricans to the limit. Let us be prepared for what is coming.**

**Thank you for your time. Case 17-03283**
Pc/documents/bonds/the day of the hearing final IRIZARRY4



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
*Gobierno Municipal de Maricao*
**Oficina Legislatura Municipal**

17 de febrero de 2022

Hon. Laura Taylor Swain
Jueza de la Corte Federal
United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

Honorable Jueza de la Corte Federal

Reciba saludos cordiales de parte del Municipio Autónomo de Maricao. Su Legislatura Municipal y el mío propio.

La Legislatura Municipal de Maricao tiene un gran compromiso por el bienestar del pueblo y con nuestro país. Por la razón le hacemos llegar la Resolución Número 12 Serie 2021-2022, aprobada el 15 de febrero de 2022. Es de nuestro interés que tenga conocimiento de la misma y pueda tomar en cuenta nuestras recomendaciones.

Reiterándome a sus servicios.

Cordialmente

Sra. Samira Sánchez Martínez
Secretaria Legislatura Municipal
Municipio de Maricao

ESTADO LIBRE ASOCIADO DE PUERTO RICO
GOBIERNO MUNICIPAL DE MARICAO
**LEGISLATURA MUNICIPAL**

**RESOLUCIÓN NÚMERO: 12**                                   **SERIE: 2021-2022**

**Presentada por: Melanie  Oms Castillo**

**PARA EXPRESAR LA SOLIDARIDAD DE LA LEGISLATURA MUNICIPAL DE
MARICAO CON EL MAGISTERIO DE PUERTO RICO Y PARA EXIGIR AL
GOBERNADOR DE PUERTO RICO, HON. PEDRO PIERLUISI URRUTIA, A LA
ASAMBLEA LEGISLATIVA DE PUERTO RICO, Y A LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO CREADA BAJO
P.R.O.M.E.S.A. QUE, COMO INTERÉS APREMIANTE DEL ESTADO, FUERE A
TRAVÉS DE LEGISLACIÓN O MEDIANTE INICIATIVAS DE ADMINISTRACIÓN, SE
PROVEAN SIN DILACIÓN LOS RECURSOS NECESARIOS PARA EXTENDER A
LAS MAESTRAS Y MAESTROS DEL DEPARTAMENTO DE EDUCACIÓN UN
AUMENTO SALARIAL SIGNIFICATIVO, EN PROPORCIÓN A LA
RESPONSABILIDAD SOCIAL DE LA TAREA EDUCATIVA, PROCURAR EL
MEJORAMIENTO DE TODAS SUS CONDICIONES DE TRABAJO, GARANTIZAR LA
IMPLEMENTACIÓN DE LA LEY NÚM. 158–1999, SEGÚN ENMENDADA,
DENOMINADA "LEY DE LA CARRERA MAGISTERIAL" Y CUMPLIR CON LO
DISPUESTO EN LA LEY NÚM. 7–2021, CONOCIDA COMO LA "LEY PARA UN
RETIRO DIGNO"; Y PARA OTROS FINES.**

POR CUANTO:     El Artículo 1.039 inciso (m) de la Ley Núm. 107 de 14 de agosto de
2020, mejor conocida como "Código Municipal de Puerto Rico",
dispone que la Legislatura Municipal podrá aprobar aquellas
ordenanzas, resoluciones y reglamentos sobre asuntos y materias
de la competencia o jurisdicción municipal que de acuerdo a este
Código o cualquier otra ley, deban someterse a su consideración y
aprobación.

POR CUANTO:     La importancia de la clase magisterial es incuestionable, en
particular, su aportación como puntal de nuestro sistema de
educación pública, el cual debe garantizar según dispone la
Constitución de Puerto Rico "una educación que propenda al pleno
desarrollo de la personalidad", meta alcanzable únicamente en la
medida en que la tarea de la enseñanza pueda ejercerse en
condiciones dignas.

POR CUANTO:     A pesar de ello, y del creciente consenso en Puerto Rico sobre la
urgencia de generar mejores condiciones laborales para el
magisterio, es una injusta realidad que las maestras y maestros no
reciben una compensación adecuada por la labor que realizan,
siendo inaceptable que quienes tienen sobre sus hombros la
responsabilidad y vocación fundamental de forjar nuestra
ciudadanía tengan un salario base de $1,750 dólares mensuales.

POR CUANTO:     Las maestras y maestros del Departamento de Educación de
Puerto Rico, Departamento de Corrección y Rehabilitación y
Administración de Instituciones Juveniles no han recibido un
aumento en el nivel de salario básico en más de una década a
pesar del alza vertiginosa en el costo de vida.

**RESOLUCIÓN NÚMERO: 12**
**Página Núm. 2**                                                    **SERIE: 2021-2022**

**POR CUANTO:**      Todos los años los maestros y maestras puertorriqueñas, a pesar de recibir una paga insuficiente para atender sus necesidades y responsabilidades personales y familiares, no tienen más remedio que incurrir en gastos para adquirir equipos, materiales y servicios con el fin de subsanar la ausencia de recursos en sus escuelas.

**POR CUANTO:**      Las campañas de descrédito contra el magisterio, y el desamparo de la escuela pública, hacen blanco principalmente en las mujeres puertorriqueñas, toda vez que la gran mayoría de las maestras son mujeres (79 por ciento) y jefas de familia, al igual que la inmensa mayoría de las proveedoras de servicios de la población de educación especial.

**POR CUANTO:**      Desde el año 2011, en Puerto Rico se han cerrado cerca de seiscientas cuarenta (640) escuelas públicas, y en fechas recientes se ha publicado un documento producido por el Departamento de Educación en el que se contempla el posible cierre de unos 80 planteles, lo cual genera una  incertidumbre permanente contra la estabilidad del magisterio y contra el aprovechamiento académico del estudiantado, así como el desplazamiento de comunidades escolares enteras a planteles receptores con los que no necesariamente guardan afinidad o relación histórica, y resultando además el cierre de escuelas en la disposición desordenada de inmuebles propiedad del Pueblo de Puerto Rico   mediante compraventa, o alguna otra forma de cesión.

**POR CUANTO:**      El Departamento de Educación de Puerto Rico no da cumplimiento exacto ni oportuno a las disposiciones de la Ley Núm. 158–1999, según enmendada, denominada "Ley de la Carrera Magisterial", o a los reglamentos promulgados al amparo de ella; no ha llevado a consecución los acuerdos hechos con miles de maestras y maestros a quienes la agencia les aprobó su Plan de Carrera Magisterial; ni se han observado diligentemente los procesos que la Ley requiere; por lo cual el magisterio todavía espera porque se reconozcan los beneficios y derechos adquiridos bajo dicho programa.

**POR CUANTO:**      El 13 de octubre de 2021, la jueza Laura Taylor Swain declaró nulas varias disposiciones esenciales de la Ley Núm. 7–2021, conocida como la "Ley para un Retiro Digno", legitimando así un régimen de precarización insostenible a largo plazo sobre el magisterio, sector que en la actualidad no es beneficiaria del programa de Seguro Social.

**POR CUANTO:**      Con la confirmación del Plan de Ajuste de Deuda se alteró la naturaleza del Sistema de Retiro de las maestras y maestros, reduciendo los beneficios entre un 35 y un 40 por ciento, y aumentando la edad de retiro a los 63 años, lo cual tiene el potencial real de generar un disloque irreparable en el sistema de educación pública si se suscita un evento de renuncias en masa, de tal magnitud que deje al Departamento de Educación sin recursos para atender las necesidades de su estudiantado.

**POR TANTO:**       **RESUÉLVASE POR LA LEGISLATURA MUNICIPAL DE MARICAO, PUERTO RICO, LO SIGUIENTE:**

**Sección 1era:**    Expresar la solidaridad de la Legislatura Municipal de Maricao con el magisterio de Puerto Rico y para exigir al Gobernador de Puerto Rico, Hon. Pedro Pierluisi Urrutia, a la Asamblea Legislativa de

**RESOLUCIÓN NÚMERO: 12**
**Página Núm. 3**

**SERIE: 2021-2022**

Puerto Rico, y a la Junta de Supervisión y Administración Financiera para Puerto Rico creada bajo P.R.O.M.E.S.A. que, como interés apremiante del estado, fuere a través de legislación o mediante iniciativas de administración, se provean sin dilación los recursos necesarios para conceder a las maestras y maestros del Departamento de Educación, Departamento de Corrección y Rehabilitación y Administración de Instituciones Juveniles un aumento salarial significativo, en proporción a la responsabilidad social de sus tareas, procurar el mejoramiento de todas sus condiciones de trabajo, garantizar la implementación de la Ley Núm. 158–1999, según enmendada, denominada "Ley de la Carrera Magisterial" y cumplir con lo dispuesto en la Ley Núm. 7–2021, conocida como la "Ley para un Retiro Digno".

**Sección 2da:** Copia de Resolución será entregada al Gobernador de Puerto Rico, Hon. Pedro Pierluisi Urrutia, a la Asamblea Legislativa de Puerto Rico, por conducto de los presidentes del Senado y de la Cámara de Representantes, Hon. José Luis Dalmau Santiago y Hon. Rafael Hernández Montañez, respectivamente, al Secretario designado del Departamento de Educación, Lcdo. Eliezer Ramos Parés, a la Junta de Supervisión y Administración Financiera para Puerto Rico creada bajo P.R.O.M.E.S.A., por conducto de su presidente, David A. Skeel, Jr., y a la Jueza de la Corte Federal de Distrito para Puerto Rico, Hon. Laura Taylor Swain.

**Sección 3era:** Esta Resolución entrará en vigor inmediatamente después de su aprobación.

Aprobada ésta Resolución por la Legislatura Municipal, en Sesión Ordinaria el día 14 de febrero de 2022.

_____
**Hon.  José A. Pérez Milán**
**Presidente Legislatura Municipal**

_____
**Sra.  Samira Sánchez Martínez**
**Secretaria Legislatura Municipal**

Aprobada y firmada por el Alcalde el día 15___ de febrero de 2022.

_____
**Hon. Wilfredo Ruiz Feliciano**
**Alcalde**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
GOBIERNO MUNICIPAL DE MARICAO
*LEGISLATURA MUNICIPAL*

## CERTIFICACIÓN

Yo, Samira Sánchez Martínez, Secretaria de la Legislatura Municipal de Maricao, Puerto Rico, por la presente certifico que la que antecede es una copia fiel y exacta de la Resolución Núm. 12, Serie 2021-2022, adoptada por la Legislatura Municipal de Maricao, Puerto Rico en Sesión Ordinaria celebrada el lunes, 14 de febrero de 2022, intitulada:

**PARA EXPRESAR LA SOLIDARIDAD DE LA LEGISLATURA MUNICIPAL DE MARICAO CON EL MAGISTERIO DE PUERTO RICO Y PARA EXIGIR AL GOBERNADOR DE PUERTO RICO, HON. PEDRO PIERLUISI URRUTIA, A LA ASAMBLEA LEGISLATIVA DE PUERTO RICO, Y A LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO CREADA BAJO P.R.O.M.E.S.A. QUE, COMO INTERÉS APREMIANTE DEL ESTADO, FUERE A TRAVÉS DE LEGISLACIÓN O MEDIANTE INICIATIVAS DE ADMINISTRACIÓN, SE PROVEAN SIN DILACIÓN LOS RECURSOS NECESARIOS PARA EXTENDER A LAS MAESTRAS Y MAESTROS DEL DEPARTAMENTO DE EDUCACIÓN UN AUMENTO SALARIAL SIGNIFICATIVO, EN PROPORCIÓN A LA RESPONSABILIDAD SOCIAL DE LA TAREA EDUCATIVA, PROCURAR EL MEJORAMIENTO DE TODAS SUS CONDICIONES DE TRABAJO, GARANTIZAR LA IMPLEMENTACIÓN DE LA LEY NÚM. 158–1999, SEGÚN ENMENDADA, DENOMINADA "LEY DE LA CARRERA MAGISTERIAL" Y CUMPLIR CON LO DISPUESTO EN LA LEY NÚM. 7–2021, CONOCIDA COMO LA "LEY PARA UN RETIRO DIGNO"; Y PARA OTROS FINES.** *Presentada por: Hon. Melanie Oms Castillo*

Además la misma fue aprobada con los **votos afirmativos** de los siguientes Legisladores Municipales presentes en dicha Sesión Ordinaria:

1. Hon. Omar L. Benvenutti Gómez
2. Hon. Juan Santiago Santana
3. Hon. Orlando Morales Feliciano
4. Hon. Melanie Oms Castillo

**EN CONTRA:**

1. Hon. Elsie Martínez Lugo

**INHIBIDOS:**

1. Hon. Tirsa V. Enríquez Vega
2. Hon. Ever Feliciano Vélez
3. Hon. José A. Pérez Milán

**AUSENTES:**

Hon. Wesley Martínez Vélez
Hon. Carlos Ramos Irizarry
Hon. Miguel A. Ruperto Cuebas

**Certificación**
**Resolución Núm. 12 Serie 2021-2022**
**Página # 2**


Y que la misma fue aprobada y firmada por el Alcalde, Hon. Wilfredo Ruiz Feliciano el 15 de febrero de 2022.

Y para que  conste la veracidad y fidelidad, expido la presente **CERTIFICACIÓN**, con mi firma y sello oficial del Municipio de Maricao, hoy, 15 de febrero de 2022.


_____
Sra. Samíra Sánchez Martínez
Secretaria Legislatura Municipal

*Sello*

OFICINA LEGISLATURA MUNICIPAL
GOBIERNO MUNICIPAL DE MARICAO



7008 2810 0002 1233 4492



UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767



**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | Diana Ivette Colon Diaz ██████████████ |
| **Sent:** | Saturday, April 02, 2022 7:24 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Retiro Digno |

**CAUTION - EXTERNAL:**

Hon. Juez Laura Taylor Swain

Reciba un cordial saludo, nosotros los empleados públicos de la Ley 1 y Ley 447 del Gobierno de Puerto Rico, necesitamos de su ayuda. Tanto la Junta de Control Fiscal como el Gobierno de Puerto Rico están retrasando su orden para implementar un nuevo plazo de retiro y así agotar el plazo de 120 días que usted otorgó para este propósito. AYUDENOS!!!!

Exige que hagan su trabajo dándonos justicia, gracias. DIOS LA BENDIGA.

Diana Colón Díaz

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | Diana Ivette Colon Diaz ███████████████ |
| **Sent:** | Saturday, April 02, 2022 7:20 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Retiro Digno |

<mark>**CAUTION - EXTERNAL:**</mark>

Hon. Juez Laura Taylor Swain

Reciba un cordial saludo, nosotros los empleados públicos de la Ley 1 y Ley 447 del Gobierno de Puerto Rico, necesitamos de su ayuda. Tanto la Junta de Control Fiscal como el Gobierno de Puerto Rico están retrasando su orden para implementar un nuevo plazo de retiro y así agotar el plazo de 120 días que usted otorgó para este propósito. AYUDENOS!!!!

Exige que hagan su trabajo dándonos justicia, gracias. DIOS LA BENDIGA.

Diana Colón Díaz

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | Edwin Garcia ███████████████ |
| **Sent:** | Saturday, April 02, 2022 5:20 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | law 80 retirement law |

CAUTION - EXTERNAL:

Honorablr Laura Taylor Swain this letter is to let you know that  the goberment and the oversight board in PR they are not yet have  implemented  the 80 law retiremen law , we the employees want you to put an intermediary between the goberment and the oversight borard to try to finish this prosess and finely we all can retire. Please send someone to finish this process we the 3989 non essential workers of the goberment are still waiting after 34 years of work and all we are tired and sick and so meny conditions.Thank you Sent from my iPhone CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | ████████████████ |
| **Sent:** | Saturday, April 02, 2022 4:27 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Ley 80 ya |

CAUTION - EXTERNAL:

Quiero pasar el verano con mis nietos. 35 años en Tribunales sin habernos dado el privilegio de irnos por las ventanas anteriores.  La justicia no debe esperar por más tiempo.

Enviado desde mi iPhone

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | ███████████████ |
| **Sent:** | Saturday, April 02, 2022 4:15 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Retiro solicitud ley 80 |

CAUTION - EXTERNAL:

Queremos justicia, se nos permita irnos antes de verano.  Retiro ya. No permita que pase más tiempo porque llevamos más de 2 años esperando. Gracias

Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | sahid echegaray ████████████ |
| **Sent:** | Saturday, April 02, 2022 7:12 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Puerto Rico retirement |

CAUTION - EXTERNAL:

SwainNYDCorrespnysd.uscourts.gov

Hon. Judge Laura Taylor Swain;

Receive a cordial greeting, we public employees of the government of Puerto Rico need your help. Both the Fiscal Control Board and the Government of Puerto Rico are delaying your order to implement a new withdrawal window and thus exhaust the 120-day term granted by you for this purpose.
HELP US!!! Demand that they do their job giving us justice.
Thanks

Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | Wanda E Morales ███████████ |
| **Sent:** | Saturday, April 02, 2022 7:59 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Retiro |

CAUTION - EXTERNAL:

Dear Honor, please help puertorican people retirement with your decision.

Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | Zaida Alvarez ███████████████ |
| **Sent:** | Saturday, April 02, 2022 7:30 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | RETIREMENT |

<mark>**CAUTION - EXTERNAL:**</mark>


Hon. Judge Laura Taylor Swain;

Receive a cordial greeting, we public employees of the government of Puerto Rico need your help. Both the Fiscal Control Board and the Government of Puerto Rico are delaying your order to implement a new withdrawal window and thus exhaust the 120-day term granted by you for this purpose.

HELP US!!! Demand that they do their job giving us justice.

Thanks

Zaida Alvarez Flores
Department of Education
Federal Funds
(sick with disabling and degenerative conditions and nearly 34 years of service)

Sent from Yahoo Mail on Android

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

1

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | Ana Dorta ▮▮▮▮▮▮▮▮▮ |
| **Sent:** | Sunday, April 03, 2022 10:02 PM |
| **To:** | SwainDPRCorresp NYSD; NYSD Swain Corresp |
| **Subject:** | Me quiero Retirar Ana L. Dorta |
| | |
| **Importance:** | High |

**CAUTION - EXTERNAL:**

Saludos
Reciban un cordiales saludos nosotros los empleados públicos del gobierno de Puerto Rico necesitamos su ayuda. Tanto la Junta de Control Fiscal como el Gobierno de Puerto Rico están retrasando su orden implementar un nuevo plazo retiro y agotar el plazo de 120 días que usted le otorgo para este propósito. Ayúdanos Exige que hagan su trabajo dándonos justicias. No es justo llevo 32 años todavía no obtenga mi retiro.

Gracias

Atentamente

Ana L. Dorta

a

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | Angel Hermina ▇▇▇▇▇▇▇ |
| **Sent:** | Sunday, April 03, 2022 8:47 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | In your hands is the future of our old age. |

**CAUTION - EXTERNAL:**

Hon. Judge Laura Taylor Swain;

Receive a cordial greeting, we public employees of the government of Puerto Rico need your help. Both the Fiscal Control Board and the Government of Puerto Rico are delaying your order to implement a new withdrawal window and thus exhaust the 120-day term granted by you for this purpose.
HELP US!!! Demand that they do their job giving us justice.
Thanks

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | Carmen M. Malave ████████████████ |
| **Sent:** | Sunday, April 03, 2022 4:54 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Saludos, necesito que se comunique con El Gobernador de Puerto Rico y le exija que conteste la información solicitada por la Junta de Control Fiscal para poder retirarme junto a mis compañeros. Llevo 33 años en mi Agencia y quiero disfrutar un poco mi ... |

**CAUTION - EXTERNAL:**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | Daisy Rivera ██████████████ |
| **Sent:** | Sunday, April 03, 2022 12:49 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Retirement |

**<mark>CAUTION - EXTERNAL:</mark>**



Hon. Judge Laura Taylor Swain;

Receive a cordial greeting, we public employees of the government of Puerto Rico need your help. Both the Fiscal
Control Board and the Government of Puerto Rico are delaying your order to implement a new withdrawal window and
thus exhaust the 120-day term granted by you for this purpose.
HELP US!!! Demand that they do their job giving us justice.
Thanks

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening
attachments or clicking on links.</mark>

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | David Latorre Alequín ████████████ |
| **Sent:** | Sunday, April 03, 2022 6:42 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Need your attention |

CAUTION - EXTERNAL:


Honorable Miss Swain:

Im 63 years old , and placed my resignation on November of 2021 effective February 2022 , I started to work on 1980 with Arecibo's Municipalities Government.  In that time I sign a retirement with some benefits like medical plan and 2 bonus but the important part was that ill have 70% of pension, all of that came down in 2013 , my pension plan says that ill only will be benefited with a  34 % of my original pension that i signed in 1980 im loosening more than 50% of my pension with all of the benefits that I supposed to have .
I couldn't wait any more and filled for my pension i am tired of working and my family needs me because they are sick and needs of my time and attention for there medical reasons.
I need your help and it's possible if the New agreement that is being to be approved for Retirement Law 447 could be retroactive to all Public employees that resigned in the middle of all of these problems and issues that interrupted us of being benefited with at lease that 50% of the pension that will mitigate in some manner or life .

That you and hope for the best to you and your love one's.

Please want to hear from you , thank you.

David Latorre



Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | Eduardo Perez ███████████████ |
| **Sent:** | Sunday, April 03, 2022 8:36 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Fwd: Law 80 Petition |

<mark>**CAUTION - EXTERNAL:**</mark>

---------- Forwarded message ---------
De: **Eduardo Perez** ████████████████
Date: dom, 3 abr 2022 a la(s) 20:15
Subject: Law 80 Petition
To: <swainNYSCorresp@nsd.uscourts.gov>

Greetings Hon Regards
Before you is our petition on Law 80.  There are many employees who are waiting for our retirement to be
fulfilled.  There are many employees of Law 447 and Law No. 1 who are the least because they were only the agencies
that were in a Reorganization Plan because there is a lot of dublicidad of work doing the same thing.

I am 28 years old and 50 years old and I sign that withdrawal with enthusiasm, since my children are out of PR and I
would like to be with them since they are diabetic patients and I need their help.
Our hope is in your hands, please honorable judge do our justice with the 50% that was signed.  Thank you

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening
attachments or clicking on links.</mark>

1

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | Laura I. Morales Cruz ▓▓▓▓▓▓▓▓▓▓ |
| **Sent:** | Sunday, April 03, 2022 1:19 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Ley 80 - Ley 1 |

==CAUTION - EXTERNAL:==

Buenas, espero que este bien.  Le escribo por que estoy al borde de la locura. Le explico:  Trabajo en el gobierno, específicamente en el Departamento de la familia y pertenezco a la ley 1, la misma que el Departamento y gobierno bloquearon para que no podamos salir en retiro temprano.  Como es posible que la ley 80, permite a algunos empleados ley 447 y ley 1 ciertos beneficios y para otros no?  Se que la ley 80 no existe pero ,sin embargo,  están utilizando los mismos parámetros de dicha ley, para crear un retiro.  Entiendo que todos los empleados de las leyes 447 y 1 deben beneficiarse,si no se puede, pues entonces ninguno. No es justo que hayan escogidos cuando el mismo gobierno nos bloqueo a muchos de nosotros.  Apelo a su buen juicio y no permita que el gobierno se vacíe,  pero por renuncias. Ya basta de tantas faltas de respeto, Entiendo que estamos en una nueva era en el gobierno,  tratando de modernizar servicios y llegar eficientemente a la gente. Que bueno por ello, pero los empleados merecemos un buen retiro, ya que es lo único que tenemos para sobrevivir en la vejez. Trabajamos por ello y no es justo tener que pagar por los errores de otros,gobierno.  Espero en Dios que tome la mejor decisión sobre ésto por la salud mental de muchos empleados que se lo pedimos. Es hora de hacer justicia para todos los que pertenecemos a la ley 447 y 1.  Gracias por su ayuda.

==**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.==

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | MARIA OSORIO ███████████ |
| **Sent:** | Sunday, April 03, 2022 9:13 AM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Retirement Law |

**CAUTION - EXTERNAL:**


Hon. Judge Laura Taylor Swain:

Receive a cordial greeting, we public employees of the government of Puerto Rico need your help. Both the Fiscal Control Board and the Government of Puerto Rico are delaying your order to implement the new retirement law for employees of Law 447 and Law 1, in the 120-day term as you as you order for this purpose.

We need your assistance, demand that they do their job giving us justice as you know.

Respectfully,

Maria de L Osorio Otero
Law 447 - 36 years as employee


Sent from Yahoo Mail on Android

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | Ricardo Gonzalez ███████████████ |
| **Sent:** | Sunday, April 03, 2022 12:17 PM |
| **To:** | NYSD Swain Corresp |

**CAUTION - EXTERNAL:**

Estoy enfermo muchas condiciones por favor aprobar la ley 80

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | sahid echegaray ███████████ |
| **Sent:** | Sunday, April 03, 2022 4:58 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Puerto Rico retirement |

CAUTION - EXTERNAL:

>
> SwainNYDCorrespnysd.uscourts.gov
>
>
> Hon. Judge Laura Taylor Swain;
>
> Receive a cordial greeting, we public employees of the government of Puerto Rico need your help. Both the Fiscal Control Board and the Government of Puerto Rico are delaying your order to implement a new withdrawal window and thus exhaust the 120-day term granted by you for this purpose.
> HELP US!!! Demand that they do their job giving us justice.
> Thanks
>
> Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | Yolanda Matos ▮▮▮▮▮▮▮▮ |
| **Sent:** | Sunday, April 03, 2022 2:08 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Retiro ley 447. |

<mark>**CAUTION - EXTERNAL:**</mark>

Hon. Judge Swain
I work for the goverment of Puerto Rico since 1985. I signed a contract by law 447.
This law establishes 30 years to be retired and 75 %. I have been 37 years in the sistem because the goverment changed the contract. It's hard for me  to work while being 60 years old and pay too much money to the fund of retirement and recieve only 38 or 40% of pension.
I just want your attention to make a little justice to us. Our pay is low and our percentage of retirement is too low.
Please, all the people like me would be grateful if make a little justice.

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

1

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | NYSD Swain Corresp |
| **Sent:** | Monday, April 04, 2022 9:42 AM |
| **To:** | SwainDPRCorresp NYSD |
| **Subject:** | FW: Petition |

**From:** Will Guzmán ████████████████
**Sent:** Monday, April 4, 2022 9:37 AM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:** Petition

<mark>**CAUTION - EXTERNAL:**</mark>

Hon. Judge Laura Taylor Swain.

Receive a cordial greeting, the purpose of this email is that as a public employee of the government of Puerto Rico we are concerned and in turn need your kind help as you have done previously.  The Fiscal Control Board and the Government of Puerto Rico are delaying their order to implement a new withdrawal period and thus exhaust the 120-day period that you granted for this purpose.

PLEASE HELP US!  We just want them to carry out their instructions by giving us justice.

 Thanks
--
Will Guzmán
<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>