**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

           Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

      I, Jason Sugarman, declare under penalty of perjury that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"),[2] the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

      On April 4, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Notice Party Service List attached hereto as **Exhibit A**:

- Notice of (A) Entry of Order Confirming Modified Eighth Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al. Pursuant to Title III of Promesa and (B) Occurrence of the Effective Date [Docket No. 20349]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On March 29, 2022, Prime Clerk LLC change its name to Kroll Restructuring Administration LLC.

Dated: April 6, 2022

*/s/ Jason Sugarman*
Jason Sugarman

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 6, 2022, by Jason Sugarman, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 60671

## Exhibit A

Exhibit A

Notice Party Service List

Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| ADALBERTO IRIZARRY RAMOS V DTOP | LCDO. MIGUEL RODRÍGUEZ CARTAGENA | PMB 105 | CALL BOX 5004 | | YAUCO | PR | 00698 |
| Asociación de Empleados Gerenciales y Supervisores del Departamento de Transportación y Obras Públicas, Inc. (AEGS-DTOP) | Miranda, Juan | PO Box 41074 | | | San Juan | PR | 00940-1074 |
| DESIGN BUILD V DTOP | LCDO. JOSE CABIYA | PO BOX 2500 PMB 929 | | | TOA BAJA | PR | 00951 |
| DTOP | LCDA. YARLENE JIMENEZ | PMB 291 #1353 | RD. 19 | | GUAYNABO | PR | 00966-2700 |
| DTOP | LIC ARELIO GRACIA | HC72 BOX 3694 | | | NARANJITO | PR | 00719 |
| DTOP | LIC BENJAMIN MORALES | TOWN PARK 1 CALLE MARGINAL | | | SAN JUAN | PR | 00924-5006 |
| DTOP | LIC JOEL ORTIZ | 434 AVE HOSTOS | | | SAN JUAN | PR | 00918 |
| DTOP | LCDA. YARLENE JIMENEZ; PMB 291 #1353 RD 19 | | | | GUAYNABO | PR | 00966-2700 |
| DTOP Y CARMEN I RODRIGUEZ SANTOS | ADDRESS ON FILE | | | | | | |
| LORTU-TA LTD, INC.; LA CUARTEROLA, INC.; JUAZA, INC.; and THE CONJUGAL PARTNERSHIP COMPOSED OF JUAN R. ZALDUONDO VIERA AND MAGDALENA MACHICOTE RAMERY | FUENTES LAW OFFICES, LLC | P.O. BOX 9022726 | | | SAN JUAN | PR | 00902-2726 |
| LORTU-TA, INC. | CARLOS E. POLO Y ERNESTO L. POLO | BANCO COOPERATIVO PLAZA 623 | AVE. PONCE DE LEON SUITE 705-A | | SAN JUAN | PR | 00917 |
| MARTA I. OYOLA VEGA | ADDRESS ON FILE | | | | | | |
| OYOLA VEGA, MARTA I | ADDRESS ON FILE | | | | | | |
| OYOLA VEGA, MARTA I | LCDA. VILMARIE NEGRON MARRERO | PO BOX 50784 | TOA BAJA | PR | TOA BAJA | PR | 00950 |
| SPU - Departamento de Transportación y Obras Públicas (DTOP) - Local 3889 | Pacheco Santiago, Sandra | PO Box 13695 | | | San Juan | PR | 00908-3695 |
| SPU - Departamento de Transportación y Obras Públicas (DTOP) - Local 3889 | Pacheco Santiago, Sandra | Edif Business Sound & Music 3er piso Carr. | #1 Km 18.9 Bo. Tortugo | | Rio Piedras | PR | 926 |
| UAW - Unión de Empleados del DTOP - Local 2341 | Del Valle, Luis; Presidente | Torres Cpa Building 201 | | | Carolina | PR | 00984 |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 1 of 1