# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

           Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

    I, Nicholas Vass, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On April 1, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the ACR Parties Service List attached hereto as **Exhibit A**:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

- Notice of Removal of Certain Claims from Administrative Claims Reconciliation and Alternative Dispute Resolution [Docket No. 20480]

Dated: April 5, 2022

/s/ *Nicholas Vass*
Nicholas Vass

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 5, 2022, by Nicholas Vass, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A
ACR Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 1170757 | ACEVEDO LOPEZ, ARMANDO | HC02 BOX 21846 | | | AGUADILLA | PR | 00603 | striker1998@hotmail.com | First Class Mail and Email |
| 2062046 | Acosta Rodriguez, Xiomara | PO Box 140385 | | | Arecibo | PR | 00614-0385 | yiomaraacosta080@gmail.com | First Class Mail and Email |
| 1957284 | Adarondo Quinones, Sylvia Iris | Box 295 | | | Sabana Grande | PR | 00637 | | First Class Mail |
| 2001120 | Adarondo Quinones, Sylvia Iris | PO Box 295 | | | Sabana Grande | PR | 00637 | | First Class Mail |
| 923383 | ADORNO OCASIO, MARITZA | HC-1 BOX 7072 | | | GURABO | PR | 00778 | maritzadorno@gmail.com | First Class Mail and Email |
| 1631725 | Alamo Cuevas, Jose M | Urb. Villa del Rey 4ta.Sec. | calle 5 4L10 | | Caguas | PR | 00725 | | First Class Mail |
| 1932839 | Alicea Hernandez, Juan M | HC-01 Box 5352 | | | Corozal | PR | 00783 | jaliceahernandez@gmail.com | First Class Mail and Email |
| 1957259 | Alonso Hernandez, Gladys | Apdo 258 | | | Juana Diaz | PR | 00795 | | First Class Mail |
| 2146478 | Alvarado Aponte, Hector | Ext. Jardines Calle 8 A22 | | | Santa Isabel | PR | 00757 | | First Class Mail |
| 1629441 | ALVARADO SANTOS, GLADYS M | HC-02 BOX 6197 | | | MOROVIS | PR | 00687 | MALVARADO0735@YAHOO.COM | First Class Mail and Email |
| 1525353 | ALVAREZ FEBUS, NELIDA | RR 8 BOX 9149A | | | BAYAMON | PR | 00956 | yaila09.57@gmail.com | First Class Mail and Email |
| 927478 | ALVAREZ FEBUS, NELIDA | RR 8 BOX 9149A | | | BAYAMON | PR | 00956-9928 | yaita09.57@gmail.com | First Class Mail and Email |
| 1940968 | ALVAREZ VALDES, HAYDEE M. | VILLA AURORA CALLE 2 A-1 | | | CATANO | PR | 00962 | | First Class Mail |
| 2106130 | Alvarez Valdez, Haydee M. | A-1 Calle 2 Villa Aurora | | | Catano | PR | 00962 | de105101@miescuela.pr | First Class Mail and Email |
| 2195741 | AMARO RAMOS, JORGE | BZT 47 | BARRIO TUMBAO | | MAUNABO | PR | 00707 | | First Class Mail |
| 2145638 | Ambel Bugos, Miguel A. | Villa Camabero | 5612 Calle Bricoo | | Santa Isabel | PR | 00757-2440 | | First Class Mail |
| 2100689 | Arocho Gonzalez, Ana Maria | Maestra Tecnica III | Departamento Educacion | Centro Gobernamental | Moca | PR | 00676 | amaarocho@yahoo.com | First Class Mail and Email |
| 2100689 | Arocho Gonzalez, Ana Maria | 26 Calle Diego Deynes | | | Moca | PR | 00676 | amaarocho@yahoo.com | First Class Mail and Email |
| 1675000 | Arroyo Valentin, Daisy | Calle MadreSelva K-368 | Urb. Loiza Valley | | Canovanas | PR | 00729 | daisyspr@yahoo.com | First Class Mail and Email |
| 1627447 | ASTACIO NIEVES, CARMEN | PO BOX 22 | | | MERCEDITAS | PR | 00715-0022 | c.astacio@yahoo.com | First Class Mail and Email |
| 1627447 | ASTACIO NIEVES, CARMEN | HC 07 BOX 2576 | MONTES LLANOS KM 11 HM. | | PONCE | PR | 00731 | c.astacio@yahoo.com | First Class Mail and Email |
| 1627119 | Ayala Ayala, Carmen N. | Sabana Gardens, 1 - 39, Calle 4 | | | Carolina | PR | 00983 | | First Class Mail |
| 1616679 | Ayala Ayala, Carmen N. | Sabana Gardens, 1 - 39, Calle 4 | | | Carolina | PR | 00987 | c.ayalaayala@yahoo.com | First Class Mail and Email |
| 1581630 | Baez Agosto, Nelida | PO Box 2878 | | | Guaynabo | PR | 00970 | nellybaez@gmail.com; nellybaez15@gmail.com | First Class Mail and Email |
| 1677785 | Baez Mendez, Rosa | Hc 02 Box 12275 | | | Moca | PR | 00676 | abosquesbaez1@pucpr.edu; baezrosa990@gmail | First Class Mail and Email |
| 1653936 | Benero Rossy, Nilsa J. | Bo. Cedro Carr. 738 28829 | | | Cayey | PR | 00736-9473 | njbrossy@gmail.com | First Class Mail and Email |
| 2207237 | Bermudez Laureano, Edith I. | HC-1 Box 4427 | | | Comerio | PR | 00782 | edithivette13@gmail.com | First Class Mail and Email |
| 1255009 | BERMUDEZ PORTELA, LUIS O | PO BOX 937 | | | VIEQUES | PR | 00765 | luis.bermudez.gmv@hotmail.com | First Class Mail and Email |
| 2203697 | Berrios Castrodad, Norma D. | Urb. Fernandez 24 Francisco Cruz | | | Cidra | PR | 00739 | | First Class Mail |
| 2222462 | Bonilla Delgado, Myrna | Urb. Las Delicias Calle Maria Cadilla 3108 | | | Ponce | PR | 00728 | | First Class Mail |
| 54990 | BONILLA ORTIZ, ANGELES S | HC 01 BOX 4052 | | | VILLALBA | PR | 00766 | | First Class Mail |
| 2200266 | Bonilla Vicente , NIlsa I | P. O. Box 372037 | | | Cayey | PR | 00737 | nilsabonilla@hotmail.com | First Class Mail and Email |
| 1486604 | Borrero Cordero, William | URB VILLA GRILLASCA | 1331 C/EDUARDO CUEVA | | PONCE | PR | 00717 | wbcsgto59@hotmail.com | First Class Mail and Email |
| 2079250 | Bosques Villalongo, Wilmarie | 7901 W. Paris St. | | | Tampa | FL | 33615 | venus0250@yahoo.com | First Class Mail and Email |
| 1224005 | BRITO NUNEZ, JANNETTE | BO PARIS | 76 CALLE NEMESIA ARROYO | | MAYAGUEZ | PR | 00680 | jannette_brito_76@yahoo.com; JANNETTE_BRITO76@YAHOO.COM | First Class Mail and Email |
| 1224005 | BRITO NUNEZ, JANNETTE | Calle Dr. Jimenez 101 | Bo Cristy | | Mayagüez | PR | 00680 | jannette_brito_76@yahoo.com; JANNETTE_BRITO76@YAHOO.COM | First Class Mail and Email |
| 2146505 | Burgos Rolon, Raul | PO Box 181 | | | Santa Isabel | PR | 00757 | | First Class Mail |
| 2085886 | Burgos Vazquez, Raquel | Carr 694 Km 0 Hm 2 | Bo. Espinosa Sector Arenas | | Vega Alta | PR | 00692 | rachelyshb@gmail.com | First Class Mail and Email |
| 2085886 | Burgos Vazquez, Raquel | HC 83 Box 6245 | | | Vega Alta | PR | 00692 | rachelyshb@gmail.com | First Class Mail and Email |
| 891541 | CABRERA BURGOS, CYNTHIA | Bo. Pajaros Carr, #863 | PO Box 2400 PMB 122 | | Toa Baja | PR | 00949 | apontepaloma@hotmail.com | First Class Mail and Email |
| 891541 | CABRERA BURGOS, CYNTHIA | PO BOX 2400 PMB 122 | | | TOA BAJA | PR | 00951 | apontepaloma@hotmail.com | First Class Mail and Email |
| 1902587 | Cabrera Sotomayor, Jose A | PO Box 2161 | | | Coamo | PR | 00769 | | First Class Mail |
| 2090803 | CACERES SANCHEZ, DORIS E. | P.O. BOX 541 | | | YABUCOA | PR | 00767 | | First Class Mail |
| 1688720 | CARDONA PEREZ, LUZ E. | MAMEYAL | 142 C CALLE 5 | | DORADO | PR | 00646 | rayita13@gmail.com | First Class Mail and Email |
| 1577365 | Carlo Soto , Elsie | PO Box 1510 | | | Agaudilla | PR | 00605 | | First Class Mail |
| 2222968 | Carrasquillo Arroyo, Maria M. | PO Box 164 | | | Arroyo | PR | 00714 | mariacarrasquillo@gmail.com | First Class Mail and Email |
| 420038 | Carrasquillo Nieves, Rafael A. | PO Box 1384 | | | Carolina | PR | 00986 | rcarrasquillonieves@gmail.com | First Class Mail and Email |
| 420038 | Carrasquillo Nieves, Rafael A. | Calle Armonia #5 Urb Los Suenos | | | Gurabo | PR | 00778-7800 | rcarrasquillonieves@gmail.com | First Class Mail and Email |
| 2150147 | Carril Perez, Eduardo | H-C-6 Box 17409 | | | San Sebastian | PR | 00685 | | First Class Mail |
| 1977625 | Carrion Rivera, Gladys | HC 01 Box 7104 | | | Luquillo | PR | 00773 | gladyscarrion0@gmail.com | First Class Mail and Email |
| 1637579 | Casiano Rivera, Mildred | HC 1 Box 31098 | | | Juana Diaz | PR | 00795 | | First Class Mail |
| 1993506 | CASILLAS CORDERO, ZULMA | HC-67 BOX 16640 | | | FAJARDO | PR | 00738-9095 | pzulma49casillas@gmail.com | First Class Mail and Email |
| 1770867 | CASTRO HERNANDEZ, WILLIAM | Inspector policia pr. | policia pr | ave. victoria | Aguadilla | PR | 00603 | amaarocho@yahoo.com | First Class Mail and Email |
| 1770867 | CASTRO HERNANDEZ, WILLIAM | 26 CALLE DIEGO DEYNES | | | MOCA | PR | 00676 | amaarocho@yahoo.com | First Class Mail and Email |
| 1219993 | CEPEDA SANCHEZ, ISELLE | URB PARQUE ECUESTRE | CALLE 41 A K5 | | CAROLINA | PR | 00987 | india7472002@yahoo.com | First Class Mail and Email |
| 2197901 | Cintron Hernandez, Victor L. | Calle Gladys AE-7 Villa Reca | | | Bayamon | PR | 00959 | VictorCintron@yahoo.com | First Class Mail and Email |
| 1902401 | Cintron Morales, Radames | Calle Guanajibo | 154 Urb Provincio del Rio | | Coamo | PR | 00769 | | First Class Mail |
| 1678343 | Class Martinez, Nora H. | HC- 01 Box 7251 | | | Guayanilla | PR | 00656 | | First Class Mail |
| 2022750 | Colom Geitz, Sandra E. | B-3 Calle 4 Villas de Levittown | | | Toa Baja | PR | 00949 | sandysandyalm@gmail.com | First Class Mail and Email |
| 2220280 | Colon Andujar, Rosa J. | HC 03 Box 12706 | | | Juana Diaz | PR | 00795 | | First Class Mail |

Exhibit A
ACR Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 2222951 | Colon Jimenez, Evelyn E. | P.O. Box 8366 | | | Bayamon | PR | 00960 | edyedith0221@hotmail.com; evelyncolon@salud.pr.gov | First Class Mail and Email |
| 2207231 | Colon Martinez, Angel L | 808-N Edith St | | | Longview | TX | 75601 | velazquezhilda1962@gmail.com | First Class Mail and Email |
| 1701180 | Colon Martinez, Zulma | HC-02 Box 9998 | Juana Diaz Calle 2 #53 Singapur | | Juana Diaz | PR | 00795 | zcolor96@yahoo.com | First Class Mail and Email |
| 1603316 | Colon Rivera, Katty | HC-01 Boxs 2214 | | | Morovis | PR | 00687 | katcr@yahoo.com | First Class Mail and Email |
| 2165940 | Colon Rivera, Katty | HC 01 Box 2214 | | | Morovis | PR | 00687 | kattycolon719@gmail.com | First Class Mail and Email |
| 1851400 | COLON TORRES, CEREIDA | PO BOX 792 | | | JUANA DIAZ | PR | 00795-0792 | | First Class Mail |
| 2095675 | Colon Vega, Irma | HC 3 Box 15476. Calle Caguax | | | Juana Díaz | PR | 00795 | | First Class Mail |
| 1537098 | Colon-Ortiz, Josue A | Cautiva 41, Calle Arcada | | | Caguas | PR | 00727-3125 | jacbebe3@gmail.com | First Class Mail and Email |
| 2207087 | Cordovez Cabassa, Maria del C. | Universidad de Puerto Rico Humacao, ELA, Depto de Recreacion y Deportes ELA | Urbanizacion Roseville 54 Coralina | | San Juan | PR | 00926 | maria.cordovez@UPR.edu | First Class Mail and Email |
| 107725 | Correa Colon, Miriam | Esperanza | HC 03 Box 21664 | | Arecibo | PR | 00612 | orgalim@yahoo.com | First Class Mail and Email |
| 1876676 | Cortina Rodriguez, David | Urb. Flamboyanes | Lima St 1727 | | Ponce | PR | 00716 | decristo38@gmail.com | First Class Mail and Email |
| 2142264 | Crespo Cruz, Pedro | Central Mercedita Buzon #856 | | | Mercedita | PR | 00715-1304 | | First Class Mail |
| 1106664 | CRESPO MENDEZ, YOLANDA | HC 3 BOX 17028 | | | QUEBRADILLAS | PR | 00678 | ycrespm@yahoo.es | First Class Mail and Email |
| 1808848 | Cruz Acosta, Luis R. | Apartado 1041 | | | Lajas | PR | 00667 | yamilkacruzd@gmail.com | First Class Mail and Email |
| 2156085 | Cruz Colon, Angel L. | Hacienda Concordia 11168 | | | Santa Isabel | PR | 00757 | | First Class Mail |
| 1947002 | Cruz Cruz, Luz Minerva | Hacienda El Semil-Bzn 11137 | | | Villalba | PR | 00766 | | First Class Mail |
| 2077819 | Cruz Cruz, Rosita | P.O. Box 918 | | | Camuy | PR | 00627 | | First Class Mail |
| 2154429 | Cruz Galarza, Helen | 9317 Bahia Rd | | | Ocala | FL | 34472 | bernie_100@hotmail.com | First Class Mail and Email |
| 2154429 | Cruz Galarza, Helen | PO Box 3090 | | | San Sebastian | PR | 00685 | bernie_100@hotmail.com | First Class Mail and Email |
| 2038642 | Cruz Merced, Luz Esther | Cond. Parque San Antonio II | Apt. 2104 | | Caguas | PR | 00725 | luz2smart@gmail.com | First Class Mail and Email |
| 2092451 | Cruz Perez, Gladys Maria | PO BOX 51011 | | | Toa Baja | PR | 00950-1011 | gabbypr21@yahoo.com | First Class Mail and Email |
| 2101266 | Cruz Rivera, Angelita | Urb. San Juan Bautista Casa A-23 | | | Maricao | PR | 00606 | angiecruz752@gmail.com | First Class Mail and Email |
| 2050433 | Cruz Rosado, Lisandra | HC 01 Box 4066 | | | Juana Diaz | PR | 00795 | clisandra123@gmail.com | First Class Mail and Email |
| 1916458 | Cruz Santiago, Neftali | PO Box 2011 | | | Arecibo | PR | 00613-2011 | neftycruz92@gmail.com | First Class Mail and Email |
| 1577745 | Cruz Serrano, Rosa E | URB Colinas Metropolitana Calle J13 | | | Guaynabo | PR | 00969 | recs1234@gmail.com | First Class Mail and Email |
| 1670444 | CRUZ SOTO, ESTHER | DEPARTAMENTO DE EDUCACION | URBANIZACION DEL CARMEN CALLE 2 | | JUANA DIAZ | PR | 00795 | | First Class Mail |
| 2120719 | Cruz Soto, Esther | PO BOX 316 | | | Juana Diaz | PR | 00795 | cflvipers@yahoo.com | First Class Mail and Email |
| 2016774 | CRUZ SOTO, LUIS A | PO BOX 316 | | | JUANA DIAZ | PR | 00795 | | First Class Mail |
| 995652 | DE A. TORO OSUNA, FRANCISCO | 28 URB EXT QUINTAS DE SANTA MARIA | | | MAYAGUEZ | PR | 00682 | ing.franciscotoro@gmail.com | First Class Mail and Email |
| 2016316 | De Jesus Medina, Efrain | HC 40 Box 44331 | | | San Lorenzo | PR | 00754 | | First Class Mail |
| 803054 | De La Rosa Nunez, Juan F. | Urb. Ciudad Universitaria | 27 Calle #2-11 | | Trujillo Alto | PR | 00976 | delarosajuanf@gmail.com | First Class Mail and Email |
| 1871958 | de Leon Santiago, Maritza | Urb. Brisas del Mar | Calle Barrasa M-13 | | Guayama | PR | 00784 | maritza080858@gmail.com | First Class Mail and Email |
| 1098366 | DIAZ ALICEA, VICTOR M | HC 70 BOX 30739 | | | SAN LORENZO | PR | 00754 | | First Class Mail |
| 626858 | DIAZ CARABALLO, CARMEN L. | 5H15 Calle 5-8 | Urb. Monte Brisas 5 | | Fajardo | PR | 00738 | zulmen44@yahoo.com | First Class Mail and Email |
| 1748004 | DIAZ FEBO, LUZ O. | 200 #21 CALLE 532 | VILLA CAROLINA | | CAROLINA | PR | 00985 | bot12jcpg@gmail.com | First Class Mail and Email |
| 138181 | DIAZ GONZALEZ, HECTOR RAFAEL | COLINAS DE BAYOAN | CALLE GUARIONEX # 616 | | BAYAMON | PR | 00957-3778 | hectorrafaeldiaz52@gmail.com | First Class Mail and Email |
| 2017285 | Diaz Marrero, Nidza Ivette | 5042 Ave. Ext. RR Roman | | | Sabana Seca | PR | 00952 | nidzadiaz@yahoo.com | First Class Mail and Email |
| 938846 | DIAZ PEREZ, VICTOR | PO BOX 367843 | | | SAN JUAN | PR | 00936-7843 | victoralexisdiaz@gmail.com | First Class Mail and Email |
| 2068151 | Diaz Sierra, Edmee | 311 N Oak Ave | | | Orange City | FL | 32763-5229 | edmenejilda@yahoo.com | First Class Mail and Email |
| 1119629 | DOMINGUEZ MORALES, MILAGROS | EXT LAS MARIAS | H38 CALLE H | | JUANA DIAZ | PR | 00795-1704 | | First Class Mail |
| 143730 | Dominguez Morales, Milagros I | 38 Calle H | Ext. Las Marias | | Juana Diaz | PR | 00795 | | First Class Mail |
| 2061791 | Enriquez Gonzalez , Jose A. | 2321 Calle Universidad | Edif El Mirador | Apt 1701 | Ponce | PR | 00717 | jenriquez1701@gmail.com | First Class Mail and Email |
| 790793 | ESPADA COLON, CARMEN | HC-01 BOX 6805 | BARRIO PASTO | | AIBONITO | PR | 00705 | | First Class Mail |
| 1694265 | FELICIANO AUDIFFRED, LUISA | RR-01 BOX 1012 | | | ANASCO | PR | 00610 | LUISA_FELICIANO@YAHOO.COM | First Class Mail and Email |
| 1724197 | Feliciano Audiffred, Luisa | RR-01 Box 1012 | | | Añasco | PR | 00610 | Luisa_Feliciano@yahoo.com | First Class Mail and Email |
| 1793773 | Feliciano Pacheco, Francisco A. | 1230 Page Blvd | | | Springfield | MA | 01104 | felicianomigdalia@hotmail.com | First Class Mail and Email |
| 1668024 | Feliciano Soto, Marisol | 203 #22 Calle 515 Villa Carolina | | | Carolina | PR | 00985 | marifeliciano879@hotmail.com | First Class Mail and Email |
| 1566487 | Feliciano Velez, Irene | 978 Calle F Parc Soledad | | | Mayaguez | PR | 00682 | | First Class Mail |
| 1629804 | Figueroa Diaz, Linelly | 11302 Isle of Waterbridge | Apto 107 | | Orlando | FL | 32837 | linellyfigueroa@hotmail.com | First Class Mail and Email |
| 1680743 | Figueroa Diaz, Linelly | 11302 Isle of Waterbridge Apt.107 | | | Orlando | FL | 32837 | Linellyfigueroa@hotmail.com; Omarsodyssey@gmail.com | First Class Mail and Email |
| 1953010 | Figueroa Hernandez, Yolanda | Urb. Hacienda Miraflores | Calle Orquidea #3 | | Coamo | PR | 00769 | yolandaf1960@hotmail.com | First Class Mail and Email |
| 1978526 | Figueroa Matias, Zenaida | PO Box 334 | | | TOA BAJA | PR | 00951 | zfigueroa_4@hotmail.com | First Class Mail and Email |
| 1109550 | FIGUEROA TORRES, MARIA | 864 COM CARACOLES 1 | | | PENUELAS | PR | 00624-2505 | figueroa.maria92@hotmail.com | First Class Mail and Email |
| 1834962 | FLORES ZAYAS, WIGNA | BOX 84 | | | JUANA DIAZ | PR | 00795 | mawigflor@aol.com | First Class Mail and Email |
| 959194 | FONT RAMIREZ, ANTONIO | HC 1 BOX 10260 | | | SAN SEBASTIAN | PR | 00685-6734 | afontramirez@hotmail.com | First Class Mail and Email |
| 2081822 | Garcia Arroyo, Sandra N. | Apartado 751 | | | Penuelas | PR | 00624 | sandranoemi0508@gmail.com | First Class Mail and Email |
| 1618944 | GARCIA BONILLA, GLENDA L | BO. GUAYABAL SECTO CERRO | HC - 01 BOX 4424 | | JUANA DIAZ | PR | 00795 | glendaliz_19@hotmail.com | First Class Mail and Email |
| 997254 | GARCIA CINTRON, GENARA | 7731 RETAMA TERRACE LN | | | HUMBLE | TX | 77338 | milcano0220@yahoo.com | First Class Mail and Email |
| 2051955 | Garcia Corales, Ada Amparo | Urb Levittville | Calle Minerva | SG-5 | Levittown | PR | 00949 | adacora2015@gmail.com | First Class Mail and Email |
| 1861233 | GARCIA MAYSONET, AGUSTINA | URB COLINAS VERDES | F 1 CALLE 4 | | SAN JUAN | PR | 00924 | AGUGARCIA46@YAHOO.COM | First Class Mail and Email |
| 2152758 | Garcia Reyes, Anibal | Ext La Carmen D31 | | | Salinas | PR | 00751 | | First Class Mail |
| 1813449 | GONZALEZ CINTRON, SONIA | URB. MONTE BELLO | B8 11032 | | VILLALBA | PR | 00766-2356 | | First Class Mail |
| 1813449 | GONZALEZ CINTRON, SONIA | URB. LAS ALONDRAS | CALLE 3 #A-49 | | VILLALBA | PR | 00766 | | First Class Mail |
| 1630622 | GONZALEZ COTTO, IRMA IRIS | CALLE 53 50-1 | URB. MIRAFLORES | | BAYAMON | PR | 00957-3854 | irmairis1950@gmail.com | First Class Mail and Email |

Exhibit A
ACR Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 1794765 | Gonzalez Del Valle, Gerardo | HC-10 Box 49372 | | | Caguas | PR | 00725 | gerardogdv2017@hotmail.com; patienceevangeline@hotmail.com | First Class Mail and Email |
| 1996929 | Gonzalez Gonzalez, Dignora | RR#1 Buzon 35CC | | | Carolina | PR | 00979 | dinoragonzalez23@gmail.com | First Class Mail and Email |
| 2111344 | Gonzalez Gonzalez, Felicita | Villas de Castro | Calle 24 GG-15 | | Caguas | PR | 00725 | mastereduc@hotmail.com | First Class Mail and Email |
| 1887556 | Gonzalez Gonzalez, Felicita | Calle-24-GG-15 | | | Caguas | PR | 00725 | mastereduc@hotmail.com | First Class Mail and Email |
| 1836987 | Gonzalez Gonzalez, Rosael | PO Box 1082 | | | Villalba | PR | 00766-1082 | floresdoc33@gmail.com | First Class Mail and Email |
| 2051768 | Gonzalez Irizarry, Miriam | 4RS-4, Via 43, Villa Fontana | | | Carolina | PR | 00983 | mgonzalez455@yahoo.com | First Class Mail and Email |
| 1844511 | Gonzalez Lopez, Danette | PO Box 560866 | | | Guayanilla | PR | 00656 | danet_gonza@hotmail.com | First Class Mail and Email |
| 2054648 | Gonzalez Martinez, Jose L. | P.O. Box 801001 | | | Coto Laurel | PR | 00780-1001 | josluigon@yahoo.com | First Class Mail and Email |
| 2072811 | Gonzalez Martinez, Jose Luis | PO Box 801001 | | | Coto Laurel | PR | 00780 | JOSLEIGON@YAHOO.COM | First Class Mail and Email |
| 2053230 | Gonzalez Martinez, Jose Luis | P.O.Box 801001 | | | Coto Laurel | PR | 00780-1001 | josluigon@yahoo.com | First Class Mail and Email |
| 2221041 | Gonzalez Rivera, Mirta Luz | Apartado 733 | | | Cidra | PR | 00739 | | First Class Mail |
| 1899424 | Gonzalez, Roberto | 2361 Pendula Los Caobos | | | Ponce | PR | 00716 | | First Class Mail |
| 935510 | GUADALUPE DIAZ, ROSAURA | 2DA EXT. COUNTRY CLUB | 1169 CALLE TRINIDAD PADILLA | | SAN JUAN | PR | 00924 | r.guadalupe@gmail.com | First Class Mail and Email |
| 208905 | Guadarrama Camacho, Carmen M | BO Hato Arriba | HC-07 Box 12311 | | Arecibo | PR | 00612 | caguadarrama.cg@gmail.com | First Class Mail and Email |
| 210864 | GUZMAN AROCHO, DIANA M. | 25 CALLE MALAGUETA URB. 3T | | | ISABELA | PR | 00662 | DIANA21031@HOTMAIL.COM | First Class Mail and Email |
| 1902705 | Hargrove Cordero, Katherine | Urb. Lago Horizonte | 3028 Calle Esmeralda | | Cotto Laurel | PR | 00780-2420 | | First Class Mail |
| 1995017 | Hargrove Cordero, Katherine | 3028 Calle Esmeralda | Urb. Lago Horizonte | | Cotto Laurel | PR | 00780 | | First Class Mail |
| 1614247 | Hargrove Cordero, Katherine | Urb Lago Horizonte 3028 Calle Esmeralda | | | Cotto Laurel | PR | 00780 | | First Class Mail |
| 1995017 | Hargrove Cordero, Katherine | HC 01 Box 31325 | | | Juana Diaz | PR | 00795-9576 | | First Class Mail |
| 1860992 | Henriquez Velazquez, Nidza Cecilia | Urb. Villa Del Carmen Ave | Constancia 4308 | | Ponce | PR | 00716 | | First Class Mail |
| 1860992 | Henriquez Velazquez, Nidza Cecilia | 4303 Ave.Constancia,Urb.Villa del Carmen | | | Ponce | PR | 00716 | | First Class Mail |
| 1634603 | Henriquez Velazquez, Nidza Cecilia | 4308 Ave.Constancia | Urb. Villa Del Carmen | | Ponce | PR | 00716 | nidzahenr@yahoo.com | First Class Mail and Email |
| 217539 | HERNANDEZ DE JESUS, MARISOL | 502 VALLE DE ENSUENO | VALLE VERDE | | GURABO | PR | 00778 | MARISOL.HERNANDEZ@FAMILIA.PR.GOV | First Class Mail and Email |
| 1660091 | HERNANDEZ DE JESUS, MARISOL | URB VALLE DE ENSUENO | 502 VALLE VERDE | | GURABO | PR | 00778 | marisol-hernandez@familia.pr.gov | First Class Mail and Email |
| 2064017 | Hernandez Estrada, Justina V. | HC 2 BZN 21541 | Bo Saltos II | | San Sebastian | PR | 00685 | tatylav@hotmail.com | First Class Mail and Email |
| 1612663 | Hernandez Lamberty, Maricelys | PO Box 753 | | | Anasco | PR | 00610 | rimar23@hotmail.com | First Class Mail and Email |
| 2155384 | Hernández Olivo, Ruth M. | RR-1 Box 12407 | | | Orocovis | PR | 00720 | rmshado@aol.com | First Class Mail and Email |
| 2098508 | HERNANDEZ ORTIZ, FELIX | 102 CALLE AZUCENA | | | TOA ALTA | PR | 00953-3612 | VIRGINIAHERNANDEZ@YAHOO.COM | First Class Mail and Email |
| 2033856 | Hernandez Rossi, Miguel A. | 1512 Stg. Oppenhaimer | | | Ponce | PR | 00728 | | First Class Mail |
| 1948015 | Hernandez, Victor Rios | B2N - A142 Calle E Guaniquilla | | | Aguada | PR | 00602 | nativar1013@yahoo.com | First Class Mail and Email |
| 2211551 | Isales Gonzalez, Ileana | Urb. Country Club, Calle Felix de Azara | #1024 | | San Juan | PR | 00924 | | First Class Mail |
| 2207406 | Isales Gonzalez, Ileana | #1024, Felix de Azara | Urb. Ctry. Club | | San Juan | PR | 00924 | i.ileana23@yahoo.com | First Class Mail and Email |
| 2221835 | Jaime Cruz, Felix C. | HC 02 Box 13202 | | | Gurabo | PR | 00778 | felixc.jaimecruz@yahoo.com | First Class Mail and Email |
| 1916043 | Jaime Ortiz, Lillyberth | PMB 202 HC-01 Box 29030 | | | CAGUAS | PR | 00725 | ajaime4@yahoo.com | First Class Mail and Email |
| 1824541 | Jorge Morales, Claribel | PO Box 712 | | | Hormigueros | PR | 00660 | i.am.clari@gmail.com | First Class Mail and Email |
| 1210494 | JORGE PAGAN, GLENDA I | COND LAGOS DEL NORTE | APTO. 1603 | | LEVITTOWN | PR | 00950 | glendajorge@yahoo.com | First Class Mail and Email |
| 1643942 | KUILAN PEREZ, ESTHER | URB JARDINES DE CEIBA NORTE | CALLE 2 A-14 | | JUNCOS | PR | 00777 | THERSYKUILAN@HOTMAIL.COM | First Class Mail and Email |
| 1863888 | LA TORRE RAMIREZ, MIGDALIA | URB LAS FLORES CALLE 3 C-7 | | | JUANA DIAZ | PR | 00795 | | First Class Mail |
| 262394 | LASANTA PINTADO, NELLY | BOX 676 | | | BAYAMON | PR | 00960 | | First Class Mail |
| 1971783 | Lasanta Pintado, Nelly | PO Box 676 | | | Bayamon | PR | 00960 | tanama717@hotmail.com | First Class Mail and Email |
| 2098434 | Lisojo Crespo, Ramon A. | P.O. Box 1079 | | | San Sebastian | PR | 00685 | ramonlisojo@yahoo.com | First Class Mail and Email |
| 1395848 | LOPEZ ALVARADO, RAMON A. | 10 CALLE RUFINA | | | GUAYANILLA | PR | 00656 | | First Class Mail |
| 1755412 | LOPEZ AVILA, MARIA E. | 20700 CALLE DE JESUS SANCHEZ | | | QUEBRADILLAS | PR | 00678-7213 | MLOPEZAVILA468@GMAIL.COM | First Class Mail and Email |
| 1969384 | Lopez Corcino, Maria M. | B-16 Calle 2 | Urb Los Almendros | | Juncos | PR | 00777 | | First Class Mail |
| 1638974 | LOPEZ CORTES, LUCERMINA | 15505 CALLE MAGA | URB. PASEO DE JACARANDA | | SANTA ISABEL | PR | 00757-9627 | | First Class Mail |
| 1697333 | LOPEZ CORTES, LUCERMINA | URB PASEOS DE JACARANDA | 15505 CALLE MAGA | | SANTA ISABEL | PR | 00757-9627 | lucy.adjuntas@gmail.com | First Class Mail and Email |
| 1850976 | Lopez Marcucici, David | #41 Calle Pilar Bo. Santo Domingo | HC-02 Box 5846 | | Penuelas | PR | 00624 | angelavlqz@outlook.com | First Class Mail and Email |
| 1916300 | Lopez Rivera, Maritza | HC01 Box 7110 | | | Villalba | PR | 00766 | | First Class Mail |
| 2154599 | Lopez, Edwin | 11 1 St | Apt 1 | | Glen Cove | NY | 11542 | ledwin33@yahoo.com | First Class Mail and Email |
| 2154599 | Lopez, Edwin | Tarimero de azucar en alcamen | Corporacion azucarera central mercedita | Mercedita | Ponce | PR | | ledwin33@yahoo.com | First Class Mail and Email |
| 1761290 | Lorenzo Carrero, Minerva | HC 60 Box 12457 | | | Aguada | PR | 00602 | minerva7332@gmail.com | First Class Mail and Email |
| 2046501 | Lozada Rivera, Dora A. | F-16 Azules del Mar | Dorado del Mar | | Dorado | PR | 00646 | | First Class Mail |
| 2032256 | Lozada Sanchez, Zoraida | P.O. Box 797 | | | Corozal | PR | 00783 | andres-rolon@yahoo.com | First Class Mail and Email |
| 1812126 | LUGARO PAGAN, ROSALIA | HC 01 BOX 9335 | | | GUAYANILLA | PR | 00656 | ROSALIALUGARO@HOTMAIL.COM | First Class Mail and Email |
| 2075646 | MACHUCA MARTINEZ , IRIS D | HC 46 BOX 5434 BO. PUERTOS | | | DORADO | PR | 00646 | irsmachuca@gmail.com | First Class Mail and Email |
| 1893216 | Maldonado Irizarry, Minerva | Urb Alt Penuclas 2 Calle 3 # D-7 | | | Penuelas | PR | 00624 | minerva_maldonado64@yahoo.com | First Class Mail and Email |
| 1639262 | Marcucci Gutierrez, Myrna M | Urbanizacion San Joaquin | Calle Teodoro Figueroa #26 | | Adjuntas | PR | 00601 | myrnita_gm@hotmail.com | First Class Mail and Email |
| 1472584 | MARTINEZ GAYOL, ANTONIO R | URB SABANA GARDENS | 5-11, CALLES 8 | | CAROLINA | PR | 00983 | antonio.martinez.gayol@gmail.com | First Class Mail and Email |
| 1472584 | MARTINEZ GAYOL, ANTONIO R | 110 AVE. PONCE DE LEON, PARADA 16 1/2 | | | SAN JUAN | PR | 00936 | antonio.martinez.gayol@gmail.com | First Class Mail and Email |

Exhibit A
ACR Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 1899668 | MARTINEZ GONZALEZ, ALICIA | ARACELIS ALMONTE, PASTORA | IPCS | 9604 LUPINE AVE. | ORLANDO | FL | 32824 | shasanmar55@yahoo.com | First Class Mail and Email |
| 1899668 | MARTINEZ GONZALEZ, ALICIA | 2214 S. RIO GRANDE AVE. | APT. 141 | | ORLANDO | FL | 32809 | shasanmar55@yahoo.com | First Class Mail and Email |
| 1937304 | Martinez Gonzalez, Alicia | Attn: Aracelis Almonte | 9604 Lupine Ave. | | Orlando | FL | 32824 | silecara7@hotmail.com | First Class Mail and Email |
| 1115967 | MARTINEZ QUINONES, MARTINA | URB COSTA SUR | F24 CALLE MIRAMAR | | YAUCO | PR | 00698-4588 | | First Class Mail |
| 1930321 | Martinez Velez, Ruth Dalia Luisa | PMB 506 | 609 Ave. Tito Castro | Suite 102 | Ponce | PR | 00716-0200 | alberto_albertito@yahoo.com | First Class Mail and Email |
| 1930321 | Martinez Velez, Ruth Dalia Luisa | PMB 506 | 609 Av. Tito Castro Suite 102 | | Ponce | PR | 00716-0200 | alberto_albertito@yahoo.com | First Class Mail and Email |
| 1609101 | Massa Dieppa, Hilda | Calle 8 F1-48 | Ciudad Masso | | San lorenzo | PR | 00754 | sullyildajoel@yahoo.com | First Class Mail and Email |
| 2192381 | Massa Dieppa, Hilda | F 1-48 Calle 8 | Ciudad Masso | | San Lorenzo | PR | 00754 | sullyildajoel@yahoo.com | First Class Mail and Email |
| 2227196 | Medina Colon, Jose J. | P.O. Box 792 | | | Juana Diaz | PR | 00795 | | First Class Mail |
| 2205497 | Medina Lazu, Berney | HC 5 Box 4976 | | | Yabucoa | PR | 00767 | meryrodz64@gmail.com | First Class Mail and Email |
| 124257 | MELECIO RODRIGUEZ, DARYS | PROYECTO 141 LAS VEGAS | 98 CALLE 14 | | CATANO | PR | 00962 | YMELECIO1974@GMAIL.COM | First Class Mail and Email |
| 2203846 | Melendez Luna, Enrique | 11 Gautier Benitez | | | Cidra | PR | 00739 | | First Class Mail |
| 1773415 | Melendez Morales, Mayrin | RR1 Box 10860 | | | Orocovis | PR | 00720 | maymm0430@gmail.com | First Class Mail and Email |
| 2027704 | Melendez Rosado, Cruz N. | Apt. 392 | | | Corozal | PR | 00783 | | First Class Mail |
| 2027704 | Melendez Rosado, Cruz N. | Bo. Palmerjo | | | Corozal | PR | 00783 | | First Class Mail |
| 2209635 | Meletiche Torres, Wilfredo | HC 2 Box 9968 | | | Juana Diaz | PR | 00795 | | First Class Mail |
| 2219097 | Mendez Gonzalez, Felix A | Po Box 362243 | | | San Juan | PR | 00936-2243 | | First Class Mail |
| 2148839 | Mendez Muniz, Nelson | HC3 Box 18607 | | | Quebradillas | PR | 00678 | | First Class Mail |
| 1777148 | MIRANDA ROLON, LOURDES | MAVILLAS | HC-01 BOX 3656 | | COROZAL | PR | 00783 | ljalcoqui@yahoo.es | First Class Mail and Email |
| 1766652 | Miranda Valentin, Damaris | 7107 Tripoli Way | | | Orlando | FL | 32822 | darymiranda@hotmail.com | First Class Mail and Email |
| 2220589 | MORALES RAMIREZ, MAIDA | 8061 PLAZA GAVIOTAS | URB. CAMINO DEL MAR | | TOA BAJA | PR | 00949 | | First Class Mail |
| 2165046 | Morales, Alejandro Martinez | P.O. Box 1917 | | | Yabucoa | PR | 00767 | alexismartinez00125@gmail.com | First Class Mail and Email |
| 2148572 | Muniz Batista, Ivan A. | HC 7 Box 76650 | | | San Sebastian | PR | 00685 | | First Class Mail |
| 285231 | MUNIZ GINEL, LUIS R | HC 01 BOX 6030 | | | SANTA ISABEL | PR | 00757 | | First Class Mail |
| 1992029 | Muniz Marquez, Eduardo | #644 LA Paluita | | | Yauco | PR | 00698 | eduardo.muniz21@gmail.com | First Class Mail and Email |
| 1057129 | MURIEL SUSTACHE, MARISELA | PO BOX 1832 | | | YABUCOA | PR | 00767-1832 | mary.3135@yahoo.com | First Class Mail and Email |
| 2061153 | Nazario Santiago, Carmen Delia | Villa del Carmen Kil 19.5 Carre 150 | | | Coamo | PR | 00769 | norma0354@gmail.com | First Class Mail and Email |
| 2167429 | Negron Molina, Victor M. | Urb Colinos Verdes Calle 1 - R -12 | | | San Sebt | PR | 00685 | | First Class Mail |
| 1807213 | Nieves Bernard, Damaris | F-5 Calle Palma Real Urb. Anaida | | | Ponce | PR | 00716-2504 | dnieves_1122@hotmail.com | First Class Mail and Email |
| 1630376 | NIEVES CARDONA, LUZ N | BOX 570 | | | SAN SEBASTIAN | PR | 00685 | lnieves@aume.pr.gov | First Class Mail and Email |
| 363833 | Nieves Rivas, Margarita | Carretera 757 K.9.1 Barrio Mamey | | | Patillas | PR | 00723 | | First Class Mail |
| 1858787 | Nieves Rivas, Margarita | Dept. de Educacion | Carretera 757 KM 9.1 Barrio Mamey | | Patillas | PR | 00723 | margaritanievesrivas65@gmail.com | First Class Mail and Email |
| 1858787 | Nieves Rivas, Margarita | PO Box 515 | | | Patillas | PR | 00723-0515 | margaritanievesrivas65@gmail.com | First Class Mail and Email |
| 2024980 | NIEVES RODRIGUEZ, ANA I | URB QUINTAS DE VILLAMAR | V24 CALLE AZAFRAN | | DORADO | PR | 00646 | ivelissepro2@yahoo.com | First Class Mail and Email |
| 2024980 | NIEVES RODRIGUEZ, ANA I | AUTORIDAD DE ENERGIA ELECTRICA DE PUERTO RICO | 1110 AVENIDA PONCE DE LEON | PARADA 16 1/2 | SAN JUAN | PR | 00908 | ivelissepro2@yahoo.com | First Class Mail and Email |
| 1553337 | NIEVES SIFRE, YADIRA E | HC 6 BOX 66738 | | | AGUADILLA | PR | 00602-9854 | YNIEVES@ASSUME.PR.GOV | First Class Mail and Email |
| 1594103 | Ortiz Benitez, Julio | Calle Mercurio #16 | | | Ponce | PR | 00730 | juliocache69@gmail.com | First Class Mail and Email |
| 1862514 | Ortiz Colon, Carmen D. | 220 Sec. Monte Verde | | | Cidra | PR | 00739 | delia_ortiz3@hotmail.com | First Class Mail and Email |
| 1849098 | Ortiz Colon, Nicolas | Apt. 927 | | | Cidra | PR | 00739 | | First Class Mail |
| 2222931 | Ortiz Martinez, Miguel A. | P.O. Box 487 | | | Arroyo | PR | 00714-0487 | | First Class Mail |
| 2222676 | Ortiz Rivera, Ada Ivette | H-C 73 Box 5950 | | | Cayey | PR | 00736 | adaivette@gmail.com | First Class Mail and Email |
| 1398296 | OSORIO COTTO, JOSE L | URB. RIVER EDGE HILLS | 77 RIO SABANA | | LUQUILLO | PR | 00773 | jose_osorio2008@hotmail.com | First Class Mail and Email |
| 1205546 | OTERO, FLORENTINA BORRES | 9 CALLE ORTA | PARADA 18 | | SAN JUAN | PR | 00907 | florentinaborres@hotmail.com | First Class Mail and Email |
| 1753512 | Pabon Cruz, Jose F | 109 Calle Zafiro | Urb Villas de Patillas | | Patillas | PR | 00723 | josepabon1970@gmail.com | First Class Mail and Email |
| 1809597 | PACHECO PENA, JENNY | 3169 CALLE TURPIAL URB. VILLA DEL CARMEN | | | PONCE | PR | 00716-2120 | | First Class Mail |
| 2152676 | Perez Febus, Celeste | PO Box 48 | | | Aguirre | PR | 00704 | | First Class Mail |
| 2149340 | Perez Maestre, Elena | HC6 Box 17632 | | | San Sebastian | PR | 00685 | | First Class Mail |
| 1615406 | Perez Torres, Fernando E. | Calle 14 Urb. Lomas | | | Juana Diaz | PR | 00796 | | First Class Mail |
| 2001305 | Perez Vera, Sylvia | 1207 Yose Repto. Metrop. | | | San Juan | PR | 00921 | sylviaperez@salud.gov.pr | First Class Mail and Email |
| 2200209 | Rai, Asha | #1543 Calle Marlin,Urbanización Bahía Vistamar | | | Carolina, | PR | 00983 | gsumesar@yahoo.com | First Class Mail and Email |
| 2201213 | Rai, Grace | Calle Montenegro N-34 | Urbanizacion Parque Ecuestre | | Carolina | PR | 00983 | gracerai928@yahoo.com | First Class Mail and Email |
| 1226963 | RAMIREZ MEDINA, JESUS M | URB COUNTRY CLUB | 1169 CALLE TRINIDAD PADILLA | | SAN JUAN | PR | 00924 | jesus.mramirez@gmail.com | First Class Mail and Email |
| 1873460 | RAMIREZ TORRES, ZENAIDA | #81 CALLE YUNQUE URB. MONTE RIO | | | CABO ROJO | PR | 00623 | nelw.26@gmail.com | First Class Mail and Email |
| 2154187 | Ramos Pagan, Jose Arnaldo | Bda Marin calle z #51-D | | | Guayama | PR | 00784 | wandacin1234@gmail.com | First Class Mail and Email |
| 1949436 | RAMOS RODRIGUEZ, DIANA E | URB BRISAS DEL PRADO | 1730 CALLE GARZA | | SANTA ISABEL | PR | 00757-2563 | | First Class Mail |
| 1717082 | Ramos Santiago, Carlos | Greenwood 553 Urb. Sumit Hills | | | San Juan | PR | 00920 | syclone54@yahoo.com | First Class Mail and Email |
| 1807706 | Reyes Berrios, Lyzette | HC 12 Box 7256 | | | Humacao | PR | 00791 | lyz77fh@hotmail.com | First Class Mail and Email |
| 1775916 | Reyes Colon, Zulma | Bo. Dominguito | Calle H Num. 184 | | Arecibo | PR | 00612 | zulmareyescolon@gmail.com | First Class Mail and Email |
| 1639294 | Rios Jimenez, Noemaris Ambrosia | CALLE 9 N22 VILLAS DE LOIZA | | | CANOVANAS | PR | 00729 | ambar58.nr@gmail.com | First Class Mail and Email |
| 2037400 | Rios Santiago, Carmen M. | HC - 5 Box 5452 | | | Juana Diaz | PR | 00795-9876 | | First Class Mail |
| 2158751 | Rivas Delgado, Carmen Julia | HC #5 Box 5544 | | | Yabucoa | PR | 00767 | | First Class Mail |
| 1571802 | Rivera Cartagena, Cathy | PO Box 774 | | | Aguas Buenas | PR | 00703 | cathyriveracartagena@gmail.com | First Class Mail and Email |
| 1569865 | RIVERA CARTAGENA, CATHY | PO BOX 774 | | | AGUAS BUENAS | PR | 00703-0774 | cathyriveracartagena@gmail.com | First Class Mail and Email |
| 1864830 | Rivera Colon, Enrique | PO Box 264 | | | Villalba | PR | 00766 | nborriosortiz@hotmail.com | First Class Mail and Email |
| 1453963 | RIVERA CORTES, FERNANDO | Metropolitan Bus Authority | 37 Ave de Diego Monacillos | | San Juan | PR | 00927 | f-riveracartes@hotmail.com | First Class Mail and Email |

Exhibit A
ACR Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 1453963 | RIVERA CORTES, FERNANDO | 214#B Julia | | | San Juan | PR | 00917 | f-riveracartes@hotmail.com | First Class Mail and Email |
| 1969529 | RIVERA DURAN, JAIME | P.O. BOX 62 | | | ANASCO | PR | 00610 | | First Class Mail |
| 2093326 | RIVERA FELICIANO, LOALY | Po Box 533 | | | Salinas | PR | 00751 | loalyr7@gmail.com | First Class Mail and Email |
| 1677300 | RIVERA GONZALEZ, AGUEDA M. | URB. VILLAS DEL PRADO | 641 CALLE LAS VISTAS | | JUANA DIAZ | PR | 00795-2751 | agueda.rivera.gonzalez@gmail.com | First Class Mail and Email |
| 1872987 | Rivera Hidalgo, Eladio | HC 01 BOX 6719 | | | Moa | PR | 00676 | riveraeladio58@gmail.com | First Class Mail and Email |
| 2075256 | Rivera Lebron, Magda G. | HC - 63 Box 3313 | | | Patillas | PR | 00723 | | First Class Mail |
| 2215011 | Rivera Lopez, Wanda I. | Urb. Los Arboles 602 | Calle Vereda del Bosque | | Carolina | PR | 00987 | wan.queru@gmail.com | First Class Mail and Email |
| 1630906 | Rivera Quinones, Migdalia | Urb. Quintas del Sur Calle 8 J 13 | | | Ponce | PR | 00728 | migyaya@yahoo.com | First Class Mail and Email |
| 1630127 | Rivera Quinones, Migdalia | Urb. Quintas del Sur calle 9 J 13 | | | Ponce | PR | 00728 | migyaya@yahoo.com | First Class Mail and Email |
| 2197893 | Rivera Roche, Katherine | HC 03 Box 10923 | | | Juana Diaz | PR | 00795 | krivera1347@gmail.com | First Class Mail and Email |
| 1975945 | Rivera Rosado, Carmen Iris | PO Box 245 | | | Adjuntas | PR | 00601 | | First Class Mail |
| 1891733 | Rivera Rosario, Geraldo | PO Box 60 | | | Orocovis | PR | 00720 | geraldoriverarosario@gmail.com | First Class Mail and Email |
| 1827319 | Robledo Rivera, Sylvia | HC 3 Box 12533 | | | Juana Diaz | PR | 00795-9508 | | First Class Mail |
| 1722173 | Robles Rivera, Elsie | Bo Palo Alto 66-1 | | | manati | PR | 00674 | melymoza944@gmail.com | First Class Mail and Email |
| 1722173 | Robles Rivera, Elsie | Elsie Robles Rivera secretaria retirada Autoridad de Tierras Bo Palo Alto 66-1 | | | manati | PR | 00674 | melymoza944@gmail.com | First Class Mail and Email |
| 1722173 | Robles Rivera, Elsie | Bo Palo Alto 66-1 | | | Manati | PR | 00674 | melymoza944@gmail.com | First Class Mail and Email |
| 1985641 | ROBLES RIVERA, ESTEBAN | N-2 SANTA MARTA SANTA MARIA | | | TOA BAJA | PR | 00949 | | First Class Mail |
| 1885540 | Rodriguez Acosta, Marlyn | PO Box 561174 | | | Guayanilla | PR | 00656 | marlyn10102008@hotmail.com | First Class Mail and Email |
| 2126400 | Rodriguez Candelario, Luis Alberto | AT-8 Calle 46 Urb. La Hacienda | | | Guayama | PR | 00784 | | First Class Mail |
| 2155777 | Rodriguez Diamante, Nelson | PO Box -1262 Goayama - PR | | | Guayama | PR | 00785 | | First Class Mail |
| 1916428 | Rodriguez Estrada, Ines | P.O. Box 2903 | | | Mayaquez | PR | 00681-2903 | | First Class Mail |
| 1075053 | RODRIGUEZ FUENTES, ORLANDO | VALLE ARRIBA HEIGHTS | T22 C GRANADILLA | | CAROLINA | PR | 00983 | orodriguez@ama.pr.gov | First Class Mail and Email |
| 1908921 | RODRIGUEZ GUZMAN, JOSEFINA | HC 45 BOX 10039 | | | CAYEY | PR | 00736 | JOSSIE5882@GMAIL.COM | First Class Mail and Email |
| 1818163 | Rodriguez Lacot, Evelyn | 191 Calle Morse | | | Arroyo | PR | 00714 | | First Class Mail |
| 1907374 | Rodriguez Lacot, Evelyn | Calle Morse 171 | | | Arroyo | PR | 00714 | | First Class Mail |
| 2153354 | Rodriguez Leon, Ramon Luis | HC 6 Box 44011 | | | Coto Laurel | PR | 00780-9554 | rodriguezperla4402@gmail.com | First Class Mail and Email |
| 1463502 | Rodriguez Macias, Jose L | #37 Ave. de Diego, barrio Monacillos | | | San Juan | PR | 00927 | jlrmacias@yahoo.com | First Class Mail and Email |
| 1463502 | Rodriguez Macias, Jose L | PD2-117 Calle Via del Rio | Urb. Parque del rio Encantada | | Trujillo Alto | PR | 00976 | jlrmacias@yahoo.com | First Class Mail and Email |
| 2207619 | Rodriguez Melendez, Jose M. | Via 63 3K - N1 Villa Fontana | | | Carolina | PR | 00983 | | First Class Mail |
| 2222356 | Rodriguez Oquendo, Evelyn | 2325 Urb Los Caobos | Calle Tabonuco | | Ponce | PR | 00716 | pmangual0019@yahoo.com | First Class Mail and Email |
| 1188827 | RODRIGUEZ ORTIZ, DAVID | PO BOX 883 | | | GUAYNABO | PR | 00970 | david.rodzortiz@gmail.com | First Class Mail and Email |
| 903535 | Rodriguez Ortiz, Ilia I | HC 7 Box 33527 | | | Caguas | PR | 00727 | rodrziliai@gmail.com | First Class Mail and Email |
| 1889846 | Rodriguez Rios, Ana Delis | BE-18 C/25A. Urb. Bairoa | | | Caguas | PR | 00725 | anadelis@hotmail.com; anadelis57@hotmail.com | First Class Mail and Email |
| 2216548 | Rodriguez Rodriguez, Jose Raul | Urb. Las Antillas E-12 | | | Salinas | PR | 00751 | jrodriguez7242@outlook.com | First Class Mail and Email |
| 818775 | RODRIGUEZ ROJAS, WALDEMAR | B3 CALLE B LA MAYOR | | | ISABELA | PR | 00662 | WARE342000@YAHOO.COM | First Class Mail and Email |
| 1880074 | RODRIGUEZ SABATER, SADER | CALLE SAN RAMON 76 | HC 02 BOX 5814 | | PENUELAS | PR | 00624 | elseco76@yahoo.com | First Class Mail and Email |
| 1887549 | Rodriguez Serrano, Yolanda | HC 03 Box 15404 | | | Juana Diaz | PR | 00795 | | First Class Mail |
| 2056299 | Rodriguez Torres, Francisco | F 25 La Represa | | | Guayanilla | PR | 00656 | | First Class Mail |
| 1667802 | Rodriguez Vazquez, Victor M. | P.M.B. 538 | PO Box 7105 | | Ponce | PR | 00732 | mvalpaispr@yahoo.com | First Class Mail and Email |
| 1667802 | Rodriguez Vazquez, Victor M. | 2218 Delta San Antonio | | | Ponce | PR | 00728-1706 | mvalpaispr@yahoo.com | First Class Mail and Email |
| 2152341 | Rosado Gonzalez, Angel C. | HC6 Box 17492 | | | San Sebastian | PR | 00685 | | First Class Mail |
| 1629931 | Rosado Pacheco, Ana M. | 2551 Tenerife-Villa del Carmen | | | Ponce | PR | 00716 | ana_rosado_1954@yahoo.com | First Class Mail and Email |
| 1727135 | Rosado Sanchez, Mildred | PO Box 1332 | | | Las Piedras | PR | 00771 | mildredsofia7@yahoo.com | First Class Mail and Email |
| 1725972 | Rosaly Gerena, Dionisio | Gerena Reparto Durán | #6120 Calle Cipres | | Isabela | PR | 00662 | dhrg88@hotmail.com | First Class Mail and Email |
| 1643246 | ROSALY GERENA, DIONISIO | REPARTO DURAN | #6120 CALLE CIPRES | | ISABELA | PR | 00662 | dhrg88@hotmail.com | First Class Mail and Email |
| 2021600 | ROSARIO NEGRON, GLORIA I. | HC-02 BOX 7125 | | | OROCOVIS | PR | 00720 | grgrosario@gmail.com | First Class Mail and Email |
| 501742 | RUIZ LOZANO, CARMEN M. | 1606 CALLE JACAGUAS URB. RIO CANAS | | | PONCE | PR | 00728 | | First Class Mail |
| 501742 | RUIZ LOZANO, CARMEN M. | PO BOX 10436 | | | PONCE | PR | 00732 | | First Class Mail |
| 2231544 | Ruiz Quiñones, Juan | PO. Box 207 | | | Loiza | PR | 00772 | | First Class Mail |
| 2196753 | SALINAS, MARGARO | PO BOX 194 | | | MAUNABO | PR | 00707 | | First Class Mail |
| 1403864 | Sanchez Colon, Jerimar Y | PO Box 310 | | | Utuado | PR | 00641 | jerimarsanchez@gmail.com | First Class Mail and Email |
| 2062764 | Sanchez Marchand, Carmen Gloria | HC-01 Box 2410 | | | Florida | PR | 00650 | tuti7948@yahoo.com | First Class Mail and Email |
| 2143311 | Sanchez Sanchez, Jorge | HC-04 Box 8282 | | | Juana Diaz | PR | 00795 | | First Class Mail |
| 1761705 | Sanchez Vazquez, Irma | BO Espinosa | Apartado 3642 | | Vega Alta | PR | 00692 | gentigaviota@yahoo.com | First Class Mail and Email |
| 1859437 | Santiago Cabrera, Noemi | Urb. Los Reyes #54 Calle Estrella | | | Juana Diaz | PR | 00765 | | First Class Mail |
| 1780860 | Santiago Gonzalez, Maria | P.O Box 393 | | | Villalba | PR | 00766 | | First Class Mail |
| 287252 | SANTIAGO ROBLES, LUZ N | URB MORELL CAMPO | 6 CALLE PONCENA | | PONCE | PR | 00728 | neida60robles@gmail.com | First Class Mail and Email |
| 1593089 | Santiago Santiago, Brenda L. | Hc 06 Box 40011 | | | Ponce | PR | 00731 | brendas.416@gmail.com | First Class Mail and Email |
| 1858848 | SANTIAGO SANTIAGO, IRIS NEREIDA | Barrio Quebradas Parcela 112 A | Calle del Rio | | Guayanilla | PR | 00656 | IRISNSQ@GMAIL.COM; NERE57STGO@GMAIL.COM | First Class Mail and Email |
| 1858848 | SANTIAGO SANTIAGO, IRIS NEREIDA | POSTAL APARTADO 560951 | | | GUAYANILLA | PR | 00656 | IRISNSQ@GMAIL.COM; NERE57STGO@GMAIL.COM | First Class Mail and Email |
| 2148896 | Santiago Valentin, Angel T. | HC-6 Buzon 172594 | | | San Sebastian | PR | 00685 | | First Class Mail |
| 2087765 | Santos Santos, Nicolas | HC-01 Box 2007 | Bo. Perchas | | Morovis | PR | 00687 | | First Class Mail |

Exhibit A
ACR Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 2226492 | Santos Santos, Nicolas | HC 01 Box 2007 | | | Morovis | PR | 00687 | | First Class Mail |
| 2147632 | Serrano Jimenez, Ramon A. | HC-7 Box 76786 | | | San Sebastian | PR | 00685 | | First Class Mail |
| 1872119 | Sierra Maldonado, Alfonso | Villas de Rio Canas # 1333 Calle Padre Santiago | | | Ponce | PR | 00728-1945 | timvibes@hotmail.com | First Class Mail and Email |
| 2205980 | Soto Gonzalez, Irma M. | PO Box 2517 | | | Moca | PR | 00676 | irmamercedes77@gmail.com | First Class Mail and Email |
| 1727345 | Soto Lopez, Edna I. | 473 Calle Barbosa | | | Moca | PR | 00676 | veroglezsoto86@hotmail.com | First Class Mail and Email |
| 1628415 | SOTO MARTINEZ, MAGALY | ALTURAS DE BUCARABONES | 3V 4 SOUTH MAIN | | TOA ALTA | PR | 00953 | sotomaga@gmail.com | First Class Mail and Email |
| 1855087 | Strubbe Planas, Annette | 2715 Calle Altamisa | Urb. Jardines Fagot | | Ponce | PR | 00716 | annettestrubbe@yahoo.com | First Class Mail and Email |
| 1825382 | SUAREZ MONTANEZ, MARIA VIRGINIA | CARR 171 KM.4 HM. 5 | | | CIDRA | PR | 00739 | suarez_maria_v@hotmail.com | First Class Mail and Email |
| 1814303 | Tirado Rodriguez, Norma I. | Calle 6 N-4 Villa Del Rey 4ta Seccion | | | Caguas | PR | 00727 | normatirado85@gmail.com | First Class Mail and Email |
| 1998387 | Torres Rivera, Maria Ramona | 131 Calle Pitirre | | | Morovis | PR | 00687 | | First Class Mail |
| 2056914 | Torres Velazquez, Margarita | Urb. Jaime C. Rodriguez | B-9 Calle 1 | | Yabucoa | PR | 00767 | | First Class Mail |
| 559307 | TORRES VELAZQUEZ, VITERLINA | C-5 CALLE PACIFICO- REPARTO BELLO MAR | | | ARROYO | PR | 00714 | REVIT30@GMAIL.COM | First Class Mail and Email |
| 559307 | TORRES VELAZQUEZ, VITERLINA | PO BOX 54 | | | PATILLAS | PR | 00723-0054 | REVIT30@GMAIL.COM | First Class Mail and Email |
| 2149053 | Valentin Velazquez, Rafael | HC 7 Box 76624 | | | San Sebastian | PR | 00685 | | First Class Mail |
| 2225963 | Vazquez Cintron, Maria | Urb. La Riviera | c/1 B-17 | | Arroyo | PR | 00714 | | First Class Mail |
| 1978229 | Vazquez Maldonado, Ivette | #034 Aleli-Urb Monte Elena | | | Dorado | PR | 00646 | | First Class Mail |
| 2232000 | Vazquez Morales, Ana L | Urb. Las Muesas Buzón 236 | Calle Francisco Colon BB13 | | Cayey | PR | 00736 | aperez@perfectequipment.net; showroom@perfectcleaningpr.com | First Class Mail and Email |
| 2092963 | Vega Zayas, Alberto | HC 3 Box 15476 | | | Juana Diaz | PR | 00795 | irmavecolon@gmail.com | First Class Mail and Email |
| 1589459 | VELEZ COSME, ZORAIDA | URB LEVITTOWN LAKES | BV-2 C/DR. MANUEL ALONSO | | TOA BAJA | PR | 00949-3403 | ZORYVEL@GMAIL.COM | First Class Mail and Email |
| 1906778 | Velez Rivera, Marilyn | HC-4 Box 43771 | | | Lares | PR | 00669 | marilyvr4@gmail.com | First Class Mail and Email |
| 1943540 | Vivda De Torres, Alida Velazquez | Santa Maria Calle F5 Hacienda Casanova | | | Guayanilla | PR | 00656 | | First Class Mail |