# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| The Financial Oversight and Management Board for Puerto Rico, | No. 17 BK 3283 (LTS) |
| As representative of | (Jointly Administered) |
| The Commonwealth of Puerto Rico, the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority | |
| Debtors | |

**MOTION ADDING THE RESOLUTION OF THE SUPREME COURT OF THE COMMONWEALTH OF PUERTO RICO AND CERTIFIED TRANSLATION THEREOF DENYING THE COMMONWEALTH OF PUERTO RICO'S MOTION TO RECONSIDER THE DENIAL OF ITS PETITION FOR CERTIORARI, TO ITS AMENDED CLAIM**

**TO THE HONORABLE COURT:**

Comes Now Sucesión Pastor Mandry Mercado, excepting Javier Mandry Mercado, through its undersigned counsel and respectfully states and requests:

1. On August 31, 2021, Sucesión Pastor Mandry Mercado filed Amended Prime Clerk Claim Number 6272 (the "Amended Claim"), attaching thereto the judgment in Spanish entered by the Court of First Instance of Puerto Rico, Superior Section of Ponce in Civil Number JAC-2008-0853 (the "Court of First Instance").

2. On September 7, 2021, Sucesión Pastor Mandry Mercado filed the certified translation to the English language of said judgment for it to be appended to its Spanish version attached to the Amended Claim (**ECF No. 18049**), which was granted by the Court on September 24, 2021 (**ECF No. 18238**).

3. On November 1, 2021, Sucesión Pastor Mandry Mercado filed the judgment entered by the

Court of Appeals of the Commonwealth of Puerto Rico (the "Court of Appeals") in Case Number KLAN201901253 on September 14, 2021, affirming the judgment of the Court of First Instance with its certified translation to the English language (**ECF No. 18994**).

4. On March 29, 2022, Sucesión Pastor Mandry Mercado filed the resolution in Spanish, with a certified translation to the English language, entered by the Supreme Court of the Commonwealth of Puerto Rico (the "Supreme Court") in Case Number CC-2021-0762 on January 21, 2022, denying the Petition for Certiorari filed by the Commonwealth of Puerto Rico (the "Commonwealth") from the judgment of the Court of Appeals, to be added to the Amended Claim (**ECF No. 20459**), as to which the Court has scheduled briefing as per its order of March 30, 2022 (**ECF No. 20468**).

5. Sucesión Pastor Mandry Mercado is forwarding herewith the resolution of the Supreme Court in Spanish with a certified translation to the English language denying the Commonwealth's first motion to reconsider the denial of its petition for certiorari.

**WHEREFORE**, it is respectfully requested that the attached resolution of the Supreme Court and its certified translation to the English be directed to be made part of the amended claim, as set forth in the attached proposed order.

San Juan, Puerto Rico, this 8th day of April 2022

*s*/**CHARLES A. CUPRILL-HERNÁNDEZ**
**USDC-PR 114312**
Charles A. Cuprill, P.S.C. Law Offices Counsel for
Sucesión Pastor Mandry Mercado
356 Fortaleza Street, Second Floor
San Juan, PR 00901
Tel.787-977-0515
Fax: 787-977-0518
E-mail: ccuprill@cuprill.com