**EN EL TRIBUNAL SUPREMO DE PUERTO RICO**
**SALA II**

Sucesión Salvador Eduardo Mandry Dones y otros

    Recurridos

    v.

Estado Libre Asociado de Puerto Rico y otros

    Peticionarios

CC-2021-0762

Sala de Despacho integrada por el Juez Asociado señor Martínez Torres como Presidente, el Juez Asociado señor Kolthoff Caraballo, el Juez Asociado señor Feliberti Cintrón y el Juez Asociado señor Colón Pérez

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 1 de abril de 2022.

    Atendida la primera moción de reconsideración presentada por la parte peticionaria, se provee No Ha Lugar.

    Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo

