Case:17-03283-LTS Doc#:20528-2 Filed:04/08/22 Entered:04/08/22 13:05:02 Desc: Exhibit Certified Translation of Resolution of the Supreme Court Page 1 of 2

Certified Translation MC-2022-102
Page 1 of 2

**IN THE SUPREME COURT OF PUERTO RICO**
**CHAMBER II**

| | |
|---|---|
| Estate of Salvador Eduardo Mandry Dones and others<br><br>Respondents<br><br>v.<br><br>Commonwealth of Puerto Rico and others<br><br>Petitioners | CC-2021-0762 |

In Chambers Opinion of Associate Justice Mr. Martinez Torres, presiding, Associate Justice Mr. Kolthoff Caraballo, Associate Justice Mr. Feliberti Cintrón, and Associate Justice Mr. Colón Pérez.

**RESOLUTION**

In San Juan, Puerto Rico, on April 1, 2022.

Upon consideration of the *Motion for Reconsideration* filed by the Petitioner, it is hereby Denied.

It is so ordered by the Court and certified by the Clerk of the Supreme Court.

[Signature]
Javier O. Sepúlveda Rodríguez
Clerk of the Supreme Court

[Seal of the Supreme Court]

Case:17-03283-LTS Doc#:20528-2 Filed:04/08/22 Entered:04/08/22 13:05:02 Desc: Exhibit Certified Translation of Resolution of the Supreme Court Page 2 of 2

Certified Translation MC-2022-102
Page 2 of 2

No. 2022-102  TRANSLATOR'S CERTIFICATE OF ACCURACY

I, Mayra Cardona Durán, of legal age, single, resident of Guaynabo, Puerto Rico, Certified Interpreter of the United States Courts (Certification No. 98-020) and certified by the National Association of Judiciary Interpreters and Translators (10671), holding a Master's Degree in Translation and admitted to the Puerto Rico Bar Association (Bar No. 12390, RUA No. 11038) hereby CERTIFY: that according to the best of my knowledge and abilities, the foregoing is a true and rendition into English of the original Spanish text, which I have translated and it is stamped and sealed as described therein. This document is comprised of Two (2) Pages, including this certification page, and does not contain changes or erasures.

In Guaynabo, Puerto Rico today, Thursday, April 7, 2022.

Lcda. Mayra Cardona
BA Lit/Fr, MA Trans, JD
United States Courts Certified Interpreter
NAJIT Certified Interpreter and Translator
3071 Alejandrino Ave. PMB 306 Guaynabo, Puerto Rico 00969-7035
Tel. (787) 530-1414
e-mail: mayra@cardona.com