# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| The Financial Oversight and Management Board for Puerto Rico, | No. 17 BK 3283 (LTS) |
| As representative of | (Jointly Administered) |
| The Commonwealth of Puerto Rico, the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority | |
| Debtors | |

## ORDER

The Court has considered Sucesión Pastor Mandry Mercado's *Motion Adding The Resolution Of The Supreme Court Of The Commonwealth Of Puerto Rico And Certified Translation Thereof Denying The Commonwealth Of Puerto Rico's Motion To Reconsider the Denial of its Petition for Certiorari, To its Amended Claim*, and good cause appearing therefor, it is hereby directed that the resolution of the Supreme Court and its certified translation to the English language entered in Case Number CC-2021-0762 be attached to the Amended Claim.

Dated: _____, 2022

_____
Honorable Laura Taylor Swain
United States District Judge