**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"),[2] the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On April 5, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of (A) Entry of Order Confirming Modified Eighth Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al. Pursuant to Title III of PROMESA and (B) Occurrence of the Effective Date [Docket No. 20349]

*[Remainder of page left blank intentionally]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: April 7, 2022

*/s/ Nuno Cardoso*
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 7, 2022, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A

Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS |
|---|---|---|
| 2036133 | BAEZ REYES, NYDIA L. | Address on File |
| 1677655 | Black Diamond Credit Strategies Master Fund, Ltd. | Address on File |
| 1572103 | Carmelo Concepcion Serrano, Magali Soto Gonzalez para menor ECS | Address on File |
| 1574698 | Carmelo Concepcion Serrano, Magali Soto Gonzalez para menor MCS | Address on File |
| 1450859 | Chesseri, Roy | Address on File |
| 1450512 | Chesseri, Roy | Address on File |
| 2078493 | Crespo Torres, Luz M. | Address on File |
| 2078493 | Crespo Torres, Luz M. | Address on File |
| 1715697 | Feliciano Echevaria, Silka J. | Address on File |
| 1676435 | Feliciano Echevarria, Silka J. | Address on File |
| 2130030 | FERRER RIVERA, MIRIAM | Address on File |
| 792579 | FONTANEZ BERRIOS, OLGA | Address on File |
| 793909 | GINORIO MARQUEZ, CARMEN M. | Address on File |
| 2036665 | Gómez López, Lourdes H. | Address on File |
| 1859179 | GONZALEZ FALU, CLARA | Address on File |
| 222771 | HERNANDEZ VIZCARRONDO, JOSE R. | Address on File |
| 1438733 | Kornblum, Daniel B | Address on File |
| 1942684 | LOPEZ PEREZ, EDWIN | Address on File |
| 1757455 | Marrero Ayala, Enid | Address on File |
| 1673815 | MARTINEZ MATEO, LUIS J. | Address on File |
| 344855 | MORALES LARREGUI, VICTOR M | Address on File |
| 1433767 | Neuhaus, Mary Lynn | Address on File |
| 1433767 | Neuhaus, Mary Lynn | Address on File |
| 2067545 | NIEVES SOTO , BRIAN | Address on File |
| 2222541 | Ortiz Fernandez, Francisco | Address on File |
| 2093854 | Ortiz Rodriguez, Ramon A | Address on File |

In re: The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Page 1 of 2

Exhibit A
Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS |
|---|---|---|
| 2132615 | ORTIZ RODRIGUEZ, RAMON ALBERTO | Address on File |
| 1960800 | Pagan Soto, Elizabeth | Address on File |
| 1581310 | Paris Melendez, Aida J. | Address on File |
| 2200603 | PELLOT CANCELA , JESUS M | Address on File |
| 1963698 | Perez Justiniano, Clara E | Address on File |
| 1070005 | PEREZ MEDINA, NESTOR | Address on File |
| 1548888 | Rabionet Vizquez, Magdalena | Address on File |
| 1561315 | Rey, Jose Angel | Address on File |
| 2032475 | REYES VAZQUEZ, EDWIN OSCAR | Address on File |
| 1605237 | Rivera Morales, Nancy I | Address on File |
| 1424510 | RODRIGUEZ MOLINA , MONICA | Address on File |
| 1165649 | ROMAN DE JESUS, ANGEL G | Address on File |
| 2171290 | SANO RODRIGUEZ, LIZ O. | Address on File |
| 2154231 | Solivan Rodriguez, Arnaldo | Address on File |
| 757 | TORRES RODRIGUEZ, ABIU | Address on File |
| 1601504 | TURELL CAPIELO, LERIVIVIAN | Address on File |
| 1850986 | Villoch Rivera, Modesta | Address on File |
| 1502453 | Zamor Echevarria, Javier | Address on File |