# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Asir Ashraf, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On April 4, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Arroyo Perez, Carmen Julia [MMLID 1911309], Urb. Alturco Penuelas #2, Q13 15, Penuelas PR 00624:

- Tenth Administrative Claims Reconciliation Status Notice [Docket No. 20461, Pages 1-3]

- Tenth Administrative Reconciliation Status Notice, customized per claim, a blank copy of which is attached hereto as **Exhibit A**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: April 8, 2022

*/s/ Asir Ashraf*
Asir Ashraf

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 8, 2022, by Asir Ashraf, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 60678

**<u>Exhibit A</u>**

**Tenth Administrative Reconciliation Status Notice**

| Claim Number | Type of Claim (Pension/Retiree, Tax Refund, Public Employee, Grievance) | Date Transferred into ACR | Responsible Agency | Claim Review Started? (Y/N) | Explanation for Delay in Review (Over 60 Days) | Complete Administrative File? (Y/N) | Initial Determination Complete? (Y/N) | Explanation for Initial Determination Extension (Beyond 90 Days) | Claimant Appeal from Initial Determination? (Y/N) | Status of Appeal | ACR Claim Resolved? (Y/N) | Date of Resolution | Payment Date, if applicable (within 120 days) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

To view the Debtors' full Tenth Administrative Reconciliation Status Notice, please visit https://cases.primeclerk.com/puertorico/. To obtain an electronic or hard copy of the Tenth Administrative Reconciliation Status Notice, please contact Prime Clerk at (844) 822-9231 (toll Free for the U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PuertoRicoInfo@primeclerk.com.