**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Moheen Ahmad, declare under penalty of perjury that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"),[2] the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On April 5, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of (A) Entry of Order Confirming Modified Eighth Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al. Pursuant to Title III of PROMESA and (B) Occurrence of the Effective Date [Docket No. 20349]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: April 8, 2022

/s/ Moheen Ahmad
Moheen Ahmad

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 8, 2022, by Moheen Ahmad, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 60702

**Exhibit A**

Exhibit A

Notice Parties Service List

Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1422452 | UNIVERSAL INSURANCE COMPANY Y TOYOTA CREDIT | FRANCIS T. PAGAN | 1509 CALLE LOPEZ LANDRON | AMERICAN AIRLINE BUILDING SUITE 1200 | | SAN JUAN | PR | 00911 | | First Class Mail |
| 1422773 | UNIVERSAL INSURANCE COMPANY Y TOYOTA CREDIT | IVAN APONTE FIGUEROA | CARRION TAVAREZ LAW OFFICES PSC | 650 PLAZA SUITE 204 | 650 AVE. MUÑOZ RIVERA | SAN JUAN | PR | 00918 | | First Class Mail |
| 1422453 | UNIVERSAL INSURANCE COMPANY Y TOYOTA CREDIT | KEILA ORTEGA CASALS | 1509 CALLE LOPEZ LANDRON | AMERICAN AIRLINE BUILDING SUITE 1200 | | SAN JUAN | PR | 00911 | | First Class Mail |
| 1422242 | UNIVERSAL INSURANCE COMPANY Y TOYOTA CREDIT | KILMARIS MALDONADO PEREZ | PO BOX 11155 | | | SAN JUAN | PR | 00922-1155 | kimaldonado@universalpr.com | First Class Mail and Email |
| 562895 | UNIVERSAL INSURANCE COMPANY Y TOYOTA CREDIT | LCDO. IVAN APONTE FIGUEROA | 650 Plaza Suite 204 650 Ave. Munoz Rivera | | | SAN JUAN | PR | 00918 | iaponte@lmctlaw.com | First Class Mail and Email |
| 1422243 | UNIVERSAL INSURANCE COMPANY Y TOYOTA CREDIT DE PR | KILMARIS MALDONADO PEREZ | PO BOX 11155 | | | SAN JUAN | PR | 00922-1155 | | First Class Mail |
| 1422774 | UNIVERSAL INSURANCE COMPANY Y TOYOTA CREDIT DE PR | LUIS A. CARRIÓN TAVÁREZ | CARRION TAVAREZ LAW OFFICES PSC | 650 PLAZA SUITE 204 | 650 AVE. MUÑOZ RIVERA | SAN JUAN | PR | 00918 | | First Class Mail |
| 1422244 | UNIVERSAL INSURANCE COMPANY Y TOYOTA CREDIT DE PUERTO RICO | FRANCIS T. PAGAN | 1509 LOPEZ LANDRON PISO 12 | | | SAN JUAN | PR | 00911 | | First Class Mail |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)