**NTT DATA**
Trusted Global Innovator

NTT DATA State Health Consulting, LLC
7950 Legacy Drive, Suite 900
Plano, TX 75024
USA.

# INVOICE

| | |
|---|---|
| Invoice Number | 9000879701 |
| Invoice Date | 10/19/2020 |
| Due Date | 12/18/2020 |

**Bill To:**
Puerto Rico
Departamento de Salud
Oficina del Secretario, PO Box 70184
San Juan, PR 00936-0184
USA

**Ship To:**
Puerto Rico
PO Box 70184
San Juan, PR 00936-0184
USA

| | | | |
|---|---|---|---|
| Customer Number | : 102639 | Payment Terms | : Net due in 60 days |
| Contract No | : 4400029237 | Contact Person | : Accounts Payable |

**Amount Due : USD 443,893.60**

To ensure proper credit, please include invoice number with remittance.
For billing questions, please contact Billing.Inquiry@nttdata.com or call +1 781 577 3495.

NTT Point Of Contact : Jim Tardella

Prime Contract: 2019-DS0572

Onsite Hrs / Amount = 571.40 / $256,120.05

Offsite Hrs / Amount = 666.50 / $298,746.95

| Description | Qty UOM | Rate | Gross Amount | Surcharge | Discount | Tax Amount | Net Amount USD |
|---|---|---|---|---|---|---|---|
| **Project ID:R-0020046794** | **PR DOH E&E IV&V 2018 (0275)** | | | | | | |
| PR DOH E&E IV&V 2018 (0275. PR0001) | | | 554,867.00 | | | | 554,867.00 |
| 23. September 2020 | | | | | | | |
| Re-Submitted Deliverable per agreement with PRDoH | | | | | | | |
| Discount | | | (110,973.40) | | | | (110,973.40) |
| **Project Subtotal :** | | | 443,893.60 | | | | 443,893.60 |
| | | | | | Net Price : | USD | 443,893.60 |
| | | | | | Total Due : | USD | 443,893.60 |

**Bank Details:**

Bank Name: Bank of America
Account Name: NTT DATA State Health Consulting, LLC
Account Number: 004640591137
Routing Number (ACH/EFT): 011000138
Routing Number (DOM. Wires): 026009593
SWIFT Code INTL WIRES: BOFAUS3N

For EFT payments, please send remittance details to the following email address:
Accounts.Receivable@nttdata.com

**Remit to :**

USPS:
NTT DATA State Health Consulting, LLC
PO BOX 677956
DALLAS, TX 75267 - 7956

OVERNIGHT COURIER:
PNC Bank
C/O NTT DATA State Health Consulting, LLC
Lockbox Number 677956
1200 E Campbell Rd Ste 108
Richardson, TX 75081

Page 1 of 2

NTT DATA HEALTH 0010

**NTT DATA**
Trusted Global Innovator

NTT DATA State Health Consulting LLC
7950 Legacy Drive, Suite 900
Plano, TX 75024
USA.

**INVOICE**

| Invoice Number | 9000879701 |
|---|---|
| Invoice Date | 10/19/2020 |
| Due Date | 12/18/2020 |

We certify under penalty of nullity that no public employee of the Department of Health will derive or obtain any benefit or profit of any kind from the contractual relationship which is the basis of this invoice. If such benefit or profit exists, the required waiver has been obtained prior to entering into the Agreement. The only consideration to be received in exchange for the delivery of goods or for the services provided is the agreed-upon price that has been negotiated with an authorized representative of the Department of Health. The total amount shown on this invoice is true and correct. The services have been rendered, and no payment has been received.

Jim Tardella

**Project Manager**

*[signature]*