**NTT DATA State Health Consulting, LLC**

# PREE IV&V – Re-Purposed Deliverable Options

## Introduction

NTT DATA Services currently has a deliverable in their Statement of Work (SOW) for the completion of the CMS Checklists leading to the eventual Certification/Authority to Connect for the Puerto Rico Eligibility & Enrollment (PREE) system.  PREE leadership has determined that another vendor will conduct a Pilot for the new Outcomes Based Certification (OBC) method that will be utilized instead of the traditional certification activity for an E&E system.

In light of that, PREE leadership has agreed to "re-purpose" the previous deliverable of NTT DATA.  Listed below are potential Training Support options to be discussed and determined between PREE program leadership and the NTT DATA IV&V team regarding how to re-purpose that work activity.  The work to be determined should equal approximately 9.0 man-months of effort. The expectation is that program leadership will collaborate with IV&V leadership to determine the options that will be selected.  It is also possible that options not listed can be substituted in order to meet the expectations of the work efforts for both parties.

## Training Support Options

The potential options for specific support from NTT DATA in the area of Training will allow for the workstream content to be administered and implemented at a high-quality level. Support for training may include the following options:

| # | DESCRIPTION | MAN MONTHS |
|---|---|---|
| 1 | Support of Translation tasks for PREE system Training materials.  This may include review of all materials and coordination with relevant vendors to update content.  This will also include the facilitation of the review sessions with PRMP stakeholders and subject matter experts by NTT DATA team members with the appropriate language skills. | 4.0 |
| 2 | NTT DATA will review the PREE Training Plan to ensure the proper approach to the development and maintenance of required training materials and aids.  We will review the identification of curricula, effective use of classroom and hands-on training modes, reasonable trainer-trainee ratios, and assist PRMP in developing a training schedule which supports systems implementation providing training for trainers and users in concert with their needs to begin using the system. Additionally, NTT DATA will assess the ability to effectively measure the results of training, and the provision of any follow-up or remedial training. | 0.5 |
| 3 | NTT DATA will, through the interaction and collaboration with all Project training staff, review draft materials and provide continued review of materials through their acceptance.  We will evaluate the utility and capacities of the regular training materials to ensure the PREE training requirements are met.  For example:<br><br>- Do the instructor guides provide a level of detail and clarity to ensure that all of the system functions and features will be explained and demonstrated?<br>- Will the trainees understand the objectives of the system and its various modules?<br>- Will system and screen navigation techniques be understood?<br>- Is system start-up and shutdown described?<br>- Are menus and directory usage well defined?<br>- Are data elements and screen meanings easily understood?<br>- Is help easily accessible by the users?<br>- Do materials reflect all required changes to text and modifications to the System? | 1.0 |

© 2020 NTT DATA, Inc. All rights reserved. | Proprietary and Confidential | Version 1.0

**NTT DATA State Health Consulting, LLC**

## PREE IV&V – Re-Purposed Deliverable Options

| | | |
|---|---|---|
| | ▪ Do the materials provide suggested remedies for problem resolution? | |
| 4 | The training site(s) will be visited and evaluated by NTT DATA for their adequacy and readiness prior to the start of any training. We will review time schedules, resources, and roles of the PREE Team. In addition, we will evaluate that each proposed training site meets the needs and requirements of all training aspects in accordance with the approved PREE Training Plan, including:<br>▪ Conducive to learning,<br>▪ Contains the appropriate quantity and type of equipment,<br>▪ Equipment meets level of quality and specifications required,<br>▪ Site is within an approximate one (1) hour proximity to users, and<br>▪ Each site provides access to a training region maintained and supported by the RedMane Team. | 2.0 |
| 5 | NTT DATA will notify the PRMP Project Team when the potential exists for the RedMane Team or a PREE training team to fall behind in following the training schedule. | 0.5 |
| 6 | We will provide the PRMP Project Team continual status updates, which will include identification of deficiencies and recommendations for improvement. These will be noted in our current Weekly Status Report and/or Monthly Assessment Report | 0.5 |
| 7 | Flexible Option – To Be Determined by PRMP and IV&V | 0.5 |

**Deliverable Submission**

The NTT DATA team will submit an Appendix to each Monthly Assessment Report (MAR) detailing the progress of the Training Support activity for that month. Included in that Appendix will be any project documentation that is completed (such as Readiness Checklists, ad hoc Reports, etc.) during that period of time. There will not be a separate invoice submission each month for the Training Support activity. Rather, the only invoice that will be submitted will remain on the same timeline as the original deliverable for the CMS Certification Checklists in Month 24 of our original Statement of Work. The deliverable submission in Month 24 will also have the compilation Report of the previous Training Support documentation as well as a Lessons Learned summary that will be shared and leveraged for planning purposes into subsequent phases of the PREE project such as Release 2 in 2021.

© 2020 NTT DATA, Inc. All rights reserved. | Proprietary and Confidential | Version 1.0