**GOBIERNO DE PUERTO RICO**

Departamento de Salud
Programa Medicaid

July 22, 2021

Mr. Jim Joyce
Senior Vice President
NTT Data State Health Consulting, LLC
jim.joyce@nttdata.com

**CONTRACT 2019-DS0572 / INVOICE 9000879701**

Dear Mr. Joyce,

On June 11, 2021, Ms. Elsa Varela, on behalf of NTT Data State Health Consulting, LLC (NTT Data), met with Puerto Rico Medicaid Program (PRMP) personnel to further discuss documents related to contract 2019-DS0572 between NTT Data and the Puerto Rico Department of Health (PRDoH) effective from November 30, 2019 to September 30, 2020. During the meeting Ms. Varela submitted invoice number 9000879701, along with other documents related to R2 Milestone Review Checklists, as well as your letter dated June 2, 2021.

Regarding R2 Milestone Review Checklists, NTT Data and PRMP previously held discussions in early 2020 concerning the certification process for the R2 phase of the new E&E system. In these conversations the Outcomes Based Certification (OBC) was discussed as an alternate method to be used instead of the traditional certification activity for an E&E system (MEET Toolkit). In accordance with our records, NTT Data was notified that PREE leadership was seeking guidance from Centers for Medicare and Medicaid Services (CMS) on which certification approach to follow. In the meantime, PRMP instructed NTT Data to halt the certification process until a final approach was defined. Subsequently, PREE leadership informed NTT Data that the OBC method would be utilized and conducted by another party as part of a pilot program.

Thus, on March 17, 2020 Mr. Jim Tardella, Business Consulting Associate Director for NTT Data, sent PREE leadership an email to discuss various matters concerning their Statement of Work related to the PREE system where he acknowledged PREE leadership's determination as to the use of the new OBC method by another party.

Nonetheless, on June 11, 2021 NTT Data submitted a copy of R2 Milestone Review Checklists and invoice for payment associated to the aforementioned task. Unfortunately, invoice number 9000879701 does not proceed since the billed deliverable does not conform with the certification method established by CMS. Moreover, for NTT Data to have been able to implement certification via the MEET method, PRMP would have had to provide information for NTT Data to review. As you are aware, the MEET method requires the state or territory to provide criterion compliance evidence for the Independent Verification and Validation (IV&V) review process in order to determine if the evidence provided either "Meets", "Partially Meets" or "Does Not Meet" the

particular criterion. PRMP did not and could not have provided these criterion intake forms since certification approach shifted from MEET Toolkit to OBC method. Therefore, NTT Data could not possibly perform and complete the review process for the R2 phase since PRMP never shared input or related documentation nor scheduled a work session with NTT Data to discuss the MEET requirements related to the R2 phase.

PREE leadership has reviewed the documents and invoice submitted, and for previously mentioned reasons does not deem it acceptable. Hence, PRMP is not able to pay invoice number 9000879701, for R2 Milestone Review Checklists.

Furthermore, contract 2019-DS0572 stipulates that invoices shall be submitted on a monthly basis, within the first fifteen (15) days following the period invoiced. Invoices will be for deliverables defined in Appendix (A), which must be received and accepted by First Party (PRDoH) as appropriate. Contract also specifies that First Party will not honor invoices submitted ninety (90) days or more after the services were rendered. Appendix (A) establishes in "Table 3 Deliverable Payment Schedule" that the R2 Milestone Review Checklists were due on September 2020. Nonetheless, it was submitted and invoiced on June 11, 2021, eight (8) months overdue. Contract effective date was from November 30, 2019 to September 30, 2020.

In conclusion, payment for invoice number 9000879701 does not proceed for the following reasons:

- Described item is for the Certification method not approved by CMS;
- NTT Data and invoice 9000879701 do not comply with acceptance and payment procedures established in contract 2019-DS0572;
- Invoice received ninety (90) days or more after services were rendered.

Hoping to have been able to attend matters addressed in your letter and of the utmost help clarifying the issue at hand.

Cordially,

Edna Y. Marin Ramos
Executive Director
Puerto Rico Medicaid Program