Departamento de Recursos Naturales y Ambientales

Certificacion de Pagos

Contrato NTT Data EAS (2019-000014)

| Contrato | Suplidor | Nombre | Núm. Obligación | Cantidad Obligada | Num. Comprobante | Cantidad Comprobante | Factura | Fecha Factura |
|---|---|---|---|---|---|---|---|---|
| 01419000014 | 383329879 | NTT DATA EAS,INC | 0000012518 | 18855.750 | 19001573 | 18855.750 | 9201000067 | 10/4/2018 |
| 01419000014 | 383329879 | NTT DATA EAS,INC | 0000012559 | 45057.000 | 19001844 | 45057.000 | 9201000083 | 11/19/2018 |
| 01419000014 | 383329879 | NTT DATA EAS,INC | 0000012626 | 40787.700 | 19002101 | 40787.700 | 9201000092 | 12/13/2018 |
| 01419000014 | 383329879 | NTT DATA EAS,INC | 0000012671 | 35471.000 | 19002228 | 35471.000 | 9201000098 | 1/10/2019 |
| 01419000014 | 383329879 | NTT DATA EAS,INC | 0000012995 | 54820.400 | 19002647 | 54820.400 | 9201000110 | 2/11/2019 |
| 01419000014 | 383329879 | NTT DATA EAS,INC | 0000013149 | 53779.000 | 19003056 | 53779.000 | 9201000129 | 3/13/2019 |
| 01419000014 | 383329879 | NTT DATA EAS,INC | 0000013201 | 39888.000 | 19003200 | 39888.000 | 9201000138 | 4/5/2019 |
| 01419000014 | 383329879 | NTT DATA EAS,INC | 0000013266 | 222483.150 | 19003294 | 44525.400 | 9201000149 | 5/15/2019 |
| 01419000014 | 383329879 | NTT DATA EAS,INC | 0000013266 | 222483.150 | 19003358 | 57943.900 | 9201000158 | 6/11/2019 |
| 01419000014 | 383329879 | NTT DATA EAS,INC | 0000013266 | 222483.150 | 20000175 | 60651.000 | 9201000173 | 8/8/2019 |
| 01419000014 | 383329879 | NTT DATA EAS,INC | 0000013266 | 222483.150 | 20AP0174 | 47859.600 | 9201000160 | 7/3/2019 |

**Total Obligado**  $ 511,142.00   **Total Pagado**  $ 499,638.75

**Balance**  $ 11,503.25

_Narda L. Márquez Rodríguez_
**Certifico Correcto**

27 de enero de 2022
Fecha