From: Jose A ____ ____

INST: Aguadilla Guerrero

7-B-1 P.O Box 3999

Aguadilla P.R 00605

Clerk's Office
United States District Court
Room 150 Federal Bldg
San Juan P.R 00918-1767