# **Exhibit 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |  |
|---|---|---|
| In re | ) | PROMESA |
|  | ) | Title III |
|  | ) |  |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3283-LTS |
|  | ) |  |
| As a representative of | ) | (Jointly Administered) |
|  | ) |  |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | ) |  |
|  | ) |  |
| Debtors.[1] | ) |  |

**FINAL FEE APPLICATION OF _____ (*NAME OF PROFESSIONAL*), AS _____ (*TITLE*) TO THE _____ (*CLIENT*) FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM _____ (*RETENTION DATE*) THROUGH AND INCLUDING \_\_\_\_\_ (*EFFECTIVE DATE or LAST DATE TITLE III SERVICES ARE PROVIDED*)[2]**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] This form has been designed to incorporate many of the requirements of PROMESA §316 and ¶ C.2.l and Exhibit E to the Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases (the "**U.S. Trustee Guidelines**").

| | |
|---|---|
| Name of Applicant: | |
| Authorized to Provide Professional Services to: | |
| Date of Retention: | |
| Period for which compensation and reimbursement is sought: | _____ through _____ (Retention Date through Effective Date) |
| Amount of final compensation sought as actual, reasonable, and necessary: | |
| Amount of final expense reimbursement sought as actual, reasonable, and necessary: | |
| Blended rate in this application for all attorneys: | $_____/ hour |
| Blended rate in this application for all timekeepers: | $_____/ hour |
| The total time expended for fee application preparation for the Final Fee Period is approximately \_\_ hours and the corresponding compensation requested is approximately $\_\_\_\_\_. | |

| **SUMMARY OF PRIOR INTERIM FEE APPLICATIONS:** | | | | | |
|---|---|---|---|---|---|
| | | Fees and Expenses Approved | | Date and Docket No. of Fee Order | |
| Date [Docket No.] | Interim Fee Period ("IFP") Covered[3] | Fees | Expenses | Date | Docket No. |
| | ***First IFP*** 5/3/17 to 9/30/17 | | | | |
| | ***Second IFP*** 10/1/17 to 1/31/18 | | | | |
| | ***Third IFP*** 2/1/18 to 5/31/18 | | | | |
| | ***Fourth IFP*** 6/1/18 to 9/30/18 | | | | |
| | ***Fifth IFP*** 10/1/18 to 1/31/19 | | | | |
| | ***Sixth IFP*** 2/1/19 to 5/31/19 | | | | |

---

[3] If your firm did not file a fee application for a listed Interim Fee Period, please leave the line blank.

| | | | | | |
|---|---|---|---|---|---|
| | *Seventh IFP* 6/1/19 to 9/30/19 | | | | |
| | *Eighth IFP* 10/1/19 to 1/31/20 | | | | |
| | *Ninth IFP* 2/1/20 to 5/31/20 | | | | |
| | *Tenth IFP* 6/1/20 to 9/30/20 | | | | |
| | *Eleventh IFP* 10/1/20 to 1/31/21 | | | | |
| | *Twelfth IFP* 2/1/21 to 5/31/21 | | | | |
| | *Thirteenth IFP* 6/1/21 to 9/30/21 | | | | |
| | *Fourteenth IFP* 10/1/21 to 1/31/2022 | | | | |
| | *Fifteenth IFP* 2/1/2022 to 3/15/2022 or May 31, 2022 | | | | |
| **Total fees and expenses approved by interim orders to date:**[4] | | | | | |

### FEE EXAMINER'S REQUESTED ATTACHMENTS TO FEE APPLICATIONS
(may appear in a different order)

**List of Professionals -** ¶ C.2.k of the U.S. Trustee Guidelines

**Compensation by Project Category-** ¶ C.8 of the U.S. Trustee Guidelines

**Expense Summary-** ¶ C.12 of the U.S. Trustee Guidelines

**List of Professionals by Matter-** ¶ C.8.c. of the U.S. Trustee Guidelines

**Customary and Comparable Disclosures -** ¶ C.3 of the U.S. Trustee Guidelines

**Budget & Staffing Plan -** ¶ E of the U.S. Trustee Guidelines

---

[4] These totals should equal the amount of your final fee and expense requests.