*Hearing Date: May 18, 2022, 9:30am (AST)*
*Objection Deadline: May 3, 2022, 4pm (AST)*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | TITLE III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17-BK-3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | |
| Debtors.[1] | |

------------------------------------------------------------------------x

### NOTICE OF HEARING ON OMNIBUS MOTION BY THE AVOIDANCE ACTIONS TRUSTEE TO ESTABLISH LITIGATION CASE MANAGEMENT PROCEDURES

**PLEASE TAKE NOTICE** that a hearing on the annexed *Omnibus Motion by the Avoidance Actions Trustee to Establish Litigation Case Management Procedures* (the "Motion") filed April 14, 2022 by the Avoidance Actions Trustee will be held before the Honorable Laura Taylor Swain United States District Court Judge, at the United States District Court for the District of Puerto Rico, in Room 3, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767 on **May 18, 2022 at 9:30 a.m. (AST)** (the "Hearing"), or at such other place and time as ordered by the Court.

---

1. The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK- 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK- 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, shall be filed with the Court (a) by attorneys practicing in the Court, including attorneys admitted *pro hac vice*, electronically in accordance with Rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF), to the extent applicable, and shall be served in accordance with the Sixteenth Amended Case Management Procedures (Docket No. 20190-1), so as to be so filed and received no later than **May 3, 2022 at 4:00 p.m. (AST)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the District Court may enter an order granting the relief sought without a hearing pursuant to the Sixteenth Amended Case Management Procedures.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov subject to the procedures and fees set forth therein.

Dated: April 14, 2022.
San Juan, Puerto Rico

Filed By:

> */s/ John Arrastia*
> John Arrastia, Esq. (*Pro Hac Vice*)
> Jesus M. Suarez, Esq. (*Pro Hac Vice*)
> Angelo M. Castaldi, Esq. (*Pro Hac Vice*)
> **CONTINENTAL PLLC**
> 255 Alhambra Cir, Suite 640
> Coral Cables, FL 33134

Tel: (305) 677-2707
jarrastia@continentalpllc.com
jsuarez@continentalpllc.com
acastaldi@continentalpllc.com

*Counsel to the Avoidance Actions Trustee*

/s/ *Juan J. Casillas Ayala*
**CASILLAS, SANTIAGO & TORRES LLC**
Juan J. Casillas Ayala, Esq. (USDC-PR 218312)
Luis F. Llach Zúñiga, Esq. (USDC-PR 223112)
Edna M. Tejeda Oyola, Esq. (USDC-PR 219803)
Juan C. Nieves González, Esq. (USDC-PR 231707)
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
jcasillas@cstlawpr.com
lllach@cstlawpr.com
jnieves@cstlawpr.com
etejeda@cstlawpr.com

*Counsel to the Avoidance Actions Trustee*