| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO<br><br>In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor | PROMESA<br><br>Title III<br><br><br><br>No. 17 CV 03283-LTS |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br><br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>    As representative of<br><br>PUERTO RICO SALES TAX | PROMESA<br><br>Title III<br><br><br><br>No. 17 CV 03283-LTS |

1

| | |
|---|---|
| FINANCING CORPORATION ("COFINA") Debtor | (Joint Administration Requested) |

**MOTION TO INFORM AND TO REQUEST THAT AMENDED POC OF PRIORITY CREDITOR CESAR A MARTINEZ BE GRANTED AS FILED TODAY AS IT CLARIFIES THE CREDITOR'S ORIGINAL CLAIM, WHICH DID NOT INCLUDE THE AMOUNT REQUESTED, WHICH WAS CONTAINED IN THE EXHIBITS FILED IN THE ORIGINAL POC NUMBER 154865, THE AMENDED POC FILED TODAY, NUMBER 2805 (THE FILING SYSTEM DID NOT ALLOW THE INCLUSION OF THE ORIGINAL POC NUMBER) INCLUDES THE PRIORITY AMOUNTS OWED AND THE INTERESTS ACCRUED. DEBTOR'S FILINGS ON DOCKET 17927 AND 17923 REQUESTING OBJECTIONS TO MULTIPLE CLAIMS SHOULD NOT BE GRANTED AS TO THIS PRIORITY CREDITOR AS THE AMOUNTS OWED AT THE TIME OF FILING OF THE ORIGINAL POC WERE INCLUDED IN THE BODY OF THE POC FILING AND THAT IS A MISTAKE THAT DOES NOT MAKE THE ORIGINAL POC UNLIQUIDATED.**

RESPECTFULLY SUBMITTED TODAY APRIL 17, 2022, IN SAN JUAN PUERTO RICO.

THIS REQUEST HAS BEEN FILED USING THE ELECTRONIC FILING SYSTEM OF THIS COURT WHICH WILL NOTIFY ALL PARTIES IN INTEREST.

/S/HECTOR FIGUEROA VINCENTY

ATTORNEY FOR PRIORITY CREDITOR

CESAR A. MARTINEZ QUINONEZ

SAN FRANCISCO STREET SUITE 34

SAN JUAN P.R. 00901

2

787-378-1154

[HECTOR@ELBUFETEDELPUEBLO.COM](mailto:HECTOR@ELBUFETEDELPUEBLO.COM)

USDC 120006