You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | MMLID: 1184390 |
|---|---|---|
| | | EPOC ID: 170356600233765 |

| ☒ | Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
|---|---|---|---|
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

*RECEIVED 2018 JUL -3 P 1:23*

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule F -- Participant Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule F -- Obligaciones de los participantes como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohíba por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado DS ___7_/_3_/_18___

# Proof of Claim / Evidencia de reclamación

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.**

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales**, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[ ✓ ] No Copy Provided

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

| 1. Who is the current creditor?<br><br>¿Quién es el acreedor actual? | **RECEIVED**<br>**JUL 09 2018**<br>**PRIME CLERK LLC** |
|---|---|

CESAR A MARTINEZ QUINONES

Name of the current creditor (the person or entity to be paid for this claim)
Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

U0503 v.01 02.15.2018
**Claim Number: 154865**



**2. Has this claim been acquired from someone else?**

☒ No / No

☐ Yes. From whom?

Sí. ¿De quién? _____

¿Esta reclamación se ha adquirido de otra persona?

---

**3. Where should notices and payments to the creditor be sent?**

¿A dónde deberían enviarse las notificaciones al acreedor?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

CESAR A MARTINEZ QUINONES
P.O. BOX 270391
SAN JUAN PR 00928-3391

_____
Contact phone / Teléfono de contacto

_____
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

_____
Name / Nombre

_____
Number / Número     Street / Calle

_____
City / Ciudad     State / Estado     ZIP Code / Código postal

_____
Contact phone / Teléfono de contacto

_____
Contact email / Correo electrónico de contacto

---

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No

☐ Yes. Claim number on court claims registry (if known)

Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____

Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

---

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No

☐ Yes. Who made the earlier filing?

Sí. ¿Quién hizo la reclamación anterior? _____

---

**Part 2 / Parte 2:**   **Give Information About the Claim as of the Petition Date**

**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

---

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No

☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)

Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Departamento de Justicia

---

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No

☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:

Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____

---

Modified Official Form 410                     **Proof of Claim**                     page 2

**8. How much is the claim?**

**¿Cuál es el importe de la reclamación?**

$ *Lo que corresponde por ley (Leyes Estatales aplicable)*

**Does this amount include interest or other charges?**
**¿Este importe incluye intereses u otros cargos?**

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

**¿Cuál es el fundamento de la reclamación?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*Reinstalación al empleo y paga retroactiva de salarios y beneficios marginales*

**10. Is all or part of the claim secured?**

**¿La reclamación está garantizada de manera total o parcial?**

☐ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

Value of property / Valor del bien: $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____
_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

**¿Esta reclamación está basada en un arrendamiento?**

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____

| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br>☒ Yes. Identify the property /<br>Sí. Identifique el bien: _Salarios Retroactivos_ |
|---|---|

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br>☒ Yes. Indicate the amount of your claim arising from the value of any goods received $ _____<br>by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |
|---|---|

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☐ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _3 julio 2018_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name _César Antonio Martínez Quiñones_

First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _____

Company / Compañía _____

Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____

Number / Número    Street / Calle

_____

City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto _787-696-7934_    Email / Correo electrónico _____

Epiq Bankruptcy Solutions, LLC
PO Box 4470
Beaverton, OR 97076

Legal Documents Enclosed –
Please direct to the attention
of the Addressee,
Legal Department or President.

Address Service Requested



PR2 POC 2-26-2018 (MERGE2,TXNUM2)
 000 0043351 00000000 0001 0005 08671 INS: 0 0
****4000175977****BAR(23) MAIL ID *** 000125778647 ***
CESAR A MARTINEZ QUINONES
P.O. BOX 270391
SAN JUAN PR 00928-3391

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their
Creditor List on Schedule F -- Participant Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined
amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated
as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la
lista de acreedores en el Schedule F -- Obligaciones de los participantes como un reclamo Contingente, Sin liquidez no asegurado
por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o
compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

PLEASE SEND COMPLETED PROOF(S) OF CLAIM SO AS TO BE ACTUALLY RECEIVED ON OR BEFORE THE
APPLICABLE BAR DATE:

**General Bar Date:** May 29, 2018 at 4:00 p.m., Atlantic Standard Time
Please send completed Proof(s) to Claim to:

**If by first class mail:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

**If by overnight courier or hand
delivery/Para enviar por por mensajería o
entrega al siguiente dia:**

Refer to "Section 6 -- Where and
How to File" in the enclosed notice
for additional locations in the
Commonwealth accepting hand
delivery of completed proof of
claim forms.

Consulte la "Sección 6: Para ver
dónde y cómo presentar su
formulario" del aviso adjunto. Habran
varias ubicaciones en el
Commonwealth donde se aceptara la
entrega de estos formularios de
prueba de reclamo completados.

If you have questions about this notice, please call (844) 822-9231 (US toll free), (646) 486-7944,
(international), email PuertoRicoInfo@primeclerk.com, or visit https://cases.primeclerk.com/puertorico

Si tiene preguntas acerca de este aviso, llame al (844) 822-9231 (local), (646) 486-7944 (internacional), envíe
un correo electrónico a PuertoRicoInfo@primeclerk.com, o visite https://cases.primeclerk.com /puertorico

You may also submit your claim electronically by visiting https://cases.primeclerk.com/puertorico/EPOC-Index

También puede enviar su reclamo electrónicamente visitando http://cases.primeclerk.com/puertorico/EPOC-Index

EPOC ID: 170356600233765
U0501 v.01 02.15.2018



# Irma Rosario

Abogada Notario
PO Box 190021, San Juan, PR 00919-0021
TEL. 787-810-0532 · 787-286-6789
Email: irmairosario@hotmail.com

7 de junio de 2018

Sr. Cesar Martínez
A la mano

Estimado Sr. Martínez

Acudí a la vista de estado procesal de su caso ante la Comisión Apelativa. El Departamento de Justicia cerró toda probabilidad de sentarnos a negociar su caso y retomó su defensa de la paralización por motivo de la Ley PROMESA. Ante ese cuadro, la Comisión nos otorgó un término de 45 días para que expongamos razones por las cuales la Ley PROMESA no nos aplica. Descansan también en el hecho que el levantamiento del "stay" se da solamente en casos de arbitraje y que debemos seguir el procedimiento de levantar el "stay" ante la Corte Federal, que usted conoce.

Luego de nosotros someter nuestra posición por escrito, el Departamento de Justicia tiene 45 días para oponerse a nuestra solicitud de por qué no nos aplica la paralización.

Status conference: 27 de septiembre de 2018 a las 9:30 am – solo para ver que está ocurriendo en cuanto a la Ley PROMESA.

En un aparte los abogados del Departamento de Justicia me indicaron que hay muchas personas solicitando el levantamiento del "stay" por derecho propio.

Cordialmente,

IRMA ROSARIO

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMSION APELATIVA DEL SERVICIO PÚBLICO**

**CESAR MARTINEZ QUINONEZ**
Apelante

v.

**DEPARTAMENTO DE JUSTICIA**
Apelada

| | |
|---|---|
| Caso Núm.: | 2002-09-0371 |
| Materia: | RETENCION |
| Comisionado: | **Miguel A. Barrera Perez** |

**AVISO DE PARALIZACIÓN DE LOS PROCEDIMIENTOS POR VIRTUD DE LA
PRESENTACIÓN DE LA PETICIÓN PRESENTADA POR EL GOBIERNO DE
PUERTO RICO BAJO EL TÍTULO III DE *PROMESA***

**A LA HONORABLE COMISION:**

Comparece el Departamento de Justicia del Gobierno de Puerto Rico, de forma especial y sin que se entienda por este acto renunciada <u>ninguna defensa</u> (incluyendo el no someterse a la jurisdicción del Honorable Foro, de proceder la misma), por conducto de la representación legal que suscribe, y muy respetuosamente **EXPONE** y **SOLICITA**:

**1.** La Apelación de epígrafe fue presentada el **27 de septiembre de 2002** reclamándose contra el **Departamento de Justicia, agencia y subdivisión del Gobierno de Puerto Rico**, por hechos alegadamente acontecidos previo al 3 de mayo de 2017.

**2.** Así las cosas, el 30 de junio de 2016 se aprobó la ley federal conocida como "Puerto Rico Oversight, Management, and Economic Stability Act" ("PROMESA", por sus siglas en ingles), 48 U.S.C. §§ 2101 <u>et seq</u>.

**3.** De conformidad con las disposiciones de PROMESA, el 3 de mayo de 2017 la Junta de Supervisión y Administración Financiera para Puerto Rico presentó una petición de quiebra a nombre del Gobierno de Puerto Rico ante la Corte de Distrito de los Estados Unidos para el Distrito de Puerto Rico. *Véase, In re: Commonwealth of Puerto Rico*, case no. 17-1578 (en adelante, la "Petición"). A la fecha en que se presenta este escrito, la Petición está pendiente ante dicha Corte de Distrito.

**4.** La Petición fue presentada bajo el título III de PROMESA el cual dispone en su Sección 301(a) la aplicación, entre otras, de las Secciones 362 y 922 del título 11 del Código Federal de los Estados Unidos, conocido como Código de Quiebra de los Estados Unidos.

**5.** El propósito fundamental de todo procedimiento de quiebra es que el peticionario deudor tenga oportunidad de reorganizar su actividad económica, mientras se protegen los intereses de los acreedores. Ello se logra al distribuir los activos del peticionario deudor entre sus legítimos acreedores, de conformidad con las disposiciones de la Ley de Quiebra. Véase *Allende v. García*, 150 D.P.R. 892, 898-899 (2000).

**6.** En virtud de las secciones 362 y 922 del Código de Quiebras, la presentación por el Gobierno de Puerto Rico de la Petición tiene el efecto automático, inmediato y directo de paralizar toda acción civil que cualquier persona natural o jurídica haya iniciado, intente continuar o de la cual solicite la ejecución de una sentencia contra el Gobierno, mientras los procedimientos de quiebra se encuentran pendientes ante la Corte de Distrito. 11 U.S.C. §§ 362(a), 922(a); 48 U.S.C. § 2161(a)(enfasis provided).[1]

**7.** Sobre esto, el Tribunal Supremo de Puerto Rico dispuso en *Marrero Rosado v. Marrero Rosado*, 178 D.P.R. 476, 490 (2010), que "[l]a paralización automática es una de las protecciones más básicas que el legislador estadounidense instituyó en el

---

[1] Nótese que la paralización que se activa con la Petición es más abarcadora que la que existía hasta el 1 de mayo de 2017 con la aprobación de PROMESA. Esta última se refería en términos generales a deuda financiera, mientras que la que se activa con la radicación de la Petición aplica a cualquier litigio en contra del deudor que pudo haber sido comenzado antes de la radicación del procedimiento bajo el Título III de PROMESA. *Véase* Sección 405 de PROMESA.

Código de Quiebras para los deudores que se acogen a éste". Con la paralización automática se impide, "entre otras cosas, el comienzo o la continuación de cualquier proceso judicial, administrativo o de otra índole que fue o pudo haber sido interpuesto en contra del deudor, o para ejercitar cualquier acción cuyo derecho nació antes de que se iniciara la quiebra". Id., pág. 491. Véase, además, 11 U.S.C.A. sec. 362; Soares v. Brockton Credit Union, 107 F.3d 969, 975 (1er Cir. 1997).

8. También puede impedir la ejecución de una sentencia previa o detener la creación, perfección o ejecución de un gravamen anterior a la interposición de la quiebra. Id. Sus efectos se manifiestan desde que se presenta la petición de quiebra hasta que recae la sentencia final, y no se requiere una notificación formal para que surta efecto. Jamo v. Katahdin Fed. Credit Union, 283 F.3d 392, 398 (1er Cir. 2002). Provoca también que los tribunales estatales queden privados de jurisdicción automáticamente, e incluso, es tan abarcadora que paraliza litigios que tienen poco o nada que ver con la situación financiera del deudor. 3 Collier on Bankruptcy sec. 362.03[3] (2009).

9. Para que esta paralización surta efecto no se requiere notificación alguna previa a tal persona, ya que la presentación de la solicitud de quiebra basta para producir la paralización aludida. Morales v. Clínica Femenina de P.R., 135 D.P.R. 810, 820 n. 5 (1994) (Sentencia). Por ende, la actuación judicial que así lo disponga es meramente declarativa del estado fijado por la ley federal.

10. No obstante, por deferencia a este Honorable Foro y en consideración a los señalamientos y procedimientos previamente calendarizados en el caso de autos, presentamos este escrito en aras de que este Honorable Foro tome conocimiento judicial de lo antes expuesto y proceda con la paralización de todos los procedimientos ante su consideración, de conformidad con las Secciones 362(a) y 922(a) del Código de Quiebra, según incorporadas por referencia por la Sección 301(a) de Promesa. 48 USC § 2161(a).

11. Sin embargo, esta notificación de paralización no se debe entender como que el Gobierno de Puerto Rico renuncia a cualquier planteamiento adicional sobre el efecto de la aprobación de PROMESA en el caso de autos, ni a ningún derecho o defensa que surja del Título III de PROMESA. Tampoco se debe entender como una renuncia a ninguna otra alegación o defensa que pueda levantar el Gobierno en el caso de epígrafe una vez culmine la paralización o a que se emita cualquier orden en los procedimientos bajo el Título III que incida en el caso de autos.

**POR TODO LO CUAL**, se solicita muy respetuosamente a esta Honorable Comisión que tome conocimiento de lo aquí informado y en consecuencia paralice todos los procedimientos pendientes en el caso de epígrafe.

**RESPETUOSAMENTE SOMETIDO**. En San Juan, PR, a **25 de mayo de 2017**.

**CERTIFICO**: Haber notificado copia fiel y exacta de la presente escrito a: **Lcda. Irma Rosario Martinez,** Apartado 190021, San Juan, PR  00919-0021, irmairosario@hotmail.com.

**WANDA VÁZQUEZ GARCED**
Secretaria de Justicia

**WANDYMAR BURGOS VARGAS**
Secretaria Auxiliar de lo Civil

**CHRISTIAN ALEXIS CASTRO PLAZA**
**16,679** | Director | División de Laboral

**LUIS VILLANUEVA NIEVES, 14927**
Departamento de Justicia
PO Box 9020192
San Juan Puerto Rico, 00902-0192
Tel. (787) 721-2900 Ext. 2231 / 2204
Fax: (787) 725-2475
Email: lvillanueva@justicia.pr.gov

**GOBIERNO DE PUERTO RICO**
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
**SAN JUAN, PUERTO RICO**
www.casp.pr.gov

**CÉSAR MARTÍNEZ QUIÑONES**

**Apelante**

**vs.**

**DEPARTAMENTO DE JUSTICIA**

**Apelado**

**CASO NÚM. 2002-09-0371**

**RETENCIÓN**

**Materia**

**MINUTA Y ORDEN**
**31 de marzo de 2017**

**SEÑALAMIENTO O AUDIENCIA**

| | | | | |
|---|---|---|---|---|
| X | Celebrada | | | Suspendida por : |
| | Celebrada y continuará | | | Apelante |
| | Celebrada y sometida | | | Apelada |
| X | Se grabaron los procedimientos | | | Oficial Examinador |
| | No se grabaron los procedimientos | | | Comisión |
| | Otro: | | | Se dejó sin efecto |

| | Señalamientos en Sala | : |
|---|---|---|

**INFORMACIÓN SOBRE LAS PARTES:**

APELANTE:
ABOGADO: Lcda. Irma Rosario Martínez

| | |
|---|---|
| | Compareció el apelante |
| X | Compareció el abogado |

APELADO: Departamento de Justicia
ABOGADO: Lcdo. Luis Villanueva Nieves

| | |
|---|---|
| | Compareció el apelado |
| X | Compareció el abogado |

**INCIDENCIAS PROCESALES Y OBSERVACIONES:**

Hoy 31 de marzo de 2017, se llama el caso para la celebración de una Vista sobre el Estado de los Procedimientos.

A la misma, comparecen los abogados de las partes.

Las partes indican que han confeccionado un borrador de Informe de Conferencia con Antelación a Vista, y se le conceden 10 días para someterlo en forma final.

Se le conceden a la partes 30 días para reunirse y culminar gestiones transaccionales, de las cuales deberá informarse a este Foro. Dicho término vence el 1ro de mayo de 2017.

-2-

CÉSAR MARTÍNEZ QUIÑONES
2002-09-0371
MINUTA Y ORDEN

Se le concede a las partes hasta el 1ro. de agosto de 2017, para la presentación de la prueba documental y testifical detallada en el informe.

Se espera que todo trámite del caso esté culminado para en o antes del 22 de agosto de 2017, razón por la cual se señala Vista en su Fondo para el **martes, 22 de agosto de 2017, a las 9:30 a.m.** en las facilidades de la Comisión Apelativa del Servicio Público, piso 5.

Se les apercibe que la vista no será suspendida, excepto que se solicite por escrito con expresión de las causas que justifican dicha suspensión. De no poder comparecer a la vista citada, deberán notificarlo por escrito por lo menos cinco (5) días con antelación a la fecha señalada.  La parte que solicita la suspensión deberá someter tres fechas disponibles para ambas partes para un nuevo señalamiento, dentro de un periodo de veinte (20) días a tres (3) meses a partir del señalamiento de la vista cuya suspensión se solicitó.

El incumplimiento con lo aquí dispuesto conllevará la negativa perentoria a la solicitud de posposición, excepto cuando de la solicitud surja que hayan mediado circunstancias extraordinarias e imprevisibles y fuera del control de las partes o de sus abogados.

Se le apercibe que el incumplimiento con lo ordenado, dentro del término establecido constituirá un allanamiento para la imposición de sanciones económicas y/o procesales, en virtud del Plan de Reorganización Núm. 2 de 2010 y del Reglamento Procesal # 7313 de esta Comisión.

**NOTIFÍQUESE.**

En San Juan, Puerto Rico a 7 de abril de 2017

**MIGUEL A. BARRERA PEREZ**
Oficial Examinador

**CERTIFICO** que hoy,  11  de  abril  de 2017, archivé en los autos de la apelación el original de esta **Minuta y Orden** y que envié copia fiel y exacta de la misma a las Partes, a sus direcciones en récord.

**REYNALDO GONZÁLEZ RODRÍGUEZ**
Secretario

-3-

CÉSAR MARTÍNEZ QUIÑONES
2002-09-0371
MINUTA Y ORDEN

APELADA:
LCDO. LUIS VILLANUEVA NIEVES
DEPARTAMENTO DE JUSTICIA
PO BOX 9020192
SAN JUAN, PR 00902-0192

APELANTE:
CÉSAR  MARTÍNEZ QUIÑONES
PO BOX 270391
SAN JUAN, PR 00927

ABOGADO APELANTE:
LCDA. IRMA ROSARIO MARTÍNEZ
PO BOX 190021
SAN JUAN, PR 00919-0021

GOBIERNO DE PUERTO RICO
COMISIÓN APELATIVA DEL SERVICIO PÚBLICO
PO BOX 41149
SAN JUAN PR 00910-1149



CÉSAR  MARTÍNEZ QUIÑONES
PO BOX 270391
SAN JUAN, PR 00927

**GOBIERNO DE PUERTO RICO**
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
**SAN JUAN, PUERTO RICO**
**www.casp.pr.gov**

| | |
|---|---|
| **CÉSAR MARTÍNEZ QUIÑONES** | |
| **Apelante** | **CASO NÚM. 2002-09-0371** |
| **vs.** | |
| **DEPARTAMENTO DE JUSTICIA** | **RETENCIÓN** |
| **Apelado** | **Materia** |

## ORDEN

**A LAS PARTES DE EPÍGRAFE**:

El Oficial Examinador, Lcdo. Miguel A. Barrera Pérez, tuvo ante su consideración la apelación de epígrafe y acordó:

De conformidad con el Artículo IV, Sección 4.2 del Reglamento Procesal #7313 de la Comisión Apelativa, se señala una **VISTA SOBRE EL ESTADO DE LOS PROCEDIMIENTOS para el viernes, 31 de marzo de 2017, A LAS 9:30 A.M., en las oficinas de la CASP, sita en la Ave. Ponce de León 1409, Edificio CEM, quinto piso, Santurce, Puerto Rico.**

ADEMAS, SEGÚN ORDENES DE 26 de agosto de 2009 Y 14 de septiembre de 2011, LAS PARTES DEBERAN REUNIRSE Y CONFECCIONAR EL INFORME DE CONFERENCIA CON ANTELACION A VISTA, PROCEDIENDO A DETERMINAR AQUELLOS <u>HECHOS QUE PUEDAN ESTIPULAR E IDENTIFICAR CUALQUIER PRUEBA DOCUMENTAL QUE PUEDA SER OBJETO DE ESTIPULACION.</u> <u>El incumplimiento con esta Orden constituirá un allanamiento para la imposición de sanciones.</u>

LAS PARTES RADICARAN EL INFORME Y <u>NOTIFICARAN DE DICHAS ESTIPULACIONES AL FORO, PREVIO A LA CELEBRACION DE LA VISTA SOBRE EL ESTADO DE LOS PROCEDIMIENTOS</u>.

Se les apercibe que la vista no será suspendida, excepto que se solicite por escrito con expresión de las causas que justifican dicha suspensión. **De no poder comparecer a la vista citada, deberán justificarlo y así solicitarlo por escrito por lo menos cinco (5) días con antelación a la fecha señalada.** La parte que solicita la suspensión deberá someter tres fechas disponibles para ambas partes para un nuevo señalamiento. Dichas fechas deberán estar comprendidas dentro del periodo no menor de veinte (20) días ni mayor de tres (3) meses a partir del señalamiento de la vista cuya suspensión se solicitó. El incumplimiento con lo aquí dispuesto conllevará la negativa perentoria a la solicitud de posposición, excepto cuando la solicitud surja que hayan mediado circunstancias extraordinarias e imprevisibles y fuera del control de las partes o de sus abogados.

El Oficial Examinador abrirá sala puntualmente, a la hora señalada para el comienzo de la vista y se consignará en el registro el inicio de los procedimientos. De no estar presente una de las partes, así se señalará expresamente y el Oficial Examinador, podrá esperar por la misma no más de media hora, a su discreción y mediando justa causa para ello, al cabo de la cual se dará continuidad a los procedimientos con aquella parte compareciente.

ORDEN

Se apercibe a las partes de epígrafe que el injustificado incumplimiento con lo aquí ordenado, podrá dar lugar a la desestimación de la reclamación, a declarar ha lugar la misma y a la imposición de sanciones económicas, según lo dispone el Artículo VIII, Sección 8.14 Reglamento Procesal de esta Comisión, el Artículo 16 del Plan de Reorganización Num. 2 de 26 de julio de 2010, o cualquier otro remedio que estime la Comisión necesario. <u>Se les apercibe que la imposibilidad de las partes para celebrar la Conferencia con Antelación a la Vista Pública no será causa justificada para la suspensión de la vista.</u>

Se apercibe a las partes que el incumplimiento de las órdenes emitidas por esta Comisión, la suspensión de vistas debidamente señaladas, y la concesión de prórrogas constituyen circunstancias excepcionales que impiden el cumplimiento del término provisto por la Sección 3.13(g) de la Ley de Procedimiento Administrativo Uniforme, Ley Núm. 170 del 12 de agosto de 1988, según enmendada

**PROHIBICION DE PORTAR ARMAS**

Para la mejor preservación del orden y la seguridad, se prohíbe terminantemente la portación de cualquier tipo de arma durante las vistas ante la Comisión. <u>Esta prohibición aplica a toda persona que comparezca ante este Foro</u>. El incumplimiento de esta directriz dará como resultado la suspensión de la vista, así como la imposición de sanciones económicas, a tenor con lo dispuesto en el Reglamento Procesal de este Foro.

**NOTIFÍQUESE.**

En San Juan, Puerto Rico, a  15 de marzo de 2017.

**MIGUEL A. BARRERA PEREZ**
Oficial Examinador

**CERTIFICO** que hoy,  16  de  Marzo  de 2017, archivé en los autos de la apelación el original de esta **Orden** y que envié copia fiel y exacta de la misma a las Partes, a sus direcciones en récord.

**REYNALDO GONZÁLEZ RODRÍGUEZ**
Secretario

APELADA:
LCDO. LUIS VILLANUEVA NIEVES
DEPARTAMENTO DE JUSTICIA
PO BOX 9020192
SAN JUAN, PR 00902-0192

APELANTE:
CÉSAR  MARTÍNEZ QUIÑONES
PO BOX 270391
SAN JUAN, PR 00927

LCDA. IRMA ROSARIO MARTÍNEZ
PO BOX 190021
SAN JUAN, PR 00919-0021

GOBIERNO DE PUERTO RICO
COMISIÓN APELATIVA DEL SERVICIO PÚBLICO
PO BOX 41149
SAN JUAN, PR 00940



2002-09-0371

CÉSAR  MARTÍNEZ QUIÑONES
PO BOX 270391
SAN JUAN, PR 00927

00928$3391 B104

### Balance por Concepto de Salarios Exclusivamente

| Año | Salario Bruto mensual | | Aumento Salarial | | Salario Total Mensual | | Salario Bruto Anual | |
|---|---|---|---|---|---|---|---|---|
| 2002 | $ | 1,982.00[a] | $ | 100.00[b] | $ | 2,082.00[c] | $ | 14,574.00 |
| 2003 | $ | 2,082.00 | $ | 250.00[d] | $ | 2,332.00 | $ | 27,984.00 |
| 2004 | $ | 2,332.00 | $ | 100.00[e] | $ | 2,432.00 | $ | 29,184.00 |
| 2004 | $ | 2,432.00 | $ | 150.00[f] | $ | 2,582.00 | $ | 30,984.00 |
| 2005 | $ | 2,582.00 | $ | - | $ | 2,582.00 | $ | 30,984.00 |
| 2006 | $ | 2,582.00 | $ | 129.10 (5%)[g] | $ | 2,711.10 | $ | 32,533.20 |
| 2007 | $ | 2,711.00 | $ | - | $ | 2,711.00 | $ | 32,532.00 |
| 2008 | $ | 2,711.00 | $ | - | $ | 2,711.00 | $ | 32,532.00 |
| 2009 | $ | 2,711.00 | $ | - | $ | 2,711.00 | $ | 32,532.00 |
| 2010 | $ | 2,711.00 | $ | - | $ | 2,711.00 | $ | 32,532.00 |
| 2011[h] | $ | 2,711.00 | $ | - | $ | 2,711.00 | $ | 32,532.00 |
| 2012 | $ | 3,503.00 | $ | - | $ | 3,503.00 | $ | 42,036.00 |
| 2013 | $ | 3,503.00 | $ | - | $ | 3,503.00 | $ | 42,036.00 |
| 2014 | $ | 3,503.00 | $ | - | $ | 3,503.00 | $ | 42,036.00 |
| 2015 | $ | 3,503.00 | $ | - | $ | 3,503.00 | $ | 42,036.00 |
| 2016 | $ | 3,503.00 | $ | - | $ | 3,503.00 | $ | 42,036.00 |
| 2017 | $ | 3,503.00 | $ | - | $ | 3,503.00 | $ | 42,036.00 |
| 2018 | $ | 3,503.00 | $ | - | $ | 3,503.00 | $ | 14,012.00 |
| | | | | | Gran Total | $ | 595,131.20 | |

Leyenda

| | |
|---|---|
| a | Salario mensual que devengó hasta la última quincena (16-30) del mes de junio de 2002 |
| b | En la primera quincena (1-15) del mes de julio de 2002 se concedió aumento salarial por la cantidad de $100.00 en virtud de ley (Ley #96 del 1 de julio de 2002) |
| c | La cantidad de $2,082.00 fue el salario que ganaba mensualmente y le fue pagado según talonario de pago hasta la primera quincena (1-15 de agosto de 2002). Con posterioridad fue destituido de su puesto de carrera efectivo el 28 de agosto de 2002. |
| d | Efectivo el 1 de julio de 2003 se concedió aumento salaria de $250.00 dólares por virtud de adelanto al plan de clasificación y retribución de los empleados del Negociado de Investigaciones Especiales. |
| e | Efectivo el 1 de enero de 2004 se concedió aumento salarial de $100.00 por virtud de ley (Ley #164 de 22 de julio de 2003) |
| f | Efectivo 1 de octubre de 2004 se concedió aumento salarial de $150.00 dólares por virtud de ley (Ley #168 del 12 de julio de 2004) |
| g | Efectivo el 1 de julio de 2006 se concede aumento salarial de un 5% del salario que devengaba en ese momento $129.10 por virtud de ley (Ley #184 del 3 de agosto de 2004) |
| h | A partir del año 2011 el plan de clasificación de puestos y la escala de retribución vigente para el servicio de carrera y confianza de los empleados del Negociado de Investigación Especiales se modificó. Como parte de dicha modificación la clase de Auxiliar de Agente de Investigaciones Especiales permaneció inalterada en dicho plan. El número de la escala sufrió cambios de 14 a 4. Hubo cambios en el número asignado a la clase de 3111 a 2111. También cambió la escala de retribución. Vease la siguiente tabla. |

Tabla de asignación de las clases de puestos comprendidas dentro del plan de clasificación adoptado para el servicio de carrera del Negiociado de Investigaciones Especiales a las escalas de sueldo establecidos, vigente al momento de la destitución del empleado que fue el 28 de agosto de 2002.

| Número de Clase | Título de la clase | Esclala de retribución | Número de Escala |
|---|---|---|---|
| 3111 | Auxiliar de Agente Investigaciones Especiales | $1,506.00 - $2,109.00 | 14 |
| 3112 | Agente Investigaciones Especiales I | $1,755.00 - $2,457.00 | 16 |
| 3113 | Agente Investigaciones Especiales II | $1,939.00 - $2,714.00 | 18 |
| 3114 | Agente Investigaciones Especiales III | $2,142.00 - $2,998.00 | 20 |

Tabla sobre las Modificaciones al plan de clasificación de puestos y retribución para el servicio de carrera de los empleados del Negociado de Investigaciones Especiales, efectivo con posterioridad al año 2011.

| Número de Clase | Título de la clase | Esclala de retribución | Número de Escala |
|---|---|---|---|
| 2111 | Auxiliar de Agente de Investigaciones Especiales | $1,416.00 - $3,503.00 | 4 |
| 2112 | Agente Investigaciones Especiales I | $2,665.00 - $3,864.00 | 6 |
| 2113 | Agente Investigaciones Especiales II | $2,849.00 - $4,131.00 | 9 |
| 2114 | Agente Investigaciones Especiales III | $3,052.00 - $4,425.00 | 10 |

Según el plan modificado y como parte de la implantación de las enmiendas se garantizaria a los empleados un ajuste mínimo de salario de $500.00 dolares. ¿Cual sería el cambio en retribución, clase y escala del puesto que ocupa el empleado desde la fecha de efectividad del plan modificado al presente? Determinado lo anterior concluimos que el salario del empleado tendria que ser mayor al del máximo de la escala que le corresponde al puesto que ocupa.

El gran total de balance adeudado en salario previamente mencionado va a aumentar cuando se establezca el monto total de dinero que tiene a derecho el empleado por concepto de licencias de vacaciones y enfermedad acumuladas y no disfrutadas.

Por otro lado, este monto se reduciría al efectuar las deducciones dispuestas por ley tales como: aportaciones a sistema de retiro, el Seguro Social, Medicare, Contribuciones sobre ingreso, etc.

# Comisión Apelativa de Sistema de Administración
## de Recursos Humanos del Servicio Público

## Detalles del Caso

| Núm. Caso | 2002-09-0371 | | Fecha Radicado | 9/27/2002 |
|---|---|---|---|---|
| Nombre | CESAR | Inicial | Apellidos | MARTINEZ QUIÑONEZ |
| Materia | RETENCIÓN | | Agencia | DEPTO DE JUSTICIA |
| SubMateria | | | Identificación | CESAR MARTINEZ QUIÑON |
| Núm. Apelantes Activos | 1 | Total Apelantes 1 | | Por Derecho Propio ☐ |

## Trámite del Caso

**2/7/2008**
MOCION SOLICITANDO RECONSIDERACION, APDA. RADICADA EL 7 DE FEB. DE 2008

**1/24/2008**
Se emite orden Tipo : SANCION OE y CA el Viernes, 25 de Enero de 2008   Referencia

**12/5/2007**
Se emite orden Tipo : TOMAMOS CONOCIMIENTO el Jueves, 06 de Diciembre de 2007
Referencia

**11/8/2007**   *del 6 de nov 07*
CARTA, APTE. RADICADA EL 7 DE NOVIEMBRE 07. *OK solicitando*

**7/17/2007**
Se emite orden Tipo : TOMAMOS CONOCIMIENTO el Miércoles, 18 de Julio de 2007   Referencia

**5/23/2007**
MOCION INFORMATIVA SOBRE VACACIONES DEL ABOGADO DEL ELA, APDA, RADICADA EL 18 DE MAYO 07.

**3/29/2007**
Se emite orden Tipo : SUSPENCION DE VISTA el Viernes, 30 de Marzo de 2007   Referencia

**3/20/2007**
MOCION SOLICITANDO TERMINO ADICIONAL, APDA, RADICADA EL 19 DE MARZO 07.

**3/16/2007**
MOCION DE RECONSIDERACION Y OTROS EXTREMOS, APDA, RADICADA EL 15 DE MARZO 07.

**2/27/2007**
Se emite orden Tipo : MINUTA Y ORDEN el Miércoles, 28 de Febrero de 2007   Referencia

**2/27/2007**
Se cita a Vista Tipo de Vista : VISTA PÚBLICA para el 29/05/2007

**2/6/2007**
MOCION INFORMATIVA, APDA,RADICADA EL 5 DE FEBRERO 07.

**2/5/2007**
Se emite orden Tipo : OTRA-ORD el Jueves, 08 de Febrero de 2007   Referencia

**1/24/2007**
MOCION EN SOLICITUD DE ORDEN, APTE,RADICADA EL 23 DE ENERO DEL 07

**1/17/2007**
Se emite orden Tipo : OTRA-ORD el Miércoles, 24 de Enero de 2007   Referencia

**1/10/2007**
SOLICITUD DE COPIA DE ORDEN DE SEÑALAMIENTO, APTE.RADICADA EL 9 DE ENERO DE 2007

**11/16/2006**
SOLICITUD DE COPIA CERTIFICADA DE SEÑALAMIENTO DE VISTA 26 DE FEBRERO 2007,
APTE,RADICADA EL 15 DE NOVIEMBRE 06.

**11/15/2006**
apte vino personalmente a investigar el señalamiento.

**10/10/2006**
MOCION EN CUMPLIMIENTO DE ORDEN, CHEQUE, APDA, RADICADA EL 9 DE OCTUBRE 06.

**10/10/2006**
NOTIFICACION DE ENVIO DE CONTESTACION A INTERROGATORIO Y PRODUCCION DE
DOCUMENTOS, APDA,RADICADA EL 9 DE OCTUBRE 06.

**9/8/2006**
Se emite orden Tipo : SANCIÓN el Lunes, 11 de Septiembre de 2006   Referencia

**8/24/2006**
MOCION EN SOLICITUD DE RECONSIDERACION , APDA,RADICADA EL 23 DE AGOSTO 06.

**8/7/2006**
ORDEN - SEÑALAMIENTO - Y SE LE ANOTA REBELDIA A LA PARTE APELADA -

**8/4/2006**
Se emite orden Tipo : INCUMPLIMIENTO APELADA el Lunes, 07 de Agosto de 2006   Referencia

**8/4/2006**
Se emite orden Tipo : SEÑALAMIENTO el Lunes, 07 de Agosto de 2006   Referencia

**8/4/2006**
Se cita a Vista Tipo de Vista : VISTA PÚBLICA para el 26/02/2007

**7/19/2006**
MOCION EN SOLICITUD DE ANOTACION DE REBELDIA, APTE,RADICADA EL 18 DE JULIO 06.

**5/18/2006**
CONT -- SATISFACER $100 MEDIANTE ORDEN EL 9-AGO-06 Y $300. PRESENTE ORDEN -
CONTESTAR INTERROGATORIO - EXPEDIENTE PASA PARA LA FIRMA

**5/18/2006**

ORDEN - POR NO TENER JURISDICCIÓN SOBRE EL PRÉSTAMO Y CONOCIMIENTO - SE LE
IMPONE SANCIÓN APELADA DE $300 POR INCUMPLIMIENTO DE ORDENES - SE LE ORDENA
ADEMAS MOSTRAR CAUSA POR LO CUAL NO DEBAMOS ANOTARLE LA REBELDIA 20 DIAS PARA
CONTESTAR - DEBERA ---

12/14/2005 *de CASARH de fechas 14 dic. 2005, notificada a las ptes el 14 dic 05*
ORDEN - SE DEJA SIN EFECTO LA VISTA PUBLICA PARA EL DÍA 12 DE ENERO DE 2006, HASTA
NUEVO AVISO.

8/11/2005 *de la oficial examinadora de CASARH de fecha 5 agosto de 2005,*
*notificada a las ptes el 9 de agosto de 2005,*
ORDEN - 9-AGOSTO - LMT/RC - APDA - SANCIÓN DE $100.00 POR INCUMPLIMIENTO Y 20 DIAS
CUMPLIR. EXP. ARCHIVO SECRETARIA.

8/5/2005
MOCION SOLICITANDO ORDEN, APTE, RADICADA EL 4 DE AGOSTO 05.

5/23/2005
MOCION EN SOLICITUD DE ORDEN, RADICADA EL 19 DE MAYO 05.

4/21/2005 *del 15 abril 05 de la oficial examinadora de CASARH fecha de fecha*
*15 de abril de 2005,*
ORDEN - 19 ABRIL - LMT/LO = PTES - HA LUGAR MOCION SOLIC. DE ORDEN - 20 DIAS
CONTESTE INTERROGATORIO. VP = 12-ENERO-06 - 9:00 - SALA #3. EXP. ARCHIVO
SECRETARIA.

4/13/2005 *del fechada 11 abril 05, en CASARH*
MOCION EN SOLICITUD DE ORDEN, APTE RADICADA EL 11 DE ABRIL 05 *ok*

" 3. Que el termino otorgado por la Honorable comisión
ha transcurrido nuevamente sin que el Departamento
de Justicia nuestra interés de cumplir con las
ordenes de este Honorable Foro, ya que no ha provisto
la información y documentos solicitado.

4. Que entendemos muy respetuosamente
Que este Honorable Comisión [debe]
ordena la reinstalación del gestor
Cesar Martín Quiñones ..."

**FedEx Express® International Air Waybill**

Origin Copy

**1 From**

Date 7/5/18

Sender's FedEx Account Number

Sender's Name Lourdy Brazobi

Phone

Company Prime Clerk - US District Court - PR

Address Federico Degetau Federal Building

Address 150 Carlos Chardon Street

City San Juan

State/Province PR

Country US

ZIP/Postal Code 00918

Email Address

Internal Billing Reference 1645-10 34 Vaikoy Street

**2 To** 28 ☐ Residential Delivery

Recipient's Name

Phone 2122574169

Company PRIME CLERK

Address

Address 850 3RD AVE STE 412 Dept./Floor

City BROOKLYN

State/Province NY

Country US

ZIP/Postal Code 11232

Email Address

Recipient's Tax ID Number for Customs Purposes

**3 Shipment Information**

Total Packages | Total Weight | lbs. kg

Shipper's Load and Count/SLAC

DIM | in. cm

Commodity Description: Legal documents

PRIME CLERK LLC

JUL 09 2018

RECEIVED

Has EEI been filed in AES?
For U.S. Export Only Check One
☐ No EEI required, value $2,500 or less per Sch. B Number, no license required (NLR), not subject to ITAR.
☐ No EEI required, enter exemption number:
☐ Yes - Enter AES proof of filing citation.

Total Declared Value for Carriage

Total Value for Customs (Specify Currency)

FedEx Tracking Number 8124 5651 2430 0402 Form ID No.

**4 Express Package Service**

NOTE: Service order has changed. Please select carefully.

06 ☐ FedEx Intl. First | 01 ☐ FedEx Intl. Priority | 03 ☒ FedEx Intl. Economy

**5 Packaging**

06 ☐ FedEx Envelope | 02 ☒ FedEx Pak | 03 ☐ FedEx Box | 04 ☐ FedEx Tube
15 ☐ FedEx 10kg Box | 25 ☐ FedEx 25kg Box | 01 ☐ Other

**6 Special Handling and Delivery Signature Options** Fees may apply. See the FedEx Service Guide.

01 ☐ HOLD at FedEx Location | 03 ☐ SATURDAY Delivery

10 ☐ Direct Signature | 34 ☐ Indirect Signature

**7 Payment** Complete payment options for both transportation charges and duties and taxes.

Bill transportation charges to:
1 ☐ Sender | 2 ☒ Recipient | 3 ☐ Third Party | 4 ☐ Credit Card | 5 ☐ Cash/Cheque

FedEx Acct. No. 9575-9996-1

Total Transportation

Credit Card Exp. Date

Specify Currency

Bill duties and taxes to:
1 ☐ Sender | 2 ☐ Recipient | 3 ☐ Third Party | 5 ☐ Cash/Cheque

FedEx Acct. No.

**8 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw or Montreal Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.

WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature:

Received above shipment in good order and condition. We agree to pay all charges, including Customs duties and taxes as applicable, and we agree to the Conditions of Carriage as stated on the reverse side of the Recipient's Copy.

Recipient's Signature

662

Origin Station ID | Country Code/Destination Station ID | URSA Routing | Handling Units

Total Volume (cm)

PART 158409 • Rev. Date 9/13 • ©1994–2013 FedEx • PRINTED IN U.S.A. RRDA • Non-Negotiable International Air Waybill