April 9, 2022

To: Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

Court's Clerk's Office
United State District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

Re: This notice is intent to re-participate in the Discovery of Commonwealth Plan.

My name and address is:

Luz M. Adames Guerrero
HC 6 Box 9004
Juana Diaz, PR 00795
SS. XXX-XX-7089

Case Number: 17 BK 03283-LTS
Claim Number: 80764

To Whom It May Concern:

I failed to provide my evidence to my claim, because of health reasons and I would like to reconsider in the discovery plan again. I regret that because of health problems. I did not summit my evidence to supporting my claim. Furthermore I was drawn into the mental state which kept me from doing my everyday chores. (See document attached). After the treatment and with medications I became aware of what really matters in my life.

I recently gathered the documents related to my claim 80764. I hope this information helps my participation of Discovery of Commonwealth Plan.

According to my understanding I am entitled to receive the salary increases that were approved in the following years:

    July 1973 (law 124)

    1979-80 Romerazo Law

    May 1973 to 2001 (Pasos adeudados por años de servicio)

For further information contact me at (787) 800-4466

Thank you for your consideration. Hope your response bring me peace and stability.

Yours truly;

_____
Luz M. Adames