Luz M Adames
HC6 Box 9004
Juana Diaz, PR. 00795




Court's Clerk's Office
United State District
Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

Case Number: 17 BK 03283-LTS
Claim Number: 80764