UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-----------------------------------------------------------------x

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nicholas Vass, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On April 8, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Material Interested Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing Amended List of Material Interested Parties Pursuant to Puerto Rico Recovery Accuracy in Disclosure Act [Docket No. 20458]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: April 12, 2022

*/s/ Nicholas Vass*
Nicholas Vass

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 12, 2022, by Nicholas Vass, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**<u>Exhibit A</u>**

Exhibit A
Material Interested Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| MIP_2 | Adsuar Muñiz Goyco Seda & Pérez-Ochoa, PSC | 208 Ponce de León Avenue | | | San Juan | PR | 00918 | | | First Class Mail |
| MIP_3 | AGRAIT-LLADO LAW FIRM | 381 Ave. Domenech | Hato Rey | | San Juan | PR | 00918 | | | First Class Mail |
| MIP_4 | AIEM ATTORNEYS & COUNSELORS AT LAW, PSC | Cond Torre San Miguel Apt 901 | | | Guaynabo | PR | 00969 | | | First Class Mail |
| MIP_5 | ALCIDES A. REYES GILESTRA | Cond. Vick Center Edif. C Ave. Muñoz Rivera | | | San Juan | PR | 00919 | | | First Class Mail |
| MIP_6 | ALDABERTO ALOMAR ROSARIO | PO Box 363928, Calle Pitirre 502 | Hcdas de Canovanas | | Canovanas | PR | 00729-3928 | | | First Class Mail |
| MIP_10 | ALFONSO H. ZAYAS CINTRON | 1678 Calle Chihuahua | Venus Garden | | San Juan | PR | 00926-4638 | | | First Class Mail |
| MIP_11 | ALLAN AMIR RIVERA | Capital Center Bldg | 239 Arterial Hostos Avenue Suite 401 | | San Juan | PR | 00918-1475 | | | First Class Mail |
| MIP_12 | Almeida & Dávila, P.S.C. | 68 Ave. Ponce de León, Suite 900 | | | San Juan | PR | 00918 | | | First Class Mail |
| MIP_13 | ALVARADO R CALDERON JR LAW OFFICES LLP | Apartado 192259 | | | San Juan | PR | 00919-2259 | | | First Class Mail |
| MIP_14 | Amaliz Vega-de la Vega | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_15 | Amaury Rodriguez-Alvarez | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_20 | American Enterprise Institute | 1789 Massachusetts Avenue, NW | | | Washington | DC | 20036 | | andrew.biggs@aei.org | First Class Mail and Email |
| MIP_21 | American University | 4400 Massachusetts Avenue, NW | | | Washington | DC | 20016 | | awolfe@american.edu | First Class Mail and Email |
| MIP_16 | Ana Zapata | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_17 | ANABEL VAZQUEZ FELICIANO | A-6 Calle Azucena | | | Dorado | PR | 00646 | | | First Class Mail |
| MIP_18 | ANABEL VAZQUEZ LAW FIRM | Road 829, Km 1.5 Bo. Pinas | | | Toa Alta | PR | 00953 | | | First Class Mail |
| MIP_19 | Andres D Colon Lugo | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_23 | Antonio L. Medina | 270 Munoz Rivera Avenue | | | Hato Rey | PR | 00918 | | | First Class Mail |
| MIP_25 | ArentFox Schiff LLP | 1301 Avenue of the Americas | 42nd Floor | | New York | NY | 10019 | | Andrew.Silfen@afslaw.com | First Class Mail and Email |
| MIP_26 | Arnaldo Cruz | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_27 | Arrastia Capote Partners LLC | 100 2nd St, Ste 4505 | | | Miami | FL | 33131 | | | First Class Mail |
| MIP_28 | ARROYO & RIOS LAW OFFICES, P.S.C. | 101 St Patrick Ave | | | Guaynabo | PR | 00968 | | | First Class Mail |
| MIP_30 | Ashenfelter & Ashmore | 32 Nassau Street Princeton | | | Princeton | NJ | 08542 | | | First Class Mail |
| MIP_32 | BAILEY DUQUETTE P.C. | 104 Charlton Street, 1-W | | | New York | NY | 10014 | | | First Class Mail |
| MIP_33 | BARINGS LLC | 340 Madison Avenue, 18th Floor | | | New York | NY | 10173 | | | First Class Mail |
| MIP_34 | BAUZÁ BRAU IRIZARRY & SILVA | Plaza 273, Suite 912, 273 Ponce de León Ave. | | | San Juan | PR | 00918 | | | First Class Mail |
| MIP_35 | BEATRIZ HERNANDEZ TORO LAW | PO Box 192084 | | | San Juan | PR | 00919 | | | First Class Mail |
| MIP_36 | BELLVER ESPINOSA LAW FIRM | 500 Avenida Muñoz Rivera Ste 801 | Cond El Centro I | | San Juan | PR | 00918 | | | First Class Mail |
| MIP_38 | Berkeley Research Group, LLC | 2200 Powell Street, Suite 1200 | | | Emeryville | CA | 94608 | | | First Class Mail |
| MIP_39 | BERMUDEZ, LONGO, DIAZ - MASSO, LLC | Road 845 Km 0.5 Cupey | | | San Juan | PR | 00926 | | | First Class Mail |
| MIP_40 | BERRIOS & LONGO LAW OFFICES | Capital Center Bldg. 293 Arterial Hostos Ave. Suite 900 | | | Hato Rey | PR | 00918 | | | First Class Mail |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 1 of 8

Exhibit A
Material Interested Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| MIP_41 | BERRIOS LONGO | Capital Center Bldg. 293 Arterial Hostos Ave. Suite 900 | | | Hato Rey | PR | 00918 | | | First Class Mail |
| MIP_42 | Bethzaida Lebron Rivera | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_45 | Bluhaus Capital LLC | 252 Avenida Ponce de León, Suite 2000 | | | San Juan | PR | 00918 | | | First Class Mail |
| MIP_46 | BRACEWELL LLP | 31 W. 52nd Street | Suite 1900 | | New York | NY | 10019 | | | First Class Mail |
| MIP_47 | Brown Rudnick LLP | 7 Times Square | | | New York | NY | 10036 | | | First Class Mail |
| MIP_49 | BUFETE CABAN & MORALES | Ave. Nativo Alers (Edificio Plaza Coppelia) | | | Aguda | PR | 00602 | | | First Class Mail |
| MIP_50 | Bufete de Abogados Castro-Perez & Castro-Cintrón | PO Box 227 | | | Yabucoa | PR | 00767 | | | First Class Mail |
| MIP_52 | BUFETE GORDON MENENDEZ & ASSOCIADOS | 623 Ave. Ponce de Leon | | | Hato Rey | PR | 00918 | | | First Class Mail |
| MIP_54 | BUFETE MARCOS A. RIVERA ORTIZ & ASSOCIATES | Ave 65 de Inf. Plaza Escorial Cinema Local 5829 Suite 207 | | | Carolina | PR | 00987 | | | First Class Mail |
| MIP_55 | BUFETE QUINONES VARGAS & ASOC. | PO Box 429 | | | Cabo Rojo | PR | 00623 | | | First Class Mail |
| MIP_56 | BUFETE RIVERA ORTIZ & ASSOCIATES | Edif. Caribbean Cinemas, Ofic. 101 Plaza Escoria | | | San Juan | PR | 00982 | | | First Class Mail |
| MIP_59 | CARDONA-JIMENEZ LAW OFFICE, PSC | Edif Banco Popular Ofic 603 | | | San Juan | PR | 00902 | | | First Class Mail |
| MIP_61 | CARLO LAW LLC | Touchvision Plaza-Penthouse | 1509 Lopez Landron St. | | San Juan | PR | 00911 | | | First Class Mail |
| MIP_62 | Carlos J Micames-Montalvo | 1615 Yamil Galib | Paseo Los Robles | | Mayaguez | PR | 00682 | | | First Class Mail |
| MIP_64 | CARLOS MONRIGUEZ TORRES | PO Box 295 | | | Las Piedras | PR | 00771-0295 | | | First Class Mail |
| MIP_66 | Carlos Robles-Cruz | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_69 | CARNEY LAW FIRM | 10 High St #401 | | | Boston | MA | 02110 | | | First Class Mail |
| MIP_72 | Charles M Briere - Esq. | PO Box 10360 | | | Ponce | PR | 00732-0360 | | | First Class Mail |
| MIP_74 | Christian Francis Martinez | PO Box 267 | | | Caguas | PR | 00726 | | | First Class Mail |
| MIP_75 | Christian G Ramos Segarra | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_76 | Christian R. Gonzalez-Dominguez | Paralegal | US Department of Justice | 500 Tanca Street | San Juan | PR | 00901 | | | First Class Mail |
| MIP_77 | Cigna Investments, Inc. | 900 Cottage Grove Road | A5LGL | | Bloomfield | CT | 06002 | | | First Class Mail |
| MIP_78 | CINTRON & FERRER | 414 Munoz Rivera Avenue Piso 4 | | | San Juan | PR | 00923 | | | First Class Mail |
| MIP_79 | Conway MacKenzie, Inc. | 600 5th Ave #25 | | | New York | NY | 10020 | | | First Class Mail |
| MIP_80 | Cooperativa de Ahorro y Credito Asociacion de Maestros de PR | Ave. Ponce de León 501 | | | Hato Rey | PR | 00918 | | | First Class Mail |
| MIP_81 | Cooperativa de Ahorro y Credito de Cidra | 49 C. Antonio R. Barcelo | | | Cidra | PR | 00739 | | infocoop@cidrenacoop.com | First Class Mail and Email |
| MIP_82 | Cooperativa de Ahorro y Credito Gerenciales AEE | 1200 Ave. Ponce de León | | | San Juan | PR | 00907-3918 | | | First Class Mail |
| MIP_83 | CÓRDOVA & DICK, LLC | #403 C. 12 de Octubre | | | San Juan | PR | 00918 | | | First Class Mail |
| MIP_84 | CORREA ACEVEDO LAW OFFICES, P.S.C. | Centro Internacional de Mercadeo Torre II | 90 Carr. 165 Suite 407 | | Guaynabo | PR | 00968 | | | First Class Mail |
| MIP_87 | CORRETJER, L.L.C. | 625 Ponce de Leon Ave. | | | San Juan | PR | 00917-4819 | | | First Class Mail |
| MIP_88 | Cristina M. Ribas Morera | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_90 | CYNTHIA NAVARRO PAGAN | 779 Calle Sorbona | University Garden | | San Juan | PR | 00927-4023 | | | First Class Mail |

Exhibit A
Material Interested Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| MIP_92 | Daniel Montano Ferreira | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_93 | Daniel Ramirez-Cisneros | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_95 | Dario E Meyer | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_96 | David A. Skeel Jr. | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_97 | David Dachelet | 5440 West Sahara Avenue, Suite 105 | | | Las Vegas | NV | 89146 | | | First Class Mail |
| MIP_98 | DAVID W. ROMÁN, ESQ. | El Caribe Bldg, Suite 1401 | 53 Palmeras St | | San Juan | PR | 00901 | | | First Class Mail |
| MIP_100 | DAVIS POLK & WARDWELL, LLP | 450 Lexington Avenue | | | New York | NY | 10017 | | | First Class Mail |
| MIP_101 | DAY PITNEY LLP | 605 Third Avenue, 31st Floor | | | New York | NY | 10158 | | | First Class Mail |
| MIP_102 | DELGADO & FERNÁNDEZ, LLC | PO Box 11750 | Fernández Juncos Station | Monacillos Ward | San Juan | PR | 00910-1750 | | | First Class Mail |
| MIP_103 | DELGADO-MIRANDA LAW OFFICES | PMB 112, 130 Winston Churchill Ave, Suite 1 | | | San Juan | PR | 00926 | | | First Class Mail |
| MIP_105 | DENTONS US LLP | 1221 Avenue of the Americas | Suite C1 | | New York | NY | 10020-1089 | | | First Class Mail |
| MIP_106 | Despacho Jurídico Ramos Luiña, LLC | PO Box 22763 UPR Station | | | San Juan | PR | 00931 | | | First Class Mail |
| MIP_107 | DevTech Systems, Inc. | 1700 N. Moore Street, Suite 1720 | | | Rosslyn | VA | 22209 | | | First Class Mail |
| MIP_109 | Diaz & Vazquez Law Firm P.S.C. | 290 Jesús T. Piñero Ave. Oriental Tower, Suite 803 | | | San Juan | PR | 00918 | | | First Class Mail |
| MIP_110 | DiCicco, Gulman and Company | 150 Presidential Way, Suite 510 | | | Woburn | MA | 01801 | | | First Class Mail |
| MIP_111 | DORIS D. ORTIZ NAZARIO | Carr 616 Tierras Nuevas | | | Manatí | PR | 00674 | | | First Class Mail |
| MIP_112 | Edilberto Berrios Pérez Esq. | Capital Center Bldg | 293 Arterial Hostos Ave. | Suite 900 | Hato Rey | PR | 00918-1478 | | | First Class Mail |
| MIP_113 | Edwin Berrios-Rojas | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_116 | EL BUFETE DEL PUEBLO | Oficina Legal Héctor Figueroa Esq | 310 San Francisco, Viejo | | San Juan | PR | 00901 | | | First Class Mail |
| MIP_118 | Elias Davila ESQ. | PO Box 84 | | | San Juan | PR | 00902-0084 | | | First Class Mail |
| MIP_119 | ELSA ARIADNE GONZÁLEZ VÉLEZ | Urb. Los Angeles; Anexo Calle Celestial 2252 | | | Carolina | PR | 00979 | | | First Class Mail |
| MIP_121 | Emanuelli Group, LLC | 3540 Av. Santiago de los Caballeros | | | Ponce | PR | 00716 | | | First Class Mail |
| MIP_122 | EMILIO F. SOLER | PO Box 195332 | | | San Juan | PR | 00919 | | | First Class Mail |
| MIP_123 | Emilio Miranda-Ramirez | US Department of Justice | 500 Tanca Street Suite 301 | | San Juan | PR | 00901 | | | First Class Mail |
| MIP_125 | ENRIQUE RODRIGUEZ CINTRON | 452 Ave. Ponce de León, Edif. Asociación de Maestros, Ste. 415 | | | San Juan | PR | 00923 | | | First Class Mail |
| MIP_126 | Enzio Ramirez, Esq. | PO Box 6209 | | | Ponce | PR | 00733 | | | First Class Mail |
| MIP_127 | Epiq eDiscovery Solutions | 777 Third Avenue, 11th and 12th Floors | | | New York | NY | 10017 | | | First Class Mail |
| MIP_128 | ERIC RIVERA LAW FIRM | 601 Fernandez Juncos Avenue (Miramar) | P.O. Box 9024098 | | San Juan | PR | 00902-4098 | | | First Class Mail |
| MIP_131 | FELDESMAN TUCKER LEIFEF FIDELL LLP | 1129 20th Street, NW, Suite 400 | | | Washington | DC | 20036 | | | First Class Mail |
| MIP_133 | Fernandez Perez Law Office | 3109 Ave. Eduardo Ruberte | | | Ponce | PR | 00730 | | | First Class Mail |
| MIP_134 | FERNÁNDEZ, COLLINS, CUYAR & PLÁ | Tanca Street 500 | Building Ochoa | Suite 201 | San Juan | PR | 00901 | | | First Class Mail |
| MIP_135 | Fernando Bruno | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_136 | FERNANDO E. LONGO QUIÑONES, ESQ. | 239 Arterial Hostos Ave, Suite 900 | | | San Juan | PR | 00918 | | | First Class Mail |

Exhibit A
Material Interested Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| MIP_137 | Fernando L. Gallardo | PO Box 193600 | | | San Juan | PR | 00919-3600 | | | First Class Mail |
| MIP_138 | FERRAIUOLI LAW FIRM | 221 Ponce de León Avenue, 5th Floor | | | San Juan | PR | 00917 | | | First Class Mail |
| MIP_140 | FRANCIS & GUEIT'S LAW OFFICES | PO Box 267 | | | Caguas | PR | 00726 | | | First Class Mail |
| MIP_141 | FRANCISCO R. GONZALEZ LAW FIRM | 1519 Ponce de León 805 | | | San Juan | PR | 00909 | | | First Class Mail |
| MIP_304 | Francisco Rosario Perez - Fajardo | PO Box 70005 | | | Fajardo | PR | 00738-7005 | | | First Class Mail |
| MIP_144 | Freddie Perez Gonzalez & Assoc., PSC | PO Box 193729 | | | San Juan | PR | 00919-3729 | | | First Class Mail |
| MIP_145 | FREDESWIN PEREZ CABALLERO | Colgate Palmolive Bldg. | 1st St., Metro Office Park, Lot 8 | 2nd Floor, Suite 204 | San Juan | PR | 00919-5287 | | | First Class Mail |
| MIP_146 | FROST BROWN TODD LLC | Great American Tower 301 East Fourth Street, Suite 3300 | | | Cincinnati | OH | 45202 | | | First Class Mail |
| MIP_147 | FUENTES LAW OFFICES, LLC | PO Box 9022726 | | | San Juan | PR | 00902-2726 | | | First Class Mail |
| MIP_148 | FUERTES & FUERTES LAW OFFICES, CSP | PMB 191 PO Box 19400 | | | San Juan | PR | 00919 | | | First Class Mail |
| MIP_150 | Gabriel E Velez del Toro | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_151 | GANDARILLA & CRUZ JOVE | Carr. 115; Vista Mar Plaza 16 | | | Rincon | PR | 00677 | | | First Class Mail |
| MIP_152 | GARFFER & JUSINO ATTORNEYS AT LAW | 254 Avenida Jesus T. Pinero | | | San Juan | PR | 00929 | | | First Class Mail |
| MIP_153 | GASPAR ALBERTO MARTINEZ MANGUAL | PO Box 7948 | | | Caguas | PR | 00726-7948 | | | First Class Mail |
| MIP_155 | German Ojeda-Bracero | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_156 | GIBSON, DUNN & CRUTCHER LLP | 200 Park Avenue | | | New York | NY | 10166-0193 | | | First Class Mail |
| MIP_157 | Gierbolini & Carroll Law Offices, PSC | PO Box 9022936 | | | San Juan | PR | 00902-2936 | | | First Class Mail |
| MIP_158 | GILBERTO JULIO RODRIGUEZ ZAYAS | 157 Calle 3 | La Rambla | | Ponce | PR | 00731-2221 | | | First Class Mail |
| MIP_159 | Ginorly Maldonado-Rodriguez | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_161 | Godreau & Gonzalez Law | Calle McLeary 1806 Suite 1-B | | | San Juan | PR | 00911 | | | First Class Mail |
| MIP_163 | GONZALEZ BADILLO LAW OFFICES | 1la Bldg, Suite 303, 10 Kennedy Ave | | | San Juan | PR | 00920 | | | First Class Mail |
| MIP_162 | Gonzalez Lopez & Lopez Adames, LLC | 1126 Ashford Ave. Suite C-10. The Diplomat Condominium | | | San Juan | PR | 00907 | | | First Class Mail |
| MIP_165 | Goodwin Procter LLP | The New York Times Building | 620 Eighth Avenue | | New York | NY | 10018 | | | First Class Mail |
| MIP_167 | GRAFFAM & BIAGGI | 420 ponce de Leon Avenue #309 | | | San Juan | PR | 00918 | | | First Class Mail |
| MIP_168 | GRATACOS LAW FIRM, PSC | PO Box 7571 | | | Caguas | PR | 00726 | | | First Class Mail |
| MIP_169 | GUILLERMO MOJICA-MALDONADO | 301 Calle L Romanach | Borinquen Gardens | | San Juan | PR | 00926-5804 | | | First Class Mail |
| MIP_170 | GUIVAS LORENZO LAW OFFICES | Carr 115 Km 24 8 B Asmnte Street Ca | | | Aguada | PR | 00602 | | | First Class Mail |
| MIP_174 | HATILLOW LAW OFFICES, PSC | CALLE 38 BB-21 URB. REXVILLE | | | Bayamon | PR | 00956 | | | First Class Mail |
| MIP_175 | Hector Figueroa, Esq. | 310 Calle San Francisco | | | San Juan | PR | 09014 | | | First Class Mail |
| MIP_176 | HECTOR SANTIAGO RIVERA Y ASOCIADOS | 67 Calle Esteban Padilla | Santa Rosa | | Bayamon | PR | 00959 | | | First Class Mail |
| MIP_177 | HENRY VAQUEZ IRIZARRY LAW OFFICES, PSC | 1018 Ashford Ave | Condado Astor Suite 3-A | | San Juan | PR | 00907 | | | First Class Mail |
| MIP_178 | Henry Vazquez Irizarry, Esq. | 1018 Ashford Ave | Condado Astor Suite 3-A | | San Juan | PR | 00907 | | | First Class Mail |
| MIP_179 | HF LAW PR, PSC | 74 Calle Georgetti | | | San Juan | PR | 00925 | | | First Class Mail |
| MIP_58 | Ileana C. Cardona-Fernandez | 207 Del Parque Street, 3rd Floor | | | San Juan | PR | 00912 | | | First Class Mail |
| MIP_149 | IVAN M. CASTRO ORTIZ | Aldarondo & López-Bras, LLC | ALB Plaza | 16 Las Cumbres Ave. Suite 400 | Guaynabo | PR | 00969 | | | First Class Mail |
| MIP_181 | Ivaniella Lopez-Molina | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |

Exhibit A
Material Interested Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| MIP_183 | Jan Miranda-Giribaldi | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_184 | JE GIL DE LAMADRID PSC | 2420 Roat Dr | | | Orlando | Fl | 32835-7919 | | | First Class Mail |
| MIP_185 | Jesus Fernando Ortiz Agosto | Ave. Escorial 542, Caparra Heights | | | San Juan | PR | 00922 | | | First Class Mail |
| MIP_186 | JIMENEZ GANDARA | JIMENEZ Y GANDARA, INC. | FERNANDEZ JUNCOS 1103 | | SANTURCE | PR | 00908 | | | First Class Mail |
| MIP_188 | JORGE CARLOS VENEGAS | PO Box 361172 | | | San Juan | PR | 00936-1172 | | | First Class Mail |
| MIP_189 | JORGE L COUTO GONZALEZ | 28 Cll Betances | | | Manatí | PR | 00674 | | | First Class Mail |
| MIP_191 | Jose A. Rodriguez-Jimenez, Esq. | B127 Calle Cruz de Malta | Loiza Valley | | Canovanas | PR | 00729 | | | First Class Mail |
| MIP_192 | JOSE A. SANTINI BONILLA, ESQ. | CALLE BETANCES # 106 | | | Aibonito | PR | 00705-0552 | | | First Class Mail |
| MIP_193 | JOSE ANTONIO TULLA LAW OFFICE | 50 Calle Quisqueya | | | San Juan | PR | 00917-1242 | | | First Class Mail |
| MIP_195 | Jose Enrique Fuentes-de Jesus | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_70 | JOSÉ FRANCISCO CARTAYA MORALES | Casillas, Santiago & Torres, LLC | 53 Calle Palmeras STE 1601 | | San Juan | PR | 00901 | | | First Class Mail |
| MIP_196 | JOSE HIDALGO, ESQ. | 1452 COND. ADA LIGIA SUUITE 405 | AVE. ASHFORD | | San Juan | PR | 00907 | | | First Class Mail |
| MIP_197 | José M. Carreras, Esq. | PO Box 9023352 | 254 CALLE SAN JOSE | | San Juan | PR | 00925-3352 | | | First Class Mail |
| MIP_198 | José Marin | 2537 Irving Street | | | San Francisco | CA | 94122 | | | First Class Mail |
| MIP_199 | Jose R Cintron, Esq. | Urb Parkville | N6 Calle Wilson | | Guaynabo | PR | 00969-3916 | | | First Class Mail |
| MIP_200 | JOSE R. FRANCO LAW OFFICE | B-24 Mirador De Borinquen Gardens | | | San Juan | PR | 00926 | | | First Class Mail |
| MIP_201 | JOSE R. GONZALEZ-NOGUERAS | 650 Plaza, Suite 502 | 650 Muñoz Rivera Avenue | | San Juan | PR | 00918 | | | First Class Mail |
| MIP_203 | JUAN A. ALBINO | PO Box 25044 | | | San Juan | PR | 00928-5044 | | | First Class Mail |
| MIP_204 | JUAN ACOSTA REBOYRAS | #151 Tetuan Street | San Jose Corner | | Old San Juan | PR | 00901 | | | First Class Mail |
| MIP_205 | JUAN CORCHADO-JUANBE | Centro Judicial | PO Box 887 | | San Juan | PR | 00919-0887 | | | First Class Mail |
| MIP_206 | Juan Corchado-Juarbe | Centro Judicial | PO Box 887 | | San Juan | PR | 00919-0887 | | | First Class Mail |
| MIP_207 | JUAN JOSE HERNANDEZ LOPEZ DE VICTORIA | PO Box 190233 | | | San Juan | PR | 00919-0233 | | | First Class Mail |
| MIP_208 | Juan M. Cancio Esq. | 201 Avenue Arterial Hostos | Cond Galeria Apartment 1405 | | San Juan | PR | 00918 | | | First Class Mail |
| MIP_209 | JUAN P. RIVERA-ROMAN | PO Box 7498 | | | Ponce | PR | 00732 | | | First Class Mail |
| MIP_210 | Julio Guzman Carcache | US Department of Justice | 500 Tanca Street | | San Juan | PR | 00901 | | | First Class Mail |
| MIP_213 | Karina L. Montalvo Maldonado | US Department of Justice | 500 Tanca Street | | San Juan | PR | 00901 | | | First Class Mail |
| MIP_214 | Kevin A Borja Guzman | Urb. La Merced calle Eddie Gracia 464 | | | San Juan | PR | 00918 | | | First Class Mail |
| MIP_215 | Lauren Klumper-Astor | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_216 | LAW OFFICES BENJAMIN ACOSTA, JR | 331 Calle del Recinto Sur | Ste. 501 | | San Juan | PR | 00901-1985 | | | First Class Mail |
| MIP_217 | LAW OFFICES LUIS RAFAEL RIVERA | # 2 Ponce de Leon Avenue | Commercial Plaza | Suite 816 | San Juan | PR | 00918-1403 | | | First Class Mail |
| MIP_218 | LAW OFFICES OF BENJAMIN ACOSTA JR | 331 Calle del Recinto Sur | Ste. 501 | | San Juan | PR | 00901-1985 | | | First Class Mail |
| MIP_219 | LAW OFFICES OF FRANCISCO R. GONZALEZ | PO Box 191993 | | | San Juan | PR | 00919 | | | First Class Mail |
| MIP_220 | LAW OFFICES OF ROSADO RAMOS | EA-4, Calle Rosa de Tejas, Levittown | | | Toa Baja | PR | 00950 | | | First Class Mail |
| MIP_221 | LCDA GLADYS Y TORRES GARALL | Calle Retiro No. 5 Este | | | Guayama | PR | 00784 | | | First Class Mail |
| MIP_222 | LEIDA PAGAN LAW SERVICES | 170 Ave Cristy | | | Mayaguez | PR | 00680 | | | First Class Mail |
| MIP_224 | LOPEZ TORO LAW OFFICES | 376 Cesar Gonzalez | Roosevelt | | Hato Rey | PR | 00918 | | | First Class Mail |

Exhibit A
Material Interested Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| MIP_226 | LUGO MENDER GROUP, LLC | Centro Internacional de Mercadeo | Carr. 165 Torre 1 Suite 50 | | Guaynabo | PR | 00968 | | | First Class Mail |
| MIP_89 | Luis Cruz Velez | PO Box 427 | | | Hatillo | PR | 00659 | | | First Class Mail |
| MIP_227 | LUIS PABLO COSTAS | #310 | 1205 Ponce De Leon | | Santurce | PR | 00907 | | | First Class Mail |
| MIP_228 | LUIS PABLO; COSTAS ELENA | Costas Vazquez Law Offices P.S.C. | Urb. Santa Maria Calle Orquidea #34 | | San Juan | PR | 00927 | | | First Class Mail |
| MIP_230 | LUZ VANESSA RUIZ TORRES | Urb Ext Roosevelt Calle Cabo H Alverio 529 | | | San Juan | PR | 00918 | | | First Class Mail |
| MIP_232 | MANUEL I. VALLECILLO | Call Box 1952 | | | Humacao | PR | 00792-1952 | | | First Class Mail |
| MIP_234 | Maria de Lourdes Delgado-Morales | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_235 | Maria del Carmen Ortiz Daaboul | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_236 | Maria Elena Margarida | Polo Norte Building | 261 Tetuan Street | | San Juan | PR | 00928 | | | First Class Mail |
| MIP_238 | MARRERO CANDELARIA LAW OFFICES | Calle 7 G 26 | Urb. Versalles | | Bayamon | PR | 00619 | | | First Class Mail |
| MIP_240 | MARVIN DIAZ FERRER LAW OFFICES | Vick Center Cond. Suite C401 | 867 Munoz Rivera Ave. | | San Juan | PR | 00925 | | | First Class Mail |
| MIP_241 | Matthias Rieker | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_242 | MAXIMILIANO TRUJILLO-GONZALEZ | PO Box 9481 | | | Bayamon | PR | 00960 | | | First Class Mail |
| MIP_243 | McKinsey & Company Puerto Rico Consulting, Inc. | Citi Tower 252 Ponce de Leon Avenue Floor 20 | | | San Juan | PR | 00918 | | | First Class Mail |
| MIP_244 | MCLANE MIDDLETON, PROFESSIONAL ASSOCIATION | 45 School Street | 2nd Floor | | Boston | MA | 02108 | | | First Class Mail |
| MIP_245 | Megan Walsh Brown | U.S. Department Of Transportation | 1200 New Jersey Ave Se | | Washington | DC | 20590 | | | First Class Mail |
| MIP_247 | Michael Juarbe-Laffitte | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_249 | Michelle Annet Ramos Jimenez | Capital Center 1 | 239 Arterial Hostos Avenue Suite 401 | | San Juan | PR | 00918 | | | First Class Mail |
| MIP_250 | Miguel Fabre | Carr. Num. 2 Km. 38.3 | PO Box 4158 | | Vega Baja | PR | 00694-4158 | | | First Class Mail |
| MIP_251 | Miguel Juan Ribas-Abislaiman | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_252 | Monsita Lecaroz-Arribas | US Department of Justice | 500 Tanca Street | | San Juan | PR | 00901 | | | First Class Mail |
| MIP_253 | MOORE & VAN ALLEN PLLC | 100 North Tryon Street, Suite 4700 | | | Charlotte | NC | 28202-4003 | | | First Class Mail |
| MIP_254 | MORELL BAUZÁ CARTAGENA & DAPENA, LLC | Ponce de León Ave. 273 Plaza 273, Suite 700 | | | San Juan | PR | 00908 | | | First Class Mail |
| MIP_255 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | 1201 North Market Street, 16th Floor | PO Box 347 | | Wilmington | DE | 19801 | | | First Class Mail |
| MIP_256 | MORRISON & FOERSTER, LLP | 425 Market Street | | | San Francisco | CA | 94105-2482 | | | First Class Mail |
| MIP_257 | Munger, Tolles & Olson LLP | 601 Massachusetts Ave NW Suite 500E | | | Washington | DC | 20001 | | | First Class Mail |
| MIP_258 | NACHMAD & GUILLEMARD, PSC | 1509 Calle Lopez Landron Ste 402 | | | San Juan | PR | 00911-1953 | | | First Class Mail |
| MIP_259 | Nanette Rickenbach | Banco Popular Building Old San Juan | Suite 501 | | San Juan | PR | 00901 | | | First Class Mail |
| MIP_261 | NEVARES, SANCHEZ- ALVAREZ & CANCEL PSC | Urb. Altamesa., 1307 San Alfonso Ave., | | | San Juan | PR | 00921-3622 | | | First Class Mail |
| MIP_262 | NOGUERAS DE GONZALEZ LAW OFFICE | PO Box 361503 | | | San Juan | PR | 00936-1503 | | | First Class Mail |
| MIP_263 | NORTH LAW FIRM | 14241 Metro Parkway, 2nd Floor | | | Fort Myers | FL | 33912 | | | First Class Mail |
| MIP_264 | OCASIO PEREZ LAW OFFICES | 159-S Post | | | Mayaguez | PR | 00680 | | | First Class Mail |

Exhibit A
Material Interested Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| MIP_265 | OFICINA LEGAL LIC. IRIS Y. APONTE ANDINO | The Executive Bldg. | Suite 404 | 623 Ponce de Leon Ave. | San Juan | PR | 00917 | | | First Class Mail |
| MIP_266 | OM Foundation Limited | H-367, Naraina Vihar | | | Delhi | | 110028 | India | | First Class Mail |
| MIP_267 | Omar Alberto Vega-Albino | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_268 | PABLO LUGO LAW OFFICE | PO Box 8051 | | | Humacao | PR | 00791 | | | First Class Mail |
| MIP_272 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | 1285 Avenue of the Americas | | | New York | NY | 10019 | | | First Class Mail |
| MIP_273 | PEDRO R. VAZQUEZ, III PSC | 405 Esmeralda Ave, St. 2 | | | Guaynabo | PR | 00969-4457 | | | First Class Mail |
| MIP_274 | PEREZ CABALLERO LAW OFFICES | Colgate Palmolive Bldg. | 1st St., Metro Office Park, Lot 8 | 2nd Floor, Suite 204 | San Juan | PR | 00919-5287 | | | First Class Mail |
| MIP_275 | PEREZ GUTIERREZ LAW OFFICE | 9140 Marina Street | | | Ponce | PR | 00716 | | | First Class Mail |
| MIP_276 | PEREZ RIVERA LAW OFFICES | 26 Calle Gándara | | | Corozal | PR | 00783 | | | First Class Mail |
| MIP_277 | PEREZ–KUDZMA LAW OFFICE, P.C. | 35 Main Street | Suite 1 | | Wayland | MA | 01778 | | | First Class Mail |
| MIP_279 | PFM Group Consulting LLC | 1735 Market St FL 43 | | | Philadelphia | PA | 19103-7502 | | | First Class Mail |
| MIP_280 | PJA LAW OFFICES | 67 Iolaire Road | NEW MILL | | London | | HD7 9AU | United Kingdom | | First Class Mail |
| MIP_281 | PJT Partners LP | 280 Park Avenue | | | New York | NY | 10017 | | | First Class Mail |
| MIP_282 | POLO & POLO, LLC | Banco Cooperativo Plaza | Suite 705-A 623 Ponce de Leon Ave. | | San Juan | PR | 00917 | | | First Class Mail |
| MIP_211 | PR Fiscal and Supervisory Board member | DCI GROUP AZ, LLC | 2000 K Street NW, 9th Floor | DCI GROUP AZ, LLC | Washington | DC | 20006 | | | First Class Mail |
| MIP_284 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | 51 Madison Avenue, 22nd Floor | | | New York | NY | 10010 | | | First Class Mail |
| MIP_285 | RAFAEL A OJEDA DIEZ | PO Box 9023392 | | | San Juan | PR | 00902-3392 | | | First Class Mail |
| MIP_286 | RAFAEL H. MARCHAND RODRIGUEZ | Banco Cooperativo Plaza | | | Hato Rey | PR | 00918 | | | First Class Mail |
| MIP_287 | RAFAEL OJEDA-DIEZ | PO Box 9023392 | | | San Juan | PR | 00902-3392 | | | First Class Mail |
| MIP_290 | RC LAW OFFICE, PSC | Valle Verde III - Norte, DC-1 Calle Montes | | | Bayamon | PR | 00961 | | | First Class Mail |
| MIP_291 | RGF Law Firm | #1647 Adams St | Summit Hills | | San Juan | PR | 00920 | | | First Class Mail |
| MIP_292 | RGMG LAW | 500 Hostos Ave. | | | San Juan | PR | 00936-6252 | | | First Class Mail |
| MIP_293 | RICARDO ENRIQUE CARRILLO | Calle Del Parque 403, 6th Floor | | | Santurce | PR | 00909 | | | First Class Mail |
| MIP_296 | Richard Schell Asad | Troncoso & Schell | PO Box 9023352 | | San Juan | PR | 00902-3352 | | | First Class Mail |
| MIP_297 | RIVERA COLON, RIVERA TORRES & RIOS BERLY | Ave. Fernandez Juncos 1502 | | | San Juan | PR | 00909 | | | First Class Mail |
| MIP_298 | RIVERA VAZQUEZ LAW OFFICES | 1422 Ave. Americo Miranda, Urb. Caparra Terrace | | | San Juan | PR | 00923 | | | First Class Mail |
| MIP_299 | Roberto Lopez-Ramos | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_300 | Roberto Maldonado Nievas | 344 CALLE 7 NE Y ROOSEVELT | | | San Juan | PR | 00920-2405 | | | First Class Mail |
| MIP_301 | RODRIGUEZ LOPEZ LAW OFFICE, P.S.C. | AVE LAS AMERICAS 2192 | | | Ponce | PR | 00732 | | | First Class Mail |
| MIP_303 | ROPES & GRAY LLP | 1211 6th Ave | | | New York | NY | 10036 | | | First Class Mail |
| MIP_305 | Rosario Pacheco Fontan | PO Box 745 | | | San Juan | PR | 00902-0745 | | | First Class Mail |
| MIP_306 | ROSENDO E. MIRANDA LOPEZ | First Bank Building | Ponce De Leon 1519 Avenue | Suites 713-715 | San Juan | PR | 00919-2096 | | | First Class Mail |
| MIP_307 | Rothschild & Co US Inc. | 1251 Avenue of the Americas | 33rd Floor | | New York | NY | 10020 | | | First Class Mail |
| MIP_309 | SAGARDÍA LAW OFFICES | Aldebaran 594 Altamira | | | San Juan | PR | 00917-1815 | | | First Class Mail |
| MIP_310 | SALVADOR MARQUEZ COLON | 48 S Ave. Tito Castro | | | Ponce | PR | 00716-0209 | | | First Class Mail |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Exhibit A
Material Interested Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| MIP_311 | SÁNCHEZ/LRV LLC | 270 Muñoz Rivera Ave. | Suite 1110 | | San Juan | PR | 00918 | | | First Class Mail |
| MIP_312 | SANTIAGO-PERELES, RINALDI & COLLAZO, PSC | 203 La Rambla Tower | 606 Ave Tito Castro | | Ponce | PR | 00716 | | | First Class Mail |
| MIP_313 | Segal Consulting | 333 West 34th Street | | | New York | NY | 10001-2402 | | | First Class Mail |
| MIP_314 | SIMPSON THACHER & BARTLETT LLP | 425 Lexington Avenue | | | New York | NY | 10017 | | | First Class Mail |
| MIP_316 | SUNCOOL AIR CONDITIONING, CORP | 2252 Calle Celestial | | | Carolina | PR | 00979 | | | First Class Mail |
| MIP_317 | THE LAW OFFICES OF EDWARD W. HILL | Hato Rey Tower | | | San Juan | PR | 00918 | | | First Class Mail |
| MIP_139 | Torres Diaz, Francisco Javier | Parque del Monte, Agueybana St. CC-2 | | | Caguas | PR | 00725-7714 | | | First Class Mail |
| MIP_318 | TREBILCOCK & ROVIRA, LLC | Ochoa Building, Suite 201 | 500 Tanca Street | | San Juan | PR | 00901 | | | First Class Mail |
| MIP_320 | TRONCOSO SCHELL & BOBONIS | 254 Calle San Jose Piso 3 | | | San Juan | PR | 00902 | | | First Class Mail |
| MIP_321 | Valerie Maldonado-Rivera | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_322 | VELEZ & VARGAS LAW SERVICES, PSC | CARRETERA 111 KM 14.6 | | | San Sebastian | PR | 00685 | | | First Class Mail |
| MIP_323 | VELEZ MONTES LAW OFFICES | 83 Munoz Rivera | | | Santa Isabel | PR | 00757-2628 | | | First Class Mail |
| MIP_324 | VERONICA FERRAIUOLI HORNEDO | 255 Recinto Sur Street | Suite 2 | | San Juan | PR | 00902 | | | First Class Mail |
| MIP_325 | Veronica Rolon Nieves | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_326 | Vialro Law Offices | 416 Ponce De Leon | Union Plaza Bldg. | Suite 1505 | San Juan | PR | 00918 | | | First Class Mail |
| MIP_327 | Victor M. Rivera-Rios | 2 Madrid St | Cond Palma Real Apt 14-J | | San Juan | PR | 00907 | | | First Class Mail |
| MIP_328 | VILMA M. DAPENA LAW OFFICES | 101 CALLE ESTEBAN PADILLA | | | Bayamon | PR | 00959-6727 | | | First Class Mail |
| MIP_329 | VIÑAS LAW OFFICE, LLC | 623 Ponce de León Ave, Suite 1202B | | | San Juan | PR | 00917-4831 | | | First Class Mail |
| MIP_331 | VINCENTE & CUEBAS | PO Box 11609 | | | San Juan | PR | 00910-1609 | | | First Class Mail |
| MIP_333 | WHITE & CASE LLP | 1221 Avenue of the Americas | | | New York | NY | 10020-1095 | | | First Class Mail |
| MIP_334 | William Mendes | Calle Antontio R | Barcelo # 34 | | Cidra | PR | 00739-3444 | | | First Class Mail |
| MIP_336 | WILSON CRUZ RAMIREZ | Calle Munoz Rivera #25 Bajos Suite 1-C | | | Cabo Rojo | PR | 00623 | | | First Class Mail |
| MIP_337 | Yamir Hickey-Morales | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_338 | Yanira Cruz-Rodriguez | Financial Oversight and Management Board | 268 Ave Munoz Rivera Ste 1107 | | San Juan | PR | 00918-1920 | | | First Class Mail |
| MIP_340 | Zolfo Cooper, LLC | Alix Partners | 909 Third Avenue | | New York | NY | 10022 | | | First Class Mail |