**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Moheen Ahmad, declare under penalty of perjury that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"),[2] the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On April 7, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**; and (2) on April 8, 2022, via email on the Notice Parties Email Service List attached hereto as **Exhibit B**:

- Notice of (A) Entry of Order Confirming Modified Eighth Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al. Pursuant to Title III of PROMESA and (B) Occurrence of the Effective Date [Docket No. 20349]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: April 12, 2022

*/s/ Moheen Ahmad*
Moheen Ahmad

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 12, 2022, by Moheen Ahmad, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

2

## **Exhibit A**

Exhibit A
Notice Party Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| PC_054 | ACOSTA SEPÚLVEDA, RAFAEL | Address on File | | | | | |
| PC_092 | ACOSTA VEGA, ELIZABETH | Address on File | | | | | |
| PC_150 | ADIL M. ROSA RIVERA | Address on File | | | | | |
| PC_182 | AFANADOR DE JESÚS, CLARIBEL | Address on File | | | | | |
| PC_079 | ANAIDA RODRÍGUEZ ROMÁN | Address on File | | | | | |
| PC_155 | ANGEL A. GONZALEZ SILVA | Address on File | | | | | |
| PC_148 | ANGEL A. RÍOS VELEZ | Address on File | | | | | |
| PC_040 | ANGEL M. MENENDEZ MORALES | Address on File | | | | | |
| PC_209 | ANGEL ROMAN VAZQUEZ | Address on File | | | | | |
| PC_194 | ANTHONY FELICIANO MARTINEZ | Address on File | | | | | |
| PC_108 | ANTONGIORGI RAMOS, JAUDICE N. | Address on File | | | | | |
| PC_093 | APONTE RIVERA, AIDA I. | Address on File | | | | | |
| PC_019 | ARROYO BELEN, REY OMAR | Address on File | | | | | |
| PC_145 | AYRA L. CRUZ VALENTIN | Address on File | | | | | |
| PC_105 | BELTRÁN MIRANDA, WANDA | Address on File | | | | | |
| PC_199 | BERNANDO RIVERA PADILLA, ET AL. | LCDO. ENRIQUE M. ALMEIDA BERNAL | PO BOX 191757 | | SAN JUAN | PR | 00919-1757 |
| PC_072 | BERRIOS FEBO, ESTEBAN; ADAN SOTO BENIQUEZ; JAVIER SERRANO GOYCO | Address on File | | | | | |
| PC_111 | BERRIOS FEBO, ESTEBAN; ADAN SOTO BENIQUEZ; JAVIER SERRANO GOYCO | Address on File | | | | | |
| PC_094 | BURGOS ALLENDE, MINERVA | Address on File | | | | | |
| PC_086 | CABALLERO GONZÁLEZ, HÉCTOR E. | Address on File | | | | | |
| PC_046 | CABASCANGO VINUEZA ANA LUCIA | Address on File | | | | | |
| PC_228 | CARLOS ORTIZ DIAZ | Address on File | | | | | |
| PC_151 | CARMEN L. RODRIGUEZ MARTINEZ | Address on File | | | | | |
| PC_143 | CARMEN M. CORREA VILLEGAS | Address on File | | | | | |
| PC_197 | CARMEN M. PAGAN ORTIZ, ET AL. | PO BOX 191059 | | | SAN JUAN | PR | 00919 |
| PC_160 | CÁTALA LUGO, RAFAEL A. | Address on File | | | | | |
| PC_248 | COLO ORTIZ, AGNES | Address on File | | | | | |
| PC_211 | CORPORACIÓN MARCARIBE INVESTMENT | JOSE PEREZ RAMIREZ | PO BOX 363526 | | SAN JUAN | PR | 00936-3526 |
| PC_172 | CRISTOBAL RIVERA AYALA, SERVIDORES PUBLICOS UNIDOS (AFSCME) | LUIS A. MADERA ECHEVARRÍA | PO BOX 13695, | | SAN JUAN | PR | 00908-3695 |
| PC_110 | CRUZ RIVERA, ALEXIS | Address on File | | | | | |
| PC_087 | CRUZ RIVERA, ALEXIS Y | Address on File | | | | | |
| PC_114 | DALIA G. ROSADO AYALA | Address on File | | | | | |
| PC_134 | DAURA L. SUAREZ ORTIZ | Address on File | | | | | |
| PC_060 | DELGADO RIVERA, CARMEN E. | Address on File | | | | | |
| PC_156 | DENISE M. MARQUEZ MOLINA | Address on File | | | | | |
| PC_050 | DEPARTAMENTO DE EDUCACIÓN IE05-64-30 | SENTENCIADO ES SRA. VANESSA SANTIAGO QUINONES; EDIFICIO C#30 | PARQUE SAN AGUSTÍN | | SAN JUAN | PR | 00901 |
| PC_077 | DEPARTAMENTO DE LA FAMILIA | PO BOX 13695 | | | SAN JUAN | PR | 00908-3695 |
| PC_101 | DEPTO. DE LA FAMLIA | UNIÓN SERVIDORES PÚBLICOS UNIDOS PR PMB 133 | 1353 AVE. LUIS VIGOREAUX | | GUAYNABO | PR | 00960-2700 |
| PC_088 | DÍAZ RIVERA, ÁNGEL R. Y | Address on File | | | | | |
| PC_140 | DORKA RODRÍGUEZ SANTIAGO | Address on File | | | | | |
| PC_075 | DPTO. FAMILIA | YARLENE JIMÉNEZ ROSARIO | UNIÓN SERVIDORES PÚBLICOS UNIDOS PR PMB 133 | 1353 AVE. LUIS VIGOREAUX | GUAYNABO | PR | 00960-2700 |
| PC_198 | EDUCATIONAL TECHNICAL COLLEGE, INC. | LCDA. CARMEN D. CONDE TORRES | 254 SAN JOSE STREET 5TH FLOOR | | SAN JUAN | PR | 00901-1523 |
| PC_117 | EDWIN LOZADA VELEZ | Address on File | | | | | |
| PC_192 | EDWIN LOZADA VELEZ | Address on File | | | | | |
| PC_178 | EFRAIN LOPEZ BULTRON | Address on File | | | | | |
| PC_203 | EL CAÑO RESORT INC | Lcdo. Luis A. Rivera Cabrera y Lcdo. Mario J. García Incera | Rivera Cabrera & Asoc  LLC | PMB 850  PO Box 5000 | Camuy | PR | 00627 |
| PC_042 | EL PUEBLO DE PUERTO RICO | COND. ALEXIS PARK | AVE. LAGUNA SUR APT. 601 | | CAROLINA | PR | 00979 |
| PC_236 | ELA | Alberto Jaramillo: PO Box1673 | | | San Sebastian | PR | 00685 |
| PC_237 | ELA | Jaime Gutierrez: 8647 Foley DR | | | Orlando | FL | 32825 |
| PC_120 | ELIKA SANCHEZ MALDONADO | Address on File | | | | | |
| PC_186 | ELSIE D. ORTIZ TORRES | Address on File | | | | | |
| PC_138 | ENRIQUE SOTO CHEVRESTTS | Address on File | | | | | |
| PC_123 | ERIKA DIAZ CASTILLO | Address on File | | | | | |
| PC_168 | ESTEBAN BERRÍOS FEBO | Address on File | | | | | |
| PC_241 | FELICITA TORRES RIVERA | Address on File | | | | | |
| PC_201 | FELIX RIVERA REYES, ET AL | Address on File | | | | | |
| PC_082 | FIGUEROA ZENO, SAMMY | Address on File | | | | | |
| PC_100 | FRANK LEBRON MARITNEZ | Address on File | | | | | |
| PC_163 | GARCÍA TORRES, BÁRBARA | Address on File | | | | | |
| PC_052 | GEORGINA BENITEZ PAULO | Address on File | | | | | |

In re:  The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 1 of 4

Exhibit A
Notice Party Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| PC_207 | GERMAN CABASSA RAMIREZ | Address on File | | | | | |
| PC_180 | GISELLE FLORES ALVAREZ | Address on File | | | | | |
| PC_161 | GÓMEZ VÉLEZ, ROBERTO L. | Address on File | | | | | |
| PC_032 | GONZALEZ CARRANZA HECTOR | Address on File | | | | | |
| PC_183 | GONZÁLEZ RODRÍGUEZ, MARILUZ | Address on File | | | | | |
| PC_158 | GOYTÍA GARAY, DANIEL | Address on File | | | | | |
| PC_185 | GRESELIC SUAREZ PADILLA | Address on File | | | | | |
| PC_080 | GRESELIC SUÁREZ PADILLA | Address on File | | | | | |
| PC_118 | IBIS N. SUAREZ DELGADO | Address on File | | | | | |
| PC_139 | IRIS Z. MEDINA GONZÁLEZ | Address on File | | | | | |
| PC_126 | IRVING O. CARDONA SANTIAGO | Address on File | | | | | |
| PC_132 | ISRAEL CAMILO MARTINEZ | Address on File | | | | | |
| PC_170 | JACKELINE MATOS CASTRO | Address on File | | | | | |
| PC_081 | JARVIS RIVERA, GLORIA E. | Address on File | | | | | |
| PC_181 | JAUDICIE ANTONGIORGI RAMOS | Address on File | | | | | |
| PC_133 | JEAN C. MORALES CRUZ | Address on File | | | | | |
| PC_195 | JOHNNY HERNANDEZ RUIZ | Address on File | | | | | |
| PC_167 | JORGE L. NIEVES FREYTES | Address on File | | | | | |
| PC_157 | JOSE A. LLANOS MARCANO | Address on File | | | | | |
| PC_021 | JOSE L. NEVAREZ MALDONADO | Address on File | | | | | |
| PC_049 | JOSÉ M CRUZAD | Address on File | | | | | |
| PC_049 | JOSÉ M CRUZAD | Address on File | | | | | |
| PC_175 | JUAN C. SANTIAGO GOITIA | Address on File | | | | | |
| PC_034 | JUAN IRIZARRY RODRIGUEZ | Address on File | | | | | |
| PC_177 | JUAN M. QUIÑONES FUENTES | Address on File | | | | | |
| PC_218 | LAMELA CHAVES, ALFREDO G., EX PARTE | Address on File | | | | | |
| PC_142 | LISANDRA VALENTÍN VILLEGAS | Address on File | | | | | |
| PC_071 | LÓPEZ CABRERA, ELIZABETH, REP POR PROSOL-UTIER | MARÍA SUAREZ SANTOS | PO BOX 9063 | | SAN JUAN | PR | 00908 |
| PC_200 | LUGO MENDEZ | Address on File | | | | | |
| PC_196 | LUGO SOMOLINOS, CARMEN T. | Address on File | | | | | |
| PC_119 | LUIS A. PABON | Address on File | | | | | |
| PC_191 | LUIS A. PARIS ELBA | Address on File | | | | | |
| PC_022 | LUIS A. RIVERA CRESPO | Address on File | | | | | |
| PC_031 | LUIS M. LARA QUIÑONES | Address on File | | | | | |
| PC_141 | LUIS O. APONTE URBINA | Address on File | | | | | |
| PC_003 | LUIS O. CORDERO RIVERA | Address on File | | | | | |
| PC_115 | LUISA RIVERA ALBINO | Address on File | | | | | |
| PC_193 | MAIRIS G. CORDEROJACA | Address on File | | | | | |
| PC_069 | MALDONADO SOTO, MARLENE | Address on File | | | | | |
| PC_023 | MALDONADO VIANA, MYRA | Address on File | | | | | |
| PC_078 | MANUEL A. AGOSTO NAVARRO | Address on File | | | | | |
| PC_188 | MARÍA A. CORTÉS CRUZ | Address on File | | | | | |
| PC_044 | MARIA AVELINA GARCÍA ESCUDERO | Address on File | | | | | |
| PC_173 | MARIA DE LOS A. SANTIAGO SANTIAGO | Address on File | | | | | |
| PC_174 | MARIA DE LOS A. SANTIAGO SANTIAGO | Address on File | | | | | |
| PC_190 | MARIA DEL C. REYES NIEVES | Address on File | | | | | |
| PC_153 | MARIA DEL L. OSORIO OTERO | Address on File | | | | | |
| PC_137 | MARÍA NIEVES FLORES | Address on File | | | | | |
| PC_152 | MARIA RIVERA AYALA | Address on File | | | | | |
| PC_202 | MARILYN NAVARRO COLÓN | Address on File | | | | | |
| PC_169 | MARISEL MALDONADO IRIZARRY | Address on File | | | | | |
| PC_066 | MARTI LÓPEZ DAHIANA | Address on File | | | | | |
| PC_076 | MARTÍNEZ EBRA, JORGE | Address on File | | | | | |
| PC_095 | MARTÍNEZ ROMÁN, NIDTZA I. | Address on File | | | | | |
| PC_038 | MELANI CURRA, PABLO Y DIANA VELEZ MARTINEZ | Address on File | | | | | |
| PC_059 | MÉNDEZ NIEVES, JOHN | Address on File | | | | | |
| PC_159 | MERCADO MONTALVO, MELYNNE | Address on File | | | | | |
| PC_184 | MERCEDES DEL C. ORTIZ VEGA | Address on File | | | | | |
| PC_131 | MIGUEL DIAZ SEIJO | Address on File | | | | | |
| PC_113 | MILDRED MARTINEZ GONZALEZ | Address on File | | | | | |
| PC_136 | MILITZA RODRÍGUEZ GARCED | Address on File | | | | | |
| PC_053 | MIRANDA CUEVAS, ENRIQUE | Address on File | | | | | |

Exhibit A
Notice Party Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| PC_045 | MIRIAM C. BLANCO RODRIGUEZ | Address on File | | | | | |
| PC_146 | MIRIAM LÓPEZ COTTO | Address on File | | | | | |
| PC_227 | MODESTO CRISOPTIMO CUADRADO | Address on File | | | | | |
| PC_103 | MONTALBÁN COLÓN, LEONARDO | Address on File | | | | | |
| PC_104 | MORALES ALVERIO, FÉLIX | Address on File | | | | | |
| PC_164 | MORALES AROCHO,, YEIDA Y GLENDA I. SOTO DÍAZ | Address on File | | | | | |
| PC_107 | MORALES CARABALLO, JOMARYS | Address on File | | | | | |
| PC_096 | MORALES MORA, LUZ I. | Address on File | | | | | |
| PC_073 | MYRNA CAMBRELEN ROBLES | Address on File | | | | | |
| PC_074 | MYRNA CAMBRELEN ROBLES | Address on File | | | | | |
| PC_176 | NANCY TORRES ROSARIO | Address on File | | | | | |
| PC_149 | NELLY R. LOPEZ MARQUEZ | Address on File | | | | | |
| PC_189 | NORMA RAMOS CUEBAS | Address on File | | | | | |
| PC_187 | OLGA M. RAMOS SANTANA | Address on File | | | | | |
| PC_128 | OMAR CAMPOS PEREZ | Address on File | | | | | |
| PC_129 | OMAR CAMPOS PEREZ | Address on File | | | | | |
| PC_097 | O'NEILL FIGUEROA, DÉBORAH | Address on File | | | | | |
| PC_083 | ORTIZ RIVERA, WILMA I. | Address on File | | | | | |
| PC_098 | ORTIZ SÁNCHEZ, FABIÁN | Address on File | | | | | |
| PC_033 | ORTIZ TORRES DAVID | Address on File | | | | | |
| PC_061 | ORTIZ TORRES, ELSIE D. | Address on File | | | | | |
| PC_246 | PEÑA LUGERA, JUAN CARLOS | Address on File | | | | | |
| PC_247 | PEÑA LUGERA, JUAN CARLOS | Address on File | | | | | |
| PC_165 | PÉREZ NIEVES, LUZ A. | Address on File | | | | | |
| PC_084 | PIÑERO TORRES, ELSIE M. | Address on File | | | | | |
| PC_235 | PRINCIPAL LIFE INSURANCE | Lcdo. Alfredo Ramirez- O'Neill & Borges: | Ave. Muñoz Rivera 250 | | SAN JUAN | PR | 00918-1813 |
| PC_068 | QUIÑONES UFRET, KAREN M. | Address on File | | | | | |
| PC_051 | RAMON A CACHO PÉREZ | Address on File | | | | | |
| PC_051 | RAMON A CACHO PÉREZ | Address on File | | | | | |
| PC_112 | RAMONITA RIOS DIAZ | Address on File | | | | | |
| PC_166 | RAMOS AYALA, JESÚS M. | Address on File | | | | | |
| PC_124 | REBECCA LOPEZ ORTIZ | Address on File | | | | | |
| PC_041 | RICARDO GUZMÁN RODRIGUEZ | Address on File | | | | | |
| PC_109 | RIVERA ALBINO, LUISA L. | Address on File | | | | | |
| PC_179 | RIVERA ALBINO, LUISA L. | Address on File | | | | | |
| PC_067 | RIVERA ALGARÍN, BRENDA | Address on File | | | | | |
| PC_102 | RIVERA PADUA, CAMIL | Address on File | | | | | |
| PC_091 | RIVERA SANTIAGO, RAMON E., REP POR SINDICATO DE BOMBEROS UNIDOS DE PR | Address on File | | | | | |
| PC_205 | RJDC DEVELOPMENT, LLC | Lcdo. Ismael Pérez Nieves | PO Box 534 | | Isabela | PR | 00662-0534 |
| PC_055 | RODRÍGUEZ CONCEPCIÓN, MARIBEL | Address on File | | | | | |
| PC_057 | RODRÍGUEZ QUIÑONES, ELSA | Address on File | | | | | |
| PC_070 | ROSA BÁEZ, ÁNGEL | Address on File | | | | | |
| PC_242 | ROSA LYDIA VÉLEZ Y OTROS | Address on File | | | | | |
| PC_090 | ROSADO VEGA, IRIS J. | Address on File | | | | | |
| PC_064 | SALAS ALBINO, LUIS Y | Address on File | | | | | |
| PC_056 | SÁNCHEZ CARRASQUILLO, DÉBORA | Address on File | | | | | |
| PC_121 | SILVIA ROSADO SERRANO | Address on File | | | | | |
| PC_025 | SONIA RUIZ BRUNO | Address on File | | | | | |
| PC_130 | SOTO MORALES, KEISHLA F. | Address on File | | | | | |
| PC_162 | SOTO, ALEXANDER | Address on File | | | | | |
| PC_048 | SUCESIÓN FRANCISCO ÁLVAREZ VARGAS | Address on File | | | | | |
| PC_047 | SUCESIÓN FRANCISCO RAMOS VÁZQUEZ Y OTROS | Address on File | | | | | |
| PC_147 | SUGEIL AQUINO LOPEZ | Address on File | | | | | |
| PC_125 | TAMARA MENDEZ MORALES | Address on File | | | | | |
| PC_029 | TEDDY SANTOS MORA | Address on File | | | | | |
| PC_058 | TORRES OLIVERA, RIALDY | Address on File | | | | | |
| PC_099 | VÁZQUEZ BONILLA, DIANA I. | Address on File | | | | | |
| PC_085 | VÁZQUEZ MOJICA, MARÍA I. | Address on File | | | | | |
| PC_063 | VELÁZQUEZ ROMÁN, DANIEL | Address on File | | | | | |
| PC_065 | VÉLEZ ARROYO, LUIS | Address on File | | | | | |
| PC_135 | VENUS M. ROSSO SUAREZ | Address on File | | | | | |
| PC_116 | VENUS ROSSO SUAREZ | Address on File | | | | | |

Exhibit A
Notice Party Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| PC_206 | VICENTE GARCIA | Address on File | | | | | |
| PC_171 | VICTOR N. VELEZ TORO | Address on File | | | | | |
| PC_089 | VIDAL PÉREZ, YESSICA Y | Address on File | | | | | |
| PC_043 | WPR LA CERAMICA LP, S.E. | LCDA. MARÍA T. FIGUEROA COLON 252 AVE. PONCE DE LEÓN | CITIBANK TOWER | PISO 12 | SAN JUAN | PR | 00918 |
| PC_122 | ZULAY RODRIGUEZ VELEZ | Address on File | | | | | |
| PC_154 | ZULEY M. HUGUEST ORTIZ | Address on File | | | | | |

## **Exhibit B**

## Exhibit B
Notice Parties Email Service List
Served via email

| MMLID | NAME | Email |
|---|---|---|
| PC_054 | ACOSTA SEPÚLVEDA, RAFAEL | Email Address on File |
| PC_092 | ACOSTA VEGA, ELIZABETH | Email Address on File |
| PC_150 | ADIL M. ROSA RIVERA | Email Address on File |
| PC_182 | AFANADOR DE JESÚS, CLARIBEL | Email Address on File |
| PC_079 | ANAIDA RODRÍGUEZ ROMÁN | Email Address on File |
| PC_148 | ANGEL A. RÍOS VELEZ | Email Address on File |
| PC_040 | ANGEL M. MENENDEZ MORALES | Email Address on File |
| PC_209 | ANGEL ROMAN VAZQUEZ | Email Address on File |
| PC_194 | ANTHONY FELICIANO MARTINEZ | Email Address on File |
| PC_108 | ANTONGIORGI RAMOS, JAUDICE N. | Email Address on File |
| PC_093 | APONTE RIVERA, AIDA I. | Email Address on File |
| PC_105 | BELTRÁN MIRANDA, WANDA | Email Address on File |
| PC_199 | BERNANDO RIVERA PADILLA, ET AL. | Email Address on File |
| PC_072 | BERRÍOS FEBO, ESTEBAN; ADÁN SOTO BENÍQUEZ; JAVIER SERRANO GOYCO | Email Address on File |
| PC_111 | BERRÍOS FEBO, ESTEBAN; ADÁN SOTO BENÍQUEZ; JAVIER SERRANO GOYCO | Email Address on File |
| PC_094 | BURGOS ALLENDE, MINERVA | Email Address on File |
| PC_086 | CABALLERO GONZÁLEZ, HÉCTOR E. | Email Address on File |
| PC_046 | CABASCANGO VINUEZA ANA LUCIA | Email Address on File |
| PC_228 | CARLOS ORTIZ DIAZ | Email Address on File |
| PC_151 | CARMEN L. RODRIGUEZ MARTINEZ | Email Address on File |
| PC_143 | CARMEN M. CORREA VILLEGAS | Email Address on File |
| PC_197 | CARMEN M. PAGAN ORTIZ, ET AL. | Email Address on File |
| PC_160 | CÁTALA LUGO, RAFAEL A. | Email Address on File |
| PC_248 | COLO ORTIZ, AGNES | Email Address on File |
| PC_211 | CORPORACIÓN MARCARIBE INVESTMENT | lcdo.perezramirez@gmail.com |
| PC_172 | CRISTOBAL RIVERA AYALA, SERVIDORES PUBLICOS UNIDOS (AFSCME) | LMADERA@SPUPR.COM |
| PC_110 | CRUZ RIVERA, ALEXIS | Email Address on File |
| PC_087 | CRUZ RIVERA, ALEXIS Y | Email Address on File |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 1 of 7

## Exhibit B
Notice Parties Email Service List
Served via email

| MMLID | NAME | Email |
|---|---|---|
| PC_114 | DALIA G. ROSADO AYALA | Email Address on File |
| PC_134 | DAURA L. SUAREZ ORTIZ | Email Address on File |
| PC_060 | DELGADO RIVERA, CARMEN E. | Email Address on File |
| PC_156 | DENISE M. MARQUEZ MOLINA | Email Address on File |
| PC_077 | DEPARTAMENTO DE LA FAMILIA | LMADERA@SPUPR.COM |
| PC_212 | DEPARTAMENTO DE LA FAMILIA | KATYA.SOTO@FAMILIA.PR.GOV |
| PC_213 | DEPARTAMENTO DE LA FAMILIA | c.guzmantejada@familia.pr.gov |
| PC_101 | DEPTO. DE LA FAMLIA | yarlene@hotmail.com; lmadera@spupr.com |
| PC_088 | DÍAZ RIVERA, ÁNGEL R. Y | Email Address on File |
| PC_140 | DORKA RODRÍGUEZ SANTIAGO | Email Address on File |
| PC_075 | DPTO. FAMILIA | YARLENE@HOTMAIL.COM |
| PC_198 | EDUCATIONAL TECHNICAL COLLEGE, INC. | notices@condelaw.com |
| PC_117 | EDWIN LOZADA VELEZ | Email Address on File |
| PC_192 | EDWIN LOZADA VELEZ | Email Address on File |
| PC_178 | EFRAIN LOPEZ BULTRON | Email Address on File |
| PC_203 | EL CAÑO RESORT INC | larclaw@larclaw.com; mgarinc@hotmail.com |
| PC_120 | ELIKA SANCHEZ MALDONADO | Email Address on File |
| PC_186 | ELSIE D. ORTIZ TORRES | Email Address on File |
| PC_138 | ENRIQUE SOTO CHEVRESTTS | Email Address on File |
| PC_123 | ERIKA DIAZ CASTILLO | Email Address on File |
| PC_168 | ESTEBAN BERRÍOS FEBO | Email Address on File |
| PC_241 | FELICITA TORRES RIVERA | Email Address on File |
| PC_201 | FELIX RIVERA REYES, ET AL | Email Address on File |
| PC_082 | FIGUEROA ZENO, SAMMY | Email Address on File |
| PC_100 | FRANK LEBRON MARITNEZ | Email Address on File |
| PC_207 | GERMAN CABASSA RAMIREZ | Email Address on File |
| PC_180 | GISELLE FLORES ALVAREZ | Email Address on File |
| PC_161 | GÓMEZ VÉLEZ, ROBERTO L. | Email Address on File |

## Exhibit B

Notice Parties Email Service List

Served via email

| MMLID | NAME | Email |
|---|---|---|
| PC_032 | GONZALEZ CARRANZA HECTOR | Email Address on File |
| PC_183 | GONZÁLEZ RODRÍGUEZ, MARILUZ | Email Address on File |
| PC_158 | GOYTÍA GARAY, DANIEL | Email Address on File |
| PC_185 | GRESELIC SUAREZ PADILLA | Email Address on File |
| PC_080 | GRESELIC SUÁREZ PADILLA | Email Address on File |
| PC_118 | IBIS N. SUAREZ DELGADO | Email Address on File |
| PC_139 | IRIS Z. MEDINA GONZÁLEZ | Email Address on File |
| PC_126 | IRVING O. CARDONA SANTIAGO | Email Address on File |
| PC_132 | ISRAEL CAMILO MARTINEZ | Email Address on File |
| PC_170 | JACKELINE MATOS CASTRO | Email Address on File |
| PC_081 | JARVIS RIVERA, GLORIA E. | Email Address on File |
| PC_181 | JAUDICIE ANTONGIORGI RAMOS | Email Address on File |
| PC_133 | JEAN C. MORALES CRUZ | Email Address on File |
| PC_195 | JOHNNY HERNANDEZ RUIZ | Email Address on File |
| PC_167 | JORGE L. NIEVES FREYTES | Email Address on File |
| PC_157 | JOSE A. LLANOS MARCANO | Email Address on File |
| PC_021 | JOSE L. NEVAREZ MALDONADO | Email Address on File |
| PC_049 | JOSÉ M CRUZAD | Email Address on File |
| PC_175 | JUAN C. SANTIAGO GOITIA | Email Address on File |
| PC_177 | JUAN M. QUIÑONES FUENTES | Email Address on File |
| PC_218 | LAMELA CHAVES, ALFREDO G., EX PARTE | Email Address on File |
| PC_142 | LISANDRA VALENTÍN VILLEGAS | Email Address on File |
| PC_071 | LÓPEZ CABRERA, ELIZABETH, REP POR PROSOL-UTIER | Email Address on File |
| PC_200 | LUGO MENDEZ | Email Address on File |
| PC_196 | LUGO SOMOLINOS, CARMEN T. | Email Address on File |
| PC_119 | LUIS A. PABON | Email Address on File |
| PC_191 | LUIS A. PARIS ELBA | Email Address on File |
| PC_022 | LUIS A. RIVERA CRESPO | Email Address on File |

Exhibit B

Notice Parties Email Service List

Served via email

| MMLID | NAME | Email |
|---|---|---|
| PC_031 | LUIS M. LARA QUIÑONES | Email Address on File |
| PC_141 | LUIS O. APONTE URBINA | Email Address on File |
| PC_003 | LUIS O. CORDERO RIVERA | Email Address on File |
| PC_115 | LUISA RIVERA ALBINO | Email Address on File |
| PC_193 | MAIRIS G. CORDEROJACA | Email Address on File |
| PC_069 | MALDONADO SOTO, MARLENE | Email Address on File |
| PC_023 | MALDONADO VIANA, MYRA | Email Address on File |
| PC_078 | MANUEL A. AGOSTO NAVARRO | Email Address on File |
| PC_044 | MARIA AVELINA GARCÍA ESCUDERO | Email Address on File |
| PC_173 | MARIA DE LOS A. SANTIAGO SANTIAGO | Email Address on File |
| PC_174 | MARIA DE LOS A. SANTIAGO SANTIAGO | Email Address on File |
| PC_190 | MARIA DEL C. REYES NIEVES | Email Address on File |
| PC_137 | MARÍA NIEVES FLORES | Email Address on File |
| PC_152 | MARIA RIVERA AYALA | Email Address on File |
| PC_202 | MARILYN NAVARRO COLÓN | Email Address on File |
| PC_169 | MARISEL MALDONADO IRIZARRY | Email Address on File |
| PC_066 | MARTI LÓPEZ DAHIANA | Email Address on File |
| PC_076 | MARTÍNEZ EBRA, JORGE | Email Address on File |
| PC_095 | MARTÍNEZ ROMÁN, NIDTZA I. | Email Address on File |
| PC_038 | MELANI CURRA, PABLO Y DIANA VELEZ MARTINEZ | Email Address on File |
| PC_059 | MÉNDEZ NIEVES, JOHN | Email Address on File |
| PC_159 | MERCADO MONTALVO, MELYNNE | Email Address on File |
| PC_184 | MERCEDES DEL C. ORTIZ VEGA | Email Address on File |
| PC_131 | MIGUEL DIAZ SEIJO | Email Address on File |
| PC_113 | MILDRED MARTINEZ GONZALEZ | Email Address on File |
| PC_136 | MILITZA RODRÍGUEZ GARCED | Email Address on File |
| PC_053 | MIRANDA CUEVAS, ENRIQUE | Email Address on File |
| PC_045 | MIRIAM C. BLANCO RODRIGUEZ | Email Address on File |

Exhibit B

Notice Parties Email Service List

Served via email

| MMLID | NAME | Email |
|---|---|---|
| PC_146 | MIRIAM LÓPEZ COTTO | Email Address on File |
| PC_103 | MONTALBÁN COLÓN, LEONARDO | Email Address on File |
| PC_107 | MORALES CARABALLO, JOMARYS | Email Address on File |
| PC_073 | MYRNA CAMBRELEN ROBLES | Email Address on File |
| PC_074 | MYRNA CAMBRELEN ROBLES | Email Address on File |
| PC_176 | NANCY TORRES ROSARIO | Email Address on File |
| PC_149 | NELLY R. LOPEZ MARQUEZ | Email Address on File |
| PC_189 | NORMA RAMOS CUEBAS | Email Address on File |
| PC_187 | OLGA M. RAMOS SANTANA | Email Address on File |
| PC_128 | OMAR CAMPOS PEREZ | Email Address on File |
| PC_129 | OMAR CAMPOS PEREZ | Email Address on File |
| PC_097 | O'NEILL FIGUEROA, DÉBORAH | Email Address on File |
| PC_083 | ORTIZ RIVERA, WILMA I. | Email Address on File |
| PC_098 | ORTIZ SÁNCHEZ, FABIÁN | Email Address on File |
| PC_033 | ORTIZ TORRES DAVID | Email Address on File |
| PC_061 | ORTIZ TORRES, ELSIE D. | Email Address on File |
| PC_165 | PÉREZ NIEVES, LUZ A. | Email Address on File |
| PC_084 | PIÑERO TORRES, ELSIE M. | Email Address on File |
| PC_235 | PRINCIPAL LIFE INSURANCE | alfredo.ramirez@oneillborges.com |
| PC_068 | QUIÑONES UFRET, KAREN M. | Email Address on File |
| PC_051 | RAMON A CACHO PÉREZ | Email Address on File |
| PC_112 | RAMONITA RIOS DIAZ | Email Address on File |
| PC_166 | RAMOS AYALA, JESÚS M. | Email Address on File |
| PC_124 | REBECCA LOPEZ ORTIZ | Email Address on File |
| PC_041 | RICARDO GUZMÁN RODRIGUEZ | Email Address on File |
| PC_109 | RIVERA ALBINO, LUISA L. | Email Address on File |
| PC_179 | RIVERA ALBINO, LUISA L. | Email Address on File |
| PC_067 | RIVERA ALGARÍN, BRENDA | Email Address on File |

Exhibit B

Notice Parties Email Service List

Served via email

| MMLID | NAME | Email |
|---|---|---|
| PC_091 | RIVERA SANTIAGO, RAMÓN E., REP POR SINDICATO DE BOMBEROS UNIDOS DE PR | Email Address on File |
| PC_205 | RJDC DEVELOPMENT, LLC | perezcorderolaw@gmail.com |
| PC_055 | RODRÍGUEZ CONCEPCIÓN, MARIBEL | Email Address on File |
| PC_057 | RODRÍGUEZ QUIÑONES, ELSA | Email Address on File |
| PC_070 | ROSA BÁEZ, ÁNGEL | Email Address on File |
| PC_242 | ROSA LYDIA VÉLEZ Y OTROS | Email Address on File |
| PC_090 | ROSADO VEGA, IRIS J. | Email Address on File |
| PC_064 | SALAS ALBINO, LUIS Y | Email Address on File |
| PC_056 | SÁNCHEZ CARRASQUILLO, DÉBORA | Email Address on File |
| PC_062 | SANTIAGO RIVERA, IDELMARI | Email Address on File |
| PC_121 | SILVIA ROSADO SERRANO | Email Address on File |
| PC_025 | SONIA RUIZ BRUNO | Email Address on File |
| PC_130 | SOTO MORALES, KEISHLA F. | Email Address on File |
| PC_162 | SOTO, ALEXANDER | Email Address on File |
| PC_047 | SUCESIÓN FRANCISCO RAMOS VÁZQUEZ Y OTROS | Email Address on File |
| PC_147 | SUGEIL AQUINO LOPEZ | Email Address on File |
| PC_125 | TAMARA MENDEZ MORALES | Email Address on File |
| PC_029 | TEDDY SANTOS MORA | Email Address on File |
| PC_058 | TORRES OLIVERA, RIALDY | Email Address on File |
| PC_099 | VÁZQUEZ BONILLA, DIANA I. | Email Address on File |
| PC_085 | VÁZQUEZ MOJICA, MARÍA I. | Email Address on File |
| PC_063 | VELÁZQUEZ ROMÁN, DANIEL | Email Address on File |
| PC_065 | VÉLEZ ARROYO, LUIS | Email Address on File |
| PC_135 | VENUS M. ROSSO SUAREZ | Email Address on File |
| PC_116 | VENUS ROSSO SUAREZ | Email Address on File |
| PC_089 | VIDAL PÉREZ, YESSICA Y | Email Address on File |
| PC_043 | WPR LA CERAMICA LP, S.E. | Email Address on File |
| PC_122 | ZULAY RODRIGUEZ VELEZ | Email Address on File |

## Exhibit B
### Notice Parties Email Service List
Served via email

| MMLID | NAME | Email |
|---|---|---|
| PC_154 | ZULEY M. HUGUEST ORTIZ | Email Address on File |
| PC_144 | ZULEY M. HUGUEST ORTÍZ | Email Address on File |