**Tribunal Distrito de los Estados Unidos**
**Hon. Laura Taylor Swein, Juez Distrito de P.R.**
**150 Calle Carlos Chadow, Edificio Federal**
**San Juan, Puerto Rico 00918-1767**

Ref. No.: 17BK 8283 LTS

Hon. Juez Taylor:

Por derecho propio solicito pagos ocasionados por daños ocasionados por ex alcalde Aníbal Pagan, en Lares, PR.

Someto documentos requeridos, en mi reclamación suministrados por el Tribunal Superior de Utuado, PR. Contra el ex alcalde de Lares, Puerto Rico, Aníbal Pagan en 1989 del archivo Central Número de caso LAC 1989-06-47-0647, Resolución. Lcdo. Víctor Vélez y Lcdo. Nelson Soto, perjudicándome, Víctor O. Henson Bousquets, contra mi persona caso de extorción y soborno.

Reclamación de US $4.5 millones que les solicito por daños y perjuicios por los pasados 33 años.

Víctor O. Henson Bousquets
PO Box 78 San Sebastián, PR 00685
Tel. Res.: 1-787-609-6720
Tel. Cel.: 1-939-685-4070

US $1,500,000.00 es el dinero invertido en el desarrollo del Proyecto de Const. De 250 solares para viviendas de interés social del Departamento de Vivienda en la extensión de la Comunidad La Matilde en Lares, PR.

*[Firma: Víctor O. Henson Bousquets]*

Nota: Tengo que esperar que el Tribunal Gral. de Justicia Me conteste.