Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
Oficina de Administración de los Tribunales

## SOLICITUD DE SERVICIOS DE DOCUMENTOS

**PARA USO DEL TRIBUNAL GENERAL DE JUSTICIA Y SUS DEPENDENCIAS**

- [x] Tribunal de Primera Instancia Sala Superior de **Utuado**
- [ ] Sala Municipal de _____
- [ ] Tribunal Supremo  [ ] Tribunal de Apelaciones  [ ] OAT
- [ ] Personal  [ ] Por correo  [ ] Digitalizada
- [ ] Por fax  [ ] Por teléfono  [ ] Por correo electrónico

Núm. solicitud del Tribunal: **N-66-2022**
Núm. solicitud Archivo Central: _____
Fecha (día/mes/año): **12 abril 22**

1. Nombre del (de la) Solicitante: **Victor O. Henson Busquets**
2. Dirección: **PO Box 78 San Sebastián**
   Código Postal: **00681**
3. Teléfono*: **(787) 609-6720**
4. Correo electrónico: **939-865-4070**

5. Servicio que solicita:
   - [ ] Copia Certificada  [ ] Copia Simple  [ ] Examinar Expediente
   - [ ] Copia Certificada con envío al Negociado de Traducciones
   - [ ] Otro (indique): _____
6. Número de copias solicitadas: _____
7. Si es para uso oficial de una Agencia Gubernamental, indique el nombre de la Agencia: _____

**REFERENCIAS DEL CASO**

8. Dependencia:
   - [ ] Tribunal Supremo
   - [ ] Tribunal de Apelaciones
   - [x] Tribunal Primera Instancia
     - [ ] Sala Superior  [ ] Sala Municipal
   - [ ] Sub-Sección Distrito
   - [ ] OAT
   - [ ] Otro: _____
   (Indique) **Utuado** Sala

9. Asunto:
   - [x] Civil
   - [ ] Relaciones de Familia
   - [ ] Expropiaciones
   - [ ] Criminal
   - [ ] Tránsito
   - [ ] Otros: _____

10. Número de Casos: **LAC 1988-1037**

11. Partes del Caso o Casos:
    **Victor O. Henson** Demandante
    v.
    **Municipio Juez** Demandado(a)

12. Documentos que interesa:
    - [ ] Sentencia
    - [x] Resolución
    - [ ] Denuncia
    - [x] Otros: **Petición**

13. Firma del (de la) Solicitante: *(signed) V.O. Henson B.*

**PARA USO EXCLUSIVO DEL ARCHIVO**

14. Documentos bajo custodia del:
    - [ ] Archivo Activo  [ ] Archivo Inactivo
    - [x] Archivo Central

15. Solicitud atendida por: **Nilsa Jordán Ofic. Auclar**

16. Fecha: **12 abril 22** (día/mes/año)

17. Localización: _____
18. Microfilmado o Digitalizado: [ ] Sí [ ] No  Rollo Núm. _____
19. OBSERVACIONES:

**DEVOLUCIÓN**

20. Para poder tramitar su solicitud necesitamos que nos envíe lo siguiente:
    - [ ] Nombre completo del (de la) demandante
    - [ ] Nombre completo del (de la) demandado(a)
    - [ ] Otro: _____
    - [ ] Tribunal donde se vio el caso
    - [ ] Número del caso
    - [ ] Año
    - [ ] Sellos de Rentas Internas por: _____ (Ver desglose)

Devuelva este formulario con la información solicitada. De no recibir ésta dentro de los próximos 15 días, procederemos a archivar su solicitud y deberá radicar una nueva.

Nombre del (de la) Funcionario(a) Autorizado(a) | Firma del (de la) Funcionario(a) Autorizado(a) | Fecha (día/mes/año)

21. ARANCELES: Presentados ___ Cancelados ___ Fijados ___ Devueltos ___
22. Solicitud terminada por: _____
23. Solicitud archivada por: _____
24. Fecha: _____ (día/mes/año)

25. Autorización del (de la) Supervisor(a): [ ] Autorizada [ ] Denegada
26. Nombre del (de la) Supervisor(a) | 27. Firma del (de la) Supervisor(a)

*Si la llamada es de larga distancia, la Secretaría del Tribunal o el Área de Administración de Documentos podrían realizar la misma con cargos revertidos.

OAT 85 Solicitud de Servicios de Documentos
(Rev. Octubre 2021)

Página 1 de 2