Víctor O. Henson Bousquets
PO Box 78
San Sebastián, PR 00685




U.S. POSTAGE PAID
FCM LG ENV
SAN SEBASTIAN, PR
00685
APR 12, 22
AMOUNT
$1.36
R2304E105809-04

Tribunal Distrito de los Estados Unidos
Hon. Laura Taylor Swein, Juez Distrito de P.R.
150 Calle Carlos Chadow, Edificio Federal
San Juan, Puerto Rico 00918-1767