## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## <u>CERTIFICATE OF SERVICE</u>

     I, Moheen Ahmad, declare under penalty of perjury that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

     On April 11, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Notice Parties Service List attached hereto as **<u>Exhibit A</u>**:

- Notice of (A) Entry of Order Confirming Modified Eighth Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al. Pursuant to Title III of PROMESA and (B) Occurrence of the Effective Date [Docket No. 20349]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: April 15, 2022

*/s/ Moheen Ahmad*
Moheen Ahmad

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 15, 2022, by Moheen Ahmad, proved to me
on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 60783

## Exhibit A

Exhibit A

Notice Party Service List

Served as seth forth below

| MMLID | NAME | Address | Email | Method of Service |
|---|---|---|---|---|
| 512671 | Eliezer Santana Baez Y Otros | Address on File | | First Class Mail |
| 285958 | LUNA DE JESUS , MIGUEL A | Address on File | Email Address on File | First Class Mail and Email |
| 1437194 | Luna De Jesus, Miguel A | Address on File | Email Address on File | First Class Mail and Email |
| 2119027 | Rosado Sanchez, Waldemar | Address on File | | First Class Mail |
| 151420 | SANTANA BAEZ, ELIEZER | Address on File | | First Class Mail |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)