EXHIBIT 1

**From:** prd_docketing@prd.uscourts.gov,
**To:** prd_docketing@prd.uscourts.gov,
**Subject:** Activity in Case 3:17-cv-01770-WGY Washington-Del Valle, et al v. Rivera-Schatz, et al Order on Motion for Joinder
**Date:** Mon, Apr 11, 2022 10:54 am

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Puerto Rico

## Notice of Electronic Filing

The following transaction was entered on 4/11/2022 at 10:54 AM AST and filed on 4/7/2022
**Case Name:** Washington-Del Valle, et al v. Rivera-Schatz, et al
**Case Number:** 3:17-cv-01770-WGY
**Filer:**
**Document Number:** 276(No document attached)

**Docket Text:**
**Minute Order. Proceedings held before Judge William G. Young: Status Conference held (by video) on 4/7/2022. The Court enters an order granting [269] Motion for Joinder. Case is stayed for 60 days pending status of order by Judge Swain. (Court Reporter Richard Romanow (bulldog@richromanow.com).)Hearing set for 02:30.Hearing held at 02:30.Hearing ended at 03:00. (jg)**

**3:17-cv-01770-WGY Notice has been electronically mailed to:**

Eliezer Aldarondo-Ortiz     alb@alblegal.net, alblegal.alb@gmail.com, ealdarondo@alblegal.net, eao.alblegal@gmail.com

Israel Roldan-Gonzalez     roldangonzalezpr@yahoo.com, irg@roldanlawpr.com

Claudio Aliff-Ortiz     califf@alblegal.net, alb@alblegal.net, alblegal400@gmail.com, wgonzalez@alblegal.net

David A Carrion-Baralt (Terminated)     davidcarrionb@aol.com, david@carrionconsulting.com

David R. Rodriguez-Burns     drblawpr@gmail.com, david_rodriguezburns@yahoo.com

Ivan M. Castro-Ortiz     alb@alblegal.net, icastro@alblegal.net, ico.alblegal@gmail.com, mhdezalb@gmail.com

Jorge Martinez-Luciano     jorge@mlrelaw.com, secre@mlrelaw.com

Victor Calderon-Cestero     victor@calderon-law.com, victorcalderoncestero@yahoo.com

Victor D. Candelario-Vega     vcandelario@qalawpr.com, vcandelario@vcvlaw.com

4/11/22, 2:35 PM                          Activity in Case 3:17-cv-01770-WGY Washington-De Valle, et al. v. Rivera-Schatz, et al. Order on Motion for Joinder

Case:17-03283-LTS Doc#:20576-1 Filed:04/20/22 Entered:04/20/22 12:09:02 Desc
Exhibit 1 Order Page 2 of 2

Sheila J. Torres-Delgado     storres@alblegal.net, lrodriguez@alblegal.net, storres.law@gmail.com

Jose A. Cabiya-Morales     jcabiya@alblegal.net, jacm1@hotmail.com

Idza Diaz-Rivera     diazrivera74@gmail.com, diazrivera.esq@gmail.com, idiaz@justicia.pr.gov, marperez@justicia.pr.gov, martorres@justicia.pr.gov

Wandymar Burgos-Vargas     wburgos@justicia.gobierno.pr, marperez@justicia.pr.gov, martorres@justicia.pr.gov, notificacionesdivisionfederal@gmail.com, wburgos0421@gmail.com, wbvfed2021@gmail.com

Emil J. Rodriguez-Escudero     emil@mlrelaw.com, secre@mlrelaw.com

Eliezer Alberto Aldarondo-Lopez     eliezer.aldarondo@alblegal.net, alblegal.alb@gmail.com, eliezer.aldarondo@gmail.com, vlopez.alb@gmail.com

Amexis J. Bonilla-Nieves     amexis@gmail.com, ajbnlaw@gmail.com

Joseph G. Feldstein-Del Valle     jfeldstein@feldsteinlegal.com, lcdo.feldstein@gmail.com

Isis A. Roldan-Marquez     irm@roldanlawpr.com

Joel Torres-Ortiz     joeltorres@justicia.pr.gov, marperez@justicia.pr.gov, martorres@justicia.pr.gov

Juan C. Ramirez-Ortiz     juramirez@justicia.pr.gov, jcramirezjusticia@gmail.com, martorres@justicia.pr.gov, spenagaricano@justicia.pr.gov

**3:17-cv-01770-WGY Notice has been delivered by other means to:**

Jane Doe