**EXHIBIT 3**

**From:** spenagaricano@justicia.pr.gov,
**To:** davidcarrionb@aol.com,
**Cc:** juramirez@justicia.pr.gov, idiaz@justicia.pr.gov, wburgos@justicia.pr.gov,
**Subject:** Course of action FW: Lift of Stay Notice Giara Washington Del Valle 17-1770(WYG)/Damaris García Perales 18-1081(WGY)
**Date:** Wed, Mar 3, 2021 5:05 pm
**Attachments:** Lift of Stay Notice Washington del Valle and Garcia Perales.pdf (892K), Exh 1 List of Plaintiffs Washington del Valle.pdf (134K), Exh 2 List of Plaintiffs García Perales.pdf (107K), Exh 3 Washington Minute Order re 13 14.pdf (1140K), Exh 4 Washington Order denying MSJ.pdf (61K), Exh 5 Garcia Perales Order Denying MSJ.pdf (39K),

Esteemed counsel:

As per the protocol set by the court's order, after having the opportunity to evaluate movant's allegations and the information provided by the Commonwealth's legal representatives, the Commonwealth has determined, in coordination with AAFAF legal representatives, that the best course of action in this case is to decline the request to modify stay because of the complexity of the action and the substantial expenses and costs associated with litigating the same (translation of documents, interpreters, copies, etc.); any pretrial proceedings and a trial would require the expenditure of Debtor resources.

Please confirm receipt of the electronic mail.

Cordially,

s/SIPB

**Susana I. Peñagarícano Brown**
Secretaria Auxiliar
Secretaría Auxiliar de lo Civil
Estado Libre Asociado de Puerto Rico
Departamento de Justicia
spenagaricano@justicia.pr.gov
787-721-2900 Ext 1404

Calle Teniente César González #677
Esq. Ave. Jesús T. Piñero
San Juan, PR 00919

P.O. Box 9020192
San Juan, P.R. 00902-0192



AVISO DE CONFIDENCIALIDAD: Esta comunicación de correo electrónico y cualquier documento adjunto contiene información que le pertenece al remitente, la cual podría ser confidencial y privilegiada bajo la ley aplicable. Esta información está dirigida al uso exclusivo del individuo o la entidad a la cual se le remitió este correo electrónico, según arriba indicado. Si usted no es el destinatario intencional, se le notifica por la presente que cualquier divulgación, reproducción, distribución, u otra acción tomada al tenor del contenido de la información comprendida en esta difusión, está estrictamente prohibida. Si usted ha recibido por error esta difusión, favor comunicarse con el remitente y elimine este mensaje. Gracias por su cooperación.

NOTICE OF CONFIDENTIALITY: This email communication and any attached document contains information that belongs to the sender, which could be confidential and privileged under the applicable law. This information is directed to the exclusive use of the individual or entity to which this email was sent, as indicated above. If you are not the intended recipient, you are hereby notified that any disclosure, reproduction, distribution, or other action taken in accordance with the content of the information included in this broadcast, is strictly prohibited. If you have received this broadcast by mistake, please contact the sender and delete this message. Thanks for your cooperation.

**From:** David Carrión Baralt <davidcarrionb@aol.com>
**Sent:** Friday, February 19, 2021 10:08 AM
**To:** Wandymar Burgos Vargas <wburgos@justicia.pr.gov>
**Cc:** Susana I. Peñagaricano Brown <spenagaricano@justicia.pr.gov>; Juan C. Ramirez Ortiz <juramirez@justicia.pr.gov>; Idza Diaz Rivera <idiaz@justicia.pr.gov>; Wandymar Burgos Vargas <wburgos@justicia.pr.gov>
**Subject:** Re: DCarrión: Acknowledge Receipt FW: Lift of Stay Notice Giara Washington Del Valle 17-1770(WYG)/Damaris García Perales 18-1081(WGY)

Dear counsel:

Thanks for your prompt reply. If it is of any help, we have been informed that attorney Joel Torres Ortiz, from the Justice Department Federal Litigation and Bankruptcy Division has been assigned the case.

Cordially,

David Carrión Baralt

David Carrión Baralt

PO Box 364463

San Juan, Puerto Rico 00936-4463

(787)378-0697

davidcarrionb@aol.com

-----Original Message-----
From: Wandymar Burgos Vargas <wburgos@justicia.pr.gov>
To: davidcarrionb@aol.com <davidcarrionb@aol.com>
Cc: Susana I. Peñagaricano Brown <spenagaricano@justicia.pr.gov>; Juan C. Ramirez Ortiz <juramirez@justicia.pr.gov>; Idza Diaz Rivera <idiaz@justicia.pr.gov>; Wandymar Burgos Vargas <wburgos@justicia.pr.gov>
Sent: Fri, Feb 19, 2021 9:54 am
Subject: DCarrión: Acknowledge Receipt FW: Lift of Stay Notice Giara Washington Del Valle 17-1770(WYG)/Damaris García Perales 18-1081(WGY)

Esteemed counsel:

We acknowledge receipt of your Lift Stay Notice. We will review the same and get back to you as soon as we get feedback from AAFAF/FOMB.

Regards,

f/WBV

### Lcda. Wandymar Burgos Vargas

*Abogada*
*Secretaría Auxiliar de lo Civil*
*Departamento de Justicia*
wburgos@justicia.pr.gov

Calle Teniente César González #677
Esq. Ave. Jesús T. Piñero
San Juan, PR 00919
P.O. Box 9020192
San Juan, PR 00902-0192

  ### GOBIERNO DE PUERTO RICO
Departamento de Justicia  

SECRETARIA AUXILIAR DE LO CIVIL

BEFORE YOU PRINT this e-mail, THINK about your responsibility and commitment with the ENVIRONMENT.

> **AVISO DE CONFIDENCIALIDAD**: Esta difusión de correo electrónico y cualquier documento adjunto contiene información que le pertenece al remitente, la cual podría ser confidencial y privilegiada. Esta información está dirigida al uso exclusivo del individuo o la entidad a la cual se le remitió este correo electrónico, según arriba indicado. Si usted no es el destinatario pretendido, cualquier divulgación, reproducción, distribución, u otra acción tomada al tenor del contenido de la información comprendida en esta difusión, está estrictamente prohibida. Si usted ha recibido por error esta difusión, favor comunicarse con la remitente y elimine este mensaje. Este correo electrónico no pretende ni debe ser considerado como constitutivo de ninguna relación legal, contractual o de otra índole similar.

> **CONFIDENTIALITY NOTE**: This communication and any attachments included herein contain information that belongs to attorney Wandymar Burgos Vargas, that may be confidential, legally privileged and/or a trade secret. Its unauthorized disclosure, copying or distribution is strictly prohibited. If you have received this communication in error please delete or destroy it and notify the sender immediately. Neither attorney Wandymar Burgos Vargas will be liable for any damages resulting from any modification or falsification of an e-mail that is originated by us. Moreover, although precautions have been taken to ensure that the data included herein is free from viruses or other malicious content, we cannot assure that such is indeed the case and disclaim any responsibility attributable thereto. Please note that we make no representations and/or are not responsible for any virus or similar malicious data content, which this e-mail transmission may contain.

---

**From:** Carolina Velaz Rivero <cvelaz@mpmlawpr.com>
**Sent:** Thursday, February 18, 2021 3:25 PM
**To:** Wandymar Burgos Vargas <wburgos@justicia.pr.gov>; Susana I. Peñagaricano Brown <spenagaricano@justicia.pr.gov>; Juan C. Ramirez Ortiz <juramirez@justicia.pr.gov>
**Cc:** Luis Marini <lmarini@mpmlawpr.com>; Ivan Garau <jgarau@mpmlawpr.com>; Valentín Colón, Rocío del Mar (AAFAF) <Rocio.Valentin@aafaf.pr.gov>
**Subject:** FW: Lift of Stay Notice

**CAROLINA VELAZ RIVERO**

| M | P | M | MARINI PIETRANTONI MUÑIZ LLC

Office 787.705.2171 | Direct 787.705.2175 | Fax 787.936.7494
Email cvelaz@mpmlawpr.com | Web mpmlawpr.com
250 Ponce de León Ave., Suite 900, San Juan PR 00918

This message and any attachments may contain information that is confidential, proprietary or protected by privilege from disclosure. If you are not an intended recipient, please notify the sender and delete the message and any attachments without reading, printing, copying, forwarding or saving them. Thank you.

---

**From:** David Carrión Baralt <davidcarrionb@aol.com>
**Reply-To:** David Carrión Baralt <davidcarrionb@aol.com>
**Date:** Wednesday, February 17, 2021 at 1:10 PM
**To:** "hermann.bauer@oneillborges.com" <hermann.bauer@oneillborges.com>, "ubaldo.fernandez@oneillborges.com" <ubaldo.fernandez@oneillborges.com>, "dperez@omm.com" <dperez@omm.com>, Luis Marini <lmarini@mpmlawpr.com>, Carolina Velaz <cvelaz@mpmlawpr.com>
**Subject:** Lift of Stay Notice

Dear Counsels:

Enclosed you will find Lift of Stay Notice, which is self-explanatory.

Should you need more information, please contact the undersigned at your convenience.

Cordially,

David Carrión Baralt

David Carrión Baralt
PO Box 364463
San Juan, Puerto Rico 00936-4463
(787)378-0697
davidcarrionb@aol.com