RESPONSE TO 439 OMNIBUS OBJECTION

George and Theresa Rauscher
15 Comanche Trail
Denville, NJ 07834
trauscher@aol.com
973 214 2866 (cell)

US DISTRICT COURT FOR DISTRICT OF PUERTO RICO

JUDGE LAURA TAYLOR SWAIN

DEBTOR: PUERTO RICO TRANSPORTATION HWY FUND

CASE # 17 BK03567 LTS

CLAIM # 179635

REASON FOR OPPOSITION:

Our opposition to the 439 objection by the Oversight Board for Puerto Rico is simple. We did not file any previous claim for this defaulted bond. We did purchase 3 $10,000 bonds on November 11, 2005, Two of these bonds for transportation fund were paid in full. The one noted in this case defaulted in the amount of $5650. We had no intention to file a suit for the balance. We just accepted the loss. We have no idea where Mr. Herman found information that shows we filed a separate suit. We knew nothing about this filing until we got paperwork from Prime Clerk LLC.

DOCUMENTATION:

We have no documentation to show to our opposition to this objection. WE MADE NO DUPLICATE CLAIM ON THE TRANSPORTATION FUND.

*[signature]* GEORGE RAUSCHER
9 April '22

*[signature]* THERESA RAUSCHER
9 April '22

CC. PROSKAUER ROSE LLP

PAUL HASTING LLP