G. Rauscher
15 Commanche Trl.
Denville, NJ 07834-1113

Clerk's Office
United District Court
Room 150 Federal Bldg
San Juan, Puerto Rico 00918-1767