**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY<br><br>    Debtor(s) | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**MOTION TO WITHDRAW FISA SE's OBJECTION TO CURE AMOUNT**

**TO THE HONORABLE COURT:**

Come now FISA SE ("FISA"), through its undersigned counsel and very respectfully states and requests:

1. On November 23, 2021, the Financial Oversight and Management Board for Puerto Rico ("Oversight Board") filed a "Notice of Executory Contracts and Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment" ("Notice") indicating that *Negociado de Manejo de Emergencias'* ("NMEAD") lease with FISA had a $0.00 balance (Docket No. 19353).

2. On December 31, 2021, FISA filed an Objection to Cure amount ("Objection") (Docket No. 19505).

3. FISA wishes to inform the Court that NMEAD's has cured its lease arrears up to March 2022.

**WHEREFORE,** it is respectfully requested that the Court takes notice of the above and grants the instant withdrawal of FISA's Objection, with such other relief as this Court deems just and proper.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants and parties in interest as per master address list.

Ponce, Puerto Rico, this 21st day of April, 2022.

/s/José A. Moreda del Valle
José A. Moreda del Valle
USDC-PR 229401

**JOSE A. MOREDA DEL VALLE LAW OFFICE**
Attorney for FISA, SE
4002 Aurora St.
Ponce, PR 00717-1513
Tel.: 787-842-1609
Tel./Fax: 787-842-1604
Email: moredadelvalle@jmdvlaw.com