UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

    I, Geoffrey Parnon, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On April 15, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on (1) the Notice of Appearance Parties Service List attached hereto as **Exhibit A**; and (2) the Adversary Cases Service List attached hereto as **Exhibit B**:

- Omnibus Motion by the Avoidance Actions Trustee, Special Claims Committee, and Committee to Substitute the Avoidance Actions Trustee as Plaintiff in Adversary Proceedings Transferred to the Avoidance Actions Trust [Docket No. 20548] (*the* "***Omnibus Motion***")

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

- Notice of Hearing on Omnibus Motion by the Avoidance Actions Trustee to Establish Litigation Case Management Procedures [Docket No. 20560]

On April 15, 2022, at my direction and under my supervision, employees of Kroll caused the Omnibus Motion to be served via first class mail on the Omnibus Motion Service List attached hereto as **Exhibit C**.

Dated: April 20, 2022

/s/ *Geoffrey Parnon*
Geoffrey Parnon

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 20, 2022, by Geoffrey Parnon, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**<u>Exhibit A</u>**

Exhibit A
Notice of Appearance Parties Service List
Served as set forth below

| CASE NO. | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 19-00227 | Arroyo & Rios Law Offices, P.S.C. | Atty. Moraima S. Ríos-Robles | PMB 688 | 1353 Ave. Luis Vigoreaux | Guaynabo | PR | 00966 | mrios@arroyorioslaw.com | First Class Mail and Email |
| 19-00276 | Continental PLLC | Jesus Suarez, John Arrastia | 255 Alhambra Cir, Suite 640 | | Coral Gables | FL | 33134 | jsuarez@continentalpllc.com; jarrastia@continentalpllc.com | First Class Mail and Email |
| 19-00152 | Creative Educational & Psychological Services, Inc | Homel Mercado Justiniano USDC- PR- 229705 | Calle Ramirez Silva 8- Ensacnhe Martinez | | Mayaguez | PR | 00680-4714 | | First Class Mail |
| 19-00161 | Didacaticos In | Brian Dick Biascoechea | Cordova & Dick LLC | 403 Calle 12 Urb El Vedado | San Juan | PR | 00918 | | First Class Mail |
| 19-00161 | Didacaticos In | Brian Dick Biascoechea | Cordova & Dick LLC | P.O. Box 194021 | San Juan | PR | 00919-4021 | | First Class Mail |
| 19-00044 | Estrella, LLC | Attn: Carlos Infante | P.O. Box 9023596 | | San Juan | PR | 00902-3596 | cinfante@estrellallc.com | First Class Mail and Email |
| 19-00093 | First Hospital Panamericano, INC | Eyck O. Lugo | Edge Legal Strategies, PSC USDC PR Bar 216708 | 252 Ponce de Leon Ave, Suite 2100 | San Juan | PR | 00918 | | First Class Mail |
| 19-00093 | First Hospital Panamericano, INC | Edge Legal Strategies, PSC | Vilmarys M. Quinones-Cintron, USDC PR 300210 | 252 Ponce de Leon Ave, Suite 2100 | San Juan | PR | 00918 | | First Class Mail |
| 19-00134 | S.H.V.P. Motor Corp. | Luis R. Ortiz Segura | Oliveras & Ortiz Law Offices PSC | 171 Chardon Avenue. Suite 406 | San Juan | PR | 00918-1722 | | First Class Mail |
| 19-00088 | Special Claims Committee of the Financial Oversight and Management Board | Casillas, Santiago & Torres LLC | Juan J. Casillas Ayala, Esq | PO Box 195075 | San Juan | PR | 00919-5075 | | First Class Mail |
| 19-00186 | The Financial Oversight and Management Board for Puerto Rico acting through its Special Claims Committee | Urb Estancias de San Gerardo Calle Orlando 1609 | | | San Juan | PR | 00926 | | First Class Mail |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 1 of 1

**Exhibit B**

Exhibit B
Adversary Cases Service List
Served as set forth below

| MMLID | ADV. CASE NO. | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2150364 | 19-00048 | AMBASSADOR VETERANS SERVICES OF PUERTO RICO L.L.C. | ATTN: CAROL I. VELEZ ORTIZ, RESIDENT AGENT | BO. AMUELAS CARR. 592, #115 | | | JUANA DIAZ | PR | 00795 | | | First Class Mail |
| 2150365 | 19-00048 | AMBASSADOR VETERANS SERVICES OF PUERTO RICO L.L.C. | ATTN: CAROL VELEZ ORTIZ, RESIDENT AGENT | CARRETERA 592 KM 5.6 | BO. AMUELAS #115 | | JUANA DIAZ | PR | 00795-2409 | | | First Class Mail |
| 2150389 | 19-00062 | APEX GENERAL CONTRACTORS LLC | | P.O. BOX 193635 | | | SAN JUAN | PR | 00919-3635 | | | First Class Mail |
| 2150350 | 19-00042 | BRISTOL-MYERS SQUIBB PUERTO RICO, INC. | C/O CT CORPORATION SYSTEMS, RESIDENT AGENT | 361 SAN FRANCISCO STREET, PENTHOUSE | | | SAN JUAN | PR | 00901-0000 | | | First Class Mail |
| 2150351 | 19-00042 | BRISTOL-MYERS SQUIBB PUERTO RICO, INC. | C/O CT CORPORATION SYSTEMS | 361 SAN FRANCISCO STREET, PENTHOUSE | | | SAN JUAN | PR | 00901-0000 | | | First Class Mail |
| 2168379 | 19-00051 | CARIBE GROLIER, INC. | ATTN: MIGUEL MELENDEZ | PO BOX 8317 | | | SAN JUAN | PR | 00910-8317 | | caribegrolier.scholastic@gmail.com | First Class Mail and Email |
| 2150371 | 19-00051 | CARIBE GROLIER, INC. | ATTN: DARLENE VAZQUEZ | URB. MILAVILLE, CALLE MAMEY # 124 | | | SAN JUAN | PR | 00926 | | | First Class Mail |
| 2162486 | 19-00051 | CARIBE GROLIER, INC. | ATTN: MIGUEL MELENDEZ | PO BOX 11636 | | | SAN JUAN | PR | 00922 | | | First Class Mail |
| 2150375 | 19-00053 | CENTRO DE DESARROLLO ACADEMICO, INC. | | CARR #2 KM. 55.3 BO. PALENQUE | | | BARCELONETA | PR | 00617 | | | First Class Mail |
| 2168380 | 19-00053 | CENTRO DE DESARROLLO ACADEMICO, INC. | | P O BOX 2186 | | | BARCELONETA | PR | 00617-2186 | | | First Class Mail |
| 2150799 | 19-00265 | CITIBANK, N.A. | ATTN: LEGAL DEPT. | 701 EAST 60TH STREET NORTH | | | SIOUX FALLS | SD | 57104 | | | First Class Mail |
| 2150377 | 19-00054 | CLINICA DE TERAPIAS PEDIATRICAS, INC. | ATTN: MANUEL J. RIVERA RODRIGUEZ & JORGE L. CATALA MONGE | BOX 2259 | | | GUAYNABO | PR | 00970-2259 | | | First Class Mail |
| 2150376 | 19-00054 | CLINICA DE TERAPIAS PEDIATRICAS, INC. | ATTN: MARIA RIVERA RUBIANY, RESIDENT AGENT | CALLE ACUAMARINA 66, VILLA BLANCA | | | CAGUAS | PR | 00725 | | | First Class Mail |
| 2150378 | 19-00055 | COMPUTER LEARNING CENTERS, INC. | ARTURO V BAUERMEISTER | SBGB LLC | CORPORATE CENTER , STE 202 33 CALLE RESOLUCION | | SAN JUAN | PR | 00920 | | abauermeister@sbgblaw.com | First Class Mail and Email |
| 2150379 | 19-00055 | COMPUTER LEARNING CENTERS, INC. | ATTN: ALEXIS R. TORRES BORGES, RESIDENT AGENT | 3009 AVE ALEJANDRINO | | | GUAYNABO | PR | 00969 | | | First Class Mail |
| 2150380 | 19-00055 | COMPUTER LEARNING CENTERS, INC. | TORRES BORGES, ALEXIS R | CARRETERA 838 KM 2.9 | | | SAN JUAN | PR | 00926 | | | First Class Mail |
| 2150565 | 19-00150 | COMPUTER NETWORK SYSTEMS CORP. | ATTN: WILLIE MORALES GONZALEZ, RESIDENT AGENT | 262 URUGUAY STREET | ALTAGRACIA CONDOMINIUM, GROUND FLOOR | | SAN JUAN | PR | 00919 | | | First Class Mail |
| 2164871 | 19-00150 | COMPUTER NETWORK SYSTEMS CORP. | ATTN: CARLOS MORALES BAUZA | ROSELLO & MORALES CSP | 262 URUGUAY CONSS. ALTAGRACIA, SUITE C-3 | | SAN JUAN | PR | 00917 | | | First Class Mail |
| 2150566 | 19-00150 | COMPUTER NETWORK SYSTEMS CORP. | ATTN: WILLIE MORALES GONZALEZ, RESIDENT AGENT | P.O. BOX 193724 | | | SAN JUAN | PR | 00919-3724 | | | First Class Mail |
| 2166643 | 19-00152 | Creative Educational & Psychological Services, Inc | Homel Mercado Justiniano | Attn: Calle Ramirez Silva 8- Ensacnhe Martinez | | | Mayaguez | PR | 00680-4714 | | hmjlaw2@gmail.com | First Class Mail and Email |
| 2162575 | 19-00152 | Creative Educational & Psychological Services, Inc | Homel Mercado Justiniano USDC- PR- 229705 | Calle Ramirez Silva 8- Ensacnhe Martinez | | | Mayaguez | PR | 00680-4714 | | | First Class Mail |
| 2164872 | 19-00152 | CREATIVE EDUCATIONAL & PSYCHOLOGICAL SERVICES, INC. | ATTN: LCDO. HOMEL ANTONIO MERCADO JUSTINAINO | CALLE RAMIREZ SILVA #8 | | | MAYAGUEZ | PR | 00690 | | | First Class Mail |
| 2150568 | 19-00152 | CREATIVE EDUCATIONAL & PSYCHOLOGICAL SERVICES, INC. | ATTN: CORAL RIVERA ARROYO, RESIDENT AGENT | EXT. MIRAFLORES | CALLE 53 #44-26 | | BAYAMON | PR | 00956 | | | First Class Mail |
| 2162558 | 19-00161 | Didacticos In | Brian Dick Biascoechea | Cordova & Dick LLC | 403 Calle 12 Urb El Vedado | | San Juan | PR | 00918 | | | First Class Mail |
| 2162559 | 19-00161 | Didacticos In | Brian Dick Biascoechea | Cordova & Dick LLC | P.O. Box 194021 | | San Juan | PR | 00919-4021 | | | First Class Mail |
| 2150585 | 19-00161 | DIDACTICOS, INC. | C/O BRIAN M. DICK BIASCOECHEA, ESQ. | CORDOVA & DICK, LLC | P.O. BOX 194021 | | SAN JUAN | PR | 00910-4021 | | | First Class Mail |
| 2150584 | 19-00161 | DIDACTICOS, INC. | ATTN: ROMMY OCHOA, RESIDENT AGENT | URB. PRECIOSA CALLE VERDELUZ X-7 | | | GURABO | PR | 00778 | | | First Class Mail |
| 2150583 | 19-00161 | DIDACTICOS, INC. | ROMMY OCHOA | P.O. BOX 1036 | | | GURABO | PR | 00778 | | | First Class Mail |
| 2166620 | 19-00161 | Didácticos, Inc. | Cordova & Dick LLC | Attn: Brian Dick Biascoechea | 403 Calle 12 Urb El Vedado | | San Juan | PR | 00918 | | bmd@bmdcounselors.com | First Class Mail and Email |
| 2166621 | 19-00161 | Didácticos, Inc. | Cordova & Dick LLC | Attn: Brian Dick Biascoechea | PO Box 194021 | | San Juan | PR | 00919-4021 | | bmd@bmdcounselors.com | First Class Mail and Email |
| 2150381 | 19-00056 | E. CARDONA & ASOCIADOS, INC. | ATTN: EDWIN CARDONA CABRER, RESIDENT AGENT | GARDEN HILLS PLAZA, SUITE 364 | 1353 CARR. 19 | | SAN JUAN | PR | 00966 | | | First Class Mail |
| 2150382 | 19-00056 | E. CARDONA & ASOCIADOS, INC. | ATTN: CARLOS COLON MEDINA | GARDEN HILLS STE 364 | 1353 CARR 19 | | SAN JUAN | PR | 00966 | | | First Class Mail |
| 2162492 | 19-00060 | ENTERPRISE SERVICES CARIBE, LLC | MS. MIRAL HAMANI, ESQ. | STARTBAAN 16 | | | AMSTELVEEN | | 1187XR | NETHERLANDS | MIRAL.HAMANI@HPE.COM | First Class Mail and Email |
| 2162493 | 19-00060 | ENTERPRISE SERVICES CARIBE, LLC | EDIF. CAPITAL CENTER I | 239 ARTERIAL HOSTOS AVE., STE. 1401 | | | SAN JUAN | PR | 00918 | | | First Class Mail |
| 2150386 | 19-00060 | ENTERPRISE SERVICES CARIBE, LLC | 350 CHARDON AVE. | CHARDON TOWER, STE. 801 | | | SAN JUAN | PR | 00918 | | | First Class Mail |
| 2162494 | 19-00060 | ENTERPRISE SERVICES CARIBE, LLC | ROSALBA SCOTTO | 6410 ISLA VERDE AVE. | CONDO. LOS PINOS EAST TOWER, APT. 5J | | CAROLINA | PR | 00919 | | | First Class Mail |
| 2150387 | 19-00060 | ENTERPRISE SERVICES CARIBE, LLC | ATTN: SOL MONTEZ | 350 CHARDON AVENUE | CHARDON TOWER, SUITE 810 | | SAN JUAN | PR | 00918 | | | First Class Mail |
| 2150355 | 19-00044 | EVERTEC, INC. | ATTN: LUCY E. VARGAS COSTAS | 75 CALLE TORRES ESQ LUNA | | | PONCE | PR | 00926 | | | First Class Mail |
| 2150354 | 19-00044 | EVERTEC, INC. | | P.O. BOX 364527 | | | SAN JUAN | PR | 00936 | | | First Class Mail |
| 2150556 | 19-00143 | EXPLORA CENTRO ACADEMICO Y TERAPEUTICO LLC | ATTN: SARAI SANTIAGO RODRIGUEZ, RESIDENT AGENT | CALLE CARAZO 110 | | | GUAYNABO | PR | 00969 | | | First Class Mail |
| 2164867 | 19-00092 | FACSIMILE PAPER CONNECTION CORP. | ATTN: LEE SEPULVADO RAMOS, ESQ. | SEPULVADO, MALDONADO & COURET | 304 PONCE DE LEON AVE., SUITE 9900 | | SAN JUAN | PR | 00918 | | | First Class Mail |
| 2150457 | 19-00092 | FACSIMILE PAPER CONNECTION CORP. | ATTN: ANGEL LUIS SOLER | CARR. #190 KM. 1 BLQ. K- BO. SABANA ABAJO | | | CAROLINA | PR | 00936 | | | First Class Mail |
| 2164884 | 19-00266 | FAST ENTERPRISES LLC | ATTN: NAYUAN ZOUAIRABANI TRINIDAD | 270 MUNOZ RIVERA AVENUE | | | HATO REY | | 00918 | | | First Class Mail |
| 2150800 | 19-00266 | FAST ENTERPRISES LLC | C/O CT CORPORATION SYSTEM, RESIDENT AGENT | 361 SAN FRANCISCO STREET | | | SAN JUAN | PR | 00901 | | | First Class Mail |
| 2166631 | 19-00093 | First Hospital Panamericano, INC | Edge Legal Strategies, PSC | Attn: Eyck O. Lugo | 252 Ponce de Leon Ave, Suite 2100 | | San Juan | PR | 00918 | | elugo@edgelegalpr.com | First Class Mail and Email |
| 2166632 | 19-00093 | First Hospital Panamericano, INC | Edge Legal Strategies, PSC | Attn: Vilmarys M. Quinones-Cintron | 252 Ponce de Leon Ave, Suite 2100 | | San Juan | PR | 00918 | | vqc@edgelegalpr.com | First Class Mail and Email |
| 2162650 | 19-00093 | First Hospital Panamericano, INC | Edge Legal Strategies, PSC | S/Vilmarys M. Quinones-Cintron | Vilmarys M. Quinones-Cintron, USDC PR 300210 | 252 Ponce de Leon Ave, Suite 2100 | San Juan | PR | | | | First Class Mail |
| 2162613 | 19-00093 | First Hospital Panamericano, INC | Eyck O. Lugo | Edge Legal Strategies, PSC | USDC PR Bar 216708 | 252 Ponce de Leon Ave, Suite 2100 | San Juan | PR | 00918 | | | First Class Mail |
| 2168391 | 19-00093 | FIRST HOSPITAL PANAMERICANO, INC. | ATTN: STEVE FILTON | 387 SOUTH GOLPH ROAD KING OF PRUSSIA | | | KING OF PRUSSIA | PA | 19406 | | | First Class Mail |
| 2150458 | 19-00093 | FIRST HOSPITAL PANAMERICANO, INC. | C/O VILMARYS M. QUINONES-CINTRON, ESQ. | EDGE LEGAL STRATEGIES, PSC | PONCE DE LEON AVE., SUITE 2100 | | SAN JUAN | PR | 00918 | | | First Class Mail |
| 2150459 | 19-00093 | FIRST HOSPITAL PANAMERICANO, INC. | THE PRENTICE-HALL CORPORATION SYSTEM, PUERTO RICO, INC., , RESIDENT AGENT | C/O FAST SOLUTIONS, LLC | CITI TOWER 252 PONCE DE LEON AVENUE FLOOR 20 | | SAN JUAN | PR | 00918 | | | First Class Mail |

Exhibit B
Adversary Cases Service List
Served as set forth below

| MMLID | ADV. CASE NO. | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2162498 | 19-00093 | FIRST HOSPITAL PANAMERICANO, INC. | EDGE LEGAL STRATEGIES, PSC | ATTN: VILMARYS M. QUIÑONES-CINTRÓN | ATTN: EYCK O. LUGO-RIVERA | 252 PONCE DE LEON AVE., SUITE 2100 | SAN JUAN | PR | 00918 | | | First Class Mail |
| 2162499 | 19-00093 | FIRST HOSPITAL PANAMERICANO, INC. | C/O FAST SOLUTIONS, LLC | CITI TOWER | 252 PONCE DE LEON AVENUE, FLOOR 20 | | SAN JUAN | PR | 00918 | | | First Class Mail |
| 2150392 | 19-00063 | GF SOLUTIONS, INC. | ATTN: LUCY E. VARGAS COSTAS | 75 CALLE TORRES ESQ LUNA | | | PONCE | PR | 00717 | | | First Class Mail |
| 2150391 | 19-00063 | GF SOLUTIONS, INC. | ATTN: LUIS J. GOMEZ PEREZ. RESIDENT AGENT | P.O. BOX 560738 | | | GUAYANILLA | PR | 00656 | | | First Class Mail |
| 2150813 | 19-00273 | GM SECURITY TECHNOLOGIES, INC. | ATTN: ELVIA M. CAMAYD-VELEZ, ESQ. | P.O. BOX 365051 | | | SAN JUAN | PR | 00936-5051 | | | First Class Mail |
| 2150812 | 19-00273 | GM SECURITY TECHNOLOGIES, INC. | ATTN: CARLOS DIAZ VIVO, RESIDENT AGENT | P.O. BOX 365051 | | | SAN JUAN | PR | 00936-5051 | | | First Class Mail |
| 2164879 | 19-00183 | HEWLETT PACKARD PUERTO RICO, BV LLC | ATTN: HERMAN COLBERG, ESQ. | PIETRANTONI MÉNDEZ & ALVAREZ LLC | POPULAR CENTER, 19TH FLOOR | 208 PONCE DE LEON AVENUE | SAN JUAN | PR | 00918 | | | First Class Mail |
| 2150632 | 19-00183 | HEWLETT PACKARD PUERTO RICO, BV LLC | ATTN: MARTIN CASTILLO, RESIDENT AGENT | 350 CHARDON AVENUE | CHARDON TOWER, SUITE 801 | | SAN JUAN | PR | 00918 | | | First Class Mail |
| 2150638 | 19-00186 | HOSPIRA PUERTO RICO, LLC | CARLOS E. SERRANO | REICHARD & ESCALERA, LLC | P.O. BOX 364148 | | SAN JUAN | PR | 00936-4148 | | | First Class Mail |
| 2150637 | 19-00186 | HOSPIRA PUERTO RICO, LLC | ATTN: CARLOS E. SERRANO, RESIDENT AGENT | C/O REICHARD & ESCALERA, LLC | 255 PONCE DE LEON AVE, 10TH FLOOR | | SAN JUAN | PR | 00917-1913 | | | First Class Mail |
| 2162505 | 19-00202 | INTERNATIONAL SURVEILLANCE SERVICES CORPORATION | Metro Office Park | Parkside Plaza | 7 calle 1, Ste. 204 | | Guaynabo | PR | 00968 | | info@trackgrp.com | First Class Mail and Email |
| 2168401 | 19-00202 | INTERNATIONAL SURVEILLANCE SERVICES CORPORATION | METRO OFFICE PARK | | | | SAN JUAN | PR | 00923 | | | First Class Mail |
| 2150675 | 19-00202 | INTERNATIONAL SURVEILLANCE SERVICES CORPORATION | Att.: Derek Cassell, of Track Group | 200 E. 5th Ave., Ste. 100 | | | Naperville | IL | 60563 | | | First Class Mail |
| 2164866 | 19-00068 | INTERVOICE COMMUNICATION OF PUERTO RICO INC. | ATTN: COUNSELOR MAYORAL-MORALES | LBRG LAW FIRM | 1059 FD ROOSEVELT AVENUE, SUITE 306 | | GUAYANABO | PR | 00968 | | | First Class Mail |
| 2150402 | 19-00068 | INTERVOICE COMMUNICATION OF PUERTO RICO INC. | ATTN: CARLOS ORTIZ, RESIDENT AGENT | P.O. BOX 361521 | | | SAN JUAN | PR | 00936-1521 | | | First Class Mail |
| 2150401 | 19-00068 | INTERVOICE COMMUNICATION OF PUERTO RICO INC. | ATTN: CARLOS ORTIZ, RESIDENT AGENT | 352 FERNANDO PRIMERO, PISO 2 | | | SAN JUAN | PR | 00918 | | | First Class Mail |
| 2150415 | 19-00075 | JOSE SANTIAGO, INC. | ATTN: JOSE SANTIAGO GONZALEZ, RESIDENT AGENT | CARR PR #5 KM 4.4 | URB. INDUSTRIAL LUCHETTI | | BAYAMON | PR | 00959 | | | First Class Mail |
| 2150416 | 19-00075 | JOSE SANTIAGO, INC. | ATTN: JOSE E. SANTIAGO GONZALEZ, RESIDENT AGENT | P.O. BOX 191795 | | | SAN JUAN | PR | 00919-1795 | | | First Class Mail |
| 2150724 | 19-00229 | JUNIOR BUS LINE, INC. | PO BOX 1015 | | | | PATILLAS | PR | 00723-1015 | | juniorbusline@gmail.com | First Class Mail and Email |
| 2168402 | 19-00229 | JUNIOR BUS LINE, INC. | CARR 3 KM 125.6 | BO. OBEN | | | PATILLAS | PR | 00723 | | | First Class Mail |
| 2150723 | 19-00229 | JUNIOR BUS LINE, INC. | SIMONE CATALDI – MALPICA & IVAN M. CASTRO – ORTIZ | ALDARONDO & LOPEZ BRAS, P.S.C. | 16 RD. 199, SUITE 400 | | GUAYNABO | PR | 00969 | | | First Class Mail |
| 2150722 | 19-00229 | JUNIOR BUS LINE, INC. | ATTN: MARCELO CRUZ, RESIDENT AGENT | P.O. BOX 1015 | | | PATILLAS | PR | 00723-1015 | | | First Class Mail |
| 2164882 | 19-00236 | LAW OFFICES WOLF POPPER P.S.C. | ATTN: VILMA PENA RODRIGUEZ | 654 PLAZA, SUITE 1001 | | | SAN JUAN | PR | 00918 | | | First Class Mail |
| 2150736 | 19-00236 | LAW OFFICES WOLF POPPER P.S.C. | ATTN: CARLOS E. LOPEZ LOPEZ, RESIDENT AGENT | 654 PLAZA, SUITE 1001 | 654 AVE. MUNOZ RIVERA | | SAN JUAN | PR | 00918 | | | First Class Mail |
| 2150737 | 19-00236 | LAW OFFICES WOLF POPPER P.S.C. | ATTN: GREGORIO FIGUEROA ALCALA | 845 THIRD AVENUE | | | NEW YORK | NY | 10022 | | | First Class Mail |
| 2166608 | 19-00227 | Local Conflicts Counsel to the Official Committee of Unsecured Creditors | Attn: Jose Francisco Cartaya Morales, Esq. | PO Box 361883 | | | San Juan | PR | 00936-1883 | | cartayaj@gmail.com | First Class Mail and Email |
| 2150771 | 19-00255 | MACAM S.E. | ATTN: MANUEL ARROYO | P.O. BOX 360151 | | | SAN JUAN | PR | 00936 | | | First Class Mail |
| 2164883 | 19-00255 | MACAM S.E. | ATTN: NAYUAN ZOUAIRABANI TRINIDAD | MCCONNELL VALDEZ LLC | 270 MUNOZ RIVERA AVENUE | | SAN JUAN | PR | 00918 | | | First Class Mail |
| 2150446 | 19-00088 | MANPOWER | ATTN: NAYUAN ZOUAIRABANI | MCCONNELL VALDES LLC | 270 MUNOZ RIVERA AVENUE | | SAN JUAN | PR | 00918 | | | First Class Mail |
| 2150449 | 19-00088 | MANPOWER | ATTN: SAMUEL C. WISOTZKEY | KOHNER, MANN & KAILAS, S.C. | 4650 N. PORT WASHINGTON RD. | WASHINGTON BLDG., 2ND FLOOR | MILWAUKEE | WI | 53212-1059 | | | First Class Mail |
| 2150447 | 19-00088 | MANPOWER | ATTN: NAYUAN ZOUAIRABANI | MCCONNELL VALDES LLC | P.O. BOX 364225 | | SAN JUAN | PR | 00936-4225 | | | First Class Mail |
| 2164885 | 19-00276 | MERCK SHARP & DOHME (I.A.) LLC | ATTN: ALICIA I LAVERGNE RAMIREZ | SANCHEZ PIRILLO LLC | 270 MUNOZ RIVERA AVE, SUITE 1 | | SAN JUAN | PR | 00918 | | | First Class Mail |
| 2150818 | 19-00276 | MERCK SHARP & DOHME (I.A.) LLC | ATTN: CESAR SIMICH, RESIDENT AGENT | P.O. BOX 3689 | | | CAROLINA | PR | 00984-3689 | | | First Class Mail |
| 2150478 | 19-00102 | N. HARRIS COMPUTER CORPORATION | ATTN: JOSE BENITEZ | 198 AVE CHARDON | | | SAN JUAN | PR | 00901 | | | First Class Mail |
| 2150477 | 19-00102 | N. HARRIS COMPUTER CORPORATION | DORA PENAGARICANO | MCCONNELL VALDEZ LLC | 270 MUNOZ RIVERA AVENUE | | SAN JUAN | PR | 00918 | | | First Class Mail |
| 2150476 | 19-00102 | N. HARRIS COMPUTER CORPORATION | C/O COGENCY GLOBAL INC., RESIDENT AGENT | AGUSTIN STAHL | CARR. 174 A-10 | | BAYAMON | PR | 00956 | | | First Class Mail |
| 2150767 | 19-00253 | NETWAVE EQUIPMENT CORP. | AVE PONCE DE LEON #316 | | | | SAN JUAN | PR | 00906 | | | First Class Mail |
| 2150641 | 19-00188 | PROFESSIONAL CONSULTING PSYCHOEDUCATIONAL SERVICES, LLC | ATTN: ROBERTO DE JESUS JUARBE, RESIDENT AGENT | PMB 352 | 405 AVE. ESMERALDA, SUITE 2 | | GUAYNABO | PR | 00971 | | | First Class Mail |
| 2150642 | 19-00188 | PROFESSIONAL CONSULTING PSYCHOEDUCATIONAL SERVICES, LLC | ATTN: ROBERTO DE JESUS JUARBE, RESIDENT AGENT | BANCO DESARROLLO ECONOMICO P.R. | P.O. BOX 2134 | | SAN JUAN | PR | 00922-2134 | | | First Class Mail |
| 2150662 | 19-00196 | PROSPERO TIRE EXPORT, INC. | ATTN: JOSE RODRIGUEZ, RESIDENT AGENT | P.O. BOX 29001 | | | SAN JUAN | PR | 00926 | | | First Class Mail |
| 2168415 | 19-00127 | PUERTO RICO TELEPHONE COMPANY, INC. | NAYUAN ZOUAIRABANI, ESQ. | PO BOX 364225 | | | SAN JUAN | PR | 00936 | | nzt@mcvpr.com | First Class Mail and Email |
| 2150528 | 19-00127 | PUERTO RICO TELEPHONE COMPANY, INC. | ATTN: LEGAL DEPARTMENT | 1515 ROOSEVELT AVENUE | 10TH FLOOR | | GUAYNABO | PR | 00968 | | | First Class Mail |
| 2150529 | 19-00127 | PUERTO RICO TELEPHONE COMPANY, INC. | NAYUAN ZOUAIRABANI & ANTONIO A. ARIAS | MCCONNELL VALDES LLC | 270 MUNOZ RIVERA AVENUE | | SAN JUAN | PR | 00918 | | | First Class Mail |
| 2150530 | 19-00127 | PUERTO RICO TELEPHONE COMPANY, INC. | ATTN: DARIO MIMOSO | AVENIDA FRANKLIN D ROOSEVELT 1500 | | | SAN JUAN | PR | 00925 | | | First Class Mail |
| 2150531 | 19-00127 | PUERTO RICO TELEPHONE COMPANY, INC. | NAYUAN ZOUAIRABANI & ANTONIO A. ARIAS | MCCONNELL VALDES LLC | P.O. BOX 364225 | | SAN JUAN | PR | 00936-4225 | | | First Class Mail |
| 2159847 | 19-00440 | Quest Diagnostics of Puerto Rico, Inc. | c/o Morris James | Attn: Mr. Brett Fallon, Esq. | 500 Delaware Avenue, Suite 1500 | | Wilmington | DE | 19801 | | | First Class Mail |
| 2159845 | 19-00440 | Quest Diagnostics of Puerto Rico, Inc. | c/o Fast Solutions LLC | Attn: The Prentice-Hall Corporation System | Puerto Rico, Inc. | Citi Tower, 252, Ponce de Leon Avenue | San Juan | PR | 00918 | | | First Class Mail |
| 2150711 | 19-00220 | REYES CONTRACTOR GROUP, INC. | ATTN: DENNYS R. REYES VEGA, RESIDENT AGENT | HC-06 BOX 13239 | | | COROZAL | PR | 00783 | | | First Class Mail |
| 2150712 | 19-00220 | REYES CONTRACTOR GROUP, INC. | ATTN: DENNYS R. REYES VEGA, RESIDENT AGENT | CERRO GORDO HILLS | #22 RAUL JULIA | | VEGA ALTA | PR | 00692 | | | First Class Mail |
| 2150729 | 19-00232 | ROCKET LEARNING, LLC | 12 CALLE MANUEL CAMUÑAS | SUITE 215 | | | SAN JUAN | PR | 00000 | | | First Class Mail |
| 2162519 | 19-00232 | ROCKET LEARNING, LLC | 138 AVE. WINSTON CHURCHILL | PMB-425 | | | SAN JUAN | PR | 00926 | | | First Class Mail |
| 2150730 | 19-00232 | ROCKET LEARNING, LLC | GERARDO A. CARLO, KENDRA LOOMIS | G. CARLO-ALTIERI LAW OFFICES | P.O. BOX 9021470 | | SAN JUAN | PR | 00902-1470 | | | First Class Mail |
| 2150735 | 19-00235 | ROCKET TEACHER TRAINING, LLC | ATTN: GERARDO A. CARLO | G. CARLO-ALTIERI LAW OFFICES | P.O. BOX 9021470 | | SAN JUAN | PR | 00902-1470 | | | First Class Mail |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 2 of 3

Exhibit B
Adversary Cases Service List
Served as set forth below

| MMLID | ADV. CASE NO. | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2150734 | 19-00235 | ROCKET TEACHER TRAINING, LLC | 138 AVE. WINSTON CHURCHILL | PMB-425 | | | SAN JUAN | PR | 00926 | | | First Class Mail |
| 2150573 | 19-00155 | RODRIGUEZ-PARISSI & CO., C.S.P. | ATTN: ALEX FUENTES | FUENTES LAW OFFICES, LLC | P.O. BOX 9022726 | | SAN JUAN | PR | 00902-2726 | | | First Class Mail |
| 2150572 | 19-00155 | RODRIGUEZ-PARISSI & CO., C.S.P. | ATTN: WALLACE RODRIGUEZ, RESIDENT AGENT | CIUDAD JARDIN | 177 CALLE LIRIO | | CAROLINA | PR | 00987 | | | First Class Mail |
| 2150742 | 19-00239 | ROSSO GROUP, INC. | ATTN: OSCAR RODRIGUEZ, RESIDENT AGENT | P.O. BOX 441 | | | PATILLAS | PR | 00723 | | | First Class Mail |
| 2150743 | 19-00239 | ROSSO GROUP, INC. | ATTN: OSCAR RODRIGUEZ, RESIDENT AGENT | CARRETERA #3 ESQUINA DESVIO SUR | | | PATILLAS | PR | 00723 | | | First Class Mail |
| 2166686 | 19-00134 | S.H.V.P. Motor Corp. | Oliveras & Ortiz Law Offices PSC | Attn: Luis R. Ortiz Segura | 171 Chardon Avenue. Suite 406 | | San Juan | PR | 00918-1722 | | l.ortizsegura@ploolaw.com | First Class Mail and Email |
| 2164869 | 19-00134 | S.H.V.P. MOTOR CORP. | ATTN: LUIS R. ORTIZ | OLIVERAS & ORTIZ PSC | 171 CHARDON AVE, SUITE 406 | | HATO REY | PR | 00918 | | | First Class Mail |
| 2162572 | 19-00134 | S.H.V.P. Motor Corp. | Luis R. Ortiz Segura | Oliveras & Ortiz Law Offices PSC | 171 Chardon Avenue. Suite 406 | | San Juan | PR | 00918-1722 | | | First Class Mail |
| 2150536 | 19-00130 | SEGUROS COLON COLON, INC. | ATTN: JOSE COLON, REGISTERED AGENT | 1025 ANGORA | | | SAN JUAN | PR | 00920 | | | First Class Mail |
| 2150586 | 19-00162 | SESCO TECHNOLOGY SOLUTIONS, LLC | ATTN: DAVID O. HABIBE VARGAS | P.O. BOX 190897 | | | SAN JUAN | PR | 00919-0897 | | | First Class Mail |
| 2166589 | 19-00088 | Special Claims Committee | Casillas, Santiago & Torres LLC | Attn: J. Casillas Ayala, I. Rodríguez J. Nieves González, C. Fernández Niggemann | PO Box 195075 | | San Juan | PR | 00919-5075 | | jcasillas@cstlawpr.com, ifernandez@cstlawpr.com, jnieves@cstlawpr.com, cfernandez@cstlawpr.com | First Class Mail and Email |
| 2166601 | 19-00186 | Special Claims Committee of the Financial Oversight and Management Board | Attn: Ileana C. Cardona Fernandez, Esq. | Urb Estancias de San Gerardo Calle Orlando 16090 | | | San Juan | PR | 00926 | | icardona@iccflaw.com | First Class Mail and Email |
| 2162658 | 19-00088 | Special Claims Committee of the Financial Oversight and Management Board | Casillas, Santiago & Torres LLC | Juan J. Casillas Ayala, Esq | PO Box 195075 | | San Juan | PR | 00919-5075 | | | First Class Mail |
| 2150558 | 19-00145 | ST. JAMES SECURITY SERVICES, LLC | ATTN: CARLOS R. DIAZ VIVO, RESIDENT AGENT | URB. CARIBE | 1604 AVENIDA PONCE DE LEON | | SAN JUAN | PR | 00926-2723 | | | First Class Mail |
| 2150559 | 19-00145 | ST. JAMES SECURITY SERVICES, LLC | ATTN: ELVIA M. CAMAYD-VELEZ, ESQ. | URB. CARIBE | 1604 AVENIDA PONCE DE LEON | | SAN JUAN | PR | 00926-2723 | | | First Class Mail |
| 2150367 | 19-00049 | TALLER DE DESARROLLO INFANTIL Y PRESCOLAR CHIQUIRIMUNDI INC. | ATTN: JESSICA E. MENDEZ COLBERG, MBA, JD | 472 AVE. TITO CASTRO | EDIF. MARVESA SUITE 106 | | PONCE | PR | 00716 | | | First Class Mail |
| 2150366 | 19-00049 | TALLER DE DESARROLLO INFANTIL Y PRESCOLAR CHIQUIRIMUNDI INC. | ATTN: JEANETTE VANESSA TORRES SERRANT, RESIDENT AGENT | 128 REY FERNANDO | URB. MANSIONES, COTO LAUREL | | PONCE | PR | 00780 | | | First Class Mail |
| 2162603 | 19-00186 | The Financial Oversight and Management Board for Puerto Rico acting through its Special Claims Committee | ILeana C. Cardona Fernandez | ILeana C. Cardona Fernandez, Esq | USDC 302610 | Urb Estancias de San Gerardo Calle Orlando 1609 | San Juan | PR | 00926 | | | First Class Mail |
| 2150503 | 19-00114 | TOTAL PETROLEUM PUERTO RICO CORP. | ATTN: DENISE RODRIGUEZ | CITY VIEW PLAZA, TOWER 1 | ROAD PR-165 KM. 1.2 #48, SUITE 803 | | GUAYNABO | PR | 00968 | | | First Class Mail |
| 2150504 | 19-00114 | TOTAL PETROLEUM PUERTO RICO CORP. | ATTN: LEE SEPULVADO, ESQ. | SEPULVADO, MALDONADO & COURET | ATTORNEYS AND COUNSELORS AT LAW | 304 PONCE DE LEON, SUITE 990 | SAN JUAN | PR | 00918 | | | First Class Mail |
| 2162523 | 19-00160 | TRUENORTH CORP. | ATTN TN MANAGEMENT | PMB 186-1353, RUTA 19 | | | GUAYNABO | PR | 00969 | | | First Class Mail |
| 2168429 | 19-00160 | TRUENORTH CORP. | PMB 353 | 1353 RT 19 | | | GUAYNABO | PR | 00966 | | | First Class Mail |
| 2162522 | 19-00160 | TRUENORTH CORP. | ATTN: TN MANAGEMENT | Po Box 1450 | | | Southaven | MS | 38671-0015 | | | First Class Mail |
| 2150580 | 19-00160 | TRUENORTH CORP. | LIC. JOSE L. RIVERO VERGNE | RIVERO VERGNE LAW OFFICES | POPULAR CENTER, SUITE 1406 | 208 PONCE DE LEON AVENUE | SAN JUAN | PR | 00918 | | | First Class Mail |
| 2150582 | 19-00160 | TRUENORTH CORP. | ATTN: TN MANAGEMENT | CORPORATE OFFICE PARK | CORTEC BUILD #302 | | GUAYNABO | PR | 00966 | | | First Class Mail |
| 2150579 | 19-00160 | TRUENORTH CORP. | C/O TN MANAGEMENT, RESIDENT AGENT | PMB 186-1353, RUTA 19 | | | GUAYNABO | PR | 00969 | | | First Class Mail |
| 2168427 | 19-00160 | TRUENORTH CORP. | 1510 FD ROOSEVELT AVE | SUITE 1303 | | | GUAYNABO | PR | 00968 | | | First Class Mail |
| 2150707 | 19-00218 | XEROX CORPORATION | JOSE A.B. NOLLA-MAYORAL | NOLLA, PALOU & CASELLAS, LLC | P.O. BOX 195287 | | SAN JUAN | PR | 00919-5287 | | | First Class Mail |
| 2150706 | 19-00218 | XEROX CORPORATION | JOSE A.B. NOLLA-MAYORAL | NOLLA, PALOU & CASELLAS, LLC | 1413 PONCE DE LEON AVENUE SUITE 505 | | SAN JUAN | PR | 00907 | | | First Class Mail |
| 2150705 | 19-00218 | XEROX CORPORATION | C/O THE PRENTICE-HALL CORPORATION SYSTEM, PUERTO RICO, INC., RESIDENT AGENT | C/O FAST SOLUTIONS, LLC | CITI TOWER | 252 PONCE DE LEON AVENUE FLOOR 20 | SAN JUAN | PR | 00918 | | | First Class Mail |

**Exhibit C**

Exhibit C
Omnibus Motion Service List
Served via First Class Mail

| MMLID | Adv. Case | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 2150470 | 19-00098 | CARIBBEAN EDUCATIONAL SERVICES, INC. | ATTN: MARIA D. NEGRON ALVARADO, RESIDENT AGENT | CAMINO DEL BURE 176, HACIENDA SABANERA | | DORADO | PR | 00646 |
| 2150469 | 19-00098 | CARIBBEAN EDUCATIONAL SERVICES, INC. | ATTN: MARIA D. NEGRON ALVARADO, RESIDENT AGENT | P.O. BOX 2341 | | TOA BAJA | PR | 00951 |
| 2150804 | 19-00268 | I.D.E.A., INC. | ATTN: R. ELFREN BERNIER, ESQ. | 2923-F SATURN STREET | | BREA | CA | 92821 |
| 2170412 | 19-00268 | I.D.E.A., INC. | ATTN: R. ELFREN BERNIER, ESQ. | P.O. BOX 3223 | | SAN JUAN | PR | 00918 |
| 2150803 | 19-00268 | I.D.E.A., INC. | ATTN: R. ELFREN BERNIER, ESQ. | 2923-F SATURN STREET | | BREA | CA | 92821 |
| 2150519 | 19-00122 | L.L.A.C., INC. | ATTN: ERNERSTO DEL CRISTO CABEZAS MIJUSTE, RESIDENT AGENT | AVE. LAS PALMAS 1421 | | SAN JUAN | PR | 00919 |
| 2150535 | 19-00129 | NEXT LEVEL LEARNING, INC. | ATTN: DAVID ASHE, RESIDENT AGENT | PMB 574 | AVE. DE DIEGO, SUITE 105 | SAN JUAN | PR | 00927 |
| 2162509 | 19-00129 | NEXT LEVEL LEARNING, INC. | PMB 574, 89 AVE. DE DIEGO | SUITE 105 | | SAN JUAN | PR | 00927 |
| 2150534 | 19-00129 | NEXT LEVEL LEARNING, INC. | 1559 CALLE ALDA SUITE 201 | EDIFICIO CARIBE (DORAL BANK) | | SAN JUAN | PR | 00927 |
| 2168407 | 19-00129 | NEXT LEVEL LEARNING, INC. | PMB 574, 89 AVE. DE DIEGO, SUITE 105 | | | SAN JUAN | PR | 00927 |
| 2162512 | 19-00249 | PERFECT CLEANING SERVICES INC. | CARR # 1KM 19.9, BO. TORTUGO | | | SAN JUAN | PR | 00924 |
| 2162511 | 19-00249 | PERFECT CLEANING SERVICES INC. | 100 GRAND BLVD LOS PASEOS | SUITE 112/MSC 115 | | SAN JUAN | PR | 00926 |
| 2168410 | 19-00249 | PERFECT CLEANING SERVICES INC. | CARR # 1KM 19.9, BO. TORTUGO | | | SAN JUAN | PR | 00924 |
| 2168409 | 19-00249 | PERFECT CLEANING SERVICES INC. | 100 GRAND BLVD LOS PASEOS, SUITE 112/MSC 115 | | | SAN JUAN | PR | 00926 |
| 2150758 | 19-00249 | PERFECT CLEANING SERVICES, INC. | ATTN: HECTOR VELEZ TORRES, RESIDENT AGENT | 100 GRAND BOULEVARD LOS PASEOS | SUITE 112/MSC 115 | SAN JUAN | PR | 00926 |
| 2150759 | 19-00249 | PERFECT CLEANING SERVICES, INC. | ATTN: HECTOR VELEZ TORRES, RESIDENT AGENT | CARR # 1 KM 19.9 BO. TORTUGO | | RIO PIEDRAS | PR | 00924 |
| 2150715 | 19-00222 | TACTICAL EQUIPMENT CONSULTANTS, INC. | ATTN: REBECA RIVERA DEL CORO, RESIDENT AGENT | URB. BALDRICH | 326 CALLE PEDRO A BIGAY | SAN JUAN | PR | 00918 |
| 2150639 | 19-00187 | TRINITY METAL ROOF AND STEEL STRUCTURE CORP. | PO BOX 4757 | | | CAROLINA | PR | 00984 |
| 2168426 | 19-00187 | TRINITY METAL ROOF AND STEEL STRUCTURE CORP. | CARR. 190 K. 2.4, BARRIO SABANA ABAJO | URB. VILLA FONTANA | | CAROLINA | PR | 00985 |
| 2162520 | 19-00187 | TRINITY METAL ROOF AND STEEL STRUCTURE CORP. | CARR. 190 K. 2.4 | BARRIO SABANA ABAJO | URB. VILLA FONTANA | CAROLINA | PR | 00985 |
| 2150640 | 19-00187 | TRINITY METAL ROOF AND STEEL STRUCTURE CORP. | ATTN: JOSE R. HERNANDEZ COLON, RESIDENT AGENT | P.O. BOX 4757 | | CAROLINA | PR | 00984-4757 |
| 2150672 | 19-00200 | WF COMPUTER SERVICES, INC. | ATTN: WILLIAM FIGUEROA, RESIDENT AGENT | P.O.BOX 3147 | | CAROLINA | PR | 00984 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 1 of 1