## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Moheen Ahmad, declare under penalty of perjury that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"),[2] the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On April 13, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) via first class mail on the Notice Parties FCM Service List attached hereto as **Exhibit A**; and (2) via email on the Notice Parties Emails Service List attached hereto as **Exhibit B**:

- Notice of (A) Entry of Order Confirming Modified Eighth Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al. Pursuant to Title III of PROMESA and (B) Occurrence of the Effective Date [Docket No. 20349]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: April 20, 2022

/s/ Moheen Ahmad
Moheen Ahmad

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 20, 2022, by Moheen Ahmad, proved to me
on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 60816

**<u>Exhibit A</u>**

Exhibit A
Notice Parties FCM Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| PC_012 | Abraham Giménez Jorge | Address on File | | | | | |
| PC_125 | Adriana González Maldonado | Address on File | | | | | |
| PC_076 | Agustín Montañez-Allman, et al | Fredeswin Pérez-Caballero, Pérez-Caballero Law Office | PO Box 723, | | Caguas | PR | 00726-0723 |
| PC_116 | Alan Alexis Gutiérrez | Address on File | | | | | |
| PC_034 | Alexis Acevedo López | Address on File | | | | | |
| PC_124 | Álvarez-Valentín | Address on File | | | | | |
| PC_019 | Andrés M Rivera Sabat | Address on File | | | | | |
| PC_007 | Anitlles Insurance Co. | Lcda. Moraima S. Ríos Robles, Lcda. Yamilette Vega Mota | ARROYO & RÍOS LAW OFFICES, P.S.C. | PMB 688 1353 Ave. Luis Vigoreaux | Guaynabo | PR | 00966 |
| PC_018 | Arlene López Rodríguez | Address on File | | | | | |
| PC_018 | Arlene López Rodríguez | Address on File | | | | | |
| PC_138 | ASG | RÍOS ESCRIBANO, ARTURO OTLAHUI | ARTURO OTLAHUI PO BOX 3007 | PO BOX 3007 | GUAYNABO | PR | 00970-3007 |
| PC_057 | Assured Guaranty | Heriberto J. Burgos-Perez | Casellas Alcover & Burgos PSC | PO Box 364924 | San Juan | PR | 00936-4924 |
| PC_057 | Assured Guaranty | Roberto A. Camara-Fuertes | Ferraiuoli LLC | PO Box 195168 | San Juan | PR | 00919-5168 |
| PC_057 | Assured Guaranty | Mark C. Ellenberg | Cadwalader Wickersham & Taft LLP | 700 6th St, NW | Washington | DC | 20001 |
| PC_057 | Assured Guaranty | Howard Robert Hawkins, Jr. | Cadwalader Wickersham & Taft LLP | 200 Liberty St | New York | NY | 10281-0000 |
| PC_057 | Assured Guaranty | Diana Perez-Seda | Casellas Alcover & Burgos PSC | 208 Ponce de Leon Ave Ste 1133 | San Juan | | 00918 |
| PCID_098 | Assured Guaranty, et al | Heriberto J. Burgos-Perez | Casellas Alcover & Burgos PSC | PO Box 364924 | San Juan | PR | 00936-4924 |
| PCID_098 | Assured Guaranty, et al | Roberto A. Camara Fuertes | Ferraiuoli LLC | PO Box 195168 | San Juan | PR | 00919-5168 |
| PCID_098 | Assured Guaranty, et al | Mark C. Ellenberg | Cadwalader Wickersham & Taft LLP | 700 6th St, NW | Washington | DC | 20001 |
| PCID_098 | Assured Guaranty, et al | Howard Robert Hawkins, Jr. | Cadwalader Wickersham & Taft LLP | 200 Liberty St | New York | NY | 10281-0000 |
| PCID_098 | Assured Guaranty, et al | Diana Perez-Seda | Casellas Alcover & Burgos PSC | 208 Ponce de Leon Ave Ste 1133 | San Juan | | 00918 |
| PCID_039 | Augusto González Beauchamp | Address on File | | | | | |
| PC_071 | Betzaida Falcon-Andino | Address on File | | | | | |
| PC_142 | Cal One Enterprises | RODRÍGUEZ TORRES CHRISTIAN | 1250 AVENIDA PONCE DE LEÓN EDIFICIO SAN JOSÉ, STE. 805 SERGIO CUEVAS BUSTAMANTE | | San Juan | PR | 00907 |
| PC_036 | Carlos Aguilar Acevedo | Address on File | | | | | |
| PC_036 | Carlos Aguilar Acevedo | Address on File | | | | | |
| PC_036 | Carlos Aguilar Acevedo | Address on File | | | | | |
| PC_013 | Carlos E. Placer Román | Address on File | | | | | |
| PC_025 | Carlos M. Román y otros | Address on File | | | | | |
| PC_025 | Carlos M. Román y otros | Address on File | | | | | |
| PC_025 | Carlos M. Román y otros | Address on File | | | | | |
| PC_102 | Carlos Palacios | Address on File | | | | | |
| PC_004 | Castro Business Enterprises, Inc. | Lcdo. Yusif Mafuz Blanco RUA Núm. 3838 | Urb. Ocean Park | 2013 Calle Cacique | San Juan | PR | 00911 |
| PC_004 | Castro Business Enterprises, Inc. | Lcdo. Ramón L. Rosario Cortés | RUA Núm. 17224 P.O. Box 19586 | | San Juan | PR | 00910 |
| PC_107 | Christian Colón | Address on File | | | | | |
| PC_107 | Christian Colón | Address on File | | | | | |
| PC_107 | Christian Colón | Address on File | | | | | |
| PC_119 | Christian-Alvarado | Address on File | | | | | |
| PC_119 | Christian-Alvarado | Address on File | | | | | |
| PC_119 | Christian-Alvarado | Address on File | | | | | |
| PC_119 | Christian-Alvarado | Address on File | | | | | |
| PC_024 | Christopher Feliciano Feliciano | Address on File | | | | | |
| PC_121 | Colón-Cortés | Vanessa Colón-Cortés | Calle F, Núm. 14, Parcelas Amadeo, | | Vega Baja | PR | 00693 |
| PC_121 | Colón-Cortés | Luz Ivette Burgos-Santos, | 1135 Iturregui Plaza Ste. 206B, | | San Juan | PR | 00924 |
| PC_099 | Comisionado de Seguros | Lcdo. Juan Garay Massey | PMB 347 | 5900 Ave. Isla Verde L-2 | Carolina | PR | 00979-4901 |
| PC_099 | Comisionado de Seguros | Condominio Torre de Cibeles II | 592 Ave. César González | | San Juan | PR | 00918 |
| PC_099 | Comisionado de Seguros | Lcda. Evelyn A. De Jesús Rodríguez | 1314 W Sligh Ave Unit 105 | | Tampa | FL | 33604 |
| PC_099 | Comisionado de Seguros | Lcda. Wilma Rosario Rodríguez | PO Box 270043 | | San Juan | PR | 00928-0043 |
| PC_099 | Comisionado de Seguros | Lcdo. Carlos Rodríguez Vidal | PO Box 70364 | | San Juan | PR | 00936-8364 |
| PC_099 | Comisionado de Seguros | Lcdo. Samuel Torres Cortés | PO Box 335072 | | San Juan | PR | 00733-5072 |
| PC_005 | Corporación Marcaribe Investment y Vicente Pérez Acevedo | Sr. Vicente Pérez Acevedo | 15 Dickson Ln | | Weston | MA | 02493 |
| PC_005 | Corporación Marcaribe Investment y Vicente Pérez Acevedo | Lcdo. José Pérez Ramírez RUA Núm 4542 | P.O. Box 363526 | | San Juan | PR | 00936-3526 |
| PC_005 | Corporación Marcaribe Investment y Vicente Pérez Acevedo | Lcdo. Jesús M. Díaz Rivera RAU Núm. 7209 | P.O. Box 194645 | | San Juan | PR | 00919-4645 |
| PC_064 | Diomedes Jimenez-Tapia, et al | PO Box 10000 PMB # 119, | | | Canóvanas | PR | 00729 |
| PC_064 | Diomedes Jimenez-Tapia, et al | Eurípides Del Villar-Rosario and Diómedes Jimenez-Tapia | P.O. Box 363585 | | San Juan | PR | 00936-3585 |
| PC_064 | Diomedes Jimenez-Tapia, et al | Jose M. Albandoz-Rodriguez | PO Box 10000 PMB # 119 | | Canóvanas | PR | 00729 |
| PC_091 | Dr. Enrique Vazquez-Quintana | Address on File | | | | | |
| PC_103 | Edgardo Acevedo Bayón | Address on File | | | | | |
| PC_103 | Edwin García | Address on File | | | | | |
| PC_061 | Elba Falto-de Roman | Address on File | | | | | |
| PCID_041 | Eliezer Santana Báez | Address on File | | | | | |
| PC_068 | Elizaida Rivera-Carrasquillo, et al | Address on File | | | | | |
| PC_043 | Emmanuel E. Huertas León | Address on File | | | | | |
| PC_043 | Emmanuel E. Huertas León | Address on File | | | | | |
| PC_043 | Emmanuel E. Huertas León | Address on File | | | | | |
| PC_133 | Estrada Maisonet | Address on File | | | | | |
| PC_055 | Falcon-Andino | Address on File | | | | | |
| PC_069 | Frances Abella-Padilla, et al | Address on File | | | | | |
| PC_009 | Francisco Beltrán Cintron y otros | Address on File | | | | | |
| PC_009 | Francisco Beltrán Cintron y otros | Address on File | | | | | |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 1 of 3

Exhibit A

Notice Parties FCM Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| PC_111 | Francisco Hernández Rosario | Address on File | | | | | |
| PC_044 | Francisco Valdes Pérez | Address on File | | | | | |
| PC_030 | Fundación Biblioteca Rafael Hernández Colón | Address on File | | | | | |
| PC_030 | Fundación Biblioteca Rafael Hernández Colón | Address on File | | | | | |
| PC_123 | Grajales-Domenech | Address on File | | | | | |
| PC_123 | Grajales-Domenech | Address on File | | | | | |
| PC_063 | Guy Sanchez, et al | Address on File | | | | | |
| PC_146 | Héctor Román Ortiz | Address on File | | | | | |
| PC_117 | Henry Alvelo | Address on File | | | | | |
| PC_090 | Heriberto Nieves-Dominguez | Address on File | | | | | |
| PC_134 | Hernández Torres | Address on File | | | | | |
| PC_115 | Irving De Jesús | Address on File | | | | | |
| PC_088 | Ivan Colon-Perez, et al | Address on File | | | | | |
| PC_083 | Jaime A. Diaz-O'Neill | Address on File | | | | | |
| PC_070 | Janice Torres-Torres, et al | Address on File | | | | | |
| PC_065 | Javier E. Mandry-Mercado, et al | Address on File | | | | | |
| PC_148 | Jean Marie Rivera Gonzalez | Address on File | | | | | |
| PC_086 | Jesus Castro-Cruz | Address on File | | | | | |
| PC_118 | Jetstream Fed. Credit Union | Address on File | | | | | |
| PC_118 | Jetstream Fed. Credit Union | Address on File | | | | | |
| PC_136 | Jiménez Rodríguez | Address on File | | | | | |
| PC_011 | Jimmy Borrero Costas y otros | Address on File | | | | | |
| PC_100 | JKJ Rest & Bar, Juan Hernández | Lcdo. Michael Corona Muñoz | 110 Calle Borinquen | Suite 4-1 | Trujillo Alto | PR | 00976 |
| PC_016 | Joel Vega Cotto | Address on File | | | | | |
| PC_114 | John Acevedo | Address on File | | | | | |
| PC_020 | John Fábregas Lamberty | Address on File | | | | | |
| PC_050 | Johnson | Address on File | | | | | |
| PC_054 | Johnson | Address on File | | | | | |
| PC_022 | Jorge Pérez Adorno | Address on File | | | | | |
| PC_008 | José A. Rivera Soto | Address on File | | | | | |
| PC_096 | José Colón Castillo | Address on File | | | | | |
| PC_077 | Jose E. Perez-Reisler | Address on File | | | | | |
| PC_001 | Jose Juan Medina Oliveras y otros | Address on File | | | | | |
| PC_046 | José Serrano Ortiz | Address on File | | | | | |
| PC_093 | Jose Valentin-Marrero, et al | Address on File | | | | | |
| PC_095 | Julio Ortiz-Resto, et al | Address on File | | | | | |
| PC_027 | Karen Odalys Fuentes Rivera | Address on File | | | | | |
| PC_027 | Karen Odalys Fuentes Rivera | Address on File | | | | | |
| PC_027 | Karen Odalys Fuentes Rivera | Address on File | | | | | |
| PC_021 | Ledesma & Rodríguez | Address on File | | | | | |
| PC_021 | Ledesma & Rodríguez | Address on File | | | | | |
| PC_045 | Leslie Rey Ortiz | Address on File | | | | | |
| PC_101 | Lester Rangel | Address on File | | | | | |
| PC_141 | López Cotto | Address on File | | | | | |
| PC_128 | López Medina | Address on File | | | | | |
| PC_041 | Lourdes Amadeo Ocasio, et al. | Address on File | | | | | |
| PC_094 | Luis Alberto Rios-Rodriguez | Address on File | | | | | |
| PC_098 | Luis Cruz Baeza | Address on File | | | | | |
| PC_042 | Luis R. Benitez Avilés | Address on File | | | | | |
| PC_089 | Luz Pizarro-Correa | Address on File | | | | | |
| PC_047 | Maldonado-Cabrera, et al. | Address on File | | | | | |
| PC_053 | Mandry | Address on File | | | | | |
| PC_053 | Mandry | Address on File | | | | | |
| PC_087 | Manuel Gonzalez-Acevedo | Address on File | | | | | |
| PC_033 | Manuel Rivera Muñiz | Address on File | | | | | |
| PC_015 | María Elena Alonso Fuentes | Address on File | | | | | |
| PC_072 | Marylin Bescosa-Noceda, et al | Address on File | | | | | |
| PC_031 | Mejía School Bus | PO Box 360445 | | | San Juan | PR | 00936-0445 |
| PC_031 | Mejía School Bus | PMB 162 | PO Box 7891 | | Guaynabo | PR | 00970-7891 |
| PC_131 | Mercado Jiménez | Address on File | | | | | |
| PC_135 | Michelle Vélez | Address on File | | | | | |
| PC_135 | Michelle Vélez | Address on File | | | | | |
| PC_078 | Miguel Angel Colon-Torres | Address on File | | | | | |
| PC_092 | Nathanael Arroyo-Martinez, et al | Address on File | | | | | |
| PC_110 | Nelson Rivera Rosario | Address on File | | | | | |
| PC_010 | Norberto Tomassini y otros | Address on File | | | | | |
| PC_066 | Obe E. Johnson | Address on File | | | | | |
| PC_130 | Ocasio Figueroa | Address on File | | | | | |
| PC_122 | Ortiz | Address on File | | | | | |
| PC_140 | Ortiz Montalvo | Address on File | | | | | |
| PC_132 | Ortiz Nazario | Address on File | | | | | |

Exhibit A
Notice Parties FCM Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| PC_075 | Pablo Enrique Rosado-Sanchez | Address on File | | | | | |
| PC_056 | Pabon-Ortega | Address on File | | | | | |
| PC_145 | Pagán Berríos | Address on File | | | | | |
| PC_145 | Pagán Berríos | Address on File | | | | | |
| PC_147 | Ponce de Leon | Address on File | | | | | |
| PC_073 | Rafael Pabon-Ortega | Address on File | | | | | |
| PC_080 | Ramon E. Castro | Address on File | | | | | |
| PC_029 | Ramón Meléndez Negrón | Address on File | | | | | |
| PC_023 | Real Legacy Assurance Co | Lcdo. Luis Carrión Tavarez T.S. Núm. 11594 | Carrión Tavárez Law Offices, PSC 650 AVE MUÑOZ RIVERA STE 601 B | | San Juan | PR | 00918 |
| PC_120 | Ricardo Caballero Auto, Corp. | José J. Lugo-Toro, Esq. | 400 Calle Calaf | PMB 171 | San Juan | PR | 00918 |
| PC_120 | Ricardo Caballero Auto, Corp. | Ricardo Caballero, Resident Agent, P.O. Box 578, | | | Barranquitas | PR | 00794 |
| PC_048 | Rios-Rodriguez | Address on File | | | | | |
| PC_127 | Rivera Bermúdez | Address on File | | | | | |
| PC_067 | Robert Anel Diaz-Morales | Address on File | | | | | |
| PC_062 | Roberto Cano-Rodriguez | Address on File | | | | | |
| PC_139 | Román Santiago | Address on File | | | | | |
| PC_144 | Roque Mena | Address on File | | | | | |
| PC_149 | Rosa Lydia Velez | Address on File | | | | | |
| PC_058 | Rosado-Sanchez | Address on File | | | | | |
| PC_097 | Roy Rodríguez | Address on File | | | | | |
| PC_052 | Ruiz-Romero | Address on File | | | | | |
| PC_017 | Sandra E. Rosa Rodríguez | Address on File | | | | | |
| PC_002 | SM Electrical Contractors, SE | Lcdo. Ángel F. Cabán Bermúdez RUA Núm. 13867 | P.O. Box 192164 | | San Juan | PR | 00919-2164 |
| PC_002 | SM Electrical Contractors, SE | Lcdo. Javier J. Díaz Rivera RUA Núm. 19282 | 124 Isabel Andreu Aguilar | | San Juan | PR | 00918 |
| PC_003 | Sucesión Agustín Rodríguez | Address on File | | | | | |
| PC_014 | Sucesión José Antonio Méndez López | Address on File | | | | | |
| PC_006 | Sucesión Salvador  Mandry Nones | Address on File | | | | | |
| PC_129 | Teniente Miguel González Rodríguez | Address on File | | | | | |
| PC_040 | Teniente Samuel Rivera Carillo | Address on File | | | | | |
| PC_079 | U.S. | Linda Backiel | C. Sierra Morena PMB 597 | | San Juan | PR | 00926-5583 |
| PC_112 | Universal | Lcdo. Luis A. Carrión Tavárez | 650 Ave, Muñoz Rivera | Suite 601-B | San Juan | PR | 00918 |
| PC_085 | Victor J. Salgado & Associates, Inc. et al | Damian R. LaPlaca | 263 Domenech Avenue | | San Juan | PR | 00918 |
| PC_039 | WPR Venture, LLC | Loda. Irmarie Rivera Miranda Lcdo. Alberto Rodríguez Ramos | Edge Legal, LLC 252 Ave. Ponce De León Citibank Tower, Suite 1200 | | San Juan | PR | 00918 |
| PC_081 | Yashei Rosado, et al | Address on File | | | | | |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 3 of 3

## **Exhibit B**

Exhibit B

Notice Parties Email Service List

Served via email

| MMLID | NAME | Email |
|---|---|---|
| PC_012 | Abraham Giménez Jorge | Email Adress on File |
| PC_125 | Adriana González Maldonado | Email Adress on File |
| PC_076 | Agustin Montañez-Allman, et al | Email Adress on File |
| PC_124 | Álvarez-Valentín | Email Adress on File |
| PC_019 | Andrés M Rivera Sabat | Email Adress on File |
| PC_007 | Antilles Insurance Co. | mrios@arroyorioslaw.com; yvega@arroyorioslaw.com |
| PC_018 | Arlene López Rodríguez | Email Adress on File |
| PC_138 | ASG | ariosescribano@gmail.com |
| PCID_039 | Augusto González Beauchamp | Email Adress on File |
| PC_142 | Cal One Enterprises | crodriguez@rnclawpr.com |
| PC_036 | Carlos Aguilar Acevedo | Email Adress on File |
| PC_036 | Carlos Aguilar Acevedo | Email Adress on File |
| PC_013 | Carlos E. Placer Román | Email Adress on File |
| PC_025 | Carlos M. Román y otros | Email Adress on File |
| PC_004 | Castro Business Enterprises, Inc. | E.mail: mafuzblanco@gmail.com |
| PC_004 | Castro Business Enterprises, Inc. | rosario@prlegaladvisers.com rosario@prlegal1403.com ramonlrosario@gmail.com |
| PC_119 | Christian-Alvarado | Email Adress on File |
| PC_024 | Christopher Feliciano Feliciano | Email Adress on File |
| PC_121 | Colón-Cortés | Email Adress on File |
| PC_005 | Corporación Marcaribe Investment y Vicente Pérez Acevedo | lcdo.perezramirezgmail.com |
| PC_005 | Corporación Marcaribe Investment y Vicente Pérez Acevedo | licjesusdiaz@hotmail.com |
| PC_005 | Corporación Marcaribe Investment y Vicente Pérez Acevedo | perezacevedovicente@gmail.com |
| PC_032 | Edgardo Acevedo Bayón | Email Adress on File |
| PC_061 | Elba Falto-de Roman | Email Adress on File |
| PC_068 | Elizaida Rivera-Carrasquillo, et al | Email Adress on File |
| PC_043 | Emmanuel E. Huertas León | Email Adress on File |
| PC_133 | Estrada Maisonet | Email Adress on File |
| PC_069 | Frances Abella-Padilla, et al | Email Adress on File |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)                    Page 1 of 4

Exhibit B

Notice Parties Email Service List

Served via email

| MMLID | NAME | Email |
|---|---|---|
| PC_009 | Francisco Beltrán Cintron y otros | Email Adress on File |
| PC_009 | Francisco Beltrán Cintron y otros | Email Adress on File |
| PC_111 | Francisco Hernández Rosario | Email Adress on File |
| PC_044 | Francisco Váldes Pérez | Email Adress on File |
| PC_030 | Fundación Biblioteca Rafael Hernández Colón | Email Adress on File |
| PC_123 | Grajales-Domenech | Email Adress on File |
| PC_063 | Guy Sanchez, et al | Email Adress on File |
| PC_146 | Héctor Román Ortiz | Email Adress on File |
| PC_090 | Heriberto Nieves-Dominguez | Email Adress on File |
| PC_134 | Hernández Torres | Email Adress on File |
| PC_088 | Ivan Colon-Perez, et al | Email Adress on File |
| PC_082 | Jaime A. Diaz-O'Neill | Email Adress on File |
| PC_083 | Jaime A. Diaz-O'Neill | Email Adress on File |
| PC_070 | Janice Torres-Torres, et al | Email Adress on File |
| PCID_049 | Javier Pantojas Marrero | Email Adress on File |
| PC_148 | Jean Marie Rivera Gonzalez | Email Adress on File |
| PC_086 | Jesus Castro-Cruz | Email Adress on File |
| PC_118 | Jetstream Fed. Credit Union | Email Adress on File |
| PC_011 | Jimmy Borrero Costas y otros | Email Adress on File |
| PC_016 | Joel Vega Cotto | Email Adress on File |
| PC_020 | John Fábregas Lamberty | Email Adress on File |
| PC_022 | Jorge Pérez Adorno | Email Adress on File |
| PC_008 | José A. Rivera Soto | Email Adress on File |
| PC_077 | Jose E. Perez-Reisler | Email Adress on File |
| PC_001 | Jose Juan Medina Oliveras y otros | Email Adress on File |
| PC_046 | José Serrano Ortiz | Email Adress on File |
| PC_093 | Jose Valentin-Marrero, et al | Email Adress on File |
| PC_027 | Karen Odalys Fuentes Rivera | Email Adress on File |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit B

Notice Parties Email Service List

Served via email

| MMLID | NAME | Email |
|---|---|---|
| PC_027 | Karen Odalys Fuentes Rivera | Email Adress on File |
| PC_027 | Laurentino Medina | Email Adress on File |
| PC_021 | Ledesma & Rodríguez | Email Adress on File |
| PC_021 | Ledesma & Rodríguez | Email Adress on File |
| PC_045 | Leslie Rey Ortiz | Email Adress on File |
| PC_141 | López Cotto | Email Adress on File |
| PC_128 | López Medina | Email Adress on File |
| PC_041 | Lourdes Amadeo Ocasio, et al. | Email Adress on File |
| PC_042 | Luis R. Benítez Avilés | Email Adress on File |
| PC_089 | Luz Pizarro-Correa | Email Adress on File |
| PC_047 | Maldonado-Cabrera, et al. | Email Adress on File |
| PC_087 | Manuel Gonzalez-Acevedo | Email Adress on File |
| PC_033 | Manuel Rivera Muñiz | Email Adress on File |
| PC_015 | María Elena Alonso Fuentes | Email Adress on File |
| PC_072 | Marylin Besosa-Noceda, et al | Email Adress on File |
| PC_031 | Mejía School Bus | carcabgar@yahoo.com |
| PC_031 | Mejía School Bus | aranceles8@gmail.com |
| PC_137 | Meléndez Ramos | Email Adress on File |
| PC_131 | Mercado Jiménez | Email Adress on File |
| PC_135 | Michelle Vélez | Email Adress on File |
| PC_078 | Miguel Angel Colon-Torres | Email Adress on File |
| PC_092 | Nathanael Arroyo-Martinez, et al | Email Adress on File |
| PC_110 | Nelson Rivera Rosario | Email Adress on File |
| PC_010 | Norberto Tomassini y otros | Email Adress on File |
| PC_130 | Ocasio Figueroa | Email Adress on File |
| PC_132 | Ortiz Nazario | Email Adress on File |
| PC_145 | Pagán Berríos | Email Adress on File |

Exhibit B

Notice Parties Email Service List

Served via email

| MMLID | NAME | Email |
|-------|------|-------|
| PC_145 | Pagán Berríos | Email Adress on File |
| PC_147 | Ponce de Leon | lcdoperezgonzalez@hotmail.com |
| PC_029 | Ramón Meléndez Negrón | Email Adress on File |
| PC_023 | Real Legacy Assurance Co | lcarrion@carriontavarez.com |
| PC_120 | Ricardo Caballero Auto, Corp. | lugotoro@jjlugotoro.com |
| PC_127 | Rivera Bermúdez | Email Adress on File |
| PC_067 | Robert Anel Diaz-Morales | Email Adress on File |
| PC_062 | Roberto Cano-Rodriguez | Email Adress on File |
| PC_139 | Román Santiago | Email Adress on File |
| PC_144 | Roque Mena | Email Adress on File |
| PC_149 | Rosa Lydia Velez | Email Adress on File |
| PC_017 | Sandra E. Rosa Rodríguez | Email Adress on File |
| PC_002 | SM Electrical Contractors, SE | jdiaz@vrglawpr.com |
| PC_003 | Sucesión Agustín Rodríguez | Email Adress on File |
| PC_006 | Sucesión Salvador  Mandry Nones | Email Adress on File |
| PC_129 | Teniente Miguel González Rodríguez | Email Adress on File |
| PC_040 | Teniente Samuel Rivera Carillo | Email Adress on File |
| PC_084 | Victor J. Salgado & Associates, Inc. et al | damian.laplaca@gmail.com |
| PC_085 | Victor J. Salgado & Associates, Inc. et al | damian.laplaca@gmail.com |
| PC_039 | WPR Venture, LLC | arr@edgelegalpr.com<br>irivera@edgelegalpr.com<br>irmirandalaw@gmail.com |
| PC_081 | Yashei Rosado, et al | Email Adress on File |
| PC_004 | Zell Martínez Ruiz | Email Adress on File |