**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

                     Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**CERTIFICATE OF SERVICE**

I, Christine Porter, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"),[2] the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On April 1, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of (A) Entry of Order Confirming Modified Eighth Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al. Pursuant to Title III of PROMESA and (B) Occurrence of the Effective Date [Docket No. 20349]

*[Remainder of page left blank intentionally]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: April 11, 2022

*/s/ Christine Porter*
Christine Porter

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 11, 2022, by Christine Porter, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

**<u>Exhibit A</u>**

Exhibit A
Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 25080 | ANGEL CRUZ RIVERA | Address on File | | | | | | |
| 36792 | ASOCIACIÓN DE SALUD PRIMARIA DE PR | LCDO. RAUL TIRADO MENENDEZ | PO BOX 1251 | | | CAGUAS | PR | 00726 |
| 43989 | BANCO BILBAO VIZCAYA | AREA DE OPERACION CENTRALIZADAS | 120 CENTRO IND MINILLAS CARR 174 | | | BAYAMON | PR | 00959 |
| 617334 | BANCO BILBAO VIZCAYA | EDIF CAPITAL CENTER TORRE SUR | AVE ARTERIAL SUITE 303 | | | SAN JUAN | PR | 00918-1475 |
| 43990 | BANCO BILBAO VIZCAYA | I VAN APONTE FIGUEROA | 650 Plaza Building Suite 502 | 650 Ave. Muñoz Rivera | | San Juan | PR | 00918 |
| 43991 | BANCO BILBAO VIZCAYA | LCDO. IVAN APONTE FIGUEROA | 650 PLAZA STE 204 | 650 AVENIDA MUÑOZ RIVERA | | SAN JUAN | PR | 00918 |
| 43992 | BANCO BILBAO VIZCAYA | LUIS A. CARRIÓN TAVÁREZ E IVÁN APONTE FIGUEROA | 650 Plaza | Suite 204 | 650 Ave. Muñoz Rivera | San Juan | PR | 00918 |
| 43993 | BANCO BILBAO VIZCAYA | P O BOX 364745 | SUC PONCE LAS AMERICAS | | | SAN JUAN | PR | 00936-4745 |
| 74360 | CARMELO RUIZ DELGADO | Address on File | | | | | | |
| 104928 | COOPERATIVA | LCDO. ARMANDO FRANCESCHI FIGUEROA | B-5 CALLE | TABONUCO | SUITE 216 PMB 360 | GUAYNABO | PR | 00968-3029 |
| 134994 | DEPARTAMENTO DE SALUD | Centro Inmunología Oficina de Finanzas | PO BOX 70184 | | | SAN JUAN | PR | 00936-0000 |
| 134995 | DEPARTAMENTO DE SALUD | COMISION PARA PREVENCION DEL SUICIDIO | PO BOX 70184 | | | SAN JUAN | PR | 00936-0184 |
| 134996 | DEPARTAMENTO DE SALUD | EDWIN RIVERA CINTRON | PO BOX 1098 | | | LAS PIEDRAS | PR | 00771 |
| 134997 | DEPARTAMENTO DE SALUD | HOSPITAL UNIVERSITARIO ADULTO | PO BOX 2116 | | | SAN JUAN | PR | 00922-2116 |
| 134998 | DEPARTAMENTO DE SALUD | LCDO. FERNANADO PÉREZ DEL VALLE | Cond. Santa Mónica Calle Krug #73 Apt. 4B | | | SAN JUAN | PR | 00911 |
| 134999 | DEPARTAMENTO DE SALUD | LCDO. HERMÁN G. COLBERG GUERRA | Banco Popular Center Ave. | Ponce de León #208 Piso 19 | | SAN JUAN | PR | 00918 |
| 135000 | DEPARTAMENTO DE SALUD | LCDO. WILMER MORALES FONSECA | PO Box 79552 | | | CAROLINA | PR | 00984-9552 |
| 135001 | DEPARTAMENTO DE SALUD | PO BOX 70184 | | | | SAN JUAN | PR | 00936 |
| 135002 | DEPARTAMENTO DE SALUD | PO BOX 2116 | | | | SAN JUAN | PR | 00922-2116 |
| 842745 | DEPARTAMENTO DE SALUD | PO BOX 70184 | | | | SAN JUAN | PR | 00936-0184 |
| 135003 | DEPARTAMENTO DE SALUD | PO BOX 917 | | | | PONCE | PR | 00731 |
| 135004 | DEPARTAMENTO DE SALUD | PROGRAMA DE SALUD AMBIENTAL | 917 AVE TITO CASTRO | | | PONCE | PR | 00731 |
| 135005 | DEPARTAMENTO DE SALUD | PROGRAMA DE SALUD AMBIENTAL | PO BOX 70184 | | | SAN JUAN | PR | 00936-0000 |
| 135006 | DEPARTAMENTO DE SALUD | S.A.R.A.F.S.-Oficina de Finanzas | | | | SAN JUAN | PR | 00936-0000 |
| 135007 | DEPARTAMENTO DE SALUD | SANTA JUANITA | 100 AVE LAUREL | | | BAYAMON | PR | 00956 |
| 135008 | DEPARTAMENTO DE SALUD | SECRETARIA AUXILIAR SALUD AMBIENTAL | OFIC DE FINANZAS | PO BOX 70184 | | SAN JUAN | PR | 00936 |
| 151414 | ELIEZER SANTANA BAEZ | Address on File | | | | | | |
| 151415 | ELIEZER SANTANA BAEZ | Address on File | | | | | | |
| 151416 | ELIEZER SANTANA BAEZ | Address on File | | | | | | |
| 151417 | ELIEZER SANTANA BAEZ | Address on File | | | | | | |
| 151418 | ELIEZER SANTANA BAEZ | Address on File | | | | | | |
| 151421 | ELIEZER SANTANA BAEZ | Address on File | | | | | | |
| 243748 | JORGE FIGUEROA GARRIGA | Address on File | | | | | | |
| 243749 | JORGE FIGUEROA GARRIGA | Address on File | | | | | | |
| 256150 | JULIO LASSUS RUIZ | Address on File | | | | | | |
| 295185 | MAPFRE | LCDO. LUIS RIVERA MARTÍNEZ | RR 17 Box 11358 | | | SAN JUAN | PR | 00926-9499 |
| 295186 | MAPFRE | MARIA RODRIGUEZ MIRANDA | PO Box 365072 | | | SAN JUAN | PR | 00936-5072 |
| 295187 | MAPFRE | PO BOX 609 | | | | AGUADA | PR | 00602 |
| 295240 | MAPFRE PREFERRED RISK INS. | LCDA. MARIA CELESTE RODRIGUEZ MIRANDA | PO BOX 365072 | | | SAN JUAN | PR | 00936-5072 |
| 337255 | MMM Healthcare, Inc. | 50 Chardón AvenueSuite 500 | Torre Chardón | | | San Juan | PR | 00918-2137 |
| 337256 | MMM Healthcare, Inc. | Attn: Carlos Vivaldi, Vice President | Torre Chardon - Suite 500 | 350 Chardon Ave. | | San Juan | PR | 00918 |
| 337257 | MMM Healthcare, Inc. | Attn: Orlando Gonzalez, President | Torre Chardon - Suite 500 | 350 Chardon Ave. | | San Juan | PR | 00918 |
| 350705 | MUNICIPIO DE MAYAGUEZ | 250 PONCE DE LEON AVE. SAN JUAN | | | | MAYAGUEZ | PR | 00681-0447 |
| 770748 | MUNICIPIO DE MAYAGUEZ | LCDO. JOSÉ CLEMENTE GONZÁLEZ | LCDO. JOSÉ CLEMENTE GONZÁLEZ ORTIZ CALLE | SANTIAGO R. PALMER #13 OESTE | | MAYAGUEZ | PR | 680 |
| 350707 | MUNICIPIO DE MAYAGUEZ | LCDO. YAMIL J. AYALA CRUZ | LCDO. YAMIL J. AYALA CRUZ PO BOX 363767 | | | SAN JUAN | PR | 00936-3767 |
| 350708 | MUNICIPIO DE MAYAGUEZ | OFICINA ASUNTOS DE LA VEJEZ | PO BOX 50063 | | | SAN JUAN | PR | 00902 |
| 350709 | MUNICIPIO DE MAYAGUEZ | P O BOX 447 | | | | MAYAGôEZ | PR | 00681 |
| 350710 | MUNICIPIO DE MAYAGUEZ | PO BOX 447 | | | | MAYAGUEZ | PR | 00681 |
| 350711 | MUNICIPIO DE MAYAGUEZ | PO BOX 945 | | | | MAYAGUEZ | PR | 00681 |
| 1473512 | Perez-Soto, Enid | Address on File | | | | | | |

Exhibit A
Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 414922 | PRUDENCIO ACEVEDO AROCHO | Address on File | | | | | | |
| 431996 | REINALDO ORTIZ FLORES | Address on File | | | | | | |
| 744237 | REINALDO ORTIZ FLORES | Address on File | | | | | | |
| 432137 | RELIABLE FINANCIAL SERVICES | DANIEL CACHO | URB | PUERTO NUEVO | 610 AVE DE DIEGO | SAN JUAN | PR | 00920 |
| 432138 | RELIABLE FINANCIAL SERVICES | LCDA. LILIANA RODRIGUEZ RIVERA | PO BOX 21382 | | | SAN JUAN | PR | 00928 |
| 432139 | RELIABLE FINANCIAL SERVICES | LCDA. LILIANA RODRÍGUEZ RIVERA | PO BOX 21382 | | | SAN JUAN | PR | 00928-1382 |
| 432140 | RELIABLE FINANCIAL SERVICES | LCDO. IVAN APONTE FIGUEROA | 650 PLAZA | SUITE 204 650 AVENIDA MUÑOZ RIVERA | | SAN JUAN | PR | 00918 |
| 432141 | RELIABLE FINANCIAL SERVICES | LCDO. LUIS R. RIVERA MARTINEZ | PO BOX 11358 | | | SAN JUAN | PR | 00926 |
| 432142 | RELIABLE FINANCIAL SERVICES | LCDO. LUIS RIVERA MARTINEZ | RR17 BOX 11358 | | | SAN JUAN | PR | 00926-9499 |
| 432143 | RELIABLE FINANCIAL SERVICES | LCDO. LUIS RIVERA MARTÍNEZ | RR 17 BOX 11358 | | | SAN JUAN | PR | 00926-9499 |
| 432144 | RELIABLE FINANCIAL SERVICES | LCDO. LUIS RIVERA MARTÍNEZ | R.R. 66 BOX 11358 | | | SAN JUAN | PR | 00926 |
| 432145 | RELIABLE FINANCIAL SERVICES | LIC. ANNETTE PRATS PALEN | 1509 LOPEZ LANDRON PISO 10 | | | SAN JUAN | PR | 00911 |
| 432146 | RELIABLE FINANCIAL SERVICES | LIC. KILMARY MALDONADO PEREZ | PO BOX 11155 | | | SAN JUAN | PR | 00922-1155 |
| 432147 | RELIABLE FINANCIAL SERVICES | LIC. LILIANA RODRIGUEZ RIVERA | PO BOX 21382 | | | SAN JUAN | PR | 00928 |
| 432149 | RELIABLE FINANCIAL SERVICES | LIC. LUIS RIVERA MARTINEZ | 24 Angel L Ortiz Paradise | | | CAGUAS | PR | 00725 |
| 432148 | RELIABLE FINANCIAL SERVICES | LIC. LUIS RIVERA MARTINEZ | RR6 BOX 11358 | | | SAN JUAN | PR | 00926 |
| 432150 | RELIABLE FINANCIAL SERVICES | LUIS A. CARRIÓN TAVÁREZ E IVÁN APONTE FIGUEROA | 650 Plaza | Suite 204 | 650 Ave. Muñoz Rivera | San Juan | PR | 00918 |
| 432151 | RELIABLE FINANCIAL SERVICES | LUIS R. RIVERA MARTÍNEZ | RR6 BOX 11358 | | | SAN JUAN | PR | 00926 |
| 560021 | TOYOTA CREDIT | LUIS CARRION | 650 Plaza Building Suite 502 | 650 Ave. Muñoz Rivera | | San Juan | PR | 00918 |
| 562686 | UNIVERSAL INS. CO. | FRANCIS T. PAGAN | AMERICAN AIRLINES BUILDING PISO 10 | 1509 CALLE LOPEZ LANDRON | | SAN JUAN | PR | 00911 |
| 562687 | UNIVERSAL INS. CO. | IVAN APONTE FIGUEROA | 650 PLAZA BUILDING SUITE 502 | 650 AVE. MUÑOZ RIVERA | | SAN JUAN | PR | 00918 |
| 562688 | UNIVERSAL INS. CO. | KEILA M. ORTEGA CASALS | AMERICAN AIRLINES BUILDING PISO 10 | 1509 CALLE LOPEZ LANDRON | | | PR | 00911 |
| 562689 | UNIVERSAL INS. CO. | KEILA ORTEGA | AMERICAN AIRLINES BUILDING PISO 10 | 1509 CALLE LOPEZ LANDRON | | SAN JUAN | PR | 00911 |
| 562690 | UNIVERSAL INS. CO. | LUIS A. CARRIÓN TAVÁREZ E IVÁN APONTE FIGUEROA | 650 Plaza | Suite 204 | 650 Ave. Muñoz Rivera | San Juan | PR | 00918 |
| 562691 | UNIVERSAL INS. CO. | LUIS CARRION TAVAREZ | 650 Plaza Building Suite 502 | 650 Ave. Muñoz Rivera | | San Juan | PR | 00918 |
| 562692 | UNIVERSAL INS. CO. | LUS CARRION TAVAREZ | 650 Plaza Building Suite 502 | 650 Ave. Muñoz Rivera | | | PR | 00918 |
| 562723 | UNIVERSAL INSURANCE CO | GRISELLE GONZALEZ NEGRON | PO BOX 11155 | | | SAN JUAN | PR | 00922-1155 |
| 562724 | UNIVERSAL INSURANCE CO | IVAN APONTE FIGUEROA | 650 PLAZA BUILDING | SUITE 502 | 650 AVE. MUÑOZ RIVERA | SAN JUAN | PR | 00918 |
| 760128 | UNIVERSAL INSURANCE CO | JOSE J MARRERO MONTIJO | PO BOX 193900 | | | SAN JUAN | PR | 00919-3900 |
| 851044 | UNIVERSAL INSURANCE CO | PO BOX 71338 | | | | SAN JUAN | PR | 00936-8438 |