UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

   Debtors.[1]

-----------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**CERTIFICATE OF SERVICE**

    I, Nicholas Vass, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On April 1, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the ADR Parties Service List attached hereto as **Exhibit A**:

- Notice of Removal of Certain Claims from Administrative Claims Reconciliation and Alternative Dispute Resolution [Docket No. 20480]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: April 7, 2022

*/s/ Nicholas Vass*
Nicholas Vass

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 7, 2022, by Nicholas Vass, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

**Exhibit A**

Exhibit A
ADR Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1946865 | Acevedo Mercado, Luz M. | 8 Calle Andalucia Urb. Doraville | | | | Dorado | PR | 00646 | luzacevedo.21@gmail.com | First Class Mail and Email |
| 1690491 | Acevedo Perez, Julio A. | HC 02 box 8130 | | | | Camuy | PR | 00627 | jaap1217@yahoo.com | First Class Mail and Email |
| 2050369 | Acevedo Roman, Juana E. | 116 Ave. Lulio E. Saavedra | | | | Isabela | PR | 00662 | | First Class Mail |
| 2061890 | Acosta Andujar, Claribel | Calle 3-8-2 Urb. Santa Elena | | | | Sabana Grande | PR | 00637 | | First Class Mail |
| 2027606 | Acosta Cruz, Nancy | P.O. Box 304 | | | | Lajas | PR | 00667 | NATI_GABY123@HOTMAIL.COM | First Class Mail and Email |
| 1635547 | AGOSTO NUNEZ, AWILDA | URB SANTA MARIA | A12 CALLE SANTA ELVIRA | | | TOA BAJA | PR | 00949 | AWILDA1973@YAHOO.COM | First Class Mail and Email |
| 1845734 | ALBINO RIVERA, CINDY | PO BOX 780 | | | | SAN GERMAN | PR | 00683 | | First Class Mail |
| 12372 | ALERS MARQUEZ, NANCY | PO BOX 10007 | SUITE 363 | | | GUAYAMA | PR | 00785 | mamggua.0080@gmail.com | First Class Mail and Email |
| 2035986 | Alicea Nieto, Edmee | PO Box 518 | | | | Anasco | PR | 00610 | | First Class Mail |
| 1914496 | ALLENDE CARRASQUILLO, LYDIA I. | HC 01 BOX 3582 | | | | LOIZA | PR | 00772 | allende_l@de.pr.gov | First Class Mail and Email |
| 1732417 | Almodovar Ortiz, Luisa E. | Urb. San Ramon B-10 | | | | San German | PR | 00683 | encidaalmodovar@yahoo.com | First Class Mail and Email |
| 1824128 | Alvarado Casiano, Elba L | 727 AVE virgilio biaggi | Urb villa Grillasca | | | Ponce | PR | 00717 | elacasi17@gmail.com | First Class Mail and Email |
| 1769681 | Alvarado Hernández, Mario A. | Urbanización Quintas de Coamo | 10 Calle Piscis | | | Coamo | PR | 00769 | malbertoalvarado31@gmail.com | First Class Mail and Email |
| 19915 | ALVAREZ TORRES, CATHERINE | BO OBRERO | 710 CALLE WEBB | | | SAN JUAN | PR | 00915 | boricvacat@hotmail.com | First Class Mail and Email |
| 23726 | ANDINO LAGO, ANGELES DE L | RES. LUIS LLORENS TORRES | EDIF. 22 APT. 448 | | | SANTURCE | PR | 00913 | | First Class Mail |
| 2102355 | Andino Pizarro, Gladys Iris | 372 Aranjuez San Jose | | | | San Juan | PR | 00923 | | First Class Mail |
| 23873 | ANDINO RIVERA, RAMON L. | RR 1 BOX 11652 | | | | TOA ALTA | PR | 00953 | luisramonrivera45@gmail.com | First Class Mail and Email |
| 1594288 | ANDINO TORRES, SHAKYRA | HC 43 BOX 11849 | | | | CAYEY | PR | 00736 | shakyraandino@yahoo.com | First Class Mail and Email |
| 1799700 | Andujar Rodriguez, Rolando | PMB 157 | PO Box 7105 | | | Ponce | PR | 00732 | Jperez2035@gmail.com | First Class Mail and Email |
| 1768929 | AQUINO CANALES, REGINO | RR 6 BOX 9482 | | | | SAN JUAN | PR | 00926 | | First Class Mail |
| 32094 | ARCELAY FIGUEROA, GLADYS | 185 QTAS DEL REY | | | | SAN GERMAN | PR | 00683 | GARCELAY@HOTMAIL.COM | First Class Mail and Email |
| 226003 | ARILL TORRES, IDA | 3 CALLE VALERIANO MUNOZ | | | | SAN LORENZO | PR | 00754 | arillti@de.pr.gov | First Class Mail and Email |
| 1776680 | Arocho Gonzalez, Carmen M. | PO Box 1645 | | | | Moca | PR | 00676 | elsie_goar@hotmail.com | First Class Mail and Email |
| 1930958 | Arocho Vidal, Irma Iris | 11 Calle La Reina | | | | Isabela | PR | 00662 | nel_nieves@yahoo.com | First Class Mail and Email |
| 1600027 | Arroyo Arroyo, Ramona C | Calle C F-7 | Urbanizacion Santa Marta | | | San German | PR | 00683 | ramonaarroyo@ymail.com | First Class Mail and Email |
| 34221 | ARROYO CINTRON, ROBERTO A | URB EL ALAMEIN | # 9 CALLE LEPANTO | | | SAN JUAN | PR | 00926 | cucaida@coqui.net | First Class Mail and Email |
| 1947590 | Aveizaga Bravo, Darma Ivette | HC-1 Box 18549 | | | | Aguadilla | PR | 00603-9363 | diabpro@hotmail.com | First Class Mail and Email |
| 2029765 | Aviles Mendez, Mamerta | c/o Mamerta Aviles Mendez | A-13 Urb. El Convento | | | San German | PR | 00683 | | First Class Mail |
| 2029765 | Aviles Mendez, Mamerta | P. O. Box 936 | | | | San German | PR | 00683 | | First Class Mail |
| 1970439 | Balaquer Irizarry, Emilia | P.O. Box 168 | Carr. K20.1 INT | Bo. Montoso | | Maricao | PR | 00606 | | First Class Mail |
| 1970439 | Balaquer Irizarry, Emilia | PO Box 467 Carr 105. K22.1 INT | | | | Maricao | PR | 00606 | | First Class Mail |
| 2127326 | Barbosa Rivera, Evelyn | HC4 Box 14112 | | | | Moca | PR | 00676 | | First Class Mail |
| 1673210 | Barbosa, Luis Ávila | HC 02 Box 7957 | | | | Camuy | PR | 00627 | Siulaviles@gmail.com | First Class Mail and Email |
| 2109671 | Barrios Mas, Francisco | Calle GEF 10 | Urb. San Antonio | | | Anasco | PR | 00610 | fbarriosmas@hotmail.com | First Class Mail and Email |
| 2037967 | Barrios Mas, Miriam | 127 Urb. Sagrado Corazon | | | | Anasco | PR | 00610 | mbarrios.mas@gmail.com | First Class Mail and Email |
| 2012576 | Beauchamp Gonzalez, Rosa L. | HC-01 Box 3571 | | | | Las Marias | PR | 00670 | rosabeauchamp@hotmail.com | First Class Mail and Email |
| 2005274 | Bello Gonzalez, Miguel A. | 75 Jose Gonzalez | | | | Adjuntas | PR | 00601 | bellomabelle@yahoo.com | First Class Mail and Email |
| 1805801 | Benique Ruiz, Rosa L | HC 56 Box 4679 | | | | Aguada | PR | 00602 | brinque.rosy@gmail.com | First Class Mail and Email |
| 1654098 | Benitez Soto, Rosa E. | 7C-1 Urb. Repto Daguey | | | | Anasco | PR | 00610 | RosaBenitez1953@yahoo.com | First Class Mail and Email |
| 1798241 | Beras Aulet, Carolina | HC 02 BOX 27226 | | | | Cabo Rojo | PR | 00623 | pinksaltwater@hotmail.com | First Class Mail and Email |
| 1938008 | Blanco Rivera, Minerva | PO Box 597 | | | | Barranquitas | PR | 00794 | zidnia@gmail.com | First Class Mail and Email |
| 2060143 | Bonilla Aviles, Lourdes T. | H.C. 61 Box 35420 | | | | Aguada | PR | 00602 | | First Class Mail |
| 1880842 | BONILLA HEREDIA, AMERICO | 2 COND- APT #11 TIBES TOWNHOUSE | | | | PONCE | PR | 00730-2160 | | First Class Mail |
| 2022233 | Bonilla Lorenzo, Monserrate | HC 03 Box 6221 | | | | Rincon | PR | 00677 | eddie.czolo@live.com | First Class Mail and Email |
| 1874878 | Bonilla Mendez, Mary Ann | 90 Calle Barcelo | | | | Anasco | PR | 00610 | maryannbonilla99@gmail.com | First Class Mail and Email |
| 1841665 | Bonilla Rios, Awilda | 64 Calle Giralda | Urb. Sultana | | | Mayaguez | PR | 00680-1435 | awibonvio@hotmail.com | First Class Mail and Email |
| 1952329 | Borreto Porez, Miriam | HC 2 Box 123471 | | | | Moca | PR | 00676 | escudidelasangredejesus23@yahoo.com | First Class Mail and Email |
| 1775839 | Burgos Figueroa, Damaris | G2 C/6 | Urb Rexville | | | Bayamon | PR | 00957-4019 | damarisr.burgos@gmail.com | First Class Mail and Email |
| 1952580 | Busutil Lopez, Everlidis | 75 Jose P. Gonzalez | | | | Adjuntas | PR | 00601 | bellomabelle@yahoo.com | First Class Mail and Email |
| 2095657 | Calvo-Ruiz, Maria Del C. | Urb. Perez Morris | 36 Arecibo St | | | San Juan | PR | 00917 | m.calro2357@gmail.com | First Class Mail and Email |
| 1808762 | Campos, Lydia | PO Box 457 | | | | Guayama | PR | 00785 | | First Class Mail |

## Exhibit A
ADR Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1872069 | Cardel Carbonell, Zulma | Urb. Borinquen | Calle Jose Campeche EE-29 | | | Cabo Rojo | PR | 00623 | | First Class Mail |
| 82857 | CASTILLO RAMOS, AIRIS X | CALLE 4 F-9 | URB. SAN FELIPE | | | ARECIBO | PR | 00612 | xynxol@hotmail.com | First Class Mail and Email |
| 1225112 | CEDENO HERNANDEZ, JAZMAYRA | URB MONTE GRANDE #136 | CALLE DIAMANTE | | | CABO ROJO | PR | 00623 | nair.marti@yahoo.com | First Class Mail and Email |
| 2042188 | Cintron Nermany, Mildred | HC 5 Box 56011 | | | | Aguadilla | PR | 00603 | | First Class Mail |
| 1659100 | Collado Santiago, Sonia | Urb. Valle Verde Calle 2B-21 | | | | San German | PR | 00683 | | First Class Mail |
| 1901202 | Collazo Arce, Gladys | C-13 Calle Orquidea | Urb. Del Carmen | | | Rio Grande | PR | 00745 | | First Class Mail |
| 1590141 | Collazo Mercado, Ramon A | PO Box 216 | | | | Hormigueros | PR | 00660 | ramoncollazo6@gmail.com | First Class Mail and Email |
| 1667566 | COLLAZO OCASIO, ERANIO DE J | PO BOX 1370 | | | | Ciales | PR | 00638 | eraniocollazo@gmail.com | First Class Mail and Email |
| 2016500 | Collazo Rivera, Ana M | Departamento de Educacion | 465 Ave Noel Estrade | | | Isabela | PR | 00662 | colla2041@hotmail.com | First Class Mail and Email |
| 2030897 | Colon Gonzalez, Maribel | P.O. Box 1497 | | | | Arecibo | PR | 00613-1497 | maribelcgg@gmail.com | First Class Mail and Email |
| 1746095 | Colon Roldan, Joel | PO Box 3567 | | | | Aguadilla | PR | 00605 | jcroldan30@gmail.com | First Class Mail and Email |
| 1583761 | Colon Santiago, Angel Luis | HC-05 Box 5335 | | | | Juana Diaz | PR | 00795 | ecolon3813@gmail.com | First Class Mail and Email |
| 2005340 | CORDERO MILAN, AIDA M. | P.O. BOX 4404 | | | | AGUADILLA | PR | 00605 | ACM_4404@HOTMAIL.COM | First Class Mail and Email |
| 1705011 | Cordero Pacheco, Fernando | Alturas Del Cafetal | Calle Gladiola G-9 | | | Yauco | PR | 00698 | mandycp5@yahoo.com; nandycp5@yahoo.com | First Class Mail and Email |
| 2129478 | CORTES MENDEZ, MARIBEL | PO BOX 2540 | | | | SAN GERMAN | PR | 00683 | CORTES-MARIBEL@HOTMAIL.COM | First Class Mail and Email |
| 2016394 | Cortijo Roman, Yolanda | Calle Cortijo 637 Barrio Obrero | | | | Santurce | PR | 00915 | cortijoyolanda@gmail.com | First Class Mail and Email |
| 1089952 | COUTO MARRERO, RUTH | PO BOX 7651 | | | | CAGUAS | PR | 00726 | rcouto@trabago.pr.gov | First Class Mail and Email |
| 638499 | Crespo Hernandez, Dionel | Calle Serafin Mendez #57 | | | | Moca | PR | 00676 | dionelcrespo@gmail.com | First Class Mail and Email |
| 762948 | CRUZ ANDUJAR, VIMARIE | HC 02 BOX 6984 | | | | FLORIDA | PR | 00650 | | First Class Mail |
| 2117040 | CRUZ AYALA, PEDRO J | APARTADO 553 | BO GUADIONA | | | NARANJITO | PR | 00719 | PEDROCRUZAYOLO20@GMAIL.COM | First Class Mail and Email |
| 2027841 | CRUZ CRUZ, EMMA I. | RIO CAGUITAS M-15 RIO HONDO I | | | | BAYAMON | PR | 00961 | EDMARIDIAZ@GMAIL.COM | First Class Mail and Email |
| 1720762 | Cruz Lugo, Carmen L. | 32A Calle Mena, Monte Grande | | | | Cabo Rojo | PR | 00623 | carmen.cruzlugo@yahoo.com | First Class Mail and Email |
| 120258 | CRUZ TROCHE, LUZ E | CALLE10 K-20 | URB LOMA ALTA | | | CAROLINA | PR | 00987 | | First Class Mail |
| 1609835 | CRUZ, MONICA RIVERA | PO BOX 2744 | | | | SAN GERMAN | PR | 00683 | mrivera1013@yahoo.com | First Class Mail and Email |
| 1649576 | Cubas Campos, Benita | Calle Rodolfo Labiosa #15 | Bo. El Seco | | | Mayaguez | PR | 00682 | cuebasb@yahoo.com | First Class Mail and Email |
| 1880588 | Davila, Maria R. | 503 Caney Brisas de Montecasino | | | | Toa Alta | PR | 00953 | m-rosa-8@hotmail.com | First Class Mail and Email |
| 2128886 | de Jesus, Abigail | Christian Rivera Rodriguez | Glenview Gardens | #36 Calle AM | | Ponce | PR | 00730 | joiberjesus@pucpr.edu | First Class Mail and Email |
| 2014309 | de los Angeles Vega Oliveras, Maria | Calle Venus W #27 | | | | Yauco | PR | 00698 | | First Class Mail |
| 1655975 | DEVARIE DE JESUS, MILDRED | PO BOX 3367 | | | | GUAYAMA | PR | 00785 | MILDRED477@GMAIL.COM | First Class Mail and Email |
| 1115225 | DIAZ BAEZ, MARLYN | EXT PARC SABANA ENEAS | 589 CALLE 22 | | | SAN GERMAN | PR | 00683-3760 | | First Class Mail |
| 1175710 | DIAZ BARRETO, CARLA | 40540 CARR 478 | | | | QUEBRADILLAS | PR | 00678 | carlamd80@hotmail.com | First Class Mail and Email |
| 136688 | DIAZ CARRILLO, CARMEN J | COND GRANADA APT 2-C | CALLE COSTA RICA 109 | | | SAN JUAN | PR | 00917-2418 | carmenjdiaz@gmail.com | First Class Mail and Email |
| 1932981 | Diaz Cruz, Edmari | M15 Rio Caguitas | Rio Hondo I | | | Bayamon | PR | 00961 | edmaridiaz@gmail.com | First Class Mail and Email |
| 770207 | DIAZ LOPEZ, ZULEYKA | COND DOS PINOS PLAZA | 833 CALLE LINCE APT 1303 | | | SAN JUAN | PR | 00923 | jprc76@yahoo.com; zulydiaz1880@gmail.com | First Class Mail and Email |
| 2106426 | Diaz Montilvo, Robert | PO Box 4153 | | | | Aguadilla | PR | 00605 | | First Class Mail |
| 1186574 | DIAZ PEREZ, DAISY | PO BOX 1323 | | | | VEGA ALTA | PR | 00692 | daisyddp@yahoo.com | First Class Mail and Email |
| 1732423 | Diaz Perez, Irving | 138 C-Diamante | | | | Cabo Rojo | PR | 00623 | irvingdiaz@hotmail.com | First Class Mail and Email |
| 1974199 | Diez Alvarez, Manuel A. | P.O. Box 775 | | | | Anasco | PR | 00610 | | First Class Mail |
| 2071863 | Doster Melendez, Thomas | I-86 Calle B | Repto. Monte Llano | | | Cayey | PR | 00736 | nicknoel11@hotmail.com | First Class Mail and Email |
| 1601100 | DUCOS RAMOS, WILLIAM A. | HC 33 BOX 3373 | | | | GUANICA | PR | 00623 | | First Class Mail |
| 1601100 | DUCOS RAMOS, WILLIAM A. | 463 7 | | | | Guanica | PR | 00653 | | First Class Mail |
| 1813763 | Dumeng Alers, Wilfredo | 465 Ave. Noel Estrada | | | | Isabela | PR | 00662 | wilfredodumeng@hotmail.com | First Class Mail and Email |
| 1816304 | ENRIQUE TORRES TORRES, TOMAS | HC-1 BOX 11710 | | | | SAN SEBASTION | PR | 00685 | RAMONITAPG@HOTMAIL.COM | First Class Mail and Email |
| 1958465 | ESQUILIN CARRASQUILLO, MONICA MARI | PO BOX 270250 | | | | SAN JUAN | PR | 00928 | esquilincmm@gmail.com | First Class Mail and Email |
| 2049688 | FELICIANO LARACUENTE, EDDIE | P.O. BOX 2187 | | | | MOCA | PR | 00696 | EFLARACUENTE@YAHOO.COM | First Class Mail and Email |
| 1486269 | Feliciano Rivera, Melvin D | D5 C-Las Templadas | Urb. Villas Del Rio | | | Guayanilla | PR | 00656 | melvin.feliciano@familia.pr.gov | First Class Mail and Email |
| 1600182 | Feliciano Rodríguez, Pedro A. | Villas del Cafetal | Calle 2 D-4 | | | Yauco | PR | 00698 | ala.ed@live.com | First Class Mail and Email |

Exhibit A
ADR Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1334449 | FELIX HERNANDEZ, GLADYS | HC 11 BOX 48272 | | | | CAGUAS | PR | 00725 | gladys.felix67@outlook.com | First Class Mail and Email |
| 1890569 | FIGUEROA MENDEZ, EDWIN | BOX 445 | | | | ANASCO | PR | 00610 | | First Class Mail |
| 1917482 | FIGUEROA MORALES, LUZ S | BOX 103 BO. GARROCHALES | | | | GARROCHALES | PR | 00652 | | First Class Mail |
| 2026750 | Figueroa Roldan, Migdalia | HC-01 Box 5720 | | | | Juncos | PR | 00777 | figueroa.migdalia@yahoo.com | First Class Mail and Email |
| 1524957 | Flores Cruz, Leila M. | PO Box 673 | | | | Juncos | PR | 00777 | leilamagaliflores@yahoo.com | First Class Mail and Email |
| 1723220 | Flores Montalvo, Angel Luis | Calle Madrid 120 | La Nueva Salamanca | | | San German | PR | 00683 | jayden.1931ramos@gmail.com | First Class Mail and Email |
| 2034923 | Forestier Ortiz, Julia E. | Urb. Guanajibo Homes | 816 G. Pales Matos | | | Mayaguez | PR | 00682-1162 | forestierjulia@gmail.com | First Class Mail and Email |
| 2051082 | Garcia Garcia, Sandra | 8-Urb. Lirios del Valle | | | | Anasco | PR | 00610-9886 | sandragarciagarcia58@gmail.com | First Class Mail and Email |
| 1993854 | Garcia Garcia, Zaida Rosa | RR 5 Buzon 81 Bo. Pozo Hondo | | | | Anasco | PR | 00610 | zaidagarcia0119@gmail.com | First Class Mail and Email |
| 1668155 | Garcia Rodriguez, Geraldo L. | PO Box 230 | | | | Penuelas | PR | 00624 | hermanos.garcia831@gmail.com | First Class Mail and Email |
| 1857053 | GARCIA RUIZ, BETZAIDA | HC-60 BOX 12753 | | | | AGUADA | PR | 00602 | Betcaidagarciaruiz@gmail.com | First Class Mail and Email |
| 1690527 | GOMEZ GONZALEZ, LUCIA | APARTADO 1350 | | | | SAN GERMAN | PR | 00683 | gomezlucy4291@gmail.com | First Class Mail and Email |
| 2015076 | Gonzales Ruiz, Aurea M. | PO Box 695 | | | | Aguada | PR | 00602 | | First Class Mail |
| 1983086 | GONZALEZ ACEVEDO, ISMAEL | HC 05 BOX 10821 | | | | MOCA | PR | 00676 | | First Class Mail |
| 1978433 | Gonzalez Arocho, Awilda | P.O. Box 956 | | | | Isabela | PR | 00662 | awildagon@yahoo.com | First Class Mail and Email |
| 2038124 | Gonzalez Arocho, Edelmira | Calle Recreo 938 | | | | Isabela | PR | 00662 | jpdish85@gmail.com | First Class Mail and Email |
| 2113393 | Gonzalez Arocho, Ermitanio | 564 Bo. Arenales | | | | Isabela | PR | 00662 | natalie.gonzalez9@upr.edu | First Class Mail and Email |
| 1644188 | Gonzalez Arroyo, Madeline | C-22 Calle 4 Santa Rita | | | | Vega Alta | PR | 00692 | madelinegonzalezarroyo@gmail.com; madelinegonzalezarroyo69@gmail.com | First Class Mail and Email |
| 1901385 | Gonzalez David, Ana Dilia | HC-01 Box 4257 | | | | Coamo | PR | 00739 | | First Class Mail |
| 2064229 | Gonzalez Delgado, Irisbell | HC1 Buzon 3181 | | | | Arroyo | PR | 00714 | | First Class Mail |
| 1825338 | Gonzalez Perez, Milagros | Calle Francisco Molina #4 | | | | San Sebastian | PR | 00685 | miledpr@yahoo.com | First Class Mail and Email |
| 1931976 | GONZALEZ RUIZ, LUZ S | URB MONTEMAR #39 | | | | AGUADA | PR | 00602 | | First Class Mail |
| 1792889 | González Sanchez, Mildred | HC 60 Box 29640 | | | | Aguada | PR | 00602 | mildredgonzalez61@gmail.com | First Class Mail and Email |
| 1940831 | Gonzalez Torres, Nilda D. | PO Box 1964 | | | | San German | PR | 00683 | gonzalezn.hwl@gmail.com | First Class Mail and Email |
| 1875515 | GRATACOS RODRIGUEZ, MARIA M | URB LOS CAOBOS | CALLE ACEITILLO 591 | | | PONCE | PR | 00716-2601 | | First Class Mail |
| 2042365 | Guerrero Salcedo, Reinaldo | PO Box 2520 | | | | Isabela | PR | 00662 | arte.reinaldoguerrero@gmail.com | First Class Mail and Email |
| 2067026 | GUTIERREZ PELLOT, CRUCELINA | 22615 CALLE FELIPE MERCADO | | | | QUEBRADILLAS | PR | 00678 | xgutierrezo65@gmail.com | First Class Mail and Email |
| 1701822 | Gutierrez, Daniel Esteves | San Romualdo Norte Calle A 116 | | | | Hormigueros | PR | 00660 | estevezdaniel1165@gmail.com | First Class Mail and Email |
| 2122566 | Hernandez Oliveri, Rosario | 3472 Josefina Moll | | | | Ponce | PR | 00728 | rhernandez1007@gmail.com | First Class Mail and Email |
| 1766685 | Hernández Pérez, Maria Del C | HC02 box 8213 | | | | Camuy | PR | 00627 | hernandez.maria512017@gmail.com | First Class Mail and Email |
| 2129857 | Hernandez Rodriguez, Nilda | Extension San Ramon #313 | | | | San German | PR | 00683 | | First Class Mail |
| 1850680 | Hernandez Torres, Janette | HC-01 Box 9171 | | | | Guayanilla | PR | 00656 | chispajfh@gmail.com | First Class Mail and Email |
| 1984422 | HERNANDEZ TORRES, MARIA I. | P.O. BOX 1370 | | | | CIALES | PR | 00638 | MARIAIVETTEH@YAHOO.COM | First Class Mail and Email |
| 2099695 | Hernández Torres, María I. | P.O. Box 1370 | | | | Ciales | PR | 00638 | mariaivetteh@yahoo.com | First Class Mail and Email |
| 1764736 | IRIZARRY RUIZ, REINALDO | RR 04 BUZON #16060 | | | | ANASCO | PR | 00610 | IRIZARRYREINALDO@YAHOO.COM | First Class Mail and Email |
| 1851428 | IRIZARRY TORRES, MARGARITA | BOX 9996 BO. DUEY ALTO | | | | SAN GERMAN | PR | 00683 | margaritairizarry29@yahoo.com | First Class Mail and Email |
| 1664801 | Jimenez Mendez, Zenaida M. | Urb. Colinas Villa Rosa B-32 | | | | Sabana Grande | PR | 00637 | | First Class Mail |
| 1893044 | Jovet Oquendo, Magda J. | Ext. Sta Teresita Calle Sta Catalina #4145 | | | | Ponce | PR | 00730 | | First Class Mail |
| 1549081 | LAFONTAINE VELEZ, EVELYN | URB. TANAMA | 167 CALLE CUBA | | | ARECIBO | PR | 00612 | veleze100@gmail.com | First Class Mail and Email |
| 1886497 | LARREGUI SANCHEZ, CARMEN MILAGROS | P.O. BOX 1073 | | | | SAN GERMAN | PR | 00683 | KANAVIMARA@HOTMAIL.COM | First Class Mail and Email |
| 1885033 | Lebron Ocasio, Gisela M | PO Box 122 | | | | Aguirre | PR | 00704 | gisellamlebron@icloud.com | First Class Mail and Email |
| 1903991 | Lebron Ocasio, Gisela M. | P.O. Box 122 Aguirre | | | | Aguirre | PR | 00704 | Gisellamlebron@icloud.com | First Class Mail and Email |
| 1802938 | Linares Collado, Rosa M. | Urb. La Milagrosa Rubi E-14 | | | | Sabana Grande | PR | 00637 | | First Class Mail |
| 1670208 | Linares Torres, Lourdes | El Real | 80 Palacio | | | San German | PR | 00683-4158 | lourdeslinares.lulu@gmail.com | First Class Mail and Email |
| 2068325 | Lopez Cotto, Diana L. | Ext Campo Alegre | A37 Calle Tulipan | | | Bayamon | PR | 00956 | YONDIEL4@HOTMAIL.COM | First Class Mail and Email |
| 2063670 | Lopez del Valle, Concepcion | Parcela 5-A Calle-1 Bo. Caimito | | | | San Juan | PR | 00926 | concepcionlopez4610@gmail.com | First Class Mail and Email |
| 2063670 | Lopez del Valle, Concepcion | PO BOX 23146 | | | | San Juan | PR | 00931 | concepcionlopez4610@gmail.com | First Class Mail and Email |

Exhibit A
ADR Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1914661 | LOPEZ HERNANDEZ, ANTONIO | PO BOX 1253 | BO SATTOS COLI | | | OROCOVIS | PR | 00720 | tony.1520@hotmail.com | First Class Mail and Email |
| 1930490 | Lopez Hernandez, Antonio | Bo Saltos Coll | P.O. Box 1253 | | | Orocovis | PR | 00720 | tony.1520@hotmail.com | First Class Mail and Email |
| 2011449 | Lopez Miranda, Ramonita | HC-10-Box 90 | | | | Sabana Grande | PR | 00637 | | First Class Mail |
| 1510386 | Lopez Morales, Luenny Lorena | #46 Carbonell | | | | Cabo Rojo | PR | 00623-3445 | luenny_lorena@hotmail.com | First Class Mail and Email |
| 1510386 | Lopez Morales, Luenny Lorena | Cond San Ignacio | 1325 Ave San Ignacio Apt 3L | | | SAN JUAN | PR | 00920-3836 | luenny_lorena@hotmail.com | First Class Mail and Email |
| 1876995 | Lopez Sanchez, Lydia M | 207 Calle E | Bo. La Cuarta | | | Mercedita | PR | 00715 | joelybethpr@gmail.com | First Class Mail and Email |
| 1987951 | Lopez Velez, Lucia J. | 7723 Calle Tucan | | | | Isabela | PR | 00662 | cochie001@gmail.com | First Class Mail and Email |
| 2029872 | Lopez Velez, Mario Alfonso | HC 8 Box 44762 | | | | Aguadilla | PR | 00603 | lmvl7000@gmail.com | First Class Mail and Email |
| 1965098 | Lopez Velez, Wilma S. | 7724 Calle Tucan | | | | Isabela | PR | 00662 | palodepana@gmail.com | First Class Mail and Email |
| 2057150 | Lorenzo Lorenzo, Blanca N. | HC 60 Box 15290 | | | | Aguada | PR | 00602 | Blanca_lorenzo@yahoo.com | First Class Mail and Email |
| 1636189 | Lugo Rios, Gloria | PO Box .1143 | | | | Anasco | PR | 00610 | gloria.lugo29@gmail.com | First Class Mail and Email |
| 1828577 | LUGO TROCHE, ADA IRIS | 523 CALLE F. MARTINEZ DE MATOS URB. VILLA SULTANITA | | | | MAYAGUEZ | PR | 00680 | SUAREZLUGO@LIVE.COM | First Class Mail and Email |
| 1138656 | LUGO ZAPATA, RAUL | URB MANSIONES DE SAN GERMAN | C 12 CALLE 2 | | | SAN GERMAN | PR | 00683 | arlenemabel@hotmail.com | First Class Mail and Email |
| 1908925 | LUGO ZAPATA, SATURNINO | URB MANSIONES DE SAN GERMAN | C11 CALLE 2 | | | SAN GERMAN | PR | 00683 | arlenemabel@hotmail.com | First Class Mail and Email |
| 1512290 | Madera Del Valle, Cesar F. | PO Box162 | | | | Hormigueros | PR | 00660 | cesmad7@yahoo.com | First Class Mail and Email |
| 1988336 | Mangual, Providencia | 3002 Ave Emilio Fagot | | | | Ponce | PR | 00716-3612 | | First Class Mail |
| 1861260 | Marti Gonzalez, Laura M. | 24 Urb Los Flaboyanes | | | | Anasco | PR | 00610 | lmmg2960@gmail.com | First Class Mail and Email |
| 309438 | MARTINEZ GUZMAN, ANA R | HC-02 BOX 17139 | | | | ARECIBO | PR | 00612 | ANMART146@YAHOO.COM | First Class Mail and Email |
| 2021912 | Martinez Lopez, Sonia M. | Calle Loaiza Cordero #32 | | | | Anasco | PR | 00610 | m.sonia1954@gmail.com | First Class Mail and Email |
| 1758421 | MARTINEZ RODRIGUEZ, ELEUTERIA | URB. MANSIONES C-2 BUZON 3 | | | | SABANA GRANDE | PR | 00637 | ELYMAR226@HOTMAIL.COM | First Class Mail and Email |
| 1697938 | MARTINEZ SANTANA, EVELYN | SAN GERMAN APARTMENTS APARTAMENTO 103 | CALLE GOLONDRINA 149 | | | SAN GERMAN | PR | 00683 | evelynmartinezsant64@gmail.com | First Class Mail and Email |
| 1850953 | MATIAS CORTES, WILLIAM | RR 05 BOX 6321 | | | | ANASCO | PR | 00610-9827 | PROF_WMATIAS@YAHOO.COM | First Class Mail and Emails |
| 1986792 | MEDINA HUERTAS, EDWIN | F47 AMAPOLA VALENCIA | | | | BAYAMON | PR | 00959 | | First Class Mail |
| 1249560 | MEDINA PORTALATIN, LIZANDRA | HC 05 BOX 91838 | | | | ARECIBO | PR | 00612 | medina_liz@de.pr.gov | First Class Mail and Email |
| 2082466 | Melendez Berrios, Edna I | PO Box 217 | | | | Barranquitas | PR | 00794-0217 | ednamelendez91@gmail.com | First Class Mail and Email |
| 2027965 | Mendez Cortes, Maria I. | P.O. Box 2292 | | | | Moca | PR | 00676 | mendezm40736@gmail.com | First Class Mail and Email |
| 944420 | MENDEZ MENDEZ, RUTH | URB. ISLAZUL | 3196 ANDALUCIA | | | ISABELA | PR | 00662 | blanquita272@gmail.com | First Class Mail and Email |
| 1649633 | Molina Ruiz, Lilia | Alexander Medina Meléndez | 1575 Ave. Muñoz Rivera Pmb 185 | | | Ponce | PR | 00717-0211 | amedina21@hotmail.com | First Class Mail and Email |
| 1958772 | Montalvo Juarbe, Rosa V | PO Box 4153 | | | | Aguadilla | PR | 00605 | | First Class Mail |
| 1968413 | Morales Hernandez, Ileana | HC04 Box 14122 | | | | Moca | PR | 00676 | jasr@gmail.com | First Class Mail and Email |
| 1478324 | MORALES MONTALVO, FREDDY | BO EL COQUI 15 | | | | CABO ROJO | PR | 00623 | | First Class Mail |
| 2015706 | Morales Torres, Carmen D. | Box 702 | | | | Anasco | PR | 00610 | | First Class Mail |
| 1992603 | MUNIZ DIAZ, PEDRO A | HC-7 BOX 33892 | | | | AGUADILLA | PR | 00603 | | First Class Mail |
| 1884834 | Muniz Torres, Eddie N. | HC - 3 Box 6190 | | | | Rincon | PR | 00677 | lorenzobrenda85@yahoo.com | First Class Mail and Email |
| 1970003 | Munoz Lorenzo, Edith | # 7 Reparto Minerva | | | | Aguada | PR | 00602 | | First Class Mail |
| 1933330 | Nieves Cruz, Wanda | 6081 Calle Topacio Rpto. San Antonio | | | | Isabela | PR | 00662 | wanda_nievescruz@hotmail.es | First Class Mail and Email |
| 712230 | NIEVES GARCIA, MARIA J | HC 3 BOX 6608 | CALLE ELEUTERIO CLAUDIO | BARRIO ESPINOSA MAVITO | | DORADO | PR | 00646-9103 | juamly97@hotmail.es | First Class Mail and Email |
| 1881262 | ORTOLAZA, DOMINGA | Pardel Sur 3124 | Costo Carol | | | Ponce | PR | 00717 | | First Class Mail |
| 1864385 | Padilla Segarra, Celia | Calle Sagrado Corazon #72 | | | | Cabo Rojo | PR | 00623 | | First Class Mail |
| 1973592 | Pagan Rodriguez, Milagros | Urb. Belmonte Oviedo 55 | | | | Mayaguez | PR | 00680 | | First Class Mail |
| 2080129 | Perez Molina, Carmen Gladys | HC-01 Box 10452 | | | | Arecibo | PR | 00612 | | First Class Mail |
| 1962348 | Perez Rosario, Orlando | HC-01 6561 | | | | Ciales | PR | 00638 | | First Class Mail |
| 1978487 | Ramirez Cruz, Rafael | Calle Padre Perez #55 | | | | Anasco | PR | 00610 | | First Class Mail |
| 1626836 | Ramirez Soto, Rafael | HC03 Box. 34848 | | | | San Sebastián | PR | 00685 | rafael9832@gmail.com | First Class Mail and Email |
| 2062839 | Ramos Ortiz, Mildred A. | P.O. Box 1091 | | | | Mayaguez | PR | 00681 | | First Class Mail |

Exhibit A
ADR Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1807229 | Ramos Roman, Zenaida | PO Box 5000 Suite-678 | | | | Aguada | PR | 00602 | | First Class Mail |
| 1606332 | Ramos Valle, Gloria A | Box 2138 | | | | San German | PR | 00683 | | First Class Mail |
| 1872871 | RIOS MATOS, EFRAIN | PO BOX 287 | | | | AGUADA | PR | 00602 | | First Class Mail |
| 1854502 | Rivas, Ivette De Jesus | P.O. Box 9785 | | | | Cidra | PR | 00739 | | First Class Mail |
| 1621697 | Rivera Colon, Myrna | Urb Valle Verde | 828 Calle Vereda | | | Ponce | PR | 00716 | myenid17@gmail.com | First Class Mail and Email |
| 1210436 | Rivera Marrero, Gladyvel | Condomino La Arboleda | Apt 2706 | | | Guaynabo | PR | 00966 | | First Class Mail |
| 1798939 | Rivera Ortiz, Micael | PO Box 457 | | | | Guayama | PR | 00785 | lcdoayalavega1@hotmail.com | First Class Mail and Email |
| 1797139 | Rivera Santana, Doel | Box 974 | | | | San German | PR | 00683 | litosg@gmail.com | First Class Mail and Email |
| 1577433 | Rivera Sierra, Luis | PO Box 261803 | | | | San Juan | PR | 00926 | riverasierra1@gmail.com | First Class Mail and Email |
| 1945849 | Rivera Torres, Ana L. | P.O. Box 2086 | | | | Anasco | PR | 00610 | 1959annie@gmail.com | First Class Mail and Email |
| 1815582 | Rivera Torres, Carmen Ada | Urb. Glenview Gardens | X6 Florimar | | | Ponce | PR | 00730-1668 | bebecrt@live.com | First Class Mail and Email |
| 1681710 | Rivera Vargas, Gloribel | Uribe San Francisco 2 Buzon 278 | | | | Yauco | PR | 00698 | | First Class Mail |
| 27268 | RIVERA ZAMBRANA, ANGELICA | RES SANTA RITA | EDF 16 APT 42 | | | CABO ROJO | PR | 00623 | angelicarivera973@gmail.com | First Class Mail and Email |
| 2013797 | Rivera, Gladys Villanuela | N6 11 Urb. Medina | | | | Isabela | PR | 00662 | gladysvillanueva090@gmail.com | First Class Mail and Email |
| 1651210 | Rivera, Sandra Rivera | PO Box 5000-C-7 | | | | San German | PR | 00683 | genesisitzel1129@gmail.com | First Class Mail and Email |
| 466364 | RODRIGUEZ BAUZO, JOEL | ALT. DE RIO GRANDE | C/25 1328 | | | RIO GRANDE | PR | 00745 | jerb11@hotmail.com | First Class Mail and Email |
| 1067913 | RODRIGUEZ CORTES, NANCY | URB SAN LORENZO VALLEY | 104 CALLE ROBLE | | | SAN LORENZO | PR | 00754 | nancyrodgz@hotmail.com | First Class Mail and Email |
| 1754942 | Rodriguez Del Toro, Jennifer | GUANAJIBO | PO BOX 2 | | | CABO ROJO | PR | 00623-0002 | jenniferrodz@yahoo.com | First Class Mail and Email |
| 1986227 | RODRIGUEZ GARCIA, HEYDI | 255 CAPITAN ESPADA INT. BO COLOMBIA | | | | MAYAGUEZ | PR | 00680-3551 | HEIROGA631@GMAIL.COM | First Class Mail and Email |
| 1895986 | RODRIGUEZ GONZALEZ, FLOR IVELISSE | URB. LAS ALONDRAS CALLE 3 E-6 | | | | VILLALBA | PR | 00766 | | First Class Mail |
| 2002174 | Rodriguez Navarro, Joedmar | Alts. del Encanto G 27 | Calle Boriken | | | Juana Diaz | PR | 00795 | ariadmich@gmail.com | First Class Mail and Email |
| 476356 | RODRIGUEZ PAGAN, GUILLERMINA | 710 Calle Lirio | | | | Villaba | PR | 00766 | | First Class Mail |
| 476356 | RODRIGUEZ PAGAN, GUILLERMINA | BO. EL PINO | BOX 1090 | | | VILLALBA | PR | 00766 | | First Class Mail |
| 2107117 | RODRIGUEZ REYES, MILAGROS | CB-24 ULISES GRANT BARRIO JOBOS | | | | ISABELA | PR | 00662 | | First Class Mail |
| 1914227 | RODRIGUEZ RIVERA, IVETTE | HC-03 BOX 14796 | | | | YAUCO | PR | 00698 | IVER8@PRTC.NET | First Class Mail and Email |
| 1889684 | Rodriguez Santiago, Nilsa | HC 38 Box 7077 | | | | Guanicoy | PR | 00653 | nilsarodz26@hotmail.com | First Class Mail and Email |
| 1749372 | Rodriguez Sosa, Enrique | PO Box 781 | | | | Isabela | PR | 00662 | earswlove@yahoo.com | First Class Mail and Email |
| 1749372 | Rodriguez Sosa, Enrique | URB Medina Calle 4 E-6 | | | | Isabela | PR | 00662 | earswlove@yahoo.com | First Class Mail and Email |
| 1971154 | Rodriguez Torres, Catalina | Reparto Esperanza C-20 Calle: Jose Gautier Benitez | | | | Yauco | PR | 00698 | | First Class Mail |
| 1603003 | Rodriguez Vazquez, Lorianette | Ext. Santa Juanita Secc.11 | Calle 4 F-1 | | | Bay | PR | 00956 | lorianetterodriguez@gmail.com | First Class Mail and Email |
| 1630332 | RODRIGUEZ VELEZ, MIRTA E. | HC 02 BOX 7957 | | | | CAMUY | PR | 00627 | davilarodriguez@puc.edu | First Class Mail and Email |
| 1577555 | Rodriguez, Nelida Hernandez | Apartado 1302 | | | | Moca | PR | 00676 | | First Class Mail |
| 1615621 | Rodriquez Smalls, Juana B. | PMB 153 | PO BOX 8901 | | | HATILLO | PR | 00659 | smallspr@aol.com | First Class Mail and Email |
| 1872509 | ROMAN ARROYO, CARMEN J. | PO BOX 174 | | | | MANATI | PR | 00674 | carmenjroman@gmail.com | First Class Mail and Email |
| 1632707 | Román Rodríguez, Marilú | Urb. Luchetti #41 Calle Pedro Muñiz Rivera | | | | Manati | PR | 00674 | roman_marilu@yahoo.com | First Class Mail and Email |
| 1650729 | ROMAN SANTIAGO, ULPIANA | 30 CALLE PALMA | URB. VIVONI | | | SAN GERMAN | PR | 00683 | ulpiroma@gmail.com | First Class Mail and Email |
| 1579994 | Rondon Pagan, Janette | HC 5 BOX 7403 | | | | Guaynabo | PR | 00971-9595 | janetteilly@gmail.com | First Class Mail and Email |
| 1774205 | Rosado Cordero, Marilyn | Urb. del Maestro b 12 | | | | Camuy | PR | 00627 | mrcivan@hotmail.com | First Class Mail and Email |
| 1755727 | Rosado Martinez, Ruben | HC 2 Box 39553 | | | | Cabo Rojo | PR | 00623 | brendapagan67@yahoo.com | First Class Mail and Email |
| 2093376 | Rosado Valentin, Carmen M. | Calle Sta. Clara # 61 - Box 745 | | | | Anasco | PR | 00610 | camillie.tony@gmail.com | First Class Mail and Email |
| 1195300 | ROSARIO CRESPO, EDWIN | HC 61 BOX 34266 | | | | AGUADA | PR | 00602 | rosariosmedical@yahoo.com | First Class Mail and Email |
| 1876254 | RUIZ FIGUEROA, JOSE R | PO BOX 103 BO. GARROCHALES | | | | GARROCHALES | PR | 00652 | | First Class Mail |
| 1610213 | RUIZ RIVERA, DAISY | HC-BOX 12960 | | | | SAN GERMAN | PR | 00683 | julycrys1468@gmail.com | First Class Mail and Email |
| 1584071 | Ruiz Rodriguez, Victor | HC 8 Box 3072 | | | | Sabana Grande | PR | 00637-9258 | | First Class Mail |
| 1675099 | Ruiz Vega, Maria del C. | H-I | Calle Mejico | Res. Sabana | | Sabana Grande | PR | 00637 | | First Class Mail |
| 2133039 | Ruiz-Alvarez, Jorge A. | LCDO. Jesus R. Morales Cordero | Rua #7534, Colegiado Num. 8794 | Bufete Morales Cordero, CSP | PO Box 363085 | San Juan | PR | 00936-3085 | bufetemoralescordero@gmail.com; moracor@gmail.com | First Class Mail and Email |

Exhibit A
ADR Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2133039 | Ruiz-Alvarez, Jorge A. | PO Box 40177 | | | | San Juan | PR | 00940-0177 | bufetemoralescordero@gmail.com; moracor@gmail.com | First Class Mail and Email |
| 1794243 | SABALIER RIOS, CARMEN J. | URB VILLA CONTESSA | P21 CALLE TUDOR | | | BAYAMON | PR | 00956-2735 | cjlaly@yahoo.com | First Class Mail and Email |
| 2133041 | San Miguel, Enrique Rossy | LCDO. Jesus R. Morales Cordero | Rua #7534, Colegiado Num. 8794 | Bufete Morales Cordero, CSP | PO Box 363085 | San Juan | PR | 00936-3085 | bufetemoralescordero@gmail.com; moracor@gmail.com | First Class Mail and Email |
| 2133041 | San Miguel, Enrique Rossy | PO Box 40177 | | | | San Juan | PR | 00940-0177 | bufetemoralescordero@gmail.com; moracor@gmail.com | First Class Mail and Email |
| 1871051 | Sanchez Gonzalez, Noemi | Facilitadora Docente | Departamento de Educacion | #5 de Parcelas Juaca #492 | | Santa Isabel | PR | 00757 | noemschez@yahoo.com | First Class Mail and Email |
| 1871051 | Sanchez Gonzalez, Noemi | Calle #5 Casa 492 | | | | Santa Isabel | PR | 00757 | noemschez@yahoo.com | First Class Mail and Email |
| 2064094 | Sanchez Rodriguez, Hilda M. | Urb. Las Ceibas 7 Calle Cristal | | | | Isabela | PR | 00662 | hildam.sanchez@yahoo.com | First Class Mail and Email |
| 1737570 | Sanchez Velez, Marisol | HC 01 Box 4121 | | | | Lares | PR | 00669 | marisolmary451@gmail.com | First Class Mail and Email |
| 1792783 | SANCHEZ, ROSA MARGARITA | C-11 CALLE 2 | URB. VILLA VERDE | | | BAYAMON | PR | 00959 | ROSA_MAR@LIVE.COM | First Class Mail and Email |
| 1676253 | Santana Rossy, Carmen R. | HC 8 Box 3072 | | | | Sabana Grande | PR | 00637-9258 | | First Class Mail |
| 1839358 | Santana Toro, Sarahi | 1143 Carr.102 | | | | Cabo Rojo | PR | 00623-3755 | | First Class Mail |
| 1362521 | SANTIAGO APONTE, NEREIDA | URB LOS ALMENDROS | #1404 CALLE GERMAN R.S. | | | PONCE | PR | 00716 | NERSANTI@YAHOO.COM | First Class Mail and Email |
| 1940794 | Santiago Lopez, Damaris | HC-08 Box 2801 | | | | Sabana Grande | PR | 00637 | | First Class Mail |
| 1665553 | SANTIAGO RODRIGUEZ, ELIZABETH | 3035 SW 113th Dr. | | | | Gainesville | FL | 32608 | ELISANTIAGOCALIMANO@GMAIL.COM | First Class Mail and Email |
| 823344 | SANTIAGO ROSA, MYRNA | PO BOX 1373 | | | | ANASCO | PR | 00610 | myrnasolijoyce@yahoo.com | First Class Mail and Email |
| 1578024 | Santiago Santiago, Jose R. | 1240 San Francisco de Asis | | | | Coto Laurel | PR | 00780-2503 | jsantiago2512@hotmail.com | First Class Mail and Email |
| 1584984 | Santiago Santiago, Jose R. | 1240 San Francisco PSIS | | | | Coto Laurel | PR | 00780-2503 | jsantiago2512@hotmail.com | First Class Mail and Email |
| 690254 | SANTIAGO, JUAN G | P O BOX 5000 | CAJA 136 | | | SAN GERMAN | PR | 00683 | | First Class Mail |
| 690254 | SANTIAGO, JUAN G | BOX HOCONOCO ALTO CAR. 119 K73.5 | | | | SAN GERMAN | PR | 00683 | | First Class Mail |
| 1491345 | Santos Robles , Vilmarie | BO. Macand Sector Cotuy | HC-1 Box 6691 | | | Guyanilla | PR | 00656 | Vilmarie.santos@familia.pr.gov | First Class Mail and Email |
| 2003547 | Santos Rodriguez, Nilda | PO Box 560533 | | | | Guayanilla | PR | 00656 | santos2nice@yahoo.com | First Class Mail and Email |
| 1640427 | Santos Romero, Celina | HC - 01 Box 6479 | | | | San German | PR | 00683 | dianajusino22@gmail.com | First Class Mail and Email |
| 1767183 | Seda Rivera, Jorge | Buzon 26, Sect. La Cancha Bo. Mantillas | | | | Isabela | PR | 00662 | ozzyseda@yahoo.com | First Class Mail and Email |
| 1702906 | Sierra Solla, Laura S. | Laura S. Sierra Solla | EC-7 Sauce Urb. Los Almendros | | | Bayamon | PR | 00961 | lalalaurie2003@yahoo.com | First Class Mail and Email |
| 1987010 | Silvestry Torres, Angel F | PO Box 304 | | | | Lajas | PR | 00667 | nati_gaby123.@hotmail.com | First Class Mail and Email |
| 2023678 | Soto Escobar, Oscar B. | P.O. Box 4404 | | | | Aguadilla | PR | 00605 | acm_4404@hotmail.com | First Class Mail and Email |
| 1867189 | Soto Vargas, Angel L. | Calle San Jose #220 | | | | Aguada | PR | 00602 | a.soto3775@gmail.com | First Class Mail and Email |
| 1851846 | Sotomayor Torres, Frank Reinaldo Luiz | PO Box 1562 | | | | Santa Isabel | PR | 00757 | Terry6495@gmail.com | First Class Mail and Email |
| 1872106 | Tenorio Gonzalez, Evangelina | Urb. Valle Verde | Calle 2 B-19 | | | San German | PR | 00683 | tenorioevangelina@gmail.com | First Class Mail and Email |
| 1849891 | Tirado Mercado, Carmen | PO Box 419 | | | | Anasco | PR | 00610 | | First Class Mail |
| 1680520 | Tirado, Maximina Irizarry | PO Box 1658 | | | | San German | PR | 00683 | b.ballester1960@gmail.com | First Class Mail and Email |
| 1815559 | Torres Alvarez, Carmen D. | HC-04 Box 7181 | | | | Juana Diaz | PR | 00795 | deliatorresalvarez@g.com | First Class Mail and Email |
| 1646959 | Torres Avellanet, Grace Ivette | HC 01 Box 5846 | Bo Cruz | | | Moca | PR | 00676 | gracetorresavellanet1@gmail.com | First Class Mail and Email |
| 2124592 | Torres Colon, Maria V | Urb Jose S Quinones | 728 A Cquinones | | | Carolina | PR | 00985 | mvtorres@dtop.pr.gov | First Class Mail and Email |
| 1722774 | Torres Figueroa, Zoraida | HC Box 4593 Carr. 119 KM.57.9 | | | | Las Marias | PR | 00670 | zoraida12345pr@gmail.com | First Class Mail and Email |
| 1658699 | Torres Garcia, Carmen Isabel | Villa Caparra Plaza 225 | Carr 2 Apt 1203 | | | Guaynabo | PR | 00966 | citorres6@hotmail.com | First Class Mail and Email |
| 1900155 | Torres Lopez, Elba L | PO Box 190759 | | | | San Juan | PR | 00919-0759 | elba.torres.lopez@gmail.com | First Class Mail and Email |
| 1900155 | Torres Lopez, Elba L | HC 08 Box 80281 | | | | San Sebastian | PR | 00685 | elba.torres.lopez@gmail.com | First Class Mail and Email |
| 1899868 | Torres Lopez, Wilfredo | HC 01 BZN 11447 | | | | San Sebastian | PR | 00685 | wilfredotorres1843@gmail.com | First Class Mail and Email |
| 1574952 | TORRES MELENDEZ, ELISANDRA | URB VILLA DEL CARMEN | AVENIDA CONSTANCIA 4306 | | | PONCE | PR | 00716 | elisandra_t@yahoo.com | First Class Mail and Email |
| 2030982 | TORRES MENDEZ, ANA I. | BO CAGUABO CARR. 402 KM 4.0 INT | | | | ANASCO | PR | 00610 | TORRESMENDEZANAI@GMAIL.COM | First Class Mail and Email |
| 2117470 | Torres Perez, Luz D. | P.O. Box 2520 | | | | Isabela | PR | 00662 | arte.reinaldoguerrero@gmail.com | First Class Mail and Email |

Exhibit A
ADR Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2067227 | Torres Perez, Myrta M. | 125 Mundy Street | | | | Aguadilla | PR | 00603 | myrta125@hotmail.com | First Class Mail and Email |
| 2008974 | Torres Perez, Ramon Luis | HC 07 Box 35869 | | | | Aguadilla | PR | 00603 | arte.reinaldoguerrero@gmail.com | First Class Mail and Email |
| 1533151 | Torres Rivera, Brunilda | P.O. Box 549 | | | | Villalba | PR | 00766 | torresbrunilda@hotmail.com | First Class Mail and Email |
| 1778194 | Torres Rodriguez, Mercedes | Urb La Cumbre II | Calle Carolina 328 | | | San Juan | PR | 00926 | torres.mercedes95@yahoo.com | First Class Mail and Email |
| 1666525 | Torres Romero, Ramonita | Urbanizacion Santa Marta EF-33 | | | | San German | PR | 00683 | monina_luna@yahoo.com | First Class Mail and Email |
| 1778521 | Torres Saanchez, Solimar | PO Box 55 | | | | Sant Just Station | PR | 00978 | solimar20pr@hotmail.com | First Class Mail and Email |
| 1776584 | Torres Tirado, Cocesa | PO Box 647 | | | | San German | PR | 00683 | lliam.valle@yahoo.com | First Class Mail and Email |
| 2051674 | Torres Velez, Maria de L. | 426 D Bo. Coto Ave. | Noel Estrada | | | Isabela | PR | 00662 | mariatorresmarialourdes@hotmail.com | First Class Mail and Email |
| 1678858 | Troche Vazquez, Tamara | Hc 02 Box 21510 | | | | Cabo Rojo | PR | 00623 | Ttroche@msn.com | First Class Mail and Email |
| 1605880 | Valencia Toledo, Sonia M. | 41692 Overmyer Ter | | | | Aldie | VA | 20105 | sonia787@gmail.com | First Class Mail and Email |
| 1965484 | Valentin Lopez, Ada L. | P.O Box 1392 | | | | Anasco | PR | 00610 | adal.valentinlopez@gmail.com | First Class Mail and Email |
| 1865922 | Valentin Olivo, Evelyn | Box 2667 | | | | Mayaguez | PR | 00681 | evalentin652@gmail.com | First Class Mail and Email |
| 1894060 | Valentin Perez, Roberto | HC 56 Box 4404 | | | | Aguada | PR | 00602 | jerebebo@gmail.com | First Class Mail and Email |
| 1791581 | Valle, Llliam | Lilliam Valle Rodriguez | Apartado 751 | | | San German | PR | 00683 | Lilliam.Valle@yahoo.com | First Class Mail and Email |
| 1795237 | Vargas, Mildred Irizarry | Calle Parque oeste 9871, Bo. Montegrande | | | | Cabo Rojo | PR | 00623 | mildred.irizarry2@gmail.com | First Class Mail and Email |
| 1805974 | VAZQUEZ FIGUEROA, IDELISSA | #200 GRAN BRETANA | | | | SAN GERMAN | PR | 00683 | dmedasadi@hotmail.com | First Class Mail and Email |
| 1805230 | VAZQUEZ MALDONADO, MADELINE | HC 02 BOX 21510 | | | | CABO ROJO | PR | 00623 | M_V_MALDONADO@YAHOO.COM | First Class Mail and Email |
| 2098353 | Vazquez Rivera, Domingo | Bo. Santa Cruz | Buzon HC-01 11346 | | | Carolina | PR | 00985 | | First Class Mail |
| 1702016 | Vázquez Santiago, Evelyn M. | PO Box 1804 | | | | San German | PR | 00683 | evelyn.mvs@gmail.com | First Class Mail and Email |
| 1776679 | VAZQUEZ SOLER, NILDA M. | URB. SAN JOSE 2 CALLE DUARTE | | | | MAYAGUEZ | PR | 00682 | | First Class Mail |
| 2055502 | Vazquez Soto, Luis E | 67 Luis Diaz | | | | Moca | PR | 00676 | luisvazquezsoto@icloud.com | First Class Mail and Email |
| 2042438 | Vega Carrero, Jose A | PO Box 780 | | | | Aguada | PR | 00602 | marafabyve@gmail.com | First Class Mail and Email |
| 2002005 | Vega Cortes, Amado | HC 59 Box 6263 | | | | Aguada | PR | 00602 | amadovegacortes@gmail.com | First Class Mail and Email |
| 1844604 | Vega Echevarria, Nilsa M. | HC 56 Box 4646 | | | | Aguada | PR | 00602 | nilsa481@hotmail.com | First Class Mail and Email |
| 1736122 | Vega Pacheco, Yolanda | Hc 01 Box 6054 | | | | San German | PR | 00683 | yolandavega0220@gmail.com | First Class Mail and Email |
| 1666636 | Velez Arroyo , Yaritza Noemi | HC-01 Box 8650 | | | | San German | PR | 00683 | yaryvelez81@gmail.com | First Class Mail and Email |
| 1995604 | VELEZ IRIZARRY, MYRIAM IVETTE | E-7 CALLE 5 VARDINES DE ANASCO | | | | ANASCO | PR | 00610 | IVETTEVELEZ@YAHOO.COM | First Class Mail and Email |
| 1574129 | Velez Jimenez, Francis E | PO Box 5421 | | | | San Sebastian | PR | 00685 | fuelez@asome.org | First Class Mail and Email |
| 1093949 | Ventura Perez, Sofia | HC 1 Box 4827 | | | | Rincon | PR | 00677 | ventura_s@de-pr.gov | First Class Mail and Email |
| 1976490 | VERDEJO SANCHEZ, EDGARDO | VIA 27 4JN3 VILLA FONTANA | | | | CAROLINA | PR | 00983 | EDGARDOVERDEJ07@GMAIL.COM | First Class Mail and Email |
| 1810208 | Vila ojeda , Luis F | Urb san jose 2 calle Duarte | | | | Mayaguez | PR | 00682 | | First Class Mail |
| 1990778 | Villanueva Perez, Angelita | HC56 Box 5015 | | | | Aguada | PR | 00602 | a.vperez@hotmail.com | First Class Mail and Email |
| 2090727 | Villanueva Rivera, Gladys | N6 Calle 11 | Urb. Medina | | | Isabela | PR | 00662 | gladyvillanueva090@gmail.com | First Class Mail and Email |
| 1940176 | VILLARRUBIA MORENO, FELIPA | PO BOX 1134 | | | | RINCON | PR | 00677 | jessicalorenzo452@gmail.com | First Class Mail and Email |
| 1239143 | VIRELLA ROJAS, JOSE S | COSTA AZUL | B10 CALLE 7 | | | GUAYAMA | PR | 00784 | josymore83@hotmail.com | First Class Mail and Email |
| 1239143 | VIRELLA ROJAS, JOSE S | LOTE AI RM. 26 | | | | GUAYAMA | PR | 00784 | josymore83@homail.com | First Class Mail and Email |
| 1694710 | Yoro, Milagros Vega | Box 2965 | | | | San German | PR | 00683 | la_dolphin2003@yahoo.com | First Class Mail and Email |
| 1905607 | Zayas Lopez, Bethzaida | 1095 Calle Albizia | Urb. Los Caobos | | | Ponce | PR | 00716 | | First Class Mail |
| 598627 | ZAYAS MEDINA, JAIME G. | CALLE RAMON R.VELEZ NO.46 | PLAYA | | | PONCE | PR | 00716 | jaime.zayas@familia.gov | First Class Mail and Email |
| 1578796 | ZAYAS, JAIME | PLAYA 46 CALLE RAMON R VELEZ SECT PLAYITA | | | | PONCE | PR | 00731 | jamie.zayas@familia.pr.gov | First Class Mail and Email |