**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

     I, Nicholas Vass, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

     On April 4, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Material Interested Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing Amended List of Material Interested Parties Pursuant to Puerto Rico Recovery Accuracy in Disclosure Act [Docket No. 20458]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: April 11, 2022

*/s/ Nicholas Vass*
Nicholas Vass

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 11, 2022, by Nicholas Vass, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

SRF 60651

**Exhibit A**

Exhibit A
Material Interested Parties Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| A.L. Suarez Management Co. Inc | PO Box 801060 | | | | Cotolaurel | PR | 00780-1060 | | First Class Mail |
| Acevedo-Vega, Lines & Sus Hijos Menores de e Dad D.N.A. y I.D.N.A | El Conquistador Plaza Centro | 100 Ave. Herman Cortes, Suite 5, PMB #47 | | | Trujillo Alto | PR | 00976 | | First Class Mail |
| ADSUAR MUNIZ GOYCO SEDA PEREZOCHOA PSC | ATTN ERIC PEREZOCHOA LOURDES ARROYO | PORTELA ALEXANDRA CASELLASCABRERA LUIS A | OLIVER FRATICELLI - PO BOX 70294 | | SAN JUAN | PR | 00936-8294 | | First Class Mail |
| ALEJANDRO J FIGUEROA RAMIREZ | Address on File | | | | | | | | First Class Mail |
| ALEXANDRA VELEZ LUGO | Address on File | | | | | | | | First Class Mail |
| ALEXIS A BETANCOURT VINCENTY | Address on File | | | | | | | | First Class Mail |
| ALFA & OMEGA ELECTRIC INC | PO BOX 1788 | | BAYAMON | | BAYAMON | PR | 00960 | | First Class Mail |
| ALICIA M. SANTOS IRIZARRY LAW OFFICE | URB. LAS LOMAS | 802 AVE. SAN PATRICIO | | | SAN JUAN | PR | 00921 | | First Class Mail |
| ALMEIDA & DÁVILA, P.S.C. | Attn: Enrique M. Almeida Bernal and Zelma Davila Carrasquillo | PO Box 191757 | | | San Juan | PR | 00919-1757 | | First Class Mail |
| ALVAREZ & MARSAL INC | 600 MADISON AVE FL 8 | | | | NEW YORK | NY | 10022-1758 | | First Class Mail |
| AMADEO-MURGA, ANTONIO J. | Address on File | | | | | | | | First Class Mail |
| AMERICAN CIVIL LIBERTIES UNION PTO RICO | UNION PLAZA | 416 PONCE DE LEON SUITE 1105 | | | SAN JUAN | PR | 00918 | | First Class Mail |
| AMRC LLC | 1225 PONCE DE LEON AVE | SUITE 1001 | | | SAN JUAN | PR | 00908 | | First Class Mail |
| ANA SANTIAGO RAMIREZ | Address on File | | | | | | | | First Class Mail |
| ANABELLE CENTENO BERRIOS | Address on File | | | | | | | | First Class Mail |
| Ankura Consulting Group, LLC | | | | | | | | jherriman@alvarezandmarsal.com | Email |
| ANTONIO J. AMADEO MURGA IN REPRESENTATION OF THE GARCIA RUBIERA, ET AL. v. E.L.A., ET AL. K DP2001-1441; CLASS ACTION | 1225 AVE. PONCE DE LEÓN, SUITE 904 | | | | SAN JUAN | PR | 00907-3915 | | First Class Mail |
| ARTURO A ORTIZ MENES | Address on File | | | | | | | | First Class Mail |
| Arturo A Ortiz Menes;.; | Address on File | | | | | | | | First Class Mail |
| AUGUSTO C SANCHEZ FUENTES | Address on File | | | | | | | | First Class Mail |
| Augusto Sanchez Fuentes | Address on File | | | | | | | | First Class Mail |
| BECTON DICKINSON BIOSCIENCES, SYSTEM AND REAGENTS | Antoinette Segreto | 1 Becton Drive MC 091 | | | Franklin Lakes | NJ | 07417 | | First Class Mail |
| BECTON DICKINSON CARIBE LTD | Antoinette Segreto | 1 Becton Drive MC 091 | | | Franklin Lakes | NJ | 07417 | | First Class Mail |
| BENEX LMITED | Antoinette Segreto | 1 Becton Drive MC 091 | | | Franklin Lakes | NJ | 07417 | | First Class Mail |
| BERKAN/MENDEZ | CALLE O'NEILL G-11 | | | | SAN JUAN | PR | 00918 | | First Class Mail |
| Bianca Lugo-Lewis | Address on File | | | | | | | | First Class Mail |
| BOSCH GONZALEZ, AMANDA | Address on File | | | | | | | | First Class Mail |
| BUFETE BARNES ROSICH, CSP | CALLE LUNA 5 ALTOS | | | | PONCE | PR | 00733 | | First Class Mail |
| BUFETE REICHARD & ESCALERA | EDIF BANK TRUST PLAZA | 255 AVE P DE LEON SUITE 10 | | | San Juan | PR | 00918 | | First Class Mail |
| CABIYA & MOLERO LAW OFFICES, P.S.C. | EDIF MAI CENTER 2000 | AVE KENNEDY OFI 216 | | | SAN JUAN | PR | 00920 | | First Class Mail |
| Camelia Montilla-Alvarado | Address on File | | | | | | | | First Class Mail |
| Camelia Montilla-Alvarado | Address on File | | | | | | | | First Class Mail |
| CANCIO COVAS & SANTIAGO, LLP | PO BOX 367189 | | | | SAN JUAN | PR | 00936-1890 | | First Class Mail |
| CANCIO COVAS & SANTIAGO, LLP | BANK TRUST PLAZA | SUITE A 267 255 PONCE DE LEON | | | SAN JUAN | PR | 00917 | | First Class Mail |
| CARLOS A. QUILICHINI PAZ | PO BOX 363805 | | | | SAN JUAN | PR | 00936 | | First Class Mail |
| CARLOS A. QUILICHINI PAZ | PO BOX 9020895 | | | | SAN JUAN | PR | 00902-0895 | | First Class Mail |
| CARLOS B. PAGAN-RIVERA | 472 AVE TITO CASTRO | STE203 | | | PONCE | PR | 00716-4702 | | First Class Mail |
| Carlos M. Hernandez Lopez | Address on File | | | | | | | | First Class Mail |
| Carlos M. Hernandez Lopez | Address on File | | | | | | | | First Class Mail |
| Carlos M. Hernandez Lopez | Address on File | | | | | | | | First Class Mail |
| CASELLAS ALCOVER BURGOS PSC | ATTN HERIBERTO BURGOS PEREZ RICARDO F | CASELLASSANCHEZ DIANA PEREZSEDA | PO BOX 364924 | | SAN JUAN | PR | 00936-4924 | | First Class Mail |
| CORRAL GONZALEZ, DIEGO | Address on File | | | | SAN JUAN | PR | 00901 | | First Class Mail |
| CRUZ PEREZ & ASOCIADOS L L C | PO BOX 10720 | | | | PONCE | PR | 00732 | | First Class Mail |
| DEL PINO GÓMEZ, OMAR, SUNCOOL AIR CONDITIONING, CORPORATION Y OTROS | ELSA A. GONZALEZ VÉLEZ | 2252 CELESTIAL | | | CAROLINA | PR | 00979 | suncool1@coqui.net | First Class Mail and Email |

Exhibit A
Material Interested Parties Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| DELGADO & FERNÁNDEZ, LLC | PO BOX 11750 | | | | SAN JUAN | PR | 00910-2850 | | First Class Mail |
| Drivetrain, LLC, as the Creditors' Trustee for Doral Financial Corporation | | | | | | | | dmack@drivetrainllc.com | Email |
| EDDIE LEON RODRIGUEZ | Address on File | | | | MAUNABO | PR | 00707 | | First Class Mail |
| EDGE Legal, LLC | | | | | | | | elugo@edgelegalpr.com, eellsworth@edgelegalpr.com | Email |
| EDUARDO FERRER & ASSOCIATES P S C | 1509 LOPEZ LANDRON | PISO 10 | | | SAN JUAN | PR | 00911 | | First Class Mail |
| EILEEN J BARRESI RAMOS | Address on File | | | | | | | | First Class Mail |
| EILEEN J. BARRESI RAMOS | Address on File | | | | | | | | First Class Mail and Email |
| ELISA GUARDIOLA TORRES | Address on File | | | | | | | | First Class Mail |
| Epiq Corporate Restructuring LLC | 777 Third Avenue | | | | New York | NY | 10017 | | First Class Mail |
| FEDERAL DEPOSIT INSURANCE CORPORATION | 1601 BRYAN ST | | | | DALLAS | TX | 75201 | | First Class Mail |
| FEDERAL DEPOSIT INSURANCE CORPORATION | 1910 PACIFIC AVE | | | | DALLAS | TX | 75201 | | First Class Mail |
| FEDERAL DEPOSIT INSURANCE CORPORATION | PO BOX 130235 | | | | DALLAS | TX | 75313-0235 | | First Class Mail |
| FRANCISCO DIAZ MASSO / BERMUDEZ, LONGO, DIAZ - MASSO, LLC | PO BOX 192596 | | | | SAN JUAN | PR | 00919 | fdm@bldmpr.com | First Class Mail and Email |
| FRANCISCO DIAZ MASSO / BERMUDEZ, LONGO, DIAZ - MASSO, LLC | 300 CALLE 3 INDUSTRIAL VICTOR FERNANDEZ | | | | SAN JUAN | PR | 00926-4265 | fdm@bldmpr.com | First Class Mail and Email |
| FRANCISCO DIAZ MASSO / BERMUDEZ, LONGO, DIAZ - MASSO, LLC | PO BOX 191213 | | | | SAN JUAN | PR | 00919-1213 | | First Class Mail |
| Francisco Rivera Alvarez | Address on File | | | | | | | | First Class Mail and Email |
| FRANCISCO SANCHEZ RODRIGUEZ | Address on File | | | | | | | | First Class Mail and Email |
| FRANCISCO SANCHEZ RODRIGUEZ | Address on File | | | | | | | | First Class Mail |
| FRANK D INSERNI MILAM/ ECOLOGIC ALL | B 12 GREEN VALLEY | | | | GUAYNABO | PR | 00966 | | First Class Mail |
| FTI Consulting, Inc. | 909 COMMERCE ROAD | | | | ANNAPOLIS | MD | 21401 | | First Class Mail |
| G. CARLO-ALTIERI LAW OFFICES, LLC | Address on File | | | | | | | | First Class Mail |
| G. CARLO-ALTIERI LAW OFFICES, LLC | Address on File | | | | | | | | First Class Mail |
| Gabriel Delgado | Address on File | | | | | | | | Fiirst Clasg Mail |
| GARCIA−ARREGUI & FULLANA PSC | 268 AVE PONCE DE LEON STE 1002 | | | | SAN JUAN | PR | 00918-2063 | | First Class Mail |
| GERMAN URIBE J.T.W.R.O.S | 117 Calle Reina Margarita | | | | Guaynabo | PR | 00969 | | First Class Mail |
| Godfrey & Kahn, S.C. | | | | | | | | bwilliam@gklaw.com; kstadler@gklaw.com | Email |
| GOLDMAN ANTONETTI & CORDOVA, LLC | PO BOX 70364 | | | | SAN JUAN | PR | 00936-8364 | | First Class Mail |
| GONZALEZ LOPEZ & LOPEZ ADAMES LLC | AVE ASHFORD 1126 COND DIPLOMAT SUITE C 10 | | | | SAN JUAN | PR | 00907 | | First Class Mail |
| Gonzalez Munoz Law Offices, PSC | PO BOX 9024055 | | | | SAN JUAN | PR | 00902-4055 | | First Class Mail |
| Gonzalez, Aneliz | Address on File | | | | | | | | First Class Mail |
| HDP CONSTRUCTION, CORP. | PO BOX 1015 | | | | ADJUNTAS | PR | 00601 | | First Class Mail |
| HECTOR R GONZALEZ ROMANACE | 47 Harbour Lights Dr  Palmas Del Mar | | | | Humacao | PR | 00791-6053 | | First Class Mail |
| Hector Rivera-Morales | Address on File | | | | | | | | First Clasg Mail |
| Humberto Guzman Rodriguez | Address on File | | | | | | | | Fiirst Class Mail |
| IRENE ABEL, YAMILET | Address on File | | | | | | | | Fiirst Class Mail |
| IVONNE GONZÁLEZ-MORALES | Address on File | | | | | | | | First Class Mail |
| Izquierdo San Miguel Law Offices | 239 Arterial Hostos | Capital Center, Suite 1005 | | | San Juan | PR | 00918 | jizquierdo@izquierdosanmiguel.com | First Class Mail and Email |
| Izquierdo San Miguel Law Offices, PSC | 239 Arterial Hostos,Capital Center | Suite 1005 | | | San Juan | PR | 00918 | jizquierdo@izquierdosanmiguel.com | First Class Mail and Email |
| JAIME A EL KOURY | Address on File | | | | | | | | First Class Mail |
| JAIME FUSTER ZALDUONDO | Address on File | | | | | | | | First F)ass Mail |
| JAVIER CAPESTANY FIGUEROA | Address on File | | | | | | | | First Class Mail |
| JOAQUIN  GURIERREZ FERNANDEZ Y CELIA FERNANDEZ DE GURIERREZ | Address on File | | | | | | | | First Class Mail and Email |

Exhibit A
Material Interested Parties Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| John R & Ann M Reichhardt TEN COM | 3546 Wild Horse Ct. | | | | Loveland | CO | 80538 | Johnreich1@gmail.com | First Class Mail and Email |
| JORGE LORA LONGORIA LAW OFFICE | URB LOS MAESTROS | 128 CALLE ISABEL ANDREU AGUILA | | | SAN JUAN | PR | 00918 | | First Class Mail |
| JOSE A CUEVAS SANCHEZ | Address on File | | | | | | | | First Class Mail |
| JOSE ANGEL SANTINI BONILLA | Address on File | | | | | | | | First Class Mail |
| JOSE C DIAZ VEGA | Address on File | | | | | | | | First Class Mail |
| JOSE C DIAZ VEGA | Address on File | | | | | | | | First Class Mail |
| JOSE CAPO IRIARTE | Address on File | | | | | | | | First Class Mail |
| JOSE F AVILES LAMBERTY | Address on File | | | | | | | | First Class Mail |
| JOSE F F AVILES LAMBERTY | Address on File | | | | | | | | First Class Mail |
| JOSE L RAMIREZ COLL | Address on File | | | | | | | | First Class Mail |
| Jose L. Figueroa Casas and Connie A. Martin | Address on File | | | | | | | | First Class Mail and Email |
| JOSE L. QUIÑONES VILLANUEVA V . ELA DE PR | Address on File | | | | | | | | First Class Mail |
| Jose Luis Perez Padin | Address on File | | | | | | | | First Class Mail |
| JUAN H. SAAVEDRA CASTRO | Address on File | | | | | | | | First Class Mail |
| KIRSCHENBAUM & KIRSCHENBAUM, P.C. | 200 Garden City Plaza | | | | Garden City | NY | 11530 | Sspector@kirschenbaumesq.com | First Class Mail and Email |
| LABOR COUNSELS, LLC | 250 PONCE DE LEON AVENUE 402 | | | | SAN JUAN | PR | 00918 | | First Class Mail |
| LABOR COUNSELS, LLC | PO BOX 195343 | | | | SAN JUAN | PR | 00919-5343 | | First Class Mail |
| LANDRON VERA, LLC | CENTRO INTERNACIONAL DE MERCADEO | TORRE I SUITES 203204 | | | GUAYNABO | PR | 00968 | | First Class Mail |
| LANDRON VERA, LLC | 1606 AVE PONCE DE LEON | 501 BOGOCIRIN | | | SAN JUAN | PR | 00909 | | First Class Mail |
| LATIMER, BIAGGI, RACHID & GODREAU | PO BOX 9022512 | | | | SAN JUAN | PR | 00902-2512 | | First Class Mail |
| LAURA R. AYOROA | Address on File | | | | | | | | First Class Mail and Email |
| LAVY APARICIO-LOPEZ | Address on File | | | | | | | | First Class Mail |
| LAVY APARICIO-LOPEZ | Address on File | | | | | | | | First Class Mail |
| Law Office of Andres W. Lopez, P.S.C. | 207 CALLE DEL PARQUE 3 PISO | | | | SAN JUAN | PR | 00912 | | First Class Mail |
| Law Office of Andres W. Lopez, P.S.C. | ATTN ANDRES W LOPEZ ESQ | 902 FERNANDEZ JUNCOS AVE | | | SAN JUAN | PR | 00907 | | First Class Mail |
| LAW OFFICE OF DAVID CARRION BARALT | URB CARIBE | 1576 CALLE CAVALIERI | | | SAN JUAN | PR | 00926 | | First Class Mail |
| LAW OFFICE YADIRA ADORNO DELGADO | CONDOMINIO SAN MARTIN | 1605 AVE PONCE DE LEON STE 600 | | | SAN JUAN | PR | 00909 | | First Class Mail |
| LAW OFFICE YADIRA ADORNO DELGADO | URB SABANERA DE DORADO | 63 CAMINO DE LA REINA MORA | | | DORADO | PR | 00646 | | First Class Mail |
| LAW OFFICE YADIRA ADORNO DELGADO | URB MAYORCA | S- 26 CALLE CALIFORNIA | | | GUAYNABO | PR | 00969 | | First Class Mail |
| LAW OFFICES OF EDDIE LEON-RODRIGUEZ | 9A CALLE CESAR ORTIZ | | | | MAUNABO | PR | 00707 | | First Class Mail |
| LAW OFFICES OF EMILIO F. SOLER-RAMIREZ | SANTANA PAGAN RENE, YSABEL FLORIAD, EMILIO SOLER RAMIREZ | EDIF COBIANS PLAZA | 1607 AVE | Ponce DE LEON STE 213 | SAN JUAN | PR | 00909 | | First Class Mail |
| LAW OFFICES OF F. VAN DERDYS | PUNTA LAS MARIAS | 26 CALLE BUCARE | | | SAN JUAN | PR | 00913 | | First Class Mail |
| LCDO. ARIEL O. CARO PEREZ | PO BOX 9010 | | | | SAN JUAN | PR | 00908-3636 | | First Class Mail |
| LCDO. ROBERTO MUNOZ ARIILL | LCDO. ROBERTO R. MUNOZ ARILL | RR 37 BOX 1798 | | | SAN JUAN | PR | 00926-9732 | | First Class Mail |
| LEILA S. CASTRO MOYA | Address on File | | | | | | | | First Class Mail |
| LUIS A. FERNANDEZ DOMENECH | Address on File | | | | | | | | First Class Mail |
| LUIS A. FERNANDEZ-DOMENECH (ABOQADO DEL ACREEDOR) | Address on File | | | | | | | | First Class Mail |
| LUIS E. MIGENIS LOPEZ | Address on File | | | | | | | | First Class Mail |
| LUIS M. BARNECET VELEZ | Address on File | | | | | | | | First Class Mail |
| Luskin, Stern & Eisler LLP | 50 Main Street | Suite 1640 | | | White Plains | NY | 10606 | | First Class Mail |
| Lydia Pellot | Address on File | | | | | | | | First Class Mail |
| Maldonado, Ada E | Address on File | | | | | | | | First Class Mail |
| MANUEL COBIÁN ROIG LAW OFFICES | Address on File | | | | | | | | First Class Mail |
| MARCOS R. VELEZ GREEN | Address on File | | | | | | | | First Class Mail |
| MARIA A. MARTINEZ | Address on File | | | | | | | | First Class Mail |
| Maria E Vicens Rivera - Esq. | 9140 MARINA ST | SUITE 801 | | | PONCE | PR | 00717 | | First Class Mail |
| MARIA E. VICENS LAW OFFICE | 9140 MARINA ST | SUITE 801 | | | PONCE | PR | 00717 | | First Class Mail |

Exhibit A
Material Interested Parties Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| MARIA FUSTER ZALDUONDO | Address on File | | | | | | | | First Class Mail and Email |
| MARIA FUSTER ZALDUONDO | Address on File | | | | | | | | First Class Mail |
| MARIA J. ZALDUONDO VIERA | Address on File | | | | | | | | First Class Mail |
| Maria Lopez-Fuentes | Address on File | | | | | | | | First Class Mail |
| MARIA M. CATALA MORALES | Address on File | | | | | | | | First Class Mail |
| Mariana Isabel Hernandez-Gutierrez | Address on File | | | | | | | | First Class Mail |
| MARICHAL HERNANDEZ SANTIAGO & JUARBE LLC | ATTN RAFAEL M SANTIAGOROSA VANESSA MEDINAROMERO PO BOX 190095 | | | | SAN JUAN | PR | 00919-0095 | | First Class Mail |
| Marichal, Hernández, Santiago & Juarbe, LLC | ATTN SANTIAGOROSA VANESSA MEDINAROMERO TRIPLE S PLAZA 1510 FD ROOSEVELT AVE 9TH FLOOR SUITE 9 B1 | | | | GUAYNABO | PR | 00968 | | First Class Mail |
| MAYER BROWN LLP | 1221 Avenue of the Americas | | | | New York | NY | 10020 | | First Class LLP |
| MEDICOOP, Cooperativa de Ahorro y Credito de Medicos y otros Profesionales de la Salud | Attn: Orlando Ramos-Malave | PO Box 194450 | | | San Juan | PR | 00919-4450 | oramos@medicooponline.com | First Class Mail and Email |
| MEDICOOP, Cooperativa de Ahorro y Credito de Medicos y Otros Profesionales de la Salud | PO Box 194450 | | | | San Juan | PR | 00919-4450 | oramos@medicooponline.com | First Class Mail and Email |
| MEDICOOP, Cooperativa de Ahorro y Credito de Medicos y otros Professionales de la Salud | P.O.BOX 194450 | | | | SAN JUAN | PR | 00919-4450 | oramos@medicooponline.com | First Class Mail and Email |
| MELVIN D MACY REV TRUST DTD 2/13/87 | Address on File | | | | | | | | First Class Mail |
| Melvin D Macy Rev Trust DtD 2/13/87 & Page Macy Rev Trust DtD 12/29/86 T-I-C | Address on File | | | | | | | | First Class Mail and Email |
| Milagros Acevedo | Address on File | | | | | | | | Fiarst Class Mail |
| MILVA EDET HOYOS | Address on File | | | | | | | | First Class Mail |
| Minerva Ortega-Cabrera | Address on File | | | | | | | | Fierst Class Mail |
| MIRANDA CORRADA, VICTOR | Address on File | | | | | | | | First Class Mail |
| MIRANDA LAW OFFICES | 252 AVE PONCE DE LEON SUITE 901 | | | | SAN JUAN | PR | 00918 | | First Class Mail |
| MONSERRATE SIMONET & GIERBOLINI, LLC | 101 SAN PATRICIO AVE SUITE 1120 | | | | GUAYNABO | PR | 00968 | | First Class Mail |
| MONTANEZ ROSA, IVETTE, & OTHERS | LCDA. MELBA DEL C. RAMOS APONTE APARTADO 945 | | | | SAN LORENZO | PR | 00754 | | First Class Mail |
| Morales Cordero, Jesus R. | Address on File | | | | | | | | First Class Mail and Email |
| MORALES LAW OFFICES | URB TOWN PARK MARGINAL 181, A1 | | | | SAN JUAN | PR | 00924 | | First Class Mail |
| MORELL BAUZA CARTAGENA & DAPENA LLC | PLAZA SCOTIABANK SUITE 700 | AVE PONCE DE LEON 273 | | | SAN JUAN | PR | 00917 | | First Class Mail |
| MORELL BAUZÁ CARTAGENA & DAPENA, LLC | PO BOX 13399 | | | | SAN JUAN | PR | 00908 | | First Class Mail |
| Morell Bauza Cartagena & Dapena, LLC | PO BOX 13399 | | | | SAN JUAN | PR | 00908 | | First Class Mail |
| Morell, Bauza, Cartagena & Dapena | Attn Iván J. Llado | PO Box 13399 | | | San Juan | PR | 00908 | ivan.llado@mbcdlaw.com | First Class Mail and Email |
| MUNOZ-NAZARIO LAW OFFICE | PO BOX 801480 | | | | COTO LAUREL | PR | 00780-1480 | | First Class Mail |
| Natalie A. Jaresko | | | | | | | | natalie.jaresko@promesa.gov | Email |
| NATIONAL UNION FIRE INSURANCE CO OF PITTSBURGH, PA | AIG Property Casualty, Inc. Attn: Kevin J Larner 80 Pine Street,13th Floor | | | | New York | NY | 10005 | | First Class Mail |
| NIGAGLIONI LAW OFFICES, PSC | 255 RECINTO SUR SEGUNDO PISO | | | | SAN JUAN | PR | 00921 | | First Class Mail |
| Norton Rose Fulbright | Address on File | | | | | | | | First Class Mail |
| NYDIA E. RODRIGUEZ MARTINEZ | Address on File | | | | | | | | First Class Mail |
| O`Neill & Gilmore Law Office LLC | Attn: Charles P. Gilmore | City Towers, Suite 1701 | 252 Ponce de León Avenue | | San Juan | PR | 00918 | | First Class Mail |
| OJEDA & OJEDA LAW OFFICE PSC | 1474 ASHFORD AVENUE | SUITE 100 CONDADO | | | San Juan | PR | 00907 | | First Class Mail |
| OLIVIER D PERRINJAQUET CRUZ | 567 YUNQUE SMITH HILLS | | | | San Juan | PR | 00907 | | First Class Mail |
| OLMEDO LAW OFFICES PCS | HC 3 BOX 8707 | | | | GUAYNABO | PR | 00718706 | | First Class Mail |
| ORLANDO FERNANDEZ LAW OFFICES | ATTN ORLANDO FERNANDEZ | | | | GUAYNABO | PR | 00968-3076 | | First Class Mail |
| ORLANDO JIMENEZ RODRIGUEZ | Address on File | | | | | | | | First Class Mail |
| ORTIZ FERNANDEZ, JOSE | Address on File | | | | | | | | First Class Mail |
| Osvaldo J. Ortiz By: Jose Ortiz Fernandez, Executor | Address on File | | | | | | | | First Class Mail and Email |

Exhibit A
Material Interested Parties Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| PADIAL RODRIGUEZ, ANA TERESA | Address on File | | | | | | | | First Class Mail |
| PAUL WEISS RIFKIND WHARTON GARRISON LLP | Address on File | | | | | | | | First Class Mail |
| PEDRO J LOPEZ BERGOLLO | Address on File | | | | | | | | First Class Mail |
| Pension Trustee Advisors, Inc. | 7600 E ARAPAHOE ROAD SUITE 125 | | | | CENTENNIAL | CO | 80112 | | First Class Mail |
| PERRINJAQUET CRUZ, OLIVIER | Address on File | | | | | | | | First Class Mail |
| QUILICHINI ORTIZ, JESSICA M | Address on File | | | | | | | | First Class Mail |
| QUINONES VARGAS LAW OFFICES | ATTN DAMARIS QUINONES VARGAS ESQ | BOX 429 | | | CABO ROJO | PR | 00623 | | First Class Mail |
| QUINONES VARGAS LAW OFFICES | ATTN DAMARIS QUINONES VARGAS ESQ | CALLE RAFAEL CORDERO 154 | EDIFICIO GONZALEZ PADIN OFICINA 506 | | SAN JUAN | PR | 00901 | | First Class Mail |
| Ramon Diaz Gomez;.; | Address on File | | | | | | | | First Class Mail |
| RICARDO L ORTIZ COLON | Address on File | | | | | | | | First Class Mail |
| ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP | ATTN LAWRENCE ROBBINS MARK STANCIL ET AL | 1801 K STREET NW | | | WASHINGTON | DC | 20006 | | First Class Mail |
| SB SPECIAL SITUATION FUND LTD C/O OLD BELLOWS PARTNERS LP | ATTN: NICOLE KRAMER | 660 MADISON AVE 20TH FL | | | NEW YORK | NY | 10065-8414 | | First Class Mail |
| The Brattle Group, Inc. | | | | | | | | barbara.levine@brattle.com | Email |
| Universal Service Administrative Company, Administrator for the Universal Service Fund | Michael Pond | 700 12th St. NW, #900 | | | Washington | DC | 20005 | | First Class Mail |
| VICTOR A VELEZ CARDONA | Address on File | | | | | | | | First Class Mail |
| VICTOR QUIONES CANALES | Address on File | | | | | | | | First Class Mail |
| VILARINO ASSOCIATES LLC | Address on File | | | | | | | | First Class Mail |
| WALTER J MARTINEZ MORILLO | Address on File | | | | | | | | First Class Mail |
| WALTER J. MARTINEZ MORILLO AND/OR PREMIER TRUST | C/O DAITER X. MARTINEZ | CREDITOR/TRUSTEE/AGENT | COND BILBAO | 121 CALLE COSTA RICA APT 1103 | San Juan | PR | 00917-2517 | strikerpr@gmail.com | First Class Mail and Email |
| WEINSTEIN-BACAL & MILLER, PSC | EDIF GONZALEZ PADIN PH | 154 CALLE RAFAEL CORDERO | PLAZA DE ARMAS | | SAN JUAN | PR | 00901 | | First Class Mail |
| WILLIAM M VIDALCARVAJAL LAW OFFICE PSC | ATTN WILLIAM M VIDALCARVAJAL ESQ | MCS PLAZA | PONCE DE LEON AVENUE SUITE 801 | | SAN JUAN | PR | 00917 | | First Class Mail |