## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

                Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## **SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Nicholas Vass, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On April 5, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Material Interested Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing Amended List of Material Interested Parties Pursuant to Puerto Rico Recovery Accuracy in Disclosure Act [Docket No. 20458]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: April 11, 2022

*/s/ Nicholas Vass*
Nicholas Vass

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 11, 2022, by Nicholas Vass, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

**Exhibit A**

Exhibit A
Material Interested Parties Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| Ad Hoc Group of General Obligation Bondholders | Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP | Lawrence Robbins, Mark Stancil, G Orseck, K Zecca | D Burke, J Bolian | 1801 K Street, NW | Washington | DC | 20006 | mstancil@robbinsrussell.com; gorseck@robbinsrussell.com; dburke@robbinsrussell.com; lrobbins@robbinsrussell.com; kzecca@robbinsrussell.com; alavinbuk@robbinsrussell.com; alavinbuk@robbinsrussell.com; jbolian@robbinsrussell.com | First Class Mail and Email |
| AFSCME, c/o Matthew S. Blumin | Sharon L. Levine, Esq. | Dipesh Patel, Esq. | Saul Ewing Arnstein & Lehr LLP | 1037 Raymond Blvd., Suite 1520 | Newark | NJ | 07102 | | First Class Mail |
| ALVARADO TORRES, ANGEL O. | Address on File | | | | | | | | First Class Mail and Email |
| American Federation of State, County and Municipal Employees ("AFSCME") | Saul Ewing Arnstein & Lehr LLP | Attn: Sharon L. Levine, Esq. & Dipesh Patel, Esq. | 1037 Raymond Blvd., Suite 1520 | | Newark | NJ | 07102 | | First Class Mail |
| Ana D Rodriguez Hernandez & Miguel A Burgos Figueroa | Address on File | | | | | | | | First Class Mail and Email |
| Ana D Rodriguez Hernandez & Miguel A Burgos Figueroa | Address on File | | | | | | | | First Class Mail and Email |
| Baez Lopez, Emma I. | Address on File | | | | | | | | First Class Mail and Email |
| Bank of New York Mellon, as trustee | Sepulvado & Maldonado, PSC | Elaine Matias, Albéniz Couret-Fuentes | 252 Ponce de León Avenue, Citibank Twr, Suite 1900 | | San Juan | PR | 00918 | jsantos@smlawpr.com; lsepulvado@smlawpr.com; emaldonado@smlawpr.com; anunez@smlawpr.com | First Class Mail and Email |
| Barreras, Inc. | The Rivera Group | Attn: Edgardo Rivera Rivera, Michelle Vega Rivera | Galeria San Patricio Ste 205 | B-5 Calle Tabonuco | Guaynabo | PR | 00968 | edgardo@therivera.group; mvega@vega-rivera.com | First Class Mail and Email |
| Barreras, Inc. | The Rivera Group | Attn: Edgardo Rivera Rivera, MIchelle Vega Rivera | PO Box 360764 | | San Juan | PR | 00936-0764 | edgardo@therivera.group; mvega@vega-rivera.com | First Class Mail and Email |
| Benjamin Acosta Gonzales | Address on File | | | | | | | | First Class Mail and Email |
| Blanco Resto, Iris Y. | Address on File | | | | | | | | First Class Mail and Email |
| Caliz Pabellon, Gloria I | Address on File | | | | | | | | First Class Mail and Email |
| CARLOS J MERCADO RUIZ | Address on File | | | | | | | | First Class Mail and Email |
| Carmen G. Pastor | Address on File | | | | | | | | First Class Mail |
| Cesar Caminero Ramos | Address on File | | | | | | | | First Class Mail and Email |
| Colon Gonzalez, Virgen del S. | Address on File | | | | | | | | First Class Mail and Email |
| COOPERATIVA A/C BARRANQUITAS | C/O SANTINI LAW OFFICE PSC | ATTN: JOSE ANGEL SANTINI BONILLA | PO BOX 552 | | AIBONITO | PR | 00705 | santilawoffice@yahoo.com | First Class Mail and Email |
| COOPERATIVA A/C SAN JOSE | C/O SANTINI LAW OFFICE PSC | ATTN: JOSE ANGEL SANTINI BONILLA | PO BOX 552 | | AIBONITO | PR | 00705 | santilawoffice@yahoo.com | First Class Mail and Email |
| Cooperativa de Ahorro Y Credito San Jose | Santi Law Office | Attn: Jose Angel Santini Bonilla | PO Box 552 | | Aibonito | PR | 00705 | santilawoffice@yahoo.com | First Class Mail and Email |
| Cortland Capital Market Services LLC, SOLA Ltd, Solus Opportunities | c/o SIMPSON THACHER & BARTLETT LLP | Attn: B. Friedman, N. Baker, S. Phillips & J. Fell | 425 Lexington Avenue | | New York | NY | 10017-3954 | bfriedman@stblaw.com, nbaker@stblaw.com, sarah.phillips@stblaw.com, jamie.fell@stblaw.com | First Class Mail and Email |
| Counsel for U.S. Bank National Association as Indenture Trustee (solely insuch capacity, the "Trustee") | Rivera, Tulla and Ferrer, LLC | Attn: Crystal N. Acevedo-Jimenez | Rivera Tulla & Ferrer Building | 50 Quisqueya Street | San Juan | PR | 00917-1212 | cacevedo@riveratulla.com | First Class Mail and Email |

Exhibit A
Material Interested Parties Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to The PBA Sub-Group of the Commonwealth Bondholder Group | Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP | Lawrence Robbins, Mark Stancil, G Orseck, K Zecca | D Burke, J Bolian | 1801 K Street, NW | Washington | DC | 20006 | mstancil@robbinsrussell.com; gorseck@robbinsrussell.com; dburke@robbinsrussell.com; lrobbins@robbinsrussell.com; kzecca@robbinsrussell.com; alavinbuk@robbinsrussell.com; alavinbuk@robbinsrussell.com; jbolian@robbinsrussell.com | First Class Mail and Email |
| Counsels for Tradewinds Energy Barceloneta, LLC and Tradewinds Energy Vega Baja, LLC | Vilariño & Associates, LLC | Attn: Javier Vilariño | 1519 Ponce de Leon Ave | First Federal Building Suite 513 | San Juan | PR | 00909 | jvilarino@vilarinolaw.com | First Class Mail and Email |
| Courage Credit Opportunities Offshore Fund III, L.P. | Seward & Kissel LLP | Attn: Robert J.Gayda | 1 Battery Park Plaza | | New York | NY | 10004 | gayda@sewkis.com | First Class Mail and Email |
| Edwin F. Bones Diaz | Serrano Urdaz Law Office | Miguel Angel Serrano Urdaz, Esq., Creditor's Attor | PO Box 1915 | | Guayama | PR | 00785 | serrano.urdaz.law@hotmail.com | First Class Mail and Email |
| Felix Omar Colon Bernard | Address on File | | | | | | | | First Class Mail and Email |
| Fundacion Luis Munoz Marin | Address on File | | | | | | | | First Class Mail and Email |
| HIRAM VELAZQUEZ RIVERA | Address on File | | | | | | | | First Class Mail and Email |
| Hiram Velazquez Rivera | Address on File | | | | | | | | First Class Mail and Email |
| J.P. Morgan Securities LLC | William H. Freilich | 4 New York Plaza, Floor 21 | | | New York | NY | 10004-2413 | Bill.Freilich@jpmorgan.com | First Class Mail and Email |
| J.P. Morgan Securities LLC | Simpson Thacher & Bartlett LLP | David Elbaum | Senior Counsel | 425 Lexington Avenue | New York | NY | 10017 | david.elbaum@stblaw.com | First Class Mail and Email |
| J.P. Morgan Securities LLC | c/o Simpson Thacher & Bartlett LLP | Attn: Jonathan K. Youngwood & David Elbaum | 425 Lexington Avenue | | New York | NY | 10017 | david.elbaum@stblaw.com, jyoungwood@stblaw.com | First Class Mail and Email |
| J.P. Morgan Securities LLC | Michael O. Thayer | J.P. Morgan Chase Bank, N.A. | 4 New York Plz, Floor 19 | | New York | NY | 10004-2413 | michael.o.thayer@jpmchase.com | First Class Mail and Email |
| J.P. MORGAN SECURITIES LLC | C/O SIMPSON THACHER & BARTLETT LLP | ATTN: DAVID ELBAUM, ESQ. | 425 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | | First Class Mail |
| J.P. MORGAN SECURITIES LLC/JPMC AKA OR FKA J.P. MORGAN CLEARING | C/O SIMPSON THACHER & BARTLETT LLP | ATTN: DAVID ELBAUM, ESQ. | 425 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | | First Class Mail |
| Janzel Daniel Quintana Rosado | Address on File | | | | | | | | First Class Mail and Email |
| Jpmorgan Chase Bank, N.A./Custodial Trust Company | c/o Simpson Thacher & Bartlett LLP | Attn:  David Elbaum, Esq | 425 Lexington Avenue | | New York | NY | 10017 | david.elbaum@stblaw.com | First Class Mail and Email |
| Jpmorgan Chase Bank, National Association | c/o Simpson Thacher & Bartlett LLP | Attn:  David Elbaum, Esq | 425 Lexington Avenue | | New York | NY | 10017 | david.elbaum@stblaw.com | First Class Mail and Email |
| Jpmorgan Chase Bank/Correspondence Clearing Services 2 | c/o Simpson Thacher & Bartlett LLP | Attn:  David Elbaum, Esq | 425 Lexington Avenue | | New York | NY | 10017 | david.elbaum@stblaw.com | First Class Mail and Email |
| Juan Alberto Santiago Melendez | Address on File | | | | | | | | First Class Mail and Email |
| Julio Rancel Lopez | Address on File | | | | | | | | First Class Mail and Email |
| Lisbet Torres Gutierrez | Address on File | | | | | | | | First Class Mail and Email |
| Lisbet Torres Gutierrez | Address on File | | | | | | | | First Class Mail and Email |
| Luis J. Costas-Russell | Address on File | | | | | | | | First Class Mail and Email |
| Luis Modesto Rodriguez Rivera | Address on File | | | | | | | | First Class Mail and Email |
| Luis Modesto Rodriguez Rivera | Address on File | | | | | | | | First Class Mail and Email |
| Melendez Sanchez | Address on File | | | | | | | | First Class Mail and Email |
| MELENDEZ SANCHEZ | Address on File | | | | | | | | First Class Mail and Email |

Exhibit A

Material Interested Parties Service List

Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| MELENDEZ SANCHEZ | Address on File | | | | | | | | First Class Mail and Email |
| Melendez Sanchez | Address on File | | | | | | | | First Class Mail and Email |
| Melendez Sanchez | Address on File | | | | | | | | First Class Mail and Email |
| MHPS Puerto Rico, LLC | Steptoe & Johnson, LCC c/o Joshua Taylor | 1330 C Connecticut Ave., NW | | | Washington | DC | 20036 | jrtaylor@steptoe.com | First Class Mail and Email |
| Northwest Security Management, Inc | The Batista Law Group, PSC | PO Box 191059 | | | San Juan | PR | 00919 | wmq@wmarrerolaw.com | First Class Mail and Email |
| Ortiz Perez, Deborah | Address on File | | | | | | | | First Class Mail and Email |
| Pagan Ortiz, Daphne Y. | Address on File | | | | | | | | First Class Mail and Email |
| Pagan Rivera, Brenda E | Address on File | | | | | | | | First Class Mail and Email |
| PASTOR, CARMEN G., AS UNIVERSAL HEIR OF DAVID PASTOR-PEREZ | SOLE-DE LA PAZ LAW OFFICES | ATTN: RAFAEL G. MARTINEZ-GEIGEL | OCHOA BUILDING, SUITE 203, TANCA ST. | | SAN JUAN | PR | 00901 | | First Class Mail |
| Paul Kelly Slater | Address on File | | | | | | | | First Class Mail |
| Puerto Rico Land Administration | William Marrero-Quiñones | Attorney | Tha Garffer Group of Legal Advisors | J-16 Calle Mary Wood, Apt. A | San Juan | PR | 00926-1844 | wmq@wmarrerolaw.com | First Class Mail and Email |
| Quiros Pagan, Magda E. | RIVERA MUNICH & HERNANDEZ | P.O. BOX 364908 | | | SAN JUAN | PR | 00936-4908 | jnigaglioni@rmmelaw.com | First Class Mail and Email |
| RIVERA, ANA TERESA | UBARRI & ROMAN LAW OFFICE | ATTN: DAVID W. ROMAN PO BOX 79564 | | | CAROLINA | PR | 00984-9564 | | First Class Mail |
| Rodriguez Gonzalez, Miguel | RIVERA MUNICH & HERNANDEZ | P.O. BOX 364908 | | | SAN JUAN | PR | 00936-4908 | jnigaglioni@rmmelaw.com | First Class Mail and Email |
| RODRIGUEZ HERNANDEZ | GABRIELA RIVERA | ASSOCIATE | THE RIVERA GROUP | PO BOX 360764 | SAN JUAN | PR | 00936 | gabriela@therivera.group | First Class Mail and Email |
| RODRIGUEZ HERNANDEZ | URB MUÑOZ RIVERA | 8 CALLE ALBORADA | | | GUAYNABO | PR | 00969-3566 | wiburgos@gmail.com | First Class Mail and Email |
| Rodriguez Velazquez, Ariadne | RIVERA MUNICH & HERNANDEZ | P.O. BOX 364908 | | | SAN JUAN | PR | 00936-4908 | jnigaglioni@rmmelaw.com | First Class Mail and Email |
| Rodriguez, Luis A. | RIVERA MUNICH & HERNANDEZ | P.O. BOX 364908 | | | SAN JUAN | PR | 00936-4908 | jnigaglioni@rmmelaw.com | First Class Mail and Email |
| RPP LAW PSC | ATTN ROBERTO L PRATS ESQ | AMERICAN AIRLINES BUILDING | 1509 LOPEZ LANDRON PISO 10 | | SAN JUAN | PR | 00911 | | First Class Mail |
| Saez Vargas, Annette | RIVERA MUNICH & HERNANDEZ | P.O. BOX 364908 | | | SAN JUAN | PR | 00936-4908 | jnigaglioni@rmmelaw.com | First Class Mail and Email |
| Saldaña, Olga | RIVERA MUNICH & HERNANDEZ | P.O. BOX 364908 | | | SAN JUAN | PR | 00936-4908 | jnigaglioni@rmmelaw.com | First Class Mail and Email |
| SANTANA RIVERA | PALMA DORADA VILLAGE | APT. N 2802 | | | VEGA ALTA | PR | 00692 | fsantana390@yahoo.com | First Class Mail and Email |
| SANTANA RIVERA | URB OASIS GDNS | I10 CALLE NORUEGA | | | GUAYNABO | PR | 00969-3416 | fsantana390@yahoo.com | First Class Mail and Email |
| SANTANA RIVERA | GABRIELA RIVERA | THE RIVERA GROUP | PO BOX 360764 | | SAN JUAN | PR | 00936 | Gabriela@therivera.group | First Class Mail and Email |
| SANTANA RIVERA | THE RIVERA GROUP | GABRIELA RIVERA, ASSOCIATE | PO BOX 360764 | | SAN JUAN | PR | 00936 | gabriela@therivera.group | First Class Mail and Email |
| Siemens Corporation | Sepulvado & Maldonado, PSC | Attn: Albéniz Couret Fuentes | 252 Ponce de León Avenue | Citibank Tower, Suite 1900 | San Juan | PR | 00918 | acouret@smlawpr.com | First Class Mail and Email |
| Siemens Transportation Partnership Puerto Rico, S.E. | c/o Sepulvado & Maldonado, PSC | Attn: José Javier Santos Mimoso | 252 Ave. Ponce de León, Suite 1900 | Citibank Tower | San Juan | PR | 00918 | jsantos@smlawpr.com | First Class Mail and Email |
| SOLA LTD | c/o The bank of New York Mellon Trust Company, N.A | Attn: Maria E. Pena | 601 Travis Street, 16th Floor | | Houston | TX | 77002 | 19726367634@tls.ldsprod.com | First Class Mail and Email |
| SOLA Ltd | Simpson Thacher & Bartlett LLP | Attn: Bryce L. Friedman | Nicholas Baker & Edward R. Linden | 425 Lexington Avenue | New York | NY | 10017-3954 | bfriedman@stblaw.com, nbaker@stblaw.com, edward.linden@stblaw.com | First Class Mail and Email |
| SOLA LTD | Simpson Thacher & Bartlett LLP | Attention: Nicholas Baker, Esq. | 425 Lexington Avenue | | New York | NY | 10017 | nbaker@stblaw.com | First Class Mail and Email |

Exhibit A
Material Interested Parties Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| SOLA LTD | Solus Alternative Asset Management LP | Attn: Stephen Blauner | 410 Park Avenue 11th Floor | | New York | NY | 10022 | sblauner@soluslp.com, gyeager@soluslp.com | First Class Mail and Email |
| SOLUS ALTERNATIVE ASSET MANAGEMENT LP | (AS ADMINISTRATIVE AGENT) NICHOLAS BAKER | SIMPSON THACHER & BARTLETT LLP | 425 LEXINGTON AVENUE | | NEW YORK | NY | 10017-3954 | | First Class Mail |
| SOLUS ALTERNATIVE ASSET MANAGEMENT LP | ATTN: NICHOLAS BAKER | SIMPSON THACHER & BARTLETT LLP | 425 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | | First Class Mail |
| Solus Opportunities Fund 5 LP | Simpson Thacher & Bartlett LLP | Attn Bryce L. Friedman | Nicholas Baker & Edward R. Linden | 425 Lexington Avenue | New York | Ny | 10017-3954 | bfriedman@stblaw.com, nbaker@stblaw.com, edward.linden@stblaw.com | First Class Mail and Email |
| STONEHILL INSTITUTIONAL PARTNERS LP | C/O STONEHILL CAPITAL MANAGEMENT LLC | 320 PARK AVENUE | 26TH FL | | NEW YORK | NY | 10022 | | First Class Mail |
| Sven Comas del Toro & Luz M. Diaz | Jose A. Toro Mercado CPA | Presidente | Rodriguez, RIvera & Toro PSC | PO Box 1080 | Mayaguez | PR | 00681-1080 | cpajtoro@gmail.com | First Class Mail and Email |
| Tilden Park Investment Master Fund LP | Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Nicholas Baker & Edward Linden | 425 Lexington Avenue | | New York | NY | 10017 | nbaker@stblaw.com, squsba@stblaw.com | First Class Mail and Email |
| Tilden Park Investment Master Fund LP | c/o Tilden Park Capital Management LP | Attn: Rahul Pande | 452 Fifth Avenue, 28th Floor | | New York | NY | 10018 | rpande@tildenparkcapital.com, legal@tildenparkcapital.com | First Class Mail and Email |
| TORO COLON MULLET/ RIVERA & SIFRE PSC | 416 AVE PONCE DE LEON | UNION PLAZA SUITE 311 | | | SAN JUAN | PR | 00918 | | First Class Mail |
| TORO COLON MULLET/ RIVERA & SIFRE PSC | Attn: Manuel Fernandez-Bared, Linette Figuerosa-Torres, Nadya Pérez-Román, Jane Patricia Van Kirk | PO Box 195383 | | | San Juan | PR | 00919-5383 | | First Class Mail |
| TORO COLON MULLET/ RIVERA & SIFRE PSC | P O BOX 195383 | | | | SAN JUAN | PR | 00919-5383 | | First Class Mail |
| Torres Santiago, Emma L. | RIVERA MUNICH & HERNANDEZ | P.O. BOX 364908 | | | SAN JUAN | PR | 00936-4908 | jnigaglioni@rmmelaw.com | First Class Mail and Email |
| Total Petroleum Puerto Rico Corp. | Sepulvado & Maldonado, PSC | Attn: Aurivette Diaz Delgado | 252 Ponce de León Avenue | Citibank Tower, Suite 1900 | San Juan | PR | 00918 | adeliz@smlawpr.com | First Class Mail and Email |
| Total Petroleum Puerto Rico Corp. | Sepulvado & Maldonado, PSC | Attn: Lee Sepulvado Ramos | 252 Ponce de León Avenue | Citibank Tower, Suite 1900 | San Juan | PR | 00918 | lsepulvado@smlawpr.com | First Class Mail and Email |
| Tradewinds Energy Barceloneta, LLC | c/o John Arrastia, Esq. | Mariaelena Gayo-Guitian, Esq. | Genovese Joblove & Battista, P.A. | 100 SE 2nd Street, Suite 4400 | Miami | FL | 33131 | jarrastia@gjb-law.com; mguitian@gjb-law.com | First Class Mail and Email |
| TRAFALGAR ENTERPRISES, INC. | SANTIAGO & GONZALEZ LAW, LLC | NYDIA GONZÁLEZ-ORTÍZ, ESQ. | 11 BETANCES STREET | | YAUCO | PR | 00698 | bufetesg@gmail.com | First Class Mail and Email |
| U.S Customs and Border Protection / Dept of Homeland Security USA | Matthew J. Troy, U.S. Department of Justice, Civil Divison | P.O. Box 875 Ben Franklin Station | | | Washington | DC | 20044-0875 | matthew.troy@usdoj.gov | First Class Mail and Email |
| U.S Customs and Border Protection / Dept of Homeland Security USA | Jessica Vandemark | Attn: Revenue Division, Bankruptcy Team | 6650 Telecom Dr., Suite 100 | | Indianapolis | IN | 46278 | | First Class Mail |
| U.S Customs and Border Protection / Dept. Of Homeland Security USA | U.S. Department of Justice, Civil Division | Attn: Matthew Troy Esq | PO Box 875, Ben Franklin Station | | Washington | DC | 20044-0875 | | First Class Mail |
| Ultra Master Ltd | c/o The Bank of New York Mellon Trust Company, N.A | Attn: Maria E Pena | 601 Travis Street,16th Floor | | Houston | TX | 77002 | 19726367634@tls.ldsprod.com | First Class Mail and Email |
| Ultra Master LTD | Simpson Thacher & Bartlett LLP | Attn: Bryce L. Friedman | Nicholas Baker & Edward R. Linden | 425 Lexington Avenue | New York | NY | 10017-3954 | bfriedman@stblaw.com, nbaker@stblaw.com, edward.linden@stblaw.com | First Class Mail and Email |
| Ultra Master Ltd | c/o Solus Alternative Asset Management LP | Attn: Stephen Blauner | 410 Park Avenue, 11th Floor | | New York | NY | 10022 | sblauner@soluslip.com, gyeager@soluslp.com | First Class Mail and Email |
| Ultra Master Ltd | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | | New York | NY | 10017 | | First Class Mail |
| Universal Service Administrative Company, Administrator for the Universal Service Fund | Michael Pond | 700 12th St. NW, #900 | | | Washington | DC | 20005 | mike.pond@usac.org | First Class Mail and Email |