19 de abril de 2022

Martin J. Bienenstock
Brian S. Rosen
Abogados de la Junta de Supervisión
Proskauer Rose LLP
Eleven Times Squares
New York, NY, 10036-8299

RE: ANEXO A RECLAMACION DEFICIENTE   Reclamación 104914

Mi nombre es Luz M. Acevedo Mercado con numero de seguro social xxx-xx-6506, fecha de nacimiento xx/xx/1962 y confirmo que estuve trabajando bajo el Departamento de Educación desde el 1990-2020 contando con 30 años de servicio como empleada docente permanente.

En los siguientes puntos evidencio la razón por la cual en el Anexo A del caso 17-03283-LTS fue una deficiente:

1. La Ley 96-2002 reúne los requisitos de años ofrecidos mientras estuve trabajando para el Departamento de Educación ininterrumpidamente hasta el 2020. A continuación, lo que la asamblea legislativa de Puerto Rico decreto:

Artículo 1.-Los aumentos concedidos al amparo de esta Ley serán de la siguiente forma:

   a. Cien (100) dólares mensuales de aumento de sueldo a los empleados públicos que al 30 de junio de 2002 estén en servicio activo, sin distinción de status ni categoría. Cuando en un puesto se prestaren servicios a jornada parcial, el aumento a concederse será proporcional a la jornada de trabajo. Aquellos empleados vinculados al servicio que no estén en servicio activo al 1ro. julio de 2002 tendrán derecho a recibir el aumento efectivo a la fecha en que se reintegren al servicio.

   b. El aumento de sueldo se concederá aun cuando el empleado esté devengando un sueldo igual o superior al tipo máximo de la escala o que con el aumento excedan éste. Dicho aumento no afectará al margen retributivo de que disfrutan los empleados para mejoramiento salarial, ni se ajustará a escala. Disponiéndose que las acciones de personal que se efectúen con posterioridad a la vigencia del presente aumento se tramitarán conforme a las normas que emita la Oficina Central de Asesoramiento Laboral y de la Administración de Recursos Humanos, en armonía con la Ley Núm. 89 de 12 de julio de 1979, según enmendada, conocida como "Ley de Retribución Uniforme" y el Reglamento de Retribución Uniforme.

    c. Cien (100) dólares a los empleados organizados en sindicatos bajo la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, incluidos en unidades apropiadas cuyo resultado de la fórmula bajo la Sección 7.5 de la ley antes citada es de cero o negativo. Aquellas unidades apropiadas cuyo resultado de la fórmula arroje positivo, pero menos de cien (100) dólares, recibirán un aumento equivalente a la diferencia entre cien (100) dólares y el resultado de dicha fórmula.

En la exposición de motivos de dicha ley indica:

"por tanto, aún ante la estrechez económica a la que nos enfrentamos, y reconociendo el reclamo de los diversos grupos que representan el sector laboral gubernamental, es imperante hacerles justicia a nuestros empleados públicos, concediéndoles un aumento salarial de cien (100) dólares mensuales a los empleados públicos que estén bajo las condiciones que más adelante se establecen."

Según los cálculos referentes a dicha ley a base de mis años de servicio (18 años) se estima una deuda pendiente a mi favor de $21.600.00.

2. Ley 161 de 24 de diciembre de 2013 indica que es para aumentar en veinticinco dólares ($25) mensuales, la escala de retribución de los maestros del Departamento de Educación de Puerto Rico, efectivo al 1ro de julio de 2014 hasta el 2023 y el mismo no me fue otorgado.

Debido a la alta inflación de los gastos, aumentos que han sucedido recientemente y es un derecho que me corresponde según la ley. No realice la reclamación antes del 2018, ya que entendí que era solamente para los maestros que presentaban carrera magisterial y le correspondía a todos los empleados públicos.

Por lo tanto, se solicita muy respetuosamente que no se me remueva del caso y tomen en cuenta la reclamación.

Cordialmente,

*[signature]*
Luz M. Acevedo Mercado

Tel. 787-316-2356

8 calle Andalucia
Urb. Doraville
Dorado PR. 00646

luzacevedo.21@gmail.com