Luz N. Acevedo Mercado
8 calle Andalucia
Urb. Doraville
Dorado PR 00646

SAN JUAN PR 009
21 APR 2022 PM 1 L

Sala 150 Edificio Federal
San Juan PR. 00918-1767

00918-133999