2 de junio de 2017.

INGENIERO ALEXEI HERNÁNDEZ, PE – LIC.15987.

1515 Tamesis St., San Juan, P.R.00926.

INFORME PERICIAL.

El presente Informe Pericial es para el caso civil KDP2016-1000 que está ante el Tribunal de Primera Instancia, Sala Superior de San Juan, Luis Costas Elena y Otros v. Autoridad de Energía Eléctrica de Puerto Rico. Proveemos este Informe a solicitud de la parte demandante. Hemos inspeccionado el lugar de los hechos, y hemos examinado documentación y fotografías. Proveemos este Informe en base a los criterios para peritos, inclusive nuestra experiencia, conocimientos y profesión como ingeniero civil.

HECHOS. La parte demandante Luis P. Costas Elena y su esposa son los dueños de la siguiente propiedad privada, que tiene esta descripción registral: "URBANA: Solar radicado en el Barrio Monacillos del término municipal de Río Piedras (hoy Gobierno de la Capital de Puerto Rico) marcado con el número Quince del plano de urbanización de la finca, con una cabida superficial de tres mil sesenta metros con veintisiete centímetros cuadrados (3060.27 mc.) colindando por el NORTE, en sesenta y dos metros, con cuarenta y seis centímetros con el solar número diecisiete; por el SUR, en setenta y dos metros con setenta y un centímetros con parcela propiedad de la Autoridad de las Fuentes Fluviales de Puerto Rico; por el ESTE, en treinta y cinco metros con la Calle Santa María; y por el OESTE, en cincuenta y un metros con ochenta y dos centímetros con Mariano Acosta Velarde.



"Contiene un edificio de dos plantas de concreto armado para una familia y piscina."

La parte demandante adquirió dicha propiedad residencial, conocida por el número treinticuatro de la Calle Orquídea de la Urbanización Santa María, el día 27 de marzo de 1978. Conforme a la escritura dicha propiedad está libre de cargas y gravámenes.

Hemos examinado la propiedad de los Costas, particularmente su lado OESTE. En dicho lado no hay dentro de la propiedad del demandante signo alguno de servidumbre eléctrica. Dentro de la propiedad del demandante no hay poste eléctrico o línea eléctrica alguna. Por dicho lado OESTE hay una verja que separa la propiedad del demandante de dos propiedades que están en otra urbanización y que colindan con la Calle Limoncillo. En una de esas propiedades de vecinos hay un poste eléctrico a considerable distancia (a alrededor de 9 pies distante) de la antedicha verja. El poste está enteramente dentro de la propiedad de esos vecinos, al igual que las líneas.

A distancia de la verja divisoria la parte demandante tenía sembrado desde hace muchos años varios árboles, entre ellos un árbol de aguacate que medía alrededor de 35 pies de altura. En dicho lado OESTE la parte demandante tenía matas de flores y orquídeas y otra vegetación valiosa. Los

demandantes se esmeran en mantener su propiedad, y han incurrido en considerables gastos y esfuerzos para mantener la belleza de su jardín y patio.

ESTUDIO.

El día del cumpleaño del demandante Luis Costas Elena, el 19 de agosto de 2016 la Autoridad de Energía Eléctrica demandada entró en una de las propiedades vecinales que da hacia la Calle Limoncillo y desde allí con equipo mecánico traspasaron por encima de la verja e invadieron la propiedad de la Calle Orquídea # 34. Desde esa propiedad vecinal el demandado Autoridad de Energía Eléctrica cortó desde arriba hacia abajo, casi hasta la tierra el árbol de aguacate y otros árboles y palmas que estaban dentro de la propiedad privada de los Costas. El demandado ha informado que comenzó sus trabajos a las 6:30 de la mañana del 19 de agosto de 2016.

El demandado dice que acudió a esa propiedad vecinal porque había una enredadera que estaba afectando el poste eléctrico. Del estudio que hemos hecho resalta a nuestro juicio que no había razón alguna para cortar los árboles de los Costas. Una enredadera no es un árbol. El poste eléctrico y alegada enredadera estaban dentro de la propiedad vecinal, no en la propiedad de los Costas. El demandado en el Requerimiento de Admisiones admite que los vecinos tienen enredaderas dentro de su patio vecinal. Hay un área dentro de la propiedad vecinal que dichos vecinos no cuidan. Los árboles de los Costas están a distancia de la verja, y llevaban décadas en crecimiento; sus ramas estaban a considerable altura directo hacia arriba y no tocaban el poste eléctrico que está enteramente dentro de la propiedad vecinal.

Hemos examinado la documentación y escrituras provistas por el demandado, y está claro que respecto la propiedad de los Costas no hay servidumbre del demandado. La servidumbre alegada por el demandado según sus mismas escrituras está localizada en Villa Aida.



DAÑOS.

Las actuaciones de la Autoridad de Energía Eléctrica contra la propiedad de la Calle Orquídea # 34 causaron considerables daños y perjuicios a los Costas y a su propiedad privada. Los árboles proveen belleza, seguridad y protección al ambiente. Los árboles de los Costas en el lado OESTE de su propiedad proveen a los Costas privacidad y paz. Protegen contra ruidos y la contaminación. El árbol de aguacate daba frutos.

Sustituir un árbol de aguacate de alrededor de 35 pies de altura es sumamente difícil en Puerto Rico. Habría que comprar uno fuera de Puerto Rico a considerable costo, inclusive de transportación, y añadir el costo considerable de siembra. De hecho, para sembrarlo en el mismo sitio que estaba antes, habría que ir desde el lado Este hacia el lado Oeste traspasando toda la propiedad de los Costas, causando adicionales daños a las estructuras y vegetación dentro de la propiedad de los Costas.

El corte de los árboles realizado por la Autoridad de Energía Eléctrica causó que los troncos y pedazos de árbol cayesen dentro de la propiedad de los Costas, inclusive sobre su verja. Los Costas fueron privados de utilizar su propiedad; la verja con su alambrado fue adversamente afectada. Además,

los Costas tuvieron que incurrir en gastos y trabajos de limpieza. La Autoridad de Energía Eléctrica no regresó al lugar para remover troncos hasta el día 24 de agosto de 2016, y en dicha ocasión removieron solo aquello que estaba en la propiedad vecinal.

Hemos calculado en la adjunta página de fecha 12 de mayo de 2017, la cual unimos a este Informe las cantidades de daños causados por el demandado Autoridad de Energía Eléctrica a los Costas. El total en la adjunta página es $36,840.00 de daños, sin incluir daños personales o daños emocionales.

Ingeniero Alexei Hernández, PE



**Ingeniero Alexei Hernández, PE – Lic. 15987**

12 de mayo de 2017

Dueño;     Sr. Luis P. Costas Elena
Catastro;    114-007-002-16-001
Dirección;   Calle Orquídea 34, Urb. Santa Maria, San Juan, PR

## EVALUACION Y ESTIMADO DE DANOS CAUSADO POR LA BRIGADA DE DESGANCHES DE LA AUTORIDAD DE ENERGIA ELECTRICA

| Descripción | Cantidad | Unidad | Precio | Total |
|---|---|---|---|---|
| **ACCESO DE ENTRADA** | | | | |
| Remoción y restitución de verja para acceso | 16 | LnFt | $45.00 | $720.00 |
| Restitución de vegetación afectada | 600 | SqFt | $2.00 | $1,200.00 |
| **RESTITUCIÓN DE ARBOLES Y VEGETACION AFECTADOS POR AEE** | | | | |
| Siembra de árbol adulto de aguacate | 1 | ea | $26,000.00 | $26,000.00 |
| Siembra de árbol adulto nativo | 3 | ea | $1,800.00 | $5,400.00 |
| Restitución de vegetación | 100 | SqFt | $2.00 | $200.00 |
| Siembra de plantas de Orquídeas | 4 | ea | $30.00 | $120.00 |
| Siembra de palmas o palmeras | 1 | ls | $200.00 | $200.00 |
| **OTROS DAÑOS CAUSADOS POR AEE** | | | | |
| Reparación de verja de colindancia trasera | 40 | LnFt | $45.00 | $1,800.00 |
| Recogido y disposición de vegetación | 1 | ls | $1,200.00 | $1,200.00 |

**TOTAL    $36,840.00**

Alexei Hernández, PE
Lic. Ingeniero 15987

*[Sello: ALEXEI HERNÁNDEZ - INGENIERO LICENCIADO - LIC. 15987 - PUERTO RICO]*

# ALEXEI HERNÁNDEZ, PE               Lic. 15987

San Juan, PR     Mobile (787) 394-2605     e-mail alexeiher@gmail.com

## PROFILE

Professional Civil Engineer with twenty (20) years of experience in the Building Construction and Maintenance Industry. Vast knowledge in Construction Management and Building's structure, infrastructure and site design considering applicable building codes and Section 504 of the Rehabilitation Act of 1973 and the 1990 American with Disabilities Act. Strongly experienced with HVAC, elevator's equipment and mechanical high pressure systems for fire, used and potable water. Puerto Rico interagency interfacing knowledge for applicable local laws and permits requirements.

## EDUCATION / CERTIFICATION

Bachelor Degree in Civil Engineering, 1994, from University of Puerto Rico Mayagüez Campus

Masters Degree in Engineering Management, 1997, from Polytechnic University of Puerto Rico

Professional Engineer License No. 15987 form the Colegio de Ingenieros y Agrimensores de Puerto Rico

## EXPERIENCE

### PUERTO RICO PUBLIC HOUSING ADMINISTRATION (2002 to present)

**Engineering Department for the Management Agent - with over 4,600 units**

Engineering Director Officer covering 35 Housing Projects with over 4,600 units, between 2011 and 2015 with Peregrine Group, Inc. Continued with Mora Housing Management, Inc. to present.

Responsible for the evaluation and maintenance of all housing projects structures, sites and infrastructures. Oversees any situation that might compromise the structure soundness, Federal and Local Inspection, and residents and employee safety. Evaluate designs and prepare construction estimates for extraordinary funding.

**Housing Project Bella Vista at Salinas with 100 units**

Comprehensive renovation. Executed the roll of the Resident Inspector's between 2009 and 2011 (KLASSIK BUILDERS, INC.). Enforce quality control and quality assurance over construction activities, budget, schedule, materials among other activities executed by the general contractor.

**Housing Project Lirios del Sur at Ponce with 400 units**
**Housing Project Brisas de Bayamón at Bayamón with 300 units**

Comprehensive renovations. Executed the roll of the General Contractor's Project Manager between 2002 and 2006 (OMEGA ENGINEERING, CORP.). Managed estimates, procurement, subcontracts, budget, schedule, owner relationship among other construction activities.

## OTHER RELATED EXPERIENCES IN THE CONSTRUCTION INDUSTRY

**University of Puerto Rico - Estudios Generales's new building,** 19 million dollars Construction Project. Executed the roll of the General Contractor's Project Manager.

**Puerto Rico Ports Authority – Vieques Airport Expansion,** for customs facilities. Executed the roll of the General Contractor's Project Manager.

**Municipality of Carolina – Roberto Clemente Stadium.** A new five-story building Major League Baseball Park with a budged over 36 million dollars. Executed the roll of the General Contractor's Project Manager.

**Puerto Rico Highway Authority – Design Built Tren Urbano Phase I, Maintenance Building.** A four-story building for the Puerto Rico urban train maintenance with a budged over 26 million dollars. Executed the roll of the General Contractor's Project Manager.

## SPECIAL SKILLS

Prominent ability with Internet. AutoCAD, Primavera P3 and Expedition. Programming experience in Fortran, Turbo Pascal and Basic. Experience with DOS applications, MS Office Suite and Windows.

Language Skills; Spanish (Native) and English (Fluent)