22 abril 2022

Ley Promesa
Commonwealth of Puerto Rico
United States Bankruptcy
Court for District of
Puerto Rico (San Juan)

¡Saludos cordiales!
    Epígrafe: ELA, Cofina, Sistema Retiro, AEE, Autoridad Carretera y Tranportación P.R., Centésima Cuarta Objeción global.
    Recibí esta semana la carta informando que hay duplicado en las leyes. Le informó que no hay duplicado debido a que son totalmente diferentes. Les menciono las leyes:

    a) Ley 180 Costo de Vida del 3 por ciento del Sistema de Retiro x Agencia Departamento Educación de Puerto Rico. Claim number: 134043 por la cantidad $5,602.93

    b) Ley 89 Romerazo del Departamento Educación P.R. Claim number: 137345 por la cantidad $2,200.00

No estoy de acuerdo con la

desición tomada. Por tal razón estoy haciendo la reclamación nuevamente en dichas leyes por el motivo que me opongo es porque tengo derecho a la bonificación que me corresponde por años de servicios de la Ley 180 y 89.

Espero que resuelvan la situación y me consideren para la obtención de dichos beneficios.

Espero pronta contestación de parte de ustedes de dicha situación que lo amerita. Adjunto evidencias.

Gracias anticipadas.

Cordialmente,
Diana M. Guzmán Arocho

25 Calle Malagueta
Urb. 3T
Isabela, P.R. 00662
(787) 585-9926
diana21031@hotmail.com