**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | DISALLOWED CLAIM # | DATE FILED | DEBTOR | DISALLOWED ASSERTED CLAIM AMOUNT | SURVIVING CLAIM # | DATE FILED | DEBTOR | SURVIVING CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| GUZMAN AROCHO, DIANA M. | 134043 | 6/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $5,602.93 | 137345 | 6/29/2018 | Commonwealth of Puerto Rico | $2,700.00 |
| Treatment: | Claim to be Disallowed | | | | | | | |
| Reason: | Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | No. DE RECLAMO DESESTIMADO | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DEL RECLAMO FORMULADO DESESTIMADO | No. DE RECLAMO SOBREVIVIENTE | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DEL RECLAMO SOBREVIVIENTE |
|---|---|---|---|---|---|---|---|---|
| GUZMAN AROCHO, DIANA M. | 134043 | 6/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $5,602.93 | 137345 | 6/29/2018 | Commonwealth of Puerto Rico | $2,700.00 |
| Tratamiento: | Reclamo a ser desestimado | | | | | | | |
| Reason: | Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico. | | | | | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

Número de Evidencia de Reclamación
Reclamante:

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal** o **entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. ¿Cuál es el fundamento de su reclamación?

   ■ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   Ley 180 Costo de Vida Separación Departamento Educación P.R.

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

   $5,602.93

*Número de Evidencia de Reclamación*:
*Reclamante*:

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: _Departamento Educación P.R._

3(b). Identifique las fechas de su empleo con relación a su reclamación: _Junio 29, 2018_

3(c). Últimos cuatro dígitos de su número de seguro social: _0852_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción. _Departamento Educación P.R. — Sistema de Retiro_

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: _Commonwealth of Puerto Rico, United States Bankruptcy Court for the District of Puerto Rico (San Juan)_

4(c). Número de caso: _17-03283_

4(d). Título, epígrafe, o nombre del caso: _ELA, Cofina, Sistema Retiro, AEE, Autoridad Carretera y Transportación P.R., Centésima cuarta objeción global._

2

*Número de Evidencia de Reclamación:*
*Reclamante:*

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

~~Pendiente de resolucion~~

4(f). ¿Tiene usted una sentencia impaga? (Sí) / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

~~Junio~~ 29, 2018 $5,602.93 Ley Promesa Proof Claim #134043

3

FORMULARIO DE RESPUESTA DEL RECLAMANTE

Claim No. 134043    Creditor Name: GUZMAN AROCHO, DIANA M.

| | | |
|---|---|---|
| (1) | Nombre Completo | Diana M. Guzman Arocho |
| (2) | Número de teléfono | 787-585-9926 |
| (3) | Número de empleado | Redacted   0852 |
| (4) | Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Educación de Puerto Rico |
| (5) | Correo electrónico | diana21031@hotmail.com |
| (6) | Número de seguro social (últimos cuatro dígitos) | 0852 |
| (7) | Número de caso administrative o judicial, si aplica. | No Tengo - No Aplica |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | Mi reclamación es la siguiente: por salario y pagos al epígrafe Tribunal de Distrito para el Distrito de P.R. a) ELA b) Cofina c) Sistema Retiro P.R. d) AEE e) Autoridad Carreteras El motivo es la razón que me opongo es porque tengo derecho a la bonificación que me corresponde por años de servicios de la ley 180 Retiro del 3 porciento del Departamento Educación P.R. La cantidad solicitada es $5,602.93. |

*** Attach any supporting documentation you may have related to your claim. ***


17032830019369

Retiro

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Diana M. Guzman Arocho

Participant's Address: 25 Calle Malagueta Urb. 3T Isabela, P.R. 00662

Participant's Email Address: diana.21031@hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 134043  $5,602.93

Nature of Claim: Public Employee and Pension/Retiree Claims

By: _[signature]_
Signature

Diana M. Guzman Arocho
Print Name

Individual
Title (if Participant is not an individual)

08/20/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Estos documento llegan directamente al tribunal Federal de San Juan. Tel. 787-772-3401

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | DISALLOWED CLAIM # | DATE FILED | DEBTOR | DISALLOWED ASSERTED CLAIM AMOUNT | SURVIVING CLAIM # | DATE FILED | DEBTOR | SURVIVING CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| GUZMAN AROCHO, DIANA M. | 134043 | 6/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $5,602.93 | 137345 | 6/29/2018 | Commonwealth of Puerto Rico | $2,700.00 |
| Treatment: | Claim to be Disallowed | | | | | | | |
| Reason: | Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | No. DE RECLAMO DESESTIMADO | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DEL RECLAMO FORMULADO DESESTIMADO | No. DE RECLAMO SOBREVIVIENTE | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DEL RECLAMO SOBREVIVIENTE |
|---|---|---|---|---|---|---|---|---|
| GUZMAN AROCHO, DIANA M. | 134043 | 6/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $5,602.93 | 137345 | 6/29/2018 | Commonwealth of Puerto Rico | $2,700.00 |
| Tratamiento: | Reclamo a ser desestimado | | | | | | | |
| Reason: | Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico. | | | | | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

Número de Evidencia de Reclamación:
Reclamante:

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. ¿Cuál es el fundamento de su reclamación?

   - ● Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☐ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   _Ley 89 - Departamento Educación P.R._
   _(Bonos 1-020)_

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):
   _$2,700.00_

*Número de Evidencia de Reclamación:*

*Reclamante:*

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ **Sí. Responda preguntas 3(a)-(d).**

   3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Departamento Educación Puerto Rico

   3(b). Identifique las fechas de su empleo con relación a su reclamación: Junio 29, 2018

   3(c). Últimos cuatro dígitos de su número de seguro social: 0852

   3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ **Sí. Responda Preguntas 4(a)-(f).**

   4(a). Identifique el departamento o agencia que es parte de esta acción. Departamento Educación Puerto Rico

   4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Commonwealth of Puerto Rico. United States Bankruptcy Court for District of Puerto Rico Centro

   4(c). Número de caso: 17-03283

   4(d). Título, epígrafe, o nombre del caso: ELA, Cofina, Sistema Retiro, AEE, Autoridad Carretera y Transportación Centésima Cuarta Objeción globa

2

# FORMULARIO DE RESPUESTA DEL RECLAMANTE

**Claim No. 137345**   **Creditor Name:** Guzman Arocho, Diana M.

| | | |
|---|---|---|
| (1) | Nombre Completo | Diana M. Guzmán Arocho |
| (2) | Número de teléfono | 787-585-9926 |
| (3) | Número de empleado | Redacted     0852 |
| (4) | Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento Educación de Puerto Rico |
| (5) | Correo electrónico | diana21031@hotmail.com |
| (6) | Número de seguro social (últimos cuatro dígitos) | 0852 |
| (7) | Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*)<br><br>No tengo = No Aplica |
| (8) | Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | Mi reclamación es la siguiente: y pagos al epígrafe Tribunal de Distrito por sabrio para el Distrito de P.R.<br>a) ELA<br>b) Cofina<br>c) Sistema Retiro P.R.<br>d) AEE<br>e) Autoridad Carreteras<br>El motivo es la razón que me opongo es porque tengo derecho a la bonificación que me corresponde por años de servicios de la Ley 89 Romerazo. La cantidad solicitada es $2,700.00 |

*** Attach any supporting documentation you may have related to your claim. ***



17032830019139B

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Diana M. Guzmán Arocho

Participant's Address: 25 Calle Malagueta Urb. 3T Isabela, P.R. 00662

Participant's Email Address: diana21031@hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 137345 $2,900.00

Nature of Claim: Public Employee and Pension/Retiree Claims

By: _[signature]_
Signature

Diana M. Guzmán Arocho
Print Name

Individual
Title (if Participant is not an individual)

08/20/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.