From:
Diana M. Guzmán Arocho
#25 Calle Malagueta
Urb. JT
Isabela, P.R.
00662



U.S. POSTAGE PAID
FCM LG ENV
CAMUY, PR
00627
APR 22, 22
AMOUNT
$8.36
R2304H109298-04

to:
Secretaria (Clerk's Office)
Tribunal de Distrito E.U.
Sala 150 Edificio Federal Ave. Chardón
San Juan, P.R.
00918-1767



CERTIFIED MAIL