UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:                                                                  PROMESA
                                                                        Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of                                             No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO et al.,                                 (Jointly Administered)

    Debtors.[1]

------------------------------------------------------------------x

### ORDER REGARDING CLAIMS RESOLVED THROUGH ADMINISTRATIVE CLAIMS RECONCILIATION

        In light of the successful resolution of proofs of claim, as reported by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") over the course of ten status notices regarding administrative claims reconciliation ("ACR") (Docket Entry Nos. 14515, 15367, 15812, 16322, 15086, 17659, 18363, 19381, 19945, and 20461 in Case No. 17-3283) the Oversight Board shall file a motion (the "Motion") by **May 10, 2022**, at **5:00 p.m. (Atlantic Standard Time)** containing a definitive list (a) identifying the responses to omnibus objections to claims which are eligible for termination (the "Responses") in light of the resolution of the underlying claims in ACR; and (b) requesting the termination of those Responses. Any opposition to the Motion must be filed by **May 17, 2022**, at **5:00 p.m. (Atlantic Standard Time)**.

        SO ORDERED.

Dated: April 26, 2022

                                                                                  /s/ Laura Taylor Swain
                                                                                LAURA TAYLOR SWAIN
                                                                                United States District Judge

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).