# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>Related to ECF No. 9299 |
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3566-LTS<br>(Jointly Administered)<br><br>Related to ECF No. 713<br><br>**This filing relates to ERS only.** |

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF THE MOTION OF THE BANK OF NEW YORK MELLON, AS FISCAL AGENT, FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17- BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

PLEASE TAKE NOTICE THAT, in light of (i) confirmation of the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [Doc. No. 19784 in Case No. 17-3283] (the "Plan"), (ii) the occurrence of the effective date of the Plan [Doc. No. 20349 in Case No. 17-3283], and (iii) satisfaction of the amounts owing to the Fiscal Agent[2] for services rendered under the Resolution prior to the effective date consistent with the Plan and the Resolution, the undersigned hereby withdraws the *Motion of The Bank of New York Mellon, as Fiscal Agent, for Allowance of Administrative Expense Claim* [Doc. No. 9299 in Case No. 17-3283 and Doc. No. 713 in Case No. 17-3566] without prejudice.

Dated:   April 26, 2022
         San Juan, Puerto Rico

Respectfully submitted,

**SEPULVADO, MALDONADO & COURET**

By:   */s/ Albéniz Couret-Fuentes*
      Albéniz Couret-Fuentes
      USDC-PR Bar No. 222207
      304 Ponce de León Ave. – Suite 990
      San Juan, PR 00918
      Telephone: (787) 765-5656
      Facsimile:  (787) 294-0073
      Email:  acouret@smclawpr.com

      **REED SMITH LLP**
      Luke A. Sizemore (*Pro Hac Vice*)
      Jared S. Roach (*Pro Hac Vice*)
      225 Fifth Avenue, Suite 1200
      Pittsburgh, PA 15222
      Telephone: (412) 288-3131
      Facsimile: (412) 288-3063
      Email:  lsizemore@reedsmith.com
      Email:  jroach@reedsmith.com

      *Counsel to The Bank of New York Mellon,*
      *as fiscal agent*

---

[2]  Capitalized terms used but not defined have the meanings given to them in the *Motion of The Bank of New York Mellon, as Fiscal Agent, for Allowance of Administrative Expense Claim* [ECF No. 9299 in Case No. 17-3283 and ECF No. 713 in Case No. 17-3566].