

Raul Darauche <raul.darauche@gmail.com>

## Raúl Darauche Andújar v Junta Reglamentadora de Telecomunicaciones _ - Case No. 2004-08-0190 - PROMESA

1 message

**JOSE E TORRES** <jose@torresvalentin.com>  Fri, Jan 21, 2022 at 4:28 PM
To: Hermann Bauer <Hermann.Bauer@oneillborges.com>, ubaldo.fernandez@oneillborges.com, "Diana M. Pérez" <dperez@omm.com>, "Luis C. Marini-Biaggi" <lmarini@mpmlawpr.com>, Carolina Velaz-Rivero <cvelaz@mpmlawpr.com>, Arturo Diaz-Angueria <adiaz@diazvaz.law>, Katiuska Bolanos-Lugo <kbolanos@diazvaz.law>, correspondencia@jrtpr.pr.gov, mtoledo@mbtdlaw.com
Cc: Raul Darauche <raul.darauche@gmail.com>, JOSE E TORRES <jose@torresvalentin.com>

Estimados y estimadas colegas:

Buenas tardes.

Se incluye carta relacionada al asunto de referencia, mediante la cual se solicita autorización para culminar paralización de trámite administrativo en CASP, según ordenado por PROMESA.

Cordialmente,

### José E. Torres Valentín

**Torres Valentín**

**Estudio Legal, L.L.C.**

#78 Calle Georgetti

San Juan, Puerto Rico 00925

Tel. (787) 753-7575

Fax: (787) 753-7577

 Favor de considerar el ambiente antes de imprimir este correo o sus anejos.

**CONFIDENTIALITY NOTE:** This communication and any attachments included herein contain information that belongs to Márquez & Torres, C.S.P., its subsidiaries and/or affiliates, that may be confidential, legally privileged and/or a trade secret. Its unauthorized disclosure, copying or distribution is strictly prohibited. If you have received this communication in error please delete or destroy it and notify the sender immediately. Neither Márquez & Torres, C.S.P. nor its subsidiaries or affiliates will be liable for any damages resulting from any modification or falsification of an e-mail that is originated by us. Moreover, although precautions have been taken to ensure that the data included herein is free from viruses or other malicious content, we cannot assure that such is indeed the case and disclaim any responsibility attributable thereto.

2 attachments


2022- 21 enero RDA PROMESA .pdf
135K


158027861154-rep-1211122407.pdf
45K