# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## Transmittal of Abbreviated Record to the Court of Appeals

**DATE:** April 26, 2022

BK Case: 17-bk-3283-LTS
Related USCA Cases: 22-1150

**CASE CAPTION:** In re: THE COMMONWEALTH OF PUERTO RICO.

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD:**

**DOCUMENTS:**

**Docket Entry 20333:** Objection filed by Jaime A. Diaz Oneil, pro sel.

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated supplemental record on appeal in the case.

    Maria Antongiorgi-Jordan, Esq.
    Clerk of the Court

    S/ Marian B. Ramirez-Rivera
    Marian B. Ramirez-Rivera
    Deputy Clerk

.