UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| María A. Clemente Rosa<br>PETICIONARIA<br>V.<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>et a., Debtor. | 15 de abril DE 2022<br><br>PROMESA TITLE III<br><br>No. 17 BK 3283- LTS<br><br>CLAIM. NÚM. 133537 |

TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH PF PUERTO RICO, et al., Debtors:

HONORABLE JUEZ: Del Tribunal de Distrito de Estados Unidos Hon. Laura Taylor Swain.

UNITED STATES DITRIT COURT FOR THE DISTRICT OF PUERTO RICO/ TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

REPETUOSAMENTE SOLICITO

MOCIÓN PARA QUE SE ME GARANTICE EL PAGO POR LOS DAÑOS CREADOS POR EL DEUDOR: EL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y EL DEPARTAMENTO DE EDUCACIÓN, EN SU TOTALIDAD. DE ACUERDO A LAS RECLAMACIONES SOMETIDAS A LA LEY PROMESA III EL 29 DE JUNIO DE 2018, CLAIM NUM. 133537. CASE NUMBER: 17BK 03283-LTS - POR EL MONTO DE LA RECLAMACIÓN DE $250,000.00: CUANDO LLEGUE EL MOMENTO DEL DICTAMEN DECLARADO POR LA HON. JUEZ. DEL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS HON. LAURA TAYLOR SWAIN Y LA APROBACION SOBRE EL PLAN DE JUSTE DE LA DEUDA(PAD)

Comparece María A. Clemente Rosa, PETICIONARIA, CLAIM NÚM. 133537. CASE NUMBER: 17BK 03283-LTS se dirige muy respetuosamente, expone, alega y solicita:

HECHOS
DATOS AFIRMATIVOS

1. Para el año 1985, firme contrato como maestra con el Sistema de Educación Pública de Puerto Rico, en la Categoría de Artes Industriales, actualmente Maestra de Tecnología, Certificado Núm. 1662 y Núm. de Puesto R 16045. Que me he desempeñado por más de 34 años de maestra.
2. Durante 34 años de servicio público, me he desempeñado como maestra de excelencia y he adquirido una preparación Doctoral, en el área de la educación. He participado en diferentes competencias de tecnología, llevando a los estudiantes a obtener premios.
3. Como parte de mi pensión he cotizado para el Sistema de Retiro para Maestros.
4. Que durante 34 años de servicio público, se me ha violado los derechos de recibir los beneficios por la Ley 96, la cual establece aumentos no otorgados por capacitación profesional, nivel "Maestro".
5. Violación a la Ley 96, aumento no otorgados por la Ex. Gobernadora Hon. Sila María Calderón.
6. Violación a la Ley 89, pasos no otorgados a los maestros del Sistema Público de Educación.
7. Violación a la Ley 96, Violación de no pagar los derechos adquiridos, por la Ley de Quiebra. Violación a la Constitución de Puerto Rico.
8. Violación a la Ley 164, descuentos indebidos, por el Sistema de Retiro para Maestros y empleados públicos.
9. Violación a la Ley 158, aumento no otorgados por la Ley de Carrera Magisterial, violación a la Ley 158, a la Constitución y engaño bajo Dolo, al maestro.

10. RESPETUOSAMENTE HONORABLE JUEZ, Laura Taylor Swain, CONSIDERO QUE MI PETICIÓN DE QUE SE ME OTORGUE EL PAGO DE AUERDO A LA RECLAMACION HECHA EL 29 DE JUNIO DE 2018, ES JUSTAS, ADECUADA Y RAZONABLE.

Acudo a usted, Honorable, **Hon. Laura Taylor Swain. Juez, Del Tribunal de Distrito de Estados Unidos and TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH PF PUERTO RICO, et al ., Debtors:** UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO porque entiendo que tienen el fundamento principal de la jurisdicción primaria de mi reclamación.

11. Reconociendo dicho acto solicito a este honorable foro que imponga un remedio legal dirigido a indemnizar daños y perjuicios causados por la parte DEUDORA, EL Estado Libre Asociado De Puerto Rico, Gobierno de Puerto Rico y el Departamento de Educación, y su Dependencias y que se me otorgue un resarcimiento de daños y abono de intereses por la cantidad de $ 250,000.00 según lo estipulado en la reclamación y el pago de costas y honorarios de abogados.

**POR TODO LO CUAL**, la parte peticionaria muy respetuosamente solicita al **Hon. Laura Taylor Swain. Juez, Del Tribunal de Distrito de Estados Unidos and TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH PF PUERTO RICO, et al ., Debtors:** que tome conocimiento de lo anterior, declare con lugar la moción de: (**PARA QUE SE ME GARANTICE EL PAGO POR LOS DAÑOS CREADOS POR L DEUDOR EL ESTADO LIBRE ASOCIADO DE PUERTO RICO EN SU TOTALIDAD, DE ACUERDO A LAS RECLAMACIONES SOMETIDAS A LA LEY PROMESA III EL 29 DE JUNIO DE 2018, CLAIM NUM. 133537. CASE NUMBER: 17BK 03283-LTS - POR EL MONTO DE LA RECLAMAION DE $250,000.00. EN SU TOTALIDAD, CUANDO LLEGUE EL MOMENTO DEL DICTAMEN DECLARADO POR LA HON. JUEZ. Laura Taylor Swain.**

RECLAMACION: CLAIM NUM.: 133537.

RESPETUOSAMENTE SOLICITADO.

CERTIFICO que en esta misma fecha he enviado por correo CERTIFICADO copia fiel y exacta del presente TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH PF PUERTO RICO, et al ., Debtors:

En Carolina, Puerto Rico hoy 15 de abril de 2022

María A. Clemente Rosa
Condominio Astralis 9546
Calle Díaz Way, Apt 311
Torre # 6 Carolina, P.R. 00979
Tel. (787)385-2906

Date Filed: 6/29/2018
Case Number: 17 BK 03283- LTS
DEBTOR: Commonwealth of Puerto Rico
CLAIM: NÚM.: 133537
ASSERTED CLAIM AMOUNT: 250,000.00