2022 Leyes de Puerto Rico 2022

# Ley Núm. 9 del año 2022

**(P. del S. 573); 2022, ley 9**

**Ley para enmendar varias leyes y ordenar los pagos adeudados desde el Año Fiscal 2014-2015 conforme a la Ley de la Carrera Magisterial, según enmendada.**

**Ley Núm. 9 de 7 de marzo de 2022**

Para añadir un subinciso (vi) al inciso (d) del Artículo 11, y enmendar el Artículo 31 de la Ley Núm. 66 del 17 de junio de 2014, según enmendada, conocida como "Ley Especial de Sostenibilidad Fiscal y Operacional del Gobierno del Estado Libre Asociado de Puerto Rico"; enmendar el Artículo 2.08 de la Ley Núm. 26 del 29 de abril de 2017, según enmendada, conocida como "Ley de Cumplimiento con el Plan Fiscal"; ordenar al Departamento de Educación y a la Oficina de Gerencia y Presupuesto a identificar la cantidad de cuatro millones trescientos sesenta y siete mil setecientos treinta y seis dólares ($4,367,736), en el presupuesto de la agencia, para cubrir en o antes de que culmine el Año Fiscal 2022-2023 los pagos adeudados correspondientes al periodo que precede al Año Fiscal 2014-2015 conforme a la Ley Núm. 158 del 18 de julio de 1999, según enmendada, conocida como "Ley de la Carrera Magisterial"; ordenar al Departamento de Educación y a la Oficina de Gerencia y Presupuesto a realizar los ajustes salariales y a identificar la cantidad de dinero adeudado correspondiente a dichos ajustes desde el Año Fiscal 2014-2015 en adelante conforme a la aplicación de la Ley 158-1999, *supra*, con el fin de incluir la partida en el presupuesto del Departamento de Educación en o antes de que culmine el Año Fiscal 2023-2024; ordenar al Departamento de Educación, a la Oficina de Gerencia y Presupuesto y a la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico a que realicen la identificación de los fondos recurrentes necesarios para la reactivación del cumplimiento con la Ley 158-1999, *supra*; con el fin de lograr la reactivación y el cumplimiento con la Ley 158-1999, *supra*, luego de las paralizaciones provocadas por la Ley 66-2014, *supra*, y por la Ley 26-2017, *supra*, en el proceso de cumplir con los Planes de Mejoramiento Profesional, las Clasificaciones y los Niveles Magisteriales de maestros(as) que se acogieron a la Ley de la Carrera Magisterial; y para otros fines relacionados.

## EXPOSICIÓN DE MOTIVOS

La Ley 158-1999, según enmendada, conocida como "Ley de la Carrera Magisterial", fue adoptada para disponer sobre el sistema de rangos magisteriales, establecer procedimientos para ascensos y revisión de salarios, y disponer sobre el Plan Individual de Mejoramiento Profesional y los programas de educación continua. Se estableció reconociendo la necesidad de renovar continuamente el conocimiento de los(as) docentes, de perfeccionar sus destrezas a través de estudios y práctica docente, y de mantener los mejores maestros y maestras en el salón de clases del Departamento de Educación de Puerto Rico (el Departamento). Para ello, estableció aumentos salariales a maestros(as) que, en búsqueda de su mejoramiento profesional, van completando nuevos grados académicos, entre otros requisitos.

En el Artículo 1.03 de dicha Ley, se indica que serán integrantes de la Carrera Magisterial los maestros(as) del salón de clases, maestros(as) bibliotecarios(as), orientadores escolares, trabajadores(as) sociales escolares, maestros(as) especialistas en tecnología instruccional, coordinadores(as) industriales y coordinadores(as) de programas vocacionales, siempre y cuando posean certificados regulares de maestro(a) en la categoría en que se desempeñan, posean permanencia, y realicen las funciones inherentes en la categoría de puesto para el que se les expidió el certificado regular. En la Ley se establece que estas clasificaciones existirán en los niveles del I al IV.

Durante varios años, el Departamento realizó este trámite en cumplimiento con los términos que establece la legislación, el Reglamento de la Carrera Magisterial 6761 (el reglamento), y los memorandos del Secretario. Sin embargo, la Ley 7-2009, conocida como "Ley Especial Declarando Estado de Emergencia Fiscal y Estableciendo Plan Integral de Estabilización Fiscal para Salvar el Crédito de Puerto Rico", paralizó por primera vez los aumentos salariales, y provocó atrasos significativos en el proceso de revisión de las solicitudes, reconocimiento de nivel, el correspondiente aumento salarial y sobre todo el pago de dicho aumento.

Para el año 2012, el Departamento estaba atrasado en cumplir con la revisión y adjudicación de la documentación provista por maestros(as) bajo la Ley de la Carrera Magisterial. Esto provocó mucha confusión, duplicación de solicitudes, frustración en los docentes y atrasos en los pagos. Ya en el 2014, los maestros(as) entregaron su solicitud a inicio de año, pero tras la aprobación de la Ley 66-2014, según enmendada, conocida como "Ley Especial de Sostenibilidad Fiscal y Operacional del Gobierno del Estado Libre Asociado de Puerto Rico", el Departamento paralizó todo trámite de Carrera Magisterial, por lo que no revisó, ni adjudicó las solicitudes, ni siquiera para reconocer los grados académicos recibidos por los maestros(as). Tampoco emitió pagos para el 2014, ni pagos pendientes de años anteriores. Más aún, maestros(as) cuyos pagos del 2013 quedaron pendientes, se les informó que se encontraban en una lista para el pago y muchos, aún al presente, no han recibido el mismo. Esto provocó decenas de casos pendientes de adjudicar ante la Comisión Apelativa del Servicio Público, por controversias sobre la Carrera Magisterial.

Según el propio Departamento de Educación informó a la Comisión de Educación, Turismo y Cultura del Senado de Puerto Rico, en virtud de la Resolución del Senado 166, el Programa de Carrera Magisterial se sufraga con los fondos del presupuesto general asignados al Departamento de Educación. Sin embargo, no ha podido continuar debido a la aprobación de la Ley 66-2014, *supra*. Esta Ley declaró un estado de emergencia fiscal y prohibió los aumentos en beneficios económicos y compensaciones monetarias extraordinarias a los empleados(as) de las agencias de la Rama Ejecutiva, por lo que el Programa de Carrera Magisterial quedó suspendido. Bajo la referida ley, se considera un aumento en los beneficios económicos de docentes participantes o compensación monetaria extraordinaria, entre otros, los aumentos de sueldo por años de servicio, servicio meritorio, retribución adicional por habilidades o competencia, los aumentos generales, y los planes de adiestramiento, capacitación y desarrollo en exceso de seiscientos dólares ($600) por empleado(a). Por lo tanto, sugirieron la necesidad de enmendar la Ley 66-2014, *supra*, a los fines de lograr la reactivación y el cumplimiento con la Ley de Carrera Magisterial.

Continuó el Departamento exponiendo que, luego de aprobada dicha Ley, hubo 166 docentes que no pudieron completar la revisión de salario correspondiente al Año Fiscal 2013. Los empleados(as) que sometieron revisión de salario en el Año Fiscal 2014 ascendían a 3,855 maestros(as) y en el Año Fiscal 2015 la cantidad de maestros(as) ascendía a 3,800. Entonces, sugirieron que, para volver a activar la Carrera Magisterial, el Departamento necesitaría aproximadamente ocho millones de

dólares ($8,000.000) anuales para gastos recurrentes, según datos provistos por la Oficina de Carrera Magisterial, si se utiliza como base los planes pendientes para revisión y activación de Carrera Magisterial al momento de la paralización de los pagos en cumplimiento con la Ley 66-2014, *supra*. Incluso, establecieron que la cantidad de la deuda correspondiente a la Carrera Magisterial de los años que preceden a la paralización de los años 2013 al 2021, asciende a unos cuatro millones trescientos sesenta y siete mil setecientos treinta y seis dólares ($4,367,736) aproximadamente.

A su vez, expresaron que la Ley 26-2017, según enmendada, conocida como "Ley de Cumplimiento con el Plan Fiscal", prohíbe el pago de bonificaciones, a excepción del bono de Navidad. Por lo tanto, que esta Ley debe ser enmendada para que el cumplimiento con la Ley de Carrera Magisterial no se considere una bonificación. Dicha acción debe ir acompañada de una asignación de fondos para cumplir con el impacto fiscal que tendría la reactivación de los beneficios económicos a maestros(as).

Por su parte, la Oficina de Gerencia y Presupuesto (OGP) estableció que el presupuesto consolidado del Departamento de Educación para el Año Fiscal 2021-2022 asciende a, dos mil trescientos cincuenta y seis millones ciento setenta y tres mil cincuenta y cinco dólares ($2,356,173,055.00), el cual se desglosa de la siguiente manera:

Fondo General: $2.342,589.000.00

Fondos Especiales: $12,718,000.00

Fondos Federales: $866,055.00.

Actualmente, la OGP necesita una petición de asignación adicional por parte del Departamento de Educación para poder implantar la Carrera Magisterial, tras la paralización impuesta por la Ley 66-2014, *supra*. Esto, con el fin de, junto a la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico, solicitar la reprogramación de fondos necesarios para cumplir con la Carrera Magisterial, sin violar los fundamentos del Plan Fiscal y de la Ley PROMESA.

A pesar de que miles de maestros(as) cumplieron con todos los requisitos exigidos por sus Planes de Mejoramiento Profesional, sacrificaron sus noches, fines de semana, vacaciones, pagaron de su propio pecunio los cursos académicos y de educación continua, y entregaron su documentación a tiempo, no han recibido el reconocimiento a su esfuerzo, ni el aumento salarial correspondiente. Los maestros(as) actuaron en cumplimiento con los propósitos de la Ley de Carrera Magisterial, pero el Gobierno incumplió con la ley que promulgó y no compensó a estos maestros(as) con los aumentos a los que tienen derecho.

Es por todos conocido que el salario del maestro en Puerto Rico es muy bajo. La Carrera Magisterial proveía un método al docente para mejorar sus conocimientos y a su vez recibir una mejor compensación por su trabajo. El aumento salarial bajo Carrera Magisterial está fundamentado en el trabajo académico, educación continua, evaluaciones satisfactorias y, en algunos casos, en la realización de proyectos especiales en la comunidad escolar. Es un aumento enraizado en el esfuerzo del docente, más allá de sus clases, pero con el propósito fundamental de ser mejores educadores(as) para así mejorar la calidad de la enseñanza en Puerto Rico. Por tal motivo, esta Asamblea Legislativa entiende meritorio que se le haga justicia a la clase magisterial, y que se eliminen los obstáculos de política pública necesarios que permitan el cumplimiento con la Ley de Carrera Magisterial de manera cabal.

**DECRÉTASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:**

Sección 1.- Se añade un subinciso (vi) al inciso (d) del Artículo 11 de la Ley 66-2014, según enmendada, conocida como "Ley Especial de Sostenibilidad Fiscal y Operacional del Gobierno del Estado Libre Asociado de Puerto Rico", para que lea como sigue:

"Artículo 11.– Concesión de Aumentos en Beneficios Económicos o Compensación Monetaria Extraordinaria.

(a) Desde y durante la vigencia de esta Ley no se concederán aumentos en beneficios económicos ni compensación monetaria extraordinaria a los empleados de las Entidades de la Rama Ejecutiva, con excepción a lo establecido en el inciso (d) de este Artículo.

(b) ...

(c) ...

(d) No se considerará como aumento en beneficios económicos ni o compensación monetaria extraordinaria lo siguiente:

(i) ...

(ii) ...

(iii) ...

(iv) ...

(v) ...

(vi) Los ajustes salariales y las compensaciones monetarias a los(as) empleados(as) públicos(as) del Departamento de Educación por concepto del cumplimiento con la Ley 158-1999, según enmendada, conocida como "Ley de la Carrera Magisterial".

No obstante lo anterior, con excepción de los programas de ayuda al empleado, y de los adiestramientos que brinda la Oficina de Administración y Transformación de los Recursos Humanos del Gobierno de Puerto Rico (OATRH), la autoridad nominadora o su representante autorizado deberá considerar que las situaciones antes provistas constituyen un aumento en beneficios económicos o compensación monetaria extraordinaria cuando ello resulte necesario para atemperar los gastos de la Entidad de la Rama Ejecutiva al presupuesto aprobado o para superar una proyección de déficit operacional.

...

(k) ..."

Sección 2.- Se enmienda el Artículo 31 de la Ley 66-2014, según enmendada, conocida como "Ley Especial de Sostenibilidad Fiscal y Operacional del Gobierno del Estado Libre Asociado de Puerto Rico", para que lea como sigue:

"Artículo 31. – Prohibición de reclamaciones retroactivas al concluir la vigencia de esta Ley.

Con excepción de lo dispuesto en el Artículo 11(c), sobre liquidaciones en efectivo por concepto del exceso de la licencia de vacaciones o enfermedad, y con excepción a cualquier desembolso de dinero o pago de deuda que tenga pendiente el Departamento de Educación con los(as) empleados(as) públicos(as) por concepto del cumplimiento con la Ley Núm. 158-1999, según enmendada, conocida como "Ley de la Carrera Magisterial", cualquier compromiso u obligación

que haya sido temporalmente suspendido mientras esté en vigor esta Ley no podrá ser reclamado retroactivamente, ni configurará crédito alguno, una vez ésta pierda su vigencia."

Sección 3.- Se enmienda el Artículo 2.08 de la Ley 26-2017, según enmendada, conocida como "Ley de Cumplimiento con el Plan Fiscal", para que lea como sigue:

"Artículo 2.08. – Bonificaciones

A partir de la vigencia de esta Ley, la única bonificación económica que se le otorgará a los empleados públicos del Gobierno Central y sus corporaciones públicas será por concepto del bono de Navidad. La cantidad que los empleados tendrán derecho a recibir será de seiscientos dólares ($600.00) en cada año en que haya prestado servicios al Estado Libre Asociado de Puerto Rico durante por lo menos seis (6) meses. Disponiéndose que los pagos retroactivos adeudados, así como los cambios en la remuneración de los(as) empleados(as) públicos(as) del Departamento de Educación, realizados por el Departamento de Educación en cumplimiento con la Ley 158-1999, según enmendada, conocida como "Ley de la Carrera Magisterial", no se considerarán como bonificaciones a los efectos de esta Ley."

Sección 4.- Se le ordena al Departamento de Educación y a la Oficina de Gerencia y Presupuesto la identificación y reprogramación de unos cuatro millones trescientos sesenta y siete mil setecientos treinta y seis dólares ($4,367,736) provenientes de las partidas del Fondo General asignados para cubrir en o antes de que culmine el Año Fiscal 2022-2023 los pagos adeudados correspondientes al periodo que precede al Año Fiscal 2014-2015 conforme a la Ley 158-1999, según enmendada, conocida como "Ley de la Carrera Magisterial".

Sección 5. - Se le ordena al Departamento de Educación a que realice, en un periodo de 270 días desde la entrada en vigor de esta Ley, todo trámite, cálculo y análisis requerido para identificar y cualificar a los profesionales del Departamento de Educación a los cuales no se les completó el proceso de ajuste salarial bajo la Ley de Carrera Magisterial a pesar de reunir los requisitos de cualificación para el mismo. Dicho trámite permitirá que aquellos profesionales del Departamento de Educación que hayan cumplido con su Plan de Mejoramiento Profesional de Carrera Magisterial al completar alguna etapa de un Nivel o culminado un Nivel, se le permita revisión y pago de salario retroactivo a los años que el Programa de Carrera Magisterial del Departamento de Educación no solicitó el Plan de Mejoramiento Profesional.

Sección 6.– Se le ordena al Departamento de Educación a identificar la cantidad de dinero adeudado correspondiente a los Años Fiscales 2014-2015, 2015-2016, 2016-2017, 2017-2018, 2018-2019, 2019-2020, 2020-2021 y 2021-2022 conforme a la aplicación de la Ley 158-1999, *supra.*

Sección 7.– Una vez se cumpla con lo establecido en las Secciones 5 y 6 de esta Ley, se le ordena al Departamento de Educación, en colaboración con la Oficina de Gerencia y Presupuesto, y con la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico, a identificar aquellas eficiencias presupuestarias que provean la cantidad de fondos necesarios, para cubrir los pagos adeudados correspondiente a los Años Fiscales 2014-2015, 2015-2016, 2016-2017, 2017-2018, 2018-2019, 2019-2020, 2020-2021, y 2021-2022 conforme a la aplicación de la Ley 158-1999, *supra*, en el presupuesto del Departamento de Educación en o antes de que culmine el Año Fiscal 2023-2024, bajo los gastos proyectados a ser cubiertos con la partida asignada del Fondo General.

Sección 8.–Una vez se cumpla con lo establecido en las Secciones 4, 5, 6 y 7 de esta Ley, se le ordena al Departamento de Educación, a la Oficina de Gerencia y Presupuesto y a la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico a que realicen el cálculo y la identificación de los fondos recurrentes necesarios para la reactivación del cumplimiento con la Ley 158-1999, *supra*, en o antes de que culmine el Año Fiscal 2024-2025.

Sección 9.- Cláusula de Separabilidad.

Si cualquier cláusula, párrafo, subpárrafo, oración, palabra, letra, artículo, disposición, sección, subsección, título, capítulo, subcapítulo, acápite o parte de esta Ley fuera anulada o declarada inconstitucional, la resolución, dictamen o sentencia a tal efecto dictada no afectará, perjudicará, ni invalidará el remanente de esta Ley. El efecto de dicha sentencia quedará limitado a la cláusula, párrafo, subpárrafo, oración, palabra, letra, artículo, disposición, sección, subsección, título, capítulo, subcapítulo, acápite o parte de esta que así hubiere sido anulada o declarada inconstitucional. Si la aplicación a una persona o a una circunstancia de cualquier cláusula, párrafo, subpárrafo, oración, palabra, letra, artículo, disposición, sección, subsección, título, capítulo, subcapítulo, acápite o parte de esta Ley fuera invalidada o declarada inconstitucional, la resolución, dictamen o sentencia a tal efecto dictada no afectará ni invalidará la aplicación del remanente de esta Ley a aquellas personas o circunstancias en que se pueda aplicar válidamente.

Es la voluntad expresa e inequívoca de esta Asamblea Legislativa que los tribunales hagan cumplir las disposiciones y la aplicación de esta Ley en la mayor medida posible, aunque se deje sin efecto, anule, invalide, perjudique o declare inconstitucional alguna de sus partes, o, aunque se deje sin efecto, invalide o declare inconstitucional su aplicación a alguna persona o circunstancia.

Sección 10.- Vigencia.

Esta Ley entrará en vigor inmediatamente después de su aprobación. El Departamento de Educación, la Oficina de Gerencia y Presupuesto y la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico, deberán remitir a la Asamblea Legislativa un informe parcial, a los 180 días de entrada en vigor de esta Ley, para exponer los avances realizados en la consecución de la Sección 4 de esta Ley, un segundo informe parcial al cabo de un año de entrada en vigor de esta Ley, para exponer los avances realizados en la consecución de la Secciones 5, 6 y 7 de esta Ley, y un informe final el 1 de junio de 2024 para exponer los avances realizados en la consecución de la Sección 8 de esta Ley.

---

**ADVERTENCIA**

-Este documento es una copia de la Ley original de Puerto Rico cuando fue aprobada, no incluye enmiendas posteriores. Está sujeto a las enmiendas posteriores y a la integración de las enmiendas a la ley principal de las Leyes de Puerto Rico. Su distribución electrónica se hace como un servicio público a la comunidad. Siempre busque leyes posteriores para posibles enmiendas a esta ley y/o la ley principal, según enmendada y actualizada en www.LexJuris.net

---

1. Presione Aquí para ver la Ley Completa, con sus Enmiendas integradas y Actualizada. **(Solo socios y Suscriptores)**

2. Presione Aquí para Regresar al Índice y Seleccionar otra ley.

3. Presione Aquí para ver Índice por Años desde el 1997 al presente.

4. Búsquedas Avanzadas de todas las Leyes de Puerto Rico Actualizadas y la Jurisprudencia desde el 1899 al presente. (Solo socios y Suscriptores)

5. Visite la página de nuestro Club de LexJuris de Puerto Rico www.LexJuris.net para ver los beneficios y precios de las membresías y/o tiendita para ordenar su membresía en www.LexJurisStore.com o llame al tel. (787) 269-6475 LexJuris de Puerto Rico.

---

La información, las imágenes, gráficas u otro contenido en todos los documentos preparados por LexJuris son propiedad de LexJuris. Otros documentos disponibles en nuestras conexiones son propiedad de sus respectivos dueños. Derechos Reservados. Copyright (c) 1996-al presente LexJuris de Puerto Rico.

LexJuris de Puerto Rico © 1996-2022

# Departamento de Educación

ocm-14

Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos
Oficina de la Carrera Magisterial

Fecha : 18 de octubre de 2001

Sr.(a) : María A. Clemente Rosa

Seguro Social : Redacted 7909

Escuela : Int. Sabana Llana

Distrito Escolar : San Juan III

Región Educativa : San Juan

## AUTORIZACIÓN PARA TOMAR CURSOS ACADÉMICOS EN ÁREAS RELACIONADAS CON LA ESPECIALIDAD DE ACUERDO AL ARTÍCULO 6.11 DEL REGLAMENTO DE LA CARRERA MAGISTERIAL

Consignamos haber recibido su solicitud para tomar cursos relacionados con la especialidad donde tiene status permanente y la misma ha sido:

__✓__ Aprobada

______ Denegada por la(s) siguiente(s) razón(es):

_____ No incluyó programa de estudios

_____ Radicación tardia

_____ Programa de estudios incompleto

_____ Programa de estudios no guarda relación con la especialidad

[signature]

Secretario de Educación
o su representante autorizado

Fecha de aprobación: 23 octubre 2001

RECIBIDO
SEP 06 2012
OFICINA DE
CARRERA MAGISTERIAL

DE-4375

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**

| | |
|---|---|
| **DEPARTAMENTO DE EDUCACIÓN**<br>AGENCIA<br><br>Y<br><br>**MARÍA CLEMENTE ROSA**<br>QUERELLANTE | **CASO NÚM.:** AQ-14-________<br>(radicado el 26 de agosto de 2014)<br><br>**MATERIA:**<br><br>CARRERA MAGISTERIAL |

**MOCIÓN ASUMIENDO REPRESENTACIÓN LEGAL**

**A LA HONORABLE COMISIÓN:**

COMPARECE el **Departamento de Educación de Puerto Rico**, representada por sus abogados, uno de los cuales suscribe y, muy respetuosamente EXPONE y SOLICITA:

1) El Departamento de Educación ha contratado los servicios legales del bufete que subscribe para asumir representación en el presente caso por lo cual solicitamos que se admita al bufete a representar al Departamento de Educación de Puerto Rico y que todas las notificaciones relacionadas a este caso se envíen a nuestra dirección provista.

**POR TODO LO CUAL**, se solicita, muy respetuosamente, a esta Honorable Comisión que acepte nuestra comparecencia como representante legal del Departamento de Educación.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico, a 16 de septiembre de 2014.

**CERTIFICO** que en el día de hoy se ha enviado, por correo ordinario, copia fiel y exacta del presente escrito a María Clemente Rosa al Cond. Astralis, 9546 C/A Díaz Way, Apt. 311, Torre 6, Carolina PR 00979.

**LAW OFFICES WOLF POPPER, PSC**
654 Plaza, Suite 1001
654 Muñoz Rivera Ave.
San Juan, PR 00918
Tel. (787) 522-0200/Fax (787) 522-0201

**GUSTAVO A. MONTES MILLÁN**
**RUA: 17722**
gmontes@wolfpopperpr.com

25 de agosto de 2014

**María A. Clemente Rosa**
**Maestra de Educación Tecnológica**
**(Artes Industriales)**
**Escuela Intermedia Sabana Llana**
**QUERELLANTE**

**VS.**

**Departamento De Educación**
**Oficina Del Secretario**
**Oficina de Carrera Magisterial**
**Dra. Milagros Rohena Rivera**
**INDUSTRIALES**
**Oficina de Recursos Humanos**
**Distrito Escolar San Juan II**
**Dra. Lydia Báez**
**Superintendente Auxiliar**
**QUERELLADOS**

**QUERELLA POR NEGLIGENCIA Y DE DISCRIMEN PARA LA MAESTRA DE ARTES**

**A PARTICIPAR EN LA CARRERA MAGISTERIAL VIOLACION DE LEY 158 CARRERA MAGISTERIAL VIOLACION ARTÍCULO 3.05- EL RANGO DE MAESTRO VIOLACION ARTÍCULO 4.01 - NATURALEZA DEL ASCENSO**

**A LA HONORABLE COMISIÓN APELATIVA DEL SERVICIO PÚBLICO:**

**Comparece María A. Clemente Rosa, querellante, se dirige muy respetuosamente, expone, alega y solicita:**

**EXPOSICIÓN DE MOTIVOS**

**La Ley 158 Ley de Carrera Magisterial, establece en su Artículo 4.01 – Naturaleza del ascenso**

Los ascensos en rango constituyen reconocimientos al esfuerzo consecuente de los miembros de la Carrera magisterial que cumplen con su Plan de mejoramiento profesional. Ningún funcionario, Consejo, o Comité del Departamento o de una escuela podrá negarse a reconocer el rango que hubiese alcanzado un miembro de la Carrera Magisterial al concluir su Plan de mejoramiento Profesional si su desempeño docente hubiese obtenido evaluaciones satisfactorias consistentemente. (Historia De la Reforma Educativa, 393).

<u>"REGLAMENTO DE LA CARRERA MAGISTERIAL QUE DEROGA EL REGLAMENTO NÚM. 6068 DE 28 DE DICIEMBRE DE 1999, SEGÚN ENMENDADO",</u> lo estable en <u>el artículo 6.09 "Reconocimiento de cursos en Áreas Relacionadas con la Especialidad que establece:</u>

Miércoles 15 de junio de 2016

DEPARTAMENTO DE EDUCACIÓN
(PETICIONADO)
V

MARÍA A. CLEMENTE ROSA
(PETICIONARIA)

CASO NÚM: AQ-14-0730
SOBRE: CARRERA MAGISTERIAL

**Objetivo de Petición entre otros**: Violación de mis derechos constitucionales a la igual protección de las leyes y a la igual paga por igual trabajo.

Asunto: Se dirige a usted muy respetuosamente para solicitar a la Honorable COMISIÓN APELATIVA DEL SERVICIO PÚBLICO Y A SU HONORABLE, Juez representante Sra. Ruth Vázquez Juan, que se declare el CASONUM AQ-14-0730 como: UN PLEITO DE CLASE. De acuerdo a que la peticionaria ha cumplido con toda la información y proyectos requeridos por la Ley de Carrera Magisterial, para competir por ascender al Rango de "Maestro" de igual forma cumple con los dos requisitos que presenta o solicita el documento de Opción 45 créditos. Aun así el Departamento de Educación y el Secretario de Educación Hon. Rafael Román y otros, han actuado de manera arbitraria, caprichosa e irrazonablemente, discriminando y excluyendo a la peticionaria de recibir el derecho de los beneficios concedidos a la Profesión Magisterial por la Ley de Carrera Magisterial. Ante lo cual Hon. Juez Ruth Vázquez Juan, solicito se declare inconstitucional el Artículo 1.03- "Miembros de la Carrera Magisterial" y el artículo 3.05. –" El Rango de Maestro", el cual se han negado a reconocerlo. Llevando su acción a un proceso de daños y perjuicios hacia la persona de María A. Clemente Rosa, (Peticionaria), maestra certificada en Artes Industriales (Educación en Tecnología).

Nuestra base Legal para la petición está en el caso: CC-2006-746 172 DPR ____ 2007 DTS 227 MATIAS LEBRON V DEPARTAMENTO DE EDUCACION 2007 SPR 227.

**"Materia: Inconstitucionalidad de Ley; Sentencia Declaratoria; Pleito de Clase, Regla 20.1 de Procedimiento Civil, para la certificación de un pleito de clase. Procede la certificación del pleito de clase para adjudicar, exclusivamente, la controversia relativa a la retroactividad de los beneficios de la Ley de la Carrera Magisterial. Ahora bien, la clase sólo incluirá a aquellos trabajadores sociales y maestros orientadores escolares que actualmente son miembros de la carrera profesional, porque presentaron su solicitud y planes de mejoramiento profesional al amparo de la referida Ley, y éstos fueron aprobados debidamente por el Secretario de Educación."[1]**

Ante esa situación de aparente discrimen a la cual he sido víctima de parte del Departamento de Educación, del Hon. Secretario de Educación, Sr. Rafael Román y otros, voy ante ustedes en su auxilio y en busca de un remedio, Honorable COMISIóN APELATIVA DEL SERVICIO PúBLICO Y A SU HONORABLE, Juez representante Sra. Ruth Vázquez Juan. Para que se resarza por los daños y perjuicios y daños emocionales causados por los peticionados, a lo cual respetuosamente solicito una indemnización por la cantidad de $200,000.00, y que se reconozca mi participación en su totalidad de la carrera profesional magisterial, a la luz de la Ley de Carrera Magisterial. Que se me otorgue el dinero a un 40% del salario del maestro instructor desde que radique (en retroactivo) la primera fase del Plan el día 15 de febrero de 2013. Que se me acepte mi Plan de Mejoramiento, que se me acepte los documentos que también he sometido bajo la Opción 45 créditos. Que se me pague el proyecto de las 100 horas, que se me convalide los cursos de Educación Continua por los créditos según la Ley 158 de Carrera Magisterial.

RESPETUOSAMENTE FIRMA,

Cordialmente,

María A. Clemente Rosa
Maestra de Artes Industriales
(Educación en Tecnología)
Tel 939-216-3308

1 . Tribuna Supremo de Puerto Rico. 2007 DTS 227 MATIAS LEBRON V. DEPARTAMENTO DE EDUCACION 2007TSPR227

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
**Secretaria Auxiliar de Recursos Humanos**

*OCM-11A*

***Programa de Carrera Magisterial***

## *RECOMENDACIÓN DE RECONOCIMIENTO DE NIVEL*

*Certifico que se ha revisado y analizado la "**Certificación de Radicación y Aprobación del Plan de Mejoramiento Profesional**" (**OCMO6**) de:*

| | | |
|---|---|---|
| Nombre | : | María A. Clemente Rosa |
| Seguro Social | : | Redacted 7909 |
| Escuela | : | Intermedia Sana Llana |
| Distrito Escolar | : | San Juan II |
| Región Educativa | : | San Juan |

*La misma cumple con las disposiciones de Ley establecidas en los artículos 2.02 "**Miembros de la Carrera Magisterial**", 2.06 "**Activación a la Carrera Magisterial**" y 2.07 "**Formularios**", por lo cual se recomienda que se le otorgue el **Nivel I** con un aumento salarial de **$122.50** por concepto de haber completado exitosamente con éstos. La vigencia de su plan es desde abril 2012 hasta abril 2017.*

*Certifico Correcto:*

*Milagros Rohena Rivera, Ed. D.*
*Directora*

12/4/2012
*Fecha*

***Nota: Este formato es para uso oficial.***

*P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 * TEL.: (787) 773- 2452,6287 5456 * FAX: (787) 756-8028*

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.



ESTADO LIBRE ASOCIADO DE
PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN

**OFICINA DE CARRERA MAGISTERIAL**

25 de septiembre de 2014

Nombre : María A. Clemente Rosa
Escuela : Int. Sabana Llana
Distrito : San Juan II

Especialidad: Educación Tecnológica
Región: San Juan

Estimada profesora:

De acuerdo a la evaluación realizada a su trascripción de créditos de estudios graduados y de conformidad con los artículos 5.04 y 6.08 del Reglamento de la Carrera Magisterial, se le reconocerá para el cumplimiento de su Plan de Mejoramiento Profesional, los siguientes cursos universitarios:

Educación General: 18 créditos

- HIST 1417 (Centro Estudios Avanzados de P.R.)
- HIST 1307 (Centro Estudios Avanzados de P.R.)
- HIST 1305 (Centro Estudios Avanzados de P.R.)
- HIST 1310 (Centro Estudios Avanzados de P.R.)
- LITE 1704 (Centro Estudios Avanzados de P.R.)

**Créditos reconocidos (18)**

Especialidad: 27 créditos

**Créditos reconocidos (0)**

Usted deberá aprobar seis (6) créditos universitarios graduados en cursos relacionados a la categoría docente donde posee su nombramiento permanente **(Educación Tecnológica)**, o Currículo y Enseñanza o Tecnología Educativa.

Además, deberá presentar esta carta en cada proceso que realice en la Carrera Magisterial, incluyendo los procesos de revisión de salario y nivel, para evitar confusiones con el técnico que evalúe su caso.

Cordialmente,

Edgardo Feliciano Sánchez
Especialista de Recursos Humanos

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel: (787) 773-2448

El Departamento de Educación no discrimina por razón de raza, color, género, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Case:17-03283-LTS Doc#:20619-1 Filed:04/25/22 Entered:04/26/22 16:51:45 Desc: Exhibit R Page 16 of 31

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ❑ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ❑ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ❑ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ❑ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

JUN 29 REC'D

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.**

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

**Part 1 / Parte 1** **Identify the Claim / Identificar la reclamación**

| | |
|---|---|
| 1. **Who is the current creditor?**<br>**¿Quién es el acreedor actual?** | María A- Clemente Rosa<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br><br>Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor ______ |

Modified Official Form 410

Proof of Claim

2. Has this claim been acquired from someone else?

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom?
Sí. ¿De quién? ______

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

Where should notices to the creditor be sent?
¿A dónde deberían enviarse las notificaciones al acreedor?

Maria A Clemente Rosa
Name / Nombre

Number / Número Street / Calle

City / Ciudad State / Estado ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

Where should payments to the creditor be sent? (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre

Number / Número Street / Calle

City / Ciudad State / Estado ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

4. Does this claim amend one already filed?

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes. Claim number on court claims registry (if known)
Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) ______
Filed on / Presentada el ______ (MM /DD/YYYY) / (DD/MM/AAAA)

5. Do you know if anyone else has filed a proof of claim for this claim?

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior? ______

**Part 2 / Parte 2:** **Give Information About the Claim as of the Petition Date**
**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Departamento De Educación

7. Do you supply goods and / or services to the government?

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: ______

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ ______

**8. How much is the claim?**

**¿Cuál es el importe de la reclamación?**

$ Monto Interde- terminado

**Does this amount include interest or other charges?**
**¿Este importe incluye intereses u otros cargos?**

☒ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

**¿Cuál es el fundamento de la reclamación?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

El aumento de salario; ley de carrera Ufogo tevid- ~~los aumentos de~~ Silla María - Greivó

**10. Is all or part of the claim secured?**

**¿La reclamación está garantizada de manera total o parcial?**

☒ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**

☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: ______________________

**Basis for perfection / Fundamento de la realización de pasos adicionales:** ______________________

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

**Value of property / Valor del bien:** $__________

**Amount of the claim that is secured / Importe de la reclamación que está garantizado:** $__________

**Amount of the claim that is unsecured / Importe de la reclamación que no está garantizado:** $__________
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date / Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $__________

**Annual Interest Rate** (on the Petition Date)
**Tasa de interés anual** (cuando se presentó el caso)_____%

☐ Fixed / Fija

☐ Variable / Variable

**11. Is this claim based on a lease?**

**¿Esta reclamación está basada en un arrendamiento?**

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _______

12. Is this claim subject to a right of setoff?

¿La reclamación está sujeta a un derecho de compensación?

☒ No / No

☐ Yes. Identify the property / Sí. Identifique el bien: ____________________

13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☐ No / No

☒ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

$ Monto Indeterminado

## Part 3 / Parte 3: Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

NU

*Check the appropriate box / Marque la casilla correspondiente:*

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el 06/28/2018 (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma [signature]

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name: María (First name / Primer nombre) Antonia (Middle name / Segundo nombre) Clemente Rosa (Last name / Apellido)

Title / Cargo: Maestra de Artes Industriales

Company / Compañía ____________________

Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección ____________________

Number / Número Street / Calle

City / Ciudad State / Estado ZIP Code / Código postal

Contact phone / Teléfono de contacto ____________________ Email / Correo electrónico ____________________

*22 de mayo, 2001*

*Sr. Cesar Rey Hernández*
*Secretario de Educación*
*Departamento De Educación*

*Se dirige a usted muy respetuosamente la Srta. María A. Clemente Rosa, Prof. de Artes Industriales de la Esc. De La Comunidad Int. Sabana Llana. por este medio deseo recabar su autorización para realizar mis estudios doctorales en el área de Administración y Supervisión, para aspirar al rango de* ***Maestro.*** *Mi solicitud se debe a que en las universidades de Puerto Rico, no ofrecen el doctorado en Currículo y Enseñanza en el área de Artes Industriales ni Vocacional y tampoco ofrecen las maestrías en esas áreas ya mencionadas. Por tal razón tuve que hacer una maestría en el área de Administración y Supervisión y por consiguiente solicito la oportunidad para realizar estudios doctorales en esa área. Actualmente tengo todos los pre-requisitos para iniciar mis estudios doctorales en el área de Administración y Supervisión. Por el contrarrio en el Doctorado de Currículo y Enseñanza, tengo que hacer nuevamente 18 creditos a nivel graduado como pre- requisito en el área de Artes Industriales y en Puerto Rico no los ofrecen o 18 creditos graduados en cualquier otra área de enseñanza y ese requisito conlleva realizar otra maestría en Currículo y Enseñanza. Lo cual no es justo ni razonable para mi, además no cuento con el recurso económico para costearme otra maestría.*

RECIBIDO
OFICINA DE
CARRERA MAGISTERIAL

*Según la Ley Núm. 158 del 18 de julio de 1999, conocida como la Ley de la Carrera Magisterial, reconoció y aceptó que los maestros de Artes Industriales que tuviesen una maestría en el áre de Administración y supervisión o cualquier otra maestría y trece (13) años de servicio obtenían el rango de* ***Maestro Asociado.*** *Por que en Puerto Rico no se ofrece la maestría ni doctorado en el área de Artes Industriales.*

*Sr. Hernández, ante esta situación que me surge de tener un Bachillerato en Artes Industriales y una Maestría en Administración y Supervisión, (la cual me da los pre-requisitos para realizar un doctorado en esa área) es que me dirijo hacia usted , para que evalue mi caso y me pueda conceder la autorización para realizar mis estudios doctorales en el área de Administración y Supervisión en agosto de 2001. Adjunto le envio copia del currículo del Programa doctoral en el área de Currículo y Enseñanza. Espero su acostumbrada cooperación, queda de usted.*

*Cordialmente,*

*María A. Clemente Rosa*
*Prof. Artes Industriales*
*P.O . Box 7103*
*San Juan, P.R. 00916*
*Tel. y Fax 768 - 8185*

RECIBIDO
OFICINA DE
CARRERA MAGISTERIAL

# *Departamento de Educación*

ocm-14

*Estado Libre Asociado de Puerto Rico*
*Secretaría Auxiliar de Recursos Humanos*
*Oficina de la Carrera Magisterial*

*Fecha* : 18 de octubre de 2001

*Sr.(a)* : María A. Clemente Rosa

*Seguro Social* : Redacted 7909

*Escuela* : Int. Sabana Llana

*Distrito Escolar* : San Juan III

*Región Educativa* : San Juan

## *AUTORIZACIÓN PARA TOMAR CURSOS ACADÉMICOS EN ÁREAS RELACIONADAS CON LA ESPECIALIDAD DE ACUERDO AL ARTÍCULO 6.11 DEL REGLAMENTO DE LA CARRERA MAGISTERIAL*

*Consignamos haber recibido su solicitud para tomar cursos relacionados con la especialidad donde tiene status permanente y la misma ha sido:*

✓ *Aprobada*

_____ *Denegada por la(s) siguiente(s) razón(es):*

_____ *No incluyó programa de estudios*

_____ *Radicación tardía*

_____ *Programa de estudios incompleto*

_____ *Programa de estudios no guarda relación con la especialidad*

[signature]

*Secretario de Educación*
*o su representante autorizado*

*Fecha de aprobación:* 23 octubre 2001

RECIBIDO
SEP 06 2012
OFICINA DE
CARRERA MAGISTERIAL

# Departamento de Educación

ocm-14

Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos
Oficina de la Carrera Magisterial

Fecha : 18 de octubre de 2001

Sr.(a) : María A. Clemente Rosa

Seguro Social : Redacted 7909

Escuela : Int. Sabana Llana

Distrito Escolar : San Juan III

Región Educativa : San Juan

## AUTORIZACIÓN PARA TOMAR CURSOS ACADÉMICOS EN ÁREAS RELACIONADAS CON LA ESPECIALIDAD DE ACUERDO AL ARTÍCULO 6.11 DEL REGLAMENTO DE LA CARRERA MAGISTERIAL

Consignamos haber recibido su solicitud para tomar cursos relacionados con la especialidad donde tiene status permanente y la misma ha sido:

__✓__ Aprobada

______ Denegada por la(s) siguiente(s) razón(es):

_____ No incluyó programa de estudios

_____ Radicación tardía

_____ Programa de estudios incompleto

_____ Programa de estudios no guarda relación con la especialidad

[signature]
Secretario de Educación
o su representante autorizado

Fecha de aprobación: 23 octubre 2001

COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO
JUL 24 2012

# INFORME OFICIAL DE CALIFICACIONES

Estas calificaciones se registrarán permanentemente en su record académico. Es responsabilidad del estudiante conocer la reglamentación académica respecto a calificaciones, índices, suspensiones, probatorias académicas, repetición de cursos, grados, etc.. contenidas en el catálogo oficial del Recinto.

Por limitaciones de espacio señalaremos las advertencias más apremiantes: (a) La anotación "I-Calificación Provisional" se convertirá automáticamente en final de no recibirse del profesor una nota final en el transcurso del próximo semestre. El alumno deberá comunicarse con su profesor para los arreglos pertinentes. Bajo ninguna circunstancia, deberá el estudiante matricularse nuevamente en el curso (b) La anotación asterisco (*) significa que su profesor no entregó a tiempo la lista oficial de clases. Estas se informarán en un suplemento en la sexta semana de haberse iniciado las clases el próximo semestre. Si el alumno tiene urgencia en conocer su calificación antes de esa fecha, deberá comunicarse con el profesor. (c) Si se tratara de cursos matriculados oficialmente y que no aparecen reflejados en este informe, el estudiante deberá hacer su reclamación en la Oficina del Registrador en la segunda semana de haberse iniciado el próximo semestre.

Redacted 2131
CLEMENTE ROSA, MARIA M
Urb Valle Escondido
224 Calle Bromelia
27/12/01 Carolina PR 00987-3732

Durante su matrícula deberá presentar EVIDENCIA de poseer un plan médico privado o acogerse al del Recinto.

UNIVERSIDAD DE PUERTO RICO
RECINTO DE RIO PIEDRAS

RETURN SERVICE REQUESTED

| NUMERO DE ESTUDIANTE | CLASIFICACION |
|---|---|
| Redacted 2131 | ESG-NIN |

| CURSOS | SECCION | CRED | CALIF | FECHA DE BAJA |
|---|---|---|---|---|
| EDUC 6509 | 2U2 | 3 | B | |

CLAVE
- A SOBRESALIENTE
- B BUENO
- C SATISFACTORIO
- D DEFICIENTE
- F FRACASADO
- P APROBADO
- NP NO APROBADO
- W BAJA OFICIAL
- I LABOR INCOMPLETA CON NOTA PROVISIONAL
- * NO RECIBIDA A TIEMPO
- F* ABANDONO CURSO SIN AUTORIZACION (EQUIVALE A F)
- NP* ABANDONO DEL CURSO SIN AUTORIZACION
- PS APROBADO SOBRESALIENTE
- PN APROBADO NOTABLE
- PB APROBADO BUENO

| SEMESTRE | AÑO | CREDITOS | INDICE SEM. | INDICE ACUM |
|---|---|---|---|---|
| 1ER SEM | 2001-2002 | | | |

***DEPARTAMENTO DE EDUCACION***
***Estado Libre Asociado de Puerto Rico***
***Secretaría de Recursos Humanos***
***Oficina de la Carrera Magisterial***

## *SOLICITUD DE ACTIVACION A LA CARRERA MAGISTERIAL*

*Nombre del Solicitante* : *María A. Clemente Rosa*

*Seguro Social* : Redacted *7909*

*Categoría* : *Maestro Asociado*

*Número del Puesto* : *R16045*

*Escuela* : *Escuela de la Comunidad Sabana Llana Intermedia*

*Distrito Escolar* : *San Juan III*

*Región Educativa* : *San Juan*

*Rango al que aspira* : *Maestro*

*De conformidad con el Artículo 2.07 del Reglamento de la Carrera Magisterial, esta solicitud debe entregarse en unión de mejoramiento profesional durante el mes de abril de cada año escolar.*

María A. Clemente Rosa
*Firma del solicitante*

30 de abril de 2001
*Fecha de radicación*

*Recibido por:* [signature]

TO : Sra. Carmen I. Esteva
Directora
Esc. De La Comunidad Sabana Llana Int.

FROM: : María A.Clemente Rosa
Maestra Asociada
Artes Industriales

SUBJECT: ENVIO DE DOCUMENTOS SOBRE:

DATE: 30 de Abril de 2001

CC:

1. Entrega Plan De Mejoramiento para solicitar el Rango de Maestro

2. Carta de Revisión y solicitud de evaluación (Para los 15 de enero de

3. cada año escolar)

4. Copia carta al Secretario

Martha R. Figueroa Medina
30/04/2001

COTEJADO POR:
CARRERA MAGISTERIAL
FECHA DE COTEJO
JUL 24 2012

MESSAGE CONFIRMATION REPORT

REMOTE ID. : 7541155
PAGES : 03
MODE : 9600/STANDARD
RESULTS : OK

Enviado el 31/mayo/01 Alma

Certifico que María A. Clemente Rosa Seguro Social: Redacted 7909, de la Escuela de la Comunidad Sabana Llana Intermedia del Distrito Escolar de San Juan III radicó su Plan de Mejoramiento Profesional de acuerdo a lo estipulado en el Artículo 2.03 del Reglamento de la Carrera Magisterial para el periodo del 1ro de mayo 2001 al 1ro de mayo 2006 certifico, además que el Comité de Evaluación analizó dicho Plan a la luz del artículo 6.04 del mismo reglamento y éste fue aprobado hoy 23 mayo de 2001.

COMITÉ DE EVALUACIÓN

| Nombre | Firma | Puesto que ocupa |
|---|---|---|
| Carmen Jiménez Esteva | [signature] | Directora |
| Luz María Torres Ortaz | [signature] | maestra-ciencia |
| José A. Rodríguez Morales | [signature] | Dupte de Escuela |

Fecha: 23 de mayo de 2001

COTEJADO POR: CARRERA MAGISTERIAL FECHA DE COTEJO JUL 24 2012



CENTRO DE ESTUDIOS AVANZADOS

DE PUERTO RICO Y EL CARIBE

Calle Cristo Núm. 52, Viejo San Juan
Apartado 9023970
San Juan, PR 00902-3970
Tel. 787-723-4481
Fax 787-723-1023

## CERTIFICACIÓN DE GRADUACIÓN

Certifico que **María Clemente Rosa**, con número de estudiante, D0901-0011, completó los requisitos para obtener el grado de,

**Doctorado en Filosofía y Letras, con especialidad en Historia de Puerto Rico y del Caribe en enero de 2018.**

El grado correspondiente ya le fue otorgado. El diploma le será entregado en la próxima colación de grados, a celebrarse en junio 2018.

Expedida en San Juan, Puerto Rico, el 9 de febrero de 2018.

Cordialmente,

Mayra Ramírez Valdejulli
Registradora

SELLO OFICIAL



1:10
5G
60%

# Mensaje Importante de SPUPR C 95 – AFSCME a todos los Servidores Públicos

## Participante del Sistema 2000:

**SPUPR - AFSCME logró rescatar tus aportaciones económicas del Retiro 2000. Pronto estará reflejado en tu cuenta.**

En los próximos días estarás recibiendo una comunicación de parte del gobierno y de la nueva Junta de Retiro informándote sobre los pagos de tu cuenta de Retiro 2000. Actualmente puedes ver la cantidad que has acumulado en la cuenta de retiro a pesar de no tener depositado ese dinero. Debido a nuestro acuerdo, deberás recibir una liquidación del dinero adeudado de retiro 2000 mediante depósito directo a tu cuenta bajo la Ley 106 y una notificación electrónica de que se realizó el depósito. Mediante carta te deben informar la cantidad depositada, así como el procedimiento para que puedas hacer cualquier reclamación. Ese dinero corresponde a la devolución de las aportaciones deducidas de tu salario que el gobierno utilizó sin tu autorización para cubrir gastos para los cuales no contaba con los fondos.

## Participante Ley 447 y Ley 1 :

Los participantes de las leyes 447 y Ley 1 estarán recibiendo un pago único de $2,600, depositado a sus cuentas para retiro correspondientes bajo la Ley 106 y recibirán notificación electrónica de que se realizó el depósito.

**Ustedes recibirán estos depósitos como resultado de la gestión de SPUPR AFSCME en favor de nuestros representados para incluir dicho dinero en el Plan de Ajuste de Deuda aprobado por la Jueza Swain. De este logro los empleados públicos no representados por SPUPR AFSCME también se beneficiarán de la devolución de este dinero.**

**Tal como lo han reconocido sus funcionarios, el gobierno del Estado Libre Asociado de Puerto Rico, no participó ni formó parte de dicho acuerdo.**

## Notificación exclusiva a los empleados representados por SPUPR / AFSCME

**Como resultado de las negociaciones entre SPUPR/AFSCME y la Junta de Supervisión y Administración Financiera (FOMB), todos los trabajadores representados por SPUPR/AFSCME, recibirán un paquete de beneficios que incluye, entre otros, lo siguiente:**

- **Bono de $1.000** Un bono de firma de $1,000 a recibirse a no más tardar de la primera quincena de abril. El Gobierno de Puerto Rico pagará esta bonificación con las deducciones de ley correspondientes.
- **Bono anual $2.000** Bonificaciones anuales de no menos de $2,000 en cada uno de los próximos cinco años. Esta bonificación podrá aumentar dependiendo de las finanzas del gobierno.
- **Aportación mínima de $170 Plan Médico** Una aportación mínima de $170 al mes al Plan Médico en el que participa. Si el gobierno implementa el plan fiscal aprobado, que establece una contribución uniforme de $125 para los empleados del gobierno central, los empleados que actualmente tienen en sus convenios una aportación mayor de $170.00 van a recibir la diferencia proveniente de un fondo especial negociado con la Unión para que ningún empleado representado por SPUPR AFSCME vea reducida su aportación patronal al plan médico.
- **Pago querellas ganadas** Los empleados representados por SPUPR-AFSCME que hayan tenido casos ya adjudicados que impliquen cobro y cuyos hechos ocurrieron antes del 3 de mayo de 2017, recibirán el pago dentro del término de 60 días a partir del 15 de marzo de 2022.

**Estos beneficios no limitan o impiden la obtención de mayores beneficios incluyendo aumentos salariales durante la vigencia de los convenios colectivos firmados por SPUPR-AFSCME.**

CONCILIO 95
SP

Servidores Públicos Unidos
de Puerto Rico, Concilio 95 AFSCME
Ahora más que nunca... LUCHA. FUERZA.
RESULTADOS
Tel. 787-272-7222 Fax 787-272-7229 www.spupr.com @SPUPR

El Nuevo Día

- lunes, 11 de abril de

# Noticias

SUSCRÍBETE

- ÚLTIMA HORA
- Covid-19
- Somos PR
- Noticias
  - LOCALES
  - GOBIERNO
  - LEGISLATURA
  - POLÍTICA
  - SEGURIDAD
  - TRIBUNALES
  - EL TIEMPO
  - CORRESPONSALÍAS
  - CIENCIA Y AMBIENTE
  - ENGLISH
  - EN PUERTO RICO
- Negocios
- Entretenimiento
- Deportes
- Opinión
- EE.UU.
- Mundo
- Estilos de vida
- PARA SUSCRIPTORES

GOBIERNO

## Pedro Pierluisi convierte en ley medida para que el Estado cumpla con la carrera magisterial

### La pieza legislativa le restituye derechos salariales a los maestros del sistema de educación pública que obtengan una maestría o doctorado

martes, 8 de marzo de 2022 [illegible] p.m.

Por ELNUEVO[illegible]OM

Nota de archivo: [illegible] contenido [illegible] publicado hace [illegible] de 30 días.

La Ley de la Carrera Magisterial tenía como objetivo establecer procedimientos para ascensos y revisión de salarios de los maestros, y disponer sobre el Plan Individual de Mejoramiento Profesional y los programas de educación continua. (ALBERTO BARTOLOMEI)

El Departamento de Educación y la Oficina de Gerencia y Presupuesto tendrán que identificar $4,367,736 provenientes del Fondo General para cubrir los pagos adeudados correspondientes al periodo que precede al año fiscal 2014-2015 conforme a la Ley de Carrera Magisterial de 1999.