MARIA A. CLEMENTE ROSA
CONDOMINIO ASTRALIS 9546
CALLE DIAZ WAY APT. 311 TORRE # 6
CAROLINA, PUERTO RICO 00979



Tribunal de Distrito de los Estado Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767