# **EXHIBIT A**

## **PROPOSED ORDER**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
:
    Debtors.[1] :
------------------------------------------------------------------- X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-4780 (LTS)
:
PUERTO RICO ELECTRIC POWER AUTHORITY : **This filing relates only to**
: **Case No. 17-BK-4780 (LTS)**
:
    Debtor. :
------------------------------------------------------------------- X

**ORDER GRANTING URGENT MOTION FOR EXPEDITED CONSIDERATION OF URGENT APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FOR ENTRY OF ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF LONDON ECONOMICS INTERNATIONAL LLC AS FINANCIAL ADVISOR, EFFECTIVE AS OF APRIL 26, 2022, IN PREPA'S TITLE III CASE**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon consideration of the *Urgent Motion of Official Committee of Unsecured Creditors for Expedited Consideration of Urgent Application of Official Committee of Unsecured Creditors for Entry of Order Authorizing Employment and Retention of London Economics International LLC as Financial Advisor, Effective as of April 26, 2022, in PREPA's Title III Case* (the "Urgent Motion"),[2] the Court hereby FINDS AND DETERMINES that (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to section 306(a) of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) due and proper notice of the Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided; and (iv) the relief sought in the Urgent Motion is supported by good cause as contemplated by Bankruptcy Rule 9006; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED THAT**:

1. The Urgent Motion is granted as set forth herein.

2. Objection or responses, if any, to the Application must be filed and served (in accordance with the Case Management Procedures) by **4:00 p.m. (AST) on May [2], 2022**.

3. Replies, if any, in support of the Application must be filed and served (in accordance with the Case Management Procedures) by **4:00 p.m. (AST) on May [4], 2022**.

4. The Court will thereafter take the Application on submission.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

---

[2] Capitalized terms not defined herein have the meaning given to them in the Motion.

7. The Court retains jurisdiction over any disputes relating to the interpretation or implementation of this Order.

Dated: April ____, 2022

_____
Honorable Laura Taylor Swain
United States District Judge