UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

-----------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER<br>AUTHORITY, | |
| Debtor. | |

-----------------------------------------------------------x

ORDER GRANTING URGENT MOTION OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR EXPEDITED CONSIDERATION OF URGENT APPLICATION OF
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF ORDER
AUTHORIZING EMPLOYMENT AND RETENTION OF LONDON ECONOMICS INTERNATIONAL

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

LLC as Financial Advisor, Effective as of April 26, 2022, in PREPA's Title III Case

Upon consideration of the *Urgent Motion of Official Committee of Unsecured Creditors for Expedited Consideration of Urgent Application of Official Committee of Unsecured Creditors for Entry of Order Authorizing Employment and Retention of London Economics International LLC as Financial Advisor, Effective as of April 26, 2022, in PREPA's Title III Case* (Docket Entry No. 20624 in Case No. 17-3283 and Docket Entry No. 2789 in Case No. 17-4780) (the "Urgent Motion"),[2] and the Court having found and determined that (i) it has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to section 306(a) of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) due and proper notice of the Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided; and (iv) the relief sought in the Urgent Motion is supported by good cause as contemplated by Bankruptcy Rule 9006; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Urgent Motion is granted as set forth herein.

2. Objections or responses, if any, to the Application must be filed and served (in accordance with the Case Management Procedures) by **4:00 p.m. (Atlantic Standard Time)** on **May 2, 2022**.

3. Replies, if any, in support of the Application must be filed and served (in accordance with the Case Management Procedures) by **4:00 p.m. (Atlantic Standard Time)** on **May 4, 2022**.

4. The Court will thereafter take the Application on submission.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Court retains jurisdiction over any disputes relating to the interpretation or implementation of this Order.

7. This Order resolves Docket Entry No. 20624 in Case No. 17-3283 and Docket Entry No. 2789 in Case No. 17-4780.

SO ORDERED.

Dated: April 27, 2022

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] Capitalized terms not defined herein have the meanings given to them in the Urgent Motion.