**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

                Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

     I, Nuno Cardoso, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

     On April 25, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Supplemental Service List attached hereto as **Exhibit A**:

- Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Order Regarding Matters that May be Resolved in Connection with the Modified Eighth Amended Plan Following the Plan's Effective Date [Docket No. 20445]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: April 27, 2022

*/s/ Nuno Cardoso*
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 27, 2022, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

## **EXHIBIT A**

# Exhibit A

Supplemental Service List

Served via first class mail

| MMLID | Name | Address1 | Address2 | Address3 | City | State | PostalCode |
|---|---|---|---|---|---|---|---|
| 2155211 | ARCHER CAPITAL MASTER FUND LP | C/O ARCHER CAPITAL MANAGEMENT | PMB 312 | 1750 POWDER SPRINGS RD SW STE 190 | MARIETTA | GA | 30064-4861 |
| 1801707 | Black Diamond Credit Strategies Master Fund, Ltd. | ATTN: STEPHEN H. DECKOFF | 2187 ATLANTIC ST | STE 9 | STAMFORD | CT | 06902-6880 |
| 1450859 | Chesseri, Roy | Address on File | | | | | |
| 1441490 | Nealy, Linda | Address on File | | | | | |