UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

```
-------------------------------------------------------x
In re:
                                                          PROMESA
THE FINANCIAL OVERSIGHT AND                               Title III
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

                                                          No. 17 BK 3283-LTS
THE COMMONWEALTH OF PUERTO RICO,
et al.                                                    (Jointly Administered)


            Debtors.¹
-------------------------------------------------------x
In re:
                                                          PROMESA
THE FINANCIAL OVERSIGHT AND                               TITLE III
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of


PUERTO RICO ELECTRIC POWER                                No. 17 BK 4780-LTS
AUTHORITY ("PREPA"),²                                     (Joint Administration Requested)


            Debtor.
----------------------------------------------------- -x
```

**FIFTH AMENDED NOTICE OF APPOINTMENT
OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808).

² The last four (4) digits of PREPA's federal tax identification number are 3747.

Pursuant to section 1102(a)(1) of the Bankruptcy Code, made applicable to these proceedings by section 301 of the Puerto Rico Oversight, Management and Economic Stability Act of 2016 or "PROMESA," Mary Ida Townson, United States Trustee for Region 21, hereby AMENDS the notice of appointment of the Official Committee of Unsecured Creditors (the "Committee") filed in case no. 17-BK-03283 (The Commonwealth of Puerto Rico's Title III Case) at Dockets Nos. 338, 1171, 1218, 3058 and 3947, to reflect the following changes to the Committee:

(1) Notice is provided that creditors American Federation of Teachers (ATF) and Service Employees International Union (SEIU) have resigned from the Committee.

(2) Notice is provided that the United States Trustee has appointed to the Committee two additional members, Grupo de Desarrollo Los Altos San Juan, Inc. and M Solar Generating, LLC.

The members of the Committee are now:

1) **Doral Financial Corporation**
C/O Drivetrain LLC
630 Third Avenue
21st Floor
New York, NY 10017

2) **Genesis Security**
5900 Ave. Isla Verde
L-2 PMB 438
Carolina, PR 00979

3) **Unitech Engineering**
C/O Ramón Ortiz Carro
Urb Sabanera
40 Camino de la Cascada
Cidra, Puerto Rico 00739

4) **Baxter Sales and Distribution Puerto Rico Corp.**
Rexco Industrial Park # 200
Calle B
Guaynabo, P.R. 00968

5) **Tradewinds Energy Barceloneta, LLC**
1760 Loiza Street, Suite 303
San Juan PR 00911

6) **Grupo de Desarrollo Los Altos San Juan, Inc**.
Attention: Mr. Oscar I. Rivera
P. O. Box 331800
Miami, Florida 33233-1180

7) **M Solar Generating, LLC.**
C/O Fred M. Deforllano, Jr.
80 First Street
Boston, Mass. 02324

DATED: April 29, 2022

MARY IDA TOWNSON
United States Trustee for Region 21

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444
Fax: (787) 729-7449

(Electronically Filed)

By: s/*Monsita Lecaroz Arribas*
Monsita Lecaroz Arribas
Assistant U.S. Trustee
USDC-PR No. 207707
monsita.lecaroz@usdoj.gov