Rafael A. Quinasquillo Nieves
Urb. Los Sueños 5 Calle Armonía
Gurabo, P.R. 00778-7800





Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal, Calle Chardón
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
2022 APR 28 PM 3:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR