# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br>    as representative of<br>THE COMMONWEALTH OF PUERTO RICO, et al.., | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br>**This filing relates to PREPA** |

## REPLY TO "FOUR HUNDRED FORTY-EIGHT OMNIBUS OBJECTION (SUBSTANTIVE) OF PUERTO RICO ELECTRIC POWER AUTHORITY (Docket No. 20504)

NOW APPEARS Miriam Sanchez Lebron, representing herself (pro se), and hereby **objects** the **decision** taken by the public corporation Puerto Rico Electric Power Authority ("PREPA"), dependency of the **COMMONWEALTH OF PUERTO RICO.**

The facts of my claim are based **not** only on a **third party**, but on violations to our civil and constitutional rights through the **Department of General Justice,** dependencies of the Commonwealth of Puerto Rico and in a conspiracy with a **third party** to mutually benefit themselves.

The concerns Deed No. twenty (20) of **Participation and Adjudication of Hereditary Assets,** in the name of **Juana Lebron Perez,** dated August 1st, **1955,** executed before Notary Aguedo Mojica Marrero. Where three (3) resolutions are mentioned that should have been in the file **CS55-413** of which only the one from June

24, 1955, appeared. The other **two under the custody** of the <u>**Superior Court of Humacao**</u> have been missing or hidden by the Court's administration, for **decades,** dated **April 29 and July 10, 1955.** Of all this I have substantial evidence. The result of all this is that the **Commonwealth of Puerto Rico is responsible** for the fact that my family does not have the evidence necessary to show that part of the assets of the public corporation PREPA the legal owner is Mr. Eladio Lebron, my grandfather and he also owns a participation in the bonds issued by the corporation.

Wherefore my request to the **COMMONWEALTH OF PUERTO RICO** is that they locate the resolutions dated **April 29 and July 10, 1955,** so as they do not continue to violate our civil and constitutional rights, so they corroborate that our claims are fair and truthful. And that justice is made in this case where there was a **conspiracy and several violations** where the **third party** was not the only one who incurred in this offense.

For these reasons I request this Honorable Court that accept our objection to the decision taken by the Oversight Board and to **reconsiders its decision.** They should visualize and analyze with the above-mentioned **third party** and its extensive business relationship, some legal other illicit, led by the Commonwealth of Puerto Rico and the public corporation PREPA so it produces our claim.

Cc: Copy of Deed 20 and the only resolutions that appears dated June 24, 1955.

Respectfully submitted:

Date April 29, 2022

*[signature]*

MIRIAM SANCHEZ LEBRON (CLAIM NO. 17433)

HC-04 BOX 4001

HUMACAO, PUERTO RICO 00791-8900


Copy to: Counsel for the Oversight Board

Proskauer Rose LLP

Eleven Times Square

New York, New York 10036-8299

Attn: Martin J. Bienenstock, Ehud Barak and Paul V. Possinger


Counsel for the Creditors' Committee

Paul Hastings LLP

200 Park Avenue

New York, New York 10166

Attn: Luc A. Despins, James Bliss, James Worthington, G. Alexander Bongartz