## **<u>EXHIBIT F</u>**

Schedule of Bonds

| | Issue Date | Amount Issued | Range of Interest Rates | Final Maturity Date | Balance as of HTA Petition Date |
|---|---|---|---|---|---|
| Highway Revenue Bonds – Series Y | 4/09/96 | $890,235,000 | 6.25 | 7/01/21 | $67,300,000 |
| Highway Revenue Refunding Bonds – Series Z | 3/01/96 | $185,040,000 | 6.00 – 6.25 | 7/01/18 | $19,775,000 |
| Highway Revenue Refunding Bonds – Series AA | 4/29/03 | $717,365,000 | 4.50 – 5.50 | 7/01/35 | $74,695,000 |
| Highway Revenue Refunding Bonds – Series AA (Remarketing) | 4/29/03 | $253,670,000 | 4.95 – 5.30 | 7/01/35 | $176,050,000 |
| Highway Revenue Refunding Bonds – Series BB | 10/04/05 | $101,625,000 | 5.25 | 7/01/22 | $63,070,000 |
| Highway Revenue Refunding Bonds – Series CC | 3/06/07 | $431,955,609 | 4.46 – 5.50 | 7/01/36 | $414,188,123 |
| Transportation Revenue Bonds – Series A | 3/19/98 | $1,129,643,740 | 4.75 – 12.00 | 7/01/38 | $244,523,613 |
| Transportation Revenue Bonds – Series D | 7/07/02 | $700,855,000 | 5.00 | 7/01/32 | $141,315,000 |
| Transportation Revenue Refunding Bonds – Series E | 7/07/02 | $284,405,000 | 5.50 – 5.75 | 7/01/24 | $155,620,000 |
| Transportation Revenue Bonds – Series G | 4/29/03 | $563,650,000 | 5.00 – 5.25 | 7/01/42 | $163,090,000 |
| Transportation Revenue Refunding Bonds – Series H | 4/29/03 | $72,035,000 | 4.00 – 5.00 | 7/01/35 | $9,875,000 |
| Transportation Revenue Refunding Bonds – Series H (Remarketing) | 4/29/03 | $44,275,000 | 5.45 | 7/01/32 | $12,720,000 |
| Transportation Revenue Refunding Bonds – Series I | 4/20/04 | $82,340,000 | 3.90 – 5.00 | 7/01/26 | $76,935,000 |
| Transportation Revenue Bonds – Series J | 4/20/04 | $405,895,000 | 4.63 – 5.00 | 7/01/29 | $79,725,000 |
| Transportation Revenue Bonds – Series K | 10/04/05 | $800,000,000 | 4.30 – 5.00 | 7/01/35 | $235,800,000 |
| Transportation Revenue Bonds – Series L | 10/04/05 | $598,285,000 | 3.88 – 5.25 | 7/01/41 | $542,195,000 |
| Transportation Revenue Bonds – Series M | 3/06/07 | $250,000,000 | 4.00 – 5.00 | 7/01/46 | $227,860,000 |
| Transportation Revenue Refunding Bonds – Series N | 3/06/07 | $1,502,904,943 | 0.72 – 5.50 | 7/01/45 | $1,021,729,944 |
| Subordinated Transportation Revenue Bonds – Series 1998 | 7/15/98 | $75,050,000 | 5.00 – 5.25 | 7/01/28 | $51,985,000 |
| Subordinated Transportation Revenue Bonds – Series 2003 | 4/29/03 | $320,545,000 | 2.30 – 5.75 | 7/01/28 | $215,960,000 |

| | Issue Date | Amount Issued | Range of Interest Rates | Final Maturity Date | Balance as of HTA Petition Date |
|---|---|---|---|---|---|
| Special Facility Revenue Refunding Bonds, 2003 Series A (Teodoro Moscoso Bridge) | 10/30/03 | $153,222,270.45 | 0.375 – 6.15 | 7/01/27 | $141,858,218.15 [1] |

---

[1]  This amount represents the par plus the accreted value of the capital appreciation bonds. The Special Facility Revenue Refunding Bonds, 2003 Series A (Teodoro Moscoso Bridge) have continued to pay regularly scheduled debt service since the HTA Petition Date.