**EXHIBIT G**

List of HTA's Bank Accounts, Balances, and Preliminary Restriction Categorizations as of December 31, 2021

**HTA:**

| Account Number | Account Number | 12/31/2021 Balance ($) | Categorization |
|---|---|---|---|
| **Unrestricted** | | | |
| 66/BSA-69-3768 | First Bank | $85,179,137.03 | Unrestricted |
| 66/BNY-16-5538 | Bank of New York Mellon | $34,202,538.01 | Unrestricted |
| 66/BSA-01-2473 | First Bank | $24,551,576.87 | Unrestricted |
| 66/BNY-20-5566 | Bank of New York Mellon | $16,785,475.27 | Unrestricted |
| 66/BNY-30-1811 | Bank of New York Mellon | $13,873,798.39 | Unrestricted |
| 66/BCP-14-5116 | Banco Popular | $13,002,018.11 | Unrestricted |
| 66/BNY-05-5484 | Bank of New York Mellon | $12,827,089.44 | Unrestricted |
| 66/BCP-12-1520 | Banco Popular | $9,510,355.29 | Unrestricted |
| 66/BNY-14-5532 | Bank of New York Mellon | $7,242,300.63 | Unrestricted |
| 66/BDE-01-bers[1] | Banco de Desarrollo Economico (BDE) | $5,948,490.44 | Unrestricted |
| 66/ORI-03-9874 | Oriental Bank | $3,416,628.92 | Unrestricted |
| 66/BNY-01-5475 | Bank of New York Mellon | $2,498,911.71 | Unrestricted |
| 66/BNY-09-5522 | Bank of New York Mellon | $1,066,161.06 | Unrestricted |
| 66/BNY-47-5471 | Bank of New York Mellon | $1,030,095.18 | Unrestricted |
| 66/BNY-11-5526 | Bank of New York Mellon | $790,330.21 | Unrestricted |
| 66/BCP-15-5353 | Banco Popular | $514,482.23 | Unrestricted |
| 66/BCP-13-5078 | Banco Popular | $343,931.91 | Unrestricted |
| 66/BNY-58-6813 | Bank of New York Mellon | $1,183.08 | Unrestricted |
| 66/BNY-19-5565 | Bank of New York Mellon | $674.92 | Unrestricted |
| 66/BNY-12-5529 | Bank of New York Mellon | $638.01 | Unrestricted |
| 66/BNY-23-5652 | Bank of New York Mellon | $590.03 | Unrestricted |
| 66/BNY-49-5474 | Bank of New York Mellon | $444.75 | Unrestricted |
| 66/BNY-46-5469 | Bank of New York Mellon | $193.86 | Unrestricted |

---

[1] The bank accounts at Banco de Desarrollo Economico (BDE) are not assigned a numerical identifier. Instead, there is only one bank account per agency that holds an account with BDE and the related transactions and statements are identified by the account holder name and mailing address.

| Account Number | Account Number | 12/31/2021 Balance ($) | Categorization |
|---|---|---:|---|
| 66/BNY-06-5488 | Bank of New York Mellon | $27.29 | Unrestricted |
| 66/BNY-13-5530 | Bank of New York Mellon | $13.46 | Unrestricted |
| 66/BNY-38-4911 | Bank of New York Mellon | $3.08 | Unrestricted |
| 66/BNY-59-6814 | Bank of New York Mellon | $0.88 | Unrestricted |
| 66/BNY-48-5473 | Bank of New York Mellon | $0.25 | Unrestricted |
| 66/BNY-02-5478 | Bank of New York Mellon | $0.00 | Unrestricted |
| 66/BNY-03-5479 | Bank of New York Mellon | $0.00 | Unrestricted |
| 66/BNY-04-5482 | Bank of New York Mellon | $0.00 | Unrestricted |
| 66/BNY-07-5515 | Bank of New York Mellon | $0.00 | Unrestricted |
| 66/BNY-08-5520 | Bank of New York Mellon | $0.00 | Unrestricted |
| 66/BNY-10-5524 | Bank of New York Mellon | $0.00 | Unrestricted |
| 66/BNY-15-5537 | Bank of New York Mellon | $0.00 | Unrestricted |
| 66/BNY-17-5541 | Bank of New York Mellon | $0.00 | Unrestricted |
| 66/BNY-18-5564 | Bank of New York Mellon | $0.00 | Unrestricted |
| 66/BNY-25-1793 | Bank of New York Mellon | $0.00 | Unrestricted |
| 66/BNY-27-1804 | Bank of New York Mellon | $0.00 | Unrestricted |
| 66/BNY-28-1805 | Bank of New York Mellon | $0.00 | Unrestricted |
| 66/BNY-29-1806 | Bank of New York Mellon | $0.00 | Unrestricted |
| 66/BNY-31-4035 | Bank of New York Mellon | $0.00 | Unrestricted |
| 66/BNY-40-4914 | Bank of New York Mellon | $0.00 | Unrestricted |
| 66/BNY-42-4924 | Bank of New York Mellon | $0.00 | Unrestricted |
| 66/BNY-50-4910 | Bank of New York Mellon | $0.00 | Unrestricted |
| 66/BNY-51-4915 | Bank of New York Mellon | $0.00 | Unrestricted |
| 66/BNY-52-4916 | Bank of New York Mellon | $0.00 | Unrestricted |
| 66/BNY-53-4917 | Bank of New York Mellon | $0.00 | Unrestricted |
| **Total Unrestricted** | | **$ 232,787,090.31** | |
| **Federal Funds/Law** | | | |

| Account Number | Account Number | 12/31/2021 Balance ($) | Categorization |
|---|---|---|---|
| 66/BCP-17-0510 | Banco Popular | $7,403,704.50 | **Restricted: Federal Funds** – funds provided by the U.S. Department of Transportation for construction projects governed by federal law or regulation |
| **Total Federal Funds/Law** | | **$7,403,704.50** | |
| **Third Party Funds** | | | |
| 66/BCP-21-6411 | Banco Popular $23,712,235.70 | $23,712,235.70 | **Restricted: Third Party Funds** – prepaid tolls prior to earned toll revenue distribution |
| **Total Third Party Funds** | | **$23,712,235.70** | |
| **Inconclusive** | | | |
| 66/BCP-18-5210 | Banco Popular | $6,438,057.61 | Inconclusive |
| **Total Inconclusive** | | **$6,438,057.61** | |
| **Unreviewed – Below $2M** | | | |
| x6671 | Banco Popular | $867,138.20 | Unreviewed[2] |
| x2489 | Oriental Bank | $157,501.98 | Unreviewed |
| x6672 | Oriental Bank | $67,965.72 | Unreviewed |
| x0303 | Banco Popular | $5,000.00 | Unreviewed |
| x6438 | Banco Popular | $5,000.00 | Unreviewed |
| x1795 | Bank of New York Mellon | $2,098.99 | Unreviewed |
| x5656 | Bank of New York Mellon | $1,220.27 | Unreviewed |
| x7726 | First Bank | $541.48 | Unreviewed |

---

[2] Generally, accounts with balance lower than $2.0 million were not reviewed for restriction assessment. In some instances, if review of accounts with balance of $2.0 million or greater indicated that an account with a lower balance may be subject to a similar legal restriction on use of funds, then such accounts were also reviewed for restriction assessment notwithstanding a low balance. As of December 31, 2021, the accounts reviewed for restriction status represented approximately $270.3 million of the total $271.4 million, or 99.6% of funds held at the HTA accounts. The accounts that have not been reviewed based on the amount threshold are presented in gray boxes.

| Account Number | Account Number | 12/31/2021 Balance ($) | Categorization |
|---|---|---:|---|
| x0693 | Bank of New York Mellon | $127.02 | Unreviewed |
| x5574 | Bank of New York Mellon | $78.82 | Unreviewed |
| x4042 | Bank of New York Mellon | $66.11 | Unreviewed |
| x4912 | Bank of New York Mellon | $15.19 | Unreviewed |
| x7474 | Bank of New York Mellon | $0.30 | Unreviewed |
| x5567 | Bank of New York Mellon | $0.02 | Unreviewed |
| x0026 | Bank of New York Mellon | $0.02 | Unreviewed |
| x0220 | Banco Popular | $0.01 | Unreviewed |
| x0025 | Bank of New York Mellon | $0.01 | Unreviewed |
| x0028 | Bank of New York Mellon | $0.00 | Unreviewed |
| x0186 | Bank of New York Mellon | $0.00 | Unreviewed |
| x0268 | Bank of New York Mellon | $0.00 | Unreviewed |
| x4919 | Bank of New York Mellon | $0.00 | Unreviewed |
| x4921 | Bank of New York Mellon | $0.00 | Unreviewed |
| x9574 | Oriental Bank | $0.00 | Unreviewed |
| **Total Unreviewed – Below $2M** | | **$1,106,754.14** | |
| **TOTAL FUNDS** | | **$271,447,842.26** | |