UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO et al., <br><br> Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, <br><br> Debtor. | PROMESA <br> Title III <br><br> No. 17 BK 3567-LTS <br><br> (Jointly Administered) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

ORDER SCHEDULING BRIEFING OF URGENT MOTION OF PUERTO RICO
HIGHWAYS AND TRANSPORTATION AUTHORITY FOR AN ORDER
(I) SCHEDULING A HEARING TO CONSIDER THE ADEQUACY OF INFORMATION
CONTAINED IN THE DISCLOSURE STATEMENT, (II) ESTABLISHING THE
DEADLINE FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND
REPLIES THERETO, (III) APPROVING FORM AND MANNER OF NOTICE
THEREOF, (IV) ESTABLISHING DOCUMENT DEPOSITORY PROCEDURES IN
CONNECTION THEREWITH, AND (V) GRANTING RELATED RELIEF

The Court has received and reviewed the *Urgent Motion of Puerto Rico Highways and Transportation Authority for an Order (I) Scheduling a Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto, (III) Approving Form and Manner of Notice Thereof, (IV) Establishing Document Depository Procedures in Connection Therewith, and (V) Granting Related Relief* (Docket Entry No. 20653 in Case No. 17-3283 and Docket Entry No. 1166 in Case No. 17-3567, the "Urgent Motion").[2] The Urgent Motion includes a request for entry of an order setting a briefing schedule with respect to the other relief requested in the Urgent Motion, namely, approval of the Disclosure Statement Scheduling Procedures, the Disclosure Statement Hearing, the Disclosure Statement Notice, and the Depository Procedures (including the Protective Order and the Protective Order Subscription). The Court has also received and reviewed the limited objection filed by the Official Committee of Unsecured Creditors (the "Committee") (Docket Entry No. 20656 in Case No. 17-3283).

The Court having found it has subject matter jurisdiction of this matter pursuant to section 306 of PROMESA; and it appearing that venue in this district is proper pursuant to section 307 of PROMESA; and the Court having found that the briefing schedule requested in the Urgent Motion is in the best interests of the Debtor and its creditors to the extent set forth herein; and the Court having found that adequate and appropriate notice of the Urgent Motion has been provided under the circumstances and that no other or further notice is required; and the Court having determined that the factual bases set forth in the Urgent Motion with respect to the briefing schedule as modified herein establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The briefing schedule requested in the Urgent Motion is granted to the extent set forth herein.

2. The deadline to object to the Urgent Motion **with respect to approval of the Disclosure Statement Scheduling Procedures, the Disclosure Statement Hearing, and the Disclosure Statement Notice** will be **May 4, 2022**, at **4:00 p.m. (Atlantic Standard Time)**. The deadline to file a reply with respect to those aspects of the Urgent Motion will be **May 5, 2022**, at **4:00 p.m. (Atlantic Standard Time)**.

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Urgent Motion.

3. The deadline to object to the Urgent Motion **with respect to approval of the Depository Procedures (including the Protective Order and the Protective Order Subscription)** will be **May 9, 2022**, at **4:00 p.m. (Atlantic Standard Time)**. The deadline to file a reply and any revised proposed order with respect to those aspects of the Urgent Motion will be **May 11, 2022**, at **12:00 p.m. (Atlantic Standard Time)**. The Oversight Board is directed to meet and confer with all anticipated objecting parties in advance of the May 9, 2022, objection deadline.

4. The Court will take the Urgent Motion on submission, unless the Court determines that a hearing is necessary.

5. The Oversight Board is reminded that section III.D of the *Sixteenth Amended Case Management Procedures* (Docket Entry No. 20190-1 in Case No. 17-3283) requires consultation with Chambers via email to swaindprcorresp@nysd.uscourts.gov concerning the scheduling of hearings on dates other than omnibus hearings, including with respect to disclosure statement hearings.

SO ORDERED.

Dated: May 2, 2022

     /s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN  
United States District Judge