Exhibit 1

```
Court.Name: District Court
Division: 1
Receipt Number: PRX100083361
Cashier ID: arodrigu
Transaction Date: 05/04/2022
Payer Name: MCCONNELL VALDES LLC

PRO HAC VICE
 For: MCCONNELL VALDES LLC
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00

PAPER CHECK CONVERSION
 Remitter: MCCONNELL VALDES LLC
 Check/Money Order Num: 131012
 Amt Tendered:  $300.00

Total Due:      $300.00
Total Tendered: $300.00
Change Amt:     $0.00

17-3283(LTS) PRO HAC VICE OF
CHRISTOPHER L. PERKINS

THRU: ZOUAIRABANI, NAYUAN
```