# EXHIBIT A

**Schedule of Twenty-Second ADR Designated Claims**

**Exhibit A**

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| ACEVEDO-VEGA, LINÉS & SUS HIJOS MENORES DE EDAD D.N.A. Y I.D.N.A. | 37510 | f | Electrical Contact | DP2014-0163 | Initial Transfer |
| NEGRÓN MARTÍNEZ, CÉSAR LUIS | 13742 | e | Discrimination | K DP2012-0584 | Initial Transfer |
| GUANILL NAVARRO, BEREIDA | 18379 | e | Electrical Contact | N3CI2010-0435 | Initial Transfer |
| CORTÉS RIVERA, ANGEL; CARDONA RIVERA, ALEJANDRINA | 10166 | e | Electrical Contact | A2CI201600638 | Initial Transfer |
| DÁVILA SERRANO, WILFREDO | 18019 | d | Electrical Contact | N3CI2010-0435 | Initial Transfer |
| MERCADO GUZMÁN, CARLOS MIGUEL | 73421 | d | Discrimination | FBCI201500466 | Initial Transfer |
| GONZÁLEZ BERMUDEZ, ANELIZ | 1734 | d | Personal Injury | C DP2017-0088 | Initial Transfer |
| GUANILL, GABRIELA | 14434 | c | Electrical Contact | N3CI2010-0435 | Initial Transfer |
| GUANILL NAVARRO, ELIZABETH | 18036 | c | Electrical Contact | N3CI2010-0435 | Initial Transfer |
| LACÉN, ESTEFANI | 14818 | c | Electrical Contact | N3CI2010-0435 | Initial Transfer |
| LACÉN GUANILL, BETZAIDA | 19267 | c | Electrical Contact | N3CI2010-0435 | Initial Transfer |
| JANET ALICANO SANTIAGO ON BEHALF OF HER MINOR SON JLV | 19398 | c | Electrical Contact | N3CI2010-0435 | Initial Transfer |

---

[1] For Claim Amount Ranges, please refer to the Claim Amount Key.

1

| **Claim Amount Key** |
| --- |
| a: Unspecified |
| b: $1-$10,000 |
| c: $10,001-$100,000 |
| d: $100,001-$500,000 |
| e: $500,001-$1,000,000 |
| f: $1,000,001+ |