UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

    I, Christian Rivera, declare under penalty of perjury that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On April 26, 2022, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **Exhibit A**, to be served via First Class Mail on the Supplemental Batch 19 Service List attached hereto as **Exhibit B**.

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On March 29, 2022, Prime Clerk LLC change its name to Kroll Restructuring Administration LLC.

Dated: May 4, 2022

*/s/ Christian Rivera*
Christian Rivera

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 4, 2022, by Christian Rivera, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

# **Exhibit A**

**Responda a esta carta el 26 de mayo de 2022 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Tenga en cuenta que solo necesita devolver **un formulario,** ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Kroll Restructuring Administration LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRClaimsInfo@kroll.com .**

**Please respond to this letter on or before May 26, 2022 by returning the enclosed questionnaire with the requested information and documentation**.

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Kroll Restructuring Administration LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@kroll.com .**

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708
T: (844) 822-9231
PRClaimsInfo@kroll.com

SRF 61097

**\*\*\* Response Required \*\*\***

> **THIS LETTER RELATES TO A PROOF OF CLAIM YOU FILED AGAINST THE GOVERNMENT OF PUERTO RICO IN ITS PROCEEDINGS UNDER THE PUERTO RICO OVERSIGHT, MANAGEMENT, AND ECONOMIC STABILITY ACT.**
>
> **PLEASE READ THIS LETTER CAREFULLY AND RESPOND IN ACCORDANCE WITH THE INSTRUCTIONS BELOW. FAILURE TO RESPOND MAY RESULT IN THE DEBTORS TAKING LEGAL ACTION TO FULLY OR PARTIALLY DISALLOW YOUR CLAIM.**

April 26, 2022

Re:  PROMESA Proof of Claim
     *In re Commonwealth of Puerto Rico*, Case No. 17-03283
     United States District Court for the District of Puerto Rico

Dear Sir or Madam:

This letter relates to a proof of claim you filed in the Title III cases (the "Title III Cases") against the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, or Employees Retirement System of the Government of the Commonwealth of Puerto Rico (collectively, the "Debtors). Kroll Restructuring Administration LLC, maintains the official claims register in the Title III Cases for the United States District Court in the District of Puerto Rico (the "Court"), and is reaching out to you on behalf of the Debtors.

The Debtors' records reflect that you filed a proof of claim that was logged by Kroll Restructuring Administration LLC as Proof of Claim Number         . You may download a copy of your claim by visiting Kroll's website at: https://cases.ra.kroll.com/puertorico/Home-ClaimInfo.

Additional information is required in order for the Debtors to continue with assessing your claim. The Debtors are unable to determine from the information you provided the basis, nature, or amount for the claim you are attempting to assert against one or more of the Debtors. In responding to this letter, please ensure that you provide all of the information requested and as much detail as possible about your claim. The descriptions you put on your proof of claim were too vague for the Debtors to understand the claim you are trying to assert, so please provide more detail and do not simply copy over the same information.

**Please respond to this letter on or before May 26, 2022 by returning the enclosed questionnaire with the requested information and documentation**.

Please send the completed form and any supporting documents via email to PRClaimsInfo@kroll.com, or by mail, hand delivery, or overnight mail to the following address:

| **First Class Mail** | **Overnight or Hand Delivery** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Kroll Restructuring Administration LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Kroll Restructuring Administration LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

If you do not respond to this request and do not provide the requested information and documentation in support of your claim, the Debtors may be forced to object to your claim.

**If you have any questions about this letter or your claim, please call: Kroll Restructuring Administration LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@kroll.com.**

PLEASE NOTE: Kroll Restructuring Administration LLC is the claims and noticing agent in the Title III Cases, and cannot provide legal or financial advice.

Thank you,

Kroll Restructuring Administration LLC

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide <u>more</u> information than the initial proof of claim**. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate now on what specific laws you are purporting to rely on, the year the law at issue was passed, and how and why you believe this particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@kroll.com, or by **mail or hand delivery** to the following addresseses:

| **First Class Mail** | **Hand Delivery** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Kroll Restructuring Administration LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Kroll Restructuring Administration LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Questionnaire**

1. **What is the basis of your claim?**

    □ A pending or closed legal action with or against the Puerto Rican government

    □ Current or former employment with the Government of Puerto Rico

    □ Other (Provide as much detail as possible below. Attach additional pages if needed.)
    _____

2. **What is the amount of your claim (how much money do you claim to be owed):**
    _____

3. **Employment. Does your claim relate to current or former employment with the Government of Puerto Rico?**
    □ No. *Please continue to Question 4*.

    □ Yes. **Answer Questions 3(a)-(d).**

3(a). Identify the specific agency or department where you were or are employed:
   _____

3(b). Identify the dates of your employment related to your claim:
_____

3(c). Last four digits of your social security number: _____

3(d). What is the nature of your employment claims (select all applicable):
- ☐ Pension
- ☐ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

_____

_____

**4. Legal Action. Does your claim relate to a pending or closed legal action?**
- ☐ No.
- ☐ Yes. **Answer Questions 4(a)-(f).**

4(a). Identify the department or agency that is a party to the action.
_____

4(b). Identify the name and address of the court or agency where the action is pending:
_____

4(c). Case number: _____

4(d). Title, Caption, or Name of Case: _____

4(e). Status of the case (pending, on appeal, or concluded): _____

4(f). Do you have an unpaid judgment? Yes / No (Circle one)

If yes, what is the date and amount of the judgment? _____

2

Centro de procesamiento de información complementaria
del Estado Libre Asociado de Puerto Rico
Grand Central Station, PO Box 4708
New York, NY 10163-4708
Tel.: (844) 822-9231
PRClaimsInfo@kroll.com

SRF 61097

**\*\*\* Se requiere respuesta \*\*\***

**ESTA CARTA SE RELACIONA CON UNA EVIDENCIA DE RECLAMACIÓN QUE RADICÓ CONTRA EL GOBIERNO DE PUERTO RICO EN LOS PROCEDIMIENTOS AL AMPARO DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD ECONÓMICA DE PUERTO RICO.**

**LEA ESTA CARTA CUIDADOSAMENTE Y RESPONDA SEGÚN LAS INSTRUCCIONES QUE SE INDICAN A CONTINUACIÓN. SI USTED NO RESPONDE, LOS DEUDORES PODRÁN TOMAR MEDIDAS LEGALES PARA QUE SU RECLAMACIÓN SEA TOTAL O PARCIALMENTE DESESTIMADA.**

26 de abril de 2022

Asunto:   Evidencia de reclamación en virtud de la ley PROMESA
*En el caso Estado Libre Asociado de Puerto Rico*, Caso No. 17-03283
Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Estimado/a:

Esta carta se relaciona con una evidencia de reclamación que usted radicó en los casos al amparo del Título III (los "Casos del Título III") contra el Estado Libre Asociado de Puerto Rico, la Autoridad de Carreteras y Transportación de Puerto Rico, o Autoridad de Energía Eléctrica del gobierno del Estado Libre Asociado de Puerto Rico (en conjunto, los "Deudores). Kroll Restructuring Administration LLC mantiene el registro oficial de reclamaciones en los Casos al amparo del Título III para el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"), y se comunica con usted en representación de los Deudores.

Los registros del Deudor reflejan que usted ha radicado una evidencia de reclamación que ha sido anotada por Kroll Restructuring Administration LLC con el número de Evidencia de Reclamación         . Usted puede descargar una copia de su reclamación visitando el sitio web de Prime Clerk en: https://cases.ra.kroll.com/puertorico/Home-ClaimInfo.

Se requiere información adicional para que los Deudores continúen evaluando su reclamación. Con la información que usted ha proporcionado, los Deudores no pueden determinar los fundamentos, la naturaleza, o la cantidad de la reclamación que usted pretende formular contra uno o más de los Deudores. En respuesta a esta carta, asegúrese de proporcionar toda la información solicitada y todo el detalle posible sobre su reclamación. Las descripciones que incluyó en su evidencia de reclamación son demasiado imprecisas como para que los Deudores comprendan la reclamación que trata de formular; por ese motivo, proporcione más información y no se limite simplemente a copiar la misma información.

**Responda a esta carta el 26 de mayo de 2022 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Envíe el formulario completado y la documentación de apoyo por correo electrónico a PRClaimsInfo@kroll.com, o por correo, entrega en mano, o servicio de correo postal de 24 horas a la siguiente direcciónes:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Kroll Restructuring Administration LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Kroll Restructuring Administration LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

Si usted no responde a esta solicitud y no proporciona la información y documentación solicitadas para fundamentar su reclamación, los Deudores podrán verse en la obligación de objetar a su reclamación.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Kroll Restructuring Administration LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRClaimsInfo@kroll.com.**

NOTA: Kroll Restructuring Administration LLC es el agente de reclamaciones y notificaciones en los Casos al amparo del Título III y no puede proporcionar asesoramiento legal o financiero.

Atentamente,

Kroll Restructuring Administration LLC

2

*Número de Evidencia de Reclamación*:
*Reclamante*:

# **INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN**

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar <u>más</u> información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@kroll.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Kroll Restructuring Administration LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Kroll Restructuring Administration LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

    □ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    □ Empleo actual o anterior en el gobierno de Puerto Rico

    □ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    _____

*Número de Evidencia de Reclamación:*
*Reclamante*:

3. **Empleo.** **¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?**
   - □ No. *Pase a la Pregunta 4.*
   - □ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
_____

3(b). Identifique las fechas de su empleo con relación a su reclamación:
_____

3(c). Últimos cuatro dígitos de su número de seguro social: _____

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - □ Jubilación
   - □ Salarios impagos
   - □ Días por enfermedad
   - □ Queja con el sindicato
   - □ Vacaciones
   - □ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

_____
_____

4. **Acción legal.** **¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?**
   - □ No.
   - □ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
_____

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
_____

4(c). Número de caso: _____

4(d). Título, epígrafe, o nombre del caso:
_____

2

*Número de Evidencia de Reclamación del Reclamante*:

    4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

        _____

    4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

        De ser así, ¿cuál es la fecha y el monto de la sentencia?

        _____

**Exhibit B**

Exhibit B
Supplemental Batch 19 Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 13183317 | ABIGAIL VAZQUEZ / ARELI ALICEA | PO BOX 66 | | | | GARROCHALES | PR | 00652-0066 |
| 13183362 | ACEVEDO COLON, ANTONIO | VALLE REAL | 1646 CALLE MARQUESA | | | PONCE | PR | 00716-0504 |
| 13183323 | ACEVEDO-MORENO, BETZAIDA | HC 2 BOX 5722 | | | | RINCON | PR | 00677 |
| 13183382 | AGUAYO LASANTA, LEONARDO | URBANIZACION SAN CRISTOBAL | 15-C CALLE B | | | BARRANQUITAS | PR | 00794-1912 |
| 13183377 | ALEMAN BERMUDEZ, JOSE O | RECLAMANTE COMO EMPLEADO RETIRADO AEE | B 50 CALLE 11, METROPOLIS | | | CAROLINA | PR | 00987 |
| 13183378 | ALEMAN BERMUDEZ, JOSE O | PO BOX 366771 | | | | SAN JUAN | PR | 00936-6771 |
| 13183366 | ALFONSO COLON, YOLANDA I | P.O. BOX 211 | | | | JUANA DIAZ | PR | 00795 |
| 13183318 | ARGUELLES ROSALY, WILLIAM | P O BOX 1605 | | | | ARECIBO | PR | 00613 |
| 13183357 | ARROYO-NEGRON, GRACE | PO BOX 7434 | | | | PONCE | PR | 00732 |
| 13183349 | BURGOS SEPULVEDA, LEILANY | 1110 AVE PONCE DE LEON | PARADA 16 1/2 | | | SAN JUAN | PR | 00908 |
| 13183350 | BURGOS SEPULVEDA, LEILANY | RR 2 BOX 6087 | | | | TOA ALTA | PR | 00953 |
| 13183410 | BURGOS SEPULVEDA, LEILANY | RR2 BOX 6087 | | | | TOA ALTA | PR | 00953 |
| 13183375 | CABEZUDO CLASSEN, HECTOR LUIS | CALLE 25 A BLOQUE 25 C #13 URB. SIERRA | | | | BAYAMON | PR | 00961 |
| 13183392 | CAMPS VEGA, JOSE A. | URB. EL REYES | CALLE ARTURO BLANC # 42 | | | HUMACAO | PR | 00761 |
| 13183356 | CANEL MARIN, ANNETTE | COND RIBERAS DEL RIO | 100 CALLE 10 APT C202 | | | BAYAMON | PR | 00959 |
| 13183329 | CARDONA-MORENO, GILBERTO | VISTAS DE RIO GRANDE II | CALLE GUAYACAN #456 | | | RÍO GRANDE | PR | 00745 |
| 13183338 | CARRASQUILLO ORTIZ, MARIA JUDITH | URB EL TORITO | I 16 CALLE 9 | | | CAYEY | PR | 00736 |
| 13183324 | CASTRO-CARTEGENA, XAVIER | HC06 | BOX 10136 | | | GUAYNABO | PR | 00971 |
| 13183342 | CENTENO MARTINEZ, LUIS G | 110 AVE. PONCE DE LEON | PARADA 16 1/2 | | | SAN JUAN | PR | 00936 |
| 13183343 | CENTENO MARTINEZ, LUIS G | URB. LAS BRISAS | 104 CALLE 1 | | | ARECIBO | PR | 00612 |
| 13183363 | CEPERP-GOTAY, LEONARDO | 3360 O'BERRY ROAD | | | | KISSIMME | FL | 34746 |
| 13183365 | CINTRON-CHINEA, GERARDO | 300 BLVD LA MONTANA APT 676 | | | | SAN JUAN | PR | 00926 |
| 13183397 | DAVIS RIVERA, RUSSELL | EST. DE GUAYABAL PASEO OLMOS 114 | | | | JUANA DIAZ | PR | 00795 |
| 13183322 | DIAZ FIGUEOA, JUAN | HC 11 BOX 11970 | | | | HUMACAO | PR | 00791 |
| 13183333 | DIAZ-PABON, WILLIAM | FINQUITAS BETANCES | 62 CALLE ACOSTA | | | CABO ROJO | PR | 00623 |
| 13183353 | DUMONT GUZMAN, GLADYS M. | URB EL PLANTIO | CALLE PALMA REAL P-12 | | | TOA BAJA | PR | 00949 |
| 13183341 | ECKERT DUCHESNE, JAMES DAVID | CONDOMINIO MUNDO FELIZ,1 CALLE | HERMANOS RODRÍGUEZ EMA | APARTAMENTO 208 | | CAROLINA | PR | 00979 |
| 13183403 | FALERO LOPEZ, WILLIAM | URB BELLA VISTA | 4139 CALLE NUCLEAR | | | PONCE | PR | 00716 |
| 13183347 | FERNANDEZ GARCIA, ERIC A | URB SAN PEDRO | G5 | | | MAUNABO | PR | 00707 |
| 13183367 | FIGUEROA ORTEGA, WALDEMAR | BH4 CALLE DR. JOSE A DAVILA | 5TA SECC. LEVITTOWN | | | TOA BAJA | PR | 00949 |
| 13183348 | GARCIA COLON, EDNA I | URB REPARTO METROPOLITANO | 1214 C / 52 SE | | | SAN JUAN | PR | 00921 |
| 13183368 | GERARDO BAUZA, JESUS | 63 URB PASEO DE LOS ARTESANOS | | | | LAS PIEDRAS | PR | 00771 |
| 13183380 | GOONZALEZ NIEVES , AMBROSIO | HC5 BOX 58677 | | | | HATILLO | PR | 00659 |
| 13183364 | IRIZARRY IRIZARRY, CARLOS A. | ALTURAS DE SAN JOSE CALLE 19 #00-1 | | | | SABANA GRANDE | PR | 00637 |
| 13183391 | LEE NIEVES LOPERENA, BRIAN | HC 05 BOX 10486 | | | | MOCA | PR | 00676 |
| 13183387 | LOPEZ ALVARADO, RAMON | 10 CALLE RUFINA | | | | GUAYANILLA | PR | 00656 |
| 13183388 | LOPEZ ALVARADO, RAMON | 10 CALLE RUFINA | | | | GUAYANILLA | PR | 00656 |
| 13183325 | LUCIANO PEREZ, NORMANDY | URB. MONTE REY CALLE OTOAO #910 | | | | MAYAGUEZ | PR | 00680 |
| 13183381 | LUGO CAJIGAS, JUAN C. | 166 CALLE SOCORRO | | | | QUEBRADILLAS | PR | 00678 |
| 13183326 | LUGO SOTO, ALVIN D | JEFE AUX. DIV. ICEE | 1110 AVE. PONCE DE LEON, PDA 16 1/2 | | | SAN JUAN | PR | 00936 |
| 13183327 | LUGO SOTO, ALVIN D | PO BOX 860 | | | | MOCA | PR | 00676 |
| 13183404 | MARRERO GONZALEZ, HILMAR | HC-4 BOX 5860 | | | | BARRANQUITAS | PR | 00794 |
| 13183330 | MARTINEZ RESTO, ADALBERTO | URB. LAGOS DE PLATA | CALLE #6 | H8 | LEVITTOWN | TOA BAJA | PR | 00949 |
| 13183409 | MARTINEZ RIVERA, JOSE E. | HH-23 14 COSTA AZUL | | | | GUAYAMA | PR | 00784 |
| 13183340 | MARTÍNEZ-NIEVES , JOSÉ LUIS | PO BOX 84 | | | | NARANJITO | PR | 00719 |
| 13183407 | MENDEZ-RODRIGUEZ, JUAN | HC 1 BOX 4105 | | | | NAGUABO | PR | 00718 |
| 13183371 | MERCADO RIVERA, MARCIAL | HC 05 BOX 56024 | | | | SAN SEBASTIAN | PR | 00685 |
| 13183359 | MIRANDA VELAZQUEZ, BONNIE F. | URB. MONTECASINO | CALLE MIRTO 372 | | | TOA ALTA | PR | 00953 |
| 13183383 | MORA-GONZALEZ, ANGEL M | URB LOS COLOBOS PARK | 512 CALLE ROBLE | | | CAROLINA | PR | 00987 |
| 13183379 | MORALES SANTIAGO, RAFAEL | URB. VILLA ASTURIAS | 26-9 CALLE 34 | | | CAROLINA | PR | 00983 |
| 13183393 | MORALES-ASAD, ARTURO | B-5 TABONUCO STE 216 | PMB 245 | | | GUAYNABO | PR | 00968 |
| 13183395 | OCASIO TORRES, RIGOBERTO | PO BOX 560398 | | | | GUAYANILLA | PR | 00656 |
| 13183351 | ORTEGA COSME, MARIA J | CALLE 39 UU-10 | SANTA JUANITA | | | BAYAMON | PR | 00956 |
| 13183401 | ORTIZ CORIANO, JUAN EMILIO | HC 75 BOX 1785 | | | | NARANJITO | PR | 00719 |
| 13183372 | ORTIZ RIVERA, FRANCISCO | PO BOX 1299 | | | | PATILLAS | PR | 00723-1299 |
| 13183354 | PEREZ-GUTIERREZ, FERNANDO | URB LA RAMBLA | 1302 CALLE CASTELLANA | | | PONCE | PR | 00730 |
| 13183390 | POLANCO COLON, ROMUALDO | RR-1 BOX 10591 | | | | OROCOVIS | PR | 00720 |
| 13183394 | QUILES PUMAREJO, HERIBERTO | 7539 LOPEZ NUSSA EXT. MARIANI | | | | PONCE | PR | 00717 |
| 13183361 | QUINONES-GONZALEZ, FRANCISCO | EXT EL COMANDANTE | 563 CALLE PRINCIPE | | | CAROLINA | PR | 00982 |
| 13183355 | RAMOS-RODRIGUEZ, MELISA | HC 1 BOX 17257 | | | | HUMACAO | PR | 00791 |
| 13183411 | RIVERA ECHANDY, ALBERTO E | PO BOX 645 | | | | MAYAGUEZ | PR | 00681-0645 |
| 13183316 | RIVERA RIVERA, JESUS M | PO BOX 755 | | | | GUAYAMA | PR | 00785 |
| 13183384 | RIVERA ROSARIO, RAMON | PMB 185 HC 1 BOX 29030 | | | | CAGUAS | PR | 00725 |
| 13183408 | RIVERA SANTIAGO, ANGEL MANUEL | APARTADO 381 | | | | BARRANQUITAS | PR | 00794 |
| 13183385 | RIVERA TORRES, DAVID X | HC 03 BOX 14626 | | | | PENUELAS | PR | 00624 |
| 13183369 | RIVERA-NEGRON, NOEL | 202 PRADERAS DEL RIO FLORES | | | | SABANA GRANDE | PR | 00637 |
| 13183370 | RIVERA-NEGRON, NOEL | URB COLINAS DE VILLA ROSA | D-4 | | | SABANA GRANDE | PR | 00637 |
| 13183398 | ROBLES OROZCO, VERONICA M | B13 CALLE GUILLERMINA | URB. ANA LUISA | | | CAYEY | PR | 00736 |
| 13183358 | RODRIGUEZ GUISAO, SYLVIA V. | 110 CHALETS DE LAS PALARAS | | | | HUMACAO | PR | 00791 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 1 of 2

Exhibit B
Supplemental Batch 19 Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 13183402 | RODRIGUEZ OYOLA, LINNETTE | SANTA ELENA F40-A CALLE 8 | | | | BAYAMON | PR | 00957 |
| 13183328 | RODRIGUEZ RODRIGUEZ, LUIS E | CARR 348 REPARTO EL SENORIAL #2 | | | | MAYAGUEZ | PR | 00680 |
| 13183344 | RODRIGUEZ, ISMAEL | 1110 AVE. PONCE DE LEON, PARADA 16 1/2 | | | | SAN JUAN | PR | 00936 |
| 13183345 | RODRIGUEZ, ISMAEL | 1110 AVE. PONCE DE LEON, PARADA 16 1/2 | | | | SAN JUAN | PR | 00936 |
| 13183346 | RODRIGUEZ, ISMAEL | HC 56 BOX 3475 | | | | AGUADA | PR | 00602 |
| 13183320 | ROSA VALLES, RAMON A | PMB 449 | 405 AVE. ESMERALDA SUITE 102 | | | GUAYNABO | PR | 00969 |
| 13183334 | ROSADO SOTOMAYOR, EMANUEL | 1110 AVE. PONCE DE LEON | PARADA 16 1/2 | | | SAN JUAN | PR | 00908 |
| 13183335 | ROSADO SOTOMAYOR, EMANUEL | URB PALACIOS REALES | 160 CALLE MANTUA | | | TOA ALTA | PR | 00953 |
| 13183376 | RUIZ GONZÁLEZ, JOSÉ L. | BARRIO OLIMPO CALLE 4 # 251 | | | | GUAYAMA | PR | 00784 |
| 13183339 | SANABRIA-QUILES, LISSETTE E | PO BOX 457 | | | | ANASCO | PR | 00610 |
| 13183360 | SANTIAGO ACEVEDO, JUAN | C/DR. FRANCISCO TRELLES C E 12 | 5TA SECC. URB. LEVITTOWN LAKES | | | TOA BAJA | PR | 00949 |
| 13183405 | SEMIDEI-CORDERO, RAFAEL | 564 CALLE MADRID | | | | YAUCO | PR | 00698 |
| 13183386 | SERRANO RODRIGUEZ, NORMA I | PO BOX 1300 | | | | SABANA HOYOS | PR | 00688 |
| 13183406 | SERRANO-GONZALEZ, LUIS RAMON | PO BOX 689 | | | | SAN LORENZO | PR | 00754 |
| 13183336 | SERRANO-TORRES, CRISTINO | 1110 AVENIDA PONCE DE LEON, PARADA 16 1/2 | | | | SAN JUAN | PR | 00936 |
| 13183337 | SERRANO-TORRES, CRISTINO | URB BOSQUE REAL | 66 CALLE LAUREL | | | CIDRA | PR | 00739 |
| 13183373 | SILVA LOPEZ, MIGUEL ANGEL | PO BOX 504 | | | | VEGA ALTA | PR | 00692 |
| 13183374 | TARAFA PÉREZ, LUIS O. | ESTANCIAS DEL GOLF #676 | | | | PONCE | PR | 00730 |
| 13183321 | TORRES SANTIAGO, NYURKA MILAGROS | APARTADO 1487 | | | | VEGA BAJA | PR | 00694 |
| 13183400 | TORRES TORRES, JOSE M. | HC 01 BOX 5115 | | | | SALINAS | PR | 00751-9764 |
| 13183389 | TORRES-RIVERA, FELIX GUILLERM | URB. LA HACIENDA | AJ7 CALLE 42 | | | GUAYAMA | PR | 00784 |
| 13183396 | VALENTIN BAEZ, CARMELO | AW-3 43 URB. LA HACIENDA | | | | GUAYAMA | PR | 00784 |
| 13183319 | VALENTIN SANCHEZ, LUIS A | URB BUENAVENTURA | 5018 CALLE ALHELI | | | MAYAGUEZ | PR | 00680 |
| 13183352 | VAZQUEZ-GARCIA, ANGEL VIDAL | PO BOX 413 | | | | AGUIRRE | PR | 00704 |
| 13183331 | VELAZQUEZ GALARZA, RAYMOND | ASOCIACION EMPLEADOS GERENCIALES AUTORIDAD | DE ENERGIA ELECTRICA | JOSE ARMANDO GARCIA RODRIGUEZ | APARTADO 9831, SANTURCE STATION | SAN JUAN | PR | 00908 |
| 13183332 | VELAZQUEZ GALARZA, RAYMOND | HC-02 BOX 5447 | | | | RINCON | PR | 00677 |
| 13183399 | VELAZQUEZ, BERTHA E. | HC 01 BOX 13701 | | | | GUAYANILLA | PR | 00656 |