**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| María A. Clemente Rosa<br>PETICIONARIA<br>V.<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>et a., Debtor. | 2 de mayo DE 2022<br><br>PROMESA TITLE III<br><br>No. 17 BK 3283- LTS<br><br>CLAIM. NÚM. 133537 |

TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH PF PUERTO RICO, et al., Debtors:

HONORABLE JUEZ: UNITED STATES DITRIT COURT, HON. LAURA TAYLOR SWAIN.

UNITED STATES DITRIT COURT FOR THE DISTRICT OF PUERTO RICO.

REPETUOUSLY REQUEST

MOTION

HON. JUDGE LAURA TAYLOR SWAIN, I ASK YOUR BENEVOLENCE TO RESPECTFULLY REQUEST AND REQUEST YOUR INDULGENCE, SO THAT THE APPLICATIONS PRESENTED HERE HUMBLY BE CONSIDERED AND I MAY BE EXCUSED AND GIVE ME THE OPPORTUNITY TO ACCEPT THE MOTION OF APRIL 15, 2022, NOTWITHSTANDING. WHICH I PRESENTED IN THE SPANISH LANGUAGE; NOW TRANSLATED INTO THE ENGLISH LANGUAGE, BY ME, WHO AM THE CREDITOR PETITIONING PARTY AND DO NOT HOLD ANY CERTIFICATION OF A CERTIFIED TRANSLATOR BY THE UNITED STATES FEDERAL COURT.

RESPECTFULLY CONSIDERING THE STATUTES OF THE GENERAL ORDER: OF THE UNITED STATES DISTRICT COURT DISTRICT OF PUERTO RICO. MISC. NO 13-218(ADC), ORDERED BY THE HON. UNITED STATES CHIEF DISTRICT JUDGE. HON. AIDA M. DELGADO-COLÓN AND I QUOTE: "THUS ORDERED IN SAN JUAN, PUERTO

RICO, And THIS MAY 22, 2013. AIDA M. DELGADO-COLÓN, UNITED STATES CHIEF DISTRICT JUDGE".

María A. Clemente Rosa appears, PETITIONER, CLAIM NO. 133537. CASE NUMBER: 17BK 03283-LTS respectfully addresses, exposes, alleges and requests:

RELATIONSHIP OF FACTS:

1. Honorable Judge Laura Taylor Swain, respectfully addresses you hereby express my sincere apology for addressing in my Motion of April 15, 2022, in the Spanish language, to the Honorable Judge, Laura Taylor Swain, to the Honorable Court of the Federal Court of the United States and the Representatives of The Commonwealth Of Puerto Rico et al., The Financial Oversight And Management Board For Puerto Rico.

2. The Petitioner María A. Clemente Rosa addresses you very respectfully, to express to you, Honorable Judge Laura Taylor Swain, the reason why I wrote the Motion of April 15, 2022, in the Spanish language, was because I considered the GENERAL ORDER, OF THE UNITED STATES DISTRICT COURT DISTRICT OF PUERTO RICO. MISC. NO. 13-218(ADC). State and I quote:

a. "In the matter of:
By Person not certified as Spanish-English
Federal Court Interpreters by the Administrative Office of the United States Courts."

b. "Clarifying Exemption from certification by a federally certified Interpreter as provided in Local Civil 5(g).

c. It is also stated and I quote: "It has come to the attention of the Court that litigants rely more often on non-certified translations of documents".

d. Hon. Judge Laura Taylor Swain, I respectfully submit that the UNITED STATES DISTRICT COURT DISTRICT OF PUERTO RICO GENERAL ORDER. MISC. NO. 13-218(ADC). Set the following and I quote: "In the matter of:

Local Civil Rule 5(g) of the Local Rules of the United States District Court for the District of Puerto Rico establishes that: All documents that are not in the English language that are presented or presented, either as evidence or otherwise, they must be accompanied by a certified English translation prepared by an interpreter certified by the Administrative Office of the United States Courts. All parties may waive the certification of a federally certified interpreter. See Appendix A.

3. Hon. Judge Laura Taylor Swain, I respectfully present that before these postulates indicated under the General Order, OF THE UNITED STATES DISTRICT COURT DISTRICT OF PUERTO RICO. MISC. NO 13-218 (ADC), is that I justify the reason why I did not send the Motion of April 15, 2022, in English, because I understood that I was violating said General Order, I would be in Perjury, because I, not I have no translator certification, certified by the Federal Court, of the United States.

4. Hon. Judge Laura Taylor Swain, I appeal to your benevolence and respectfully request your indulgence, so that you humbly consider the postulates presented here and give me the opportunity to accept the Motion that I present in the Spanish language on the 15th of April 2022, without prejudice, now translated into the English language, by me, who am the petitioning party and do not hold any United States Federal Court Certified Translator Certification. Considering the Statutes of the General Order: DE UNITED STATES DISTRICT COURT DISTRICT OF PUERTO RICO. MISC. NO 13-218(ADC),

5. Hon. Judge Laura Taylor Swain, respectfully addresses you once again to request your indulgence and accept my Motion, which is humbly addressed to request the payments and interest owed by the Commonwealth Agencies, Retirement System, Department of Education, State Insurance Fund and others. Debts and claims established for payments under the approval of Law 106-2017, known as the "Law to Guarantee Payment to Our Pensioners and Establish a New Defined Contribution Plan for Public Servants." And other laws that are coming into force this year, to comply with the Debt Adjustment Plan.

6. Laws such as: Law No. 9 signed on March 7, 2022. (P. del S. 573); 2022, Law 9. Law to amend several laws and order the payments owed from Fiscal Year 2014-2015 in accordance with the Law of the Teaching Career, as amended.

7. I turn to your Benevolence, Hon. Laura Taylor Swain. Judge, United States District Court and TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH PF PUERTO RICO, et al, . Debtors: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO, to grant me your indulgence and accept the Motion filed today May 2, 2022 and Motion of April 15, 2022, written in the English Language, now translated into English by the petitioning party.

RESPECTFULLY REQUESTED.

I CERTIFY that on this same date I have mailed a true and exact copy of this TO THE HONORABLE BOARD THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH PF PUERTO RICO, et al., Debtors:

In Carolina, Puerto Rico, May 2, 2022

María A. Clemente Rosa
Astralis Condominio 9546
Calle Díaz Way, Apt. 311
Tower # 6 Carolina, P.R. 00979

Phone (787)385-2906
Email: clero_62@yahoo.com

Date Filed: 6/29/2018
Case Number: 17 BK 03283-LTS
DEBTOR: Commonwealth of Puerto Rico
CLAIM: NO. 133537