LEMENTE ROSA, MARIA A.

ONDOMINIO ASTRALIS 9546

ALLE DIAZ WAY APT. 311 TORRE # 6

AROLINA, PUERTO RICO 00979

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL**



7020 1290 0002 0122 7146

 

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00918
MAY 03, 22
AMOUNT

**$9.16**

1000        00918        R2305M147814-17

Counsel to the Official Committee

- United States District Court

District of Puerto Rico
150 Carlos Chardon Street
San Juan, PR   00918-1767