**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>                      Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF JENNER & BLOCK LLP, COUNSEL TO THE OFFICIAL
COMMITTEE OF RETIRED EMPLOYEES OF THE
COMMONWEALTH OF PUERTO RICO, OF
<u>RATE INCREASE EFFECTIVE MARCH 1, 2022</u>**

Jenner & Block LLP ("**Jenner**"), counsel to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "**Retiree Committee**"), hereby submits this notice in accordance with the Court's *Order Imposing Additional Presumptive Standards: Rate Increases and the Retention of Expert Witnesses or Other Sub-Retained Professionals* [Dkt. No. 7678] ("**Additional Presumptive Standards Order**"), and respectfully states as follows:

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

As of March 1, 2022, the hourly rate of Jenner Special Counsel Carl Wedoff increased from $760.75 to $845.75.[2] Unlike the other Jenner timekeepers with primary responsibility in these Title III cases, Mr. Wedoff's hourly rate was not adjusted in connection with the firm-wide annual rate increase identified in the *Notice of Jenner & Block LLP, Counsel to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, of Rate Increases Effective January 1, 2022* [Dkt. 19834].

As set forth in the certification of Robert D. Gordon, attached hereto as **Exhibit A**, the Retiree Committee has authorized the rate increase detailed herein, both with respect to timing and amount.

[*Signature page follows.*]

---

[2] These rates include the 15% discount applied to all Jenner professionals in these Title III cases.

Dated: May 6, 2022　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JENNER & BLOCK LLP

　　　　　　　　　　　　　　　　　　　　By: */s/ Robert Gordon*
　　　　　　　　　　　　　　　　　　　　Robert Gordon (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Richard Levin (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　1155 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　rgordon@jenner.com
　　　　　　　　　　　　　　　　　　　　rlevin@jenner.com
　　　　　　　　　　　　　　　　　　　　212-891-1600 (telephone)
　　　　　　　　　　　　　　　　　　　　212-891-1699 (facsimile)

　　　　　　　　　　　　　　　　　　　　Catherine Steege (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Melissa Root (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　353 N. Clark Street
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60654
　　　　　　　　　　　　　　　　　　　　csteege@jenner.com
　　　　　　　　　　　　　　　　　　　　mroot@jenner.com
　　　　　　　　　　　　　　　　　　　　312-222-9350 (telephone)
　　　　　　　　　　　　　　　　　　　　312-239-5199 (facsimile)

**<u>Exhibit A</u>**

Declaration of Robert Gordon

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>                    Debtors.[3] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**VERIFIED CERTIFICATION OF ROBERT D. GORDON IN SUPPORT
OF THE NOTICE OF JENNER & BLOCK LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF THE
COMMONWEALTH OF PUERTO RICO, OF
<u>RATE INCREASE EFFECTIVE MARCH 1, 2022</u>**

I, Robert D. Gordon, hereby certify the following:

1.     I am a partner in the firm of Jenner & Block LLP ("**Jenner**") and have been duly admitted to practice law in the States of Illinois, Michigan, and New York.

2.     I am the lead attorney from Jenner representing the Retiree Committee in connection with the above-captioned Title III Case. I am authorized to submit this certification in support of the *Notice of Jenner & Block LLP, Counsel to the Official Committee of Retired*

---

[3] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

*Employees of the Commonwealth of Puerto Rico, of Rate Increase Effective March 1, 2022* (the "**Notice**"), filed contemporaneously herewith. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3. In accordance with the *Order Imposing Additional Presumptive Standards: Rate Increases and the Retentions of Expert Witnesses or Other Sub-Retained Professionals* [Dkt. No. 7678] ("**Additional Presumptive Standards Order**"), the Retiree Committee authorized the rate increase identified in the Notice, both with respect to effective date and specific amount.

4. Jenner evaluates the hourly rates charged by its billing professionals to determine whether those rates should be increased based on a timekeepers' developing skills and experience, and consistent with changes in market hourly rates. In making this evaluation, Jenner obtains third-party consultant information to assist it in determining an appropriate rate schedule for its billing professionals. The adjusted rate set forth in the notice is consistent with rates for Jenner timekeepers not working on these Title III cases.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief formed after reasonable inquiry.

Executed on May 6, 2022

                                           */s/ Robert D. Gordon*
                                           Robert D. Gordon