UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

<u>ORDER SETTING BRIEFING CONCERNING MOTION OF MS. MARIA A. CLEMENTE ROSA</u>

The Court has received and reviewed a submission (Docket Entry No. 20692 in Case No. 17-3283) (the "Motion") by Ms. Maria A. Clemente Rosa (the "Movant") concerning her Proof of Claim No. 133537 dated June 29, 2018, which has been subject to Administrative Claims Reconciliation ("ACR") (see Docket Entry No. 17320-1 in Case No. 17-3283 at 161). The Motion principally asks that this Court "guarantee [Movant] payment for damages created by the debtor" in connection with her employment as a teacher and/or participation in the Teachers' Retirement System, and in the amount of "$250,000.00," together with the "payment of costs and attorneys' fees." (Mot. at 1-4.)[2]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On April 27, 2022, this Court entered an order denying a previous motion by Movant in the Spanish language dated April 15, 2022, "without prejudice to renewal in English." (Docket Entry No. 20626 in Case No. 17-3283.) The Court deems the instant Motion, which Movant represents is a translation of the motion dated April 15, 2022, as a request

The Financial Oversight and Management Board for Puerto Rico shall file a response to the Motion (including an explanation of the current status of Proof of Claim No. 133537 and whether it is still subject to ACR) by **May 20, 2022**, at **5:00 p.m. (Atlantic Standard Time)**. Movant shall file a reply (in English) by **May 30, 2022**, at **5:00 p.m. (Atlantic Standard Time)**. The Court will then take the Motion on submission.

SO ORDERED.

Dated: May 6, 2022

       /s/ Laura Taylor Swain
      LAURA TAYLOR SWAIN
      United States District Judge

---

in English for the same relief requested in the latter motion. (See Docket Entry No. 20692-1 in Case No. 17-3283 at 1.)