UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

     I, Moheen Ahmad, declare under penalty of perjury that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

     On April 27, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) by the method set forth on the Notice of Effective Parties Service List attached hereto as **Exhibit A**; and (2) by the method set forth on the Notice Parties Service List attached hereto as **Exhibit B**:

- Notice of (A) Entry of Order Confirming Modified Eighth Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al. Pursuant to Title III of PROMESA and (B) Occurrence of the Effective Date [Docket No. 20349]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: May 3, 2022

*/s/ Moheen Ahmad*
Moheen Ahmad

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 3, 2022, by Moheen Ahmad, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A
Notice of Effective Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 770515 | ALEXANDRA RIVERA BERMUDEZ | LCDA JESSICA MENDEZ COLBERG | LCDA MENDEZ-URB CONSTANCIA 2803 | CALLE SAN FRANCISCO | | Ponce | PR | 00717 | | jessica@bufete-emmanuelli.com | First Class Mail and Email |
| 12949 | ALEXANDRA RIVERA BERMUDEZ | LCDA MARINES COLLADO QUINONES | LCDA COLLADO-PO BOX 330951 | | | Ponce | PR | 00733-0951 | | mcollado.vivas@gmail.com | First Class Mail and Email |
| 1785750 | Alexandra Rivera Bermudez by herself and on behalf of the minors Y.O.T.R; K. | Address on File | | | | | | | | Email Address on File | First Class Mail and Email |
| 1785750 | Alexandra Rivera Bermudez by herself and on behalf of the minors Y.O.T.R; K. | Address on File | | | | | | | | Email Address on File | First Class Mail and Email |
| 956025 | ANGEL M SANTIAGO MALDONADO | Address on File | | | | | | | | | First Class Mail |
| 1317348 | ANGEL SANTIAGO MALDONADO | Address on File | | | | | | | | | First Class Mail |
| 1419677 | BETHZAIDA FALCÓN ANDINO | JOHANNA GILOT OPPENHEIMER | PO BOX 369 | | | CATAÑO | PR | 00963-0369 | | | First Class Mail |
| 160749 | BETHZAIDA FALCÓN ANDINO | Address on File | | | | | | | | | First Class Mail |
| 52318 | BETHZAIDA FALCÓN ANDINO | LCDA. JOHANNA GILOT OPPENHEIMER | PO BOX 369 | | | CATAÑO | PR | 00963-0369 | | johannagilot123@yahoo.com | First Class Mail and Email |
| 1319778 | BETZAIDA FALCON ANDINO | Address on File | | | | | | | | | First Class Mail |
| 73161 | CARLOS LOPEZ NIEVES | Address on File | | | | | | | | | First Class Mail |
| 73162 | CARLOS LOPEZ NIEVES | Address on File | | | | | | | | | First Class Mail |
| 966095 | CARLOS LOPEZ NIEVES | Address on File | | | | | | | | | First Class Mail |
| 856666 | DTOP | LCDA. YARLENE JIMENEZ: PMB 291 #1353 RD 19 | | | | GUAYNABO | PR | 00966-2700 | | | First Class Mail |
| 2665708 | DTOP | LCDO. CHRISTOPHER DANIEL REYES ORTIZ | BANCO COOPERATIVO PLAZA, SUITE 205-B | 623 PONCE DE LEÓN AVE. | | HATO REY | PR | 00917 | | reyes.ortiz.law@gmail.com; yarlene@hotmail.com | First Class Mail and Email |
| 2665709 | DTOP | LCDO. VÍCTOR ENRIQUE JIMÉNEZ ROMERO | PO BOX 9020192 | | | SAN JUAN | PR | 00902-0192 | | vicjimenez@justicia.pr.gov | First Class Mail and Email |
| 144946 | DTOP | LIC ARELIO GRACIA | HC72 BOX 3694 | | | NARANJITO | PR | 00719 | | | First Class Mail |
| 144947 | DTOP | LIC BENJAMIN MORALES | TOWN PARK 1 CALLE MARGINAL | | | SAN JUAN | PR | 00924-5006 | | | First Class Mail |
| 144948 | DTOP | LIC JOEL ORTIZ | 434 AVE HOSTOS | | | SAN JUAN | PR | 00918 | | | First Class Mail |
| 2665740 | ELIEZER SANTANA BAEZ | Address on File | | | | | | | | | First Class Mail |
| 2665739 | ELIEZER SANTANA BAEZ | Address on File | | | | | | | | | First Class Mail |
| 151414 | ELIEZER SANTANA BAEZ | HÉCTOR LUGO MONTALVO | PO BOX 8672 | | | Bayamón | PR | 00960-8036 | | HLUGOLAW@GMAIL.COM | First Class Mail and Email |
| 151415 | ELIEZER SANTANA BAEZ | LCDA. EDNA I. RODRÍGUEZ MARÍN | PMB 256 PO BOX 607071 | | | Bayamón | PR | 00960-7071 | | | First Class Mail |
| 151416 | ELIEZER SANTANA BAEZ | LCDO. ARALDO ROGER ROQUE GONZALEZ | PO BOX 51303 | | | TOA BAJA | PR | 00950-1303 | | | First Class Mail |
| 151417 | ELIEZER SANTANA BAEZ | LCDO. HÉCTOR L. NIEVES CLAUDIO | URB. PASEO REAL | CALLE TOPACIO | NÚM. 27 | DORADO | PR | 00646 | | hlnieves@hotmail.com | First Class Mail and Email |
| 151418 | ELIEZER SANTANA BAEZ | REINA VÁZQUEZ VÉLEZ | 31-36 AVE MAIN URB SANTA ROSA | | | Bayamón | PR | 00959 | | | First Class Mail |
| 151421 | ELIEZER SANTANA BAEZ | WILNELIA GARCÍA SIERRA | PO BOX 6791 | | | Bayamón | PR | 00960 | | | First Class Mail |
| 151423 | ELIEZER SANTANA BAEZ & HENRY FIGUEROA RAMOS | Address on File | | | | | | | | | First Class Mail |
| 1485144 | Eliezer Santana Baez & Henry Figueroa Ramos | Address on File | | | | | | | | | First Class Mail |
| 151413 | ELIEZER SANTANA BAEZ CIVIL NUM.: DDP20140229 | Address on File | | | | | | | | | First Class Mail |
| 2665741 | ELIEZER SANTANA BAEZ Y CARLOS MOLLET QUILES | Address on File | | | | | | | | | First Class Mail |
| 2665742 | ELIEZER SANTANA BAEZ Y CARLOS MOLLET QUILES | Address on File | | | | | | | | | First Class Mail |
| 512671 | Eliezer Santana Baez Y Otros | Address on File | | | | | | | | | First Class Mail |
| 151424 | ELIEZER SANTANA BAEZHENRY FIGUEROA RAMOS | LCDO. EFRAÍN HERNÁNDEZ ALICEA | CALLE 1 | A-1 | URB. SANFELIZ | COROZAL | PR | 00783 | | | First Class Mail |
| 151425 | ELIEZER SANTANA BAEZHENRY FIGUEROA RAMOS | LCDO. JULIO A. SANTOS RIVERA | PO BOX 369 | | | CATAÑO | PR | 00963 | | | First Class Mail |
| 2665935 | JONATHAN MUÑOZ BARRIENTOS | Address on File | | | | | | | | Email Address on File | First Class Mail and Email |
| 2666003 | KERMIT M. RODRIGUEZ SEDA | Address on File | | | | | | | | | First Class Mail |
| 1420685 | MORALES LOPEZ, MIGUEL A | Address on File | | | | | | | | Email Address on File | First Class Mail and Email |
| 1130167 | PABLO ORTIZ MORALES | Address on File | | | | | | | | | First Class Mail |
| 1453810 | ROSADO HERNANDEZ, MAGALY | Address on File | | | | | | | | Email Address on File | First Class Mail and Email |
| 1453810 | ROSADO HERNANDEZ, MAGALY | Address on File | | | | | | | | Email Address on File | First Class Mail and Email |
| 500150 | RUBEN ONEILL MORALES ROSADO | LCDO. ALEX M. LOPEZ PÉREZ | 2250 Boulevard Luis A. Ferre Aguayo Ste. 525 | | | Ponce | PR | 00717-9997 | | | First Class Mail |
| 517667 | SANTIAGO MALDONADO, ANGEL | Address on File | | | | | | | | | First Class Mail |
| 517668 | SANTIAGO MALDONADO, ANGEL M | Address on File | | | | | | | | | First Class Mail |
| 2329785 | Santos Morales Rodriguez | Address on File | | | | | | | | | First Class Mail |
| 1371040 | SANTOS MORALES RODRIGUEZ | Address on File | | | | | | | | | First Class Mail |

**<u>Exhibit B</u>**

Exhibit B
Notice Parties Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| PC_040 | AGUSTIN TORRES RIVERA | | | | | | | | Email Adress on File | Email |
| PC_011 | ALEXIS G. FIGUEROA ORTIZ | LCDO. PABLO LUGO LEBRÓN | REPARTO MENDOZA A1 | PO BOX 8051 | | HUMACAO | PR | 00792 | FRANCESHINILAW@GMAIL.COM | First Class Mail and Email |
| PC_014 | ÁNGEL RIVERA SANTIAGO | LCDO. LUIS A. ORTIZ CARRASQUILLO | PO BOX 458 | | | YABUCOA | PR | 00767 | SOTOLARACUENTE@GMAIL.COM | First Class Mail and Email |
| PC_036 | BENJAMIN ROSARIO CONSTANZO | | | | | | | | Email Adress on File | Email |
| PC_012 | BRYAN JORDANIS CRUZ | LCDO. HÉCTOR A. CASTRO PÉREZ | APTO. 227 | | | YABUCOA | PR | 00767 | LCDOENVGUE@GMAIL.COM | First Class Mail and Email |
| PC_023 | BRYANT GONZÁLEZ MERCADO | LCDO. NÉCTOR F. ROBLES MORALES | PO BOX 516 | | | FAJARDO | PR | 00738 | FRANCESHINILAW@GMAIL.COM | First Class Mail and Email |
| PC_002 | COOP AHORRO Y CRÉDITO ORIENTAL | LCDO.ANTONIO MARRERO CANDELARIA | PO BOX 191781 | | | SAN JUAN | PR | 00919-1781 | | First Class Mail |
| PC_003 | COOPERATIVA DE SEGUROS MULTIPLES DE PR, SCOTIABANK | LCDO. ARMANDO FRANCESHINI FIGUEROA | B5 CALLE TABONUCO, SUITE 2016 PBM360 | | | GUAYNABO | PR | 00968-3029 | LUISRRM7@HOTMAIL.COM | First Class Mail and Email |
| PC_032 | COOPERATIVA DE SEGUROS MULTIPLES DE PR | LCDO. ARMANDO FRANCESHINI FIGUEROA | B5 CALLE TABONUCO, SUITE 2016 PBM360 | | | GUAYNABO | PR | 00968-3029 | OVIDIOZAYASPEREZ@HOTMAIL.COM | First Class Mail and Email |
| PC_007 | COOPERATIVA DE SEGUROS MULTIPLES DE PR Y COOPERATIVA DE AHORRO Y CREDITO DE MAUNABO | LCDO. ARMANDO FRANCESHINI FIGUEROA | B5 CALLE TABONUCO, SUITE 2016 PBM360 | | | GUAYNABO | PR | 00968-3029 | KORTEGA@POA-LAW.COM | First Class Mail and Email |
| PC_009 | COOPERATIVA DE SEGUROS MULTIPLES DE PR Y MYRA YADIRA PAGÁN BENÍTEZ | LCDA. SHEILA PELLOT CESTERO | GRUPO ADVOCATUS CSP | PO BOX 362146 | | SANTURCE | PR | 00936-2146 | | First Class Mail |
| PC_006 | COOPERATIVA DE SEGUROS MULTIPLES DE PR Y ORIENTAL BANK | LCDO. ARMANDO FRANCESHINI FIGUEROA | B5 CALLE TABONUCO, SUITE 2016 PBM360 | | | GUAYNABO | PR | 00968-3029 | KORTEGA@POA-LAW.COM | First Class Mail and Email |
| PC_010 | COOPERATIVA DE SEGUROS MULTIPLES DE PR Y POPULAR AUTO | LCDO. ARMANDO FRANCESHINI FIGUEROA | B5 CALLE TABONUCO, SUITE 2016 PBM360 | | | GUAYNABO | PR | 00968-3029 | AYALA@CARRION TAVAREZ.COM; SPELLOTLAW@GMAIL.COM; LUISRM7@HOTMAIL.COM | First Class Mail and Email |
| PC_004 | COOPERATIVA DE SEGUROS MULTIPLES DE PR Y SARA S. RAMOS RAMOS | LCDO. ARMANDO FRANCESHINI FIGUEROA | B5 CALLE TABONUCO, SUITE 2016 PBM360 | | | GUAYNABO | PR | 00968-3029 | MCRM100@MSN.COM | First Class Mail and Email |
| PC_024 | COOPERATIVA DE SEGUROS MULTIPLES Y SCOTIBANK DE PR | LCDO. ARMANDO FRANCESHINI FIGUEROA | B5 CALLE TABONUCO, SUITE 2016 PBM360 | | | GUAYNABO | PR | 00968-3029 | AYALA@CARRIÓN TAVAREZ.COM | First Class Mail and Email |
| PC_035 | ERIKA GARCÍA MATÍAS | LCDO. JOSÉ M. DÍAZ HAZIM | URB. JARDINES DE CUPEY CALLE 1 A-11 | | | CUPEY | PR | 00736 | FRANCESHINILAW@GMAIL.COM | First Class Mail and Email |
| PC_042 | JOSE LUIS GONZALEZ DIAZ | LCDO. CÉSAR E. MOLINA APONTE | PO BOX 334254 | | | PONCE | PR | 00733-4254 | HACASTRO.PEREZ@GMAIL.COM | First Class Mail and Email |
| PC_029 | JOSE ROLDAN REYES | LCDA. ALEXANDRA ACOSTA CABÁN | CALLE ESTEBAN PADILLA 60-E | | | BAYAMÓN | PR | 00959 | NFROBLES@ROBLES_ROBLES.COM | First Class Mail and Email |
| PC_018 | JOSSHEID SANTIAGO JORDAN | LCDO. RICARDO M. PRIETO GARCÍA | 6 CALLE CELIS AGUILERA S SUITE 201-A | | | FAJARDO | PR | 00738 | FRANCESHINILAW@GMAIL.COM | First Class Mail and Email |
| PC_021 | JOSUE S. AQUINO COLÓN | LCDO. ALLAN RIVERA FERNÁNDEZ | CAPITAL CENTER BUILDING SUITE 401 | 239 ARTERIAL HOSTOS AVE. | | HATO REY | PR | 00918 | FRANCESHINILAW@GMAIL.COM | First Class Mail and Email |
| PC_039 | JUAN A. MELENDEZ GILLAND | LCDA. MELBA RIVERA APONTE | 1A BARBOSA | | | COAMO | PR | 00769 | | First Class Mail and Email |
| PC_034 | LUÍS A. RIVERA VÁZQUEZ | LCDO. GRIMALDI MALDONADO MALDONADO | LCDO. FRANFIE JIMÉNEZ FIGUEROA | PO BOX 1574 | | BAYAMÓN | PR | 00960 | PRIETOLAWOFFICE@YAHOO.COM | First Class Mail and Email |
| PC_038 | LUIS SANTINI CASIANO | LCDO. JOSÉ A. DE LA TEXERA BARNES | REPARTO ROBLES A-65 | | | AIBONITO | PR | 00705 | LCDODIAZHAZIM@GMAIL.COM | First Class Mail and Email |
| PC_020 | MAPFRE PAN AMERICAN INSURANCE CO | LCDO. ALLAN RIVERA FERNÁNDEZ | CAPITAL CENTER BUILDING SUITE 401 | 239 ARTERIAL HOSTOS AVE. | | HATO REY | PR | 00918 | FRANCESHINILAW@GMAIL.COM | First Class Mail and Email |
| PC_017 | MAPFRE PREFERRED RISK INSURANCE COMPANY Y POPULAR AUTO | LCDA. MARÍA CELESTE RODRÍGUEZ MIRANDA | PO BOX 365072 | | | SAN JUAN | PR | 00936-5072 | | First Class Mail |
| PC_016 | MARCIANO ACEVEDO GARCIA Y CHRITIAN LABOY ACEVEDO | | | | | | | | Email Adress on File | Email |
| PC_001 | OPTIMA INSURANCE COMPANY Y FIRST BANK | LCDO. FAUSTINO APONTE PARES | CALLE ANTONIO LÓPEZ #12 | PO BOX 22 | | HUMACAO | PR | 00792 | FRANCESHINILAW@GMAIL.COM | First Class Mail and Email |
| PC_031 | PENTAGON FEDERAL CREDIT UNION | LCDO. PEDRO J. RIVERA | PO BOX 70313 | | | SAN JUAN | PR | 00936-813 | PEDRO.REYERO@SSSPR.COM | First Class Mail and Email |
| PC_041 | PREFERRED RISK INS | LCDO. LUIS RIVERA MARTÍNEZ | RR6 BOX 11358 | | | SAN JUAN | PR | 00926 | LUISWICHYRIVERA@HOT MAIL.COM | First Class Mail and Email |
| PC_037 | PRISVELYN TAPIA ORTIZ | | | | | | | | Email Adress on File | Email |
| PC_022 | RELIABLE FINANCIAL SERVICES | LCDO. LUIS RIVERA MARTÍNEZ | RR6 BOX 11358 | | | SAN JUAN | PR | 00926 | LUISWICHYRIVERA@HOT MAIL.COM | First Class Mail and Email |
| PC_027 | SCOTIABANK DE PR Y UNIVERSAL INSURANCE | LCDO. LUIS CARRIÓN TAVAREZ | 650 PLAZA, SUITE 204 | 650 AVE. LUIS MUÑOZ RIVERA | | SAN JUAN | PR | 00918 | FRANCESHINILAW@GMAIL.COM | First Class Mail and Email |
| PC_030 | STEVEN ROSADO MORALES | LCDO. OVIDIO E. ZAYAS PÉREZ | PO BOX 194000 | | | SAN JUAN | PR | 00919-4000 | | First Class Mail |
| PC_015 | UNIVERSAL INS CO. Y RELIABLE FINANCIALS SERVICES | LCDO. LUIS CARRIÓN TAVAREZ | 650 PLAZA, SUITE 204 | 650 AVE. LUIS MUÑOZ RIVERA | | SAN JUAN | PR | 00918 | FRANCESHINILAW@GMAIL.COM | First Class Mail and Email |
| PC_008 | UNIVERSAL INS CO. Y SCOTIABANK DE PR | LCDO. LUIS CARRIÓN TAVAREZ | 650 PLAZA, SUITE 204 | 650 AVE. LUIS MUÑOZ RIVERA | | SAN JUAN | PR | 00918 | FRANCESHINILAW@GMAIL.COM | First Class Mail and Email |
| PC_019 | UNIVERSAL INSURANCE CAMPANY Y OTROS | PAGAN ORTEGA & ASSOCIATES LAW OFFICE | LCDA. ANNETTE M. PRATS PALERM, LCDA. KEILA M. ORTEGA CASALS | 1509 LÓPEZ LANDRÓN STREET | AMERICAN AIR LINES BUILDING SUITE 1000 | SAN JUAN | PR | 00911 | APONTEFA@PRTC.NET; PABLOLUGO62@GMAIL.COM | First Class Mail and Email |
| PC_026 | VICTOR DANIEL RONDON REYES COOPERATIVA DE SEGUROS MULTIPLES | LCDO. ARMANDO FRANCESHINI FIGUEROA | B5 CALLE TABONUCO, SUITE 2016 PBM360 | | | GUAYNABO | PR | 00968-3029 | INFO@AMCLAWOFFICES.COM | First Class Mail and Email |
| PC_028 | WILLIAM E. NÚÑEZ MATEO ET. ALS. | LCDO. CARLOS A. SOTO LARACUENTE | URB. MARIANI CALLE WILSON 1914 | | | PONCE | PR | 00717-1201 | LAOCESTUDIOLEGAL@GMAIL.COM | First Class Mail and Email |