Tribunal de Distrito de los Estados Unidos

Hon. Juez Laura Taylor Swain

Distrito de Puerto Rico

150 Calle Carlos Chardon, Edificio Federal

San Juan, PR. 00918-1767

Ref. No. 17 BK 3283 LTS

Hon. Juez Taylor

    Le radico los documentos solicitados de la determinación del Hon. Tribunal Superior de Utuado, PR. Enviado por el Tribunal General de Justicia, oficina de administración de los tribunales, San Juan, PR. En mi demanda por daños y perjuicios en el caso de extorsión y soborno por parte del exalcalde Felix Anibal Pagán Centeno de Lares, PR. En proyecto realizado para el Dpto. de la Vivienda, Administración de Viviendas RVRVL.

Caso núm. LAC 1988-1037

Caso núm. LAC 1989-0647

    Donde solicitaba $650,000.00 para su beneficio personal, con una inversión de $1,500,000.00 en el desarrollo del proyecto de construcción de 250 solares para viviendas de interés social como Turnkey para el Dpto. de la Vivienda, administración de viviendas rural; Dir. Ing. Daniel Osorios, por lo que reclamos por daños y perjuicios por los pasados 33 años $4,500,000.00.

Victor O. Henson Bousquets

PO BOX 78

San Sebastián, PR. 00685

787-609-6720

939-685-4070

**Tribunal Distrito de los Estados Unidos**
**Hon. Laura Taylor Swein, Juez Distrito de P.R.**
**150 Calle Carlos Chadow, Edificio Federal**
**San Juan, Puerto Rico 00918-1767**

Ref. No.: 17BK 8283 LTS

Hon. Juez Taylor:

Por derecho propio solicito pagos ocasionados por daños ocasionados por ex alcalde Aníbal Pagan, en Lares, PR.

Someto documentos requeridos, en mi reclamación suministrados por el Tribunal Superior de Utuado, PR. Contra el ex alcalde de Lares, Puerto Rico, Aníbal Pagan en 1989 del archivo Central Número de caso LAC 1989-06-47-0647, Resolución. Lcdo. Víctor Vélez y Lcdo. Nelson Soto, perjudicándome, Víctor O. Henson Bousquets, contra mi persona caso de extorción y soborno.

Reclamación de US $4.5 millones que les solicito por daños y perjuicios por los pasados 33 años.

Víctor O. Henson Bousquets
PO Box 78 San Sebastián, PR 00685
Tel. Res.: 1-787-609-6720
Tel. Cel.: 1-939-685-4070

US $1,500,000.00 es el dinero invertido en el desarrollo del Proyecto de Const. De 250 solares para viviendas de interés social del Departamento de Vivienda en la extensión de la Comunidad La Matilde en Lares, PR.

*[firma: Víctor O. Henson Bousquets]*

Nota: Inmediatamente que el Tribunal me notifique pasare a recoger los documentos enviados por la Oficina de la Administración de Tribunales.