Víctor O. Henson Bousquets
PO Box 78
San Sebastián, PR. 00685

  

U.S. POSTAGE PAID
PM 1-Day
SAN SEBASTIAN, PR
00685
MAY 05, 22
AMOUNT
1005    00918    $9.25
R2304E105809-14



PRIORITY MAIL
UNITED STATES POSTAL SERVICE
For Domestic and International Use
TRACKED INSURED
Label 107R, May 2014





2022 MAY -6 PM 4:59
RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT

Tribunal de Distrito de Los Estados Unidos
Hon. Juez Laura Taylor Swan
Distrito de Puerto Rico
150 Calle Carlos Chardón, Edificio Federal
San Juan, Puerto Rico 00918-1767
Ref. No. 17 BK 3283 LTS



EXPECTED DELIVERY DAY: 05/06/22
USPS TRACKING® #

9505 5110 2023 2125 6782 93