# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-4780 (LTS) |

## APPLICATION FOR ADMISSION PRO HAC VICE

Comes now, Sarah R. Borders, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of King & Spalding LLP, with offices at:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

|  |  |
|---|---|
| Address: | 1180 Peachtree Street, Suite 1600<br>Atlanta, Georgia 30309-3521 |
| Email: | sborders@kslaw.com |
| Telephone No.: | 1-404-572-3596 |

2. Applicant will sign all pleadings with the name Sarah R. Borders.

3. Applicant has been retained as a member of the above-named firm by the Puerto Rico Electric Power Authority to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since July 28, 1989, applicant has been and presently is a member in good standing of the bar of the highest court of the State of Georgia, where applicant regularly practices law. Applicant's bar license number is 610649.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| United States Court of Appeals for the Eleventh Circuit | 1989 |
| United States Court of Appeals for the Fifth Circuit | 1989 |
| United States Court of Appeals for the Fourth Circuit | 2001 |
| United States District Court for the Middle District of Georgia | 1991 |
| United States District Court for the Northern District of Georgia | 1989 |
| All Courts of the State of Georgia | 1989 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

Janelle Reyes-Maisonet
USDC-PR No. 231102
jreyes@sanchezlrv.com

SÁNCHEZ LRV LLC
270 Muñoz Rivera Ave., SUITE 1110
San Juan, PR 00918
Tel. (787) 522 6776

11. Applicant has read the Local Rules of this Court and will comply with same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee will be submitted on this day in the form of a check payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: May 6, 2022.                                Sarah S. Borders
                                                  Printed Name of Applicant


                                                  */s/ Sarah S. Borders*
                                                  Signature of Applicant


I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: May 6, 2022.                                Janelle Reyes-Maisonet
                                                  Printed Name of Local Counsel


                                                  */s/ Janelle Reyes-Maisonet*
                                                  Signature of Local Counsel


I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.


                                                  */s/ Sarah S. Borders*
                                                  Signature of Applicant

-------------------------------------------------------------------------------------------------------------

## **ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2022.

_____
U.S. DISTRICT JUDGE