UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- x
: 
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
  as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO, *et al.*, : (Jointly Administered)
:
  Debtors.[1] :
---------------------------------------------------------------------- x

NOTICE OF ESTABLISHMENT OF
COMMONWEALTH AVOIDANCE ACTIONS TRUST,
AVAILABILITY OF INFORMATION RELATED THERETO, AND
RESTRICTIONS ON TRADING OF TRUST INTERESTS

**PLEASE TAKE NOTICE** that, pursuant to Article LXXVIII of the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico,* et al. (including all exhibits thereto, as the same may be further amended, modified, or supplemented from time to time, the "Plan"), on March 15, 2022, the Avoidance Actions Trust Agreement[2] was executed by and among Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth, the Puerto Rico Public Buildings Authority, and Drivetrain, LLC, as Avoidance Actions Trustee, thus establishing the Avoidance Actions Trust.

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Plan.

1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article LXXVIII, Section 78.8 of the Plan, **Avoidance Actions Trust Interests shall not be transferable or assignable except by will, intestate succession or operation of law. Therefore, the recognized holders of Avoidance Actions Trust Interests will generally be the holders of CW General Unsecured Claims and ERS General Unsecured Claims as of the Effective Date of the Plan (March 15, 2022), regardless of any subsequent transfers of such claims. All distributions by the Avoidance Actions Trust will be made to such Effective Date holders and will not be made to any transferee. If you purchase or are the transferee of a CW General Unsecured Claim or an ERS General Unsecured Claim, you must make your own arrangements with the seller/transferor as to receipt of any proceeds under the Avoidance Actions Trust that may be allocable to such claim.**

**PLEASE TAKE FURTHER NOTICE** that a website containing relevant information regarding the Avoidance Actions Trust, including a copy of the Avoidance Actions Trust Agreement and a Frequently Asked Questions document, is available at https://cases.ra.kroll.com/PRAATrust/.

Dated: May 9, 2022
San Juan, Puerto Rico

*/s/ Luc A. Despins*

PAUL HASTINGS LLP
Luc A. Despins, Esq. *(Pro Hac Vice)*
Nicholas A. Bassett, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to Drivetrain, LLC, in its capacity as the*

*trustee of the Commonwealth Avoidance Actions Trust*

- and -

*/s/ Juan J. Casillas Ayala*

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Luis F. Llach Zúñiga, Esq. (USDC – PR 223112)
Edna Tejeda Oyola (USDC – PR 219803)
Juan C. Nieves González, Esq. (USDC - PR 231707)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434
Fax: (787) 523-3433
jcasillas@cstlawpr.com
lllach@cstlawpr.com
etejeda@cstlawpr.com
jnieves@cstlawpr.com

*Local counsel to Drivetrain, LLC, in its capacity as the trustee of the Commonwealth Avoidance Actions Trust*

3