UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ x
In re:                                                                   :
                                                                         :
THE FINANCIAL OVERSIGHT AND                                              : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                        : Title III
                                                                         :
    as representative of                                               : Case No. 17-BK-3283 (LTS)
                                                                         :
THE COMMONWEALTH OF PUERTO RICO, *et al.*,                               : (Jointly Administered)
                                                                         :
    Debtors.[1]                                                         :
------------------------------------------------------------------------ x

**CERTIFICATE OF NO OBJECTION REGARDING THE OMNIBUS MOTION BY THE AVOIDANCE ACTIONS TRUSTEE, SPECIAL CLAIMS COMMITTEE, AND COMMITTEE TO SUBSTITUTE THE AVOIDANCE ACTIONS TRUSTEE AS PLAINTIFF IN ADVERSARY PROCEEDINGS TRANSFERRED TO THE AVOIDANCE ACTIONS TRUST**

On April 12, 2022, Drivetrain, LLC ("Trustee"), in its capacity as the trustee of the Commonwealth Avoidance Actions Trust (the "Avoidance Actions Trust"), together with the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico (the "Special Claims Committee") and the Official Committee of Unsecured Creditors of the Debtors (except PBA and CONFINA) (the "Committee", and together with the Special Claims Committee, the "Pre-Effective Date Plaintiffs"), filed an *Omnibus Motion by the Avoidance Actions Trustee, Special Claims Committee, and Committee to Substitute the Avoidance Actions Trustee as Plaintiff*

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.

1

*in Adversary Proceedings Transferred to the Avoidance Actions Trust* (the "Motion") (DE 20548), accompanied by a notice of hearing ("Hearing Notice") filed on April 14, 2022 (DE 20559).

The Hearing Notice stated that a hearing on the Motion would take place on May 18, 2022 at 9:30 a.m. (AST) ("the Hearing") or at such other place and time as ordered by the Court. Objections to the Motion were to be filed and served no later than May 3, 2022, at 4:00 PM (AST) (the "Objection Deadline"). The Hearing Notice further stated that the request for relief in the Motion may be granted and an order entered without a hearing unless a timely Objection was made. According to the *Sixteenth Amended Notice, Case Management and Administrative Procedures* (DE 20190-1) ("Case Management Procedures"), the Court may enter an order granting a request for relief without a hearing upon receipt of a certificate of no objection ("CNO", as defined in the Case Management Procedures).

In accordance with the Case Management Procedures, the undersigned states that he is filing this CNO not less than 48 hours after the expiration of the Objection Deadline. The undersigned further certifies that he has reviewed the Court's docket in this case not less than 48 hours after the Objection Deadline and that no applicable objection, responsive pleading, or request for a hearing with respect to the Motion appears on the docket.

WHEREFORE, the undersigned respectfully requests that the Court enter the Proposed Order attached hereto as Exhibit A granting the relief requested in the Motion.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY**, that on this same date, a true copy of the foregoing was filed through the Court's CM/ECF system, which will generate a notice to all CM/ECF participants in this case.

Dated, this 9th day of May, 2022.

2

        */s/ John Arrastia*
        John Arrastia, Esq. (*Pro Hac Vice*)
        Jesus M. Suarez, Esq. (*Pro Hac Vice*)
        Angelo M. Castaldi, Esq. (*Pro Hac Vice*)
        **CONTINENTAL PLLC**
        255 Alhambra Cir, Suite 640
        Coral Gables, FL 33134
        Tel: 305-677-2707
        JArrastia@continentalpllc.com
        JSuarez@continentalpllc.com
        ACastaldi@continentalpllc.com
        *Counsel to the Avoidance Actions Trustee*

        -and-

        /s/ Juan J. Casillas Ayala
        Juan J. Casillas Ayala, Esq., (USDC-PR 218312)
        Luis F. Llach Zúñiga, Esq. (USDC-PR 223112)
        Edna M. Tejeda Oyola, Esq. (USDC-PR 219803)
        Juan C. Nieves González, Esq., (USDC-PR 231707)
        CASILLAS, SANTIAGO & TORRES LLC
        El Caribe Office Building
        53 Palmeras Street, Ste. 1601
        San Juan, PR 00901-2419
        Telephone: (787) 523-3434
        jcasillas@cstlawpr.com
        lllach@cstlawpr.com
        etejeda@cstlawpr.com
        jnieves@cstlawpr.com
        *Local Counsel to the Avoidance Actions Trustee*

**<u>Exhibit A</u>**
**(Proposed Order)**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO et al.,

Debtors.[1]

------------------------------------------------------------------------x

PROMESA
Title III

Case No. 17-BK-3283 (LTS)
(Joint Administered)

# ORDER GRANTING OMNIBUS MOTION BY THE TRUSTEE, SPECIAL CLAIMS COMMITTEE, AND COMMITTEE TO SUBSTITUTE THE AVOIDANCE ACTIONS TRUSTEE AS PLAINTIFF IN ADVERSARY PROCEEDINGS TRANSFERRED TO THE AVOIDANCE ACTIONS TRUST

This matter is before the Court on the *Omnibus Motion by the Avoidance Actions Trustee, Special Claims Committee, and Committee to Substitute the Avoidance Actions Trustee as Plaintiff in Adversary Proceedings Transferred to the Avoidance Actions Trust* (Docket No. 20548 in Case No. 17-BK-3283) ("Motion")[2] filed jointly by the Avoidance Actions Trustee, the Special Claims Committee, and the Committee. Sufficient cause being shown, it is hereby

ORDERED that:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] All capitalized terms that are not otherwise defined in this Order shall have the meanings given to them in the Motion.

1

1. The Motion is GRANTED.

2. The Trustee is substituted as the plaintiff in the AAT Avoidance Actions.

3. The captions of all further filings in the AAT Avoidance Actions shall identify the Trustee as the plaintiff and omit reference to the Pre-Effective Date Plaintiffs as plaintiffs.

4. The Special Claims Committee and Committee are no longer parties in the AAT Avoidance Actions, and their counsel shall be discharged of further responsibility in the AAT Avoidance Actions and their appearances deemed withdrawn.

5. This Order resolves Docket Entry No. _____ in Case No. 17-3283.

SO ORDERED.

Dated: _____, 2022

_____
HON. JUDITH GAIL DEIN
United States Magistrate Judge

2

## APPENDIX

## AAT AVOIDANCE ACTIONS

| | |
|---|---|
| 19-00042 | 19-00160 |
| 19-00043 | 19-00161 |
| 19-00044 | 19-00162 |
| 19-00048 | 19-00183 |
| 19-00049 | 19-00186 |
| 19-00051 | 19-00187 |
| 19-00053 | 19-00188 |
| 19-00054 | 19-00196 |
| 19-00055 | 19-00200 |
| 19-00056 | 19-00202 |
| 19-00060 | 19-00218 |
| 19-00062 | 19-00220 |
| 19-00063 | 19-00222 |
| 19-00068 | 19-00227 |
| 19-00075 | 19-00229 |
| 19-00088 | 19-00232 |
| 19-00092 | 19-00235 |
| 19-00093 | 19-00236 |
| 19-00098 | 19-00239 |
| 19-00102 | 19-00249 |
| 19-00114 | 19-00253 |
| 19-00122 | 19-00255 |
| 19-00127 | 19-00265 |
| 19-00129 | 19-00266 |
| 19-00130 | 19-00268 |
| 19-00134 | 19-00273 |
| 19-00143 | 19-00276 |
| 19-00145 | 19-00440 |
| 19-00150 | |
| 19-00152 | |
| 19-00155 | |