Objection Deadline: May 17, 2022 at 5:00 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF No. 20611**<br><br>(Jointly Administered) |

## MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO REQUESTING TERMINATION OF CERTAIN RESPONSES TO <u>OMNIBUS OBJECTIONS</u>

To the Honorable United States District Judge Laura Taylor Swain:

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") respectfully submits this *Motion of the Financial Oversight and Management Board for Puerto Rico Requesting Termination of Certain Responses to Omnibus Objections* (the "Motion") in compliance with the *Order Regarding Claims Resolved through Administrative Claims Reconciliation* [ECF No. 20611] (the "Order") requesting entry of an order, substantially in the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

form attached hereto as **Exhibit A**, terminating certain responses interposed to pending omnibus claim objections, and in support thereof, respectfully states as follows:

### Background

1. Pursuant to the *Order (A) Approving Amended Omnibus Objection Procedures, (B) Waiving Requirements of Bankruptcy Rule 3007(e), (C) Approving Additional Forms of Notice, and (D) Granting Related Relief* [ECF No. 7440] (the "Amended Omnibus Objection Procedures"), the Oversight Board, in its capacity as the sole Title III representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Sales Tax Financing Corporation ("COFINA"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] has filed numerous omnibus objections to claims (collectively, the "Omnibus Objections").

2. On March 12, 2020, the Court entered the *Order (A) Authorizing Administrative Reconciliation of Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12274] (the "ACR Order"), which authorized the Debtors to resolve certain Pension/Retiree Claims, Tax Refund Claims, Public Employee Claims, and Grievance Claims (each as defined in the ACR Order) utilizing the Commonwealth's existing administrative processes. Pursuant to the ACR Order, the Debtors may transfer certain claims into Administrative

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101–2241.

2

Claims Reconciliation (as defined in the ACR Order) "[i]n the event that (i) the Debtors file an omnibus objection to Claims, (ii) a claimant objects to the relief requested in such omnibus objection, and (iii) the Court or the Debtors determine that such Claim should be subject to Administrative Claims Reconciliation." ACR Order, Ex. 1, paragraph 2(b).

3. Numerous responses to the Omnibus Objections were interposed. Pursuant to notices, the Debtors transferred the proofs of claim associated with certain of these responses into Administrative Claims Reconciliation.

4. Subsequently, the Debtors have filed ten notices reporting the status of claims transferred into Administrative Claims Reconciliation [ECF No. 14515, 15367, 15812, 16322, 15086, 17659, 18363, 19381, 19945, and 20461] (collectively, the "ACR Status Notices"). Therein, the Debtors reported the successful resolution of tens of thousands of proofs of claim, including the proofs of claim (collectively, the "Resolved ACR Designated Claims") associated with the pending omnibus objection responses identified on Appendix 1 (collectively, the "Resolved ACR Designated Responses").

**Request for Relief**

5. As noted above, the ACR Status Notices reported the successful resolution of each of the Resolved ACR Designated Claims using the Commonwealth's ordinary-course administrative processes. In light of the resolution of the Resolved ACR Designated Claims, the Oversight Board respectfully requests that the Resolved ACR Designated Responses be terminated.

6. Because the Resolved ACR Designated Claims have been fully resolved in Administrative Claims Reconciliation, no additional Court action regarding the Resolved ACR Designated Responses is necessary at this time. Accordingly, terminating the Resolved ACR

3

Designated Responses will reduce the burden on the parties and the Court by reducing the number of omnibus claim objection responses that remain pending on the Court's docket.

**WHEREFORE** the Oversight Board requests the Court enter the Proposed Order and grant such other and further relief as is just and proper.

| | |
|---|---|
| Dated: May 10, 2022<br>San Juan, Puerto Rico | Respectfully submitted, |

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla García-Benítez
USDC No. 203708
Gabriel A. Miranda
USDC No. 306704
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

/s/ *Brian S. Rosen*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
Laura Stafford (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board for Puerto Rico*

**Appendix 1**

**Resolved ACR Designated Responses**

| Claimant Name | Claim Number(s) | Docket Responses |
|---|---|---|
| ABADIA MUNOZ, NANNETTE | 34155 | ECF No. 10261 |
| ABRIL LEBRON, WANDA I | 83889 | ECF No. 10416 |
| ACEVEDO PEREZ , SONIA M. | 121710 | ECF No. 10778 |
| ALVAREZ ALAMO, JOSE L. | 51568 | ECF No. 10770 |
| ALVAREZ PANELLI, YOMAIRA | 32866 | ECF No. 10057 |
| ANTUNA, MARIA M | 112095 | ECF No. 12053 |
| ARES BROOKS, DIANA H | 27046 | ECF No. 12509 |
| ARIZA ALEMANY, DAISY | 157007 | ECF No. 12606 |
| AVENAUT LEVANTE, ROSABEL | 96050 | ECF No. 12091 |
| BERMUDEZ GONZALEZ, MILTA E | 131592 | ECF No. 11166 |
| BLANCO NUNEZ, IRAIDA | 62090 | ECF No. 12514 |
| BURGOS LEON, FÉLIX | 78467 | ECF No. 9899 |
| BURGOS NIEVES, MIGUEL A | 48151 | ECF No. 10471 |
| BURGOS NIEVES, MIGUEL A. | 47381 | ECF No. 10472 |
| BURGOS ROSADO, GLORIA ESTHER | 137417 | ECF No.10858 |
| CABRERA CASTRO, JAMIRA | 132377, 106369 | ECF No.10405 |
| CAMACHO AROCHO, BYVIANNETTE | 94630 | ECF No. 9799 |
| CAMACHO PACHECO, JUAN | 106859 | ECF No. 9798 |
| CAPIELO ORTIZ, JORGE D | 143096 | ECF No. 11278 |
| CARDONA FLORES, MAYRA G. | 60847 | ECF No. 10941 |
| CARRASQUILLO ORTIZ, SOTERO | 130102 | ECF No. 11212 |
| CARRERO RIVERA, ESTHER M | 81334 | ECF No. 10474 |
| CARRILLO RODRIGUEZ, CARMEN R | 2183 | ECF No. 9910 |
| CARRION LOPEZ, LUIS M. | 155906 | ECF No. 9410 |
| CARTAGENA CARTAGENA, SHEILA | 85291 | ECF No. 10350 |
| CASTRO ESTRADA, LUZ Y | 46256 | ECF No. 9857 |
| CASTRO GONZALEZ, LISANDRA | 120491 | ECF No. 11621 |
| CHAMORRO OSTOLAZA, LUZ GEORGINA | 62556 | ECF No. 11870 |
| CINTRON DE ARMAS, MARGARITA | 160396 | ECF No. 10788 |
| COLLAZO LEON, MARIETTA | 22008, 22011, 66263 | ECF No. 10163 |

| Claimant Name | Claim Number(s) | Docket Responses |
|---|---|---|
| COLLAZO NIEVES, LYDIA E. | 162661 | ECF No. 11707[3] |
| COLON AGOSTO, NATALIA | 28616 | ECF No. 10532 |
| COLON MEDINA, NILSA I. | 120280 | ECF No. 11218 |
| COLON RODRIGUEZ, ERNESTO | 146799 | ECF No. 10935 |
| CORCHADO TORRES, WILDA | 56720 | ECF No. 10048 |
| CORDERO FERNANDEZ, NOEL | 156944 | ECF No. 10737 |
| CORDERO MENDEZ, GISELA J | 38699 | ECF No. 10580 |
| CORREA MALDONADO, ENID YELENA | 27681 | ECF No. 10931 |
| CORREA MEJIAS, RAMONITA | 26807 | ECF No. 10816 |
| CORTES OCASIO, JUAN J. | 48233 | ECF No. 10455 |
| COSTA MALARET, MYRIAM L | 35119 | ECF No. 11087 |
| COTTO ALICEA, GUILLERMINA | 120040 | ECF No. 11215 |
| CRESPO MENDEZ, YOLANDA | 43985 | ECF No. 9834 |
| CRESPO RIOS, HAYDEE | 96456 | ECF No. 11570 |
| CRUZ MEDINA, VERONICA | 51160 | ECF No. 11980 |
| CRUZ MORALES, ANA | 81574 | ECF No. 10058 |
| CRUZ PITRE, MARIA M | 42624 | ECF No. 10157 |
| CRUZ RAMEY, PASCUAL | 115033 | ECF No. 11119 |
| CRUZ RIVERA, JUAN A. | 36887 | ECF No. 11457[4] |
| CRUZ SANTANA, JUAN M | 7612 | ECF No. 9813 |
| CRUZ-AGUAYO, LUIS ALFREDO | 105125 | ECF No. 10889 |
| CUEVAS SANCHEZ, LISETT | 157394 | ECF No. 11373 |
| CUYAR LUCCA, MIGDALIA | 24359 | ECF No. 11706 |
| DAVIS PEREZ, ROSARIO C. | 79021 | ECF No. 10891 |
| DE JESUS, LIZELIE NIEVES | 160091 | ECF No. 10446 |
| ESTRADA DIAZ, ANGELA | 64782 | ECF No. 10578 |
| FERNANDINI AGOSTINI, VICTOR JOSE | 128041 | ECF No. 11204 |
| FIGUEROA ORTIZ, MARGARITA | 158039 | ECF No. 11163 |
| FIGUEROA RIVERA, ANA R. | 44461 | ECF No. 10012 |
| FONT LEBRON, CARMEN I. | 145281 | ECF No. 11198 |
| FORNES VELEZ, DIANA | 65530, 87885 | ECF No. 11048 |
| FUENTES FELIX, FERNANDO E. | 29050 | ECF No. 9359 |
| GARAY ROJAS, JOSEFINA | 74603 | ECF No. 10575 |
| GARCIA RIVERA, EFRAIN | 40034 | ECF No. 9271 |

---

[3] ECF No. 11707 also addresses Proofs of Claim Nos. 161809 and 80924, which have not yet been resolved in ACR. Accordingly, the Oversight Board seeks to terminate ECF No. 11707 solely with respect to Proof of Claim No. 162661.
[4] ECF No. 11457 also addresses Proof of Claim No. 40077, which has not yet been resolved in ACR. Accordingly, the Oversight Board seeks to terminate ECF No. 11457 solely with respect to Proof of Claim No. 36887.

| Claimant Name | Claim Number(s) | Docket Responses |
|---|---|---|
| GARCIA, HERMES R | 61003 | ECF No. 10006 |
| GARCIA, VILMARIE | 47835 | ECF No. 10772 |
| GONZALEZ CLEMENTE, ZENIA E | 34263 | ECF No. 12628 |
| GONZALEZ FUENTES, CARMEN | 32595 | ECF No. 12614 |
| GONZALEZ GUZMAN, LUIS | 42400 | ECF No. 10934 |
| GONZALEZ RIVERA, RAQUEL | 9148 | ECF No. 9967 |
| GONZALEZ, KAREN I. | 20617 | ECF No. 9357 |
| HADDOCK SANCHEZ, JORGE L | 37992, 38102 | ECF No. 10143[5] |
| HERNANDEZ SANCHEZ, JOSE M | 42161 | ECF No. 10317[6] |
| HERNANDEZ TORRES, MARIBEL | 44102 | ECF No. 10125 |
| HERNANDEZ TORRES, MARIBEL | 78370 | ECF No. 10047 |
| IRIZARRY CUADRADO, NADIEZHDA | 141030 | ECF No. 10859, ECF No. 10905[7] |
| IRIZARRY RIVERA, CARLOS E. | 32733 | ECF No. 9864 |
| IRIZARRY TORRES, ALMA. I. | 31902 | ECF No. 9737[8] |
| IRIZARRY VARGAS, JAVIER A | 74697 | ECF No. 10442 |
| IVAN PENA, FELIX | 28243 | ECF No. 9968 |
| JIMENEZ RODRIGUEZ, YANET | 23756 | ECF No. 13166 |
| LIBOY COLON, JORGE | 69487 | ECF No. 12792 |
| LLANOS LLANOS, OLGA M | 167751, 167760 | ECF No. 11872 |
| LOPEZ CARTAGENA, BELMARIS | 37190 | ECF No. 10164 |
| LOPEZ OLIVER , ARIEL  M. | 146409 | ECF No. 11012 |
| LOPEZ RODRIGUEZ, SANDRA | 66296 | ECF No. 10669 |
| LOZADA FERNANDEZ, EVELYN | 82872 | ECF No. 10408 |
| LUGO SANTANA, INES M | 88732 | ECF No. 12924[9] |
| MALDONALDO PEREZ, LIZETTE | 140508 | ECF No. 11627 |
| MARCANO , REBECCA CARRASQUILLO | 63093 | ECF No. 9356 ECF No. 9361 |
| MARI GONZALEZ, HEROHILDA | 89755 | ECF No. 11378 |

---

[5] ECF No. 10143 also addresses Proof of Claim No. 82416, which has not yet been resolved in ACR. Accordingly, the Oversight Board seeks to terminate ECF No. 10143 solely with respect to Proofs of Claim Nos. 37992 and 38102.
[6] ECF No. 10317 also addresses Proofs of Claim Nos. 58264 and 58897, which have not yet been resolved in ACR. Accordingly, the Oversight Board seeks to terminate ECF No. 10317 solely with respect to Proof of Claim No. 42161.
[7] ECF Nos. 10859 and 10905 also address Proof of Claim No. 150518, which has not yet been resolved in ACR. Accordingly, the Oversight Board seeks to terminate ECF Nos. 10859 and 10905 solely with respect to Proof of Claim No. 141030.
[8] ECF No. 9737 also addresses Proof of Claim No. 25158, which has not yet been resolved in ACR. Accordingly, the Oversight Board seeks to terminate ECF No. 9737 solely with respect to Proof of Claim No. 31902.
[9] ECF No. 12924 also addresses Proof of Claim No. 72847, which has not yet been resolved in ACR. Accordingly, the Oversight Board seeks to terminate ECF No. 12924 solely with respect to Proof of Claim No. 88732.

| Claimant Name | Claim Number(s) | Docket Responses |
|---|---|---|
| MARI GONZALEZ, HEROHILDA | 92796 | ECF No. 11380 |
| MARRERO COLL, FERNANDO GERARDO | 153441 | ECF No. 11648 |
| MARTINEZ RIVERA, DIANNE | 48085 | ECF No. 9802 |
| MATIAS SALAS, ADA M. | 45916 | ECF No. 10463 |
| MATTEI SAEZ, ELGA I | 108256 | ECF No. 10314 |
| MEAUX PEREDA, MARTA T | 22710 | ECF No. 9362 |
| MEDINA DE LEON, HILDA I. | 135655 | ECF No. 11990 |
| MEDINA NUNEZ, JULIA A. | 78114 | ECF No. 10262 |
| MEDINA RAMOS, DAMARIS | 113749 | ECF No. 10686 ECF No. 10842 |
| MELENDEZ VEGA, DOMINGO | 122019 | ECF No. 11192 |
| MENDEZ PAGAN, JAVIER | 41228 | ECF No. 10584 |
| MENDEZ PEREZ, ANIBAL | 105928 | ECF No. 10780 |
| MENDEZ, MARIBEL RABELL | 168039 | ECF No. 11070 |
| MENDOZA RODRIGUEZ, LUIS FERNANDO | 160522 | ECF No. 11632 |
| MERCADO NIEVES, HILDA L | 73517 | ECF No. 10436 |
| MERCADO VARGAS, CLARIBEL W | 31789 | ECF No. 10440 |
| MERCADO VARGAS, MARIBEL S | 32026 | ECF No. 10441 |
| MIRANDA DIAZ, ANIBAL | 32137 | ECF No. 9794 |
| MONGE REYES, WANDA I. | 73656 | ECF No. 10193 |
| MONTALVO GARCIA, LORENNE | 28972 | ECF No. 13244 |
| MONTERO MORALES, MARTA I | 85113 | ECF No. 12152[10] |
| MURIEL LOPEZ, EDDIER J. | 84268 | ECF No. 10009 |
| NAVARRO CANCEL, IVELISSE | 29152 | ECF No. 10453 ECF No. 10814 |
| NEGRON ORTIZ, DOMINGO | 115544 | ECF No. 11065 |
| NIEVES ACEVEDO, MANUEL | 96617 | ECF No. 10269 |
| NIEVES RIVERA, ANGEL M | 92673 | ECF No. 10507 |
| NIEVES SIFRE, YADIRA | 38730 | ECF No. 11703[11] |
| NUNEZ FALCON, WILMA | 109349 | ECF No. 10776 |
| NUNEZ MELENDEZ, SANTIAGO | 29005 | ECF No. 12635 |
| O'NEILL MARSHALL, JOHANNE I. | 149213 | ECF No. 11347 |
| ORTIZ MONTERO, NESTOR A | 131861 | ECF No. 11385 |

---

[10] ECF No. 12152 also addresses Proofs of Claim Nos. 85188, 87914, and 87918, which have not yet been resolved in ACR. Accordingly, the Oversight Board seeks to terminate ECF No. 12152 solely with respect to Proof of Claim No. 85113.

[11] ECF No. 11703 also addresses Proofs of Claim Nos. 27777 and 36931, which have not yet been resolved in ACR. Accordingly, the Oversight Board seeks to terminate ECF No. 11703 solely with respect to Proof of Claim No. 38730.

| Claimant Name | Claim Number(s) | Docket Responses |
|---|---|---|
| ORTIZ MONTERO, RUBEN J | 161934 | ECF No. 11659 |
| ORTIZ RIVERA, WANDA | 14321 | ECF No. 10535 |
| ORTIZ RIVERA, WILMA I | 24009 | ECF No. 10508 |
| ORTIZ, ADYLIZ RIVERA | 144696 | ECF No. 11147 |
| ORTIZ, NARMO LUIS | 14798 | ECF No. 13239 |
| OTERO ABREU, NANCY I | 171657 | ECF No. 12735 |
| OTERO MORALES, ANTONIO | 33575 | ECF No. 10569[12] |
| PABLOS VAZQUEZ, LEILA | 24832 | ECF No. 10873 |
| PANELL MORALES, MYRIAM | 114968 | ECF No. 10716 |
| PELLOT CRUZ, HECTOR | 44006 | ECF No. 9833 |
| PELLOT CRUZ, HECTOR J. | 27736 | ECF No. 9835 |
| PENALOZA CELEMENTE, CARMEN | 60015 | ECF No. 11712 |
| PENALOZA CLEMENTE, HILDA | 63955 | ECF No. 10588 |
| PENALOZA SANTIAGO, JOANN M. | 60274 | ECF No. 10614 |
| PEREZ AGOSTO, ROSA E. | 70933 | ECF No. 9855 |
| PEREZ SALAS, JORGE | 75456 | ECF No. 10651 |
| PEREZ SOTO, FRANCES | 22574 | ECF No. 9368 |
| PEREZ TORRELLAS, JOSE R. | 91528 | ECF No. 10167 |
| PIZARRO GARABALLO, RUTH E | 41537 | ECF No. 10183 |
| QUINONES VICENTE, ARACELIS | 76403 | ECF No. 10884 |
| RABELL MENDEZ, JESUS R | 46722 | ECF No. 9964 |
| RAMIREZ NUNEZ, JACQUELINE A. | 117724 | ECF No. 11077 |
| RAMIREZ PEREZ, MARITZA | 43950 | ECF No. 10856 |
| REYES AGUAYO, SARA N. | 136086 | ECF No. 11199 |
| RIVERA BALAY, ELIEZER | 87846 | ECF No. 10324 |
| RIVERA BERRIOS, WANDA | 119509 | ECF No. 10608 ECF No. 11028 |
| RIVERA DELGADO, MARIA | 103079 | ECF No. 12133[13] |
| RIVERA FIGUEROA, CARMEN M | 167292 | ECF No. 12049 |
| RIVERA FIGUEROA, RAFAEL A. | 138038 | ECF No. 11303 |
| RIVERA GARCIA, MYRNA | 36415 | ECF No. 10362 |
| RIVERA MEDINA, ISRAEL | 69934 | ECF No. 9904 |
| RIVERA MORALES, PEDRO | 127140 | ECF No. 12225 |
| RIVERA NIEVES, MIGDALIA | 57981 | ECF No. 10820 |

---

[12] ECF No. 10569 also addresses Proof of Claim No. 30799, which has not yet been resolved in ACR. Accordingly, the Oversight Board seeks to terminate ECF No. 10569 solely with respect to Proof of Claim No. 33575.

[13] ECF No. 12133 also addresses Proof of Claim No. 80220, which has not yet been resolved in ACR. Accordingly, the Oversight Board seeks to terminate ECF No. 12133 solely with respect to Proof of Claim No. 103079.

| Claimant Name | Claim Number(s) | Docket Responses |
|---|---|---|
| RIVERA SANCHEZ, EFRAIN | 162918 | ECF No. 11196 |
| ROBLES MACHADO, MARIA M. | 161640 | ECF No. 14427 |
| ROCHE RABELL, NORMA | 47351 | ECF No. 14630 |
| ROCHE RABELL, NORMA | 85594 | ECF No. 14633 |
| RODRIGUEZ ANDUJAR, ISAIRA | 64765 | ECF No. 10583 |
| RODRIGUEZ BURGOS, WALTER | 137168 | ECF No. 11167 |
| RODRIGUEZ LANZAR, CARMEN E. | 127115 | ECF No. 11164 |
| RODRIGUEZ MALDONADO, MARIA E. | 158598 | ECF No. 11220 |
| RODRIGUEZ OLIVO, LEILA | 101422 | ECF No. 14020 |
| RODRIGUEZ RAMOS, AMPARO | 7797 | ECF No. 10135[14] |
| RODRIGUEZ RIVERA, CARLOS | 118542 | ECF No. 10914 |
| RODRIGUEZ RODRIGUEZ, IRENE | 138333 | ECF No. 10902 |
| RODRIGUEZ RODRIGUEZ, ROLANDO | 48084 | ECF No. 15012 |
| RODRIGUEZ SIERRA, ELBA | 3988 | ECF No. 13063 |
| RODRIGUEZ WALKER, ZAHIRA | 1674 | ECF No. 9679 |
| ROGER STEFANI, SYLVIA | 86164, 92467 | ECF No. 9898 |
| ROLDAN FLORES, YVONNE MARIE | 25957 | ECF No. 10081 |
| ROMAN MIRO, GLADYS ANA | 23362 | ECF No. 9960 |
| ROMAN SANTIAGO, NILDA | 124543 | ECF No. 11369 |
| RUIZ LOPEZ, ARNALDO | 46955, 46995 | ECF No. 10465 |
| RUIZ NIEVES, RAMONA M | 69296 | ECF No. 10692[15] |
| SALDANA BETANCOURT, VIVIAN J. | 76499 | ECF No. 12633 |
| SALDANA GONZALEZ, REYNALDO | 84190 | ECF No. 14021 |
| SANCHEZ ACEVEDO, JOSE J | 21455 | ECF No. 10565 |
| SANCHEZ CRUZ, EDNA I. | 115291 | ECF No. 11600[16] |
| SANCHEZ PEREZ, IVAN | 42820 | ECF No. 10444 |
| SANCHEZ RAMOS, SONIA | 34462 | ECF No. 10564[17] |
| SANTIAGO COLLET, JUAN L. | 48148 | ECF No. 10579 |

---

[14] ECF No. 10135 also addresses Proof of Claim No. 7755, which has not yet been resolved in ACR. Accordingly, the Oversight Board seeks to terminate ECF No. 10135 solely with respect to Proof of Claim No. 7797.
[15] ECF No. 10692 also addresses Proof of Claim No. 69755, which has not yet been resolved in ACR. Accordingly, the Oversight Board seeks to terminate ECF No. 10692 solely with respect to Proof of Claim No. 69296.
[16] ECF No. 11600 also addresses Proof of Claim No. 124616, which has not yet been resolved in ACR. Accordingly, the Oversight Board seeks to terminate ECF No. 11600 solely with respect to Proof of Claim No. 115291.
[17] ECF No. 10564 also addresses Proof of Claim No. 38807, which has not yet been resolved in ACR. Accordingly, the Oversight Board seeks to terminate ECF No. 10564 solely with respect to Proof of Claim No. 34462.

| Claimant Name | Claim Number(s) | Docket Responses |
|---|---|---|
| SANTIAGO MALDONADO, MARI I. | 49312 | ECF No. 10272[18] |
| SANTIAGO RIVERA, GLADYS E | 27337 | ECF No. 10032 |
| SANTIAGO SERRANO, MADELINE | 32809 | ECF No. 10663 |
| SANTOS MOLINA, ANA E | 40439 | ECF No. 10654[19] |
| SEGARRA TORO, KANY | 62550 | ECF No. 11755[20] |
| SEPULVEDA GLADYS, GLADYS C | 21402 | ECF No. 9358 |
| SEPULVEDA NAVAS, ALICETTE | 45185 | ECF No. 12011 |
| SERRANO ALVAREZ, ADAN | 7529 | ECF No. 13194 |
| SERRANO LAUREANO, CARMEN | 144517 | ECF No. 12936 |
| SIERRA FIGUEROA, ARACELIS | 22705 | ECF No. 13350 |
| SMART MORALES, MELISSA | 47059, 48218, 48227 | ECF No. 10273[21] |
| SOTO ORTIZ, NANCY | 70158 | ECF No. 10824 |
| SUAREZ PEREZ, DORIS | 134674 | ECF No. 10860 |
| TACORONTE BONILLA, VANESSA | 33235 | ECF No. 10181 |
| TORO LOPEZ, ANTHONY | 79693 | ECF No. 10133 |
| TORRES AYALA, RAMON | 3828 | ECF No. 13138 |
| TORRES FIGUEROA, YADITZA | 118189 | ECF No. 11165 |
| TORRES MELENDEZ, CARMEN | 73623 | ECF No. 10341 |
| TORRES PEREZ, ELAINE | 42235 | ECF No. 10443 |
| TORRES RAMIREZ, LUISA M | 62371, 59023 | ECF No. 10278 |
| TORRES RAMOS, MAYRA E | 28179 | ECF No. 10452<br>ECF No. 10789[22] |
| TORRES RIVERA, YANEIRY | 18404 | ECF No. 13391 |
| TORRES ROSA, MAYRA | 60292 | ECF No. 13151 |
| TORRES SERRANO, SANDRA G. | 38417 | ECF No. 9916 |
| TORRES VARGAS, YADIRA | 80332 | ECF No. 10868 |
| VALENTIN BADILLO, JORGE H | 160734 | ECF No. 11327 |
| VALLE SANTIAGO, MAXIMINO | 34991 | ECF No. 10134 |

---

[18] ECF No. 10272 also addresses Proof of Claim No. 48302, which has not yet been resolved in ACR. Accordingly, the Oversight Board seeks to terminate ECF No. 10272 solely with respect to Proof of Claim No. 49312.
[19] ECF No. 10654 also addresses Proof of Claim No. 40290, which has not yet been resolved in ACR. Accordingly, the Oversight Board seeks to terminate ECF No. 10654 solely with respect to Proof of Claim No. 40439.
[20] ECF No. 11755 also addresses Proof of Claim No. 60479, which has not yet been resolved in ACR. Accordingly, the Oversight Board seeks to terminate ECF No. 11755 solely with respect to Proof of Claim No. 62550.
[21] ECF No. 10273 also addresses Proofs of Claim Nos. 47122 and 36869, which have not yet been resolved in ACR. Accordingly, the Oversight Board seeks to terminate ECF No. 10273 solely with respect to Proofs of Claim Nos. 47059, 48218, and 48227.
[22] ECF No. 10789 also addresses Proof of Claim No. 27280, which has not yet been resolved in ACR. Accordingly, the Oversight Board seeks to terminate ECF No. 10789 solely with respect to Proof of Claim No. 28179.

| Claimant Name | Claim Number(s) | Docket Responses |
|---|---|---|
| VAZQUEZ MOJICA, MARIA ISABEL | 61643 | ECF No. 10505 |
| VAZQUEZ, GRACE | 83352 | ECF No. 10414 |
| VAZQUEZ-CINTRON, SONIA M. | 85918 | ECF No. 12777 |
| VEGA FIGUEROA, LUZ ESTHER | 122368 | ECF No. 11426[23] |
| VEGA MERCADO, MANUEL | 32211 | ECF No. 10330 |
| VELEZ JIMENEZ, FRANCIS E | 43863 | ECF No. 10445 |
| VELEZ MERCADO, BRUNILDA | 130388 | ECF No. 11064 |
| VELEZ VELAZQUEZ, MARIA | 19391 | ECF No. 13238[24] |
| VERDEJO SANCHEZ, EDGARDO | 149940 | ECF No. 11170 |

---

[23] ECF No. 11426 also addresses Proofs of Claim Nos. 121467 and 122253, which have not yet been resolved in ACR. Accordingly, the Oversight Board seeks to terminate ECF No. 11426 solely with respect to Proof of Claim No. 122368.
[24] ECF No. 13238 also addresses Proof of Claim No. 49084, which has not yet been resolved in ACR. Accordingly, the Oversight Board seeks to terminate ECF No. 13238 solely with respect to Proof of Claim No. 19391.

**Exhibit A**

**Proposed Order**

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF No. 20611**<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO REQUESTING TERMINATION OF CERTAIN RESPONSES TO OMNIBUS OBJECTIONS**

Upon the *Motion of the Financial Oversight and Management Board for Puerto Rico Requesting Termination of Certain Responses to Omnibus Objections* (the "Motion");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found that the relief requested in the Motion is in the best interests of

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

the Commonwealth, its creditors, and all parties in interest; and the Court having found that the Debtor provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Motion; and the Court having determined that the factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Motion is granted as set forth herein.

2. The Resolved ACR Designated Responses are hereby TERMINATED, to the extent set forth on Appendix 1 to the Motion.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this order.

4. This order resolves Docket Entry No. \_\_\_\_.

Dated: _____, 2022

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE