## Exhibit 1

### Depository Procedures

1.      On or after May 10, 2022, the Debtor is authorized to establish and populate an electronic document depository (the "Disclosure Statement Depository") which shall include factual source materials and raw data underlying the Disclosure Statement (including but not limited to factual source materials and raw data underlying the analysis of the Debtor's assets, the cash restriction analysis, and the best interest test report), as well as documents relating to the nature of claims and classification under the HTA Plan (collectively, the "Documents").

2.      Creditors may request access to the Depository by visiting titleiiiplandataroom.com.

3.      The Depository will be made available only to the following parties or their representatives (collectively, "Eligible Creditors"): (*i*) creditors of the Debtor for which a master proof of claim has been filed on such creditor's behalf that has not otherwise been disallowed or expunged, (*ii*) creditors of the Debtor who have filed a proof of claim against the Debtor that has not been disallowed or expunged, (*iii*) creditors who were not required to file a proof of claim pursuant to the Bar Date Orders,[1] or (*iv*) creditors who are listed on the Debtor's List of Creditors (Docket Entry No. 2163 in Case No. 17-3283, as may be modified), in an amount greater than $0.00.

4.      All Eligible Creditors wishing to access the Depository must first navigate to titleiiiplandataroom.com; request access to the site; designate whether they wish to have access

---

[1]      "Bar Date Orders" refers to the *Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claims and (B) Approving Form and Manner of Notice Thereof* (Docket Entry No. 2521 in Case No. 17-3283) and the *Order (A) Extending Deadlines for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof* (Docket Entry No. 3160 in Case No. 17-3283).

to non-confidential documents only or to confidential documents as well; affirm they are or represent a creditor of the Debtor; provide certain biographical information, including their name, address, telephone number, email address, proof of claim number (if available), and identify their creditor type, and if they are not the creditor, the name of the creditor and, if applicable, the representative institution they are associated with; and certify that they are eligible for access to the Depository pursuant to categories (*i*)-(*iv*) in paragraph 3 above.  Access requests will be processed as promptly as reasonably practicable.

5.      Eligible Creditors granted access to the Depository will receive access to all non-confidential materials posted in the Depository.  To the extent Eligible Creditors also wish to access Confidential Information, such parties must agree to comply with the Protective Order annexed as Exhibit 2 to the Order, and execute the Protective Order Subscription annexed as Exhibit 3 to the Order.  The Protective Order Subscription will be available to creditors by visiting titleiiiplandataroom.com and requesting access to confidential documents.  Creditors will then be directed to OnTask, a secure online signing service, in order to review the Protective Order and submit an Eligible Creditor's electronic signature on the Protective Order Subscription.  Any Eligible Creditor who executes the Protective Order Subscription shall be provided access to the Confidential portion of the Depository within one (1) business day of execution and submission thereof, or as soon as reasonably practicable thereafter.

6.      The Depository shall contain an electronic index of all documents in the Depository.  The Debtor shall use its reasonable best efforts to categorize Documents in the Depository by topic; provided, however, that the Depository shall contain a disclaimer expressly stating, among other things, that (i) the Debtor shall not be responsible for the mis-categorization

of any particular Document and (ii) each Eligible Creditor should not rely upon the categorization of the Documents and should review all categories of Documents in their entirety.

7.      Notwithstanding the placement of any document in the Depository and the review of any such document by an Eligible Creditor, the Oversight Board and the Debtor shall maintain the right to object to the use or introduction of any document in the Depository in any matter or proceeding on relevance grounds or as otherwise permitted in accordance with the Federal Rules of Evidence and applicable law; provided, however, that, to the extent that a Document contained in the Depository has been created by the Debtor, such party shall have waived the right to object to the use or introduction of such document on the basis of authenticity. Additionally, to the extent that the Debtor inadvertently includes privileged materials in the Depository, it shall not be deemed to comprise any waiver of any applicable privilege.  Such protective measures are necessary to provide the requesting parties access to relevant materials in a timely and efficient manner.

8.      In order to streamline access to the Depository and prevent overloading the Depository's website, the Oversight Board may make some or all Documents included in the Depository available to some or all Eligible Creditors by other means, including but not limited to transmitting such Documents via a secure file transfer protocol.  The Oversight Board shall make the determination to provide Documents in such fashion in its own discretion, and all other terms of use and access to the Documents included in the Depository, whether provided via the depository or via secure file transfer protocol (including relating to the use of Confidential Information), shall be identical.

*[Remainder of Page Intentionally Left Blank]*