UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### ORDER GRANTING URGENT CONSENSUAL MOTION FOR EXTENSION OF DEADLINES

Upon the Urgent Consensual Motion for Extension of Deadlines (Docket Entry No. 20738 in Case No. 17-3283) (the "Extension Motion");[2] and the Court having found it has subject matter jurisdiction of this matter pursuant to section 306 of PROMESA; and it appearing that venue in this district is proper pursuant to section 307 of PROMESA; and the Court having found that the relief requested in the Extension Motion is in the best interests of the Commonwealth and Movant; and the Court having found that the Commonwealth provided adequate and appropriate notice of the Extension Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Extension Motion; and the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Extension Motion.

Court having determined that the factual bases set forth in the Extension Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Extension Motion is granted as set forth herein.

2. The deadline to respond to the Motion shall be extended to **May 24, 2022**, at **5:00 p.m. (Atlantic Standard Time)**.

3. The deadline for Movant to file a reply shall be extended to **May 31, 2022**, at **5:00 p.m. (Atlantic Standard Time)**.

4. The Court will thereafter take the Motion on submission, unless the Court determines that a hearing is necessary.

5. The consensual request for an extension of the briefing schedule is deemed to be consent to an extension of the period referenced in 11 U.S.C. § 362(e)(1) pending the Court's determination of the Motion.

6. This Order resolves Docket Entry No. 20738 in Case No. 17-3283.

SO ORDERED.

Dated: May 11, 2022

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge