**APPENDIX**

**AAT AVOIDANCE ACTIONS**

| | |
|---|---|
| 19-00042 | Drivetrain LLC v. Bristol-Myers Squibb Puerto Rico, Inc. |
| 19-00043 | Drivetrain LLC v. Community Cornerstones, Inc. |
| 19-00044 | Drivetrain LLC v. Evertec Group, LLC |
| 19-00048 | Drivetrain LLC v. Ambassador Veterans Services of Puerto Rico L.L.C. |
| 19-00049 | Drivetrain LLC v. Taller de Desarrollo Infantil y Prescolar Chiquirimundi Inc. |
| 19-00051 | Drivetrain LLC v. Caribe Grolier, Inc. |
| 19-00053 | Drivetrain LLC v. Centro de Desarrollo Academico, Inc. |
| 19-00054 | Drivetrain LLC v. Clinica de Terapias Pediatricas, Inc. |
| 19-00055 | Drivetrain LLC v. Computer Learning Centers, Inc. |
| 19-00056 | Drivetrain LLC v. E. Cardona & Asociados, Inc. |
| 19-00060 | Drivetrain LLC v. Enterprise Services Caribe, LLC |
| 19-00062 | Drivetrain LLC v. Apex General Contractors, LLC |
| 19-00063 | Drivetrain LLC v. GF Solutions, Inc. |
| 19-00068 | Drivetrain LLC v. Intervoice Communication of Puerto Rico Inc. |
| 19-00075 | Drivetrain LLC v. Jose Santiago, Inc. |
| 19-00088 | Drivetrain LLC v. Manpower |
| 19-00092 | Drivetrain LLC v. Facsimile Paper Connection Corp. |
| 19-00093 | Drivetrain LLC v. First Hospital Panamericano, Inc. |
| 19-00098 | Drivetrain LLC v. Caribbean Educational Services, Inc. |
| 19-00102 | Drivetrain LLC v. N. Harris Computer Corporation |
| 19-00114 | Drivetrain LLC v. Total Petroleum Puerto Rico Corp. |
| 19-00122 | Drivetrain LLC v. L.L.A.C., Inc. |
| 19-00127 | Drivetrain LLC v. Puerto Rico Telephone Company, Inc. |
| 19-00129 | Drivetrain LLC v. Next Level Learning, Inc. |
| 19-00130 | Drivetrain LLC v. Seguros Colon Colon, Inc. |
| 19-00134 | Drivetrain LLC v. S.H.V.P. Motor Corp. |
| 19-00143 | Drivetrain LLC v. Explora Centro Academico Y Terapeutico LLC |
| 19-00145 | Drivetrain LLC v. St. James Security Services, LLC |
| 19-00150 | Drivetrain LLC v. Computer Network Systems Corp. |

5

| | |
|---|---|
| 19-00152 | Drivetrain LLC v. Creative Educational & Psychological Services, Inc. |
| 19-00155 | Drivetrain LLC v. Rodriguez-Parissi & Co., C.S.P. |
| 19-00160 | Drivetrain LLC v. Truenorth Corp. |
| 19-00161 | Drivetrain LLC v. Didacticos, Inc. |
| 19-00162 | Drivetrain LLC v. Sesco Technology Solutions, LLC |
| 19-00183 | Drivetrain LLC v. Hewlett Packard Puerto Rico, BV LLC |
| 19-00186 | Drivetrain LLC v. Hospira Puerto Rico, LLC |
| 19-00187 | Drivetrain LLC v. Trinity Metal Roof and Steel Structure Corp. |
| 19-00188 | Drivetrain LLC v. Professional Consulting Psychoeducational Services, LLC |
| 19-00196 | Drivetrain LLC v. Prospero Tire Export, Inc. |
| 19-00200 | Drivetrain LLC v. WF Computer Services, Inc. |
| 19-00202 | Drivetrain LLC v. International Surveillance Services Corporation |
| 19-00218 | Drivetrain LLC v. Xerox Corporation |
| 19-00220 | Drivetrain LLC v. Reyes Contractor Group, Inc. |
| 19-00222 | Drivetrain LLC v. Tactical Equipment Consultants, Inc. |
| 19-00227 | Drivetrain LLC v. Ricardo Estrada Maisonet |
| 19-00229 | Drivetrain LLC v. Junior Bus Line, Inc. |
| 19-00232 | Drivetrain LLC v. Rocket Learning, LLC |
| 19-00235 | Drivetrain LLC v. Rocket Teacher Training, LLC |
| 19-00236 | Drivetrain LLC v. Law Offices Wolf Popper P.S.C. |
| 19-00239 | Drivetrain LLC v. Rosso Group, Inc. |
| 19-00249 | Drivetrain LLC v. Perfect Cleaning Services, Inc. |
| 19-00253 | Drivetrain LLC v. Netwave Equipment Corp. |
| 19-00255 | Drivetrain LLC v. Macam S.E. |
| 19-00265 | Drivetrain LLC v. Citibank, N.A. |
| 19-00266 | Drivetrain LLC v. Fast Enterprises LLC |
| 19-00268 | Drivetrain LLC v. I.D.E.A., Inc. |
| 19-00273 | Drivetrain LLC v. GM Security Technologies, Inc. |
| 19-00276 | Drivetrain LLC v. Merck Sharp & Dohme (I.A.) LLC |
| 19-00440 | Drivetrain LLC v. Quest Diagnostics of Puerto Rico, Inc. |