**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**MOTION TO INFORM MANPOWERGROUP. INC.'s**
**APPEARANCE AT THE MAY 18-19, 2022 OMNIBUS HEARING**

**COMES NOW** ManpowerGroup, Inc. ("Manpower"), defendant in Adversary Case No. 19- 00088-LTS (the "Action"), and a party-in-interest under 11 U.S.C. § 1109(b), by and through the undersigned legal counsel, and respectfully submits this motion in compliance with the Court's *Order Regarding Procedures for May 18-19, 2022 Omnibus Hearing* (Dkt. No. 20687) (the "Scheduling Order"):

1. Ryan Billings of Kohner, Mann & Kailas, S.C., will appear on behalf of Manpower at the May 18-19, 2022 omnibus hearing (the "Hearing"), which will be conducted virtually via videoconferencing (Zoom) and telephonic platforms.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Building Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS(Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. The email address of Mr. Billings is rbillings@kmksc.com. Further, Mr. Billings hereby submits his Party Appearance Cover Sheet as **Exhibit A** to this motion.

3. Mr. Billings may present oral argument related to the following pleadings:

   a. *Omnibus Motion by the Avoidance Actions Trustee to Establish Litigation Case Management Procedures* (Dkt. No. 20560);

   b. *ManpowerGroup, Inc.'s Limited Objection To Omnibus Motion By the Avoidance Actions Trustee To Establish Litigation Case Management Procedures* (Dkt. No. 20663);

   c. *Reply of the Avoidance Actions Trustee Concerning the Omnibus Motion To Establish Litigation Case Management Procedures* (Dkt. No. 20730); and

   d. Any other responses or motions related to the foregoing.

4. Manpower further reserves the right to be heard and present oral argument on any matter identified in the agenda to be filed by the Oversight Board by May 16, 2022, or to address any statement or issue that may be raised by any party at the Hearing related to the Title III cases, the Action, or any other proceeding which may affect the interests of Manpower. Manpower also reserves the right to amend this motion as needed.

**WHEREFORE**, Manpower respectfully requests the Court to take note of the foregoing and deem it in compliance with the Scheduling Order.

**RESPECTFULLY SUBMITTED.**

In Milwaukee, Wisconsin, this 11th day of May, 2022.

        Ryan M. Billings (*pro hac vice*)
        Wis. Bar No. 1084543
        Samuel C. Wisotzkey (*pro hac vice*)
        Wis. Bar No. 1029537
        **KOHNER, MANN & KAILAS, S.C.**
        *Attorneys for ManpowerGroup, Inc.*
        Washington Building, Barnabas Business Center
        4650 North Port Washington Rd.
        Milwaukee, Wisconsin 53212
        Telephone: 414-962-5110
        Facsimile: 414-962-8725
        rbillings@kmksc.com

swisotzkey@kmksc.com

By: *Ryan M. Billings*
Ryan M. Billings (*pro hac vice*)
Telephone: 414-962-5110
Facsimile: 414-962-8725
rbillings@kmksc.com

Nayuan Zouairabani
USDC-PR No. 226411
**MCCONNELL VALDÉS LLC**
*Attorneys for ManpowerGroup, Inc.*
270 Muñoz Rivera Avenue, Suite 7
San Juan, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5619
Facsimile: 787-759-9225
nzt@mcvpr.com

**CERTIFICATE OF SERVICE**: In accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Sixteenth Amended Notice, Case Management and Administrative Procedures Order* (Dkt. No. 20190-1) (the "CMP Order"), we hereby certify that a true and exact copy of the foregoing was sent by electronic mail upon all the parties listed in the Master Service List and by U.S. mail upon all the Standard Parties listed in the CMP Order.

*Attorneys for ManpowerGroup, Inc.*

Ryan M. Billings (*pro hac vice*)
Wis. Bar No. 1084543
Samuel C. Wisotzkey (*pro hac vice*)
Wis. Bar No. 1029537
**KOHNER, MANN & KAILAS, S.C.**
*Attorneys for ManpowerGroup, Inc.*
4650 North Port Washington Rd.
Milwaukee, Wisconsin 53212
Telephone: 414-962-5110
Facsimile: 414-962-8725
rbillings@kmksc.com
swisotzkey@kmksc.com

By: *Ryan M. Billings*
Ryan M. Billings (*pro hac vice*)
Telephone: 414-962-5110
Facsimile: 414-962-8725
rbillings@kmksc.com

3

**EXHIBIT A**

PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party | ManpowerGroup, Inc. |
| Party Name Abbreviation (For Use with Zoom) | Manpower |
| Confirmation Hearing Participants<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See December Omnibus Hearing procedures Order, ¶ 8(a)) | Ryan M. Billings<br>rbillings@kmksc.com<br>Kohner, Mann & Kailas, S.C.<br>(414) 962-5110<br>Docket Entry: 7682<br>Manpower/ Billings, Ryan/ Kohner Mann & Kailas, S.C. |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | N/A |
| **Note:** Pursuant to the December Omnibus Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. | N/A |