Victor O. Henson Bousquets
PO Box 78
San Sebastián, PR. 00685



7020 1290 0000 0874 9018







U.S. POSTAGE PAID
FCM LG ENV
SAN SEBASTIAN, PR
00685
MAY 06, 22
AMOUNT
$5.91
R2304E105809-17

Tribunal de Distrito de Los Estados Unidos
Hon. Juez Laura Taylor Swan
Distrito de Puerto Rico
150 Calle Carlos Chardón, Edificio Federal
San Juan, Puerto Rico 00918-1767
Ref. No. 17 BK 3283 LTS