# EXHIBIT A[1]

PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party | Puerto Rico Fiscal Agency and Financial Advisory Authority |
| Party Name Abbreviation (For Use with Zoom[2]) | AAFAF |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See December Omnibus Hearing Procedures Order, ¶ 8(a))<br>or<br>Party-in-interest Not Represented by Counsel:<br>• Name, Email, Phone Number, Proof of Claim Number (if any) | Luis C. Marini-Biaggi<br>lmarini@mpmlawpr.com<br>Marini Pietrantoni Muñiz, LLC<br>(787) 705-2171<br>NOA - Docket No. 2682<br><br>Carolina Velaz-Rivero<br>cvelaz@mpmlawpr.com<br>Marini Pietrantoni Muñiz, LLC<br>(787) 705-2171<br>NOA - Docket No. 2683<br><br>John Rapisardi<br>jrapisardi@omm.com<br>O'Melveny & Myers LLP<br>(212) 326-2000<br>PHV Admission - Docket No.111<br><br>Peter Friedman<br>pfriedman@omm.com<br>O'Melveny & Myers LLP<br>(202) 383-5300<br>PHV Admission - Docket No.153<br><br>Maria DiConza<br>mdiconza@omm.com<br>O'Melveny & Myers LLP<br>(212) 326-2144<br>PHV Admission - Docket No. 6110 |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the March Omnibus Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. | |

---

[1] This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit A**.

[2] See Hearing Procedures Order ¶ 8(a).