# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO et al.,

Debtors.[1]

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Joint Administered)

------------------------------------------------------------------------x

### INFORMATIVE MOTION OF AVOIDANCE ACTIONS TRUSTEE CONCERNING MAY 18-19, 2022 OMNIBUS HEARING

Drivetrain, LLC ("Trustee"), as the trustee of the Commonwealth Avoidance Actions Trust (the "Avoidance Actions Trust"), submits this informative motion in response to the Court's *Order Regarding Procedures for May 18-19, 2022, Omnibus Hearing* [Docket No. 20687] ("Scheduling Order") and respectfully states as follows:

1. John Arrastia of Continental PLLC will appear virtually via Zoom on behalf of the Trustee and Avoidance Actions Trust at the Hearing (as defined in the Scheduling Order), and reserves the right to address, as necessary, the following matters:

    (a)    The *Omnibus Motion by the Avoidance Actions Trustee to Establish*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Litigation Case Management Procedures* [Case No. 17-3283, Docket No. 20560] (the "Procedures Motion");

(b) Any objections, responses, statements, joinders, positions, filings, or replies to the Procedures Motion;

(c) Any statements made by any party in connection with the Title III cases or any adversary proceeding pending therein, including any adversary proceeding in which the Procedures Motion was filed.

2. In addition, Luis F. Llach Zúñiga of Casillas, Santiago & Torres LLC will also be attending on behalf of the Trustee and Avoidance Actions Trust, the Hearing virtually.

3. The Trustee's Party Appearance Cover Sheet is attached hereto as Exhibit A.

Dated this 12th day of May 2022

Respectfully submitted by:

*/s/ John Arrastia*
John Arrastia, Esq. (*Pro Hac Vice*)
Jesus M. Suarez, Esq. (*Pro Hac Vice*)
Angelo M. Castaldi, Esq. (*Pro Hac Vice*)
**CONTINENTAL PLLC**
255 Alhambra Cir. Suite 640
Coral Gables, FL 33134
Tel: 305-677-2707
JArrastia@continentalpllc.com
JSuarez@continentalpllc.com
ACastaldi@continentalpllc.com
*Counsel to the Trustee*

/s/ *Luis F. Llach Zúñiga*
Luis F. Llach Zúñiga, Esq. (USDC-PR 223112)
Juan J. Casillas Ayala, Esq. (USDC-PR 218312)
Juan C. Nieves González, Esq. (USDC-PR 231707)
Edna M. Tejeda Oyola, Esq. (USDC-PR 219803)
**CASILLAS, SANTIAGO & TORRES LLC**
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
lllach@cstlawpr.com
jcasillas@cstlawpr.com
jnieves@cstlawpr.com

etejeda@cstlawpr.com
*Local Counsel to the Trustee*

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that on May 12, 2022 I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all appearing parties in the captioned proceeding.

/s/ *Luis F. Llach Zúñiga*
Luis F. Llach Zúñiga, Esq. (USDC-PR 223112)

3

EXHIBIT A
PARTY APPEARANCE SHEET

| Name of Party | Drivetrain, LLC, as the trustee of the Commonwealth Avoidance Actions Trust |
|---|---|
| Party Name Abbreviation | Avoidance Actions Trustee |
| Omnibus Hearing Participant Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screenname (See Omnibus Hearing Procedures Order, ¶ 8(a)) | First Participant<br><br>• John Arrastia<br>• Jarrastia@ContinentalPLLC.com<br>• Continental PLLC<br>• T: (305) 677-2728<br>• Docket No. 20754<br>• Zoom Screenname: Avoidance Actions Trustee / Arrastia, John / Continental PLLC<br><br>Second Participant<br><br>• Luis F. Llach Zúñiga<br>• lllach@cstlawpr.com<br>• Casillas, Santiago & Torres, LLC<br>• (787) 523-3496<br>• Docket No. 8684<br>• Zoom Screenname: Avoidance Actions Trustee / Llach, Luis / Casillas, Santiago & Torres, LLC |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | N/A |
| Note: Pursuant to the March Omnibus Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. | |