UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| **In re** | PROMESA<br>Title III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS<br>(Jointly Administered) |
| As a representative of |  |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*, | Re: Dkt. No. 20687 |
| Debtors.[1] | **Telephonic Hearing date:** May 18, 2022 at 9:30 a.m. (Atlantic Standard Time) |

### INFORMATIVE MOTION OF THE FEE EXAMINER PURSUANT TO ORDER REGARDING PROCEDURES FOR MAY 18, 2022, OMNIBUS HEARING

By his counsel, the Fee Examiner appointed in these proceedings files this Informative Motion pursuant to the *Order Regarding Procedures for May 18-19, 2022, Omnibus Hearing* [Dkt. No. 20687]. The Fee Examiner's Party Appearance Cover Sheet is attached to this Informative Motion as **Exhibit A**. The Fee Examiner further states that:

1. Though none of the anticipated agenda items relate to the Title III fee review process, the Fee Examiner and counsel intend to participate in the Zoom omnibus hearing as listen only participants.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. The Fee Examiner and counsel will be available, if necessary, to address questions from the Court regarding the fee review process, if any. In the absence of such questions, the Fee Examiner and counsel do not anticipate a speaking role at the hearing.

Dated this 12th day of May, 2022.

WE HEREBY CERTIFY that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

EDGE Legal Strategies, PSC

*s/ Eyck O. Lugo*
Eyck O. Lugo
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Telephone: (787) 522-2000
Facsimile: (787) 522-2010
*Puerto Rico Counsel for Fee Examiner*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler (*Pro Hac Vice*)

*Counsel for the Fee Examiner*

**EXHIBIT A**
FEE EXAMINER'S PARTY APPEARANCE SHEET

| Name of Party | Fee Examiner |
|---|---|
| Party Name Abbreviation (For Use with Zoom) | Fee Examiner |
| Omnibus Hearing Participants<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name<br>• Email<br>• Law Firm<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See May Omnibus Hearing Procedures Order, ¶ 8(a)) | Brady C. Williamson<br>bwilliam@gklaw.com<br><br>Katherine Stadler<br>kstadler@gklaw.com<br><br>Godfrey & Kahn, S.C.<br>(608) 284-2636 (Mr. Williamson)<br>(608) 284-2654 (Ms. Stadler)<br><br>*See Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(a) Appointing a Fee Examiner and Related Relief* [Dkt. No. 1416]<br><br>Zoom Screen Names:<br>Fee Examiner/Williamson, Brady/Godfrey & Kahn, S.C.<br><br>Fee Examiner/Stadler, Katherine/Godfrey & Kahn, S.C.<br><br>Eyck O. Lugo<br>elugo@edgelegalpr.com<br><br>EDGE Legal Strategies, PSC<br>(787) 522-2000<br><br>*See Order Authorizing the Employment of Edge Legal Strategies, PSC as Local Counsel to the Fee Examiner* [Dkt. No. 1992]<br><br>Zoom Screen Name:<br>Fee Examiner, Lugo, Eyck/EDGE Legal Strategies, PSC |

27184915.2

3