UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>    **DEBTOR** | PROMESA<br>TITLE III<br><br>No. 17 BK 03283-LTS<br><br>(Jointly Aministered)<br><br>Relief of the Automatic Stay |

**ORDER PURSUANT TO 11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

Upon the Motion for Relief from Automatic Stay (the "Motion"), dated May 12, 2022 filed by Ismael Rivera Grau, Lourdes Morales Reyes y la Sociedad Legal de Gananciales Compuesta por Ambos (the "Movants"), for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code as to the Movants' interests in in the case *Ismael Rivera Grau, Lourdes Morales Reyes y la Sociedad Legal de Gananciales Compuesta por Ambos v. Estado Libre Asociado de Puerto Rico; Metrohealth, Inc. t/c/c Hospital Metropolitano de Rio Piedras; Continental Insurance Company; Josue Adiel Cardona Couvertier en su carácter oficial como miembro de la Policía de Puerto Rico y en su carácter personal, individual y como miembro de la Sociedad Legal de Gananciales que compone con su esposa Jane Doe, et. al.* (Civil No. KDP2016-0913) before the First Instance Court in San Juan (the "Case") to allow the Movants' enforcement of its rights in, and remedies in and to, thereby modifying the automatic stay imposed under Section 362 of the Bankruptcy Code in order to continue the pending state court litigation of the afore-mentioned case which has

all its issues governed by local state Puerto Rico Law, provided movants will not execute against any assets of the estate, without further order from this Court.

The Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Objection is denied, and the Motion is granted as provided herein; and it is further;

ORDERED that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d)(1) of the Bankruptcy Code as to allow the Movants' enforcement of its rights in, and remedies in and to, thereby modifying the automatic stay imposed under Section 362 of the Bankruptcy Code in order to continue the pending state court litigation of the afore-mentioned case which has all its issues governed by local state Puerto Rico Law, provided movants will not execute against any assets of the estate, without further order from this Court.

Dated: _____ \_\_, 20\_\_

_____
UNITED STATES BANKRUPTCY JUDGE