UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |

<u>Order Concerning Pro Hac Vice Applications Submitted by Janelle Reyes-Maisonet</u>

      The Court has received and reviewed the *Notice of Appearance* (Docket Entry No. 20703 in Case No. 17-3283 and Docket Entry No. 2798 in Case No. 17-4780) (the "Notice")

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

of attorney Janelle Reyes-Maisonet of the San Juan firm Sánchez LRV LLC (the "Movant") who states that "she will be appearing on behalf of King & Spalding LLP solely for purposes of filing fee applications in the above-captioned Title III cases" (Notice at 2), together with Movant's *Application for Admission Pro Hac Vice* for attorney Sarah S. Borders (Docket Entry No. 20704 in Case No. 17-3283 and Docket Entry No. 2799 in Case No. 17-4780) and for attorney Miguel Cadavid (Docket Entry No. 20705 in Case No. 17-3283 and Docket Entry No. 2800 in Case No. 17-4780) (together, the "Applications"). While Ms. Borders and Mr. Cadavid are both attorneys at King & Spalding LLP, and while both of the Applications state at paragraph 3 that "applicant has been retained as a member of the above-named firm by the Puerto Rico Electric Power Authority" (Applications ¶ 3), the docket text for the Applications lists Movant as making the filing on behalf of King & Spalding LLP rather than the Puerto Rico Electric Power Authority.

In light of the foregoing, Movant shall submit an informative motion no later than **5:00 p.m. (Atlantic Standard Time)** on **May 16, 2022**, to clarify for the Court which entity will be represented by Ms. Borders and Mr. Cadavid, and who will serve as their local counsel in compliance with rule 2090-1(c) of the District of Puerto Rico Local Bankruptcy Rules and with rule 83A(f) of the District of Puerto Rico Local Civil Rules. Failure to do so could result in the denial of either or both Applications.

SO ORDERED.

Dated: May 13, 2022

       /s/ Laura Taylor Swain  
       LAURA TAYLOR SWAIN  
       United States District Judge