# UNITED STATES DISTRICT COURT

# DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| THE FINANCIAL OVERSIGHT AND | ) | PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | Title III |
| | ) | |
| as representative of | ) | |
| | ) | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors[1] | ) | |
| | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| | ) | |
| THE FINANCIAL OVERSIGHT AND | ) | PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | Title III |
| | ) | |
| | ) | Case No. 17 BK 4780-LTS |
| as representative of | ) | |
| PUERTO RICO ELECTRIC POWER AUTHORITY | ) | |
| ("PREPA"), | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.).

## DECLARATION OF MARK SHANKWEILER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014(A) IN CONNECTION WITH THE RETENTION AND EMPLOYMENT OF BERKELEY RESEARCH GROUP, LLC

**MARK SHANKWEILER**, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.　　I am a Managing Director of Berkeley Research Group, LLC ("BRG"), a financial advisory services firm with numerous offices throughout the country. I am duly authorized to make this declaration (the "Declaration") on behalf of BRG. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify thereto.[2]

2.　　On June 30, 2016, the Oversight Board was established under section 101(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[3] On August 31, 2016, President Obama appointed the Oversight Board's seven voting members.

3.　　Pursuant to PROMESA section 315, "[t]he Oversight Board in a case under this subchapter is the representative of the debtor" and "may take any action necessary on behalf of the debtor to prosecute the case of the debtor, including filing a petition under section [304] of [PROMESA] . . . or otherwise generally submitting filings in relation to the case with the court." PROMESA § 315(a), (b).

4.　　On September 30, 2016, the Oversight Board designated the Debtor as a "covered entity" under PROMESA section 101(d).

5.　　On July 2, 2017, the Oversight Board issued a restructuring certification pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for the Puerto Rico Electric Power Authority (the "Debtor" or "PREPA") pursuant to PROMESA section 304(a),

---

[2] Certain of the disclosures set forth herein relate to matters within the knowledge of other Managing Directors and Directors at BRG and are based on information provided by them.

[3] PROMESA has been codified in 48 U.S.C. §§ 2101–2241.

commencing a case under title III thereof (the "Debtor's Title III Case").  Pursuant to PROMESA

section 315(b), the Oversight Board is the Debtor's representative in the Debtor's Title III Case.

6.      Background information regarding the Debtor and the commencement of the

Debtor's Title III Case is contained in the *Notice of Filing of Statement of Oversight Board*

*Regarding PREPA's Title III Case* [Case No. 17–BK–4780, Docket No. 2].

7.      On June 13, 2019, the Oversight Board selected BRG, at discounted rates, to

manage and resolve the thousands of claims filed against PREPA.

8.      On January 20, 2022, the *Puerto Rico Recovery Accuracy in Disclosures Act of*

*2021* ("PRRADA") was enacted.[4]

9.      I submit this Declaration pursuant to section pursuant to PROMESA section 315(b),

PRRADA section 2, and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules").

### Disclosures

10.      To determine BRG's relationship with the parties-in-interest identified by the

Oversight Board or their representatives to BRG (the "Potential Parties in Interest") set forth in

Exhibit A-1 and the parties-in-interest identified and established under section 2(c)(1) of PRRADA

(the "Material Interested Parties" and together the "Interested Parties Lists") set forth in Exhibit

B-1, which is attached hereto, I caused the Potential Parties in Interest and the Material Interested

Parties to be submitted to BRG's internal conflicts procedures. The Interested Parties Lists were

compiled by the Debtors' counsel and provided to BRG. As BRG did not compile the Interested

Parties Lists, BRG is relying on the accuracy and completeness of this information in connection

with our conflict review and disclosure. BRG's internal conflict check procedures consist of the

---

[4] PRRADA has been codified in 48 U.S.C. §§ 2178

querying of the parties in interest, as listed on Exhibits A-1 and B-1, within an internal computer database containing names of individuals and entities that are present or former clients of BRG. The database that BRG queries to determine its lack of conflicts and disinterestedness incorporates the names of individuals and entities that are present and former clients both of BRG and all of its affiliates, subsidiary, and parent entities. Additionally, new matters are circulated to all Directors and Managing Directors of BRG with a request to review and advise of any potential conflict of interest concerns. All responses are reviewed and addressed by an attorney on BRG's Conflicts team.

11.     To the best of my knowledge, information and belief, neither I nor any other Managing Director or Director of BRG nor the Engagement Team has any connection with or holds any interest adverse to the Debtors, their estates, creditors, shareholders, or any other party in interest herein or their respective attorneys in the matters for which BRG is proposed to be employed, except that BRG has provided other consulting services, and may in the future provide such services, to certain of the Debtors' creditors or other parties-in-interest in matters unrelated to the Debtors' cases. As set forth in Exhibits A-2 and B-2, which is attached hereto, BRG has certain relationships with certain parties-in-interest in these cases, but such relationships are unrelated to either the Debtors or these cases.

12.     Further these relationships do not create an interest materially adverse to the interests of the estates or of any class of creditors or equity security holders and do not create any direct or indirect relationship to, connection with, or interest in the Debtors. Given this, to the best of my knowledge, information, and belief, BRG[5] is a "disinterested person" as that term is

---

[5] "BRG" herein, in the context of references pertaining to disinterestedness and disclosures of relationships with parties in interest, refer collectively refer to Berkeley Research Group, LLC and all of its affiliates, subsidiaries and parent entities.

4

defined in section 101(14) of the Bankruptcy Code because BRG, its Managing Directors and Directors, and the Engagement Team:

> (a) are not creditors, equity security holders, or insiders of the Debtors;
>
> (b) are not and were not, within two years before the Petition Date, directors, officers, or employees of the Debtors; and
>
> (c) do not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors or for any other reason.

13. To the extent that BRG discovers any additional facts or information bearing on matters described in this Declaration that require disclosure, during the period of the Oversight Board's retention of BRG, I will file a supplemental disclosure with the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief pursuant to PROMESA section 315(b), PRRADA section 2, and Bankruptcy Rule 2014(a).

Dated: May 13, 2022       Berkeley Research Group, LLC

By: */s/ Mark Shankweiler*
Name: Mark Shankweiler
Title: Managing Director
   Berkeley Research Group, LLC

# **EXHIBIT A-1**

## **Potential Parties in Interest**

**Board Member**

Ana J. Matosantos, Member of the Board
Andrew G. Biggs, Member of the Board
Arthur J. Gonzalez, Member of the Board
Carlos M. Garcia, Member of the Board
Christian Sobrino Vega, Ex-Officio Member of the Board as representative of the Governor Commonwealth of Puerto Rico (Primary Government)
David A. Skeel Jr., Member of the Board
Elias Sanchez Sifonte, Former Ex-Officio Member of the Board as representative of the Governor
Gov. Alejandro García Padilla, Ex-Officio Member of the Board
Gov. Ricardo Rossello Nevares, Ex-Officio Member of the Board
Jaime A. El Koury, General Counsel of the Board
Jose R. Gonzalez, Member of the Board
Natalie Jaresko, Executive Director of the Board
Noel Zamot, Revitalization Coordinator
Ramón M. Ruiz, Interim Executive Director of the Board

**FOMB Staff**

Alejandro Figueroa
Arturo Ortiz
Carlos A. Robles
Edward Zayas
Germán Ojeda
Ginorly Maldonado
Harriet Aponte
Jean C. Garcia
Joana Rodriguez
Keiry Williamson
Kyle Rifkind
Luis M. Olazabal
Luis R. Rivera
Maria del C. López
Marta Calderon
Matthias Rieker
Omar Cuadrado
Ricardo R. Fuentes

Rosemarie Vizcarrondo
Sebastian Negron
Sergio Rodriguez
Yanmarie Socarras

**Bond Holders**

Alan Rodríguez Pérez
AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority
AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority, as Transferee and Government Development Bank of Puerto Rico
Anchorage Capital Group, L.L.C.
Angelo, Gordon & Co., L.P.
Aristeia Capital, L.L.C.
Aristeia Horizons, L.P.
Aurelius Capital Management, LP
BlackRock Financial Management, Inc.
BlueMountain Capital Management, LLC
BNY Mellon
Bonistas del Patio
Brigade Capital Management, LP
Canary SC Master Fund, L.P.
Candlewood Investment Group, LP
Centerbridge Partners, L.P.
Constellation Capital Management, LLC
Crescent 1, L.P.
CRS Master Fund, L.P.
Cyrus Capital Partners, L.P.
Cyrus Opportunities Master Fund II, Ltd.
Cyrus Special Strategies Master Fund, L.P.
Davidson Kempner Capital Management LP
Davidson Kempner Distressed Opportunities Fund LP
Davidson Kempner Distressed Opportunities International Ltd.
Davidson Kempner Institutional Partners, L.P.
Davidson Kempner International, Ltd.
Davidson Kempner Partners
Decagon Holdings 1, L.L.C.
Decagon Holdings 10, L.L.C.
Decagon Holdings 2, L.L.C.

Decagon Holdings 3, L.L.C.
Decagon Holdings 4, L.L.C.
Decagon Holdings 5, L.L.C.
Decagon Holdings 6, L.L.C.
Decagon Holdings 7, L.L.C.
Decagon Holdings 8, L.L.C.
Decagon Holdings 9, L.L.C.
Emso Asset Management Limited
Farmstead Capital Management, LLC
FCO Advisors LP
Fideicomiso Plaza
Fir Tree Partners
First Pacific Advisors, LLC
Franklin Advisers, Inc.
Franklin Mutual Advisers LLC
GMO Credit Opportunities Fund, L.P.
GMO Global Real Return (UCITS) Fund, a sub-
    fund of GMO Funds plc
GMO Implementation Fund, a series of GMO
    Trust
GMO Implementation Fund, a series of GMO
    Trust GMO Credit Opportunities Fund, L.P.
GoldenTree Asset Management LP
Inglesea Capital LLC
Jorge Lucas Pérez Valdivieso Torruella
Jose F. Rodriguez
Jose Orbi
Jose Ortiz Bibiloni
Knighthead Capital Management, LLC
Laguna Ray, L.L.C.
Lucas Pérez Valdivieso Torruella
M.H. Davidson & Co.
Mason Capital Management, LLC
Merced Capital, L.P.
Merced Partners Limited Partnership
MMM Healthcare, Inc.
Monarch Alternative Capital LP
Municipality of Ponce (AMP)
Nicolas Iturregui Margarita
Old Bellows Partners LP
Oppenheimer Funds, Inc.
Popular Auto, LLC
Puerto Rico AAA Portfolio Bond Fund II, Inc.
Puerto Rico AAA Portfolio Bond Fund, Inc.
Puerto Rico AAA Portfolio Target Maturity
    Fund, Inc.
Puerto Rico Fixed Income Fund II, Inc.
Puerto Rico Fixed Income Fund III, Inc.
Puerto Rico Fixed Income Fund IV, Inc.
Puerto Rico Fixed Income Fund V, Inc.
Puerto Rico Fixed Income Fund VI, Inc.

Puerto Rico Fixed Income Fund, Inc.
Puerto Rico Investors Bond Fund I, Inc.
Puerto Rico Investors Tax- Free Fund III, Inc.
Puerto Rico Investors Tax- Free Fund Inc. II
Puerto Rico Investors Tax- Free Fund IV, Inc.
Puerto Rico Investors Tax- Free Fund V, Inc.
Puerto Rico Investors Tax- Free Fund VI, Inc.
Santander Asset Management, LLC
SB Special Situation Master Fund SPC,
    Segregated Portfolio D
Scoggin International Fund Ltd.
Scoggin Management LP
Scoggin Worldwide Fund Ltd.
Scotiabank de Puerto Rico
Senator Investment Group LP
Silver Point Capital Fund, L.P.
Silver Point Capital Offshore Master Fund, L.P.
Silver Point Capital, L.P.
Taconic Capital Advisors L.P.
Taconic Master Fund 1.5 L.P.
Taconic Opportunity Master Fund L.P.
Tax-Free Puerto Rico Fund II, Inc.
Tax-Free Puerto Rico Fund, Inc.
Tax-Free Puerto Rico Target Maturity Fund, Inc.
The Bank of New York Mellon, As Trustee
The Bank of New York Mellon, As Trustee,
    Under the Trust Agreement Dated March 1,
    2015 Between the Puerto Rico Infrastructure
    Authority and the Bank of New York
    Mellon, and Fir Tree Inc. As Successor in
    Interest, To RBC Municipal Markets, LLC,
    As Owner Representative Under the
    Noteholder Agreement Dated March 1, 2015
    Relating To Puerto Rico Infrastructure
    Authority Dedicated Tax Revenue Bond
    Anticipation Notes Series 2015
The Estate of Yesmin Galib Frau composed by
    Yesmin Marie, Lucas P., Maria Teresa and
    Maria Cristina Leonor Valdivieso Galib
The Estates of Gabriel Fuentes Vazquez and
    Evangelina Benejam-Otero, Comprised by
    Gabriel, Jorge L. and Jose R. Fuentes-
    Benejam
Tilden Park Capital Management LP
Tilden Park Investment Master Fund LP
UBS IRA Select Growth & Income Puerto Rico
    Fund
Värde Credit Partners Master, L.P.
Värde Investment Partners (Offshore) Master,
    L.P.
Värde Investment Partners, L.P.

2

Värde Partners, Inc.
VR Advisory Services, LTD.
VR Global Partners, L.P.
Warlander Asset Management, LP
Whitebox Advisors LLC
Whitebox Term Credit Fund I L.P
Yolanda Cano-

**Counsel for Client**
Proskauer Rose, LLP

**Bankruptcy Professional**
American Federation of Teachers
Cardova & Dick, LLC
Carla T. Rodríguez Bernier
Carlos E. Cardona-Fernández
Cobion Roig Law Offices
Daniel Molina López, Esq.
Diego Corral González
Drivetrain, LLC, as the Creditors' Trustee for
   Doral Financial Corporation
Edgardo Muñoz, PSC
Elion N. Escalante De Jesus, Esq.
Felix J. Montanez-Miranda
Fortuso Law
Francisco González Law Office
Gonzalez Lopez & Lopez Adames LLC
Guillermo Ramos Luiña
Honorable Rosanna López León
Israel Roldán González & Isis Aimée Roldán
   Márquez
Ivonne González-Morales
Jiménez, Graffam & Lausell
Jose Luis Barrios-Ramos
Jose Luis Cumbas Torres
Jose Marin
Juan A. Hernández Rivera, Esq.
Juan Ramon Rivera Font, Esq.
Law Office Anabal Acevedo-Vila
Law Offices of Giselle López Soler
Lemuel Negrón Colón
López Sánchez & Pirillo, LLC
María E. Vicéns Rivera
María Fernanda Vélez Pastrana
Marini Pietrantoni Muñiz, LLC
McConnell Valdés, LLC
Miguel Angel Serrano-Urdaz
Mohammad S. Yassin, Esq.
Morell, Bauzá, Cartagena & Dapena
Munoz Benitez Brugueras & Cruz

Nazario Briceño Law Offices, LLC
O'Neill & Borges LLC
Orlando Fernández Law Offices
Pico & Blanco, LLC
Pietrantoni Méndez & Alvarez LLC
Rexach & Picó, CSP
Ricardo L. Ortiz-Colón, Esq.
Rivera Colón, Rivera Torres & Rios Berly, PSC
Rosendo E. Miranda López, Esq.
Saldana & Saldana Egozcue, PSC
Saldana, Carvajal & Velez-Rive, PSC
Victor Calderon Cestero
Viñas Law Office, LLC

**Professionals**
A&S Legal Studio, PSC
Abila, Inc.
Acosta & Ramirez
Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC
Aldarondo & López-Bras, P.S.C.
Alexandra Bigas Valedon
Almeida & Dávila, P.S.C.
Alvarez & Marsal
AMC Consulting Services
Andrés L. Córdova
Andrew Wolfe
Ankura Consulting Group, Inc.
Antonetti Montalvo & Ramirez Coll
APCO Worldwide, LLC
Arroyo & Rios Law Offices, PSC
Barnes & Thornburg, LLP
Belk & Grovas Law Offices
Bennazar, García & Milián, CSP
Bernstein, Shur, Sawyer & Nelson, P.A.
Bettina M. Whyte
Bobonis, Bobonis & Rodriguez Poventud
Bracewell, LLP
Brenda Marrero & Associates, Inc
Brown Rudnick LLP
Buchalter, A Professional Corporation
Bufete Emmanuelli, C.S.P.
Bufete Rodríguez Miranda, C.S.P.
Butler Snow, LLP
C. Conde & Assoc.
Cadwalader, Wickersham & Taft, LLP
Cancio Covas & Santiago, LLP
Cancio, Nadal, Rivera & Diaz, PSC
Cardona-Jimenez Law Offices, PSC
Careers, Inc.
Carla T. Rodríguez Bernier
Carlos A. Quilichini Paz

3

Carlos Alsina Batista Law Offices, PSC
Carlos E. Cardona-Fernández
Carlos E. Rivera-Justiniano
Carlos Fernandez-Nadal, Esq
Carlos M. Vergne Law Offices
Casellas Alcover & Burgos, PSC
Casillas, Santiago & Torres, LLC
Charles A. Cuprill, PSC, Law Offices
Charlie Hernandez Law Offices
Chiesa Shahinian & Giantomasi PC
Citigroup Global Markets Inc.
Cobián Roig Law Offices
Cohen, Weiss and Simon, LLP
Conway MacKenzie, Inc.
Córdova & Dick, LLC
Correa Acevedo & Abesada Law Offices, PSC
Coto & Associates
Daniel Molina López, Esq.
David Carrion Baralt
Davis Polk & Wardwell LLP
De Diego Law Offices, PSC
Debevoise & Plimpton, LLP
Dechert, LLP
Delgado & Fernandez, LLC
Development & Construction Law Group, LLC
Diaz Soto Law Office
DiCicco Gulman and Company
Diego Corral González
DLA Piper (Puerto Rico), LLC
DLA Piper, LLP (US)
Donna A. Maldonado-Rivera
Duff & Phelps
Edgardo Barreto Law Office
Edgardo Muñoz, PSC
Edge Legal Strategies, PSC
EGJ Health Consulting LLC
Elián N. Escalante De Jesús, Esq.
Epiq Systems
Ernst & Young
Ernst & Young Puerto Rico, LLC
ESC Group, Inc.
Estrella, LLC
Estudios Tecnicos, Inc.
Faccio & Pabon Roca
Faegre Baker Daniels, LLP
Feldesman Tucker Leifer Fidell, LLP
Félix J. Montañez-Miranda
Ferraiuoli, LLC
Ferrari Law, PSC
Figueroa y Morgade Law
Foley & Lardner LLP

Forculus Communications, LLC
Forculus Strategic Communications, LLC
Fortuño Law
Francisco González Law Office
FTI Consulting, Inc.
G. Carlo-Altieri Law Offices, LLC
Garay Massey Law Office
Garcia-Arregui & Fullana PSC
Garffer & Jusino Attorneys at Law
GEC Risk Advisory, LLC
Gerena Law Office
Gibson, Dunn & Crutcher, LLP
Gierbolini & Carroll Law Offices, P.S.C.
Godreau & Gonzalez Law, LLC
Goldman Antonetti & Cordova, LLC
González López & López Adames LLC
Gonzalez Munoz Law Offices, PSC
Greenberg Traurig, LLP
Guillermo Ramos Luiña
Hagens Berman Sobol Shapiro LLP
HALS, PSC
Harry Anduze
Harry Anduze Montano Law Offices
Hector Figueroa Vincenty
Heidrick & Struggles
Hernandez & Rodriguez Law Offices
Hogan Lovells US, LLP
Holland & Knight, LLP
Honorable Rosanna López León
Indiano & Williams, PSC
Ismael Marrero Rolon
Israel Roldán González & Isis Aimée Roldán
    Márquez
Ivonne González-Morales
Jack Katz
James Law Offices
Jayson O. Padilla
Jean Philip Gauthier Law Offices
Jenner & Block, LLP
Jessica M. Quilichini Ortiz
Jiménez, Graffam & Lausell
Jones Day
Jorge Luis Guerrero-Calderon
Jorge R. Quintana-Lajara
José Luis Barrios-Ramos
José Luis Cumbas Torres
Jose W. Cartagena
JRAF Law Firm, PSC
JRJ Consultants & Legal Advisors, LLC
Juan A. Hernández Rivera, Esq.
Juan B. Soto Law Offices, PSC

Juan Ramón Rivera Font, Esq.
Karon LLC
Kasowitz Benson Torres LLP
Klee, Tuchin, Bogdanoff & Stern, LLP
Kobre & Kim, LLP
KPMG, LLC
Kramer Levin Naftalis & Frankel, LLP
Kroma Advertising, Inc.
Latham & Watkins LLP
Law Firm of Fernando E. Agrait
Law Office Aníbal Acevedo-Vilá
Law Office of Frank Pola, Jr.
Law Offices of Giselle López Soler
Law Offices of John E. Mudd
Law Offices of Michael Craig McCall
Ledesma & Vargas, LLC
Legal Aid Clinic, UIA
Lemuel Negrón Colón
Lex Services PSC
Lighthouse Translations
Linares Palacios Law Offices
López Sánchez & Pirillo, LLC
Lugo Mender Group, LLC
Lugo-Emanuelli Law Offices
Luis Fred Salgado, Esq.
Luskin Stern & Eisler LLP
M.L. & R.E. Law Firm
Marchand ICS Group
María E. Vicéns Rivera
María Fernanda Vélez Pastrana
Mariani Franco Law, P.S.C.
Marichal, Hernandez, Santiago & Juarbe, LLC
Marini Pietrantoni Muñiz, LLC
Maslon LLP
Maximiliano Trujillo-Gonzalez, Esq.
McConnell Valdés, LLC
MCD Law, LLC
McDermott Will and Emery
McKinsey & Company, Inc.
Miguel Ángel Serrano-Urdaz
Milbank, Tweed, Hadley & McCloy LLP
Miranda Cruz & Associates, PSC
Monitor SN
Monserrate Simonet & Gierbolini, LLC
Morell, Bauzá, Cartagena & Dapena
Morrison & Foerster LLP
Munger Tolles & Olson LLP
Muñoz Benitez Brugueras & Cruz
Navarro-Cabrer Law Offices
Nazario Briceño Law Offices, LLC
Nilda Navarro-Cabrer

Norton Rose Fulbright US LLP
O'Neill & Borges, LLC
Off Hill Strategies, LLC
Olivieri-Geigel & Co.
O'Melveny & Myers, LLP
Orlando Fernández Law Offices
Orlando Ortiz-Cintron, Esq.
Oscar Gonzalez Badillo
Osvaldo Toledo Martinez, Esq.
Otero and Associates
Pattern Energy Group, Inc.
Paul Hastings, LLP
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
Pavia & Lazaro, PSC
Pedro Nicot Santana, Esq.
Pension Trustee Advisors, Inc.
Perkins Coie LLP
Phoenix Management Services, LLC
Picó & Blanco, LLC
Pietrantoni Méndez & Alvarez LLC
PJT Partners
Popular Auto, LLC
Prime Clerk, LLC
Proskauer Rose, LLP
PRV Law Office
PSV & Co, PSC
Puerto Rico Legal Advocates, PSC
Quinn Emanuel Urquhart & Sullivan, LLP
Quinones Vargas Law Offices
Rafael A. Ortiz-Mendoza
Ramon Ruiz Comas
Ramon Torres Rodriguez, Esq.
RB Law Offices
Reed Smith, LLP
Reichard & Escalera, LLC
Reno & Cavanaugh, PLLC
Rexach & Picó, CSP
Rhonda M. Castillo Gammill
Ricardo L. Castillo Filippetti, Esq.
Ricardo L. Ortiz-Colón, Esq.
Ricardo Rosello Nevares
Rickenbach Ojeda Attorneys at Law PSC
Rivera Colón, Rivera Torres & Rios Berly, PSC
Rivera, Tulla and Ferrer, LLC
Robbins, Russell, Englert, Orseck, Untereiner &
    Sauber, LLP
Roberto Maldonado Law Office
Rochelle McCullough, LLP
Rodriguez Banchs, CSP
Rodriguez Marxuach Law Offices, PSC
Ropes & Gray LLP

Rosendo E. Miranda López, Esq.
Rothschild & Co US Inc.
RPP Law, PSC
Saldaña & Saldaña Egozcue, PSC
Saldaña, Carvajal & Vélez-Rivé, PSC
Salichs Pou & Associates, PSC
Sanabria Bauermeister Garcia & Berio
Sanchez Pirillo LLC
Santi Law Office
Sarlaw LLC
Seda & Perez Ochoa, PSC
Segal Consulting
Sepulvado & Maldonado, PSC
Sepulvado Maldonado & Couret
Shearman & Sterling LLP
Shindler Anderson & Goplerud, P.C.
Simpson Thacher & Bartlett LLP
Skadden, Arps, Slate, Meagher & Floam LLP
Solomon Page
Stephen S. McMillin
Stradling Yocca Carlson & Rauth, PC
Stroock & Stroock & Lavan, LLP
Susman Godfrey LLP
The Financial Attorneys, P.S.C.
The Garffer Group of Legal Advisors, LLC
The Law Offices of Andres W. Lopez, P.S.C.
Toro, Colon, Mullet, Rivera & Sifre, P.S.C.
Valdes Ortiz Law Offices, PA
Valenzuela-Alvarado, LLC
Veronica Ferraiuoli Hornedo
Víctor Calderón Cestero
Viñas Law Office, LLC
Wachtell, Lipton, Rosen & Katz
Weil, Gotshal & Manges, LLP
Weinstein-Bacal, Miller & Vega, P.S.C.
White & Case, LLP
Wilbert Lopez Moreno & Asociados
William M. Vidal-Carvajal Law Office, P.S.C.
Williams & Jensen, PLLC
Willkie Farr & Gallagher, LLP
Winston & Strawn LLP
Wollmuth Maher & Deutsch LLP
Young Conaway Stargatt & Taylor, LLP
Zolfo Cooper, LLC

**Leaseholders-Landlords**
EDIFICIO BULA, INC.
FINCA LA MATILDE, INC./MARGARITA
    WILSON MERCADO
MARGARO LOPEZ, INC.
RAMOS & RAMOS REALTY INC

UNITED STATES POSTAL SERVICES

**Parties to Significant Litigation**
Administracion De Seguros De Salud De Puerto
    Rico
Agricultural Enterprises Development
    Administration
Aldarondo & López-Bras, P.S.C.
Almeida & Dávila, P.S.C.
Ana Figueroa Colón
Andres L. Cardova
Andrew P. Davis and Jessica G. Davis, Trustees
    U/A 8/18/15: Andrew P Davis 2015 Grat I
Angely M. Aponte-Pagon
Antilles Power Depot, Inc.
Antonio Fuentes-González
Antonio Vega-Fernández
Arturo Suarez Lopez
Asociacion de Empleados del Estado Libre
    Asociade
Asociación de Jubilados de la Judicatura de
    Puerto Rico, Inc.
Asociacion de Maestros de Puerto Rico Local
    Sindical
Asociacion de Profesores y Profesoras del
    Recinto Universitario de Mayagaez, Inc.
Asociacion Puertorriqueoa de Profesores
    Universitarios
Aurelius Capital Management
Automobile Accidents Compensation
    Administration
Autoridad de Energía Eléctrica de Puerto Rico
Banco Popular de Puerto Rico, as Trustee
Bank of america securities
Bank of New York Mellon
Beltron Cintron
Bennazar, García & Milián, CSP
Buchalter, A Professional Corporation
Bufete Rodríguez Miranda, C.S.P.
Cardiovascular Center Corporation of Puerto
    Rico and the Caribbean
CARLOS J. MÉNDEZ-NÚÑEZ
Carlos M. Benítez, Inc
Carlos Perez Molina
Cesar Caminero Ramos
Commonwealth of Puerto Rico Regional Center
    Corporation
Company for the Integral Development of the
    "Península de Cantera"
Coop A/C Roosevelt Roads
Cooperativa A/C Vegabajeña

Cooperativa De Ahorro y Crédito De Isabela
Cooperativa de Ahorro y Crédito de Juana Díaz
Cooperativa de Ahorro y Crédito de Rincón
Cooperativa de Ahorro y Crédito de Santa Isabel
Cooperativa de Ahorro y Crédito Jayucoop
Cooperativa de Ahorro y Crédito Vega Alta
Cooperativa de Seguros Múltiples de Puerto Rico
Corporacion Publica para la Supervision y Seguro de Cooperativas de Puerto Rico
Corporation for the "Caño Martin Peña" Project (ENLACE)
Corporation for the Cano Martin
Corporation of Industries for the Blind and Mentally Retarded and Incapacitated Persons of Puerto Rico
Culebra Conservation and Development Authority
Datas Access Communication Inc.
EcoElectrica, L.P.
Economic Development Bank for Puerto Rico
Elias Sanchez-Sifonte
Emilio ColOn BeltrOn
Emmanuel Rodríguez Collazo
Employees' Retirement System
Erasto Zayas López
Eric PErez Torres
Estudio Tecnicos, Inc.
Evertec, Inc.
Farm Insurance Corporation of Puerto Rico
FCO Special Opportunities (E1) LLC – Master Series 1 Fundamental Credit Opportunities Master Fund LP
Federacion de Maestros de Puerto Rico
Fine Arts Center Corporation
Fiscal Agency and Financial Advisory Authority (AAFAF)
Fondo de Inversión y Desarrollo Cooperativo, Inc.
Germon Ojeda
Germon Torres Berrios
Gila LLC
Gloria M. Esteva Marqués
Gov. Alejandro García Padilla, Ex-Officio Member of the Board
Governmental Development Bank for PR (GDB)
Heriberto Marin Centeno
Hilliard Lyons LLC
Hospital General Castañer, Inc.
Ileana Ortiz-Santiago
Institute of Puerto Rican Culture

Institutional Trust of the National Guard of Puerto Rico
Instituto de Competitividad Y Sostenibilidad Ecomomica de Puerto Rico
Isla del Río, Inc
Jaime Rodriguez Avilos
Javier Cardova Iturregui
Jesús M. Rodríguez Rosa
Jose B. Carrión III, Member of the Board
Jose E. Janer Velazquez
Juan Alberto Santiago Meléndez
Judiciary Retirement System
Julio E Leandry-Hernández
Julio Rancel López
Land Authority of Puerto Rico
Lida Orta Anés
Local Redevelopment Authority of the Lands and Facilities of Naval Station Roosevelt Roads Model Forest
Luis Modesto Rodríguez Rivera
Maria A. Martinez
Maria del C. López
María Elena Alonso Fuentes
Mayra Olavarría Cruz
Members of Sucesión Pastor Mandry Nones
Municipal Revenue Collection Center
Municipality of Añasco
Municipality of Bayamón
Municipality of Canóvanas
Municipality of Cataño
Municipality of Comerío
Municipality of Guánica
Municipality of Juana Díaz
Municipality of Las Marías
Municipality of Manatí
Municipality of Mayagüez
Municipality of Peñuelas
Municipality of Rincón
Municipality of San Germán
Municipality of San Sebastián
Municipio de Guarbo
Municipio de San Juan
Musical Arts Corporation
Neftal Soto Santiago
Nydia E. ChIverez RodrIguez
Pedro A. Vargas-Fontinez
PR Aqueduct and Sewer Authority (PRASA)
PR Electric Power Authority (PREPA)
PR Highways and Transportation Authority (HTA)
PR Infrastructure Finance Authority (PRIFA)

PR Maritime Shipping Authority
PR Medical Services Administration (ASEM)
PR Sales Tax Financing Corporation (COFINA)
Public Building Authority
Public Corporation for the Supervision and
    Deposit Insurance of Puerto Rico
    Cooperatives
Puerto Rico and Municipal Islands Transport
    Authority
Puerto Rico Conservatory of Music Corporation
Puerto Rico Convention Center District
    Authority
Puerto Rico Council on Education
Puerto Rico Health Insurance Administration
Puerto Rico Industrial Development Company
Puerto Rico Industrial, Tourist, Educational,
    Medical, and Environmental Control
    Facilities Financing Authority
Puerto Rico Integrated Transit Authority
    (PRITA)
Puerto Rico Investors Bond Fund I
Puerto Rico Investors Tax- Free Fund III, Inc.
Puerto Rico Investors Tax-Free Fund II, Inc.
Puerto Rico Investors Tax-Free Fund, Inc.
Puerto Rico Land Administration
Puerto Rico Metropolitan Bus Authority
Puerto Rico Municipal Finance Agency
Puerto Rico Ports Authority
Puerto Rico Public Broadcasting Corporation
Puerto Rico Public Private Partnerships
    Authority
Puerto Rico School of Plastic Arts
Puerto Rico Telephone Authority
Puerto Rico Tourism Company
Puerto Rico Trade and Export Company
Ramon A. Bonilla Martinez
Ramon M. Ruiz, Interim Executive Director of
    the Board
Ramón Vidal Nadal
Raúl E. Casasnovas Balado
RBC Capital Markets
RICARDO ANTONIO ROSSELLÓ NEVARES
RM Children's Trust
Santander Securities
Sistema de Retiro de los Empleados de la
    Autoridad de Energía Eléctrica
Solid Waste Authority
Sonia Ivette Carrasquillo Calderón
Special Communities Perpetual Trust
State Insurance Fund Corporation
Sucesion Sastre Wirshing

Teachers' Retirement System (TRS)
the Asociación de Maestros de Puerto Rico
The Bank of New York Mellon/Mellon Trust Of
    New
The Children's Trust Fund
The Varde Skyway Master Fund, L.P.
Unemployment Insurance Fund
Vilma Teresa Torres López
Walter Alomar Jiménez
Wells Fargo Clearing Services LLC AKA or
    FKA First Clearing LLC
Yohana De Jesús Berríos
Zoraida Buxó Santiago

**Litigation Parties**
800 Ponce De Leon Corp.
A C R Systems
A New Vision in Educational Services and
    Materials, Inc.
Abacus Educational Services, Corp.
Abbvie Corp.
Academia CEIP
ACP Master, Ltd
Action To Build Changes Corp.
Ada R. Valdivieso
Adalberto E. Moret Rivera
Adirondack Holdings I LLC
Adirondack Holdings II LLC
Adriana Irizarry
AFCG Inc. d/b/a Arroyo-Flores Consulting
    Group, Inc.
Aida A. Cruz Vidal
Aileen Schmidt Rodriguez
Alan Friedman
Alan Rodríguez Pérez
ALB PR Investments, LLC
Albert B. Shehadi
Alberto J. Pico, Jr.
Alejandro Camporreale Mundo
Alejandro Estrada Maisonet
Alexander Shub
Alfa Y Omega
Allan R. Bonin
Alma Elias Rev. Trust
Alpha Guards Management
Altair Global
Amar Educational Services Inc.
Ambassador Veterans Services of Puerto Rico
    L.L.C.
America Aponte & Assoc. Corp.
American Enterprise Investment Services Inc.

8

American Federation of State, County and
    Municipal Employees International Union,
    AFL-CIO
American Federation of Teachers, AFL-CIO
American Modern Home Insurance Company
Ana M. Emanuelli
Ana R. Lopez
Ana T. Colmenero
ANB Bank
Andres Fortuna Evangelista
Andres Fortuna Garcia
Andrew M. Minster
Andrew P. Davis
Andrew P. Davis and Jessica G. Davis, Trustees
    U/A 8/18/15: Andrew P Davis 2015 Grat I
Angel A. Rodriguez Gonzalez
Angel L. Llamas
Angel R. Figueroa Jaramillo
Ángel Rodríguez Rivera
Angel Ruiz Rivera
Anibal Sanz Gonzalez
Anna Elias
Annabell C. Segarra
Anne Farley
Antonio De La Cruz Miranda
Antonio Martin Cervera
Antonio Monroig Malatrassi
Antonio Santos Bayron
Apex Clearing Corporation
APEX GENERAL CONTRACTORS, LLC,
Arcos Dorados Puerto Rico LLC
Ariel Colon Clavell
Ariel Ferdman
Arieta & Son Assurance Corporation
Arlene Irizarry Rivera
Armada Productions Corp.
Arnaldo Cruz Igartua
Arnaldo Hernandez Mendez
Arturo Pico Vidal
Arturo Suarez Perez
ASM BLMIS Claims LLC
Asociacion Azucarera Cooperativa Lafayette
Asociacion de Empleados Gerenciales del Fondo
    del Seguro del Estado Corp
ASOCIACION DE INNSPECTORES DE
    JUEGOS DE AZAR
Asociación de Maestros de Puerto Rico Local
    Sindical
Asociacion Puertorriquena de la Judicatura
Asociación Puertorriqueña de Profesores
    Universitarios

Associated Branches Ports
Association of Gaming Inspectors
Atkins Caribe, LLP
Atlantic Medical Center, Inc.
Augusto P. Conte Matos
Augusto R Palmer Arrache
Aurelius Capital Master, Ltd.
Aurelius Convergence Master, Ltd
Autonomy Master Fund Limited
Autoridad de Energía Eléctrica de Puerto Rico
Avanti Technologies Inc.
Avanzatec LLC
Awilda Gonzalez
Awilda O. Martinez-Sanchez
Awilda Valle
Aymara Vazquez Casas
Badillo Saatchi & Saatchi, Inc.
Banco Popular de Puerto Rico As Trustee For
    Popular Balanced IRA Trust Fund
Bank of America NA/Client Assets
Bank of America, NA/GWIM Trust Operations
Bank of New York Mellon as PRIFA Indenture
    Trustee Pursuant to the Trust Agreement
    Dated as of March 1, 2015
Barbara T. Doan Grandchildrens Trust
Barclays Cap / Fixed
Barclays Cap / London
Barclays Capital
Barclays Capital Inc./LE
Barreras, Inc.
BB&T Securities, LLC
Beanstalk Innovation Puerto Rico LLC
Behzad Aalaei
BI Incorporated
Bianca Convention Center, Inc.
Bio-Medical Applications of Puerto Rico, Inc.
Bio-Nuclear of Puerto Rico, Inc.
Black Diamond Credit Strategies Master Fund,
    Ltd.
Blanca Fernandez Paoli
Blanca Goldikener
Blanca M. Ramirez Feliciano
BMO Capital Markets
BNP Paribas Securities Corp./Prime Brokerage
BNP Paribas, New York Branch/BNP Paribas
    Prime
BNP Paribas, New York Branch/Custody/Client
    Assets
BNY Mellon / Nomura Int'l PLC Repo
BNY Mellon / POP Sec

BNYMellon/RE DBTC Americas / Deutsche Bk London
BNYMellon/RE DBTC Americas/Deutsche BK
BNYMellon/RE Midcap Spdrs
BNYMellon/RE OZ Omnibus DTC Account
BNYMellon/RE The Prudential Investment
BNYMellon/Wealth Management
BofA Securities
Bonnin Investment Corp.
Branch Banking and Trust Company
Brenda C. Gonzalez Castillo
Brian L. Murphy
Brigade Distressed Value Master Fund Ltd.
Brigade Leveraged Capital Structures Fund Ltd.
Bristol-Myers Squibb Puerto Rico, Inc.
Brokerage Custodian
Brokerage International
Brookfield Asset Management Private Institutional Capital Adviser (Credit) LLC
Brown Brothers Harriman & Co.
Bruce Robert Wiederspiel
Brunnemer Children's GST Inv Trust UAD 12/20/01
C.L. King & Associates, Inc.
Cabrera & Ramos Transporte, Inc.
Camino Cipres LLC
Camino Roble LLC
Campofresco, Corp.
Camuy Health Center, Inc.
Camuy Health Services, Inc.
Candlewood Constellation SPC Ltd., acting for and on behalf of Candlewood Puerto Rico SP
Cantor Fitzgerald & Co. / Cantor Clearing Services
Canyon Balanced Master Fund, Ltd.
Canyon Blue Credit Investment Fund L.P.
Canyon Capital Advisors LLC
Canyon Distressed Opportunity Investing Fund II, L.P.
Canyon Distressed Opportunity Master Fund II, L.P.
Canyon NZ-DOF Investing, L.P.
Canyon Value Realization Fund, L.P.
Canyon Value Realization Mac 18 Ltd.
Canyon-ASP Fund, L.P.
Canyon-GRF Master Fund II, L.P.
Canyon-SL Value Fund, L.P.
Caribbean City Builders, Inc.
Caribbean Data System, Inc.
Caribbean Educational Services, Inc.
Caribbean Investment Center, Inc.

Caribbean Temporary Services, Inc.
Caribe Grolier, Inc.
Caribe Tecno, Inc.
Caribean Cinema of Guaynabo, Corp.
Carlos A. Ponce De Leon
CARLOS J. MÉNDEZ-NÚÑEZ
Carlos M. Amador
Carlos M. Benítez, Inc
Carlos R. Machin
Carlos Reyes
Carlos Valdes de Llauger
Carmen Casanova de Roig
Carmen Castro de Valdes
Carmen D. Jimenez Gandara Estate
Carmen E. Ramirez
CARMEN FELICIANO VARGAS
Carmen G. Golderos Rodriguez
Carmen Geigel
Carmen Ilenna Rivera Cintron
Carmen Maria Davila
Carmen Rosa
Carmen Rosa Pola
Carmen W. Nigaglioni
Carmen Yolanda Rivera Torres
Carnegie Learning, Inc.
Carriban Restaurant Inc.
Carvajal Educacion, Inc.
Casa Grande Interactive Communications, Inc.
Case Solutions, LLC
Catalinas Cinema, Corp.
Catharine M. Bonin
CCHPR Hospitality, Inc
Celia Fernandez De Gutierrez
Centro Avanzado Patologia & Terapia Del Habla, Inc.
Centro de Desarrollo, Inc.
Centro de Medicina Familiar Julio Palmieri Ferri, Inc.
Centro De Patologia Del Habla Y Audicion LLC
Centro de Salud de Lares, Inc.
Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc.
Centro de Servicios Primarios de Salud de Patillas, Inc.
Centro de Terapia Integral Crecemos, CSP
Centro Medico Del Turabo, Inc.
Centro Psicologico del Sur Este P.S.C.
Centro Sicoterapeutico Multidisciplinario Incorporado
Cetera Investment Services LLC
Charles L. Perkins, Sr.

Charles Schwab & Co., Inc.
Chelo's Auto Parts
Ciales Primary Health Care Services, Inc.
Ciales Primary Health Center, Inc.
Citibank, N.A.
Citibank/The Citigroup Private Bank/Trust
Citigroup Global Markets Inc./Salomon Brothers
Citigroup Global Markets, Inc./Correspondent
    Clearing
Citigroup Inc.
City National Bank
Claren Road Credit Master Fund, Ltd.
Claren Road Credit Opportunities Master Fund,
    Ltd.
Clarissa M. Vinas Miranda
Claudia Vincenty Guzman
Clearing LLC
Clinica de Terapias Pediatricas, Inc.
Clinica Terapeutica del Norte Inc.
Com Est Elec Y/O Francheska Ortiz Bonnet
Comerica Bank
Commerce Bank
Community Cornerstones, Inc.
Compass Bank/Trust Division
Comprehensive Health Service, Inc.
Computer Learning Centers, Inc.
Computer Network Systems Corp.
Consejo de Salud de la Comunidad de la Playa
    de Ponce, Inc.
Continental Casualty Co.
Coop A/C San Rafael
Cooperativa A/C La Comeriena
Cooperativa de A/C Aguas Buenas
Cooperativa De A/C Aibonitena
Cooperativa de A/C Camuy
Cooperativa de A/C Jesus Obrero
Cooperativa De A/C La Sagrada Familia
Cooperativa de A/C Maunabo
Cooperativa de A/C Morevena
Cooperativa de A/C Oriental
Cooperativa De A/C Saulo D Rodriguez
Cooperativa de Ahorro y Credito Candelcoop
Cooperativa de Ahorro y Credito De Aguadilla
Cooperativa de Ahorro y Credito de Caparra
Cooperativa de Ahorro y Credito de Ciales
Cooperativa De Ahorro Y Credito De
    Empleados De La Autoridad De Energia
    Electrica
Cooperativa de Ahorro y Credito de Empleados
    de la Corporacion del Fondo del Seguro del
    Estado

Cooperativa de Ahorro y Credito de Hatillo
Cooperativa de Ahorro y Credito de la
    Federacion de Maestros de PR
Cooperativa De Ahorro Y Credito De Lares
Cooperativa de Ahorro y Credito de Oficiales de
    Custodia de PR
Cooperativa de Ahorro y Credito de Yauco
Cooperativa de Ahorro y Crédito Dr. Manuel
    Zeno Gandía
Cooperativa De Ahorro Y Credito Isla Coop
Cooperativa de Ahorro y Credito Lomas Verdes
Cooperativa De Ahorro Y Credito Padre
    Salvador Ruffolo
Cooperativa de Ahorro Y Credito Vegabajena
COR Clearing LLC
Corbin Opportunity Fund, L.P.
Corporacion de Servicios Integrales de Salud
    Area de Barranquitas, Comerio, Corozal
    Naranjito y Orocovis, Inc.
Corporacion de Servicios Medicos Primarios y
    Prevencion de Hatillo, Inc.
Corporate Research and Training, Inc.
COSSMA
Costa Salud, Inc.
Cowell Weedon & Co.
Creative Educational & Psychological Services,
    Inc.
Credit Opportunities Fund (A), LLC
Credit Suisse Securities (USA) LLC
Crews And Associates, Inc.
Crowell Weedon & Co
CSA Architects & Engineers, LLP
Cyrus Select Opportunities Master Fund, Ltd
D Lerner Associates
D T Doan
D. A. Davidson & Co.
Datas Access Communication Inc.
Davenport & Company LLC
David Backens
David J. Gaynor Tee U/A Dtd 02/23/2005 David
    J. Gaynor Trust
Delia E. Vizcarrondo
Delsa B. Minster
Desarrollo Comunicologico de Arecibo Inc.
Deutsche Bank Securities Inc.
Diana Guzman Webb
Diana I. Madera Heredia
Diana Rosa Jirau Rovira
Diane Silverman
Didacticos, Inc.
Distribuidora Blanco, Inc.

11

Distribuidora Lebron Inc.
Doctor's Center Hospital, Inc.
Domingo Buono Ruiz
Donald L. McDonald
Dr. Carlos Suarez Vazquez
Dr. Katherine Betts-Martin
Dulce M. De Hostos
E*Trade Securities LLC
E. Cardona & Asociados, Inc.
Earle PR Investments LLC
Eastern America Insurance Agency, Inc.
Ecolift Corporation
Edda M. Arroyo Matos
Edgar Donnenech
Ediciones Santillana, Inc.
Editorial Panamericana, Inc.
EDN Consulting Group, LLC
Edna Rozas
EDUARDO ARTAU GOMEZ
Educational Consultants, P.S.C.
Educational Development Group Inc.
Educree: Consultores Educativos Inc.
Edward D. Jones & Co.
Edward Valdes Llauger
Edwin Maldonado Santiago
Eileen Maria Coffey
Eje Puerto Rico, Inc.
Elias E Hijos, Inc.
Elizabeth Gonzalez
Elizabeth L. Anderson
Elizabeth L. Anderson (Revocable Trust
    10/22/2012)
Elizabeth Leitzes
Ellen Levine
Ellen Metzger
Ellen Winslow
Eloy Gutierrez
Elsie C. Brugueras
Elvira A. Gautier Carbonell
Emilio Colón Beltrán
Emma M. De Muniz
Empresas Arr Inc.
Empresas Loyola, Inc.
Encanto Restaurants, Inc.
Encody Inc.
Enelia Russe
England, National Association
Enrique Alfonso Sabater
Enrique Carrillo
Enrique Castillo Toro
Enterprise Services Caribe, LLC

EP Canyon Ltd.
Eric Pérez Torres
Ernesto L. Ramirez Torres
Ernesto Zayas Lopez
Estate of Carlos A. Quilichini Roig
Estate of Edward P. Giaimo, Jr.
Estate of Jose A. Roman-Toledo
Estela Del Valle Rullan
Estrada Bus Line, Inc.
Evelyn Ramirez Garraton
Evertec, Inc.
Excalibur Technologies Corp.
Explora Centro Academico Y Terapeutico LLC
Facsimile Paper Connection Corp.
Fact Enterprises LLC
FCO Special Opportunities (A1) LP
FCO Special Opportunities (D1) LP
FCO Special Opportunities (E1) LLC
FCO Special Opportunities (E1) LLC – Master
    Series 1 Fundamental Credit Opportunities
    Master Fund LP
Federal Home Loan Mortgage Corporation
Fideicomiso Blanco Bou
Fideicomiso Encarlan III
Fideicomiso Lugo Rivera
Fideicomiso Mercado Riera
Fidelity and Deposit Co. of Maryland
Fiduciary SSB
Fifth Third Bank
Fir Tree Capital Opportunity Master Fund III,
    LP
Fir Tree Capital Opportunity Master Fund, LP
Fir Tree Value Master Fund, LP
First Hospital Panamericano, Inc.
FIRST MEDICAL HEALTH PLAN, INC.
First Southwest Company
Flor Zayas De Navarro
Florence Quilichini Paz
Forcelink Corp.
Fore Multi Strategy Master Fund, Ltd.
FP + 1, LLC
FPA Crescent Fund, a Series of FPA Funds
    Trust
FPA Global Opportunity Fund, a Series of FPA
    Hawkeye Fund, LLC
FPA Hawkeye Fund, a Series of FPA Hawkeye
    Fund, LLC
FPA Select Drawdown Fund L.P.
FPA Select Fund, L.P.
FPA Value Partners Fund, a Series of FPA
    Hawkeye Fund, LLC

Frances Bothwell del Toro
Frances Bragan Valldejuly
Francisco Brigantty
Francisco Diaz Lopez
Francois May
Fred A. Levine
Fridma Corporation
FT COC (E) Holdings, LLC
FT SOF IV Holdings, LLC
Fundamental Credit Opportunities Master Fund
    LP
Fusion Works, Inc.
Gabriel Albarran-Buono
GDB Public Entity Trust
General Investment LLC
George E. Reed Jr.
George K. Baum & Company
Gerald Leitzes
Gerard Ramos-Martin
Gerardo Ferracane
German Uribe
Gerryanne Ramos
Gersh International PR, LLC
GF Solutions, Inc.
Gilda P. Rovira
Gladys B. Suarez Dominguez
Global Flexible Fund, a Sub-Fund of Nedgroup
    Investment Funds PLC
GM Security Technologies, Inc.
Goldman Sachs & Co.
Gonzalez Padin Realty Company, Inc.
Gordel Capital Limited
Governing Board of the University of Puerto
    Rico
Grainger Caribe, Inc.
Great Educational Services Corporation
GT Fixed Income Fund LP
Guillermo Irizarry
Guillermo Marxuach
Gui-Mer-Fe Inc.
Haddock Acevedo
Hato Rey Cinema Corp.
Haydee Lopez-Duprey
HDI Global Insurance Company
Hector L. Rivera Rosario
Hector X. Perez
Henry H. Rexach
Heriberto Marín Centeno
Hewlett Packard Puerto Rico, BV LLC
Hilliard, Lyons LLC

Hilltop Securities Inc.
Home Medical Equipment Inc.
Hospira Puerto Rico, LLC
Hospital General Castañer, Inc.
Huellas Therapy Corp.
Hugo L. Quilichini
I.D.E.A., Inc.
Ian Melmed
IDSC LLC d/b/a Infrastructure Opportunity
    Fund
Ilia M. Perez
Independent Union Authority of Acueductis
Ines Mejias
Ingrid L. Carlson
Inmobiliaria San Alberto, Inc.
Innovative Solutions Inc.
Institucion Educativa Nets, LLC
Insular Union of Industrial Workers and
    Electrical Constructions, Union Workers
    Housing Bank,
Integra Design Group PSC
Intelutions, Inc.
Interactive Brokers Retail Equity Clearing
International Business Machines Corporation
International Surveillance Services Corporation
Intervoice Communication of Puerto Rico Inc.
Intl FCStone Financial Inc.
Irmita Guzman De Amador
Isla Lab Products, LLC
Ismael Vincenty Perez
Ivan Montalvo
Ivelisse Albarran JNT TEN
Ivelisse Buono
Ivelisse Buono Albarran
Ivette Bonet Rivera
Ivonne Ramirez-Aneses
Ivonne T. Vidal
J. Jaramillo Insurance, Inc.
J.F. Educational Services Inc.
J.P. Morgan Chase & Co.
J.P. Morgan Securities LLC
J.P. Morgan Securities LLC/JPMC aka or fka
    J.P. Morgan
Jacana Holdings I LLC
Jacana Holdings II LLC
Jacana Holdings III LLC
Jacana Holdings IV LLC
Jacana Holdings V LLC
Jack Goldikener

13

Jaime B. Fuster Estate, Comprised By Maria J.
    Zalduondo Viera and Jaime and Maria L.
    Fuster Zalduondo
Jaime Banchs Pieretti
James B. Moore
James E. Olsen
Janney Montgomery Scott LLC
Javier Cerra Fernandez M.D.
Javier Córdova Iturregui
Javier Mandry-Mercado
Jefferies Group LLC
Jeffries, LLC
Jennifer Jean Stitt
Jessica G. Davis
Jessica G. Davis and Andrew P. Davis, Trustees
    U/A 8/18/15: Jessica G. Davis 2015 Grat 1
JLM Transporte, Inc.
JNL Multi-Manager Alternative Fund, a Series
    of JNL Services Trust
Jo Ellen Bleiweiss Revocable Trust
Joaquin Gutierrez Fernandez
John C. Gartland and Katherine A. Gartland
    Trust UA 03/01/2016
John D. Goeke
John Hancock Investments
John J. Hefler and Elena A. Hefler as Trustees
    for the Hefler Family Trust
John Santos Russo
Johnjavi Corporation
Jordi Bofill
Jorge I. Quinones
Jorge P. Sala Colon
JORGE PLARD
Jose A. Cepeda Retirement Plan Represented By
    UBS Trust Company Of PR
Jose Angel Rey
Jose E. Franco Gomez
José E. Janer Velázquez
Jose Francisco Gonzalez-Heres
Jose M. Bonnin
Jose R. Mendez Bonnin
Jose R. Portilla
Jose Ramon Gonzalez Passalacqua
Jose Ramon Rivera Rivera
Jose Santiago, Inc.
Josefina Maristany
Josefina Varela Gonzalez
Joshua Gonze
JPMorgan Chase Bank, N.A./Custodial Trust
    Company
JPMorgan Chase Bank, National Association

JPMorgan Chase Bank/Correspondence Clearing
Juan Buono Alcaraz
Juan G. Ortiz de la Renta
Juan M. Lopez Calderon
Juan Marroig
Juan R. Figueroa Laugier
JUAN REINES ORTIZ RETIREMENT PLAN
    REPRESENTED BY UBS TRUST
    COMPANY OF PR
Juan Vazquez Crespo
Julia Margarita Gonzalez Passalacqua
Julio H. Sepulveda Ramos
Junior Bus Line, Inc.
Junta del Centro de Salud Comunal Dr. Jose S.
    Belaval, Inc.
Karen Forman
Karen Rutledge
Karl Walder
Katherine Emile Ramos
Kathleen A. McDonough
Kathy Karen Key Trust
Kelly Services Puerto Rico
Kelly Services, Inc.
Keybanc Cap Mkts Inc.
Keybank National Association
Kid's Therapy Services, Inc.
Kristine K. Sneeringer Trust
L.L.A.C., Inc.
La Sucesion De Norman Eugene Parkhurst
    Rodriguez, Compuesta Por Sus Unicos Y
    Universales Herederos Norman Parkhurst
    Valderas, Francis Parkhurst Valderas, Bryant
    Parkhurst Valderas Y Su Viuda Carmen P.
Laboratorios Ramirez Inc.
Lannan Foundation
Larry Hamilton
Las Americas Investment Group
Law Offices Wolf Popper P.S.C.
LAWRENCE B. DVORES
Lazard Cap Mkts LLC
Learning Alliance LLC
Lee Properties, Inc.
Leslie Rubero Multi Services
Liana Rivera Olivieri
Lida Orta Anés
Liedo Alberto Pico Jr.
Light Gas Corporation
Lillian Guzman
Linda Nealy
Linkactiv, Inc.
Lisa Shub

Litman Gregory Masters Alternative Strategies
Fund, a Series of Litman Gregory Funds
Trust
Lizette M. Abraham
Lizette Rexach Feliciano
LMAP 903 Limited
Longo En-tech Puerto Rico, Inc.
Louis Jules Marin
Lourdes Arce Rivera
Lourdes Morales
LPL Financial Corporation
LS Innovative Education Center, Inc.
LS Institutional High Income Fund
LS Strategic Income Fund
Luis A. Marquez Garcia
Luis A. Toro Perez M.D.
Luis Baerga
Luis Enrique Vazquez-Zayas
Luis G. Lajara Borelli
Luis Garraton Martin
Luis J. Torruella
Luis Santini Lopez
Luz D. Millan
Luz Iraida Rodriguez De Vazquez
Luz J. Pasarell
Luz M Arroyo
Luz M. Arroyo Rivera
Luz M. Carrasquillo Flores
Lynette Castillo
MACAM S.E.
Malgor & Co. Inc.
Mangual's Office Cleaning Service Inc.
Manpower
Manuel A. Quilichini Teissonniere
Manuel Dos Santos
MANUEL NATAL-ALBELO
Manufacturers And Traders Trust Company
Mapfre Praico Insurance Company
Marco A. Albarran Portilla
Marco A. Albarran TC
Marcos A. Roman-Lopez
Marcos De Dragoni
Margarita Guzman
Margarita Hurtado Arroyo
Margarita Maria Vincenty
Maria Aguayo De Dragoni
Maria Carmen Prats TIC
Maria Del C. Castro Rivera
Maria Del C. Reyes Madrazo
Maria Dolores Rodriguez Becerra
Maria E. Frontera Aymat

Maria I. Rivera Sanchez Retirement Plan,
Represented By UBS Trust Company Of PR
Maria Ines Suarez Perez-Guerra
Maria Isabel Suarez
Maria M. Freiria Garraton
Maria M. Morris Dapena
Maria R. Piza
Maria Rodriguez Hernandez
Maria Teresa San Miguel
Maria Teresita Martin
Maria-Ines Suarez Perez-Guerra
Mariano E. Gonzalez Diez
Marilyn Chinea
Mario B. Munoz Torres
Maritza Maldonado Lopez
Marjorie Casillas Hernandez
Marta L. Loubriel
Marta M. Toro Lopez
Marylin Gonzalez Toro
Matthew May
Mauricio Shub
Mayaguez Cinema, Corp.
Mayra Gardon Stella
Mayra I. Ramos Roman
Mayra Lopez-Duprey
Mayra Olavarría Cruz
MC-21 LLC
MCP Holdings Master LP
MCZY Bus Services Inc.
Medicoop
Melmed Investment Group
Mendez & Co. Inc.
Merced Partners IV, L.P.
Merced Partners V, L.P.
Mercedes Vicente Benitez
Merck Sharp & Dohme (I.A.) LLC
Merrill Lynch Capital Services, Inc.
Merrill Lynch Pierce Fenner & Smith/Fixed
Income
Merrill Lynch, Pierce Fenner & Smith
Safekeeping
Merrill Lynch, Pierce, Fenner & Smith
Incorporated
Mesirow Financial, Inc.
Metro Center Associates
MGIC Indemnity Corporation
Michael J. Seralles
Michica International Co., Inc.
Microsoft Corporation
Miguel Ortiz
Miguel Palou Sabater

Miguel Pomales Castro
Milagros Ayoroa Santaliz
Milagros Castells Santiago
Mirela Roznovschi
Mitchell F. Winslow
Mitsubishi u/f/j Trust & Banking Corporation,
    New York
MMM Healthcare, Inc.
Monarch Alternative Solutions Master Fund Ltd
Monarch Capital Master Partners II LP
Monarch Capital Master Partners III LP
Monarch Capital Master Partners IV LP
Monarch Debt Recovery Master Fund Ltd.
Monarch Recovery Ltd.
Monarch Special Opportunities Master Fund
    Ltd.
Moore Irrevocable Trust U\A 12/8/87, James B.
    Moore Trustee, a trust and its trustee
Moore Revocable Trust USA 12/8/87
Morgan Keegan & Co
Morgan Stanley
Morgan Stanley & Co. LLC
Morgan Stanley Smith Barney LLC
Morgan Stanley Wealth Management (On
    Behalf Of Sakamoto-Hata Living Trust)
Morovis Community Health Center, Inc.
MOVIMIENTO DE CONCERTACION
    CIUDADANA INC.
MPR Investors LLC
Mudanzas Torres, Inc.
Multi Clean Services Inc.
Municipalities of Caguas
Municipalities of San Juan
Muniz Melendez Investments Corp.
Myrta Lopez-Molina
N. Harris Computer Corporation
Narciso Camejo Gonzalez
National College of Business and Technology
    Company, Inc.
National Copier & Office Supplies, Inc.
National Financial Services LLC
Natixls Investmemt Fund UK ICVC- LS
    Strategic Income Fund
Neftalí Soto Santiago
Nelson D. Rosario Garcia
Netwave Equipment Corp.
Newtyn Partners, LP
Newtyn TE Partners LP
Next Level Learning, Inc.
Nexvel Consulting LLC
NIBA International Corp.

Nidco Management Group Retirement Plan,
    Represented By UBS Trust Company Of PR
Northern Trust Company/Future Fund Accounts
Northern Trust Company/OCH-ZIFF Capital
    Management
NTT Data Eas, Inc.
Nydia E. Chéverez Rodríguez
Nydia F. Morales
Nydia Z. Jimenez Sanchez
Oaktree Opportunities Fund IX, L.P.
Oaktree Value Opportunities Fund, L.P.
Oaktree-Forrest Multi-Strategy, L.L.C.
Oaktree-Forrest Strategy, LLC (Series B)
O'Neill Security & Consultant Serv Inc.
Oppenheimer & Co. Inc.
Optionsxpress, Inc.
Orben Irizarry Robles
Oriental Bank
Osvaldo Antommattei Frontera
OZ Credit Opportunities Master Fund, Ltd.
OZ Enhanced Master Fund, Ltd.
OZ GC Oppportunities Master Fund, Ltd
OZ Master Fund, Ltd.
OZSC II, L.P.
Panaderia la Sevillana, Inc.
Pandora Select Partners, LP as Transferee of
    Syncora Guarantee Inc.
Paso a Paso: Centro Interdisciplinario del
    Aprendizaje, Inc.
Patricia Hixson
Patricia L. Seifert
Paul Davis
PDCM Associates, SE
Pearson Education, Inc.
Pearson Pem P.R., Inc.
Pedro Cid Martinez
Pedro Manuel Vincenty Guzman
Pedro R. Callazo
Pelican Fund LP
People Television, Inc.
Perfect Cleaning Services, Inc.
Permal Stone Lion Fund Ltd
Pershing LLC
Personnel Recruiting Services, Corp.
Peter C. Hein
Phyllis A. Hemmerly
Physician HMO Inc.
Pilar O. Bonnin
Pinehurst Partners, L.P.
Piper Jaffrey & Co
Plan de Salud Menonita, Inc.

Plaza Escorial Cinema, Corp.
PNC Bank, National Association
Ponce De Leon Gun Shop Inc.
Popular High Grade Fixed Income Fund, Inc.
Popular Income Plus Fund, Inc.
Populicom, Inc.
Postage By Phone Reserve Account
Prime Seg 15/00
Printech, Inc.
Prisma SPC Holdings Ltd - Segregated Portfolio
    AG
Procesos de Informatica, Inc.
Professional Consulting Psychoeducational
    Services, LLC
Professional Records and Information
    Management, Inc.
Promotions & Direct, Inc.
Prospero Tire Export, Inc.
Providencia Cotto Perez
Public Corporation for the Supervision and
    Insurance of Cooperatives of Puerto Rico
Puerto Rico GNMA & U.S. Government Target
    Maturity Fund, Inc.
Puerto Rico Horse Owners Assocation, Inc.
Puerto Rico Investors Tax- Free Fund III, Inc.
Puerto Rico Investors Tax- Free Fund Inc. II
Puerto Rico Investors Tax- Free Fund IV, Inc.
Puerto Rico Investors Tax- Free Fund V, Inc.
Puerto Rico Investors Tax- Free Fund VI, Inc.
Puerto Rico Investors Tax- Free Fund, Inc.
Puerto Rico Medical Defense Insurance
    Company
Puerto Rico Mortgage-Backed & U.S.
    Government Securities Fund, Inc.
Puerto Rico Supplies Group Inc.
Puerto Rico Telephone Company, Inc.
Quality & Reliable Services Inc.
R Hughes and J Hughes TTee Hughes Family
    Trust
R. Cordova Trabajadores Sociales C S P
R. Hughes and J. Hughes Ttee Hughes Family
    Trust
Radames Muniz
Rae Marie Dougan
Rafael A. Quinones Soto
Rafael Bracero Torres
Rafael Cavo Santoni
Rafael Hernandez Barreras
Rafaela Fernandez
Ralphi E. Dominicci Rivera
Rama Construction LLC

Ramirez and Co., Inc.
Ramirez Bus Line Inc.
Ramon Colon-Gonzalez
Ramon M. Ruiz Comas
Ramón Vidal Nadal
Ramone E. Morales dba Morales Distributors
Rancel Bus Service, Inc.
Raoul Smyth
Raul Jaime Vila Selles
Raul Ramirez
Raylin Bus Line Corp.
Raymond James
Raymond James & Associates, Inc.
Raymond James & Associates, Inc/FI
Raymond Rivera Morales
RBC Capital Markets, LLC
RBC Dominion Securities Inc./CDS**
Regions Bank
Reinaldo Vincenty Perez
Reliable Health Services Corp.
Rene Patricio Lopez-Duprey
Rene Rios Pena
Rene Torres Ortiz
Retirement Association of AEE
Reyes Contractor Group, Inc.
Ricardo Alegria
RICARDO ANTONIO ROSSELLÓ NEVARES
Ricardo Estrada Maisonet
Richard D. Seifert
Richard F. Levy Echeandia
Richard W. Knapp Credit Shelter Trust S/B/O
    Margaret A. Knapp 07/28/2016
Ricoh Puerto Rico, Inc.
Rincon Health Center, Inc.
Rio Grande Community Health Center, Inc.
Rio Hondo Cinema, Corp.
RJ Hughes Sbtulwt Re Hughes UAD 05/28/2012
    Robert B. Hughes TTee
RM Children's Trust
Robert B. Faber
Robert Kazmierski
Robert Ramos Martin
Robert W. Baird & Co. Incorporated
Robert Wong
Roberto Perez Colon
Roberto Torres Lugo
Rock Solid Technologies, Inc.
Rocket Learning, LLC
Rocket Teacher Training, LLC
Rodriguez-Parissi & Co., C.S.P.
Ronald Klempner

Ronald Ramos
Ronald Ramos Martin
Roosevelt & Cross
Rosa E. Lespier Santiago
Rosa Lespier Santiago
Rosa M. Aguayo Pacheco
Rosa M. Pierluisi
Rosa Rosario De Morales
Rosalina Ortiz De Jesus
ROSSANA LOPEZ LEON
Rosso Group, Inc.
Roy Robertson
RRW I LLC
Ruth Valdes de Adsuar
S & L Development S.E.
S.H.V.P. Motor Corp.
Sabiamed Corporation
SAMUEL GRACIA-GRACIA
Sandra Maclay De Serralles
Sanford C. Bernstein & Co., LLC
Santos Gonzalez Morales
Santos Mulero Sierra
Sara E. De Jesus
Sara E. De Jesus De Pico
Scotia MSD
Scottrade, Inc.
Seguros Colon Colon, Inc.
SEI Private Trust Company
SEI Private Trust Company/C/O GWP
Semper Innova Corporation
Senator Global Opportunity Master Fund LP
Service Group Consultant Inc.
Servicio de Transportacion Juan Carlos Inc.
Servicios Profesionales Integrados a la Salud,
    Inc.
Servidores Publicos Unidos de Puerto Rico
Sesco Technology Solutions, LLC
Shalini Gupta
Sidley Austin LLP
Sign Language Interpreters, Inc.
Skanska USA Building Inc.
SL Liquidation Fund LP
SL Puerto Rico Fund II LP
SL Puerto Rico Fund LP
Sophie Aalaei
Southwest Securities, Inc.
SSB - Blackrock Institutional Trust
SSB - Trust Custody
SSB&T Co/Client Custody Services
SSM & Associates, Inc.
St. James Security Services, LLC

State Street Bank & Trust/State Street TotalETF
State Street Bank and Trust Company
Stephens Inc.
Sterne, Agee & Leach, Inc.
Stifel, Nicolaus & Company, Incorporated
Stockcross Financial Services, Inc.
Stoever Glass & Co.
Stone Lion IE, a fund of Permal Account
    Platform ICAV
Stone Lion L.P
Strategic Income Fund-MMHF
Stuart Dwork
Sucesion Francisco Xavier Gonzalez Goenaga
SUCN Oscar Rodriguez Crespo
Suiza Dairy Corporation
Super Plastico, Inc.
Suzette Abraham
Suzette Abraham Vizcarrando
Suzuki del Caribe, Inc.
SV Credit, L.P.
Sweney Cartwright Co
Sylvia I. Martinez Calimano
Syncora Guarantee Inc.
T R C Companies
Tactical Equipment Consultants, Inc.
Taller de Desarollo Infantil y Prescolar
    Chiquirimundi Inc.
Tasman Fund LP
Tatito Transport Service Inc.
TCM Capital
TD Ameritrade Clearing, Inc.
TD Prime Services LLC
TEC Contractors, LLC
Telefonica Larga Distancia de Puerto Rico, Inc.
Teresa N. Fortuna Garcia
Teresa R. Miller
the Asociación de Maestros de Puerto Rico
The Bank of New York Mellon/FMS Bonds,
    Inc.
The Bank of New York Mellon/Mellon Trust of
    New England, National Association
The Bank of New York Mellon/Nomura Bank
    Int'l PLC
The Bank of New York/FMSBonds, Inc.
The Bank of New York/Popular Securities, Inc.
The Bank of Nova Scotia
The Belaval Burger Grandchildren Trust,
    represented by UBS Trust Company of
    Puerto Rico
The Boston Consulting Group, Inc.

18

The Canyon Value Realization Master Fund, L.P.
The Estate of Daniela Moure
The Hector L. Gonzalez Cruz Retirement Plan, represented by UBS Trust Company of Puerto Rico
The Hefler Family Trust
The Huntington National Bank
The Jesus Golderos Trust
The Madeline Torres Figueroa Retirement Plan, Represented By UBS Trust Company of Puerto Rico
The Northern Trust Company
The Official Committee of Unsecured Creditors
The Värde Skyway Master Fund, L.P.
Thelma Vidal
THOMAS RIVERA-SCHATZ
Timber Hill LLC
Tito Ramirez Bus Service Inc.
Tomas Correa Acevedo
Total Petroleum Puerto Rico Corp.
Transcore Atlantic, Inc.
Transporte Escolar S S Inc.
Transporte Sonnel Inc.
Transporte Urbina Inc.
Trent and Jodene Lareau Revocable Trust
Trinity Metal Roof and Steel Structure Corp.
Triple - S Salud, Inc.
Truenorth Corp.
Tson-Kuang Wu and Mu-Niau Wu Tr, Wu Trust UA 04-27-1999
U.S. Bank Trust National Association
UBS Financial Services Inc.
UBS Financial Services, Inc. of Puerto Rico
UBS Securities LLC
Ulysses Offshore Fund, Ltd.
Ulysses Partners, LP
UMB Bank, National Association
UNETE
Union Bank & Trust Company
Union Bank, N.A.
UNION DE EMPLEADOS DE OFICINA COMERCIO Y RAMAS ANEXAS, PUERTOS
UNION DE EMPLEADOS DE OFICINA Y PROFESIONALES DE LA AUTORIDAD DE EDIFICIOS PUBLICOS
UNION DE EMPLEADOS PROFESIONALES INDEPENDIENTES
Union Employees Office Commerce
Union Holdings, Inc.

UNION INDEPENDIENTE DE EMPLEADOS DE LA AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS
UNION INSULAR DE TRABAJADORES INDUSTRIALES Y CONSTRUCCIONES ELECTRICAS INC.
UNION NACIONAL DE EDUCADORES Y TRABAJADORES DE LA EDUCACION
Union of Office Employees and Professionals of AEP
Union of Professional Employees Independent
United States Department Of Agriculture - Rural Development
Universal Care Corp. (Unicare)
Universal Group, Inc.
Universal Insurance Company
Universal Life Insurance Company
USAA Invest Mgmt Co
USAA Investment Management Company
VAB Financial
Value Sales Corporation
VAMOS Citizens' Concertacion Movement
Vanguard Marketing Corporation
Vazquez Y Pagan Bus Line, Inc.
Victor M. Rivera
VIIV Healthcare Puerto Rico, LLC
Vision Financial Markets LLC
Vitol, Inc.
Vivian Hernandez Vinas
Vivian Purcell
VMC Motor Corp.
Wal-Mart Puerto Rico Inc.
Walter Alomar Jiménez
Warren Min
Wedbush Securities Inc.
Wells Fargo / Safekeep
Wells Fargo Bank, N.A./Sig
Wells Fargo Bank, National Association
Wells Fargo Clearing Services LLC AKA or FKA First Clearing LLC
Wells Fargo Municipal Bond Fund
Wells Fargo Securities, LLC
Wells Fargo Wisconsin Tax Free Fund
Wells Fargo/SafeKeep
Wesbanco Bank, Inc.
West Corporation
WF Computer Services, Inc.
Whitebox Asymmetric Partners, LP as Transferee of Syncora Guarantee Inc.
Whitebox Caja Blance Fund, LP as Transferee of Syncora Guarantee Inc.

Whitebox GT Fund, LP as Transferee of
    Syncora Guarantee Inc.
Whitebox Multi-Strategy Partners, LP as
    Transferee of Syncora Guarantee Inc.
Whitefort Capital Master Fund, LP
Wilfredo Vazquez Olivencia
William Blair & Company, L.L.C.
William D. Dougan JR Ten WRAS
William Rifkin
William Rivera Transport Service Inc.
William Shuzman
Wilson Rivera Ortiz
Wynndalco Enterprises, LLC
Xerox Corporation
Yohana De Jesús Berríos
Yvonne Baerga Varela
Zoe Partners LP
Zoraida Buxó Santiago

**Lift Stay**

Abengoa Puerto Rico, S.E., Abengoa, S.A.
Alvin Marrero-Mendez
Alys Collazo Bougeois
Amado Ravelo Guerrero
Ana I. Iturregui Margarida
Angel L Martinez-Alvarez
Antonia Fuentes-Gonzalez
Antonio Cosme-Calderon
Antonio Vega-Fernández
Aquasur Corporation
Arnaldo Ortiz-Ortiz
Bahia Park S.E., B.P. S.E.
Beatriz Nieves-Lpez
Bernice Beauchamp-Velazquez
Carlos E. Iturregui Margarida
Carlos Guzman-Nieves
Carmen Iris Rivera Cosme
Conjugal Partnership Crespo-Colon
Corporacin de Servicios Integrales de Salud del
    Area de Barranquitas, Comero, Corozal,
    Naranjito y Orocovis
Corporacion Marcaribe Investment (Marcaribe)
Daniel Almeida Medina
Eliezer Santana Baez
Emmanuel Aponte-Colon
erfecto Crespo Bermudez
Estate of Onelia Alicea
FRANCISCO LEONI CHARLES
Frente Unido de Policias Organizados
Frente Unido de Policias, Concilio Nacional de
    Policias

GAM Realty LLC
Genaro Herrera Dos Reis
Gerson Gonzalez-Ricano
GILBERTO ARES CANDELARIA
Gladys Garcia-Rubiera
Glenda Colon-Figueroa
Gloria M. Esteva Marqués
Grisell Cuevas-Rodriguez
Henessy Ravelo Jaquez
Heriberto Nieves Dominguez
Hospital San Juan Capestrano, Inc
Ismael L. Purcell Soler
Ivan Fuentes Vazquez
Javier Andino-Gaudin
Javier Perez-Rivera
Jorge Lucas Pérez Valdivieso Torruella
JOSE ENRIQUE ORTIZ RIVERA
Jose Lopez Medina
José Orbi
José Ortíz Bibiloni
Josue Aquino-Colon
Josue Ismael Saavedra Vera
Julio E Leandry-Hernández
Karen Odalys Fuentes Rivera
Keila Robles Figueroa
Las Monjas Realty II, SE
Leslie Jay Bonilla Sauder
Lourdes Perdigon
Lucas Pérez Valdivieso Torruella
Luis F. Gonzalez-Colon
Luis Montes-Valentin
Luisa Murray Soto
Luz Pizarro-Correa
Maria Ivonne Viguie-Fernandez
Maria Judith Diaz
Maria Judith Marchand-Sanchez
Marlene Jaquez Urea
Martami, Inc
Master Link Corp.
Michael E. Danuz Reyes
Michael Melendez
Milagros Mendez Arvelo
Mitchell De Jesus-Soto
Municipality of Ponce
Nicolás Iturregui Margarita
Orlando Arroyo-Morales
Pan Amerircan Grain Co., Inc.
Pedro Carbonera Pardo
Pedro Iturregui Margarida
PFZ Properties, Inc.
Puerto Rico Bathroom Remodeling, Inc.

RESUN (Barceloneta) LLC
Rose Marie Flores-Perez
Sammy Baez-Figueroa
SUCESION MANDRY MERCADO
Tallaboa Industrial Deveopment, Inc.
Tens Development, L.L.C.
Thamari Gonzalez Martinez
The Estate of Yesmin Galib Frau composed by
Yesmin Marie, Lucas P., María Teresa and
María Cristina Leonor Valdivieso Galib
The Estates of Gabriel Fuentes Vázquez and
Evangelina Benejam-Otero, Comprised by
Gabriel, Jorge L. and Jose R. Fuentes-
Benejam
Virgilio Fernando Acevedo Rivera
Wide Range Corp.
Yolanda Cano- Angeles

**Mediation**

Chief Judge Barbara J. Houser
Judge Christopher M. Klein
Judge Nancy Friedman Atlas
Judge Roberta A. Colton
Judge Thomas L. Ambro
Judge Victor Marrero

**Monolines**

Assured Guaranty Corporation
Assured Guaranty Municipal Corporation
MBIA, Inc.

**FOMB Interested Parties**

9-1-1 Service Governing Board
Additional (Electronic) Lottery
Ana J. Matosantos, Member of the Board
Andrew G. Biggs, Member of the Board
Automobile Accidents Compensation
Administration
Cardiovascular Center Corporation of Puerto
Rico and the Caribbean
Christain Sobrino, Ex Officio Member of the
Board
Commonwealth of Puerto Rico
Corporation for the "Caño Martin Peña" Project
(ENLACE)
Culebra Conservation and Development
Authority
David A. Skeel Jr., Member of the Board
Economic Development Bank for Puerto Rico
Employees' Retirement System (ERS)

Fine Arts Center Corporation
Gov. Alejandro García Padilla, Ex-Officio
Member of the Board
Institute of Puerto Rican Culture
Institutional Trust of the National Guard of
Puerto Rico
Jaime A. El Koury, General Counsel of the
Board
Jose B. Carrión III, Member of the Board
José R. González, Member of the Board
Land Authority of Puerto Rico
Natalie Jaresko, Executive Director & Interim
Revitalization Coordinator
Noel Zamot, Ex-Revitalization Coordinator
Puerto Rico and Municipal Islands Transport
Authority
Puerto Rico Conservatory of Music Corporation
Puerto Rico Council on Education
Puerto Rico Ports Authority
Puerto Rico Telephone Authority
Puerto Rico Tourism Company
Puerto Rico Trade and Export Company
Ramón M. Ruiz, Interim Executive Director of
the Board
Solid Waste Authority
Special Communities Perpetual Trust
Traditional Lottery
Unemployment Insurance Fund

**Unions**

Asociacion de Maestros de Puerto Rico
Asociación de Maestros de Puerto Rico
Capitulo de Retirados de SPU
Capítulo de Retirados de SPU
Cooperativa de Ahorro y Crédito de Juana Díaz
Cooperativa de Ahorro y Crédito de Rincón
Cooperativa de Ahorro y Credito del Valenciano
Cooperativa de Ahorro y Crédito Dr. Manuel
Zeno Gandía
Hermandad de Empleados del Fondo del Seguro
del Estado, Inc.
SEIU Local 1199/Union General de
Trabajadores
SEIU Local 1996/Sindicato Puertoriqueno de
Trabajadores y Trabajadores
Servidores Públicos Unidos, AFSCME Council
95
Servidores Públicos Unidos, AFSCME Council
95

**Agencies**

21

911 Emergency System Bureau
American Federation of State, County and
    Municipal Employees
AmeriCorps
Bureau of Special Investigations
Child Support Administration
Childcare and Childhood Integral Development
    Administration
Commonwealth of Puerto Rico Regional Center
    Corporation
Company for the Integral Development of the
    "Península de Cantera"
Controller's Office
Cooperative Development Commission
Corporation for the "Caño Martín Peña" Project
Corporation of Industries for the Blind and
    Mentally Retarded and Incapacitated Persons
    of Puerto Rico
Corps of Firefighters Bureau
Corps of Medical Emergencies Bureau
Criminal Justice Information System
Departamento de Justicia de Puerto Rico
Department of Agriculture
Department of Consumer Affairs
Department of Correction and Rehabilitation
Department of Defense
Department of Economic Development and
    Commerce
Department of Education
Department of Energy
Department of Family
Department of Health
Department of Homeland Security
Department of Housing
Department of Housing and Urban Development
Department of Human and Health Services
Department of Justice
Department of Justice - Office of General
    Solicitor
Department of Labor and Human Resources
Department of Natural and Environmental
    Resources
Department of Public Safety
Department of Sports and Recreation
Department of State
Department of the Interior
Department of Transportation
Department of Treasury
Department of Veterans Affairs
Economic and Statistics Administrations
Emergency and Disaster Management Bureau

Employment and Training Enterprises
    Corporation
Environmental Protection Agency
Environmental Quality Board
Family and Children Administration
Farm Insurance Corporation of Puerto Rico
Federal Communications Commission (FCC)
Federal Emergency Management Agency
    (FEMA)
Fiscal Agency and Financial Advisory Authority
Forensics Science Bureau
General Services Administration
Government Development Bank for Puerto Rico
Government Ethics Office
Horse Racing Administration
Human Rights Commission
Independent Consumer Protection Office
Industrial Commission
Internal Revenue Service
Investigation, Processing and Appellate
    Commission
Judiciary Retirement System
Labor Development Administration
Labor Relations Board
Local Redevelopment Authority of the Lands
    and Facilities of Naval Station Roosevelt
    Roads
Mental Health Services and Addiction Control
    Administration
Model Forest
Musical Arts Corporation
National Guard of Puerto Rico
Natural Resources Administration
Office for Community and Socioeconomic
    Development of Puerto Rico
Office of Administration and Transformation of
    Human Resources in the Government of
    Puerto Rico
Office of Court Administration
Office of Electoral Comptroller
Office of Industrial Tax Exemption
Office of Legislative Services
Office of Management and Budget
Office of Municipal Management
Office of the Commissioner of Financial
    Institutions
Office of the Commissioner of Insurance
Office of the Governor
Office of the OMBUDSMAN
Office of the OMBUDSMAN - Elders and
    Pensioners

22

Office of the OMBUDSMAN - Patients and Health
Office of the OMBUDSMAN - Persons with Disabilities
Office of the OMBUDSMAN - Veterans
Office of the OMBUDSMAN - Women
Office of the Solicitor - Special Independent Prosecutor
Parole Board
Permits Management Office
Planning Board
Port of the Americas Authority
PR Federal Affairs Administration
Pretrial Services Program
Program of Youth Affairs
Public Building Authority
Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives
Public Housing Administration
Public Service Appellate Commission
Public Service Commission
Puerto Rico Aqueduct and Sewer Authority
Puerto Rico Convention Center District Authority
Puerto Rico Department of Justice
Puerto Rico Education Council
Puerto Rico Electric Power Authority
Puerto Rico Energy Administration
Puerto Rico Energy Commission
Puerto Rico Fiscal Agency and Financial Advisory Authority
Puerto Rico Health Insurance Administration
Puerto Rico Industrial Development Company
Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority
Puerto Rico Infrastructure Finance Authority
Puerto Rico Integrated Transit Authority (PRITA)
Puerto Rico Land Administration
Puerto Rico Maritime Shipping Authority
Puerto Rico Medical Services Administration
Puerto Rico Metropolitan Bus Authority
Puerto Rico Municipal Finance Agency
Puerto Rico Police Bureau
Puerto Rico Public Broadcasting Corporation
PUERTO RICO PUBLIC BUILDINGS AUTHORITY
Puerto Rico Public Private Partnerships Authority

Puerto Rico School of Plastic Arts
Puerto Rico Telephone Company d/b/a Claro
Securities & Exchange Commission
Socioeconomic Development of the Family Administration
State Elections Commission
State Historic Conservation Office
State Office of Energy Public Policy
Statistics Institute of PR
Superintendent of the Capitol
Telecommunications Regulatory Board
Transit Safety Commission
Transportation and Public Works
U.S. Department of Justice, Civil Division
United States Attorney for the Southern District of New York
United States Department of Justice
United States District Court, District of Massachusetts
University of Puerto Rico Comprehensive Cancer Center
US Army Corps of Engineers
US Attorney for the District of Puerto Rico
US Department of Agriculture
US Department of Commerce
US Department of Education
US Department of Health and Services
US Department of Justice
US Trustee for the District of Puerto Rico
Vocational Rehabilitation Administration

**Governmental Entity**

Corporation for the "Caño Martín Peña" Project
Department of Defense
Department of Energy
Department of Homeland Security
Department of Housing and Urban Development
Department of the Interior
Department of Transportation
Department of Veterans Affairs
Environmental Protection Agency
Puerto Rico Electric Power Authority
The Public Company Accounting Oversight Board (PCAOB)

**Municipalities**
Municipality of Adjuntas
Municipality of Aguada
Municipality of Aguadilla
Municipality of Aguas Buenas
Municipality of Aibonito

Municipality of Añasco
Municipality of Arecibo
Municipality of Arroyo
Municipality of Barceloneta
Municipality of Barranquitas
Municipality of Bayamón
Municipality of Cabo Rojo
Municipality of Caguas
Municipality of Camuy
Municipality of Canóvanas
Municipality of Carolina
Municipality of Cataño
Municipality of Cayey
Municipality of Ceiba
Municipality of Ciales
Municipality of Cidra
Municipality of Coamo
Municipality of Comerío
Municipality of Corozal
Municipality of Culebra
Municipality of Dorado
Municipality of Fajardo
Municipality of Florida
Municipality of Guánica
Municipality of Guayama
Municipality of Guaynabo
Municipality of Hatillo
Municipality of Hormigueros
Municipality of Humacao
Municipality of Isabela
Municipality of Jayuya
Municipality of Juana Díaz
Municipality of Juncos
Municipality of Lajas
Municipality of Lares
Municipality of Las Marías
Municipality of Las Piedras
Municipality of Loiza
Municipality of Luquillo
Municipality of Manatí
Municipality of Maricao
Municipality of Maunabo
Municipality of Mayagüez
Municipality of Moca
Municipality of Morovis
Municipality of Naguabo
Municipality of Naranjito
Municipality of Orocovis
Municipality of Patillas
Municipality of Peñuelas
Municipality of Quebradillas

Municipality of Rincón
Municipality of Rio Grande
Municipality of Sabana Grande
Municipality of Salinas
Municipality of San Germán
Municipality of San Juan
Municipality of San Lorenzo
Municipality of San Sebastián
Municipality of Santa Isabel
Municipality of Toa Alta
Municipality of Toa Baja
Municipality of Trujillo Alto
Municipality of Utuado
Municipality of Vega Alta
Municipality of Vega Baja
Municipality of Vieques
Municipality of Villalba
Municipality of Yabucoa
Municipality of Yauco
Noel Zamot, former Revitalization Coordinator
   of the Board

**UCC Members**
Baxter Sales and Distribution Puerto Rico Corp.
Drivetrain, LLC, as the Creditors' Trustee for
   Doral Financial Corporation
Genesis Security Services, Inc.
Service Employees International Union
The Unitech Engineering Group, S.E.
Tradewinds Energy Barceloneta, LLC.

**Retiree Comm**
Blanca Paniagua
Carmen Nunez
José Marin
Juan Ortiz
Lydia Pellot
Marcos A. Lopez
Miguel Fabre
Milagros Acevedo
Rosario Pacheco

**Appearances**
65 Infanteria Shopping Center, LLC
Abengoa Puerto Rico, S.E.
Abengoa S.A.
Adrian Mercado Jimenez
AES Puerto Rico, L.P.
Aguirre Offshore Gasport, LLC
Aida Rossy Clemente
AIG Insurance Company

Altair Global Credit Opportunities Fund (A),
    LLC
Ambac Assurance Corporation
AmeriNational Community Services, LLC
Ana Figueroa Colón
Andalusian Global Designated Activity
    Company
Angely M. Aponte-Pagán
Anne Catesby Jones
Annette Mary Blasini Batista
Antilles Power Depot, Inc.
Antonia Rita Blasini Batista
Antonio Fuentes-González
Arc American, Inc.
Arthur Samodovitz
Asociación de Empleados del Estado Libre
    Asociade
Asociación de Jubilados de la Judicatura de
    Puerto Rico, Inc.
Asociación de Profesores y Profesoras del
    Recinto Universitario de Mayagüez, Inc.
Asociacion de Salud Primaria de Puerto Rico
Aurelius Investment, LLC
Aurelius Opportunities Fund, LLC
Autonomous Municipality of Ponce
Autonomous Municipality of San Juan
Autonomy Capital (Jersey) LP
Autopistas de PR, LLC
Autopistas Metropolitanas de Puerto Rico, LLC
Backyard Bondholders
Banco Popular de Puerto Rico
Banco Santander Puerto Rico
Bank of America
Bank of America Merrill Lynch
Bard Shannon Limited
BEC Co, Inc. d/b/a Empacadora Hill Brothers
Bella Export Corporation
Bella International, LLC
Bella Retail Group, LLC
Beltrán Cintrón
Bermudez, Longo, Diaz-Mosso, LLC
Caribbean Airport Facilities, Inc.
Caribbean Hospital Corporation
Carlos Ifarraguerri Gomez, MD
Carlos Lopez-Lay
Carlos Pérez Molina
Carmen Rodriguez Colon
CD Builders, Inc.
Centro de Periodismo Investigativo Inc.
Centro Del Sur Mall, LLC
César Caminero Ramos

Cesar Castillo, Inc.
Constructora Santiago II, Corp.
Cooperativa A/C Roosevelt Roads
Cooperativa A/C Vegabajeña
Cooperativa De Ahorro Y Credito Abraham
    Rosa
Cooperativa De Ahorro Y Credito De Aguada
Cooperativa De Ahorro y Credito de Empleadoes
    Municipales de Guaynabo (a/k/a
    MUNICOOP)
Cooperativa De Ahorro y Crédito De Isabela
Cooperativa De Ahorro Y Credito De Lares Y
    Region Central
Cooperativa de Ahorro y Crédito de Santa Isabel
Cooperativa De Ahorro Y Credito El Valenciano
Cooperativa de Ahorro y Crédito Jayucoop
Cooperativa de Ahorro Y Credito San Jose
Cooperativa de Ahorro y Crédito Vega Alta
Cooperativa De Ahorro Y Credito Zeno Gandia
Cooperativa de Seguros Múltiples de Puerto
    Rico
Corporacion De Servicios De Salud Y Medicina
    De Avanzada
Corporación Publica para la Supervisión y
    Seguro de Cooperativas de Puerto Rico
    ("COSSEC")
Coto Laurel Solar Farm, Inc.
Crown Managed Accounts for and on behalf of
    Crown/PW SP
Del Valle Group, SP
Depository Trust Company
Doral Financial Corporation
EcoEléctrica, L.P.
Edgordo Seda Arroyo
Eduardo Bhatia Gautier
Elias Sánchez-Sifonte
Emmanuel Rodríguez Collazo
Erasto Zayas López
Federación de Maestros de Puerto Rico
Ferrovial Agroman, SA
Fidecoop, Cooperativa De Ahorro Y Credito De
    Rincon
Fideicomiso Del Valle Martinez II
Filsinger Energy Partners, Inc
Financial Guaranty Insurance Company
Finca Matilde, Inc.
Finca Perseverancia, Inc.
First Transit of Puerto Rico, Inc
Fondo de Inversión y Desarrollo Cooperativo,
    Inc.
Francisco Levy Hijo, Inc.

Germán Torres Berrios
Gila, LLC
Glendon Opportunities Fund, L.P.
GMS Group, LLC
Goldman Sachs Asset Management, LP
Helvia Cruz Ybarra
Hermanos Torres Torres, Inc.
Hilda O. Cartagena
HPM Foundation, Inc.
IKON Solutions, Inc.
Ileana Ortiz-Santiago
Inmobiliaria Levy, inc.
Insight Management Group, Inc.
Instituto de Competitividad Y Sostenibilidad
    Ecomomica de Puerto Rico
Integrand Assurance Company
Interamerican Turnkey Development Co., Inc.
Interamericas Turnkey, Inc.
International Automotive Distributors Group,
    LLC
Isla del Río, Inc
Ivan Ayala
Jaime Rodríguez Avilés
Jeronimo Esteve Abril
Jesús M. Rodríguez Rosa
Joel Isander Cuadrado Delgado
Jorge Valdes Llauger
Juan Alberto Santiago Meléndez
Juan Alberto Torres Berrios
Julie I. Escudero
Julio E Leandry-Hernández
Julio Rancel López
Kanoso Auto Sales Inc.
KDC Solar, LLC
Laura E. Climent Garcia
Legal Partners, PSC
Levy Echeandia Trust
Lex Claims, LLC
Liberty Cablevision of Puerto Rico, LLC
LMA SPC for and on behalf of Map 98
    Segregated Portfolio
Lolita Gandarilla de Casasnovas
Lord Electric Company of Puerto Rico
Luis A Rivera Siaca
Luis Modesto Rodríguez Rivera
Luis R. Santini Gaudier
M Solar Generating, LLC
Management Consultants & Computer Services.
    Inc
Marathon Asset Management, LP
Marcia Gil Caraballo

María A. Martínez
María Elena Alonso Fuentes
Maritza Nieves Torres
Mark Elliott
Mason Capital Master Fund, L.P.
MCS Advantage, Inc.
MCS Health Management Options, Inc.
MCS Life Insurance Company
Medical Card System, Inc.
Members of Sucesión Pastor Mandry Nones
Metric Engineering, Inc.
Metro Pavia Health System
Migrant Health Center, Inc.
Mitsubishi Motor Sales of Caribbean, Inc
Municipality of Guayanilla
Municipality of Gurabo
National Public Finance Guarantee Corporation
NeoMed Center, Inc.
Nokota Capital Master Fund, L.P.
Norberto Tomassini
Norma Bernier Casanova
Nustream Communications Corp
Nydia M. Morales
Oaktree Opportunities Fund IX (Parallel 2), L.P.
Oaktree Opportunities Fund IX Delaware, L.P.
Oaktree Opportunities Fund X Holdings
    (Delaware), L.P.
Oaktree Opps X Holdo Ltd.
Oaktree Value Opportunities Fund Holdings,
    L.P.
Oaktree-Forrest Multi-Strategy, LLC (Series B)
Oceana Master Fund Ltd.
Ocher Rose, L.L.C.
Official Committee of Retired Employees of
    Puerto Rico
Olga I. Trinidad Nieves
Opps Culebra Holdings, L.P.
Oracle America, Inc.
Oracle Caribbean, Inc.
Orlando Torres Berrios
OZ Management II, LP
OZ Management LP
P. R. Used Oil Collectors, Inc.
Pablo Del Valle Rivera
Pandora Select Partners, L.P.
Pattern Santa Isabel LLC
PBJL Energy Corporation
Peaje Investments, LLC
Pedro A. Vargas-Fontánez
Pedro L. Casasnovas Balado
Peerless Oil & Chemicals, Inc.

Pentwater Merger Arbitrage Master Fund Ltd.
Popular Securities, LLC
Popular, Inc.
Prosol-Utier
PV Properties, Inc.
PWCM Master Fund Ltd
QTCB Noteholder Group
Quality Equipment, Inc.
Rafael Bonilla Rivera
Ramón A. Bonilla Martínez
Raúl E. Casasnovas Balado
Reliable Equipment Corporation
Rene Pinto-Lugo
Rexach Hermanos, Inc.
Ricardo Levy Echeandia and Lourdes Arce
    Rivera, abd Laura Levy
River Canyon Fund Management, LLC
Roberto Quiles
Roche Diagnostics Corporation
Salud Integral en la Montana
Salvador Rovira Rodriguez
Samuel Rodriguez Claudio
Santander Securities, LLC
Siemens Corporation
Siemens Transportation Partnership Puerto Rico,
    S.E.
Silvia Batista Castresana
Silvia Consuelo Blasini Batista
Sistema de Retiro de los Empleados de la
    Autoridad de Energía Eléctrica
Softek, Inc.
Sola Ltd
Solus Alternative Asset Management LP
Solus Opportunities Fund 5 LP
Sonia Ivette Carrasquillo Calderón
South Parcel of Puerto Rico, SE
State Insurance Fund Corporation
Stericycle
Sucesión Sastre Wirshing
Super Asphalt Pavement Corporation
Syncora Capital Assurance, Inc.
Tamrio, Inc.
TEC General Contractors, Corp.
The Bank of New York Mellon
Trinity Services I, LLC
Ultra Master LTD
Union de Medicos de la Corporacion del Fondo
    del Seguro del Estado Corp.
United Surety & Indemnity Company
Universidad Central del Caribe, Inc.
Universidad Interamericana, Inc.

University of Puerto Rico
US Bank National Association
US Bank Trust, National Association
Vilma Teresa Torres López
Vitol S.A.
Viviana Ortiz Mercado
Voya Institutional Trust Company
Voz Activa, Inc.
Western Surety Company and Continental
    Casualty Company
Whitebox Asymmetric Partners, LP
Whitebox Institutional Partners, L.P.
Whitefish Energy Holdings, LLC
William Santiago-Sastre, Esq.
Windmar Renewable Energy, Inc.
WorldNet Telecommunications, Inc.

**Interested Party**

AFICA
Contributions to Municipalities (CRIM)`
Cooper Power Systems, LLC
Cooperativa de Ahorro & Credito San Rafael
Cordova & Dick LLC
Core Laboratories N.V. D/B/A/ Saybolt
CORRECTION CORPORATION OF
    AMERICA
Correctional Health
CORTLAND CAPITAL MARKET SERVICES
    LLC
Court of Appeals
Court of First Instance
CRUFON CONSTRUCTION CORP
Cynthia Cruz Emmanuelli
Department of Transportation and Public Works
DEPTO TRABAJO Y RECURSOS
    HUMANOS
Destilerias Serralles, Inc.
DEYA ELEVATOR SERVICE INC
Diabel Del C. Colon Lugo
Diana Iris Morales Lopez
DRC CORPORATION
Edgar M. Esquilin Monge
Edwin F. Alicea Liciaga
El Puente de Williamsburg, Inc. - Enlace de
    Accion Climatica
Elderly and Retired People Advocate Office
Emergency Management and Disaster Admin
    Agency
Emergency Medical Services Corps
Energy Affairs Office
Enrique Vazquez Quintana

Estate of Delia Hernandez
Evertee Group LLC
Excelerate Energy Puerto Rico, LLC
FDR 1500 Corp
Fegan Scott LLC
Fernando Perez Gutierrez
Ferrovial Agroman, SA & TEC General
    Contractors, Corp.
Fideicomiso Hernandez Castrodad
Francisco Pares Alicea
Fundador Albarran Irizarry
Funeraria Shalom Memorial Inc.
G RG ENGINEERING S E
General Court of Justice
Genovese Joblove & Batista, P.A.
Goldman, Antonetti & Cordova, LLC
Goodwin Procter LLP
Grace Arroyo Negron
Hacienda
Health Advocate Office
Hector M. Correa Correa
Heriberto Mattei Torres
Hernandez-Oharriz & Santiago Law Firm, PSC
Highfields Capital I LP
Highfields Capital II LP
Highfields Capital III LP
Hiram Perez Soto
Hon. Luis G. Fortuño
House of Representatives
Housing Financing Authority (HFA)
Hunton Andrews Kurth LLP
INCOM INVESTMENTS CORP.
Indian Harbor Insurance Company
Inspectorate America Corporation
Institute of Forensic Sciences
Institute of Statistics
Invesco Advisers, Inc.
Invesco/Oppenheimer Funds
Iris I. Cantres Quinones
Jane A. Becker Whitaker, Esq.
Javier A. Aponte Machado
Jeanette Torres Camacho
JLG CONSULTING ENGINEERING, P.S.C.
Joel R. Almodovar Rivera
John G. Sanchez Santos
John Rojas Velez
Jose A. Leon Rosario
Jose Alberto Maymo Azize
Jose Angel Almodovar Collazo
Jose N. Rivera Vilar
Jose R. Cardona Jiminan

Jose R. Toro Rivera
Josefina Guinot Melendez
Juan C. Leon Santiago
Juan C. Rodriguez Centeno
Juan L. Santa Hernandez
Julio A. Rivera Gonzalez
Kane Russell Coleman Logan PC
KARIMAR CONSTRUCTION INC
Legislative Assembly
Lideliz Candelario Candelario
Lilliam Janey Disla Mencia
Lloyd's Syndicates MIT 3210, KLN 510, MMX
    2010, CSL 1084, TMK 1880, AML 2001,
    and BRT 2987 Subscribing to Policy No.
    B080414390F14
Lloyd's Syndicates MSP 318, WRB 1967, and
    AGM 2488 Subscribing to Policy No.
    B0804Q11263F14
Luis E. Almeida Marin
LUIS J. COSTAS-RUSSELL
Luis T. Toro Ramos
Magdalena Maldonado Rivera
ManpowerGroup, Inc.
Maria Baco Alfaro
María Colón Crispin
Maria M. Candelas Guzman
Maria Mendez Crespo
Maribel Flores Martin
Markel Europe
Martin J. Wah Reyes
Martín Peña Canal ENLACE Project
    Corporation
Martinez-Alvarez, Menendez Cortada & Lefranc
    Romero, PSC
Mayaguezanos por la Salud y el Ambiente, Inc.
Mayra Grajalsperez
McGuire Woods, LLC
Mercedes J. Almeyda Domenech
Merin Lizzette Boada Molina
Michael A. Gonzalez Vega
Miguel A. Beauchamps Ramos
Milagros Del C. Aponte Hernandez
Moore & Van Allen PLLC
Moraima S. Ríos-Robles
Morgan, Lewis & Bockius LLP
Musical Arts and Stagecraft Corporation
Nancy J. Gargula, United States Trustee for
    Region 21
Nevares, Sanchez-Alvarez & Cancel PSC
Nextgen Healthcare, Inc.
Nuveen Asset Management, LLC

Oaktree Huntington Investment Fund II, LP
Office of the Comptroller
Office of the Inspector General
Olga M. Rabell Rosa
Olimac Manufacturing Corporation
ORONOZ & ORONOZ
Orrick, Herrington & Sutcliffe, LLP
Oscar A. Remus Abreu
Oscar F. Arroyo Oliveras
Oscar X. Ocasio Gonzalez
Partnerre Ireland Insurance DAC
Pedro Rodriguez Tirado
PLUMBING & SEWER CLEANING RUS
    CORP.
POLYMER INDUSTRIES INC
Ponce Port Authority
Puerto Nuevo Security Guards, Inc.
Quality Systems, Inc.
QUEST DIAGNOSTICS OF PUERTO RICO,
    INC.,
QUINTERO CONSTRUCTION S E
Rafael Enrique Ducos Bravo
Rafael Rodriguez Quintana
RAFAEL ROMAN-JIMENEZ
Ramos Gonzalez & Toyos Olascoaga, CSP
Ready & Responsible Security, Inc.
Redwood Master Fund, Ltd
Roberto del Toro Morales
Roberto Luis Camacho Jusino
Roberto Marrero Diaz
Roshell Soto Garcia
Samuel A. Pena Ortiz
Saybolt LP
SCHOENFELD Asset Management LP
SCHULTE ROTH & ZABEL LLP
Sciemus Limited
Sculptor Capital LP (f/k/a OZ Management LP)
Sculptor Credit Opportunities Master Fund, Ltd.
    (f/k/a OZ Credit Opportunities Master Fund,
    Ltd.),
Sculptor Enhanced Master Fund, Ltd. (f/k/a OZ
    Enhanced Mater Fund, Ltd.),
Sculptor GC Opportunities Master Fund, Ltd.
    (f/k/a OZ GC Opportunities Master Fund,
    Ltd.)
Sculptor Master Fund, Ltd. (f/k/a OZ Master
    Fund, Ltd.),
Sculptor SC II, LP (f/k/a OZSC II L.P.)
Senate
Serengeti Asset Management, LP
Sheppard Mullin Richter & Hampton LLP

Sierra Club Puerto Rico, Inc.
SKY HIGH ELEVATORS CORP
Solymar Castillo Morales
Somos, Inc.
Special Independent Prosecutor Panel
State Historic Preservation Office
Supreme Court
TARGET ENGINEERING S E
Tradewinds Energy Vega Baja, LLC
Traffic Safety Commission
Trafigura Argentina S.A.
Trafigura Beheer B.V.
Trafigura Limited
Trafigura Trading LLC
UBARRI & ROMÁN LAW OFFICE
Ultra NB LLC
Valentin Morales Camacho
Valmont Industries, Inc.
Veterans Advocate Office
Victor L. Ortiz Perez
Victor R. Merle Vargas
Victor Santiago Frontera
Vidal, Nieves & Bauza, LLC
Vilarino & Associates, LLC
Vilmarie Ayala Cruz
Walter Pomales
Walter R. Martinez Rodriguez
WEG Electric Corp.
William Cruz Soto
Windmar Renewable Energy SE
Women's Advocate Office
Xiomara Bermudez Rios
Xiomara Rivera-Cruz
Yarely Lugo Rosa

**Other Interested Party**

10H (defendants in Adversary Proceeding 19-
    ap-359)
11H (defendants in Adversary Proceeding 19-
    ap-359)
1H - 78H, et al. (defendants in Adversary
    Proceeding 19-ap-359)
55H (defendants in Adversary Proceeding 19-
    ap-359)
56H (defendants in Adversary Proceeding 19-
    ap-359)
7Y (defendants in Adversary Proceeding 19-ap-
    359)
A & E GROUP, CORP.
A.J. AMADEO MURGA LAW OFFICES
Abertis & Ullico Inc.

Abimael Portalatiin Rosario
Abraham Garcia Roman
Abraham Giménez Plaintiff Group
Abraham-Díaz Plaintiff Group
Acevedo Arocho Plaintiff Group
Acevedo Camacho Plaintiff Group
Ad Hoc Group of Constitutional Debtholders
Ad Hoc Group of General Obligation
    Bondholders
Ad Hoc Group of Noteholders of FGIC-Insured
    Notes
Ad Hoc Group of PREPA Bondholders
ADM. SERVICIOS GENERALES
Admin for Socioeconomic Develop of the
    Family
Administration for Integral Development of
    Childhood
Adolfo E. Santiago Santiago
Adrián Roberto Mandry Mercado
Advocacy for Persons with Disabilities of the
    CW of PR
Aerostar Airport Holdings, LLC
Aerostar Holdings
AFSCME
AGM PROPERTIES CORPORATION
AKIN GUMP STRAUSS HAUER & FELD
    LLP
Alberto Rivera Ramos
Alejandro Figueroa-Ramirez
Alejandro J. Figueroa Ramirez, Esq.
Alejandro Sanjenis-Cardona
Alex Vargas Segarra
Alexandra Velez-Lugo
Alianza Comunitaria Ambientalista del Sureste,
    Inc.
Altol Chemical Environemntal Laboratory Inc.
    D/B/A Alchem Laboratory
Altol Environmental Services, Inc.
Alvarez-Estrella, Douglas
Alvin Román
Alyssa Marie Schoenberg Grantor Trust
Amaliz Vega-de la Vega
Amanda Bosch
Amarilis Ruiz Roman
Amaury Rodriguez-Alvarez
American Bankers Assurance Company of
    Florida, Federal Warranty Service
    Corporation, and Caribbean American Life
    Assurance Company
American Century Investment Management, Inc.
Amigos del Rio Guaynabo, Inc.

Ana Figueroa Colón [& LEGAL
    PARTNERSHIP OF ACQUISITIONS with
    CARLOS PÉREZ MOLINA]
Ana Garcia-Noya
Ana Maria Santiago Ramirez
Ana Padial-Guzman
Ana Zapata
Anabelle Centeno Berríos [Legal Counsel for
    PRIDCO]
Andres D Colon Lugo
Andres Matos Figueroa
Andrew Biggs
Andrew Jimenez LLC
Andrew Jimenez-Cancel
Angel D. Cintron Vega
Ángel Rodríguez Rivera
Antonio Medina
Appaloosa Management LP
Arnaldo Cruz-Sanabri
Arthur Gonzalez
Arthur J. Gonzalez
Arthur J. González, Member of the Board
Arturo Ortiz-Menes
Asociaci�n de Maestros de Puerto Rico
Asociaci�n de Maestros de Puerto Rico Local
    Sindical
Asociaci�n de Profesores y Profesoras del
    Recinto Universitario de Mayag�ez, Inc.
Asociaci�n de Suscripci�n Conjunta
Asociaci�n Puertorrique�a de Profesores
    Universitarios
Asociación de Jubilados de la Judicatura de
    Puerto Rico, Inc.
Asociación de Suscripción Conjunta
Asociación Puertorriqueña de la Judicatura, Inc.
Assured
Astrid Vazquez Gonzalez
ATCO Ltd
Aviel Lopez-Silvero Matos
Bacardi Corporation
Bacardi International Limited
Bank of America Corporation
Bank of America, N.A.
Barclays Cap/Fixed
Barclays Capital Inc.
BAUZÁ BRAU IRIZARRY & SILVA
Bellver Espinosa Law Firm
Bellver Espinosa Law Offices
Beltran Cintron
Beltrán Cintrón Plaintiff Group

Benjamin Rosa-Schellhorn
Bennazar, García & Milián, CSP
Bermudez Diaz & Sanchez LLP
Bermúdez Díaz & Sánchez LLP
Betsie Seda Collado
Bettina Whyte
Betty E. Rosa, Member of the Board
Betty Rosa
Bianca Lugo-Lewis
BMO Capital Markets GKST, Inc.
BNY Mellon Funds Trust-BNY Mellon
    Municipal Opportunities Fund
BofA Securities, Inc.
Bosque Modelo de Puerto Rico
Bufete Fernández & Alcaraz CSP
Bures-Martinez, Luis
BUTLER SNOW LLP
Cabrera & Ramos Transport, Inc.
Camacho-Geck, Maribel
Camelia Montilla-Alvarado
Camila Ortiz-Torres
Canadian Utilities Limited
Cancio, Nadal & Rivera, LLC
Cantor Clearing Services
Cantor Fitzgerald & Co.
Cantor-Katz Collateral Monitor LLC
Carla Chavez-Colon
Carla Molina Barrios by herself and in
    representation of her son Yariel Tolentino
    Molina
Carla Paola Ruiz-Morales
Carlos A. Arroyo Aguirrechea
Carlos A. Cintron Garcia
CARLOS FERNÁNDEZ-NADAL, ESQ.
Carlos J Micames-Montalvo
Carlos J. Weber Seda
Carlos Luis Merced-Centeno
Carlos M. Garcia
Carlos Mendez-David
Carlos Omar Vargas-Villegas
Carlos Otero Ortega
Carlos Pérez Molina [& LEGAL
    PARTNERSHIP OF ACQUISITIONS with
    ANA FIGUEROA COLÓN]
Carlos R. Mendez & Associates
Carlos Robles-Cruz
Carlos Rodriguez Vidal
Carlos Rodríguez Vidal
Carmen D. Serrano Torres
Carmen Del R Garcia Roman
CARMEN LYDIA RÍOS ARROYO

Center for Research, Education and Medical
    Services for Diabetes
Centro de Orientacion y Ayuda Psiquiztrica, Inc.
Centro Interdisciplinario del Aprendizaje, Inc.
Cesar Santos-Sanchez
CHAD READLER, Acting Assistant Attorney
    General
Charles A. Cuprill Hernández
Charles Bayles
Chief of Staff
Choate, Hall & Stewart, LLP
Christian G Ramos Segarra
Christian Sobrino Vega
Christopher J. Meister
Cintron-Garcia Law
Cintron-Garcia Law: Carlos A. Cintron Garcia
Citizen's Advocate Office (Ombudsman)
Civil Rights Commission
Clark Hill PLC
CMA ARCHITECTS & ENGINEERS LLC
Coalicion de Organizaciones Anti Incineracion,
    Inc.
Cobra Acquisitions LLC
COFINA Senior Bondholders' Coalition
Cognasante Consulting, LLC
COLON RAMIREZ LLC
COLÓN RAMÍREZ, LLC
Comite Dialogo Ambiental, Inc.
Comite Yabucoeno Pro-Calidad de Vida, Inc.
Commonwealth Election Commission
Community Health Foundation of P.R. Inc.
Company for the Integral Development of
    Cantera's Peninsula
Concilio de Salud Integral de Loiza, Inc.
Consejo de Salud de la Comunidad de la Playa
    de Ponce, Inc (MED CENTRO INC.)
Conservatory of Music
Consolidated Waste Services LLC
CONTINENTAL PLLC
Contributions to Municipalities (CRIM)
Convention Center District Authority
    (PRCCDA)
COOLEY LLP
Cooperativa de Ahorro & Credito de Camuy
Cooperativa de Ahorro & Credito de Maunabo
Cooperativa de Ahorro & Credito Roosevelt
    Roads
Cooperativa de Ahorro y Credito de
    Barranquitas
Cooperativa de Ahorro y Credito Hatillo

COOPERATIVA DE AHORRO Y CREDITO
ORIENTAL
Cooperativa de Ahorro y Credito Roosevelt
Roads
Cooperativa de Farmacias Puertorriqueñas
(COOPHARMA)
Cooperativa de Seguras de Vida
Cordova & Dick, LLC
Corp for the Industries of Blind, Mentally
Retarded, and Other Disabled People of
Puerto Rico
Corporacion de Servicios Integrales de Salud del
Area de Barranquitas, Comerio, Corozal,
Naranjito y Orocovis
CORRETJER, L.L.C.
Corretjer, LLC
Costa Pacheco, Dennis
Creditor, Management, Consultants & Computer
Services, Incorporated
Cristina M. Ribas Morera
Cristina Santin-Martinez
Cristine M. Ramos Martínez, Esq.
Cruz Santos Plaintiff Group
Cuerpo Organizado de la Policia, Inc.
Cuprill Law Offices
Damian R. LaPlaca
Daniel E Moreno Prieto
Daniel Montano Ferreira
Daniel Ramirez-Cisneros
Daniel Salinas-Serrano
Dario E Meyer
Data Access Communication Inc.
David K. Owens
David Pauker
David Skeel
Defendant 55H and Defendant 56H
Delgado Miranda Law Offices, LLC
Dennis Costa-Pacheco
Department of Justice - Office of the Inspector
General
Department of the Family
Dept of Economic Development and Commerce
Díaz & Vázquez Law Firm, PSC
Douglas Alvarez-Estrella
DRC CORPORATION
Dreyfus Municipal Funds, Inc.-Dreyfus High
Yield Municipal Bond Fund
Duff & Phelps LLC
DVE Law Offices
Eduardo Hernandez-Maldonado
Eduardo José Mandry Mercado

Edward D. Jones & Co., L.P.
Edward D. Jones & Corp.
Edward Zayas-Torres
Edwin Abreu-Ruiz
Edwin Berrios-Rojas
EFFRON DORADO SE
Eldia M. Diaz Olmo Law Offices
ELENA ARROYO VÁZQUEZ
ELENA MARIE MARRERO RÍOS
Elí Díaz Atienza
Elías L. Fernández Pérez
Elisa Guardiola-Torres
Emanuelle Alemar-Sanchez
Emmanuel Rodriguez-Vazquez
Employees Retirement System of the
Government of the Commonwealth of Puerto
Rico
Energy Commission
Enid Cruz Mirabal
Enrique Latoni
EPSTEIN BECKER & GREEN, P.C.
Eric Sepulveda
ESCANELLAS & JUAN PSC
Estate of Carmen D. Jimenez-Gandara
Estrella LLC
Evertec Group, LLC
Fausto Hernandez Quinones
Federacion Central de Trabajadores
Federación de Alcaldes de Puerto Rico Inc.
Federal Affairs Administration
FÉLIX OMAR COLÓN BERNARD
Fernández Cuyar Rovira & Plá LLC
Fernando Bruno
Ferrovial Agroman, LLC
FIDDLER, GONZÁLEZ & RODRÍGUEZ, PSC
Fidecoop
Financial Oversight and Management Board
Financial Oversight and Management Board for
Puerto Rico
Fir Tree Capital Management, LP
First Ballantyne LLC
First Puerto Rico AAA Target Maturity Fund I,
Inc.
First Puerto Rico AAA Target Maturity Fund II,
Inc.
First Puerto Rico Family of Funds
First Puerto Rico Target Maturity Income
Opportunities Fund I, Inc.
First Puerto Rico Target Maturity Income
Opportunities Fund II, Inc.

First Puerto Rico Tax Advantaged Target
Maturity Fund I, Inc.
First Puerto Rico Tax Advantaged Target
Maturity Fund II, Inc.
First Puerto Rico Tax-Exempt Fund II, Inc.
First Puerto Rico Tax-Exempt Fund, Inc.
First Puerto Rico Tax-Exempt Target Maturity
Fund II, Inc.
First Puerto Rico Tax-Exempt Target Maturity
Fund III, Inc.
First Puerto Rico Tax-Exempt Target Maturity
Fund IV, Inc.
First Puerto Rico Tax-Exempt Target Maturity
Fund V, Inc.
First Puerto Rico Tax-Exempt Target Maturity
Fund VII, Inc.
FOREMAN ELECTRIC SERVICES INC.
Foundation Capital
Foundation Credit
Francisco Rodriguez-Burns
Franklin California Tax-Free Income Fund
Franklin California Tax-Free Trust
Franklin Federal Tax-Free Income Fund
Franklin Funds
Franklin Municipal Securities Trust
Franklin New York Tax-Free Income Fund
Fraticelli & Assoc. PSC
FREDDIE PEREZ GONZALEZ & ASSOC.,
P.S.C.
FRIEDMAN KAPLAN SEILER & ADELMAN
LLP
FT COF (E) Holdings, LLC
Fuentes-Ramirez, Ricardo
Gamaliel Sánchez Pellot
Garcia Miranda Law
GDB Debt Recovery Authority
George Otero Calero
Gerardo Javier Sucre-Concepcion
Gerardo Portela Franco
German Ojeda-Bracero
GG ALTERNATIVE ENERGY CORP
Gilberto Rosario-Vicente
Ginorly Maldonado-Rodriguez
Gloribel Gonzalez Maldonado
Goldman Sachs & Co. LLC
Gonzalez-Bermudez, Siumell
Gonzalez-Pabon, Rolando
Gov. Pedro Pierluisi Urrutia,, Ex Officio
Member of the Board
Government Employee Retirement System
(ERS)

Governor Ricardo Rosselló
Gratacós Law Firm, P.S.C.
Grupo Aeropuertario del Sureste
Grupo ASUR
GS Fajardo Solar LLC
Guardiola- Torres, Elisa
Guilloty-Sanchez, Reinaldo
Gustavo Alejandro Mandry Bonilla
Gustavo E Rivera Pintado
Harriet Aponte-Diaz
Harry Anduze Montaño
Health Insurance Administration (ASES)
HÉCTOR CESARIO SANTIAGO RIVERA
HÉCTOR E. RAMÍREZ-CARBÓ
Hector L. Ortiz Vargas
Hector Rivera-Morales
Hernandez Quinones, Fausto
Hernández-Gutiérrez Law, PSC
Hernandez-Maldonado, Eduardo
Highstar Capital y Grupo Aeropuertario del
Sureste (Grupo ASUR)
Hilda A. Izquierdo Stella
Hilton Zapata-Hernandez
HMS Ferries
HMS FERRIES, INC.
HMS Global Maritime, Inc.
Homel Mercado Justiniano
Hon. Carlos Contreras Aponte
Hon. José Ivan Marrero Rosado
Hon. Rafael Hernández-Montañez
Hon. Raúl Maldonado Gautier
Horizon Energy LLC
Horse Racing Industry and Sport Administration
Ileana C. Cardona Fernandez, Esq.
IMO Investment S.E., et al.
Industria Lechera de Puerto Rico, Inc.
("Indulac")
Industrial Development Company (PRIDCO)
Industrial Tax Exemption Office
Infrastructure Financing Authority
Insurance Commissioner of Puerto Rico as
Liquidator of National Insurance Company
Invesco Ltd.
Iris Rodriguez
Isis Aimée Roldán Márquez
"ISMAEL RIVERA GRAU
"
Israel Roldán González
Ivaniella Lopez-Molina
Jacqueline Renée Ann Plummer
Jaime A El Koury-Francisco

Jaime Ortiz Rodriguez
Jan Miranda-Giribaldi
Janice Marie McConnie Fingerhut
Jaresko, Natalie
Jean Garcia-Rosa
Jesus Lacen Guanill, Bereida Guanill Navarro,
    Gabriela Guanill, Elizabeth Navarro Guanill,
    Estefani Lacen, Betzaida Lacen Guanill,
    Jeremy Lacen Villanueva, and Wilfredo
    Dávila Serrano
JESÚS M. RIVERA DELGADO
JETSTREAM FEDERAL CREDIT UNION
Joana Rodriguez-Nieves
Joes Angel Santini Bonilla
John E. Nixon, Member of the Board
John Nixon
Johnson Controls, Inc.
JONATHAN E. JACOBSON, United States
    Department of Justice, Civil Division
Jorge Cancio-Valdivia
Jorge L. Padilla
Jorge Mejia-Algarin
Jorge Rafael Eduardo Collazo Quiñones
Jose Enrique Fuentes-de Jesus
Jose F. Rodriguez Perello
José Francisco Cartaya Morales, Esq.
José Ortiz
Jose Quinones-Salim
JOSÉ VÁZQUEZ FELICIANO
JOSEPH NEGRÓN VÁZQUEZ
Josue Ismael Saavedra
Juan C. Bigas Valedon
Juan C. Fortuno Fas
Juan Carlos Adrover
Juan Carlos Deliz-Morales, Esq.
Juan Carlos Esteva Fingerhut
Juan Manuel Suárez Cobo
Juan R. Rivera Font, LLC
Julio C. Cayere Quidgley
Julio Valdes-Valderrama
Julitzamary Soto Torres , Julianys Mercados
    Soto, and Julia Torres Olivencia
Justin Peterson
Justin Peterson, Member of the Board
Karen Maldonado
Kendra Loomis
Kerenny Torres
Kerenny Torres Negron
Kevin A Borja Guzman
Keyri L. Williamson
KING & SPALDING LLP

Klumper-Astor, Lauren
LA SOCIEDAD LEGAL DE GANANCIALES
    COMPUESTA POR AMBOS
Land Administration
LANDRAU RIVERA & ASSOC.
Lauren Klumper-Astor
LAW OFFICES OF HERRERO III &
    ASSOCIATES, P.S.C.
LAW OFFICES OF JANE BECKER
    WHITAKER
Lawful Constitutional Debt Coalition
LCDO CARLOS FERNANDEZ NADAL
LCDO. Carlos Alberto Ruiz CSP
Learning Alliances, LLC
Lirio Torres Law Office
Lizzie Rosso-Tridas
Loomis Legal
López Rosario Plaintiff Group
LORNA LEE MARRERO RÍOS
LOURDES MORALES REYES
Luis Bures-Martinez
Luis F. del Valle-Emmanuelli
Luis F. Llach-Zúñiga
Luis Olazabal-Infante
Luis Polanco, Angela Bautista-Nuez, Rosana
    Polanco, Ana Digna Tavarez
Luis R. Rivera Cruz
LUIS ENRIQUE PACHECO NÚÑEZ
LUMA
LUMA Energy ServCo, LLC
LUMA Energy, LLC
Madelyn Perez-Delgado
MAPFRE-PRAICO INSURANCE COMPANY
Marble Ridge Capital LP
Marcelo Rene Figueroa-Alvarenga
Margaret Ann Fingerhut Mandry
Margarita Mercado-Echegaray
Margarita Rosa Mandry Mercado
MARGARITA WILSON MERCADO
Maria C Velez Ruiz
Maria Consuelo Figueroa Torres
Maria de Lourdes Delgado-Morales
María del Carmen Amalia Mandry Llombart
María del Carmen Llombart Bas
Maria del Carmen Ortiz Daaboul
MARIA ELENA GARCIA CABALLERO
Maria Lopez-Fuentes
María Luisa Vélez Quiñones
Maria Mercedes Figueroa y Morgade
María Palou Abasolo
María Y. Viguie Fernández

34

Mariano Javier McConnie Fingerhut
Maribel Camacho-Geck
Marie Algarín Serrano
Marinelle Arcadia Irizarry
Maritime Shipping Authority
Marrero Plaintiffs
Marta Calderon-Garcia
MARTA VÁZQUEZ TORRES
Mathew Karp
Matos-Nieves, Melanie
MATTHEW J. TROY
MBIA Insurance Corporation
MCGUIREWOODS LLP
Med Centro, Inc. formerly Consejo Salud de la
    Comunidad de la Playa de Ponce, Inc.
Medical Services Administration (ASEM)
Melanie Matos-Nieves
Melissa M Gallardo-Negrón
Mellon Bank NA-EB Opportunistic Fixed
    Income Fund
Mendez-David, Carlos
Mental Health and Addiction Services
    Administration
Metropistas
Michael J. Quinn, United States Department of
    Justice, Civil Division
Michael Juarbe-Laffitte
Michael Silva Vega
Michelle Elaine Fingerhut Cochran
Michelle M. Acosta Rodríguez, Esq.
Miguel A. Tulla De la Torre
Miguel Juan Ribas-Abislaiman
MILBANK LLP
Minerva Ortega-Cabrera
Miranda-Giribaldi, Jan
Miriam Sanchez Lebron
MMM Healthcare, LLC
Montilla-Alvarado, Camelia
Moore Capital Management, LP
MORELL, CARTAGENA & DAPENA LLC
MR LUIS DUPREY-RIVERA
Municipal Revenue Collection Center
MUNIZ BURGOS CONTRACTORS, CORP.
Natalia Del Valle-Catoni
Natalia Irizarry-Fernandez
Nathalie Dalmau-Botello
NEFTALY MÉNDEZ VÁZQUEZ
Nelson Mendez-Valentin
NELSON ROBLES-DIAZ LAW OFFICES,
    P.S.C.
Noel Zamot Cordero

Nolla, Palou & Casellas, LLC
Norberto Colón Alvarado, Esq.
Noria Osorio De Cordero
North American Company for Life and Health
    Insurance
NTT DATA State Health Consulting, LLC
O'NEILL & GILMORE LLC
Oaktree Opportunities Fund IX (Parallel), LP
Oaktree Opportunities Fund X (Parallel 2), LP
Oaktree Opportunities Fund X (Parallel), LP
Oaktree Opportunities Fund X, LP
Office of Government Ethics of Puerto Rico
Office of the Financial Institutions
    Commissioner
Official Committee of Unsecured Creditors for
    all Title III Debtors (other than COFINA)
Official Committee of Unsecured Creditors of
    the Commonwealth of Puerto Rico
Official Committee of Unsecured Creditors of
    the Commonwealth of Puerto Rico (and other
    title III debtor(s) (if any) for which it acts as
    the official committee of unsecured creditors)
Oliveras & Ortiz Law Offices, PSC
Olivier Perrinjaquet-Cruz
Omar Alberto Vega-Albino
Omar Cuadrado Santana
Omar J. Marrero
O'Neill & Gilmore LLC
Oppenheimer Funds
Oppenheimer Rochester AMT-Free Municipal
    Fund
Oppenheimer Rochester AMT-Free New York
    Municipal Fund
Oppenheimer Rochester Arizona Municipal
    Fund
Oppenheimer Rochester California Municipal
    Fund
Oppenheimer Rochester Fund Municipals
Oppenheimer Rochester High Yield Municipal
    Fund,
Oppenheimer Rochester Limited Term
    California Municipal Fund
Oppenheimer Rochester Limited Term
    Municipal Fund
Oppenheimer Rochester Limited Term New
    York Municipal Fund
Oppenheimer Rochester Maryland Municipal
    Fund
Oppenheimer Rochester Massachusetts
    Municipal Fund

Oppenheimer Rochester Michigan Municipal
  Fund
Oppenheimer Rochester Minnesota Municipal
  Fund
Oppenheimer Rochester New Jersey Municipal
  Fund
Oppenheimer Rochester North Carolina
  Municipal Fund
Oppenheimer Rochester Ohio Municipal Fund
Oppenheimer Rochester Pennsylvania Municipal
  Fund
Oppenheimer Rochester Virginia Municipal
  Fund
Oriana Energy LLC
Ortega-Cabrera, Minerva
Oscar Adolfo Mandry Aparicio
Oscar Adolfo Mandry Bonilla
P. Schoenfeld Asset Management LP
PABLO JUAN RÍOS ARROYO
Paola Castellanos
Paola Perez-Perez
Paola Rosario-De Jesus
Paola Velazquez-Negron
Pedro Miguel Esteva Fingerhut
Pérez-Colón Plaintiff Group
Performance Chemicals Company, Inc.
Perla D Rodríguez-Fernández
PLC Law
Ports Authority
PPG Industries, Inc
PR and the Caribbean Cardiovascular Center
  Corp
Preferred Health, Inc.
Public Broadcasting Corporation
Public Service Regulatory Board
Public-Private Partnership Authority
Puerto Rico Electric Power Authority Litigation
  Division
Puerto Rico Energy Bureau
Puerto Rico Firefighter Corps
Puerto Rico Highways and Transportation
  Authority
Puerto Rico Industrial, Tourist, Educational,
  Medical, and Environmental Control
  Facilities Financing Authority
Puerto Rico National Guard
Puerto Rico Sales Tax Financing Corporation
Puerto Rico Treasury Department
Quanta Services, Inc.
Quinones-Salim, Jose
Ralph A. Kreil

Ramirez & Co.
Ramon A. Cestero, Jr.
Raul A Darauche Andujar
rcrtrblaw
REICHARD & ESCALERA
Reinaldo Guilloty-Sanchez
Reparto Metropolitano Shopping Center, LLC
REY REYES REYES
Ricardo Fuentes-Ramirez
Ricardo Latimer-Rivera
Richards Kibbe & Orbe LLP
Rieker, Matthias
Rivera Tulla & Ferrer, LLC
Robert Pou
Roberto Lopez-Ramos
RODRÍGUEZ MARXUACH, PSC
Rodriguez-Burns, Francisco
Rolando Gonzalez-Pabon
Rolando Ramos-Collazo
Roosevelt Roads Naval Station Redevelopment
ROSA EMILIA RODRÍGUEZ-VÉLEZ
Rosa Estela Mercado Guzmán
Rosa I. Orengo Rohena
Rosamar Garcia Fontan Esq.
Rosario Fajardo
Rosemarie Vizcarrondo Carrion
Rosso-Tridas, Lizzie
RUTH A. HARVEY
RUTH ROSADO BERRÍOS
Ryan Rosario Colon
Salvador Rafael Mandry Mercado
Salvador Rovira Rodriguez Attorneys at Law
Sammy Ramírez
Sandra Ayala Cruz
Santander Entities
SANTOS BERRIOS LAW OFFICE LLC
Saul Ewing Arnstein & Lehr LLP
Saul Ewing LLP
Schoenberg/SFT Bondholders
School of Plastic Arts
Scott Hempling, Attorney at Law, LLC
Sculptor Capital Management
Sculptor SC II, LP (f/k/a OZSC II L.P.)
Sebastian Negron Reichard
Selma Verónica Mandry Llombart
SEPULVADO, MALDONADO & COURET
Sepulveda-Echegaray, Eric
Sergio Rodriguez Rivera
SFT Holdings LP
Sher-Ann Arroyo
Siare Melendez Carmona

Sistema de Retiro de la Universidad de Puerto
    Rico
Sistema de Retiro de los Empleados de la
    Autoridad de Energía Eléctrica (SREAEE)
SISTEMA UNIVERSIDAD ANA G MENDEZ
Siumell Gonzalez-Bermudez
Small Business Administration
Socio-Economic Development Office
Sonnedix USA Services Limited
Sophia Victoria Jusino-Carattini
Special Claims Committee of the Financial
    Oversight and Management Board
Special Claims Committee of the Financial
    Oversight and Management Board for Puerto
    Rico
Steve and Sharon Schoenberg
Steve Schoenberg IRA
Stone Lion Capital Partners L.P.
"SUCCESSION of ARMANDO NEGRÓN
    VÁZQUEZ
NEGRÓN SANTANA"
Sucesión Díaz Bonet compuesta por sus
    herederos
Sucesión Pastor Mandry Mercado
Sugey Milagros Berrios-Rivera
Sylvette Santiago Luciano
Taina Pereira-Vazquez
Tanaira Padilla Rodriguez
Teachers' Retirement System
Telecommunications Bureau
The Board of Trustees of the Puerto Rico
    Electric Power Authority Employees'
    Retirement System
The Estate of Yesmin Galib Frau composed
The Estates of Gabriel Fuentes Vázquez and
    Evangelina Benejam-Otero
The Hector L. Gonzalez Cruz Retirement Plan
The Insurance Commissioner of Puerto Rico
The Rivera Group
TORO COLÓN MULLET P.S.C.
Totti & Rodríguez Díaz, PSC
Tourism Company
U.S. Bank National Association as Indenture
    Trustee
U.S. Bank National Association as Trustee
U.S. Department of Justice
UBS Trust Company
UBS Trust Company of Puerto Rico
Unión de Trabajadores de la Industria Eléctrica
    y Riego

Union De Trabajadores Trabajadores de La
    Industria Electrica Y Riego, Inc.
United Auto Workers International Union
United States of America
UPR Comprehensive Cancer Center
US Department of Labor
Valerie Maldonado-Rivera
Vanessa Hernández Rodríguez, Esq.
Vaquería Tres Monjitas, Inc.
Velazquez-Negron, Paola
Velez-Lugo, Alexandra
Veronica Rolon Nieves
Vicenter & Cuebas
Victor Michael Fingerhut Cochran
Victor Robert Fingerhut Mandry
Victorino Bernal-Cruz
VIRGINIA DÍAZ DELGADO
Vivian Rios-Munoz
Whitebox MultiStrategy Partners, L.P.
Whitehaven Asset Management, LP
Wilfredo Valentin Perez
William Medina-Ruiz
William Soto Santiago
Yamilet Irene-Abel
Yamir Hickey-Morales
Yanira Cruz-Rodriguez
Yanmarie Socarras Figueroa
Yareida Santiago de Jesus
Yarlier Lopez-Correa
YASHEI ROSARIO
YFN YABUCOA SOLAR LLC
Yvelise Helena Fingerhut Mandry
Zapata-Colon, Ana

**Court-UST**
Daniel M. McDermott
Edwin F. Rodriguez
Emilio Miranda-Ramirez
Enelida Rodriguez
Guy G. Gebhardt
Jake Gartman
Javier Capestany
Jolyne D'Ambrosio
Jose A. Cuevas Sanchez
Jose C. Diaz Vega
Judge Judith G. Dein
Judge Laura Taylor Swain
Julio Guzman Carcache
Maria D. Giannirakis
Mariloly Orozco
Michael J. Brown

37

Monsita Lecaroz Arribas
Nancy Pujals
Thomas Quinn
Virginia Selden

## EXHIBIT A-2

**List of parties in interest, or affiliates thereof, that currently engage or have engaged BRG,
sorted by their relationship to the Debtors, that are unrelated to these chapter 11 cases[1]**

**Bond Holders**
Angelo, Gordon & Co., L.P.*
BlackRock Financial Management, Inc.
BlueMountain Capital Management, LLC*
BNY Mellon
Brigade Capital Management, LP*
Centerbridge Partners, L.P.
Davidson Kempner Capital Management LP
Davidson Kempner Distressed Opportunities
    Fund LP
Davidson Kempner Distressed Opportunities
    International Ltd.
Davidson Kempner Institutional Partners, L.P.
Davidson Kempner International, Ltd.
Davidson Kempner Partners
Mason Capital Management, LLC*
MMM Healthcare, Inc.
Monarch Alternative Capital LP*
Oppenheimer Funds, Inc.*
The Bank of New York Mellon, As Trustee
The Bank of New York Mellon, As Trustee,
    Under the Trust Agreement Dated March 1,
    2015 Between the Puerto Rico Infrastructure
    Authority and the Bank of New York
    Mellon, and Fir Tree Inc. As Successor in
    Interest, To RBC Municipal Markets, LLC,
    As Owner Representative Under the
    Noteholder Agreement Dated March 1, 2015
    Relating To Puerto Rico Infrastructure
    Authority Dedicated Tax Revenue Bond
    Anticipation Notes Series 2015
UBS IRA Select Growth & Income Puerto Rico
    Fund*

**Bankruptcy Professional**
Drivetrain, LLC, as the Creditors' Trustee for
    Doral Financial Corporation*

**Professionals**
Alvarez & Marsal
Ankura Consulting Group, Inc.
Citigroup Global Markets Inc.
DLA Piper (Puerto Rico), LLC*

DLA Piper, LLP (US)*
Duff & Phelps*
Ernst & Young
Ernst & Young Puerto Rico, LLC
Foley & Lardner LLP*
FTI Consulting, Inc.
Gibson, Dunn & Crutcher, LLP
Greenberg Traurig, LLP
Hagens Berman Sobol Shapiro LLP*
Holland & Knight, LLP*
Jones Day
Kasowitz Benson Torres LLP*
KPMG, LLC
Kramer Levin Naftalis & Frankel, LLP*
Latham & Watkins LLP*
McDermott Will and Emery*
Morrison & Foerster LLP
O'Melveny & Myers, LLP
Paul Hastings, LLP
Quinn Emanuel Urquhart & Sullivan, LLP*
Reed Smith, LLP
Ropes & Gray LLP*

**Leaseholders-landlords**
UNITED STATES POSTAL SERVICES

**Parties to Significant Litigation**
Banco Popular de Puerto Rico, as Trustee*
Bank of america securities
Bank of New York Mellon
Municipio de San Juan*
RBC Capital Markets
The Bank of New York Mellon/Mellon Trust Of
    New
The Varde Skyway Master Fund, L.P.
Wells Fargo Clearing Services LLC AKA or
    FKA First Clearing LLC

**Litigation Parties**
Abbvie Corp.
Banco Popular De Puerto Rico As Trustee For
    Popular Balanced IRA Trust Fund*
Bank of America NA/Client Assets

---

[1] Potential Parties in Interest that are marked with an asterisk are related to closed matters.

Bank of America, NA/GWIM Trust Operations
Bank of New York Mellon as PRIFA Indenture
    Trustee Pursuant to the Trust Agreement
    Dated as of March 1, 2015
Barclays Cap / Fixed
Barclays Cap / London
Barclays Capital
Barclays Capital Inc./LE
BB&T Securities, LLC*
BNY Mellon / Nomura Int'l PLC Repo
BNY Mellon / POP Sec
BNYMellon/RE DBTC Americas / Deutsche Bk
    London
BNYMellon/RE DBTC Americas/Deutsche BK
BNYMellon/RE Midcap Spdrs
BNYMellon/RE OZ Omnibus DTC Account
BNYMellon/RE The Prudential Investment
BNYMellon/Wealth Management
Brigade Distressed Value Master Fund Ltd.*
Brigade Leveraged Capital Structures Fund
    Ltd.*
Brown Brothers Harriman & Co.
Canyon Balanced Master Fund, Ltd.
Canyon Blue Credit Investment Fund L.P.
Canyon Capital Advisors LLC
Canyon Distressed Opportunity Investing Fund
    II, L.P.
Canyon Distressed Opportunity Master Fund II,
    L.P.
Canyon NZ-DOF Investing, L.P.
Canyon Value Realization Fund, L.P.
Canyon Value Realization Mac 18 Ltd.
Canyon-ASP Fund, L.P.
Canyon-GRF Master Fund II, L.P.
Canyon-SL Value Fund, L.P.
Charles Schwab & Co., Inc.*
Citibank, N.A.
Citibank/The Citigroup Private Bank/Trust
Citigroup Global Markets Inc./Salomon Brothers
Citigroup Global Markets, Inc./Correspondent
    Clearing
Citigroup Inc.
City National Bank*
Comerica Bank
Commerce Bank*
Continental Casualty Co.*
Credit Suisse Securities (USA) LLC
Deutsche Bank Securities Inc.*
Edward D. Jones & Co.
EP Canyon Ltd.
Federal Home Loan Mortgage Corporation*

Fifth Third Bank*
Goldman Sachs & Co.
Hewlett Packard Puerto Rico, BV LLC
Hilltop Securities Inc.
International Business Machines Corporation
J.P. Morgan Chase & Co.
J.P. Morgan Securities LLC
J.P. Morgan Securities LLC/JPMC aka or fka
    J.P. Morgan
Jefferies Group LLC*
Jeffries, LLC*
Jose A. Cepeda Retirement Plan Represented By
    UBS Trust Company Of PR*
JPMorgan Chase Bank, N.A./Custodial Trust
    Company
JPMorgan Chase Bank, National Association
JPMorgan Chase Bank/Correspondence Clearing
JUAN REINES ORTIZ RETIREMENT PLAN
    REPRESENTED BY UBS TRUST
    COMPANY OF PR*
Kelly Services Puerto Rico*
Kelly Services, Inc.*
Keybanc Cap Mkts Inc.*
Keybank National Association*
Maria I. Rivera Sanchez Retirement Plan,
    Represented By UBS Trust Company Of
    PR*
Microsoft Corporation
Mitsubishi u/f/j Trust & Banking Corporation,
    New York
MMM Healthcare, Inc.
Monarch Alternative Solutions Master Fund
    Ltd*
Monarch Capital Master Partners II LP*
Monarch Capital Master Partners III LP*
Monarch Capital Master Partners IV LP*
Monarch Debt Recovery Master Fund Ltd.*
Monarch Recovery Ltd.*
Monarch Special Opportunities Master Fund
    Ltd.*
Morgan Stanley*
Morgan Stanley & Co. LLC*
Morgan Stanley Smith Barney LLC*
Morgan Stanley Wealth Management (On
    Behalf Of Sakamoto-Hata Living Trust)*
Municipalities of San Juan*
Natixls Investmemt Fund UK ICVC- LS
    Strategic Income Fund
Nidco Management Group Retirement Plan,
    Represented By UBS Trust Company Of
    PR*

NTT Data Eas, Inc.*
Oaktree Opportunities Fund IX, L.P.
Oaktree Value Opportunities Fund, L.P.
Oaktree-Forrest Multi-Strategy, L.L.C.
Oaktree-Forrest Strategy, LLC (Series B)
Oppenheimer & Co. Inc.*
Oriental Bank
PNC Bank, National Association
Raymond James*
Raymond James & Associates, Inc.*
Raymond James & Associates, Inc/FI*
RBC Capital Markets, LLC
RBC Dominion Securities Inc./CDS**
Regions Bank*
Robert Wong*
Sidley Austin LLP*
Skanska USA Building Inc.*
SSB - Blackrock Institutional Trust
State Street Bank & Trust/State Street
    TotalETF*
State Street Bank and Trust Company*
Stifel, Nicolaus & Company, Incorporated*
The Bank of New York Mellon/FMS Bonds,
    Inc.
The Bank of New York Mellon/Mellon Trust of
    New England, National Association
The Bank of New York Mellon/Nomura Bank
    Int'l PLC
The Bank of New York/FMSBonds, Inc.
The Bank of New York/Popular Securities, Inc.
The Belaval Burger Grandchildren Trust,
    represented by UBS Trust Company of
    Puerto Rico*
The Canyon Value Realization Master Fund,
    L.P.
The Hector L. Gonzalez Cruz Retirement Plan,
    represented by UBS Trust Company of
    Puerto Rico*
The Madeline Torres Figueroa Retirement Plan,
    Represented By UBS Trust Company of
    Puerto Rico*
U.S. Bank Trust National Association
UBS Financial Services Inc.*
UBS Financial Services, Inc. of Puerto Rico*
UBS Securities LLC*
Union Bank & Trust Company*
Union Bank, N.A.*
Vitol, Inc.
Wal-Mart Puerto Rico Inc.
Wells Fargo / Safekeep
Wells Fargo Bank, N.A./Sig

Wells Fargo Bank, National Association
Wells Fargo Clearing Services LLC AKA or
    FKA First Clearing LLC
Wells Fargo Municipal Bond Fund
Wells Fargo Securities, LLC
Wells Fargo Wisconsin Tax Free Fund
Wells Fargo/SafeKeep
Xerox Corporation

**Lift Stay**
Abengoa Puerto Rico, S.E., Abengoa, S.A.

**FOMB Interested Parties**
Commonwealth of Puerto Rico*
Agencies
Criminal Justice Information System
Department of Correction and Rehabilitation*
Department of Homeland Security
Department of Human and Health Services
Department of Justice
Department of Justice - Office of General
    Solicitor
Department of the Interior
Environmental Protection Agency
General Services Administration*
Securities & Exchange Commission
U.S. Department of Justice, Civil Division
United States Department of Justice
US Army Corps of Engineers
US Department of Justice

**Governmental Entity**
Department of Homeland Security
Department of the Interior
Environmental Protection Agency

**Municipalities**
Municipality of San Juan*

**UCC Members**
Drivetrain, LLC, as the Creditors' Trustee for
    Doral Financial Corporation*

**Appearances**
Abengoa Puerto Rico, S.E.
Abengoa S.A.
AIG Insurance Company
Ambac Assurance Corporation
Autonomous Municipality of San Juan*
Banco Popular de Puerto Rico*
Bank of America

Bank of America Merrill Lynch
Doral Financial Corporation*
Financial Guaranty Insurance Company*
Goldman Sachs Asset Management, LP
Mason Capital Master Fund, L.P.*
Mitsubishi Motor Sales of Caribbean, Inc
Oaktree Opportunities Fund IX (Parallel 2), L.P.
Oaktree Opportunities Fund IX Delaware, L.P.
Oaktree Opportunities Fund X Holdings
    (Delaware), L.P.
Oaktree Opps X Holdo Ltd.
Oaktree Value Opportunities Fund Holdings,
    L.P.
Oaktree-Forrest Multi-Strategy, LLC (Series B)
Oracle America, Inc.
Oracle Caribbean, Inc.
Roche Diagnostics Corporation
Siemens Corporation
Siemens Transportation Partnership Puerto Rico,
    S.E.
The Bank of New York Mellon
US Bank National Association
US Bank Trust, National Association
Vitol S.A.
Western Surety Company and Continental
    Casualty Company*

**Interested Party**
Goodwin Procter LLP*
Indian Harbor Insurance Company*
Invesco Advisers, Inc.*
Invesco/Oppenheimer Funds*
Lloyd's Syndicates MIT 3210, KLN 510, MMX
    2010, CSL 1084, TMK 1880, AML 2001,
    and BRT 2987 Subscribing to Policy No.
    B080414390F14
Lloyd's Syndicates MSP 318, WRB 1967, and
    AGM 2488 Subscribing to Policy No.
    B0804Q11263F14
McGuire Woods, LLC*
Nuveen Asset Management, LLC*
Oaktree Huntington Investment Fund II, LP
Orrick, Herrington & Sutcliffe, LLP
Quality Systems, Inc.*
Sculptor Capital LP (f/k/a OZ Management LP)
Sculptor Credit Opportunities Master Fund, Ltd.
    (f/k/a OZ Credit Opportunities Master Fund,
    Ltd.),
Sculptor Enhanced Master Fund, Ltd. (f/k/a OZ
    Enhanced Mater Fund, Ltd.),

Sculptor GC Opportunities Master Fund, Ltd.
    (f/k/a OZ GC Opportunities Master Fund,
    Ltd.)
Sculptor Master Fund, Ltd. (f/k/a OZ Master
    Fund, Ltd.),
Sculptor SC II, LP (f/k/a OZSC II L.P.)
Trafigura Argentina S.A.*
Trafigura Beheer B.V.*
Trafigura Limited*
Trafigura Trading LLC*

**Other Interested Party**
Ad Hoc Group of Noteholders of FGIC-Insured
    Notes*
ADM. SERVICIOS GENERALES*
Bank of America Corporation
Bank of America, N.A.
Barclays Cap/Inc
Barclays Capital Inc.
BNY Mellon Funds Trust-BNY Mellon
    Municipal Opportunities Fund
Choate, Hall & Stewart, LLP*
Department of Justice - Office of the Inspector
    General
Duff & Phelps LLC*
Edward D. Jones & Co., L.P.
Edward D. Jones & Corp.
EPSTEIN BECKER & GREEN, P.C.*
Goldman Sachs & Co. LLC
Invesco Ltd.*
Johnson Controls, Inc.*
JONATHAN E. JACOBSON, United States
    Department of Justice, Civil Division
KING & SPALDING LLP*
MCGUIREWOODS LLP*
Michael J. Quinn, United States Department of
    Justice, Civil Division
MMM Healthcare, LLC
Moore Capital Management, LP*
NTT DATA State Health Consulting, LLC*
Oaktree Opportunities Fund IX (Parallel), LP
Oaktree Opportunities Fund X (Parallel 2), LP
Oaktree Opportunities Fund X (Parallel), LP
Oaktree Opportunities Fund X, LP
Oppenheimer Funds*
Oppenheimer Rochester AMT-Free Municipal
    Fund*
Oppenheimer Rochester AMT-Free New York
    Municipal Fund*

4

Oppenheimer Rochester Arizona Municipal
Fund* Oppenheimer Rochester California
Municipal Fund*

Oppenheimer Rochester Fund Municipals*

Oppenheimer Rochester High Yield Municipal
Fund,*

Oppenheimer Rochester Limited Term
California Municipal Fund*

Oppenheimer Rochester Limited Term
Municipal Fund*

Oppenheimer Rochester Limited Term New
York Municipal Fund*

Oppenheimer Rochester Maryland Municipal
Fund*

Oppenheimer Rochester Massachusetts
Municipal Fund*

Oppenheimer Rochester Michigan Municipal
Fund*

Oppenheimer Rochester Minnesota Municipal
Fund*

Oppenheimer Rochester New Jersey Municipal
Fund*

Oppenheimer Rochester North Carolina
Municipal Fund*

Oppenheimer Rochester Ohio Municipal Fund*

Oppenheimer Rochester Pennsylvania Municipal
Fund*

Oppenheimer Rochester Virginia Municipal
Fund*

PPG Industries, Inc

Sculptor Capital Management

Sculptor SC II, LP (f/k/a OZSC II L.P.)

U.S. Bank National Association as Indenture
Trustee

U.S. Bank National Association as Trustee

U.S. Department of Justice

UBS Trust Company*

UBS Trust Company of Puerto Rico*

United States of America

**EXHIBIT B-1**

**Potential Parties in Interest**

**Debtor**
Commonwealth of Puerto Rico
Employees Retirement System of the
    Government of the Commonwealth of Puerto
    Rico
Puerto Rico Electric Power Authority
Puerto Rico Highways and Transportation
    Authority
Puerto Rico Public Buildings Authority
Puerto Rico Sales Tax Financing Corporation

**Current Oversight Board Executive Director,**
    **Members, and Staff**
Alejandro Figueroa-Ramirez
Alejandro Sanjenis-Cardona
Alexandra Velez-Lugo
Amaliz Vega-de la Vega
Amanda Bosch
Amaury Rodriguez-Alvarez
Ana Maria Santiago Ramirez
Ana Padial-Guzman
Ana Zapata
Andres D Colon Lugo
Andrew G. Biggs
Antonio L. Medina
Arnaldo Cruz-Sanabri
Arthur J. González
Arturo Ortiz-Menes
Bethzaida Lebron Rivera
Betty A. Rosa
Bianca Lugo-Lewis
Camelia Montilla-Alvarado
Camila Ortiz-Torres
Carla Chavez-Colon
Carlos J Micames-Montalvo
Carlos Mendez-David
Carlos Omar Vargas-Villegas
Carlos Robles-Cruz
Carlos Soto Negron
Cesar Santos-Sanchez
Christian Bravo Santini
Christian G Ramos Segarra
Cristina M. Ribas Morera
Daniel E Moreno Prieto

Daniel Montano Ferreira
Daniel Ramirez-Cisneros
Dario E Meyer
David A. Skeel Jr.
Dennis Costa-Pacheco
Edwin Berrios-Rojas
Elisa Guardiola-Torres
Emanuelle Alemar-Sanchez
Eric Sepulveda
Fausto Hernandez Quinones
Fernando Bruno
Gabriel Delgado
Gabriel E Velez del Toro
Gerardo Javier Sucre-Concepcion
German Ojeda-Bracero
Ginorly Maldonado-Rodriguez
Gustavo E Rivera Pintado
Harriet Aponte-Diaz
Hector Rivera-Morales
Hilton Zapata-Hernandez
Ivaniella Lopez-Molina
Jaime A El Koury-Francisco
Jan Miranda-Giribaldi
Jesus Fernando Ortiz Agosto
John E. Nixon
Jorge Mejia-Algarin
Jose Enrique Fuentes-de Jesus
Justin M. Peterson
Karen Maldonado
Kevin A Borja Guzman
Lauren Klumper-Astor
Madelyn Perez-Delgado
Maria del Carmen Ortiz Daaboul
Maria Lopez-Fuentes
Marta Calderon-Garcia
Matthias Rieker
Melanie Matos-Nieves
Michael Juarbe-Laffitte
Michael Silva Vega
Miguel Juan Ribas-Abislaiman
Minerva Ortega-Cabrera
Natalie A. Jaresko
Nathalie Dalmau-Botello
Olivier Perrinjaquet-Cruz

Omar Alberto Vega-Albino
Paola Castellanos
Paola Rosario-De Jesus
Paola Velazquez-Negron
Perla D Rodríguez-Fernández
Roberto Lopez-Ramos
Roberto Passapera Pena
Rolando Ramos-Collazo
Rosario Fajardo
Ryan Rosario Colon
Sugey Milagros Berrios-Rivera
Sylvette Santiago Luciano
Valerie Maldonado-Rivera
Veronica Rolon Nieves
Vivian Rios-Munoz
Yamilet Irene-Abel
Yamir Hickey-Morales
Yanira Cruz-Rodriguez
Yareida Santiago de Jesus

**United States Trustee Personnel for the
    District of Puerto Rico**
Christian R. Gonzalez-Dominguez
Edwin F. Rodriguez
Emilio Miranda-Ramirez
Enelida Rodriguez
Javier Capestany
Jose A. Cuevas Sanchez
Jose C. Diaz Vega
Jose Capo-Iriarte
Julio Guzman Carcache
Karina L. Montalvo Maldonado
Monsita Lecaroz-Arribas

**Professionals Retained in Commonwealth
    Title III Case**
A&S Legal Studio, PSC
Alvarez & Marsal North America, LLC
Andrew Wolfe
Ankura Consulting Group, LLC
Bennazar, Garcia & Milian
Brown Rudnick LLP
Cardona Fernancez, Ileana C.
Cartaya-Morales, Jose
Casillas, Santiago & Torres LLC
Citigroup Global Markets Inc.
Conway MacKenzie, Inc.
Deloitte Consulting LLP
Deloitte Financial Advisory Services LLP
DevTech Systems, Inc.
DiCicco, Gulman and Company

DLA Piper (Puerto Rico) LLC
DLA Piper LLP (US)
Duff & Phelps LLC
EDGE Legal, LLC
Epiq Corporate Restructuring, LLC
Epiq eDiscovery Solutions
Ernst & Young LLP
Estrella, LLC
FTI Consulting, Inc.
Genovese Joblove & Battista, P.A.
Gierbolini & Carroll Law Offices, PSC
Godfrey & Kahn, S.C.
Jenner & Block LLP
Kroma Advertising, Inc.
Law Office of Andres W. Lopez, P.S.C.
Luskin, Stern & Eisler LLP
Marchand ICS Group
Marini Pietrantoni Muniz LLC
McKinsey & Company Puerto Rico Consulting,
    Inc.
Munger, Tolles & Olson LLP
O`Melveny & Myers LLP
O`Neill & Borges LLC
O`Neill & Gilmore Law Office LLC
Paul Hastings LLP
Pension Trustee Advisors, Inc.
PFM Group Consulting LLC
PJT Partners LP
Prime Clerk LLC
Proskauer Rose LLP
Rothschild & Co US Inc.
Segal Consulting
The Brattle Group, Inc.
Zolfo Cooper, LLC

**Professionals Retained in ERS Title III Case**
A&S Legal Studio, PSC
Alvarez & Marsal North America, LLC
Andrew Wolfe
Bennazar, Garcia & Milian
Bluhaus Capital LLC
Brown Rudnick LLP
Cardona Fernancez, Ileana C.
Cartaya-Morales, Jose
Casillas, Santiago & Torres LLC
Citigroup Global Markets Inc.
Deloitte Consulting LLP
Deloitte Financial Advisory Services LLP
DiCicco, Gulman and Company
Duff & Phelps LLC
EDGE Legal, LLC

2

Epiq Corporate Restructuring, LLC
Epiq eDiscovery Solutions
Ernst & Young LLP
Estrella, LLC
FTI Consulting, Inc.
Genovese Joblove & Battista, P.A.
Gierbolini & Carroll Law Offices, PSC
Godfrey & Kahn, S.C.
Jenner & Block LLP
Kroma Advertising, Inc.
Law Office of Andres W. Lopez, P.S.C.
Luskin, Stern & Eisler LLP
Marchand ICS Group
Marini Pietrantoni Muniz LLC
McKinsey & Company Puerto Rico Consulting,
    Inc.
O`Melveny & Myers LLP
O`Neill & Borges LLC
O`Neill & Gilmore Law Office LLC
Paul Hastings LLP
Pension Trustee Advisors, Inc.
PFM Group Consulting LLC
PJT Partners LP
Prime Clerk LLC
Proskauer Rose LLP
Rothschild & Co US Inc.
Segal Consulting
The Brattle Group, Inc.
Zolfo Cooper, LLC

**Professionals Retained in PBA Title III Case**
A&S Legal Studio, PSC
Alvarez & Marsal North America, LLC
Andrew Wolfe
Bennazar, Garcia & Milian
Citigroup Global Markets Inc.
EDGE Legal, LLC
Ernst & Young LLP
FTI Consulting, Inc.
Godfrey & Kahn, S.C.
Jenner & Block LLP
Marchand ICS Group
Marini Pietrantoni Muniz LLC
McKinsey & Company Puerto Rico Consulting,
    Inc.
O`Melveny & Myers LLP
O`Neill & Borges LLC
PFM Group Consulting LLC
PJT Partners LP
Prime Clerk LLC
Proskauer Rose LLP

Segal Consulting
The Brattle Group, Inc.

**Professionals Retained in PREPA Title III Case**
A&S Legal Studio, PSC
Andrew Wolfe
Ankura Consulting Group, LLC
Bennazar, Garcia & Milian
Bluhaus Capital LLC
Brown Rudnick LLP
Cancio, Nadal, Rivera & Diaz, P.S.C.
Cardona Fernancez, Ileana C.
Cartaya-Morales, Jose
Casillas, Santiago & Torres LLC
Citigroup Global Markets Inc.
Deloitte Consulting LLP
Deloitte Financial Advisory Services LLP
Diaz & Vazquez Law Firm P.S.C.
DiCicco, Gulman and Company
Duff & Phelps LLC
EDGE Legal, LLC
Ernst & Young LLP
Estrella, LLC
Filsinger Energy Partners, Inc.
FTI Consulting, Inc.
Genovese Joblove & Battista, P.A.
Gierbolini & Carroll Law Offices, PSC
Godfrey & Kahn, S.C.
Greenberg Traurig, LLP
Jenner & Block LLP
Kroma Advertising, Inc.
Law Office of Andres W. Lopez, P.S.C.
Luskin, Stern & Eisler LLP
Marchand ICS Group
Marini Pietrantoni Muniz LLC
McKinsey & Company Puerto Rico Consulting,
    Inc.
Nixon Peabody LLP
Norton Rose Fulbright
O`Melveny & Myers LLP
O`Neill & Borges LLC
O`Neill & Gilmore Law Office LLC
Paul Hastings LLP
Pension Trustee Advisors, Inc.
PFM Group Consulting LLC
PJT Partners LP
Prime Clerk LLC
Proskauer Rose LLP
Rothschild & Co US Inc.
Segal Consulting

The Brattle Group, Inc.

**Professionals Retained in HTA Title III Case**
A&S Legal Studio, PSC
Alvarez & Marsal North America, LLC
Andrew Wolfe
Ashenfelter & Ashmore
Bennazar, Garcia & Milian
Bluhaus Capital LLC
Brown Rudnick LLP
Cardona Fernancez, Ileana C.
Cartaya-Morales, Jose
Casillas, Santiago & Torres LLC
Citigroup Global Markets Inc.
Deloitte Consulting LLP
Deloitte Financial Advisory Services LLP
DiCicco, Gulman and Company
Duff & Phelps LLC
EDGE Legal, LLC
Epiq Corporate Restructuring, LLC
Epiq eDiscovery Solutions
Ernst & Young LLP
Estrella, LLC
FTI Consulting, Inc.
Genovese Joblove & Battista, P.A.
Gierbolini & Carroll Law Offices, PSC
Godfrey & Kahn, S.C.
Jenner & Block LLP
Kroma Advertising, Inc.
Law Office of Andres W. Lopez, P.S.C.
Luskin, Stern & Eisler LLP
Marchand ICS Group
Marini Pietrantoni Muniz LLC
McKinsey & Company Puerto Rico Consulting,
   Inc.
O`Melveny & Myers LLP
O`Neill & Borges LLC
O`Neill & Gilmore Law Office LLC
Paul Hastings LLP
Pension Trustee Advisors, Inc.
PFM Group Consulting LLC
PJT Partners LP
Prime Clerk LLC
Proskauer Rose LLP
Rothschild & Co US Inc.
Segal Consulting
The Brattle Group, Inc.

**Other Parties in Interest – Commonwealth**
Ambac Assurance Corporation
Assured Guaranty Corp.

Assured Guaranty Municipal Corp.
Financial Guaranty Insurance Corporation
National Public Finance Guarantee Corporation
Puerto Rico Fiscal Agency and Financial
   Advisory Authority
Syncora Guarantee, Inc.

**Counsel - Other Parties in Interest –
   Commonwealth**
ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-
   OCHOA, P.S.C.
Butler Snow LLP
Cadwalader, Wickersham & Taft
CASELLAS ALCOVER & BURGOS P.S.C.
DEBEVOISE & PLIMPTON LLP
FERRAIUOLI LLC
GOLDMAN ANTONETTI & CORDOVA,
   LLC
MARINI PIETRANTONI MUÑIZ LLC
Milbank LLP
Norton Rose Fulbright US LLP
O'Melveny & Myers LLP
REXACH & PICÓ, CSP
Weil, Gotshal & Manges LLP

**Advisors and Accountants - Other Parties in
   Interest – Commonwealth**
Ankura Consulting Group, LLC
EXIGENT PARTNERS, LLC
Lazard
Miller Buckfire & Co
Moelis & Company

**Other Parties in Interest – ERS**
Puerto Rico Fiscal Agency and Financial
   Advisory Authority

**Counsel - Other Parties in Interest – ERS**
MARINI PIETRANTONI MUÑIZ LLC
O'Melveny & Myers LLP

**Advisors and Accountants - Other Parties in
   Interest – ERS**
Ankura consulting group, LLC

**Other Parties in Interest – PBA**
Puerto Rico Fiscal Agency and Financial
   Advisory Authority
Ambac Assurance Corporation
Financial Guaranty Insurance Corporation
National Public Finance Guarantee Corporation

Syncora Guarantee, Inc.
Assured Guaranty Corp.
Assured Guaranty Municipal Corp.

**Counsel - Other Parties in Interest – PBA**
DEBEVOISE & PLIMPTON LLP
FERRAIUOLI LLC
GOLDMAN ANTONETTI & CORDOVA,
    LLC
Milbank LLP
Norton Rose Fulbright US LLP
Butler Snow LLP
Cadwalader, Wickersham & Taft
CASELLAS ALCOVER & BURGOS P.S.C.
REXACH & PICÓ, CSP
ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-
    OCHOA, P.S.C.
MARINI PIETRANTONI MUÑIZ LLC
O'Melveny & Myers LLP
Weil, Gotshal & Manges LLP

**Advisors and Accountants - Other Parties in
    Interest – PBA**
Moelis & Company
EXIGENT PARTNERS, LLC
Lazard
Ankura consulting group, LLC
Miller Buckfire & co

**Other Parties in Interest – PREPA**
Assured Guaranty Corp.
Assured Guaranty Municipal Corp.
LUMA Energy ServCo, LLC
LUMA Energy, LLC
National Public Finance Guarantee Corporation
Puerto Rico Fiscal Agency and Financial
    Advisory Authority
Syncora Guarantee, Inc.

**Counsel - Other Parties in Interest – PREPA**
ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-
    OCHOA, P.S.C.
Cadwalader, Wickersham & Taft LLP
CASELLAS ALCOVER & BURGOS P.S.C.
DEBEVOISE & PLIMPTON LLP
DLA Piper (Puerto Rico) LLC
DLA Piper LLP (US)
GOLDMAN ANTONETTI & CORDOVA,
    LLC
MARINI PIETRANTONI MUÑIZ LLC
Norton Rose Fulbright US LLP

O'Melveny & Myers LLP
Weil, Gotshal & Manges LLP

**Advisors and Accountants - Other Parties in
    Interest – PREPA**
Ankura consulting group, LLC
Lazard
Miller Buckfire & co

**Other Parties in Interest – HTA**
Ambac Assurance Corporation
Assured Guaranty Corp.
Assured Guaranty Municipal Corp.
Financial Guaranty Insurance Corporation
National Public Finance Guarantee Corporation
Puerto Rico Fiscal Agency and financial
    advisory authority

**Counsel - Other Parties in Interest – HTA**
ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-
    OCHOA, P.S.C.
Butler Snow LLP
Cadwalader, Wickersham & Taft
CASELLAS ALCOVER & BURGOS P.S.C.
FERRAIUOLI LLC
MARINI PIETRANTONI MUÑIZ LLC
Milbank LLP
O'Melveny & Myers LLP
REXACH & PICÓ, CSP
Weil, Gotshal & Manges LLP

**Advisors and Accountants - Other Parties in
    Interest – HTA**
Ankura consulting group, LLC
EXIGENT PARTNERS, LLC
Lazard
Moelis & Company

**Official Committee of Unsecured Creditors**
American Federation of Teachers
Baxter Sales and Distribution Puerto Rico Corp.
Drivetrain, LLC, as the Creditors' Trustee for
    Doral Financial Corporation
Genesis Security Services, Inc.
Service Employees International Union
The Unitech Engineering Group, S.E.
Tradewinds Energy Barceloneta, LLC.

**Official Committee of Retired Employees of
    Puerto Rico**
Blanca Paniagua

Carmen Nunez
José Marin
Juan Ortiz
Lydia Pellot
Marcos A. Lopez
Miguel Fabre
Milagros Acevedo
Rosario Pacheco

**Plan Support Agreement Parties –
Commonwealth**

Ambac Assurance Corporation
American Federation of State, County, and
Municipal Employees International union,
afl-cio
AmeriNational Community Services, LLC
Aristeia Capital, LLC
Assured Guaranty Corp.
Assured Guaranty Municipal Corp.
Aurelius Capital Management, LP
Autonomy Capital (Jersey) L.P.
BlackRock Advisors, LLC
BlackRock Allocation Target Shares: Series E
Portfolio
BlackRock California Municipal Opportunities
Fund of BLK California Muni
BlackRock Financial Management Inc.
BlackRock High Yield Municipal Fund
BlackRock MuniAssets Fund, Inc.
BlackRock New York Municipal Opportunities
Fund of BLK Multi-State Muni
BlackRock Strategic Municipal Opportunities
Fund of BlackRock Series Trust
Brigade Capital Management
Cantor-Katz Collateral Monitor LLC
Canyon Capital Advisors LLC
Cooperativa de Ahorro y Credito Asociacion de
Maestros de PR
Cooperativa de Ahorro y Credito de Adjuntas
Cooperativa de Ahorro y Credito de Cidra
Cooperativa de Ahorro y Credito Gerenciales
AEE
Cooperativa de Ahorro y Credito San Jose
Davidson Kempner Capital Management LP
EMSO Asset Management Limited
Farmstead Capital Management
FCO Advisors LP
Financial Guaranty Insurance Corporation
Ford Motor Company Defined Benefit Master
Trust
Frank M. Ricciardi Credit Trust U/W DTD

Frank M. Ricciardi Residuary Trust U/W DTD
GoldenTree Asset Management LP
Goldman Sachs Asset Management, L.P.
MASON CAPITAL MANAGEMENT, LLC
Monarch Alternative Capital LP
National Public Finance Guarantee Corporation
Obsidian Master Fund – Trading Sleeve
OM Foundation Limited
Sculptor Capital LP
Silver Point Capital, L.P.
Stonehill Capital Management LLC
Syncora Guarantee, Inc.
Taconic Capital Advisors L.P.
VR Advisory Services Ltd.
Whitebox Advisors L.L.C.
Whitehaven Credit Opportunities Master Fund,
Ltd.

**Counsel - Plan Support Agreement Parties –
Commonwealth**

ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-
OCHOA PSC
ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-
OCHOA, P.S.C.
BELLVER ESPINOSA LAW FIRM
BRACEWELL LLP
Butler Snow LLP
C. CONDE & ASSOC. LAW OFFICES
Cadwalader, Wickersham & Taft LLP
Cartagena & Dapena, LLC
CASELLAS ALCOVER & BURGOS P.S.C.
Correa-Acevedo & Abesada Law Offices, PSC
Davis, Polk & Wardwell, LLP
DEBEVOISE & PLIMPTON LLP
DELGADO & FERNÁNDEZ, LLC
DELGADO & FERNÁNDEZ, LLC
FERRAIUOLI LLC
G. CARLO-ALTIERI LAW OFFICES, LLC
GIBSON, DUNN & CRUTCHER LLP
GOLDMAN ANTONETTI & CORDOVA,
LLC
GOODWIN PROCTOR LLP
JIMÉNEZ, GRAFFAM & LAUSELL
jiminez, graffam & lausell
JONES DAY
Jose A. Santini Bonilla
KRAMER LEVIN NAFTALIS & FRANKEL
LLP
Lemuel Negron-colon
MCCONNELL VALDÉS LLC
McDermott Will & Emery LLP

6

Milbank LLP
Morell Bauzá
Morgan, Lewis & Bockius LLP
MORRISON & FOERSTER, LLP
Norton Rose Fulbright US LLP
PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
REICHARD & ESCALERA
REXACH & PICÓ, CSP
robbins, russell, englert, orseck, untereiner &
    sauber LLP
Santi Law Office
Schulte Roth & Zabel LLP
stroock & Stroock & lavan llp
TORO COLÓN MULLET P.S.C.
Weil, Gotshal & Manges LLP
willkie farr & gallagher llp
WOLLMUTH MAHER & DEUTSCH LLP

**Advisors and Accountants - Plan Support
    Agreement Parties – Commonwealth**
Ducera Partners LLC
EXIGENT PARTNERS, LLC
Goldin Associates
Lazard
Miller Buckfire & Co
Moelis & Company
Perella Weinberg Partners

**Plan Support Agreement Parties – ERS**
Altair Global Credit Opportunities Fund (A),
    LLC
Andalusian Global Designated Activity
    Company
Bank of New York Mellon
Crown Managed Accounts for and on behalf of
    Crown/PW SP
Glendon Opportunities Fund, L.P.
Investment Opportunities SPC Investment
    Opportunities 3 Segregated Portfolio
LMA SPC for and on behalf of Map 98
    Segregated Portfolio
Mason Capital Master Fund LP
Mason Capital SPV III, LLC
Oaktree Huntington Investment Fund II, L.P.
Oaktree Opportunities Fund IX (Parallel 2), L.P.
Oaktree Opportunities Fund IX (Parallel), L.P.
Oaktree Opportunities Fund IX, L.P.
Oaktree Opportunities Fund X (Parallel 2), L.P.

Oaktree Opportunities Fund X (Parallel), L.P.
Oaktree Opportunities Fund X Holdings
    (Delaware), L.P.
Oaktree Opportunities Fund X, L.P.
Oaktree Opps X Holdco Ltd
Oaktree Value Opportunities Fund Holdings,
    L.P.
Oaktree-Forrest Multi-Strategy, LLC (Series B)
Oceana Master Fund Ltd.
Ocher Rose, L.L.C.
Opps Culebra Holdings, L.P.
Pentwater Credit Master Fund Ltd.
Pentwater Merger Arbitrage Master Fund Ltd.
Pentwater Unconstrained Master Fund Ltd.
Puerto Rico AAA Portfolio Bond Fund II, Inc.
Puerto Rico AAA Portfolio Bond Fund, Inc.
Puerto Rico AAA Portfolio Target Maturity
    Fund, Inc.
Puerto Rico Fixed Income Fund II, Inc.
Puerto Rico Fixed Income Fund III, Inc.
Puerto Rico Fixed Income Fund IV, Inc.
Puerto Rico Fixed Income Fund V, Inc.
Puerto Rico Fixed Income Fund VI, Inc.
Puerto Rico Fixed Income Fund, Inc.
Puerto Rico GNMA & U.S. Government Target
    Maturity Fund, Inc.
Puerto Rico Investors Bond Fund I
Puerto Rico Investors Tax- Free Fund VI, Inc.
Puerto Rico Investors Tax-Free Fund II, Inc.
Puerto Rico Investors Tax-Free Fund III, Inc.
Puerto Rico Investors Tax-Free Fund IV, Inc.
Puerto Rico Investors Tax-Free Fund V, Inc.
Puerto Rico Investors Tax-Free Fund, Inc.
Puerto Rico Mortgage-Backed & U.S.
    Government Securities Fund, Inc.
PWCM Master Fund Ltd., Redwood Master
    Fund, Ltd
SV Credit, L.P.
Tax-Free Puerto Rico Fund II, Inc.
Tax-Free Puerto Rico Fund, Inc.
Tax-Free Puerto Rico Target Maturity Fund, Inc.
UBS IRA Select Growth & Income Puerto Rico
    Fund
Whitehaven Credit Opportunities Master Fund,
    Ltd.

**Counsel - Plan Support Agreement Parties –
    ERS**
C. CONDE & ASSOC. LAW OFFICES
DELGADO & FERNÁNDEZ, LLC
G. CARLO-ALTIERI LAW OFFICES, LLC

JONES DAY
MORRISON & FOERSTER, LLP
REED SMITH LLP
Sanchez Pirillo LLC
SÁNCHEZ/LRV LLC
Schulte Roth & Zabel LLP
SEPULVADO, MALDONADO & COURET
Skadden, Arps, Slate, Meagher & Flom LLP
VINCENTE & CUEBAS
White & Case LLP

**Plan Support Agreement Parties – PBA**
AmeriNational Community Services, LLC
Aristeia Capital, LLC
Assured Guaranty Corp.
Assured Guaranty Municipal Corp.
Aurelius Capital Management, LP
BlackRock Advisors, LLC
BlackRock Allocation Target Shares: Series E
    Portfolio
BlackRock California Municipal Opportunities
    Fund of BLK California Muni
BlackRock Financial Management Inc.
BlackRock High Yield Municipal Fund
BlackRock MuniAssets Fund, Inc.
BlackRock New York Municipal Opportunities
    Fund of BLK Multi-State Muni
BlackRock Strategic Municipal Opportunities
    Fund of BlackRock Series Trust
Brigade Capital Management
Cantor-Katz Collateral Monitor LLC
Canyon Capital Advisors LLC
Cooperativa de Ahorro y Credito Asociacion de
    Maestros de PR
Cooperativa de Ahorro y Credito de Adjuntas
Cooperativa de Ahorro y Credito de Cidra
Cooperativa de Ahorro y Credito Gerenciales
    AEE
Cooperativa de Ahorro y Credito San Jose
Davidson Kempner Capital Management LP
Farmstead Capital Management
FCO Advisors LP
Ford Motor Company Defined Benefit Master
    Trust
Frank M. Ricciardi Credit Trust U/W DTD
Frank M. Ricciardi Residuary Trust U/W DTD
GoldenTree Asset Management LP
Goldman Sachs Asset Management, L.P.
Mason Capital Management, LLC
Monarch Alternative Capital LP
National Public Finance Guarantee Corporation

Obsidian Master Fund – Trading Sleeve
OM Foundation Limited
Sculptor Capital LP
Silver Point Capital, L.P.
Stonehill Capital Management LLC
Syncora Guarantee, Inc.
Taconic Capital Advisors L.P.
VR Advisory Services Ltd.
Whitebox Advisors L.L.C.

**Counsel - Plan Support Agreement Parties –
    PBA**
ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-
    OCHOA PSC
ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-
    OCHOA, P.S.C.
ARROYO & RIOS LAW OFFICES
BRACEWELL LLP
C. CONDE & ASSOC. LAW OFFICES
Cadwalader, Wickersham & Taft LLP
CASELLAS ALCOVER & BURGOS P.S.C.
CORREA-ACEVEDO & ABESADA LAW
    OFFICES, PSC
Davis, Polk & Wardwell, LLP
DEBEVOISE & PLIMPTON LLP
DELGADO & FERNÁNDEZ, LLC
G. CARLO-ALTIERI LAW OFFICES, LLC
GIBSON, DUNN & CRUTCHER LLP
GOLDMAN ANTONETTI & CORDOVA,
    LLC
GOODWIN PROCTOR LLP
JIMÉNEZ, GRAFFAM & LAUSELL
jiminez, graffam & lausell
JONES DAY
JOSE A. SANTINI BONILLA
KASOWITZ BENSON TORRES LLP
KRAMER LEVIN NAFTALIS & FRANKEL
    LLP
LEMUEL NEGRON-COLON
MCCONNELL VALDÉS LLC
MCDERMOTT WILL & EMERY LLP
MORELL BAUZÁ CARTAGENA &
    DAPENA, LLC
Morgan, Lewis & Bockius LLP
Morrison & Foerster, LLP
Norton Rose Fulbright US LLP
PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP
Quinn Emanuel Urquhart & Sullivan, LLP
REICHARD & ESCALERA

robbins, russell, englert, orseck, untereiner &
   sauber LLP
Santi Law Office
SChulte Roth & Zabel LLP
TORO COLÓN MULLET P.S.C.
Weil, Gotshal & Manges LLP
willkie farr & gallagher llp
WOLLMUTH MAHER & DEUTSCH LLP

**Advisors and Accountants - Plan Support
   Agreement Parties – PBA**
Ducera Partners LLC
Goldin Associates
Lazard
Miller Buckfire & Co
Perella Weinberg Partners

**Plan Support Agreement Parties – PREPA**
AG CAPITAL RECOVERY PARTNERS VIII,
   L.P.
AG CENTRE STREET PARTNERSHIP, L.P.
AG CORPORATE CREDIT OPPORTUNITIES
   FUND, L.P.
AG MM, L.P.
AG SUPER FUND MASTER, L.P.
Assured Guaranty Corp.
Assured Guaranty Municipal Corp.
BLUEMOUNTAIN CREDIT
   ALTERNATIVES MASTER FUND L.P.
BLUEMOUNTAIN CREDIT
   OPPORTUNITIES MASTER FUND I L.P.
BLUEMOUNTAIN FOINAVEN MASTER
   FUND L.P.
BLUEMOUNTAIN FURSAN FUND L.P.
BLUEMOUNTAIN GUADALUPE PEAK
   FUND L.P.
BLUEMOUNTAIN KICKING HORSE FUND
   L.P.
BLUEMOUNTAIN LOGAN
   OPPORTUNITIES MASTER FUND L.P.
BLUEMOUNTAIN MONTENVERS MASTER
   FUND SCA SICAV-SIF
BLUEMOUNTAIN SUMMIT TRADING L.P.
BLUEMOUNTAIN TIMBERLINE LTD.
CALIFORNIA HIGH YIELD MUNICIPAL
   BOND FUND
CALIFORNIA INTERMEDIATE TERM TAX
   FREE INCOME FUND
CALIFORNIA TAX FREE INCOME FUND
CENTERBRIDGE CREDIT PARTNERS
   MASTER, L.P.

CENTERBRIDGE SPECIAL CREDIT
   PARTNERS II, L.P.
CENTERBRIDGE SPECIAL CREDIT
   PARTNERS III, L.P.
COLORADO TAX FREE INCOME FUND
FEDERAL TAX FREE INCOME FUND
FIST-FRANKLIN TOTAL RETURN FUND
FLORIDA TAX FREE INCOMA FUND
FRANKLIN STRATEGIC INCOME FUND -
   CANADA
FSS-FRANKLIN STRATEGIC INCOME
   FUND
FTIF-FRANKLIN STRATEGIC INCOME
   FUND
FTVIP – FRANKLIN STRATEGIC INCOME
   VIP FUND
GEORGIA TAX FREE INCOME FUND
GOLDENTREE ASSET MANAGEMENT LP
HIGH YIELD TAX FREE INCOME FUND
INVESCO OPPENHEIMER ROCHESTER
   AMT-FREE MUNICIPAL FUND
INVESCO OPPENHEIMER ROCHESTER
   AMT-FREE NEW YORK MUNICIPAL
   FUND
INVESCO OPPENHEIMER ROCHESTER
   CALIFORNIA MUNICIPAL FUND
INVESCO OPPENHEIMER ROCHESTER
   HIGH YIELD MUNICIPAL FUND
INVESCO OPPENHEIMER ROCHESTER
   LIMITED TERM CALIFORNIA
   MUNICIPAL FUND
INVESCO OPPENHEIMER ROCHESTER
   LIMITED TERM NEW YORK
   MUNICIPAL FUND
INVESCO OPPENHEIMER ROCHESTER
   MUNICIPALS FUND
INVESCO OPPENHEIMER ROCHESTER
   NEW JERSEY MUNICIPALS FUND
INVESCO OPPENHEIMER ROCHESTER
   PENNSYLVANIA MUNICIPAL FUND
INVESCO OPPENHEIMER ROCHESTER
   SHORT DURATION HIGH YIELD
   MUNICIPAL FUND
KNIGHTHEAD (NY) FUND, L.P.
KNIGHTHEAD ANNUITY & LIFE
   ASSURANCE COMPANY
KNIGHTHEAD MASTER FUND, L.P.
LOUISIANA TAX FREE INCOME FUND
MARYLAND TAX FREE INCOME FUND
MASSMUTUAL INTERNATIONAL
   HOLDINGS MSC, INC.

MASSMUTUAL UNIFIED TRADITIONAL
MISSOURI TAX FREE INCOME FUND
National Public Finance Guarantee Corporation
NEW JERSEY TAX FREE INCOME FUND
NEW YORK TAX FREE INCOME FUND
NORTH CAROLINA TAX FREE INCOME
    FUND
NUTMEG PARTNERS, L.P.
OREGON TAX FREE INCOME FUND
PENNSYLVANIA TAX FREE INCOME
    FUND
SILVER POINT CAPITAL FUND, L.P.
SILVER POINT CAPITAL OFFSHORE
    MASTER FUND, L.P.
Syncora Guarantee, Inc.
TENNEESEE MUNICIPAL BOND FUND
VIRGINIA TAX FREE INCOME FUND

**Counsel - Plan Support Agreement Parties –
    PREPA**
ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-
    OCHOA, P.S.C.
Cadwalader, Wickersham & Taft LLP
CASELLAS ALCOVER & BURGOS P.S.C.
DEBEVOISE & PLIMPTON LLP
DELGADO & FERNÁNDEZ, LLC
G. CARLO-ALTIERI LAW OFFICES, LLC
GOLDMAN ANTONETTI & CORDOVA,
    LLC
JONES DAY
KRAMER LEVIN NAFTALIS & FRANKEL
    LLP
MORRISON & FOERSTER, LLP
Norton Rose Fulbright US LLP
TORO COLÓN MULLET P.S.C.
Weil, Gotshal & Manges LLP
WOLLMUTH MAHER & DEUTSCH LLP

**Advisors and Accountants - Plan Support
    Agreement Parties – PREPA**
Lazard
Syncora Guarantee, Inc.

**Plan Support Agreement Parties – HTA**
AmeriNational Community Services, LLC
Assured Guaranty Corp.
Assured Guaranty Municipal Corp.
Cantor-Katz Collateral Monitor LLC
Davidson Kempner Capital Management LP
National Public Finance Guarantee Corporation

Whitehaven Credit Opportunities Master Fund,
    Ltd.

**Counsel - Plan Support Agreement Parties –
    HTA**
ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-
    OCHOA, P.S.C.
C. CONDE & ASSOC. LAW OFFICES
Cadwalader, Wickersham & Taft LLP
CASELLAS ALCOVER & BURGOS P.S.C.
CORREA-ACEVEDO & ABESADA LAW
    OFFICES, PSC
Davis, Polk & Wardwell, LLP
MCCONNELL VALDÉS LLC
Morgan, Lewis & Bockius LLP
Schulte Roth & Zabel LLP
Weil, Gotshal & Manges LLP

**Advisors and Accountants - Plan Support
    Agreement Parties – HTA**
Ducera Partners LLC
Goldin Associates
Lazard
Miller Buckfire & Co
Perella Weinberg Partners

**Material Creditors of the Commonwealth**
1RST QUALITY SERVICES CORP.
AALAEI, BEHZAD
AALAEI, SOPHIE
ACEVEDO CONCEPCION, LOURDES
    ESTHER
ACEVEDO ECHEVARRIA, CARL LUIS
ACEVEDO ECHEVARRIA, JAN LUIS
ACEVEDO GONZALEZ, CARLOS L.
ACEVEDO GUZMAN, CORALYS
ACEVEDO GUZMAN, JANIELIS
ACOSTA SANCHEZ, CARMEN
ACP MASTER, LTD.
ADALBERTO QUILES SANTIAGO
ADIRONDACK HOLDINGS II LLC
ADORNO GONZALEZ, LYNNOT
ADORNO OTERO, EMILIO
ADORNO-GONZALEZ, ANGEL
AGOSTO SANTIAGO, GIL
ALBERTY MARRERO, SOCORRO
ALBINO-TORRES, ACTRIZ A.
ALBORS-PERALTA, MARIA T.
ALEJANDRO SOLIS LOPES
ALEJO CRUZ SANTOS
ALFA & OMEGA ELECTRIC, SE

10

ALICEA-RIVERA, SHIAMALY
ALTOS DE LA VILLA, INC.
ALVARADO SOLIVAN, JOSE ENRIQUE
ALVARADO TORRES, ANGEL O.
ALVAREZ PEREZ, ISRAEL
AMAURIS TRUST
AMBERT MARTINEZ, JENNIFER
AMERICAN MODERN HOME INSURANCE
    COMPANY
AMERINATIONAL COMMUNITY
    SERVICES, LLC
ANGEL RAMIREZ
APONTE CRUZ, REUBEN
AQUINO, JOSUE
ARAYA RAMIREZ, EVA
ARROYO MOLINA, FELIX
ARROYO MORALES, ORLANDO
ASHLY MORALES ORRIOLA
ASOCIACION DE EMPLEADOS DEL
    ESTADO LIBRE ASOCIADO DE P.R.
ASOCIACION DE EMPLEADOS DEL
    ESTADO LIBRE ASOCIADO DE PR
    (AEELA)
ASOCIACION DE SUSCRIPCION
    CONJUNTA DEL SEGURO DE
    RESPONSABILIDAD OBLIGATORIO
ASTRAZENECA PHARMACEUTICALS, LP
AT&T MOBILITY PUERTO RICO INC.
AUERA RODRIGUEZ COMPUESTA
AULI FLORES, LUIS G
AURELIUS CAPITAL MASTER, LTD.
AUTONOMOUS MUNICIPALITY OF
    PONCE
AVILES-CANCEL, ARLEEN Y.
AVON PRODUCTS, INC. (PUERTO RICO
    BRANCH)
AXYSNET CORPORATION
AYALA GRISELLE, RIVERA
AYALA, IVAN
B.P.S.E.
BAEZ LOPEZ, EMMA I.
BAHÍA PARK S.E.
BANCO POPULAR DE PUERTO RICO, AS
    TRUSTEE
BANKRUPTCY ESTATE OF PMC
    MARKETING CORP. BANK
BAUZA, JANICE MARCHAND
BAXTER SALES AND DISTRIBUTION
    PUERTO RICO CORP.
BAYON CORREA, IRVING
BERRIOS-VEGA, LUIS O.

BEST RATE CAR
BETANCOURT ALICEA, JOSE
BETTERCYCLING CORPORATION
BLANCO BOU, FIDEICOMISO
BLANCO RESTO, IRIS Y.
BONILLA CARABALLO, JOSE R.
BONNIE BOOTHBY BERROCAL
BORRERO, IVONNE
BOSCHETTI-MARTINEZ, FELIX G.
BRENDA FELICIANO
C & A, S.E.
C.O.D. TIRE DISTRIBUTORS IMPORTS
    ASIA, INC.
CACERES CRUZ, ARMANDO
CACERES CRUZ, ELOY
CACERES CRUZ, NYDIA
CACERES MALDONADO, MIGUEL ANGEL
CALDERON LEBRON, EDGAR
CALIZ PABELLON, GLORIA I
CAMACHO MORLAES, EDWIN
CAMERA MUNDI INC
CANTOR-KATZ COLLATERAL MONITOR
    LLC
CARABALLO-CARABALLO, VILMARIE
CARDONA MARQUEZ, BEJAMIN
CARIBBEAN AIRPORT FACILITIES, INC.
CARIBBEAN MEDICAL CENTER
CARIBE TECNO, CRL
CARMELO MARQUEZ SANCHEZ
CARMEN LIDIA JORGE
CARMEN MARIA NEGRON DELGADO
CARMEN MARIA NEGRON EN
    REPRESENTATION OF JESUS GABRIEL
    MATOS
CARRASQUILLO NIEVES, RAFAEL A.
CARRASQUILLO, HECTOR VELEZ
CARRASQUILLO, JAVIER WALKER
CARRASQUILLO-CRUZ, PEDRO M.
CASTRO CRUZ, MARIA E.
CENTENO - NAVARRO , ARTURO
CENTERBRIDGE PARTNERS, L.P.
CESAR CASTILLO, INC.
CHERYL STEELE
CHRIST & JOHN RECYCLING, INC.
CHRISTOPHER CRUZ-RODRIGUEZ
CINTRÓN TORRES, BRENDA LEE
CINTRON TORRES, JAIME E
CLARIBEL RIVERA HERNANDEZ ET AL
CLAUDIO LLOPIZ, OMAR J.
COLLAZO QUINONES, JORGE RAFAEL
    EDUARDO

COLON GONZALEZ, VIRGEN DEL S.
COLON, EVANGELISIA
COLON, OSCAR
COLON-CINTRON, ANABELLE
COLON-GONZALEZ, JUAN IVAN
COMMUNITY HEALTH FOUNDATION OF
    P.R. INC.
COMPANIA DE FOMENTO INDUSTRIAL
    DE PUERTO RICO
COMPUTER AUTOMATION SYSTEMS INC
CONCEPCION OSORIO, MIRIAM A
CONCHITA E COX SCHUCK
CONCILIO NACIONAL DE POLICIAS INC
CONSTRUCTORA ESTELAR, S.E.
COOPERATIVA A/C LA COMERIENA
COOPERATIVA DE AHORRO Y CREDITO
    ABRAHAM ROSA
COOPERATIVA DE AHORRO Y CRÉDITO
    DE AGUADA
COOPERATIVA DE AHORRO Y CREDITO
    DE CIALES
COOPERATIVA DE AHORRO Y CRÉDITO
    DE JUANA DÍAZ
COOPERATIVA DE AHORRO Y CREDITO
    DE LA FEDERACION DE MAESTROS DE
    PR
COOPERATIVA DE AHORRO Y CREDITO
    DE LARES
COOPERATIVA DE AHORRO Y CREDITO
    DE OFICIALES DE CUSTODIA DE PR
COOPERATIVA DE AHORRO Y CREDITO
    DE RINCON
COOPERATIVA DE AHORRO Y CREDITO
    DR. MANUEL ZENO GANDIA
COOPERATIVA DE AHORRO Y CREDITO
    VEGA ALTA
CORP SERVICIOS AMA DE LLAVES INC
CORPORACION DE SERVICIOS
    INTEGRALES DE SALUD DEL AREA DE
    BARRANQUITAS, COMERIO,COROZAL,
    NARANJITO Y OROCOVIS, INC.
CORPORACION DEL FONDO DEL SEGURO
    DEL ESTADO
CORREA TIRE DISTRIBUTOR INC.
CORREA, LINETTE
CORRECTION OFFICERS OF THE
    DEPARTMENT OF CORRECTIONS AND
    REHABILITATION OF THE
    COMMONWEALTH OF PUERTO RICO
CORREDOR, IRMA
COSTAS ELENA , LUIS P

COSTAS ELENA, LUIS P.
COSTAS RUSSELL, HELEN E
COSTAS RUSSELL, LUIS J
COSTAS RUSSELL, VICTORIA J.
COSTCO WHOLESALE CORPORATION
CROWE HORWATH LLP
CRUZ ALVERIO, CARLOS
CRUZ BERRIOS, JOSE JULIAN
CRUZ CARRASQUILLO, SATURNO
CRUZ COLLAZO, LYDIA
CRUZ DIAZ, WANDA
CRUZ DONES, JUAN
CRUZ RODRIGUEZ, ABIGAIL
CRYSTAL ROMERO CRUZ
CSA GROUP
CUEVAS-RODRÍGUEZ, GRISELL
DAMEXCO INC.
DANAUS TRUST
DANUZ REYES, MICHAEL E.
DAVID CRUZ
DE JESUS-PAGAN, ANGEL
DE PEDRO GONZALEZ, REBECCA
DELFINA LÓPEZ ROSARIO
DEMETER INTERNATIONAL INC.
DEMETRIO AMADOR INC.
DENIS ROMAN
DENTON, WHADZEN
DEPARTMENT OF TREASURY - INTERNAL
    REVENUE SERVICE
DEPARTMENTO DE HACIENDA
DEPT OF HOMELAND SECURITY USA
DEVELOPMENT AND CONSTRUCTION
    LAW GROUP, LLC
DIAZ CASTRO, MARIA J
DIAZ ONEILL, JAIME A.
DIAZ REYES, SARAI
DIAZ RODRIGUEZ MD, RUBEN
DIAZ-CRUZ, RAFAEL
DIAZ-MORALES, ROBERT ANEL
DINO DEMARIO
DIÓGENES INTERNATIONAL
    CONSULTING
DIOGENTS INTERNATIONAL
    CONSULTING CORP.
DISTRIBUIDORA BLANCO INC
DOMINGUEZ , DANNY
DORAL BANK
DORAL FINANCIAL CORPORATION
DORAL MORTGAGE, LLC
DOUGLAS A. ARON FAMILY TRUST
E ROJAS PUCCINI, SUCN BERTA

EDUCADORES PUERTORRIQUEÑOS EN ACCIÓN, INC
EDWIN BRANA HERNANDEZ
EL OJO DE AGUA DEVELOPMENT, INC
ELI LILLY EXPORT, S.A. (PUERTO RICO BRANCH)
ELSA ARIADNE GONZÁLEZ VÉLEZ
EMILIO FAGUNDO ALVAREZ
EMILIO SOLER RAMIREZ
EMMANUEL FERNADNEZ JORGE
EMPLEADOS CIVILES ORGANIZADOS - 1343 EMPLEADOS CIVILES
EMPLEADOS CIVILES ORGANIZADOS (ECO)
ENVIRONICS ENGINEERING GROUP CORP
ESPINOSA ROSADO, EVYFLOR
ESPINOSA, JOSE
ESTERRICH LOMBAY, GABRIEL
ESTRADA MAYSONET, ALEJANDRO
ESTRADA, RICARDO
EVA TORRES RODRIGUEZ
FAIR CONSTRUCTION INC.
FAJARDO-ROJAS, ZURYS
FCO SPECIAL OPPORTUNITIES (A1) LP
FCO SPECIAL OPPORTUNITIES (D1) LP
FCO SPECIAL OPPORTUNITIES (E1) LLC
FDR1500, CORP.
FEDERACION CENTRAL DE TRABAJADORES (UFCW LOCAL 481)
FEDERAL DEPOSIT INSURANCE CORP (FDIC)
FERNANDEZ, ELIONAI
FERRER MELENDEZ, SONIA I.
FIGUEROA SERRANO, JOSHUA
FINCA MATILDE, INC.
FIR TREE CAPITAL MANGEMENT, LP
FIRST BALLANTYNE AND AFFILIATES
FIRST MEDICAL HEALTH PLAN, INC.
FONDO PARA LA INNOVACIÓN PARA EL DESARROLLO AGRÍCOLA
FONTÁNEZ DÍAZ , MARÍA M.
FONTANEZ-LOPEZ, JUAN C.
FRADERA-DELGADO, ANA C.
FRAGOSO-VALENTIN, NILDA
FRANCISCO BELTRAN
FRANCISCO BELTRAN CINTRON
FRANCO FLORES, DIANA
FRANCO FLORES, MANUEL
FRANK E. TORRES RODRIGUEZ
FUENTES RODRIGUEZ, FERNANDO
FUNDACION LUIS A. FERRE, INC.

FUNDAMENTAL CREDIT OPPORTUNITIES MASTER FUND LP
GARCIA PERALES, DAMARIS
GENAY RODRIGUEZ GARCIA
GENESIS SECURITY SERVICES, INC.
GLENDON OPPORTUNITIES FUND, L.P.
GOLDMAN SACHS BANK USA
GOLDMAN SACHS CAPITAL MARKETS, L.P.
GONZ BUILDERS CORP.
GONZALEZ BEAUCHAMP, AUGUSTO
GONZALEZ GERENA, MIGUEL A.
GONZALEZ GONZALEZ, DIGNORA
GONZALEZ LEDESMA, ANA
GONZALEZ LOPEZ, BELKYS
GONZALEZ RAMOS, MARISOL
GONZALEZ, IVELISSE
GRIFFITH FIGUEROA, ALLAN A.
GROUP WAGE CREDITORS
GRUPO DE DESARROLLO LOS ALTOS SAN JUAN, INC.
GUADALUPE DE LA MATTA, SAVITRI
GUILLEMO-SANCHEZ, JAVIER ALBERTO
GUILLERMO MOLINA, JAVIER MIGUEL
GUINOT-MELENDEZ, JOSEFINA
GUZMAN NIEVES, CARLOS LUIS
GUZMAN OLMEDA, CHRISTIAN
HARRY BRANA HERNANDEZ
HECTOR MELENDEZ MOJICA
HECTOR R GONZALEZ ROMANACE
HENSON BUSQUETS, VICTOR O
HERNANDEZ DIAZ, GENESIS
HERNANDEZ ECHEVESTRE, RICARDO
HERNANDEZ PEREZ, YAJAIRA
HERNÁNDEZ QUIJANO, JOSÉ
HERNANDEZ RESTO, CARLOS
INMOBILIARIA SAN ALBERTO, INC
INSIGHT MANAGEMENT GROUP, INC.
INSTITUTE OF PUERTO RICAN CULTURE
IRIZARRY PARIS, JORGE
IRIZARRY ROMAN, VANESSA
IRIZARRY-LOPEZ, GISELLE
ISMAEL MUSA ALMASRI
ISMAEL RIVERA GRAU
JANETTE ROBLES HERNANDEZ
JANICE TORRES-TORRES
JAVIER COLON GARCIA, KATHY CLAUSELL Y LA SOCIEDAD LEGAL DE GANACIALES
JEANETTE ABRAHAM DIAZ
JEANNETTE ABRAMS-DIAZ

JENNINGS, SUSAN A
JESSICA ORTIZ DIAZ
JESUS GABRIEL MATOS NEGRON
JIMENEZ BRACERO, MARGARITA
JIMENEZ RESTO, EDWIN
JIMENEZ RIVERA, MAYRA
JIMINEZ DE JESUS, RUTH
JOM SECURITY SERVICES, INC.
JORGE ABRAHAM GIMENEZ
JORGE ABRAHAM GIMÉNEZ
JOSE A. BATLLE & ASSOCIATES
JOSE A. BATLLE OJEDA
JOSE ALEJANDRO MORALES ORRIOLA,
    NAVM
JOSE ALEJANDRO MORALES TORRES
JOSE DIAZ-COLON
JOSE L. QUIÑONES VILLANUEVA
JUAN PÉREZ-COLÓN
JUAN R. ZALDUONDO VIERA
JUAZA, INC
JUDY ANN MORALES-RAMOS
KATHERINE FIGUEROA AND GUY
    SANCHEZ
KIRKLAND & ELLIS LLP
KRISTAL MARTINEZ
LA CUARTEROLA, INC
LA MAR CONSTRUCTION, LLC
LA SOCIEDAD LEGAL DE GANACIALES
    COMPUSTO POR ELLOS
LA SOCIEDAD LEGAL DE GANANCIALES
LABOY GONZÁLEZ, JOSÉ OSCAR
LAS LOMAS CONSTRUCTION SE
LASTRA RIVERA, MARY
LAUREN DE PABLO
LEDESMA ALBORS, OSCAR
LEHMAN BROTHERS SPECIAL
    FINANCING INC.
LEIDA PAGAN TORRES
LEON PEREZ, NITZA N.
LEON RENTA, JEAN
LEON RODRIGUEZ, EDDIE
LEON, EDDIE
LEYVA ROMERO, RAFAEL
LIFE WIRELESS
LINETTE CORREA
LINFERNAL CRUZ, ELLIS
LLOPIZ BURGOS, WANDA
LMAP 903 LIMITED
LONGORIA SEPULVEDA, PETER
LOPEZ , MARTHA RIVERA
LÓPEZ ROLÓN, CARMEN ALICIA

LOPEZ, ARIADNA
LORIAN MUSA ALMASRI
LORTU-TA LTD, INC
LOURDES MORALES REYES
LUCENA SOTO, DIONISIO
LUCIANO RIVERA, ALEXANDER
LUZ RIVERA, NERY
MACY'S PUERTO RICO
MADELINE ACEVEDO CAMACHO
MADELINE ACEVEDO CAMANCHO
MAGALY GORDILLO
MAGDALENA MACHICOTE RAMERY
MALARET-GOMEZ, HIRAM
MALDONADO COLÓN, ALFREDO A
MANAGEMENT CONSULTANTS &
    COMPUTER SERVICES, INC.
MANUEL A. RIVERA-SANTOS, ET AL
MAPFRE PAN AMERICAN INSURANCE
    COMPANY
MAPFRE PRAICO INSURANCE COMPANY
MARCARIBE INVESTMENT
    CORPORATION
MARIA DE LOURDES RODRIGUEZ RUIZ
MARIA P TORRES DE GONZALEZ
MARLENE RUIZ
MARRERO RIVERA, PELEGRINA
MARRERO-MENDEZ, ALVIN
MARTINEZ FINALE, ROLANDO
MARTINEZ GONZALEZ, ALICE
MARTINEZ GONZALEZ, ALICIA
MARTINEZ GONZALEZ, JAZMINE
MARTINEZ-ECHEVARRIA, EDUARDO H
MARUZ REAL ESTATES CORP
MATOS NEGRON, JESUS GABRIEL
MAYAGUEZ ADVANCED
    RADIOTHERAPHY CENTER PC
MAYSONET GARCIA, CRISTOBAL
MCP HOLDINGS MASTER LP
MCS ADVANTAGE, INC.
MEDINA ORIZAL, BRENDS E
MELVIN D MACY REV TRUST DTD 2/13/87
MERCADO, ESTHER
MERCED-CENTENO, CARLOS LUIS
MIGUEL ANGEL MONTANEZ
    HERNANDEZ
MILAIZA MARTIZ
MIRANDA MAISONAVE, DAMARIS I
MMM HEALTHCARE, LLC
MMM MULTIHEALTH, LLC
MOHAMMED MUSA ISMAEL

14

MOLINA HEALTHCARE OF PUERTO RICO, INC.

MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD.

MONARCH CAPITAL MASTER PARTNERS III LP

MONARCH CAPITAL MASTER PARTNERS IV LP

MONARCH DEBT RECOVERY MASTER FUND LTD

MONARCH SPECIAL OPPORTUNITIES MASTER FUND LTD.

MONTALVO FEBUS, JOSE JAVIER

MONTAÑEZ ROSA, IVETTE Y OTROS

MORALES LOPEZ, DIANA IRIS

MORALES RAMOS, JUDYANN

MORALES RODRIGUEZ, ZORAIDA

MORALES, WANDA

MORO ROMERO, JULIO

MUNICIPAL REVENUE COLLECTION CENTER

MUNICIPALITY OF ANASCO

MUNICIPALITY OF MAYAGUEZ

MUNICIPALITY OF SAN SEBASTIAN

MUNICIPIO DE CABO ROJO

MUNICIPIO DE GURABO

MUNICIPIO DE HORMIGUEROS

MUNICIPIO DE ISABELA

MUNICIPIO DE LARES

MUNICIPIO DE PENUELAS

MUNICIPIO DE SAN GERMAN

MUNICIPIO DE SAN JUAN

MUNOZ OLAN, OLIVER

MYERS, DOROTHY

MYRIAM BETANCOURT LOPEZ, ET ALS.

NAARMEN ALMASRI

NARVAEZ CARRION, JOSE

NATAL FELICIANO, BETHZAIDA

NATALIA CRUZ RODRIGUEZ

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION

NAZARIO ACOSTA, RICARDO

NEGRON DIAZ, JONUEL

NIAVIUS TRUST

NIDO, INC., RAFAEL J.

NIEVES ROSADO, ANGEL

NIEVES, YOMAIRA CARABALLO

NIEVES-LOPEZ, BEATRIZ

NIEVES-PABON, IDALIZ

NILDA AGOSTO-MALDONADO

NOKOTA CAPITAL MASTER FUND, LP

NORTEL NETWORKS (CALA), INC.

NUNEZ NIEVES, JOSE R.

NUVEEN MARYLAND QUALITY MUNICIPAL INCOME FUND, A MASSACHUSETTS BUSINESS TRUST

NUVEEN MULTISTATE TRUST IV - NUVEEN KANSAS MUNICIPAL BOND FUND, A MASSACHUSETTS BUSINESS TRUST

OAKTREE OPPORTUNITIES FUND IX DELAWARE, L.P.

OAKTREE OPPS X HOLDCO. LTD.

OAKTREE-FORREST MULTI-STRATEGY,LLC

OCASIO MATOS, BARBARA

OCHER ROSE, L.L.C.

OLGA FINALE

OLGA MARTINEZ FINALE

OLIVERAS-VAZQUEZ, BETHZAIDA

OLIVERO ALVARAZ, RUTH

OLIVERO ASTACIO, IVONNE

OMAR DEL PINO GAMEZ

OMAR LUGO

ONDINA FINALE CARDENAS

O'NEILL SECURITY & CONSULTANT SERVICES, INC.

ONTANO ROSARIO, JOSE

ORIENTAL ENGINEERS, CORP.

ORLANDO TORRES MONROIG

ORTIZ LEGRAND, LUIS GABRIEL

ORTIZ MEDINA, ANITZA

ORTIZ MELENDEZ, ALEJANDRA

ORTIZ NAZARIO, RUTH A

ORTIZ PEREZ, DEBORAH

ORTIZ RODRIGUEZ, NORMA I

OSORIO-COLLAZON, HOLVIN

OTERO, ADY PAZ

P.D.C.M ASSOCIATES, S.E.

P.R. AGRO-TERRA INTERNATIONAL

P.R. USED OIL COLLECTORS, INC

PACHECO-ESTRADA, CARLOS J.

PADILLA VELEZ, ANIBAL

PAGAN ORTIZ, DAPHNE Y.

PAGAN RIVERA, BRENDA E

PAGAN, GILBERTO

PAGAN, OMAR PADRO

PAGE MACY REV TRUST DTD 12/29/86 T-I-C

PALACIO CAMACHO, WILFRIDO

PANTOJAS, ADALBERTO

PAREDES SANCHEZ, KEVIN J

PATHEON PUERTO RICO, INC.
PAZ OTERO, ADY
PAZ VILLALOBOS, IRIS
PEDRO ROLANDO MARTINEZ TORRES
PEÑA LUGUERA, JUAN C
PEPSICO PUERTO RICO, INC.
PEREZ ACEVEDO, VICENTE
PEREZ ADORNO, JORGE L
PEREZ RODRIGUEZ, JULIA M.
PÉREZ VÁZQUEZ, MARITZA
PEREZ-BERNARD, LUIS A.
PEREZ-OCASIO, DORIS
PEREZ-RODRIGUEZ, MARIA VICTOR
PFZ PROPERTIES, INC.
POLANCO ESTRELLA, RAFAEL E.
POLANCO JORDÁN, YANITSZA MARIE
POLANCO RIVERA, JESUHAN
POLANCO RIVERA, NEILIANY
PROFESSION CONSULTING
    INTERNATIONAL GROUP, INC.AL
PROFESSIONAL CONSULTING
    INTERNATIONAL GROUP INC
PROMOTIONS & DIRECT, INC.
PRUDENCIO ACEVEDO AROCHO
PUERTA DE TIERRA REALTY, INC.
PUERTO RICO BAN (CI) LLC
PUERTO RICO BAN (CIII) LLC
PUERTO RICO BAN (VL) LLC
PUERTO RICO HOSPITAL SUPPLY, INC.
PUERTO RICO HOUSING FINANCE
    AUTHORITY (CAPITAL FUND
    MODERNIZATION PROGRAM BONDS)
    SERIES 2003 AND 2008 BONDS
PUERTO RICO INDUSTRIAL, TOURIST,
    EDUCATIONAL, MEDICAL &
    ENVIRONMENTAL CONTROL
    FACILITIES FINANCING AUTHORITY
    (AFICA) SERIES 2000 A BONDS
PUERTO RICO TELEPHONE COMPANY
    D/B/A CLARO
QUALITY CONSTRUCTION SERVICES II,
    LLC
QUINONES PIMENTEL, CATHERINE
QUINTANA ROSADO, JANZEL DANIEL
QUINTERO-CORTES, IVONNE
QUIROS MILANES, EMMA I
QUIROS PAGAN, MAGDA E.
RAMA CONSTRUCTION LLC
RAMHIL DEVELOPERS, INC.
RAMIREZ LLUVERAS, EVELYN
RAMOS LOZADA, NEFTALI

RAMOS MUNDO, NELSON
RAMOS VAZQUEZ, NOELIA
RAMOS-ORTIZ, BETHZAIDA
RAMOS-RIOS, MIRIAM
RANGEL GONZALEZ, LESTER M.
RAVARO CONSTRUCTION CORPORATION
REALTY DEVELOPMENT CORPORATION
REYES PEREZ, ARNALDO
REYES REYES , REY
RÍOS ARROYO, CARMEN LYDIA
RIOS SEDA, YAIZA
RIVAS SANTIAGO, YAITZA
RIVERA CANALES, WANYALIX
RIVERA CLEMENTE, FELIX
RIVERA CORRALIZA, PABLO JAVIER
RIVERA FALU, AUGUSTO
RIVERA GONZALEZ, FELIX
RIVERA GONZALEZ, LUIS
RIVERA GONZALEZ, PRISCILLA
RIVERA LOPEZ, COSME LUIS
RIVERA ORTIZ, DIEGO
RIVERA PERCY, VICTOR T
RIVERA RAMIREZ, JOSE MARCELO
RIVERA RIOS, IVAN
RIVERA RIVERA, MOIRA GRUSHESKA
RIVERA ROMAN, JUAN P
RIVERA SANTIAGO, JOSE
RIVERA VELEZ, ERIC
RIVERA, VICTOR M.
RIVERA-CRUZ, XIOMORA
RIVERA-GUEVAREZ, ROLANDO
RIVERA-LUGO, LUIS
RIVERON MUÑOZ, RAMON
RODRIGUEZ CONCEPCION , JOSE
RODRIGUEZ DEYNES, VICTOR
RODRIGUEZ GONZALEZ, MIGUEL
RODRIGUEZ LOPEZ, SAMUEL
RODRIGUEZ MADERA, ALEXANDER
RODRIGUEZ MARTINEZ, JESSICA
RODRÍGUEZ RIVERA, JUSTIN
RODRIGUEZ RODRIGUEZ, JOSEPH
RODRIGUEZ SAURE, JUAN
RODRIGUEZ VEGA, JAMIE
RODRIGUEZ VELAZQUEZ, ARIADNE
RODRIGUEZ, LUIS A.
RODRIGUEZ-AMARO, EVELYN
RODRIGUEZ-ARROLLO, ALLISON
RODRIGUEZ-FIGUEROA, CARLOS R.
RODRIGUEZ-RIVERA, RUBEN
RODRIQUEZ QUINONES, DR. RAFAEL
ROLANDO MARTÍNEZ

ROLANDO MARTINEZ FINALE
ROLDAN HOYOS, CARLOS M
ROLON-QUIÑONES, FELIX
ROMÁN ROSADO, YARIELIS
ROMAN-RIVERA, LUISA E.
ROMERO CRUZ, CRYSTAL
ROMERO QUINONEZ, MARIA C
ROSADO BERRIOS, RUTH
ROSADO MORALES, AYMEE DEL C.
ROSARIO VICENTE, GILBERTO
RS LEGACY CORPORATION
RUIZ CACERES, LEINELMAR
RUIZ COLON, NELSON
RUIZ CORREA, NELSON
RUIZ GUADARRAMA, ARNOLD D
RUIZ RODRIGUEZ, ARQUELIO
RUIZ-AVILES, JOSE
RUSSELL MCMILLAN, HAZEL A
RUSSELL MCMILLAN, HAZEL A.
SAEZ VARGAS, ANNETTE
SALDAÑA, OLGA
SAN GERONIMO CARIBE PROJECT, INC
SANCHEZ RODRIGUEZ, FRANCISCO
SANCHEZ SOLDEVILLA, MARIA
SANCHEZ, RAUL
SANCHEZ-CRUZ, DOROTEO
SANCHEZ-RODRIGUEZ, FRANCISCO
SANDOVAL, CARLOS
SANTAELLA, LUIS
SANTANA BAEZ, ELIEZER
SANTANA PAGAN RENE
SANTIAGO ALBALADEJO, MANUEL
SANTIAGO MARTINEZ, GIANCARLO
SANTIAGO RODRIGUEZ, PABLO
SANTIAGO TORRES, JEAN
SANTOS CALIXTO RODRIGUEZ
SANTOS FIGUEROA, CARLOS
SANTOS RIVERA, FRANCISCO
SANTOS-ORTIZ, MARIE
SARAH FIGUEROA IRIZARRY
SCOTIABANK DE PUERTO RICO
SDT CONTRACTORS, INC.
SEDA ARROYO, EDGARDO
SERVICIOS MÉDICOS UNIVERSITARIOS,
    INC.
SHELL TRADING (US) COMPANY
SILVER POINT CAPITAL FUND, L.P.
SILVER POINT CAPITAL OFFSHORE
    MASTER FUND, L.P.
SINDICATO DE BOMBERAS UNIDOS DE
    PR

SOFTEK, INC.
SOLA MARTI, ANTONIO
SOLA ORELLANO, JOSE V.
SOTO CALDERON, JUDITH
SOTO RAMOS, EMMANUEL
SOTO-GONZALEZ, LUIS A
SPDR SERIES TRUST - SPDR NUVEEN S&P
    HIGH YIELD MUNICIPAL BOND ETF, A
    MASSACHUSETTS BUSINESS TRUST
SUAREZ DE LEON, RAFAEL
SUCESION PASTOR MANDY MERCADO
SUCESORES CARVAJAL, PR
    INVESTMENTS LLC
SUCN DE FRANK TORRES ORTIZ
SUCN PABLO ALVARADO-GASCOT
SUCN. CARLOS ALBERTO LOPATEGUI
    ESTARELLAS
SUN AND SAND INVESTMENTS, CORP.
SUNCOOL AIR CONDITIONING, CORP
SUPER PLASTICO, INC.
SV CREDIT, L.P.
SYSTEMAX PUERTO RICO
TAPIA ORTIZ, JUAN A
TAX FREE TARGET MATURITY FUND
    FOR PUERTO RICO RESIDENTS, INC.
TAX-FREE HIGH GRADE PORTFOLIO
    BOND FUND II FOR PUERTO RICO
    RESIDENTS, INC.
TELRITE CORPORATION
THE BANK OF NEW YORK MELLON, AS
    TRUSTEE FOR MUNICIPAL FINANCE
    AGENCY 2005 SERIES A BONDS
THE ESTATE OF PASTOR MANDRY
    MERCADO
THE ESTATE OF RAUL DE PEDRO AND
    DIANA MARTINEZ
THE NEW 5-7-9 AND BEYOND, INC.
THE PUERTO RICO INDUSTRIAL
    DEVELOPMENT COMPANY ("PRIDCO")
    SERIES 1997 A AND SERIES 2003
    BONDS
THE PUERTO RICO MUNICIPAL FINANCE
    AGENCY ("MFA") SERIES 2005 C
    BONDS
THE PUERTO RICO PUBLIC FINANCE
    CORPORATION (COMMONWEALTH
    APPROPRIATION BONDS) SERIES
    2011A
THE PUERTO RICO PUBLIC FINANCE
    CORPORATION (COMMONWEALTH

17

APPROPRIATION BONDS) SERIES
    2012A BONDS
THE TRAVELERS INDEMNITY COMPANY
THE TYLENOL COMPANY
THE UNITECH ENGINEERING GROUP, S.E.
THE UNIVERSITY OF PUERTO RICO
    UNIVERSITY SYSTEM REVENUE
    REFUNDING BONDS SERIES P AND Q
THREE O'CONSTRUCTION, S.E
THREE O'CONSTRUCTION, S.E.
TOMASSINI, NORBERTO
TORRES MARRERO, ALTAGRACIA
TORRES MARTINEZ, ISALI
TORRES SANTIAGO, EMMA L.
TORRES SOTO, MYRIAM
TORRES TORRES, DOMINGO
TORRES, NELSON
TRANSPORTE DE GOMAS NATHAN INC.
TRASLADOS MEDICOS DE PUERTO RICO
U.S CUSTOMS AND BORDER
    PROTECTION
U.S. BANK NATIONAL ASSOCIATION
U.S. BANK TRUST NATIONAL
U.S. BANK TRUST NATIONAL
    ASSOCIATION
UBS TRUST COMPANY OF PR
UGT (UNIÓN GENERAL DE
    TRABAJADORES)
UNION INSULAR DE TRABAJADORES
    INDUSTRIALES Y CONSTRUCCIONES
    ELECTRICAS, INC.
UNITED STATES DEPARTMENT OF
    HOUSING AND URBAN DEVELOPMENT
UNITED STATES OF AMERICA
UNIVERSAL INSURANCE COMPANY
UNIVERSAL SERVICE ADMINISTRATIVE
    COMPANY
UNIVERSAL SERVICE FUND
UNIVERSIDAD CENTRAL DEL CARIBE,
    INC.
UNIVERSIDAD INTERAMERICANA, INC.
UNIVERSITY OF PUERTO RICO
    RETIREMENT SYSTEM TRUST
US DEPARTMENT OF HOUSING AND
    URBAN DEVELOPMENT
VALDES LLAUGER, EDWARD
VALENTIN-COLLAZO, ENID
VALENTIN-GARCIA, DANIEL
VAQUERIA TRES MONJITAS, INC.
VARGAS CARRASQUILLO, LIZ
VAZQUEZ ROJAS, RAMON L.

VAZQUEZ, FRANCES
VAZQUEZ-GARCIA, HECTOR
VEGA LOPEZ, RAQUEL
VEGA VILLALBA, CHRISTIAN
VELA CALO, KASSANDRA
VELEZ BERRIOS, JOSEFINA
VELEZ-GARCIA, ROBERTO
VENEGAS CONSTRUCTION CORP.
VICENTE PAUL MATOS HERNANDEZ
VICENTI LATORRE, WANDA
VITALIFE INC
WALESKA VEGA
WANDA MIRANDA
WASHINGTON DEL VALLE, GIARA
WIDDER MD, DONALD
WORLD WIDE TIRE, INC.
XAVIER J. RAMOS SANTIAGO
XIOMARA RIVERA
XL REINSURANCE AMERICA, INC
YAJAIRA HERNANDEZ PEREZ
YAJAIRA HERNANDEZ PEREZ EN
    REPRESENTACION DE EDWIN BRANA
    HERNADEZ
YASMIN M. FIGUEROA IRIZARRY
YASMIN M. IRIZARRY CALDERON
YESSICA ACEVEDONM
YFN YABUCOA SOLAR LLC
YSABEL FLORIAD
ZAGA MANAGEMENT CORP.
ZALE PUERTO RICO, INC.
ZAMORA-FERNANDEZ, JOSE A.
ZELL MARTINEZ
ZORIADA TORRES
ZUHAY VARGAS FELICIANO

**Counsel - Material Creditors of the
    Commonwealth**
ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-
    OCHOA PSC
AGRAIT-LLADO LAW FIRM
AGUSTO C. SANCHEZ FUENTES
ALCIDES A. REYES GILESTRA
ALDARONDO & LOPEZ BRAS, PSC
ALDARONDO GIRALD LAW PSC
ALFREDO GONZALEZ VEGA
ALICIA MARGARITA SANTOS-IRIZARRY
    LAW OFFICE
ALLAN AMIR RIVERA
ALMEIDA & DÁVILA, P.S.C.
Almeida & Dávila, P.S.C. LUGO MENDER
    GROUP, LLC

ALMEIDA & DAVILA, PSC
AMERICAN CIVIL LIBERTIES UNION OF
    PUERTO RICO
AMRC, LLC
ANABEL VAZQUEZ LAW FIRM
Anabelle Centeno Berríos
ARENT FOX LLP
ARRILLAGA & ARRILLAGA
ASSOCIATE LEGAL CONSULTANTS
BAILEY DUQUETTE P.C.
BEATRIZ HERNANDEZ TORO LAW
BENABE & ASSOCIATES, CCC
BERKAN/MENDEZ
BERRIOS & LONGO LAW OFFICES
BUFETE BARNECET & ASSOCIATES
BUFETE BARNES ROSICH, CSP
BUFETE CABAN & MORALES
Bufete Emmanuelli, C.S.P.
BUFETE GORDON MENENDEZ &
    ASSOCIADOS
BUFETE MARCOS A. RIVERA ORTIZ &
    ASSOCIATES
BUFETE RIVERA ORTIZ & ASSOCIATES
C. CONDE & ASSOC. LAW OFFICES
CABIYA & MOLERO LAW OFFICES, P.S.C.
CARDONA-JIMENEZ LAW OFFICE, PSC
CARLO LAW LLC
CARLOS A. QUILICHINI PAZ
CARLOS B. PAGAN-RIVERA
CARLOS M. HERNANDEZ LOPEZ
CARLOS MONRIGUEZ TORRES
CARNEY LAW FIRM
CASILLAS SANTIAGO TORRES LAW LLC
Casillas, Santiago & Torres LLC
CHARLES A. CUPRILL P.S.C. LAW
    OFFICES
CINTRON & FERRER
CÓRDOVA & DICK, LLC
CORRETJER, L.L.C.
COTO & ASSOCIATES
CRUZ VELEZ LAW OFFICES
CYNTHIA TORRES TORRES
David Dachelet
DAVID VILLANUEVA MATIAS
DAY PITNEY LLP
DELGADO & FERNÁNDEZ, LLC
DELGADO & FERNÁNDEZ, LLC
DIANA LYNN PAGAN-ROSADO
DIEGO CORRAL GONZÁLEZ
DORIS D. ORTIZ NAZARIO
EDUARDO FERRER & ASSOCIATES

EDWIN RIVERA CINTRON
EDWINE LA TORRE
EILEEN J. BARRESI RAMOS
EL BUFETE DEL PUEBLO
EMANUELLI LLC
ERIC RIVERA LAW FIRM
FERNANDEZ PEREZ LAW OFFICE
FERNÁNDEZ, COLLINS, CUYAR & PLÁ
FERRAIUOLI LAW FIRM
FERRARI LAW PSC
FRANCIS & GUEITS LAW OFFICES
FRANCIS & GUEIT'S LAW OFFICES
FRANK D. INSERNI MILAN
FUENTES LAW OFFICES LLC
FUENTES LAW OFFICES, LLC
FUERTES & FUERTES LAW OFFICES, CSP
FUIN M. CASTRO ORTIZ
G. CARLO-ALTIERI LAW OFFICES
G. CARLO-ALTIERI LAW OFFICES, LLC
GANDARILLA & CRUZ JOVE
GARCIA-ARREGUI & FULLANA PSC
GASPAR ALBERTO MARTINEZ MANGUAL
GASPAR MARTINEZ MANGUAL
GIBSON, DUNN & CRUTCHER LLP
GILBERTO JULIO RODRIGUEZ ZAYAS
GONZALEZ BADILLO LAW OFFICES
GOODWIN PROCTOR LLP
GRAFFAM & BIAGGI
GRATACOS LAW FIRM, PSC
GUILLERMO MOJICA-MALDONADO
GUIVAS LORENZO LAW OFFICES
HARRY ANDUZE MONTAÑO LAW OFFICE
HARRY ANDUZE MONTANO LAW
    OFFICES
HECTOR SANTIAGO RIVERA Y
    ASOCIADOS
HENRY VAQUEZ IRIZARRY LAW
    OFFICES, PSC
HOGAN LOVELLS US LLP
IVONNE GONZALEZ-MORALES
IZQUIERDO-SAN MIGUEL LAW OFFICE,
    P.S.C.
JAMES LAW OFFICES
JE GIL DE LAMADRID PSC
JESSICA M. QUILICHINI ORTIZ
JIMÉNEZ, GRAFFAM & LAUSELL
jimenez, graffam & lausell
JONES DAY
JORGE LORA LONGORIA LAW OFFICES,
    PSC
JOSE E. CASTELLANOS

JOSE F. AVILES LAMBERTY
JOSE HIDALGO, ESQ.
JOSE LUIS FERNANDEZ ESTEVES
JOSE R. FRANCO LAW OFFICE
JOSE R. GONZALEZ-NOGUERAS
JUAN A. ALBINO
JUAN B. SOTO LAW OFFICES, PSC
JUAN CORCHADO-JUANBE
JUAN H. SAAVEDRA CASTRO LAW
    OFFICES
JUAN JOSE HERNANDEZ LOPEZ DE
    VICTORIA
JUAN P RIVERA ROMAN
JUAN P. RIVERA-ROMAN
KIRKLAND & ELLIS LLP
KRAMER LEVIN NAFTALIS & FRANKEL
    LLP
LABOR COUNSELS, LLC
LANDRAU RIVERA & ASSOCIATES
LANDRON VERA LLC
LANDRON VERA, LLC
LATIMER, BIAGGI, RACHID & GODREAU
LAVY APARICIO-LOPEZ
LAW OFFICE OF DAVID CARRION
    BARALT
LAW OFFICE YADIRA ADORNO
    DELGADO
LAW OFFICES OF BENJAMIN ACOSTA JR
LAW OFFICES OF EDDIE LEON-
    RODRIGUEZ
LAW OFFICES OF EMILIO F. SOLER-
    RAMIREZ
LAW OFFICES OF F. VAN DERDYS
LAW OFFICES OF FRANCISCO R.
    GONZALEZ
LAW OFFICES OF HERRERO III &
    ASSOCIATES, P.S.C.
LAW OFFICES OF JANE BECKER
    WHITAKER
LAW OFFICES OF JOHN E. MUDD
LAW OFFICES OF ROSADO RAMOS
LEIDA PAGAN LAW SERVICES
LEILA S. CASTRO MOYA
LEONOR RODRIGUEZ
LOPEZ TORO LAW OFFICES
LUCY RABEL ORTIZ
LUGO MENDER GROUP, LLC
LUIS A. FERNANDEZ DOMENECH
LUIS E. MIGENIS LOPEZ
LUIS PABLO COSTAS ELENA
LUISA ACEVEDO

LUZ VANESSA RUIZ TORRES
MANUEL COBIÁN ROIG LAW OFFICES
MARCOS R. VELEZ GREEN
MARIA E. VICENS LAW OFFICE
MARRERO CANDELARIA LAW OFFICES
MASLON LLP
MAXIMILIANO TRUJILLO-GONZALEZ
MCCONNELL VALDÉS LLC,
Schulte Roth & Zabel LLP
MCD LAW LLC
MCDERMOTT WILL & EMERY LLP
Megan Walsh Brown
MENDOZA LAW OFFICES
MIGUEL ANGEL RODRIGUEZ-ROBLES
MILVA EDET HOYOS
MIRANDA LAW OFFICES
MONTANEZ ROSA, IVETTE, & OTHERS
MORALES LAW OFFICES
MORELL BAUZÁ CARTAGENA &
    DAPENA, LLC
MORELL CARTAGENA & DAPENA LLC
MORRIS, NICHOLS, ARSHT & TUNNELL
    LLP
MORRISON & FOERSTER LLP
Muñoz Benitez Brugueras & Cruz
MUNOZ-NAZARIO LAW OFFICE
NACHMAD & GUILLEMARD, PSC
NELSON ROBLES DIAZ LAW OFFICES PSC
NIGAGLIONI LAW OFFICES, PSC
NORTH LAW FIRM
NORTON ROSE FULBRIGHT US LLP
NYDIA E. RODRIGUEZ MARTINEZ
OFICINA LEGAL LIC. IRIS Y. APONTE
    ANDINO
OLIVERAS & ORTIZ LAW OFFICES, PSC
O'NEILL & GILMORE LAW OFFICE LLC
ORLANDO FERNANDEZ LAW OFFICES,
    P.S.C.
ORLANDO J. RODRIGUEZ
PABLO LUGO LAW OFFICE
PAUL, WEISS, RIFKIND, robbins, russell,
    englert, orseck, untereiner & sauber LLP
PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP
PEDRO R. VAZQUEZ, III PSC
PEREZ CABALLERO LAW OFFICES
PEREZ GUTIERREZ LAW OFFICE
PEREZ RIVERA LAW OFFICES
PEREZ–KUDZMA LAW OFFICE, P.C.
POLO & POLO, LLC
PROVINCE

QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
RAFAEL H. MARCHAND RODRIGUEZ
RAMON M. MENDOZA
RAUL SANTIAGO MELENDEZ
RC LAW OFFICE, PSC
REED SMITH LLP
REICHARD & ESCALERA LLP
REICHARD & ESCALERA, LLC
REYNALDO ACEVEDO VELEZ
RGMG LAW
RICARDO ENRIQUE CARRILLO
RICARDO L. ORTIZ-COLON
RICHARD & ESCALERA LLC
RIVERA COLON, RIVERA TORRES & RIOS
    BERLY
RIVERA MUNICH & HERNANDEZ
RIVERA VAZQUEZ LAW OFFICES
RIVERA, TULLA AND FERRER, LLC
ROBERTO ALONSO SANTIAGO
ROBERTO DEL TORO MORALES
Roberto O.Maldonado-Nieves
RODRIGUEZ LOPEZ LAW OFFICE, P.S.C.
RODRIGUEZ, RIVERA & TORO PSC
ROPES & GRAY LLP
ROSENDO E. MIRANDA LOPEZ
RPP LAW
SAGARDÍA LAW OFFICES
SALDANA, CARVAJAL & VELEZ-RIVE,
    P.S.C.
SALDANA, CARVAJAL & VELEZ-RIVE,
    PSC
Salichs Pou & Associates, PSC
SALVADOR MARQUEZ COLON
SALVADOR MARQUEZ-COLON
Sanchez Pirillo LLC
SÁNCHEZ/LRV LLC
SANTIAGO-PERELES, RINALDI &
    COLLAZO, PSC
SANTOS BERRIOS LAW OFFICES LLC
SEPULVADO, MALDONADO & COURET
Skadden, Arps, Slate, Meagher & Flom LLP
Stradling Yocca Carlson & Rauth, PC
STROOCK & STROOCK & LAVAN LLP
THE RIVERA GROUP
TOLEDO & TOLEDO LAW OFFICE
TORO COLÓN MULLET P.S.C.
TORO COLÓN MULLET, P.S.C.
TREBILCOCK & ROVIRA, LLC
TRICEL TORRES LOPEZ
TRONCOSO SCHELL & BOBONIS

U.S. DEPARTMENT OF JUSTICE, CIVIL
    DIVISION
VELEZ & VARGAS LAW SERVICES, PSC
VELEZ MONTES LAW OFFICES
VICTOR A. VELEZ CARDONA
VILARIÑO & ASSOCIATES, LLC
VILMA M. DAPENA LAW OFFICES
Viñas LAW OFFICE LLC
Viñas Law Office, LLC
VINCENTE & CUEBAS
Wachtell, Lipton, Rosen & Katz
WHARTON & GARRISON LLP
White & Case LLP
William M. Vidal-Carvajal Law Office, P.S.C.
WILLIAM SANTIAGO SASTRE LAW
    OFFICE
willkie farr & gallagher llp
WILSON CRUZ RAMIREZ
WOLLMUTH MAHER & DEUTSCH LLP
YOUNG CONWAY STARGATT & TAYLOR

**Advisors and Accountants - Material
    Creditors of the Commonwealth**
ADIRONDACK HOLDINGS II LLC
SILVER POINT CAPITAL FUND, L.P.
UNIVERSAL INSURANCE COMPANY

**Material Creditors of ERS**
ACP MASTER, LTD.
ALAMO DE PADILLA, ISABEL
ASOCIACION DE EMPLEADOS DEL
    ESTADO LIBRE ASOCIADO DE P.R.
ASOCIACION DE EMPLEADOS DEL
    ESTADO LIBRE ASOCIADO DE PR
    (AEELA)
ASOCIACION DE EMPLEADOS DEL
    ESTADO LIBRE ASSOCIADO DE PR
AURELIUS CAPITAL MASTER, LTD.
CENTERBRIDGE PARTNERS, L.P.
CINTRÓN TORRES, BRENDA LEE
COURAGE CREDIT OPPORTUNITIES
    OFFSHORE FUND III, L.P.
ELBA I. AYALA RODRIGUEZ
FCO SPECIAL OPPORTUNITIES (A1) LP
FCO SPECIAL OPPORTUNITIES (D1) LP
FCO SPECIAL OPPORTUNITIES (E1) LLC
FELICIANO CONCEPCION, BETZAIDA
FRANCISCO MARTINEZ IRIZARRY
FUNDAMENTAL CREDIT OPPORTUNITIES
    MASTER FUND LP
GONZALEZ CRUZ, DAISY

LEX CLAIMS, LLC
LIMA COLON, MIRIAM
LMAP 903 LIMITED
MCP HOLDINGS MASTER LP
MEDLEY CREDIT OPPORTUNITY
    CAYMAN FUND LP
MONARCH ALTERNATIVE SOLUTIONS
    MASTER FUND LTD.
MONARCH CAPITAL MASTER PARTNERS
    III LP
MONARCH CAPITAL MASTER PARTNERS
    IV LP
MONARCH DEBT RECOVERY MASTER
    FUND LTD
MONARCH SPECIAL OPPORTUNITIES
    MASTER FUND LTD.
NOKOTA CAPITAL MASTER FUND, L.P.
OAKTREE OPPORTUNITIES FUND X
    HOLDINGS (DELAWARE), L.P.
OAKTREE VALUE OPPORTUNITIES FUND
    HOLDINGS, L.P.
OCHER ROSE, L.L.C
PABON VAZQUEZ, ZOILO
PASTRANA COLÓN, RAFAEL
PASTRANA PASTRANA, MARIA DEL C.
PRISMA SPC HOLDINGS LTD.
    SEGREGATED PORTFOLIO AG
PUERTO RICO AAA PORTFOLIO BOND
    FUND, INC
PUERTO RICO FIXED INCOME FUND INC.
Puerto Rico GNMA
PUERTO RICO INVESTORS TAX-FREE
    FUND V, INC
PUERTO RICO RESIDENTS BOND FUND I
PUERTO RICO RESIDENTS TAX-FREE
    FUND III, INC.
PUERTO RICO RESIDENTS TAX-FREE
    FUND IV, INC.
PUERTO RICO RESIDENTS TAX-FREE
    FUND VI, INC.
PUERTO RICO RESIDENTS TAX-FREE
    FUND, INC.
REYES AYALA, ELEUTERIO
RIVERA CRUZ, GILBERTO
SV CREDIT, L.P.
TAX FREE FUND FOR PUERTO RICO
    RESIDENTS, INC.
TAX FREE FUND II FOR PUERTO RICO
    RESIDENTS, INC.
TAX FREE TARGET MATURITY FUND
    FOR PUERTO RICO RESIDENTS, INC.

TAX-FREE FIXED INCOME FUND
TAX-FREE FIXED INCOME FUND III FOR
    PUERTO RICO RESIDENTS, INC.
TAX-FREE FIXED INCOME FUND IV FOR
    PUERTO RICO RESIDENTS, INC.
TAX-FREE HIGH GRADE PORTFOLIO
    BOND FUND II FOR PUERTO RICO
    RESIDENTS, INC.
UBS FINANCIAL SERVICES
    INCORPORATED OF PUERTO RICO
US GOVERNMENT TARGET MATURITY
    FUND FOR PUERTO RICO RESIDENTS,
    INC.
US MORTGAGE BACKED & INCOME
    FUND FOR PUERTO RICO RESIDENTS,
    INC.

**Counsel - Material Creditors of ERS**
ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-
    OCHOA PSC
ADSUAR MUNIZ GOYCO SEDA & PEREZ-
    OCHOA, PSC
CHARLES A. CUPRILL P.S.C. LAW
    OFFICES
DELGADO & FERNÁNDEZ, LLC
G. CARLO-ALTIERI LAW OFFICES, LLC
GIBSON, DUNN & CRUTCHER LLP
JIMÉNEZ, GRAFFAM & LAUSELL
JONES DAY
MARVIN DIAZ FERRER LAW OFFICES
MORRISON & FOERSTER, LLP
PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
REICHARD & ESCALERA, LLC
robbins, russell, englert, orseck, untereiner &
    sauber LLP
Sanchez Pirillo LLC
SÁNCHEZ/LRV LLC
SEWARD & KISSEL LLP
Skadden, Arps, Slate, Meagher & Flom LLP
VINCENTE & CUEBAS
White & Case LLP
willkie farr & gallagher llp

**Material Creditors of PBA**
A & E GROUP, CORP.
A&E GROUP
ADIRONDACK HOLDINGS I LLC
AIREKO CONSTRUCTION LLC

ARCADIO ARROYO VELAZQUEZ
ARCADIO ARROYO VELAZQUEZ II
BENJAMIN OCASIO - TORRES
CANYON BALANCED MASTER FUND,
    LTD.
CANYON BLUE CREDIT INVESTMENT
    FUND L.P.
CANYON DISTRESSED OPPORTUNITY
    MASTER FUND II, L.P.
CANYON DISTRESSED TX (A) LLC
CANYON GCM PR SPV, LLC
CANYON NZ-DOF INVESTING, L.P.
CANYON VALUE REALIZATION FUND,
    L.P.
CANYON VALUE REALIZATION MAC 18,
    LTD.
CANYON-ASP FUND, L.P.
CANYON-EDOF (MASTER) L.P.
CANYON-GRF MASTER FUND II, L.P.
CONSTRUCTORA ESTELAR, S.E.
DAVIDSON KEMPNER DISTRESSED
    OPPORTUNITIES FUND LP
DAVIDSON KEMPNER DISTRESSED
    OPPORTUNITIES INTERNATIONAL
    LTD.
DAVIDSON KEMPNER INTERNATIONAL,
    LTD.
DAVIDSON KEMPNER PARTNERS
DEPARTMENT OF TREASURY - INTERNAL
    REVENUE SERVICE
DESARROLLADORA ORAMA, S.E.
DIGESARO, MARIO & LINDA
EDGAR LOPEZ SANCHEZ
EMILIO FAGUNDO ALVAREZ
EP CANYON LTD.
FINANCIAL GUARANTY INSURANCE
    COMPANY
GOLDMAN SACHS & CO. LLC
HBA CONTRACTORS, INC.
HERIBERTO HERNANDEZ RAMIREZ
INVESCO ADVISERS INC
JENNINGS, SUSAN A
JOSE CRUZ GONZALEZ
KARIMAR CONTRUCCION
MAPFRE PRAICO INSURANCE COMPANY
MASSOL CONSTRUCTION INC
MILFORD SOUND HOLDINGS II LP
OFI GLOBAL INSTITUTIONAL, INC.
ORIENTAL ENGINEERS CORP
PERMAL CANYON IO, LTD.

QUALITY CONSTRUCTION SERVICES II
    LLC
SALUD INTEGRAL EN LA MONTAÑA
SCULPTOR CREDIT OPPORTUNITIES
    MASTER FUND, LTD.
SCULPTOR ENHANCED MASTER FUND,
    LTD.
SCULPTOR GC OPPORTUNITIES MASTER
    FUND, LTD.
SCULPTOR MASTER FUND, LTD.
SCULPTOR SC II, L.P.
SKY HIGH ELEVATORS CORP.
THE CANYON VALUE REALIZATION
    MASTER FUND, L.P.
THE PUERTO RICO INDUSTRIAL
    DEVELOPMENT COMPANY ("PRIDCO")
THE UNITECH ENGINEERING GROUP, S.E
THE UNIVERSITY OF PUERTO RICO
    UNIVERSITY SYSTEM REVENUE
    REFUNDING BOND SERIES P AND Q
THREE O CONSTRUCTION, S.E.
U.S. BANK TRUST NATIONAL
    ASSOCIATION
UNION DE EMPLEADOS DE LA AEP
UNITED SURETY & INDEMNTY
    COMPANY
WANDA MALDONADO LAUREANO

**Counsel - Material Creditors of PBA**
AMRC, LLC
BERRIOS & LONGO LAW OFFICES
BRACEWELL LLP
BUFETE BARNES ROSICH, CSP
BUTLER SNOW LLP
C. CONDE LAW & ASSOC.
CABIYA & MOLERO LAW OFFICES, P.S.C.
CARDONA-JIMENEZ LAW OFFICE, PSC
CINTRON & FERRER
CÓRDOVA & DICK, LLC
CORREA-ACEVEDO & ABESADA LAW
    OFFICES, PSC
DAVIS, POLK & WARDWELL, LLP
EDWINE LA TORRE
FERNANDO E. AGRAIT
GOODWIN PROCTER LLP
HOGAN LOVELLS US LLP
JORGE LORA LONGORIA LAW OFFICES,
    PSC
KRAMER LEVIN NAFTALIS & FRANKEL,
    LLP
LAW OFFICES OF JOHN E. MUDD

23

LUIS PABLO COSTAS
MCDERMOTT WILL & EMERY LLP
MORELL BAUZÁ CARTAGENA &
    DAPENA, LLC
MORGAN, LEWIS & BOCKIUS LLP
Morgan, Lewis & Bockius, LLP
MORGAN, LEWIS, & BOCKIUS LLP
Quinn Emanuel Urquhart & Sullivan, LLP
REICHARD & ESCALERA
REXACH & PICÓ, CSP
ROBERTO O. MALDONADO-NIEVES
ROPES & GRAY LLP
SALDANA & SALDANA-EGOZCUE, PSC
SALDANA, CARVAJAL & VELEZ-RIVE,
    PSC
STROOCK & STROOCK & LAVAN LLP
TORO COLÓN MULLET P.S.C.

**Advisors and Accountants - Material
    Creditors of PBA**
CANYON DISTRESSED TX (A) LLC
EXIGENT PARTNERS, LLC
THE CANYON VALUE REALIZATION
    MASTER FUND, L.P.

**Material Creditors of PREPA**
A.J.T.A., a minor, son of Daisy Aguayo Cuevas
Abengoa Puerto Rico S.E.
Abengoa S.A.
Acevedo Echevarria, Carl Luis
Acevedo Echevarria, Jan Luis
Acevedo Gonzalez, Carlos Luis
Acevedo Guzman, Coralys
Acevedo Guzman, Janielis
Acevedo-Vega, Lines & Sus Hijos Menores de
    edad D.N.A. y I.D.N.A
Aclara Technologies LLC
ACP Master, Ltd.
Adirondack Holdings II LLC
AES Ilumina, LLC
AES Puerto Rico L.P
AGOSTO ROMAN, SANDRA
Aguayo Cuevas, Daisy
Aguirre Offshore Gasport, LLC
Alvarado-Gascot, Sucn Pablo
Amaro Mateo, Miguel A
AmTrust Financial Services, Inc.
Angel Cortes Rivera & Alejandrina Cardona
    Rivera
Angel Estrada, Manuel

Angelo, Gordon & Co., L.P., on behalf of funds
    and/or accounts managed or advised by it
ANN MARIE LUCIDO REVOCABLE LIVING
    TRUST U.A.D 7-31-93
Antonio Fuentes Gonzalez, Maria Yvonne
    Viguie Fernandez and the conjugal
    partnership constituted by them
Arch Mortgage Insurance Company
ASM BLMIS Claims LLC
Assured Guaranty Corp
Assured Guaranty Municipal Corp.
Aurelius Capital Master, Ltd.
Aurelius Investment, LLC
Aurelius Opportunities Fund, LLC
Autonomy Master Fund Limited
Banco Popular de Puerto Rico, as Trustee
BAUTISTA NUNEZ, ANGELA
Berkowitz, Peter
Betancourt Torres, Jose A
Bhatia, Mohinder S
Bhatia-Gautier, Lisa E.
Black Diamond Credit Strategies Master Fund,
    Ltd.
Blue Beetle III, LLC
BlueMountain Capital Management, LLC, on
    behalf of itself and funds and/or accounts
    managed or advised by it
Brigade Capital Management, LP
C.M. Life Insurance Company
CAMACHO FELICIANO, ABDIER S &
    FELICIANO
Caraballo, Marcia Gil
CARAMA CONSTRUCTION, CORP.
CARDO ANA-MED CONSULTING GROUP
    PSC
Carlos Pérez-Molina, Ana Figueroa, And The
    Conjugal Partnership Between Them
Carnevale, Todd A.
CARRASQUILLO NIEVES, RAFAEL
Cayetano Pou Martinez, Antonio
CLAUDIO RAMÍREZ, JOSÉ CARLOS
CMA Builders Corp
Cobra Acquisitions LLC
Colonial Life & Accident Insurance Company
Comision de Energia de Puerto Rico
Concepcion de Jesus, Lilliam
Conjugal Partnership of Rolando Martinez and
    Lauren de Pablo
Connecticut General Life Insurance Company
Coop A/C Cristobal Rodriguez Hidalgo

COOP AHORRO Y CREDITO BO
    QUEBRADA CAMUY
Coop Ahorro y Credito San Rafael
Cooperativa A/C Barranquitas
COOPERATIVA A/C CIDRENA
COOPERATIVA DE A/C AIBONITENA
Cooperativa de A/C Camuy
COOPERATIVA DE A/C LA SAGRADA
    FAMILIA
Cooperativa De A/C Saulo D Rodriguez
Cooperativa De Ahorro Y Credito Caribecoop.
Cooperativa de Ahorro y Credito de Aguadill
Cooperativa de Ahorro y Credito de Florida
Cooperativa de Ahorro y Credito de Jayuya
Cooperativa de Ahorro y Credito de la Industria
    Biofarmaceutica
Cooperativa de Ahorro y Credito de Lares
COOPERATIVA DE AHORRO Y CREDITO
    DE MOCA
Cooperativa de Ahorro y Credito de Rincon
Cooperativa De Ahorro Y Credito De Yauco
Cooperativa de Ahorro y Credito Naguabeña
Cooperativa de Ahorro y Credito San Blas de
    Illescas
Cooperativa de Ahorro y Crédito Vega Alta
Corbin Opportunity Fund, L.P.
Cumbres De Ponce, Inc
Davidson Kempner Institutional Partners, L.P.
DAVILA ROMAN, RAMON
DE JESUS SILVA, ERICK J
De Pablo, Lauren
Delgado Santana, Carmen
Department of the Treasury
Department of Treasury - Internal Revenue
    Service
Desarrolo E Inversiones Del Sur (D.I.S.), INC
Diaz Rodriguez MD, Ruben
Dino Demario and Cheryl Steele
E.A.T.A., a minor, son of Daisy Aguayo Cuevas
Eco Electrica, L.P.
EIF PR Resource Recovery, LLC.
ENVIRONICS RECYCLING
Estrada Lopez, Emmanuel A.
FCO Special Opportunities (A1) LP
FCO Special Opportunities (D1) LP
FCO Special Opportunities (E1) LLC
Figueroa Colon, Ricardo
Figueroa Sierra, Jose A.
Fojo, Jose A. & Blanca
Foreman Electric Services Inc.

FRANCISCO DIAZ MASSO / BERMUDEZ,
    LONGO, DIAZ - MASSO, LLC
Franklin Advisers, Inc., on behalf of funds
    and/or accounts managed or advised by it
Freiria Umpierre , Enrique
Fundamental Credit Opportunities Master Fund
    LP
GARCIA NARVAEZ, AGUSTIN
GERENCOOP
GG Alternative Energy Corporation
GOLDMAN SACHS DYNAMIC MUNICIPAL
    INCOME FUND
GOLDMAN SACHS HIGH YIELD
    MUNICIPAL FUND
Goldman Sachs Short Duration Tax Free Fund
GOMEZ RIVERA, ESTEPHANIE & GOMEZ
    Y YESENIA GOMEZ FUENTES
Gonzalez Agosto, Hipolito
GONZALEZ COGNET, LUIS
Gonzalez Joy, Manuel
Gonzalez, Aneliz
Gonzalez-Reyes, Rafael
Government Development Bank for Puerto Rico
GS Fajardo Solar LLC
Guanill Navarro, Bereida
GUTIERREZ ARROYO, JEAN CARLOS
HECTOR L REYES RIVERA & NORMA E
    DELEON GONZALEZ
Hector R Gonzalez Romanace & Family (Wife
    & 3 Adult Children)
Hein, Peter C.
Hermandad de Empleados de Oficina, Comercio
    y Ramas Anexas de Puerto Rico (Puertos)
    (ATM)
Hernandez Aviles, Maria M
Hernández Rivera, Juan A.
Hernandez, Victor
HIGH-YIELD MUNICIPAL ETF
Invesco High Yield Municipal Fund of AIM Tax
    - Exempt Funds (Invesco Tax Exempt Funds)
Invesco Short Duration High Yield Municipal
    Fund of AIM Counselor Series Trust
    (Invesco Counselor Series Trust)
Isla Del Rio Inc.
Izquierdo San Miguel Law Offices
J.M.T.A., a minor, son of Daisy Aguayo Cuevas
Janneffer Montalvo in representation of minor
    Naylef A Perez Montalvo
JOM SECURITY SERVICES, INC.

25

JORGE LUCAS PEREZ-VALDIVIESO TORRUELLA & LUCAS PEREZ-VALDIVIESO TORRUELLA
JOSE A FELICIANO BOLET Y MARIA E. MEJIAS CALERO
Juanita Santiago Reyes on behalf of C.R.S a minor child
JUANITA SANTIAGO REYES ON BEHALF OF THE ESTATE OF CARLOS RODRIGUEZ-BONILLA
KAN (menor) representative for Maria Nunez Torres and Migual Amaro
KDC Solar, PRC LLC
Ken Kirschenbaum Family Trust
Knighthead Capital Management LLC,on behalf of funds and/or accounts managed or advised by it
La Guitarra Retirement Plan Trust
Lacen Guanill, Jesus
Lancer Insurance Company
Leri, Crl
Lex Claims, LLC
Life Insurance Company of North America
LINDE GAS PUERTO RICO INC.
LMAP 903 Limited
LOPEZ GARCIA, MIRNA IRIS
Lopez, Eileen
Lord Electric Company of Puerto Rico
LS Bond Fund
LS Institutional High Income Fund
LS Strategic Income Fund
Luis Cornier Figueroa/Liz Mary Velez Ricent
Luma Energy
M Solar Generating, LLC
Manuel Rodriguez, Rodrigo
Marathon Asset Management,LP,on behalf of funds and/or accounts managed or advised by it
Margarita Blondet, su sucesion compuesto por Maria I. Rubert Blondet, Sonia Rubert Blondet, Margarita Rubert Blondet, Sonia Rubert, Administradora
Maria Socorro Quinones and Leonardo Cintron
Marlene Ruiz, Wilfredo Martinez and Kristal Martinez
Martinez De Pablo, Deianeira
MARTINEZ FINALE, ROLANDO
Martinez Garcia, Jorge
Martinez Torres, Jaime
MARTINEZ ZAPATA, DAISY C
Master Link Corporation

MCP Holdings Master LP
MEDICOOP
MEDICOOP, Cooperativa de Ahorro y Credito de Medicos y Otros Profesionales de la Salud
MELENDEZ ORTIZ, DENNIS
MELENDEZ, HECTOR RIVERA
MELENDEZ, RENE RIVERA
Mena Santana, Mervin Xavier
MHPS Puerto Rico, LLC
Michelle Rodriguez, Paola
Minichino JTWROS, Carmine V and Regina
Monarch Alternative Solutions Master Fund Ltd.
Monarch Capital Master Partners III LP
Monarch Capital Master Partners IV LP
Monarch Debt Recovery Master Fund Ltd
Monarch Special Opportunities Master Fund Ltd.
MONTALVO DELGADO, JANNEFER in representation of minor Sarah Lyan Ramos Montalvo
Mony Life Insurance Company of America
Municipality of Anasco
Municipio Antonomo de Humacao
MUNICIPIO DE ISABELA
MUNICIPIO DE LOIZA
MUNICIPIO DE NAGUABO
MUNICIPIO DE SAN JUAN
Muriel Melendez, Liz J
National Public Finance Guarantee Corporation
National Union Fire Insurance Co of Pittsburgh, Pa. on behalf of the entities listed on exhibit A
Naylef A. Perez Montalvo represented by her mother Janneffer Montalvo
NEGRON MARTINEZ, CESAR LUIS
Newtyn Partners, LP
Newtyn TE Partners, LP
Nieves Morales, Carmen M.
Olga Martinez Finale as Inheritor of Ondina Finale Cardenas
Olivencia de Jesus, Orlando
Olmo Kortright, Nelson Rafael
O'NEILL SECURITY & CONSULTANT SERVICES, INC
OppenheimerFunds, Inc. and OFI Global Institutional, Inc., on behlaf of funds and/or accounts managed or advised by them
Oquendo Rivera, Maria
ORLANDO MARINI ROMAN
Ortiz Ramirez De Arellano, Cecile
Pagan Beauchamp, Maria Desiree

Pan American Grain Company Inc
Patricia, Daniel, David, Gevara - Bariska, Ruth
    Silovio represented by Fernando L. Gallardo
PBJL Energy Corporation
Pedro Rolando Martinez Torres as inheritor of
    Olga Finale
Pedro Rolando Martinez Torres by him
PEREZ LA SANTA, VELMA
PEREZ ORTIZ, HECTOR
Perez Rodriguez, Joel
Perez Rodriguez, Maria V.
Perez, Hector X.
PEREZ-GUTIERREZ, FERNANDO
Pinehurst Partners, L.P.
PMC Marketing Corp.
Polanco, Luis
Polanco, Rosana
PONCE MRI, INC.
Popular High Grade Fixed Income Fund, Inc
Power Technologies Corp.
Prete, James A.
Prisma SPC Holdings Ltd. Segregated Portfolio
    AG
Provident Life and Accident Insurance Company
Puerto Rico Aqueduct and Sewer Authority
Puerto Rico Fixed Income Fund III, Inc.
Puerto Rico Fixed Income Fund IV, Inc.
Puerto Rico Fixed Income Fund V, Inc.
PUMA ENERGY CARIBE, LLC
PV PROPERTIES, INC.
Ramos Martin, Robert
RAMOS MONTALVO, SARAH LYAN
RESUN BARCELONETA, LLC
RGA Reinsurance Company
Rivera Cruz, Jaime
Rivera Melendez, Hector
RIVERA MELENDEZ, IVAN
Rivera Melendez, Saul
RIVERA PEREZ, JAIME JAFFET
Rivera Ramirez, Jose Marcelo
RIVERA, ANA TERESA
RIVERA, Victor M.
Rolando Martinez Finale as inheritor of Ondina
    Finale Cardenas
ROMERO QUINONEZ, MARIA C
ROSARIO ACEVEDO ETS AL, WILLIAM G.
RS LEGACY CORPORATION
SAEL, a minor child, Manuel Angel Estrada and
    Eileen Lopez, parents
Santana Muriel, Niurka C
Santana Muriel, Paola C

SANTIAGO ACUNA, VIRGINIA M.
SANTOS, FRANCISCO
SC5EJT LLC as Transferee of SOLA LTD
SC5EJT LLC as Transferee of Ultra Master Ltd
Scotiabank de Puerto Rico, as Administrative
    Agent
Semidey, Jaime Santiago
SERRANO ISERN, ALFONSO
Short Municipal ETF
Silver Point Capital Fund, L.P.
Silver Point Capital Offshore Master Fund, L.P.
Sistema de retiro de los empleados de la
    autoridad de energia electrica
Slater, Paul Kelly
SOLA LTD
Solus Opportunities Fund 5 LP
Stewart Title Guaranty Co-Master
Strategic Income Fund - MMHF
Sucesion de Edgardo Jose Ortiz Rivera
SUCESION J. SERRALLES SECOND, INC.
SYNCORA GUARANTEE INC
T.M.T.A., a minor, daughter of Daisy Aguayo
    Cuevas
TEC GENERAL CONTRACTORS
The Developers Group Inc.
The Developers Group Inc. Target Benefit Plan
TORRES ACOSTA, LIRMARIS
Torres Lopez, Michelle
Torres Martinez, Edwin Ariel
TORRES PEREZ, JOSE L & SOTO
    QUINONES,
Tradewinds Energy Barceloneta, LLC
TRADEWINDS ENERGY VEGA BAJA, LLC
TRAFALGAR ENTERPRISES, INC.
TRISTAN REYES GILESTRA / GVELOP
U.S. Bank National Association in its capacity
    as Trustee under the Trust Agreement dated
    January 1, 1974 (Attached to Exhibit A)
UITICE (Unión Insular de Trabajadores
    Industriales y Construcciones Eléctricas)
Ultra Master Ltd
Ultra NB LLC
Union de Empleados Profesionales
    Independiente de la AEE
Union De Trabajadores de La Industria Electrica
    y Riego
Union Insular de Trabajadores Industriales y
    Construcciones Electricos
UNIVERSAL GROUP, INC.
UNIVERSIDAD CARLOS ALBIZU, INC.
Unum Life Insurance Company of America

Vega Lopez, Orlando, Velazquez Wanda, Vega
    Omar, Vega Orlando, Vega Kathleen
Victor Hernandez Diaz, escrow agent,
    represented by UBS trust company of PR
VILANOVA ACOSTA, SANTOS
Vitol Inc.
WDC Puerto Rico, Inc.
Wells Fargo Strategic Municipal Bond Fund
Whitefish Energy Holdings, LLC
WIDE RANGE CORPORATION
Windmar Renewable Energy, Inc.
XAVIER A ARROYO ORTIZ Y YELIXA M
YFN YABUCOA SOLAR LLC
Zell Martinez, Milaiza Martiz individually and
    on behalf of minors A.O. and T.M.

**Counsel - Material Creditors of PREPA**
Adsuar Muniz Goyco Seda & Perez-Ochoa PSC
ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-
    OCHOA PSC
ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-
    OCHOA, P.S.C.
AIEM ATTORNEYS & COUNSELORS AT
    LAW, PSC
Akin Gump Strauss Hauer & Feld LLP
ALDABERTO ALOMAR ROSARIO
Alexandro Emmanuel Ortiz Padilla
ALMEIDA & DÁVILA, P.S.C.
LUGO MENDER GROUP, LLC
AmTrust Financial Services, Inc.
Angel Cortes Rivera & Alejandrina Cardona
    Rivera
ANTONETTI MONTALVO & RAMIREZ
    COLL
ANTONIO FUENTES
Antonio Jose Amadeo-Murga
Antonio Jose Barcelo Hernandez
Antonio Jose Barcelo-Hernandez
Antonio Ranza Torres
Arrastia Capote Partners LL
Arturo Gonzalez Martin
Baring LLC
BRACEWELL LLP
Bufete de Abogados Castro-Perez & Castro-
    Cintrón
Bufete Emmanuelli, C.S.P.
C. Conde & Assoc
CADWALADER, WICKERSHAM & TAFT
    LLP
Cancio, Covas & Santiago, LLP
CARDONA JIMENEZ LAW OFFICE, PSC

Carlos M. Hernandez Lopez
Casellas Alcover & Burgos, P.S.C.
Christian Francis Martinez
Cigna Investments, Inc.
CÓRDOVA & DICK, LLC ROPES & GRAY
    LLP
ROPES & GRAY LLP
CORREA-ACEVEDO & ABESADA LAW
    OFFICES, PSC
DANIEL THOMAS GLOWSKI
DAVID CARRION BARALT
DAVID VILLANUEVA MATIAS
DAVID VILLANUEVA MATIAS
DAVIS, POLK & WARDWELL, LLP
DEBEVOISE & PLIMPTON LLP
DELGADO & FERNÁNDEZ, LLC
Despacho Jurídico Ramos Luiña, LLC
DIEGO CORRAL GONZÁLEZ
DLA Piper (Puerto Rico) LLC
DLA Piper LLP (US)
Edilberto Berros Pérez Esq.
EILEEN J. BARRESI RAMOS
Estrella, LLC
F.J. Torres Diaz Law Offices
Fernandez Perez Law Office
Fernando L. Gallardo
Ferrari Law PSC
FJ Torres Diaz Law Offices
Foley & Lardner LLP
Francisco J. Rivera-Alvarez
FUENTES LAW OFFICES, LLC
G. CARLO-ALTIERI LAW OFFICES, LLC
Genovese Joblove & Battista, P.A.
GIBSON, DUNN & CRUTCHER LLP
Godreau & Gonzalez Law
GOLDMAN ANTONETTI & CORDOVA,
    LLC
Gonzalez Munoz Law Offices, PSC
GOODWIN PROCTOR LLP
Graffam & Biaggi
Guillermo J. Ramos Luiña, Esq.
HARRY ANDUZE MONTANO LAW
    OFFICES
Hatillo Law Office, PSC
Hector Santiago Rivera
Henry Vazquez Irizarry, Esq.
HOGAN LOVELLS US LLP
Humberto Guzman Rodriguez
Izquierdo San Miguel Law Offices
IZQUIERDO-SAN MIGUEL LAW OFFICE
James Law Offices, Esq.

JIMÉNEZ, GRAFFAM & LAUSELL
JONES DAY
Jose A. Rodriguez-Jimenez, Esq.
José M. Carreras, Esq.
JRJ Consultants & Legal Advisors, LLC.
Juan Corchado-Juarbe
KRAMER LEVIN NAFTALIS & FRANKEL
    LLP
LATHAM & WATKINS LLP
LAVY APARICIO LOPEZ, ESQ.
Law Offices Benjamin Acosta,Jr
Law Offices of Herrero & Associates, P.S.C.
Law Offices of Herrero III & Associates, P.S.C.
LAW OFFICES OF JANE BECKER
    WHITAKER
Law Offices of John E. Mudd
LCDO. ARIEL O. CARO PEREZ
Lemuel Negron Colon, Esq.
Lemuel Negron-Colon
Lex Services PSC
LUIS M. BARNECET VELEZ
LUIS PABLO COSTAS ELENA
Luz Vanessa Ruiz
Mariana Isabel Hernandez-Gutierrez
Marichal, Hernández, Santiago & Juarbe, LLC
Maslon LLP
McConnell Valdes LLC
MCDERMOTT WILL & EMERY LLP
Michelle Annet Ramos Jimenez
Moore & Van Allen PLLC
MORALES LAW OFFICES
MORELL BAUZÁ CARTAGENA &
    DAPENA, LLC
MORGAN, LEWIS & BOCKIUS LLP
MORRISON & FOERSTER LLP
Nanette Rickenbach
Nelson Robles-Diaz Law Offices P.S.C.
NOGUERAS DE GONZALEZ LAW OFFICE
Norton Rose Fulbright US LLP
Orlando Camacho Padilla
PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP
Pedro Jaime López-Bergollo
PROVINCE
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
Quinones, Arbona & Candelario, PSC
RAMON DIAZ GOMEZ, ESQ
Ramon Nicolas Plaza
Reichard & Escalera, LLC
RGF Law Firm

Richard James MacLean
Richard Schell Asad
RIVERA, TULLA AND FERRER, LLC
robbins, russell, englert, orseck, untereiner &
    sauber LLP
Roberto Maldonado Nievas
Roberto O. Maldonado-Nieves
Sanchez Pirillo LLC
SÁNCHEZ/LRV LLC
SANTIAGO & GONZALEZ LAW, LLC
SANTINI LAW OFFICE PSC
Santos Berrios Law Office LLC
SANTOS BERRIOS LAW OFFICES LLC
Shearman & Sterling LLP
Simpson Thacher & Bartlett LLP
Skadden, Arps, Slate, Meagher & Flom LLP
Sole-De La Paz Law Offices
Steptoe & Johnson, LCC
STROOCK & STROOCK & LAVAN LLP
Susman Godfrey LLP
TORO COLÓN MULLET P.S.C.
Ubarri & Roman Law Office
Valenzuela-Alvarado, LLC
Vialro Law Offices
Victor M. Rivera-Rios
Victor P Miranda Corrada
Victor Quinones
Victor Quiones
VINCENTE & CUEBAS
Wachtell, Lipton, Rosen & Katz
Weil, Gotshal & Manges LLP
White & Case LLP
William Mendes
willkie farr & gallagher llp
WOLLMUTH MAHER & DEUTSCH LLP
YOUNG CONWAY STARGATT & TAYLOR

**Advisors and Accountants - Material
    Creditors of PREPA**
Lazard
Miller Buckfire & co
National Public Finance Guarantee Corporation
Prisma SPC Holdings Ltd. Segregated Portfolio
    AG
Young Conaway Stargatt & Taylor LLP

**Material Creditors of HTA**
ACP MASTER, LTD.
AIG INSURANCE COMPANY
AIG INSURANCE COMPANY- PUERTO
    RICO

AIG PROPERTY CASUALTY INC.
AMADEO NAVAS
AMADEO NAVAS, MARIA TERESA DE
    LOS ANGELES
AURELIUS CAPITAL MASTER, LTD.
AUTOPISTAS DE PR, LLC
BERMUDEZ, LONGO, DIAZ - MASSO, LLC
BETTEROADS ASPHALT LLC
BETTERRECYCLING CORPORATION
BONES DIAZ, EDWIN F
BONNEVILLE CONTRACTING AND
    TECHNOLOGY GROUP, LLC
BURGOS MERCASO, LUIS ARNALDO
CAGUAS LUMBERYARD, INC.
CASTILLO MATOS, PEDRO J.
CATHERINE DENISSE
CHERYL STEELE
CNA SURETY
COLON DE RODRIGUEZ, REINA
CONDE MERCADO, NANETTE MENENDEZ
CONSTRUCCIONES JOSE CARRO, S.E.
CONSTRUCTORA FORTIS INC
CONSTRUCTORA SANTIAGO II, CORP.
CONSTRUCTORA WF. INC
CONTINENTAL CASUALTY COMPANY
COOPERATIVA DE AHORRO Y CREDITO
    DE AGUADA
COOPERATIVA DE AHORRO Y CRÉDITO
    VEGA ALTA
CORTES, ANA MISLAN
CSA GROUP
CSCG, INC.
CURBELO ROJAS, YOSELYN
DAVILA SUAREZ, RAFAEL E
DEL VALLE GROUP
DEL VALLE GROUP SP
DESARROLLADORA JA, INC.
DINO DEMARIO
EMPRESAS FORTIS, INC.
ENDURANCE REINSURANCE
    CORPORATION OF AMÉRICA
FCO SPECIAL OPPORTUNITIES (A1) LP
FCO SPECIAL OPPORTUNITIES (D1) LP
FCO SPECIAL OPPORTUNITIES (E1) LLC
FDR1500, CORP.
FEDERAL TRANSIT ADMINISTRATION
    (FTA)
FELICIANO VELEZ
FERROVIAL AGROMAN LLC
FERROVIAL AGROMAN, S.A.
FINCA MATILDE, INC.

FIORINA MARIA VILELLA GARCIA
FIRST TRANSIT OF PUERTO RICO, INC.
FRANCISCO DIAZ MASSO
FUNDAMENTAL CREDIT OPPORTUNITIES
    MASTER FUND LP
GENERAL MANAGEMENT AND
    ARCHITECTURAL AND ENGINEERING
    CONSULTANTS
GENESIS SECURITY SERVICES, INC.
GILA, LLC
GRUPO DE DESARROLLO LOS ALTOS
    SAN JUAN, INC.
HDP CONSTRUCTION, CORP.
IMMOBILIARIA UNIBON, INC.
INMOBILIARIA UNIBON, INC.
INTERNATIONAL TRAFFIC SYSTEMS, LLC
ITURREGUI MARGARIDA, ANA I
ITURREGUI MARGARIDA, CARLOS E.
ITURREGUI MARGARIDA, JOSE ANTONIO
ITURREGUI MARGARIDA, NICOLAS
ITURREGUI MARGARIDA, PEDRO
JAVIER COLON GARCIA
JESUS MANUEL SOSA PAGAN
JOSE ENRIQUE MANUEL
JOSE R. ARZON GONZALEZ
KATHY CLAUSELL RAMIREZ
KEISHLA LIZ ROSARIO SOTO
KRISTAL MARTINEZ
L.P.C. & D., INC.
L.REYES CONTRACTORS, S.E.
LA SOCIEDAD LEGAL DE GANANCIALES
LAMBOY GONZALEZ, JOSE OSCAR
LAS MONJAS REALTY II, SE
LEIDA PAGAN TORRES
LEX CLAIMS, LLC
LLOMBERT, CARLOS SURO
LMAP 903 LIMITED
MANDRY MERCADO, SUCESION PASTOR
MAPFRE PRAICO INSURANCE COMPANY
MARLENE RUIZ
MARTINEZ GONZALEZ, DELIA M.
MATOS, EFRAIN
MCP HOLDINGS MASTER LP
MILA BARCELO, ROSA MERCEDES
MILAIZA MARTIZ
MONARCH ALTERNATIVE SOLUTIONS
    MASTER FUND LTD.
MONARCH CAPITAL MASTER PARTNERS
    III LP
MONARCH CAPITAL MASTER PARTNERS
    IV LP

30

MONARCH DEBT RECOVERY MASTER
  FUND LTD
MONARCH SPECIAL OPPORTUNITIES
  MASTER FUND LTD.
MPJ AUTO CORP.
MS MANGO FARM, INC.
NATIONAL UNION FIRE INSURANCE CO
  OF PITTSBURGH, PA
PABUR INC. H/N/C H2ONLY
PEERLESS OIL & CHEMICALS, INC.
PLAZA LAS AMERICAS, INC.
PRISMA SPC HOLDINGS LTD.
  SEGREGATED PORTFOLIO AG
PROSOL-UTIER (PROGRAMA DE
  SOLIDARIDAD DE LA UTIER)-CAP.
  AUTORIDAD DE CARRETERAS Y
  TRANSPORTE
PUERTO RICO AQUEDUCT AND SEWER
  AUTHORITY
PUERTO RICO PUBLIC BUILDING
  AUTHORITY
R & F ASPHALT UNLIMITED, INC.
RADI CORP.
REXACH HERMANOS, INC.
RIO CONSTRUCTION CORP.
RIVERA-COLON, NESTOR
RIVERO CONSTRUCTION CORP.
ROBLES ASPHALT CORP.
RODRIGUEZ PAGAN, REINALDO
ROQUE FELIX, CYNTHIA
ROSADO SANTIAGO, WILLIAM
SAFETY ROUTE CORPORATION
SIEMENS TRANSPORTATION
  PARTNERSHIP PUERTO RICO, S.E.
SOCIEDAD LEGAL DE GANANCIALES
  BURGOS-MILA
STERLING ORTIZ, DIONISIO
SUCN PABLO ALVARADO-GASCOT
SUPER ASPHALT PAVEMENT
  CORPORATION
SURO LLOMBART, MARIA DE LOS
  ANGELES
SURO LLOMBERT, JOSE A.
TAMRIO,INC.
TENS DEVELOPMENT, LLC.
THE ESTATE FERNANDEZ GARZOT
TORRES PEREZ, LILLIAM
TRANSCORE ATLANTIC, INC.
U.S. BANK NATIONAL ASSOCIATION
UNIQUE BUILDERS, INC.

UNITED STATES DEPARTMENT OF
  AGRICULTURE- RURAL
  DEVELOPMENT
VÁZQUEZ ROJAS, RAMÓN L.
WEST CORPORATION
WESTERN SURETY COMPANY
WILFREDO MARTINEZ
ZELL MARTINEZ
ZLS DEVELOPMENT CORPORATION

**Counsel - Material Creditors of HTA**
ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-
  OCHOA PSC
ALFONSO H. ZAYAS CINTRON
ALMEIDA & DAVILA, PSC
BUFETE LOPEZ SANTIAGO
CANCIO, COVAS & SANTIAGO, LLP
CARDONA JIMENEZ LAW OFFICES PSC
CASILLAS SANTIAGO TORRES LAW LLC
CORREA ACEVEDO LAW OFFICES, P.S.C.
CORRETJER, L.L.C.
CRUZ PÉREZ & ASOCIADOS
DIEGO CORRAL GONZÁLEZ
ENRIQUE RODRIGUEZ CINTRON
FELIPE AVILES COLON
FRANCISCO R. GONZALEZ LAW FIRM
G. CARLO-ALTIERI LAW OFFICES
GARCIA-ARREGUI & FULLANA PSC
GARFFER & JUSINO ATTORNEYS AT LAW
GASPAR ALBERTO MARTINEZ MANGUAL
GIBSON, DUNN & CRUTCHER LLP
GILBERTO JULIO RODRIGUEZ ZAYAS
GRAFFAM & BIAGGI
HARRY ANDUZE MONTANO LAW
  OFFICES
Harry Anduze Montaño Law Offices
HOGAN LOVELLS US LLP
HOLLAND & KNIGHT LLP
JESUS R. MORALES CORDERO
JIMÉNEZ, GRAFFAM & LAUSELL
JORGE CARLOS VENEGAS
JORGE L. COUTO GONZALEZ
JOSE LUIS RAMIREZ-COLL
JUAN CORCHADO-JUANBE
LAW OFFICE YADIRA ADORNO
  DELGADO
LAW OFFICES OF BENJAMIN ACOSTA JR
LEIDA PAGAN LAW SERVICES
LUGO MENDER GROUP, LLC
MARIA E. VICENS LAW OFFICE
MARIBEL VIDAL VALDES

MASLON LLP
MCCONNELL VALDÉS, LLC
MORALES LAW OFFICES
MORELL CARTAGENA & DAPENA
OCASIO PEREZ LAW OFFICES
OLIVERAS & ORTIZ LAW OFFICES, PSC
OLMEDO LAW OFFICES PSC
PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP
PAVIA & LAZARO, PSC
POLO & POLO, LLC
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
REICHARD & ESCALERA
RIVERA, TULLA AND FERRER, LLC
robbins, russell, englert, orseck, untereiner &
    sauber LLP
ROSENDO E. MIRANDA LOPEZ
SALDANA, CARVAJAL & VELEZ-RIVE,
    PSC
SEPULVADO, MALDONADO & COURET
SERRANO URDAZ LAW OFFICE
THE LAW OFFICES OF EDWARD W. HILL
TOLEDO & TOLEDO LAW OFFICE
VARGAS LAW OFFICES
VELEZ MONTES LAW OFFICES
willkie farr & gallagher llp

**Advisors and Accountants - Material
    Creditors of HTA**
ACP MASTER, LTD
Material Creditors of COFINA
BONISTAS DEL PATIO, INC.
DEPARTMENT OF TREASURY - INTERNAL
    REVENUE SERVICE

**Counsel - Material Creditors of COFINA**
DAVIS POLK & WARDWELL LLP

**Inactive Claims – Commonwealth**
ABRAHAM GIMÉNEZ
ACEVEDO LLAMAS, ANGEL L
ACEVEDO TACORONTE, JOSE
ADIRONDACK HOLDINGS I LLC
ADIRONDACK HOLDINGS II LLC
AETNA LIFE INSURANCE COMPANY
    (SEGMENT5AHBD)
AFSCME
AIG INSURANCE COMPANY-- PUERTO
    RICO
ALB PR INVESTMENTS LLC

ALBINO-TORRES, ACTRIZ A.
ALBORS-PERALTA, MARIA T.
ALEJO CRUZ SANTOS
ALFA & OMEGA ELECTRIC SE
ALVAREZ PEREZ, ISRAEL
ALZA CORPORATION
AMADEO MURGA, ANTONIO J
AMERICAN FEDERATION OF STATE,
    COUNTY AND MUNICIPAL
    EMPLOYEES ("AFSCME")
AMERICAN FEDERATION OF TEACHERS,
    AFL-CIO (AFT)
AMO PUERTO RICO MANUFACTURING,
    INC.
ANDINO RIVERA, JESSICA
ANGEL L. SAEZ LOPEZ AND JANET
    MALDONADO REVERON
APONTE CRUZ, REUBEN
APONTE, RAFAEL
AQUINO COLÓN, JOSUÉ
AQUINO, JOSUE
ARROYO SOSA, BENJAMIN
ASM BLMIS CLAIMS LLC
ASOCIACION DE EMPLEADOS DEL
    ESTADO LIBRE ASOCIADO DE PR
ASOCIACION DE SUSCRIPCION
    CONJUNTA DEL SEGURO DE
    RESPONSABILIDAD OBLIGATORIO
ASSURED GUARANTY CORP.
ASSURED GUARANTY MUNICIPAL CORP.
ASTRAZENECA PLC
AT&T MOBILITY PUERTO RICO INC.
ATLANTIC MEDICAL CENTER, INC.
    (SALUD PRIMARIOS DE
    BARCELONETA, INC.)
AURELIUS INVESTMENT, LLC
AURELIUS OPPORTUNITIES FUND, LLC
AUTONOMY MASTER FUND LIMITED
AXA EQUITABLE LIFE INSURANCE
    COMPANY
AYALA RIVERA, NELLY
AYALA, IVAN
BANCH PAGAN, IVETTE
BAXTER SALES AND DISTRIBUTION
    PUERTO RICO CORP
BECTON DICKINSON AND COMPANY
BECTON DICKINSON BIOSCIENCES
BECTON DICKINSON BIOSCIENCES,
    SYSTEM AND REAGENTS
BECTON DICKINSON CARIBE LTD
BENEX LMITED

BETANCOURT RODRIGUEZ, ELOISA
BIO-MEDICAL APPLICATIONS OF
    ARECIBO, INC.
BIO-MEDICAL APPLICATIONS OF
    PUERTO RICO, INC.
BLACK DIAMOND CREDIT STRATEGIES
    MASTER FUND, LTD.
BLANCO BOU, FIDEICOMISO
BONITA CRL, QUEBRADA
BONNIE BOOTHBY BERROCAL
BRIGADE CAPITAL MANAGEMENT, LP
BRIGADE CAPITAL MANAGEMENT, LP
    (SEE ATTACHED SCHEDULE A)
BROOK I, SPRUCE
BROOK II, SPRUCE
BUONO ALBARRAN, IVELISSE
BURGOS ALVIRA, EDWIN S.
BUTLER RODRIGUEZ, ANA H.
CABRERA, ARIEL & ASTACIO, EVELYN
CAMERA MUNDI INC
CAMUY HEALTH SERVICES, INC.
CAMUY HEALTH SERVICES,INC.
CANCEL ROSARIO, ELIZABETH
CANDLEWOOD CONSTELLATION SPC
    LTD., ACTING FOR AND ON BEHALF
    OF CANDLEWOOD PUERTO RICO SP
CANYON BALANCED MASTER FUND,
    LTD.
CANYON BLUE CREDIT INVESTMENT
    FUND L.P.
CANYON DISTRESSED OPPORTUNITY
    INVESTING FUND II, L.P.
CANYON DISTRESSED OPPORTUNITY
    MASTER FUND II, L.P.
CANYON NZ-DOF INVESTING, L.P.
CANYON VALUE REALIZATION FUND,
    L.P.
CANYON VALUE REALIZATION MAC 18
    LTD.
CANYON-ASP FUND, L.P.
CANYON-GRF MASTER FUND II, L.P.
CANYON-SL VALUE FUND, L.P.
CARDINAL HEALTH PR 120, INC.
CARIBBEAN HOSPITAL CORPORATION
CARIBBEAN INVESTMENT CENTER, INC.
CARMONA HERNANDEZ, IVONNE
CARTAGENA, JOSE A
CASELLAS, SALVADOR E.
CASTRO, MIGUEL POMALES
CEMEX DE PUERTO RICO INC
CENTRO DE SALUD DE LARES, INC.

CENTRO DE SALUD FAMILIAR DR. JULIO
    PALMIERI FERRI, INC
CENTRO DE SERVICIOS PRIMARIOS DE
    SALUD DE PATILLAS
CENTRO DE SERVICIOS PRIMARIOS DE
    SALUD DE PATILLAS, INC.
CHALUISANT GARCÍA, MARÍA L
CHINEA BONILA, EUGENIO
CIALES PRIMARY HEALTH CARE
    SERVICES, INC./PRYMED,INC.
CINTRON LOPEZ, ELISA
CLT FPA SELECT
COLLAZO QUINONES, JORGE RAFAEL
    EDUARDO
COLON MARTINEZ, CYNTHIA A
COMBE PRODUCTS, INC.
CONCEPCION, RITZA I
CONCILIO DE SALUD INTEGRAL DE
    LOIZA, INC
CONCILIO DE SALUD INTEGRAL DE
    LOIZA, INC.
CONSTRUCTORA ESTELAR, S.E.
CONSUL-TECH CARIBE INC.
COOP A/C ROOSEVELT RODS
COOP AHORRO Y CREDITO LAS PIEDRAS
COOP AHORRO Y CREDITO SAN RAFAEL
COOPACA
COOPERATIVA A/C BARRANQUITAS
COOPERATIVA A/C DE BARRANQUITAS
COOPERATIVA A/C DE ISABELA
COOPERATIVA A/C JESUS OBRERO
COOPERATIVA DE A/C AIBONITENA
COOPERATIVA DE A/C CAMUY
COOPERATIVA DE A/C LA SAGRADA
    FAMILIA
COOPERATIVA DE A/C ORIENTAL
COOPERATIVA DE AHORRA Y CREDITO
    DE ADJUNTAS
COOPERATIVA DE AHORRO Y CREDITO
    AGUSTIN BURGOS RIVERA
COOPERATIVA DE AHORRO Y CREDITO
    CARIBECOOP
COOPERATIVA DE AHORRO Y CREDITO
    CUPEY ALTO
COOPERATIVA DE AHORRO Y CREDITO
    DE AGUADA
COOPERATIVA DE AHORRO Y CREDITO
    DE AGUADILL
COOPERATIVA DE AHORRO Y CREDITO
    DE AGUADILLA

COOPERATIVA DE AHORRO Y CREDITO
DE HATILLO
COOPERATIVA DE AHORRO Y CREDITO
DE ISABELA
COOPERATIVA DE AHORRO Y CREDITO
DE LA INDUSTRIA
BIOFARMACEUTICA
COOPERATIVA DE AHORRO Y CREDITO
DE LARES
COOPERATIVA DE AHORRO Y CREDITO
DE MEDICOS
COOPERATIVA DE AHORRO Y CREDITO
DE MOCA
COOPERATIVA DE AHORRO Y CREDITO
DE SANTA ISABEL
COOPERATIVA DE AHORRO Y CREDITO
DE YAUCO
COOPERATIVA DE AHORRO Y CREDITO
FAMILIAR PROGRESISTA
COOPERATIVA DE AHORRO Y CREDITO
HOLSUM
COOPERATIVA DE AHORRO Y CREDITO
LOMAS VERDES
COOPERATIVA DE AHORRO Y CREDITO
NAGUABEÑA
COOPERATIVA DE AHORRO Y CREDITO
SAN BLAS DE ILLESCAS
COOPERATIVA DE AHORRO Y CREDITO
SAN JOSE
COOPERATIVA DE AHORRO Y CREDITO
YABUCOENA
COOPERATIVA LA PUERTORRIQUEÑA
COOPERATIVE DE AHORRO Y CREDITO
ABRAHAM ROSA
COOPERVISION CARIBBEAN
CORPORATION
CORDIS LLC
CORONA INSURANCE GROUP INC.
CORPORACION DE SERVICIOS DE SALUD
Y MEDICINA AVANZADA
CORPORACION DE SERVICIOS DE SALUD
Y MEDICINA DE AVANZADA
CORPORACION DE SERVICIOS
INTEGRALES DE SALUD DEL AREA DE
BARRANQUITAS, COMERIO,COROZAL,
NARANJITO Y OROCOVIS, INC.
CORPORACION DE SERVICIOS MEDICOS
DE HATILLO
CORPORACION DEL FONDO DEL SEGURO
DEL ESTADO
CORREA ACEVEDO, TOMAS

COSTA SALUD COMMUNITY HEALTH
CENTER
CPG/GS PR NPL, LLC
CUERPO DE BOMBEROS SINDICATO DE
BOMBEROS UNIDOS DE PUERTO RICO
DAVIDSON KEMPNER DISTRESSED
OPPORTUNITIES FUND LP
DAVIDSON KEMPNER DISTRESSED
OPPORTUNITIES INTERNATIONAL
LTD.
DAVIDSON KEMPNER INSTITUTIONAL
PARTNERS, L.P.
DAVIDSON KEMPNER INTERNATIONAL,
LTD.
DAVIDSON KEMPNER PARTNERS
DE VRIEZE, ALAIN
DELFINA LÓPEZ ROSARIO ET AL
COLLECTIVELY (THE LOPEZ-ROSARIO
PLAINTIFF GROUP);
DELFINA MONSERRATE DIAZ
D'ELIA JTWROS, JOSEPH AND ANN
DEPARTMENT OF THE TREASURY
DIAZ ALEMAN, ARACELIS
DIAZ ONEILL, JAIME A
DIAZ VEGA, IRIS M.
DL HOTEL COMPANY, LLC
DL, LLC
DOCTOR'S CENTER HOSPITAL ARECIBO,
INC.
DOCTOR'S CENTER HOSPITAL, INC.
DONALD J MILROY TR FBO DONALD J.
MILROY REV LIV TRUST UA 10/15/1999
DORAL FINANCIAL CORPORATION
DUPONT ELECTRONIC MICROCIRCUITS
INDUSTRIES, LTD.
EBI PATIENT CARE, INC.
EDWARDS LIFESCIENCES TECHNOLOGY
SARL
ELI LILLY EXPORT, S.A. (PUERTO RICO
BRANCH)
ELLIOT INTERNATIONAL LP
EMERGING MARKET BOND PLUS SUB-
TRUST
EMILIO FAGUNDO ALVAREZ
ENVIRONICS RECYCLING SERVICES, INC.
EP CANYON LTD.
ETHICON LLC
FDIC AS RECEIVER FOR R-G PREMIER
BANK OF PUERTO RICO
FEBRES ARROYO, YAZBEL

FEDERAL EMERGENCY MANAGEMENT-
FEMA
FELICIANO, ANTONIO REXACH
FERDINAND MARTINEZ SOTOMAYOR
FE-RI CONSRUCTION, INC.
FIGUEROA LUGO, JUANA M
FIGUEROA MORALES, MIGUEL E.
FINALE, ROLANDO MARTINEZ
FINANCIAL GUARANTY INSURANCE
COMPANY
FINCA MATILDE, INC.
FIR TREE CAPITAL OPPORTUNITY
MASTER FUND III, LP
FIR TREE CAPITAL OPPORTUNITY
MASTER FUND, LP
FIR TREE VALUE MASTER FUND, LP
FIRST BALLANTYNE LLC AND
AFFILIATES
FIRSTBANK PUERTO RICO
FORE MULTI STRATEGY MASTER FUND
LTD
FPA CRESCENT FUND, A SERIES OF FPA
FUNDS TRUST
FPA GLOBAL OPPORTUNITY FUND, A
SERIES OF FPA HAWKEYE FUND, LLC
FPA SELECT DRAWDOWN FUND, L.P.
FPA VALUE PARTNERS FUND, A SERIES
OF FPA HAWKEYE FUND, LLC
FRANCISCO BELTRAN
FRANKLIN ADVISERS, INC.ON BEHALF
OF FUNDS AND/OR ACCOUNTS
MANAGED OR ADVISED BY IT
FRED TRINIDAD, MARIA D
FREIRIA, FRANSICSO
FT COF (E) HOLDINGS, LLC
FT SOF IV HOLDINGS, LLC
FUNDACION LUIS MUNOZ MARIN
GARCIA MATTOS, RUTH E
GARCIA MERCADO, MOISES
GARCIA NUNEZ, JENNY
GARCIA RUBIERA
GARDON STELLA , MAYRA
GENARO VAZQUEZ, SUCN
GENERAL ELECTRIC COMPANY AND GE
INDUSTRIAL OF PR LLC AND CARIBE
GE INTERNATIONAL OF PUERTO RICO,
INC.
GLOBAL FLEXIBLE FUND, A SUB-FUND
OF NEDGROUP INVESTMENT FUNDS
PLC

GLOBAL MULTI-SECTOR CREDIT
PORTFOLIO (LUX)
GLOBAL OPPORTUNITIES LLC
GLOBAL OPPORTUNITIES OFFSHORE LTD
GOLDMAN SACHS BOND FUND
GOLDMAN SACHS COLLECTIVE TRUST -
CORE PLUS FIXED INCOME FUND
GOLDMAN SACHS COLLECTIVE TRUST -
EMERGING MARKETS DEBT FUND
GOLDMAN SACHS COLLECTIVE TRUST -
LONG DURATION PLUS FIXED
INCOME FUND
GOLDMAN SACHS DYNAMIC MUNICIPAL
INCOME FUND
GOLDMAN SACHS EMERGING MARKETS
CORPORATE BOND PORTFOLIO
GOLDMAN SACHS EMERGING MARKETS
DEBT BLEND PORTFOLIO
GOLDMAN SACHS EMERGING MARKETS
DEBT FUND
GOLDMAN SACHS EMERGING MARKETS
DEBT LOCAL PORTFOLIO
GOLDMAN SACHS EMERGING MARKETS
DEBT PORTFOLIO
GOLDMAN SACHS GLOBAL FIXED
INCOME PLUS PORTFOLIO (HEDGED)
GOLDMAN SACHS HIGH YIELD
MUNICIPAL FUND
GOLDMAN SACHS STRATEGIC
ABSOLUTE RETURN BOND II
PORTFOLIO
GOLDMAN SACHS STRATEGIC INCOME
FUND
GOLDSTEIN, SYLVIA
GOMEZ VALLECILLO, HIRAM
GONZ BUILDERS CORP.
GONZALEZ COGNET, LUIS
GONZALEZ MORALES, SANTOS
GONZALEZ RAMOS, MARISOL
GONZALEZ-HERES, JOSE FRANCISCO
GORDEL CAPITAL LIMITED
GREENLIGHT CAPITAL (GOLD) LP
GREENLIGHT CAPITAL OFFSHORE
MASTER (GOLD) LTD
GREENLIGHT CAPITAL OFFSHORE
PARTNERS
GREENLIGHT CAPITAL QUALIFIED, LP
GREENLIGHT CAPITAL, LP
GREENLIGHT REINSURANCE LTD
GRUPO DE DESARROLLO LOS ALTOS
SAN JUAN,INC.

GUIDANT PUERTO RICO, B.V. D/B/A
    BOSTON SCIENTIFIC
GUTIERREZ SANDOVAL, LINA
GUY SANCHEZ
GUZMAN OLMEDA, CHRISTIAN
HEDGESERV - HIGHMARK GLOBAL 3
HERNANDEZ AVILES, MARIA M
HERNÁNDEZ RIVERA, JUAN A
HEWLETT PACKARD CARIBE BV, LLC
HEWLETT PACKARD ENTERPRISE
    DEVELOPMENT LP
HILTON INTERNATIONAL OF PUERTO
    RICO, INC
HILTON INTERNATIONAL OF PUERTO
    RICO, INC.
HILTON WORLDWIDE INTERNATIONAL
    PUERTO RICO LLC
HLT OWNED VIII HOLDING LLC
HOSPITAL GENERAL CASTANER, INC.
HP INTERNATIONAL TRADING B.V.
    (PUERTO RICO BRANCH) LLC
HPM FOUNDATION, INC
HPM FOUNDATION, INC.
HPT IHG-2 PROPERTIES TRUST
HUMBERTO MEDINA-TORRES
INSIGHT MANAGEMENT GROUP, INC.
INVESCO HIGH YIELD MUNICIPAL FUND
    OF AIM TAX-EXEMPT FUNDS
    (INVESCO TAX EXEMPT FUNDS)
IPR PHARMACEUTICALS INC.
IRA TANZER (IRA WFCS AS CUSTODIAN)
JANER VELAZQUEZ, JOSE E
JANER-VELÁZQUEZ, JOSÉ E.
JANSSEN CILAG MANUFACTURING LLC
JANSSEN ORTHO LLC
JCPENNEY PUERTO RICO, INC.
JEANETTE ABRAMS-DIAZ
JEANETTE MEDINA-TORRES
JIMENEZ GANDARA, MARIA ELENA
JNL MULTI-MANAGER ALTERNATIVE
    FUND,A SERIES OF JNL SERIES TRUST
JOAQUIN B. VISO ALONSO & OLGA
    LIZARDI PORTILLA
JOHNSON & JOHNSON INTERNATIONAL
JORGE ABRAHAM GIMENEZ
JOSE A. BATLLE OJEDA H/N/C JOSE A.
    BATLLE & ASSOCIATES
JUAN PÉREZ-COLÓN
KARIMAR CONSTRUCTION, INC.
KATHERINE FIGUEROA

KATHERINE FIGUEROA AND GUY
    SANCHEZ
KIRSCHENBAUM, KEN
LAUREN DE PABLO
LEHMAN BROTHERS SPECIAL
    FINANCING INC.
LEIDA PAGAN TORRES, DAMEXCO, INC.
LENNOX GARDENS INVESTMENTS, INC.
LEON RODRIGUEZ, EDDIE
LEX CLAIMS, LLC
LIFESCAN LLC
LIFESCAN PRODUCTS, LLC
LILLY DEL CARIBE, INC.
LITMAN GREGORY MASTERS
    ALTERNATIVE STRATEGIES FUND, A
    SERIES OF LITMAN GREGORY FUNDS
    TRUST
LS BOND FUND
LS INSTITUTIONAL HIGH INCOME FUND
LS STRATEGIC INCOME FUND
M.H. DAVIDSON & CO.
MACY'S PUERTO RICO
MADELINE ACEVEDO CAMACHO
MANAGEMENT CONSULTANTS &
    COMPUTER SERVICES, INC.
MAPFRE PRAICO INSURANCE COMPANY;
    MAPFRE PAN AMERICAN INSURANCE
    COMPANY
MARIA A. MARTINEZ
MARISTANY, JOSEFINA
MARIUM CHINEA AND GERMAN URIBE
    J.T.W.R.O.S.
MARTINEZ RESTO, JOSE M.
MASON CAPITAL MASTER FUND, L.P.
MASSACHUSETTS MUTUAL LIFE
    INSURANCE COMPANY
MATEO RIVERA, AWILDA
MATIAS RODRIGUEZ, IRENE
MBS FINANCIAL SERVICES INC.
MCNEIL HEALTHCARE LLC
MCS LIFE INSURANCE COMPANY
MEDERO MATOS, JUAN RAMON
MEDIAVILLA, NITZA
MEDICOOP
MÉNDEZ CRUZ, MARIBEL
MENDEZ VALENTIN, CARMEN L
MENONITA GENERAL HOSPITAL INC.
MERCADO OLAVARRIA, SANDRA
MIGRANT HEALTH CENTER, INC.
MIRO, CARLOS
MMM HEALTHCARE, LLC

MMM MULTIHEALTH, LLC
MOLINA HEALTHCARE OF PUERTO RICO, INC.
MONTANEZ ALLMAN, AGUSTIN
MORALES DIAZ, CARLOS N.
MORO ROMERO, JULIO
MOROVIS COMMUNITY HEALTH CENTER
MORTGAGE GUARANTY INSURANCE CORPORATION
MSD INTERNATIONAL GMBH (PR BRANCH)LLC
MULTINATIONAL INSURANCE COMPANY
MUNICIPIO AUTONOMO DE HUMACAO
MUNICIPIO DE CABO ROJO
MUNICIPIO DE GURABO
NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
NEOMED CENTER, INC.
NEOMED CENTER, INC.
NESTLE PUERTO RICO, INC.
NEW JERSEY STATE POLICE
NEWTYN PARTNERS, LP
NEWTYN TE PARTNERS, LP
NORTHWEST SECURITY MANAGEMENT, INC
OFI GLOBAL INSTITUTIONAL, INC
OLAN ALMODOVAR, GERARDO
OLGA MARTINEZ FINALE AS INHERITOR OF ONDINA FINALE CARDENAS
OLIVERAS COLON, PABLO
OLIVERO ASTACIO, IVONNE
OMEGA ENGINEERING, LLC
OMJ PHARMACEUTICALS, INC.
OPPENHEIMERFUNDS, INC.
OPPS CULEBRA HOLDINGS, L.P.
ORACLE CARIBBEAN, INC.
ORIENTAL BANK
ORILLANO MEDERO, LOURDES
ORTIZ RAMIREZ DE ARELLANO, CECILE
PABLO DEL VALLE RIVERA
PACHECO MIGUEL, VELAZQUEZ
PADILLA VELEZ, ANIBAL
PALMETTO STATE FUND A LP
PANDORA SELECT PARTNERS, LP AS TRANSFEREE OF SYNCORA GUARANTEE INC.
PEPSI COLA PUERTO RICO DISTRIBUTING, LLC
PEPSI-COLA MANUFACTURING INTERNATIONAL, LIMITED
PFIZER PHARMACEUTICALS LLC

PINEHURST PARTNERS, L.P.
PINERO MARQUEZ, SARA
PIRTLE MEDINA-TORRES
POINT GUARD INSURANCE COMPANY
POLANCO JORDAN, YANITSZA MARIE
POMALES CASTRO, MIGUEL
PONCE DE LEON 1403
PPG ARCHITECTURAL COATINGS (PUERTO RICO), INC.
PREMIER TRUST
PRETE, JAMES A
PRISMA SPC HOLDINGS LTD. SEGREGATED PORTFOLIO AG
PROCTER & GAMBLE COMMERCIAL LLC
PRUDENCIO ACEVEDO AROCHO
PUERTO RICO AQUEDUCT AND SEWER AUTHORITY
PUERTO RICO BAN (V) LLC
PUERTO RICO FIXED INCOME FUND III, INC
PUERTO RICO LAND ADMINISTRATION
PUERTO RICO RESIDENTS TAX-FREE FUND VI, INC.
QUINONES VILLANUEVA, JOSE L
QUIÑONES VILLANUEVA, JOSE L
QUIÑONES VILLANUEVA, JOSÉ L
RAMOS MARTIN, ROBERT
RAMOS MORENO, CARMELO
RAMOS MOTA, CECILIA
RELIABLE EQUIPMENT CORPORATION
RENEE PAGAN SANTANA, YSABEL FLORIAN
REYES AGOSTO, EVA N.
REYES GILESTRA, TRISTAN
REYES-BERRIOS, LYZETTE
RIDGE TOP DEVELOPMENT, INC.
RIO GRANDE COMMUNITY HEALTH CENTER
RIOS-TORRES, VICTOR A
RIVERA MARTINEZ, ROSA
RIVERA PELLOT, LUIS
RIVERA PERCY, VICTOR T
RIVERA RUBILDA, FIGUEROA
RIVERNORTH DOUBLELINE STRATEGIC INCOME
ROCA III, CESAR A
RODRIGUEZ BELTRAN, MARTA
RODRIGUEZ COLON, MILAGROS
RODRIGUEZ MARTINEZ JESSICA
RODRIGUEZ ORTIZ, CARLOS A
ROJAS MORALES, RITA

ROLANDO MARTINEZ DE PABLO
ROLANDO MARTINEZ FINALE
ROMAN GONZALEZ, LUZ S.
ROMERO LOPEZ, LUIS R
ROMERO QUINONES, MARIA C
ROSARIO CORA, IRMA M.
RS LEGACY CORPORATION
SALUD INTEGRAL DE LA MONTANA, INC.
SALUD INTEGRAL EN LA MONTANA
SAMUEL GRACIA GRACIA
SAMUEL LEBRON OTERO AND
    MARGARITA CARDONA CRESPO
SANCHEZ RODRIGUEZ, FRANCISCO
SANTANA , ELIEZER RAMOS
SANTANA-LEDUC, MILAGROS
SANTANDER ASSET MANAGEMENT, LLC,
    ON BEHALF OF FUNDS AND/OR
    ACCOUNTS MANAGED OR ADVISED
    BY IT
SANTIAGO CALDERO, VIOLETA
SANTIAGO FIGUEROA, MAITE
SANTIAGO MORALES, AWILDA
SANTIAGO RUIZ, MAXIMINA
SANTIAGO, NAIR BUONOMO
SANTOS ORTIZ, VICTOR
SANTOS RIVERA, FRANCISCO
SCOTIABANK DE PUERTO RICO
SCULPTOR CREDIT OPPORTUNITIES
    MASTER FUND, LTD.
SCULPTOR ENHANCED MASTER FUND,
    LTD.
SCULPTOR GC OPPORTUNITIES MASTER
    FUND, LTD.
SCULPTOR MASTER FUND, LTD.
SCULPTOR SC II, L.P.
SEDA ARROYO, EDGARDO
SHAKIN, JEFFREY L
SHAKIN, M.D., JEFFREY L
SHELL TRADING (US) COMPANY
SHUB, MAURICIO
SIFONTES, TOMAS C
SILVER POINT CAPITAL FUND, L.P.
SILVER POINT CAPITAL OFFSHORE
    MASTER FUND, L.P.
SINDICATO DE BOMBEROS UNIDOS DE
    PUERTO RICO (TODA LA UNIDAD)
SMITH & NEPHEW, INC.
SMITH BRINGAS, ERNESTO A
SOCORRO RIVAS AND LUIS A. REYES
    RAMIS COMM PROP
SOFTEK INC.

ST. JUDE MEDICAL PUERTO RICO LLC
STILLMAN, ROBERT
STRATEGIC INCOME FUND-MMHF
STYX PRIVATE FUND LLP FL
SUCESION DE EDARDO JOSE ORTIZ
    RIVERA
SUIZA DAIRY CORP.
SUSAN A JENNINGS, TRUSTEE
SYNOVOS PUERTO RICO, LLC
TACONIC MASTER FUND 1.5 L.P
TAX FREE TARGET MATURITY FUND
    FOR PUERTO RICO RESIDENTS, INC.
TAX-FREE FIXED INCOME FUND IV FOR
    PUERTO RICO RESIDENTS, INC.
TAX-FREE HIGH GRADE PORTFOLIO
    TARGET MATURITY FUND FOR
    PUERTO RICO RESIDENTS, INC.
THE BANK OF NEW YORK MELLON, AS
    TRUSTEE
THE BANK OF NOVA SCOTIA AS
    TRANSFEREE OF SCOTIABANK DE
    PUERTO RICO
THE CANYON VALUE REALIZATION
    MASTER FUND, L.P.
THE GATORADE PUERTO RICO
    COMPANY
THE MOELIS FAMILY TRUST DTD
    12/03/1990
THE UBS INDIVIDUAL RETIREMENT
    ACCOUNT, REPRESENTED BY UBS
    TRUST COMPANY OF PUERTO RICO
TILDEN PARK INVESTMENT MASTER
    FUND LP
TOMASSINI, NORBERTO
TORO MUÑOZ, VIVIAN
TORRES ALAMO DE PADILLA, ISABEL
TORRES TORRES, WILLIAM
TRASLADOS MEDICOS DE PUERTO RICO
TRIPLE-S ADVANTAGE, INC.
TRIPLE-S SALUD INC
TRIPLE-S VIDA, INC.
U.S CUSTOMS AND BORDER
    PROTECTION / DEPT. OF HOMELAND
    SECURITY USA
U.S. BANK NATIONAL ASSOCIATION AS
    TRANSFEREE OF GDB DEBT
    RECOVERY AUTHORITY
U.S. BANK TRUST NATIONAL
    ASSOCIATION AND U.S. BANK
    NATIONAL ASSOCIATION, AS FISCAL
    AGENT FOR THE PUERTO RICO

PUBLIC BUILDINGS AUTHORITY
("PBA") BONDS
U.S. DEPARTMENT OF HEALTH & HUMAN
SERVICES/HEALTH RESOURCES
SERVICES ADMINISTRATION
U.S. DEPARTMENT OF LABOR
U.S. DEP'T OF JUSTICE, OFFICE OF
JUSTICE PROGRAMS
UBS INDIVIDUAL RETIREMENT
ACCOUNT REPRESENTED BY UBS
TRUST COMPANY OF PR
UBS IRA SELECT GROWTH & INCOME
PUERTO RICO FUND
UMB BANK, N.A., AS SUCCESSOR
TRUSTEE FOR THE PUERTO RICO
INFRASTRUCTURE FINANCING
AUTHORITY ("PRIFA") MENTAL
HEALTH INFRASTRUCTURE REVENUE
BONDS, 2007 SERIES A (MEPSI
CAMPUS PROJECT)
UNITED STATES DEPARTMENT OF
AGRICULTURE (USDA)
UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT
UNITED STATES OF AMERICA
UNIVERSAL CARE CORPORATION
UNIVERSAL GROUP, INC
UNIVERSAL GROUP, INC.
UNIVERSAL INSURANCE COMPANY
UNIVERSAL LIFE INSURANCE COMPANY
US INSTITUTIONAL HIGH INCOME FUND
VALDES DE ADSUAR, RUTH
VALENTIN FRED, NEFTALI
VAQUERIA TRES MONJITAS, INC.
VAZQUEZ ROJAS, RAMON L
VELAZQUEZ ZABALA, JESNID
VELAZQUEZ, WILLIAM ACEVEDO
VELEZ CANCEL, AGUSTIN
VELEZ CANCEL, AGUSTIN A
VILMA M DAPENA RODRIGUEZ
VR GLOBAL PARTNERS, LP
WAL-MART PUERTO RICO, INC.
WALTER J. MARTINEZ MORILLO
WARLANDER OFFSHORE MINI-MASTER
FUND, LP
WARLANDER PARTNERS LP
WARNER CHILCOTT COMPANY, LLC
WHITEBOX MULTI-STRATEGY
PARTNERS, LP
WHITEFORT CAPITAL MASTER FUND, LP

WILMINGTON TRUST, NATIONAL
ASSOCIATION
ZOE PARTNERS LP

**Counsel - Inactive Claims – Commonwealth**
A.J. AMADEO MURGA LAW OFFICES
ACEVEDO SERRANO LAW OFFICES
ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-
OCHOA PSC
ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-
OCHOA, P.S.C.
ALCIDES A. REYES GILESTRA
ALDARONDO & LOPEZ BRAS
ALEXIS ALBERTO BETANCOURT-
VINCENTY
ALFA & OMEGA
ALMEIDA & DAVILA PSC
ALVARADO R CALDERON JR LAW
OFFICES LLP
ANABEL VAZQUEZ FELICIANO
ARRILLAGA & ARRILLAGA
ARROYO & RIOS LAW OFFICES
ARTURO GONZALEZ MARTIN
AURELIO GRACIA MORALES
BARINGS LLC
BAUZÁ BRAU IRIZARRY & SILVA
BERRIOS LONGO
BRACEWELL LLP
BUCHALTER, A PROFESSIONAL
CORPORATION
Bufete Emmanuelli, C.S.P.
BUFETE FRANCISCO GONZALEZ
BUFETE GORDON MENEDEZ &
ASOCIADOS
BUTLER SNOW LLP
CADWALADER, WICKERSHAM & TAFT
LLP
CANCIO COVAS & SANTIAGO, LLP
CARLOS SEBASTIAN DAVILA
Casellas Alcover & Burgos, P.S.C.
Casillas, Santiago & Torres LLC
CHARLES A. CUPRILL, P.S.C. LAW
OFFICES
CÓRDOVA & DICK, LLC
Correa Acevedo & Abesada Law Offices, PSC
CORREA-ACEVEDO & ABESADA LAW
OFFICES, PSC DAVIS, POLK &
WARDWELL, LLP
CYNTHIA NAVARRO PAGAN
David Dachelet
DEBEVOISE & PLIMPTON LLP

DELGADO FERNANDEZ LLC
DELGADO-MIRANDA LAW OFFICES
DIANA LYNN PAGÁN-ROSADO
DRINKER BIDDLE & REATH LLP
EDDIE LEON- RODRIGUEZ
EDGARDO MUNOZ, PSC
EDGARDO MUNOZ,PSC
EMILIO F. SOLER
FELDESMAN TUCKER LEIFEF FIDELL LLP
FERNANDO E. LONGO QUIÑONES, ESQ.
FRANCISCO SANCHEZ RODRIGUEZ
FRANCISCO SANCHEZ-RODRIGUEZ
FREDDIE PREZ GONZLEZ & ASSOC. P.S.C
FREDESWIN PEREZ CABALLERO
G. CARLO-ALTIERI LAW OFFICES
G. CARLO-ALTIERI LAW OFFICES, LLC
GARCIA−ARREGUI & FULLANA PSC
GIBSON, DUNN & CRUTCHER LLP
GLENN REISMAN
GOLDMAN ANTONETTI & CORDOVA,
    LLC
GONZALEZ LOPEZ & LOPEZ ADAMES
    LLC
GOODWIN PROCTER LLP
GUILLERMO MOJICA-MALDONADO
Harry Anduze Montaño Law Offices
HATILLOW LAW OFFICES, PSC
HOGAN LOVELLS US LLP
IVONNE GONZALEZ MORALES
JAMES LAW OFFICE
JIMÉNEZ, GRAFFAM & LAUSELL
JONES DAY
Jorge R. Quintana-Lajara
JOSE A. SANTINI BONILLA, ESQ.
JUAN ACOSTA REBOYRAS
JUAN B. SOTO LAW OFFICES, P.S.C.
KASOWITZ BENSON TORRES LLP
KIRSCHENBAUM & KIRSCHENBAUM, P.C.
KRAMER LEVIN NAFTALIS & FRANKEL
    LLP
Latham & Watkins LLP
LAW OFFICES BENJAMIN ACOSTA, JR
LAW OFFICES LUIS RAFAEL RIVERA
LAW OFFICES OF JOHN E. MUDD
Law Offices of Michael Craig McCall
LCDA GLADYS Y TORRES GARALL
LEIDA PAGAN
LEMUEL NEGRON-COLON
LUGO MENDER GROUP, LLC
LUIS A. FERNANDEZ-DOMENECH
    (ABOQADO DEL ACREEDOR)

MARICHAL HERNANDEZ SANTIAGO &
    JUARBE LLC
MARVIN DIAZ FERRER
MASLON LLP
MAYER BROWN LLP
MCCONNELL VALDÉS LLC
MCDERMOTT WILL & EMERY LLP
MOORE & VAN ALLEN PLLC
MORELL CARTAGENA & DAPENA
MORELL, CARTAGENA & DAPENA LLC
MORGAN, LEWIS & BOCKIUS LLP
Morrison & Foerster, LLP
NELSON ROBLES DIAZ LAW OFFICES
    P.S.C
NEVARES, SANCHEZ- ALVAREZ &
    CANCEL PSC
Norton Rose Fulbright US LLP
OJEDA & OJEDA LAW OFFICE PSC
ORLANDO CAMACHO PADILLA
PABLO LUGO LAW OFFICE
PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP
PJA LAW OFFICES
PROVINCE
QUINN EMANUEL URQUHART &
    SULLIVAN LLP
RAFAEL OJEDA-DIEZ
REED SMITH LLP
REICHARD & ESCALERA
REICHARD & ESCALERA LLC
REICHARD & ESCALERA SIMPSON
    THACHER & BARTLETT LLP
RENO & CAVANAUGH, PLLC
REXACH & PICO, CSP
RICARDO L. ORTIZ COLON
RIVERA, TULLA AND FERRER,
robbins, russell, englert, orseck, untereiner &
    sauber LLP
ROBERTO DEL TORO MORALES
ROBERTO O. MALDONADO NIEVES
RODRIGUEZ LOPEZ LAW OFFICE, P.S.C.
ROPES & GRAY LLP
SALDAÑA, CARVAJAL & VELÉZ-RIVÉ,
    P.S.C.
SALICHS POU & ASSOCIATES, PSC
SALVADOR MARQUEZ COLON
Sanchez Pirillo LLC
SÁNCHEZ/LRV LLC
Santi Law Office
SANTIAGO PUIG LAW OFFICES
SANTINI LAW OFFICE PSC

SANTOS BERRIOS LAW OFFICES LLC
SARLAW LLC
SAUL EWING ARNSTEIN & LEHR LLP
SEPULVADO, MALDONADO & COURET
SHEPHERD SMITH EDWARDS & KANTAS
LLP
SIMPSON THACHER & BARTLETT LLP
Skadden, Arps, Slate, Meagher & Flom LLP
STROOCK & STROOCK & LAVAN LLP
THA GARFFER GROUP OF LEGAL
ADVISORS
THE BATISTA LAW GROUP, PSC
THE RIVERA GROUP - LAW AND
BUSINESS ADVISORS
TORO COLÓN MULLET P.S.C.
VERONICA FERRAIUOLI HORNEDO
VILMA M. DAPENA LAW OFFICES
VINCENTE & CUEBAS
WACHTELL, LIPTON, ROSEN & KATZ
WEIL, GOTSHAL & MANGES LLP
WEINSTEIN-BACAL, MILLER & VEGA,
PSC
WHITE & CASE LLP
WILLIAM M. VIDAL CARVAJAL
willkie farr & gallagher llp
WILSON CRUZ
WOLLMUTH MAHER & DEUTSCH LLP
YANIRE BATISTA ORAMA

**Advisors and Accountants - Inactive Claims –
Commonwealth**
EXIGENT PARTNERS, LLC
Lazard

**Inactive Claims – ERS**
ACEVEDO LLAMAS, ANGEL L
ACEVEDO, TOMAS CORREA
ACEVEDO-BAEZ, MARIA
ADIRONDACK HOLDINGS I LLC
ADIRONDACK HOLDINGS II LLC
AGOSTO VARGAS, RAMON
AGOSTO-MALDONADO PLAINTIFF
GROUP
ALFARO MERCADO, BRENDALIZ
ALVARADO GARCIA, JORGE A
ALVAREZ FERRER, VICTOR E.
ANDRADE SANTIAGO, MILAGROS E.
ANDRADES SANTIAGO, WILLIAM R.
ANDRADES-SIERRA, MARIA C
APONTE, RAFAEL
ASM BLMIS CLAIMS LLC

ASOCIACION DE EMPLEADOS DEL
ESTADO LIBRE ASOCIADO DE P.R.
(AEELA)
ASOCIACION DE EMPLEADOS DEL
ESTADO LIBRE ASOCIADO DE PR
ASOCIACION DE EMPLEADOS DEL
ESTADO LIBRE ASOCIADO DE PR
(AEELA)
AURELIUS INVESTMENT, LLC
AURELIUS OPPORTUNITIES FUND, LLC
AUTONOMY MASTER FUND LIMITED
AYALA SEPULVEDA, LUIS A
AYALA, MYRIAM REYES
BADIA DE HERNANDEZ, GLORIA E
BANCO POPULAR DE PUERTO RICO, AS
TRUSTEE
BENITEZ ROLDAN, IRIS Y.
BERMUDEZ, DIANA RAMOS
BLANCO BOU, FIDEICOMISO
BURGOS RODRIGUEZ, LYMARIS
CABRERA SANTOS, LUIS A.
CAMACHO MORALES, DIANA
CATALA LOPEZ, RUBEN
CENTENO ALCALA, MARIA Y.
CHIMELIS ORTEGA, ROSA I.
COLLADO GONZALEZ, LUIS A
COLON CASTILLO, VIRGINIA
COLON RESTO, JOSE
COLON RODRIGUEZ, WILFREDO
COOP AC YABUCOENA
COOPERATIVA A/C BARRANQUITAS
COOPERATIVA A/C CIDREÑA
COOPERATIVA A/C DE BARRANQUITAS
COOPERATIVA DE AHORRO Y CREDITO
DE JAYUYA
COOPERATIVA DE AHORRO Y CREDITO
DE LA INDUSTRIA
BIOFARMACEUTICA
COOPERATIVA DE AHORRO Y CREDITO
DE MOCA
COOPERATIVA DE AHORRO Y CREDITO
DEL VALENCIANO
CORBIN OPPORTUNITY FUND, L.P.
CORDERO MARTINEZ, EDDIE F.
CORDERO ROMAN, LUIS
CORREA ACEVEDO, TOMAS
CRESPO DIAZ, DAISY
CRUZ GONZALEZ, EVELYN
CRUZ VELEZ, ANA P
DAVILA SOLA, NILSA J.
DE JESUS BON, BASILIO

DEL RIO ROSA, VANESSA
DEL VALLE, ELIZABETH
DELGADO, MARIA M
DIAZ SIERRA, RAMONA
DIAZ VALDES, JULIO
DOMINGUEZ MATOS, YAZMIN
DOMINGUEZ VIERA, JOSE A.
ELBA I. AYALA RODRIGUEZ
ESTRADA CARRILLO, DAVID
FEBRES ARROYO, YAZBEL
FELICIANO TORRES, CARMEN M.
FERRER DAVILA, LUIS M
FIGUEROA MOLINARI, FRANCISCO A.
FLORES PAGAN, MARIA C.
FONSECA DIAZ, FRED N
FORTIS TORRES, DILIA E
FRANCISCO BELTRAN
FRANCISCO MARTINEZ IRIZARRY
FREIRIA UMPIERRE, ENRIQUE
GARCIA GONZALEZ, MARINILDA
GARCIA GUBERN TRUST
GONZALEZ CORONADO, JOSE L.
GONZALEZ PEREZ, MARIA D
GONZALEZ QUINTANA, HECTOR LUIS
GUMBE SANTANA, KAREN
GUZMAN BRUNO, RUTH
HEREDIA, NESTOR
HERNANDEZ LOPEZ, CARMEN Z
HERNANDEZ RODRIGUEZ , NILKA
INMOBILIARIA SAN ALBERTO,INC.
JAMIE FUSTER ZALDUONDO
JEANNETTE ABRAMS-DIAZ
JORDAN MIR, MARIA
JOSE ORTIZ FERNANDEZ
JUAN PÉREZ-COLÓN
LEBRON PEREZ, MIGUEL ANGEL
LEON RIVERA, ORLANDO DE
LOPEZ ALAMO, EVELYN
LÓPEZ CARRIÓN, LUMARY
LOPEZ GONZALEZ, DANIEL R
LS INSTITUTIONAL HIGH INCOME FUND
LUGO RIVERA, FIDEICOMISO
LUGO RIVERA, GLORIA E.
LUIS A. VASQUEZ INC.
MAISONET VALENTIN, CARMEN M.
MALAVE SANTOS, EILEEN
MARIA FUSTER ZALDUONDO
MARIA J. ZALDUONDO VIERA
MARRERO RODRIGUEZ, SIXTO
MARROIG, JUAN
MARTINEZ ORTIZ , MARIA ISABEL

MATIAS RODRIGUEZ, IRENE
MATTEI BALLESTER, CARLOS F
MEDINA-IRIZARRY, MIGDALIA
MELENDEZ OSORIO, GLORIA M.
MENDEZ TORRES, ELIADA
MIRANDA RIOS, IRMA
MONTALVO SANTIAGO, ANA M
MONTES LOPEZ, MARILYN
MORALES CINTRON, RAMON
MORALES RODRIGUEZ, SANDRA
MORALES TORRES, FRANCISCO
MORO ROMERO, JULIO
MR IW LIVING AND GRANTOR TRUST
MULTINATIONAL LIFE INSURANCE
    COMPANY
MUNIZ RIVERA, IRMA I
MUNOZ TORRES, MAYRA I
NAZARIO LEDUC, EVELYN
NEGRON VIDAL, BELISA
NIEVES MELENDEZ, BEATRIZ
NIEVES MOUNIER, EMIL
NIEVES NAVARRO, MIGUEL A.
NIEVES RODRIGUEZ, XIOMARA
NIEVES TORRES, AWILDA
OLIVERO ASTACIO, IVONNE
OPPS CULEBRA HOLDINGS, L.P.
ORTIZ ALEJANDRO, JOSE RAMON
ORTIZ FELICIANO, MIRIAM
ORTIZ LEON, IRAIDA
ORTIZ RIVERA, MILAGROS
ORTIZ ZAYAS, CANDIDA R
OSVALDO J. ORTIZ
PAGAN, EFRAIN CASTRO
PEDROZA ROSA, ANA
PEREZ MORALES, DAMASO
PEREZ RODRIGUEZ, DIONISIO
PETRIBEL, SANTOS OTERO
PICO VIDAL, ISABEL VICTORIA
PINEDA RIVERA, CARMEN L.
PINEHURST PARTNERS, L.P.
PLAN DE SALUD MENONITA INC.
PONT ROMAGUERA, FERNANDO J
RAMOS MARTIN, ROBERT
RAMOS MARTIN, RONALD
REYES RODRIGUEZ, NELSON
RIVER RIVERA, MADELINE
RIVERA , LIZZETTE LOPEZ DE VICTORIA
RIVERA CRUZ, ROSA I
RIVERA MONTALVO, MAGDALENA
RIVERA ROSADO, ILDEFONSO
RIVERA VELAZQUEZ, JOSE A

RIVERA-GARRASTEGUI, FERDINAND
RODRIGUEZ CUEVAS, LUZ N
RODRIGUEZ DIEPPA, BRENDALISSA
RODRIGUEZ PAGAN, GLORIMAR
RODRIGUEZ RIVERA, DORIS E
RODRIGUEZ TORRES, CARMEN D
RODRIGUEZ TORRES, LUIS
RODRIGUEZ, FELIX GOMEZ
RODRIGUEZ, GUILLERMO MEDINA
RODRIGUEZ, IRIS M.
RODRIGUEZ, MADELINE LOPEZ
RODRIGUEZ, MANUEL A
RODRIGUEZ, MANUEL A.
ROMAN RODRIGUEZ, WEENA E
ROMERO LOPEZ, LUIS R
ROSARIO FELICIANO, JONNATHAN
SALAS BELLAFLORES, MARIA D.
SANCHEZ ACEVEDO, JOSE J
SANCHEZ BETANCES, LUIS
SANCHEZ MATTA, LUZ M
SANCHEZ ORTIZ, ROSA M
SANCHEZ PICON, MARIA
SÁNCHEZ RIVERA, ALMA J
SANTAELLA MENDEZ, MARIA M
SANTANA, ROMANITA
SANTIAGO DIAZ, MAGALY
SANTIAGO JIMENEZ, NOEL
SANTIAGO SEPULVEDA, SAMARIS
SANTIAGO SERRANO, DAMARIS
SANTIAGO, MADELINE
SANTIAGO, MATILDE ALBALADEJO
SANTONI ACEVEDO, WALTER
SERRANO MENDEZ, PEDRO I
SIFRE ROMAN, LEGNA E.
SILVER POINT CAPITAL FUND, L.P.
SILVER POINT CAPITAL FUND, LP
SOBERAL DEL VALLE, NYDIA
SOSA RODRÍGUEZ, BLESSY
SOSA, BENJAMIN ARROYO
SOTO CRUZ, JOSE ANTONIO
SOTO HUERTA, VIRGINIA
SOTO NAZARIO, GLORIA M.
STRATEGIC INCOME FUND - MMHF
THE AYENDEZ FACCIO TRUST,
    REPRESENTED BY UBS TRUST
    COMPANY OF PUERTO RICO
THE BANK OF NEW YORK MELLON, AS
    FISCAL AGENT
THE DEVELOPERS GROUP INC TARGET
    BENEFIT PLAN

THE ESTATE OF REINALDO RODRIGUEZ
    PAGAN (DECESED) AND HIS WIDOW
    REINA COLON RODRIGUEZ
THE GARCIA GUBERN TRUST,
    REPRESENTED BY UBS TRUST
    COMPANY OF PUERTO RICO
THE MARK TRUST, REPRESENTED BY
    UBS TRUST COMPANY OF PUERTO
    RICO
TORRES ALAMO, ISABEL
TORRES PEREZ, MAGDOU
TORRES RIVERA , MILADYS
TORRES RIVERA, LEIDA S
VARGAS CRUZ, LUIS D
VARGAS GONZALEZ, CARMEN E
VAZQUEZ CORTES, ANGEL JULIO
VELAZQUEZ PACHECO, MIGUEL
VELAZQUEZ, JESNID
VELEZ PEREZ, NANCY
VILLEGAS FIGUEROA, EMMA
WALDER, KARL
WILMINGTON TRUST, NATIONAL
    ASSOCIATION

**Counsel - Inactive Claims – ERS**
ACEVEDO SERRANO LAW OFFICES
ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-
    OCHOA PSC
ARTURO GONZALEZ MARTIN
BUFETE QUINONES VARGAS & ASOC.
CHARLES A. CUPRILL, P.S.C. LAW
    OFFICES
CÓRDOVA & DICK, LLC
DELGADO & FERNANDEZ, LLC
DELGADO & FERNÁNDEZ, LLC G.
    CARLO-ALTIERI LAW OFFICES, LLC
DRINKER BIDDLE & REATH LLP
FERNÁNDEZ, COLLINS, CUYAR & PLÁ
G. CARLO-ALTIERI LAW OFFICES, LLC
GIBSON, DUNN & CRUTCHER LLP
IVONNE GONZALEZ MORALES
IVONNE M RODRIGUEZ
JIMÉNEZ, GRAFFAM & LAUSELL
JONES DAY
KRAMER LEVIN NAFTALIS & FRANKEL
    LLP
LATHAM & WATKINS LLP
LEMUEL NEGRON-COLON
LUGO MENDER GROUP, LLC
MORRISON & FOERSTER, LLP

PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
RAFAEL A OJEDA DIEZ
REED SMITH LLP
robbins, russell, englert, orseck, untereiner &
   sauber LLP
ROPES & GRAY LLP
Sanchez Pirillo LLC
SÁNCHEZ/LRV LLC
SANTINI LAW OFFICE PSC
SEPULVADO, MALDONADO & COURET
SHEPHERD SMITH EDWARDS & KANTAS
   LLP
Skadden, Arps, Slate, Meagher & Flom LLP
STROOCK & STROOCK & LAVAN LLP
TORO COLÓN MULLET P.S.C.
VINCENTE & CUEBAS
White & Case LLP
willkie farr & gallagher llp
WOLLMUTH MAHER & DEUTSCH LLP
YOUNG CONWAY STARGATT & TAYLOR

**Inactive Claims – PBA**
A&E GROUP
ADIRONDACK HOLDINGS I LLC
AIREKO CONSTRUCTION LLC
AMBAC ASSURANCE CORPORATION
AMERINATIONAL COMMUNITY
   SERVICES, LLC, AS SERVICER FOR
   THE GDB DEBT RECOVERY
   AUTHORITY
ASSURED GUARANTY CORP.
ASSURED GUARANTY MUNICIPAL CORP.
FINANCIAL GUARANTY INSURANCE
   COMPANY
HBA CONTRACTORS, INC.
KARIMAR CONTRUCCION
MASSOL CONSTRUCTION, INC
MILFORD SOUND HOLDINGS II LP
NATIONAL PUBLIC FINANCE
   GUARANTEE CORPORATION
SKY HIGH ELEVATORS CORP
U.S. BANK TRUST NATIONAL
   ASSCIATION AND U.S. BANK
   NATIONAL ASSOCIATION, AS FISCAL
   AGENT FOR THE PUERTO RICO
   PUBLIC BUILDINGS AUTHORITY
   ("PBA") BONDS

**Counsel - Inactive Claims – PBA**
ADSUAR MUÑIZ GOYCO

BUTLER SNOW, LLP
CADWALADER, WICKERSHAM & TAFT
   LLP
CARDONA JIMENEZ LAW OFFICES, PSC
CASELLAS ALCOVER & BURGOS, PSC
CÓRDOVA & DICK, LLC
DAVID W. ROMÁN, ESQ.
FERRAIUOLI LLC
HOGAN LOVELLS US LLP
MASLON LLP
MCCONNELL VALDES LLC
MILBANK LLP
REXACH & PICO, CSP
RIVERA, TULLA AND FERRER, LLC
ROPES & GRAY LLP
SEDA & PÉREZ-OCHOA, P.S.C
STROOCK & STROOCK & LAVAN LLP
WEIL, GOTSHAL & MANGES LLP

**Advisors and Accountants - Inactive Claims –
   PBA**
EXIGENT PARTNERS, LLC
LAZARD
MOELIS & COMPANY
Inactive Claims – PREPA
Abengoa Puerto Rico S.E.
ACABEO SEMIDEY, MARIA DEL CARMEN
ACCURATE CALIBRATION SERVICES
Acevedo Berrios, Awilda
Aclara Technologies LLC
ADORNO, EDWIN O.
AGOSTINI, JORGE L
AGUIRRE SOTO, ELVIRA
Alicea Cintron, Noe Luis
Alicea Velazquez, Jose M
Altreche Bernal, Wanda I.
Alvarado Cruz, Rolando
Alvarado Sepulveda, Jose Edgardo
Andino Rivera, Eddie J.
Aponte-Toste, Brenda E.
ARROYO MARTINEZ, VANESSA
Arroyo Rios, Edna
Asencio Rivera, Ana I
ASM BLMIS Claims LLC
BAEZ DIAZ, MICHAEL
Banco Popular de Puerto Rico
Batista Miranda, Jose A.
Bedard, Madelyn
BENABE MOJICA, GERMAN
Bermudes Capaccetti, Geraldo
Blue Beetle III, LLC

BONILLA TANCO , AIDA L.
Burgos Rivera, Luis A.
Cabrera Capella, Alberto
CANALS VIDAL, MARCOS
Caraballo, Marcia Gil
Caribe GE International Energy Services Corp.
CARLOS M FLORES DBA
Carolina Shopping Court, Inc.
Cartagena Matos, Eric
Castro, Elmer Rivera
CINTRON SANTIAGO, CARMEN
    ELIZABETH
CMA Builders Corp
COLGRAM, ELISHA A
Collazo Salome, Wanda E.
COLON ALVARADO, MAYDA L.
Colon Leon, Carla M.
COLON MURPHY, JANNETTE
Colon Santiago, Maribel
Colon, Jannette
COLON, ROBERTO J.
Comision de Energia de Puerto Rico
CONCEPCION PENA, NORMA I.
Conjugal Partnership of Rolando Martinez and
    Lauren de Pablo
Consolidated Waste Services
Costa Marcucci, Naida
CRG Engineering Corp
CRUZ ARCE, EVELYN
CRUZ CANDELARIO, OCTAVIO
Cruz Otero, Janzel E
Cruz Soto, Omar
De Jesus Jusino, Teresita
de Jesus Reen, Rosa Hayde
De Pablo, Lauren
Department of Natural and Environment
    Resources
Department of Treasury - Internal Revenue
    Service
DEYA ELEVATOR SERVICE INC
Diaz Rivera, Angie M
Diaz Sierra, Daire Mar
DUPREY PEREZ, JOSE I
EC WASTE LLC
ENLACE MERCANTIL INTERNATIONAL
EST Electrical Contractors & Engineers Corp.
Falk, Mindy
Fantauzzi Mendez, Waleska Del C.
Fernandez Alamo, Luz A.
Ferrer Camacho, Orlando L.
Figueroa Perez, Anabel

FLECHA RODRIGUEZ, VILMA
FLORES LABAULT DBA, CARLOS M
FLORIDA REALTY
FRANCISCO DIAZ MASSO / BERMUDEZ,
    LONGO, DIAZ - MASSO, LLC
Fuentes-Melendez, Ivette
Garcia Gonzalez, Karla J.
Garcia, Elba Gonzalez
Genesis Security Services, Inc.
Gonzalez Agosto, Hipolito
Gonzalez Luciano, Maria D
Gonzalez, Douglas
Guevara Fernandez, Nestor
GUTIERREZ ARROYO, JEAN CARLOS
Gutierrez, Victor M.
Guzman Garcia, Norma Ivette
HEALTH & SAFETY EYE CONCEPT
HERNANDEZ GARCIA, JORGE L.
Hernandez Ortiz, Ana A
Hernández Rivera, Juan A.
IBANEZ GALARZA, RAFAEL
Ibanez Hernandez, Hector M.
IEH Auto Parts LLC dba Auto Plus Auto Parts
Industrial Chemicals Corporation
Irizarry Irizarry, Carlos A.
Isabel J Rivera Bonilla/Deyanira Bonilla Acosta
Isla del Río, Inc.
Izquierdo San Miguel Law Offcies, PSC.
Izquierdo San Miguel Law Offices
J & M Depot, Inc.
JUSINO CRUZ, LIDIS L.
KDC Solar, PRC LLC
La Quinta Shopping Center, Corp.
Laboy Arce, Aneida
LEON ROCHE, TITO E
LEON, EDWIN R
LERI, CRL
Llauger, Jorge Valdes (on behalf of himself and
    all others similarly situated)
Lopez Lopez, Arturo
Lopez Valentin, Caridad
Lopez Velez, Fernando
Luquis Aponte, Rene
MACHADO VARGAS, JUAN
Malave Colon, Ibis
Maldonado Romero, Miriam
Maldonado, Ada E
Maldonado, Jaime O.
MAO AND ASSOCIATES INVESTMENT
    INC.
MARCIAL TORRES, EDGARDO

45

Maritime Transportation Authority of Puerto
    Rico and Island Municipalities
Marrero Picorelli, Jose A
Martinez De Pablo, Deianeira
MARTINEZ FINALE, ROLANDO
MARTINEZ ORTIZ, HILLARY
Martinez Rivera, Jose E.
Matos Rodriguez, Luis
MEDICOOP
MEDICOOP, COOPERATIVA DE AHORRO
    Y CREDITO DE MEDICOS Y OTROS
    PROFESIONALES DE LA SALUD
Meletiche Peres, Noel
MERCADO PACHECO, HECTOR L
Mercado, Carlos M
Monroig Marquez, Carlos J.
Morales Malpica, Yadiris
MORALES MORALES, ILDEFONSO
MORALES PEREZ, WANDA I.
Morales Rodríguez, Carmen L.
MORALES, ZAIDE A
MORALES-BERRIOS, FABIAN
MORALES-GONZALEZ, PEDRO JUAN
Moran-Rivera, Luna
MORENO TORRES, LITHETTE M.
MORLAES PEREZ, WANDA I.
Munoz Puchales, Angel
Murillo Tristani, Luis A.
NAVARRO FERNANDEZ, JOSE M.
Naylef A. Perez Montalvo represented by her
    mother Janneffer Montalvo
Negron Ortiz, Carmen Adelia
NIEVES FRED, VILMARIE
Nieves Morales, Carmen M.
Ocasio-Gonzalez, Manuel Antonio
OLAVARRIA JIMENEZ, JOSE E.
Olga Martinez Finale as Inheritor of Ondina
    Finale Cardenas
Olivencia de Jesus, Orlando
OQUENDO OQUENDO, CANDIDA R.
ORLANDO MARINI ROMAN
Ortiz Gracia, Arcelio
ORTIZ GUZMAN, EDDIE
Ortiz Ramirez De Arellano, Cecile
ORTIZ RIVERA, AGUSTIN
OTERO RODRIGUEZ, LETICIA
Oyola Martinez, Reinaldo
P.D.C.M ASSOCIATES, S.E.
PACHECO PADILLA, MARIBEL
Pedro Rolando Martinez Torres as inheritor of
    Olga Finale

Pedro Rolando Martinez Torres by him
PEREIRA FIGUEROA, JUAN
PEREZ PADIN, JOSE L
Perez Resto, Maria Nitza
Perez-Roman, Brenda L
Perfect Cleaning Services Inc.
PIETRI TORRES, VILMA B.
PLAZA TOLEDO, OMARIS
Pomales Rodriguez, Wilson
PORRATA CRUZ, ERIC A.
POSTIGO, EDGARDO
Power Technologies Corp.
PR STORAGE FORKLIFT DIVISION
Principe Flores, Julia
Quality Equipment, Inc
QUINONES-CARABALLO, GLADYS W
Ramirez Rivera, Carmen J
Ramirez Santiago, Juan D.
RAMOS AGUIAR, GLORIA CONSUELO
Ramos Figueroa, Jose E.
RAMOS JUSINO, YOLANDA
RAMOS MONTALVO, SARAH LYAN
Ramos Portalatin, Eufemia
Ramos Torres, Dionisio
RAMOS-VILLANUEVA, LUIS
Rendon Figueroa, Manuel Ramon
RIEFKOHL, ALEXY G
RIESTRA FERNANDEZ, MIGUEL
Rigual Velazquez, Maria Teresa
RIOS MORALES, AWILDA
Rivera Arocho, Manuel J
Rivera Gonzalez, Agueda M.
Rivera Irizarry, Ismael
Rivera Melendez, Hector
Rivera Perez, Felicita M.
Rivera Rivera, Nathanael
RIVERA RIVERA, NYDIA M.
RIVERA ROSARIO, JUAN R
RIVERA, ANA TERESA
Rivera-Calderin, Jacqueline
Rodriguez Betancourt, Gustavo E.
RODRIGUEZ CONCEPCION, JAVIER
RODRIGUEZ DIAZ, RAFAEL
Rodriguez Matos, Jose Alberto
Rodriguez Molina, Carlos H
Rodriguez Ramirez, Ivette
Rodriguez Rodriguez, Felix
Rodriguez Rodriguez, Zaida A.
RODRIGUEZ TORRES, JOSEY
Rodriguez Torres, Nelson A.
RODRIGUEZ-MARRERO, CARMEN M.

RODRIGUEZ-TORRES, DAMARIS
Rolando Martinez Finale as inheritor of Ondina
   Finale Cardenas
Roman Lopez, Ada Maritza
Roman Martinez, Nayde I.
ROMERO QUINONEZ, MARIA C
Rosa Martinez, Agapito
ROSADO PEREZ, JOSE M
RUBBER & GASKET CO OF PR
RUIZ GONZALEZ , PETRA N
S O P INC D/B/A SPECIALTY OFFICE
   PRODUCT
Saavedra Castro, PSC, Bufete Juan H.
SANCHEZ GOMEZ, MARIA C
Sanchez Oliveras, Aida Ivette
Sanchez Rivera, Carlos I.
Sanchez Rivera, Miguel Angel
Sanchez Santiago, Jose A
Sanchez Serrano, Josue W
SANCHEZ TORRES, JOSE ALBERTO
SANCHEZ ZAYAS, ADA I.
Santiago Garbo, Danny
Santiago Hernandez, Delba I
SANTIAGO HERNANDEZ, MARIA DELOS
   A.
Santiago Torres, Irma I
SEGUI RODRIGUEZ , SAMUEL X.
Sepulveda Aponte, Jose Leandro
SEPULVEDA-APONTE, JOSE L
Serrano Morales, Kayra G.
SILVA HERNANDEZ, MARTA
Silver Point Capital Fund, L.P.
Silver Point Capital Offshore Master Fund, L.P.
Skytec Inc.
SM ELECTRICAL CONTRACTO
SOCORRO TORRES, CARMEN
Sonuvac Corporation
Sostie Leyz, William M.
Soto Gonzalez, Carlos Omar
SOTO LOPEZ, MAYRA
SOTO RODRIGUEZ, MONSERRATE
St. James Security Services LLC
State Street Global Advisors Trust Company
Technical Maintenance Services
Technical Power Services
The Developers Group Inc.
Toledo & Toledo Law Offices, PSC
Toro Perez, David
Torres Gonzalez, Juan O.
Torres Lopez , Michelle
Torres Lopez, Fernando L.

Torres Melendez, Sendic Omar
TORRES NAVEIRA, MANUEL BISMARCK
TORRES ORTIZ, BRENDA I
TORRES, LESLIE M
Tradewinds Energy Barceloneta, LLC
TRADEWINDS ENERGY VEGA BAJA, LLC
U.S. Department of the Interior, U.S. Geological
   Survey
VALENTIN TORRES, EDWIN
Valentin, Rachel M
VEGA PEREZ, ROSA E.
Vega Ramos, Joan
Velazquez Chavez, Ariel
Velazquez Cruz, Betsy
VELEZ GONZALEZ, RAFAEL A.
Velez Quinones, Maria L
Velez Serrano, Josue
VERTECH INC.
Vicente Quinones , Wanda Liz
VIERA-PLANAS, GILBERTO
Vitol Inc.
Wilmington Trust, National Association, as
   successor trustee
Windmar Renewable Energy, Inc.

**Counsel - Inactive Claims – PREPA**
Adsuar Muniz Goyco Seda & Perez-Ochoa PSC
Antonio Jose Amadeo-Murga, Esq.
Arturo Gonzalez Martin
Charles M Briere - Esq.
DELGADO & FERNÁNDEZ, LLC
Despacho Jurídico Ramos Luiña, LLC
Drinker Biddle & Reath LLP
Elias Davila ESQ.
Emanuelli LLC
Enzio Ramirez, Esq.
G. Carlo-Altieri Law Offices
G. CARLO-ALTIERI LAW OFFICES, LLC
Genovese Joblove & Battista, P.A.
Gonzalez Munoz Law Offices, PSC
Graciela Vazquez, Esq.
Gustavo Adolfo Zambrana, Esq.
Hagens Berman Sobol Shapiro LLP
Hector Figueroa, Esq.
Izquierdo San Miguel Law Offices
James Law Offices, Esq.
JIMÉNEZ, GRAFFAM & LAUSELL
JONES DAY
Jose R Cintron, Esq.
JRJ Consultants & Legal Advisors, LLC
JRT Attorney at Law

Juan M. Cancio Esq.
KRAMER LEVIN NAFTALIS & FRANKEL
    LLP
LCDO. ARIEL O. CARO PEREZ
LEGAL PARTNERS, PSC
Maria E Vicens Rivera - Esq.
MCCONNELL VALDÉS LLC
MORRISON & FOERSTER, LLP
Paul, Weiss, Rifkind, Wharton & Garrison LLP
TORO COLÓN MULLET P.S.C.
Ubarri & Roman Law Office
WOLLMUTH MAHER & DEUTSCH LLP

**Inactive Claims – HTA**
ADIRONDACK HOLDINGS I LLC
ADIRONDACK HOLDINGS II LLC
ANN MARIE LUCIDO REVOCABLE LIVING
    TRUST UAD 7-31-93
ASM BLMIS CLAIMS LLC
ASSURED GUARANTY CORP.
ASSURED GUARANTY MUNICIPAL CORP.
AURELIUS INVESTMENT, LLC
AURELIUS OPPORTUNITIES FUND, LLC
AUTONOMY MASTER FUND LIMITED
AVIAN CAPITAL PARTNERS, LLC
BANCO POPULAR DE PUERTO RICO, AS
    TRUSTEE
BNY - AH MAIN ACCOUNT
BNY- NATIONAL UNION MAIN
BNY-AMERICAN GENTERLA LIFE INS CO.
BONES DIAZ, EDWIN F.
BRIGADE CAPITAL MANAGEMENT, LP
CARMEN D. JIMENEZ GANDARA ESTATE
CERVONI DEL VALLE, BRYAN O
CERVONI DEL VALLE, LINETTE M
CERVONI DEL VALLE, SAMUEL
CIGNA HEALTH AND LIFE INSURANCE
    COMPANY
COOPACA
CORBIN OPPORTUNITY FUND, L.P.
CURBELO ROJAS, YOSELYN
DEL VALLE GROUP, S.P.
DEL VALLE MELENDEZ, ELBA I.
DELGADO, MARIBEL CLASS
DEVELOPMENT AND CONSTRUCTION
    LAW GROUP, LLC
FINANCIAL GUARANTY INSURANCE
    COMPANY
FIR TREE CAPITAL OPPORTUNITY
    MASTER FUND III, LP

FIR TREE CAPITAL OPPORTUNITY
    MASTER FUND, LP
FIR TREE VALUE MASTER FUND, LP
FOJO, JOSE A. & BLANCA
FPA HAWKEYE FUND, A SERIES OF FPA
    HAWKEYE FUND, LLC
FT COF (E) HOLDINGS, LLC
FT SOF IV HOLDINGS, LLC
FT SOF V HOLDINGS LLC
GOLDMAN SACHS DYNAMIC MUNICIPAL
    INCOME FUND
GOLDMAN SACHS HIGH YIELD
    MUNICIPAL FUND
GOMEZ RIVERA, ESTEPHANIE & GOMEZ
    Y YESENIA GOMEZ FUENTES
GRUPO DE DESARROLLO LOS ALTOS
    SAN JUAN, INC.
HDI GLOBAL INSURANCE COMPANY
HIGH-YIELD MUNICIPAL ETF
KAZIMOUR, ROBERT F & JANIS L
LAS MONJAS REALTY II, SE
LS STRATEGIC INCOME FUND
MCS ADVANTAGE, INC.
MUNICIPIO AUTONOMO DE HUMACAO
NATIONAL PUBLIC FINANCE
    GUARANTEE CORPORATION
ORTIZ RAMIREZ DE ARELLANO, CECILE
PEAJE INVESTMENTS LLC
PINEHURST PARTNERS, L.P.
PLAZA LAS AMERICAS, INC
POPULAR HIGH GRADE FIXED INCOME
    FUND, INC.
POPULAR INCOME PLUS FUND, INC.
PUERTO RICO AQUEDUCT AND SEWER
    AUTHORITY
PUERTO RICO RESIDENTS BOND FUND I
PUERTO RICO RESIDENTS TAX-FREE
    FUND VI, INC.
RADI CORP.
RIO CONSTRUCTION CORP.
RIVERA LOPEZ DE VICTORIA, LIZZETTE
ROBLES ASPHALT CORP.
SATAN, MIROSLAV
SHORT HIGH-YIELD MUNICIPAL ETF
SILVER POINT CAPITAL OFFSHORE
    MASTER FUND, L.P.
STRATEGIC INCOME FUND MMHF
SUPER ASPHALT PAVEMENT
    CORPORATION
TAMRIO INC

48

THE BANK OF NEW YORK MELLON, AS
    FISCAL AGENT
THE CANYON VALUE REALIZATION
    MASTER FUND, L.P.
THE DEVELOPERS GROUP INC.
THE MEDICAL PROTECTIVE COMPANY
UBS IRA SELECT GROWTH & INCOME
    PUERTO RICO FUND
UNIQUE BUILDERS, INC.
UNITED STATES DEPARTMENT OF
    AGRICULTURE - RURAL
    DEVELOPMENT
US BOND FUND, ATTN. NICOLE
    RANZINGER
VAZQUEZ ROJAS, RAMON L
VAZQUEZ ROSARIO, NANCY
VEN YOE AND MAY WONG LOUIE
VIELLA GARCIA, FIORINA MARIA, ET AL
WELLS FARGO MUNICIPAL BOND FUND
WELLS FARGO WISCONSIN TAX FREE
    FUND
WEST CORPORATION
WESTERN SURETY COMPANY AND
    CONTINENTAL CASUALTY COMPANY
WILMINGTON TRUST, NATIONAL
    ASSOCIATION, AS SUCCESSOR
    TRUSTEE
WOODS, DONALD W. & DAWN M.

**Counsel - Inactive Claims – HTA**
ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-
    OCHOA PSC
ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-
    OCHOA, P.S.C.
BRACEWELL LLP
BUTLER SNOW LLP
CADWALADER, WICKERSHAM & TAFT
    LLP
CANCIO COVAS & SANTIAGO, LLP
CARDONA JIMENEZ LAW OFFICES, PSC
Casellas Alcover & Burgos, P.S.C.
CÓRDOVA & DICK, LLC
Correa Acevedo & Abesada Law Offices, PSC
DECHERT LLP
DELGADO & FERNÁNDEZ, LLC
DENTONS US LLP
DEVELOPMENT AND CONSTRUCTION
    LAW GROUP, LLC
DRINKER BIDDLE & REATH LLP
FJ TORRES DIAZ LAW OFFICES
G. CARLO-ALTIERI LAW OFFICES

G. CARLO-ALTIERI LAW OFFICES, LLC
GIBSON, DUNN & CRUTCHER LLP
GOODWIN PROCTOR LLP
JIMÉNEZ, GRAFFAM & LAUSELL
JONES DAY
JORGE L COUTO GONZALEZ
JUAN CORCHADO JUABRE
KRAMER LEVIN NAFTALIS & FRANKEL
    LLP
Latham & Watkins LLP
LUIS F. MORALES GONZALEZ
MARICHAL HERNANDEZ SANTIAGO &
    JUARBE LLC
MCDERMOTT WILL & EMERY LLP
MONSERRATE SIMONET & GIERBOLINI,
    LLC
MORELL BAUZÁ CARTAGENA &
    DAPENA, LLC
Morgan, Lewis & Bockius, LLP
MORRISON & FOERSTER, LLP
PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP
PAVIA & LAZARO, PSC
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
REED SMITH LLP
REICHARD & ESCALERA
REXACH & PICO, CSP
robbins, russell, englert, orseck, untereiner &
    sauber LLP
ROPES & GRAY LLP
SALDANA ,CARVAJAL & VELEZ-RIVE,
    PSC
Sanchez Pirillo LLC
SÁNCHEZ/LRV LLC
Sepulvado & Maldonado, PSC
SERRANO URDAZ LAW OFFICE
Skadden, Arps, Slate, Meagher & Flom LLP
STROOCK & STROOCK & LAVAN LLP
TORO COLÓN MULLET P.S.C.
VIÑAS LAW OFFICE, LLC
VINCENTE & CUEBAS
WEIL, GOTSHAL & MANGES LLP
WHITE & CASE LLP
willkie farr & gallagher llp
WOLLMUTH MAHER & DEUTSCH LLP
YOUNG CONAWAY STARGATT &
    TAYLOR LL
YOUNG CONAWAY STARGATT &
    TAYLOR LLP
YOUNG CONWAY STARGATT & TAYLOR

**Advisors and Accountants - Inactive Claims –**
**HTA**
EXIGENT PARTNERS, LLC
LAZARD

**Inactive Claims – COFINA**
A.L.SUAREZ MANAGEMENT CO. INC.
ACOSTA GONZALES, BENJAMIN
ACP MASTER, LTD.
ADELAIDA HERNANDEZ, AS GUARDIAN
    FOR J.J. H.
ADIRONDACK HOLDINGS I
ADIRONDACK HOLDINGS I LLC
ADIRONDACK HOLDINGS II LLC
ALFONSO GOMEZ AMARO
ALVARADO LANDAZURY, LOURDES
AMERICAN CASUALTY COMPANY OF
    READING, PENNSYLVANIA
APONTE, RAFAEL
ARISTEIA MASTER, L.P.
ARISTIZABAL OCAMPO, ALBERTO J.
ARTURO SUAREZ LOPEZ, ILIA M PEREZ
ASA TAX ADVANTAGED RELATIVE
    VALUE FUND
ASIG INTERNATIONAL LIMITED
ASM BLMIS CLAIMS LLC
AURELIUS CAPITAL MASTER, LTD.
AURELIUS INVESTMENT, LLC
AURELIUS OPPORTUNITIES FUND, LLC
AUTONOMY MASTER FUND LIMITED
AYOROA SANTALIZ, CARMEN S
BANCO POPULAR DE PUERTO RICO AS
    TRUSTEE FOR POPULAR TAX EXEMPT
    TRUST FUND
BANCO POPULAR DE PUERTO RICO, AS
    TRUSTEE
BANK OF NEW YORK MELLON
BASORA CHABRIER, RIDEICOMISO
BENABE GARCIA, MARIA I
BERTRAN NEVE, MURIEL
BHATIA GAUTIER, LISA E
BLANCO BOU, FIDEICOMISO
BONNIN, JOSE M
BORINQUEN CONTAINER CORP
BUONO ALBARRAN , IVELISSE
CACERES HERNANDEZ, ALFREDO
CACERES MARTINEZ, LUIS ALFREDO
CANYON BALANCED MASTER FUND,
    LTD
CANYON BLUE CREDIT INVESTMENT
    FUND L.P.

CANYON DISTRESSED OPPORTUNITY
    INVESTING FUND II, L.P.
CANYON DISTRESSED OPPORTUNITY
    MASTER FUND II, L.P.
CANYON NZ-DOF INVESTING,L.P.
CANYON VALUE REALIZATION FUND,
    L.P.
CANYON VALUE REALIZATION MAC 18
    LTD.
CANYON-ASP FUND, L.P.
CANYON-GRF MASTER FUND II, L.P.
CANYON-SL VALUE FUND, L.P.
CARNEVALE, TODD A
CARTAGENA, HILDA O.
CARTAGENA, JOSE A.
CELIA FERNANDEZ DE GURIERREZ
CENTURYLINK, INC. DEFINED BENEFIT
    MASTER TRUST
COBIAN ROIG, ESQ., EDUARDO J.
COGAN-COGAN, JUAN
COLOME R & SUAREZ INC
COMPASS CSS HIGH YIELD LLC
COMPASS ESMA LP
COMPASS TSMA LP
CONNIE A. MARTIN
CONSTRUCTORA FORTIS CORP
CONSTRUCTORA FORTIS INC.
CONTINENTAL CASUALTY COMPANY
COOP AHORRO Y CREDITO SAN RAFAEL
COOPERATIVA A/C BARRANQUITAS
COOPERATIVA A/C DE BARRANQUITAS
COOPERATIVA DE AHORRO Y CREDITO
    DE AGUADA
COOPERATIVA DE AHORRO Y CREDITO
    DE AGUADILLA
COOPERATIVA DE AHORRO Y CREDITO
    DE HATILLO
COOPERATIVA DE AHORRO Y CREDITO
    DE JAYUYA
COOPERATIVA DE AHORRO Y CREDITO
    DE LA INDUSTRIA
    BIOFARMACEUTICA
COOPERATIVA DE AHORRO Y CREDITO
    DE RINCON
COOPERATIVA DE AHORRO Y CREDITO
    DE SANTA ISABEL
COOPERATIVA DE AHORRO Y CREDITO
    DE YAUCO
COOPERATIVA DE AHORRO Y CREDITO
    DEL VALENCIANO

COOPERATIVA DE AHORRO Y CREDITO
DR MANUEL ZENO GANDIA
COOPERATIVA DE AHORRO Y CREDITO
FAMILIAR PROGRESISTA
COOPERATIVA DE AHORRRO Y CREDITO
DE JUANA DIAZ
CORBIN ERISA OPPORTUNITY FUND, LTD
CORBIN ERISA OPPORTUNITY FUND,
LTD.
CORBIN OPPORTUNITY FUND, L.P.
CORDERO, PEDRO M KAREH
CREDIT FUND GOLDEN LTD.
DE SUAREZ, ZULMA CORUJO
DECAGON HOLDINGS 1, L.L.C.
DECAGON HOLDINGS 10, L.L.C
DECAGON HOLDINGS 2, L.L.C
DECAGON HOLDINGS 3, L.L.C.
DECAGON HOLDINGS 4, L.L.C
DECAGON HOLDINGS 5, L.L.C.
DECAGON HOLDINGS 6, L.L.C.
DECAGON HOLDINGS 7, L.L.C.
DECAGON HOLDINGS 8, L.L.C.
DECAGON HOLDINGS 9, L.L.C.
DEPARTMENT OF THE TREASURY
DEPARTMENT OF TREASURY - INTERNAL
REVENUE SERVICE
DIAZ RODRIGUEZ, MD, RUBEN
DOUGLAS A ARON FAMILY TRUST
DUBON OTERO, MANUEL H
EMERGING MARKET BOND PLUS SUB-
TRUST
ESEMSE INC.
ESTATE OF MARCELINO GARCIA
EVELYN RAMIREZ GARRATON
F & J M CARRERA INC.
FAMILIA FERRER PEREZ PR LLC
FCO SPECIAL OPPORTUNITIES (A1) LP
FCO SPECIAL OPPORTUNITIES (D1) LP
FCO SPECIAL OPPORTUNITIES (E1) LLC
FERRER DAVILA, LUIS M
FRANKLIN ADVISERS, INC., ON BEHALF
OF FUNDS AND/OR ACCOUNTS
MANAGED OR ADVISED BY IT
FREIRIA UMPIERRE, ENRIQUE
FUNDAMENTAL CREDIT OPPORTUNITIES
MASTER FUND LP
GERMAN URIBE J.T.W.R.O.S
GLOBAL MULTI-SECTOR CREDIT
PORTFOLIO (LUX)
GLOBAL OPPORTUNITIES LLC
GLOBAL OPPORTUNITIES OFFSHORE LTD

GNMA & US GOVERNMENT TARGET
MATURITY FUND FOR PUERTO RICO
RESIDENTS, INC.
GNOCCHI FRANCO, ANTONIO
GOLDEN TREE DISTRESSED FUND 2014
LP
GOLDEN TREE HIGH YIELD VALUE
MASTER UNIT TRUST
GOLDENTREE DISTRESSED MASTER
FUND 2014 LTD.
GOLDENTREE INSURANCE FUND SERIES
INTERESTS OF THE SALI MULTI-
SERIES FUND, L.P.
GOLDENTREE MASTER FUND, LTD.
GOLDENTREE MULTI-SECTOR MASTER
FUND ICAV - GOLDENTREE MULTI-
SECTOR MASTER FUND PORTFOLIO A
GOLDENTREE NJ DISTRESSED FUND 2015
LP
GOLDENTREE STRUCTURED PRODUCTS -
C LP
GOLDENTREE STRUCTURED PRODUCTS
OPPORTUNITES FUND EXTENSION
HOLDINGS, LLC
GOLDMAN SACHS BOND FUND
GOLDMAN SACHS COLLECTIVE TRUST -
CORE PLUS FIXED INCOME FUND
GOLDMAN SACHS COLLECTIVE TRUST -
EMERGING MARKETS DEBT FUND
GOLDMAN SACHS COLLECTIVE TRUST -
EMERGING MARKETS DEBT FUND II
GOLDMAN SACHS COLLECTIVE TRUST -
LONG DURATION PLUS FIXED
INCOME FUND
GOLDMAN SACHS DYNAMIC MUNICIPAL
INCOME FUND
GOLDMAN SACHS EMERGING MARKETS
CORPORATE BOND PORTFOLIO
GOLDMAN SACHS EMERGING MARKETS
DEBT BLEND PORTFOLIO
GOLDMAN SACHS EMERGING MARKETS
DEBT FUND
GOLDMAN SACHS EMERGING MARKETS
DEBT LOCAL PORTFOLIO
GOLDMAN SACHS EMERGING MARKETS
DEBT PORTFOLIO
GOLDMAN SACHS GLOBAL FIXED
INCOME PLUS PORTFOLIO (HEDGED)
GOLDMAN SACHS GLOBAL STRATEGIC
INCOME BOND PORTFOLIO

GOLDMAN SACHS HIGH YIELD
    MUNICIPAL FUND
GOLDMAN SACHS LOCAL EMERGING
    MARKETS DEBT FUND
GOLDMAN SACHS SHORT DURATION
    TAX-FREE FUND
GOLDMAN SACHS STRATEGIC
    ABSOLUTE RETURN BOND I
    PORTFOLIO
GOLDMAN SACHS STRATEGIC
    ABSOLUTE RETURN BOND II
    PORTFOLIO
GOLDMAN SACHS STRATEGIC INCOME
    FUND
GONZALEZ CARO, EFRAIN
GREAT AMERICAN INSURANCE
    COMPANY
GROUP OF EIGHTEEN CORPORATION
GT NM, L.P.
GUADALUPE FUND, LP
GUTIERREZ-FERNANDEZ, FIDEICOMISO
GUZMAN, MANUEL A
HAIDAR GRAU, MAGDA E.
HATTON, ROBERT
HERMIDA CELA, GUSTAVO A
HERNANDEZ, ELENA
HERNANDEZ, JUAN A
HERNANDEZ, VICTOR
HIGH YIELD AND BANK LOAN SERIES
    TRUST
INMOBILIARIA SAN ALBERTO, INC.
INTEGRAND ASSURANCE COMPANY
INTERGRAND ASSURANCE COMPANY
INVESCO HIGH YIELD MUNICIPAL FUND
    OF AIM TAX EXEMPT FUNDS
    (INVESCO TAX-EXEMPT FUNDS)
INVESCO HIGH YIELD MUNICIPAL FUND
    OF ALM TAX EXEMPT FUNDS
    (INVESCO TAX EXEMPT FUNDS)
JANER VELÁZQUEZ, JOSÉ E
JANER-VELAZQUEZ, JOSE E.
JFJ TRUST/JULIO F. JULIA
JIMENEZ GANDARA
JIMENEZ GANDARA, MARIA ELENA
JOAQUIN GURIERREZ FERNANDEZ
JOSE L. FIGUEROA CASAS
KOLANKO, FRANK/PATRICIA
LAURA R. AYOROA
LCDO. ROBERTO MUNOZ ARIILL
LEHMAN BROTHERS SPECIAL
    FINANCING INC.

LEX CLAIMS, LLC
LLUCH GARCIA, NEFTALI
LMAP 903 LIMITED
LONG MUNICIPAL ETF
LOPEZ GARCIA, HECTOR R
LOUISIANA STATE EMPLOYEES
    RETIREMENT SYSTEM
LOUVAL LLC
LS BOND FUND
LS INSTITUTIONAL HIGH INCOME FUND
LS STRATEGIC INCOME FUND
MA MULTI-SECTOR OPPORTUNISTIC
    FUND, LP
MARIA ELENA
MARIA M. CATALA MORALES
MARILYN CHINEA
MARISTANY, JOSEFINA
MARTINEZ LEBRON, HERIBERTO
MARTINEZ SOTO, ILENE M
MCP HOLDINGS MASTER LP
MEJIAS, INES
MINANDO
MONARCH ALTERNATIVE SOLUTIONS
    MASTER FUND LTD.
MONARCH CAPITAL MASTER PARTNERS
    III LP
MONARCH CAPITAL MASTER PARTNERS
    IV LP
MONARCH DEBT RECOVERY MASTER
    FUND LTD
MONARCH SPECIAL OPPORTUNITIES
    MASTER FUND LTD.
MR IW LIVING AND GRANTOR TRUST
MULTINATIONAL LIFE INSURANCE CO.
NATIONAL FIRE INSURANCE COMPANY
    OF HARTFORD
NEGRONI DIAZ, JOSE A
NEWTYN PARTNERS, LP
NEWTYN TE PARTNERS, LP
OLIVER, EDNA V.
OLMO KORTRIGHT, NELSON RAFAEL
OPPENHEIMERFUNDS, INC. AND OFI
    GLOBAL INSTITUTIONAL, INC. ON
    BEHALF OF FUNDS AND/ OR
    ACCOUNTS MANAGED OR ADVISED
    BY THEM
ORTIZ RAMIREZ DE ARELLANO, CECILE
OSVALDO J. ORTIZ, BY: JOSE O. ORTIZ
    FERNANDEZ, EXECUTOR
PALMETTO STATE FUND A LP

PEDRO LUIS CASASNOVAS & OLGA I.
 TRINIDAD NIEVES
PEREZ DIAZ, CARLOS
PESQUERA TEISSONNIERE, CARLOS
PESQUERA TEISSONNIERE, MARIA A
PINEHURST PARTNERS, L.P.
PLAZA, FIDEICOMISO
POINT GUARD INSURANCE COMPANY
POPULAR HIGH GRADE FIXED INCOME
 FUND, INC.
POPULAR INCOME PLUS FUND, INC.
PORTILLA, JOSE R.
PRETE, JAMES A.
PRISMA SPC HOLDINGS LTD.
 SEGREGATED PORTFOLIO AG
PUERTO RICO FIXED INCOME FUND IV,
 INC
PUERTO RICO FIXED INCOME FUNDS INC
PUERTO RICO RESIDENTS BOND FUND I
PUERTO RICO RESIDENTS TAX-FREE
 FUND II, INC.
PUERTO RICO RESIDENTS TAX-FREE
 FUND III, INC.
PUERTO RICO RESIDENTS TAX-FREE
 FUND IV, INC.
PUERTO RICO RESIDENTS TAX-FREE
 FUND V, INC.
PUERTO RICO RESIDENTS TAX-FREE
 FUND VI, INC.
PUERTO RICO RESIDENTS TAX-FREE
 FUND, INC.
QUEBRADA BONITA CRL
RAMOS MARTIN, ROBERT
RAUL E. CASASNOVAS BALADO &
 LOLITA GANDARILLA
RAUL JAIME VILA SELLES
REICHHARDT TEN COM, ANN M
REICHHARDT TEN COM, JOHN R
REXACH FELICIANO, ANOTNIO
RIVERA, VICTOR M.
ROBERT D ALBRIGHT JR REVOCABLE
 TRUST UA 05/01/2002, ROBERT D
 ALBRIGHT JR, TRUSTEE
ROBERT T.TSAI AND HUILING NEE JOIN
 TENANT
ROBERTO RAFAEL FUERTES AND
 ESTHER MUDAFORT
RODRIGUEZ HERNANDEZ, FELIX
RODRIGUEZ RIVERA, ANDRES R
RODRIGUEZ RODRIGUEZ, GUALBERTO
RODRIGUEZ RODRIGUEZ, LUIS F

RODRIGUEZ, IRIS M.
RODRIGUEZ, MANUEL A.
ROLAND A JACOBUS REV TRUST 7/2004
ROLAND A JACOBUS REV TRUST DTD
 7/29/2004
ROLAND A JACOBUS REVOCABLE TRUST
ROVIRA BLONDET, RICARDO
S & C INVESTMENT GROUP INC.
SALTZ, EDWIN X
SANDS, DAVID SANBORN AND GAIL A.
SANTANDER ASSET MANAGEMENT, LLC,
 ON BEHALF OF FUNDS AND/OR
 ACCOUNTS MANAGED OR ADVISED
 BY IT
SB SPECIAL SITUATION MASTER FUND
 SPC - PORTFOLIO D
SCHANEY, DENNIS M
SCOGGIN INTERNATIONAL FUND, LTD
SCOGGIN WORLDWIDE FUND, LTD
SHORT MUNICIPAL ETF
SILVER POINT CAPITAL OFFSHORE
 MASTER FUND, L.P.
SMITH BRINGAS, ERNESTO A
SNYDER DE LA VEGA, ERIC
STODDARD DE JESUS, WILLIAM
STRATEGIC INCOME FUND - MMHF
STUBBE ARSUAGA, FEDERICO
STUGO HOLDINGS, LLC
TACONIC MASTER FUND 1.5 L.P.
TACONIC OPPORTUNITY MASTER FUND
 L.P.
TAX FREE FUND II FOR PUERTO RICO
 RESIDENTS, INC.
TAX FREE TARGET MATURITY FUND
 FOR PUERTO RICO RESIDENTS, INC.
TAX-FREE FIXED INCOME FUND II FOR
 PUERTO RICO RESIDENTS, INC.
TAX-FREE FIXED INCOME FUND III FOR
 PUERTO RICO RESIDENTS, INC.
TAX-FREE FIXED INCOME FUND V FOR
 PUERTO RICO RESIDENTS, INC.
TAX-FREE HIGH GRADE PORTFOLIO
 BOND FUND FOR PUERTO RICO
 RESIDENTS, INC.
TAX-FREE HIGH GRADE PORTFOLIO
 BOND FUND II FOR PUERTO RICO
 RESIDENTS, INC.
TAX-FREE HIGH GRADE PORTFOLIO
 TARGET MATURITY FUND FOR
 PUERTO RICO RESIDENTS, INC.
TEISSONNIERE, CARLOS A. PESQUERA

THE BANK OF NEW YORK MELLON, AS
    TRUSTEE
THE CANYON VALUE REALIZATION
    MASTER FUND, L.P.
THE CONTINENTAL INSURANCE
    COMPANY
THE DE JESUS GOLDEROS TRUST
TILDEN PARK INVESTMENT MASTER
    FUND LP
TRINIDAD NIEVES, OLGA I.
TRISTAN REYES GILESTRA / GVELOP
UBS IRA SELECT GROWTH & INCOME
    PUERTO RICO FUND
UBS TRUST COMPANY OF PUERTO RICO
UNIVERSAL INSURANCE COMPANY
UNIVERSAL LIFE INSURANCE COMPANY
UNIVERSIDAD CARLOS ALBIZU, INC.
VANLINER INSURANCE COMPANY
VICTOR HERNANDEZ DIAZ
VICTOR M. RIVERA AND ALIDA CASTRO
VIDAL PAGAN, PREDRO E.
VINCENTY PEREZ, REINALDO
WESTERN SURETY COMPANY
WHITEBOX ASYMMETRIC PARTNERS, LP
WHITEBOX CAJA BLANCA FUND, LP
WHITEBOX MULTI-STRATEGY
    PARTNERS, LP
WHITEBOX TERM CREDIT FUND I LP
YAMBO, PEDRO J.

**Counsel - Inactive Claims – COFINA**
ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-
    OCHOA PSC
ALEXIS ALBERTO BETANCOURT-
    VINCENTY
Almeida & Dávila, P.S.C.
ARROYO & RIOS LAW OFFICES, P.S.C.
BRACEWELL LLP
BUFETE QUINONES VARGAS & ASOC.
CARDONA JIMENEZ LAW OFFICES, PSC
CARLOS SEBASTIAN DAVILA
Casillas, Santiago & Torres LLC
CHARLES A. CUPRILL, P.S.C. LAW
    OFFICES
COBIAN ROIG LAW OFFICES
CÓRDOVA & DICK, LLC
Correa Acevedo & Abesada Law Offices, PSC
DEBEVOISE & PLIMPTON LLP
DELGADO & FERNÁNDEZ, LLC
EDGARDO MUNOZ
FERNÁNDEZ, COLLINS, CUYAR & PLÁ

FROST BROWN TODD LLC
G. CARLO-ALTIERI LAW OFFICES, LLC
GIBSON, DUNN & CRUTCHER LLP
GONZALES LOPEZ & LOPEZ ADAMES
    LLC
GOODWIN PROCTER LLP
Harry Anduze Montaño Law Offices
HATILLOW LAW OFFICES, PSC
HF LAW PR, PSC
IVONNE M RODRIGUEZ
JIMÉNEZ, GRAFFAM & LAUSELL
JONES DAY
Jorge R. Quintana-Lajara
JOSE ANTONIO TULLA LAW OFFICE
JOSE W CARTAGENA
KASOWITZ BENSON TORRES LLP
KRAMER LEVIN NAFTALIS & FRANKEL
    LLP
LATHAM & WATKINS LLP
LAW OFFICES OF JOHN E MUDD
Law Offices of Michael Craig McCall
LEMUEL NEGRON COLON
LUGO MENDER GROUP, LLC
MANUEL I. VALLECILLO
MCDERMOTT WILL & EMERY LLP
MCLANE MIDDLETON, PROFESSIONAL
    ASSOCIATION
MORELL, CARTAGENA & DAPENA LLC
Morgan, Lewis & Bockius, LLP
MORRISON & FOERSTER, LLP
NELSON ROBLES DIAZ LAW OFFICES
    P.S.C
NEVARES, SANCHEZ- ALVAREZ &
    CANCEL PSC
Old Bellows Patners LP
PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
REED SMITH LLP
REICHARD & ESCALERA
REICHARD & ESCALERA, LLC
RIVERA & SIFRE, P.S.C
robbins, russell, englert, orseck, untereiner &
    sauber LLP
ROBERTO DEL TORO MORALES
ROPES & GRAY LLP
SALDANA, CARVAJAL & VELEZ-RIVE,
    PSC
Saldaña, Carvajal & Vélez-Rivé, PSC
Sanchez Pirillo LLC

SÁNCHEZ/LRV LLC

SANTINI LAW OFFICE PSC

SANTOS BERRIOS LAW OFFICES LLC

SEPULVADO, MALDONADO & COURET

SHEPHERD SMITH EDWARDS & KANTAS
LLP

SIMPSON THACHER & BARTLETT LLP

Skadden, Arps, Slate, Meagher & Flom LLP

STROOCK & STROOCK & LAVAN LLP

TORO COLÓN MULLET P.S.C.

VINCENTE & CUEBAS

White & Case LLP

willkie farr & gallagher llp

Wollmuth Maher & Deutsch

WOLLMUTH MAHER & DEUTSCH LLP

YOUNG CONWAY STARGATT & TAYLOR

## EXHIBIT B-2

**List of parties in interest, or affiliates thereof, that currently engage or have engaged BRG, sorted by their relationship to the Debtors, that are unrelated to these chapter 11 cases[1]**

**Debtor**
Commonwealth of Puerto Rico*

**Professionals Retained in Commonwealth
   Title III Case**
Alvarez & Marsal North America, LLC
Ankura Consulting Group, LLC
Citigroup Global Markets Inc.
Deloitte Consulting LLP*
Deloitte Financial Advisory Services LLP*
DLA Piper (Puerto Rico) LLC*
DLA Piper LLP (US)*
Duff & Phelps LLC*
Ernst & Young LLP
FTI Consulting, Inc.
O`Melveny & Myers LLP
Paul Hastings LLP

**Professionals Retained in ERS Title III Case**
Alvarez & Marsal North America, LLC
Citigroup Global Markets Inc.
Deloitte Consulting LLP*
Deloitte Financial Advisory Services LLP*
Duff & Phelps LLC*
Ernst & Young LLP
FTI Consulting, Inc.
O`Melveny & Myers LLP
Paul Hastings LLP

**Professionals Retained in PBA Title III Case**
Alvarez & Marsal North America, LLC
Citigroup Global Markets Inc.
Ernst & Young LLP
FTI Consulting, Inc.
O`Melveny & Myers LLP
Professionals Retained in PREPA Title III Case
Ankura Consulting Group, LLC
Citigroup Global Markets Inc.
Deloitte Consulting LLP*
Deloitte Financial Advisory Services LLP*
Duff & Phelps LLC*
Ernst & Young LLP
FTI Consulting, Inc.

Greenberg Traurig, LLP
O`Melveny & Myers LLP
Paul Hastings LLP

**Professionals Retained in HTA Title III Case**
Alvarez & Marsal North America, LLC
Citigroup Global Markets Inc.
Deloitte Consulting LLP*
Deloitte Financial Advisory Services LLP*
Duff & Phelps LLC*
Ernst & Young LLP
FTI Consulting, Inc.
O`Melveny & Myers LLP
Paul Hastings LLP

**Other Parties in Interest – Commonwealth**
Ambac Assurance Corporation
Financial Guaranty Insurance Corporation*

**Counsel - Other Parties in Interest –
   Commonwealth**
O`Melveny & Myers LLP

**Advisors and Accountants - Other Parties in
   Interest – Commonwealth**
Ankura Consulting Group, LLC

**Counsel - Other Parties in Interest – ERS**
O`Melveny & Myers LLP

**Advisors and Accountants - Other Parties in
   Interest – ERS**
Ankura consulting group, LLC

**Other Parties in Interest – PBA**
Ambac Assurance Corporation
Financial Guaranty Insurance Corporation*

**Counsel - Other Parties in Interest – PBA**
O`Melveny & Myers LLP

---

[1] Potential Parties in Interest that are marked with an asterisk are related to closed matters.

2

**Advisors and Accountants - Other Parties in Interest – PBA**
Ankura consulting group, LLC

**Counsel - Other Parties in Interest – PREPA**
DLA Piper (Puerto Rico) LLC*
DLA Piper LLP (US)*
O'Melveny & Myers LLP

**Advisors and Accountants - Other Parties in Interest – PREPA**
Ankura consulting group, LLC

**Other Parties in Interest – HTA**
Ambac Assurance Corporation
Financial Guaranty Insurance Corporation*

**Counsel - Other Parties in Interest – HTA**
O'Melveny & Myers LLP

**Advisors and Accountants - Other Parties in Interest – HTA**
Ankura consulting group, LLC

**Official Committee of Unsecured Creditors**
Drivetrain, LLC, as the Creditors' Trustee for
    Doral Financial Corporation*

**Plan Support Agreement Parties – Commonwealth**
Ambac Assurance Corporation
BlackRock Advisors, LLC
BlackRock Allocation Target Shares: Series E
    Portfolio
BlackRock California Municipal Opportunities
    Fund of BLK California Muni
BlackRock Financial Management Inc.
BlackRock High Yield Municipal Fund
BlackRock MuniAssets Fund, Inc.
BlackRock New York Municipal Opportunities
    Fund of BLK Multi-State Muni
BlackRock Strategic Municipal Opportunities
    Fund of BlackRock Series Trust
Brigade Capital Management
Canyon Capital Advisors LLC
Davidson Kempner Capital Management LP
Financial Guaranty Insurance Corporation*
Goldman Sachs Asset Management, L.P.
MASON CAPITAL MANAGEMENT, LLC*
Monarch Alternative Capital LP*
Sculptor Capital LP

**Counsel - Plan Support Agreement Parties – Commonwealth**
GIBSON, DUNN & CRUTCHER LLP
GOODWIN PROCTOR LLP*
JONES DAY
KRAMER LEVIN NAFTALIS & FRANKEL
    LLP*
McDermott Will & Emery LLP*
Morgan, Lewis & Bockius LLP
MORRISON & FOERSTER, LLP
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP*

**Advisors and Accountants - Plan Support Agreement Parties – Commonwealth**
Perella Weinberg Partners

**Plan Support Agreement Parties – ERS**
Bank of New York Mellon
Mason Capital Master Fund LP*
Mason Capital SPV III, LLC*
Oaktree Huntington Investment Fund II, L.P.
Oaktree Opportunities Fund IX (Parallel 2), L.P.
Oaktree Opportunities Fund IX (Parallel), L.P.
Oaktree Opportunities Fund IX, L.P.
Oaktree Opportunities Fund X (Parallel 2), L.P.
Oaktree Opportunities Fund X (Parallel), L.P.
Oaktree Opportunities Fund X Holdings
    (Delaware), L.P.
Oaktree Opportunities Fund X, L.P.
Oaktree Opps X Holdco Ltd
Oaktree Value Opportunities Fund Holdings,
    L.P.
Oaktree-Forrest Multi-Strategy, LLC (Series B)
UBS IRA Select Growth & Income Puerto Rico
    Fund*

**Counsel - Plan Support Agreement Parties – ERS**
JONES DAY
MORRISON & FOERSTER, LLP
REED SMITH LLP
Sanchez Pirillo LLC*

**Plan Support Agreement Parties – PBA**
BlackRock Advisors, LLC
BlackRock Allocation Target Shares: Series E
    Portfolio
BlackRock California Municipal Opportunities
    Fund of BLK California Muni
BlackRock Financial Management Inc.

2

BlackRock High Yield Municipal Fund
BlackRock MuniAssets Fund, Inc.
BlackRock New York Municipal Opportunities
Fund of BLK Multi-State Muni
BlackRock Strategic Municipal Opportunities
Fund of BlackRock Series Trust
Brigade Capital Management
Canyon Capital Advisors LLC
Davidson Kempner Capital Management LP
Goldman Sachs Asset Management, L.P.
Mason Capital Management, LLC*
Monarch Alternative Capital LP*
Sculptor Capital LP

**Counsel - Plan Support Agreement Parties –
PBA**
GIBSON, DUNN & CRUTCHER LLP
GOODWIN PROCTOR LLP*
JONES DAY
KASOWITZ BENSON TORRES LLP*
KRAMER LEVIN NAFTALIS & FRANKEL
LLP*
MCDERMOTT WILL & EMERY LLP*
Morgan, Lewis & Bockius LLP
Morrison & Foerster, LLP
Quinn Emanuel Urquhart & Sullivan, LLP*

**Advisors and Accountants - Plan Support
Agreement Parties – PBA**
Perella Weinberg Partners

**Plan Support Agreement Parties – PREPA**
BLUEMOUNTAIN CREDIT
ALTERNATIVES MASTER FUND L.P.*
BLUEMOUNTAIN CREDIT
OPPORTUNITIES MASTER FUND I L.P.*
BLUEMOUNTAIN FOINAVEN MASTER
FUND L.P.*
BLUEMOUNTAIN FURSAN FUND L.P.*
BLUEMOUNTAIN GUADALUPE PEAK
FUND L.P.*
BLUEMOUNTAIN KICKING HORSE FUND
L.P.*
BLUEMOUNTAIN LOGAN
OPPORTUNITIES MASTER FUND L.P.*
BLUEMOUNTAIN MONTENVERS MASTER
FUND SCA SICAV-SIF*
BLUEMOUNTAIN SUMMIT TRADING L.P.*
BLUEMOUNTAIN TIMBERLINE LTD.*
CENTERBRIDGE CREDIT PARTNERS
MASTER, L.P.

CENTERBRIDGE SPECIAL CREDIT
PARTNERS II, L.P.
CENTERBRIDGE SPECIAL CREDIT
PARTNERS III, L.P.
INVESCO OPPENHEIMER ROCHESTER
AMT-FREE MUNICIPAL FUND*
INVESCO OPPENHEIMER ROCHESTER
AMT-FREE NEW YORK MUNICIPAL
FUND*
INVESCO OPPENHEIMER ROCHESTER
CALIFORNIA MUNICIPAL FUND*
INVESCO OPPENHEIMER ROCHESTER
HIGH YIELD MUNICIPAL FUND*
INVESCO OPPENHEIMER ROCHESTER
LIMITED TERM CALIFORNIA
MUNICIPAL FUND*
INVESCO OPPENHEIMER ROCHESTER
LIMITED TERM NEW YORK
MUNICIPAL FUND*
INVESCO OPPENHEIMER ROCHESTER
MUNICIPALS FUND*
INVESCO OPPENHEIMER ROCHESTER
NEW JERSEY MUNICIPALS FUND*
INVESCO OPPENHEIMER ROCHESTER
PENNSYLVANIA MUNICIPAL FUND*
INVESCO OPPENHEIMER ROCHESTER
SHORT DURATION HIGH YIELD
MUNICIPAL FUND*
MASSMUTUAL INTERNATIONAL
HOLDINGS MSC, INC.*
MASSMUTUAL UNIFIED TRADITIONAL*

**Counsel - Plan Support Agreement Parties –
PREPA**
JONES DAY
KRAMER LEVIN NAFTALIS & FRANKEL
LLP*
MORRISON & FOERSTER, LLP

**Plan Support Agreement Parties – HTA**
Davidson Kempner Capital Management LP

**Counsel - Plan Support Agreement Parties –
HTA**
Morgan, Lewis & Bockius LLP

**Advisors and Accountants - Plan Support
Agreement Parties – HTA**
Perella Weinberg Partners

3

**Material Creditors of the Commonwealth**

ASTRAZENECA PHARMACEUTICALS, LP*
AVON PRODUCTS, INC. (PUERTO RICO BRANCH)*
BANCO POPULAR DE PUERTO RICO, AS TRUSTEE*
CENTERBRIDGE PARTNERS, L.P.
CORRECTION OFFICERS OF THE DEPARTMENT OF CORRECTIONS AND REHABILITATION OF THE COMMONWEALTH OF PUERTO RICO*
DEPT OF HOMELAND SECURITY USA
DORAL BANK*
DORAL FINANCIAL CORPORATION*
DORAL MORTGAGE, LLC*
ELI LILLY EXPORT, S.A. (PUERTO RICO BRANCH)
FEDERAL DEPOSIT INSURANCE CORP (FDIC)*
GOLDMAN SACHS BANK USA
GOLDMAN SACHS CAPITAL MARKETS, L.P.
LEHMAN BROTHERS SPECIAL FINANCING INC.*
MACY'S PUERTO RICO
MMM HEALTHCARE, LLC
MMM MULTIHEALTH, LLC
MOLINA HEALTHCARE OF PUERTO RICO, INC.
MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD.*
MONARCH CAPITAL MASTER PARTNERS III LP*
MONARCH CAPITAL MASTER PARTNERS IV LP*
MONARCH DEBT RECOVERY MASTER FUND LTD*
MONARCH SPECIAL OPPORTUNITIES MASTER FUND LTD.*
MUNICIPIO DE SAN JUAN*
NORTEL NETWORKS (CALA), INC.*
NUVEEN MARYLAND QUALITY MUNICIPAL INCOME FUND, A MASSACHUSETTS BUSINESS TRUST*
NUVEEN MULTISTATE TRUST IV - NUVEEN KANSAS MUNICIPAL BOND FUND, A MASSACHUSETTS BUSINESS TRUST*
OAKTREE OPPORTUNITIES FUND IX DELAWARE, L.P.
OAKTREE OPPS X HOLDCO. LTD.

OAKTREE-FORREST MULTI-STRATEGY,LLC
PEPSICO PUERTO RICO, INC.*
SANDOVAL, CARLOS
SHELL TRADING (US) COMPANY
SPDR SERIES TRUST - SPDR NUVEEN S&P HIGH YIELD MUNICIPAL BOND ETF, A MASSACHUSETTS BUSINESS TRUST*
THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR MUNICIPAL FINANCE AGENCY 2005 SERIES A BONDS
THE TRAVELERS INDEMNITY COMPANY*
U.S CUSTOMS AND BORDER PROTECTION
U.S. BANK NATIONAL ASSOCIATION
U.S. BANK TRUST NATIONAL
U.S. BANK TRUST NATIONAL ASSOCIATION
UBS TRUST COMPANY OF PR*
UNITED STATES OF AMERICA

**Counsel - Material Creditors of the Commonwealth**

GIBSON, DUNN & CRUTCHER LLP
GOODWIN PROCTOR LLP*
JONES DAY
KRAMER LEVIN NAFTALIS & FRANKEL LLP*
MCDERMOTT WILL & EMERY LLP*
MORRISON & FOERSTER LLP
MORRISON & FOERSTER, LLP
QUINN EMANUEL URQUHART & SULLIVAN, LLP*
REED SMITH LLP
ROPES & GRAY LLP*
Sanchez Pirillo LLC*
U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION

**Material Creditors of ERS**

CENTERBRIDGE PARTNERS, L.P.
MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD.*
MONARCH CAPITAL MASTER PARTNERS III LP*
MONARCH CAPITAL MASTER PARTNERS IV LP*
MONARCH DEBT RECOVERY MASTER FUND LTD*

MONARCH SPECIAL OPPORTUNITIES
MASTER FUND LTD.*
OAKTREE OPPORTUNITIES FUND X
HOLDINGS (DELAWARE), L.P.
OAKTREE VALUE OPPORTUNITIES FUND
HOLDINGS, L.P.
UBS FINANCIAL SERVICES
INCORPORATED OF PUERTO RICO*

**Counsel - Material Creditors of ERS**
GIBSON, DUNN & CRUTCHER LLP
JONES DAY
MORRISON & FOERSTER, LLP
QUINN EMANUEL URQUHART &
SULLIVAN, LLP*
Sanchez Pirillo LLC*

**Material Creditors of PBA**
CANYON BALANCED MASTER FUND,
LTD.
CANYON BLUE CREDIT INVESTMENT
FUND L.P.
CANYON DISTRESSED OPPORTUNITY
MASTER FUND II, L.P.
CANYON DISTRESSED TX (A) LLC
CANYON GCM PR SPV, LLC
CANYON NZ-DOF INVESTING, L.P.
CANYON VALUE REALIZATION FUND,
L.P.
CANYON VALUE REALIZATION MAC 18,
LTD.
CANYON-ASP FUND, L.P.
CANYON-EDOF (MASTER) L.P.
CANYON-GRF MASTER FUND II, L.P.
DAVIDSON KEMPNER DISTRESSED
OPPORTUNITIES FUND LP
DAVIDSON KEMPNER DISTRESSED
OPPORTUNITIES INTERNATIONAL
LTD.
DAVIDSON KEMPNER INTERNATIONAL,
LTD.
DAVIDSON KEMPNER PARTNERS
EP CANYON LTD.
FINANCIAL GUARANTY INSURANCE
COMPANY*
GOLDMAN SACHS & CO. LLC
INVESCO ADVISERS INC*
PERMAL CANYON IO, LTD.
SCULPTOR CREDIT OPPORTUNITIES
MASTER FUND, LTD.

SCULPTOR ENHANCED MASTER FUND,
LTD.
SCULPTOR GC OPPORTUNITIES MASTER
FUND, LTD.
SCULPTOR MASTER FUND, LTD.
SCULPTOR SC II, L.P.
THE CANYON VALUE REALIZATION
MASTER FUND, L.P.

**Counsel - Material Creditors of PBA**
GOODWIN PROCTER LLP*
KRAMER LEVIN NAFTALIS & FRANKEL,
LLP*
MCDERMOTT WILL & EMERY LLP*
MORGAN, LEWIS & BOCKIUS LLP
Morgan, Lewis & Bockius, LLP
MORGAN, LEWIS, & BOCKIUS LLP
Quinn Emanuel Urquhart & Sullivan, LLP*
ROPES & GRAY LLP*

**Advisors and Accountants - Material
Creditors of PBA**
CANYON DISTRESSED TX (A) LLC
THE CANYON VALUE REALIZATION
MASTER FUND, L.P.

**Material Creditors of PREPA**
Abengoa Puerto Rico S.E.
Abengoa S.A.
AmTrust Financial Services, Inc.*
Angelo, Gordon & Co., L.P., on behalf of funds
and/or accounts managed or advised by it*
Arch Mortgage Insurance Company
BlueMountain Capital Management, LLC, on
behalf of itself and funds and/or accounts
managed or advised by it*
Brigade Capital Management, LP
Davidson Kempner Institutional Partners, L.P.
GOLDMAN SACHS DYNAMIC MUNICIPAL
INCOME FUND
GOLDMAN SACHS HIGH YIELD
MUNICIPAL FUND
Goldman Sachs Short Duration Tax Free Fund
Invesco High Yield Municipal Fund of AIM Tax
- Exempt Funds (Invesco Tax Exempt
Funds)*
Invesco Short Duration High Yield Municipal
Fund of AIM Counselor Series Trust
(Invesco Counselor Series Trust)*
Monarch Alternative Solutions Master Fund
Ltd.*

Monarch Capital Master Partners III LP*
Monarch Capital Master Partners IV LP*
Monarch Debt Recovery Master Fund Ltd*
Monarch Special Opportunities Master Fund
    Ltd.*
MUNICIPIO DE SAN JUAN*
OppenheimerFunds, Inc. and OFI Global
    Institutional, Inc., on belhaf of funds and/or
    accounts managed or advised by them*
PUMA ENERGY CARIBE, LLC*
U.S. Bank National Association in its capacity
    as Trustee under the Trust Agreement dated
    January 1, 1974 (Attached to Exhibit A)
Victor Hernandez Diaz, escrow agent,
    represented by UBS trust company of PR*
Vitol Inc.
Wells Fargo Strategic Municipal Bond Fund

**Counsel - Material Creditors of PREPA**
AmTrust Financial Services, Inc.*
Cigna Investments, Inc.
ROPES & GRAY LLP*
DLA Piper (Puerto Rico) LLC*
DLA Piper LLP (US)*
Foley & Lardner LLP*
GIBSON, DUNN & CRUTCHER LLP
GOODWIN PROCTOR LLP*
JONES DAY
KRAMER LEVIN NAFTALIS & FRANKEL
    LLP*
Kramer Levin Naftalis & Frankel, LLP*
LATHAM & WATKINS LLP*
MCDERMOTT WILL & EMERY LLP*
MORGAN, LEWIS & BOCKIUS LLP
MORRISON & FOERSTER LLP
MORRISON & FOERSTER, LLP
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP*
Sanchez Pirillo LLC*

**Material Creditors of HTA**
AIG INSURANCE COMPANY
AIG INSURANCE COMPANY- PUERTO
    RICO
AIG PROPERTY CASUALTY INC.
CONTINENTAL CASUALTY COMPANY*
MONARCH ALTERNATIVE SOLUTIONS
    MASTER FUND LTD.*
MONARCH CAPITAL MASTER PARTNERS
    III LP*

MONARCH CAPITAL MASTER PARTNERS
    IV LP*
MONARCH DEBT RECOVERY MASTER
    FUND LTD*
MONARCH SPECIAL OPPORTUNITIES
    MASTER FUND LTD.*
SIEMENS TRANSPORTATION
    PARTNERSHIP PUERTO RICO, S.E.

**Counsel - Material Creditors of HTA**
GIBSON, DUNN & CRUTCHER LLP
HOLLAND & KNIGHT LLP*
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP*

**Inactive Claims – Commonwealth**
AETNA LIFE INSURANCE COMPANY
    (SEGMENT5AHBD)
AIG INSURANCE COMPANY-- PUERTO
    RICO
ASTRAZENECA PLC*
BECTON DICKINSON AND COMPANY*
BECTON DICKINSON BIOSCIENCES*
BECTON DICKINSON BIOSCIENCES,
    SYSTEM AND REAGENTS*
BECTON DICKINSON CARIBE LTD*
BRIGADE CAPITAL MANAGEMENT, LP
BRIGADE CAPITAL MANAGEMENT, LP
    (SEE ATTACHED SCHEDULE A)
CANYON BALANCED MASTER FUND,
    LTD.
CANYON BLUE CREDIT INVESTMENT
    FUND L.P.
CANYON DISTRESSED OPPORTUNITY
    INVESTING FUND II, L.P.
CANYON DISTRESSED OPPORTUNITY
    MASTER FUND II, L.P.
CANYON NZ-DOF INVESTING, L.P.
CANYON VALUE REALIZATION FUND,
    L.P.
CANYON VALUE REALIZATION MAC 18
    LTD.
CANYON-ASP FUND, L.P.
CANYON-GRF MASTER FUND II, L.P.
CANYON-SL VALUE FUND, L.P.
DAVIDSON KEMPNER DISTRESSED
    OPPORTUNITIES FUND LP
DAVIDSON KEMPNER DISTRESSED
    OPPORTUNITIES INTERNATIONAL
    LTD.

DAVIDSON KEMPNER INSTITUTIONAL
PARTNERS, L.P.
DAVIDSON KEMPNER INTERNATIONAL,
LTD.
DAVIDSON KEMPNER PARTNERS
DORAL FINANCIAL CORPORATION*
ELI LILLY EXPORT, S.A. (PUERTO RICO
BRANCH)
EP CANYON LTD.
ETHICON LLC
FDIC AS RECEIVER FOR R-G PREMIER
BANK OF PUERTO RICO*
FINANCIAL GUARANTY INSURANCE
COMPANY*
GENERAL ELECTRIC COMPANY AND GE
INDUSTRIAL OF PR LLC AND CARIBE
GE INTERNATIONAL OF PUERTO RICO,
INC.
GOLDMAN SACHS BOND FUND
GOLDMAN SACHS COLLECTIVE TRUST -
CORE PLUS FIXED INCOME FUND
GOLDMAN SACHS COLLECTIVE TRUST -
EMERGING MARKETS DEBT FUND
GOLDMAN SACHS COLLECTIVE TRUST -
LONG DURATION PLUS FIXED
INCOME FUND
GOLDMAN SACHS DYNAMIC MUNICIPAL
INCOME FUND
GOLDMAN SACHS EMERGING MARKETS
CORPORATE BOND PORTFOLIO
GOLDMAN SACHS EMERGING MARKETS
DEBT BLEND PORTFOLIO
GOLDMAN SACHS EMERGING MARKETS
DEBT FUND
GOLDMAN SACHS EMERGING MARKETS
DEBT LOCAL PORTFOLIO
GOLDMAN SACHS EMERGING MARKETS
DEBT PORTFOLIO
GOLDMAN SACHS GLOBAL FIXED
INCOME PLUS PORTFOLIO (HEDGED)
GOLDMAN SACHS HIGH YIELD
MUNICIPAL FUND
GOLDMAN SACHS STRATEGIC
ABSOLUTE RETURN BOND II
PORTFOLIO
GOLDMAN SACHS STRATEGIC INCOME
FUND
HEWLETT PACKARD CARIBE BV, LLC
HEWLETT PACKARD ENTERPRISE
DEVELOPMENT LP

INVESCO HIGH YIELD MUNICIPAL FUND
OF AIM TAX-EXEMPT FUNDS
(INVESCO TAX EXEMPT FUNDS)*
JANSSEN CILAG MANUFACTURING LLC
JANSSEN ORTHO LLC
JCPENNEY PUERTO RICO, INC.*
JOHNSON & JOHNSON INTERNATIONAL
LEHMAN BROTHERS SPECIAL
FINANCING INC.*
MACY'S PUERTO RICO
MASON CAPITAL MASTER FUND, L.P.*
MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY*
MMM HEALTHCARE, LLC
MMM MULTIHEALTH, LLC
MOLINA HEALTHCARE OF PUERTO RICO,
INC.
NESTLE PUERTO RICO, INC.*
OPPENHEIMERFUNDS, INC.*
ORACLE CARIBBEAN, INC.
ORIENTAL BANK
PEPSI COLA PUERTO RICO
DISTRIBUTING, LLC*
PEPSI-COLA MANUFACTURING
INTERNATIONAL, LIMITED*
PFIZER PHARMACEUTICALS LLC
PPG ARCHITECTURAL COATINGS
(PUERTO RICO), INC.
PROCTER & GAMBLE COMMERCIAL
LLC*
SCULPTOR CREDIT OPPORTUNITIES
MASTER FUND, LTD.
SCULPTOR ENHANCED MASTER FUND,
LTD.
SCULPTOR GC OPPORTUNITIES MASTER
FUND, LTD.
SCULPTOR MASTER FUND, LTD.
SCULPTOR SC II, L.P.
SHELL TRADING (US) COMPANY
ST. JUDE MEDICAL PUERTO RICO LLC*
THE BANK OF NEW YORK MELLON, AS
TRUSTEE
THE CANYON VALUE REALIZATION
MASTER FUND, L.P.
THE UBS INDIVIDUAL RETIREMENT
ACCOUNT, REPRESENTED BY UBS
TRUST COMPANY OF PUERTO RICO*
U.S CUSTOMS AND BORDER
PROTECTION / DEPT. OF HOMELAND
SECURITY USA

U.S. DEPARTMENT OF HEALTH & HUMAN
   SERVICES/HEALTH RESOURCES
   SERVICES ADMINISTRATION
U.S. DEP'T OF JUSTICE, OFFICE OF
   JUSTICE PROGRAMS
UBS INDIVIDUAL RETIREMENT
   ACCOUNT REPRESENTED BY UBS
   TRUST COMPANY OF PR*
UBS IRA SELECT GROWTH & INCOME
   PUERTO RICO FUND*
UMB BANK, N.A., AS SUCCESSOR
   TRUSTEE FOR THE PUERTO RICO
   INFRASTRUCTURE FINANCING
   AUTHORITY ("PRIFA") MENTAL
   HEALTH INFRASTRUCTURE REVENUE
   BONDS, 2007 SERIES A (MEPSI
   CAMPUS PROJECT)
UNITED STATES OF AMERICA
WAL-MART PUERTO RICO, INC.
WILMINGTON TRUST, NATIONAL
   ASSOCIATION*

**Counsel - Inactive Claims – Commonwealth**
GIBSON, DUNN & CRUTCHER LLP
GOODWIN PROCTER LLP*
JONES DAY
KASOWITZ BENSON TORRES LLP*
KRAMER LEVIN NAFTALIS & FRANKEL
   LLP*
KRAMER LEVIN NAFTALIS & FRANKEL
   LLP*
Latham & Watkins LLP*
MAYER BROWN LLP*
MCDERMOTT WILL & EMERY LLP*
MORGAN, LEWIS & BOCKIUS LLP
MORGAN, LEWIS & BOCKIUS LLP
Morgan, Lewis & Bockius, LLP
MORRISON & FOERSTER LLP
Morrison & Foerster, LLP
QUINN EMANUEL URQUHART &
   SULLIVAN LLP*
REED SMITH LLP
ROPES & GRAY LLP*
Sanchez Pirillo LLC*

**Inactive Claims – ERS**
BANCO POPULAR DE PUERTO RICO, AS
   TRUSTEE*
THE AYENDEZ FACCIO TRUST,
   REPRESENTED BY UBS TRUST
   COMPANY OF PUERTO RICO*

THE BANK OF NEW YORK MELLON, AS
   FISCAL AGENT
THE GARCIA GUBERN TRUST,
   REPRESENTED BY UBS TRUST
   COMPANY OF PUERTO RICO*
THE MARK TRUST, REPRESENTED BY
   UBS TRUST COMPANY OF PUERTO
   RICO*
WILMINGTON TRUST, NATIONAL
   ASSOCIATION*

**Counsel - Inactive Claims – ERS**
GIBSON, DUNN & CRUTCHER LLP
JONES DAY
KRAMER LEVIN NAFTALIS & FRANKEL
   LLP*
LATHAM & WATKINS LLP*
MORRISON & FOERSTER, LLP
REED SMITH LLP
ROPES & GRAY LLP*
Sanchez Pirillo LLC*

**Inactive Claims – PBA**
AMBAC ASSURANCE CORPORATION
FINANCIAL GUARANTY INSURANCE
   COMPANY*

**Counsel - Inactive Claims – PBA**
ROPES & GRAY LLP*

**Inactive Claims – PREPA**
Abengoa Puerto Rico S.E.
Banco Popular de Puerto Rico*
State Street Global Advisors Trust Company*
U.S. Department of the Interior, U.S. Geological
   Survey
Vitol Inc.
Wilmington Trust, National Association, as
   successor trustee*

**Counsel - Inactive Claims – PREPA**
Hagens Berman Sobol Shapiro LLP*
JONES DAY
KRAMER LEVIN NAFTALIS & FRANKEL
   LLP*
MORRISON & FOERSTER, LLP

**Inactive Claims – HTA**
BANCO POPULAR DE PUERTO RICO, AS
   TRUSTEE*
BNY - AH MAIN ACCOUNT

8

BNY- NATIONAL UNION MAIN
BNY-AMERICAN GENTERLA LIFE INS CO.
BRIGADE CAPITAL MANAGEMENT, LP
CIGNA HEALTH AND LIFE INSURANCE
    COMPANY
FINANCIAL GUARANTY INSURANCE
    COMPANY*
GOLDMAN SACHS DYNAMIC MUNICIPAL
    INCOME FUND
GOLDMAN SACHS HIGH YIELD
    MUNICIPAL FUND
THE BANK OF NEW YORK MELLON, AS
    FISCAL AGENT
THE CANYON VALUE REALIZATION
    MASTER FUND, L.P.
UBS IRA SELECT GROWTH & INCOME
    PUERTO RICO FUND*
WELLS FARGO MUNICIPAL BOND FUND
WELLS FARGO WISCONSIN TAX FREE
    FUND
WESTERN SURETY COMPANY AND
    CONTINENTAL CASUALTY
    COMPANY*
WILMINGTON TRUST, NATIONAL
    ASSOCIATION, AS SUCCESSOR
    TRUSTEE*

**Counsel - Inactive Claims – HTA**
DENTONS US LLP
GIBSON, DUNN & CRUTCHER LLP
GOODWIN PROCTOR LLP*
JONES DAY
KRAMER LEVIN NAFTALIS & FRANKEL
    LLP*
Latham & Watkins LLP*
MCDERMOTT WILL & EMERY LLP*
Morgan, Lewis & Bockius, LLP
MORRISON & FOERSTER, LLP
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP*
REED SMITH LLP
ROPES & GRAY LLP*
Sanchez Pirillo LLC*

**Inactive Claims – COFINA**
BANCO POPULAR DE PUERTO RICO AS
    TRUSTEE FOR POPULAR TAX EXEMPT
    TRUST FUND*
BANCO POPULAR DE PUERTO RICO, AS
    TRUSTEE*
BANK OF NEW YORK MELLON

CANYON BALANCED MASTER FUND,
    LTD
CANYON BLUE CREDIT INVESTMENT
    FUND L.P.
CANYON DISTRESSED OPPORTUNITY
    INVESTING FUND II, L.P.
CANYON DISTRESSED OPPORTUNITY
    MASTER FUND II, L.P.
CANYON NZ-DOF INVESTING,L.P.
CANYON VALUE REALIZATION FUND,
    L.P.
CANYON VALUE REALIZATION MAC 18
    LTD.
CANYON-ASP FUND, L.P.
CANYON-GRF MASTER FUND II, L.P.
CANYON-SL VALUE FUND, L.P.
CENTURYLINK, INC. DEFINED BENEFIT
    MASTER TRUST*
CONTINENTAL CASUALTY COMPANY*
GOLDMAN SACHS BOND FUND
GOLDMAN SACHS COLLECTIVE TRUST -
    CORE PLUS FIXED INCOME FUND
GOLDMAN SACHS COLLECTIVE TRUST -
    EMERGING MARKETS DEBT FUND
GOLDMAN SACHS COLLECTIVE TRUST -
    EMERGING MARKETS DEBT FUND II
GOLDMAN SACHS COLLECTIVE TRUST -
    LONG DURATION PLUS FIXED
    INCOME FUND
GOLDMAN SACHS DYNAMIC MUNICIPAL
    INCOME FUND
GOLDMAN SACHS EMERGING MARKETS
    CORPORATE BOND PORTFOLIO
GOLDMAN SACHS EMERGING MARKETS
    DEBT BLEND PORTFOLIO
GOLDMAN SACHS EMERGING MARKETS
    DEBT FUND
GOLDMAN SACHS EMERGING MARKETS
    DEBT LOCAL PORTFOLIO
GOLDMAN SACHS EMERGING MARKETS
    DEBT PORTFOLIO
GOLDMAN SACHS GLOBAL FIXED
    INCOME PLUS PORTFOLIO (HEDGED)
GOLDMAN SACHS GLOBAL STRATEGIC
    INCOME BOND PORTFOLIO
GOLDMAN SACHS HIGH YIELD
    MUNICIPAL FUND
GOLDMAN SACHS LOCAL EMERGING
    MARKETS DEBT FUND
GOLDMAN SACHS SHORT DURATION
    TAX-FREE FUND

9

GOLDMAN SACHS STRATEGIC
ABSOLUTE RETURN BOND I
PORTFOLIO
GOLDMAN SACHS STRATEGIC
ABSOLUTE RETURN BOND II
PORTFOLIO
GOLDMAN SACHS STRATEGIC INCOME
FUND
INVESCO HIGH YIELD MUNICIPAL FUND
OF AIM TAX EXEMPT FUNDS
(INVESCO TAX-EXEMPT FUNDS)*
INVESCO HIGH YIELD MUNICIPAL FUND
OF ALM TAX EXEMPT FUNDS
(INVESCO TAX EXEMPT FUNDS)*
LEHMAN BROTHERS SPECIAL
FINANCING INC.*
MONARCH ALTERNATIVE SOLUTIONS
MASTER FUND LTD.*
MONARCH CAPITAL MASTER PARTNERS
III LP*
MONARCH CAPITAL MASTER PARTNERS
IV LP*
MONARCH DEBT RECOVERY MASTER
FUND LTD*
MONARCH SPECIAL OPPORTUNITIES
MASTER FUND LTD.*
OPPENHEIMERFUNDS, INC. AND OFI
GLOBAL INSTITUTIONAL, INC. ON
BEHALF OF FUNDS AND/ OR
ACCOUNTS MANAGED OR ADVISED
BY THEM*
THE BANK OF NEW YORK MELLON, AS
TRUSTEE
THE CANYON VALUE REALIZATION
MASTER FUND, L.P.
THE CONTINENTAL INSURANCE
COMPANY*
UBS IRA SELECT GROWTH & INCOME
PUERTO RICO FUND*
UBS TRUST COMPANY OF PUERTO RICO*

**Counsel - Inactive Claims – COFINA**
GIBSON, DUNN & CRUTCHER LLP
GOODWIN PROCTER LLP*
JONES DAY
KASOWITZ BENSON TORRES LLP*
KRAMER LEVIN NAFTALIS & FRANKEL
LLP*
LATHAM & WATKINS LLP*
MCDERMOTT WILL & EMERY LLP*
Morgan, Lewis & Bockius, LLP

MORRISON & FOERSTER, LLP
QUINN EMANUEL URQUHART &
SULLIVAN, LLP*
REED SMITH LLP
ROPES & GRAY LLP*
Sanchez Pirillo LLC*