# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                     Debtors.¹ | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF ADJOURNMENT OF OMNIBUS OBJECTIONS SCHEDULED FOR HEARING AT THE MAY 18, 2022 OMNIBUS HEARING TO THE JUNE 29, 2022 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

       1.       Pursuant to separate notice, various omnibus objections to claims were originally filed and scheduled for hearing on: (*a*) April 28, 2021, as set forth in Section A of Appendix 1 hereto (collectively, the "April Objections"); (*b*) August 4, 2021, as set forth in Section B of Appendix 1 hereto (collectively, the "August Objections"); (*c*) October 6, 2021, as set forth in Section C of Appendix 1 hereto (collectively, the "October Objections"); and (*d*) November 3,

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2021, as set forth in Section D of Appendix 1 hereto (collectively, the "November Objections").

2. In light of certain responses received, and pursuant to notice by the Debtors, the Court adjourned the April Objections, the August Objections, the October Objections, and the November Objections to the omnibus hearing scheduled for February 2, 2022 (the "February Hearing"). *See Order (I) Regarding Claim Objections to Be Heard at December 15, 2021, Omnibus Hearing and (II) Adjourning Certain Claim Objections to the February 2, 2022 Omnibus Hearing* [ECF No. 19502].

3. Further, pursuant to separate notice, various omnibus objections to claims were originally filed and scheduled for hearing at (*a*) the February Hearing, as set forth in Section E of Appendix 1 hereto (the "February Objections"); and (*b*) March 23, 2022, as set forth in Section F of Appendix 1 hereto (the "March Objections"). In light of certain responses received, pursuant to notices, the Debtors adjourned the February Objections and the March Objections to the omnibus hearing scheduled for May 18, 2022 (the "March Hearing"). *See* ECF No. 20413.

4. In addition, pursuant to notice, various omnibus objections to claims were filed and scheduled for hearing at the May Hearing, as set forth in Section G of Appendix 1 hereto (collectively, the "May Objections," and together with the April Objections, the August Objections, the October Objections, the November Objections, the February Objections, and the March Objections, the "Adjourned Objections").

5. Due to restrictions imposed by (*i*) the Governor of Puerto Rico's executive orders concerning COVID-19[2]; (*ii*) the United States District Court for the District of Puerto Rico's

---

[2] The executive orders include among others (*i*) *Executive Order of the Governor of Puerto Rico, Hon. Pedro R. Pierluisi, in Order to Implement Measures to Face the Emergency Caused by COVID-19 in Puerto Rico and to Repeal Administrative Bulletin Number OE-2021-036*, Administrative Bulletin No. OE-2021-043; (*ii*) *Executive Order of the Governor of Puerto Rico, Hon. Pedro R. Pierluisi, to Extend the Emergency Period Declared Under Act 5-2017, as*

*Thirteenth Amended Order Continuing Civil and Criminal Proceedings* [Misc. No. 20-00088-RAM, ECF No. 45], directing eligible civil and criminal proceedings in the District of Puerto Rico be conducted via video conference or teleconference until June 22, 2022; and (*iii*) the Court's *Notice Concerning May 2022 Omnibus Hearing* [ECF No. 20630] ordering the May Hearing to take place virtually via Zoom, the Debtors understand that claimants who wish to appear and be heard at the hearing on the Adjourned Objections may be unable to participate in the May Hearing. In addition, the Debtors continue to evaluate certain of the Adjourned Objections in an effort to potentially resolve them without burdening the Court.

6. Accordingly, and in light of the various responses received, the Debtors hereby adjourn to the June 29, 2022 omnibus hearing (the "June Hearing") the hearings on the Adjourned Objections listed in Appendix 1.

---

*amended;* (*iii*) *Executive Order of the Governor of Puerto Rico, Hon. Pedro R. Pierluisi, to Delegate to the Secretary of the Department of Health the Power to Implement Measures to Manage the Emergency Caused by COVID-19 in Puerto Rico and to Repeal Administrative Bulletin No. OE-2021-043*, Administrative Bulletin No. OE-2021-054; (*iv*) *Executive Order of the Governor of Puerto Rico, Hon. Pedro R. Pierluisi, in Order to Implement Measures to Face the Emergency Caused by COVID-19 in Puerto Rico*, Administrative Bulletin No. OE-2021-065; (*v*) *Executive Order of the Governor of Puerto Rico, Hon. Pedro R. Pierluisi, in Order to Implement Various Measures Against COVID-19, and to Repeal Administrative Bulletin Nos. OE-2021-058, OE-2021-062, OE-2021-063, and OE-2021-064*, Administrative Bulletin No. OE-2021-075; (*vi*) *Executive Order of the Governor of Puerto Rico, Hon. Pedro R. Pierluisi, amending Executive Bulletin No. OE-2021-075 for the Purpose of Including New Measures to Combat COVID-19*, Administrative Bulletin No. OE-2021-080; (*vii*) *Executive Order of the Governor of Puerto Rico, Hon. Pedro R. Pierluisi, amending Executive Bulletin Nos. OE-2021-037 and OE-2021-075 for the Purpose of Including New Measures to Combat COVID-19*, Administrative Bulletin No. OE-2021-081; (*viii*) *Executive Order of the Governor of Puerto Rico, Hon. Pedro R. Pierluisi, amending Executive Bulletin OE-2021-075 in order to implement various initiatives to combat COVID-19 and to supersede Administrative Bulletins OE-2021-080, OE-2021-085, OE-2021-086, and OE-2022-002*, Administrative Bulletin No. OE-2022-007; and (*ix*) *Executive Order of the Governor of Puerto Rico, the Hon. Pedro R. Pierluisi, to modify the measures implemented against COVID-19, and repeal Administrative Bulletins Nos. OE-2021-075, OE-2021-082, OE-2021-087,OE-2022-003, OE-2022-006, OE-2022-009, OE-2022-010- OE-2022-011 and OE-2022-015*, Administrative Bulletin No. OE-2022-019.

3

7. The Debtors shall serve copies of this notice upon (*i*) the claimants subject to the Adjourned Objections, and (*ii*) the Master Service List (as defined by the *Sixteenth Amended Case Management Procedures* [Case No. 17-3283, ECF No. 20190-1]).

8. This notice is also available on the Debtors' case website at https://cases.primeclerk.com/puertorico. The Debtors submit that, in light of the nature of this notice, no other or further notice need be given.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: May 13, 2022<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>*/s/ Hermann D. Bauer*<br>Hermann D. Bauer<br>USDC No. 215205<br>Carla García Benítez<br>USDC No. 203708<br>Gabriel A. Miranda-Rivera<br>USDC No. 306704<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br><br>*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Puerto Rico Electric Power Authority, and Puerto Rico Public Buildings Authority*<br><br>*/s/ Martin J. Bienenstock*<br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Co-Attorneys for the Financial Oversight and Management Board for the Puerto Rico, as representative for the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico Puerto Rico Electric Power Authority, and Puerto Rico Public Buildings Authority* |

# Appendix I

A. **April Objections**

- *Three Hundred Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth and ERS are Not Liable* [ECF No. 16030], solely with respect to Claim No. 73613.

B. **August Objections**

- *Three Hundred Thirty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 17085], solely with respect to Claim No. 174301;

- *Three Hundred Thirty-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth is Not Liable* [ECF No. 17101], solely with respect to Claim No. 21597;

C. **October Objections**

- *Three Hundred Sixty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Debtors Are Not Liable* [ECF No. 17929], solely with respect to Claim No. 10502.

D. **November Objections**

- *Three Hundred Ninety-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Partially Satisfied and Partially No Liability Claims* [ECF No. 17974], solely with respect to Claim No. 20926.

E. **February Objections**

- *Three Hundred Ninety-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to No Liability Claims Filed by AEELA Members* [ECF No. 19548], solely with respect to Claim Nos. 71072-1 and 175239-1;

- *Four Hundredth Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Cross-Debtor Duplicate Claims* [ECF No. 19549], solely with respect to Claim No. 160874;

- *Four Hundred Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing*

- *Corporation to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors* [ECF No. 19552], solely with respect to Claim Nos. 176183; 169481; 174504; 175048; 175054; 175966; 139162; 175627; 176233; 174895; 175486; 176410; 176160; 169726; 172218; 176316; 175529; 169432; 176244; 175574; 174471; 174107; 175665; 176310; 176046; 174966; 175171; 176054; and 175538;

- *Four Hundred Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors* [ECF No. 19553], solely with respect to Claim Nos. 177508; 178701; 178015; 177243; 177761; and 177932; and

- *Four Hundred Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims* [ECF No. 19555], solely with respect to Claim No. 16103.

F. **March Objections**

- *Four Hundred Twelfth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Deficient Claims* [ECF No. 19559], solely with respect to Claim Nos. 176447; 176498; 177629; and 176450; and

- *Four Hundred Fourteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Late-Filed Claims* [ECF No. 20040], solely with respect to Claim No. 179649; and

- *Four Hundred Twenty-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which The Debtors Are Not Liable* [ECF No. 20050], solely with respect to Claim No. 17048.

G. **May Objections**

- *Four Hundred Thirty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor* [ECF No. 20487], solely with respect to Claim No. 15774;

- *Four Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico* [ECF No. 20495], solely with respect to Claim No. 179730;

- *Four Hundred Thirty-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Puerto Rico Public Buildings Authority to Duplicate and No Liability Bond Claims* [ECF No. 20497], solely with respect to Claim No. 179635;

2

- *Four Hundred Forty-First Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Cross-Debtor Duplicate Claims* [ECF No. 20499], solely with respect to Claim No. 134043;

- *Four Hundred Forty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico To Deficient ADR Claims* [ECF No. 20501], solely with respect to Claim Nos. 151713; 9891; 125306; 104914; and 90011;

- *Four Hundred Forty-Seventh Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Deficient Claims* [ECF No. 20503], solely with respect to Claim No. 505; and

- *Four Hundred Forty-Eighth Omnibus Objection (Substantive) of the Puerto Rico Power Authority to Claims for Which It Is Not Liable* [ECF No. 20504], solely with respect to Claim No. 17433.

3