## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------- x

In re:                                                            :
                                                                  :
THE FINANCIAL OVERSIGHT AND                                       :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                 :    Title III
                                                                  :
        as representative of                                      :    Case No. 17-BK-3283 (LTS)
                                                                  :
THE COMMONWEALTH OF PUERTO RICO, *et al.*,                        :    (Jointly Administered)
                                                                  :
        Debtors.[1]                                               :
------------------------------------------------------------------------- x

## FIRST SUPPLEMENTAL DECLARATION OF JOHN ARRASTIA REGARDING RETENTION OF CONTINENTAL PLLC AS SPECIAL LITIGATION AND CONFLICTS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS

I, John Arrastia, hereby declare under penalty of perjury:

1.      I am a partner in the law firm of Continental PLLC ("Continental") with offices in

Florida and Washington D.C., including 255 Alhambra Circle, Ste 640, Coral Gables, Fl 33134,

and am admitted to practice in the State of Florida.  The facts set forth in this supplemental

declaration (the "First Supplemental Declaration") are based upon my personal knowledge,

discussions with other Continental attorneys, and the firm's client/matter records that were

reviewed by me or other Continenal attorneys acting under my supervision and direction.

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2.      On January 19, 2022, the Court entered an order [Docket No. 19813] confirming the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority* (the "<u>Plan</u>").  The effective date of the Plan occurred on March 15, 2022.

3.      On February 28, 2022, I submitted a declaration (the "<u>Initial Declaration</u>") in support of the *Application for Order Pursuant to Bankruptcy Code Section 1103(a) and Local Bankruptcy Rule 2014-1(e) Authorizing the Employment and Retention of Continental PLLC  as Substitute Special Litigation Counsel to Official Committee of Unsecured Creditors, Effective as of February 14, 2002*  [Docket No. 20222] (the "<u>Retention Application</u>")[2] filed by the Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico in the above-captioned cases.

4.      By order of this Court entered  March 18, 2022 [Docket No. 20407] (the "<u>Retention Order</u>"), Continental's retention as counsel for the Committee was approved effective as of February 14,  2022.

<u>**Review and Disclosure of Additional Interested Parties**</u>

5.      In accordance with the Puerto Rico Recovery Accuracy in Disclosures Act (the "<u>PRRADA</u>") and the Court's related orders [Docket Nos. 19859, 19980, 20419, and 20467], the Oversight Board submitted an initial List of Material Interested Parties, as defined in the PRRADA (the "<u>Initial MIP List</u>"), which the Oversight Board thereafter amended (the "<u>Amended MIP List</u>" and, together, the "<u>MIP List</u>").  On March 21 and 30, 2022, the Court directed that, "to the extent any professional persons (as identified in PRRADA) have already

---

[2]      Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Retention Application.

complied with the requirements of Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, any future disclosures by such professional persons as required by PRRADA must supplement, but need not duplicate, what has already been filed by those professional persons." *See* Docket Nos. 2419 and 20467.

6.      Consistent with these orders, Continental first identified those persons and entities on the MIP List that were not previously included on Continental's list of Interested Parties as of the date of the Initial Declaration.  The list of such persons and entities is collectively referred to as the "Additional MIP Parties."  The list of Additional MIP Parties is attached as Exhibit A. Continental then reviewed its conflicts check system for the Additional MIP Parties, and the results were compiled and analyzed by me.  As a new firm, senior attorneys personally reviewed the Additional MIP Parties list to ascertain whether these attorneys, at a prior firm, performed services for any Additional MIP Party within the last five years.  The identity of any entity identified by these reviews are set forth in paragraph 8 (eight) of this First Supplemental Declaration.  This does not include relationships that Continental has with Additional MIP Parties or their respective parents or affiliates that were previously disclosed in the Prior Declarations.

7.      To the best of my knowledge, based on the review procedures described above, Continental does not have any "connection" to the Additional MIP Parties, except as described in the Initial Declaration or this First Supplemental Declaraton.   Neither the term "connection," as used in Bankruptcy Rule 2014, nor the proper scope of a professional's search for "connection" has been defined; out of an abundance of caution, therefore, I am disclosing connections that are not, to my understanding, disqualifying or problematic under PROMESA, the Bankruptcy Code, or applicable standards of professional ethics.

8.      Neither I, nor any partner or associate of Continental, as far as I have been able to ascertain, has any connection with any Additional MIP Party, except as set forth in the Initial Disclosures or otherwise, except as follows:

(a)      Undersigned was a principal of Arrastia Capote Partners, LLP, from which he resigned on June 30, 2016.  That firm represented Tradewinds Energy Barceloneta LLC and Tradewinds Energy Vega Baja LLC in claims against PREPA.  Those claims were reduced to proofs of claim in that Title III proceeding and Tradewinds Energy Barceloneta LLC was appointed and continues to serve as a member of the Official Committee of Unsecured Creditors. Undersigned has continued that representation.

(b)      Continental also currently represents Drivetrain, LLC (which is a member of the Committee), as trustee for the Avoidance Actions Trust (as defined in the Plan).

9.      Based on the foregoing and the prior Declaration, to the best of my knowledge, information, and belief formed after reasonable inquiry, Continental does not represent or hold any interest adverse to the Committee with respect to the matters on which the Committee has employed Continental, and Continental is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code (made applicable by PROMESA section 301(a)) in that Continental:

(a)      is not a creditor, equity security holder, or insider of the Debtors;

(b)      is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the Debtors; and

(c)      does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

10.     If Continental discovers additional information that requires disclosure, Continental will file a supplemental disclosure with the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of May, 2022

*John Arrastia*

John Arrastia

## **EXHIBIT A**

### **Additional MIP Parties**

1RST QUALITY SERVICES CORP.
A.J. AMADEO MURGA LAW OFFICES
A.J.T.A., A MINOR, SON OF DAISY AGUAYO
    CUEVAS
A.L.SUAREZ MANAGEMENT CO. INC.
ABRAHAM GIMÉNEZ
ACABEO SEMIDEY, MARIA DEL CARMEN
ACCURATE CALIBRATION SERVICES
ACEVEDO CONCEPCION, LOURDES ESTHER
ACEVEDO ECHEVARRIA, CARL LUIS
ACEVEDO ECHEVARRIA, JAN LUIS
ACEVEDO GONZALEZ, CARLOS L.
ACEVEDO GONZALEZ, CARLOS LUIS
ACEVEDO GUZMAN, CORALYS
ACEVEDO GUZMAN, JANIELIS
ACEVEDO LLAMAS, ANGEL L.
ACEVEDO TACORONTE, JOSE
ACEVEDO, LUISA
ACEVEDO-BAEZ, MARIA
ACEVEDONM, YESSICA
ACEVEDO-VEGA, LINES & SUS HIJOS
ACLARA TECHNOLOGIES LLC
ACOSTA GONZALES, BENJAMIN
ACOSTA SANCHEZ, CARMEN
ADORNO, EDWIN O.
ADORNO-GONZALEZ, ANGEL
AETNA LIFE INSURANCE COMPANY
    (SEGMENT5AHBD)
AG CORPORATE CREDIT OPPORTUNITIES
    FUND, L.P.
AG SUPER FUND MASTER, L.P.
AGOSTINI, JORGE L.
AGOSTO ROMAN, SANDRA
AGOSTO SANTIAGO, GIL
AGOSTO VARGAS, RAMON
AGOSTO, JESUS FERNANDO ORTIZ
AGOSTO-MALDONADO PLAINTIFF GROUP
AGRAIT, FERNANDO E.
AGRAIT-LLADO LAW FIRM
AGUAYO CUEVAS, DAISY
AGUIRRE OFFSHORE GASPORT, LLC
AIEM ATTORNEYS & COUNSELORS AT LAW,
    PSC
AIG PROPERTY CASUALTY INC.
AKIN GUMP STRAUSS HAUER & FELD LLP
ALAMO DE PADILLA, ISABEL
ALB PR INVESTMENTS LLC
ALBERTY MARRERO, SOCORRO
ALBINO, JUAN A.
ALBINO-TORRES, ACTRIZ A.
ALBORS-PERALTA, MARIA T.
ALDABERTO ALOMAR ROSARIO
ALDARONDO & LOPEZ BRAS, PSC
ALDARONDO GIRALD LAW PSC
ALEMAR-SANCHEZ, EMANUELLE
ALEXANDRO EMMANUEL ORTIZ PADILLA

ALEXIS ALBERTO BETANCOURT-VINCENTY
ALFA & OMEGA ELECTRIC SE
ALFARO MERCADO, BRENDALIZ
ALFONSO H. ZAYAS CINTRON
ALICEA CINTRON, NOE LUIS
ALICEA VELAZQUEZ, JOSE M
ALICEA-RIVERA, SHIAMALY
ALICIA MARGARITA SANTOS-IRIZARRY LAW
    OFFICE
ALMASRI, ISMAEL MUSA
ALMASRI, LORIAN MUSA
ALMASRI, NAARMEN
ALMEIDA & DAVILA PSC
ALTOS DE LA VILLA, INC.
ALTRECHE BERNAL, WANDA I.
ALVARADO GARCIA, JORGE A
ALVARADO LANDAZURY, LOURDES
ALVARADO SEPULVEDA, JOSE EDGARDO
ALVARADO SOLIVAN, JOSE ENRIQUE
ALVARADO TORRES, ANGEL O.
ALVARADO-GASCOT, SUCN PABLO
ALVAREZ FERRER, VICTOR E.
ALVAREZ PEREZ, ISRAEL
ALVAREZ, EMILIO FAGUNDO
ALZA CORPORATION
AMADEO MURGA, ANTONIO J.
AMADEO NAVAS
AMADEO NAVAS, MARIA TERESA DE LOS
    ANGELES
AMARO MATEO, MIGUEL A
AMARO, ALFONSO GOMEZ
AMAURIS TRUST
AMERICAN CASUALTY COMPANY OF
    READING, PENNSYLVANIA
AMERICAN CIVIL LIBERTIES UNION OF
    PUERTO RICO
AMO PUERTO RICO MANUFACTURING, INC.
AMRC, LLC
AMTRUST FINANCIAL SERVICES, INC.
ANABEL VAZQUEZ FELICIANO
ANABEL VAZQUEZ LAW FIRM
ANDINO RIVERA, EDDIE J.
ANDINO RIVERA, JESSICA
ANDRADE SANTIAGO, MILAGROS E.
ANDRADES SANTIAGO, WILLIAM R.
ANDRADES-SIERRA, MARIA C.
ANGEL ESTRADA, MANUEL
ANGEL L. SAEZ LOPEZ AND JANET    MALDONADO REVERON
ANN MARIE LUCIDO REVOCABLE LIVING
    TRUST U.A.D 7-31-93
ANTONETTI MONTALVO & RAMIREZ COLL
ANTONIO FUENTES
ANTONIO JOSE AMADEO-MURGA
ANTONIO JOSE AMADEO-MURGA, ESQ.
ANTONIO JOSE BARCELO-HERNANDEZ
ANTONIO RANZA TORRES

APARICIO-LOPEZ, LAVY
APONTE, RAFAEL
APONTE-DIAZ, HARRIET
APONTE-TOSTE, BRENDA E.
ARAYA RAMIREZ, EVA
ARCH MORTGAGE INSURANCE COMPANY
ARENT FOX LLP
ARISTEIA MASTER, L.P.
ARISTIZABAL OCAMPO, ALBERTO J.
ARRASTIA CAPOTE PARTNERS LL
ARRILLAGA & ARRILLAGA
ARROYO & RIOS LAW OFFICES, P.S.C.
ARROYO MARTINEZ, VANESSA
ARROYO RIOS, EDNA
ARROYO SOSA, BENJAMIN
ARTURO GONZALEZ MARTIN
ARTURO SUAREZ LOPEZ, ILIA M PEREZ
ASA TAX ADVANTAGED RELATIVE VALUE
    FUND
ASENCIO RIVERA, ANA I.
ASHENFELTER & ASHMORE
ASIG INTERNATIONAL LIMITED
ASOCIACION DE EMPLEADOS DEL ESTADO
    LIBRE ASOCIADO DE PR
ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE P.R. (AEELA)
ASSOCIATE LEGAL CONSULTANTS
ASTRAZENECA PLC
AT&T MOBILITY PUERTO RICO INC.
ATLANTIC MEDICAL CENTER, INC.
AULI FLORES, LUIS G
AURELIO GRACIA MORALES
AVIAN CAPITAL PARTNERS, LLC
AVILES-CANCEL, ARLEEN Y.
AVON PRODUCTS, INC. (PUERTO RICO
    BRANCH)
AXA EQUITABLE LIFE INSURANCE
    COMPANY
AXYSNET CORPORATION
AYALA RIVERA, NELLY
AYALA SEPULVEDA, LUIS A.
AYALA, MYRIAM REYES
AYOROA SANTALIZ, CARMEN S.
BAEZ DIAZ, MICHAEL
BAEZ LOPEZ, EMMA I.
BAILEY DUQUETTE P.C.
BANCH PAGAN, IVETTE
BANKRUPTCY ESTATE OF PMC MARKETING
    CORP. BANK
BARINGS LLC
BASORA CHABRIER, RIDEICOMISO
BATISTA MIRANDA, JOSE A.
BAUTISTA NUNEZ, ANGELA
BAUZÁ BRAU IRIZARRY&SILVA
BEATRIZ HERNANDEZ TORO LAW
BECTON DICKINSON AND COMPANY
BECTON DICKINSON BIOSCIENCES

3

BECTON DICKINSON BIOSCIENCES, SYSTEM AND REAGENTS
BECTON DICKINSON CARIBE LTD.
BELLVER ESPINOSA LAW FIRM
BENABE & ASSOCIATES, CCC
BENABE MOJICA, GERMAN
BENEX LMITED
BENITEZ ROLDAN, IRIS Y.
BERKAN/MENDEZ
BERKOWITZ, PETER
BERMUDES CAPACCETTI, GERALDO
BERMUDEZ, DIANA RAMOS
BERMUDEZ, LONGO, DIAZ - MASSO, LLC
BERRIOS & LONGO LAW OFFICES
BERRIOS LONGO
BERRÍOS, ANABELLE CENTENO
BERRIOS-RIVERA, SUGEY MILAGROS
BERRIOS-ROJAS, EDWIN
BERRIOS-VEGA, LUIS O.
BERROCAL, BONNIE BOOTHBY
BEST RATE CAR
BETANCOURT ALICEA, JOSE
BETANCOURT RODRIGUEZ, ELOISA
BETANCOURT TORRES, JOSE A
BETTERCYCLING CORPORATION
BETTEROADS ASPHALT LLC
BHATIA, MOHINDER S
BHATIA-GAUTIER, LISA E.
BIO-MEDICAL APPLICATIONS OF ARECIBO, INC.
BLACKROCK ADVISORS, LLC
BLACKROCK CALIFORNIA MUNICIPAL
    OPPORTUNITIES FUND OF BLK
    CALIFORNIA MUNI
BLACKROCK NEW YORK MUNICIPAL
    OPPORTUNITIES FUND OF BLK MULTI-
    STATE MUNI
BLACKROCK STRATEGIC MUNICIPAL
    OPPORTUNITIES FUND OF BLACKROCK
    SERIES TRUST
BLANCO RESTO, IRIS Y.
BLUE BEETLE III, LLC
BLUEMOUNTAIN FURSAN FUND L.P.
BLUEMOUNTAIN SUMMIT TRADING L.P.
BNY - AH MAIN ACCOUNT
BNY- NATIONAL UNION MAIN
BNY-AMERICAN GENTERLA LIFE INS CO.
BONES DIAZ, EDWIN F
BONES DIAZ, EDWIN F.
BONILLA TANCO, AIDA L.
BONILLA, JOSE A. SANTINI
BONISTAS DEL PATIO, INC.
BONITA CRL, QUEBRADA
BONNEVILLE CONTRACTING AND
    TECHNOLOGY GROUP, LLC
BOSCH, AMANDA
BOSCHETTI-MARTINEZ, FELIX G.
BROOK I, SPRUCE

4

BROOK II, SPRUCE
BROWN, MEGAN WALSH
BRUNO, FERNANDO
BUFETE BARNECET & ASSOCIATES
BUFETE BARNES ROSICH, CSP
BUFETE CABAN & MORALES
BUFETE DE ABOGADOS CASTRO-PEREZ &
    CASTRO-CINTRÓN
BUFETE EMMANUELLI, C.S.P.
BUFETE FRANCISCO GONZALEZ
BUFETE GORDON MENEDEZ & ASOCIADOS
BUFETE GORDON MENENDEZ &
    ASSOCIADOS
BUFETE LOPEZ SANTIAGO
BUFETE MARCOS A. RIVERA ORTIZ &
    ASSOCIATES
BUFETE QUINONES VARGAS & ASOC.
BUFETE RIVERA ORTIZ & ASSOCIATES
BUONO ALBARRAN , IVELISSE
BURGOS ALVIRA, EDWIN S.
BURGOS MERCASO, LUIS ARNALDO
BURGOS RODRIGUEZ, LYMARIS
BUTLER SNOW, LLP
C. CONDE & ASSOC. LAW OFFICES
C.M. LIFE INSURANCE COMPANY
C.O.D. TIRE DISTRIBUTORS IMPORTS ASIA,
    INC.
CABIYA & MOLERO LAW OFFICES, P.S.C.
CABRERA CAPELLA, ALBERTO
CABRERA SANTOS, LUIS A.
CABRERA, ARIEL & ASTACIO, EVELYN
CACERES CRUZ, ARMANDO
CACERES CRUZ, ELOY
CACERES CRUZ, NYDIA
CACERES HERNANDEZ, ALFREDO
CACERES MALDONADO, MIGUEL ANGEL
CACERES MARTINEZ, LUIS ALFREDO
CAGUAS LUMBERYARD, INC.
CALDERON LEBRON, EDGAR
CALDERON, YASMIN M. IRIZARRY
CALDERON-GARCIA, MARTA
CALIZ PABELLON, GLORIA I
CAMACHO FELICIANO, ABDIER S. &
    FELICIANO
CAMACHO MORALES, DIANA
CAMACHO MORLAES, EDWIN
CAMERA MUNDI INC.
CANALS VIDAL, MARCOS
CANCEL ROSARIO, ELIZABETH
CANCIO COVAS & SANTIAGO, LLP
CANCIO, COVAS & SANTIAGO, LLP
CANYON DISTRESSED OPPORTUNITY
    INVESTING FUND II, L.P.
CANYON DISTRESSED TX (A) LLC
CANYON GCM PR SPV, LLC
CANYON NZ-DOF INVESTING, L.P.

CANYON-ASP FUND, L.P.
CANYON-EDOF (MASTER) L.P.
CAPESTANY, JAVIER
CAPO-IRIARTE, JOSE
CARABALLO, MARCIA GIL
CARAMA CONSTRUCTION, CORP.
CARCACHE, JULIO GUZMAN
CARDENAS, ONDINA FINALE
CARDO ANA-MED CONSULTING GROUP PSC
CARDONA JIMENEZ LAW OFFICE, PSC
CARDONA MARQUEZ, BEJAMIN
CARDONA, VICTOR A. VELEZ
CARIBBEAN MEDICAL CENTER
CARLO LAW LLC
CARLOS M. FLORES DBA
CARLOS PÉREZ-MOLINA, ANA FIGUEROA,
    AND THE CONJUGAL PARTNERSHIP
    BETWEEN THEM
CARLOS SEBASTIAN DAVILA
CARMEN D. JIMENEZ GANDARA ESTATE
CARMONA HERNANDEZ, IVONNE
CARNEVALE, TODD A
CARNEY LAW FIRM
CARRASQUILLO NIEVES, RAFAEL
CARRASQUILLO-CRUZ, PEDRO M.
CARRILLO, RICARDO ENRIQUE
CARTAGENA MATOS, ERIC
CARTAGENA, HILDA O.
CARVAJAL, WILLIAM M. VIDAL
CASASNOVAS, PEDRO LUIS & NIEVES, OLGA
    I. TRINIDAD
CASELLAS ALCOVER & BURGOS, P.S.C.
CASELLAS, SALVADOR E.
CASTELLANOS, JOSE E.
CASTELLANOS, PAOLA
CASTILLO MATOS, PEDRO J.
CASTRO CRUZ, MARIA E.
CASTRO, ELMER RIVERA
CATALA LOPEZ, RUBEN
CATHERINE DENISSE
CAYETANO POU MARTINEZ, ANTONIO
CEMEX DE PUERTO RICO INC.
CENTENO ALCALA, MARIA Y.
CENTERBRIDGE SPECIAL CREDIT PARTNERS
    III, L.P.
CENTURYLINK, INC. DEFINED BENEFIT
    MASTER TRUST
CERVONI DEL VALLE, BRYAN O.
CERVONI DEL VALLE, LINETTE M.
CERVONI DEL VALLE, SAMUEL
CHALUISANT GARCÍA, MARÍAL
CHARLES A. CUPRILL P.S.C. LAW OFFICES
CHARLES M BRIERE - ESQ.
CHAVEZ-COLON, CARLA
CHIMELIS ORTEGA, ROSA I.
CHINEA BONILA, EUGENIO

CHRIST & JOHN RECYCLING, INC.
CHRISTIAN FRANCIS MARTINEZ
CIGNA HEALTH AND LIFE INSURANCE
    COMPANY
CIGNA INVESTMENTS, INC.
CINTRON & FERRER
CINTRON LOPEZ, ELISA
CINTRON SANTIAGO, CARMEN ELIZABETH
CINTRÓN TORRES, BRENDA LEE
CINTRON TORRES, JAIME E
CINTRON, EDWIN RIVERA
CLT FPA SELECT
CNA SURETY
COBIAN ROIG LAW OFFICES
COBIAN ROIG, ESQ., EDUARDO J.
COGAN-COGAN, JUAN
COLGRAM, ELISHA A.
COLLADO GONZALEZ, LUIS A.
COLLAZO SALOME, WANDA E.
COLOMER & SUAREZ INC.
COLON ALVARADO, MAYDA L.
COLON CASTILLO, VIRGINIA
COLON DE RODRIGUEZ, REINA
COLON GONZALEZ, VIRGEN DEL S.
COLON LEON, CARLA M.
COLON MARTINEZ, CYNTHIA A.
COLON MURPHY, JANNETTE
COLON RESTO, JOSE
COLON RODRIGUEZ, WILFREDO
COLON SANTIAGO, MARIBEL
COLON, EVANGELISIA
COLON, JANNETTE
COLON, LEMUEL NEGRON
COLON, OSCAR
COLON, ROBERTO J.
COLON, RYAN ROSARIO
COLON, SALVADOR MARQUEZ
COLON-CINTRON, ANABELLE
COLON-GONZALEZ, JUAN IVAN
COLONIAL LIFE & ACCIDENT INSURANCE
    COMPANY
COMBE PRODUCTS, INC.
COMISION DE ENERGIA DE PUERTO RICO
COMPANIA DE FOMENTO INDUSTRIAL DE
    PUERTO RICO
COMPASS ESMA LP
COMPASS TSMA LP
COMPUTER AUTOMATION SYSTEMS INC
CONCEPCION DE JESUS, LILLIAM
CONCEPCION OSORIO, MIRIAM A
CONCEPCION PENA, NORMA I.
CONCEPCION, RITZA I.
CONDE MERCADO, NANETTE MENENDEZ
CONJUGAL PARTNERSHIP OF ROLANDO
    MARTINEZ AND LAUREN DE PABLO
CONNECTICUT GENERAL LIFE INSURANCE

COMPANY
CONNIE A. MARTIN
CONSTRUCCIONES JOSE CARRO, S.E.
CONSTRUCTORA ESTELAR, S.E.
CONSTRUCTORA FORTIS CORP
CONSTRUCTORA FORTIS INC
CONSTRUCTORA FORTIS INC.
CONSTRUCTORA WF. INC.
CONSUL-TECH CARIBE INC.
COOP A/C CRISTOBAL RODRIGUEZ HIDALGO
COOP A/C ROOSEVELT ROADS
COOP AHORRO Y CREDITO BO QUEBRADA
    CAMUY
COOP AHORRO Y CREDITO LAS PIEDRAS
COOP AHORRO Y CREDITO SAN RAFAEL
COOPACA
COOPERATIVA A/C BARRANQUITAS
COOPERATIVA A/C CIDRENA
COOPERATIVA A/C CIDREÑA
COOPERATIVA A/C DE BARRANQUITAS
COOPERATIVA A/C DE ISABELA
COOPERATIVA A/C JESUS OBRERO
COOPERATIVA DE AHORRA Y CREDITO DE
    ADJUNTAS
COOPERATIVA DE AHORRO Y CREDITO
    AGUSTIN BURGOS RIVERA
COOPERATIVA DE AHORRO Y CREDITO
    FAMILIAR PROGRESISTA
COOPERATIVA DE AHORRO Y CREDITO
    HOLSUM
COOPERATIVA DE AHORRO Y CREDITO
    NAGUABEÑA
COOPERATIVA DE AHORRO Y CREDITO DE
    CIDRA
COOPERATIVA DE AHORRO Y CREDITO DE
    FLORIDA
COOPERATIVA DE AHORRO Y CREDITO DE
    ISABELA
COOPERATIVA DE AHORRO Y CREDITO DE
    JAYUYA
COOPERATIVA DE AHORRO Y CREDITO DE
    LA INDUSTRIA BIOFARMACEUTICA
COOPERATIVA DE AHORRO Y CREDITO DE
    MEDICOS
COOPERATIVA DE AHORRO Y CREDITO DE
    MOCA
COOPERATIVA DE AHORRO Y CREDITO DE
    SANTA ISABEL
COOPERATIVA DE AHORRO Y CREDITO DR
    MANUEL ZENO GANDIA
COOPERATIVA DE AHORRO Y CREDITO SAN
    BLAS DE ILLESCAS
COOPERATIVA DE AHORRRO Y CREDITO DE
    JUANA DIAZ
COOPERATIVA LA PUERTORRIQUEÑA
COOPERATIVE DE AHORRO Y CREDITO

ABRAHAM ROSA
COOPERVISION CARIBBEAN CORPORATION
CORBIN ERISA OPPORTUNITY FUND, LTD
CORCHADO-JUANBE, JUAN
CORDERO MARTINEZ, EDDIE F.
CORDERO ROMAN, LUIS
CORDERO, PEDRO M KAREH
CORDIS LLC
CÓRDOVA & DICK, LLC
CORONA INSURANCE GROUP INC.
CORPORACION DE SERVICIOS DE SALUD Y MEDICINA AVANZADA
CORPORACION DE SERVICIOS MEDICOS DE HATILLO
CORREA ACEVEDO LAW OFFICES, P.S.C.
CORREA ACEVEDO, TOMAS
CORREA TIRE DISTRIBUTOR INC.
CORREA, LINETTE
CORREA-ACEVEDO & ABESADA LAW     OFFICES, PSC
CORRECTION OFFICERS OF THE
   DEPARTMENT OF CORRECTIONS AND
   REHABILITATION OF THE
   COMMONWEALTH OF PUERTO RICO
CORREDOR, IRMA
CORRETJER, L.L.C.
CORTES, ANA MISLAN
COSTA MARCUCCI, NAIDA
COSTA SALUD COMMUNITY HEALTH CENTER
COSTA-PACHECO, DENNIS
COSTAS RUSSELL, HELEN E.
COSTAS RUSSELL, VICTORIA J.
COSTAS, LUIS PABLO
COSTCO WHOLESALE CORPORATION
COTO & ASSOCIATES
CPG/GS PR NPL, LLC
CREDIT FUND GOLDEN LTD.
CRESPO DIAZ, DAISY
CRG ENGINEERING CORP.
CROWE HORWATH LLP
CRUZ ALVERIO, CARLOS
CRUZ ARCE, EVELYN
CRUZ BERRIOS, JOSE JULIAN
CRUZ CANDELARIO, OCTAVIO
CRUZ CARRASQUILLO, SATURNO
CRUZ COLLAZO, LYDIA
CRUZ GONZALEZ, EVELYN
CRUZ OTERO, JANZEL E.
CRUZ PÉREZ & ASOCIADOS
CRUZ RODRIGUEZ, ABIGAIL
CRUZ SOTO, OMAR
CRUZ VELEZ LAW OFFICES
CRUZ VELEZ, ANA P.
CRUZ, DAVID
CRUZ, WILSON
CRUZ-RODRIGUEZ, YANIRA
CRUZ-SANABRI, ARNALDO
CSA GROUP
CSCG, INC.

9

CUERPO DE BOMBEROS SINDICATO DE BOMBEROS UNIDOS DE PUERTO RICO
CUMBRES DE PONCE, INC.
CURBELO ROJAS, YOSELYN
DAABOUL, MARIA DEL CARMEN ORTIZ
DACHELET, DAVID
DALMAU-BOTELLO, NATHALIE
DANAUS TRUST
DANIEL THOMAS GLOWSKI
DAVID CARRION BARALT
DAVID VILLANUEVA MATIAS
DAVID W.  ROMÁN, ESQ.
DAVID, GEVARA - BARISKA
DAVILA ROMAN, RAMON
DAVILA SOLA, NILSA J.
DAVILA SUAREZ, RAFAEL E.
DAVIS POLK & WARDWELL LLP
DAY PITNEY LLP
DE GONZALEZ, MARIA P. TORRES
DE JESUS BON, BASILIO
DE JESUS JUSINO, TERESITA
DE JESUS REEN, ROSA HAYDE
DE JESUS SILVA, ERICK J.
DE JESUS, YAREIDA SANTIAGO
DE JESUS-PAGAN, ANGEL
DE SUAREZ, ZULMA CORUJO
DE VICTORIA, JUAN JOSE HERNANDEZ
    LOPEZ
DE VRIEZE, ALAIN
DEL RIO ROSA, VANESSA
DEL TORO MORALES, ROBERTO
DEL TORO, GABRIEL E VELEZ
DEL VALLE GROUP
DEL VALLE MELENDEZ, ELBA I.
DEL VALLE, ELIZABETH
DELFINA MONSERRATE DIAZ
DELFINALÓPEZ ROSARIO ET AL COLLECTIVELY (THE LOPEZ-ROSARIO PLAINTIFF GROUP)
DELGADO & FERNANDEZ, LLC
DELGADO FERNANDEZ LLC
DELGADO SANTANA, CARMEN
DELGADO, GABRIEL
DELGADO, MARIA M.
DELGADO-MIRANDA LAW OFFICES
DELGADO-MORALES, MARIA DE LOURDES
D'ELIA JTWROS, JOSEPH AND ANN
DEMETER INTERNATIONAL INC.
DENTON, WHADZEN
DENTONS US LLP
DEPARTMENT OF NATURAL AND ENVIRONMENTAL RESOURCES
DEPARTMENT OF THE TREASURY
DEPT. OF HOMELAND SECURITY USA
DESARROLLADORA ORAMA, S.E.
DESARROLO E INVERSIONES DEL SUR (D.I.S.),
    INC.
DESPACHO JURÍDICO RAMOS LUIÑA, LLC
DEVELOPMENT AND CONSTRUCTION LAW GROUP, LL
DEVTECH SYSTEMS, INC.

DIANALYNN PAGÁN-ROSADO
DIAZ ALEMAN, ARACELIS
DIAZ CASTRO, MARIA J
DIAZ FERRER, MARVIN
DIAZ RIVERA, ANGIE M.
DIAZ RODRIGUEZ MD, RUBEN
DIAZ SIERRA, DAIRE MAR
DIAZ SIERRA, RAMONA
DIAZ VALDES, JULIO
DIAZ VEGA, IRIS M.
DIAZ, JESSICA ORTIZ
DIAZ-COLON, JOSE
DIAZ-CRUZ, RAFAEL
DIAZ-MORALES, ROBERT ANEL
DIOGENTS INTERNATIONAL CONSULTING
    CORP.
DL HOTEL COMPANY, LLC
DL, LLC
DLA PIPER (PUERTO RICO) LLC
DOCTOR'S CENTER HOSPITAL ARECIBO, INC.
DOCTOR'S CENTER HOSPITAL, INC.
DOCTOR'S CENTER HOSPITAL ARECIBO, INC.
DOMENECH, LUIS A. FERNANDEZ
DOMINGUEZ , DANNY
DOMINGUEZ MATOS, YAZMIN
DOMINGUEZ VIERA, JOSE A.
DONALD J MILROY TR FBO DONALD J.
    MILROY REV LIV TRUST UA 10/15/1999
DORAL BANK
DORAL MORTGAGE, LLC
DOUGLAS A. ARON FAMILY TRUST
DRINKER BIDDLE & REATH LLP
DUBON OTERO, MANUEL H
DUCERA PARTNERS LLC
DUPONT ELECTRONIC MICROCIRCUITS INDUSTRIES, LTD.
DUPREY PEREZ, JOSE I.
E. ROJAS PUCCINI, SUCN BERTA
E.A.T.A., A MINOR, SON OF DAISY AGUAYO     CUEVAS
EBI PATIENT CARE, INC.
EC WASTE LLC
ECO ELECTRICA, L.P.
EDDIE LEON- RODRIGUEZ
EDGARDO MUNOZ, PSC
EDGE LEGAL, LLC
EDILBERTO BERROS PÉREZ ESQ.
EDUARDO FERRER & ASSOCIATES
EDWARDS LIFESCIENCES TECHNOLOGY SARL
EIF PR RESOURCE RECOVERY, LLC.
EL BUFETE DEL PUEBLO
ELENA, LUIS PABLO COSTAS
ELENA, MARIA
ELI LILLY EXPORT, S.A. (PUERTO RICO
    BRANCH)
ELIAS DAVILA ESQ.
ELLIOT INTERNATIONAL LP
EMANUELLI LLC

EMERGING MARKET BOND PLUS SUB-TRUST
EMILIO F. SOLER
EMPLEADOS CIVILES ORGANIZADOS (ECO)
EMPRESAS FORTIS, INC.
ENDURANCE REINSURANCE CORPORATION
    OF AMÉRICA
ENLACE MERCANTIL INTERNATIONAL
ENRIQUE RODRIGUEZ CINTRON
ENVIRONICS RECYCLING
ENVIRONICS RECYCLING SERVICES, INC.
ENZIO RAMIREZ, ESQ.
ERIC RIVERA LAW FIRM
EST ELECTRICAL CONTRACTORS & ENGINEERS CORP.
ESTARELLAS, SUCN. CARLOS ALBERTO
    LOPATEGUI
ESTATE OF MARCELINO GARCIA
ESTERRICH LOMBAY, GABRIEL
ESTEVES, JOSE LUIS FERNANDEZ
ESTRADA CARRILLO, DAVID
ESTRADA LOPEZ, EMMANUEL A.
ESTRADA, RICARDO
ETHICON LLC
EVELYN RAMIREZ GARRATON
EXIGENT PARTNERS, LLC
F & J M CARRERA INC.
F.J. TORRES DIAZ LAW OFFICES
FAIR CONSTRUCTION INC.
FAJARDO, ROSARIO
FAJARDO-ROJAS, ZURYS
FALK, MINDY
FAMILIA FERRER PEREZ PR LLC
FANTAUZZI MENDEZ, WALESKA DEL C.
FDIC AS RECEIVER FOR R-G PREMIER BANK OF PUERTO RICO
FEBRES ARROYO, YAZBEL
FEDERAL DEPOSIT INSURANCE CORP (FDIC)
FEDERAL EMERGENCY MANAGEMENT-FEMA
FEDERAL TRANSIT ADMINISTRATION (FTA)
FELDESMAN TUCKER LEIFEF FIDELL LLP
FELICIANO TORRES, CARMEN M.
FELICIANO VELEZ
FELICIANO, ANTONIO REXACH
FELICIANO, BRENDA
FELICIANO, ZUHAY VARGAS
FELIPE AVILES COLON
FERDINAND MARTINEZ SOTOMAYOR
FE-RI CONSRUCTION, INC.
FERNANDEZ DE GURIERREZ, CELIA
FERNANDEZ PEREZ LAW OFFICE
FERNÁNDEZ, COLLINS, CUYAR & PLÁ
FERNANDEZ, ELIONAI
FERNANDEZ, JOSE ORTIZ
FERNANDO E. LONGO QUIÑONES, ESQ.
FERNANDO L. GALLARDO
FERRARI LAW PSC
FERREIRA, DANIEL MONTANO
FERRER CAMACHO, ORLANDO L.

FERRER DAVILA, LUIS M
FERRER MELENDEZ, SONIA I.
FERROVIAL AGROMAN LLC
FIGUEROA COLON, RICARDO
FIGUEROA LUGO, JUANA M.
FIGUEROA MORALES, MIGUEL E.
FIGUEROA PEREZ, ANABEL
FIGUEROA SIERRA, JOSE A.
FIGUEROA, KATHERINE
FIGUEROA, LUIS CORNIER
FIGUEROA-RAMIREZ, ALEJANDRO
FINALE, ROLANDO MARTINEZ
FINALE, ROLANDO MARTINEZ
FIORINA MARIA VILELLA GARCIA
FIR TREE CAPITAL MANGEMENT, LP
FIRST BALLANTYNE LLC AND AFFILIATES
FIRST TRANSIT OF PUERTO RICO, INC.
FJ TORRES DIAZ LAW OFFICES
FLECHA RODRIGUEZ, VILMA
FLORES LABAULT DBA, CARLOS M.
FLORES PAGAN, MARIA C.
FLORIAD, YSABEL
FLORIDA REALTY
FOJO, JOSE A. & BLANCA
FOLEY & LARDNER LLP
FONDO PARA LA INNOVACIÓN PARA EL
    DESARROLLO AGRÍCOLA
FONSECA DIAZ, FRED N.
FONTÁNEZ DÍAZ, MARÍA M.
FONTANEZ-LOPEZ, JUAN C.
FORD MOTOR COMPANY DEFINED BENEFIT
    MASTER TRUST
FORE MULTI STRATEGY MASTER FUND LTD
FORTIS TORRES, DILIA E.
FRADERA-DELGADO, ANA C.
FRAGOSO-VALENTIN, NILDA
FRANCIS & GUEITS LAW OFFICES
FRANCISCO DIAZ MASSO
FRANCISCO DIAZ MASSO / BERMUDEZ,
    LONGO, DIAZ - MASSO, LLC
FRANCISCO J. RIVERA-ALVAREZ
FRANCISCO R. GONZALEZ LAW FIRM
FRANCO FLORES, DIANA
FRANCO FLORES, MANUEL
FRANK M. RICCIARDI CREDIT TRUST U/W
    DTD
FRANK M. RICCIARDI RESIDUARY TRUST
    U/W DTD
FRED TRINIDAD, MARIA D.
FREDDIE PREZ GONZLEZ & ASSOC. P.S.C
FREDESWIN PEREZ CABALLERO
FREIRIA UMPIERRE, ENRIQUE
FREIRIA, FRANSICSO
FROST BROWN TODD LLC
FSS-FRANKLIN STRATEGIC INCOME FUND
FT COF (E) HOLDINGS, LLC

FT SOF IV HOLDINGS, LLC
FT SOF V HOLDINGS LLC
FTIF-FRANKLIN STRATEGIC INCOME FUND
FTVIP – FRANKLIN STRATEGIC INCOME VIP
    FUND
FUENTES LAW OFFICES LLC
FUENTES, AGUSTO C. SANCHEZ
FUENTES-DE JESUS, JOSE ENRIQUE
FUENTES-MELENDEZ, IVETTE
FUERTES & FUERTES LAW OFFICES, CSP
FUNDACION LUIS A. FERRE, INC.
FUNDACION LUIS MUNOZ MARIN
G. CARLO-ALTIERI LAW OFFICES, LLC
GAMEZ, OMAR DEL PINO
GANDARILLA & CRUZ JOVE
GARCIA GONZALEZ, KARLA J.
GARCIA GONZALEZ, MARINILDA
GARCIA MATTOS, RUTH E.
GARCIA MERCADO, MOISES
GARCIA NARVAEZ, AGUSTIN
GARCIA NUNEZ, JENNY
GARCIA RUBIERA
GARCIA, ELBA GONZALEZ
GARCIA, GENAY RODRIGUEZ
GARCIA-ARREGUI & FULLANA PSC
GARCIA–ARREGUI & FULLANA PSC
GARDON STELLA , MAYRA
GARFFER & JUSINO ATTORNEYS AT LAW
GENARO VAZQUEZ, SUCN
GENERAL ELECTRIC COMPANY AND GE INDUSTRIAL OF PR LLC AND CARIBE GE INTERNATIONAL
    OF PUERTO RICO, INC.
GENERAL MANAGEMENT AND
    ARCHITECTURAL AND ENGINEERING
    CONSULTANTS
GERENCOOP
GERMAN URIBE J.T.W.R.O.S
GIBSON, DUNN & CRUTCHER LLP
GILESTRA, ALCIDES A. REYES
GLENN REISMAN
GLOBAL FLEXIBLE FUND, A SUB-FUND OF
    NEDGROUP INVESTMENT FUNDS PLC
GLOBAL MULTI-SECTOR CREDIT PORTFOLIO
    (LUX)
GNMA & US GOVERNMENT TARGET
    MATURITY FUND FOR PUERTO RICO
    RESIDENTS, INC.
GNOCCHI FRANCO, ANTONIO
GODREAU & GONZALEZ LAW
GOLDEN TREE DISTRESSED FUND 2014 LP
GOLDEN TREE HIGH YIELD VALUE MASTER
    UNIT TRUST
GOLDENTREE INSURANCE FUND SERIES
    INTERESTS OF THE SALI MULTI-SERIES
    FUND, L.P.
GOLDENTREE MASTER FUND, LTD.
GOLDENTREE MULTI-SECTOR MASTER FUND

ICAV - GOLDENTREE MULTI-SECTOR
  MASTER FUND PORTFOLIO A
GOLDENTREE NJ DISTRESSED FUND 2015 LP
GOLDENTREE STRUCTURED PRODUCTS
  OPPORTUNITES FUND EXTENSION
  HOLDINGS, LLC
GOLDENTREE STRUCTURED PRODUCTS - C
  LP
GOLDIN ASSOCIATES
GOLDMAN SACHS BANK USA
GOLDMAN SACHS BOND FUND
GOLDMAN SACHS CAPITAL MARKETS, L.P.
GOLDMAN SACHS COLLECTIVE TRUST –
  CORE PLUS FIXED INCOME FUND
GOLDMAN SACHS COLLECTIVE TRUST –
  EMERGING MARKETS DEBT FUND
GOLDMAN SACHS COLLECTIVE TRUST –
  EMERGING MARKETS DEBT FUND II
GOLDMAN SACHS COLLECTIVE TRUST –
  LONG DURATION PLUS FIXED INCOME
  FUND
GOLDMAN SACHS EMERGING MARKETS
  CORPORATE BOND PORTFOLIO
GOLDMAN SACHS EMERGING MARKETS
  DEBT BLEND PORTFOLIO
GOLDMAN SACHS EMERGING MARKETS
  DEBT FUND
GOLDMAN SACHS EMERGING MARKETS
  DEBT LOCAL PORTFOLIO
GOLDMAN SACHS EMERGING MARKETS
  DEBT PORTFOLIO
GOLDMAN SACHS GLOBAL FIXED INCOME
  PLUS PORTFOLIO (HEDGED)
GOLDMAN SACHS GLOBAL STRATEGIC
  INCOME BOND PORTFOLIO
GOLDMAN SACHS LOCAL EMERGING
  MARKETS DEBT FUND
GOLDMAN SACHS SHORT DURATION TAX
  FREE FUND
GOLDMAN SACHS STRATEGIC ABSOLUTE
  RETURN BOND I PORTFOLIO
GOLDMAN SACHS STRATEGIC ABSOLUTE
  RETURN BOND II PORTFOLIO
GOLDMAN SACHS STRATEGIC INCOME FUND
GOLDSTEIN, SYLVIA
GOMEZ RIVERA, ESTEPHANIE
GOMEZ RIVERA, ESTEPHANIE & GOMEZ Y YESENIA GOMEZ FUENTES
GOMEZ Y YESENIA GOMEZ FUENTES
GONZ BUILDERS CORP.
GONZALES LOPEZ & LOPEZ ADAMES LLC
GONZALEZ AGOSTO, HIPOLITO
GONZALEZ BADILLO LAW OFFICES
GONZALEZ BEAUCHAMP, AUGUSTO
GONZALEZ CARO, EFRAIN
GONZALEZ COGNET, LUIS
GONZALEZ CORONADO, JOSE L.

GONZALEZ CRUZ, DAISY
GONZALEZ GONZALEZ, DIGNORA
GONZALEZ JOY, MANUEL
GONZALEZ LOPEZ & LOPEZ ADAMES LLC
GONZALEZ LOPEZ, BELKYS
GONZALEZ LUCIANO, MARIA D.
GONZALEZ MORALES, SANTOS
GONZALEZ MUNOZ LAW OFFICES, PSC
GONZALEZ PEREZ, MARIA D.
GONZALEZ QUINTANA, HECTOR LUIS
GONZALEZ RAMOS, MARISOL
GONZALEZ, ANELIZ
GONZÁLEZ, DIEGO CORRAL
GONZALEZ, DOUGLAS
GONZALEZ, JORGE L COUTO
GONZALEZ, JOSE CRUZ
GONZALEZ-DOMINGUEZ, CHRISTIAN R.
GONZALEZ-NOGUERAS, JOSE R.
GONZALEZ-REYES, RAFAEL
GOODWIN PROCTER LLP
GORDILLO, MAGALY
GRACIELA VAZQUEZ, ESQ.
GRAFFAM & BIAGGI
GRATACOS LAW FIRM, PSC
GREAT AMERICAN INSURANCE COMPANY
GREEN, MARCOS R. VELEZ
GREENLIGHT CAPITAL (GOLD) LP
GREENLIGHT REINSURANCE LTD
GROUP OF EIGHTEEN CORPORATION
GROUP WAGE CREDITORS
GRUPO DE DESARROLLO LOS ALTOS SAN
    JUAN, INC.
GT NM, L.P.
GUADALUPE DE LA MATTA, SAVITRI
GUADALUPE FUND, LP
GUANILL NAVARRO, BEREIDA
GUARDIOLA-TORRES, ELISA
GUEVARA FERNANDEZ, NESTOR
GUIDANT PUERTO RICO, B.V. D/B/A BOSTON SCIENTIFIC
GUILLEMO-SANCHEZ, JAVIER ALBERTO
GUILLERMO J. RAMOS LUIÑA, ESQ.
GUILLERMO MOLINA, JAVIER MIGUEL
GUIVAS LORENZO LAW OFFICES
GUMBE SANTANA, KAREN
GUSTAVO ADOLFO ZAMBRANA, ESQ.
GUTIERREZ ARROYO, JEAN CARLOS
GUTIERREZ SANDOVAL, LINA
GUTIERREZ, VICTOR M.
GUTIERREZ-FERNANDEZ, FIDEICOMISO
GUZMAN BRUNO, RUTH
GUZMAN GARCIA, NORMA IVETTE
GUZMAN NIEVES, CARLOS LUIS
GUZMAN OLMEDA, CHRISTIAN
GUZMAN, KEVIN A BORJA
GUZMAN, MANUEL A
HAIDAR GRAU, MAGDA E.

HARRY ANDUZE MONTAÑO LAW OFFICE
HATILLO LAW OFFICE, PSC
HATTON, ROBERT
HBA CONTRACTORS, INC.
HDP CONSTRUCTION, CORP.
HEALTH & SAFETY EYE CONCEPT
HECTOR FIGUEROA, ESQ.
HECTOR L. REYES RIVERA
HECTOR R. GONZALEZ ROMANACE &
    FAMILY (WIFE & 3 ADULT CHILDREN)
HECTOR SANTIAGO RIVERA
HECTOR SANTIAGO RIVERA Y ASOCIADOS
HEDGESERV - HIGHMARK GLOBAL 3
HENRY VAQUEZ IRIZARRY LAW OFFICES,
    PSC
HENRY VAZQUEZ IRIZARRY, ESQ.
HENSON BUSQUETS, VICTOR O.
HEREDIA, NESTOR
HERMANDAD DE EMPLEADOS DE OFICINA,
    COMERCIO Y RAMAS ANEXAS DE PUERTO
    RICO (PUERTOS) (ATM)
HERMIDA CELA, GUSTAVO A.
HERNANDEZ AVILES, MARIA M.
HERNANDEZ ECHEVESTRE, RICARDO
HERNANDEZ ET AL, CLARIBEL RIVERA
HERNANDEZ GARCIA, JORGE L.
HERNANDEZ LOPEZ, CARMEN Z.
HERNANDEZ ORTIZ, ANA A.
HERNANDEZ PEREZ, YAJAIRA
HERNÁNDEZ QUIJANO, JOSÉ
HERNÁNDEZ RIVERA, JUAN
HERNÁNDEZ RIVERA, JUAN A.
HERNANDEZ RODRIGUEZ , NILKA
HERNANDEZ, EDWIN BRANA
HERNANDEZ, ELENA
HERNANDEZ, HARRY BRANA
HERNANDEZ, JANETTE ROBLES
HERNANDEZ, JUAN A
HERNANDEZ, MIGUEL ANGEL MONTANEZ
HERNANDEZ, VICENTE PAUL MATOS
HERNANDEZ, VICTOR
HEWLETT PACKARD CARIBE BV, LLC
HEWLETT PACKARD ENTERPRISE DEVELOPMENT LP
HF LAW PR, PSC
HICKEY-MORALES, YAMIR
HIGH YIELD AND BANK LOAN SERIES TRUST
HIGH-YIELD MUNICIPAL ETF
HILTON INTERNATIONAL OF PUERTO RICO, INC.
HILTON WORLDWIDE INTERNATIONAL PUERTO RICO LLC
HLT OWNED VIII HOLDING LLC
HOLLAND & KNIGHT LLP
HOYOS, MILVA EDET
HP INTERNATIONAL TRADING B.V. (PUERTO RICO BRANCH) LLC
HPT IHG-2 PROPERTIES TRUST
HUMBERTO GUZMAN RODRIGUEZ
IBANEZ GALARZA, RAFAEL

IBANEZ HERNANDEZ, HECTOR M.
IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS
IMMOBILIARIA UNIBON, INC.
INDUSTRIAL CHEMICALS CORPORATION
INMOBILIARIA SAN ALBERTO, INC.
INMOBILIARIA UNIBON, INC.
INTERNATIONAL TRAFFIC SYSTEMS, LLC
INVESCO HIGH YIELD MUNICIPAL FUND OF
    AIM TAX-EXEMPT FUNDS (INVESCO TAX
    EXEMPT FUNDS)
INVESCO HIGH YIELD MUNICIPAL FUND OF
    ALM TAX EXEMPT FUNDS (INVESCO TAX
    EXEMPT FUNDS)
INVESCO OPPENHEIMER ROCHESTER
    MUNICIPALS FUND
INVESCO OPPENHEIMER ROCHESTER SHORT
    DURATION HIGH YIELD MUNICIPAL FUND
INVESTMENT OPPORTUNITIES SPC INVESTMENT OPPORTUNITIES 3
    SEGREGATED PORTFOLIO
IPR PHARMACEUTICALS INC.
IRA TANZER (IRA WFCS AS CUSTODIAN)
IRENE-ABEL, YAMILET
IRIZARRY IRIZARRY, CARLOS A.
IRIZARRY PARIS, JORGE
IRIZARRY ROMAN, VANESSA
IRIZARRY, FRANCISCO MARTINEZ
IRIZARRY, SARAH FIGUEROA
IRIZARRY, YASMIN M. FIGUEROA
IRIZARRY-LOPEZ, GISELLE
ISABEL J. RIVERA BONILLA/DEYANIRA BONILLA ACOSTA
ISLA DEL RIO INC.
ISLADELRÍO, INC.
ISMAEL, MOHAMMED MUSA
ITURREGUI MARGARIDA, ANA I.
ITURREGUI MARGARIDA, CARLOS E.
ITURREGUI MARGARIDA, JOSE ANTONIO
ITURREGUI MARGARIDA, NICOLAS
ITURREGUI MARGARIDA, PEDRO
IVONNE GONZÁLEZ-MORALES
IZQUIERDO SAN MIGUEL LAW OFFCIES, PSC.
IZQUIERDO-SAN MIGUEL LAW OFFICE, P.S.C.
J & M DEPOT, INC.
J.M.T.A., A MINOR, SON OF DAISY AGUAYO
    CUEVAS
JAMES LAW OFFICE
JAMES LAW OFFICES
JANER VELAZQUEZ, JOSE E.
JANER-VELÁZQUEZ, JOSÉ E.
JANNEFFER MONTALVO IN
    REPRESENTATION OF MINOR NAYLEF A.
    PEREZ MONTALVO
JANSSEN CILAG MANUFACTURING LLC
JANSSEN ORTHO LLC
JAVIER COLON GARCIA
JAVIER COLON GARCIA, KATHY CLAUSELL Y
    LA SOCIEDAD LEGAL DE GANACIALES

JCPENNEY PUERTO RICO, INC.
JE GIL DE LAMADRID PSC
JENNINGS, SUSAN A
JESUS MANUEL SOSA PAGAN
JESUS R. MORALES CORDERO
JFJ TRUST/JULIO F. JULIA
JIMENEZ GANDARA, MARIA ELENA
JIMENEZ RIVERA, MAYRA
JIMENEZ, GANDARA
JIMÉNEZ, GRAFFAM & LAUSELL
JIMÉNEZ, GRAFFAM&LAUSELL
JOAQUIN B. VISO ALONSO & OLGA LIZARDI PORTILLA
JOHNSON & JOHNSON INTERNATIONAL
JOM SECURITY SERVICES, INC.
JONES DAY
JORDAN MIR, MARIA
JORGE CARLOS VENEGAS
JORGE L. COUTO GONZALEZ
JORGE LORA LONGORIA LAW OFFICES, PSC
JORGE R. QUINTANA-LAJARA
JORGE, CARMEN LIDIA
JOSE A. BATLLE & ASSOCIATES
JOSE A. BATLLE OJEDA H/N/C JOSE A. BATLLE & ASSOCIATES
JOSE A. FELICIANO BOLET
JOSE A. RODRIGUEZ-JIMENEZ, ESQ.
JOSE A. SANTINI BONILLA, ESQ.
JOSE ALEJANDRO MORALES ORRIOLA,
    NAVM
JOSE ANTONIO TULLA LAW OFFICE
JOSE ENRIQUE MANUEL
JOSE HIDALGO, ESQ.
JOSE L. FIGUEROA CASAS
JOSE LUIS RAMIREZ-COLL
JOSÉ M. CARRERAS, ESQ.
JOSE R. ARZON GONZALEZ
JOSE R. CINTRON, ESQ.
JOSE R. FRANCO LAW OFFICE
JRJ CONSULTANTS & LEGAL ADVISORS, LLC
JRJ CONSULTANTS & LEGAL ADVISORS, LLC
JRT ATTORNEY AT LAW
JUABRE, JUAN CORCHADO
JUAN B. SOTO LAW OFFICES, P.S.C.
JUAN B. SOTO LAW OFFICES, PSC
JUAN CORCHADO-JUARBE
JUAN H. SAAVEDRA CASTRO LAW OFFICES
JUAN M. CANCIO ESQ.
JUANITA SANTIAGO REYES ON BEHALF OF
    C.R.S. A MINOR CHILD
JUANITA SANTIAGO REYES ON BEHALF OF
    THE ESTATE OF CARLOS RODRIGUEZ-
    BONILLA
JUARBE-LAFFITTE, MICHAEL
JUSINO CRUZ, LIDIS L. KAN (MENOR) REPRESENTATIVE FOR MARIA NUNEZ TORRES AND MIGUAL
    AMARO
KATHERINE FIGUEROA AND GUY SANCHEZ
KATHY CLAUSELL RAMIREZ

KAZIMOUR, ROBERT F. & JANIS L.
KEISHLA LIZ ROSARIO SOTO
KIRSCHENBAUM & KIRSCHENBAUM, P.C.
KLUMPER-ASTOR, LAUREN
KOLANKO, FRANK/PATRICIA
L.P.C. & D., INC.
L.REYES CONTRACTORS, S.E.
LA GUITARRA RETIREMENT PLAN TRUST
LA SOCIEDAD LEGAL DE GANACIALES
    COMPUSTO POR ELLOS
LA TORRE, EDWINE
LABOR COUNSELS, LLC
LABOY ARCE, ANEIDA
LABOY GONZÁLEZ, JOSÉ OSCAR
LACEN GUANILL, JESUS
LAMBERTY, JOSE F. AVILES
LAMBOY GONZALEZ, JOSE OSCAR
LANCER INSURANCE COMPANY
LANDRAU RIVERA & ASSOCIATES
LANDRON VERA LLC
LAS LOMAS CONSTRUCTION SE
LATHAM & WATKINS LLP
LATIMER, BIAGGI, RACHID & GODREAU
LAURA R. AYOROA
LAUREANO, WANDA MALDONADO
LAVY APARICIO LOPEZ, ESQ.
LAW OFFICE OF DAVID CARRION BARALT
LAW OFFICE YADIRA ADORNO DELGADO
LAW OFFICES BENJAMIN ACOSTA, JR.
LAW OFFICES LUIS RAFAEL RIVERA
LAW OFFICES OF BENJAMIN ACOSTA, JR
LAW OFFICES OF EDDIE LEON-RODRIGUEZ
LAW OFFICES OF EMILIO F. SOLER-RAMIREZ
LAW OFFICES OF F. VAN DERDYS
LAW OFFICES OF FRANCISCO R. GONZALEZ
LAW OFFICES OF HERRERO III &
    ASSOCIATES, P.S.C.
LAW OFFICES OF JANE BECKER WHITAKER
LAW OFFICES OF JOHN E MUDD
LAW OFFICES OF MICHAEL CRAIG MCCALL
LAW OFFICES OF ROSADO RAMOS
LCDA GLADYS Y TORRES GARALL
LCDO. ARIEL O. CARO PEREZ
LCDO. ROBERTO MUNOZ ARIILL
LEBRON PEREZ, MIGUEL ANGEL
LEIDA PAGAN LAW SERVICES
LEIDA PAGAN TORRES, DAMEXCO, INC.
LEMUEL NEGRON COLON, ESQ.
LENNOX GARDENS INVESTMENTS, INC.
LEON PEREZ, NITZA N.
LEON RIVERA, ORLANDO DE
LEON ROCHE, TITO E.
LEON RODRIGUEZ, EDDIE
LEON, EDDIE
LEON, EDWIN R.
LEONARDO CINTRON

LERI, CRL
LEX SERVICES PSC
LIFE INSURANCE COMPANY OF NORTH
   AMERICA
LIFE WIRELESS
LIFESCAN LLC
LIFESCAN PRODUCTS, LLC
LILLY DEL CARIBE, INC.
LINDE GAS PUERTO RICO INC.
LINFERNAL CRUZ, ELLIS
LLOMBERT, CARLOS SURO
LLOPIZ BURGOS, WANDA
LLUCH GARCIA, NEFTALI
LONG MUNICIPAL ETF
LONGORIA SEPULVEDA, PETER
LOPES, ALEJANDRO SOLIS
LOPEZ ALAMO, EVELYN
LÓPEZ CARRIÓN, LUMARY
LOPEZ GARCIA, HECTOR R
LOPEZ GARCIA, MIRNA IRIS
LOPEZ GONZALEZ, DANIEL R.
LOPEZ LOPEZ, ARTURO
LÓPEZ ROLÓN, CARMEN ALICIA
LOPEZ TORO LAW OFFICES
LOPEZ VALENTIN, CARIDAD
LOPEZ VELEZ, FERNANDO
LOPEZ, CARLOS M. HERNANDEZ
LOPEZ, EILEEN
LOPEZ, ET AL., MYRIAM BETANCOURT
LOPEZ, LUIS E. MIGENIS
LOPEZ, ROSENDO E. MIRANDA
LOPEZ, TRICEL TORRES
LOPEZ-FUENTES, MARIA
LOPEZ-MOLINA, IVANIELLA
LOPEZ-RAMOS, ROBERTO
LOUISIANA STATE EMPLOYEES RETIREMENT
   SYSTEM
LOUVAL LLC
LS BOND FUND
LUCENA SOTO, DIONISIO
LUCIANO RIVERA, ALEXANDER
LUCIANO, SYLVETTE SANTIAGO
LUGO MENDER GROUP, LLC
LUGO RIVERA, FIDEICOMISO
LUGO RIVERA, GLORIA E.
LUGO, ANDRES D COLON
LUGO, OMAR
LUGO-LEWIS, BIANCA
LUIS A. FERNANDEZ-DOMENECH (ABOQADO DEL ACREEDOR)
LUIS A. VASQUEZ INC.
LUIS M. BARNECET VELEZ
LUQUIS APONTE, RENE
LUZ VANESSA RUIZ
MA MULTI-SECTOR OPPORTUNISTIC FUND,
   LP
MACHADO VARGAS, JUAN

MACY'S PUERTO RICO
MACY'S PUERTO RICO
MAISONET VALENTIN, CARMEN M.
MALARET-GOMEZ, HIRAM
MALAVE COLON, IBIS
MALAVE SANTOS, EILEEN
MALDONADO COLÓN, ALFREDO A
MALDONADO NIEVES, ROBERTO O.
MALDONADO ROMERO, MIRIAM
MALDONADO, ADA E.
MALDONADO, JAIME O.
MALDONADO, KAREN
MALDONADO, KARINA L. MONTALVO
MALDONADO-NIEVES, ROBERTO O.
MALDONADO-RIVERA, VALERIE
MALDONADO-RODRIGUEZ, GINORLY
MANDRY MERCADO, SUCESION PASTOR
MANGUAL, GASPAR ALBERTO MARTINEZ
MANUEL COBIÁN ROIG LAW OFFICES
MANUEL RODRIGUEZ, RODRIGO
MAPFRE PAN AMERICAN INSURANCE
    COMPANY
MAPFRE PAN AMERICAN INSURANCE COMPANY
MARCIAL TORRES, EDGARDO
MARGARITA BLONDET, SU SUCESION
    COMPUESTO POR MARIA I. RUBERT
    BLONDET, SONIA RUBERT BLONDET,     MARGARITA RUBERT BLONDET, SONIA
    RUBERT, ADMINISTRADORA
MARIA A. MARTINEZ
MARIA E VICENS RIVERA - ESQ.
MARIA E. MEJIAS CALERO
MARIA E. VICENS LAW OFFICE
MARIA SOCORRO QUINONES
MARIANA ISABEL HERNANDEZ-GUTIERREZ
MARIBEL VIDAL VALDES
MARICHAL HERNANDEZ SANTIAGO &
    JUARBE LLC
MARILYN CHINEA
MARITIME TRANSPORTATION AUTHORITY OF PUERTO RICO AND ISLAND MUNICIPALITIES
MARLENE RUIZ, WILFREDO MARTINEZ
MARRERO CANDELARIA LAW OFFICES
MARRERO PICORELLI, JOSE A
MARRERO RIVERA, PELEGRINA
MARRERO RODRIGUEZ, SIXTO
MARTINEZ DE PABLO, DEIANEIRA
MARTINEZ DE PABLO, ROLANDO
MARTINEZ GARCIA, JORGE
MARTINEZ GONZALEZ, ALICE
MARTINEZ GONZALEZ, ALICIA
MARTINEZ GONZALEZ, DELIA M.
MARTINEZ LEBRON, HERIBERTO
MARTINEZ ORTIZ , MARIA ISABEL
MARTINEZ ORTIZ, HILLARY
MARTINEZ RESTO, JOSE M.
MARTINEZ RIVERA, JOSE E.
MARTINEZ SOTO, ILENE M

MARTINEZ TORRES, JAIME
MARTINEZ ZAPATA, DAISY C
MARTINEZ, KRISTAL
MARTINEZ, NYDIA E. RODRIGUEZ
MARTINEZ, ZELL
MARTINEZ-ECHEVARRIA, EDUARDO H
MARTIZ, MILAIZA
MARVIN DIAZ FERRER LAW OFFICES
MASLON LLP
MASON CAPITAL MASTER FUND, L.P.
MASON CAPITAL SPV III, LLC
MASSACHUSETTS MUTUAL LIFE INSURANCE
   COMPANY
MASSOL CONSTRUCTION INC.
MASSOL CONSTRUCTION, INC.
MATEO RIVERA, AWILDA
MATIAS RODRIGUEZ, IRENE
MATIAS, DAVID VILLANUEVA
MATOS NEGRON, JESUS GABRIEL
MATOS RODRIGUEZ, LUIS
MATOS, EFRAIN
MATOS-NIEVES, MELANIE
MATTEI BALLESTER, CARLOS F.
MAYAGUEZ ADVANCED RADIOTHERAPHY
   CENTER PC
MAYER BROWN LLP
MBS FINANCIAL SERVICES INC.
MCCONNELL VALDÉS LLC
MCD LAW LLC
MCKINSEY & COMPANY PUERTO RICO
   CONSULTING, INC.
MCLANE MIDDLETON, PROFESSIONAL
   ASSOCIATION
MCNEIL HEALTHCARE LLC
MCP HOLDINGS MASTER LP
MEDERO MATOS, JUAN RAMON
MEDIAVILLA, NITZA
MEDICOOP, COOPERATIVA DE AHORRO Y
   CREDITO DE MEDICOS Y OTROS
   PROFESIONALES DE LA SALUD
MEDINA ORIZAL, BRENDS E.
MEDINA, ANTONIO L.
MEDINA-IRIZARRY, MIGDALIA
MEDINA-TORRES, JEANETTE
MEDINA-TORRES, PIRTLE
MEJIA-ALGARIN, JORGE
MELENDEZ ORTIZ, DENNIS
MELENDEZ OSORIO, GLORIA M.
MELENDEZ, HECTOR RIVERA
MELENDEZ, RAUL SANTIAGO
MELENDEZ, RENE RIVERA
MELETICHE PERES, NOEL
MELVIN D. MACY REV TRUST DTD 2/13/87
MENA SANTANA, MERVIN XAVIER
MÉNDEZ CRUZ, MARIBEL
MENDEZ TORRES, ELIADA

MENDEZ VALENTIN, CARMEN L.
MENDEZ-DAVID, CARLOS
MENDOZA LAW OFFICES
MENDOZA, RAMON M.
MENONITA GENERAL HOSPITAL INC.
MENORES DE EDAD D.N.A. Y I.D.N.A.
MERCADO OLAVARRIA, SANDRA
MERCADO PACHECO, HECTOR L.
MERCADO, CARLOS M.
MERCADO, ESTHER
MEYER, DARIO E
MHPS PUERTO RICO, LLC
MICAMES-MONTALVO, CARLOS J
MICHELLE ANNET RAMOS JIMENEZ
MICHELLE RODRIGUEZ, PAOLA
MILA BARCELO, ROSA MERCEDES
MILAN, FRANK D. INSERNI
MILFORD SOUND HOLDINGS II LP
MILLER BUCKFIRE & CO
MINANDO
MINICHINO JTWROS, CARMINE V AND
   REGINA
MIRANDA LAW OFFICES
MIRANDA MAISONAVE, DAMARIS I.
MIRANDA, WANDA
MIRANDA-GIRIBALDI, JAN
MIRANDA-RAMIREZ, EMILIO
MIRO, CARLOS
MMM MULTIHEALTH, LLC
MOELIS & COMPANY
MOJICA, HECTOR MELENDEZ
MOJICA-MALDONADO, GUILLERMO
MOLINA HEALTHCARE OF PUERTO RICO,
   INC.
MONARCH ALTERNATIVE CAPITAL LP
MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD.
MONARCH CAPITAL MASTER PARTNERS III LP
MONARCH CAPITAL MASTER PARTNERS IV LP
MONARCH DEBT RECOVERY MASTER FUND LTD.
MONARCH SPECIAL OPPORTUNITIES MASTER FUND LTD.
MONROIG MARQUEZ, CARLOS J.
MONROIG, ORLANDO TORRES
MONTALVO DELGADO, JANNEFER IN
   REPRESENTATION OF MINOR SARAH
   LYAN RAMOS MONTALVO
MONTALVO FEBUS, JOSE JAVIER
MONTALVO SANTIAGO, ANA M.
MONTANEZ ALLMAN, AGUSTIN
MONTAÑEZ ROSA, IVETTE Y OTROS
MONTES LOPEZ, MARILYN
MONTILLA-ALVARADO, CAMELIA
MONY LIFE INSURANCE COMPANY OF
   AMERICA
MOORE & VAN ALLEN PLLC
MORALES CINTRON, RAMON
MORALES DIAZ, CARLOS N.

MORALES GONZALEZ, LUIS F.
MORALES LAW OFFICES
MORALES MALPICA, YADIRIS
MORALES MORALES, ILDEFONSO
MORALES PEREZ, WANDA I.
MORALES RAMOS, JUDYANN
MORALES RODRÍGUEZ, CARMEN L.
MORALES RODRIGUEZ, SANDRA
MORALES RODRIGUEZ, ZORAIDA
MORALES TORRES, FRANCISCO
MORALES, MARIA M. CATALA
MORALES, ZAIDE A.
MORALES-BERRIOS, FABIAN
MORALES-GONZALEZ, PEDRO JUAN
MORALES-RAMOS, JUDY ANN
MORAN-RIVERA, LUNA
MORELL CARTAGENA & DAPENA
MORENO TORRES, LITHETTE M.
MORERA, CRISTINA M. RIBAS
MORGAN, LEWIS & BOCKIUS LLP
MORILLO, WALTER J. MARTINEZ
MORLAES PEREZ, WANDA I.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
MORRISON & FOERSTER, LLP
MORTGAGE GUARANTY INSURANCE CORPORATION
MOYA, LEILA S. CASTRO
MPJ AUTO CORP.
MS MANGO FARM, INC.
MSD INTERNATIONAL GMBH (PR BRANCH) LLC
MULTINATIONAL INSURANCE COMPANY
MUNICIPALITY OF ANASCO
MUNICIPALITY OF MAYAGUEZ
MUNICIPIO ANTONOMO DE HUMACAO
MUNICIPIO AUTONOMO DE HUMACAO
MUNICIPIO DE NAGUABO
MUNIZ RIVERA, IRMA I.
MUÑOZ BENITEZ BRUGUERAS & CRUZ
MUNOZ OLAN, OLIVER
MUNOZ PUCHALES, ANGEL
MUNOZ TORRES, MAYRA I.
MUNOZ-NAZARIO LAW OFFICE
MURIEL MELENDEZ, LIZ J
MURILLO TRISTANI, LUIS A.
NACHMAD & GUILLEMARD, PSC
NANETTE RICKENBACH
NARVAEZ CARRION, JOSE
NATAL FELICIANO, BETHZAIDA
NATIONAL FIRE INSURANCE COMPANY OF
    HARTFORD
NATIONAL HIGHWAY TRAFFIC SAFETY
    ADMINISTRATION
NATIONAL UNION FIRE INSURANCE CO OF
    PITTSBURGH, PA
NATIONAL UNION FIRE INSURANCE CO OF
    PITTSBURGH, PA. ON BEHALF OF THE
    ENTITIES LISTED ON EXHIBIT A

NAVARRO FERNANDEZ, JOSE M.
NAYLEF A. PEREZ MONTALVO
   REPRESENTED BY HER MOTHER
   JANNEFFER MONTALVO
NAZARIO ACOSTA, RICARDO
NAZARIO LEDUC, EVELYN
NAZARIO, DORIS D. ORTIZ
NEGRON MARTINEZ, CESAR LUIS
NEGRON ORTIZ, CARMEN ADELIA
NEGRON VIDAL, BELISA
NEGRON, CARLOS SOTO
NEGRON, CARMEN MARIA
NEGRON-COLON, LEMUEL
NEGRONI DIAZ, JOSE A
NELSON ROBLES DIAZ LAW OFFICES P.S.C
NESTLE PUERTO RICO, INC.
NEVARES, SANCHEZ- ALVAREZ & CANCEL
   PSC
NEW JERSEY STATE POLICE
NIAVIUS TRUST
NIEVES FRED, VILMARIE
NIEVES MELENDEZ, BEATRIZ
NIEVES MORALES, CARMEN M.
NIEVES MOUNIER, EMIL
NIEVES NAVARRO, MIGUEL A.
NIEVES RODRIGUEZ, XIOMARA
NIEVES ROSADO, ANGEL
NIEVES TORRES, AWILDA
NIEVES, VERONICA ROLON
NIEVES, YOMAIRA CARABALLO
NIEVES-PABON, IDALIZ
NIGAGLIONI LAW OFFICES, PSC
NIXON, JOHN E.
NOGUERAS DE GONZALEZ LAW OFFICE
NORMA E DELEON GONZALEZ
NORTEL NETWORKS (CALA), INC.
NORTH LAW FIRM
NUNEZ NIEVES, JOSE R.
NUVEEN MARYLAND QUALITY MUNICIPAL
   INCOME FUND, A MASSACHUSETTS
   BUSINESS TRUST
NUVEEN MULTISTATE TRUST IV - NUVEEN
   KANSAS MUNICIPAL BOND FUND, A
   MASSACHUSETTS BUSINESS TRUST
OBSIDIAN MASTER FUND – TRADING SLEEVE
OCASIO PEREZ LAW OFFICES
OCASIO-GONZALEZ, MANUEL ANTONIO
OCASIO-TORRES, BENJAMIN
OFICINA LEGAL LIC. IRIS Y. APONTE ANDINO
OJEDA & OJEDA LAW OFFICE PSC
OJEDA, JOSE A. BATLLE
OJEDA-BRACERO, GERMAN
OJEDA-DIEZ, RAFAEL
OLAN ALMODOVAR, GERARDO
OLAVARRIA JIMENEZ, JOSE E.
OLD BELLOWS PATNERS LP

OLGA MARTINEZ FINALE AS INHERITOR OF    ONDINA FINALE CARDENAS
OLIVENCIA DE JESUS, ORLANDO
OLIVER, EDNA V.
OLIVERAS & ORTIZ LAW OFFICES, PSC
OLIVERAS COLON, PABLO
OLIVERAS-VAZQUEZ, BETHZAIDA
OLIVERO ASTACIO, IVONNE
OLMEDO LAW OFFICES PSC
OLMO KORTRIGHT, NELSON RAFAEL
OM FOUNDATION LIMITED
OMEGA ENGINEERING, LLC
OMJ PHARMACEUTICALS, INC.
O'NEILL SECURITY & CONSULTANT
   SERVICES, INC.
ONTANO ROSARIO, JOSE
OQUENDO RIVERA, MARIA
ORAMA, YANIRE BATISTA
ORIENTAL ENGINEERS CORP.
ORILLANO MEDERO, LOURDES
ORLANDO CAMACHO PADILLA
ORLANDO FERNANDEZ LAW OFFICES, P.S.C.
ORRIOLA, ASHLY MORALES
ORTEGA-CABRERA, MINERVA
ORTIZ ALEJANDRO, JOSE RAMON
ORTIZ COLON, RICARDO L.
ORTIZ FELICIANO, MIRIAM
ORTIZ GRACIA, ARCELIO
ORTIZ GUZMAN, EDDIE
ORTIZ LEGRAND, LUIS GABRIEL
ORTIZ LEON, IRAIDA
ORTIZ MELENDEZ, ALEJANDRA
ORTIZ NAZARIO, RUTH A.
ORTIZ PEREZ, DEBORAH
ORTIZ RAMIREZ DE ARELLANO, CECILE
ORTIZ RIVERA, AGUSTIN
ORTIZ RIVERA, MILAGROS
ORTIZ RODRIGUEZ, NORMA I.
ORTIZ ZAYAS, CANDIDA R.
ORTIZ, FUIN M. CASTRO
ORTIZ, JESSICA M. QUILICHINI
ORTIZ, LUCY RABEL
ORTIZ, OSVALDO J., BY: JOSE O. ORTIZ
   FERNANDEZ, EXECUTOR
ORTIZ, XAVIER A. ARROYO Y YELIXA M.
ORTIZ-COLON, RICARDO L.
ORTIZ-MENES, ARTURO
ORTIZ-TORRES, CAMILA
OSORIO-COLLAZON, HOLVIN
OSVALDO J. ORTIZ
OTERO RODRIGUEZ, LETICIA
OYOLA MARTINEZ, REINALDO
P.R. AGRO-TERRA INTERNATIONAL
PABLO DEL VALLE RIVERA
PABLO LUGO LAW OFFICE
PABUR INC. H/N/C H2ONLY
PACHECO MIGUEL, VELAZQUEZ

PACHECO PADILLA, MARIBEL
PACHECO-ESTRADA, CARLOS J.
PADIAL-GUZMAN, ANA
PADILLA VELEZ, ANIBAL
PAGAN ORTIZ, DAPHNE Y.
PAGAN RIVERA, BRENDA E.
PAGAN, CYNTHIA NAVARRO
PAGAN, EFRAIN CASTRO
PAGAN, LEIDA
PAGAN, OMAR PADRO
PAGAN-RIVERA, CARLOS B.
PAGAN-ROSADO, DIANA LYNN
PAGE MACY REV TRUST DTD 12/29/86 T-I-C
PALMETTO STATE FUND A LP
PASTRANA COLÓN, RAFAEL
PASTRANA PASTRANA, MARIA DEL C.
PATHEON PUERTO RICO, INC.
PATRICIA, DANIEL
PAVIA & LAZARO, PSC
PAZ VILLALOBOS, IRIS
PAZ, CARLOS A. QUILICHINI
PEDRO JAIME LÓPEZ-BERGOLLO
PEDRO R. VAZQUEZ, III PSC
PEDRO ROLANDO MARTINEZ TORRES AS
    INHERITOR OF OLGA FINALE
PEDRO ROLANDO MARTINEZ TORRES BY
    HIM
PEDROZA ROSA, ANA
PEÑA LUGUERA, JUAN C
PENA, ROBERTO PASSAPERA
PENTWATER CREDIT MASTER FUND LTD.
PENTWATER UNCONSTRAINED MASTER
    FUND LTD.
PEPSI COLA PUERTO RICO DISTRIBUTING, LLC
PEPSICO PUERTO RICO, INC.
PEPSI-COLA MANUFACTURING INTERNATIONAL, LIMITED
PEREIRA FIGUEROA, JUAN
PERELLA WEINBERG PARTNERS
PEREZ ADORNO, JORGE L
PEREZ CABALLERO LAW OFFICES
PEREZ DIAZ, CARLOS
PEREZ GUTIERREZ LAW OFFICE
PEREZ LA SANTA, VELMA
PEREZ MORALES, DAMASO
PEREZ ORTIZ, HECTOR
PEREZ RESTO, MARIA NITZA
PEREZ RIVERA LAW OFFICES
PEREZ RODRIGUEZ, DIONISIO
PEREZ RODRIGUEZ, JOEL
PEREZ RODRIGUEZ, JULIA M.
PEREZ RODRIGUEZ, MARIA V.
PÉREZ VÁZQUEZ, MARITZA
PEREZ-BERNARD, LUIS A.
PÉREZ-COLÓN, JUAN
PEREZ-DELGADO, MADELYN
PEREZ-GUTIERREZ, FERNANDO

PEREZ–KUDZMA LAW OFFICE, P.C.
PEREZ-OCASIO, DORIS
PEREZ-RODRIGUEZ, MARIA VICTOR
PEREZ-ROMAN, BRENDA L.
PERMAL CANYON IO, LTD.
PERRINJAQUET-CRUZ, OLIVIER
PESQUERA TEISSONNIERE, CARLOS
PESQUERA TEISSONNIERE, MARIA A.
PETERSON, JUSTIN M.
PETRIBEL, SANTOS OTERO
PFIZER PHARMACEUTICALS LLC
PICO VIDAL, ISABEL VICTORIA
PIETRI TORRES, VILMA B.
PINEDA RIVERA, CARMEN L.
PINERO MARQUEZ, SARA
PINTADO, GUSTAVO E RIVERA
PJA LAW OFFICES
PLAN DE SALUD MENONITA INC.
PLAZA LAS AMERICAS, INC.
PLAZA TOLEDO, OMARIS
PMC MARKETING CORP.
POINT GUARD INSURANCE COMPANY
POLANCO ESTRELLA, RAFAEL E.
POLANCO JORDAN, YANITSZA MARIE
POLANCO JORDÁN, YANITSZA MARIE
POLANCO RIVERA, JESUHAN
POLANCO RIVERA, NEILIANY
POLO & POLO, LLC
POMALES CASTRO, MIGUEL
POMALES RODRIGUEZ, WILSON
PONCE DE LEON 1403
PONCE MRI, INC.
PONT ROMAGUERA, FERNANDO
PONT ROMAGUERA, FERNANDO J.
PORRATA CRUZ, ERIC A.
PORTILLA, JOSE R.
POSTIGO, EDGARDO
PPG ARCHITECTURAL COATINGS (PUERTO RICO), INC.
PR INVESTMENTS LLC
PR STORAGE FORKLIFT DIVISION
PREMIER TRUST
PRETE, JAMES A.
PRIETO, DANIEL E MORENO
PRINCIPE FLORES, JULIA
PRISMA SPC HOLDINGS LTD. SEGREGATED
    PORTFOLIO AG
PROCTER & GAMBLE COMMERCIAL LLC
PROFESSION CONSULTING INTERNATIONAL
    GROUP, INC.
PROVIDENT LIFE AND ACCIDENT
    INSURANCE COMPANY
PRYMED, INC.
PUERTA DE TIERRA REALTY, INC.
PUERTO RICO BAN (CIII) LLC
PUERTO RICO GNMA & US GOVERNMENT
    TARGET MATURITY FUND FOR PUERTO

RICO RESIDENTS, INC.
PUERTO RICO HOUSING FINANCE
AUTHORITY (CAPITAL FUND
MODERNIZATION PROGRAM BONDS)
SERIES 2003 AND 2008 BONDS
PUERTO RICO INVESTORS TAX-FREE FUND V,
INC.
PUERTO RICO RESIDENTS BOND FUND I
PUERTO RICO RESIDENTS TAX-FREE FUND
III, INC.
PUERTO RICO RESIDENTS TAX-FREE FUND
IV, INC.
PUERTO RICO RESIDENTS TAX-FREE FUND
VI, INC.
PUERTO RICO RESIDENTS TAX-FREE FUND II,
INC.
PUERTO RICO RESIDENTS TAX-FREE FUND V,
INC.
PUERTO RICO RESIDENTS TAX-FREE FUND,
INC.
QUALITY CONSTRUCTION SERVICES II, LLC
QUALITY EQUIPMENT, INC.
QUINONES VILLANUEVA, JOSE L.
QUINONES, ARBONA & CANDELARIO, PSC
QUINONES, FAUSTO HERNANDEZ
QUINONES-CARABALLO, GLADYS W.
QUINTERO-CORTES, IVONNE
QUIROS MILANES, EMMA I
QUIROS PAGAN, MAGDA E.
R & F ASPHALT UNLIMITED, INC.
RADI CORP.
RAFAEL J. NIDO, INC.
RAMERY, MAGDALENA MACHICOTE
RAMHIL DEVELOPERS, INC.
RAMIREZ LLUVERAS, EVELYN
RAMIREZ RIVERA, CARMEN J.
RAMIREZ SANTIAGO, JUAN D.
RAMIREZ, ANA MARIA SANTIAGO
RAMIREZ, ANGEL
RAMIREZ, EMILIO SOLER
RAMIREZ, HERIBERTO HERNANDEZ
RAMIREZ, WILSON CRUZ
RAMIREZ-CISNEROS, DANIEL
RAMON DIAZ GOMEZ, ESQ
RAMON NICOLAS PLAZA
RAMOS AGUIAR, GLORIA CONSUELO
RAMOS FIGUEROA, JOSE E.
RAMOS JUSINO, YOLANDA
RAMOS MARTIN, ROBERT
RAMOS MARTIN, RONALD
RAMOS MONTALVO, SARAH LYAN
RAMOS MORENO, CARMELO
RAMOS MOTA, CECILIA
RAMOS PORTALATIN, EUFEMIA
RAMOS TORRES, DIONISIO
RAMOS, EILEEN J. BARRESI

RAMOS-COLLAZO, ROLANDO
RAMOS-ORTIZ, BETHZAIDA
RAMOS-RIOS, MIRIAM
RAMOS-VILLANUEVA, LUIS
RANGEL GONZALEZ, LESTER M.
RAVARO CONSTRUCTION CORPORATION
RC LAW OFFICE, PSC
REALTY DEVELOPMENT CORPORATION
REBOYRAS, JUAN ACOSTA
REICHARD & ESCALERA
REICHHARDT TEN COM, ANN M.
REICHHARDT TEN COM, JOHN R.
RENDON FIGUEROA, MANUEL RAMON
RENE, SANTANA PAGAN
RENEE PAGAN SANTANA, YSABEL FLORIAN
RENO & CAVANAUGH, PLLC
RESUN BARCELONETA, LLC
REXACH & PICO, CSP
REXACH FELICIANO, ANTONIO
REXACH HERMANOS, INC.
REYES AGOSTO, EVA N.
REYES GILESTRA, TRISTAN
REYES RODRIGUEZ, NELSON
RGA REINSURANCE COMPANY
RGF LAW FIRM
RGMG LAW
RIBAS-ABISLAIMAN, MIGUEL JUAN
RICENT, LIZ MARY VELEZ
RICHARD JAMES MACLEAN
RICHARD SCHELL ASAD
RIDGE TOP DEVELOPMENT, INC.
RIEFKOHL, ALEXY G.
RIEKER, MATTHIAS
RIESTRA FERNANDEZ, MIGUEL
RIGUAL VELAZQUEZ, MARIA TERESA
RIO CONSTRUCTION CORP.
RIOS MORALES, AWILDA
RIOS SEDA, YAIZA
RIOS-MUNOZ, VIVIAN
RIOS-TORRES, VICTOR A.
RIVER RIVERA, MADELINE
RIVERA AROCHO, MANUEL J.
RIVERA CANALES, WANYALIX
RIVERA CLEMENTE, FELIX
RIVERA COLON, RIVERA TORRES & RIOS
   BERLY
RIVERA CORRALIZA, PABLO JAVIER
RIVERA CRUZ, GILBERTO
RIVERA CRUZ, JAIME
RIVERA CRUZ, ROSA I.
RIVERA GONZALEZ, AGUEDA M.
RIVERA IRIZARRY, ISMAEL
RIVERA LOPEZ DE VICTORIA, LIZZETTE
RIVERA LOPEZ, COSME LUIS
RIVERA MARTINEZ, ROSA
RIVERA MELENDEZ, HECTOR

RIVERA MELENDEZ, IVAN
RIVERA MELENDEZ, SAUL
RIVERA MONTALVO, MAGDALENA
RIVERA MUNICH & HERNANDEZ
RIVERA PELLOT, LUIS
RIVERA PERCY, VICTOR T.
RIVERA PEREZ, JAIME JAFFET
RIVERA RAMIREZ, JOSE MARCELO
RIVERA RIOS, IVAN
RIVERA RIVERA, MOIRA GRUSHESKA
RIVERA RIVERA, NATHANAEL
RIVERA RIVERA, NYDIA M.
RIVERA ROMAN, JUAN P.
RIVERA ROSADO, ILDEFONSO
RIVERA ROSARIO, JUAN R.
RIVERA RUBILDA, FIGUEROA
RIVERA VAZQUEZ LAW OFFICES
RIVERA VELAZQUEZ, JOSE A.
RIVERA VELEZ, ERIC
RIVERA, ALEJANDRINA CARDONA
RIVERA, ALLAN AMIR
RIVERA, ANGEL CORTES
RIVERA, BETHZAIDA LEBRON
RIVERA, LIZZETTE LOPEZ DE VICTORIA
RIVERA, TULLA AND FERRER, LLC
RIVERA-CALDERIN, JACQUELINE
RIVERA-COLON, NESTOR
RIVERA-GARRASTEGUI, FERDINAND
RIVERA-GUEVAREZ, ROLANDO
RIVERA-LUGO, LUIS
RIVERA-MORALES, HECTOR
RIVERA-SANTOS, ET AL, MANUEL A.
RIVERNORTH DOUBLELINE STRATEGIC
    INCOME
RIVERO CONSTRUCTION CORP.
ROBERT D. ALBRIGHT, JR. REVOCABLE
    TRUST UA 05/01/2002, ROBERT D.
    ALBRIGHT, JR., TRUSTEE
ROBERT T. TSAI AND HUILING NEE JOIN
    TENANT
ROBERTO MALDONADO NIEVAS
ROBLES ASPHALT CORP.
ROBLES-CRUZ, CARLOS
ROCA III, CESAR A.
RODRIGUEZ BELTRAN, MARTA
RODRIGUEZ BETANCOURT, GUSTAVO E.
RODRIGUEZ COLON, MILAGROS
RODRIGUEZ CONCEPCION, JAVIER
RODRIGUEZ CUEVAS, LUZ N.
RODRIGUEZ DEYNES, VICTOR
RODRIGUEZ DIAZ, RAFAEL
RODRIGUEZ DIEPPA, BRENDALISSA
RODRIGUEZ GONZALEZ, MIGUEL
RODRIGUEZ HERNANDEZ, FELIX
RODRIGUEZ LOPEZ LAW OFFICE, P.S.C.
RODRIGUEZ LOPEZ, SAMUEL

RODRIGUEZ MADERA, ALEXANDER
RODRIGUEZ MARTINEZ, JESSICA
RODRIGUEZ MATOS, JOSE ALBERTO
RODRIGUEZ MOLINA, CARLOS H.
RODRIGUEZ ORTIZ, CARLOS A.
RODRIGUEZ PAGAN, GLORIMAR
RODRIGUEZ PAGAN, REINALDO
RODRIGUEZ RAMIREZ, IVETTE
RODRIGUEZ RIVERA, DORIS E.
RODRÍGUEZ RIVERA, JUSTIN
RODRIGUEZ RODRIGUEZ, FELIX
RODRIGUEZ RODRIGUEZ, GUALBERTO
RODRIGUEZ RODRIGUEZ, LUIS F.
RODRIGUEZ RODRIGUEZ, ZAIDA A.
RODRIGUEZ TORRES, CARMEN D
RODRIGUEZ TORRES, JOSEY
RODRIGUEZ TORRES, LUIS
RODRIGUEZ TORRES, NELSON A.
RODRIGUEZ VEGA, JAMIE
RODRIGUEZ VELAZQUEZ, ARIADNE
RODRIGUEZ, EDWIN F.
RODRIGUEZ, ELBA I. AYALA
RODRIGUEZ, ENELIDA
RODRIGUEZ, EVA TORRES
RODRIGUEZ, FELIX GOMEZ
RODRIGUEZ, FRANK E. TORRES
RODRIGUEZ, GUILLERMO MEDINA
RODRIGUEZ, IRIS M.
RODRIGUEZ, LUIS A.
RODRIGUEZ, MADELINE LOPEZ
RODRIGUEZ, MANUEL A.
RODRIGUEZ, ORLANDO J.
RODRIGUEZ, RAFAEL H. MARCHAND
RODRIGUEZ, RIVERA & TORO PSC
RODRIGUEZ, SANTOS CALIXTO
RODRIGUEZ, LEONOR
RODRIGUEZ-ALVAREZ, AMAURY
RODRIGUEZ-AMARO, EVELYN
RODRIGUEZ-ARROLLO, ALLISON
RODRÍGUEZ-FERNÁNDEZ, PERLA D.
RODRIGUEZ-FIGUEROA, CARLOS R.
RODRIGUEZ-MARRERO, CARMEN M.
RODRIGUEZ-RIVERA, RUBEN
RODRIGUEZ-ROBLES, MIGUEL ANGEL
RODRIGUEZ-TORRES, DAMARIS
RODRIQUEZ QUINONES, DR. RAFAEL
ROJAS MORALES, RITA
ROLAND A. JACOBUS REV TRUST DTD
  7/29/2004
ROLANDO MARTINEZ FINALE AS INHERITOR
  OF ONDINA FINALE CARDENAS
ROLDAN HOYOS, CARLOS M.
ROLON-QUIÑONES, FELIX
ROMAN GONZALEZ, LUZ S.
ROMAN LOPEZ, ADA MARITZA
ROMAN MARTINEZ, NAYDE I.

ROMAN RODRIGUEZ, WEENA E.
ROMÁN ROSADO, YARIELIS
ROMAN, DENIS
ROMAN, JUAN P. RIVERA
ROMANACE, HECTOR R. GONZALEZ
ROMAN-RIVERA, LUISA E.
ROMERO CRUZ, CRYSTAL
ROMERO LOPEZ, LUIS R.
ROMERO QUINONES, MARIA C
ROPES & GRAY LLP
ROQUE FELIX, CYNTHIA
ROSA MARTINEZ, AGAPITO
ROSA, BETTY A.
ROSADO MORALES, AYMEE DEL C.
ROSADO PEREZ, JOSE M.
ROSADO SANTIAGO, WILLIAM
ROSARIO ACEVEDO ET AL, WILLIAM G.
ROSARIO CORA, IRMA M.
ROSARIO FELICIANO, JONNATHAN
ROSARIO-DE JESUS, PAOLA
ROVIRA BLONDET, RICARDO
RPP LAW
RS LEGACY CORPORATION
RUBBER & GASKET CO OF PR
RUIZ CACERES, LEINELMAR
RUIZ COLON, NELSON
RUIZ CORREA, NELSON
RUIZ GONZALEZ, PETRA N.
RUIZ, MARIA C. VELEZ
RUIZ, MARLENE
RUIZ-AVILES, JOSE
RUSSELL MCMILLAN, HAZEL A.
RUTH SILOVIO REPRESENTED BY FERNANDO
    L. GALLARDO
S & C INVESTMENT GROUP INC.
S O P INC D/B/A SPECIALTY OFFICE PRODUCT
SAAVEDRA CASTRO, PSC, BUFETE JUAN H.
SAEL, A MINOR CHILD, MANUEL ANGEL
    ESTRADA AND EILEEN LOPEZ, PARENTS
SAEZ VARGAS, ANNETTE
SAFETY ROUTE CORPORATION
SAGARDÍA LAW OFFICES
SALAS BELLAFLORES, MARIA D.
SALDANA & SALDANA-EGOZCUE, PSC
SALDANA ,CARVAJAL & VELEZ-RIVE, PSC
SALDAÑA, OLGA
SALTZ, EDWIN X.
SALUD INTEGRAL DE LA MONTANA, INC.
SALUD PRIMARIOS DE BARCELONETA, INC.
SAMUEL GRACIA GRACIA
SAMUEL LEBRON OTERO AND MARGARITA
    CARDONA CRESPO
SAN GERONIMO CARIBE PROJECT, INC.
SANCHEZ ACEVEDO, JOSE J.
SANCHEZ BETANCES, LUIS
SANCHEZ GOMEZ, MARIA C.

SANCHEZ MATTA, LUZ M.
SANCHEZ OLIVERAS, AIDA IVETTE
SANCHEZ ORTIZ, ROSA M.
SANCHEZ PICON, MARIA
SÁNCHEZ RIVERA, ALMAJ
SANCHEZ RIVERA, CARLOS I.
SANCHEZ RIVERA, MIGUEL ANGEL
SANCHEZ RODRIGUEZ, FRANCISCO
SANCHEZ SANTIAGO, JOSE A.
SANCHEZ SERRANO, JOSUE W.
SANCHEZ TORRES, JOSE ALBERTO
SANCHEZ ZAYAS, ADA I.
SANCHEZ, CARMELO MARQUEZ
SANCHEZ, EDGAR LOPEZ
SANCHEZ, GUY
SANCHEZ, JOSE A. CUEVAS
SANCHEZ, RAUL
SÁNCHEZ/LRV LLC
SANCHEZ-CRUZ, DOROTEO
SANCHEZ-RODRIGUEZ, FRANCISCO
SANCHEZ-RODRIGUEZ, FRANCISCO
SANDOVAL, CARLOS
SANDS, DAVID SANBORN AND GAIL A.
SANJENIS-CARDONA, ALEJANDRO
SANTAELLA MENDEZ, MARIA M.
SANTANA , ELIEZER RAMOS
SANTANA MURIEL, NIURKA C.
SANTANA, ROMANITA
SANTANA-LEDUC, MILAGROS
SANTI LAW OFFICE
SANTIAGO & GONZALEZ LAW, LLC
SANTIAGO ACUNA, VIRGINIA M.
SANTIAGO ALBALADEJO, MANUEL
SANTIAGO CALDERO, VIOLETA
SANTIAGO DIAZ, MAGALY
SANTIAGO FIGUEROA, MAITE
SANTIAGO GARBO, DANNY
SANTIAGO HERNANDEZ, DELBA I.
SANTIAGO HERNANDEZ, MARIA DELOS A.
SANTIAGO JIMENEZ, NOEL
SANTIAGO MARTINEZ, GIANCARLO
SANTIAGO MORALES, AWILDA
SANTIAGO PUIG LAW OFFICES
SANTIAGO RUIZ, MAXIMINA
SANTIAGO SEPULVEDA, SAMARIS
SANTIAGO SERRANO, DAMARIS
SANTIAGO TORRES, IRMA I.
SANTIAGO, ADALBERTO QUILES
SANTIAGO, MADELINE
SANTIAGO, MATILDE ALBALADEJO
SANTIAGO, NAIR BUONOMO
SANTIAGO, ROBERTO ALONSO
SANTIAGO, XAVIER J. RAMOS
SANTIAGO-PERELES, RINALDI & COLLAZO,
   PSC
SANTINI LAW OFFICE PSC

SANTINI, CHRISTIAN BRAVO
SANTOS BERRIOS LAW OFFICE LLC
SANTOS ORTIZ, VICTOR
SANTOS RIVERA, FRANCISCO
SANTOS, FRANCISCO
SANTOS-ORTIZ, MARIE
SANTOS-SANCHEZ, CESAR
SATAN, MIROSLAV
SAUL EWING ARNSTEIN & LEHR LLP
SC5EJT LLC AS TRANSFEREE OF SOLA LTD.
SC5EJT LLC AS TRANSFEREE OF ULTRA
    MASTER LTD.
SCHANEY, DENNIS M.
SDT CONTRACTORS, INC.
SEDA ARROYO, EDGARDO
SEGARRA, CHRISTIAN G RAMOS
SEGUI RODRIGUEZ , SAMUEL X.
SEMIDEY, JAIME SANTIAGO
SEPULVADO & MALDONADO, PSC
SEPULVEDA APONTE, JOSE LEANDRO
SEPULVEDA, ERIC
SERRANO ISERN, ALFONSO
SERRANO MENDEZ, PEDRO I.
SERRANO MORALES, KAYRA G.
SERRANO URDAZ LAW OFFICE
SERVICIOS MÉDICOS UNIVERSITARIOS, INC.
SEWARD & KISSEL LLP
SHEARMAN & STERLING LLP
SHEPHERD SMITH EDWARDS & KANTAS LLP
SHORT HIGH-YIELD MUNICIPAL ETF
SHORT MUNICIPAL ETF
SIFRE ROMAN, LEGNA E.
SILVA HERNANDEZ, MARTA
SIMPSON THACHER & BARTLETT LLP
SINDICATO DE BOMBERAS UNIDOS DE PR
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
    LLP
SKYTEC INC.
SLATER, PAUL KELLY
SM ELECTRICAL CONTRACTO
SMITH & NEPHEW, INC.
SMITH BRINGAS, ERNESTO A.
SNYDER DE LA VEGA, ERIC
SOBERAL DEL VALLE, NYDIA
SOCIEDAD LEGAL DE GANANCIALES
    BURGOS-MILA
SOCORRO RIVAS AND LUIS A. REYES RAMIS
    COMM PROP
SOCORRO TORRES, CARMEN
SOLA ORELLANO, JOSE V.
SOLE-DE LA PAZ LAW OFFICES
SONUVAC CORPORATION
SOSA, BENJAMIN ARROYO
SOSARODRÍGUEZ, BLESSY
SOSTIE LEYZ, WILLIAM M.
SOTO CRUZ, JOSE ANTONIO

SOTO GONZALEZ, CARLOS OMAR
SOTO HUERTA, VIRGINIA
SOTO LOPEZ, MAYRA
SOTO NAZARIO, GLORIA M.
SOTO QUINONES
SOTO RODRIGUEZ, MONSERRATE
SOTO-GONZALEZ, LUIS A.
SPDR SERIES TRUST - SPDR NUVEEN S&P
    HIGH YIELD MUNICIPAL BOND ETF, A
    MASSACHUSETTS BUSINESS TRUST
ST. JUDE MEDICAL PUERTO RICO LLC
STATE STREET GLOBAL ADVISORS TRUST COMPANY
STEPTOE & JOHNSON, LCC
STERLING ORTIZ, DIONISIO
STEWART TITLE GUARANTY CO-MASTER
STILLMAN, ROBERT
STODDARD DE JESUS, WILLIAM
STRADLING YOCCA CARLSON & RAUTH, PC
STRATEGIC INCOME FUND MMHF
STROOCK & STROOCK & LAVAN LLP
STUBBE ARSUAGA, FEDERICO
STUGO HOLDINGS, LLC
STYX PRIVATE FUND LLP FL
SUAREZ DE LEON, RAFAEL
SUCESION DE EDARDO JOSE ORTIZ RIVERA
SUCESION DE EDGARDO JOSE ORTIZ RIVERA
SUCESION J. SERRALLES SECOND, INC.
SUCESORES CARVAJAL
SUCRE-CONCEPCION, GERARDO JAVIER
SUNCOOL AIR CONDITIONING CORP.
SUPER ASPHALT PAVEMENT CORPORATION
SURO LLOMBART, MARIA DE LOS ANGELES
SURO LLOMBERT, JOSE A.
SUSAN A JENNINGS, TRUSTEE
SUSMAN GODFREY LLP
SYNOVOS PUERTO RICO, LLC
SYSTEMAX PUERTO RICO
T.M.T.A., A MINOR, DAUGHTER OF DAISY
    AGUAYO CUEVAS
TACONIC MASTER FUND 1.5 L.P.
TAPIA ORTIZ, JUAN A.
TAX FREE FUND FOR PUERTO RICO
    RESIDENTS, INC.
TAX FREE TARGET MATURITY FUND FOR
    PUERTO RICO RESIDENTS, INC.
TAX-FREE FIXED INCOME FUND
TAX-FREE FIXED INCOME FUND II FOR
    PUERTO RICO RESIDENTS, INC.
TAX-FREE FIXED INCOME FUND III FOR
    PUERTO RICO RESIDENTS, INC.
TAX-FREE FIXED INCOME FUND IV FOR
    PUERTO RICO RESIDENTS, INC.
TAX-FREE FIXED INCOME FUND V FOR
    PUERTO RICO RESIDENTS, INC.
TAX-FREE HIGH GRADE PORTFOLIO BOND
    FUND FOR PUERTO RICO RESIDENTS, INC.

TAX-FREE HIGH GRADE PORTFOLIO BOND
    FUND II FOR PUERTO RICO RESIDENTS,
    INC.
TAX-FREE HIGH GRADE PORTFOLIO TARGET
    MATURITY FUND FOR PUERTO RICO
    RESIDENTS, INC.
TECHNICAL MAINTENANCE SERVICES
TECHNICAL POWER SERVICES
TEISSONNIERE, CARLOS A. PESQUERA
TELRITE CORPORATION
TENS DEVELOPMENT, LLC
THE AYENDEZ FACCIO TRUST,
    REPRESENTED BY UBS TRUST COMPANY
    OF PUERTO RICO
THE BANK OF NOVA SCOTIA AS TRANSFEREE OF SCOTIABANK DE PUERTO RICO
THE BATISTA LAW GROUP, PSC
THE CONTINENTAL INSURANCE COMPANY
THE DE JESUS GOLDEROS TRUST
THE DEVELOPERS GROUP INC.
THE DEVELOPERS GROUP INC. TARGET
    BENEFIT PLAN
THE ESTATE OF FERNANDEZ GARZOT
THE ESTATE OF RAUL DE PEDRO AND DIANA
    MARTINEZ
THE ESTATE OF REINALDO RODRIGUEZ
    PAGAN (DECESED) AND HIS WIDOW
    REINA COLON RODRIGUEZ
THE GARCIA GUBERN TRUST, REPRESENTED
    BY UBS TRUST COMPANY OF PUERTO
    RICO
THE GARFFER GROUP OF LEGAL ADVISORS
THE GATORADE PUERTO RICO COMPANY
THE LAW OFFICES OF EDWARD W. HILL
THE MEDICAL PROTECTIVE COMPANY
THE MOELIS FAMILY TRUST DTD 12/03/1990
THE NEW 5-7-9 AND BEYOND, INC.
THE PUERTO RICO PUBLIC FINANCE
    CORPORATION (COMMONWEALTH
    APPROPRIATION BONDS) SERIES 2011A
THE PUERTO RICO PUBLIC FINANCE
    CORPORATION (COMMONWEALTH
    APPROPRIATION BONDS) SERIES 2012A
    BONDS
THE RIVERA GROUP
THE TRAVELERS INDEMNITY COMPANY
THE TYLENOL COMPANY
THE UNIVERSITY OF PUERTO RICO
    UNIVERSITY SYSTEM REVENUE
    REFUNDING BOND SERIES P AND Q
THREE O'CONSTRUCTION, S.E.
TOLEDO & TOLEDO LAW OFFICE
TORO COLÓN MULLET P.S.C.
TORO MUÑOZ, VIVIAN
TORO PEREZ, DAVID
TORRES ACOSTA, LIRMARIS
TORRES ALAMO DE PADILLA, ISABEL

TORRES ALAMO, ISABEL
TORRES GONZALEZ, JUAN O.
TORRES LOPEZ, FERNANDO L.
TORRES LOPEZ, MICHELLE
TORRES LOPEZ, MICHELLE
TORRES MARTINEZ, EDWIN ARIEL
TORRES MARTINEZ, ISALI
TORRES MELENDEZ, SENDIC OMAR
TORRES NAVEIRA, MANUEL BISMARCK
TORRES ORTIZ, BRENDA I
TORRES PEREZ, JOSE L
TORRES PEREZ, LILLIAM
TORRES PEREZ, MAGDOU
TORRES RIVERA , MILADYS
TORRES RIVERA, LEIDA S.
TORRES SANTIAGO, EMMA L.
TORRES TORRES, DOMINGO
TORRES TORRES, WILLIAM
TORRES, CARLOS MONRIGUEZ
TORRES, CYNTHIA TORRES
TORRES, JOSE ALEJANDRO MORALES
TORRES, LESLIE M.
TORRES, LUZ VANESSA RUIZ
TORRES, ZORIADA
TORRUELLA, JORGE LUCAS PEREZ-
    VALDIVIESO
TRAFALGAR ENTERPRISES, INC.
TRANSPORTE DE GOMAS NATHAN INC.
TRASLADOS MEDICOS DE PUERTO RICO
TREBILCOCK & ROVIRA, LLC
TRINIDAD NIEVES, OLGA I.
TRIPLE-S ADVANTAGE, INC.
TRIPLE-S VIDA, INC.
TRISTAN REYES GILESTRA / GVELOP
TRONCOSO SCHELL & BOBONIS
TRUJILLO-GONZALEZ, MAXIMILIANO
U.S. BANK NATIONAL ASSOCIATION AS TRANSFEREE OF GDB DEBT RECOVERY AUTHORITY
U.S. CUSTOMS AND BORDER PROTECTION
U.S. DEP'T OF JUSTICE, OFFICE OF JUSTICE PROGRAMS
U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES/HEALTH RESOURCES SERVICES
    ADMINISTRATION
U.S. DEPARTMENT OF LABOR
U.S. DEPARTMENT OF THE INTERIOR, U.S. GEOLOGICAL SURVEY
UBARRI & ROMAN LAW OFFICE
UBS TRUST COMPANY OF PUERTO RICO
UGT (UNIÓN GENERAL DE TRABAJADORES)
UITICE (UNIÓN INSULAR DE TRABAJADORES
    INDUSTRIALES Y CONSTRUCCIONES
    ELÉCTRICAS)
UNION DE EMPLEADOS PROFESIONALES
    INDEPENDIENTE DE LA AEE
UNION INSULAR DE TRABAJADORES
    INDUSTRIALES Y CONSTRUCCIONES
    ELECTRICOS
UNIQUE BUILDERS, INC.
UNITED STATES DEPARTMENT OF

AGRICULTURE- RURAL DEVELOPMENT
UNITED STATES OF AMERICA
UNIVERSAL LIFE INSURANCE COMPANY
UNIVERSAL SERVICE ADMINISTRATIVE
   COMPANY
UNIVERSAL SERVICE FUND
UNIVERSIDAD CARLOS ALBIZU, INC.
UNUM LIFE INSURANCE COMPANY OF
   AMERICA
US BOND FUND, ATTN. NICOLE RANZINGER
US MORTGAGE BACKED & INCOME FUND
   FOR PUERTO RICO RESIDENTS, INC.
VALDES DE ADSUAR, RUTH
VALENTIN FRED, NEFTALI
VALENTIN TORRES, EDWIN
VALENTIN, RACHEL M.
VALENTIN-COLLAZO, ENID
VALENTIN-GARCIA, DANIEL
VALENZUELA-ALVARADO, LLC
VALLECILLO, MANUEL I.
VANLINER INSURANCE COMPANY
VARGAS CARRASQUILLO, LIZ
VARGAS CRUZ, LUIS D.
VARGAS GONZALEZ, CARMEN E.
VARGAS LAW OFFICES
VARGAS-VILLEGAS, CARLOS OMAR
VAZQUEZ CORTES, ANGEL JULIO
VAZQUEZ ROJAS, RAMON L.
VAZQUEZ ROJAS, RAMON L.
VAZQUEZ ROSARIO, NANCY
VAZQUEZ-GARCIA, HECTOR
VEGA LOPEZ, ORLANDO, VELAZQUEZ
   WANDA, VEGA OMAR, VEGA ORLANDO,
   VEGA KATHLEEN
VEGA PEREZ, ROSA E.
VEGA RAMOS, JOAN
VEGA, ALFREDO GONZALEZ
VEGA, JOSE C. DIAZ
VEGA, MICHAEL SILVA
VEGA, WALESKA
VEGA-ALBINO, OMAR ALBERTO
VEGA-DE LA VEGA, AMALIZ
VELAZQUEZ CHAVEZ, ARIEL
VELAZQUEZ CRUZ, BETSY
VELAZQUEZ II, ARCADIO ARROYO
VELAZQUEZ PACHECO, MIGUEL
VELAZQUEZ ZABALA, JESNID
VELAZQUEZ, ARCADIO ARROYO
VELAZQUEZ, JESNID
VELAZQUEZ, WILLIAM ACEVEDO
VELAZQUEZ-NEGRON, PAOLA
VELEZ & VARGAS LAW SERVICES, PSC
VELEZ BERRIOS, JOSEFINA
VELEZ CANCEL, AGUSTIN A.
VELEZ GONZALEZ, RAFAEL A.
VELEZ MONTES LAW OFFICES

VELEZ PEREZ, NANCY
VELEZ QUINONES, MARIA L.
VELEZ SERRANO, JOSUE
VÉLEZ, ELSA ARIADNE GONZÁLEZ
VELEZ, REYNALDO ACEVEDO
VELEZ-GARCIA, ROBERTO
VELEZ-LUGO, ALEXANDRA
VENEGAS CONSTRUCTION CORP.
VERONICA FERRAIUOLI HORNEDO
VERTECH INC.
VIALRO LAW OFFICES
VICENTE QUINONES , WANDA LIZ
VICTOR HERNANDEZ DIAZ
VICTOR HERNANDEZ DIAZ, ESCROW AGENT,
   REPRESENTED BY UBS TRUST COMPANY
   OF PR
VICTOR M. RIVERA-RIOS
VICTOR P. MIRANDA CORRADA
VICTOR QUINONES
VICTOR QUIONES
VIDAL PAGAN, PREDRO E.
VIELLA GARCIA, FIORINA MARIA, ET AL
VIERA, JUAN R. ZALDUONDO
VIERA-PLANAS, GILBERTO
VILANOVA ACOSTA, SANTOS
VILARIÑO & ASSOCIATES, LLC
VILLANUEVA, JOSE L. QUIÑONES
VILLEGAS FIGUEROA, EMMA
VILMA M DAPENA RODRIGUEZ
VILMA M. DAPENA LAW OFFICES
VIÑAS LAW OFFICE LLC
VINCENTE & CUEBAS
VINCENTY PEREZ, REINALDO
VITALIFE INC.
WACHTELL, LIPTON, ROSEN & KATZ
WARNER CHILCOTT COMPANY, LLC
WASHINGTON DEL VALLE, GIARA
WEINSTEIN-BACAL, MILLER & VEGA, PSC
WELLS FARGO STRATEGIC MUNICIPAL
   BOND FUND
WHITEHAVEN CREDIT OPPORTUNITIES
   MASTER FUND, LTD.
WILFREDO MARTINEZ
WILLIAM M. VIDAL-CARVAJAL LAW OFFICE,
   P.S.C.
WILLIAM MENDES
WILMINGTON TRUST, NATIONAL
   ASSOCIATION
WOLLMUTH MAHER & DEUTSCH LLP
WOODS, DONALD W. & DAWN M.
WORLD WIDE TIRE, INC.
XL REINSURANCE AMERICA, INC.
YAMBO, PEDRO J.
YOE, VEN AND LOUIE, MAY WONG
YOUNG CONAWAY STARGATT & TAYLOR
   LLP

ZAGA MANAGEMENT CORP.
ZALE PUERTO RICO, INC.
ZAMORA-FERNANDEZ, JOSE A.
ZAPATA, ANA
ZAPATA-HERNANDEZ, HILTON
ZAYAS, GILBERTO JULIO RODRIGUEZ
ZELL MARTINEZ, MILAIZA MARTIZ
   INDIVIDUALLY AND ON BEHALF OF
   MINORS A.O. AND T.M.
ZLS DEVELOPMENT CORPORATION