| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 133964 | ACEVEDO REYES, CARMEN C | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 138221 | ACEVEDO REYES, CARMEN C. | Commonwealth of Puerto Rico | $ - |
| 92166-1 | ACEVEDO ZAMBRANA, CARMEN | Commonwealth of Puerto Rico | $ - |
| 111796 | ACOSTA TORO, JOSE LUIS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 9,000 |
| 150388 | AGOSTO TORRES, CARLOS J. | Commonwealth of Puerto Rico | $ 30,000 |
| 147357 | ALAMO CUEVAS, JOSE M. | Commonwealth of Puerto Rico | $ - |
| 84338-1 | ALERS SEGANA, JUDITH | Commonwealth of Puerto Rico | $ - |
| 60851-1 | ALERS SEGARRA, JAZMIN | Commonwealth of Puerto Rico | $ - |
| 94590 | ALICEA FIGUEROA, LUZ MINERVA | Commonwealth of Puerto Rico | $ - |
| 100483 | ALICEA FIGUEROA, LUZ MINERVA | Commonwealth of Puerto Rico | $ - |
| 172208-1 | ALICEA RODRIGUEZ, LUZ M | Commonwealth of Puerto Rico | $ - |
| 104979 | ALMODOVAR FIGUEROA, ELIZABETH | Commonwealth of Puerto Rico | $ - |
| 106497 | ALMODOVAR FIGUEROA, ELIZABETH | Commonwealth of Puerto Rico | $ - |
| 108401 | ALMODOVAR FIGUEROA, ELIZABETH | Commonwealth of Puerto Rico | $ - |
| 25418 | ALVARADO ALVARADO, OLGA I. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 25382 | ALVAREZ FEBUS, NELIDA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 2,471 |
| 86617-1 | ALVAREZ LORA, DAYNELLE | Commonwealth of Puerto Rico | $ - |
| 88726 | AMALBERT-MILLAN, MARIA A. | Commonwealth of Puerto Rico | $ 75,000 |
| 94753 | AMALBERT-MILLAN, MARIA A. | Commonwealth of Puerto Rico | $ 75,000 |
| 36028 | APONTE RIOS, REBECCA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 8,100 |
| 24741-1 | ARIAS AGUEDA, EDGAR | Commonwealth of Puerto Rico | $ - |
| 117007-1 | ARROYO PEREZ, CARMEN JULIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 117007-2 | ARROYO PEREZ, CARMEN JULIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 63593 | AVILA PEREZ, VIVIAN M | Commonwealth of Puerto Rico | $ - |
| 64997 | AVILA PÉREZ, VIVIAN M. | Commonwealth of Puerto Rico | $ - |
| 173284-1 | AVILES, BLANCA E. | Commonwealth of Puerto Rico | $ - |
| 50909-1 | BAEZ AVILES, SANDRA ENID | Commonwealth of Puerto Rico | $ - |
| 100539 | BENTINE ROBLEDO, ASTRID E. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 133320 | BENTINE ROBLEDO, ASTRID E. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 150803 | BENTINE ROBLEDO, ASTRID E. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 178997 | BERRIOS CASTRODAD, NORMA D. | Commonwealth of Puerto Rico | $ 20,400 |
| 162903-1 | BOGUE SANTANA, ANGEL L | Commonwealth of Puerto Rico | $ - |
| 150081-1 | BONILLA ORTIZ, SOCORRO | Commonwealth of Puerto Rico | $ - |
| 130114-1 | BOSQUE LANZOT, CARLOS E | Commonwealth of Puerto Rico | $ - |
| 72947-1 | BURIOS BERRIOS, NOEMI | Commonwealth of Puerto Rico | $ - |
| 30453 | CALDERIN GARCIA, MARIA | Commonwealth of Puerto Rico | $ - |
| 170832-1 | CALDERON RODRIGUEZ, JUANITA A. | Commonwealth of Puerto Rico | $ - |

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 88883 | CANDELARIO RUIZ, KETTY | Commonwealth of Puerto Rico | $ 25,000 |
| 92104 | CAPELES DIAZ, CARMEN D. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 1,500 |
| 86580-1 | CARABALLO RODRIGUEZ, MIRTA | Commonwealth of Puerto Rico | $ - |
| 85705-1 | CARDONA RIOS , MARIA DE LOS A. | Commonwealth of Puerto Rico | $ - |
| 101484 | CARTAGENA DEL VALLE, MARIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 124302 | CARTAGENA DEL VALLE, MARIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 169067-1 | CASIANO SANTIAGO, FRANCISCA | Commonwealth of Puerto Rico | $ - |
| 164890 | CASILLAS RODRIGUEZ, MYRNA L | Commonwealth of Puerto Rico | $ 14,400 |
| 91584 | CASTILLO LOPEZ, SYLVIA | Commonwealth of Puerto Rico | $ - |
| 91610 | CASTILLO LOPEZ, SYLVIA | Commonwealth of Puerto Rico | $ - |
| 92983 | CASTILLO LOPEZ, SYLVIA | Commonwealth of Puerto Rico | $ - |
| 94640 | CASTILLO LOPEZ, SYLVIA | Commonwealth of Puerto Rico | $ - |
| 108208 | CASTRO HERNANDEZ, WILLIAM | Commonwealth of Puerto Rico | $ - |
| 53673-1 | CATALA FRACESCHINI, SALVADOR F. | Commonwealth of Puerto Rico | $ - |
| 54810 | CHARDON RODRIGUEZ, CARMEN J. | Commonwealth of Puerto Rico | $ - |
| 93174 | CHARDON RODRIGUEZ, CARMEN J. | Commonwealth of Puerto Rico | $ - |
| 106789 | CHARDON RODRIGUEZ, CARMEN J. | Commonwealth of Puerto Rico | $ - |
| 138565-1 | CINTRON ROMAN, MARIXA | Commonwealth of Puerto Rico | $ - |
| 62567 | COLLAZO COLON, ILSA | Commonwealth of Puerto Rico | $ 1,088 |
| 142977-1 | COLLAZO SANTIAGO , ONILDA | Commonwealth of Puerto Rico | $ - |
| 97339 | COLON NEGRON, JOSEFINA | Commonwealth of Puerto Rico | $ 45,400 |
| 101162 | COLON NEGRON, JOSEFINA | Commonwealth of Puerto Rico | $ 45,400 |
| 104949 | COLON NEGRON, JOSEFINA | Commonwealth of Puerto Rico | $ 45,400 |
| 111044 | COLON NEGRON, JOSEFINA | Commonwealth of Puerto Rico | $ 45,400 |
| 101160 | COLON NEGRON, ROSAEL | Commonwealth of Puerto Rico | $ 34,800 |
| 101171 | COLON NEGRON, ROSAEL | Commonwealth of Puerto Rico | $ 34,800 |
| 105240 | COLON NEGRON, ROSAEL | Commonwealth of Puerto Rico | $ 34,800 |
| 109839 | COLON NEGRON, ROSAEL | Commonwealth of Puerto Rico | $ 34,800 |
| 115842-1 | COLON OTERO, MYRNA L. | Commonwealth of Puerto Rico | $ - |
| 171036 | COLON ROSADO, NELSON | Commonwealth of Puerto Rico | $ 10,000 |
| 171039 | COLON ROSADO, NELSON | Commonwealth of Puerto Rico | $ 12,000 |
| 152506-1 | COLON TORRES, ENID | Commonwealth of Puerto Rico | $ - |
| 115948 | COLON TORRES, ENID | Commonwealth of Puerto Rico | $ - |
| 143397-1 | COLON VEGA, IRMA | Commonwealth of Puerto Rico | $ - |
| 138943 | CORA LUGO, LYDIA ESTHER | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 99450 | CORDERO ACEVEDO, EVELYN | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 172039-1 | CORREA AVEZUELA, PLACIDO | Commonwealth of Puerto Rico | $ - |

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 45574-1 | CORREA IRIZARRY, HELGA MARIA | Commonwealth of Puerto Rico | $ - |
| 58059 | COSME COSME, WANDA I. | Commonwealth of Puerto Rico | $ 16,500 |
| 74420 | COSME COSME, WANDA I. | Commonwealth of Puerto Rico | $ - |
| 55673-1 | COTAL COPPIN, MAGDA A. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 134467-1 | COTTY PABON, CARMEN R | Commonwealth of Puerto Rico | $ - |
| 121266-1 | CRUZ CRUZ, LUZ MINERVA | Commonwealth of Puerto Rico | $ - |
| 109313 | CRUZ CRUZ, RAMON E. | Commonwealth of Puerto Rico | $ 20,800 |
| 129555 | CRUZ CRUZ, RAMON E. | Commonwealth of Puerto Rico | $ 2,400 |
| 80629 | CRUZ FIGUEROA, NELDYS E. | Commonwealth of Puerto Rico | $ - |
| 120778 | CRUZ FIGUEROA, NELDYS E. | Commonwealth of Puerto Rico | $ 30,000 |
| 132421 | CRUZ FIGUEROA, NELDYS E. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 104074 | CRUZ GONZALEZ, RIGOBERTO | Commonwealth of Puerto Rico | $ 12,285 |
| 107315 | CRUZ OLIVARES , LUIS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 33,770 |
| 152352 | CRUZ PINA, LUZ DE PAZ | Commonwealth of Puerto Rico | $ - |
| 111321 | CRUZ RODRIGUEZ, DIGNA | Commonwealth of Puerto Rico | $ - |
| 119223 | CRUZ RODRIGUEZ, DIGNA | Commonwealth of Puerto Rico | $ - |
| 134588 | CRUZ RODRIGUEZ, DIGNA | Commonwealth of Puerto Rico | $ - |
| 164020 | CRUZ RODRIGUEZ, DIGNA | Commonwealth of Puerto Rico | $ - |
| 111473 | CRUZ VERGARA, ISABEL | Commonwealth of Puerto Rico | $ - |
| 129141-1 | CRUZ, ESTHER LOZANO | Commonwealth of Puerto Rico | $ - |
| 167620 | CUEVAS GONZALEZ, NORMA I | Commonwealth of Puerto Rico | $ 7,000 |
| 108437-1 | DE JESUS MEDINA, EFRAIN | Commonwealth of Puerto Rico | $ - |
| 151830 | DE JESUS MORALES, AIDA M. | Commonwealth of Puerto Rico | $ 30,000 |
| 179489 | DE JESUS RIVAS, IVETTE | Commonwealth of Puerto Rico | $ 50,000 |
| 179490 | DE JESUS RIVAS, IVETTE | Commonwealth of Puerto Rico | $ 75,000 |
| 176131 | DE JESUS RIVAS, IVETTE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 75,000 |
| 139373 | DE JESUS SANTIAGO , SOCORRO | Commonwealth of Puerto Rico | $ - |
| 122797 | DE JESUS SANTIAGO, SOCORRO | Commonwealth of Puerto Rico | $ - |
| 114923 | DE JESUS TORRES, EVELYN M. | Commonwealth of Puerto Rico | $ 4,000 |
| 23651 | DE L MARREO CONCEPCION, MARIA | Commonwealth of Puerto Rico | $ 288,000 |
| 157392 | DEL RIO GONZALEZ, SONIA | Commonwealth of Puerto Rico | $ - |
| 152190-1 | DIAZ DE JESUS, ANIBAL | Commonwealth of Puerto Rico | $ - |
| 178011 | DIAZ LOPEZ, MARIA VIRGEN | Commonwealth of Puerto Rico | $ - |
| 104829 | DIAZ REYES, LUISA M | Commonwealth of Puerto Rico | $ 80,000 |
| 140477 | DIAZ REYES, MILAGROS | Commonwealth of Puerto Rico | $ - |
| 120541 | DIAZ RODRIGUEZ, GLADYS M. | Commonwealth of Puerto Rico | $ - |
| 174258 | DIEPPA, HILDA MASSA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 4,897 |

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 76734-1 | DIODONET CASTRO, JOSÉ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 169605 | DOMINGUEZ MORALES, MILAGROS I. | Commonwealth of Puerto Rico | $ - |
| 170673 | DOMINGUEZ MORALES, MILAGROS I. | Commonwealth of Puerto Rico | $ - |
| 170736 | DOMINGUEZ MORALES, MILAGROS I. | Commonwealth of Puerto Rico | $ - |
| 178124 | ECHEVARRIA ABREU, SANDRA I. | Commonwealth of Puerto Rico | $ 7,236 |
| 88822 | ESCRIBANO, ZAIDA J. | Commonwealth of Puerto Rico | $ - |
| 55478 | ESPADA LOPEZ, GICELLIS | Commonwealth of Puerto Rico | $ - |
| 80020 | ESTRADA COLON, ODEMARIS | Commonwealth of Puerto Rico | $ 20,000 |
| 81444 | ESTRADA COLON, ODEMARIS | Commonwealth of Puerto Rico | $ 20,000 |
| 90654 | FEBUS PAGAN, WANDA | Commonwealth of Puerto Rico | $ 21,000 |
| 138799 | FEBUS PAGAN, WANDA | Commonwealth of Puerto Rico | $ 20,000 |
| 103490 | FELICIANO PASCUAL, MARIA A. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 5645-1 | FELICIANO RODRIGUEZ, IRVING | Commonwealth of Puerto Rico | $ 45,000 |
| 27343 | FELICIANO VARELA, ALBERTO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 100476 | FELICIANO VELAZQUEZ, NANCY | Commonwealth of Puerto Rico | $ 21,000 |
| 10823-1 | FELIX PENA, MARISOL | Commonwealth of Puerto Rico | $ - |
| 77587-1 | FERRER ALICEA, CARLOS | Commonwealth of Puerto Rico | $ - |
| 99842 | FIGUERA HERNANDEZ, YOLANDA | Commonwealth of Puerto Rico | $ - |
| 102348 | FIGUEROA TORRES, CARMEN E. | Commonwealth of Puerto Rico | $ - |
| 103402 | FIGUEROA TORRES, CARMEN E. | Commonwealth of Puerto Rico | $ - |
| 106920 | FIGUEROA TORRES, CARMEN E. | Commonwealth of Puerto Rico | $ - |
| 179281-1 | FIGUEROA TORRES, MARIA C. | Commonwealth of Puerto Rico | $ - |
| 177846 | FLORES OYOLA, SYLVIA M. | Commonwealth of Puerto Rico | $ 60,000 |
| 163628 | FRANCIS ROSARIO, DOLORES R. | Commonwealth of Puerto Rico | $ - |
| 166962 | FRANCO MOLINA, MARTA | Commonwealth of Puerto Rico | $ - |
| 90663 | FRANCO MOLINA, MARTA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 36,000 |
| 175560 | FRANCO MOLINA, MARTA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 75,000 |
| 2335-1 | GARCIA DE NIEVES, ANA | Commonwealth of Puerto Rico | $ - |
| 162278 | GARCIA GARCIA, RAFAEL | Commonwealth of Puerto Rico | $ 10,000 |
| 71849-1 | GARCIA MARTINEZ, LILLIAM A | Commonwealth of Puerto Rico | $ - |
| 152736-1 | GARCIA RODRIGUEZ, HECTOR L | Commonwealth of Puerto Rico | $ - |
| 26330-1 | GARCIA, MIGUEL A. | Commonwealth of Puerto Rico | $ - |
| 42608 | GONZALEZ CANCEL, CLARA L | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 177751 | GONZALEZ CHAEZ, ROSA | Commonwealth of Puerto Rico | $ - |
| 124102 | GONZALEZ FIGUEROA, GERARDA | Commonwealth of Puerto Rico | $ 50,000 |
| 177880 | GONZALEZ GONZALEZ, FELICITA | Commonwealth of Puerto Rico | $ 125,233 |
| 81862-1 | GONZALEZ GONZALEZ, ROSAEL | Commonwealth of Puerto Rico | $ - |

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 160314 | GONZALEZ LLANES, CARMEN L. | Commonwealth of Puerto Rico | $ - |
| 152916-1 | GONZALEZ MORAN, MARCO A. | Commonwealth of Puerto Rico | $ - |
| 130367 | GONZALEZ NEGRON, MIRIAM | Commonwealth of Puerto Rico | $ - |
| 144289 | GONZALEZ NEGRON, MIRIAM | Commonwealth of Puerto Rico | $ - |
| 147578 | GONZALEZ NEGRON, MIRIAM | Commonwealth of Puerto Rico | $ - |
| 162778 | GONZALEZ NEGRON, MIRIAM | Commonwealth of Puerto Rico | $ - |
| 73344 | GONZALEZ SANCHEZ, RAMON L. | Commonwealth of Puerto Rico | $ 15,000 |
| 94570-1 | GONZALEZ SANCHEZ, VICTOR RAFAEL | Commonwealth of Puerto Rico | $ - |
| 144347-1 | GUILBE MERCADO, ALICIA | Commonwealth of Puerto Rico | $ - |
| 170846 | GUILLERMO COLON SANTELL, JOSE | Commonwealth of Puerto Rico | $ - |
| 126006-1 | HERNANDEZ CARLO, BRIGITTE L | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 151782-1 | HERNANDEZ CRUZ, ANGEL J. | Commonwealth of Puerto Rico | $ - |
| 120590 | HERNANDEZ RIVERA, ELIDA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 36039 | HERNANDEZ RUIZ, YANITZA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 150518 | IRIZARRY CUADRADO, NADIEZHDA | Commonwealth of Puerto Rico | $ 93,600 |
| 146384 | JIMENEZ ECHEVARRIA, SONIA N | Commonwealth of Puerto Rico | $ - |
| 131198 | JIMENEZ ECHEVARRIA, SONIA N | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 97155 | JIMENEZ GONZALEZ, CARMEN LEONOR | Commonwealth of Puerto Rico | $ - |
| 6899 | JULIA RIVERA, MIRTA | Commonwealth of Puerto Rico | $ - |
| 100520 | LA TORRE RAMIREZ, PAULA | Commonwealth of Puerto Rico | $ - |
| 96256 | LA TORRE SANTIAGO, DAILY | Commonwealth of Puerto Rico | $ - |
| 45936 | LABOY RIVERA, NEREYDA | Commonwealth of Puerto Rico | $ - |
| 47096 | LAFONTAINE VELEZ, SONIA | Commonwealth of Puerto Rico | $ - |
| 149364 | LARREGOITY MORALES, LUIS R | Commonwealth of Puerto Rico | $ - |
| 165235 | LARREGOITY MORALES, LUIS R. | Commonwealth of Puerto Rico | $ - |
| 141085-1 | LAUSELL VIOLA, EVELYN | Commonwealth of Puerto Rico | $ - |
| 96239 | LEGARRETA VEGA, MARY | Commonwealth of Puerto Rico | $ - |
| 144495 | LEON RODRIGUEZ, MILAGROS | Commonwealth of Puerto Rico | $ - |
| 99613-1 | LEWIS-VELEZ, ALLAN | Commonwealth of Puerto Rico | $ - |
| 23198-1 | LOPEZ FONRODONA, CECILIO | Commonwealth of Puerto Rico | $ - |
| 67916-1 | LOPEZ LOPEZ, MIRIAM | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 150080-1 | LOPEZ RAMIREZ, RUTH B. | Commonwealth of Puerto Rico | $ - |
| 128552 | LOZADA CRUZ, CARMEN D. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 51135-1 | LUNA SANTIAGO, MARTA M. | Commonwealth of Puerto Rico | $ - |
| 112398 | MALDONADO NAZARIO, CELSA | Commonwealth of Puerto Rico | $ - |
| 106858 | MALDONADO NAZARIO, MARIBEL | Commonwealth of Puerto Rico | $ 10,000 |
| 98416 | MALDONADO NAZARIO, MARTA E. | Commonwealth of Puerto Rico | $ - |

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 144194-1 | MALDONADO RODRIGUEZ, MARTA | Commonwealth of Puerto Rico | $ - |
| 173700 | MALDONADO, GLADYS | Puerto Rico Public Buildings Authority (PBA) | $ 25,000 |
| 141934-1 | MANGUAL MARCUCCI, JESUS M. | Commonwealth of Puerto Rico | $ - |
| 113450-1 | MARCANO RODRIGUEZ, JUDITH D. | Commonwealth of Puerto Rico | $ - |
| 167171-1 | MARTINEZ GUTIERREZ, MIGDALIA | Commonwealth of Puerto Rico | $ - |
| 160122-1 | MARTINEZ VALENTIN, EUCLIDES | Commonwealth of Puerto Rico | $ - |
| 148059 | MARTINEZ VALENTIN, LUIS G | Commonwealth of Puerto Rico | $ 41,000 |
| 112727 | MATEO RIVERA, RUTH N | Commonwealth of Puerto Rico | $ 576 |
| 158226-1 | MATIAS CAMACHO, LUZ AIDA | Commonwealth of Puerto Rico | $ - |
| 141151 | MATOS ARROYO, VICENTA | Commonwealth of Puerto Rico | $ - |
| 134531-1 | MEDINA VAZQUEZ, RAQUEL | Commonwealth of Puerto Rico | $ - |
| 126013-1 | MELENDEZ LUNA, ENRIQUE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 103361 | MENAY RUIZ, MARIA DE LOS A. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 105723 | MENAY RUIZ, MARIA DE LOS A. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 124787 | MENAY RUIZ, MARIA DE LOS A. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 55236 | MERCADO GALINDO, MOISES M | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 16,800 |
| 150444 | MERCADO HERNANDEZ, MARIA L. | Commonwealth of Puerto Rico | $ - |
| 161740 | MERCADO HERNANDEZ, MARIA L. | Commonwealth of Puerto Rico | $ - |
| 161772 | MERCADO HERNANDEZ, MARIA L. | Commonwealth of Puerto Rico | $ - |
| 44368-1 | MIRANDA, RAFAEL VASSALLO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 175474-1 | MOLINA MOLINA, JENNY R. | Commonwealth of Puerto Rico | $ - |
| 18095 | MORALES VALDES, RUBEN A | Puerto Rico Highways and Transportation Authority | $ 70,000 |
| 147917-1 | MORAS ORTIZ, NELLIE | Commonwealth of Puerto Rico | $ - |
| 107939 | MOURA GRACIA, ADA E | Commonwealth of Puerto Rico | $ 21,800 |
| 50848-1 | MUNIZ IRIZARRY, IVIA L. | Commonwealth of Puerto Rico | $ - |
| 163228-1 | MUNOZ DELGADO, MARIA | Commonwealth of Puerto Rico | $ - |
| 118355 | MUNOZ MATOS, ELSIE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 144875 | MUNOZ VALENTIN, LUZ S. | Commonwealth of Puerto Rico | $ - |
| 40886-2 | MURIEL SUSTACHE, MARISELA | Commonwealth of Puerto Rico | $ - |
| 23675 | NATAL NIEVES, MAYRA IVELISSE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 40,407 |
| 158534 | NAVARRO COTTO, AGUSTINA | Commonwealth of Puerto Rico | $ 4,800 |
| 179071 | NAVARRO COTTO, AGUSTINA | Commonwealth of Puerto Rico | $ 37,200 |
| 157362 | NAVARRO SANCHEZ, ANGELICA | Commonwealth of Puerto Rico | $ 22,800 |
| 157678 | NAVARRO SANCHEZ, ANGELICA | Commonwealth of Puerto Rico | $ 2,400 |
| 179088 | NAVARRO SANCHEZ, ANGELICA | Commonwealth of Puerto Rico | $ 32,400 |
| 133454 | NAZARIO PEREZ, NANCY I. | Commonwealth of Puerto Rico | $ 175,000 |
| 178069 | NEGRON ZAYAS, WILFREDO | Commonwealth of Puerto Rico | $ 21,600 |

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 130614 | NIEVES ALICEA, LUCIA | Commonwealth of Puerto Rico | $ 5,802 |
| 112768-1 | NIEVES HERNANDEZ, HILDA | Commonwealth of Puerto Rico | $ 5,000 |
| 121044-1 | NIEVES HERNANDEZ, HILDA | Commonwealth of Puerto Rico | $ 3,000 |
| 174562-1 | NIEVES LUCIANO, ANA M | Commonwealth of Puerto Rico | $ - |
| 106406 | NIEVES RIVAS, MARGARITA | Commonwealth of Puerto Rico | $ - |
| 148896-1 | NIEVES RODRIGUEZ, LOURDES | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 144662 | NOBLE TORRES, IVONNE | Commonwealth of Puerto Rico | $ - |
| 159494 | NOBLE TORRES, IVONNE | Commonwealth of Puerto Rico | $ - |
| 138534 | NUNEZ CRUZ, LUZ ZENAIDA | Commonwealth of Puerto Rico | $ - |
| 139632 | OCASIO ROSARIO, JOSEFA | Commonwealth of Puerto Rico | $ - |
| 135145 | OCASIO ROSARIO, JOSEFA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 111590 | OQUENDO, ENEIDA MARIN | Commonwealth of Puerto Rico | $ 25,000 |
| 159334-1 | ORTEGA ASENCIO, NEREIDA | Commonwealth of Puerto Rico | $ - |
| 144663 | ORTIZ APONTE, ADA M. | Commonwealth of Puerto Rico | $ - |
| 162765 | ORTIZ APONTE, IRIS DALILA | Commonwealth of Puerto Rico | $ - |
| 95454 | ORTIZ APONTE, IRIS DALILA | Commonwealth of Puerto Rico | $ - |
| 102480 | ORTIZ APONTE, IRIS DALILA | Commonwealth of Puerto Rico | $ - |
| 103293 | ORTIZ APONTE, IRIS DALILA | Commonwealth of Puerto Rico | $ - |
| 104132 | ORTIZ APONTE, IRIS DALILA | Commonwealth of Puerto Rico | $ - |
| 162761 | ORTIZ APONTE, IRIS DALILA | Commonwealth of Puerto Rico | $ - |
| 120249 | ORTIZ ARROYO, MANUEL ANTONIO | Commonwealth of Puerto Rico | $ - |
| 123731 | ORTIZ MARTINEZ, JOSEFA DEL C | Commonwealth of Puerto Rico | $ 18,000 |
| 111270 | ORTIZ MATOS, NANCY I. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 177175 | ORTIZ MATOS, NANCY I. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 75,000 |
| 178113 | ORTIZ MORALES, MILAGROS | Commonwealth of Puerto Rico | $ 2,000 |
| 125856 | ORTIZ OLIVERAS, MYRIAM C | Commonwealth of Puerto Rico | $ - |
| 144774 | ORTIZ RIVERA, ADA IVETTE | Commonwealth of Puerto Rico | $ - |
| 120123 | ORTIZ RIVERA, ADA IVETTE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 31895 | ORTIZ ROMERO, PEDRO | Commonwealth of Puerto Rico | $ 14,558 |
| 124273-1 | ORTIZ ROSARIO, ELDA | Commonwealth of Puerto Rico | $ - |
| 173614 | ORTIZ SANTIAGO, ADA IRMA | Puerto Rico Public Buildings Authority (PBA) | $ 100,000 |
| 131761-1 | OSORIO CRUZ, BENITA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 176832 | OSORIO PLAZA, DIADINA | Commonwealth of Puerto Rico | $ 15,000 |
| 179176-1 | OTERO CARRION, BENITO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 111740-1 | OTERO DIAZ, MARISOL | Commonwealth of Puerto Rico | $ - |
| 94950-1 | PADILLA AQUINO, GLADYS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 173029-1 | PAGAN MEDINA, MINERVA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |

Exhibit A

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 75656 | PAGAN PEREZ, LUZ C | Commonwealth of Puerto Rico | $ - |
| 152049-1 | PAGAN RIVERA, EMMA R. | Commonwealth of Puerto Rico | $ - |
| 90593 | PAGAN RODRIGUEZ, ARIEL | Commonwealth of Puerto Rico | $ - |
| 37867 | PASSAPERA SEPULVEDA, YADIRA I. | Commonwealth of Puerto Rico | $ - |
| 47623 | PASSAPERA SEPULVEDA, YADIRA I. | Commonwealth of Puerto Rico | $ - |
| 169161 | PEREZ HERNANDEZ, MIGUEL ANGEL | Commonwealth of Puerto Rico | $ - |
| 174493 | PEREZ MELENDEZ, MARIA PILAR | Commonwealth of Puerto Rico | $ 4,800 |
| 114055-1 | PEREZ NIEVES, CARMEN | Commonwealth of Puerto Rico | $ - |
| 61421 | PEREZ NIEVES, LUIZ A. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 160684-1 | PEREZ PIZARRO, WILFREDO | Commonwealth of Puerto Rico | $ - |
| 79820 | PEREZ SANTIAGO, MARTHA | Commonwealth of Puerto Rico | $ - |
| 120297 | QUINONES DE RIVERA, NILMA L. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 85567 | RAMIREZ VEGA, ESTHER | Commonwealth of Puerto Rico | $ - |
| 109036 | RAMIREZ VEGA, ESTHER | Commonwealth of Puerto Rico | $ - |
| 63571 | RAMOS MARTINEZ, YVETTE | Commonwealth of Puerto Rico | $ 50,000 |
| 148821-1 | RAMOS PEREZ, MARIA E | Commonwealth of Puerto Rico | $ - |
| 154036 | RAMOS RIVERA, VICTOR M. | Commonwealth of Puerto Rico | $ 30,000 |
| 84345-1 | RENTAS CRUZ, BENIVETTE | Commonwealth of Puerto Rico | $ - |
| 166674 | REYES NIEVES, ELIA MILAGROS | Commonwealth of Puerto Rico | $ - |
| 166699 | REYES NIEVES, ELIA MILAGROS | Commonwealth of Puerto Rico | $ - |
| 50995-1 | RIOS DEJESUS, MAGDALENA | Commonwealth of Puerto Rico | $ - |
| 167394 | RIOS RUIZ, MILAGROS | Commonwealth of Puerto Rico | $ - |
| 131886-1 | RIVERA ALEMAN, NORMAN | Commonwealth of Puerto Rico | $ - |
| 8619 | RIVERA ARROYO, LUZ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 6,500 |
| 19461 | RIVERA DIAZ, ADA ESTHER | Commonwealth of Puerto Rico | $ 16,000 |
| 39975 | RIVERA FERNANDEZ, HERIBERTO | Commonwealth of Puerto Rico | $ - |
| 117658 | RIVERA FIGUEROA, KAREN | Commonwealth of Puerto Rico | $ - |
| 126533 | RIVERA FIGUEROA, KAREN | Commonwealth of Puerto Rico | $ - |
| 127135-1 | RIVERA GONZALEZ, ERMELINDA | Commonwealth of Puerto Rico | $ - |
| 165790 | RIVERA LOZADA, EVELYN | Commonwealth of Puerto Rico | $ 21,277 |
| 50758 | RIVERA PACHECHO, NEIDA I. | Commonwealth of Puerto Rico | $ 100,000 |
| 39977-1 | RIVERA PEREZ, FELICITA M. | Commonwealth of Puerto Rico | $ - |
| 25670 | RIVERA QUINONES, MIGDALIA | Commonwealth of Puerto Rico | $ - |
| 39881 | RIVERA QUINONES, MIGDALIA | Commonwealth of Puerto Rico | $ - |
| 122778-1 | RIVERA RIVERA, NANCY I | Commonwealth of Puerto Rico | $ - |
| 87677 | RIVERA RODRIGUEZ, MADELINE | Commonwealth of Puerto Rico | $ - |
| 98817 | RIVERA RODRIGUEZ, MADELINE | Commonwealth of Puerto Rico | $ - |

Exhibit A

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 99074 | RIVERA RODRIGUEZ, MADELINE | Commonwealth of Puerto Rico | $ - |
| 105528 | RIVERA RODRIGUEZ, MADELINE | Commonwealth of Puerto Rico | $ - |
| 148797 | RIVERA RODRIGUEZ, MADELINE | Commonwealth of Puerto Rico | $ - |
| 157089-1 | RIVERA RODRIGUEZ, YAJAIRA I. | Commonwealth of Puerto Rico | $ - |
| 177639-1 | RIVERA ROSADO, LUZ M. | Commonwealth of Puerto Rico | $ - |
| 113257-1 | RIVERA ROSARIO, GRACIELA | Commonwealth of Puerto Rico | $ - |
| 31592-1 | RIVERA VELASQUEZ , CANDIDA LUZ | Commonwealth of Puerto Rico | $ - |
| 133697-1 | ROCHE GONZALEZ, ALTAGRACIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 113427 | RODRIGUEZ ARROYO, MARIA ELENA | Commonwealth of Puerto Rico | $ 6,000 |
| 109132 | RODRIGUEZ CARABALLO, NELSON | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 118167 | RODRIGUEZ COLON, ELIZABETH | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 143141 | RODRIGUEZ COLON, NEREIDA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 143204 | RODRIGUEZ COLON, NEREIDA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 5,000 |
| 103911-1 | RODRIGUEZ GARCIA, MARIBEL | Commonwealth of Puerto Rico | $ - |
| 143277-1 | RODRIGUEZ GARCIA, MARIBEL | Commonwealth of Puerto Rico | $ - |
| 5463 | RODRIGUEZ GARCIA, MARIBEL | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 163709-1 | RODRIGUEZ MARTINEZ, RAFAEL | Commonwealth of Puerto Rico | $ - |
| 12811-1 | RODRIGUEZ MILLAN, GLADYS | Commonwealth of Puerto Rico | $ 5,000 |
| 97893 | RODRIGUEZ MOJICA, MARIA C | Commonwealth of Puerto Rico | $ 15,600 |
| 102947-1 | RODRIGUEZ PONS, HIGINIA A. | Commonwealth of Puerto Rico | $ - |
| 84025 | RODRIGUEZ RAMIREZ, ILEANA I. | Commonwealth of Puerto Rico | $ - |
| 84025-1 | RODRIGUEZ RAMIREZ, ILEANA I. | Commonwealth of Puerto Rico | $ - |
| 46078 | RODZ MARTINEZ, LONGINO | Commonwealth of Puerto Rico | $ 15,000 |
| 104207-1 | ROLDAN ESTRADA, HELGA I. | Commonwealth of Puerto Rico | $ - |
| 123182-1 | ROMAN MARTINEZ, NAYDE I | Puerto Rico Highways and Transportation Authority | $ - |
| 76751 | ROMERO SANCHEZ, AIXA M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 6,330 |
| 163041 | ROSA GONZALEZ, ENID | Commonwealth of Puerto Rico | $ - |
| 34059 | ROSADO MENDEZ, YAHAIRA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 77027-1 | ROSADO PACHECO, ANA M. | Commonwealth of Puerto Rico | $ - |
| 157078-1 | ROSADO RODRIGUEZ, ALBERTO | Commonwealth of Puerto Rico | $ - |
| 59074-1 | ROSADO SANCHEZ, MILDRED | Commonwealth of Puerto Rico | $ - |
| 61318-1 | ROSADO SANCHEZ, MILDRED | Commonwealth of Puerto Rico | $ - |
| 139183 | ROSARIO GONZALEZ, ELIZABETH | Commonwealth of Puerto Rico | $ - |
| 44433 | ROSARIO RAMIREZ, JOHN F | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 171,233 |
| 53295 | ROSARIO SANTIAGO, CLARIBEL ENID | Commonwealth of Puerto Rico | $ 10,000 |
| 134740 | RUIZ LOZANO, CARMEN M | Commonwealth of Puerto Rico | $ - |
| 40705 | RUIZ PAGAN, LIZZIE J. | Commonwealth of Puerto Rico | $ - |

| Claim | Claimant | Debtor | Total Filed | |
|---|---|---|---|---|
| 123021 | RUIZ RODRIGUEZ, ANGELITA | Commonwealth of Puerto Rico | $ | 40,000 |
| 101579 | SAAVEDRA BARRETO, ZORAIDA | Commonwealth of Puerto Rico | $ | - |
| 104930 | SAAVEDRA BARRETO, ZORAIDA | Commonwealth of Puerto Rico | $ | 8,200 |
| 156347 | SANTIAGO AYALA, LETICIA | Commonwealth of Puerto Rico | $ | 6,000 |
| 75660 | SANTIAGO COLON, LESLIE | Commonwealth of Puerto Rico | $ | - |
| 89783 | SANTIAGO COLON, LESLIE | Commonwealth of Puerto Rico | $ | - |
| 83049 | SANTIAGO FUENTES, NIVIA | Commonwealth of Puerto Rico | $ | 14,988 |
| 96339 | SANTIAGO HERNANDEZ, JOSE A. | Commonwealth of Puerto Rico | $ | - |
| 168525-1 | SANTIAGO MARTINEZ, MIGDALIA | Commonwealth of Puerto Rico | $ | - |
| 43872 | SANTIAGO MARTORAL, JANET | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ | - |
| 29256 | SANTIAGO RODRIGUEZ, ELIZABETH | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ | 35,138 |
| 171228-1 | SANTIAGO RODRIGUEZ, RAMONA | Commonwealth of Puerto Rico | $ | - |
| 50938-1 | SANTIAGO, MARCOLINA BAYOUA | Commonwealth of Puerto Rico | $ | - |
| 83325 | STRUBBE PLANAS, ANNETTE | Commonwealth of Puerto Rico | $ | - |
| 87164 | STRUBBE PLANAS, ANNETTE | Commonwealth of Puerto Rico | $ | - |
| 101435 | SUAREZ MONTANEZ, MARIA VIRGINIA | Commonwealth of Puerto Rico | $ | 33,600 |
| 64941 | SUAREZ RAMIREZ, MARIANA | Commonwealth of Puerto Rico | $ | 20,000 |
| 63889 | SUÁREZ RAMÍREZ, MARIANA | Commonwealth of Puerto Rico | $ | 5,700 |
| 137846 | TAPIA RODRIGUEZ, GLADYS | Commonwealth of Puerto Rico | $ | 30,000 |
| 87105 | TARONJI TORRES, JACQUELINE N. | Commonwealth of Puerto Rico | $ | - |
| 165068 | TORRES MORALES, RICARDO H | Commonwealth of Puerto Rico | $ | 7,200 |
| 79728-1 | TORRES MUNOZ, EDNA E | Commonwealth of Puerto Rico | $ | - |
| 170255-1 | VALENTIN MONTALVO, JOSE | Commonwealth of Puerto Rico | $ | - |
| 173177-1 | VALLS FERRAIUOLI, GLORIA ELENA | Commonwealth of Puerto Rico | $ | - |
| 177615-1 | VARGAS RODRÍGUEZ, DANIEL I. | Commonwealth of Puerto Rico | $ | - |
| 119610 | VARGAS-NIEVES, MARIA M. | Commonwealth of Puerto Rico | $ | - |
| 148130 | VARGAS-NIEVES, MARIA M. | Commonwealth of Puerto Rico | $ | - |
| 109653-1 | VAZQUEZ MEDINA, JOSE A | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ | - |
| 163157 | VAZQUEZ PADILLA, NILDA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ | 10,000 |
| 145313-1 | VAZQUEZ RAMIREZ, EMMA IVONNE | Commonwealth of Puerto Rico | $ | - |
| 137241 | VEGA COLON, HILDA L. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ | 75,000 |
| 99700 | VEGA COLÓN, MARIBEL | Commonwealth of Puerto Rico | $ | - |
| 52123 | VEGA COLÓN, MARIBEL | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ | - |
| 152913 | VEGA COLÓN, MARIBEL | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ | - |
| 92908 | VEGA GONZALEZ, WALESKA | Commonwealth of Puerto Rico | $ | - |
| 125566 | VEGA GONZALEZ, WALESKA | Commonwealth of Puerto Rico | $ | - |
| 54679 | VELAZQUEZ TORRUELLA, ILIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ | - |

| Claim | Claimant | Debtor | Total Filed | |
|---|---|---|---|---|
| 157453 | VELAZQUEZ VELAZQUEZ, ANA L. | Commonwealth of Puerto Rico | $ | 3,600 |
| 142814 | VELEZ RIVERA, MARILYN | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ | 513 |
| 64592 | VELEZ, IDALIS M | Commonwealth of Puerto Rico | $ | 5,000 |
| 45179-1 | VELEZ-VELAZQUEZ, MARIA M. | Commonwealth of Puerto Rico | $ | - |
| 56001-1 | VÉLEZ-VELÁZQUEZ, MARÍA M. | Commonwealth of Puerto Rico | $ | - |
| 177649 | VIDRO TIRU, ISRAEL | Commonwealth of Puerto Rico | $ | 800 |
| 177700 | VIDRO TIRU, ISRAEL | Commonwealth of Puerto Rico | $ | 3,000 |
| 31525 | YOLANDA RIVERA, CARMEN | Commonwealth of Puerto Rico | $ | 121,128 |
| 166540 | ZAYAS COLON, OGLA | Commonwealth of Puerto Rico | $ | - |
| 166606 | ZAYAS COLON, OGLA | Commonwealth of Puerto Rico | $ | - |
| 166654 | ZAYAS COLON, OGLA | Commonwealth of Puerto Rico | $ | - |
| 118943 | ZAYAS SOTOMAYOR, CARMEN N. | Commonwealth of Puerto Rico | $ | 24,000 |