| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 121790 | ALICEA CRUZ, ADA E | Commonwealth of Puerto Rico | $ - |
| 95339 | CAMPOS, LYDIA | Commonwealth of Puerto Rico | $ - |
| 49494 | COLLAZO OCASIO, ERANIO DE J. | Commonwealth of Puerto Rico | $ - |
| 78824 | COLON LOZADA, EMILY | Commonwealth of Puerto Rico | $ - |
| 16070 | ESCUDERO ORTIZ, JUDITH | Commonwealth of Puerto Rico | $ - |
| 32686 | MELENDEZ RIVERA, IVETTE | Commonwealth of Puerto Rico | $ - |
| 77585 | MOLINA RUIZ, LILIA | Commonwealth of Puerto Rico | $ - |
| 79691 | PEREZ SANTIAGO, MARTHA E | Commonwealth of Puerto Rico | $ - |
| 23633 | RAMIREZ LOZANO, EVELYN | Commonwealth of Puerto Rico | $ - |
| 33322 | REYES ORTIZ, SONIA | Commonwealth of Puerto Rico | $ - |
| 75940 | RIVERA ORTIZ, MICAEL | Commonwealth of Puerto Rico | $ - |
| 151076 | MONTALVO ROQUE, ALICIA | Commonwealth of Puerto Rico | $ - |
| 11497 | Members of Sucesion Yesmin Galib | Puerto Rico Electric Power Authority | $53,706.38 |
| 11790 | Valdivieso, Jorge Lucas P. | Puerto Rico Electric Power Authority | $53,706.38 |