## **EXHIBIT A**

**Schedule of Twenty-Third ADR Designated Claims**

**Exhibit A**

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f) [1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| ISLA DEL RIO, INC. | 179740 | d | Eminent Domain | KEF-2008-0340<br>KEF-2008-0341<br>KEF-2008-0344<br>KEF-2008-0345<br>KEF-2008-0348<br>KEF-2012-0088 | Initial Transfer |
| ISMAEL PURCELL SOLER AND ALYS COLLAZO BOUGEOIS | 179757 | d | Eminent Domain | KLAN-2017-01020 | Initial Transfer |

| Claim Amount Key |
|---|
| a: Unspecified |
| b: $1-$10,000 |
| c: $10,001-$100,000 |
| d: $100,001-$500,000 |
| e: $500,001-$1,000,000 |
| f: $1,000,001+ |

---

[1] For Claim Amount Ranges, please refer to the Claim Amount Key.

1