# EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Fiftieth Omnibus Objection**

Four Hundred Fiftieth Omnibus Objection

Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | COTTY PABON, CARMEN R P.O. BOX 33 ADJUNTAS, PR 00601 | 134467-1 | Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* | Puerto Rico Electric Power Authority | 503(b)(9) | Undetermined* |
| | | | Commonwealth of Puerto Rico | Secured | Undetermined* | Puerto Rico Electric Power Authority | Secured | Undetermined* |
| | | | | Subtotal | Undetermined* | | Subtotal | Undetermined* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability for excessive bills would reside, if at all, under Puerto Rico Electric Power Authority. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | LOPEZ FONRODONA, CECILIO HC-09 BOX 4365 SABANA GRANDE, PR 00637 | 23198-1 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | RIVERA ALEMAN, NORMAN P.O. BOX 33 ADJUNTAS, PR 00601 | 131886-1 | Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* | Puerto Rico Electric Power Authority | 503(b)(9) | Undetermined* |
| | | | Commonwealth of Puerto Rico | Secured | Undetermined* | Puerto Rico Electric Power Authority | Secured | Undetermined* |
| | | | | Subtotal | Undetermined* | | Subtotal | Undetermined* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability for excessive bills would reside, if at all, under Puerto Rico Electric Power Authority. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | TOTAL | | Undetermined* | TOTAL | | Undetermined* |
|---|---|---|---|---|---|---|

*Indicates claim contains unliquidated and/or undetermined amounts