# **ANEXO A**

**Relación de reclamaciones objeto de la Cuadringentésima quincuagésima objeción global**

Cuadringentésima Quincuagésima Objeción Global

Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | COTTY PABON, CARMEN R P.O. BOX 33 ADJUNTAS, PR 00601 | 134467-1 | El Estado Libre Asociado de Puerto Rico | 503(b)9 | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | 503(b)9 | Indeterminado* |
| | | | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | Garantizada | Indeterminado* |
| | | | | Subtotal | Indeterminado* | | Subtotal | Indeterminado* |

Base para: El Demandante identifica al Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación por facturación en exceso recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | LOPEZ FONRODONA, CECILIO HC-09 BOX 4365 SABANA GRANDE, PR 00637 | 23198-1 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 3 | RIVERA ALEMAN, NORMAN P.O. BOX 33 ADJUNTAS, PR 00601 | 131886-1 | El Estado Libre Asociado de Puerto Rico | 503(b)9 | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | 503(b)9 | Indeterminado* |
| | | | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | Garantizada | Indeterminado* |
| | | | | Subtotal | Indeterminado* | | Subtotal | Indeterminado* |

Base para: El Demandante identifica al Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación por facturación en exceso recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | TOTAL | | Indeterminado* | TOTAL | | Indeterminado* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados