## **EXHIBIT D**

**Proposed Order**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the Commonwealth. |

ORDER GRANTING FOUR HUNDRED FIFTIETH
OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF
PUERTO RICO TO CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR

Upon the *Four Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor* ("Four Hundred Fiftieth Omnibus Objection")[2] of the Commonwealth of Puerto Rico (the "Commonwealth" or the "Debtor"), dated May 13, 2022, entry of an order reclassifying certain claims filed against the Debtors, as more fully set forth in the Four Hundred Fiftieth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred Fiftieth Omnibus

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Fiftieth Omnibus Objection.

Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and

venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Four

Hundred Fiftieth Omnibus Objection having been provided to those parties identified therein, and

no other or further notice being required; and each of the claims identified in the column titled

"Asserted" in <u>Exhibit A</u> to the Four Hundred Fiftieth Omnibus Objection having improperly

identified the Commonwealth as obligor, when such claims are properly asserted, if at all, against

the Puerto Rico Electric Power Authority ("<u>PREPA</u>"); and the Court having determined that the

relief sought in the Four Hundred Fiftieth Omnibus Objection is in the best interest of the Debtors,

their creditors, and all the parties in interest; and the Court having determined that the legal and

factual bases set forth in the Four Hundred Fiftieth Omnibus Objection establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Four Hundred Fiftieth Omnibus Objection is GRANTED as

set forth herein; and it is further

ORDERED that the claims identified in the column titled "Asserted" in <u>Exhibit A</u>

to the Four Hundred Fiftieth Omnibus Objection (the "<u>Reclassified Claims</u>") are hereby

reclassified to be claims asserted against the Title III debtor indicated in the column titled

"Corrected" in <u>Exhibit A</u>; and it is further

ORDERED that the Debtors' right to object to the Reclassified Claims is reserved;

and it is further

ORDERED that Kroll is authorized and directed, in the official claims register in

the PROMESA cases, to move the claims identified in the column titled "Asserted" in <u>Exhibit A</u>

to the Four Hundred Fiftieth Omnibus Objection from the Commonwealth Title III Case to

PREPA's Title III Case (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax

2

ID:  3747) identified in the column titled "Corrected" in <u>Exhibit A</u> to the Four Hundred Fiftieth

Omnibus Objection; and it is further

    ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation, or enforcement of this Order.


Dated:  _____


        _____
          Honorable Judge Laura Taylor Swain
          United States District Judge

## **ANEXO D**

**Orden Propuesta**

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*,<br><br>Deudores.[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente)<br><br>La presente radicación guarda relación con el ELA. |

ORDEN POR LA QUE SE CONCEDE LA CUADRINGENTÉSIMA QUINCUAGÉSIMA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES RADICADAS CONTRA EL DEUDOR INCORRECTO

Vista la *Cuadringentésima quincuagésima objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico a Reclamaciones Radicadas contra el Deudor Incorrecto* (la "*Cuadringentésima quincuagésima objeción global*")[2] del Estado Libre Asociado de Puerto Rico (el "ELA" o el "Deudor"), de fecha 13 de mayo de 2022, para que se dicte una orden que reclasifique determinadas reclamaciones radicadas contra los Deudores, según se expone con más

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de Casos de Quiebra debido a ciertas limitaciones en el programa informático).

[2] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Cuadringentésima quincuagésima objeción global.

detalle en la propia Cuadringentésima quincuagésima objeción global y en los anexos justificativos de la misma; y al tener el Tribunal jurisdicción para atender la Cuadringentésima quincuagésima objeción global y para conceder el remedio en ella solicitado conforme a PROMESA, sección 306(a); y siendo la sede judicial competente conforme a PROMESA, sección 307(a); y habiéndose efectuado, en tiempo y forma, la notificación de la Cuadringentésima quincuagésima objeción global a aquellas partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y cada una de las reclamaciones identificadas en la columna titulada "Alegadas" en el Anexo A de la Cuadringentésima quincuagésima objeción global habiendo identificado incorrectamente al ELA como deudor, cuando lo correcto sería que dichas reclamaciones se alegaran, en su caso, contra la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE"); y habiendo determinado el Tribunal que el remedio solicitado en la Cuadringentésima quincuagésima objeción global redunda en el mejor interés de los Deudores, de sus acreedores, así como de la totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y de derecho establecidas en la Cuadringentésima quincuagésima objeción global establecen una causa justificada para el remedio aquí concedido; y tras la debida deliberación y concurriendo suficientes motivos para ello, por medio del presente,

SE ORDENA que SE CONCEDA la Cuadringentésima quincuagésima objeción global, según se establece en el presente documento; además

SE ORDENA que las reclamaciones identificadas en la columna titulada "Alegadas" en el Anexo A de la Cuadringentésima quincuagésima objeción global (las "Reclamaciones Reclasificadas") queden reclasificadas como reclamaciones alegadas contra el deudor de Título III identificadas en la columna titulada "Corregidas" en el Anexo A; asimismo

2

SE ORDENA que el derecho que asiste a los Deudores a objetar a las Reclamaciones Reclasificadas quede reservado; también

SE ORDENA que Kroll quede autorizada, y reciba instrucciones, para trasladar, en el registro oficial de reclamaciones relativo a los casos radicados conforme a PROMESA, las reclamaciones identificadas en la columna titulada "Alegadas" en el <u>Anexo A</u> de la Cuadringentésima quincuagésima objeción global del caso de Título III del ELA al Caso de Título III de la AEE (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747) identificado en la columna titulada "Corregidas" en el <u>Anexo A</u> de la Cuadringentésima quincuagésima objeción global; y por último

SE ORDENA que este Tribunal conserve jurisdicción para atender y resolver la totalidad de las materias que surjan de, o en relación con, la implementación, interpretación o ejecución de la presente Orden.

Fecha: _____

_____
Su señoría, la juez Laura Taylor Swain
Juez de Distrito de los Estados Unidos
(*United States District Judge*)

3