# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima quincuagésima primera objeción global**

Cuadringentésima Quincuagésima Primera Objeción Global

Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | CORREGIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | AGOSTO TORRES, CARLOS J. APRIL GARDENS CALLE 21 2C-9 LAS PIEDRAS, PR 00771 | 147581 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | ALAMO CUEVAS, JOSE M. URB. VILLA DEL REY 4TA.SEC CALLE 5 4L10 CAGUAS, PR 00725 | 138930 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | AMALBERT-MILLAN, MARIA A. PASEO PALMA REAL 76 CALANDRIA JUNCOS, PR 00777-3125 | 81661 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 503(b)9 | $75,000.00* | El Estado Libre Asociado de Puerto Rico | 503(b)9 | $75,000.00* |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | BERRIOS CASTRODAD, NORMA D. URB. FERNANDEZ 24 FRANCISCO CRUZ CIDRA, PR 00739 | 175400-1 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $74,600.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $74,600.00 |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

* Indica que la reclamación contiene montos por liquidar o indeterminados

1

Cuadringentésima Quincuagésima Primera Objeción Global

Anexo A - Reclamos a ser reclasificados

| | | | | ALEGADOS | | | CORREGIDOS | |
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 5 | CASILLAS RODRIGUEZ, MYRNA L. K44 12 URB. MONTE BRISAS 5 FAJARDO, PR 00738 | 135462 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico. | | | | | | | |
| 6 | COSME COSME, WANDA I. HC 02 BOX 80194 CIALES, PR 00638 | 60545 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico. | | | | | | | |
| 7 | CRUZ CRUZ, RAMON E. HC-02 BOX 5210 VILLALBA, PR 00766 | 138184 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico. | | | | | | | |
| 8 | CUEVAS GONZALEZ, NORMA I. URB. VISTA DEL RIO II P.O. BOX 665 ANASCO, PR 00610 | 156362 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $80,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $80,000.00* |
| | Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico. | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Quincuagésima Primera Objeción Global

Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | ALEGADOS IMPORTE | CORREGIDOS DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | CORREGIDOS IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 9 | DE JESUS MORALES, AIDA M.<br>HC-01 BOX 2723<br>LOIZA, PR 00772 | 103573 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 10 | DIAZ REYES, LUISA M.<br>SECTOR LA PRRA RAMAL 4 #122<br>TRUJILLO ALTO, PR 00976 | 106019 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 11 | ECHEVARRIA ABREU, SANDRA I.<br>URB. LAS DELICIAS 4041<br>CALLE FIDELIA MATHEW<br>PONCE, PR 00728-3710 | 89567 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 12 | ESCRIBANO, ZAIDA J.<br>P.O. BOX 52<br>CIDRA, PR 00739-0052 | 176074 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $75,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $75,000.00 |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Quincuagésima Primera Objeción Global

Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 13 | FELICIANO RODRIGUEZ, IRVING<br>HC01 BOX 8380<br>HORMIGUEROS, PR 00660 | 9963 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Garantizada | $70,000.00* | El Estado Libre Asociado de Puerto Rico | Garantizada | $70,000.00* |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 14 | FLORES OYOLA, SYLVIA M.<br>13 CALLE ORQUIDEA<br>CIDRA, PR 00739 | 175465 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 503(b)9 | Indeterminado* | El Estado Libre Asociado de Puerto Rico | 503(b)9 | Indeterminado* |
| | | | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $95,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $95,000.00* |
| | | | | | Subtotal $95,000.00* | | Subtotal | $95,000.00* |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 15 | FRANCIS ROSARIO, DOLORES R.<br>C-23 B URB. MELENDEZ<br>FAJARDO, PR 00738 | 163586 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $14,400.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $14,400.00* |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 16 | GARCIA GARCIA, RAFAEL<br>5 H 15 CALLE 8<br>URB MONTE BRISAS 5<br>FAJARDO, PR 00738 | 165086 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $9,600.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $9,600.00* |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Quincuagésima Primera Objeción Global

Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 17 | GONZALEZ GONZALEZ, FELICITA<br>CALLE-24-GG-15- VILLAS DE CASTRO<br>CAGUAS, PR 00725 | 151107 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 503(b)9<br><br>Garantizada<br><br>Subtotal | Indeterminado*<br><br>Indeterminado*<br><br>Indeterminado* | El Estado Libre Asociado de Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | 503(b)9<br><br>Garantizada<br><br>Subtotal | Indeterminado*<br><br>Indeterminado*<br><br>Indeterminado* |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 18 | LAFONTAINE VELEZ, SONIA<br>URB TANAMA 167 CALLE CUBA<br>ARECIBO, PR 00612 | 40898 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 19 | MATOS ARROYO , VICENTA<br>PMB 376 BOX 1283<br>SAN LORENZO, PR 00754 | 129954 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 503(b)9 | Indeterminado* | El Estado Libre Asociado de Puerto Rico | 503(b)9 | Indeterminado* |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 20 | MORALES VALDES, RUBEN A<br>12 EUCALIPTO STREET<br>PARCELAS MARQUEZ<br>MANATI, PR 00674 | 18526 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $70,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $70,000.00* |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Quincuagésima Primera Objeción Global

Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 21 | NAVARRO COTTO, AGUSTINA<br>PO BOX 1106<br>CIDRA, PR 00739 | 175663 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $75,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $75,000.00 |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 22 | NIEVES HERNANDEZ, HILDA<br>E-25 SANTA ANA, SANTA ELVIRA<br>CAGUAS, PR 00725 | 118029 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $5,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,000.00 |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 23 | ORTIZ ARROYO, MANUEL ANTONIO<br>URB HACIENDA LA MATILDE<br>5675 PASEO MORELL CAMPOS<br>PONCE, PR 00728-2449 | 132283 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 24 | ORTIZ SANTIAGO, ADA IRMA<br>PO BOX 31005<br>SAN JUAN, PR 00929 | 173564 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 503(b)9 | Indeterminado* | El Estado Libre Asociado de Puerto Rico | 503(b)9 | Indeterminado* |
| | | | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* |
| | | | | Subtotal | Indeterminado* | | Subtotal | Indeterminado* |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

6

Cuadringentésima Quincuagésima Primera Objeción Global

Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | CORREGIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 25 | RAMOS MARTINEZ, YVETTE<br>BK 25 DR. MARTORELL<br>LEVITTOWN<br>TOA BAJA, PR 00949 | 119642 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00* |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 26 | RAMOS RIVERA, VICTOR M.<br>4TA EXTENSION COUNTRY CLUB<br>CALLE GUAN 882<br>RIO PIEDRAS, PR 00924 | 150208 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 27 | RIVERA DIAZ, ADA ESTHER<br>HC 01 BOX 4227<br>COROZAL, PR 00783 | 126354 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00* |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 28 | RODRIGUEZ MOJICA, MARIA C<br>BUZON 21407<br>BOS LAS CROABAS<br>FAJARDO, PR 00738 | 133250 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima Quincuagésima Primera Objeción Global

### Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR (ALEGADOS) | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR (CORREGIDOS) | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 29 | ROMERO VALENTIN, CONSTANCE<br>843 CAREW ST.<br>SPRINGFIELD, MA 01104 | 115333 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 30 | ROSARIO GONZALEZ, ELIZABETH<br>PO BOX 1022<br>PATILLAS, PR 00723 | 130431 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 31 | ROSARIO SANTIAGO, CLARIBEL ENID<br>PO BOX 690<br>SABANA HOYOS, PR 00688 | 53546 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00 |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 32 | RUIZ LOZANO, CARMEN M<br>PO BOX 10436<br>PONCE, PR 00732 | 137829 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Quincuagésima Primera Objeción Global

Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 33 | SANTIAGO AYALA, LETICIA<br>URB METROPOLIS<br>2C 32 AVE C<br>CAROLINA, PR 00987-7817 | 100241 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| 34 | SANTIAGO FUENTES, NIVIA A.<br>URB. CUGUAS NORTE<br>CALLE GENOVA AK2<br>CAGUAS, PR 00725 | 44956 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $66,977.39 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $66,977.39 |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| 35 | SUAREZ MONTANEZ, MARIA VIRGINIA<br>4505 SEC. CAPILLA<br>CIDRA, PR 00739 | 175385 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $33,600.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $33,600.00* |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| 36 | TAPIA RODRIGUEZ, GLADYS<br>PO BOX 1858<br>RIO GRANDE, PR 00745 | 137835 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

9

Cuadringentésima Quincuagésima Primera Objeción Global
Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 37 | TARONJI TORRES, JACQUELINE N 404 CALLE AMAPOLA URB VISTA ALEGRE VILLALBA, PR 00766 | 106698 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 38 | ZAYAS SOTOMAYOR, CARMEN N. NUM 8 CALLE B URB TIERRA SANTA VILLALBA, PR 00766 | 117960 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $24,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $24,000.00* |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| | | | TOTAL | | $998,177.39* | TOTAL | | $998,177.39* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados