# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Fifty-Second Omnibus Objection**

## Four Hundred Fifty-Second Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | COLON-AVILES, RICARDO<br>LCDO. FRANCISCO R. GONZÁLEZ COLÓN<br>USDC 116410<br>1519 PONCE DE LEÓN 805, SANTURCE<br>SAN JUAN, PR 00909 | 04/01/2022 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 179756 | $33,000.00* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 2 | MARCANO, VICTOR SANTIAGO<br>HC 03 BOX 6825<br>JUNCOS, PR 00777 | 10/26/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179669 | $60,000.00* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| | | | | | TOTAL | $93,000.00* |

\*Indicates claim contains unliquidated and/or undetermined amounts

1