# **ANEXO A**

**Relación de reclamaciones objeto de la Cuadringentésima quincuagésima segunda objeción global**

Cuadringentésima Quincuagésima Segunda Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | COLON-AVILES, RICARDO<br>LCDO. FRANCISCO R. GONZÁLEZ COLÓN<br>USDC 116410<br>1519 PONCE DE LEÓN 805, SANTURCE<br>SAN JUAN, PR 00909 | 04/01/2022 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 179756 | $33,000.00* |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 2 | MARCANO, VICTOR SANTIAGO<br>HC 03 BOX 6825<br>JUNCOS, PR 00777 | 10/26/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179669 | $60,000.00* |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| | | | | | TOTAL | $93,000.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados