## EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Fifty-Fourth Omnibus Objection**

Four Hundred Fifty-Fourth Omnibus Objection

Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | RADI CORP.<br>JORGE L. COUTO GONZALEZ<br>P.O. BOX 197<br>MANATI, PR 00674 | 07/17/2017 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 4 | $1,700,000.00* |
| | Reason: Proof of Claim asserts claim related to litigation case KEF-2006-0065.  Judgment was entered in the case and HTA deposited funds with the Commonwealth court in compliance with the order. All deposited funds have been withdrawn from the account. | | | | | |
| 2 | SANCHEZ LOPEZ, JUAN CARLOS<br>C/O LUIS G. PADILLA BRUNO<br>BANCO COOPERATIVO PLAZA<br>623 AVE. PONCE DE LEON, STE.701-A<br>SAN JUAN, PR 00917 | 05/22/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 32551 | $60,000.00* |
| | Reason: Proof of Claim asserts claim related to litigation case KEF-2011-0034.  Judgment was entered in the case and HTA deposited funds with the Commonwealth court in compliance with the order. All deposited funds have been withdrawn from the account. | | | | | |
| 3 | SANCHEZ LOPEZ, MIGUEL ANGEL<br>BANCO COOPERATIVO PLAZA<br>623 AVE. PONCE DE LEON, STE 701-A<br>SAN JUAN, PR 00917 | 05/22/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 23175 | $60,000.00* |
| | Reason: Proof of Claim asserts claim related to litigation case KEF-2011-0034.  Judgment was entered in the case and HTA deposited funds with the Commonwealth court in compliance with the order. All deposited funds have been withdrawn from the account. | | | | | |
| 4 | TERESA VIZCARRONDO TORO, ADRIAN MERCADO JIMENEZ Y SU SOCIEDAD LEGAL DE GANANCIALES<br>ADRIAN MERCADO<br>PO BOX 9023980<br>SAN JUAN, PR 00902-3980 | 05/30/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 44390 | $100,000.00* |
| | Reason: Proof of Claim asserts claim related to litigation case KEF-2011-0240.  Partial settlement was entered in the case, with respect to this creditor, and HTA deposited funds with the Commonwealth court in compliance with the stipulation. The funds were withdrawn, in a total amount of $31,641.32, on 2/15/2015, 2/7/2019 and 8/12/2019. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Fifty-Fourth Omnibus Objection

Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | THE ESTATE FERNANDEZ GARZOT<br>C/O JOSE F. CARDONA JIMENEZ, ESQ.<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | 05/25/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 28599 | $1,000,000.00* |

Reason: Proof of Claim asserts settlement agreement between HTA and creditor.  HTA deposited funds with the Commonwealth court in compliance with the agreement, and the creditor fully withdrew those funds on May 21, 2019.

|  |  |  |  | TOTAL | $2,920,000.00* |
|---|---|---|---|---|---|