# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima quincuagésima cuarta objeción global**

Cuadringentésima Quincuagésima Cuarta Objeción Global

Anexo A - Reclamos pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | RADI CORP.<br>JORGE L. COUTO GONZALEZ<br>P.O. BOX 197<br>MANATI, PR 00674 | 07/17/2017 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 4 | $1,700,000.00* |

Base para: La Evidencia de Reclamo invoca un reclamo relacionado con el litigio KEF-2006-0065. En el marco de dicho caso, se dictó un fallo y la Autoridad de Carreteras y Transportación de Puerto Rico (ACT) depositó los fondos ante el tribunal del Estado Libre Asociado para dar cumplimiento a dicha resolución. Se han retirado todos los fondos depositados en la cuenta.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | SANCHEZ LOPEZ, JUAN CARLOS<br>C/O LUIS G. PADILLA BRUNO<br>BANCO COOPERATIVO PLAZA<br>623 AVE. PONCE DE LEON, STE.701-A<br>SAN JUAN, PR 00917 | 05/22/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 32551 | $60,000.00* |

Base para: La Evidencia de Reclamo invoca un reclamo relacionado con el litigio KEF-2011-0034. En el marco de dicho caso, se dictó un fallo y la ACT depositó los fondos ante el tribunal del Estado Libre Asociado para cumplir con la resolución. Se han retirado todos los fondos depositados en la cuenta.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | SANCHEZ LOPEZ, MIGUEL ANGEL<br>BANCO COOPERATIVO PLAZA<br>623 AVE. PONCE DE LEON, STE 701-A<br>SAN JUAN, PR 00917 | 05/22/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 23175 | $60,000.00* |

Base para: La Evidencia de Reclamo invoca un reclamo relacionado con el litigio KEF-2011-0034. En el marco de dicho caso, se dictó un fallo y la ACT depositó los fondos ante el tribunal del Estado Libre Asociado para cumplir con la resolución. Se han retirado todos los fondos depositados en la cuenta.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | TERESA VIZCARRONDO TORO, ADRIAN MERCADO JIMENEZ Y SU SOCIEDAD LEGAL DE GANANCIALES<br>ADRIAN MERCADO<br>PO BOX 9023980<br>SAN JUAN, PR 00902-3980 | 05/30/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 44390 | $100,000.00* |

Base para: La Evidencia de Reclamo invoca un reclamo vinculado al litigio KEF-2011-0240. Se dictó un acuerdo parcial en el caso, con respecto al acreedor, y la ACT depositó los fondos ante el tribunal del Estado Libre Asociado para cumplir con la estipulación. Se retiraron fondos por un total de $31.641,32, el 15/2/2015, el 7/2/2019 y el 12/8/2019.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

1

Cuadringentésima Quincuagésima Cuarta Objeción Global

Anexo A - Reclamos pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | THE ESTATE FERNANDEZ GARZOT<br>C/O JOSE F. CARDONA JIMENEZ, ESQ.<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | 05/25/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 28599 | $1,000,000.00* |

Base para: La Evidencia de Reclamo invoca un acuerdo de conciliación entre ACT y el acreedor. La ACT depositó los fondos ante el tribunal del Estado Libre Asociado para cumplir con el acuerdo, y el acreedor retiró la totalidad de estos el 21 de mayo de 2019.

| | | | | | TOTAL | $2.920.000.00* |

* Indica que la reclamación contiene montos por liquidar o indeterminados