# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima quincuagésima quinta objeción global**

Cuadringentésima Quincuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIONES ENMENDADAS RESTANTES | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | GARCIA LOPERENA, ELISA M. CALLE LOS LOPTRONA #96 MOCA, PR 00676-5023 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 147310 | $16,530.00* | GARCIA LOPERENA, ELISA M. CALLE LOS LOPERENA #96 MOCA, PR 00676-5023 | 06/30/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 40272 | $16,530.34* |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 2 | GONZALEZ LLANES, CARMEN L. P.O. BOX 9048 ARECIBO, PR 00613 | 07/06/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 160314 | Indeterminado* | GONZALEZ LLANES, CARMEN L. P.O. BOX 9048 ARECIBO, PR 00613 | 09/16/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 167214 | $20,000.00 |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 3 | MARTINEZ VALENTIN, LUIS G BOX 859 SALINAS, PR 00751 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 148059 | $41,000.00 | MARTINEZ VALENTIN, LUIS GUILLERMO BOX 859 SALINAS, PR 00751 | 07/18/19 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 169805 | Indeterminado* |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 4 | MERCADO GALINDO, MOISES M BOX 1583 SAN GERMAN, PR 00683 | 06/08/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 55236 | $16,800.00* | MERCADO GALINDO, MOISES M BOX 1583 SAN GERMAN, PR 00683 | 09/27/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 167520 | Indeterminado* |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 5 | NOBLE TORRES, IVONNE PO BOX 593 JUNCOS, PR 00777 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 144662 | Indeterminado* | TORRES, IVONNE NOBLE P.O. BOX 593 JUNCOS, PR 00777 | 06/22/20 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 174171 | $35,408.00 |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Quincuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIONES ENMENDADAS RESTANTES | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 6 | NOBLE TORRES, IVONNE<br>PO BOX 593<br>JUNCOS, PR 00777 | 06/29/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 159494 | Indeterminado* | TORRES, IVONNE NOBLE<br>P.O. BOX 593<br>JUNCOS, PR 00777 | 06/22/20 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 174171 | $35,408.00 |

Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad.

| 7 | RIVERA-COLON, NESTOR<br>BUFETE FRANCISCO R. GONZALEZ<br>1519 PONCE DE LEON AVE<br>SUITE 805<br>SAN JUAN, PR 00909 | 06/29/18 | 17 BK 03567-LTS<br>Autoridad de Carreteras y Transportación de Puerto Rico | 101354 | $16,800,000.00* | RIVERA COLON, NESTOR<br>FRG LAW<br>BUFETE FRANCISCO R. GONZALEZ<br>1519 PONCE DE LEON AVE. SUITE 805<br>SAN JUAN, PR 00909 | 04/04/22 | 17 BK 03567-LTS<br>Autoridad de Carreteras y Transportación de Puerto Rico | 179755 | $16,800,000.00* |

Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad.

* Indica que la reclamación contiene montos por liquidar o indeterminados

2