# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima quincuagésima séptima objeción global**

## Cuadringentésima Quincuagésima Séptima Objeción Global

## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ALVAREZ LORA, DAYNELLE<br>COND MUNDO FELIZ<br>1 CALLE HNOS RODRIGUEZ EMA APT 1911<br>CAROLINA, PR 00979 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 86617-1 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | | | |
| 2 | ARROYO PEREZ, CARMEN JULIA<br>URB. ALTURCO PENUELAS #2<br>Q13 15<br>PENUELAS, PR 00624 | 06/22/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 117007-2 | Indeterminado* |
| | Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | | | |
| 3 | AVILES, BLANCA E.<br>HC 1 BOX 2281<br>LAS MARIAS, PR 00670 | 02/18/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 173284-1 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

# Cuadringentésima Quincuagésima Séptima Objeción Global

## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 4 | COLON OTERO, MYRNA L.<br>URB. RAMOS ANTONINI<br>#9 CALLE A<br>CIDRA, PR 00739 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 115842-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | CRUZ CRUZ, LUZ MINERVA<br>HACIENDA EL SEMIL BZN. 11137<br>VILLALBA, PR 00766 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 121266-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | CRUZ, ESTHER LOZANO<br>PO BOX 141136<br>ARECIBO, PR 00614-1136 | 07/03/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 129141-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima Quincuagésima Séptima Objeción Global

## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | MIRANDA, RAFAEL VASSALLO<br>URB LEVITTOWN<br>HC9 CALLE ELISA TAVARES<br>TOA BAJA, PR 00949 | 06/27/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 44368-1 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | OSORIO CRUZ, BENITA<br>PO BOX 1980-117<br>LOIZA, PR 00772 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 131761-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | PAGAN RIVERA, EMMA R.<br>URB. SANTA MARIA, HACIENDA BERGODERE C-37<br>GUAYANILLA, PR 00656 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 152049-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 10 | RODRIGUEZ RAMIREZ, ILEANA I.<br>PO BOX 1505<br>RIO GRANDE, PR 00745 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 84025-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Quincuagésima Séptima Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 11 | RODZ MARTINEZ, LONGINO<br>5971 HILLSIDE HEIGHTS DR<br>LAKELAND, FL 33812-3333 | 06/05/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 46078 | $15,000.00 |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | ROSADO PACHECO, ANA M.<br>2551 TENERIFE VILLA DEL CARMEN<br>PONCE, PR 00716 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 77027-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | ROSADO SANCHEZ, MILDRED<br>P.O. BOX 1332<br>LAS PIEDRAS, PR 00771-1332 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 59074-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | ROSADO SANCHEZ, MILDRED<br>P.O.BOX 1332<br>LAS PIEDRAS, PR 00771-1332 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 61318-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima Quincuagésima Séptima Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 15 | SANTIAGO, MARCOLINA BAYOUA<br>HC 02 BOX 8458<br>JUANA DIAZ, PR 00795 | 06/20/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 50938-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 16 | VALENTIN MONTALVO, JOSE<br>HC 6 BOX 60963<br>MAYAGUEZ, PR 00680-9557 | 08/12/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170255-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 17 | VAZQUEZ MEDINA, JOSE A<br>31 LA VIA<br>BARCELONETA, PR 00617 | 07/02/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 109653-1 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | TOTAL | $15.000.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados