## **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Fifty-Eighth Omnibus Objection**

Four Hundred Fifty-Eighth Omnibus Objection

Exhibit A - Claims to Be Reclassified

|   | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BETTERCYCLING CORPORATION<br>ROSIMARI LEON<br>209 AVE. MUNOZ RIVERA<br>(8TH FLOOR)<br>SAN JUAN, PR 00917 | 118789 | Commonwealth of Puerto Rico | Secured | $1,432,161.52 | Commonwealth of Puerto Rico<br>Commonwealth of Puerto Rico<br>Subtotal | Secured<br>Unsecured | $0.00<br>$1,432,161.52<br>$1,432,161.52 |

Reason: The claimant failed to provide prima facie evidence to support a secured claim.

|   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|
| 2 | BETTEROADS ASPHALT LLC<br>ROSIMARI LEON<br>209 AVE. MUNOZ RIVERA<br>(8TH FLOOR)<br>SAN JUAN, PR 00917 | 115188 | Puerto Rico Highways and Transportation Authority | Secured | $1,459,173.56 | Puerto Rico Highways and Transportation Authority<br>Puerto Rico Highways and Transportation Authority<br>Subtotal | Secured<br>Unsecured | $0.00<br>$1,459,173.56<br>$1,459,173.56 |

Reason: The claimant failed to provide prima facie evidence to support a secured claim.

|   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|
| 3 | BETTERRECYCLING CORPORATION<br>ROSIMARI LEON<br>209 AVE. MUNOZ RIVERA<br>(8TH FLOOR)<br>SAN JUAN, PR 00917 | 103288 | Puerto Rico Highways and Transportation Authority | Secured | $1,052,047.33 | Puerto Rico Highways and Transportation Authority<br>Puerto Rico Highways and Transportation Authority<br>Subtotal | Secured<br>Unsecured | $0.00<br>$1,052,047.33<br>$1,052,047.33 |

Reason: The claimant failed to provide prima facie evidence to support a secured claim.

|   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|
| 4 | FERROVIAL AGROMAN LLC<br>RIBERA DEL LOIRA 42<br>MADRID, 28042 SPAIN<br>PARQUE EMPRESARIAL<br>PUERTA DE LAS NACIONES<br>MADRID, 28042 | 24320 | Puerto Rico Highways and Transportation Authority<br>Puerto Rico Highways and Transportation Authority<br>Subtotal | Secured<br>Unsecured | $839,442.86*<br>$14,252,990.21*<br>$15,092,433.07* | Puerto Rico Highways and Transportation Authority<br>Puerto Rico Highways and Transportation Authority<br>Subtotal | Secured<br>Unsecured | $0.00<br>$15,092,433.07*<br>$15,092,433.07* |

Reason: The claimant failed to provide prima facie evidence to support a secured claim.

*Indicates claim contains unliquidated and/or undetermined amounts

1

Four Hundred Fifty-Eighth Omnibus Objection

Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | FERROVIAL AGROMAN, S.A.<br>1250 PONCE DE LEON AVE<br>SAN JOSE BUILDING<br>SUITE 901<br>SAN JUAN, PR 00902 | 17738 | Puerto Rico Highways and Transportation Authority | Secured | $1,812,052.07* | Puerto Rico Highways and Transportation Authority | Secured | $0.00 |
| | | | Puerto Rico Highways and Transportation Authority | Unsecured | $22,869,042.57* | Puerto Rico Highways and Transportation Authority | Unsecured | $24,681,094.64* |
| | | | | Subtotal | $24,681,094.64* | | Subtotal | $24,681,094.64* |

Reason: The claimant failed to provide prima facie evidence to support a secured claim.

| | | | TOTAL | | $43,716,910.12* | TOTAL | | $43,716,910.12* |

*Indicates claim contains unliquidated and/or undetermined amounts

2