## ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima quincuagésima octava objeción global**

Cuadringentésima Quincuagésima Octava Objeción Global

Anexo A - Reclamos a ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | BETTERCYCLING CORPORATION ROSIMARI LEON 209 AVE. MUNOZ RIVERA (8TH FLOOR) SAN JUAN, PR 00917 | 118789 | El Estado Libre Asociado de Puerto Rico | Garantizada | $1,432,161.52 | El Estado Libre Asociado de Puerto Rico | Garantizada | $0.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,432,161.52 |
| | | | | | | | Subtotal | $1,432,161.52 |
| | Base para: El demandante omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado. | | | | | | | |
| 2 | BETTEROADS ASPHALT LLC ROSIMARI LEON 209 AVE. MUNOZ RIVERA (8TH FLOOR) SAN JUAN, PR 00917 | 115188 | Autoridad de Carreteras y Transportación de Puerto Rico | Garantizada | $1,459,173.56 | Autoridad de Carreteras y Transportación de Puerto Rico | Garantizada | $0.00 |
| | | | | | | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $1,459,173.56 |
| | | | | | | | Subtotal | $1,459,173.56 |
| | Base para: El demandante omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado. | | | | | | | |
| 3 | BETTERRECYCLING CORPORATION ROSIMARI LEON 209 AVE. MUNOZ RIVERA (8TH FLOOR) SAN JUAN, PR 00917 | 103288 | Autoridad de Carreteras y Transportación de Puerto Rico | Garantizada | $1,052,047.33 | Autoridad de Carreteras y Transportación de Puerto Rico | Garantizada | $0.00 |
| | | | | | | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $1,052,047.33 |
| | | | | | | | Subtotal | $1,052,047.33 |
| | Base para: El demandante omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado. | | | | | | | |
| 4 | FERROVIAL AGROMAN LLC RIBERA DEL LOIRA 42 MADRID, 28042 SPAIN PARQUE EMPRESARIAL PUERTA DE LAS NACIONES MADRID, 28042 | 24320 | Autoridad de Carreteras y Transportación de Puerto Rico | Garantizada | $839,442.86* | Autoridad de Carreteras y Transportación de Puerto Rico | Garantizada | $0.00 |
| | | | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $14,252,990.21* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $15,092,433.07* |
| | | | | Subtotal | $15,092,433.07* | | Subtotal | $15,092,433.07* |
| | Base para: El demandante omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado. | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

1

Cuadringentésima Quincuagésima Octava Objeción Global

Anexo A - Reclamos a ser reclasificados

| | | | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 5 | FERROVIAL AGROMAN, S.A. 1250 PONCE DE LEON AVE SAN JOSE BUILDING SUITE 901 SAN JUAN, PR 00902 | 17738 | Autoridad de Carreteras y Transportación de Puerto Rico | Garantizada | $1,812,052.07* | Autoridad de Carreteras y Transportación de Puerto Rico | Garantizada | $0.00 |
| | | | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $22,869,042.57* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $24,681,094.64* |
| | | | | Subtotal | $24,681,094.64* | | Subtotal | $24,681,094.64* |

Base para: El demandante omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado.

| | | | | TOTAL | $43,716,910.12* | TOTAL | | $43,716,910.12* |
|---|---|---|---|---|---|---|---|---|

\* Indica que la reclamación contiene montos por liquidar o indeterminados