## **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Fifty-Ninth Omnibus Objection**

# Four Hundred Fifty-Nine Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | JENNINGS, SUSAN A<br>4009 GREENVIEW DR<br>URBANDALE, IA 50322 | 03/20/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173602 | $565,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority (PBA), but fails to provide sufficient supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority (PBA), such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | MARCANO VEGA, KENNETH<br>CALLE 17 # S-8<br>URBANIZACION VERSALLES<br>BAYAMON, PR 00959 | 05/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11963 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide sufficient supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | MEDINA VAZQUEZ, RAQUEL<br>URB. GLENVIEW GDNS<br>Q13 CALLE W22A<br>PONCE, PR 00730-1651 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 134531-1 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide sufficient supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | PUERTO RICO HOSPITAL SUPPLY, INC.<br>O'NEILL & GILMORE LAW OFFICE LLC<br>252 PONCE DE LEON AVE., SUITE 1701<br>SAN JUAN, PR 00918 | 05/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16541 | $3,615,277.63 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide sufficient supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Fifty-Nine Omnibus Objection

Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | TRAINA, RICHARD AND DONNA M.<br>936 CONTI STREET<br>APT 9<br>NEW ORLEANS, LA 70112 | 09/29/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179618 | $10,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide sufficient supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | TOTAL | $4,190,277.63* |

*Indicates claim contains unliquidated and/or undetermined amounts