# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima quincuagésima novena objeción global**

Cuadringentésima Quincuagésima Novena Objeción Global

Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | JENNINGS, SUSAN A<br>4009 GREENVIEW DR<br>URBANDALE, IA 50322 | 03/20/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173602 | $565,000.00 |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero omite aportar documentación de respaldo suficiente para invocar un reclamo contra la autoridad citada, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 2 | MARCANO VEGA, KENNETH<br>CALLE 17 # S-8<br>URBANIZACION VERSALLES<br>BAYAMON, PR 00959 | 05/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11963 | Indeterminado* |
| | Base para: La Evidencia de reclamo pretende reclamar obligaciones relacionadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar documentación de respaldo suficiente para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 3 | MEDINA VAZQUEZ, RAQUEL<br>URB. GLENVIEW GDNS<br>Q13 CALLE W22A<br>PONCE, PR 00730-1651 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 134531-1 | Indeterminado* |
| | Base para: La Evidencia de reclamo pretende reclamar obligaciones relacionadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar documentación de respaldo suficiente para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | | | |
| 4 | PUERTO RICO HOSPITAL SUPPLY, INC.<br>O'NEILL & GILMORE LAW OFFICE LLC<br>252 PONCE DE LEON AVE., SUITE 1701<br>SAN JUAN, PR 00918 | 05/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16541 | $3,615,277.63 |
| | Base para: La Evidencia de reclamo pretende reclamar obligaciones relacionadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar documentación de respaldo suficiente para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Quincuagésima Novena Objeción Global

Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | TRAINA, RICHARD AND DONNA M.<br>936 CONTI STREET<br>APT 9<br>NEW ORLEANS, LA 70112 | 09/29/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179618 | $10,000.00 |

Base para: La Evidencia de reclamo pretende reclamar obligaciones relacionadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar documentación de respaldo suficiente para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | TOTAL | $4,190,277.63* |
|---|---|---|---|---|---|---|

\* Indica que la reclamación contiene montos por liquidar o indeterminados