# EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Sixtieth Omnibus Objection**

Four Hundred Sixteenth Omnibus Objection

### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ACEVEDO REYES, CARMEN C LOS DOMINICOS SAN RAFAEL E124 BAYAMON, PR 00957 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 133964 | Undetermined* | ACEVEDO REYES, CARMEN C. SAN RAFAEL E 124 LOS DOMINICOS BAYAMON, PR 00957 | 12/14/20 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 178951 | $30,000.00 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ACOSTA TORO, JOSE LUIS URB. ESTACIAS DE LAJAS CALLE RODIANTE #6 LAJAS, PR 00667 | 06/28/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 111796 | $9,000.00* | ACOSTA TORO, JOSE LUIS CARR. 101 URB. ESTANCIAS DE LAJAS CALLE RADIANTE #6 LAJAS, PR 00667 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 119287 | $9,000.00 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | AGOSTO TORRES, CARLOS J. APRIL GARDENS CALLE 212C-9 LAS PIEDRAS, PR 00771 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 150388 | $30,000.00 | AGOSTO TORRES, CARLOS J. APRIL GARDENS CALLE 21 2C-9 LAS PIEDRAS, PR 00771 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 147581 | $30,000.00 |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.

Surviving Claim # 147581 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | ALAMO CUEVAS, JOSE M. URB. VILLA DEL REY 4TA SEC. CALLE 5 4L10 CAGUAS, PR 00725 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 147357 | Undetermined* | ALAMO CUEVAS, JOSE M. URB. VILLA DEL REY 4TA.SEC. CALLE 5 4L10 CAGUAS, PR 00725 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 138930 | Undetermined* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.

Surviving Claim # 138930 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Sixteenth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | ALVARADO ALVARADO, OLGA I. 1235 CALLE SANTA LUCIA URBANIZACION LAS FUENTES COAMO, PR 00769 | 05/22/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 25418 | Undetermined* | ALVARADO ALVARADO, OLGA I 1235 CALLE SANTA LUCIA URB. LA FUENTES COAMO, PR 00769 | 07/02/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 99270 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 6 | ALVAREZ FEBUS, NELIDA RR 8 BOX 9149A BAYAMON, PR 00956-9928 | 05/22/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 25382 | $2,470.56 | ALVAREZ FEBUS, NELIDA RR-8  BOX 9149 A BO DAJAO BAYAMON, PR 00956 | 05/22/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 26453 | $87,911.70 |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 7 | AMALBERT-MILLAN, MARIA A. 76 CALANDRIA PASEO PALME REAL JUNCOS, PR 00777-3125 | 06/25/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 88726 | $75,000.00* | AMALBERT-MILLAN, MARIA A. PASEO PALMA REAL 76 CALANDRIA JUNCOS, PR 00777-3125 | 06/25/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 81661 | $75,000.00* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. | | | | | | | | | |
| | Surviving Claim # 81661 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |
| 8 | AMALBERT-MILLAN, MARIA A. PASEO PALME REAL 76 CALANDRIE JUNCOS, PR 00777-3125 | 06/25/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 94753 | $75,000.00 | AMALBERT-MILLAN, MARIA A. 76 CALANDRIA PASEO PALMA REAL JUNCOS, PR 00777-3125 | 06/25/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 81661 | $75,000.00* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. | | | | | | | | | |
| | Surviving Claim # 81661 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Sixteenth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 9 | APONTE RIOS, REBECCA URB. COLINAS CALLE PRADO 5 F 19 YAUCO, PR 00698 | 05/18/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 36028 | $8,100.00* | APONTE RIOS, REBECCA URB. COLINAS CALLE PRADO 5 F19 YAUCO, PR 00698 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 166848 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 10 | BENTINE ROBLEDO, ASTRID E. URB. LEVITTOWN 1 COND. AQUAPARQUE, APT B-21 TOA BAJA, PR 00949-2652 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 100539 | Undetermined* | BENTINE ROBLEDO, ASTRID E. URB. LEVITTOWN 1 COND. AQUAPARQUE, APT B-21 TOA BAJA, PR 00949-2652 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 150758 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 11 | BENTINE ROBLEDO, ASTRID E. URB. LEVITTOWN, COND. ACUAPARQUE APT B-21 TOA BAJA, PR 00949 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 133320 | Undetermined* | BENTINE ROBLEDO, ASTRID E. URB. LEVITTOWN 1 COND. AQUAPARQUE, APT B-21 TOA BAJA, PR 00949-2652 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 150758 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |

Four Hundred Sixteenth Omnibus Objection

## Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 12 | BENTINE ROBLEDO, ASTRID E. URB. LEVITTOWN, COND. ACUAPARQUE APT B-21 TOA BAJA, PR 00949 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 150803 | Undetermined* | BENTINE ROBLEDO, ASTRID E. URB. LEVITTOWN  1 COND. AQUAPARQUE, APT B-21 TOA BAJA, PR 00949-2652 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 150758 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 13 | BERRIOS CASTRODAD, NORMA D. URB. FERNANDEZ 24 FRANCISCO CRUZ CIDRA, PR 00739 | 12/31/20 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 178997 | $20,400.00* | BERRIOS CASTRODAD, NORMA D. URB. FERNANDEZ 24 FRANCISCO CRUZ CIDRA, PR 00739 | 09/11/20 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 175400-1 | $74,600.00 |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. | | | | | | | | | |
| | Surviving Claim # 175400-1 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |
| 14 | CAPELES DIAZ, CARMEN D. M-10 CALLE 16 CIUDAD MASSO SAN LORENZO, PR 00754 | 06/26/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 92104 | $1,500.00 | CAPELES DIAZ, CARMEN D. M-10 CALLE 16 URB CIUDAD MASSO SAN LORENZO, PR 00754-3650 | 06/26/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 95366 | $5,000.00* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

4

Four Hundred Sixtieth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 15 CASILLAS RODRIGUEZ, MYRNA L K44 12 URB. MONTE BRISAS 5 FAJARDO, PR 00738 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 164890 | $14,400.00* | CASILLAS RODRIGUEZ, MYRNA L. K44 12 URB. MONTE BRISAS 5 FAJARDO, PR 00738 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 135462 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. | | | | | | | | | |
| Surviving Claim # 135462 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |
| 16 COSME COSME, WANDA I. HC 02 BOX 80194 CIALES, PR 00638 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 58059 | $16,500.00* | COSME COSME, WANDA I. HC 02 BOX 80194 CIALES, PR 00638 | 06/27/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 60545 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. | | | | | | | | | |
| Surviving Claim # 60545 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |
| 17 COSME COSME, WANDA I. HC 02 BOX 80194 CIALES, PR 00638 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 74420 | Undetermined* | COSME COSME, WANDA I. HC 02 BOX 80194 CIALES, PR 00638 | 06/27/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 60545 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. | | | | | | | | | |
| Surviving Claim # 60545 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |
| 18 CRUZ CRUZ, RAMON E. HC-02 BOX 5210 VILLALBA, PR 00766 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 109313 | $20,800.00* | CRUZ CRUZ, RAMON E. HC-02 BOX 5210 VILLALBA, PR 00766 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 138184 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. | | | | | | | | | |
| Surviving Claim # 138184 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Sixtieth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 19 CRUZ CRUZ, RAMON E. HC-02 BOX 5210 VILLALBA, PR 00766 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 129555 | $2,400.00* | CRUZ CRUZ, RAMON E. HC-02 BOX 5210 VILLALBA, PR 00766 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 138184 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. Surviving Claim # 138184 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |
| 20 CRUZ FIGUEROA, NELDYS E. BOX 531 PENUELAS, PR 00624 | 06/28/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 132421 | Undetermined* | CRUZ FIGUEROA, NELDYS E. BOX 531 PENUELAS, PR 00624 | 06/25/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 71286 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 21 CUEVAS GONZALEZ, NORMA I URB. VISTA DE RIO II PO BOX 665 ANASCO, PR 00610 | 07/05/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 167620 | $7,000.00* | CUEVAS GONZALEZ, NORMA I. URB. VISTA DEL RIO II P.O. BOX 665 ANASCO, PR 00610 | 07/05/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 156362 | $80,000.00* |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. Surviving Claim # 156362 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |
| 22 DE JESUS MORALES, AIDA M. HC-01 BOX 2723 LOIZA, PR 00772 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 151830 | $30,000.00 | DE JESUS MORALES, AIDA M. HC-01 BOX 2723 LOIZA, PR 00772 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103573 | $30,000.00 |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. Surviving Claim # 103573 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |

Four Hundred Sixteenth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 23 DE JESUS RIVAS, IVETTE P.O. BOX 9785 CIDRA, PR 00739 | 09/21/20 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 176131 | $75,000.00 | DE JESUS RIVAS, IVETTE PO BOX 9785 CIDRA, PR 00739 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 118974 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 24 DIAZ REYES, LUISA M SECTOR LA PRRA RAMAL 4 #122 TRUJILLO ALTO, PR 00976 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 104829 | $80,000.00* | DIAZ REYES, LUISA M. SECTOR LA PRRA RAMAL 4 #122 TRUJILLO ALTO, PR 00976 | 06/28/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 106019 | $30,000.00 |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.

Surviving Claim # 106019 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 25 ECHEVARRIA ABREU, SANDRA I. URB. LAS DELICIAS 4041 CALLE FIDELIA MATHEW PONCE, PR 00728-3710 | 01/21/20 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 178124 | $7,236.00 | ECHEVARRIA ABREU, SANDRA I. URB. LAS DELICIAS 4041 CALLE FIDELIA MATHEW PONCE, PR 00728-3710 | 06/25/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 89567 | Undetermined* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.

Surviving Claim # 89567 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 26 ESCRIBANO, ZAIDA J. PO BOX 52 CIDRA, PR 00739-0052 | 06/25/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 88822 | Undetermined* | ESCRIBANO, ZAIDA J. P.O. BOX 52 CIDRA, PR 00739-0052 | 09/17/20 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 176074 | $75,000.00 |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.

Surviving Claim # 176074 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Sixteenth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 27 | FELICIANO PASCUAL, MARIA A. APDO 560339 GUAYANILLA, PR 00656 | 06/27/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103490 | Undetermined* | FELICIANO PASCUAL, MARIA A. APDO. 560339 GUAYANILLA, PR 00656 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 131309 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 28 | FELICIANO RODRIGUEZ, IRVING CARR. NUEVA HC-01 BOX 8380 HORMIGUEROS, PR 00660 | 03/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 5645-1 | $45,000.00* | FELICIANO RODRIGUEZ, IRVING HC01 BOX 8380 HORMIGUEROS, PR 00660 | 04/27/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 9963 | $70,000.00* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. | | | | | | | | | |
| | Surviving Claim # 9963 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |
| 29 | FELICIANO VARELA, ALBERTO HC 1 BOX 3829 LARES, PR 00669-9611 | 05/23/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 27343 | Undetermined* | FELICIANO VARELA, ALBERTO BO. CALLEJONES BZN 3829 LARES, PR 00669 | 05/23/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 28370 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 30 | FLORES OYOLA, SYLVIA M. 13 CALLE ORGUIDEA CIDRA, PR 00739 | 09/14/20 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 177846 | $60,000.00* | FLORES OYOLA, SYLVIA M. 13 CALLE ORQUIDEA CIDRA, PR 00739 | 09/14/20 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 175465 | $95,000.00* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. | | | | | | | | | |
| | Surviving Claim # 175465 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |

Four Hundred Sixtieth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 31  FRANCIS ROSARIO, DOLORES R. C-23 B URB. MELENDEZ FAJARDO, PR 00738 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 163628 | Undetermined* | FRANCIS ROSARIO, DOLORES R. C-23 B URB. MELENDEZ FAJARDO, PR 00738 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 163586 | $14,400.00* |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. | | | | | | | | | |
| Surviving Claim # 163586 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |
| 32  FRANCO MOLINA, MARTA P.O BOX 544 CIDRA, PR 00739 | 09/14/20 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 175560 | $75,000.00 | FRANCO MOLINA, MARTA P.O. BOX 544 CIDRA, PR 00739 | 06/25/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 91076 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 33  FRANCO MOLINA, MARTA PO BOX 544 CIDRA, PR 00739 | 06/25/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 90663 | $36,000.00* | FRANCO MOLINA, MARTA P.O. BOX 544 CIDRA, PR 00739 | 06/25/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 91076 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 34  GARCIA GARCIA, RAFAEL URB MONTE BRISAS 5 5H15 CALLE 8 FAJARDO, PR 00738 | 07/06/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 162278 | $10,000.00* | GARCIA GARCIA, RAFAEL 5 H 15 CALLE 8 URB MONTE BRISAS 5 FAJARDO, PR 00738 | 07/06/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 165086 | $9,600.00* |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. | | | | | | | | | |
| Surviving Claim # 165086 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Sixtieth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | **CLAIMS TO BE DISALLOWED** | | | | **REMAINING CLAIMS** | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 35 | GONZALEZ CANCEL, CLARA L P.O. BOX 546 JAYUYA, PR 00664 | 05/30/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 42608 | Undetermined* | GONZALEZ CANCEL, CLARA PO BOX 546 JAYUYA, PR 00664 | 05/30/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 42445 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 36 | GONZALEZ GONZALEZ, FELICITA CALLE 24 GG 15 VILLAS DE CASTRO CAGUAS, PR 00725 | 07/26/20 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 177880 | $125,233.00 | GONZALEZ GONZALEZ, FELICITA CALLE-24-GG-15- VILLAS DE CASTRO CAGUAS, PR 00725 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 151107 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.  Surviving Claim # 151107 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |
| 37 | HERNANDEZ RUIZ, YANITZA HC 2 BOX 8777 YABUCOA, PR 00767 | 05/30/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 36039 | Undetermined* | HERNANDEZ RUIZ, YANITZA HC- #2 BOX 8777 YABUCOA, PR 00767 | 05/30/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 36029 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 38 | JIMENEZ ECHEVARRIA, SONIA N SANTA ELENA 3 67 CALLE SANTA CLARA GUAYANILLA, PR 00656 | 07/03/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 131198 | Undetermined* | JIMENEZ ECHEVARRIA, SONIA N 3RA EXT. STA ELENA STA CLARA 67 GUAYANILLA, PR 00656 | 06/25/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 51816 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Sixtieth Omnibus Objection

## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 39 | LAFONTAINE VELEZ, SONIA URB TANAMA 167 CALLE CUBA ARECIBO, PR 00612 | 06/05/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 47096 | Undetermined* | LAFONTAINE VELEZ, SONIA URB TANAMA 167 CALLE CUBA ARECIBO, PR 00612 | 05/30/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 40898 | Undetermined* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.

Surviving Claim # 40898 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 40 | LOZADA CRUZ, CARMEN D. P.M.B. 382 P.O. BOX 1283 SAN LORENZO, PR 00754 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 128552 | Undetermined* | LOZADO CRUZ, CARMEN D. P.M.B. 382 PO BOX1283 SAN LORENZO, PR 00754 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 143830 | $18,000.00 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | MATOS ARROYO, VICENTA PMB 376 BOX 1283 SAN LORENZO, PR 00754 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 141151 | Undetermined* | MATOS ARROYO , VICENTA PMB 376 BOX 1283 SAN LORENZO, PR 00754 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 129954 | Undetermined* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.

Surviving Claim # 129954 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 42 | MENAY RUIZ, MARIA DE LOS A. 2197 CALLE NUEVA VIDA YAUCO, PR 00698-4886 | 06/27/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103361 | Undetermined* | MENAY RUIZ, MARIA DE LOS A. 2197 NUEVA VIDA YAUCO, PR 00698 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 99087 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Sixtieth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 43  MENAY RUIZ, MARIA DE LOS A. 2197 CALLE NUEVA VIDA YAUCO, PR 00698 | 06/27/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 105723 | Undetermined* | MENAY RUIZ, MARIA DE LOS A. 2197 CALLE NUEVA VIDA YAUCO, PR 00698 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 109441 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 44  MENAY RUIZ, MARIA DE LOS A. 2197 CALLE NUEVA VIDA YAUCO, PR 00698 | 06/27/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 124787 | Undetermined* | MENAY RUIZ, MARIA DE LOS A. 2197 CALLE NUEVA VIDA YAUCO, PR 00698 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 138665 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 45  MORALES VALDES, RUBEN A 12 EUCALIPTO STREET PARCELAS MARQUEZ MANATI, PR 00674 | 05/22/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 18095 | $70,000.00* | MORALES VALDES, RUBEN A 12 EUCALIPTO STREET PARCELAS MARQUEZ MANATI, PR 00674 | 05/22/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 18526 | $70,000.00* |
| Reason: Duplicate liability filed against Debtor Puerto Rico Highways and Transportation Authority. Surviving Claim # 18526 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |
| 46  NAVARRO COTTO, AGUSTINA AGUSTINA NAVARRO COTTO BARRIO CERTENEJAS BOX 1106 CIDRA, PR 00739 | 07/06/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 158534 | $4,800.00* | NAVARRO COTTO, AGUSTINA PO BOX 1106 CIDRA, PR 00739 | 09/24/20 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 175663 | $75,000.00 |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. Surviving Claim # 175663 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Sixtieth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 47 NAVARRO COTTO, AGUSTINA P.O. BOX 1106 CIDRA, PR 00739 | 01/29/21 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 179071 | $37,200.00 | NAVARRO COTTO, AGUSTINA PO BOX 1106 CIDRA, PR 00739 | 09/24/20 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 175663 | $75,000.00 |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. | | | | | | | | | |
| Surviving Claim # 175663 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |
| 48 NIEVES HERNANDEZ, HILDA C/SANTA ANA E25 SANTA ELVIRA CAGUAS, PR 00725 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 112768-1 | $5,000.00 | NIEVES HERNANDEZ, HILDA E-25 SANTA ANA, SANTA ELVIRA CAGUAS, PR 00725 | 06/28/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 118029 | $5,000.00 |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. | | | | | | | | | |
| Surviving Claim # 118029 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |
| 49 NIEVES HERNANDEZ, HILDA E-25 SANTA ANA SANTA ELVIRA CAGUAS, PR 00725 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 121044-1 | $3,000.00 | NIEVES HERNANDEZ, HILDA E-25 SANTA ANA, SANTA ELVIRA CAGUAS, PR 00725 | 06/28/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 118029 | $5,000.00 |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. | | | | | | | | | |
| Surviving Claim # 118029 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |
| 50 OCASIO ROSARIO, JOSEFA BO. DAMIAN ABAJO HC-02  BOX 8674 OROCOVIS, PR 00720 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 135145 | Undetermined* | OCASIO ROSARIO, JOSEFA BO. DAMIAN ABAJO HC-2 BOX 8674 OROCOVIS, PR 00720 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 147423 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |

Four Hundred Sixtieth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 51 ORTIZ ARROYO, MANUEL ANTONIO URB. HACIENDA LA MATILDE 5675 PASEO MOREL CAMPOS PONCE, PR 00728-2449 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 120249 | Undetermined* | ORTIZ ARROYO, MANUEL ANTONIO URB HACIENDA LA MATILDE 5675 PASEO MORELL CAMPOS PONCE, PR 00728-2449 | 06/28/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 132283 | Undetermined* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.

Surviving Claim # 132283 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 52 ORTIZ MATOS, NANCY I. P.O. BOX 252 COMERIO, PR 00782 | 06/26/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 111270 | Undetermined* | ORTIZ MATOS, NANCY I. PO BOX 252 COMERIO, PR 00782 | 06/26/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 84582 | $30,000.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 53 ORTIZ MATOS, NANCY I. P.O. BOX 252 COMERIO, PR 00782 | 10/19/20 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 177175 | $75,000.00 | ORTIZ MATOS, NANCY I. PO BOX 252 COMERIO, PR 00782 | 06/26/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 84582 | $30,000.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 54 ORTIZ RIVERA, ADA IVETTE H.C. 73 BOX 5950 CAYEY, PR 00736-9509 | 06/28/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 120123 | Undetermined* | ORTIZ RIVERA, ADA IVETTE H.C. 73 BOX 5950 CAYEY, PR 00736-9509 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 135170 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

*Indicates claim contains unliquidated and/or undetermined amounts

14

Four Hundred Sixtieth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 55 ORTIZ SANTIAGO, ADA IRMA PO BOX 31005 SAN JUAN, PR 00929 | 03/20/20 | 19-BK-05523-LTS Puerto Rico Public Buildings Authority (PBA) | 173614 | $100,000.00* | ORTIZ SANTIAGO, ADA IRMA PO BOX 31005 SAN JUAN, PR 00929 | 03/20/20 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 173564 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Puerto Rico Public Buildings Authority (PBA). Surviving Claim # 173564 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |
| 56 PEREZ NIEVES, LUIZ A. URB LIANOS ISABELA 455 CALLE ORTEGON ISABELA, PR 00662 | 06/07/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 61421 | Undetermined* | PEREZ NIEVES, LUZ A URB LLANOS ISABELA 455 CALLE ORTEGON ISABELA, PR 00662 | 06/07/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 61222 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 57 RAMOS MARTINEZ, YVETTE BK25 DR. MARTORELL 5TA LEVITTOWN TOA BAJA, PR 00949 | 06/26/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 63571 | $50,000.00* | RAMOS MARTINEZ, YVETTE BK 25 DR. MARTORELL LEVITTOWN TOA BAJA, PR 00949 | 06/28/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 119642 | $50,000.00* |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. Surviving Claim # 119642 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

15

Four Hundred Sixtieth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 58 RAMOS RIVERA, VICTOR M. 4TA EXTENSION C/GUAN #882 RIO PIEDRAS, PR 00924 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 154036 | $30,000.00 | RAMOS RIVERA, VICTOR  M. 4TA EXTENSION COUNTRY CLUB CALLE GUAN 882 RIO PIEDRAS, PR 00924 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 150208 | $30,000.00 |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.

Surviving Claim # 150208 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 59 RIVERA ARROYO, LUZ RR-3 BOX 10431 TOA ALTA, PR 00953 | 04/25/18 | 17 BK 03566-LTS Employees Retirement System of the Commonwealth of Puerto Rico | 8619 | $6,500.00* | RIVERA ARROYO, LUZ MARIA RR3 BOX 10431 TOA ALTA, PR 00953 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 113849 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 60 RIVERA BURGOS, EMILIO ALTURAS DE RIO GRANDE CALLE 22 V1158 RIO GRANDE, PR 00745 | 04/27/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 9157 | Undetermined* | RIVERA BURGOS, EMILIO ALTURAS DE RIO GRANDE CALLE 22 V1158 RIO GRANDE, PR 00745 | 04/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 9161 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 61 RIVERA DIAZ, ADA ESTHER HC 01 BOX 4227 COROZAL, PR 00783 | 05/18/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 19461 | $16,000.00 | RIVERA DIAZ, ADA ESTHER HC 01 BOX 4227 COROZAL, PR 00783 | 06/28/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 126354 | $50,000.00* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.

Surviving Claim # 126354 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth

*Indicates claim contains unliquidated and/or undetermined amounts

16

Four Hundred Sixtieth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 62 ROCHE GONZALEZ, ALTAGRACIA HC-05 BOX 13109 JUANA DIAZ, PR 00795-9512 | 06/28/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 133697-1 | Undetermined* | ROCHE GONZALEZ, ALTAGRACIA HC-05 BOX 13109 JUANA DIAZ, PR 00795-9512 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 138373-1 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 63 RODRIGUEZ GARCIA, MARIBEL URB SANTA CLARA J14 CALLE ARECA GUAYNABO, PR 00969 | 04/18/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 5463 | Undetermined* | RODRIGUEZ GARCIA, MARIBEL URB SANTA CLARA J 14 CALLE ARECA GUAYNABO, PR 00969 | 04/18/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 5813 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 64 RODRIGUEZ MOJICA, MARIA  C H.C. 8 BOX 44743 AGUADILLA, PR 00603 | 06/26/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 97893 | $15,600.00* | RODRIGUEZ MOJICA, MARIA  C BUZON 21407 BOS LAS CROABAS FAJARDO, PR 00738 | 06/28/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 133250 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. | | | | | | | | | |
| Surviving Claim # 133250 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |
| 65 ROMERO SANCHEZ, AIXA M. URB. STARLIGHT 4411 CALLE ANTARES PONCE, PR 00717-1465 | 06/22/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 76751 | $6,330.24* | ROMERO SANCHEZ, AIXA M. URB. STARLIGHT 4411 CALLE ANTARES PONCE, PR 00717-1465 | 06/22/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 96015 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |

Four Hundred Sixtieth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 66 ROSADO MENDEZ, YAHAIRA COMUNIDAD CABAN CALLE PARQUE #150 AGUADILLA, PR 00603 | 05/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 34059 | Undetermined* | ROSADO MENDEZ, YAHAIRA COMUNIDAD CABAN CALLE PARQUE #150 AGUADILLA, PR 00603 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 23025 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 67 ROSARIO GONZALEZ, ELIZABETH P.O. BOX 1022 PATILLAS, PR 00723 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 139183 | Undetermined* | ROSARIO GONZALEZ, ELIZABETH PO BOX 1022 PATILLAS, PR 00723 | 06/28/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 130431 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. | | | | | | | | | |
| Surviving Claim # 130431 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |
| 68 ROSARIO SANTIAGO, CLARIBEL ENID PO BOX 690 SABANA HOYOS, PR 00688 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 53295 | $10,000.00 | ROSARIO SANTIAGO, CLARIBEL ENID PO BOX 690 SABANA HOYOS, PR 00688 | 06/27/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 53546 | $10,000.00 |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. | | | | | | | | | |
| Surviving Claim # 53546 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |
| 69 RUIZ LOZANO, CARMEN M PO BOX 10436 PONCE, PR 00732 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 134740 | Undetermined* | RUIZ LOZANO, CARMEN M PO BOX 10436 PONCE, PR 00732 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 137829 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. | | | | | | | | | |
| Surviving Claim # 137829 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Sixtieth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 70  SANTIAGO AYALA, LETICIA URB. METROPOLIS 2C-32 AVE. C CAROLINA, PR 00987 | 07/06/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 156347 | $6,000.00 | SANTIAGO AYALA, LETICIA URB METROPOLIS 2C 32 AVE C CAROLINA, PR 00987-7817 | 06/27/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 100241 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. | | | | | | | | | |
| Surviving Claim # 100241 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |
| 71  SANTIAGO FUENTES, NIVIA URB.CAGUAS NORTE CALLE GÉNOVA AK-2 CAGUAS, PR 00725 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 83049 | $14,988.25 | SANTIAGO FUENTES, NIVIA A. URB. CUGUAS NORTE CALLE GENOVA AK2 CAGUAS, PR 00725 | 06/28/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 44956 | $66,977.39 |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. | | | | | | | | | |
| Surviving Claim # 44956 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |
| 72  SANTIAGO RODRIGUEZ, ELIZABETH D-19 CALLE 4 SAN GERMAN, PR 00683 | 05/16/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 29256 | $35,137.76 | SANTIAGO RODRIGUEZ, ELIZABETH 3035 SW 113TH DR. GAINESVILLE, FL 32608 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 52119 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 73  SUAREZ MONTANEZ, MARIA VIRGINIA CARR. 171 KM.4 HC 5 CIDRA, PR 00739 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 101435 | $33,600.00* | SUAREZ MONTANEZ, MARIA VIRGINIA 4505 SEC. CAPILLA CIDRA, PR 00739 | 09/11/20 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 175385 | $33,600.00* |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. | | | | | | | | | |
| Surviving Claim # 175385 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Sixtieth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 74 TAPIA RODRIGUEZ, GLADYS PO BOX 1858 RIO GRANDE, PR 00745 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 137846 | $30,000.00 | TAPIA RODRIGUEZ, GLADYS PO BOX 1858 RIO GRANDE, PR 00745 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 137835 | Undetermined* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.

Surviving Claim # 137835 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 75 TARONJI TORRES, JACQUELINE N. 404 CALLE AMAPOLA URB. VISTA ALEGRE VILLALBA, PR 00766 | 06/22/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 87105 | Undetermined* | TARONJI TORRES, JACQUELINE N 404 CALLE AMAPOLA URB VISTA ALEGRE VILLALBA, PR 00766 | 06/27/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 106698 | Undetermined* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.

Surviving Claim # 106698 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 76 VEGA COLON , HILDA L. BO. GUAVATE BZ. 22619 CAYEY, PR 00736 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 137241 | $75,000.00 | VEGA COLON, HILDA L BO GUAVATE BZ 22619 CAYEY, PR 00736 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 149907 | $75,000.00 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 77 VEGA COLÓN, MARIBEL 237 CALLE GOLONDRINA URB. LOS MONTES DORADO, PR 00646 | 07/02/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 152913 | Undetermined* | VEGA COLÓN, MARIBEL #237 CALLE C/GOLONDRINA LOS MONTES DORADO, PR 00646 | 07/02/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 140367 | $13,500.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Sixtieth Omnibus Objection

## Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 78 VEGA COLÓN, MARIBEL 237 CALLE GOLONDRINA URB. LOS MONTES DORADO, PR 00646 | 07/02/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 52123 | Undetermined* | VEGA COLÓN, MARIBEL #237 CALLE C/GOLONDRINA  LOS MONTES DORADO, PR 00646 | 07/02/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 140367 | $13,500.00* |
| Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 79 VELEZ RIVERA, MARILYN HC-4 BOX 43771 LARES, PR 00669 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 142814 | $513.21* | VELEZ RIVERA, MARILYN HC-4 BOX 43771 LARES, PR 00669 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 165244 | $16,320.00* |
| Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 80 ZAYAS SOTOMAYOR, CARMEN N. URB. TIERRA SANTA NUM 8 CALLE B VILLALBA, PR 00766 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 118943 | $24,000.00* | ZAYAS SOTOMAYOR, CARMEN N. NUM 8 CALLE B URB TIERRA SANTA VILLALBA, PR 00766 | 06/28/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 117960 | $24,000.00* |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. Surviving Claim # 117960 is on Omni #451 Claims To Be Reclassified from ERS to Commonwealth | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts