# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Sixty-First Omnibus Objection**

Four Hundred Sixty-First Omnibus Objection

Exhibit A - Claims to Be Partially Disallowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | COOP AHORRO Y CREDITO LAS PIEDRAS PO BOX 414 LAS PIEDRAS, PR 00771-0414 | 49939 | Commonwealth of Puerto Rico | Unsecured | $1,814,003.50 | Commonwealth of Puerto Rico | Unsecured | $556,500.00 |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Proof of claim seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Another portion will remain at the Commonwealth.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | GOODMAN, JANE 29 WOODS LANE ROSLYN, NY 11576 | 64652 | Commonwealth of Puerto Rico | Unsecured | $10,000.00 | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |

Reason: Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion will remain at the Commonwealth.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | MORALES, RAFAEL 342 CALLE SAN LUIS, STE 201 SAN JUAN, PR 00920 | 1974 | Puerto Rico Sales Tax Financing Corporation (COFINA) | Unsecured | $85,000.00 | Commonwealth of Puerto Rico | Unsecured | $30,000.00 |

Reason: Proof of claim seeks recovery, in part, for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that are associated with an entity, Puerto Rico Conservation Trust Fund, that is not a Title III Debtor and is not guaranteed by the Commonwealth. Another portion will remain at the Commonwealth.

*Indicates claim contains unliquidated and/or undetermined amounts

1

Four Hundred Sixty-First Omnibus Objection
Exhibit A - Claims to Be Partially Disallowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | MORO ROMERO, JULIO<br>PO BOX 1520<br>MOCA, PR 00676 | 16716 | Commonwealth of Puerto Rico | Secured | $1,000,000.00* | Commonwealth of Puerto Rico | Secured | $1,000,000.00* |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant purports to assert, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts liability, in part, based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Proof of claim seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Claimant asserts investments, in part, in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claim purports to assert liability, in part, based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth of Puerto Rico is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Another portion will remain at the Commonwealth.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | SIMON BARRIERA AND DORIS PEREZ<br>URB. CONSTANCIA<br>#3035 CALLE SOLLER<br>PONCE, PR 00717 | 8982 | Commonwealth of Puerto Rico | Secured | $170,000.00 | Commonwealth of Puerto Rico | Secured | $150,000.00 |

Reason: Proof of claim seeks, in part, recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Another portion will remain at the Commonwealth.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | ZISKIND, BARBARA<br>1 CALVIN CIRCLE APT B401<br>EVANSTON, IL 60201-1942 | 4489 | Commonwealth of Puerto Rico | Unsecured | $51,576.04 | Commonwealth of Puerto Rico | Unsecured | $51,576.04 |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Convention Center District Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Claim also purports to assert, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Puerto Rico Sales Tax Financing Corporation is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Another portion will remain at the Commonwealth.

| | TOTAL | | | | $3,130,579.54* | TOTAL | | $1,798,076.04* |

*Indicates claim contains unliquidated and/or undetermined amounts

2