# **ANEXO A**

**Relación de reclamaciones objeto de la Cuadringentésima sexagésima primera objeción global**

Cuadringentésima Sexagésima Primera Objeción Global

Anexo A - Reclamos a ser parcialmente desestimados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | COOP AHORRO Y CREDITO LAS PIEDRAS<br>PO BOX 414<br>LAS PIEDRAS, PR 00771-0414 | 49939 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,814,003.50 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $556,500.00 |

Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la o las evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante reclama, en parte, una obligación sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de estos reclamos. La evidencia de reclamo pretende recuperar, en parte, sumas de dinero que el Estado Libre Asociado no tiene obligación de pagar, pues reclama derechos sobre una o más obligaciones cuyos pagos los titulares han venido recibiendo en su totalidad, no constituye(n) una deuda del Estado Libre Asociado y están asociados con una entidad, la Autoridad de Acueductos y Alcantarillados (AAA), que no es un Deudor al amparo del Título III. Otra porción permanecerá con el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2 | GOODMAN, JANE<br>29 WOODS LANE<br>ROSLYN, NY 11576 | 64652 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00 |

Base para: El Demandante invoca una obligación asociada con uno o más bono(s) emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, la cual es un duplicado de una o más evidencias de reclamo maestras presentadas por el fiduciario de este/estos bono(s) en el caso del Estado Libre Asociado de Puerto Rico. Otra porción permanecerá con el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3 | MORALES, RAFAEL<br>342 CALLE SAN LUIS, STE 201<br>SAN JUAN, PR 00920 | 1974 | Corporación del Fondo de Interés Apremiante (COFINA) de Puerto Rico | No Garantizada | $85,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 |

Base para: La Evidencia de Reclamo pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones que están asociadas a una entidad, el Fideicomiso de Conservación de Puerto Rico, que no es un Deudor al amparo del Título III y no tiene la garantía del Estado Libre Asociado. Otra porción permanecerá con el Estado Libre Asociado de Puerto Rico.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

1

Cuadringentésima Sexagésima Primera Objeción Global

Anexo A - Reclamos a ser parcialmente desestimados

|   | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | RECLAMOS MODIFICADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 4 | MORO ROMERO, JULIO<br>PO BOX 1520<br>MOCA, PR 00676 | 16716 | El Estado Libre Asociado de Puerto Rico | Garantizada | $1,000,000.00* | El Estado Libre Asociado de Puerto Rico | Garantizada | $1,000,000.00* |

Base para: El reclamante pretende invocar, en parte, una obligación asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por el Sistema de Retiro de Empleados ("ERS"), que es un duplicado de la Evidencia de reclamo maestra presentada por el fideicomisario de esos bonos, en el caso del Estado Libre Asociado. El Demandante reclama, en parte, una obligación sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento sujetos a la Modificación de Calificación, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de estos reclamos. La evidencia de reclamo pretende recuperar, en parte, sumas de dinero que el Estado Libre Asociado no está obligado a pagar, pues reclama derechos sobre una o más obligaciones cuyo pago los titulares han venido recibiendo en su totalidad, no constituye(n) una deuda del Estado Libre Asociado y están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados (AAA) de Puerto Rico, que no es un Deudor al amparo del Título III. El demandante invoca, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. El reclamo pretende, por tanto, recuperar una suma de dinero por la cual el Estado Libre Asociado no es responsable pues el demandante no es "acreedor" del Estado Libre Asociado de Puerto Rico y carece de capacidad para invocar este reclamo derivativo. El Reclamo pretende reclamar, en parte, una obligación fundada en la presunta titularidad de Bonos de COFINA y, por ende, busca recuperar sumas de dinero que el Estado Libre Asociado de Puerto Rico no está obligado a pagar, pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Resolución y (2) se liquidaron y pagaron de conformidad con el Plan y la Orden Enmendada de Confirmación. Otra porción permanecerá con el Estado Libre Asociado de Puerto Rico.

| 5 | SIMON BARRIERA AND DORIS PEREZ<br>URB. CONSTANCIA<br>#3035 CALLE SOLLER<br>PONCE, PR 00717 | 8982 | El Estado Libre Asociado de Puerto Rico | Garantizada | $170,000.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $150,000.00 |

Base para: La Evidencia de reclamo pretende recuperar, en parte, montos que el Estado Libre Asociado no está obligado a pagar, pues se reclaman intereses sobre una o más obligaciones, cuyos pagos los titulares de los bonos han venido recibiendo en su totalidad, no constituyen una deuda del Estado Libre Asociado y están asociados a una entidad, la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que no es un Deudor al amparo del Título III. Otra porción permanecerá con el Estado Libre Asociado de Puerto Rico.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

2

## Cuadringentésima Sexagésima Primera Objeción Global
### Anexo A - Reclamos a ser parcialmente desestimados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | RECLAMOS MODIFICADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 6 | ZISKIND, BARBARA<br>1 CALVIN CIRCLE APT B401<br>EVANSTON, IL 60201-1942 | 4489 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $51,576.04 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $51,576.04 |

Base para: El Demandante pretende reclamar, en parte, una obligación asociada a uno o más bonos emitidos por la Autoridad para el Distrito del Centro de Convenciones de Puerto Rico, que es un duplicado de una o más evidencias de reclamo maestras presentadas por el fideicomisario de estos bonos, en el caso del Estado Libre Asociado. El Reclamo pretende reclamar, además, una obligación fundada en la presunta titularidad de Bonos de COFINA y, por ende, busca recuperar sumas de dinero que la Corporación del Fondo de Interés Apremiante de Puerto Rico no está obligada a pagar, pues los reclamos (1) se acordaron y conciliaron en virtud de la Orden de Resolución y (2) se liquidaron y pagaron de conformidad con el Plan y la Orden Enmendada de Confirmación. Otra porción permanecerá con el Estado Libre Asociado de Puerto Rico.

| | | | TOTAL | | $3,130,579.54* | TOTAL | | $1,798,076.04* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

3