# **EXHIBIT D**

**Proposed Order**

Case:17-03283-LTS Doc#:20792-5 Filed:05/13/22 Entered:05/13/22 20:23:39 Desc: Exhibit D Page 1 of 9

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

**ORDER GRANTING FOUR HUNDRED SIXTY-FIRST OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO PARTIAL DUPLICATE, DEFICIENT, AND/OR NO LIABILITY BOND CLAIMS**

Upon the *Four Hundred Sixty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Partial Duplicate, Deficient and/or No Liability Bond Claims* ("Four Hundred Sixty-First Omnibus Objection")[2] of the Commonwealth of Puerto Rico (the "Commonwealth"), dated May 13, 2022, for entry of an order partially disallowing certain claims filed against the Commonwealth, as more fully set forth in the Four Hundred Sixty-First Omnibus

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Sixty-First Omnibus Objection.

Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred Sixty-First Omnibus Objection and to grant the relief requested therein pursuant to Section 306(a) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[3]; and venue being proper pursuant to PROMESA Section 307(a); and due and proper notice of the Four Hundred Sixty-First Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that the claims identified in Exhibit A to the Four Hundred Sixty-First Omnibus Objection (the "Claims to Be Partially Disallowed") are duplicative, in part, of one or more Master Proofs of Claim filed in the Commonwealth's Title III Case; and the Court having determined that the Claims to Be Partially Disallowed also assert claims that seek recovery, in part, of amounts for which the Commonwealth not liable; and to the extent the Claims to Be Partially Disallowed seek recovery of amounts greater than reflected in the proof of claim, the supporting documentation, and/or any Mailing response, the Court having determined that such portions of the Claims to Be Partially Disallowed are deficient; and the Court having determined that the remaining portions of the Claims to Be Partially Disallowed will remain asserted against the Commonwealth; and the Court having determined that the relief sought in the Four Hundred Sixty-First Omnibus Objection is in the best interest of the Commonwealth, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Four Hundred Sixty-First Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Four Hundred Sixty-First Omnibus Objection is GRANTED as set forth herein; and it is further

---

[3] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

ORDERED that the Claims to Be Partially Disallowed are hereby reduced and disallowed, such that the Claims to Be Partially Disallowed shall now only be considered claims asserting the amount set forth in the column titled "Corrected" in Exhibit A to the Four Hundred Sixty-First Omnibus Objection, respectively; and it is further

ORDERED that the Debtors' right to object to portions of the remaining portions of these claims, as set forth in the column titled "Corrected" in Exhibit A to the Four Hundred Sixty-First Omnibus Objection, is reserved; and it is further

ORDERED that Kroll is authorized and directed to reduce the amount asserted in the Claims to Be Partially Disallowed by the disallowed portions (*i.e.*, reducing the amount of the claims to the amounts set forth in the column titled "Corrected" in Exhibit A to the Four Hundred Sixty-First Omnibus Objection) from the official claims register in the Title III Cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

## **ANEXO D**

**Orden Propuesta**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*.,<br><br>    Deudores.[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA.** |

ORDEN POR LA QUE SE CONCEDE LA CUADRINGENTÉSIMA SEXAGÉSIMA PRIMERA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES POR BONOS PARCIALMENTE DUPLICADAS, DEFICIENTES Y/O EN LAS QUE NO EXISTE RESPONSABILIDAD

Vista la *Cuadringentésima sexagésima primera objeción global (sustantiva) del Estado Libre Asociado de Puerto Rico a Reclamaciones por bonos parcialmente duplicadas, deficientes y/o en las que no existe responsabilidad* (la "Cuadringentésima sexagésima primera

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de Casos de Quiebra debido a ciertas limitaciones en el programa informático).

objeción global")[2] del Estado Libre Asociado de Puerto Rico (el "ELA"), de fecha 13 de mayo de 2022, para que se dicte una orden que rechace parcialmente determinadas reclamaciones radicadas contra el ELA, según se expone con más detalle en la propia Cuadringentésima sexagésima primera objeción global y en los anexos justificativos de la misma; y teniendo el Tribunal jurisdicción para atender la Cuadringentésima sexagésima primera objeción global y para conceder el remedio aquí solicitado conforme a la sección 306(a) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[3]; y siendo la sede judicial competente conforme a PROMESA, sección 307(a); y habiéndose efectuado, en tiempo y forma, la notificación de la Cuadringentésima sexagésima primera objeción global a aquellas partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y habiendo determinado el Tribunal que las Reclamaciones identificadas en el Anexo A de la Cuadringentésima sexagésima primera objeción global (las "Reclamaciones que han de ser rechazadas parcialmente") constituyen en parte duplicados con respecto a una o más Evidencias de Reclamaciones Principales radicadas en el marco del Caso de Título III del ELA; y habiendo determinado el Tribunal que las Reclamaciones que han de ser rechazadas parcialmente también alegan reclamaciones que pretenden recuperar en parte montos por los que el ELA no es responsable; y habiendo determinado el Tribunal que, en la medida en que las Reclamaciones que han de ser rechazadas parcialmente pretendan recuperar montos superiores a los reflejados en la evidencia de reclamación, en la documentación justificativa y/o en cualquiera de los Envíos de réplica, dichas partes de las Reclamaciones que han de ser rechazadas parcialmente son deficientes; y habiendo

---

[2] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Cuadringentésima sexagésima primera objeción global.

[3] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101 a 2241.

determinado el Tribunal que las partes restantes de las Reclamaciones que han de ser rechazadas parcialmente seguirán estando alegadas contra el ELA; y habiendo determinado el Tribunal que el remedio solicitado en la Cuadringentésima sexagésima primera objeción global redunda en el mejor interés del ELA, de sus acreedores, así como de la totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y de derecho establecidas en la Cuadringentésima sexagésima primera objeción global establecen una causa justificada para el remedio aquí concedido; y tras la debida deliberación y concurriendo suficientes motivos para ello, por medio de la presente,

SE ORDENA que SE CONCEDA la Cuadringentésima sexagésima primera objeción global, según se establece en el presente documento; además

SE ORDENA que las Reclamaciones que han de ser rechazadas parcialmente se reduzcan y rechacen por medio del presente documento, de tal manera que de aquí en adelante las Reclamaciones que han de ser rechazadas parcialmente solo se consideren reclamaciones que alegan el monto que figura en la columna titulada "Corregidas" en el Anexo A de la Cuadringentésima sexagésima primera objeción global, respectivamente; asimismo

SE ORDENA que el derecho de los Deudores a oponerse a las partes de las partes restantes de dichas reclamaciones, conforme a lo estipulado en la columna titulada "Corregidas" en el Anexo A de la Cuadringentésima sexagésima primera objeción global, quede reservado; también

SE ORDENA que Kroll quede autorizada, y reciba instrucciones, para reducir el monto alegado en las Reclamaciones que han de ser rechazadas parcialmente (esto es, adaptar el monto de las reclamaciones a los montos que se estipulan en la columna titulada "Corregidas" en

3

el Anexo A de la Cuadringentésima sexagésima primera objeción global) en el registro oficial de reclamaciones en el marco de los Casos de Título III; y por último

SE ORDENA que este Tribunal conserve jurisdicción para atender y resolver la totalidad de las materias que surjan de, o en relación con, la implementación, interpretación o ejecución de la presente Orden.

ASÍ SE ESTABLECE.

Fecha: _____

Su señoría, la juez Laura Taylor Swain  
Juez de Distrito de los Estados Unidos  
(*United States District Judge*)

4