# **ANEXO A**

**Relación de reclamaciones objeto de la Cuadringentésima sexagésima segunda objeción global**

Cuadringentésima Sexagésima Segunda Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ALAN JAMES JACOBY /RRV TRUST/ U/A DTD 11/26/2012<br>JAYNE JACOBY, TRUSTEE<br>4210 POINTE GATE DR.<br>LIVINGSTON, NJ 07039 | 04/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6279 | $59,284.75 |
| | Base para: Al parecer, el Demandante reclama obligaciones por pérdidas de inversiones a raíz de ventas de bonos. Aunque el demandante reclama obligaciones por pérdidas de inversión, no ha proporcionado ningún fundamento para aseverar dicha pérdida. | | | | | |
| 2 | HERNANDEZ, DELIA<br>PO BOX 141359<br>ARECIBO, PR 00614-1359 | 07/09/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169591 | $18,434.03 |
| | Base para: Al parecer, el Demandante reclama obligaciones por pérdidas de inversiones a raíz de ventas de bonos. Aunque el demandante reclama obligaciones por pérdidas de inversión, no ha proporcionado ningún fundamento para aseverar dicha pérdida. | | | | | |
| 3 | KARIE D & JULIE A DUNKS FAMILY TRUST<br>9165 SEASONS TERRACE<br>VERO BEACH, FL 32963 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 20315 | $76,455.00 |
| | Base para: Al parecer, el Demandante reclama obligaciones por pérdidas de inversiones a raíz de ventas de bonos. Aunque el demandante reclama obligaciones por pérdidas de inversión, no ha proporcionado ningún fundamento para aseverar dicha pérdida. | | | | | |
| 4 | MAY, FRANCOIS AND MATTHEW JTWROS<br>7310 RINDGE AVENUE<br>PLAYA DEL REY, CA 90293 | 04/04/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6390 | $50,487.45 |
| | Base para: Al parecer, el Demandante reclama obligaciones por pérdidas de inversiones a raíz de ventas de bonos. Aunque el demandante reclama obligaciones por pérdidas de inversión, no ha proporcionado ningún fundamento para aseverar dicha pérdida. | | | | | |
| 5 | WEISSMAN, SAMUEL<br>7379 EAST VAQUERO DR<br>SCOTTSDALE, AZ 85258 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18399 | $57,952.03 |
| | Base para: Al parecer, el Demandante reclama obligaciones por pérdidas de inversiones a raíz de ventas de bonos. Aunque el demandante reclama obligaciones por pérdidas de inversión, no ha proporcionado ningún fundamento para aseverar dicha pérdida. | | | | | |

Cuadringentésima Sexagésima Segunda Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | WIEDERSPIEL, BRUCE ROBERT<br>2783 COLUMBIA FALLS STAGE ROAD<br>COLUMBIA FALLS, MT 59912 | 03/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3560 | $262,650.00 |

Base para: Al parecer, el Demandante reclama obligaciones por pérdidas de inversiones a raíz de ventas de bonos. Aunque el demandante reclama obligaciones por pérdidas de inversión, no ha proporcionado ningún fundamento para aseverar dicha pérdida.

| | | | | | TOTAL | $525,263.26 |