# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima sexagésima cuarta objeción global**

Cuadringentésima Sexagésima Cuarta Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ASTACIO CORREA, ILEANA<br>PO BOX 1394<br>SALINAS, PR 00751 | 06/07/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 49797-1 | Indeterminado* |

Base para: El reclamo pretende reclamar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, demandante en dicho litigio, el reclamo sería un duplicado de los Reclamos No. 32044 y 103072, las evidencias de reclamación maestras presentadas en nombre de todos los demandantes en relación con el litigio identificado como Acevedo Camacho. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | AVILES ROMAN, JOSE<br>HC 4 BOX 46905<br>HATILLO, PR 00659-8443 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 84874-1 | Indeterminado* |

Base para: El reclamo pretende reclamar obligaciones vinculadas al litigio caratulado Departamento de Correcciones y Rehabilitación, Caso No. KAC-1996-1381 ("Maldonado Colón"). Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, demandante en ese litigio, el reclamo sería un duplicado del Reclamo No. 152372, la Evidencia de Reclamo maestra que se presentó en nombre de todos los demandantes vinculados al litigio identificado como Maldonado Colón. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | FERRER OCASIO, WANDA I<br>#96 CALLE JUAN E. RIVERA<br>BARRIO TORRECILLA<br>MOROVIS, PR 00687 | 11/05/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 172232-1 | Indeterminado* |

Base para: El reclamo pretende reclamar obligaciones vinculadas al litigio caratulado Departamento de Correcciones y Rehabilitación, Caso No. KAC-1996-1381 ("Maldonado Colón"). Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, demandante en ese litigio, el reclamo sería un duplicado del Reclamo No. 152372, la Evidencia de Reclamo maestra que se presentó en nombre de todos los demandantes vinculados al litigio identificado como Maldonado Colón. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima Sexagésima Cuarta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 4 | GARCIA GASTON, ANA M.<br>PO BOX 287<br>MERCEDITA, PR 00715-0287 | 06/07/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 61425-1 | Indeterminado* |

Base para: El reclamo pretende reclamar obligaciones relacionadas con el litigio caratulado Francisco Beltrán Cintrón y otros contra el Departamento de la Familia de Puerto Rico, Caso No. KAC-2009-0809 ("Beltrán Cintrón"). Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, demandante en ese litigio, el reclamo sería un duplicado de los Reclamos No. 179140 y 93199, las evidencias de reclamo maestras presentadas en nombre de todos los demandantes en relación con el litigio identificado como Beltrán Cintrón. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | GARCIA RIVERA, MARTA<br>REPTO APOLO<br>2103 ANTIOQUIA<br>GUAYNABO, PR 00969 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 130981-1 | Indeterminado* |

Base para: El reclamo pretende reclamar obligaciones vinculadas al litigio caratulado Departamento de Correcciones y Rehabilitación, Caso No. KAC-1996-1381 ("Maldonado Colón"). Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, demandante en ese litigio, el reclamo sería un duplicado del Reclamo No. 152372, la Evidencia de Reclamo maestra que se presentó en nombre de todos los demandantes vinculados al litigio identificado como Maldonado Colón. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | IRIZARRY CUADRADO, NADIEZHDA<br>Q-3 C/11<br>ALTURS DE INTERAMERICANA<br>TRUJILLO ALTO, PR 00976 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 150518 | $93,600.00* |

Base para: El reclamo pretende reclamar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, demandante en dicho litigio, el reclamo sería un duplicado de los Reclamos No. 32044 y 103072, las evidencias de reclamación maestras presentadas en nombre de todos los demandantes en relación con el litigio identificado como Acevedo Camacho.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Sexagésima Cuarta Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | MARRERO RODRIQUEZ, NELIDA<br>HC 2 BOX 4763<br>VILLALBA, PR 00766 | 06/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 57893-1 | Indeterminado* |

Base para: El reclamo pretende reclamar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, demandante en dicho litigio, el reclamo sería un duplicado de los Reclamos No. 32044 y 103072, las evidencias de reclamación maestras presentadas en nombre de todos los demandantes en relación con el litigio identificado como Acevedo Camacho. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | MEDINA DUPREY, DENISE<br>PO BOX 284<br>BAYAMON, PR 00960 | 06/06/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 60463-1 | Indeterminado* |

Base para: El reclamo pretende reclamar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, demandante en dicho litigio, el reclamo sería un duplicado de los Reclamos No. 32044 y 103072, las evidencias de reclamación maestras presentadas en nombre de todos los demandantes en relación con el litigio identificado como Acevedo Camacho. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | MURIEL SUSTACHE, MARISELA<br>PO BOX 1832<br>YABUCOA, PR 00767-1832 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 40886-2 | Indeterminado* |

Base para: El reclamo pretende reclamar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, demandante en dicho litigio, el reclamo sería un duplicado de los Reclamos No. 32044 y 103072, las evidencias de reclamación maestras presentadas en nombre de todos los demandantes en relación con el litigio identificado como Acevedo Camacho. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima Sexagésima Cuarta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 10 | PAGAN MARTINEZ, ANDRES<br>A25 BO PLAYITA<br>SALINAS, PR 00751 | 07/16/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169766-1 | Indeterminado* |

Base para: El reclamo pretende reclamar obligaciones vinculadas al litigio caratulado Departamento de Correcciones y Rehabilitación, Caso No. KAC-1996-1381 ("Maldonado Colón"). Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, demandante en ese litigio, el reclamo sería un duplicado del Reclamo No. 152372, la Evidencia de Reclamo maestra que se presentó en nombre de todos los demandantes vinculados al litigio identificado como Maldonado Colón. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 11 | PASSAPERA SEPULVEDA, YADIRA I.<br>URB VILLA BUENAVENTURA<br>389 CALLE ARECIBO F9<br>YABUCOA, PR 00767 | 06/05/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 37867 | Indeterminado* |

Base para: El reclamo pretende reclamar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, demandante en dicho litigio, el reclamo sería un duplicado de los Reclamos No. 32044 y 103072, las evidencias de reclamación maestras presentadas en nombre de todos los demandantes en relación con el litigio identificado como Acevedo Camacho.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 12 | PASSAPERA SEPULVEDA, YADIRA I.<br>URB VILLA BUENAVENTURA 389<br>CALLE ARECIBO F9<br>YABUCOA, PR 00767 | 06/05/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 47623 | Indeterminado* |

Base para: El reclamo pretende reclamar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, demandante en dicho litigio, el reclamo sería un duplicado de los Reclamos No. 32044 y 103072, las evidencias de reclamación maestras presentadas en nombre de todos los demandantes en relación con el litigio identificado como Acevedo Camacho.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima Sexagésima Cuarta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | PEREZ MORALES, PATRIA<br>PO BOX 146<br>LAS MARIAS, PR 00670-0146 | 09/17/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170779-1 | Indeterminado* |

Base para: El reclamo pretende reclamar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, demandante en dicho litigio, el reclamo sería un duplicado de los Reclamos No. 32044 y 103072, las evidencias de reclamación maestras presentadas en nombre de todos los demandantes en relación con el litigio identificado como Acevedo Camacho. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | QUILES RIVERA, ISMAEL<br>P.O. BOX 112<br>LAS MARIAS, PR 00670 | 09/20/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170924-1 | Indeterminado* |

Base para: El reclamo pretende reclamar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, demandante en dicho litigio, el reclamo sería un duplicado de los Reclamos No. 32044 y 103072, las evidencias de reclamación maestras presentadas en nombre de todos los demandantes en relación con el litigio identificado como Acevedo Camacho. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

# Cuadringentésima Sexagésima Cuarta Objeción Global

## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 15 | RIOS JIMENEZ, IVAN<br>HC02 BOX 14684<br>CAROLINA, PR 00987-9722 | 06/14/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 86290-1 | Indeterminado* |

Base para: El reclamo pretende reclamar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho").  Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III.  Además, aun si el Demandante fuera, en efecto, demandante en dicho litigio, el reclamo sería un duplicado de los Reclamos No.  32044 y 103072, las evidencias de reclamación maestras presentadas en nombre de todos los demandantes en relación con el litigio identificado como Acevedo Camacho. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 16 | RIVAS COLON, HECTOR LUIS<br>CALLE #7 CASA G9 URB BELINDA<br>ARROYO, PR 00714 | 10/04/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 171236-1 | Indeterminado* |

Base para: El reclamo pretende reclamar obligaciones vinculadas al litigio caratulado Departamento de Correcciones y Rehabilitación, Caso No. KAC-1996-1381 ("Maldonado Colón").  Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III.  Además, aun si el Demandante fuera, en efecto, demandante en ese litigio, el reclamo sería un duplicado del Reclamo No. 152372, la Evidencia de Reclamo maestra que se presentó en nombre de todos los demandantes vinculados al litigio identificado como Maldonado Colón. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Sexagésima Cuarta Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 17 | RIVERA VEGA, PATRIA<br>LAS DELICIAS<br>4043 CALLE FEDELA MATHEW<br>PONCE, PR 00716 | 07/06/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 159353-1 | Indeterminado* |

Base para: El reclamo pretende reclamar obligaciones vinculadas a los litigios caratulados Juan Pérez Colón y otros contra el Departamento de Transportación y Obras Públicas de Puerto Rico, Caso No. KAC1990-0487 ("Pérez Colón"), y Jeannette Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, Caso No. KAC-2005-5021 ("Abrams Diaz"). Sin embargo, a la luz de la documentación que presentaron los abogados que representan a todos los demandantes en esos litigios, el Demandante no figura como un demandante en ninguno de ellos; por lo tanto, no existen fundamentos para que el Demandante reclame obligaciones asociadas a ninguno de esos reclamos en contra del Estado Libre Asociado, la ACT, el Sistema de Retiro de Empleados, ni ningún otro deudor en virtud de Título III. Además, incluso si el Demandante fuera, en efecto, demandante en cualquiera de esos litigios, el reclamo sería un duplicado de las evidencias de reclamo maestras presentadas en nombre de todos los demandantes vinculados a los litigios Pérez Colón y Abrams Díaz. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | RUIZ PAGAN, LIZZIE J.<br>URB JARDINES DEL VALENCIANO<br>B 6 CALLE ORQUIDEA<br>JUNCOS, PR 00777 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 40705 | Indeterminado* |

Base para: El reclamo pretende reclamar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, demandante en dicho litigio, el reclamo sería un duplicado de los Reclamos No. 32044 y 103072, las evidencias de reclamación maestras presentadas en nombre de todos los demandantes en relación con el litigio identificado como Acevedo Camacho.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | SANTIAGO MARTORAL, JANET<br>URB RIO GDE ESTATES<br>CALLE 21 VINIALTOS<br>RIO GRANDE, PR 00745 | 05/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 43872 | Indeterminado* |

Base para: El reclamo pretende reclamar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, demandante en dicho litigio, el reclamo sería un duplicado de los Reclamos No. 32044 y 103072, las evidencias de reclamación maestras presentadas en nombre de todos los demandantes en relación con el litigio identificado como Acevedo Camacho.

| | | | | | TOTAL | $93,600.00* |

* Indica que la reclamación contiene montos por liquidar o indeterminados