# EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Sixty-Fifth Omnibus Objection**

Four Hundred Sixty-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CRUZ ECHEVARRIA, EDDA M<br>URB LOS CAOBOS<br>2707 CALLE COROZO<br>PONCE, PR 00716-2734 | 03/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4542 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and the Corporacion del Fondo del Seguro de Estado, which is not a part of the Commonwealth or a part of the Title III proceedings, but is instead a separate, legally distinct entity from the Commonwealth.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | FDR1500, CORP.<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 05/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27464 | $6,026,251.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico on the basis of Takings Clause litigation, but the claim and/or supporting documentation do not establish that the Commonwealth is a party to the litigation, and do not otherwise provide any basis for asserting liabilities against the Commonwealth of Puerto Rico of any other Title III Debtor.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | FONTANEZ PLAZA, DOMINGA<br>URB. JARDINES DEL CARIBE<br>CALLE 15 #225<br>PONCE, PR 00728 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 145282-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and the Federal Emergency Management Agency (FEMA), which is a federal agency that is not a part of the Commonwealth or a part of the Title III proceedings, for payments related to Hurricane Maria relief. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | FONTANEZ PLAZA, DOMINGA<br>URB. JARDINES DEL CARIBE<br>CALLE 15 225<br>PONCE, PR 00728 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 145841-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and the Federal Emergency Management Agency (FEMA), which is a federal agency that is not a part of the Commonwealth or a part of the Title III proceedings, for payments related to Hurricane Maria relief. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Sixty-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | LAUSELL VIOLA, EVELYN<br>2-H 10 CALLE 53A URB. LOMAS DE CAROLINA<br>CAROLINA, PR 00987 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 141085-1 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated the Commonwealth of Puerto Rico, but the claim and/or supporting documentation do not provide any basis for asserting liabilities against the Commonwealth of Puerto Rico or any other Title III Debtor. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | LOPEZ BAEZ, SONIA N<br>HC-01 BOX 4305<br>JUANA DIAZ, PR 00795-9703 | 05/01/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 9987 | $8,889.75* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability, if at all, between Claimant and the Claimant's former spouse. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | MATEO RIVERA, RUTH N<br>D77 C/ ANDALUCIA APTO. 3 URB. ALHAMBRA<br>BAYAMON, PR 00957 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 112727 | $576.00* |

Reason: Proof of claim purports to assert liabilities associated the Commonwealth of Puerto Rico, but the claim and/or supporting documentation do not provide any basis for asserting liabilities against the Commonwealth of Puerto Rico or any other Title III Debtor.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | SANCHEZ LEBRON, MIRIAM<br>HC 4 BOX 4001<br>HUMACAO, PR 00791-8900 | 05/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17230 | Undetermined* |

Reason: Proof of claim purports to assert liabilities against the Commonwealth of Puerto Rico and various municipalities purportedly arising out of claimant's ownership of land held by the Commonwealth and those municipalities, but neither the claim nor the supporting documentation provides a basis for asserting such liabilities against the Commonwealth of Puerto Rico or any other Title III Debtor.

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Sixty-Fifth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | SANCHEZ LEBRON, MIRIAM<br>HC-04 BOX 4001<br>HUMACAO, PR 00791-8900 | 05/05/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173831 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities against the Puerto Rico Public Buildings Authority and various municipalities purportedly arising out of claimant's ownership of land held by the Puerto Rico Public Buildings Authority and those municipalities, but neither the claim nor the supporting documentation provides a basis for asserting such liabilities against the Puerto Rico Public Buildings Authority or any other Title III Debtor. | | | | | |
| 10 | VEGA ZAYAS, LOURDES<br>570 GREENWOOD<br>URB. SUMMIT HILLS<br>SAN JUAN, PR 00920 | 06/26/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 92553 | $1,000.00 |
| | Reason: Proof of claim purports to assert liabilities against the Puerto Rico Highways and Transportation Authority on the basis of a insurance claim filed with a Puerto Rico Highways and Transportation Authority agency, but the relevant agency's books and records show that the claimant's insurance claim was transferred to an insurance company, paid, and subsequently collected by the claimant. | | | | | |
| | | | | | TOTAL | $6,036,716.75* |

*Indicates claim contains unliquidated and/or undetermined amounts