# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima sexagésima quinta objeción global**

Cuadringentésima Sexagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | CRUZ ECHEVARRIA, EDDA M<br>URB LOS CAOBOS<br>2707 CALLE COROZO<br>PONCE, PR 00716-2734 | 03/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4542 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo muestran una obligación entre el Demandante y la Corporación del Fondo del Seguro del Estado, que no forma parte del Estado Libre Asociado, ni de los procedimientos iniciados al amparo del Título III, sino que es una entidad separada y jurídicamente distinta del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | FDR1500, CORP.<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 05/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27464 | $6,026,251.00* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones vinculadas a Estado Libre Asociado de Puerto Rico que se fundan en el litigio sobre la Cláusula de Expropiación, pero el reclamo y/o la documentación de respaldo no establecen que el Estado Libre Asociado sea una parte del litigio, ni tampoco aportan ningún fundamento para reclamar obligaciones contra el Estado Libre Asociado de Puerto Rico y cualquier otro Deudor en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | FONTANEZ PLAZA, DOMINGA<br>URB. JARDINES DEL CARIBE<br>CALLE 15 #225<br>PONCE, PR 00728 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 145282-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Agencia Federal para la Gestión de Emergencias, una agencia federal que no forma parte del Estado Libre Asociado ni de los procedimientos iniciados al amparo del Título III. La obligación consiste en unos pagos relacionados con el socorro para el huracán María. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | FONTANEZ PLAZA, DOMINGA<br>URB. JARDINES DEL CARIBE<br>CALLE 15 225<br>PONCE, PR 00728 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 145841-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Agencia Federal para la Gestión de Emergencias, una agencia federal que no forma parte del Estado Libre Asociado ni de los procedimientos iniciados al amparo del Título III. La obligación consiste en unos pagos relacionados con el socorro para el huracán María. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Sexagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | LAUSELL VIOLA, EVELYN<br>2-H 10 CALLE 53A URB. LOMAS DE CAROLINA<br>CAROLINA, PR 00987 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 141085-1 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero el reclamo y/o la documentación de respaldo omiten proporcionar fundamentos para reclamar obligaciones contra el Estado Libre Asociado de Puerto Rico o cualquier otro Deudor al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | LOPEZ BAEZ, SONIA N<br>HC-01 BOX 4305<br>JUANA DIAZ, PR 00795-9703 | 05/01/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 9987 | $8,889.75* |

Base para: La evidencia de reclamo no presenta fundamentos para el reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican que existe una obligación, en todo caso, entre el demandante y el ex cónyuge del Demandante. Una porción de este reclamo se ha transferido al proceso de Conciliación de Reclamos Administrativos y se resolverá de conformidad con los procedimientos aplicables a dicho proceso. Como esta objeción no constituye una objeción a la porción del reclamo que tramita por el proceso de conciliación de reclamos administrativos, los Deudores se reservan el derecho a impugnar la porción remanente del reclamo por cualquier otra causal que fuere.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | MATEO RIVERA, RUTH N<br>D77 C/ ANDALUCIA APTO. 3 URB. ALHAMBRA<br>BAYAMON, PR 00957 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 112727 | $576.00* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero el reclamo y/o la documentación de respaldo omite proporcionar fundamentos para invocar obligaciones contra el Estado Libre Asociado de Puerto Rico o algún otro Deudor al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | SANCHEZ LEBRON, MIRIAM<br>HC 4 BOX 4001<br>HUMACAO, PR 00791-8900 | 05/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17230 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones contra el Estado Libre Asociado de Puerto Rico y diversos municipios que supuestamente surgen de un terreno de propiedad del demandante que está en posesión del Estado Libre Asociado y esos municipios; pero ningún reclamo, ni la documentación de respaldo, proporcionan fundamentos para invocar reclamar tales obligaciones contra el Estado Libre Asociado de Puerto Rico o contra cualquier otro Deudor al amparo del Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Sexagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | SANCHEZ LEBRON, MIRIAM<br>HC-04 BOX 4001<br>HUMACAO, PR 00791-8900 | 05/05/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173831 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar obligaciones contra la Autoridad de Edificios Públicos de Puerto Rico y varios municipios derivados supuestamente de la propiedad que ostenta el demandante sobre terrenos en poder de la Autoridad de Edificios Públicos del Estado Libre Asociado de Puerto Rico y dichos municipios, pero ni el reclamo ni la documentación de respaldo presentan fundamentos para tales obligaciones contra la Autoridad de Edificios Públicos del Estado Libre Asociado de Puerto Rico o algún otro Deudor conforme al Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 10 | VEGA ZAYAS, LOURDES<br>570 GREENWOOD<br>URB. SUMMIT HILLS<br>SAN JUAN, PR 00920 | 06/26/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 92553 | $1,000.00 |

Base para: La evidencia de reclamo pretende invocar obligaciones contra la Autoridad de Carreteras y Transportación de Puerto Rico con base en un reclamo de seguro presentado ante Autoridad de Carreteras y Transportación de Puerto Rico, pero los libros y registros de dicha entidad indican que el reclamo de seguro del demandante fue remitido a la empresa de seguro, liquidado y posteriormente cobrado por el demandante.

| | | TOTAL | $6,036,716.75* |
|---|---|---|---|

* Indica que la reclamación contiene montos por liquidar o indeterminados