# EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Sixty-Sixth Omnibus Objection**

Four Hundred Sixty-Sixth Omnibus Objection
Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CAMPOS, LYDIA<br>PO BOX 457<br>GUAYAMA, PR 00785 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 95339 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | COLLAZO OCASIO, ERANIO DE J.<br>P.O. BOX 1370<br>BO. FRONTON<br>CIALES, PR 00638 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49494 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | MOLINA RUIZ, LILIA<br>ALEXANDER MEDINA MELENDÉZ<br>1575 AVE. MUÑOZ RIVERA PMB 185<br>PONCE, PR 00717-0211 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 77585 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | MONTALVO ROQUE, ALICIA<br>7 BO SAN ANTON<br>PONCE, PR 00717-2246 | 07/02/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 151076 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

*Indicates claim contains unliquidated and/or undetermined amounts

1

## Four Hundred Sixty-Sixth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | RIVERA ORTIZ, MICAEL<br>PO BOX 457<br>GUAYAMA, PR 00785 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 75940 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | | | | | TOTAL | Undetermined* |

*Indicates claim contains unliquidated and/or undetermined amounts