# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima sexagésima sexta objeción global**

Cuadringentésima Sexagésima Sexta Objeción Global

Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | CAMPOS, LYDIA<br>PO BOX 457<br>GUAYAMA, PR 00785 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 95339 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación. | | | | | |
| 2 | COLLAZO OCASIO, ERANIO DE J.<br>P.O. BOX 1370<br>BO. FRONTON<br>CIALES, PR 00638 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 49494 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación. | | | | | |
| 3 | MOLINA RUIZ, LILIA<br>ALEXANDER MEDINA MELENDÉZ<br>1575 AVE. MUÑOZ RIVERA PMB 185<br>PONCE, PR 00717-0211 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 77585 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación. | | | | | |
| 4 | MONTALVO ROQUE, ALICIA<br>7 BO SAN ANTON<br>PONCE, PR 00717-2246 | 07/02/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 151076 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima Sexagésima Sexta Objeción Global

### Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | RIVERA ORTIZ, MICAEL<br>PO BOX 457<br>GUAYAMA, PR 00785 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 75940 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación.

| | | TOTAL | Indeterminado* |
|---|---|---|---|

\* Indica que la reclamación contiene montos por liquidar o indeterminados