# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima sexagésima séptima objeción global**

# CUADRINGENTÉSIMA SEXAGÉSIMA SÉPTIMA OBJECIÓN COLECTIVA
Anexo A – Reclamos Sustantivos Duplicados

| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACION REMANENTE** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>LCDA. REBECCA RODRIQUEZ<br>RR LAW LLC<br>224 DOMENECH AVE. #1<br>SAN JUAN, PR 00818-3538 | 7/8/2021 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 179446 | $812.26 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>LCDA. REBECCA RODRIGUEZ<br>RR LAW LLC<br>224 DOMENECH AVE #1<br>SAN JUAN, PR 00818-3538 | 6/28/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 54359 | $812.26 |
| | Base para: La Evidencia de Reclamación afirma obligaciones que son duplicación de otra Evidencia de Reclamación presentada | | | | | | | | | |
| 2 | ENVIRONICS RECYCLING<br>PO BOX 29535<br>SAN JUAN, PR 00929 | 6/12/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 50039 | $1,190,864.12 | ENVIRONICS ENGINEERING GROUP CORP<br>P.O. BOX 29535<br>SAN JUAN, PR 00929 | 6/12/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 63950 | $967,946.57 |
| | Base para: La Evidencia de Reclamación afirma obligaciones que son duplicación de otra Evidencia de Reclamación presentada | | | | | | | | | |
| 3 | ISLA DEL RIO, INC.<br>MARIA E. VICENS<br>1218 AVE. HOSTOS<br>SUITE 117<br>PONCE, PR 00717 | 3/9/2022 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 179739 | $1,369,177.26 | ISLA DEL RIO, INC.<br>MARIA E. VICENS<br>1218 AVE. HOSTOS<br>SUITE 117<br>PONCE, PR 00717 | 3/10/2022 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 179740 | $453,780.00 |
| | Base para: La Evidencia de Reclamación afirma obligaciones que son duplicación de otra Evidencia de Reclamación presentada | | | | | | | | | |
| 4 | LUIS CORNIER FIGUEROA/LIZ MARY VELEZ RICENT<br>C/O ALEXANDRO E. ORTIZ PADILLA<br>APARTADO 801175<br>COTO LAUREL, PR 00780-1175 | 5/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 44318 | $2,603,625.00 | LUIS CORNIER FIGUEROA/LIZ MARY VELEZ RICENT<br>PO BOX 184<br>CABO ROJO, PR 00623 | 5/29/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 40482 | $2,603,625.00 |
| | Base para: La Evidencia de Reclamación afirma obligaciones que son duplicación de otra Evidencia de Reclamación presentada | | | | | | | | | |
| 5 | PEREZ PADIN, JOSE LUIS<br>HC-01 BOX 3370<br>CAMUY, PR 00627 | 4/27/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 9169 | $36,675.62 | PEREZ PADIN, JOSE LUIS<br>HC-01 BOX 3370<br>CAMUY, PR 00627 | 11/17/2017 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 295 | $15,000.00 |
| | Base para: La Evidencia de Reclamación afirma obligaciones que son duplicación de otra Evidencia de Reclamación presentada. El monto afirmado del reclamo superviviente es menor que el monto afirmado del reclamo denegado porque los registros de la PREPA indican que las partes han llegado a un acuerdo en el litigio subyacente por $15,000. | | | | | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados