## **EXHIBIT A**

**Schedule of Claims Subject to Four Hundred Sixty-Eighth Omnibus Objection**

FOUR HUNDRED SIXTY-EIGHTH OMNIBUS OBJECTION
Exhibit A – Subsequently Amended Claims

## CLAIMS TO BE DISALLOWED

## REMAINING AMENDED CLAIMS

| # | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|------|-----------|---------------------|---------|--------------|------|-----------|---------------------|---------|--------------|
| 1 | ISLA DEL RIO, INC.<br>ATTN: GENERAL COUNSEL<br>P.O. BOX 7352<br>PONCE, PR 00732-7352 | 5/8/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 11464 | $195,019.30 | ISLA DEL RIO, INC.<br>MARIA E. VICENS<br>1218 AVE. HOSTOS<br>SUITE 117<br>PONCE, PR 00717 | 3/10/2022 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 179740 | $453,780.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |
| 2 | ISMAEL PURCELL SOLER AND ALYS COLLAZO BOUGEOIS<br>C/O RAMÓN ORTIZ PALMIERI<br>PO BOX 331429<br>PONCE, PR 00733-1429 | 5/3/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 8987 | $61,512.00 | ISMAEL PURCELL SOLER AND ALYS COLLAZO BOUGEOIS<br>URB. JACARANDA, 35271 CALLE CLAVELINA<br>PONCE, PR 00730 | 4/1/2022 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 179757 | $168,610.35 |
| | Reason: Amended and superseded by a later filed Proof of Claim | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.