# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima sexagésima octava objeción global**

# CUADRINGENTÉSIMA SEXAGÉSIMA OCTAVA OBJECIÓN COLECTIVA
Anexo A – Reclamaciones Enmendadas Posteriormente

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN ENMENDADA REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | ISLA DEL RIO, INC.<br>ATTN: GENERAL COUNSEL<br>P.O. BOX 7352<br>PONCE, PR 00732-7352 | 5/8/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 11464 | $195,019.30 | ISLA DEL RIO, INC.<br>MARIA E. VICENS<br>1218 AVE. HOSTOS<br>SUITE 117<br>PONCE, PR 00717 | 3/10/2022 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 179740 | $453,780.00 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente | | | | | | | | | |
| 2 | ISMAEL PURCELL SOLER AND ALYS COLLAZO BOUGEOIS<br>C/O RAMÓN ORTIZ PALMIERI<br>PO BOX 331429<br>PONCE, PR 00733-1429 | 5/3/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 8987 | $61,512.00 | ISMAEL PURCELL SOLER AND ALYS COLLAZO BOUGEOIS<br>URB. JACARANDA, 35271 CALLE CLAVELINA<br>PONCE, PR 00730 | 4/1/2022 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO<br>17-03283 | 179757 | $168,610.35 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente | | | | | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados