UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING URGENT UNOPPOSED MOTION SEEKING EXTENSION
OF DEADLINE TO FILE VERIFIED STATEMENT OF DELOITTE CONSULTING LLP AND
DELOITTE FINANCIAL ADVISORY SERVICES LLP DISCLOSING CONNECTIONS TO MATERIAL
INTERESTED PARTIES PURSUANT TO PUERTO RICO RECOVERY ACCURACY IN DISCLOSURE ACT

Upon the *Urgent Unopposed Motion Seeking Extension of Deadline to File Verified Statement of Deloitte Consulting LLP and Deloitte Financial Advisory Services LLP Disclosing Connections to Material Interested Parties Pursuant to Puerto Rico Recovery Accuracy in Disclosure Act* (Docket Entry No. 20780 in Case No. 17-3283) (the "Motion");[2] and the Court having found it has subject matter jurisdiction of this matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found that the relief requested in the Motion is warranted; and the Court having found that the movants provided adequate and appropriate notice of the Motion

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

under the circumstances and that no other or further notice is required; and the Court having reviewed the Motion; and the Court having determined that the factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted as set forth herein.

2. The deadline for Deloitte Consulting LLP and Deloitte Financial Advisory Services LLP to file their verified statements pursuant to the *Order Approving List of Material Interested Parties Pursuant to The Puerto Rico Recovery Accuracy in Disclosures Act* (Docket Entry No. 20467 in Case No. 17-3283), and in compliance with the Puerto Rico Recovery Accuracy in Disclosures Act, Pub. L. No. 117-82, shall be extended to **June 15, 2022**.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

4. This Order resolves Docket Entry No. 20780 in Case No. 17-3283.

SO ORDERED.

Dated: May 16, 2022

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge