**Objection Deadline**: June 30, 2022 at 5:00 p.m. AST

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## VERIFIED STATEMENT OF LUSKIN, STERN & EISLER LLP PURSUANT TO THE PUERTO RICO RECOVERY ACCURACY IN DISCLOSURES ACT

Luskin, Stern & Eisler LLP ("LS&E"), as special counsel to the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole Title III representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Sales Tax Financing Corporation ("COFINA"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Buildings Authority ("PBA," and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") in the above-captioned title III cases (the "Title III Cases") pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act*

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5223-LTS) (Last Four Digits of Federal Tax ID: 3801).

("PROMESA"),² hereby submits this verified statement (this "Statement") pursuant to the *Puerto Rico Recovery Accuracy in Disclosures Act*, Pub. L. 117-82 ("PRRADA"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, and the *Order Approving List of Material Interested Parties Pursuant to the Puerto Rico Recovery Accuracy in Disclosures Act* [ECF No. 20467] (the "Order").

Pursuant to the Order entered on March 30, 2022, the Court directed professionals seeking compensation in these Title III Cases to disclose any connections they may have with the list of individuals and entities identified as material interested parties ("MIPs") attached as Exhibit A to the *Notice of Filing of Amended List of Material Interest Parties Pursuant to Puerto Rico Recovery Accuracy in Disclosures Act* [ECF No. 20458] (the "Amended MIP List").

In support of this Statement, LS&E hereby submits the declaration of Michael Luskin (the "Luskin Declaration") attached hereto as Exhibit A and respectfully states as follows:

1. Except as set forth in the Luskin Declaration, LS&E does not represent or have any other connection with any MIP on the Amended MIP List.

2. LS&E will supplement this statement if any facts or material developments are discovered regarding LS&E's relationship to any MIP that require additional disclosure.

LS&E hereby verifies that the foregoing Statement is true and correct to the best of its information, knowledge, and belief.

---

² PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

2

Dated: White Plains, New York
     May 16, 2022

Respectfully submitted,

*/s/ Michael Luskin*
Michael Luskin (admitted *pro hac vice*)
Lucia T. Chapman (admitted *pro hac vice*)
Stephan E. Hornung (admitted *pro hac vice*)

**LUSKIN, STERN & EISLER LLP**
50 Main Street
White Plains, New York 10606
Telephone: (212) 597-8200
Facsimile: (212) 597-8240
luskin@lsellp.com
chapman@lsellp.com
hornung@lsellp.com

*Special Counsel to the Financial Oversight and Management Board for Puerto Rico*

**Exhibit A**

**Declaration of Michael Luskin**

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

### DECLARATION OF MICHAEL LUSKIN IN SUPPORT OF VERIFIED STATEMENT OF LUSKIN, STERN & EISLER LLP PURSUANT TO THE PUERTO RICO RECOVERY ACCURACY IN DISCLOSURES ACT

I, Michael Luskin, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am an attorney admitted to practice before the United States District Court for the Southern District of New York and am admitted *pro hac vice* before this Court. I am a member of the law firm of Luskin, Stern & Eisler LLP ("LS&E"), with offices located at 50 Main Street, White Plains, New York 10606. I am duly authorized to make this declaration (the "Declaration") on behalf of LS&E.

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5223-LTS) (Last Four Digits of Federal Tax ID: 3801).

2. This Declaration is made in support of the Verified Statement of Luskin, Stern & Eisler LLP Pursuant to the Puerto Rico Accuracy in Disclosures Act, dated May 16, 2022 (the "Statement"),[2] disclosing connections LS&E has to MIPs as required under PRRADA. Unless otherwise stated in this Declaration, I have personal knowledge of all of the facts set forth herein.

3. LS&E is special counsel to the Oversight Board as representative of the Debtors in these Title III Cases pursuant to Section 315(b) of PROMESA.

4. As set forth in the engagement letter dated October 4, 2016 (the "Engagement Letter"),[3] the Oversight Board retained LS&E to represent the Oversight Board in connection with litigation in this Court seeking to lift the automatic stay imposed by PROMESA, seven months before these Title III Cases were commenced.[4] After the commencement of these Title III Cases, LS&E continued to provide services to the Oversight Board.

**Disclosure Procedures**

5. It is the policy of LS&E that no new client matter may be approved absent a thorough review of potential conflicts, including searches of the firm's client database (the "Database"). The Database is updated as new matters are opened and is maintained in LS&E's regular and ordinary course of business. The Database is designed to include every matter on which the firm is now and has been engaged, by which entity the firm is now or has

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Statement.

[3] A copy of the Engagement Letter is available on the Oversight Board's website at http://oversightboard.pr.gov/documents.

[4] Unlike in cases commenced under the Bankruptcy Code, professionals retained by the Debtors and the Oversight Board do not require court authorization for retention. *See* PROMESA § 301(a) (omitting Bankruptcy Code sections 327 and 328 from incorporation into PROMESA).

2

been engaged and, in each instance, the identity of related parties and adverse parties and certain of the attorneys in the firm that are knowledgeable about the matter.

6.  In connection with the preparation of the Statement and this Declaration, I, or someone working under my supervision, conducted an extensive review of LS&E's Database and professional contacts for connections with the MIPs on the Amended MIP List. Additionally, each senior partner and each relationship partner at LS&E personally reviewed the Amended MIP List to identify any connections. Finally, each partner and employee of LS&E was provided a subset of the Amended MIP List[5] including the Debtors, the former Oversight Board executive director,[6] the Oversight Board's members and staff, the United States Trustee (the "U.S. Trustee") and anyone employed in the Office of the U.S. Trustee for the District of Puerto Rico, the Judges of this Court, and the members of the Official Committee of Unsecured Creditors and the Official Committee of Retired Employees of Puerto Rico (together, the "Statutory Committee Members"), and asked whether he or she (i) is related to or has a connection to any such party or (ii) holds or represents any interest adverse to such party. To the extent that LS&E's review indicated that LS&E has a relationship with any MIP, each such MIP and a brief description of LS&E's relationship with each such MIP is set forth on Schedule 1 to this Declaration.

## Disinterestedness

7.  To the best of my knowledge and belief, insofar as I have been able to ascertain after due inquiry, none of the partners or employees of LS&E (i) is related to the Debtors, the

---

[5] The subset of the Amended MIP List provided to LS&E's partners and employees includes Schedules 1, 2, 3, and 6 of the Amended MIP List.

[6] Natalie A. Jaresko served as the Executive Director of the Oversight Board from her appointment prior to the commencement of these Title III Cases through April 1, 2022. The position of Executive Director of the Oversight Board is currently vacant.

3

former Oversight Board executive director or any of the Oversight Board's members or staff, the U.S. Trustee or anyone employed in the Office of the U.S. Trustee for the District of Puerto Rico, any of the Judges of this Court, or any Statutory Committee Members, or (ii) represents or holds an adverse interest in connection with these Title III Cases, except that LS&E is connected with the Oversight Board and other MIPs listed on the Amended MIP List by virtue of its retention by the Oversight Board in connection with these Title III Cases.

8. To the best of my knowledge, LS&E, its partners, and its employees (i) are not and were not during these Title III Cases a creditor, an equity security holder, or an insider of any MIP; (ii) are not and were not, within 2 years before the commencement of these Title III Cases or during these Title III Cases, a director, officer, or employee of any MIP; and (iii) do not have an interest materially adverse to the interest of any MIP by reason of any direct or indirect relationship to, connection with, or interest in, any MIP listed on the Amended MIP List, or for any other reason. Based upon information available to me, LS&E is a disinterested person within the meaning of Section 101(14) of the Bankruptcy Code relative to any MIP listed on the Amended MIP List.

**Connections to MIPs**

9. To the best of my knowledge and belief, except as set forth on Schedule 1 to this Declaration, LS&E (i) does not represent and has not represented any MIP or any affiliate thereof, and (ii) has not previously retained, engaged, or used and does not currently engage or retain as professionals or use as vendors any MIP.

10. None of the services that were or will be provided during the course of LS&E's relationships with its current or former clients, retained professionals, or vendors listed as MIPs on the Amended MIP List and as set forth on Schedule 1 to this Declaration: (i) is connected in

any way to these Title III Cases or any matters for which the Oversight Board has retained LS&E; (ii) has had or will have an impact or conflict with or be adverse to the rights of the Debtors or the Oversight Board in these Title III Cases; or (iii) has compromised or will compromise LS&E's ability to provide services to the Oversight Board in these Title III Cases. Based upon the foregoing, LS&E does not represent or hold an adverse interest in connection with these Title III Cases.

11. As set forth on Schedule 1 to this Declaration, LS&E may represent or has represented interests adverse to certain of the Debtors' creditors and other MIPs in matters unrelated to these Title III Cases. Further, LS&E may have engaged, been engaged by or had mutual clients with, may currently be engaging, be engaged by or have mutual clients with, and may in the future engage, be engaged by or have mutual clients with certain law firms, financial advisors, accounting firms and other professionals listed as MIPs on the Amended MIP List, in matters unrelated to these Title III Cases.

12. LS&E's former clients and their affiliates, officers, directors, principal shareholders, and their respective affiliates may have had relationships with MIPs of which LS&E was not informed or, subsequent to the performance of LS&E's services for such former clients, may have developed relationships with such parties of which LS&E is unaware.

13. LS&E may in the future represent or engage one or more MIPs that are not current or former clients, retained professionals, or vendors of LS&E. To the extent that LS&E discovers any such information or needs to update the information disclosed in this Declaration, LS&E will disclose such information by filing a supplemental declaration pursuant to Bankruptcy Rule 2014.

Dated: White Plains, New York  /s/ Michael Luskin
      May 16, 2022  Michael Luskin (admitted *pro hac vice*)

**LUSKIN, STERN & EISLER LLP**
50 Main Street
White Plains, New York 10606
Telephone: (212) 597-8200
Facsimile: (212) 597-8240
luskin@lsellp.com

6

## Schedule 1[1]

### LS&E's Connections to MIPs

| MIP | Nature of Interest Pursuant to Amended MIP List | Connection with LS&E[2] |
|---|---|---|
| Abengoa S.A. | Schedule 8 – Material Creditor: PREPA | Former adverse party in connection with representation of a non-MIP client in a matter unrelated to and following the commencement of the Title III Cases |
| ACP Master, Ltd. | Schedule 8 – Material Creditor: Commonwealth, ERS, PREPA, HTA<br>Schedule 9 – Inactive Claimant: COFINA | Former adverse party in connection with representation of a non-MIP client in a matter unrelated to and prior to the commencement of the Title III Cases |
| Ankura Consulting Group, LLC | Schedule 4 – Retained Professional: Commonwealth, PREPA<br>Schedule 5 – Financial Advisor/Consultant to Other Party in Interest: Commonwealth | Current retained professional on behalf of a non-MIP client in a matter unrelated to the Title III Cases |
| Aurelius Capital Management, LP | Schedule 7 – Plan Support Agreement Party: Commonwealth, PBA | Former adverse party in connection with representation of a non-MIP client in matter unrelated to and prior to the commencement of the Title III Cases |
| Brown Rudnick LLP | Schedule 4 – Retained Professional: Commonwealth, ERS, HTA, PREPA | Current adverse party in connection with representation of a non-MIP client a matter unrelated to the Title III Cases |
| Citigroup Global Markets Inc. | Schedule 4 – Retained Professional: Commonwealth, ERS, PBA, PREPA, HTA | Affiliate of current clients in matters unrelated to the Title III Cases<br>Affiliate of current vendors |

---

[1] Certain of the MIPs in this Schedule A are affiliates of LS&E's current or former clients, retained professionals or vendors and are being disclosed out of an abundance of caution.

[2] LS&E considers its connection to any MIP disclosed herein as "current" if such connection exists and is ongoing as of the date of filing of the Statement and Declaration. LS&E's former connections to any MIP that occurred or was ongoing following the commencement of these Title III Cases are specified as such herein.

| MIP | Nature of Interest Pursuant to Amended MIP List | Connection with LS&E[2] |
|---|---|---|
| Drivetrain, LLC | Schedule 6 – Statutory Committee Member | Former adverse party in connection with representation of a non-MIP client in a matter unrelated to and following the commencement of the Title III Cases |
| Duff & Phelps LLC | Schedule 4 – Retained Professional: Commonwealth, ERS, PREPA, HTA | Former adverse party in connection with representation of a non-MIP client in a matter unrelated to and prior to the commencement of the Title III Cases |
| FTI Consulting | Schedule 4 – Retained Professional: Commonwealth, ERS, PBA, PREPA, HTA | Current retained professional on behalf of non-MIP clients in matters unrelated to the Title III Cases |
| Goldin Associates, LLC | Schedule 7 – Financial Advisor to Plan Support Agreement Parties: Commonwealth, PBA, HTA | Former client in a matter unrelated to and prior to the commencement of the Title III Cases; Former retained professional on behalf of a non-MIP client in a matter unrelated to and following the commencement of the Title III Cases; and Served as financial advisor to chapter 11 trustee represented by LS&E in matters unrelated to and prior to the commencement of the Title III Cases |
| Kasowitz Benson Torres LLP | Schedule 7 – Counsel to Plan Support Agreement Parties: PBA<br>Schedule 9 – Counsel to Inactive Claimants: Commonwealth, HTA | Former adverse party in connection with representation of a non-MIP client in a matter unrelated to and prior to the commencement of the Title III Cases |
| Morrison & Foerster LLP | Schedule 7 – Counsel to Plan Support Agreement Parties: Commonwealth, ERS, PBA, PREPA<br>Schedule 8 – Counsel to Material Creditor: Commonwealth, PREPA | LS&E retained a Morrison & Foerster LLP attorney as a mediator in matters unrelated to and following the commencement of the Title III Cases |

2

| MIP | Nature of Interest Pursuant to Amended MIP List | Connection with LS&E[2] |
|---|---|---|
| | Schedule 9 – Counsel to Inactive Claimant: ERS, PREPA, HTA, COFINA | |
| Nortel Networks (Cala), Inc. | Schedule 5 – Material Creditor: Commonwealth | Affiliate of former client in a matter unrelated to and prior to the commencement of the Title III Cases |
| Santander Asset Management, LLC | Schedule 9 – Inactive Claimant: Commonwealth, COFINA | Affiliate of current client in matters unrelated to the Title III Cases |
| ScotiaBank de Puerto Rico | Schedule 8 – Material Creditor: Commonwealth, HTA<br>Schedule 9 – Inactive Claimant: Commonwealth | Affiliate of current client in matters unrelated to the Title III Cases |
| The Bank of Nova Scotia (ScotiaBank) | Schedule 9 – Inactive Claimant: Commonwealth | Current client in matters unrelated to the Title III Cases |
| Simpson Thacher & Bartlett LLP | Schedule 8 – Counsel to Material Creditor: PREPA<br>Schedule 9 – Counsel to Inactive Claimant: Commonwealth, COFINA | Former client in a matter unrelated to and prior to the commencement of the Title III Cases |
| Sola Ltd | Schedule 8 – Material Creditor: PREPA | Former adverse party in connection with representation of a non-MIP client in a matter unrelated to and following commencement of the Title III Cases |
| Stewart Title Guaranty Co-Master | Schedule 8 – Material Creditor: PREPA | Affiliate of current vendor |
| The Travelers Indemnity Company | Schedule 8 – Material Creditor: Commonwealth | Former client in a matter unrelated to and following the commencement of the Title III Cases |
| Ultra Master Ltd. | Schedule 8 – Material Creditor: PREPA | Former adverse party in connection with representation of a non-MIP client in a matter unrelated to and following the commencement of the Title III cases |
| Unum Life Insurance Company of America | Schedule 8 – Material Creditor: PREPA | Current vendor |

3

| MIP | Nature of Interest Pursuant to Amended MIP List | Connection with LS&E[2] |
|---|---|---|
| Vitol Inc. | Schedule 8 – Material Creditor: PREPA<br>Schedule 9 – Inactive Claimant: PREPA | Former adverse party in connection with representation of non-MIP clients in matters unrelated to and following the commencement of the Title III Cases |
| Wilmington Trust, National Association | Schedule 9 – Inactive Claimant: Commonwealth, ERS, PREPA, HTA | Affiliate of current clients in matters unrelated to the Title III Cases |
| Zolfo Cooper, LLP (acquired by AlixPartners LLP) | Schedule 4 – Retained Professional: Commonwealth, ERS | AlixPartners LLP is a current retained professional on behalf of non-MIP clients in matters unrelated to the Title III Cases |