# EXHIBIT A

## Listing of Material Interested Parties Noted for Court Disclosure

**Relationships in Unrelated Matters**

**Retained Professionals**
Citigroup Global Markets Inc.
Deloitte Consulting LLP
Duff & Phelps LLC
Ernst & Young LLP
Godfrey & Kahn, S.C.
Greenberg Traurig, LLP
Luskin, Stern & Eisler LLP
Munger, Tolles & Olson LLP
Nixon Peabody LLP
Norton Rose Fulbright

**Statutory Committee Members**
Service Employees International Union

**Plan Support Agreement Parties**
Blackrock Advisors, LLC
Blackrock Financial Management Inc.
Davidson Kempner Capital
Debevoise & Plimpton LLP
Norton Rose Fulbright US LLP
Pentwater Merger Arbitrage Master Fund Ltd.
Pentwater Unconstrained Master Fund Ltd.
Silver Point Capital, L.P.

**Material Creditors**
ACP Master, Ltd.
AIG Insurance Company
Amtrust Financial Services, Inc.
Angelo, Gordon & Co., L.P.
Astrazeneca Pharmaceuticals, LP
Aurelius Capital Master, Ltd.
C & A, S.E.
Cobra Acquisitions LLC
Corbin Opportunity Fund, L.P.
Costco Wholesale Corporation
Department of the Treasury
Department of Treasury Internal Revenue Service
Federal Deposit Insurance Corp (FDIC)
Ferrovial Agroman LLC
Ferrovial Agroman, S.A.
Lancer Insurance Company
National Union Fire Insurance Co Of Pittsburgh, PA
Nokota Capital Master Fund, L.P.
Peerless Oil & Chemicals, Inc.

Puma Energy Caribe, LLC
Shell Trading (US) Company
U.S. Bank National Association
United States of America
Vitol Inc.

**Inactive Claims**
Aetna Life Insurance Company (Segment5ahbd)
Astrazeneca Plc
AXA Equitable Life Insurance Company
Becton Dickinson And Company
CARIBE Ge International of Puerto Rico, Inc.
Cigna Health and Life Insurance Company
Corbin Erisa Opportunity Fund, Ltd
Davidson Kempner
Edwards Lifesciences Technology SARL
Elliott International LP
Ethicon LLC
General Electric Company & GE Industrial of PR LLC
Great American Insurance Company
Guidant Puerto Rico, B.V. D/B/A Boston Scientific
Hedgeserv - Highmark Global 3
Hedgeserv – Highmark Global 3
Janssen Ortho LLC
Lifescan LLC
M.H. Davidson & Co.
MSD International GMBH (PR Branch) LLC
Omega Engineering, LLC
Pfizer Pharmaceuticals LLC
Premier Trust
Santander Asset Management, LLC
Smith & Nephew, Inc.
U.S. Department of Labor
Umb Bank, N.A.
Warner Chilcott Company, LLC