# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et. al.*<br><br>    Debtors[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA")<br><br>    Debtor[2] | PROMESA<br>Title III<br><br>Case No. 17-BK-04780 (LTS)<br><br>(Jointly Administered) |

## **CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT

    The undersigned hereby certifies that I caused true and correct copies of the documents listed herein to be served on May 12th, 2022 in the manner specified further below:

---

[1] The Debtors in the relevant Title III cases, along with their respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number are as follows: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

[2] See note 1.

|   | Docket numbers in Case No. 17-BK-03283 (LTS) | Dkt. numbers in Case No. 17-BK-04780 (LTS) |
|---|---|---|
| a. *Application for Admission Pro Hac Vice (Sarah R. Borders)* | 20704 | 2799 |
| b. *Application for Admission Pro Hac Vice (Miguel Cadavid)* | 20705 | 2800 |
| c. *Verified Statement of King & Spalding LLP Disclosing Connections to Material Interested Parties Related to the Puerto Rico Electric Power Authority Pursuant to Puerto Rico Recovery Accuracy in Disclosure Act* | 20706 | 2801 |

1. Electronically through the Court's CM/ECF system in Case No. 17-03283 (LTS) and in Case No. 17-04780 (LTS);

2. By U.S. mail to each of the parties listed in **Exhibit A** attached hereto;

3. By e-mail to each of the parties listed in **Exhibit B** attached hereto, and;

4. By FedEx overnight delivery to the chambers of the Honorable Laura Taylor Swain at the United States District Court for the Southern District of New York, Daniel P. Moynihan U.S. Courthouse, 500 Pearl Street, Suite 3212, New York, NY 10007.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 16th day of May, 2022.

SANCHEZ LRV LLC
270 Muñoz Rivera Avenue, Suite 1110
San Juan, Puerto Rico 00918
Tel. 787-522-6776
Fax 787-522-6777

s/ *Janelle Reyes-Maisonet*
Janelle Reyes-Maisonet
USDC-PR 231102
jreyes@sanchezlrv.com

*Counsel for King & Spalding LLP*