UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------x
In re                                           :
                                                :
THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR                            :   Title III
PUERTO RICO                                     :
                                                :
          as representative of                  :   Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO                      :   (Jointly Administered)
RICO et al.,                                    :
                                                :
          Debtors.¹                             :
                                                :
-------------------------------------------------------------x
```

**SUPPLEMENTAL DISCLOSURE OF**
**DUFF & PHELPS LLC UNDER 11 U.S.C. §327(a),**
**FED. R. BANKR. P. 2014(a) AND 48 U.S.C. 2178 (c)**

**PLEASE TAKE NOTICE** that on May 16, 2022, Duff & Phelps, LLC ("D&P") as financial advisor to Management Board for Puerto Rico (the "Oversight Board"), sole Title III representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Tax Financing Corporation ("COFINA"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

DOC ID - 38532542.1

Rico ("ERS"), the Puerto Rico Power Authority ("PREPA"), and the Puerto Rico Public Buildings Authority ("PBA" and collectively with the Commonwealth, COFINA, HTA, ERS and PREPA, the "Debtors") under section 315(b) of the *Puerto Rico Oversight, Management and Economic Stability Act* ("PROMESA"), filed the attached supplemental disclosure, based on the *Amended List of Material Interested Parties Pursuant to Puerto Rico Recovery Accuracy in Disclosures Act* [EFC No. 20458], pursuant to the *Puerto Rico Recovery Accuracy in Disclosures Act,* Pub. L. No. 117-82, 48 U.S.C. 2178 (c).

**WE HEREBY CERTIFY** that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record. We also hereby certify that the foregoing was served pursuant to the Sixteenth Amended Notice, Case Management and Administrative Procedures Order (Docket No. 20190).

[*Reminder of Page Left Intentionally Blank]*

Dated: May 16, 2022

San Juan, Puerto Rico

**Respectfully submitted.**

s/José L. Ramirez-Coll
José L Ramirez-Coll
U.S.D.C. No. 221702
ANTONETTI MONTALVO & RAMIREZ-COLL
PO Box 13128
San Juan, PR 00908
(787) 977-0312
email: jramirez@amrclaw.com

s/Michael L. Cook
Michael L. Cook
(Admitted Pro Hac Vice)
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000
email: michael.com@srz.com
*Attorneys for Duff & Phelps LLC*