# EXHIBIT B

## Additional MIP Parties (or Their Affiliates), Which CST Law Represents or Has Represented in the Past in Matters *Unrelated* to the Title III Cases[1]

| Interested Parties | Relationship to Debtors | Clients & Their Affiliates |
|---|---|---|
| AIG INSURANCE COMPANY | Schedule 8(E) - Material Creditors of HTA | Current Client |
| AIG INSURANCE COMPANY-- PUERTO RICO | Schedule 9(A) - Inactive Claims - CW | Current Client |
|  | Schedule 8(E) - Material Creditors of HTA |  |
| AIG PROPERTY CASUALTY INC. | Schedule 8(E) - Material Creditors of HTA | Current Client |
| AIREKO CONSTRUCTION LLC | Schedule 8(C) - Material Creditors of PBA | Former client |
|  | Schedule 9(C) - Inactive Claims - PBA |  |
| AXYSNET CORPORATION | Schedule 8(A) - Material Creditors of the CW | Former client |
| BAXTER SALES AND DISTRIBUTION PUERTO RICO CORP. | Schedule 6 - Statutory Committee Members (UCC) | Former Client |
|  | Schedule 8(A) - Material Creditors of the CW |  |
|  | Schedule 9(A) - Inactive Claims - CW |  |
| EDWARDS LIFESCIENCES TECHNOLOGY SARL | Schedule 9(A) - Inactive Claims - CW | Current Client |
| FEDERAL DEPOSIT INSURANCE CORP (FDIC) | Schedule 8(A) - Material Creditors of the CW | Current Client |
| GENESIS SECURITY SERVICES, INC. | Schedule 6 - Statutory Committee Members (UCC) | Current Client |
|  | Schedule 8(A) - Material Creditors of the CW |  |
|  | Schedule 9(D) - Inactive Claims - PREPA |  |

---

[1] Please note that the Additional MIP Parties include several individuals identified on <u>Exhibit A</u>. While CST Law does not believe that it has any connection to these individuals, CST Law does not have sufficient information to definitively determine whether or not it has any connection to these individuals.

|  | Schedule 8(E) - Material Creditors of HTA |  |
|---|---|---|
| JCPENNEY PUERTO RICO, INC. | Schedule 9(A) - Inactive Claims - CW | Current Client |
| MSD INTERNATIONAL GMBH (PR BRANCH)LLC | Schedule 9(A) - Inactive Claims - CW | Current Client |
| NESTLE PUERTO RICO, INC. | Schedule 9(A) - Inactive Claims - CW | Current Client |
| THE PUERTO RICO INDUSTRIAL DEVELOPMENT COMPANY ("PRIDCO") | Schedule 8(A) - Material Creditors of the CW | Current Client |
|  | Schedule 8(C) - Material Creditors of PBA |  |
| UNIVERSIDAD CARLOS ALBIZU, INC. | Schedule 8(D) - Material Creditors of PREPA | Current Client |
| WAL-MART PUERTO RICO, INC. | Schedule 9(A) - Inactive Claims - CW | Current Client |

2