# EXHIBIT C

# New Hires Not Subject to an Ethical Wall[1]

| Name of New Hire<br>Capacity, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Del Nido, Natalia<br>Junior Partner / September 2019 | Judicial Officer at United States District Court of PR from September 2015 to August 2019 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| García, Neyshla I<br>Associate / December 2021 | President at Mindful Body Wellness Services Corp. from January 2019 to December 2021 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Maldonado, Amarily<br>Non-Propietary Partner / April 2018 | Tax Advisor and Senior Manager at BDO Puerto Rico from 2016 to 2018 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Nieves, Juan<br>Junior Partner / January 2019 | Associate at Gonzalez Munoz Law Office from 2012 to 2019 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Palmer, Natalia<br>Junior Partner / August 2019 | Independent Legal Practice from 2017 to 2019 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Ramos Cartagena, Luis<br>Non-Propietary Partner / August 2017 | Deputy Administrator at Puerto Rico State Insurance Fund Corporation from 2013 to 2017 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Tejeda, Edna M<br>Counsel / August 2020 | Special Counsel at Salichs Pou & Associates from 2014 to 2020 | Local counsel to Drivetrain, LLC, as Trustee of Doral Bank's Unsecured Creditor's Trust. Drivetrain was and continues to be a member of the Unsecured Creditors Committee. |

---

[1] The data in this Exhibit C is based on input provided by the New Hires.