UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. 20458, 20467 |

### DECLARATION OF DENNIS P. BARRETT IN ACCORDANCE WITH THE PUERTO RICO RECOVERY ACCURACY IN DISCLOSURES ACT

I, Dennis P. Barrett, being duly sworn, state the following under penalty of perjury and that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Senior Managing Director with Ankura Consulting Group, LLC ("**Ankura**" or the "**Firm**"), an independent global management consulting firm that provides expert services to businesses in various professional areas including bankruptcy and turnaround and restructuring. Ankura is financial advisor to the Puerto Rico Fiscal Agency and Financial Advisory Authority (the "**AAFAF**") and the Puerto Rico Electric Power Authority ("**PREPA**"). AAFAF is the sole entity authorized to act on behalf of all Puerto Rico's governmental entities, including the (i) Commonwealth of Puerto Rico (the "**Commonwealth**"); (ii) Puerto Rico Sales Tax Financing

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the elected Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

\

Corporation ("**COFINA**"); (iii) Puerto Rico Highways and Transportation Authority ("**HTA**"); (iv) Employees Retirement System of the elected Government of the Commonwealth of Puerto Rico ("**ERS**"); (v) Puerto Rico Electric Power Authority ("**PREPA**"); and (vi) Puerto Rico Public Buildings Authority ("**PBA**" and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "**Debtors**"), by the *Puerto Rico Fiscal Agency and Financial Advisory Authority Act*. Ankura professionals also represent numerous other governmental entities under separate contracts, including, without limitation, the Puerto Rico Aqueduct and Sewer Authority and the Government Development Bank for Puerto Rico with respect to their operational and financial restructurings under the *Puerto Rico Oversight, Management, and Economic Stability Act*. Ankura's representation of these entities is not adverse to Ankura's representation of AAFAF or PREPA in the Title III cases.

2. I submit this declaration (the "**Declaration**") in accordance with the *Puerto Rico Recovery Accuracy in Disclosures Act*, Pub. L. No. 117-82, 48 U.S.C. § 2178(c) ("**PRRADA**") and rule 2014(a) of the Federal Rules of Bankruptcy Procedure to make certain disclosures contained herein. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify thereto.[2]

3. In accordance with PRRADA, Ankura has conducted a check for conflicts of interest and other conflicts and connections. Ankura utilizes certain procedures ("**Firm Procedures**") to determine the Firm's relationships, if any, to parties that may have a connection to any of the material interested parties. In implementing the Firm Procedures, the following

---

[2] Certain of the disclosures set forth herein relate to matters not within my personal knowledge but rather within the knowledge of other employees at Ankura and are based on information provided to me by them.

2

actions were taken to identify parties that may have connections to the Debtors, and Ankura's relationship with such parties:

    a.    Ankura utilized the material interested parties ("**MIPs**") listed on the *Amended List of Material Interested Parties Pursuant to Puerto Rico Recovery Accuracy in Disclosure Act* [ECF No. 20458] (the "**Amended MIP List**").

    b.    Ankura compared the names of each of the parties on the Amended MIP List to the names in its master electronic database of the Ankura Entities' clients and vendors (the "**Database**").[3] For clients, the Database generally includes the name of each client of the Ankura Entities, the name of each party that has, or had, a substantial role with regard to the subject matter of the Ankura Entity's retention, and the names of the Ankura Entity professionals who are, or were, primarily responsible for matters for such clients. For vendors, the Database generally includes the name of the vendor.

    c.    An email was sent to all of the Ankura Entities' Senior Managing Directors, Managing Directors, and all Turnaround & Restructuring practice professionals requesting disclosure of information regarding: (i) any known personal connections between the respondent and/or the Ankura Entities on the one hand, and the MIPs, on the other hand,[4] (ii) any known connections or representation by the respondent and/or the Firm of any of those MIPs in matters relating to the Debtors; and (iii) any other conflict.

    d.    Known connections between former or recent clients and vendors of the Ankura Entities and the MIPs were compiled for purposes of preparing

---

[3] Ankura is affiliated with certain other Ankura-branded entities, including its affiliates, subsidiaries, and parent entities, which entities are managed by the same executive team (such entities the "**Ankura Entities**"). The Database maintained by the Ankura Entities includes information for all of the Ankura Entities. For companies and businesses acquired by any Ankura Entity, the Database captures engagements that were active at the time of such acquisition, as well as any post-acquisition engagements. Otherwise, the Database includes all clients and vendors of the Ankura Entities since Ankura's inception. The Ankura Entities include a trust company (Ankura Trust Company, LLC) and a broker-dealer (Ankura Capital Advisors, LLC). Neither of these entities hold or trade securities for their own account and, as with the other Ankura Entities, the clients of the trust company and broker-dealer entities are included in the Database.

[4] In reviewing its records and the relationships of its professionals, Ankura did not seek information as to whether any Ankura Entity professional or member of such professional's immediate family: (a) indirectly owns, through a public mutual fund or through partnerships in which certain Ankura Entity professionals have invested but as to which such professionals have no control over or knowledge of investment decisions, securities of the Debtors, or any other party-in-interest; or (b) has engaged in any ordinary course consumer transaction with any party-in-interest. If any such relationship does exist, I do not believe it would impact Ankura's disinterestedness or otherwise give rise to a finding that Ankura holds or represents an interest adverse to the Debtors' estates.

this Declaration. These connections are listed in **Schedule 1** annexed hereto.

4. To provide further detail on the Database and the Firm Procedures, I note that Ankura is a portfolio company of private funds affiliated with Madison Dearborn Partners, LLC ("**MDP**" and such funds together with MDP, the "**MDP Entities**"). As such, the Firm Procedures include a review of MDP and its affiliated funds that have an ownership interest in Ankura, as well as MDP's other portfolio companies (the "**Portfolio Companies**") as of April 1, 2022, to determine if such entities appear on the MIP List.

5. The Portfolio Companies are under separate managerial control from the Ankura Entities and do not share any internal systems with any Ankura Entity. Ankura Entities have no ability to access the Portfolio Companies' or MDP's systems or confidential information,[5] nor do the Portfolio Companies[6] or MDP have the ability to access the Ankura Entities' systems or confidential information. Certain MDP personnel serve as members of Ankura's board of directors (the "**MDP Directors**") and the MDP Directors serve on boards of directors for certain of the Portfolio Companies. However, the MDP Directors are subject to confidentiality obligations and fiduciary duties, which prohibit and prevent the sharing of confidential information between companies for which they have board of director responsibilities. Despite the separation between the Ankura Entities and the Portfolio Companies, the Portfolio Companies and MDP Entities are included in the Database and reviewed as part of the Firm Procedures. I have determined that there are no connections with the Portfolio Companies and MDP Entities that would require disclosure.

---

[5] To the extent an Ankura Entity is engaged by another MDP portfolio company to perform services for such company, the Ankura Entities will have access to information from such company applicable to the work being performed. Such information will be subject to confidentiality agreements.

[6] NFP Corp., another portfolio company of MDP, serves as the Ankura Entities' insurance broker. In connection therewith, NFP Corp. has access to certain Ankura Entities information. Such information is shared pursuant to a confidentiality agreement.

6. HPS Investment Partners, LLC ("**HPS**"), through certain investment funds, has a minority, non-controlling interest in Ankura. The Database therefore includes HPS and the above-referenced investment funds. I have determined that there are no connections with such entities that would require disclosure. HPS has one board seat and one board observer seat on Ankura's board of directors. These board participants are subject to confidentiality obligations and fiduciary duties, and information walls exist to prevent the sharing of confidential information among HPS's investments. Further, the Ankura Entities have no access to HPS's or its investments' systems or confidential information. As such, while HPS is included in Ankura's Database and reviewed as part of the Firm Procedures, HPS's affiliates and the entities in which they invest are not.[7]

7. As a result of the Firm Procedures, I have thus far ascertained that, except as may be set forth herein, upon information and belief, that Ankura (a) is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code, relative to any entity or person on the Amended MIP List and (b) does not represent or hold an adverse interest in connection with the Title III cases.

8. Further, as part of its diverse practice, the Ankura Entities appear in numerous cases and proceedings, and participate in transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who represent MIPs in the Title III Cases. Further, the Ankura Entities performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings. Based on

---

[7] The Northwestern Mutual Life Insurance Company and an affiliate thereof (together, "Northwestern") own less than two percent of the Ankura Entities' equity. Northwestern has no board seats or ability to control the activities of the Ankura Entities. Nonetheless, Northwestern is included in the Database and Firm Procedures and I have determined that there are no connections thereto that require disclosure herein.

5

our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors or the Title III cases.

9. Ankura reserves all rights to amend and/or supplement its disclosures contained herein. If additional MIPs are provided to Ankura and any new material relevant facts or relationships are discovered or identified, Ankura will promptly file a supplemental declaration.

*[Remainder of Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: May 16, 2022
New York, NY

*Dennis P. Barrett*
Dennis P. Barrett
Senior Managing Director
Ankura Consulting Group, LLC

# **SCHEDULE 1**

| **MATERIALLY INTERESTED PARTY** | **APPLICABLE SCHEDULE[1]** | **RELATIONSHIP TO ANKURA** |
|---|---|---|
| AETNA LIFE INSURANCE COMPANY (SEGMENT5AHBD) | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH | CURRENT CLIENT |
| AIG INSURANCE COMPANY | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH | CURRENT CLIENT |
| AKIN GUMP STRAUSS HAUER & FELD LLP | SCHEDULE 8(D) - MATERIAL CREDITORS OF THE PREPA (COUNSEL) | CURRENT CLIENT |
| ALVAREZ & MARSAL NORTH AMERICA, LLC | SCHEDULE 4(A) - PROFESSIONALS RETAINED IN COMMONWEALTH TITLE III CASE | CURRENT CLIENT |
| AMTRUST FINANCIAL SERVICES, INC. | SCHEDULE 8(D) - MATERIAL CREDITORS OF THE PREPA | FORMER CLIENT |
| ANDREW WOLFE | SCHEDULE 4(A) - PROFESSIONALS RETAINED IN COMMONWEALTH TITLE III CASE | CURRENT CLIENT |
| ARENT FOX LLP | SCHEDULE 8(A) - MATERIAL CREDITORS OF THE COMMONWEALTH | FORMER CLIENT |
| AVON PRODUCTS, INC. (PUERTO RICO BRANCH) | SCHEDULE 8(A) - MATERIAL CREDITORS OF THE COMMONWEALTH | FORMER CLIENT |
| BANCO POPULAR DE PUERTO RICO AS TRUSTEE FOR POPULAR TAX EXEMPT TRUST FUND | SCHEDULE 9(F) - INACTIVE CLAIMS - COFINA | FORMER CLIENT |
| BANK OF NEW YORK MELLON | SCHEDULE 7(B) - PLAN SUPPORT AGREEMENT PARTIES - ERS | CURRENT CLIENT |
| BECTON DICKINSON AND COMPANY | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH | FORMER CLIENT |
| BERKELEY RESEARCH GROUP, LLC | SCHEDULE 4(D) - PROFESSIONALS RETAINED IN PREPA TITLE III CASE | CURRENT CLIENT |
| BLACKROCK FINANCIAL MANAGEMENT INC. | SCHEDULE 7(C) - PLAN SUPPORT AGREEMENT PARTIES - PBA | FORMER CLIENT |

---

[1] Ankura's representation of any current clients is with respect to matters unrelated to the Debtors' Title III cases.

| MATERIALLY INTERESTED PARTY | APPLICABLE SCHEDULE[1] | RELATIONSHIP TO ANKURA |
|---|---|---|
| BLUEMOUNTAIN CAPITAL MANAGEMENT, L.L.C., ON BEHALF OF ITSELF AND FUNDS AND/OR ACCOUNTS MANAGED OR ADVISED BY IT | SCHEDULE 7(D) - PLAN SUPPORT AGREEMENT PARTIES - PREPA | FORMER CLIENT |
| BRACEWELL LLP | SCHEDULE 8(C) - MATERIAL CREDITORS OF THE PBA | CURRENT CLIENT |
| BRIGADE CAPITAL MANAGEMENT, LP (SEE ATTACHED SCHEDULE A) | SCHEDULE 8(D) - MATERIAL CREDITORS OF THE PREPA | FORMER CLIENT |
| BROWN RUDNICK LLP | SCHEDULE 4(A) - PROFESSIONALS RETAINED IN COMMONWEALTH TITLE III CASE | CURRENT CLIENT |
| BUCHALTER, A PROFESSIONAL CORPORATION | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH | CURRENT CLIENT |
| BUTLER SNOW, LLP | SCHEDULE 5(A) - OTHER PARTIES IN INTEREST - COMMONWEALTH (COUNSEL) | CURRENT CLIENT |
| CADWALADER, WICKERSHAM & TAFT | SCHEDULE 5(A) - OTHER PARTIES IN INTEREST - COMMONWEALTH (COUNSEL) | CURRENT CLIENT |
| CANYON CAPITAL ADVISORS L.L.C. | SCHEDULE 7(A) - PLAN SUPPORT AGREEMENT PARTIES - COMMONWEALTH | FORMER CLIENT |
| CARDINAL HEALTH PR 120, INC. | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH | AFFILIATE OF CURRENT CLIENT |
| CENTERBRIDGE PARTNERS, L.P. | SCHEDULE 8(A) - MATERIAL CREDITORS OF THE COMMONWEALTH | FORMER CLIENT |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | SCHEDULE 7(D) - PLAN SUPPORT AGREEMENT PARTIES - PREPA | AFFILIATE OF FORMER CLIENT |
| CENTURYLINK, INC. DEFINED BENEFIT MASTER TRUST | SCHEDULE 9(F) - INACTIVE CLAIMS - COFINA | FORMER CLIENT |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY | SCHEDULE 9(E) - INACTIVE CLAIMS - HTA | CURRENT CLIENT |
| CITIGROUP GLOBAL MARKETS INC. | SCHEDULE 4(A) - PROFESSIONALS RETAINED IN COMMONWEALTH TITLE III CASE | FORMER CLIENT |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY | SCHEDULE 8(D) - MATERIAL CREDITORS OF THE PREPA | CURRENT CLIENT |

| MATERIALLY INTERESTED PARTY | APPLICABLE SCHEDULE[1] | RELATIONSHIP TO ANKURA |
|---|---|---|
| CONTINENTAL CASUALTY COMPANY | SCHEDULE 8(E) - MATERIAL CREDITORS OF THE HTA | FORMER CLIENT |
| CORDIS LLC | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH | CURRENT CLIENT |
| CÓRDOVA & DICK, LLC ROPES & GRAY LLP | SCHEDULE 8(A) - MATERIAL CREDITORS OF THE COMMONWEALTH (COUNSEL) | CURRENT CLIENT |
| COSTCO WHOLESALE CORPORATION | SCHEDULE 8(A) - MATERIAL CREDITORS OF THE COMMONWEALTH | CURRENT CLIENT |
| CROWE HORWATH LLP | SCHEDULE 8(A) - MATERIAL CREDITORS OF THE COMMONWEALTH | CURRENT CLIENT |
| DAVIDSON KEMPNER PARTNERS | SCHEDULE 8(C) - MATERIAL CREDITORS OF THE PBA | CURRENT CLIENT |
| DAVIS, POLK & WARDWELL, LLP | SCHEDULE 8(C) - MATERIAL CREDITORS OF THE PBA (COUNSEL) | CURRENT CLIENT |
| DEBEVOISE & PLIMPTON LLP | SCHEDULE 8(D) - MATERIAL CREDITORS OF THE PREPA (COUNSEL) | CURRENT CLIENT |
| DECHERT LLP | SCHEDULE 9(E) - INACTIVE CLAIMS - HTA (COUNSEL) | CURRENT CLIENT |
| DELOITTE CONSULTING LLP | SCHEDULE 4(A) - PROFESSIONALS RETAINED IN COMMONWEALTH TITLE III CASE | AFFILIATE OF CURRENT CLIENT |
| DENTONS US LLP | SCHEDULE 9(E) - INACTIVE CLAIMS - HTA (COUNSEL) | CURRENT CLIENT |
| DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE | SCHEDULE 9(F) - INACTIVE CLAIMS - COFINA | CURRENT CLIENT |
| DEPT OF HOMELAND SECURITY USA | SCHEDULE 8(A) - MATERIAL CREDITORS OF THE COMMONWEALTH | FORMER CLIENT |
| DLA PIPER LLP (US) | SCHEDULE 8(D) - MATERIAL CREDITORS OF THE PREPA (COUNSEL) | CURRENT CLIENT |
| DRINKER BIDDLE & REATH LLP | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH (COUNSEL) | CURRENT CLIENT |
| DUCERA PARTNERS L.L.C. | SCHEDULE 7(A) - PLAN SUPPORT AGREEMENT PARTIES - COMMONWEALTH (FINANCIAL ADVISORS AND ACCOUNTANTS) | CURRENT CLIENT |

| MATERIALLY INTERESTED PARTY | APPLICABLE SCHEDULE[1] | RELATIONSHIP TO ANKURA |
|---|---|---|
| EDWARDS LIFESCIENCES TECHNOLOGY SARL | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH | CURRENT CLIENT |
| ERNST & YOUNG LLP | SCHEDULE 4(A) - PROFESSIONALS RETAINED IN COMMONWEALTH TITLE III CASE | CURRENT CLIENT |
| ESTRELLA, LLC | SCHEDULE 4(A) - PROFESSIONALS RETAINED IN COMMONWEALTH TITLE III CASE | CURRENT CLIENT |
| ETHICON L.L.C. | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH | CURRENT CLIENT |
| FEDERAL DEPOSIT INSURANCE CORP (FDIC) | SCHEDULE 8(A) - MATERIAL CREDITORS OF THE COMMONWEALTH | FORMER CLIENT |
| FEDERAL EMERGENCY MANAGEMENT-FEMA | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH | FORMER CLIENT |
| FERRAIUOLI LLC | SCHEDULE 5(A) - OTHER PARTIES IN INTEREST - COMMONWEALTH | VENDOR |
| FERROVIAL AGROMAN, S.A. | SCHEDULE 8(E) - MATERIAL CREDITORS OF THE HTA | CURRENT CLIENT |
| FINANCIAL GUARANTY INSURANCE CORPORATION | SCHEDULE 5(A) - OTHER PARTIES IN INTEREST - COMMONWEALTH | FORMER CLIENT |
| FIRSTBANK PUERTO RICO | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH | FORMER CLIENT |
| FOLEY & LARDNER LLP | SCHEDULE 8(D) - MATERIAL CREDITORS OF THE PREPA (COUNSEL) | CURRENT CLIENT |
| FORD MOTOR COMPANY DEFINED BENEFIT MASTER TRUST | SCHEDULE 7(A) - PLAN SUPPORT AGREEMENT PARTIES - COMMONWEALTH | AFFILIATE OF CURRENT CLIENT |
| FROST BROWN TODD L.L.C. | SCHEDULE 9(F) - INACTIVE CLAIMS - COFINA (COUNSEL) | CURRENT CLIENT |
| FTI CONSULTING, INC. | SCHEDULE 4(A) - PROFESSIONALS RETAINED IN COMMONWEALTH TITLE III CASE | FORMER CLIENT |
| GENERAL ELECTRIC COMPANY AND GE INDUSTRIAL OF PR LLC AND CARIBE GE INTERNATIONAL OF PUERTO RICO, INC. | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH | AFFILIATE OF CURRENT CLIENT |

| MATERIALLY INTERESTED PARTY | APPLICABLE SCHEDULE[1] | RELATIONSHIP TO ANKURA |
|---|---|---|
| GENOVESE JOBLOVE & BATTISTA, P.A. | SCHEDULE 8(D) - MATERIAL CREDITORS OF THE PREPA (COUNSEL) | CURRENT CLIENT |
| GIBSON, DUNN & CRUTCHER LLP | SCHEDULE 8(D) - MATERIAL CREDITORS OF THE PREPA (COUNSEL) | CURRENT CLIENT |
| GODFREY & KAHN, S.C. | SCHEDULE 4(A) - PROFESSIONALS RETAINED IN COMMONWEALTH TITLE III CASE | CURRENT CLIENT |
| GOLDMAN SACHS ASSET MANAGEMENT, L.P. | SCHEDULE 7(A) - PLAN SUPPORT AGREEMENT PARTIES - COMMONWEALTH | FORMER CLIENT |
| GOLDMAN SACHS BANK USA | SCHEDULE 8(A) - MATERIAL CREDITORS OF THE COMMONWEALTH | CURRENT CLIENT |
| GOODWIN PROCTER LLP | SCHEDULE 8(C) - MATERIAL CREDITORS OF THE PBA (COUNSEL) | CURRENT CLIENT |
| GREAT AMERICAN INSURANCE COMPANY | SCHEDULE 9(F) - INACTIVE CLAIMS - COFINA | FORMER CLIENT |
| GREENBERG TRAURIG, LLP | SCHEDULE 4(D) - PROFESSIONALS RETAINED IN PREPA TITLE III CASE | CURRENT CLIENT |
| GUIDANT PUERTO RICO, B.V. D/B/A BOSTON SCIENTIFIC | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH | AFFILIATE OF FORMER CLIENT |
| HAGENS BERMAN SOBOL SHAPIRO LLP | SCHEDULE 9(D) - INACTIVE CLAIMS - PREPA (COUNSEL) | CURRENT CLIENT |
| HDI GLOBAL INSURANCE COMPANY | SCHEDULE 9(E) - INACTIVE CLAIMS - HTA | CURRENT CLIENT |
| HEWLETT PACKARD CARIBE BV, LLC | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH | AFFILIATE OF FORMER CLIENT |
| HILTON WORLDWIDE INTERNATIONAL PUERTO RICO LLC | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH | AFFILIATE OF FORMER CLIENT |
| HOGAN LOVELLS US LLP | SCHEDULE 8(C) - MATERIAL CREDITORS OF THE PBA | CURRENT CLIENT |
| HOLLAND & KNIGHT LLP | SCHEDULE 8(E) - MATERIAL CREDITORS OF THE HTA (COUNSEL) | CURRENT CLIENT |
| INVESCO ADVISERS INC | SCHEDULE 8(C) - MATERIAL CREDITORS OF THE PBA | AFFILIATE OF CURRENT CLIENT |
| JANSSEN ORTHO LLC | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH | CURRENT CLIENT |
| JENNER & BLOCK LLP | SCHEDULE 4(A) - PROFESSIONALS RETAINED | CURRENT CLIENT |

5

| MATERIALLY INTERESTED PARTY | APPLICABLE SCHEDULE[1] | RELATIONSHIP TO ANKURA |
|---|---|---|
| | IN COMMONWEALTH TITLE III CASE | |
| JOHNSON & JOHNSON INTERNATIONAL | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH | CURRENT CLIENT |
| JONES DAY | SCHEDULE 8(D) - MATERIAL CREDITORS OF THE PREPA (COUNSEL) | CURRENT CLIENT |
| KASOWITZ BENSON TORRES LLP | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH (COUNSEL) | CURRENT CLIENT |
| KIRKLAND & ELLIS LLP | SCHEDULE 8(A) - MATERIAL CREDITORS OF THE COMMONWEALTH | CURRENT CLIENT |
| KRAMER LEVIN NAFTALIS & FRANKEL, LLP | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH (COUNSEL) | CURRENT CLIENT |
| LATHAM & WATKINS LLP | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH (COUNSEL) | CURRENT CLIENT |
| LINDE GAS PUERTO RICO INC. | SCHEDULE 8(D) - MATERIAL CREDITORS OF THE PREPA | AFFILIATE OF CURRENT CLIENT |
| LUSKIN, STERN & EISLER LLP | SCHEDULE 4(A) - PROFESSIONALS RETAINED IN COMMONWEALTH TITLE III CASE | CURRENT CLIENT |
| MACY'S PUERTO RICO | SCHEDULE 8(A) - MATERIAL CREDITORS OF THE COMMONWEALTH | AFFILIATE OF CURRENT CLIENT |
| MARATHON ASSET MANAGEMENT,LP,ON BEHALF OF FUNDS AND/OR ACCOUNTS MANAGED OR ADVISED BY IT | SCHEDULE 8(D) - MATERIAL CREDITORS OF THE PREPA | FORMER CLIENT |
| MARINI PIETRANTONI MUNIZ LLC | SCHEDULE 4(A) - PROFESSIONALS RETAINED IN COMMONWEALTH TITLE III CASE | FORMER CLIENT |
| MASLON LLP | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH (COUNSEL) | CURRENT CLIENT |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH | FORMER CLIENT |
| MAYER BROWN LLP | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH (COUNSEL) | CURRENT CLIENT |
| MCDERMOTT WILL & EMERY LLP | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH (COUNSEL) | CURRENT CLIENT |

6

| MATERIALLY INTERESTED PARTY | APPLICABLE SCHEDULE[1] | RELATIONSHIP TO ANKURA |
|---|---|---|
| MCKINSEY & COMPANY PUERTO RICO CONSULTING, INC. | SCHEDULE 4(A) - PROFESSIONALS RETAINED IN COMMONWEALTH TITLE III CASE | FORMER CLIENT |
| MILBANK LLP | SCHEDULE 9(C) - INACTIVE CLAIMS - PBA (COUNSEL) | CURRENT CLIENT |
| MMM HEALTHCARE, L.L.C. | SCHEDULE 8(A) - MATERIAL CREDITORS OF THE COMMONWEALTH | CURRENT CLIENT |
| MOORE & VAN ALLEN PL.L.C. | SCHEDULE 8(D) - MATERIAL CREDITORS OF THE PREPA | CURRENT CLIENT |
| MORGAN, LEWIS & BOCKIUS, LLP | SCHEDULE 9(E) - INACTIVE CLAIMS - HTA (COUNSEL) | CURRENT CLIENT |
| MORRISON & FOERSTER, LLP | SCHEDULE 9(E) - INACTIVE CLAIMS - HTA (COUNSEL) | CURRENT CLIENT |
| MUNGER, TOLLES & OLSON LLP | SCHEDULE 4(A) - PROFESSIONALS RETAINED IN COMMONWEALTH TITLE III CASE | CURRENT CLIENT |
| NESTLE PUERTO RICO, INC. | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH | FORMER CLIENT |
| NIXON PEABODY LLP | SCHEDULE 4(D) - PROFESSIONALS RETAINED IN PREPA TITLE III CASE | CURRENT CLIENT |
| O`MELVENY & MYERS LLP | SCHEDULE 5(A) - OTHER PARTIES IN INTEREST - COMMONWEALTH | CURRENT CLIENT |
| O`NEILL & BORGES LLC | SCHEDULE 4(A) - PROFESSIONALS RETAINED IN COMMONWEALTH TITLE III CASE | FORMER CLIENT |
| OMEGA ENGINEERING, L.L.C. | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH | CURRENT CLIENT |
| PAUL HASTINGS LLP | SCHEDULE 4(A) - PROFESSIONALS RETAINED IN COMMONWEALTH TITLE III CASE | CURRENT CLIENT |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | SCHEDULE 7(A) - PLAN SUPPORT AGREEMENT PARTIES - COMMONWEALTH (COUNSEL) | CURRENT CLIENT |
| PERELLA WEINBERG PARTNERS | SCHEDULE 7(A) - PLAN SUPPORT AGREEMENT PARTIES - COMMONWEALTH (FINANCIAL ADVISORS AND ACCOUNTANTS) | FORMER CLIENT |

7

| MATERIALLY INTERESTED PARTY | APPLICABLE SCHEDULE[1] | RELATIONSHIP TO ANKURA |
|---|---|---|
| PFIZER PHARMACEUTICALS LLC | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH | FORMER CLIENT |
| PJT PARTNERS LP | SCHEDULE 4(A) - PROFESSIONALS RETAINED IN COMMONWEALTH TITLE III CASE | FORMER CLIENT |
| PROCTER & GAMBLE COMMERCIAL LLC | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH | CURRENT CLIENT |
| PROSKAUER ROSE LLP | SCHEDULE 4(A) - PROFESSIONALS RETAINED IN COMMONWEALTH TITLE III CASE | CURRENT CLIENT |
| PUERTO RICO AQUEDUCT AND SEWER AUTHORITY | SCHEDULE 8(D) - MATERIAL CREDITORS OF THE PREPA | CURRENT CLIENT |
| PUERTO RICO ELECTRIC POWER AUTHORITY | SCHEDULE 1 - DEBTORS | CURRENT CLIENT |
| PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY | SCHEDULE 5(A) - OTHER PARTIES IN INTEREST - COMMONWEALTH | CURRENT CLIENT |
| PUMA ENERGY CARIBE, L.L.C. | SCHEDULE 8(D) - MATERIAL CREDITORS OF THE PREPA | CURRENT CLIENT |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SCHEDULE 7(A) - PLAN SUPPORT AGREEMENT PARTIES - COMMONWEALTH (COUNSEL) | CURRENT CLIENT |
| REED SMITH LLP | SCHEDULE 7(B) - PLAN SUPPORT AGREEMENT PARTIES - ERS (COUNSEL) | CURRENT CLIENT |
| ROPES & GRAY LLP | SCHEDULE 8(A) - MATERIAL CREDITORS OF THE COMMONWEALTH (COUNSEL) | CURRENT CLIENT |
| SALDANA, CARVAJAL & VELEZ-RIVE, P.S.C. | SCHEDULE 8(A) - MATERIAL CREDITORS OF THE COMMONWEALTH (COUNSEL) | CURRENT CLIENT |
| SALICHS POU & ASSOCIATES, P.S.C. | SCHEDULE 8(A) - MATERIAL CREDITORS OF THE COMMONWEALTH (COUNSEL) | FORMER CLIENT |
| SAUL EWING ARNSTEIN & LEHR LLP | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH (COUNSEL) | CURRENT CLIENT |
| SCHULTE ROTH & ZABEL LLP | SCHEDULE 8(A) - MATERIAL CREDITORS OF THE COMMONWEALTH (COUNSEL) | FORMER CLIENT |

| MATERIALLY INTERESTED PARTY | APPLICABLE SCHEDULE[1] | RELATIONSHIP TO ANKURA |
|---|---|---|
| SCULPTOR CAPITAL LP | SCHEDULE 8(C) - MATERIAL CREDITORS OF THE PBA | FORMER CLIENT |
| SEWARD & KISSEL LLP | SCHEDULE 8(B) - MATERIAL CREDITORS OF THE ERS (COUNSEL) | FORMER CLIENT |
| SHEARMAN & STERLING LLP | SCHEDULE 8(D) - MATERIAL CREDITORS OF THE PREPA (COUNSEL) | FORMER CLIENT |
| SHELL TRADING (US) COMPANY | SCHEDULE 8(A) - MATERIAL CREDITORS OF THE COMMONWEALTH | CURRENT CLIENT |
| SIMPSON THACHER & BARTLETT LLP | SCHEDULE 8(D) - MATERIAL CREDITORS OF THE PREPA (COUNSEL) | CURRENT CLIENT |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SCHEDULE 8(D) - MATERIAL CREDITORS OF THE PREPA (COUNSEL) | CURRENT CLIENT |
| STEPTOE & JOHNSON, LCC | SCHEDULE 8(D) - MATERIAL CREDITORS OF THE PREPA (COUNSEL) | CURRENT CLIENT |
| STRADLING YOCCA CARLSON & RAUTH, PC | SCHEDULE 8(A) - MATERIAL CREDITORS OF THE COMMONWEALTH (COUNSEL) | FORMER CLIENT |
| STRATEGIC INCOME FUND - MMHF | SCHEDULE 8(D) - MATERIAL CREDITORS OF THE PREPA | CURRENT CLIENT |
| STROOCK & STROOCK & LAVAN LLP | SCHEDULE 8(D) - MATERIAL CREDITORS OF THE PREPA (COUNSEL) | FORMER CLIENT |
| SUSMAN GODFREY LLP | SCHEDULE 8(D) - MATERIAL CREDITORS OF THE PREPA (COUNSEL) | CURRENT CLIENT |
| THE BANK OF NEW YORK MELLON, AS FISCAL AGENT | SCHEDULE 9(B) - INACTIVE CLAIMS - ERS | CURRENT CLIENT |
| THE BANK OF NEW YORK MELLON, AS TRUSTEE | SCHEDULE 9(F) - INACTIVE CLAIMS - COFINA | CURRENT CLIENT |
| THE TRAVELERS INDEMNITY COMPANY | SCHEDULE 8(A) - MATERIAL CREDITORS OF THE COMMONWEALTH | FORMER CLIENT |
| U.S. BANK NATIONAL ASSOCIATION | SCHEDULE 8(A) - MATERIAL CREDITORS OF THE COMMONWEALTH | CURRENT CLIENT |

| MATERIALLY INTERESTED PARTY | APPLICABLE SCHEDULE[1] | RELATIONSHIP TO ANKURA |
|---|---|---|
| UMB BANK, N.A., AS SUCCESSOR TRUSTEE FOR THE PUERTO RICO INFRASTRUCTURE FINANCING AUTHORITY ("PRIFA") MENTAL HEALTH INFRASTRUCTURE REVENUE BONDS, 2007 SERIES A (MEPSI CAMPUS PROJECT) | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH | FORMER CLIENT |
| UNITED STATES OF AMERICA | SCHEDULE 8(A) - MATERIAL CREDITORS OF THE COMMONWEALTH | FORMER CLIENT |
| VITOL INC. | SCHEDULE 8(D) - MATERIAL CREDITORS OF THE PREPA | CURRENT CLIENT |
| WACHTELL, LIPTON, ROSEN & KATZ | SCHEDULE 8(A) - MATERIAL CREDITORS OF THE COMMONWEALTH (COUNSEL) | FORMER CLIENT |
| WEIL, GOTSHAL & MANGES LLP | SCHEDULE 8(D) - MATERIAL CREDITORS OF THE PREPA (COUNSEL) | CURRENT CLIENT |
| WESTERN SURETY COMPANY AND CONTINENTAL CASUALTY COMPANY | SCHEDULE 8(E) - MATERIAL CREDITORS OF THE HTA | FORMER CLIENT |
| WHARTON & GARRISON LLP | SCHEDULE 8(E) - MATERIAL CREDITORS OF THE HTA (COUNSEL) | CURRENT CLIENT |
| WHITE & CASE LLP | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH (COUNSEL) | CURRENT CLIENT |
| WHITEBOX ADVISORS L.L.C. | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH | FORMER CLIENT |
| WILLKIE FARR & GALLAGHER LLP | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH (COUNSEL) | CURRENT CLIENT |
| WILMINGTON TRUST, NATIONAL ASSOCIATION | SCHEDULE 9(A) - INACTIVE CLAIMS - COMMONWEALTH | FORMER CLIENT |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | SCHEDULE 9(E) - INACTIVE CLAIMS - HTA | CURRENT CLIENT |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | SCHEDULE 8(D) - MATERIAL CREDITORS OF THE PREPA | VENDOR |