# EXHIBIT B

## Additional MIP Parties (or Their Affiliates), Which Paul Hastings Represents or Has Represented in the Past in Matters *Unrelated* to the Title III Cases[1]

| Interested Parties | Relationship to Debtors | Clients & Their Affiliates |
|---|---|---|
| ACLARA TECHNOLOGIES LLC | Schedule 8(D): Material Creditors of PREPA<br>Schedule 9(D): Inactive Claims - PREPA | Not a client. Entities related to parent are former clients. |
| AG SUPER FUND MASTER, L.P. | Schedule 7(D): Plan Support Agreement Parties - PREPA | Not a client. Parent and related entities are current clients. |
| AKIN GUMP STRAUSS HAUER & FELD LLP | Schedule 8(D): Material Creditors of PREPA (Counsel) | Former client. |
| ALZA CORPORATION | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Parent and related entities are current clients. |
| AMERICAN CIVIL LIBERTIES UNION OF PUERTO RICO | Schedule 8(A): Material Creditors of the Commonwealth (Counsel) | Not a client. Related entities are pro bono clients. |
| AMO PUERTO RICO MANUFACTURING, INC. | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Parent and related entities are current clients. |
| ARCH MORTGAGE INSURANCE COMPANY | Schedule 8(D): Material Creditors of PREPA | Not a client. Entities related to parent are current clients. |
| AT&T MOBILITY PUERTO RICO INC. | Schedule 8(A): Material Creditors of the Commonwealth<br>Schedule 9(A): Inactive Claims – Commonwealth | Not a client. Parent and related entities are current clients. |
| AVON PRODUCTS, INC. (PUERTO RICO BRANCH) | Schedule 8(A): Material Creditors of the Commonwealth | Not a client. Parent is a current client. |
| BECTON DICKINSON AND COMPANY | Schedule 9(A): Inactive Claims - Commonwealth | Former client. A related entity is a current client. |
| BLUEMOUNTAIN FURSAN FUND L.P. | Schedule 7(D): Plan Support Agreement Parties - PREPA | Not a client. An entity related to parent is a current client. |
| BLUEMOUNTAIN SUMMIT TRADING L.P. | Schedule 7(D): Plan Support Agreement Parties - PREPA | Not a client. An entity related to parent is a current client. |
| C.M. LIFE INSURANCE COMPANY | Schedule 8(D): Material Creditors of PREPA | Former client. Parent and related entities are current clients. |
| CANYON DISTRESSED OPPORTUNITY INVESTING FUND II, L.P. | Schedule 9(A): Inactive Claims – Commonwealth<br>Schedule 9(F): Inactive Claims - COFINA | Not a client. Entity related to parent is a current client. |
| CANYON DISTRESSED TX (A) LLC | Schedule 8(C): Material Creditors of PBA | Not a client. Entity related to parent is a current client. |
| CANYON GCM PR SPV, LLC | Schedule 8(C): Material Creditors of PBA | Not a client. Entity related to parent is a current client. |

---

[1] Please note that the Additional MIP Parties include several individuals identified on <u>Exhibit A</u>. While Paul Hastings does not believe that it has any connection to these individuals, Paul Hastings does not have sufficient information to definitively determine whether or not it has any connection to these individuals.

| | | |
|---|---|---|
| CANYON NZ-DOF INVESTING, L.P. | Schedule 8(C): Material Creditors of PBA<br>Schedule 9(A): Inactive Claims – Commonwealth<br>Schedule 9(F): Inactive Claims - COFINA | Not a client. Entity related to parent is a current client. |
| CANYON-ASP FUND, L.P. | Schedule 8(C): Material Creditors of PBA<br>Schedule 9(A): Inactive Claims – Commonwealth<br>Schedule 9(F): Inactive Claims - COFINA | Not a client. Entity related to parent is a current client. |
| CANYON-EDOF (MASTER) L.P. | Schedule 8(C): Material Creditors of PBA | Not a client. Entity related to parent is a current client. |
| COLONIAL LIFE & ACCIDENT INSURANCE COMPANY | Schedule 8(D): Material Creditors of PREPA | Current client. Entities related to parent are current clients. |
| COMBE PRODUCTS, INC. | Schedule 9(A): Inactive Claims - Commonwealth | Former client. Parent and a related entity are also former clients. |
| COOPERVISION CARIBBEAN CORPORATION | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Parent and related entities are former clients. |
| CORBIN ERISA OPPORTUNITY FUND, LTD. | Schedule 9(F): Inactive claims - COFINA | Not a client. Parent is a former client. |
| CORDIS LLC | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Parent and related entities are current clients. |
| DAVIS POLK & WARDWELL LLP | Schedule 8(F): Material Creditors of COFINA (Counsel) | Current client. |
| DLA PIPER (PUERTO RICO) LLC | Schedule 4(A): Professionals Retained in Commonwealth Title III Case<br>Schedule 5(D): Other Parties in Interest – PREPA (Counsel)<br>Schedule 8(D): Material Creditors of PREPA (Counsel) | Not a client. Entities related to parent are former clients. |
| DRINKER BIDDLE & REATH LLP | Schedule 9(A): Inactive Claims – Commonwealth (Counsel)<br>Schedule 9(B): Inactive Claims – ERS (Counsel)<br>Schedule 9(D): Inactive Claims – PREPA (Counsel)<br>Schedule 9(E): Inactive Claims – HTA (Counsel) | Current client. |
| EBI PATIENT CARE, INC. | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Entities related to parent are current clients. |
| EDWARDS LIFESCIENCES TECHNOLOGY SARL | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Parent is a current client. |
| ELI LILLY EXPORT, S.A. (PUERTO RICO BRANCH) | Schedule 8(A): Material Creditors of the Commonwealth<br>Schedule 9(A): Inactive Claims – Commonwealth | Not a client. Paren is a current client. |
| ELLIOT INTERNATIONAL LP | Schedule 9(A): Inactive Claims – Commonwealth | Not a client. Parent is a current client. |
| ETHICON LLC | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Parent and related entities are current clients. |
| FORD MOTOR COMPANY DEFINED BENEFIT MASTER TRUST | Schedule 7(A): Plan Support Agreement Parties – Commonwealth<br>Schedule 7(C): Plan Support Agreement Parties – PBA | Not a client. Parent is a current client. |

2

| | | |
|---|---|---|
| GOLDEN TREE DISTRESSED FUND 2014 LP | Schedule 9(F): Inactive Claims - COFINA | Not a client. Parent and related entities are current clients. |
| GOLDEN TREE HIGH YIELD VALUE MASTER UNIT TRUST | Schedule 9(F): Inactive Claims - COFINA | Not a client. Parent and related entities are current clients. |
| GOLDENTREE INSURANCE FUND SERIES INTERESTS OF THE SALI MULTI-SERIES FUND, L.P. | Schedule 9(F): Inactive Claims - COFINA | Not a client. Parent and related entities are current clients. |
| GOLDENTREE MASTER FUND, LTD. | Schedule 9(F): Inactive Claims - COFINA | Not a client. Parent and related entities are current clients. |
| GOLDENTREE MULTI-SECTOR MASTER FUND ICAV - GOLDENTREE MULTI-SECTOR MASTER FUND PORTFOLIO A | Schedule 9(F): Inactive Claims - COFINA | Not a client. Parent and related entities are current clients. |
| GOLDENTREE NJ DISTRESSED FUND 2015 LP | Schedule 9(F): Inactive Claims - COFINA | Not a client. Parent and related entities are current clients. |
| GOLDENTREE STRUCTURED PRODUCTS - C LP | Schedule 9(F): Inactive Claims - COFINA | Not a client. Parent and related entities are current clients. |
| GOLDENTREE STRUCTURED PRODUCTS OPPORTUNITIES FUND EXTENSION HOLDINGS, LLC | Schedule 9(F): Inactive Claims - COFINA | Not a client. Parent and related entities are current clients. |
| GOLDIN ASSOCIATES | Schedule 7(A): Plan Support Agreement Parties – Commonwealth (Financial advisor and/or accountant) Schedule 7(C): Plan Support Agreement Parties – PBA (Financial advisor and/or accountant) Schedule 7(E): Plan Support Agreement Parties – HTA (Financial advisor and/or accountant) | Not a client. Parent and related entities are current clients. |
| GOODWIN PROCTER LLP | Schedule 7(A): Plan Support Agreement Parties – Commonwealth (Counsel) Schedule 8(C): Material Creditors of PBA (Counsel) Schedule 8(D): Material Creditors of PREPA (Counsel) Schedule 9(A): Inactive Claims – Commonwealth (Counsel) Schedule 9(E): Inactive Claims – HTA (Counsel) Schedule 9(F): Inactive Claims – COFINA (Counsel) | Former client. |
| GUIDANT PUERTO RICO, B.V. D/B/A BOSTON SCIENTIFIC | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Parent and related entities are former clients. |
| HEWLETT PACKARD CARIBE BV, LLC | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Parent and a related entity are former clients. |
| HEWLETT PACKARD ENTERPRISE DEVELOPMENT LP | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Parent and a related entity are former clients. |
| HILTON INTERNATIONAL OF PUERTO RICO, INC. | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Parent and related entities are former clients. |
| HILTON WORLDWIDE INTERNATIONAL PUERTO RICO LLC | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Parent and related entities are former clients. |

| | | |
|---|---|---|
| HLT OWNED VIII HOLDING LLC | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Parent and related entities are former clients. |
| HP INTERNATIONAL TRADING B.V. (PUERTO RICO BRANCH) LLC | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Parent and a related individual are former clients. |
| IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS | Schedule 9(D): Inactive Claims – PREPA | Not a client. Entities related to parent are former clients. |
| INVESCO HIGH YIELD MUNICIPAL FUND OF AIM TAX-EXEMPT FUNDS (INVESCO TAX EXEMPT FUNDS) | Schedule 8(D): Material Creditors of PREPA<br>Schedule 9(A): Inactive Claims – Commonwealth<br>Schedule 9(F): Inactive Claims – COFINA | Not a client. Parent and related entities are current clients. |
| INVESCO HIGH YIELD MUNICIPAL FUND OF ALM TAX EXEMPT FUNDS (INVESCO TAX EXEMPT FUNDS) | Schedule 9(F): Inactive Claims – COFINA | Not a client. Parent and related entities are current clients. |
| INVESCO OPPENHEIMER ROCHESTER MUNICIPALS FUND | Schedule 7(D): Plan Support Agreement Parties – PREPA | Not a client. Parent and related entities are current clients. |
| INVESCO OPPENHEIMER ROCHESTER SHORT DURATION HIGH YIELD MUNICIPAL FUND | Schedule 7(D): Plan Support Agreement Parties – PREPA | Not a client. Parent and related entities are current clients. |
| JANSSEN CILAG MANUFACTURING LLC | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Parent and related entities are current clients. |
| JANSSEN ORTHO LLC | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Parent and related entities are current clients. |
| JOHNSON & JOHNSON INTERNATIONAL | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Parent and related entities are current clients. |
| LATHAM & WATKINS LLP | Schedule 8(D): Material Creditors of PREPA (Counsel)<br>Schedule 9(A): Inactive Claims – Commonwealth (Counsel)<br>Schedule 9(B): Inactive Claims - ERS (Counsel)<br>Schedule 9(E): Inactive Claims - HTA (Counsel)<br>Schedule 9(F): Inactive Claims - COFINA (Counsel) | Current client. |
| LIFESCAN LLC | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Entities related to parent are current clients. |
| LIFESCAN PRODUCTS, LLC | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Entities related to parent are current clients. |
| LILLY DEL CARIBE, INC. | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Parent is a current client. |
| LINDE GAS PUERTO RICO INC. | Schedule 8(D): Material Creditors of PREPA | Not a client. Entities related to parent are former clients. |
| MA MULTI-SECTOR OPPORTUNISTIC FUND, LP | Schedule 9(F): Inactive Claims - COFINA | Not a client. Parent and related entities are current clients. |

| | | |
|---|---|---|
| MCCONNELL VALDÉS LLC | Schedule 7(A): Plan Support Agreement Parties – Commonwealth (Counsel)<br>Schedule 7(C): Plan Support Agreement Parties – PBA (Counsel)<br>Schedule 7(E): Plan Support Agreement Parties – HTA (Counsel)<br>Schedule 8(A): Material Creditors of the Commonwealth (Counsel)<br>Schedule 8(D): Material Creditors of PREPA (Counsel)<br>Schedule 8(E): Material Creditors of HTA (Counsel)<br>Schedule 9(A): Inactive Claims - Commonwealth (Counsel)<br>Schedule 9(C): Inactive Claims - PBA (Counsel)<br>Schedule 9(D): Inactive Claims - PREPA (Counsel) | Former client. Parent is also a former client. |
| MCNEIL HEALTHCARE LLC | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Parent and related entities are current clients. |
| MCP HOLDINGS MASTER LP | Schedule 8(A): Material Creditors of the Commonwealth<br>Schedule 8(B): Material Creditors of ERS<br>Schedule 8(D): Material Creditors of PREPA<br>Schedule 8(E): Material Creditors of HTA<br>Schedule 9(F): Inactive Claims - COFINA | Not a client. Parent and a related entity are current clients. |
| MOELIS & COMPANY | Schedule 5(A): Other Parties in Interest – Commonwealth (Financial advisor and/or accountant)<br>Schedule 5(C): Other Parties in Interest – PBA (Financial advisor and/or accountant)<br>Schedule 5(E): Other Parties in Interest – HTA (Financial advisor and/or accountant)<br>Schedule 7(A): Plan Support Agreement Parties – Commonwealth (Financial advisor and/or accountant)<br>Schedule 9(C): Inactive Claims – PBA (Financial advisor and/or accountant) | Current client. A related entity is also a current client. |
| MONARCH ALTERNATIVE CAPITAL LP | Schedule 7(A): Plan Support Agreement Parties - Commonwealth<br>Schedule 7(C): Plan Support Agreement Parties - PBA | Current client. A related entity is also a current client. |
| MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD. | Schedule 8(A): Material Creditors of the Commonwealth<br>Schedule 8(B): Material Creditors of ERS<br>Schedule 8(D): Material Creditors of PREPA<br>Schedule 8(E): Material Creditors of HTA<br>Schedule 9(F): Inactive Claims - COFINA | Not a client. Parent and a related entity are current clients. |

5

| | | |
|---|---|---|
| MONARCH CAPITAL MASTER PARTNERS III LP | Schedule 8(A): Material Creditors of the Commonwealth<br>Schedule 8(B): Material Creditors of ERS<br>Schedule 8(D): Material Creditors of PREPA<br>Schedule 8(E): Material Creditors of HTA<br>Schedule 9(F): Inactive Claims - COFINA | Not a client. Parent and a related entity are current clients. |
| MONARCH CAPITAL MASTER PARTNERS IV LP | Schedule 8(A): Material Creditors of the Commonwealth<br>Schedule 8(B): Material Creditors of ERS<br>Schedule 8(D): Material Creditors of PREPA<br>Schedule 8(E): Material Creditors of HTA<br>Schedule 9(F): Inactive Claims - COFINA | Not a client. Parent and a related entity are current clients. |
| MONARCH DEBT RECOVERY MASTER FUND LTD. | Schedule 8(A): Material Creditors of the Commonwealth<br>Schedule 8(B): Material Creditors of ERS<br>Schedule 8(D): Material Creditors of PREPA<br>Schedule 8(E): Material Creditors of HTA<br>Schedule 9(F): Inactive Claims - COFINA | Not a client. Parent and a related entity are current clients. |
| MONARCH SPECIAL OPPORTUNITIES MASTER FUND LTD. | Schedule 8(A): Material Creditors of the Commonwealth<br>Schedule 8(B): Material Creditors of ERS<br>Schedule 8(D): Material Creditors of PREPA<br>Schedule 8(E): Material Creditors of HTA<br>Schedule 9(F): Inactive Claims - COFINA | Not a client. Parent and a related entity are current clients. |
| NESTLE PUERTO RICO, INC. | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Parent and a related entity are current clients. |
| NEW JERSEY STATE POLICE | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. An entity related to parent is a current client. |
| OMJ PHARMACEUTICALS, INC. | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Parent and related entities are current clients. |
| PATHEON PUERTO RICO, INC. | Schedule 8(A): Material Creditors of the Commonwealth | Not a client. Parent and related entities are former clients. |
| PEPSICO PUERTO RICO, INC. | Schedule 8(A): Material Creditors of the Commonwealth | Not a client. Parent is a current client. |
| PEPSI COLA PUERTO RICO DISTRIBUTING, LLC | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Parent is a current client. |
| PEPSI-COLA MANUFACTURING INTERNATIONAL, LIMITED | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Parent is a current client. |
| PERELLA WEINBERG PARTNERS | Schedule 7(A): Plan Support Agreement Parties – Commonwealth (Financial advisor and/or accountant)<br>Schedule 7(C): Plan Support Agreement Parties – PBA (Financial advisor and/or accountant)<br>Schedule 7(E): Plan Support Agreement Parties – HTA (Financial advisor and/or accountant) | Current client. A related entity is also a current client. |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY | Schedule 8(D): Material Creditors of PREPA | Current client. Entities related to parent are also current clients. |

6

| | | |
|---|---|---|
| RGA REINSURANCE COMPANY | Schedule 8(D): Material Creditors of PREPA | Not a client. An entity related to parent is a current client. |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Schedule7(B): Plan Support Agreement Parties – ERS (Counsel)<br>Schedule 8(A): Material Creditors of the Commonwealth (Counsel)<br>Schedule 8(B): Material Creditors of ERS (Counsel)<br>Schedule 8(D): Material Creditors of PREPA (Counsel)<br>Schedule 9(A): Inactive Claims - Commonwealth (Counsel)<br>Schedule 9(B): Inactive Claims - ERS (Counsel)<br>Schedule 9(E): Inactive Claims - HTA (Counsel)<br>Schedule 9(F): Inactive Claims - COFINA (Counsel) | Current client. A related entity is also a current client. |
| ST. JUDE MEDICAL PUERTO RICO LLC | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Parent and related entities are former clients. |
| TACONIC MASTER FUND 1.5 L.P | Schedule 9(A): Inactive Claims – Commonwealth<br>Schedule 9(F): Inactive Claims - COFINA | Not a client. Related entity is a former client. |
| THE GATORADE PUERTO RICO COMPANY | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Parent is a current client. |
| THE TYLENOL COMPANY | Schedule 8(A): Material Creditors of the Commonwealth | Not a client. Parent and related entities are current clients. |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | Schedule 8(D): Material Creditors of PREPA | Not a client. Entities related to parent are current clients. |
| WARNER CHILCOTT COMPANY, LLC | Schedule 9(A): Inactive Claims - Commonwealth | Not a client. Parent and a related entity are current clients. |