# EXHIBIT C

# New Hires Subject to an Ethical Wall[1]

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Roxanne Hunter<br>Case Assistant, San Diego, February 2022 | Hospitality Coordinator at Jenner & Block LLP[2] from July 2019 to February 2022. While providing evening reception coverage, Ms. Hunter had extremely limited exposure to the Title III Cases via directing those calling regarding the matter to the supervising attorney. | Did not represent, and was not exposed to confidential information related to, the Official Committee of Retired Employees of Puerto Rico, the Debtors, or the Title III Cases |
| Emma Lanzon<br>Associate, Chicago, February 2022 | Summer associate (2017) and associate (from October 2018 to January 2022) in Chicago at Jones Day[3] | Did not represent, and was not exposed to confidential information related to, the ERS bondholders, Saybolt LP, the Debtors, or the Title III Cases |
| Padraig McGarry<br>Associate, London, February 2022 | Paralegal with Kirkland & Ellis LLP (together with Kirkland & Ellis International LLP, "K&E")[4] from July 2018 to April 2021 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Patrick Newsum<br>Associate, Century City, February 2022 | Associate at Morgan Lewis & Bockius LLP ("Morgan Lewis")[5] from September 2018 to February 2022 | Did not represent, and was not exposed to confidential information related to, the QTCB Noteholder Group, the Debtors, or the Title III Cases |
| Andrea Pallios Roberts<br>Of Counsel, Palo Alto, February 2022 | Associate (from October 2005 to December 2012) and of counsel (from January 2013 to February 2022) at Quinn Emanuel Urquhart Oliver & Hedges, LLP ("Quinn Emanuel")[6] | Did not represent, and was not exposed to confidential information related to, the Lawful Constitutional Debt Coalition, the COFINA Senior Bondholders' Coalition, the Debtors, or the Title III Cases |

---

[1]   The data in this Exhibit C is based on disclosure to the firm provided by the New Hires.

[2]   Jenner & Block represents the Official Committee of Retired Employees of Puerto Rico in the Title III Cases.

[3]   Jones Day represents the ERS bondholders in the Title III Cases.

[4]   K&E is listed as a creditor holding one of the twenty largest unsecured claims in the Commonwealth of Puerto Rico Title III Case.

[5]   Morgan Lewis represents the QTCB Noteholder Group (Canyon Capital Advisors LLC, River Canyon Fund Management LLC, Davidson Kempner Capital Management LP, OZ Management LP, OZ Management II LP) in the Title III Cases.

[6]   Quinn Emanuel represents or has represented the Lawful Constitutional Debt Coalition (a group of general obligation bondholders) and the COFINA Senior Bondholders' Coalition in the Title III Cases.

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Lawrence Yue<br>Legal Intern, Beijing, February 2022 | Legal intern with Mayer Brown LLP from August 2021 to December 2021 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Samuel Hudson<br>Trainee Solicitor, London, March 2022 | Intern at Willkie Farr & Gallagher LLP ("Willkie Farr")[7] in London in April 2019 | Did not represent, and was not exposed to confidential information related to, the Ad Hoc Group of GO Bondholders, the COFINA Agent, the Debtors, or the Title III Cases |
| Siyu Jiang<br>China Advisor, Beijing, March 2022 | Law clerk at Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")[8] in Beijing from January 2021 to February 2022 | Did not represent, and was not exposed to confidential information related to, Monarch, the Health Centers Group, the Debtors, or the Title III Cases |
| Anson Lam<br>Paralegal, London, March 2022 | Legal assistant at Simpson Thacher & Bartlett LLP ("Simpson Thacher")[9] in Hong Kong from September 2020 to December 2020 | Did not represent, and was not exposed to confidential information related to, Sola Ltd., Ultra Master Ltd., Ultra NB LLC, Solus Opportunities Fund 5 LP, J.P. Morgan Securities, LLC, the Debtors, or the Title III Cases |
| Raifa Rafiq<br>Associate, London, March 2022 | Associate with Akin Gump in London from October 2019 to March 2022 | Did not represent, and was not exposed to confidential information related to, Monarch, the Health Centers Group, the Debtors, or the Title III Cases |
| Emma Robinson<br>Trainee Solicitor, London, March 2022 | Paralegal at Weil, Gotshal & Manges LLP ("Weil Gotshal")[10] in London from September 2019 to January 2021 | Did not represent, and was not exposed to confidential information related to, NPFGC, the Debtors, or the Title III Cases |
| David Saylor<br>Associate, Chicago, March 2022 | Summer associate (2019) and associate (from January 2021 to March 2022) at Drinker Biddle & Reath LLP ("Drinker Biddle")[11] in Indianapolis | Did not represent, and was not exposed to confidential information related to, Wilmington Trust, National Association, the Debtors or the Title III Cases |

---

[7] Willkie Farr represents or has represented an ad hoc group of general obligation bondholders (the "Ad Hoc Group of GO Bondholders") and the COFINA Agent in the Title III Cases.

[8] Akin Gump represents (i) Monarch Alternative Capital LP ("Monarch"), a general obligation bondholder, and (ii) Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., Hospital General Castañer, Inc., and Cobra Acquisitions LLC (collectively, the "Health Centers Group") in the Title III Cases.

[9] Simpson Thacher represents Sola Ltd., Ultra Master Ltd., Ultra NB LLC, Solus Opportunities Fund 5 LP, and J.P. Morgan Securities, LLC in the Title III Cases.

[10] Weil Gotshal represents the National Public Finance Guarantee Corp. ("NPFGC") in the Title III Cases.

[11] Drinker Biddle represents Wilmington Trust, National Association in the Title III Cases.

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Robert Grindlay<br><br>Paralegal, London, April 2022 | Paralegal with Weil Gotshal from March 2021 to September 2021 and Clearly Gottlieb Steen & Hamilton, LLP ("Cleary Gottlieb")[12] from September 2021 to March 2022 | Did not represent, and was not exposed to confidential information related to, NPFGC, the Puerto Rico Central Recovery and Reconstruction Office, the Puerto Rico Public-Private Partnerships Authority, the Debtors or the Title III Cases |
| Christopher Pantuso<br><br>Associate, New York, April 2022 | Summer associate (2018) and associate (from October 2019 to February 2022) in New York with Morgan Lewis | Did not represent, and was not exposed to confidential information related to, the QTCB Noteholder Group, the Debtors, or the Title III Cases |
| Juan Hernandez<br><br>Rejoining Paul Hastings as an associate, Los Angeles, May 2022 | As disclosed in Paul Hastings' Fourth Supplemental Declaration, Mr. Hernandez was subject to an ethical wall while working as an associate at Paul Hastings in Los Angeles from October 2018 to April 2021<br><br>2017 Summer associate at Paul Hastings in Los Angeles<br><br>2016 Summer associate at Sidley Austin LLP[13] in New York<br><br>2015 Summer legal intern at Wachtell, Lipton, Rosen & Katz ("Wachtell Lipton")[14] in New York | Did not represent, and was not exposed to confidential information related to, Baxter International, Baxter Sales & Distribution PR Corp, Scotiabank De Puerto Rico, the Debtors, or the Title III Cases |
| Sam Limmer<br><br>Of Counsel, Washington, D.C., May 2022 | Counsel with Weil in Washington, D.C. and New York from January 2010 to April 2022 | Did not represent, and was not exposed to confidential information related to, NPFGC, the Debtors, or the Title III Cases |

---

[12] Cleary Gottlieb represents the Puerto Rico Central Recovery and Reconstruction Office and the Puerto Rico Public-Private Partnerships Authority in the Title III Cases.

[13] Sidley Austin represents Baxter International and Baxter Sales & Distribution PR Corp in the Title III Cases.

[14] Wachtell Lipton represents Scotiabank De Puerto Rico in the Title III Cases.

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Jeffrey Brum<br><br>2022 Summer Associate, Los Angeles | Manager (from February 2020 to July 2020), senior associate (from September 2018 to February 2020), and associate (from June 2015 to June 2018) at KPMG LLP in Atlanta, Georgia<br><br>Senior associate from June 2018 to September 2018 at KPMG Advisory Limited / KPMG Tanzania | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Meredith Celi<br><br>January 2022 Real Estate Law Clerk; 2022 Summer Associate, New York | Paralegal at Schulte Roth & Zabel LLP ("Schulte Roth")[15] in New York from April 2018 to December 2021<br><br>Paralegal at Greenberg Traurig, LLP[16] in New York from November 2015 to September 2017 | Did not represent, and was not exposed to confidential information related to, Duff & Phelps, Cantor-Katz Collateral Monitor, LLC, the Puerto Rico Fiscal Agency and Financial Advisory Authority (as fiscal agent for PREPA), the Debtors, or the Title III Cases |
| Chelsea Desruisseaux<br><br>2022 Summer Associate, New York | Summer associate with Brown Rudnick LLP ("Brown Rudnick")[17] in New York from May 2021 to July 2021<br><br>Legal recruiting assistant at Debevoise & Plimpton LLP ("Debevoise")[18] in New York from June 2016 to September 2016 | Did not represent, and was not exposed to confidential information related to, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, Syncora Guarantee, Inc., Syncora Capital Assurance, Inc., GoldenTree Asset Management LP, the Debtors, or the Title III Cases |
| Eve Jiang<br><br>2022 Summer Associate, San Francisco | Summer intern at K&E in Shanghai from May 2021 to August 2021 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Kendall Russ<br><br>2022 Summer Associate, Los Angeles | Paralegal (from July 2017 to July 2020) and marketing and business development coordinator (from October 2015 to July 2017) in New York at Orrick Herrington & Sutcliffe LLP ("Orrick"),[19] where he helped prepare marketing materials containing, among other things, descriptions of Orrick's work on the Puerto Rico restructuring. | Did not represent, and was not exposed to confidential information related to Cantor-Katz Collateral Monitor LLC, TD Ameritrade Clearing Inc., Scottrade, Inc., the Debtors, or the Title III Cases |

---

[15] Schulte Roth represents Duff & Phelps and Cantor-Katz Collateral Monitor, LLC in the Title III Cases.

[16] Greenberg Traurig represents the Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for PREPA, in the Title III Cases.

[17] Brown Rudnick represents the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico in the Title III Cases.

[18] Debevoise represents Syncora Guarantee, Inc., Syncora Capital Assurance, Inc., and GoldenTree Asset Management LP in the Title III Cases.

[19] Orrick represents Cantor-Katz Collateral Monitor LLC, TD Ameritrade Clearing Inc., and Scottrade, Inc. in the Title III Cases.