# EXHIBIT D

# New Hires Not Subject to an Ethical Wall[1]

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Kirsty Lee<br>Paralegal, London, March 2022 | Vacation scheme student at Ropes & Gray LLP ("Ropes & Gray")[2] in August 2021 | Did not represent, and was not exposed to confidential information related to, Knighthead, the Debtors, or the Title III Cases |
| Shunyi Yao<br>Legal Intern, Beijing, April 2022 | Project intern at Deloitte in Beijing from February 2022 to April 2022 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Giselle Gonzalez<br>Paralegal, Palo Alto, May 2022 | Intern at Lawyers' Mutual Insurance Company in Burbank, CA from June 2021 to October 2021 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Yude Shen<br>Summer Intern, Shanghai, May 2022 | Legal intern at Winston & Strawn LLP ("Winston")[3] in Shanghai from December 2020 to January 2021 | Did not represent, and was not exposed to confidential information related to, the Winston Group, the Debtors, or the Title III Cases |
| Claire Bertrand<br>Legal Intern, Paris, June 2022 | Intern at Total in Paris from September 2020 to February 2021 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Alec Kellzi<br>2022 Summer Associate, Orange County, CA | Senior associate at Ernst & Young in Los Angeles from September 2019 to May 2021<br><br>Experienced associate at PricewaterhouseCoopers in Los Angeles from January 2019 to August 2019 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |

---

[1] The data in this Exhibit D is based on disclosure to the firm provided by the New Hires.

[2] Ropes & Gray represents Knighthead Capital Management, LLC and certain funds and accounts managed or advised by it (collectively, "Knighthead") in the Title III Cases.

[3] Winston represents Bank of America, N.A., Merrill Lynch, Pierce, Fenner & Smith Inc., Merrill Lynch Capital Services, Inc., Bank of America Corporation, BofA Securities, Inc., and Autonomous Municipality of San Juan (collectively, the "Winston Group") in the Title III Cases.

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Danique McGowan<br><br>2022 Summer Associate, New York | Legal summer associate at Goldman Sachs in New York from June 2021 to August 2021<br><br>Bank group compliance testing analyst (from July 2018 to July 2019), investment management compliance analyst (from July 2017 to July 2018), global financial crimes summer analyst (summer 2016) at Morgan Stanley in New York<br><br>Judicial intern with the Honorable Laura Taylor Swain, U.S. District Court, S.D.N.Y. in the summer of 2015<br><br>Diversity and inclusion intern at Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden")[4] in New York in the summer of 2014<br><br>Human resources intern at Wachtell, Lipton, Rosen & Katz ("Wachtell")[5] in New York in the summer of 2013<br><br>Legal intern at Willkie Farr in New York in the summer of 2012 | Did not represent, and was not exposed to confidential information related to, Vitol, UBS, the Ad Hoc Group of GO Bondholders, the COFINA Agent, Scotiabank De Puerto Rico, the Debtors, or the Title III Cases |
| Aaliyah Milson<br><br>2022 Summer Associate, New York | Summer legal analyst at Goldman Sachs in New York from June 2021 to August 2021 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Marie Mullins<br><br>2022 Summer Associate, Washington, D.C. | Summer student honors legal programs intern at the SEC in Washington, D.C. in the summer of 2021 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Jacqueline Wangel<br><br>Real Estate Law Clerk January 2022; 2022 Summer Associate, Washington, D.C. | Paralegal with Nixon Peabody LLP in Washington, D.C. from June 2015 to March 2017 and from August 2017 January 20, 2022<br><br>Paralegal with Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin")[6] in Washington, D.C. from March 2017 to August 2017 | Did not represent, and was not exposed to confidential information related to, the Ad Hoc Group of Noteholders of FGIC-Insured Notes, the Debtors, or the Title III Cases |

---

[4] Skadden represents Vitol Inc. and Vitol S.A. (together, "Vitol") and UBS Trust Company of Puerto Rico ("UBS") in the Title III Cases.

[5] Wachtell represents Scotiabank De Puerto Rico in the Title III Cases.

[6] Sheppard Mullin represents the Ad Hoc Group of Noteholders of FGIC-Insured Notes in the Title III Cases.