UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ x
                                                                                                      :

In re:                                                                         :

THE FINANCIAL OVERSIGHT AND          :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :    Title III
                                                                       :

           as representative of                   :    Case No. 17-BK-3283 (LTS)
                                                                       :

THE COMMONWEALTH OF PUERTO RICO, *et al.*,  :    (Jointly Administered)
                                                                       :

           Debtors.[1]                                            :
------------------------------------------------------------------------ x

## NOTICE OF FILING OF SUPPLEMENTAL DECLARATION OF BERNARDO MEDINA COLÓN OF KROMA ADVERTISING, INC.

**PLEASE TAKE NOTICE** that on February 1, 2018, the Official Committee of Unsecured Creditors of all title III Debtors (other than COFINA and PBA) (the "Committee") filed the *Application for Order, Pursuant to Bankruptcy Code Section 1103(a) And Local Bankruptcy Rule 2014-1, Authorizing Employment And Retention of Kroma Advertising, Inc. As Communications Advisor to Official Committee of Unsecured Creditors, Effective as of February 1, 2018* (the "Application") [Docket No. 2325], and an order was entered by the Court approving the Application on February 22, 2018 [Docket No. 2572].

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the *Order Approving List of Material Interested Parties Pursuant to the Puerto Rico Recovery Accuracy in Disclosures Act* [Docket No. 20467], attached hereto as <u>Exhibit A</u> is the *Supplemental Declaration of Bernardo Medina Colón Regarding Retention of Kroma Advertising, Inc. As Communications Advisor to Official Committee of Unsecured Creditors* (the "First Supplemental Declaration").

*[Reminder of Page Intentionally Left Blank.]*

Dated: May 16, 2022   /s/ G. Alexander Bongartz

PAUL HASTINGS LLP
Luc. A. Despins, Esq. (Pro Hac Vice)
James R. Bliss, Esq. (Pro Hac Vice)
Nicholas A. Bassett, Esq. (Pro Hac Vice)
G. Alexander Bongartz, Esq. (Pro Hac Vice)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and -

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*