# **EXHIBIT E**

2022 HTA Fiscal Budget

**FINANCIAL OVERSIGHT & MANAGEMENT BOARD
FOR PUERTO RICO**



Members
Andrew G. Biggs
Arthur J. González
Antonio L. Medina
John E. Nixon
Justin M. Peterson
Betty A. Rosa

David A. Skeel, Jr.
Chair

Natalie A. Jaresko
Executive Director

**BY ELECTRONIC MAIL**

March 4, 2022

Honorable Pedro R. Pierluisi Urrutia
Governor
Commonwealth of Puerto Rico

Dear Governor Pierluisi Urrutia:

Pursuant to the Resolution, a copy of which is attached hereto as Exhibit A (the "Resolution"), adopted by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), and Section 202(e)(4) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), the Oversight Board hereby issues to the Governor this compliance certification that the revised fiscal year 2022 budget for the Puerto Rico Highways and Transportation Authority ("HTA") identified in Exhibit 1 hereto, as developed by the Oversight Board pursuant to section 202(c)(2), is a compliant budget as set forth in the Resolution.

The Oversight Board looks forward to working with the Commonwealth and HTA to accomplish the requirements and goals of PROMESA for the benefit of the people of Puerto Rico.

Sincerely,

*David Skeel*

David A. Skeel

Andrew G. Biggs
Arthur J. Gonzalez
Antonio L. Medina
John E. Nixon
Justin M. Peterson
Betty A. Rosa

Honorable Pierluisi Urrutia
March 4, 2022
Page 2 of 2

CC:    Ms. Natalia A. Jaresko
        Hon. Omar Marrero Díaz
        Mr. Edwin González Montalvo
        HTA Governing Board

**EXHIBIT I**

**EXHIBIT I**: PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY'S FISCAL YEAR 2022 REVISED CERTIFIED BUDGET

PO Box 192018 San Juan, PR 00919-2018; www.oversightboard.pr.gov; comments@promesa.gov

**EXHIBIT I**

## EXHIBIT I – REVENUES BUDGET

## PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY

**Section I. –** Budget Overview

|  | **FY22 Budget ($000's)** |
|---|---:|
| Toll Fare & Fine Revenues | 185,236 |
| Transit Revenues | 4,973 |
| Operating FTA Funds | 20,000 |
| Other Operating Income | 10,270 |
| **Total Operating Revenues** | **220,479** |
| Commonwealth CapEx Funds | 143,020 |
| Federal CapEx Funds | 263,049 |
| **Total Capital Revenues** | **406,069** |
| **Total Consolidated Revenues** | **626,548** |
| Payroll & Pension Costs | 57,867 |
| Toll Highways Administration & Maintenance Costs | 45,235 |
| Tren Urbano & Feeder Bus Costs | 82,587 |
| Other Operating Costs | 51,247 |
| **Total Operating Expenses** | **236,936** |
| Federal Highway Construction Program Costs | 157,043 |
| Non-Federal Highway Construction Costs | 72,677 |
| Emergency Repair Construction Program Costs | 36,497 |
| Transit Construction Program Costs | 53,506 |
| Other Capital Costs[1] | 49,693 |
| **Total Capital Expenses** | **369,415** |
| Reserve Deposits | 6,000 |
| **Total Reserve Deposits** | **6,000** |
| **Total Consolidated Expenses** | **612,351** |
| **Balance** | **14,197** |

---

[1] 'Construction salaries and related benefits' and "other construction program expenses" have been reclassified as a capital expense and are included within this line item.

**EXHIBIT I**

**TOLL FARE & FINE REVENUES**

|  | FY22 Budget ($000's) |
|---|---|
| Toll fare revenue from current toll rates | 138,554 |
| Toll fare revenue from increase in toll rates | 4,584 |
| Toll fare revenue from dynamic toll lanes (DTL) | 5,500 |
| Toll fare revenue from bi-directional tolling | 166 |
| **Total Toll Fare Revenues** | **148,804** |
| Toll fine revenue from existing fine rates | 33,870 |
| Toll fine revenue from tiered fine rates | 2,562 |
| **Total Toll Fine Revenues** | **36,432** |
| **Total Toll Fare & Fine Revenues** | **185,236** |

**TRANSIT REVENUES**

|  | FY22 Budget ($000's) |
|---|---|
| Tren Urbano fare revenue | 4,297 |
| Feeder Bus fare revenue | 676 |
| **Total Transit Revenue** | **4,973** |

**OPERATING FTA FUNDS**

|  | FY22 Budget ($000's) |
|---|---|
| Operating FTA funds | 20,000 |
| **Total Operating FTA Funds** | **20,000** |

**OTHER OPERATING INCOME**

|  | FY22 Budget ($000's) |
|---|---|
| Other operating income | 10,270 |
| **Total Other Operating Income** | **10,270** |

**COMMONWEALTH ("CW") CAPEX FUNDS**

|  | FY22 Budget ($000's) |
|---|---|
| CW CapEx appropriation | 53,020 |
| Rollover state CapEx funds | 90,000 |
| **Total CW Capex Funds** | **143,020** |

**EXHIBIT I**

### FEDERAL CAPEX FUNDS

|  | FY22 Budget ($000's) |
|---|---:|
| FHWA Regular Funds | 157,044 |
| FHWA "IIJA" Highway Funds | - |
| FHWA "IIJA" Bridge Funds | - |
| **Total Non-ER FHWA Funds** | **157,044** |
| FHWA Emergency Funds | 33,673 |
| FEMA Emergency Funds | 1,619 |
| CARES Emergency Funds | 17,607 |
| **Total Federal Emergency Funds** | **52,899** |
| FTA Regular Funds | 51,506 |
| FTA "IIJA" Funds | 1,600 |
| **Total Transit Federal Funds** | **53,106** |
| **Total Federal CapEx Funds** | **263,049** |

### PAYROLL & PENSION COSTS

|  | FY22 Budget ($000's) |
|---|---:|
| Main salaries - non-construction | 10,670 |
| Healthcare costs - non-construction | 3,086 |
| Christmas bonus - non-construction | 181 |
| Early retirement costs - non-construction | 6,737 |
| Other labor costs - non-construction | 1,434 |
| **Total non-construction salaries & related benefits** | **22,108** |
| Pensions contributions | 35,759 |
| Administrative costs | - |
| **Total pensions costs** | **35,759** |
| **Total Payroll & Pension Costs** | **57,867** |

### TOLL HIGHWAYS ADMINISTRATION AND MAINTENANCE COSTS

|  | FY22 Budget ($000's) |
|---|---:|
| Variable electronic toll collection fees | 20,646 |
| Highway electricity costs | 4,000 |
| Other toll highway administration & maintenance costs | 20,589 |
| **Total Toll Highways Administration and Maintenance Costs** | **45,235** |

**EXHIBIT I**

### TREN URBANO & FEEDER BUS COSTS

|  | FY22 Budget ($000's) |
|---|---:|
| Base fee for Tren Urbano operating contract | 48,603 |
| Other costs under Tren Urbano operating contract | 3,620 |
| Tren Urbano insurance costs | 8,500 |
| Tren Urbano electricity costs | 9,129 |
| Other regular Tren Urbano costs | 68 |
| COVID-19 special costs | 1,100 |
| **Total Tren Urbano Costs** | **71,020** |
| Base fee for Feeder Bus operating contract | 8,847 |
| Other costs under Feeder Bus operating contract | 1,357 |
| Bus rapid transit costs | 1,074 |
| COVID-19 special costs | 698 |
| **Total Feeder Bus Costs** | **11,976** |
| **Total Tren Urbano & Feeder Bus Costs** | **82,996** |

### OTHER OPERATING COSTS

|  | FY22 Budget ($000's) |
|---|---:|
| Operational ROW payments | 7,905 |
| Non-Title III Professional Service Fees | 7,276 |
| Title III Professional Service Fees | 12,508 |
| Discretionary fund management team | 150 |
| Ancillary revenue management team | 200 |
| Electricity costs | 918 |
| Water supply costs | 500 |
| Other operating costs | 21,791 |
| **Total Other Operating Costs** | **51,247** |

### FEDERAL HIGHWAY CONSTRUCTION PROGRAM COSTS

|  | FY22 Budget ($000's) |
|---|---:|
| Hard costs for regular federal highway construction | 132,291 |
| **Total federal highway construction hard costs** | **132,291** |
| Federal soft costs for planning & compliance | 24,752 |
| **Total federal highway construction soft costs** | **24,752** |
| **Total Federal Highway Construction Program Costs** | **157,043** |

**EXHIBIT I**

### NON-FEDERAL HIGHWAY CONSTRUCTION PROGRAM COSTS

|  | **FY22 Budget** ($000's) |
|---|---:|
| Hard costs for Abriendo Caminos projects - Phase III | 26,511 |
| Hard costs for other non-federal highway construction projects | 4,224 |
| Local construction costs | 9,500 |
| **Total non-federal highway construction hard costs** | **40,235** |
| Soft costs for Abriendo Caminos projects - Phase III | 3,030 |
| Non-federal funded project-linked soft costs | 21,799 |
| CDBG-DR/MIT state soft costs | 5,513 |
| Capital ROW payments | 2,100 |
| **Total non-federal highway construction soft costs** | **32,442** |
| **Total Non-Federal Highway Construction Program** | **72,677** |

### EMERGENCY REPAIR CONSTRUCTION PROGRAM COSTS

|  | **FY22 Budget** ($000's) |
|---|---:|
| FHWA funded emergency repair costs | 33,673 |
| FEMA funded emergency repair costs | 1,619 |
| Local emergency repair costs | 1,204 |
| **Total Emergency Repair Construction Program Costs** | **36,497** |

### TRANSIT CONSTRUCTION PROGRAM COSTS

|  | **FY22 Budget** ($000's) |
|---|---:|
| Transit construction costs | 53,506 |
| **Total Transit Construction Program Costs** | **53,506** |

**EXHIBIT I**

## OTHER CAPITAL COSTS

|  | FY22 Budget ($000's) |
|---|---:|
| Main salaries - construction | 17,869 |
| Healthcare costs - construction | 5,125 |
| Christmas bonus - construction | 349 |
| Early retirement costs - construction | - |
| Other labor costs - construction | 4,270 |
| **Total construction salaries & related benefits** | **27,613** |
| Toll optimization costs | 18,047 |
| **Total toll optimization costs** | **19,827** |
| Other construction program costs | 4,033 |
| **Total other construction program costs** | **4,033** |
| **Total other capital costs** | **48,973** |

## RESERVE DEPOSITS

|  | FY22 Budget ($000's) |
|---|---:|
| Reserve deposits for non-Title III litigation costs | 6,000 |
| **Total Reserve Deposits** | **6,000** |

**EXHIBIT I**

**EXHIBIT I – REVENUES BUDGET (*cont.*)**

**ENFORCEMENT OF THE PUERTO HIGHWAY AND TRANSPORTATION REVISED FY22 BUDGET**

**Section II -** All appropriations and expenditures authorized in any prior fiscal year are terminated and no disbursement of public funds may be covered by such expenditure authorizations, except: (1) expenditures to carry out capital improvements that have been accounted for and kept on the books; (2) capital expenditures and equipment expenditures with procurement cycles that extend beyond the end of the fiscal year that have been accounted for and kept on the books; (3) the portion of any other expenditures authorized in the Puerto Rico Highway and Transportation Authority ("HTA") Certified Budget for the fiscal year 2021; and (4) the portion of the appropriations authorized for fiscal year 2021 that have been encumbered on or before June 30 of such fiscal year. This restriction on expenditures authorized in any prior fiscal year shall not apply to: (i) programs financed in whole or part with federal funds; (ii) orders by the United States district court with jurisdiction over all matters under Title III of PROMESA; and (iii) matters pertaining to any consent decree or injunction, or an administrative order or settlement entered into with a Federal Agency, with respect to Federal programs.

**Section III -** The funds allocated to the "Reserve deposits for unforeseen non-Title III litigation costs" budget lines in Section 1 are to be kept in an interest-bearing account (separate from other accounts currently in use by HTA to conduct day-to-day operations). The Executive Director shall make monthly deposits (equal to 1/12th of the total amount) to fund the account as established in Section 1 up to the amounts provided therein. Any expenditure or use of the funds from the reserve account must be made in response to circumstances beyond HTA's control which cause HTA to miss revenue targets and/or exceed expenditure targets. Such expenditures will require prior express and written authorization from the Oversight Board.

**Section IV -** The funds deposited to the "Reserve deposits for emergencies and unforeseen events" account (Section I of the FY2022 HTA Budget) are to be kept in an interest-bearing account (separate from other accounts currently in use by HTA to conduct day-to-day operations). Any expenditure or use of the funds from the reserve account must be made in response to circumstances beyond HTA's control which cause HTA to miss revenue targets and/or exceed expenditure targets. Such expenditures will require prior express and written authorization from the Oversight Board.

**Section V -** Notwithstanding any other statement, no unused budget allotments from any previous fiscal year shall be used by HTA to fund current fiscal year expenditures, except as otherwise expressly authorized in writing by the Oversight Board after June 30, 2021.

**Section VI -** The appropriations approved in this budget may only be reprogrammed with the prior express written approval of the Oversight Board. For the avoidance of doubt, this prohibition includes any reprogramming of any amount, line item or expenditure provided in this budget, regardless of whether it is an intra-agency reprogramming. Reprogramming, also known as reapportionments, may be made into spend concepts and/or objects not explicitly listed in the

**EXHIBIT I**

FY2022 certified budget resolution as long as such requests are submitted to and approved in writing by the Oversight Board.

  **Section VII** - Pursuant to Section 203 of PROMESA, HTA must submit to the Oversight Board, no later than 15 days after the last day of each month of FY2022, a budget to actual report, along with an explanation of relevant variances as provided in the certified Fiscal Plan. The Oversight Board may determine to provide HTA a template to be used for such reporting, in which case any quarterly budget to actual reports submitted by HTA must be submitted consistent with such reporting template.

  **Section VIII** - The Oversight Board reserves the right to, in its sole discretion, issue a notice to the Governor, pursuant to PROMESA Section 202(a), setting forth a schedule for revising HTA's budget.

  **Section IX** - In conjunction with the reports required in these sections, a certification to the Oversight Board must be included stating (1) that no authorized budget amount of any previous fiscal year (except for those covered by the exceptions mentioned herein) has been used to cover any expenditure unless authorized by the express written approval of the Oversight Board.

  **Section X** – The HTA Budget for FY2022 as revised shall take effect on March 4, 2022.