## Exhibit I

ILLUSTRATIVE CHARTS OF BOND RECOVERY DISTRIBUTIONS

*The following charts are provided for illustrative purposes only and are not intended to guarantee any level of recovery or distribution.  Distributions on account of an Allowed Claim are subject in all respects to the terms and provisions of the HTA Plan.*

**Illustrative Example of $100,000 Claim Amount of "HTA 68 Bond Claims" Bond Recovery Category**

| CONSIDERATION SUMMARY |
|---|

**Assumed Holdings**

| | |
|---|---|
| Bond Recovery Category | HTA 68 Bond Claims |
| Classes Included in Bond Recovery Category | 1 to 4 |
| Illustrative Holder Amount of Claim[1] | $100,000 |
| Total Claims in Bond Recovery Category | $831,189,106 |

**Recovery in Cash and Bond Consideration**

| | Consideration for Bond Recovery Category | Illustrative Holder[1] |
|---|---|---|
| Cash | $184,800,000.00 | $22,233.20 |
| Current Interest Bonds | 311,512,822.17 | 37,477.00 |
| Capital Appreciation Bonds (CABs) (Initial Principal) | 123,543,840.05 | 14,863.13 |
| Convertible Capital Appreciation Bonds (CCABs) (Initial Principal) | 211,332,685.56 | 25,425.07 |
| **Total Cash and Bond Consideration** | **$831,189,347.78** | **$99,998.39** |
| CVI (Lifetime Cap) | 179,462,539.00 | 21,591.00 |

**Bonds Received**

| | Current Interest Bonds | | | CABs & CCABs | | | | |
|---|---|---|---|---|---|---|---|---|
| Final Maturity | Rate | Principal | Tax Status | Yield | Cash Rate | Initial Principal | Accreted Interest | Accreted Value at Redemption |
| 7/1/2032 | | | | 5.000% | | 14,863.13 | 6,052.59 | 20,916 |
| 7/1/2053 | | | | 5.000% | 5.000% | 25,425.07 | 16,236.91 | 41,661.98 |
| 7/1/2062 | 5.000% | 37,477.00 | Tax-Exempt | | | | | |

**Cash Flows[2]**

| | Current Interest Bonds | | CABs | | CCABs | | | Total |
|---|---|---|---|---|---|---|---|---|
| | Tax-Exempt | | Initial | Accreted | Initial | Accreted | Cash | |
| Maturity | Principal | Cash Interest | Principal | Interest | Principal | Interest | Interest | Cash Flow |
| Cash | | | | | | | | $22,233.20 |
| 7/1/2023 | – | 1,873.85 | – | – | – | – | – | 1,873.85 |
| 7/1/2024 | – | 1,873.85 | – | – | – | – | – | 1,873.85 |
| 7/1/2025 | – | 1,873.85 | 1,579.63 | 252.24 | – | – | – | 3,705.72 |
| 7/1/2026 | – | 1,873.85 | 1,393.57 | 304.35 | – | – | – | 3,571.77 |
| 7/1/2027 | – | 1,873.85 | 1,566.75 | 438.80 | – | – | – | 3,879.40 |
| 7/1/2028 | – | 1,873.85 | 1,799.99 | 620.79 | – | – | – | 4,294.63 |
| 7/1/2029 | – | 1,873.85 | 2,220.10 | 916.82 | – | – | – | 5,010.77 |
| 7/1/2030 | – | 1,873.85 | 2,205.57 | 1,068.62 | – | – | – | 5,148.04 |
| 7/1/2031 | – | 1,873.85 | 2,099.34 | 1,174.90 | – | – | – | 5,148.09 |
| 7/1/2032 | – | 1,873.85 | 1,998.18 | 1,276.07 | – | – | – | 5,148.10 |
| 7/1/2033 | – | 1,873.85 | – | – | 726.93 | 464.23 | 2,083.10 | 5,148.11 |
| 7/1/2034 | – | 1,873.85 | – | – | 763.30 | 487.45 | 2,023.54 | 5,148.14 |
| 7/1/2035 | – | 1,873.85 | – | – | 801.45 | 511.83 | 1,961.00 | 5,148.13 |
| 7/1/2036 | – | 1,873.85 | – | – | 841.52 | 537.40 | 1,895.34 | 5,148.11 |
| 7/1/2037 | – | 1,873.85 | – | – | 883.60 | 564.28 | 1,826.39 | 5,148.12 |
| 7/1/2038 | – | 1,873.85 | – | – | 927.78 | 592.50 | 1,754.00 | 5,148.13 |
| 7/1/2039 | – | 1,873.85 | – | – | 974.17 | 622.12 | 1,677.99 | 5,148.13 |
| 7/1/2040 | – | 1,873.85 | – | – | 1,022.89 | 653.23 | 1,598.17 | 5,148.14 |
| 7/1/2041 | – | 1,873.85 | – | – | 1,074.04 | 685.91 | 1,514.37 | 5,148.17 |
| 7/1/2042 | – | 1,873.85 | – | – | 1,127.75 | 720.21 | 1,426.37 | 5,148.18 |
| 7/1/2043 | – | 1,873.85 | – | – | 1,184.13 | 756.21 | 1,333.97 | 5,148.16 |
| 7/1/2044 | – | 1,873.85 | – | – | 1,243.33 | 794.01 | 1,236.95 | 5,148.14 |
| 7/1/2045 | – | 1,873.85 | – | – | 1,305.50 | 833.72 | 1,135.09 | 5,148.16 |
| 7/1/2046 | – | 1,873.85 | – | – | 1,370.76 | 875.40 | 1,028.12 | 5,148.13 |
| 7/1/2047 | – | 1,873.85 | – | – | 1,439.30 | 919.16 | 915.82 | 5,148.13 |
| 7/1/2048 | – | 1,873.85 | – | – | 1,511.27 | 965.12 | 797.89 | 5,148.13 |
| 7/1/2049 | – | 1,873.85 | – | – | 1,586.82 | 1,013.37 | 674.07 | 5,148.11 |
| 7/1/2050 | – | 1,873.85 | – | – | 1,666.18 | 1,064.06 | 544.06 | 5,148.15 |
| 7/1/2051 | – | 1,873.85 | – | – | 1,749.47 | 1,117.25 | 407.55 | 5,148.12 |
| 7/1/2052 | – | 1,873.85 | – | – | 1,836.97 | 1,173.10 | 264.22 | 5,148.14 |
| 7/1/2053 | 886.33 | 1,873.85 | – | – | 1,387.91 | 886.35 | 113.71 | 5,148.15 |
| 7/1/2054 | 3,318.28 | 1,829.53 | – | – | – | – | – | 5,147.81 |
| 7/1/2055 | 3,484.42 | 1,663.62 | – | – | – | – | – | 5,148.04 |
| 7/1/2056 | 3,658.69 | 1,489.40 | – | – | – | – | – | 5,148.09 |
| 7/1/2057 | 3,841.39 | 1,306.47 | – | – | – | – | – | 5,147.86 |
| 7/1/2058 | 4,033.46 | 1,114.40 | – | – | – | – | – | 5,147.86 |
| 7/1/2059 | 4,235.21 | 912.73 | – | – | – | – | – | 5,147.94 |
| 7/1/2060 | 4,446.96 | 700.97 | – | – | – | – | – | 5,147.93 |
| 7/1/2061 | 4,669.32 | 478.62 | – | – | – | – | – | 5,147.94 |
| 7/1/2062 | 4,902.94 | 245.15 | – | – | – | – | – | 5,148.09 |
| **Total** | **$37,477.00** | **$67,830.24** | **$14,863.13** | **$6,052.59** | **$25,425.07** | **$16,236.91** | **$26,211.73** | **$216,329.86** |

Note: Distributions are for illustrative purposes only and do not take into account dollar-denominations on sinking fund payments.
(1)   Reflects recovery to an illustrative holder of $100,000 of claim in bond recovery category.
(2)   Cash flows do not include potential payments on account of Clawback CVI.

**Illustrative Example of $100,000 Claim Amount of "HTA 98 Senior Bond Claims" Bond Recovery Category**

| CONSIDERATION SUMMARY | |
|---|---|

**Assumed Holdings**

| | |
|---|---|
| Bond Recovery Category | HTA 98 Senior Bond Claims |
| Classes Included in Bond Recovery Category | 5 to 9 |
| Illustrative Holder Amount of Claim[1] | $100,000 |
| Total Claims in Bond Recovery Category | $3,129,667,977 |

**Recovery in Cash and Bond Consideration**

| | Consideration for Bond Recovery Category | Illustrative Holder[1] |
|---|---|---|
| Cash | $79,200,000.00 | $2,530.61 |
| Current Interest Bonds | 288,487,177.83 | 9,217.00 |
| Capital Appreciation Bonds (CABs) (Initial Principal) | 114,412,028.08 | 3,655.52 |
| Convertible Capital Appreciation Bonds (CCABs) (Initial Principal) | 195,711,912.01 | 6,253.44 |
| **Total Cash and Bond Consideration** | **$677,811,117.92** | **$21,656.56** |
| CVI (Lifetime Cap) | 1,833,405,578.00 | 58,581.00 |

**Bonds Received**

| | Current Interest Bonds | | | CABs & CCABs | | | | |
|---|---|---|---|---|---|---|---|---|
| Final Maturity | Rate | Principal | Tax Status | Yield | Cash Rate | Initial Principal | Accreted Interest | Accreted Value at Redemption |
| 7/1/2032 | | | | 5.000% | | 3,655.52 | 1,488.61 | 5,144 |
| 7/1/2053 | | | | 5.000% | 5.000% | 6,253.44 | 3,993.56 | 10,247.00 |
| 7/1/2062 | 5.000% | 9,217.00 | Tax-Exempt | | | | | |

**Cash Flows[2]**

| | Current Interest Bonds | | CABs | | CCABs | | | Total |
|---|---|---|---|---|---|---|---|---|
| | Tax-Exempt | | Initial | Accreted | Initial | Accreted | Cash | |
| Maturity | Principal | Cash Interest | Principal | Interest | Principal | Interest | Interest | Cash Flow |
| Cash | | | | | | | | $2,530.61 |
| 7/1/2023 | – | 460.85 | – | – | – | – | – | 460.85 |
| 7/1/2024 | – | 460.85 | – | – | – | – | – | 460.85 |
| 7/1/2025 | – | 460.85 | 388.50 | 62.04 | – | – | – | 911.39 |
| 7/1/2026 | – | 460.85 | 342.74 | 74.86 | – | – | – | 878.45 |
| 7/1/2027 | – | 460.85 | 385.33 | 107.93 | – | – | – | 954.11 |
| 7/1/2028 | – | 460.85 | 442.70 | 152.68 | – | – | – | 1,056.23 |
| 7/1/2029 | – | 460.85 | 546.02 | 225.49 | – | – | – | 1,232.36 |
| 7/1/2030 | – | 460.85 | 542.45 | 262.82 | – | – | – | 1,266.12 |
| 7/1/2031 | – | 460.85 | 516.32 | 288.96 | – | – | – | 1,266.13 |
| 7/1/2032 | – | 460.85 | 491.46 | 313.83 | – | – | – | 1,266.14 |
| 7/1/2033 | – | 460.85 | – | – | 178.79 | 114.18 | 512.35 | 1,266.17 |
| 7/1/2034 | – | 460.85 | – | – | 187.74 | 119.89 | 497.70 | 1,266.18 |
| 7/1/2035 | – | 460.85 | – | – | 197.12 | 125.89 | 482.32 | 1,266.18 |
| 7/1/2036 | – | 460.85 | – | – | 206.98 | 132.17 | 466.17 | 1,266.17 |
| 7/1/2037 | – | 460.85 | – | – | 217.33 | 138.78 | 449.21 | 1,266.17 |
| 7/1/2038 | – | 460.85 | – | – | 228.19 | 145.73 | 431.41 | 1,266.18 |
| 7/1/2039 | – | 460.85 | – | – | 239.60 | 153.02 | 412.71 | 1,266.18 |
| 7/1/2040 | – | 460.85 | – | – | 251.58 | 160.67 | 393.08 | 1,266.18 |
| 7/1/2041 | – | 460.85 | – | – | 264.17 | 168.70 | 372.47 | 1,266.19 |
| 7/1/2042 | – | 460.85 | – | – | 277.38 | 177.14 | 350.82 | 1,266.19 |
| 7/1/2043 | – | 460.85 | – | – | 291.24 | 186.00 | 328.10 | 1,266.19 |
| 7/1/2044 | – | 460.85 | – | – | 305.80 | 195.30 | 304.24 | 1,266.19 |
| 7/1/2045 | – | 460.85 | – | – | 321.10 | 205.05 | 279.18 | 1,266.18 |
| 7/1/2046 | – | 460.85 | – | – | 337.15 | 215.30 | 252.87 | 1,266.17 |
| 7/1/2047 | – | 460.85 | – | – | 354.00 | 226.08 | 225.25 | 1,266.18 |
| 7/1/2048 | – | 460.85 | – | – | 371.70 | 237.38 | 196.25 | 1,266.18 |
| 7/1/2049 | – | 460.85 | – | – | 390.29 | 249.24 | 165.79 | 1,266.17 |
| 7/1/2050 | – | 460.85 | – | – | 409.81 | 261.71 | 133.82 | 1,266.19 |
| 7/1/2051 | – | 460.85 | – | – | 430.29 | 274.80 | 100.24 | 1,266.18 |
| 7/1/2052 | – | 460.85 | – | – | 451.81 | 288.53 | 64.99 | 1,266.18 |
| 7/1/2053 | 217.98 | 460.85 | – | – | 341.37 | 218.00 | 27.97 | 1,266.17 |
| 7/1/2054 | 816.09 | 449.95 | – | – | – | – | – | 1,266.04 |
| 7/1/2055 | 856.95 | 409.15 | – | – | – | – | – | 1,266.10 |
| 7/1/2056 | 899.81 | 366.30 | – | – | – | – | – | 1,266.11 |
| 7/1/2057 | 944.74 | 321.31 | – | – | – | – | – | 1,266.05 |
| 7/1/2058 | 991.98 | 274.07 | – | – | – | – | – | 1,266.05 |
| 7/1/2059 | 1,041.60 | 224.47 | – | – | – | – | – | 1,266.07 |
| 7/1/2060 | 1,093.67 | 172.39 | – | – | – | – | – | 1,266.06 |
| 7/1/2061 | 1,148.36 | 117.71 | – | – | – | – | – | 1,266.07 |
| 7/1/2062 | 1,205.82 | 60.29 | – | – | – | – | – | 1,266.11 |
| **Total** | **$9,217.00** | **$16,681.99** | **$3,655.52** | **$1,488.61** | **$6,253.44** | **$3,993.56** | **$6,446.93** | **$50,267.65** |

Note: Distributions are for illustrative purposes only and do not take into account dollar-denominations on sinking fund payments.
  (1)   Reflects recovery to an illustrative holder of $100,000 of claim in bond recovery category.
  (2)   Cash flows do not include potential payments on account of Clawback CVI.

**Illustrative Example of $100,000 Claim Amount of "HTA 98 Sub Bond Claims" Bond Recovery Category**

### CONSIDERATION SUMMARY

**Assumed Holdings**

| | |
|---|---|
| Bond Recovery Category | HTA 98 Sub Bond Claims |
| Classes Included in Bond Recovery Category | 10 to 13 |
| Illustrative Holder Amount of Claim[1] | $100,000 |
| Total Claims in Bond Recovery Category | $277,107,234 |

**Recovery in Cash and Bond Consideration**

| | Consideration for Bond Recovery Category | Illustrative Holder[1] |
|---|---|---|
| Cash | $– | $– |
| Current Interest Bonds | – | – |
| Capital Appreciation Bonds (CABs) (Initial Principal) | – | – |
| Convertible Capital Appreciation Bonds (CCABs) (Initial Principal) | – | – |
| **Total Cash and Bond Consideration** | **$–** | **$–** |
| CVI (Lifetime Cap) | 207,294,178.00 | 74,806.00 |

**Bonds Received**

| | Current Interest Bonds | | | CABs & CCABs | | | | |
|---|---|---|---|---|---|---|---|---|
| Final Maturity | Rate | Principal | Tax Status | Yield | Cash Rate | Initial Principal | Accreted Interest | Accreted Value at Redemption |
| 7/1/2032 | | | | 5.000% | | – | – | – |
| 7/1/2053 | | | | 5.000% | 5.000% | – | – | – |
| 7/1/2062 | 5.000% | – | Tax-Exempt | | | | | |

**Cash Flows[2]**

| | Current Interest Bonds | | CABs | | CCABs | | | Total |
|---|---|---|---|---|---|---|---|---|
| | Tax-Exempt | | Initial | Accreted | Initial | Accreted | Cash | |
| Maturity | Principal | Cash Interest | Principal | Interest | Principal | Interest | Interest | Cash Flow |
| Cash | | | | | | | | $– |
| 7/1/2023 | – | – | – | – | – | – | – | – |
| 7/1/2024 | – | – | – | – | – | – | – | – |
| 7/1/2025 | – | – | – | – | – | – | – | – |
| 7/1/2026 | – | – | – | – | – | – | – | – |
| 7/1/2027 | – | – | – | – | – | – | – | – |
| 7/1/2028 | – | – | – | – | – | – | – | – |
| 7/1/2029 | – | – | – | – | – | – | – | – |
| 7/1/2030 | – | – | – | – | – | – | – | – |
| 7/1/2031 | – | – | – | – | – | – | – | – |
| 7/1/2032 | – | – | – | – | – | – | – | – |
| 7/1/2033 | – | – | – | – | – | – | – | – |
| 7/1/2034 | – | – | – | – | – | – | – | – |
| 7/1/2035 | – | – | – | – | – | – | – | – |
| 7/1/2036 | – | – | – | – | – | – | – | – |
| 7/1/2037 | – | – | – | – | – | – | – | – |
| 7/1/2038 | – | – | – | – | – | – | – | – |
| 7/1/2039 | – | – | – | – | – | – | – | – |
| 7/1/2040 | – | – | – | – | – | – | – | – |
| 7/1/2041 | – | – | – | – | – | – | – | – |
| 7/1/2042 | – | – | – | – | – | – | – | – |
| 7/1/2043 | – | – | – | – | – | – | – | – |
| 7/1/2044 | – | – | – | – | – | – | – | – |
| 7/1/2045 | – | – | – | – | – | – | – | – |
| 7/1/2046 | – | – | – | – | – | – | – | – |
| 7/1/2047 | – | – | – | – | – | – | – | – |
| 7/1/2048 | – | – | – | – | – | – | – | – |
| 7/1/2049 | – | – | – | – | – | – | – | – |
| 7/1/2050 | – | – | – | – | – | – | – | – |
| 7/1/2051 | – | – | – | – | – | – | – | – |
| 7/1/2052 | – | – | – | – | – | – | – | – |
| 7/1/2053 | – | – | – | – | – | – | – | – |
| 7/1/2054 | – | – | – | – | – | – | – | – |
| 7/1/2055 | – | – | – | – | – | – | – | – |
| 7/1/2056 | – | – | – | – | – | – | – | – |
| 7/1/2057 | – | – | – | – | – | – | – | – |
| 7/1/2058 | – | – | – | – | – | – | – | – |
| 7/1/2059 | – | – | – | – | – | – | – | – |
| 7/1/2060 | – | – | – | – | – | – | – | – |
| 7/1/2061 | – | – | – | – | – | – | – | – |
| 7/1/2062 | – | – | – | – | – | – | – | – |
| **Total** | **$–** | **$–** | **$–** | **$–** | **$–** | **$–** | **$–** | **$–** |

Note: Distributions are for illustrative purposes only and do not take into account dollar-denominations on sinking fund payments.
   (1)   Reflects recovery to an illustrative holder of $100,000 of claim in bond recovery category.
   (2)   Cash flows do not include potential payments on account of Clawback CVI.