UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |

ORDER SCHEDULING BRIEFING OF MOTION FOR ENTRY OF ORDER TO
COMPEL DEBTOR PUERTO RICO ELECTRIC POWER AUTHORITY TO ASSUME OR REJECT
EXECUTORY POWER PURCHASE AND OPERATING AGREEMENT WITH BLUE BEETLE III, LLC

The Court has received and reviewed the *Motion for Entry of Order to Compel*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Debtor Puerto Rico Electric Power Authority to Assume or Reject Executory Power Purchase and Operating Agreement with Blue Beetle III, LLC* (Docket Entry No. 20819 in Case No. 17-3283 and Docket Entry No. 2808 in Case No. 17-4780) (the "Motion"), filed by ELAM, LLC as authorized representative of Commercial Solar Power, Inc. on behalf of Blue Beetle III, LLC (the "Movant").

Responsive papers to the Motion, if any, must be filed by **May 31, 2022**, at **5:00 p.m. (Atlantic Standard Time)**. Movant's reply papers must be filed by **June 7, 2022**, at **5:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the Motion on submission, unless the Court determines that a hearing is necessary.

SO ORDERED.

Dated: May 17, 2022

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge