UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO et al., <br><br> Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |

ORDER EXTENDING DEADLINE TO FILE VERIFIED STATEMENT
PURSUANT TO PUERTO RICO RECOVERY ACCURACY IN DISCLOSURES ACT

Upon the *Urgent Unopposed Motion Seeking Extension of Deadline to File Verified Statement of Citigroup Global Markets Inc. Disclosing Connections to Material Interested Parties Pursuant to Puerto Rico Recovery Accuracy in Disclosure Act* (Docket Entry No. 20836 in Case No. 17-3283) (the "Motion");[2] and the Court having received and reviewed the *Limited Objection of the Official Committee of Unsecured Creditors to the Urgent Unopposed Motion Seeking Extension of Deadline to File Verified Statement of Citigroup Global Markets Inc. Disclosing Connections to Material Interested Parties Pursuant to Puerto Rico Recovery Accuracy in Disclosures Act* (Docket Entry No. 20846 in Case No. 17-3283); and the Court having found it has subject matter jurisdiction of this matter pursuant to section 306 of

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

PROMESA; and it appearing that venue in this district is proper pursuant to section 307 of PROMESA, it is hereby ORDERED that:

1. The Motion is granted in part as set forth herein.

2. The deadline for Citigroup Global Markets Inc. to file its verified statement pursuant to the *Order Approving List of Material Interested Parties Pursuant to the Puerto Rico Recovery Accuracy in Disclosures Act* (Docket Entry No. 20467 in Case No. 17-3283) and the Puerto Rico Recovery Accuracy in Disclosures Act, Pub. L. No. 117-82, shall be extended to **June 15, 2022**, at **5:00 p.m. (Atlantic Standard Time)**.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

4. This Order resolves Docket Entry No. 20836 in Case No. 17-3283.

SO ORDERED.

Dated: May 17, 2022

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge