UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA<br><br>Title III<br><br>No. 17 BK-3567-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE OF ERIC DAUCHER

Comes now, Eric Daucher, applicant herein (the "Applicant") and respectfully states:

1. Applicant is an attorney and a member of the law firm of (or practices under the name of) Norton Rose Fulbright US LLP, with offices at:

| Address | 1301 Avenue of the Americas<br>New York, NY 10019-6022 |
|---|---|
| Email | eric.daucher@nortonrosefulbright.com |
| Telephone No. | (212) 318-3000 |
| Fax No. | (212) 318-3400 |

2. Applicant will sign all pleadings with the name Eric Daucher.

3. Applicant has been retained personally or as a member of the above-named firm by Syncora Guarantee Inc. to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since March 2010, Applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where applicant regularly practices law. Applicant's bar license number is 4821831.

5. Applicant has been admitted to practice before the following courts:

| Court | Admission Date |
|---|---|
| State of New York | 2010 |
| U.S. District Court for the Southern District of New York | 2010 |
| U.S. Court of Appeals for the Third Circuit | 2012 |
| U.S. District Court for the Eastern District of Michigan | 2014 |
| U.S. Court of Appeals for the Second Circuit | 2016 |

2

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, the Applicant has not filed an application for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

| Name | Carlos A. Rodriguez-Vidal, Esq. |
|---|---|
| **USDC-PR Bar No.** | 201213 |
| **Address** | **GOLDMAN ANTONETTI & CORDOVA, LLC**<br>American International Plaza<br>Suite 1500<br>250 Munoz Rivera Avenue<br>San Juan, Puerto Rico 00918 |
| **Email** | crodriguez-vidal@gaclaw.com |
| **Telephone No.** | (787) 759-4117 |
| **Fax No.** | (787) 767-9177 |

11. Applicant has read the local rules of this Court and will comply with same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Dated: May 16, 2022

By: _____
Eric Daucher
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, NY 10019-6022
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
E-mail: eric.daucher@nortonrosefulbright.com

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

*/s/ Carlos A. Rodriguez-Vidal*

I HEREBY CERTIFY that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record and the original upon the Clerk of the Court accompanied by a $300.00 pro hac vice admission fee.

          GOLDMAN ANTONETTI &
          CORDOVA, LLC

By: */s/ Carlos A. Rodriguez-Vidal*
     Carlos A. Rodriguez-Vidal
     USDC-PR No. 201213
     P.O. Box 70364
     San Juan, PR 00936-8364
     Telephone: (787) 759-4117
     E-mail: crodriguez-vidal@gaclaw.com

By: */s/ Eric Daucher*
     Eric Daucher
     **NORTON ROSE FULBRIGHT US LLP**
     1301 Avenue of the Americas
     New York, NY 10019-6022
     Telephone: (212) 318-3000
     Facsimile: (212) 318-3400
     E-mail: eric.daucher@nortonrosefulbright.com

By: */s/ Solymar Castillo-Morales*
     Solymar Castillo-Morales
     USDC-PR No. 218310
     P.O. Box 70364
     San Juan, P.R. 00936-8364
     Telephone: (787)759-4213
     E-mail: scastillo@gaclaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[2] | PROMESA<br>Title III<br><br>No. 17 BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK-3567-LTS |

---

[2] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.

## ORDER GRANTING APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

   the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

   the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED. In San Juan, Puerto Rico, this _____ day of _____, _____.
_____

_____
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT COURT JUDGE