```
Court Name: District Court
Division: 1
Receipt Number: PRX100083546
Cashier ID: arodrigu
Transaction Date: 05/16/2022
Payer Name: GOLDMAN ANTONETTI AND CORDOVA
--------------------------------------
PRO HAC VICE
 For: GOLDMAN ANTONETTI AND CORDOVA
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
--------------------------------------
PAPER CHECK CONVERSION
 Remitter: GOLDMAN ANTONETTI AND CORDOVA
 Check/Money Order Num: 094538
 Amt Tendered: $300.00
--------------------------------------
Total Due:      $300.00
Total Tendered: $300.00
Change Amt:     $0.00
```

17-3283(LTS) PRO HAC VICE OF ERIC DAUCHER

THRU: CARLOS A. RODRIGUEZ-VIDAL