**AAFAF Weekly Reporting Dashboard**
**05/13/2022**

**COVID-19 Update as of May 12, 2022**

| Location | Total Doses | Total Cases[1] | Deaths | % Mortality |
|---|---|---|---|---|
| Puerto Rico | 6,970,108 | 725,417 | 4,245 | 0.6% |
| United States | 578,078,523 | 82,329,782 | 999,138 | 1.2% |



Total COVID-19 Puerto Rico Cases[1]

*(1) Graphic includes confirmed, probable, and suspected cases.*



Current COVID-19 Puerto Rico Vaccinations[1]

**95.8%** of eligible people with at least one dose.

*(1) Graphic illustrates number of individuals vaccinated as of May 12, 2022.*

**Unemployment Initial Claims as of May 7, 2022[1]**

| Location | Cumulative 3/21/20-5/7/22 | Week Ended 5/7/2022 | Total | % New Claims |
|---|---|---|---|---|
| Puerto Rico | 533,070 | 1,055 | 534,125 | 0.2% |
| United States | 97,627,045 | 191,803 | 97,818,848 | 0.2% |



Puerto Rico Initial Unemployment Claims

*Note: (1) Initial Claims are not seasonally adjusted*

**Airport Traffic**

| LMM | 2020 | 2021 | 2022 | Δ (22 to 20) | Δ (22 to 21) |
|---|---|---|---|---|---|
| January | 888,012 | 531,629 | 746,697 | -15.9% | 40.5% |
| February | 792,317 | 481,270 | 725,786 | -8.4% | 50.8% |
| March | 526,181 | 751,974 | 918,236 | 74.5% | 22.1% |
| April | 41,692 | 765,561 | 888,029 | 2030.0% | 16.0% |
| May | 79,906 | 776,383 | 0 | -100.0% | -100.0% |
| June | 214,008 | 1,009,754 | 0 | -100.0% | -100.0% |
| July | 363,935 | 1,118,931 | 0 | -100.0% | -100.0% |
| August | 302,237 | 935,781 | 0 | -100.0% | -100.0% |
| September | 297,505 | 684,451 | 0 | -100.0% | -100.0% |
| October | 385,608 | 753,623 | 0 | -100.0% | -100.0% |
| November | 440,548 | 833,268 | 0 | -100.0% | -100.0% |
| December | 513,404 | 921,944 | 0 | -100.0% | -100.0% |

LMM Passenger Traffic (in thousands)

**TSA Cash Flow Actual vs. LP for July 1, 2021 to May 6, 2022 ($ in millions)**

| Inflows | FY 22 Actual | FY 22 LP | Variance |
|---|---|---|---|
| GF - Sales & Use Tax | 1,910.4 | 1,855.3 | 55 |
| GF - Rum Excise Tax | 268.7 | 193.3 | 75 |
| All Other GF & SRF | 10,769.6 | 9,277.6 | 1,492 |
| **Total (excl. FF)** | **12,949** | **11,326** | **1,623** |

*Note: Suri Sweep Account Balance 5/6: $103.6 mm*

**TSA Cash Flow Actual Results for July 1, 2021 to May 6, 2022 ($ in millions)**

| Inflows | FY2021 | FY2022 | Variance |
|---|---|---|---|
| GF - Sales & Use Tax | 1,830.1 | 1,910.4 | 80 |
| GF - Rum Excise Tax | 179.8 | 268.7 | 89 |
| All Other GF & SRF | 10,241.7 | 10,769.6 | 528 |
| **Total (excl. FF)** | **12,252** | **12,949** | **697** |

*Note: Suri Sweep Account Balance 5/6: $103.6 mm*

**Emergency Reserve Fund – Disbursements Update as of December 7, 2020 ($ in millions)**

| Measure | Cost Share FEMA/PR | Authorized Amount | Disbursed |
|---|---|---|---|
| FEMA Mission Assignment | 75/25 | 5.1 | - |
| Contracts/MOU | 75/25 | 4.9 | 4.9 |
| Purchase Orders | 75/25 | 52.6 | 52.6 |
| PR National Guard | 100/0 | 14.9 | 12.9 |
| **Total** | | **77.5** | **70.4** |

**Disaster Recovery – Disbursements Update as of May 9, 2022 ($ in millions)**

| Category | Disbursed[1] | Obligated[2] | % Disbursed |
|---|---|---|---|
| FEMA Funds | 16,089 | 39,689 | 41% |
| Other Funds | 4,139 | 23,707 | 17% |
| **Total** | **20,228** | **63,396** | **32%** |

*Note: (1) Obligated funding that has been distributed to Recipients, Subrecipients, and agencies*
*(2) Allocated funding that has been committed by Federal Agencies for distribution*

**Coronavirus Relief Fund – Disbursements Update as of May 10, 2022 ($ in millions)**

| Category | Cost Plus Res. | Disbursed | Disb. & Oblig.[1] | Remaining[13] |
|---|---|---|---|---|
| Private Sector Payroll Protection Program | 56.3 | 56.3 | 56.3 | - |
| Assistance Program to Small Businesses | 121.3 | 121.3 | 121.3 | - |
| COVID-19 Testing and Contact Tracing Program | 192.9 | 184.0 | 184.0 | 8.9 |
| Allocation to Unemployment Trust Fund[2] | 300.0 | 300.0 | 300.0 | - |
| Assistance Program to Self-Employed Individuals | 189.4 | 189.4 | 189.4 | 0.0 |
| Transfer to the 78 Municipalities for Eligible Exp.[5] | 312.7 | 312.1 | 312.1 | 0.5 |
| Acquisition of Materials and PPE | 129.9 | 113.7 | 124.4 | 16.1 |
| Assistance Program to Private Hospitals[4] | 366.9 | 366.9 | 366.9 | 0.0 |
| Assistance Program to Medium Businesses | 12.6 | 12.6 | 12.6 | - |
| Emergency Assistance - Public Hospitals | 85.1 | 68.4 | 68.4 | 16.7 |
| Assistance Program to the Tourism Industry[8] | 84.0 | 83.3 | 83.3 | 0.6 |
| Remote Work Program of the Government of PR | 59.9 | 48.6 | 117.4 | 11.3 |
| Telemedicine Program in Puerto Rico | 40.0 | 34.9 | 40.0 | 5.1 |
| COVID-19 Emergency Expenses in Prisons | 9.8 | 9.8 | 9.8 | - |
| COVID-19 related Training & Workshops for SMEs[7] | - | - | - | - |
| Program of Assistance and Care - Homeless Pop. | 3.1 | 2.4 | 3.9 | 0.7 |
| Administrative Program Expenses - Reserve[3] | 16.3 | 16.3 | 16.3 | 0.0 |
| Reserve | 57.5 | 48.7 | 48.7 | 8.9 |
| FEMA Non-Fed Matching Funds Assist. Program-Reserve[6] | - | - | - | - |
| Public Safety Department- First Responders Payroll | 24.0 | 24.0 | 24.0 | - |
| Department of Natural and Environmental Resources (Reserve) | - | - | - | - |
| Public Building Authory (Reserve) | 0.1 | 0.1 | 0.1 | - |
| Department of Health (Reserve) | 5.0 | 5.0 | 5.0 | - |
| Public Safety Department (Reserve) | 5.0 | 5.0 | 5.0 | - |
| Puerto Rico Aqueduct and Sewer Authority (Reserve) | 0.7 | 0.7 | 0.7 | - |
| Office for Socioeconomic and Community Development (Reserve) | 0.0 | 0.0 | 0.0 | - |
| Puerto Rico Electric Power Authority (Reserve) | 10.3 | 10.3 | 10.3 | - |
| Governors Office | 0.0 | 0.0 | 0.0 | - |
| Student Technology Solutions Program-Reserve[1] | 87.9 | 87.5 | 87.5 | 0.3 |
| Business Interruption Grant Program[9] | 29.5 | 29.5 | 29.5 | - |
| Survivors of Domestic Violence and Abuse Program[10] | 3.9 | 3.1 | 3.1 | 0.8 |
| Centers for Diagnostics and Treatment Program[11] | 16.6 | 16.1 | 2,187.5 | 0.5 |
| Hazard Pay Program[12] | 19.8 | 19.8 | 2,217.0 | - |
| **Total** | **2,240.6** | **2,170.1** | **6,624.6** | **70.6** |

*(1) STSP-R was funded by a distribution of $50,000,000 from the Reserve. $40,000,000 for The Remote Learning Solutions for Students Program from the Reserve.*
*(2) Bank Transfer to the Department of Labor and Human Resources for $150,000,000.*
*(3) Administrative Expenses Program-Reserve was funded by a distribution of $50,000,000 from the Reserve.*
*(4) Assistance Program to Private Hospitals was funded by a distribution of an additional amount of $150,000,000 from the Reserve.*
*(5) "Transfer to 78 Municipalities for Eligible Expenses" was funded by a distribution of an additional amount of $100,000,000 from the Reserve.*
*(6) Federal Emergency Management Agency (FEMA) Non-Federal Matching Funds Assistance Program funded by a distribution of $50,000,000 from the Reserve.*
*(7) To close "THE WORKSHOPS AND TRAINING PROGRAM FOR SMES PROGRAM" and allocate unused funds to "THE CORONAVIRUS RELIEF FUND RESERVE"*
*(8) In addition $50,000,000 for Assistance Program to the Tourism Industry from the Reserve.*
*(9) Business Interruption Grant Program was funded by a distribution of $65,000,000 from the Reserve.*
*(10) Survivors of Domestic Violence and Abuse Program was funded by a distribution of $2,000,000 from the Reserve.*
*(11) Assistance Program to Centers for Diagnostics and Treatment was funded by a distribution of $23,080,000 from the Reserve*
*(12) Department of Public Safety Program for the Payment of Hazard Pay was funded by a distribution of $20,000,000 from the Reserve.*
*(13) The remaining balance presented may not reflect adjustments in progress in the PRIFAS financial system.*

**Puerto Rico Unemployment Trust Fund - Balance as of May 2, 2022 ($ in millions)**



Balance as of 5/2: **$302.7mm**

| PR Local Stimulus Emergency Measures Package as of March 25, 2022 ($ in millions) | | | | | | |
|---|---|---|---|---|---|---|
| Concepts | Cost | Total Disbursed | Unused Balance | Extension Amount | Total Disbursed | Available Balance |
| Incremental FY 2021 Spending[1] | 500.0 | 471.0 | 29.0 | 20.5 | - | 20.5 |
| Available FY2020 GF Funding through reappor.[1] | 157.1 | 120.8 | 36.4 | 6.8 | 1.6 | 5.2 |
| U.S. Dept. of Education Funds | 130.6 | - | - | | | |
| **Total** | **787.7** | **591.8** | **65.4** | **27.4** | **1.6** | **25.8** |

Note: (1) Detailed measures of Incremental FY 2020 Spending and Available FY2020 GF Funding through reapportionment shown below.

FY21 Remaining Balance only includes measures that have been extended.

(2) Total Disbursed includes FY20 and FY21 disbursements. Total Remaining is Cost less Total Disbursed.

| PR Local Stimulus Emergency Package - Incremental FY 2021 Spending Measures | | | | Active Extension | | |
|---|---|---|---|---|---|---|
| Measures | Cost | Total Disbursed | Total Remaining | Extension Amount | Total Disbursed | Available Balance |
| Direct Payment to Self-Employed | 100.0 | 94.5 | 5.5 | - | - | - |
| Direct Payment to Small Businesses | 60.0 | 59.8 | 0.2 | - | - | - |
| Municipal firefighters | 0.4 | 0.3 | 0.1 | - | - | - |
| Municipal police | 11.8 | 11.2 | 0.6 | - | - | - |
| Bonus for Hacienda Internal Revenue Agents | 0.5 | 0.5 | 0.0 | - | - | - |
| Public Safety Investments | 20.0 | 9.4 | 10.6 | 10.6 | - | 10.6 |
| Emergency Management | 0.4 | 0.4 | 0.0 | - | - | - |
| Police Officers | 46.6 | 45.2 | 1.4 | - | - | - |
| Special Investigations Unit | 0.3 | 0.1 | 0.1 | - | - | - |
| Firefighters | 5.1 | 5.1 | 0.0 | - | - | - |
| 911 service | 0.5 | 0.5 | 0.0 | - | - | - |
| Forensics | 0.8 | 0.8 | - | - | - | - |
| EMS personnel | 2.0 | 1.7 | 0.3 | - | - | - |
| Bonus for Corrections Employees | 16.8 | 15.0 | 1.9 | - | - | - |
| Bonus for Court Staff | 0.8 | 0.8 | 0.0 | - | - | - |
| Materials for Department of Education | 124.3 | 122.2 | 2.1 | 9.4 | - | 9.4 |
| Cost of moratorium on tolls | 6.0 | 0.6 | 5.4 | - | - | - |
| UPR COVID-19 R&D | 1.7 | 1.2 | 0.5 | 0.5 | - | 0.5 |
| Support to the Municipalities | 100.1 | 100.1 | - | - | - | - |
| Reserve | 2.0 | 1.8 | 0.2 | - | - | - |
| **Total** | **500.0** | **471.0** | **29.0** | **20.5** | **-** | **20.5** |

| PR Local Stimulus Emergency Package - Available FY 2020 GF funding through reappor. Measures | | | | Active Extension | | |
|---|---|---|---|---|---|---|
| Measures | Cost | Total Disbursed | Total Remaining | Extension Amount | Total Disbursed | Available Balance |
| Dept. of Correctional Health nurses | 1.1 | 1.0 | 0.1 | - | - | - |
| Dept. of Correctional Health non-nurses | 0.5 | 0.4 | 0.1 | - | - | - |
| Public sector nurses | 23.2 | 14.9 | 8.3 | 0.1 | 0.1 | - |
| Private sector nurses | 73.4 | 73.3 | 0.1 | - | - | - |
| Professional services nurses | 22.6 | 13.8 | 8.8 | - | - | - |
| Technicians | 1.5 | 0.1 | 1.4 | - | - | - |
| Other bonuses | 4.8 | 4.2 | 0.6 | - | - | - |
| Public hospitals | 30.0 | 13.0 | 17.0 | 6.7 | 1.5 | 5.2 |
| **Total** | **157.1** | **120.8** | **36.4** | **6.8** | **1.6** | **5.2** |