# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| | No. 17-bk-3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO. et al.. | **DECLARATION OF ANDREW WOLFE** |
| Debtors. | |

Andrew Wolfe hereby declares:

1.  I have been employed as macroeconomic consultant to the Financial Oversight and Management Board for Puerto Rico since 2016, on terms provided by independent contractor services agreements that have been posted to https://oversightboard.pr.gov/documents.

2.  Prior to the commencement of said employment, I had been senior manager of the Western Hemisphere Department at the International Monetary Fund, retired in 2014. I was also an adjunct lecturer at American and Rice Universities.

3.  I make this declaration to disclose that to my only professional interactions with the persons or entities included on the amended list of material interested parties, filed March 28, 2022 (ECF Doc. #20455, Exhibit A), have been in connection with these Title III cases; and that I have no other "connection" with any person or entity included on said list, as such term is used in 48 USC § 2178(b)(1).

4.  Based on the foregoing, I believe that at all relevant times I have been and am a disinterested person (as defined in 11 U.S.C. § 101(14)) and have not represented or held an adverse interest in connection with these Title III cases.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 16, 2022.

*Andrew Wolfe*
Andrew Wolfe