**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |

**NOTICE REGARDING AVOIDANCE ACTIONS TRUSTEE'S OMNIBUS**
**MOTION REQUESTING ENTRY OF LITIGATION CASE MANAGEMENT PROCEDURES**

Consistent with the Court's statements on the record at the May 18, 2022 Omnibus Hearing (the "Omnibus Hearing"), the Court provides this notice in connection with the *Omnibus Motion by the Avoidance Actions Trustee to Establish Litigation Case Management Procedures* (Dkt. No. 20560 in Case No. 17-03283) (the "Motion") filed by Drivetrain, LLC, the Avoidance Actions Trustee (the "Trustee"). Annexed hereto as Exhibits A and B, respectively, for the parties' reference, are a revised version of the Avoidance Action Procedures and a

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

redlined version of the revised Avoidance Action Procedures against the Trustee's proposed procedures, submitted at Appendix II of the Proposed Order. (Dkt. No. 20560-2, Ex. A, App. II). These revisions are intended to reflect the Court's rulings at the Omnibus Hearing and the Court's additional suggestions to provide a practical and efficient path forward for the resolution of these Avoidance Actions.[2]

Parties to the Avoidance Actions are directed to file any responses to this notice (in Case No. 17-03283) on or before **5:00 p.m. (AST)** on **May 20, 2022**. Thereafter, the Court shall enter a final order adopting and implementing the Avoidance Action Procedures.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: May 18, 2022

---

[2] A list of the Avoidance Actions to which these Avoidance Action Procedures shall apply can be found at Appendix I of the Trustee's Proposed Order. (See Dkt. No. 20560-2, Ex. A, App. I).

2