# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 9:31 AM(AST)
Ended:  10:09 AM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE JUDGE LAURA TAYLOR SWAIN**
**MAGISTRATE JUDGE JUDITH G. DEIN**

DATE: May 18, 2022

COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker

---

In Re:

The Financial Oversight and Management Board for Puerto Rico

*as representative of*

The Commonwealth of Puerto Rico, *et al.*
Debtors

3:17-BK-3283 (LTS)

PROMESA Title III

(Jointly Administered)

---

**Omnibus Hearing held.**

Agenda filed at Case No. 17-3283; ECF No. 20833.

    I.    **STATUS REPORT** – before Judge Swain (9:31 AM – 9:40 AM)
        1.    Report from the Oversight Board. [Case No. 17-3283; ECF No. 20856]
        2.    Report from  AFAAF. [Case No. 17-3283; ECF No. 20859]

    II.    **CONTESTED MATTERS** – before Magistrate Judge Dein (9:40 AM – 10:09 AM)

        1.    Avoidance Actions Trustee's Motion for Case Management Procedures. [Case No. 17-3283, ECF No. 20560][1]
            ■    Counsel arguments were heard on the record.

---

[1] The "Avoidance Actions Trustee's Motion for Case Management Procedures" was also filed in the Adversary Proceedings listed in Appendix A.

- Magistrate Judge Dein will issue a notice with the redlined version of the proposed order for counsel's review and comments.
- A Final Order will be entered afterwards.

### III. ADJOURNED MATTERS

1. Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service. (Claims Nos. 168648 and 16885) [Case No. 17-3283, ECF No. 7419; Case No. 17-3284, ECF No. 643]
2. PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power Purchase and Operating Agreements. [Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]
3. Motion of Fir Tree Capital Management, LP for Allowance and Payment of Administrative Expense Claim. Motion of Fir Tree Capital Management, LP for Allowance and Payment of Administrative Expense Claim. [Case No. 17-3283, ECF No. 16331]
4. Community Health Foundation's Administrative Claim Motion. [Case No. 17-3283, ECF No. 18602]
5. Ricoh Puerto Rico Inc.'s Objection to Cure Amounts. [Case No. 17-3283, ECF No. 19498]
6. Ramhil Developers Inc.'s Objection to Cure Amount. [Case No. 17-3283, ECF No. 19807]
7. PV Properties, Inc.'s Motion for Relief from Stay. [Case No. 17-4780, ECF No. 2779]
8. Debtors' Omnibus Objections to Claims.

**Disclosure Statement Hearing (re: 17-3567 LTS) is set for June 17, 2022, before Judge Laura Taylor Swain.**

s/Carmen Tacoronte
Carmen Tacoronte
PROMESA Case Administrator