# Appendix A

| Avoidance Actions Trustee Cases | |
|---|---|
| 1. | 19-00042 |
| 2. | 19-00043 |
| 3. | 19-00044 |
| 4. | 19-00048 |
| 5. | 19-00049 |
| 6. | 19-00051 |
| 7. | 19-00053 |
| 8. | 19-00054 |
| 9. | 19-00055 |
| 10. | 19-00056 |
| 11. | 19-00060 |
| 12. | 19-00062 |
| 13. | 19-00063 |
| 14. | 19-00068 |
| 15. | 19-00075 |
| 16. | 19-00088 |
| 17. | 19-00092 |
| 18. | 19-00093 |
| 19. | 19-00102 |
| 20. | 19-00114 |
| 21. | 19-00127 |
| 22. | 19-00130 |
| 23. | 19-00134 |
| 24. | 19-00143 |
| 25. | 19-00145 |
| 26. | 19-00150 |
| 27. | 19-00152 |

| Avoidance Actions Trustee Cases | |
|---|---|
| 28. | 19-00155 |
| 29. | 19-00160 |
| 30. | 19-00161 |
| 31. | 19-00162 |
| 32. | 19-00183 |
| 33. | 19-00186 |
| 34. | 19-00188 |
| 35. | 19-00196 |
| 36. | 19-00202 |
| 37. | 19-00218 |
| 38. | 19-00220 |
| 39. | 19-00227 |
| 40. | 19-00229 |
| 41. | 19-00232 |
| 42. | 19-00235 |
| 43. | 19-00236 |
| 44. | 19-00239 |
| 45. | 19-00253 |
| 46. | 19-00255 |
| 47. | 19-00265 |
| 48. | 19-00266 |
| 49. | 19-00273 |
| 50. | 19-00276 |
| 51. | 19-00440 |