# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtor | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |



## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

     **PLEASE TAKE NOTICE** that, pursuant to Rule 83(d) of the Local District Court Rules for the District of Puerto Rico and Federal Rule of Bankruptcy Procedure 9010(b), as made applicable to these proceedings by virtue of section 310 of the Puerto Rico Oversight, Management and Economic Stability Act, 48 U.S.C. § 2170, Carlos Lamoutte appears in this case as an intervenor and a relator, *pro se*. Pursuant to Sections 102(1) and 1109(b) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 3017, and 9007, the undersigned requests that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be also given to and served upon the undersigned at the offices and telephone numbers set forth below:

**Carlos Lamoutte**
**87 De Diego**
**Villas de San Francisco Plaza II**
**Suite 215**
**San Juan, Puerto Rico 00927**
**787-688-6036**
cl@carloslamoutte.com

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, or otherwise filed, which may affect or seek to affect in any way any rights or interest of the debtor or any property or proceeds in which the debtor may claim an interest. Please add the foregoing to such mailing matrix as may be used for all purposes in this case.

     **RESPECTFULLY SUBMITTED, I HEREBY CERTIFY**, that on this same date, a true copy of the foregoing was filed through the Court's CM/ECF system, which will generate a notice to all CM/ECF participants in this case.

1

Dated: May 18, 2022
       San Juan, Puerto Rico

Respectfully submitted,

Carlos Lamoutte, *pro se*
87 De Diego
Villas de San Francisco Plaza II
Suite 215
San Juan, Puerto Rico 00927
787-688-6036
cl@carloslamoutte.com