## Exhibit A

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                 Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the Commonwealth. |

### ORDER GRANTING FOUR HUNDRED FIFTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO CROSS-DEBTOR DUPLICATE CLAIMS

Upon the *Four Hundred Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Cross-Debtor Duplicate Claims* [ECF No. 19554] (the "Four Hundred Fifth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth"), dated December 17, 2021, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth, as more fully set forth in the Four Hundred Fifth

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Fifth Omnibus Objection.

Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred Fifth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Four Hundred Fifth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims filed against the Commonwealth identified in the column titled "Claims to Be Disallowed" in Exhibit A to the Four Hundred Fifth Omnibus Objection (collectively, the "Claims to Be Disallowed") being duplicative of claims asserted against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") or the Puerto Rico Highways and Transportation Authority ("HTA"), and for which the asserted liability would lie, if at all, against ERS or HTA, not the Commonwealth; and the Court having determined that the relief sought in the Four Hundred Fifth Omnibus Objection is in the best interests of the Commonwealth, ERS, HTA, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Four Hundred Fifth Omnibus Objection establish just cause for the relief granted herein; and the Court having deemed a hearing is not necessary as no objection, responsive pleading, or request for a hearing with respect to the Four Hundred Fifth Omnibus Objection has been submitted, and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Four Hundred Fifth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that the Debtors' right to object to the Remaining Claims on any grounds whatsoever is reserved; and it is further

ORDERED that Kroll is authorized and directed to designate as expunged the Claims to Be Disallowed from the official claims register in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 19554 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Fifth Omnibus Objection**

## Four Hundred Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | GONZALEZ PEREZ, YOLANDA<br>BOX 893<br>SAN SEBASTIAN, PR 00685 | 07/02/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 122710 | Undetermined* | GONZALEZ PEREZ, YOLANDA<br>BOX 893<br>SAN SEBASTIAN, PR 00685 | 07/06/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 160082 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 2 | GONZALEZ SANCHEZ, CARMEN<br>CORONEL IRIZARRY #12<br>CAYEY, PR 00736 | 06/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 86294 | Undetermined* | GONZALEZ SANCHEZ, CARMEN<br>CORONEL IRIZARRY #12<br>CAYEY, PR 00736 | 06/25/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 86363 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 3 | GONZALEZ SOTO, JOCELYN<br>URB ISLAZUL<br>3335 CALLE BELICE<br>ISABELA, PR 00662 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 66011 | Undetermined* | GONZALEZ SOTO, JOCELYN<br>URB ISLAZUL<br>3335 CALLE BELICE<br>ISABELA, PR 00662 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 66787 | $ 52,623.69 |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 4 | HERNANDEZ SANTANA, ROSA A.<br>CALLE 20 AB-9<br>VILLAS DE RIO GRANDE<br>RIO GRANDE, PR 00745 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 155526 | $ 30,000.00 | HERNANDEZ SANTANA, ROSA A.<br>C/20 AB-9 VILLAS DE RIO CORANDE<br>RIO GRANDE, PR 00745 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 147683 | $ 30,000.00 |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 5 | JUSINO FREYRE, MARILYN<br>PO BOX 1456<br>HORMIGUEROS, PR 00660 | 05/22/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 17503 | $ 40,486.75 | JUSINO FREYRE, MARILYN<br>PO BOX 1456<br>HORMIGUEROS, PR 00660 | 05/22/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 17253 | $ 40,486.75 |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | LOPEZ VAZQUEZ, AURORA<br>URB. CIUDAD CENTRAL II<br>CALLE HERMANOS RUPPERT #705<br>CAROLINA, PR 00987 | 07/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 167730 | $ 8,000.00 | LOPEZ VAZQUEZ, AURORA<br>URB. CIUDAD CENTRAL II<br>CALLE HERMANOS RUPPERT # 705<br>CAROLINA, PR 00987 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 66876 | $ 7,000.00 |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 7 | LUGO PEREZ, EDNA I<br>CALLE JUANA GONZALEZ 15<br>ISABELA, PR 00662 | 04/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 4257 | $ 50,000.00* | LUGO PEREZ, EDNA I<br>15 CALLE JUAN GONZALEZ<br>ISABELA, PR 00662 | 04/06/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6428 | $ 50,000.00* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 8 | MANGUAL FERREIRA, LUISA<br>CONDOMINIO LOS CEDROS<br>1687 CALLE AMARILLO, APT 5102<br>SAN JUAN, PR 00926 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 73663 | $ 13,200.00* | MANGUAL FERREIRA, LUISA<br>CONDOMINIO LOS CEDROS<br>1687 CALLE AMARILLO, APT 5102<br>SAN JUAN, PR 00926 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 70015 | $ 13,200.00 |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 9 | MANSO CEPEDA, WANDA L.<br>BO. MEDIANIA BAJA<br>PO BOX 177<br>LOIZA, PR 00772 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 92209 | $ 30,000.00 | MANSO CEPEDA, WANDA L.<br>BO. MEDIANIA BAJA<br>P.O. BOX 177<br>LOIZA, PR 00772 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 165307 | $ 30,000.00* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |

## Four Hundred Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 10 | MARQUEZ ALEJANDRO, ANA<br>BO JAGUAS<br>HC 1 BOX 8911<br>GURABO, PR 00778 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 134616 | $ 30,000.00 | MARQUEZ ALEJANDRO, ANA<br>BO JAGUAS HC-1 BOX 8911<br>GURABO, PR 00778 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 137398 | $ 30,000.00 |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 11 | MARRERO SANTIAGO, GISELA<br>PO BOX 208<br>DORADO, PR 00646 | 06/26/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 84096 | $ 20,400.00* | MARRERO SANTIAGO, GISELA<br>PO BOX 208<br>DORADO, PR 00646 | 06/26/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 91667 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 12 | MELENDEZ ORTIZ, JOSE M.<br>BOX 334<br>NAGUABO, PR 00718 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 147572 | $ 30,000.00 | MELENDEZ ORTIZ, JOSE M.<br>BOX 334 NAGUABO<br>NAGUABO, PR 00718 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 154332 | $ 30,000.00 |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 13 | MORALES FIGUEROA, BETSY L.<br>PO BOX 758<br>CIDRA, PR 00739 | 09/10/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 175359 | Undetermined* | MORALES FIGUEROA, BETSY L.<br>P.O. BOX 758<br>CIDRA, PR 00739 | 06/26/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 95723 | $ 85,000.00* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 14 | NIEVES HERNANDEZ, BILLY<br>URB SANTIAGO IGLESIAS<br>1456 INT C MANUEL TEXIDOR<br>SAN JUAN, PR 00921 | 05/22/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 31075 | $ 88,799.48 | NIEVES HERNANDEZ, BILLY<br>URB SANTIAGO IGLESIAS<br>1456 CALLE MANUEL TEXIDOR<br>SAN JUAN, PR 00921 | 05/22/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 23743 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |

## Four Hundred Fifth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 15 | PEREZ IRIZARRY, ANA C. JARDINES DEL CARIBE 6623 CALLE 33 PONCE, PR 00728 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 117245 | Undetermined* | PEREZ IRIZARRY, ANA C JARDINES DEL CARIBE 6623 CALLE 33 PONCE, PR 00728 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 122355 | $ 21,645.12 |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 16 | RIVERA MELENDEZ, MARIA DE LOS ANGELES PO BOX 8283 CAGUAS, PR 00726 | 02/08/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179089 | $ 37,200.00 | RIVERA MELENDEZ, MARIA DE LOS ANGELES P.O. BOX 8283 CAGUAS, PR 00726 | 09/28/20 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 176138 | $ 75,000.00* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 17 | RODRIGUEZ ARROYO, JUAN B. 14 PEDRO DIAZ FONSECA URB. FERROMDEZ CIDRA, PR 00739 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 113090 | Undetermined* | RODRIGUEZ ARROYO, JUAN B. URB. FERNANDEZ 14 PEDRO DIAZ FONSECA CIDRA, PR 00739 | 09/11/20 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 175383 | $ 75,000.00 |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 18 | RODRIGUEZ DEL VALLE, HERIBERTO C/ TRINITARIA BUCON 1008 TOA BAJA, PR 00949 | 07/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 160581 | $ 10,989.48 | RODRIGUEZ DEL VALLE, HERIBERTO CALLE TRINITARIA BUZON 1008, CAMPANILLA TOA BAJA, PR 00949 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 71671 | $ 10,989.48* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 19 | ROMAN MARTINEZ, NAYDE I. 205-11 SANTANE ARECIBO, PR 00612 | 07/03/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 123222 | Undetermined* | ROMAN MARTINEZ, NAYDE I 205-11 SANTANA ARECIBO, PR 00612 | 07/03/18 | 17 BK 03567-LTS / Puerto Rico Highways and Transportation Authority | 123182 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 20 | ROMAN ROMAN, MINERVA<br>PO BOX 1483<br>DORADO, PR 00646 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 118346 | $ 10,000.00* | ROMAN ROMAN, MINERVA<br>PO BOX 1483<br>DORADO, PR 00646 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 113619 | Undetermined* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | SANTIAGO GONEZ, HECTOR<br>HC 3 BOX 15404<br>JUANA DIAZ, PR 00795 | 07/26/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 177703 | $ 84,000.00 | SANTIAGO GONEZ, HECTOR<br>HC 3 BOX 15404<br>JUANA DIAZ, PR 00795 | 06/26/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 95363 | Undetermined* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | VELAZQUEZ ARIAS, MARITZA L.<br>P.O. BOX 1071<br>QUEBRADILLAS, PR 00678 | 08/14/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 174805 | Undetermined* | VELAZQUEZ ARIAS, MARITZA L.<br>P.O. BOX 1071<br>QUEBRADILLAS, PR 00678 | 08/14/20 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 174980 | Undetermined* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico.