## Exhibit A

**Proposed Order**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

          Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

This filing relates to HTA.

ORDER GRANTING FOUR HUNDRED SIXTEENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR

Upon the *Four Hundred Sixteenth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority to Claims Asserted Against the Incorrect Debtor* [ECF No. 20042] (the "Four Hundred Sixteenth Omnibus Objection"),[2] filed by the Puerto Rico Highways and Transportation Authority ("HTA"), dated February 4, 2022, for entry of an

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Sixteenth Omnibus Objection.

order reclassifying certain claims filed against HTA, as more fully set forth in the Four Hundred

Sixteenth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to

consider the Four Hundred Sixteenth Omnibus Objection and to grant the relief requested therein

pursuant to section 306(a) of the *Puerto Rico Oversight, Management, and Economic Stability Act*

("PROMESA")[3]; and venue being proper pursuant to PROMESA section 307(a); and due and

proper notice of the Four Hundred Sixteenth Omnibus Objection having been provided to those

parties identified therein, and no other or further notice being required; and each of the claims

identified in the column titled "Asserted" in Exhibit A to the Four Hundred Sixteenth Omnibus

Objection having improperly identified HTA as obligor, when such claims are properly asserted,

if at all, against the Commonwealth, as identified in the column titled "Corrected" in Exhibit A to

the Four Hundred Sixteenth Omnibus Objection; and the Court having determined that the relief

sought in the Four Hundred Sixteenth Omnibus Objection is in the best interests of HTA, its

creditors, and all the parties in interest; and the Court having determined that the legal and factual

bases set forth in the Four Hundred Sixteenth Omnibus Objection establish just cause for the relief

granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Four Hundred Sixteenth Omnibus Objection is GRANTED as

set forth herein; and it is further

ORDERED that the claims identified in the column titled "Asserted" in Exhibit A

to the Four Hundred Sixteenth Omnibus Objection are hereby reclassified to be claims asserted

against the Commonwealth, as indicated in the column titled "Corrected" in Exhibit A; and it is

further

---

[3]        PROMESA is codified at 48 U.S.C. §§ 2101-2241.

ORDERED that the Debtors' right to object to the Reclassified Claims is reserved; and it is further

ORDERED that Kroll is authorized and directed, in the official claims register in the PROMESA cases, to move the claims identified in the column titled "Asserted" in Exhibit A to the Four Hundred Sixteenth Omnibus Objection from HTA's Title III Case[4] (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID:  3808) to the Title III Case for the Commonwealth (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), as identified in the column titled "Corrected" in Exhibit A to the Four Hundred Sixteenth Omnibus Objection; and it is further

ORDERED that this Order resolves Docket Entry No. 20042 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

---

[4]      Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Sixteenth Omnibus Objection.

# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Sixteenth Omnibus Objection**

Four Hundred Sixteenth Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | ALICEA, JENNIFER<br>PO BOX 363901<br>SAN JUAN, PR 00936-3901 | 19589 | Puerto Rico Highways and Transportation Authority | Unsecured | $139,968.58 | Commonwealth of Puerto Rico | Unsecured | $139,968.58 |

Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | OFFICE GALLERY INC<br>PO BOX 1059<br>CIDRA, PR 00739-1059 | 19608 | Puerto Rico Highways and Transportation Authority | Unsecured | $486.60 | Commonwealth of Puerto Rico | Unsecured | $486.60 |

Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | PRAXAIR PUERTO RICO BV<br>P O BOX 307<br>GURABO, PR 00778-0307 | 47997 | Puerto Rico Highways and Transportation Authority | Unsecured | $698.62 | Commonwealth of Puerto Rico | Unsecured | $698.62 |

Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | S.O.P. INC.<br>PO BOX 1914<br>GUAYNABO, PR 00970-1914 | 21636 | Puerto Rico Highways and Transportation Authority | Unsecured | $742.60 | Commonwealth of Puerto Rico | Unsecured | $742.60 |

Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5 | SANCHEZ CARRION, ANDRES<br>PO BOX 21039<br>SAN JUAN, PR 00928-1039 | 49634 | Puerto Rico Highways and Transportation Authority | Unsecured | $13,350.00 | Commonwealth of Puerto Rico | Unsecured | $13,350.00 |

Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | | | TOTAL | | $ 155,246.40 | TOTAL | | $ 155,246.40 |
|---|---|---|---|---|---|---|---|---|