**<u>Exhibit A</u>**

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

ORDER GRANTING FOUR HUNDRED SEVENTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO EMPLOYEE CLAIMS ASSERTING LIABILITIES OWED BY ENTITIES THAT ARE NOT TITLE III DEBTORS

Upon the *Four Hundred Seventeenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors* [ECF No. 20043] (the "Four Hundred Seventeenth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth"), dated February 4,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Seventeenth Omnibus Objection.

1

2022, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth, as more fully set forth in the Four Hundred Seventeenth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred Seventeenth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Four Hundred Seventeenth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in Exhibit A to the Four Hundred Seventeenth Omnibus Objection (collectively, the "Claims to Be Disallowed") having been found to be claims for which the Commonwealth is not liable; and the Court having determined that the relief sought in the Four Hundred Seventeenth Omnibus Objection is in the best interest of the Commonwealth and its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Four Hundred Seventeenth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Four Hundred Seventeenth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that Kroll is authorized and directed to delete the Claims to Be Disallowed from the official claims register in the Title III Case; and it is further

ORDERED that this Order resolves Docket Entry No. 20043 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Seventeenth Omnibus Objection**

## Four Hundred Seventeenth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | COLLAZO RODRIGUEZ, KELVIN D.<br>HC-12-BOX<br>HUMACAO, PR 00791 | 11/9/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179686 | Undetermined* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and the Sugar Corporation which is not part of the Title III proceedings. | | | | | |
| 2 | ORITZ QUINONES, JOSE O.<br>PARCELAS SABANETAS STREET PROGRESO 70<br>PONCE, PR 00716-4519 | 10/27/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179670 | $ 59,218.48 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and the Sugar Corporation which is not part of the Title III proceedings. | | | | | |
| 3 | ORTIZ QUIÑONES, JOSE O.<br>PARC. SABANETAS STREET PROGRESO 70<br>MERCEDITA, PR 00715 | 10/27/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179674 | $ 59,218.48 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and the Sugar Corporation which is not part of the Title III proceedings. | | | | | |
| 4 | ORTIZ QUIÑONES, JOSE ONOFRE<br>VANESSA HERNÁNDEZ RODRÍGUEZ, ESQ.<br>STREET AURORA 4140, SUITE 1<br>PONCE, PR 00717-1203 | 10/25/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179673 | $ 59,218.48 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and the Sugar Corporation which is not part of the Title III proceedings. | | | | | |
| 5 | ORTIZ QUIÑONES, JOSE ONOFRE<br>VANESSA HERNANDEZ RODRIGUEZ, ESQ.<br>STREET AURORA 4140, SUITE 1<br>PONCE, PR 00717-1203 | 10/25/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179671 | $ 59,218.48 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and the Sugar Corporation which is not part of the Title III proceedings. | | | | | |
| 6 | RAMOS, ISMAEL LEBRON<br>PO BOX 790<br>MAUNABO, PR 00707 | 11/2/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179675 | Undetermined* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and the Sugar Corporation which is not part of the Title III proceedings. | | | | | |
| 7 | VISBAL DE SANTOS, GLADYS NILDA<br>UNIVERSITY GARDENS<br>270 CALLE HARVARD<br>SAN JUAN, PR 00927-4111 | 5/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12093 | $ 155,237.64* |

\* Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Seventeenth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|
| Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and University of Puerto Rico which is not part of the Title III proceedings. | | | | | |
| | | | | TOTAL | $ 392,111.56* |

\* Indicates claim contains unliquidated and/or undetermined amounts