# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO et al.,

Debtors.[1]

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Joint Administered)

---

## NOTICE OF NON-OBJECTION OF AVOIDANCE ACTIONS TRUSTEE CONCERNING NOTICE REGARDING AVOIDANCE ACTIONS TRUSTEE'S OMNIBUS MOTION REQUESTING ENTRY OF LITIGATION CASE MANAGEMENT PROCEDURES

**To the Honorable United States Magistrate Judge Judith G. Dein:**

Pursuant to the *Notice Regarding Avoidance Actions Trustee's Omnibus Motion Requesting Entry of Litigation Case Management Procedures* (Dkt. No. 20866 in Case No. 17-03283) ("Court Notice"), Drivetrain, LLC, as the trustee of the Commonwealth Avoidance Actions Trust, respectfully submits that it does not object to the revisions to the Avoidance Actions Procedures or the Proposed Order annexed to the Court Notice as Exhibits A and B, respectively.

Dated this 19th day of May 2022

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

Respectfully submitted by:

*/s/ John Arrastia*
John Arrastia, Esq. (*Pro Hac Vice*)
Jesus M. Suarez, Esq. (*Pro Hac Vice*)
Angelo M. Castaldi, Esq. (*Pro Hac Vice*)
**CONTINENTAL PLLC**
255 Alhambra Cir. Suite 640
Coral Gables, FL 33134
Tel: 305-677-2707
JArrastia@continentalpllc.com
JSuarez@continentalpllc.com
ACastaldi@continentalpllc.com
*Counsel to the Trustee*

/s/ *Luis F. Llach Zúñiga*
Luis F. Llach Zúñiga, Esq. (USDC-PR 223112)
Juan J. Casillas Ayala, Esq. (USDC-PR 218312)
Juan C. Nieves González, Esq. (USDC-PR 231707)
Edna M. Tejeda Oyola, Esq. (USDC-PR 219803)
**CASILLAS, SANTIAGO & TORRES LLC**
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
lllach@cstlawpr.com
jcasillas@cstlawpr.com
jnieves@cstlawpr.com
etejeda@cstlawpr.com
*Local Counsel to the Trustee*

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that on May 19, 2022 I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all appearing parties in the captioned proceeding.

/s/ *Luis F. Llach Zúñiga*
Luis F. Llach Zúñiga, Esq. (USDC-PR 223112)