**<u>Exhibit A</u>**

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                         Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the Commonwealth and ERS. |

ORDER GRANTING FOUR HUNDRED FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DUPLICATE CLAIMS

Upon the *Four Hundred First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Claims* [ECF No. 19543] (the "Four Hundred First Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth") and the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Finaancing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred First Omnibus Objection.

1

Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth, the "Debtors"), dated December 17, 2021, for entry of an order disallowing in their entirety certain claims filed against the Debtors, as more fully set forth in the Four Hundred First Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred First Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Four Hundred First Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Claims to be Disallowed" in Exhibit A to the Four Hundred First Omnibus Objection (collectively, the "Claims to Be Disallowed") being duplicative of the claims identified in the column titled "Remaining Claims" in Exhibit A (collectively, the "Remaining Claims"); and the Court having determined that the relief sought in the Four Hundred First Omnibus Objection is in the best interests of the Commonwealth, ERS, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Four Hundred First Omnibus Objection establish just cause for the relief granted herein; and the Court having deemed a hearing is not necessary as no objection, responsive pleading, or request for a hearing with respect to the Four Hundred First Omnibus Objection has been submitted, and after due deliberation and sufficient cause appearing therefor, it is hereby

      ORDERED that the Four Hundred First Omnibus Objection is GRANTED as set forth herein; and it is further

      ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

2

ORDERED that the Debtors' right to object to the Remaining Claims is reserved; and it is further

ORDERED that Kroll, is authorized and directed to designate as expunged the Claims to Be Disallowed on the official claims registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 19543 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

                                                          Honorable Judge Laura Taylor Swain
                                                          United States District Judge

# EXHIBIT A

**Schedule of Claims Subject to the Four Hundred First Omnibus Objection**

Four Hundred First Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | COLON OTERO, MYRNA L<br>#9 URB RAMOS ANTONINI<br>CIDRA, PR 00739 | 09/13/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179579 | $ 75,000.00 | COLON OTERO, MYRNA L<br>#9 URB. RAMOS ANTONINI<br>CIDRA, PR 00739 | 09/13/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179584 | $ 75,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 2 | GONZALEZ RIVERA, WILFREDO<br>URB. PUERTO NUEVO<br>1207 CALLE 16 NE<br>SAN JUAN, PR 00920 | 10/08/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 178366 | Undetermined* | GONZALEZ RIVERA, WILFREDO<br>URB. PUERTO NUEVO<br>1207 CALLE 16 NE<br>SAN JUAN, PR 00920 | 10/15/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 177228 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 3 | MERCADO BAEZ, SONIA<br>MANSION DEL SUR<br>SF22 CAMINO DE LA ZARZUELA<br>TOA BAJA, PR 00949 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 151144 | Undetermined* | MERCADO BAEZ, SONIA<br>CAMINO ZARZUELA<br>S F 22 MANSIONES SUR<br>TOA BAJA, PR 00949 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 109654 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 4 | MIGNUCCI SANTIAGO, CARMEN SOFIA<br>PO BOX 367843<br>SAN JUAN, PR 00936 | 05/18/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 17076 | Undetermined* | MIGNUCCI SANTIAGO, CARMEN SOFIA<br>PO BOX 367843<br>SAN JUAN, PR 00936-7843 | 05/18/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 17518 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 5 | MIRANDA MAÑON, AIDA<br>URB. DORAVILLE<br>99 CALLE MALAGA<br>DORADO, PR 00646 | 02/14/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 173304 | $ 5,200.00* | MIRANDA MAÑON, AIDA<br>URB. DORAVILLE<br>99 CALLE MALAGA<br>DORADO, PR 00646 | 02/14/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 173576 | $ 5,200.00* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred First Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | NAZARIO CALDERON, JUAN<br>75 CALLE YULIN<br>CONDOMINIO PUERTA DEL SOL<br>APT 610<br>SAN JUAN, PR 00926 | 06/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 89317 | $ 42,548.51* | NAZARIO CALDERON, JUAN<br>75 CALLE YULIN<br>CONDOMINIO PUERTA DEL SOL<br>APT 610<br>SAN JUAN, PR 00926 | 06/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 51700 | $ 42,548.51* |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.