# Exhibit A

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to PREPA. |

### ORDER GRANTING FOUR HUNDRED ELEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO CLAIMS ASSERTING DUPLICATE LIABILITIES

Upon the *Four Hundred Eleventh Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Claims Asserting Duplicative Liabilities* [ECF No. 19547] (the "Four Hundred Eleventh Omnibus Objection"),[2] filed by the Puerto Rico Electric Power Authority ("PREPA"), dated December 17, 2021, for entry of an order disallowing in their entirety

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Eleventh Omnibus Objection.

1

certain claims filed against PREPA, as more fully set forth in the Four Hundred Eleventh Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred Eleventh Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Four Hundred Eleventh Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Claims to Be Disallowed" in Exhibit A to the Four Hundred Eleventh Omnibus Objection (collectively, the "Claims to Be Disallowed") being duplicative of the claims identified in the column titled "Remaining Claims" in Exhibit A (collectively, the "Remaining Claims"); and the Court having determined that the relief sought in the Four Hundred Eleventh Omnibus Objection is in the best interests of PREPA, its creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Four Hundred Eleventh Omnibus Objection establish just cause for the relief granted herein; and the Court having deemed a hearing is not necessary as no objection, responsive pleading, or request for a hearing with respect to the Four Hundred Eleventh Omnibus Objection has been submitted, and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Four Hundred Eleventh Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that the Debtors' right to object to the Remaining Claims on any grounds whatsoever is reserved; and it is further

ORDERED that Kroll is authorized and directed to designate as expunged the Claims to Be Disallowed on the official claims register in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 19547 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

                                                    Honorable Judge Laura Taylor Swain
                                                    United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Eleventh Omnibus Objection**

FOUR HUNDRED ELEVENTH OMNIBUS OBJECTION
Exhibit A – Duplicate Liabilities

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | CONSOLIDATED WASTE SERVICES CO<br>P.O. BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 30610 | $26,629.64 | CONSOLIDATED WASTE SERVICES CO<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 22066 | $26,629.64 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 2 | ISMAEL PURCELL SOLER Y ALYS COLLAZO<br>URB. JACARANDA, 35271 CALLE CLAVELINA<br>PONCE, PR 00730 | 7/22/2021 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 179459 | $50,700.00 | ISMAEL PURCELL SOLER Y ALYS COLLAZO<br>URB. JACARANDA, 35271 CALLE CLAVELINA<br>PONCE, PR 00730 | 8/9/2021 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 179486 | $50,700.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 3 | M SOLAR GENERATING, LLC<br>C/O ISMAEL H. HERRERO III<br>P.O. BOX 362159<br>SAN JUAN, PR 00936 | 10/18/2021 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 179658 | $465,919,723.00 | M SOLAR GENERATING, LLC<br>C/O ISMAEL H. HERRERO III<br>P.O. BOX 362159<br>SAN JUAN, PR 00936 | 10/18/2021 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 179656 | $465,919,723.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 4 | P.D.C.M. ASSOCIATES, S.E.<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 5/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 166470 | $214,604.27 | P.D.C.M. ASSOCIATES, S.E.<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 5/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 29610 | $214,604.27 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 5 | VELEZ MELENDEZ, EMETERIO<br>617 CARR 733<br>CIDRA, PR 00739 | 8/30/2019 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 177945 | $3,707.08 | VELEZ MELENDEZ, EMETERIO<br>617 CARR 733<br>CIDRA, PR 00739 | 8/30/2019 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 177571 | $3,707.08 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.