## Exhibit A

**Proposed Order**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to PREPA.** |

**ORDER GRANTING FOUR HUNDRED FORTY-SIXTH OMNIBUS OBJECTION
(NON-SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER
AUTHORITY TO SATISFIED CLAIMS**

Upon the *Four Hundred Forty-Sixth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Satisfied Claims* [ECF No. 20493] (the "Four Hundred Forty-Sixth Omnibus Objection"),[2] filed by the Puerto Rico Electric Power Authority ("PREPA"), dated April 1, 2022, for entry of an order disallowing certain claims filed against PREPA on the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Forty-Sixth Omnibus Objection.

1

basis that these claims are partially satisfied and that PREPA has no liability for the remaining portions of the claims, as more fully set forth in the Four Hundred Forty-Sixth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred Forty-Sixth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Four Hundred Forty-Sixth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that each of the claims identified in Exhibit A to the Four Hundred Forty-Sixth Omnibus Objection (collectively, the "Satisfied Claims") having been fully satisfied; and the Court having determined that the relief sought in the Four Hundred Forty-Sixth Omnibus Objection is in the best interest of PREPA and its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Four Hundred Forty-Sixth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Four Hundred Forty-Sixth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Satisfied Claims are hereby disallowed in their entirety; and it is further

ORDERED that Kroll is authorized and directed to delete the Satisfied Claims from the official claims registry in the PREPA Title III Case; and it is further

ORDERED that this Order resolves Docket Entry No. 20493 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Forty-Sixth Omnibus Objection**

## FOUR HUNDRED FORTY SIXTH OMNIBUS OBJECTION

### Exhibit A – Fully Satisfied

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AKM MFG INC.<br>418 CALLE ASTE 1<br>SAN JUAN, PR  00920-2005 | 5/30/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 43025 | $122,851.77 |
| | Reason: Claimant has provided an email stating that PREPA does not owe the claimant prior to the Petition Date. | | | | | |
| 2 | CONSUMER PROTECTION INDEPENDENT OFFICE ENERGY RELIEF<br>268 THE HATO REY CENTER<br>SUITE #524 AVENUE PONCE DE LEON<br>SAN JUAN, PR  00918 | 3/27/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 2646 | $290,000.00 |
| | Reason: PREPA is not directly liable for this claim but have received evidence that such payments have been made. | | | | | |
| 3 | HEALTH & SAFETY EYE CONCEPT<br>PO BOX 8953<br>CAGUAS, PR  00726-8953 | 3/14/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 2813 | $210.00 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in full. | | | | | |
| 4 | LIBERTY SURPLUS INSURANCE CORPORATION<br>Attn: Jeanne McGuinness<br>55 Water Street<br>18th Floor<br>New York, NY  10041 | 5/24/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 29892 | $11,712.32 |
| | Reason: PREPA is not directly liable for this claim but have received evidence that such payments have been made. | | | | | |
| 5 | NATIONAL UNION FIRE INSURANCE CO OF PITTSBURGH, PA. ON BEHALF OF THE ENTITIES LISTED ON EXHIBIT A<br>AIG Property Casualty, Inc.<br>Attn: Kevin J Larner<br>80 Pine Street, 13th Floor<br>New York, NY  10005 | 3/5/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 1355 | $737,504.48 |
| | Reason: PREPA is not directly liable for this claim but have received evidence that such payments have been made. | | | | | |
| 6 | PRWG<br>Corujo Industrial Park<br>Road 866<br>Bayamon, PR  00961 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 47482 | $477.01 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in full. | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.