**Exhibit A**

**Proposed Order**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to ERS. |

### ORDER GRANTING FOUR HUNDRED TWENTY-THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO CROSS-DEBTOR DUPLICATE CLAIMS

Upon the *Four Hundred Twenty-Third Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Cross-Debtor Duplicate Claims* [ECF No. 20049] (the "Four Hundred Twenty-Third Omnibus Objection"),[2] filed by the Employees Retirement System of the Government of the Commonwealth

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Twenty-Third Omnibus Objection.

1

of Puerto Rico ("ERS"), dated February 4, 2022, for entry of an order disallowing in their entirety certain claims filed against ERS, as more fully set forth in the Four Hundred Twenty-Third Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred Twenty-Third Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Four Hundred Twenty-Third Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims filed against the Commonwealth identified in the column titled "Claims to Be Disallowed" in Exhibit A to the Four Hundred Twenty-Third Omnibus Objection (collectively, the "Claims to Be Disallowed") being duplicative of claims asserted against the Commonwealth of Puerto Rico (the "Commonwealth"), for which the asserted liability would lie, if at all, against the Commonwealth, not ERS; and the Court having determined that the relief sought in the Four Hundred Twenty-Third Omnibus Objection is in the best interest of ERS and its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Four Hundred Twenty-Fourth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

    ORDERED that the Four Hundred Twenty-Third Omnibus Objection is GRANTED as set forth herein; and it is further

    ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

    ORDERED that the Debtors' right to object to the Remaining Claims on any grounds whatsoever is reserved; and it is further

ORDERED that Kroll is authorized and directed to designate the Claims to Be Disallowed as expunged on the official claims register in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 20049 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Twenty-Third Omnibus Objection**

## Four Hundred Twenty-Third Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | AGRAIT ZAPATA, MILAGROS<br>PO BOX 1299<br>SAN GERMAN, PR 00683 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 64173 | Undetermined* | AGRAIT ZAPATA, MILAGROS<br>PO BOX 1299<br>SAN GERMÁN, PR 00683 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 66020 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 2 | AGRAIT ZAPATA, WILMA E<br>PO BOX 3022<br>SAN GERMAN, PR 00683-3022 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 92215 | Undetermined* | AGRAIT ZAPATA, WILMA E<br>P.O. BOX 3022<br>SAN GERMAN, PR 00683-3022 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 55500 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 3 | ARISTUD RIVERA, MARISOL<br>210 CALLE LAS CUEVAS<br>LOS GONZALEZ<br>TRUTILLO ALTO, PR 00976 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 145166 | $ 30,000.00 | ARISTUD RIVERA, MARISOL<br>LOS GONZALES 2-210<br>LAS CUEVAS<br>TRUJILLO ALTO, PR 00976 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 156018 | $ 30,000.00 |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 4 | ARROYO CANDELARIO, JORGE<br>COLINAS DEL OESTE<br>CALLE 9 E-13<br>HORMIGUEROS, PR 00660 | 05/21/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 17492 | Undetermined* | ARROYO CANDELARIO, JORGE<br>COLINAS DEL OESTE<br>E 13 CALLE 9<br>HORMIGUEROS, PR 00660 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 30158 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 5 | ARROYO CANDELARIO, JORGE<br>COLINAS DEL OESTE<br>E13 CALLE 9<br>HORMIGUEROS, PR 00660-1924 | 05/25/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 27841 | Undetermined* | ARROYO CANDELARIO, JORGE<br>COLINAS DEL OESTE<br>E 13 CALLE 9<br>HORMIGUEROS, PR 00660 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 30158 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Twenty-Third Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | ARROYO PEREZ, ANTONIA<br>HC-1 BOX 7841<br>VILLALBA, PR 00766 | 06/26/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 94812 | Undetermined* | ARROYO PEREZ, ANTONIA<br>HC-1 BOX 7841<br>VILLALBA, PR 00766 | 06/26/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 93044 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 7 | ASTACIO CORREA, ILEANA<br>PO BOX 146<br>SALINAS, PR 00751 | 06/07/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 52290 | Undetermined* | ASTACIO CORREA, ILEANA<br>PO BOX 1394<br>SALINAS, PR 00751 | 06/07/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 49797 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 8 | BERRIOS RIVERA, AIXA<br>88 ZORZAL BO<br>CUCHILLAS<br>MOROVIS, PR 00687 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 63069 | $ 18,000.00 | BERRIOS RIVERA, AIXA<br>#88 ZORZAL BO.<br>CUCHILLAS<br>MOROVIS, PR 00687 | 07/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 154242 | $ 18,000.00 |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 9 | BERRIOS RIVERA, AIXA<br>#88 ZORZAL BO<br>CUCHILLAS<br>MOROVIS, PR 00687 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 95396 | $ 50,000.00 | BERRIOS RIVERA, AIXA<br>#88 ZORZAL BO.<br>CUCHILLAS<br>MOROVIS, PR 00687 | 07/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 154242 | $ 18,000.00 |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 10 | CASIANO JUSINO, HAROLD<br>DAMARIS QUINONES VARGEAS<br>PO BOX 429<br>CABO ROJO, PR 00623 | 09/14/21 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179590 | $ 26,943.40 | CASIANO JUSINO, HAROLD<br>DAMARIS QUINONES VARGAS<br>PO BOX 429<br>CABO ROJO, PR 00623 | 07/08/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179441 | $ 26,943.40* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts         Page 2 of 7

Four Hundred Twenty-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 11 | CASTRO HERNANDEZ, WILLIAM 26 CALLE DIEGO DEYNES MOCA, PR 00676 | 07/05/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 146418 | Undetermined* | CASTRO HERNANDEZ, WILLIAM 26 CALLE DIEGO DEYNES MOCA, PR 00676-4812 | 07/05/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 141782 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | CASTRO RODRIGUEZ, NORMA IRIS GRENAL 461 CALLE 13 DORADO, PR 00646 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 120700 | $ 24,000.00* | CASTRO RODRIGUEZ, NORMA IRIS ARENAL 461 CALLE 13 DORADO, PR 00646 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 111128 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | CINTRON HERNANDEZ, VICTOR L VILLA RICA, GLADYS AE-7 BAYAMON, PR 00959 | 06/27/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 174557 | Undetermined* | CINTRON HERNANDEZ, VICTOR L VILLA RICA AE-7 GLADYS BAYAMON, PR 00959 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 174560 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | COTTO MERCED, MIRTA L PO BOX 1236 CIDRA, PR 00739 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 120126 | Undetermined* | COTTO MERCED, MIRTA LUZ P.O. BOX 1236 CIDRA, PR 00739 | 12/31/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 178989 | $ 40,800.00 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | DIAZ FERNANDEZ, HECTOR R PO BOX 10436 PONCE, PR 00732 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 131301 | Undetermined* | DIAZ FERNANDEZ, HECTOR R. P.O. BOX 10436 PONCE, PR 00732 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 129941 | $ 19,200.00 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

## Four Hundred Twenty-Third Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 16 | DIAZ PAGAN, ELBA IRIS<br>PO BOX 1308<br>PATILLAS, PR 00723 | 06/28/18 | 17 BK 03566-LTS /<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 113809 | Undetermined* | DIAZ PAGAN, ELBA IRIS<br>P.O. BOX 1308<br>PATILLAS, PR 00723 | 06/28/18 | 17 BK 03283-LTS /<br>Commonwealth of Puerto Rico | 162945 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 17 | GARCIA CORALES, ADA AMPARO<br>URB LEVITTVILLE<br>CALLE MINERVA<br>SD-5<br>LEVITTOWN, PR 00949 | 06/29/18 | 17 BK 03566-LTS /<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 142342 | Undetermined* | GARCIA CORALES, ADA AMPARO<br>URB. LEVITTVILLE<br>CALLE MINERVA<br>SD-5<br>LEVITTTOWN, PR 00949 | 06/25/18 | 17 BK 03283-LTS /<br>Commonwealth of Puerto Rico | 159706 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 18 | GONZALEZ RUIZ, HELEN<br>F-4 4 VILLAS DE CASTRO<br>CAGUAS, PR 00725 | 06/29/18 | 17 BK 03566-LTS /<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 139009 | Undetermined* | GONZALEZ RUIZ, HELEN<br>F-4 4<br>VILLAS DE CASTRO<br>CAGUAS, PR 00725-4614 | 06/29/18 | 17 BK 03283-LTS /<br>Commonwealth of Puerto Rico | 152474 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 19 | GUTIERREZ DE JESUS, TERESA<br>URB. TREASURE VALLEY<br>AVE. LAS AMERICAS K15<br>CIDRA, PR 00739 | 06/25/18 | 17 BK 03566-LTS /<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 81992 | Undetermined* | GUTIERREZ DE JESUS, TERESA<br>URB. TREASURE VALLEY, AVE. LAS AMERICAS, K-15<br>CIDRA, PR 00739 | 02/11/21 | 17 BK 03283-LTS /<br>Commonwealth of Puerto Rico | 179097 | $ 37,440.00 |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Twenty-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 20 | HERNANDEZ NAZARIO, ALMIDA<br>URB. VILLA DEL CARMEN<br>CALLE 7 E6<br>CIDRA, PR 00739 | 06/25/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 86327 | Undetermined* | HERNANDEZ NAZARIO, ALMIDA<br>URBANIZACION VILLA DEL CARMEN<br>CALLE 7 E6<br>CIDRA, PR 00739 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 150936 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 21 | JIMENEZ RIVERA, IRENES<br>152 PARC ESPINAL<br>AGUADA, PR 00602-3169 | 05/21/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 35478 | Undetermined* | JIMENEZ RIVERA, IRENES<br>BOESPINAL B2N 152 A<br>AGUADA, PR 00602 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 31350 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 22 | JUSINO, HAROLD CASIANO<br>DAMARIS QUINONES VARGAS<br>PO BOX 429<br>CABO ROJO, PR 00623 | 09/14/21 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179589 | $ 26,943.40 | CASIANO JUSINO, HAROLD<br>DAMARIS QUINONES VARGAS<br>PO BOX 429<br>CABO ROJO, PR 00623 | 07/08/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179441 | $ 26,943.40* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 23 | LEON VAZQUEZ, FELIX<br>PO BOX 10007<br>SUITE 133<br>GUAYAMA, PR 00785 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 144054 | Undetermined* | LEON VAZQUEZ, FELIX<br>PO BOX 10, 007 SUITE 133<br>GUAYAMA, PR 00785 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 101623 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 24 | MARTINEZ GERENA, JUAN<br>HC 3 BOX 11988<br>YABUCOA, PR 00795 | 05/18/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 167958 | $ 61,453.23 | MARTINEZ GERENA, JUAN<br>HC 03 BOX 11988<br>YABUCOA, PR 00767 | 05/18/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 17600 | $ 61,453.23* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Twenty-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 25 | ORTIZ RUIZ, FLOR MARIA<br>VILLAS SAN AGUSTIN<br>P 17 CALLE 10<br>BAYAMON, PR 00959 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 111224 | $ 82,000.00* | ORTIZ RUIZ, FLOR MARIA<br>VILLAS SAN AGUSTIN<br>P 17 CALLE 10<br>BAYAMON, PR 00959 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 56739 | $ 82,000.00 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | QUIJANO RAMOS, ZAYDA<br>BONNEVILLE HEIGHTS<br>31 CALLE LAS PIEDRAS<br>CAGUAS, PR 00727 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 113202 | $ 1,500.00 | QUIJANO RAMOS, ZAYDA<br>BONNEVILLE HEIGHTS<br>31 CALLE LAS PIEDRAS<br>CAGUAS, PR 00727 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 79027 | $ 3,000.00 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | QUILES MORENO, ALEXANDER<br>HC 2 BOX 7565<br>CAMUY, PR 00627 | 06/05/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 35196 | $ 1,560.00* | QUILES MORENO, ALEXANDER<br>HC 2 BOX 7565<br>CAMUY, PR 00627 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 80866 | $ 50,000.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | REYES MATOS, CECILIO<br>URB. MONTE BRISAS<br>CALLE K L-50<br>FAJARDO, PR 00738 | 06/27/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 105616 | Undetermined* | REYES MATOS, CECILIO<br>MONTE BRISAS 1<br>L 50 CALLE K<br>FAJARDO, PR 00738 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 98614 | $ 40,000.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | RIVERA NEGRON, ZULMA D.<br>PO BOX 868<br>NARANJNTO, PR 00719 | 06/27/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 117403 | $ 20,000.00* | RIVERA NEGRON, ZULMA D.<br>P.O. BOX 868<br>NARANJITO, PR 00719 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 74147 | $ 20,000.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

Four Hundred Twenty-Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 30 | RIVERA RAMOS, ANA R. 41 COLL Y TOSTE MAYAGUEZ, PR 00682 | 07/02/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 141892 | $ 2,400.00 | RIVERA RAMOS, ANA ROSA 41 COLL Y TOSTE MAYAGUEZ, PR 00682 | 07/02/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 115248 | $ 2,400.00 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| 31 | SANCHEZ CASTRO, DIANA EXT. VILLA BUENA VENTURA #508 CALLE DIAMANTE YABUCOA, PR 00767 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 118658 | $ 50,000.00* | SANCHEZ CASTRO, DIANA EXT. VILLA BUENA VENTURA #508 CALLE DIAMANTE YABUCOA, PR 00767 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 121769-1 | $ 13,298.49* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| 32 | SANCHEZ RIVERA, WILLIAM BO CACAO ALTO PO BOX 939 PATILLAS, PR 00723 | 09/23/20 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 175912 | Undetermined* | SANCHEZ RIVERA, WILLIAM P.O. BOX 939 PATILLAS, PR 00723 | 12/26/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 172887 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| 33 | SURILLO RUIZ, YOLANDA HC#15 BOX 15919 HUMACAO, PR 00791 | 07/06/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 153010 | Undetermined* | SURILLO RUIZ, YOLANDA HC #15 BOX 15919 HUMACAO, PR 00791 | 07/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 157974 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| 34 | VEGA DE JESUS, IVAN URB STARLIGHT 4639 CALLE RIGEL PONCE, PR 00717-1443 | 03/21/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 3896 | Undetermined* | VEGA DE JESUS, IVAN CALLE ROOSEVELT 3222 BDA. BALDORIOTY PONCE, PR 00728 | 11/18/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 177718 | $ 35,000.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.