**Exhibit A**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                           Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to PREPA. |

### ORDER GRANTING FOUR HUNDRED TWENTY-SEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) OF PUERTO RICO ELECTRIC POWER AUTHORITY TO CLAIMS FOR WHICH IT IS NOT LIABLE

Upon the *Four Hundred Twenty-Seventh Omnibus Objection (Substantive) of the Puerto Rico Power Authority to Claims For Which It Is Not Liable* [ECF No. 20053] (the "Four Hundred Twenty-Seventh Omnibus Objection"),[2] filed by the Puerto Rico Electric Power Authority ("PREPA"), dated February 4, 2022, for entry of an order disallowing certain claims

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Twenty-Seventh Omnibus Objection.

1

filed against PREPA, as more fully set forth in the Four Hundred Twenty-Seventh Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred Twenty-Seventh Omnibus Objection and to grant the relief requested therein pursuant to section 306(a) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[3]; and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Four Hundred Twenty-Seventh Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in Exhibit A to the Four Hundred Twenty-Seventh Omnibus Objection (collectively, the "Claims to Be Disallowed") having been found to be claims for which PREPA is not liable; and the Court having determined that the relief sought in the Four Hundred Twenty-Seventh Omnibus Objection is in the best interest of PREPA, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Four Hundred Twenty-Seventh Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Four Hundred Twenty-Seventh Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that Kroll is authorized and directed to designate the Claims to Be Disallowed as expunged on the official claims registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 20053 in Case No. 17-3283; and it is further

---

[3] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Twenty-Seventh Omnibus Objection**

## FOUR HUNDRED TWENTY-SEVENTH OMNIBUS OBJECTION

### Exhibit A - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CLAUDIO CASIANO, PABLO<br>C/O A. J. AMADEO MURGA<br>1225 AVE. PONCE DE LEON, SUITE 904<br>SAN JUAN, PR 00907-3915 | 3/27/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 3734 | $50,000.00 |
| | Reason: The Claimant filed a claim for damages related to a claim asserted in litigation that has been dismissed with prejudice | | | | | |
| 2 | CLAUDIO RAMÍREZ, JOSÉ CARLOS<br>IN CARE OF A.J. AMADEO MURGA<br>1225 AVE. PONCE DE LEON, SUITE 904<br>SAN JUAN, PR 00907-3915 | 3/26/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 4537 | $1,092,000.00 |
| | Reason: The Claimant filed a claim for damages related to a claim asserted in litigation that has been dismissed with prejudice | | | | | |
| 3 | GUZMAN LOPEZ, JOSE LUIS<br>C/O MIGUEL M. CANCIO ARCELAY<br>PO BOX 8414<br>SAN JUAN, PR 00910 | 5/14/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 13014 | $25,000.00 |
| | Reason: The case the asserted claim is related to has been settled. Claimant waived their share in the settlement amount in favor of their offspring. | | | | | |
| 4 | HUERTAS MARRERO, YOMAIRA<br>IN CARE OF A.J. AMADEO MURGA<br>1225 AVE. PONCE DE LEON, SUITE 904<br>SAN JUAN, PR 00907-3915 | 3/26/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 4468 | $314,000.00 |
| | Reason: The Claimant filed a claim for damages related to a claim asserted in litigation that has been dismissed with prejudice | | | | | |
| 5 | JIMENEZ RIVERA, JANET<br>C/O MIGUEL M. CANCIO ARCELAY<br>PO BOX 8414<br>SAN JUAN, PR 00910 | 5/14/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 13465 | $50,000.00 |
| | Reason: The case the asserted claim is related to has been settled. Claimant waived their share in the settlement amount in favor of their offspring. | | | | | |
| 6 | MAYRA SÁNCHEZ BRETÓN<br>C/O NORBERTO J SANTANA VELEZ<br>PO BOX 135<br>CAGUAS, PR 00726 | 5/25/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 17647 | $130,000.00 |
| | Reason: The Claimant filed a claim for damages related to a claim asserted in litigation that has been dismissed with prejudice | | | | | |
| 7 | OYOLA MELÉNDEZ, CHINESE<br>IN CARE OF A.J. AMADEO MURGA<br>1225 AVE. PONCE DE LEON, SUITE 904<br>SAN JUAN, PR 00907-3915 | 3/26/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 4572 | $10,000.00 |
| | Reason: The Claimant filed a claim for damages related to a claim asserted in litigation that has been dismissed with prejudice | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

FOUR HUNDRED TWENTY-SEVENTH OMNIBUS OBJECTION

Exhibit A - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | PEREZ IRENE, JUAN CARLOS<br>IN CARE OF A.J. AMADEO MURGA<br>1225 AVE. PONCE DE LEÓN, SUITE 904<br>SAN JUAN, PR 00907-3915 | 3/26/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 4108 | $54,000.00 |
| | Reason: The Claimant filed a claim for damages related to a claim asserted in litigation that has been dismissed with prejudice | | | | | |
| 9 | PÉREZ PADILLA, ISMAEL<br>IN CARE OF A.J. AMADEO MURGA<br>1225 AVE. PONCE DE LEON, SUITE 904<br>SAN JUAN, PR 00907-3915 | 3/26/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 4535 | $10,000.00 |
| | Reason: The Claimant filed a claim for damages related to a claim asserted in litigation that has been dismissed with prejudice | | | | | |
| 10 | RIVERA MUNOZ, CYNTHIA<br>C/O A.J. AMADEO MURGA<br>1225 AVE. PONCE DE LEON, SUITE 904<br>SAN JUAN, PR 00907-3915 | 3/26/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 4113 | $150,000.00 |
| | Reason: The Claimant filed a claim for damages related to a claim asserted in litigation that has been dismissed with prejudice | | | | | |
| 11 | RIVERA RIVERA, BETSY<br>C/O A.J. AMADEO MURGA<br>1225 AVE. PONCE DE LEON, SUITE 904<br>SAN JUAN, PR 00907-3915 | 3/27/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 3733 | $225,000.00 |
| | Reason: The Claimant filed a claim for damages related to a claim asserted in litigation that has been dismissed with prejudice | | | | | |
| 12 | RODRÍGUEZ RODRÍGUEZ, WALESKA<br>C/O MIGUEL M. CANCIO ARCELAY<br>PO BOX 8414<br>SAN JUAN, PR 00910 | 5/14/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 13966 | $25,000.00 |
| | Reason: The case the asserted claim is related to has been settled. Claimant waived their share in the settlement amount in favor of their offspring. | | | | | |
| 13 | SANCHEZ CORIANO, CARLOS<br>C/O A. J. AMADEO MURGA<br>1225 AVE PONCE DE LEON, SUITE 904<br>SAN JUAN, PR 00907-3915 | 3/27/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 3732 | $225,000.00 |
| | Reason: The Claimant filed a claim for damages related to a claim asserted in litigation that has been dismissed with prejudice | | | | | |
| 14 | SÁNCHEZ HUERTAS, ANAMIS CAMILA<br>IN CARE OF A.J. AMADEO MURGA<br>1225 AVE. PONCE DE LEON, SUITE 904<br>SAN JUAN, PR 00907-3915 | 3/26/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 4536 | $218,000.00 |
| | Reason: The Claimant filed a claim for damages related to a claim asserted in litigation that has been dismissed with prejudice | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

# FOUR HUNDRED TWENTY-SEVENTH OMNIBUS OBJECTION

## Exhibit A - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | SANCHEZ HUERTAS, GYLIONALY<br>IN CARE OF A.J. AMADEO MURGA<br>1225 AVE PONCE DE LEON, SUITE 904<br>SAN JUAN, PR 00907 | 3/26/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 4346 | $218,000.00 |
| | Reason: The Claimant filed a claim for damages related to a claim asserted in litigation that has been dismissed with prejudice | | | | | |
| 16 | SANCHEZ RIVERA, CARLOS JAVIER<br>C/O A.J. AMADEO MURGA<br>1225 AVE. PONCE DE LEON, SUITE 904<br>SAN JUAN, PR 00907-3915 | 3/27/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 3730 | $50,000.00 |
| | Reason: The Claimant filed a claim for damages related to a claim asserted in litigation that has been dismissed with prejudice | | | | | |
| 17 | TORRES SEGUI, EVELYN<br>LCDO. MIGUEL M. CANCIO ARCELAY<br>PO BOX 8414<br>SAN JUAN, PR 00910 | 5/17/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 14070 | $15,000.00 |
| | Reason: The case the asserted claim is related to has been settled. Claimant waived their share in the settlement amount in favor of their offspring. | | | | | |
| 18 | ZAYAS ALVAREZ, SENNI<br>LCDO. MIGUEL M. CANCIO ARCELAY<br>PO BOX 8414<br>SAN JUAN, PR 00910 | 5/17/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 14284 | $15,000.00 |
| | Reason: The case the asserted claim is related to has been settled. Claimant waived their share in the settlement amount in favor of their offspring. | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.