**Exhibit A**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the Commonwealth and PBA. |

### ORDER GRANTING FOUR HUNDRED TWENTY-EIGHTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY TO MISCLASSIFIED CLAIMS

Upon the *Four Hundred Twenty-Eighth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Misclassified Claims* [ECF No. 20484] (the "Four Hundred Twenty-Eighth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth") the Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth, the "Debtors"), dated April 1, 2022, for entry of an order disallowing in their

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Twenty-Eighth Omnibus Objection.

entirety certain claims filed against the Debtors, as more fully set forth in the Four Hundred Twenty-Eighth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred Twenty-Eighth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Four Hundred Twenty-Eighth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the claims identified in the column titled "Claims to be Reclassified" in Exhibit A to the Four Hundred Twenty-Eighth Omnibus Objection (collectively, the "Claims to Be Reclassified") asserting an incorrect or improper priority or classification, as set forth in Exhibit A hereto; and the Court having determined that the relief sought in the Four Hundred Twenty-Eighth Omnibus Objection is in the best interest of the Debtors, their creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Four Hundred Twenty-Eighth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Four Hundred Twenty-Eighth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Reclassified are hereby reclassified, such that the Claims to Be Reclassified shall now only be considered claims asserted as general unsecured claims, as set forth in the column titled "Modified Claim" in Exhibit A to the Four Hundred Twenty-Eighth Omnibus Objection, respectively; and it is further

ORDERED that the Debtors' right to object to the Claims to Be Reclassified is reserved; and it is further

ORDERED that Kroll is authorized and directed to correct the Claims to Be Reclassified to reflect their status as general unsecured claims on the official claims register in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 20484 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Twenty-Eighth Omnibus Objection**

Four Hundred Twenty-Eighth Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ANTILLES OFFICE SUPPLY<br>PO BOX 3474<br>MANATI, PR 00674 | 36835 | Commonwealth of Puerto Rico | 503(b)(9) | $3,481.00 | Commonwealth of Puerto Rico | 503(b)(9) | $0.00 |
| | | | | | | Commonwealth of Puerto Rico | Unsecured | $3,481.00 |
| | | | | | | | Subtotal | $3,481.00 |

Reason: Goods listed on claim were received outside of the prescribed 20-day receipt period under 11 U.S.C. § 503(b)(9) and thus not entitled to administrative priority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | ANTILLES OFFICE SUPPLY<br>PO BOX 3474<br>MANATÍ, PR 00674 | 49938 | Commonwealth of Puerto Rico | 503(b)(9) | $937.50 | Commonwealth of Puerto Rico | 503(b)(9) | $0.00 |
| | | | | | | Commonwealth of Puerto Rico | Unsecured | $937.50 |
| | | | | | | | Subtotal | $937.50 |

Reason: Goods listed on claim were received outside of the prescribed 20-day receipt period under 11 U.S.C. § 503(b)(9) and thus not entitled to administrative priority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | ANTILLES OFFICE SUPPLY<br>PO BOX 3474<br>MANATÍ, PR 00674 | 56847 | Commonwealth of Puerto Rico | 503(b)(9) | $3,129.00 | Commonwealth of Puerto Rico | 503(b)(9) | $0.00 |
| | | | | | | Commonwealth of Puerto Rico | Unsecured | $3,129.00 |
| | | | | | | | Subtotal | $3,129.00 |

Reason: Goods listed on claim were received outside of the prescribed 20-day receipt period under 11 U.S.C. § 503(b)(9) and thus not entitled to administrative priority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | DEYA ELEVATOR SERVICE INC<br>P.O. BOX 362411<br>SAN JUAN, PR 00936-2411 | 174018 | Puerto Rico Public Buildings Authority (PBA) | 503(b)(9) | $308,095.88 | Puerto Rico Public Buildings Authority (PBA) | 503(b)(9) | $0.00 |
| | | | | | | Puerto Rico Public Buildings Authority (PBA) | Unsecured | $308,095.88 |
| | | | | | | | Subtotal | $308,095.88 |

Reason: Claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but proof of claim is not for goods sold and as such claimant is not entitled to administrative priority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | DIAZ TORRES, IRIS N.<br>PO BOX 433<br>BAYAMON, PR 00960 | 6560 | Commonwealth of Puerto Rico | Secured | $112,565.18* | Commonwealth of Puerto Rico | Secured | $0.00 |
| | | | | | | Commonwealth of Puerto Rico | Unsecured | $112,565.18* |
| | | | | | | | Subtotal | $112,565.18* |

Reason: The claimant failed to provide prima facie evidence to support a secured claim.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | JOHNSON & JOHNSON INTERNATIONAL<br>MCCONNELL VALDES LLC<br>C/O NAYUAN ZOUAIRABANI<br>PO BOX 364225<br>SAN JUAN, PR 00936 | 85417 | Commonwealth of Puerto Rico | 503(b)(9) | $1,030.90 | Commonwealth of Puerto Rico | 503(b)(9) | $0.00 |
| | | | | Commonwealth of Puerto Rico | Unsecured | $59,382.58 | Commonwealth of Puerto Rico | Unsecured | $60,413.48 |
| | | | | | Subtotal | $60,413.48 | | Subtotal | $60,413.48 |

Reason: Goods listed on claim were received outside of the prescribed 20-day receipt period under 11 U.S.C. § 503(b)(9) and thus not entitled to administrative priority.

* Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Twenty-Eighth Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | JOSE R GONZALEZ DBA MECANICA TITO<br>PO BOX 310<br>CIALES, PR 00638 | 79856 | Commonwealth of Puerto Rico | 503(b)(9) | $1,147.00 | Commonwealth of Puerto Rico | 503(b)(9) | $0.00 |
| | | | | | | Commonwealth of Puerto Rico | Unsecured | $1,147.00 |
| | | | | | | | Subtotal | $1,147.00 |

Reason: Claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but $725.00 in liabilities is not for goods sold and as such claimant is not entitled to administrative priority. The remaining $422.00 is for goods listed on claim which were received outside of the prescribed 20-day receipt period under 11 U.S.C. § 503(b)(9) and thus not entitled to administrative priority. Accordingly, claim has been reclassified in whole as a general unsecured claim.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | PROFESSIONAL CONSULTING INTERNATIONAL GROUP INC<br>LUIS P. COSTAS ELENA<br>34 ORQUIDEA<br>URB. SANTA MARIA<br>SAN JUAN, PR 00927 | 10517 | Commonwealth of Puerto Rico | Secured | $1,550,400.00* | Commonwealth of Puerto Rico | Secured | $0.00 |
| | | | | | | Commonwealth of Puerto Rico | Unsecured | $1,550,400.00* |
| | | | | | | | Subtotal | $1,550,400.00* |

Reason: The claimant failed to provide prima facie evidence to support a secured claim.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED PRIORITY STATUS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | SANTIAGO PEREZ, LEONIDES<br>JOSE MARTINEZ CUSTODIO, ESQ<br>PO BOX 599<br>UTUADO, PR 00641 | 6263 | Commonwealth of Puerto Rico | Priority | $197,685.38* | Commonwealth of Puerto Rico | Priority | $0.00 |
| | | | | | | Commonwealth of Puerto Rico | Unsecured | $197,685.38* |
| | | | | | | | Subtotal | $197,685.38* |

Reason: Claimant asserted priority status under 11 U.S.C. § 507(a)(4), according to Debtors' books and records and/or documentation filed with the proof of claim, claim is not on account of wages earned within 180 days of petition date and therefore ineligible for 507(a)(4) priority status.

| | | | | TOTAL | $ 2,237,854.42* | TOTAL | | $ 2,237,854.42* |

\* Indicates claim contains unliquidated and/or undetermined amounts