**<u>Exhibit A</u>**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                            Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

### ORDER GRANTING FOUR HUNDRED THIRTY-THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR

Upon the *Four Hundred Thirty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Subsequently Amended Claims* [ECF No. 20489] (the "Four Hundred Thirty-Third Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth"), dated April 1, 2022, for entry of an order reclassifying certain claims filed against the Commonwealth, as more fully set forth in the Four Hundred Thirty-Third Omnibus

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Thirty-Third Omnibus Objection.

1

Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred Thirty-Third Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Four Hundred Thirty-Third Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Asserted" in Exhibit A to the Four Hundred Thirty-Third Omnibus Objection having improperly identified the Commonwealth as obligor, when such claims are properly asserted, if at all, against the Puerto Rico Highways and Transportation Authority ("HTA"), as identified in the column titled "Corrected" in Exhibit A to the Four Hundred Thirty-Third Omnibus Objection; and the Court having determined that the relief sought in the Four Hundred Thirty-Third Omnibus Objection is in the best interest of the Commonwealth and its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Four Hundred Thirty-Third Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Four Hundred Thirty-Third Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the claims identified in the column titled "Asserted" in Exhibit A to the Four Hundred Thirty-Third Omnibus Objection (the "Reclassified Claims") are hereby reclassified to be claims asserted against the Title III debtor(s) indicated in the column titled "Corrected" in Exhibit A; and it is further

ORDERED that the Debtors' right to object to the Reclassified Claims is reserved; and it is further

2

ORDERED that Kroll is authorized and directed, in the official claims register in the PROMESA cases, to move the claims identified in the column titled "Asserted" in Exhibit A to the Four Hundred Thirty-Third Omnibus Objection from the Commonwealth's Title III Case (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481) to HTA's Title III Case (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808) identified in the column titled "Corrected" in Exhibit A to the Four Hundred Thirty-Third Omnibus Objection; and it is further

ORDERED that this Order resolves Docket Entry No. 20489 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Thirty-Third Omnibus Objection**

Four Hundred Thirty-Third Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | COLON CRUZ, JOSE<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 32443 | Commonwealth of Puerto Rico | Unsecured | $17,500.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $17,500.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | DIAZ QUIRINDONGO, ORLANDO<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 71158 | Commonwealth of Puerto Rico | Unsecured | $14,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $14,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | DIAZ RODRIGUEZ, GABRIEL<br>274 URUGUAY ST.<br>COND TORRE ALTA PH 1<br>SAN JUAN, PR 00917 | 31772 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Highways and Transportation Authority | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | FLORES MIRANDA, EDWIN<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 66027 | Commonwealth of Puerto Rico | Unsecured | $14,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $14,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | MELENDEZ MALDONADO, GRISEL E.<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 46945 | Commonwealth of Puerto Rico | Unsecured | $18,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $18,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | PEREZ GUILLERMETY, IRMA<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 47094 | Commonwealth of Puerto Rico | Unsecured | $18,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $18,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | PICART MONTERO, GINO B.<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 41291 | Commonwealth of Puerto Rico | Unsecured | $18,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $18,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority.

\* Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Thirty-Third Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | RICO ROLON, ZAIDA<br>PEDRO ORTIZ ALVAREZ LLC<br>CESAR ENRIQUE MOLINA<br>PO BOX 9009<br>PONCE, PR 00732 | 15025 | Commonwealth of Puerto Rico | Unsecured | $10,711.00 | Puerto Rico Highways and Transportation Authority | Unsecured | $10,711.00 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority. | | | | | | | |
| 9 | RIVERA ALVAREZ, CRUZ<br>CALLE LATIMER #1409<br>SAN JUAN, PR 00940 | 38684 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Highways and Transportation Authority | Unsecured | Undetermined* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority. | | | | | | | |
| 10 | RIVERA COLLAZO, HAYDEE<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 66029 | Commonwealth of Puerto Rico | Unsecured | $72,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $72,000.00* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority. | | | | | | | |
| 11 | RIVERA SANATA, CARMEN<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 47177 | Commonwealth of Puerto Rico | Unsecured | $18,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $18,000.00* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority. | | | | | | | |
| 12 | ROSADO SANTIAGO, WILLIAM<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 62224 | Commonwealth of Puerto Rico | Unsecured | $1,000,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $1,000,000.00* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority. | | | | | | | |
| 13 | RUIZ RUIZ, ARNALDO<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 31369 | Commonwealth of Puerto Rico | Unsecured | $18,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $18,000.00* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority. | | | | | | | |
| 14 | RUIZ-ALVAREZ, JORGE A.<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 34057 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Highways and Transportation Authority | Unsecured | Undetermined* |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority. | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Thirty-Third Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | RUIZ-ALVAREZ, JORGE A.<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 47083 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Highways and Transportation Authority | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 | SAN MIGUEL, ENRIQUE ROSSY<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 46906 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Highways and Transportation Authority | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 17 | SANTIAGO ADORNO, BLANCA I.<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 47250 | Commonwealth of Puerto Rico | Unsecured | $18,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $18,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | SANTIAGO RODRIGUEZ, MYRNA L.<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 47429 | Commonwealth of Puerto Rico | Unsecured | $18,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $18,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | STELLA DIAZ, HIRAM A.<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 34161 | Commonwealth of Puerto Rico | Unsecured | $18,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $18,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 20 | STELLA DIAZ, HIRAM A.<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 66117 | Commonwealth of Puerto Rico | Unsecured | $34,380.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $34,380.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 21 | VAZQUEZ RIVERA, CARLOS I<br>HC 73 BOX 4715<br>NARANJITO, PR 00719 | 3007 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Highways and Transportation Authority | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority.

\* Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Thirty-Third Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 22 | VEGA GUTIERREZ, HAROLD<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 41413 | Commonwealth of Puerto Rico | Unsecured | $18,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $18,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 23 | ZAPATA RIVERA, SYLKIA<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 47261 | Commonwealth of Puerto Rico | Unsecured | $18,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $18,000.00* |

Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Highways and Transportation Authority.

| | | | TOTAL | | $ 1,342,591.00* | TOTAL | | $ 1,342,591.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts