## Exhibit A

**Proposed Order**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                 Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the Commonwealth and ERS. |

### ORDER GRANTING FOUR HUNDRED THIRTY-SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO SUBSEQUENTLY AMENDED CLAIMS

Upon the *Four Hundred Thirty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended Claims* [ECF No. 20494] (the "Four Hundred Thirty-Sixth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Thirty-Sixth Omnibus Objection.

("Commonwealth") and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth, the "Debtors"), dated April 1, 2022, for entry of an order disallowing in their entirety certain claims filed against the Debtors, as more fully set forth in the Four Hundred Thirty-Sixth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred Thirty-Sixth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Four Hundred Thirty-Sixth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Claims to be Disallowed" in Exhibit A to the Four Hundred Thirty-Sixth Omnibus Objection (collectively, the "Claims to Be Disallowed") having been amended and superseded by the subsequently filed proofs of claim identified in the column titled "Remaining Amended Claims" in Exhibit A (collectively, the "Remaining Amended Claims"); and the Court having determined that the relief sought in the Four Hundred Thirty-Sixth Omnibus Objection is in the best interest of the Debtors, their creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Four Hundred Thirty-Sixth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

      ORDERED that the Four Hundred Thirty-Sixth Omnibus Objection is GRANTED as set forth herein; and it is further

      ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that the Debtors' right to object to the Remaining Amended Claims is reserved; and it is further

ORDERED that Kroll is authorized and directed to designate the Claims to Be Disallowed as expunged on the official claims register in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 20494 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

                                                Honorable Judge Laura Taylor Swain
                                                United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to Four Hundred Thirty-Sixth Omnibus Objection**

## Four Hundred Thirty-Sixth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING AMENDED CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ALICEA HERNANDEZ, JUAN M<br>HC-01 BOX 5352<br>COROZAL, PR 00783 | 07/02/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 138556 | Undetermined* | ALICEA HERNANDEZ, JUAN MANUEL<br>HC-01 BOX 5352<br>COROZAL, PR 00783 | 06/08/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179341 | $129,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | CINTRON MORALES, RADAMES<br>CALLE GUANAJIBO 154 URB PROVINCIO DEL RIO<br>COAMO, PR 00769 | 06/26/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 97605 | Undetermined* | CINTRON MORALES, RADAMES<br>154 CALLE GUANAJIBO PROVINCIAS DEL RIO<br>COAMO, PR 00769 | 09/27/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 171179 | $35,000.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 3 | COLON RIVERA, KATTY<br>HC-01 BOXS 2214<br>MOROVIS, PR 00687 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 69397 | $9,800.00 | COLON RIVERA, KATTY<br>HC 01 BOX 2214<br>MOROVIS, PR 00687 | 11/25/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 172579 | $9,800.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 4 | CRUZ SANTIAGO, NEFTALI<br>PO BOX 2011<br>ARECIBO, PR 00613-2011 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 123694 | Undetermined* | CRUZ SANTIAGO, NEFTALI<br>PO BOX 2011<br>ARECIBO, PR 00613 | 03/24/21 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179156 | $48,420.65 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 5 | FIGUEROA TORRES, MARIA<br>864 COM CARACOLES 1<br>PENUELAS, PR 00624-2505 | 06/21/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 75859 | Undetermined* | FIGUEROA TORRES, MARIA C.<br>ANESSA HERNANDEZ RODRIGUEZ, ESQ<br>4140 AURORA STREET SUITE 1<br>PONCE, PR 00717-1203 | 06/02/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179281 | $63,235.80* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 2

Four Hundred Thirty-Sixth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING AMENDED CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AV. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 104045 | Undetermined* | LUISA MARTINEZ VELEZ, RUTH DALIA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 07/14/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 174260 | $ 7,200.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 7 | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 06/27/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 102983 | Undetermined* | MARTINEZ VELEZ, RUTH DALIA LUISA<br>PMB 506<br>609 AVE. TITO CASTRO SUITE 102<br>PONCE, PR 00716-0200 | 07/14/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 174278 | $ 5,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 8 | NAZARIO SANTIAGO, CARMEN DELIA<br>VILLA DEL CARMEN KIL 19.5 CARRE 150<br>COAMO, PR 00769 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 126242 | Undetermined* | NAZARIO SANTIAGO, CARMEN D.<br>BOX 769<br>COAMO, PR 00769 | 07/10/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 169712 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 9 | RIVERA LEBRON, MAGDA G.<br>HC - 63 BOX 3313<br>PATILLAS, PR 00723 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 149862 | Undetermined* | RIVERA, MAGDA G.<br>HC-63 BOX 3313<br>PATILLAS, PR 00723 | 09/10/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 175328 | $ 75,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 10 | RODRIGUEZ RIOS, ANA DELIS<br>BE-18 C/25A. URB. BAIROA<br>CAGUAS, PR 00725 | 06/26/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 162478 | $ 1,500.00* | RODRIGUEZ RIOS, ANA DELIS<br>BE-18 CALLE 25A<br>URB. BAIROA<br>CAGUAS, PR 00725 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 145154 | $ 5,000.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts