**<u>Exhibit A</u>**

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br>                              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

ORDER GRANTING FOUR HUNDRED FORTY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO NO LIABILITY PUERTO RICO POLICE DEPARTMENT EMPLOYEE CLAIMS

Upon the *Four Hundred Forty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to No Liability Puerto Rico Police Department Employee Claims* [ECF No. 20500] (the "Four Hundred Forty-Second Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth"), dated April 1, 2022, for entry of an order disallowing in their certain claims filed against the Commonwealth, as more fully set forth in the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Forty-Second Omnibus Objection.

1

Four Hundred Forty-Second Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred Forty-Second Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Four Hundred Forty-Second Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in Exhibit A to the Four Hundred Forty-Second Omnibus Objection (collectively, the "Claims to Be Disallowed") having been found to be claims for which the Debtors are not liable because the liabilities asserted therein have already been satisfied and released; and the Court having determined that the relief sought in the Four Hundred Forty-Second Omnibus Objection is in the best interest of the Commonwealth and its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Four Hundred Forty-Second Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Four Hundred Forty-Second Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that Kroll is authorized and directed to delete the Claims to Be Disallowed from the official claims registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 20500 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Four Hundred Forty-Second Omnibus Objection**

## Four Hundred Forty-Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BONILLA VELEZ, WIDNA A.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34587 | $ 12,667.15* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | CHU FIGUEROA, VICTOR<br>LIRIO DEL MAR TORRRES, ESQ<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23183 | $ 16,919.37* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 3 | CORDERO CHAPARRO, EVELYN<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29110 | $ 15,084.20* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | CORTES BONILLA, ALFREDO<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33057 | $ 2,775.14* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | CRUZ AVILES, GUALBERTO<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34521 | $ 11,861.47* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

## Four Hundred Forty-Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | ESTREMERA LLITERA, VICTOR M<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32859 | $ 9,668.21* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | FIGUEROA VEGA, LUIS A<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 42871 | $ 26,453.31* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | IRIZARRY CORNIER, DEVI<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33372 | $ 4,923.63* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | LOPEZ BONILLA, ALEXIS<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33636 | $ 9,507.54* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | LOPEZ RIOS, FELIX M.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32928 | $ 12,935.71* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Forty-Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | LOZADA ALVAREZ, NELSON<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32957 | $ 9,533.93* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | LUGO MERCADO, JOSE<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29955 | $ 9,757.73* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | MARTIN SILVA, VICTOR M.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29088 | $ 18,485.98* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | MARTINEZ JUSINO, EDWARD<br>LIRIO DEL MAR TORRES, ESQ<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31501 | $ 15,621.33* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | MARTIR ARCELAY, NOEL<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33597 | $ 5,863.59* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

## Four Hundred Forty-Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | MATIAS CRESPO, AGUSTIN<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32779 | $ 17,680.30* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | MATOS ACOSTA, LOWEL<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33385 | $ 17,411.74* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 18 | MATOS FORTUNA, PEDRO L.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 37416 | $ 34,554.91* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | MATOS TORO, WARNER<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32978 | $ 16,427.01* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | MENDEZ TORO, ADAM A.<br>LIRRO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29114 | $ 12,935.71* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

## Four Hundred Forty-Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | MOJICA RIVERA, ELSTON<br>LIRIO DEL MAR TORRES ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33631 | $ 17,859.34* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | MORALES MATOS, GLINETTE<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 5/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32989 | $ 8,012.08* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 23 | NIEVES TROCHE, IVELESE<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/4/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29867 | $ 12,935.71* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 24 | ORTIZ VALENTIN , LUIS J.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35601 | $ 9,668.21* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | PABON DURANT, RICARDO<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35062 | $ 8,056.84* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Forty-Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | PADILLA CARABALLO, IMELDA E.<br>LIRIO DEL MAR TORRES ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35648 | $ 14,233.76* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | PADILLA RODRIGUEZ, JESUS A.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 48916 | $ 20,724.00* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | PEREZ MARTINEZ, ENRIQUE<br>LIRIO DEL MAR TORRES,ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33918 | $ 13,472.84* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | RAMIREZ SANCHEZ, MILTON R.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35554 | $ 9,668.21* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 30 | RAMOS VARGAS, JOSE J.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49288 | $ 9,668.21* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Forty-Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 31 | RIVERA RAMOS, EDGAR<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 51095 | $ 14,860.40* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 32 | RODRIGUEZ ORTIZ, AUBREY<br>LIRIO DEL MAR TORRES ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35687 | $ 11,771.95* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 33 | RODRIGUEZ RIVERA, VICTOR J<br>LIRIO DEL MAR TORRES, SQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31095 | $ 11,100.54* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 34 | ROSADO FIGUEROA, JUAN C.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGÜEZ, PR 00681 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49332 | $ 9,668.21* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 35 | ROSARIO FERRER, JOEL<br>LIRIO DEL MAR TORRES, ESQ<br>PO BOX 3552<br>MAYAGÜEZ, PR 00681 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33925 | $ 11,413.86* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

\* Indicates claim contains unliquidated and/or undetermined amounts

### Four Hundred Forty-Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 36 | ROSARIO GONZALEZ, BERNICE<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46335 | $ 9,668.21* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 37 | SANTANA MONTALVO, NELSON<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35064 | $ 9,668.21* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 38 | SANTIAGO MARTINEZ, LUIS A.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35067 | $ 57,740.72* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 39 | SANTIAGO VAZQUEZ, ADAN A<br>LIRIO DEL MAR TORRES, ESQ<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 40282 | $ 12,622.39* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 40 | TORRES VAZQUEZ, JOSE A.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41532 | $ 10,518.66* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

## Four Hundred Forty-Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 41 | VALENTIN BELEN, JESUS<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41497 | $ 12,219.55* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 42 | VALENTIN ORTIZ, ANGEL L.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41503 | $ 6,113.79* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 43 | VARGAS FELICIANO, NOEL<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 39749 | $ 13,159.51* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 44 | VARGAS PAGAN, GEORGINA<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41494 | $ 15,173.72* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 45 | VARGAS SANTIAGO, MARISOL<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35631 | $ 14,099.48* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Forty-Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 46 | VAZQUEZ ORTIZ, EDGAR A<br>LIRIO DEL MAR TORRES, ESQ<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35066 | $ 17,322.22* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | VEGA VELEZ, JANICE<br>C/O LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 70545 | $ 16,203.21* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | VELEZ LORENZO, CARLOS R.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41489 | $ 15,487.05* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | VELEZ MORENO, LUIS O.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 70700 | $ 10,473.90* |

Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | VINAS MATOS, OLAF<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 64447 | $ 10,429.14* |

## Four Hundred Forty-Second Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|
| Reason: Proof of Claim asserts liabilities associated with one of the following Litigations: (1) Frente Unido de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. KAC-2007-4170; (2) Cuerpo Organizado de la Policía, Inc., et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. ISCI-2007-01235; and (3) Asociación de Policías Organizados, et al. v. Estado Libre Asociado de Puerto Rico, et al., Case No. 2006-6803. However, the Commonwealth's records show that claimant has already received payment for the back pay alleged in the Litigations and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| | | | | TOTAL | $ 695,081.88* |