**Presentment Date**: May 27, 2022
**Objection Deadline**: May 26, 2022 at 4:00 p.m. (AST)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to PREPA.** |

## NOTICE OF PRESENTMENT OF PROPOSED ORDER GRANTING THE FOUR HUNDRED FORTY-NINTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO OVERSTATED CLAIMS (ECF NO. 20505)

**PLEASE TAKE NOTICE** that, on May 19, 2022, the Puerto Rico Electric Power Authority ("PREPA," or the "Debtor"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative of PREPA pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act*

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

("PROMESA"),[2] hereby submits a *Notice of Presentment of Proposed Order Granting the Four Hundred Four Hundred Forty-Ninth Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Overstated Claims* (the "Notice").

PLEASE TAKE FURTHER NOTICE that, on April 1, 2022, PREPA, by and through the Oversight Board, filed the *Four Hundred Forty-Ninth Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Overstated Claims* [ECF No. 20505] (the "Four Hundred Forty-Ninth Omnibus Objection").

PLEASE TAKE FURTHER NOTICE that the Four Hundred Forty-Ninth Omnibus Objection was scheduled for hearing on May 18, 2022.

PLEASE TAKE FURTHER NOTICE that any party against whom the Four Hundred Forty-Ninth Omnibus Objection was served, or any other party to the Debtors' Title III cases who objected to the relief sought therein, was required to file and serve a response to the Four Hundred Forty-Ninth Omnibus Objection with the clerk's office of the United States District Court for the District of Puerto Rico by 4:00 p.m. (Atlantic Time) on May 2, 2022 (the "Response Deadline").

PLEASE TAKE FURTHER NOTICE that, as set forth in Exhibit C to the Four Hundred Forty-Ninth Omnibus Objection, if no response was filed by the Response Deadline, the Four Hundred Forty-Ninth Omnibus Objection "will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise." Ex. C to Four Hundred Forty-Ninth Omnibus Objection, ECF No. 20505-4, at 3.

PLEASE TAKE FURTHER NOTICE that, according to this Court's *Sixteenth Amended Case Management Procedures* [ECF No. 20190-1]) (the "Case Management Procedures"), the

---

[2]     PROMESA has been codified at 48 U.S.C. §§ 2101–2241.

Court may enter an order granting a request for relief without a hearing upon receipt of a certificate

of no objection ("CNO", as defined by the Case Management Procedures). *See* Case Management

Procedures, Section III, paragraph P.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Case Management

Procedures, the undersigned hereby certifies that this Notice is filed not less than forty-eight (48)

hours after the expiration of the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby certifies that counsel

for the Oversight Board has reviewed, not less than forty-eight (48) hours after expiration of the

Response Deadline, (*i*) the docket in the above-captioned case, (*ii*) mailings received by Kroll

Restructuring Associates, LLC ("Kroll"), (*iii*) mailings received by the Oversight Board, and (*iv*)

mailings received by counsel for the Official Committee of Unsecured Creditors of the

Commonwealth of Puerto Rico (the "UCC") and forwarded to counsel for the Oversight Board

(collectively, the "Responses") and, to the best of the undersigned's knowledge, no applicable

objection, responsive pleading, or request for a hearing with respect to the Four Hundred Forty-

Ninth Omnibus Objection has been submitted.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a proposed

order (the "Proposed Order") granting the relief requested in the Four Hundred Forty-Ninth

Omnibus Objection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Paragraph III.H of the Case

Management Procedures, "the presentment of a proposed order for administrative relief must be

filed and served at least seven (7) calendar days before the presentment date, and Objections

thereto must be filed and served at least one (1) calendar day before the presentment date," and

accordingly, unless a written objection to the Proposed Order is filed with the Court **by 4:00 p.m.**

3

**(Atlantic Time) on May 26, 2022**, the relief requested in the Four Hundred Forty-Ninth Omnibus

Objection shall be deemed unopposed, and the Proposed Order may be entered without a further

hearing.

    **PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Title

III cases are available (a) free of charge by visiting https://cases.ra.kroll.com/puertorico or by

calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject

to the procedures and fees set forth therein.


 Dated: May 19, 2022
        San Juan, Puerto Rico

Respectfully submitted,

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla García-Benítez
USDC No. 203708
Gabriel A. Miranda
USDC No. 306704
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Ehud Barak (*pro hac vice*)
Paul V. Possinger (*Pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial
Oversight and Management Board for
Puerto Rico, as representative of the
Puerto Rico Electric Power Authority*