Case:17-03283-LTS Doc#:20921-1 Filed:05/19/22 Entered:05/19/22 23:37:45 Desc: Exhibit A Page 1 of 7

## Exhibit A

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to PREPA.** |

### ORDER GRANTING FOUR HUNDRED FORTY-NINTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO OVERSTATED CLAIMS

Upon the *Four Hundred Forty-Ninth Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Overstated Claims* [ECF No. 20505] (the "Four Hundred Forty-Ninth Omnibus Objection"),[2] filed by the Puerto Rico Electric Power Authority ("PREPA"), dated April 1, 2022, for entry of an order modifying certain claims filed against PREPA on the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Forty-Ninth Omnibus Objection.

basis that these claims are partially satisfied and that PREPA has no liability for the remaining portions of the claims, as more fully set forth in the Four Hundred Forty-Ninth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Four Hundred Forty-Ninth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Four Hundred Forty-Ninth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the claims identified in the column titled "Claims to be Reduced" in Exhibit A to the Four Hundred Forty-Ninth Omnibus Objection (collectively, the "Claims to Be Reduced") asserting an overstated amount, as set forth in Exhibit A hereto; and the Court having determined that the relief sought in the Four Hundred Forty-Ninth Omnibus Objection is in the best interest of PREPA and its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Four Hundred Forty-Ninth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Four Hundred Forty-Ninth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Reduced are hereby reduced, such that the Claims to Be Reduced shall now only be considered claims in a reduced amount, as set forth in the column titled "Modified Claim" in Exhibit A to the Four Hundred Forty-Ninth Omnibus Objection, respectively; and it is further

ORDERED that the Debtors' right to object to the Claims to Be Reduced is reserved; and it is further

ORDERED that Kroll is authorized and directed to correct the Claims to Be Reduced to reflect the reduced amount on the official claims register in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 20505 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Forty-Ninth Omnibus Objection**

FOUR HUNDRED FORTY NINTH OMNIBUS OBJECTION

Exhibit A – Claims to Be Reduced

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | J.A.J., A MINOR CHILD (JANET JIMÉNEZ RIVERA, PARENT, CALLE BETANIN #95, SAINT JUST, TRUJILLO ALTO, PR 00076) C/O MIGUEL M. CANCIO ARCELAY PO BOX 8414 SAN JUAN, PR 00910 | 14124 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $400,000.00* | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $75,000.00 |
| | Reason: Claimant is a party to a settlement agreement whereby the claimant was awarded $75,000. | | | | | | | |
| 2 | J.G.R., A MINOR CHILD (WALESKA RODRIGUEZ & JOSE L. GUZMÁN, PARENTS; URB. ALTURAS DE ARENAS, CALLE 2 #9, CIDRA, PR 00739) C/O MIGUEL M. CANCIO ARCELAY PO BOX 8414 SAN JUAN, PR 00910 | 14805 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $450,000.00 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $52,500.00 |
| | Reason: Claimant is a party to a settlement agreement whereby the claimant was awarded $52,500. | | | | | | | |
| 3 | J.L.Z., A MINOR CHILD (EVELYN TORRES SEGUI, PARENT; CALLE JAZMÍN F-21, URB. JARDINES II, CAYEY, PR-00736) LCDO. MIGUEL M. CANCIO ARCELAY PO BOX 8414 SAN JUAN, PR 00910 | 11956 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $80,000.00* | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $15,000.00 |
| | Reason: Claimant is a party to a settlement agreement whereby the claimant was awarded $15,000. | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

## FOUR HUNDRED FORTY NINTH OMNIBUS OBJECTION

### Exhibit A – Claims to Be Reduced

| | NAME | CLAIM # | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 4 | JOM SECURITY SERVICES, INC.<br>PO BOX 8414<br>GUAYAMA, PR  00785 | 28762 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $889,919.65 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $153,128.65 |
| | Reason: Claimant responded to a request for additional information which indicated that the claim is now $153,129. | | | | | | | |
| 5 | OQUENDO RIVERA, MARIA<br>2081 CALLE HERALES<br>URB. APOLO<br>GUAYNABO, PR  00969 | 25568 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $500,000.00* | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $28,000.00 |
| | Reason: Claimant is a party to a settlement agreement whereby the claimant was awarded $28,000. | | | | | | | |
| 6 | RIVERA ZAYAS, ORLANDO<br>LCDO. MIGUEL M. CANCIO ARCELAY<br>PO BOX 8414<br>SAN JUAN, PR  00910 | 15731 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $80,000.00* | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $6,700.00 |
| | Reason: Claimant is a party to a settlement agreement whereby the claimant was awarded $6,700. | | | | | | | |
| 7 | SANCHEZ GOMEZ, MARIA  C<br>APT 9M<br>COND GRANADA PARK<br>GUAYNABO, PR  00969 | 152039 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $35,000.00 | PUERTO RICO ELECTRIC POWER AUTHORITY | Unsecured | $30,000.00 |
| | Reason: Claimant is a party to a settlement agreement whereby the claimant was awarded $30,000. | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.