UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **In re:** | : | **PROMESA** |
| | : | **Title III** |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO.** as representative of **THE COMMONWEALTH OF PUERTO RICO et al.,** **Debtors[1].** | : : : | **Case No. 17-3283 (LTS)** **(Jointly Administered)** |

_____

**INTERNATIONAL SURVEILLANCE SERVICES CORPORATION'S MOTION TO JOIN RESPONSE TO NOTICE REGARDING AVOIDANCE ACTIONS TRUSTEE'S OMNIBUS MOTION REQUESTING ENTRY OF LITIGATION CASE MANAGEMENT PROCEDURES**

**TO THE HONORABLE COURT:**

**COMES NOW INTERNATIONAL SURVEILLANCE SERVICES CORPORATION, ("ISSC"),** Defendant herein, through the undersigned counsel and respectfully states and prays as follows:

On May 18, 2022, the Honorable Court conducted a hearing to entertain several matters including the Avoidance Actions Trustee's Motion to establish litigation case management

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA")(Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

procedures[2]. During the hearing the Honorable Court entertain the arguments of different parties that previously filed limited objections to those proposed procedures.

On even date the Honorable Court filed a revised and a redlined version of the Avoidance Action Procedures. **See Documents numbers 20866-1 & 20866-2**. The Court granted the pertinent parties until May 20, 2022, to file a Response to the above-mentioned revised Avoidance Action Procedures, ("the Notice").

On May 20, 2022, Evertec Group, LLC. ("Evertec"), defendant in Adversary Case No. 19-00044-LTS, and a party-in-interest under 11 U.S.C. § 1109(b), filed a response to the Notice. **See Document 20930**. On May 20, 2022, Bristol-Myers Squibb P.R., Inc. ("BMS"), defendant in Adversary Case No. 19-00042-LTS, and a party-in-interest under 11 U.S.C. § 1109(b), also filed a response to the Notice. **See Document 20931**.

In their respective responses, basically, Evertec and BMS requested to this Honorable to (i) modify the mediation provisions in the Proposed Revised Procedures to set reasonable limits on the duration of the mediation and on the mediator's fees in compliance with the First Circuit's decision in Atl. Pipe, 304 F.3d at 147-148; or (ii), in the alternative, modify part V(ii) of the Proposed Revised Procedures to allow parties in the Avoidance Actions to voluntary opt-out from mediation by filing a notice with the Court before the initial mediation session is set to begin, and that such party will be automatically exempted from mediation upon the filing of the notice

---

[2] See Dkt. No. 20665 in case 17-3283 (LTS) & Dkt. No.42 in Adversary Proceeding No. 19-00202.

2

without the need of any Court order or action. Due to Evertec and BMS' factual and legal arguments and in order not to be repetitive, ISSC joins in all its parts Evertec and BMS' response to the above-mentioned Notice.

**WHEREFORE**, ISSC, very respectfully requests to grant this motion as a Joinder to Documents 20-930 & 20-931.

RESPECTFULLY SUBMITTED.

San Juan, Puerto Rico, this 20th day of May 2022.

I HEREBY CERTIFY that the foregoing motion was filed with the clerk of the US Bankruptcy Court for the District of Puerto Rico electronically using the CM/ECF system, which automatically serves notification of the filing to all parties in interest.

**/s/ Nelson Robles Díaz**
**NELSON ROBLES-DIAZ LAW OFFICES, P.S.C.**
**SDCPR NO. 204410**
*Counsel for Defendant International Surveillance Services Corporation*
**P. O. Box 192302**
**San Juan, Puerto Rico 00919-2302**
**Tel.: (787) 294-9518**
**Fax: (787) 294-9519**
**E-mail: nroblesdiaz@gmail.com**