# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF THE MOTION OF FIR TREE CAPITAL MANAGEMENT, LP FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

To the Honorable United States District Judge Laura Taylor Swain:

Fir Tree Capital Management, LP, on behalf of itself and funds for which it serves as investment manager or advisor (collectively, "**Fir Tree**"), by and through the undersigned counsel, hereby withdraws the *Motion of Fir Tree Capital Management, LP for Allowance and Payment of Administrative Expense Claim* [ECF No. 16331] with prejudice.

---

[1] The Debtors in these Title III cases (the "**Title III Cases**"), along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "**Commonwealth**") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (the "**COFINA**") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (the "**HTA**") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (the "**ERS**") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (the "**PREPA**") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (VI) Puerto Rico Public Buildings Authority (the "**PBA**") (Bankruptcy Case No. 19 BK 5523-LTS (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

|  |  |
|---|---|
| Dated: May 23, 2022 | Respectfully submitted,<br><br> */s/* **_Javier Vilariño_**<br>JAVIER VILARIÑO<br>USDC NO. 223503<br>E-mail: jvilarino@vilarinolaw.com<br><br>**VILARIÑO & ASSOCIATES, LLC**<br>PO BOX 9022515<br>San Juan, Puerto Rico 00902-2515<br>Tel: (787) 565-9894<br><br>-and-<br><br>Andrew Behlmann<br>**LOWENSTEIN SANDLER LLP**<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Telephone: 973-597-2500<br>Facsimile: 973-597-2400<br><br>*Attorneys for Fir Tree Capital Management, LP* |