# United States Court of Appeals
## For the First Circuit

No. 22-1080

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

Debtors,

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

Debtors - Appellees,

v.

FEDERACION DE MAESTROS DE PUERTO RICO, INC.; GRUPO MAGISTERIAL EDUCADORES(AS) POR LA DEMOCRACIA, UNIDAD, CAMBIO, MILITANCIA Y ORGANIZACION SINDICAL, INC.; UNION NACIONAL DE EDUCADORES Y TRABAJADORES DE LA EDUCACION, INC.,

Objectors - Appellants,

PFZ PROPERTIES, INC.; OSCAR ADOLFO MANDRY APARICIO; MARIA DEL CARMEN AMALIA MANDRY LLOMBART; SELMA VERONICA MANDRY

LLOMBART; MARIA DEL CARMEN LLOMBART BAS; OSCAR ADOLFO MANDRY
BONILLA; GUSTAVO ALEJANDRO MANDRY BONILLA; YVELISE HELENA
FINGERHUT MANDRY; MARGARET ANN FINGERHUT MANDRY; VICTOR ROBERT
FINGERHUT MANDRY; JUAN CARLOS ESTEVA FINGERHUT; PEDRO MIGUEL
ESTEVA FINGERHUT; MARIANO JAVIER MCCONNIE FINGERHUT; JANICE MARIE
MCCONNIE FINGERHUT; VICTOR MICHAEL FINGERHUT COCHRAN; MICHELLE
ELAINE FINGERHUT COCHRAN; ROSA ESTELA MERCADO GUZMAN; EDUARDO
JOSE MANDRY MERCADO; SALVADOR RAFAEL MANDRY MERCADO;
MARGARITA ROSA MANDRY MERCADO; ADRIAN ROBERTO MANDRY MERCADO;
VICENTE PEREZ ACEVEDO; CORPORACION MARCARIBE INVESTMENT; ANTONIO
MARTIN CERVERA; MARIA TERESITA MARTIN; WANDA ORTIZ SANTIAGO;
NANCY I. NEGRON-LOPEZ; DEMETRIO AMADOR INC.; DEMETRIO AMADOR
ROBERTS; SUIZA DAIRY CORP.; MARUZ REAL ESTATE CORP.; GROUP WAGE
CREDITORS; YASHEI ROSARIO; ANA A. NUNEZ VELAZQUEZ; EDGARDO MARQUEZ
LIZARDI; MARIA M. ORTIZ MORALES; ARTHUR SAMODOVITZ; MIGUEL LUNA DE
JESUS; ISMAEL L. PURCELL SOLER; ALYS COLLAZO BOUGEOIS; MILDRED
BATISTA DE LEON; JAVIER ALEJANDRINO OSORIO; SERVICE EMPLOYEES
INTERNATIONAL UNION (SEIU); INTERNATIONAL UNION, UNITED AUTOMOBILE,
AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA; MAPFRE
PRAICO INSURANCE COMPANY; CERTAIN CREDITORS WHO FILED ACTIONS IN
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO; MED
CENTRO, INC., f/k/a Consejo de Salud de la Comunidad de la Playa de Ponce, Inc.;
ASOCIACION DE JUBILADOS DE LA JUDICATURA DE PUERTO RICO; HON. HECTOR
URGELL CUEBAS; COOPERATIVA DE AHORRO Y CREDITO VEGABAJENA; LORTU-
TA LTD., INC.; LA CUARTEROLA, INC.; JUAZA, INC.; CONJUGAL PARTNERSHIP
ZALDUONDO-MACHICOTE; FRANK E. TORRES RODRIGUEZ; EVA TORRES
RODRIGUEZ; FINCA MATILDE, INC.; UNIVERSITY OF PUERTO RICO RETIREMENT
SYSTEM TRUST; PETER C. HEIN; MIRIAM E. LIMA COLON; BETZAIDA FELICIANO
CONCEPCION; ANGEL L. MENDEZ GONZALEZ; ASOCIACION DE MAESTROS
PUERTO RICO; ASOCIACION DE MAESTROS DE PUERTO RICO-LOCAL SINDICAL;
MORGAN STANLEY & CO. LLC; GOLDMAN SACHS & CO. LLC; J.P. MORGAN
SECURITIES LLC; SANTANDER SECURITIES LLC; SIDLEY AUSTIN LLP; BMO
CAPITAL MARKETS GKST, INC.; CITIGROUP GLOBAL MARKETS INC.; SAMUEL A.
RAMIREZ & CO., INC.; MESIROW FINANCIAL, INC.; MERRILL LYNCH, PIERCE,
FENNER & SMITH INC.; MERRILL LYNCH CAPITAL SERVICES, INC.; BARCLAYS
CAPITAL INC.; RBC CAPITAL MARKETS, LLC; RAYMOND JAMES & ASSOCIATES,
INC.; COMMUNITY HEALTH FOUNDATION OF P.R. INC.; QUEST DIAGNOSTICS OF
PUERTO RICO, INC.; U.S. BANK TRUST NATIONAL ASSOCIATION, as Trustee for the
PRPFC Outstanding Bonds and PRIFA Bonds, and Fiscal Agent for PRPBA Bonds; U.S.
BANK NATIONAL ASSOCIATION, as Trustee for the PRPFC Outstanding Bonds and PRIFA
Bonds, and Fiscal Agent for PRPBA Bonds; NILSA CANDELARIO; JORGE RAFAEL
EDUARDO COLLAZO QUINONES; EL OJO DE AGUA DEVELOPMENT, INC.; PEDRO
JOSE NAZARIO SERRANO; JOEL RIVERA MORALES; MARIA DE LOURDES GOMEZ
PEREZ; HECTOR CRUZ VILLANUEVA; LOURDES RODRIGUEZ; LUIS M. JORDAN
RIVERA; TACONIC CAPITAL ADVISORS LP; AURELIUS CAPITAL MANAGEMENT,
LP; CANYON CAPITAL ADVISORS LLC; FIRST BALLANTYNE LLC; MOORE

CAPITAL MANAGEMENT, LP; PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; HON. PEDRO R. PIERLUISI URRUTIA; UNITED STATES, on behalf of the Internal Revenue Service; ASOCIACION PUERTORRIQUENA DE LA JUDICATURA, INC.; COOPERATIVA DE AHORRO Y CREDITO ABRAHAM ROSA; COOPERATIVA DE AHORRO Y CREDITO DE CIALES; COOPERATIVA DE AHORRO Y CREDITO DE JUANA DIAZ; COOPERATIVA DE AHORRO Y CREDITO DE RINCON; COOPERATIVA DE AHORRO Y CREDITO DE VEGA ALTA; COOPERATIVA DE AHORRO Y CREDITO DR. MANUEL ZENO GANDIA; MARIA A. CLEMENTE ROSA; JOSE N. TIRADO GARCIA, as President of the United Firefighters Union of Puerto Rico,

Objectors-Appellees,

VAQUERIA TRES MONJITAS, INC.; BLACKROCK FINANCIAL MANAGEMENT, INC.; EMSO ASSET MANAGEMENT LIMITED; MASON CAPITAL MANAGEMENT, LLC; SILVER POINT CAPITAL, L.P.; VR ADVISORY SERVICES, LTD; AURELIUS CAPITAL MANAGEMENT, LP, on behalf of its managed entities; GOLDENTREE ASSET MANAGEMENT LP, on behalf of funds under management; WHITEBOX ADVISORS LLC, on behalf of funds under management; MONARCH ALTERNATIVE CAPITAL LP, on behalf of funds under management; TACONIC CAPITAL ADVISORS L.P., on behalf of funds under management; ARISTEIA CAPITAL, LLC, on behalf of funds under management; FARMSTEAD CAPITAL MANAGEMENT, LLC, on behalf of funds under management; FOUNDATION CREDIT, on behalf of funds under management; CANYON CAPITAL ADVISORS LLC, in its capacity as a member of the QTCB Noteholder Group; DAVIDSON KEMPNER CAPITAL MANAGEMENT LP, in its capacity as a member of the QTCB Noteholder Group; SCULPTOR CAPITAL LP, in its capacity as a member of the QTCB Noteholder Group; SCULPTOR CAPITAL II LP, in its capacity as a member of the QTCB Noteholder Group; AMBAC ASSURANCE CORPORATION; ANDALUSIAN GLOBAL DESIGNATED ACTIVITY COMPANY; CROWN MANAGED ACCOUNTS, for and on behalf of Crown/PW SP; LMA SPC, for and on behalf of Map 98 Segregated Portfolio; MASON CAPITAL MASTER FUND LP; OAKTREE-FORREST MULTI-STRATEGY, LLC (SERIES B); OAKTREE OPPORTUNITIES FUND IX, L.P.; OAKTREE OPPORTUNITIES FUND IX (PARALLEL), L.P.; OAKTREE OPPORTUNITIES FUND IX (PARALLEL 2), L.P.; OAKTREE HUNTINGTON INVESTMENT FUND II, L.P.; OAKTREE OPPORTUNITIES FUND X, L.P.; OAKTREE OPPORTUNITIES FUND X (PARALLEL), L.P.; OAKTREE OPPORTUNITIES FUND X (PARALLEL 2), L.P.; OAKTREE VALUE OPPORTUNITIES FUND HOLDINGS, L.P.; OCEANA MASTER FUND LTD.; OCHER ROSE, L.L.C.; PENTWATER MERGER ARBITRAGE MASTER FUND LTD.; PWCM MASTER FUND LTD.; REDWOOD MASTER FUND, LTD.; BANK OF NEW YORK MELLON; OFFICIAL COMMITTEE OF UNSECURED CREDITORS; ASSURED GUARANTY CORP.; ASSURED GUARANTY MUNICIPAL CORP.; OFFICIAL COMMITTEE OF RETIRED EMPLOYEES; NATIONAL PUBLIC FINANCE GUARANTEE CORP.; FINANCIAL GUARANTY INSURANCE COMPANY; AMERINATIONAL COMMUNITY SERVICES, LLC, as servicer for the GDB Debt Recovery Authority; CANTOR-KATZ COLLATERAL MONITOR LLC, as Collateral Monitor for GDB Debt Recovery Authority; ATLANTIC MEDICAL CENTER, INC.; CAMUY HEALTH SERVICES, INC.; CENTRO DE SALUD FAMILIAR DR. JULIO PALMIERI FERRI, INC.; CIALES

PRIMARY HEALTH CARE SERVICES, INC.; CORP. DE SERV. MEDICOS PRIMARIOS Y PREVENCION DE HATILLO, INC.; COSTA SALUD, INC.; CENTRO DE SALUD DE LARES, INC.; CENTRO DE SERVICIOS PRIMARIOS DE SALUD DE PATILLAS, INC.; HOSPITAL GENERAL CASTANER, INC.; GNMA & US GOVERNMENT TARGET MATURITY FUND FOR PUERTO RICO RESIDENTS, INC., f/k/a Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.; MORTGAGE-BACKED & US GOVERNMENT SECURITIES FUND FOR PUERTO RICO RESIDENTS, INC., f/k/a Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.; PUERTO RICO RESIDENTS BOND FUND I, f/k/a Puerto Rico Investors Bond Fund I; PUERTO RICO RESIDENTS TAX-FREE FUND, INC., f/k/a Puerto Rico Investors Tax-Free Fund, Inc.; PUERTO RICO RESIDENTS TAX-FREE FUND II, INC., f/k/a Puerto Rico Investors Tax-Free Fund II, Inc.; PUERTO RICO RESIDENTS TAX-FREE FUND III, INC., f/k/a Puerto Rico Investors Tax-Free Fund III, Inc.; PUERTO RICO RESIDENTS TAX-FREE FUND IV, INC., f/k/a Puerto Rico Investors Tax-Free Fund IV, Inc.; PUERTO RICO RESIDENTS TAX-FREE FUND V, INC., f/k/a Puerto Rico Investors Tax-Free Fund V, Inc.; PUERTO RICO RESIDENTS TAX-FREE FUND VI, INC., f/k/a Puerto Rico Investors Tax-Free Fund VI, Inc.; TAX-FREE FIXED INCOME FUND FOR PUERTO RICO RESIDENTS, INC., f/k/a Puerto Rico Fixed Income Fund, Inc.; TAX-FREE FIXED INCOME FUND II FOR PUERTO RICO RESIDENTS, INC., f/k/a Puerto Rico Fixed Income Fund II, Inc.; TAX-FREE FIXED INCOME FUND III FOR PUERTO RICO RESIDENTS, INC., f/k/a Puerto Rico Fixed Income Fund III, Inc.; TAX-FREE FIXED INCOME FUND IV FOR PUERTO RICO RESIDENTS, INC., f/k/a Puerto Rico Fixed Income Fund IV, Inc.; TAX-FREE FIXED INCOME FUND V FOR PUERTO RICO RESIDENTS, INC., f/k/a Puerto Rico Fixed Income Fund V, Inc.; TAX-FREE FIXED INCOME FUND VI FOR PUERTO RICO RESIDENTS, INC., f/k/a Puerto Rico Fixed Income Fund VI, Inc.; TAX FREE FUND FOR PUERTO RICO RESIDENTS, INC., f/k/a Tax-Free Puerto Rico Fund, Inc.; TAX FREE FUND II FOR PUERTO RICO RESIDENTS, INC., f/k/a Tax-Free Puerto Rico Fund II, Inc.; TAX-FREE HIGH GRADE PORTFOLIO BOND FUND FOR PUERTO RICO RESIDENTS, INC., f/k/a Puerto Rico AAA Portfolio Bond Fund, Inc.; TAX-FREE HIGH GRADE PORTFOLIO BOND FUND II FOR PUERTO RICO RESIDENTS, INC., f/k/a Puerto Rico AAA Portfolio Bond Fund II, Inc.; TAX-FREE HIGH GRADE PORTFOLIO TARGET MATURITY FUND FOR PUERTO RICO RESIDENTS, INC., f/k/a Puerto Rico AAA Portfolio Target Maturity Fund, Inc.; TAX FREE TARGET MATURITY FUND FOR PUERTO RICO RESIDENTS, INC., f/k/a Tax-Free Puerto Rico Target Maturity Fund, Inc.; UBS IRA SELECT GROWTH & INCOME PUERTO RICO FUND; SERVICIOS INTEGRALES EN LA MONTANA (SIM),

Creditors - Appellees,

UNITED STATES,

Respondent - Appellee.

---

**MANDATE**

Entered: May 20, 2022

In accordance with the judgment of April 26, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Roberto Abesada-Aguet
Fernando Agrait
Enrique M. Almeida-Bernal
Julia D. Alonzo
Peter J. Amend
Ginger D. Anders
Jose A. Andreu-Fuentes
Sylvia M. Arizmendi-Lopez de Victoria
Nicole Marie Bacon
James E. Bailey III
Ehud Barak
Jose Luis Barrios
Nicholas A. Bassett
Mildred Batista de Leon
Hermann D. Bauer-Alvarez
Anne E. Beaumont
Antonio Juan Bennazar-Zequeira
Bruce Bennett
Ward W. Benson
Robert Berezin
Martin J. Bienenstock
James R. Bliss
Bradley R. Bobroff
Georg Alexander Bongartz
Brian Boynton
Guy Brenner
Charles A. Brown
Heriberto J. Burgos-Perez
Ricardo Burgos-Vargas
Wandymar Burgos-Vargas
Carolina V. Cabrera-Bou
Iris Jannette Cabrera-Gomez
Roberto A. Camara-Fuertes
Nilsa Candelario
Eduardo Juan Capdevila-Diaz

Gerardo A. Carlo-Altieri
David Carrion Baralt
Ricardo F. Casellas-Sanchez
Juan J. Casillas-Ayala
Alejandro Jose Cepeda-Diaz
Antonio Martin Cervera
Lucia Chapman
Maria A. Clemente Rosa
Julie E. Cohen
Jessica Cole
Sonia E. Colon-Colon
Valerie Concepcion-Cintron
Carmen D. Conde Torres
Ramon Coto-Ojeda
Albeniz Couret-Fuentes
Sergio E. Criado-Mangual
John K. Cunningham
Charles A. Cuprill-Hernandez
Thomas J. Curtin
Margaret Antinori Dale
William D. Dalsen
Ramon Enrique Dapena
Stacy Dasaro
Peter D. DeChiara
Francisco Del Castillo-Orozco
Russell Del Toro-Sosa Jr.
Luis Francisco Del-Valle-Emmanuelli
Luc A. Despins
Maria Jennifer DiConza
Nicole A. DiSalvo
Kelly Diblasi
Brian M. Dick-Biascoechea
Peter D. Doyle
Dennis F. Dunne
Adele M. El-Khouri
David Elbaum
Mark C. Ellenberg
Rolando Emmanuelli-Jimenez
Rafael Escalera
Joshua A. Esses
Brett Fallon
Chantel L. Febus
Ubaldo M. Fernandez
Alfredo Fernandez-Martinez
Carlos Fernandez-Nadal
Cristina B. Fernandez-Niggerman

Enrique G. Figueroa-Llinas
Maria Mercedes Figueroa-Morgade
Michael A. Firestein
Douglas H. Flaum
Carl Forbes Jr.
Theresa A. Foudy
Peter M. Friedman
Alexis Fuentes-Hernandez
Isabel M. Fullana-Fraticelli
Carla Garcia-Benitez
Arturo J. Garcia-Sola
Sarah M. Gilbert
Noah Gillespie
Chad Golder
Ivonne Gonzalez-Morales
Rafael Antonio Gonzalez-Valiente
Robert D. Gordon
Jesse L. Green
Michael R. Hackett
Marie B. Hahn
Adam Harris
Mark David Harris
Ruth A. Harvey
Howard Robert Hawkins Jr.
Peter C. Hein
Jim Heiser
Stephan E. Hornung
David A. Hubbert
John Joseph Hughes III
Lena H. Hughes
David C. Indiano-Vicic
Taleah E. Jennings
Matthew Steven Johnshoy
Brad M. Kahn
Eric Kay
Leo Kayser III
Robin E. Keller
Susheel Kirpalani
Andrew R. Kissner
Elisa M.C. Klein
Douglas Koff
Lucas Kowalczyk
Glenn Kurtz
Adam Michael Langley
Lawrence A. Larose
Alicia Irene Lavergne-Ramirez

David L. Lawton
Monsita Lecaroz-Arribas
Gary S. Lee
Richard B. Levin
Jeffrey W. Levitan
Ivan Llado-Rodriguez
Paul J. Lockwood
Miguel Luna de Jesus
Michael Luskin
Grant R. Mainland
Roger A. Maldonado
Jaclyn C. Marasco
Wendy G. Marcari
Luis C. Marini-Biaggi
Juan A. Marques-Diaz
Edgardo Marquez Lizardi
Maria Teresita Martin
Hector M. Mayol Kauffmann
Kurt A. Mayr II
Aaron G. McCollough
Jessica Esther Mendez-Colberg
Enrique Jose Mendoza-Mendez
Rachel G. Miller Ziegler
Atara Miller
Douglas S. Mintz
Michel Mir-Martinez
Gabriel A Miranda-Rivera
Gabriel Morgan
Matthew J. Morris
Joseph L. Motto
John E. Mudd
William Stephen Muldrow
Timothy W. Mungovan
Mariana Muniz-Lara
William J. Natbony
Nilda M. Navarro-Cabrer
Nancy I. Negron-Lopez
Joanna F. Newdeck
James A. Newton
Juan Carlos Nieves-Gonzalez
Ana A. Nunez Velazquez
Jonathan Ohring
Luis A. Oliver-Fraticelli
Maria M. Ortiz Morales
Wanda Ortiz-Santiago
Javier Alejandrino Osorio

Joseph R. Palmore
Matthew E. Papez
James M. Peck
Susana I. Penagaricano Brown
Carmenelisa Perez-Kudzma
Eric Perez-Ochoa
Kevin J. Perra
Maria Emilia Pico
Andres F. Pico-Ramirez
Jonathan D. Polkes
Paul V. Possinger
Ismael L. Purcell-Soler
Carlos A. Quilichini
Michael J. Quinn
Roberto C. Quinones-Rivera
Michael S. Raab
Landon Raiford
Jose Luis Ramirez-Coll
Juan Carlos Ramirez-Ortiz
Sergio A. Ramirez-de-Arellano
John J. Rapisardi
Lary Alan Rappaport
Stephen L. Ratner
Jose A. Rey-Diaz
Alberto Rivera Ramos
Jose Ramon Rivera-Morales
Carlos R. Rivera-Ortiz
Jared S. Roach
John E. Roberts
Nelson Robles Diaz
Nelson Robles-Diaz
Jennifer L. Roche
Miguel J. Rodriguez-Marxuach
Melissa M. Root
Yashei Rosario
Brian S. Rosen
Andrew N. Rosenberg
Benjamin Rosenblum
Angel E. Rotger-Sabat
Tiffany Rowe
Zachary Russell
Scott Rutsky
Luis Noel Saldana-Roman
Daniel A. Salinas-Serrano
Arthur Samodovitz
Jose Carlos Sanchez-Castro

Jose A. Sanchez-Girona
Jordan Sazant
Eric Seiler
Richard M. Seltzer
Casey J. Servais
Michael Shih
David K. Shim
Gregory Silbert
Ronald Joseph Silverman
Miguel Simonet Sierra
Luke A. Sizemore
Cheryl T. Sloane
Martin A. Sosland
E. Andrew Southerling
Laura E. Stafford
Mark Stancil
Catherine Steege
Howard S. Steel
Gary Stein
Robert M. Stern
Danielle E. Tepper
Chris Theodoridis
Jose N. Tirado-Garcia
Cynthia Torres
Josue N. Torres-Crespo
Isabel Torres-Sastre
Matthew J. Troy
Eric A. Tulla
Luisa Sussette Valle-Castro
Pieter H.B. Van Tol III
Donald B. Verrilli Jr.
Harold D. Vicente-Colon
Harold D. Vicente-Gonzalez
Abbey Walsh
Carl Wedoff
Steven O. Weise
Peter Sabin Willett
John K. Youngwood
Jared D. Zajac
Jason Zakia
Karen R. Zeituni
Daniel L. Zelenko
Maja Zerjal
Nayuan Zouairabani-Trinidad