# EXHIBIT 1
## TITLE III STAY MODIFICATIONS AGREED TO BY THE DEBTORS
## FROM MARCH 16, 2022 THROUGH MAY 13, 2022

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| 1. | *Autoridad de Carreteras y Transportación de Puerto Rico v. Rosado*, <br><br> Case No. K EF2016-0011 (1002) <br><br> Puerto Rico Court of First Instance <br><br> Eminent Domain | Aurora Colón Rosado | HTA | The Title III Stay is hereby further modified solely to the limited extent necessary to allow the withdrawal of amounts consigned by HTA to the Prepetition Court in the Prepetition Action by the rightful person or entity entitled to such withdrawal as determined by the Prepetition Court or any other court with jurisdiction; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment for money damages and provisional remedies against HTA or any other Title III debtor, and any requirement for HTA to supplement the deposit consigned in the Prepetition Action. | April 28, 2022 |
| 2. | *Vázquez Velázquez et al. v. Puerto Rico Highway and Transportation Authority, et al.*, <br><br> Case No. 21-1739 <br><br> U.S. Court of Appeals for the First Circuit <br><br> (Case below: 15-1727 (D.P.R.)) <br><br> Employment Action | Plaintiffs, including Janet Vázquez Velázquez | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Appeal to proceed to judgment before the First Circuit; provided, however, the Title III Stay shall continue to apply in all other respects to the Appeal and the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III debtor. | April 27, 2022 |