# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## Transmittal of Abbreviated Record to the Court of Appeals

**DATE:** May 24, 2022

BK Case: 17-bk-3283-LTS
Related USCA Case: 21-1739
Related DPR Case: 15-1727

**CASE CAPTION:** In re: THE COMMONWEALTH OF PUERTO RICO.

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD:**

**DOCUMENTS:**

**Docket Entry 20772**: Debtors' Twenty-Seventh Omnibus Motion for Approval of Modifications to the Automatic Stay.

**Docket Entry 20949:** Twenty-Seventh Omnibus Order Granting Relief from the Automatic Stay.

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated supplemental record on appeal in the case.

Maria Antongiorgi-Jordan, Esq.
Clerk of the Court

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk

.