# ATTACHMENT 2

**Schedule of Claims Subject to the Three Hundred Ninety-Seventh Omnibus Objection**

# Exhibit A

**Schedule of Non-Bond Claims Subject to Three Hundred Ninety-Seventh Omnibus Objection**

## Three Hundred and Ninety-Seventh Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AFANADOR DEJESUS, AIDA<br>HC-6 BOX 12220<br>SAN SEBASTIAN, PR 00685 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 140564 | Undetermined* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 2 | ALVAREZ ROSARIO, FRANCISCO E.<br>VILLA CLEMENTINA, F17 CALLE NUEVA<br>GUAYNABO, PR 00969-5012 | 9/8/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179569 | $ 6,916.83 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 3 | ALVAREZ SANGIAGO, ELSIE SOCORRO<br>HC 2 BOX 2260<br>CABO ROJO, PR 00624-9274 | 9/7/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179567 | $ 30,000.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 4 | ANDINO AYALA, GLORIA<br>VILLAS DE LOIZA<br>LL45 CALLE 39<br>CANOVANAS, PR 00729-4138 | 8/22/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179533 | Undetermined* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 5 | ANDINO LANDRAU, MARITZA<br>AVE. PONTEZUELA X1159<br>URB. VISTAMAR<br>CAROLINA, PR 00983 | 10/1/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179622 | Undetermined* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 6 | BERDECIA RODRIGUEZ, PASTOR<br>PUNTO ORO<br>4497 LA REDONDELA<br>PONCE, PR 00728 | 9/28/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179615 | $ 200,000.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 7 | CAMPOS DIAZ, YESENIA<br>7810 SILVERTREE TRAIL APT 103<br>ORLANDO, FL 32822 | 9/23/2021 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 179611 | Undetermined* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |

## Three Hundred and Ninety-Seventh Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | CINTRON NORIEGA, NELSON R<br>CALLE 39 UU-1 BOX 144 STA. JUANITA<br>BAYAMON, PR 00907 | 8/27/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179542 | $ 100,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | COLON OTERO, MYRNA L<br>#9 URB. RAMOS ANTONINI<br>CIDRA, PR 00739 | 9/13/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179583 | $ 75,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | COLON OTERO, MYRNA L.<br>NUM 9 CALLE A URB. RAMOS ANTONINI<br>CIDRA, PR 00739 | 9/13/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179587 | $ 75,000.00* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | COLON OTERO, MYRNA L.<br>#9 CALLE A URB BAMOS ANTONINI<br>CIDRA, PR 00739 | 9/13/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179586 | $ 75,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | COLON OTERO, MYRNA L.<br>9 URB. RAMOS ANTONINI<br>CIDRA, PR 00739 | 9/13/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179582 | $ 75,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | COLON OTERO, MYRNA L.<br>NUM. 9 CALLE A URB. RAMOS ANTONINI<br>CIDRA, PR 00739 | 9/13/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179585 | $ 75,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | COLON OTERO, MYRNA L.<br>9 CALLE A URB RAMOS ANTONINI<br>CIDRA, PR 00739 | 9/13/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179578 | $ 75,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | COLON, MARTA F<br>1567 NEW GARDEN RD APT 2 E<br>GREENSBORO, NC 27410 | 8/31/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179555 | $ 60,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

## Three Hundred and Ninety-Seventh Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | CRESPO GARCIA, NELSON JOSE<br>URB - LAGO ALTO<br>E-65 CALLE GUAYABAL<br>TRUJILLO ALTO, PR 00976 | 9/13/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179572 | $ 40,981.11 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | CRUZ, CESAR DIAZ<br>URB ALBOLEDA<br>46<br>CALLE ALELI CASA H-121<br>HUMACAO, PR 00791-2006 | 9/22/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179603 | Undetermined* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | DE LEON SANCHEZ, GLORIA<br>HC-11 BOX 12433<br>HUMACAO, PR 00791 | 9/24/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179612 | Undetermined* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | DEL VALLE-RODRIGUEZ, RAFAEL<br>P.O. BOX 431<br>AGUAS BUENAS, PR 00703 | 9/2/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179559 | $ 60,000.00* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | DEVELOPMENT AND CONSTRUCTION LAW GROUP, LLC<br>PMB 443, SUITE 112<br>100 GRAND PASEOS BLVD.<br>SAN JUAN, PR 00926-5902 | 7/12/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179462 | $ 480,010.18 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | ETHICON, LLC<br>MCCONNELL VALDES LLC<br>C/O NAYUAN ZOUAIRABANI<br>PO BOX 364225<br>SAN JUAN, PR 00936 | 9/20/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179599 | $ 439,478.83 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

## Three Hundred and Ninety-Seventh Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | ETHICON, LLC<br>MCCONNELL VALDÉS LLC<br>C/O NAYUAN ZOUAIRABANI<br>PO BOX 364225<br>SAN JUAN, PR 00936 | 9/20/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179596 | $ 439,478.83 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | FELICIANO SANOGUEL, NORBERTO<br>BO. LA LUNA CALLE 7 ESPINOSA #454<br>GUANICA, PR 00653 | 8/24/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179537 | Undetermined* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | FELICIANO, JOSE ANTONIO<br>20 CEIBA PARCELAS MARQUEZ<br>MANATI, PR 00674 | 8/26/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179552 | $ 7,800.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | FELICIANO, JOSE ANTONIO<br>20 CEIBA PARCELAS MARQUEZ<br>MANATI, PR 00674 | 8/30/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179551 | $ 7,800.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | FELICIANO, JOSE ANTONIO<br>20 CEIBA PARCELAS MARQUEZ<br>MANATI, PR 00674 | 9/11/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179598 | $ 4,800.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | FERRER PARRILLA, ROSA I<br>URB. VILLA DE LOIZA RR 1<br>CANOVANAS, PR 00729 | 8/28/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179546 | $ 40,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | FERRER PARRILLA, ROSA I<br>URB. VILLAS DE LOIZA CALLE 29 RR 1<br>CANOVANAS, PR 00729 | 8/28/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179545 | $ 40,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

## Three Hundred and Ninety-Seventh Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | GARCIA LEIAZ, ANA S.<br>R.R # 36 BOX 7779<br>SAN JUAN, PR 00926-9123 | 9/15/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179588 | $ 20,800.00* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | GONZALEZ FIGUEROA, ROSALINA<br>PMB 122/ PO Box 1999<br>Barranquitas, PR 00794 | 11/27/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 178353 | $ 40,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | HERNANDEZ ESTEVEZ, GUDELIA<br>PO Box 402<br>ANASCO, PR 00610 | 3/10/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 178323 | Undetermined* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | MARTINEZ LOPEZ, NELSIE<br>PO Box 655<br>GUAYNABO, PR 00970 | 3/20/2020 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 173733 | $ 51,120.36 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | MELENDE MIRANDA, NELSON<br>1430 CARINA ST.<br>ALAMO, TX 78516 | 8/24/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179535 | $ 30,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | MELENDEZ FIGUEROA, WANDA I<br>SANTILLANA DEL MAR EDFICIO 26 APRT A<br>LOIZA, PR 00772 | 8/28/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179544 | $ 20,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | MELENDEZ VAZQUEZ, AUREA<br>BO ALGARROBO<br>3954 CARR 2<br>VEGA BAJA, PR 00693-4266 | 8/20/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179534 | Undetermined* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Ninety-Seventh Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 36 | MIRANDA SANCHEZ, MARIANITA<br>SABANA GARDENS<br>4-17 CALLE 9<br>CAROLINA, PR 00983 | 8/12/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179522 | Undetermined* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | MOJICA GONZALEZ, MAGDA IRIS<br>CALLE 28 AC7 INTERAMERICANA<br>TRUJILLO ALTO, PR 00976 | 9/2/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179563 | $ 48,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | MOJICA GONZALEZ, MAGDA IRIS<br>CALLE 28 AC7 INTERAMERICANA<br>TRUJILLO ALTO, PR 00976 | 9/2/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179564 | $ 48,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 | MOLINA, JESUS MA. ALVARADO<br>B-7 BO. PLAYA<br>SALINAS, PR 00751 | 8/19/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179549 | Undetermined* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | MONTAÑEZ FONTANEZ, BENITA<br>21 COM LAS 500 TAS DIAMANTE<br>ARROYO, PR 00714 | 8/23/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179541 | $ 25,400.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | MONTERO FERRER, ILEANNETT M.<br>URB. VILLAS DE LOIZA CALLE 29 RR 1<br>CANOVANAS, PR 00729 | 8/28/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179547 | $ 10,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | MONTERO FERRER, ILEANNETT M.<br>URB. VILLAS DE LOIZA CALLE 29 RR 1<br>CANOVANAS, PR 00279 | 8/28/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179548 | $ 10,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | MORALES, VICTORIO<br>HC 3 BOX 11976<br>YABUCOA, PR 00767-9760 | 9/29/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179616 | Undetermined* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

## Three Hundred and Ninety-Seventh Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 44 | MULERO VARGAS, JAZMIN<br>SANTILLANA DEL MAR EDIFICIO 26<br>APARTAMENTO A<br>LOIZA, PR 00772 | 8/28/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179543 | $ 20,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | MUNIZ, YOLANDA<br>182 GARDEN WOOD DR.<br>PONTE VEDRA, FL 32081 | 9/8/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179568 | $ 4,200.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | NAVARRO CASTRO, ZILKA M.<br>COND PARK VIEW TERRACE<br>EDIF 5 APTO 504<br>CANOVANAS, PR 00729 | 9/8/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179570 | $ 26,319.17 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | NIEVES HERNANDEZ, VIRGINIA<br>EXT. O'NEILL<br>209 CALLE 1<br>MANATI, PR 00674-6162 | 8/30/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179556 | $ 4,800.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | NIEVES HERNANDEZ, VIRGINIO<br>EXT O'NEILL<br>209 CALLE 1<br>MANATI, PR 00674-6162 | 8/25/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179553 | $ 4,800.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | NIEVES HERNANDEZ, VIRGINIO<br>209 CALLE 1<br>EXT ONEILL<br>MANATI, PR 00674-6162 | 9/11/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179595 | $ 4,800.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | NIEVES ROSADO, ANGEL<br>PO BOX 1697<br>CANOVANAS, PR 00729 | 9/3/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179558 | $ 999,999,999.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

## Three Hundred and Ninety-Seventh Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 51 | NORMA IRIS RAMOS MOJICA<br>RR 18 BOX 1390 RMB 104<br>SAN JUAN, PR 00926-9821 | 9/1/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179561 | $ 48,000.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 52 | ORTIZ CRUZ, BENIGNA<br>PO BOX 34<br>LOIZA, PR 00772-0034 | 8/31/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179554 | Undetermined* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 53 | ORTIZ GARCIA, MARCIAL<br>J16 CALLE 6<br>PATILLAS, PR 00723 | 9/13/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179576 | $ 80,000.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 54 | ORTIZ RAMOS, JOSE RAMON<br>APARTADO 623<br>YABUCOA, PR 00767 | 8/20/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179532 | Undetermined* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 55 | PARRILLA SERRANO, CELIA I<br>HC-03 BOX 12285<br>CAROLINA, PR 00987 | 9/25/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179614 | Undetermined* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 56 | RAMON DEL HOYO, NITZA I.<br>RR 6 Box Colinas del Sol<br>Toa Alta, PR 00953 | 11/27/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 178372 | $ 25,000.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 57 | RAMON, PABLO RAMON<br>HC-01, Box. 9468<br>San Juan, PR 00936 | 1/8/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 177961 | $ 19,200.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 58 | RAMOS RIVERA, MARICELIS<br>URB BRISAS DE CANOVANAS<br>15 CALLE ZORZAL<br>CANOVANAS, PR 00729 | 8/24/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179538 | $ 40,000.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |

## Three Hundred and Ninety-Seventh Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 59 | RAMOS RIVERA, MARICELIS<br>URB.BRISAS CALLE ZOLZAR # 15<br>CANOVANA, PR 00729 | 8/24/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179536 | $ 45,000.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 60 | RENTAS, RAFAEL<br>4844 CALLE LANCEODA<br>PONCE, PR 00728 | 8/18/2019 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 170237 | $ 1,000.00* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 61 | RIOS AYALA, ORLANDO JESUS<br>15011 VISTA HEIGHTS DR.<br>CYPRESS, TX 77433 | 7/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 68606 | Undetermined* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 62 | RODRIGUEZ DE ALVAREZ, GLORIA E<br>VILLA CLEMENTINA, F17 CALLE NUEVA<br>GUAYNABO, PR 00969-5012 | 9/8/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179571 | $ 6,916.83 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 63 | RODRIGUEZ PAGAN, HECTOR M.<br>P.O. BOX 943<br>CIALES, PR 00638 | 8/30/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179557 | Undetermined* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 64 | RODRIGUEZ VEGA, JORGE M<br>PO BOX 1171<br>CIALES, PR 00638 | 9/9/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179573 | $ 28,800.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 65 | RODRIGUEZ VEGA, JORGE M.<br>PO BOX 1171<br>CIALES, PR 00638 | 9/11/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179597 | $ 28,800.00 |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 66 | ROSA CATALAN, DIANA MINERVA<br>HC 4 BOX 4199<br>HC 4<br>HUMACAO, PR 00791 | 9/11/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179601 | Undetermined* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |

## Three Hundred and Ninety-Seventh Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 67 | ROSADO REYES, RAUL A.<br>COUNTRY CLUB 2DA EXT.<br>823 CALLE LEDRU<br>SAN JUAN, PR 00924 | 10/20/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 178624 | $ 40,000.00* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 68 | SANCHEZ RESTO, MANUEL<br>RR # 36 BOX 7779<br>SAN JUAN, PR 00926-9123 | 9/13/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179581 | $ 28,800.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 69 | SOTOMAYOR MIRANDA, SILVIA I.<br>URB. MUNOZ RIVERA<br>1106 CALLE F<br>GUAYNABO, PR 00969 | 8/20/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179531 | $ 10,699.65 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 70 | SURILLO FIGUEROA, NANCY I.<br>CONDOMINIO PORTICOS DE CUPEY APT. 13301<br>SAN JUAN, PR 00926 | 8/13/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 178377 | $ 150,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 71 | TAPIA RODRIGUEZ, GLADYS<br>PO Box 1858<br>Rio Grande, PR 00745 | 10/21/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 178087 | $ 30,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 72 | TEST INNOVATIONS, INC<br>BANCO COOPERATIVE PLAZA<br>623 PONCE DE LEON AVE, SUITE 1200A<br>SAN JUAN, PR 00917 | 9/13/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179577 | $ 79,404.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 73 | TRINIDAD, ROSA VELEZ<br>Urb. Rivieras de Cupey<br>67 Calle Granate<br>San Juan, PR 00926 | 10/21/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 177988 | $ 30,000.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

## Three Hundred and Ninety-Seventh Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 74 | VAZQUEZ FLORES, ROSA<br>PO BOX 7643<br>CAGUAS, PR 00726 | 8/18/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179623 | Undetermined* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 75 | VEGA-MERCADO, SYLVIA M.<br>P.O. BOX 431<br>AGUAS BUENAS, PR 00703 | 9/2/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179560 | $ 60,000.00* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 76 | VENEGAS MELENDEZ, HUGO J.<br>2 CALLE HUGO VENEGAS<br>VEGA BAJA, PR 00693 | 8/20/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179539 | $ 4,800.00 |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | | |
|---|---|---|---|---|---|---|
| 77 | ZAPATA, ESTRELLITA MONTERO<br>URB. LAGO ALTO E-65 CALLE GUAYABAL<br>TRUJILLO ALTO, PR 00976 | 9/13/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179580 | $ 38,964.72* |

Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders.

| | | | | | TOTAL | $ 1,003,570,889.51* |
|---|---|---|---|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts

## Exhibit B

**Schedule of Bond-Related Claims Subject to Three Hundred Ninety-Seventh Omnibus Objection**

Three Hundred and Ninety-Seventh Omnibus Objection
Exhibit B - Claims to Be Partially Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/24/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179613 | $ 5,000.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 2 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/21/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179600 | $ 10,700.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 3 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/23/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179608 | $ 10,800.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 4 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/23/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179607 | $ 43,200.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 5 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/23/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179605 | $ 26,666.67 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 6 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/23/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179602 | $ 5,550.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 7 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/19/2021 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 179591 | $ 6,375.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 8 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/19/2021 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 179592 | $ 12,475.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |

Three Hundred and Ninety-Seventh Omnibus Objection
Exhibit B - Claims to Be Partially Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/23/2021 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 179610 | $ 11,100.00 |

Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/23/2021 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 179609 | $ 10,233.33 |

Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/23/2021 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 179606 | $ 26,666.67 |

Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | JOHN S WARE IV & LYNN S SZALLAR<br>40 SENECA TRAIL<br>DENVILLE, NJ 07834 | 9/29/2021 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 179617 | $ 5,000.00 |

Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | LINDA M. ELLIS LIVING TRUST<br>1560 GULF BLVD # 701<br>CLEARWATER, FL 33767 | 9/22/2021 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 179604 | $ 10,000.00 |

Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | ROONEY, JOSEPH A<br>90 CAMPBELL ROAD<br>FAIRFIELD, CT 06824 | 9/17/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179575 | $ 30,000.00 |

Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | TIMOTHY KLEIN VIA TDAMERITRADE<br>212 STONEY LN<br>HUNTSVILLE, AL 35806 | 9/17/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179594 | $ 5,000.00 |

Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses.

Three Hundred and Ninety-Seventh Omnibus Objection
Exhibit B - Claims to Be Partially Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | TRAINA, RICHARD AND DONNA M.<br>936 CONTI STREET<br>APT 9<br>NEW ORLEANS, LA 70112 | 9/29/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179618 | $ 10,000.00 |

Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses.

| | | | | | TOTAL | $ 228,766.67 |