## Exhibit A

**Schedule of Claims Subject to Two Hundred Ninety-Fifth Omnibus Objection**

Two Hundred and Ninety-Fifth Omnibus Objection
Exhibit A - Bondholder No Liability + Incorrect Debtor

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | STANGLE, LOUIS AND MAE<br>9587 WELDON CIRCLE<br>B101<br>TAMARAC, FL 33321 | 167957 | Commonwealth of Puerto Rico | Unsecured | $60,000.00 | Puerto Rico Electric Power Authority | Unsecured | $10,000.00 |

Reason: Claim purports to assert, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Proof of Claim also purports to assert, in part, liabilities associated with bonds issued by HTA, but the bonds claimant purports to hold have already been refunded, either through redemption or defeasance. Proof of claim also seeks, in part, recovery for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Claimant also identifies, in part, obligor as the Commonwealth of Puerto Rico when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | WRIGHT, BRIAN<br>205 7TH ST.<br>HOBOKEN, NJ 07030 | 17837 | Commonwealth of Puerto Rico | Unsecured | $147,134.65 | Puerto Rico Electric Power Authority | Unsecured | $21,350.00 |

Reason: Claim purports to assert, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Proof of claim also seeks recovery, in part, for amounts for which the Commonwealth is not liable because it assert interests in note(s) for which bondholders have been receiving their payments in full, do not constitute a debt of the Commonwealth, and are associated with an entity, The Puerto Rico Aqueducts and Sewers Authority, that is not a Title III Debtor. Claimant also identifies, in part, obligor as the Commonwealth of Puerto Rico when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority.

| | | | TOTAL | | $ 207,134.65 | TOTAL | | $ 31,350.00 |
|---|---|---|---|---|---|---|---|---|