# Exhibit A

**Schedule of Claims Subject to Three Hundred Ninth Omnibus Objection**

## Three Hundred and Ninth Omnibus Objection
### Exhibit A - No Liability + Deficient Bondholder Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | DEFENDINI LIMARDO, HILDA<br>URB GARDENVILLE<br>B 10 CALLE BRAZIL<br>GUAYNABO, PR 00966-2021 | 5/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10819 | Undetermined* |

Reason: Claimant appears to assert, albeit while providing conflicting information, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | FLORES SANCHEZ, CARLOS M<br>ESTANCIAS DE BAIROA<br>E 3 CALLE TULIPAN<br>CAGUAS, PR 00727 | 3/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3078 | $ 22,006.80 |

Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims as well as an excess amount without providing any justification. Claimant also asserts liability associated with one or more bonds issued by ERS that are duplicative of the Master Proof of Claim which was filed in the ERS Title III Case by the fiscal agent.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 3 | LOPEZ CHAAR, ALFONSO<br>APRTADO 1555<br>DORADO, PR 00646 | 5/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10134 | Undetermined* |

Reason: Claimant appears to assert, per best effort reviewing incomplete proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds. The Commonwealth is no longer liable for this portion of the claim. Any remaining portion of the claim is deficient because it fails to comply with the applicable rules for filing a claim and/or provide sufficient information to enable the Debtors to reconcile the proofs of claim.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | RAFOLS VAN DERDYS, ALBERTO J<br>PO BOX 593052<br>SAN ANTONIO, TX 78259 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16819 | $ 31,730.88 |

Reason: Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims as well as an excess amount without providing any justification.

| | | TOTAL | $ 53,737.68* |
|---|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts