**Exhibit B**

**Schedule of Bond-Related Claims Subject to Three Hundred Seventy-Fourth Omnibus Objection**

### Three Hundred and Seventy-Fourth Omnibus Objection
### Exhibit B - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 942 | Y.A. M. C. UN MENOR (CHARLOTTE CAMERON)<br>CAROL J. COLON-SANTIAGO<br>PO BOX 288<br>HATILLO, PR 00659-0288 | 07/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 100810 | $150,000.00* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 943 | Y.J.V.A. UN MENOR (ROSA H. AGUILAR BAEZ Y JOSE J. VAZQUEZ ARGUELLES)<br>ATTN: CAROL J. COLON SANTIAGO<br>P.O.BOX 288<br>HATILLO, PR 00659-0288 | 07/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 157640 | $150,000.00* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 944 | YACE AVILES, OXDEN NOMAR<br>MICHELLE AVILES MILLAN<br>SAN MIGUEL TOWERS APT 304<br>MAYAGUEZ, PR 00680 | 07/02/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 119466 | Undetermined* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 945 | Z.M.M., UN MENOR (NILSA MALDONADO GONZALEZ Y CARLOS A MALDONADO BERMUDEZ)<br>CAROL J. COLON SANTIAGO<br>PO BOX 288<br>HATILLO, PR 00659-0288 | 07/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 165392 | $150,000.00* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| 946 | ZAYAS CINTRON, LUZ A.<br>80 CALLE 3, APT. 415<br>GUAYNABO, PR 00966-1682 | 07/06/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 146746 | $9,000.00* |
| | Reason: Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | | | |
| | | | | | TOTAL | $305,323,107.24* |

*Indicates claim contains unliquidated and/or undetermined amounts

154

Three Hundred and Seventy-Fourth Omnibus Objection
Exhibit B - Claims to Be Partially Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BARRY S. & MARGARET G. BONTEMPS JTWRUS<br>130 POLK PLACE DR.<br>FRANKLIN, TN 37064 | 04/09/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 168437 | $29,168.25* |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 2 | BONILLA CUEBAS, MIRTA<br>693 CALLE 44 - URB. FAIRVIEW<br>SAN JUAN, PR 00926-7767 | 08/25/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 174850 | Undetermined* |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 3 | BOZZO NIEVES, VICTOR L.<br>693 CALLE 44 - URB. FAIRVIEW<br>SAN JUAN, PR 00926-7767 | 08/25/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 174822 | Undetermined* |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 4 | COTO RAMOS, LAZARO<br>P.O. BOX 362442<br>SAN JUAN, PR 00936 | 07/06/2018 | 17 BK 03284-LTS | Commonwealth of Puerto Rico | 125045 | $85,431.31 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 5 | DIANNA SOLER Y O PEDRO MARTINEZ<br>500 AVE JT PINEIRO<br>APART 1403 SUR<br>COND. PARQUE DE LOYOLA<br>SAN JUAN, PR 00918 | 09/23/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 175974 | $60,000.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 6 | DIGESARO, MARIO & LINDA<br>1015 84 ST<br>BROOKLYN, NY 11228 | 05/21/2021 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 179251 | $946,653.20 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

1

Three Hundred and Seventy-Fourth Omnibus Objection
Exhibit B - Claims to Be Partially Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | DIGESARO, MARIO & LINDA<br>1015 84 ST<br>BROOKLYN, NY 11228 | 05/22/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179254 | $445,000.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 8 | DIGESARO, MARIO & LINDA<br>1015 84 ST<br>BROOKLYN, NY 11228 | 05/22/2021 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 179267 | $128,750.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 9 | ELAINE LYNN IRREVOCABLE TRUST<br>7562 GRANVILLE DR.<br>TAMARAC, FL 33321 | 05/07/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179215 | $175,000.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 10 | ESTATE OF ALAN HAMERMAN<br>LIZA CASTLES, EXECUTOR/TRUSTEE<br>3026 QUEENSBERRY DR<br>HUNTINGTOWN, MD 20639 | 07/09/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 109803 | $10,000.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 11 | FITZPATRICK, KEVIN<br>99-60 63RD RD, #1O<br>REGO PARK, NY 11374 | 04/12/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 168509 | $20,000.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 12 | FOX , STEVEN H<br>9915 CONNECTICUT AVENUE<br>KENSINGTON, MD 20895 | 07/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 128689 | $32,900.00* |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fourth Omnibus Objection
Exhibit B - Claims to Be Partially Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | FREDERIC S. JAKES AND SUSAN S. JAKES<br>56 E. GENESEE ST.<br>APARTMENT #3<br>SKANEATELES, NY 13152 | 07/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 156262 | Undetermined* |

Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | GALANO, JOHN F<br>2 RED FOX TRAIL<br>WARREN, NJ 07059 | 04/02/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173713 | $5,000.00 |

Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | GOMEZ, WILLIAM AND MARCIE<br>25 MICHAEL WAY<br>PENNINGTON, NJ 08534 | 07/02/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 140231 | Undetermined* |

Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | HARTSTACK, RONALD L<br>2689 K AVE<br>RED OAK, IA 51566 | 04/07/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173720 | $65,000.00 |

Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | JENNINGS, SUSAN A<br>4009 GREENVIEW DR<br>URBANDALE, IA 50322 | 02/06/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173146 | $1,130,003.02 |

Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | KADAIR, MARGO B<br>7436 RICHARDS DRIVE<br>BATON ROUGE, LA 70809-1544 | 09/23/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 178094 | $35,625.00 |

Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses.

*Indicates claim contains unliquidated and/or undetermined amounts

3

### Three Hundred and Seventy-Fourth Omnibus Objection
### Exhibit B - Claims to Be Partially Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | KATZ, DAVID N.<br>789 SOMERVILLE DRIVE<br>PITTSBURGH, PA 15243-1668 | 05/14/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173950 | $31,250.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 20 | MARIA ANTONUCCI, SHIRLEY<br>1172 VIA DELLA COSTRELLA<br>HENDERSON, NV 89011 | 01/10/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 172971 | $75,000.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 21 | MARIA T SOTO VILLARES (MAIDEN) / MARIA TERESITA MARTIN (PASSPORT)<br>H-22 YAGRUMO, CAPARRA HILLS<br>GUAYNABO, PR 00968 | 10/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 167899 | $50,000.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 22 | MARTIN CERVERA, ANTONIO<br>H-22 YAGRUMO, CAPARRA HILLS<br>GUAYNABO, PR 00968 | 10/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 167898 | $50,000.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 23 | MELVIN LYNN REVOCABLE TRUST<br>7562 GRANVILLE DR.<br>TAMARAC, FL 33321 | 05/07/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179204 | $60,000.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 24 | MERCADO DEJESUS, JACK<br>URB MONTE SOL<br>E6 CALLE 3<br>TOA ALTA, PR 00953 | 04/23/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173757 | Undetermined* |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fourth Omnibus Objection
Exhibit B - Claims to Be Partially Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | OSWALD, WESLEY<br>3369 CR 2182<br>GREENVILLE, TX 75402 | 04/09/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173735 | $25,000.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 26 | PARSON, BARBARA L.<br>8 PINE TREE CIRCLE<br>RUSH, NY 14543 | 06/07/2021 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 179324 | $40,000.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 27 | PEDRO CID MARTINEZ / RAFAELA FERNANDEZ<br>PO BOX 11920<br>SAN JUAN, PR 00922-1920 | 12/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 168037 | $949,884.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 28 | PROGRESO CASH & CARRY, INC.<br>366 VILLA<br>PONCE, PR 00731 | 09/27/2018 | 17 BK 03566-LTS | Commonwealth of Puerto Rico | 167572 | $500,000.00* |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 29 | REXACH FELICIANO, LIZETTE<br>154 MARTINETE ST., MONTEHIEDRA<br>SAN JUAN, PR 00926 | 07/02/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 119405 | $25,000.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 30 | ROVIRA, GILDA P.<br>URB. EL MONDE. CALLE CUMBRE 3647<br>PONCE, PR 00716 | 07/03/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 119618 | $15,000.00* |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fourth Omnibus Objection

Exhibit B - Claims to Be Partially Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 31 | SATAN, MIROSLAV<br>C/O SIGNATURE BANK<br>900 STEWART AVE 3RD FLOOR<br>GARDEN CITY, NY 11350 | 07/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79644 | $120,000.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 32 | SATAN, MIROSLAV<br>C/O SIGNATURE BANK<br>900 STEWART AVE 3RD FLOOR<br>GARDEN CITY, NY 11530 | 07/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79830 | $165,750.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 33 | SATAN, MIROSLAV<br>C/O SIGNATURE BANK<br>900 STEWART AVE 3RD FLOOR<br>GARDEN CITY, NY 11350 | 07/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 80023 | $155,400.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 34 | THE WEBSTER FAMILY TRUST U/A 5/17/91<br>PHYLLIS J DEVORONINE, TRUSTEE<br>8 TYLER BROOK ROAD<br>KENNEBUNKPORT, ME 04046 | 04/03/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173736 | $10,000.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 35 | THE WEBSTER FAMILY TRUST U/A 5/17/91<br>PHYLLIS J DEVORONINE, TRUSTEE<br>8 TYLER BROOK ROAD<br>KENNEBUNKPORT, ME 04046 | 04/03/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173784 | $10,000.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Seventy-Fourth Omnibus Objection

Exhibit B - Claims to Be Partially Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 36 | TOMAS LOZANO-PEREZ AND LORRAINE M GRAY<br>359 OTIS STREET<br>WEST NEWTON, MA 02465 | 05/22/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179252 | $215,038.00 |

Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses.

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | TOMAS LOZANO-PEREZ AND LORRAINE M GRAY<br>359 OTIS STREET<br>WEST NEWTON, MA 02465 | 05/22/2021 | 17 BK 03284-LTS | Puerto Rico Sales Tax Financing Corporation (COFINA) | 179253 | $14,312.00 |

Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses.

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | WHITEFORT CAPITAL MASTER FUND LP<br>C/O JOSEPH KAPLAN<br>12 E 49TH ST<br>STE 4009<br>NEW YORK, NY 10017-8222 | 07/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 145769 | Undetermined* |

Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses.

| | | | | | TOTAL | $5,680,164.78* |
|---|---|---|---|---|---|---|

*Indicates claim contains unliquidated and/or undetermined amounts