**Exhibit A**

**Schedule of Claims Subject to Three Hundred Sixty-First Omnibus Objection**

## Three Hundred and Sixty-First Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO DE NUNEZ, MARITZA<br>APARTADO 861<br>SAN SEBASTIAN, PR 00685 | 6/17/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179423^ | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179423 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CLAUDIO GONZALEZ, NILDA L.<br>HC-91 BOX 9336<br>VEGA ALTA, PR 00692 | 5/10/2021 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 179205^ | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #179205 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | MOCTEZUMA ALVAREZ, LUZ M<br>BO. JUAN MARTIN<br>PO BOX 1680<br>YABUCON, PR 00767 | 9/23/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170858^ | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

^Claim #170858 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | TORRES FLORES, GLENDA LEE<br>1433 N PEMBROKE DR.<br>SOUTH ELGIN, IL 60177 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 68748 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | VILLALONGO ORTIZ, HECTOR M<br>314 W CAMBRIA ST<br>PHILADELPHIA, PA 19133 | 3/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2221 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | TOTAL | Undetermined* |

\* Indicates claim contains unliquidated and/or undetermined amounts