**Exhibit A**

**Schedule of Claims Subject to Three Hundred Sixty-Fifth Omnibus Objection**

## Three Hundred and Sixty-Fifth Omnibus Objection
### Exhibit A - Claims to Be Partially Disallowed and Partially Reclassified

| | NAME | CLAIM# | CLAIMS TO BE RECLASSIFIED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | GERENA LOZADA, AUDRY<br>P O BOX 9728<br>PLAZA CAROLINA ST<br>CAROLINA, PR 00988 | 171319^ | Commonwealth of Puerto Rico | 503(b)(9) | $70,000.00 | Commonwealth of Puerto Rico | 503(b)(9) | $0.00 |
| | | | Commonwealth of Puerto Rico | Secured | $70,000.00 | Commonwealth of Puerto Rico | Secured | $0.00 |
| | | | Commonwealth of Puerto Rico | Unsecured | $70,000.00 | Commonwealth of Puerto Rico | Unsecured | $70,000.00 |
| | | | | Subtotal | $210,000.00 | | Subtotal | $70,000.00 |

Reason: Claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but proof of claim is not for goods sold and as such claimant is not entitled to administrative priority. The claimant also failed to provide prima facie evidence to support a secured claim. In addition, claimant asserted a total claim amount of $70,000.00. Accordingly, claim has been reclassified in whole as a general unsecured claim in the amount of $70,000.00.

^ Claim #171319 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims
Claim #171319 also contained on Exhibit A to the 374th Omnibus Claims Objection for Claims to Be Disallowed

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | HENSON BUSQUETS, VICTOR O<br>PO BOX 78<br>SAN SEBASTIAN, PR 00685 | 33429 | Commonwealth of Puerto Rico | 503(b)(9) | $1,500,000.00* | Commonwealth of Puerto Rico | 503(b)(9) | $0.00 |
| | | | Commonwealth of Puerto Rico | Secured | $1,500,000.00* | Commonwealth of Puerto Rico | Secured | $0.00 |
| | | | Commonwealth of Puerto Rico | Unsecured | $1,500,000.00* | Commonwealth of Puerto Rico | Unsecured | $1,500,000.00* |
| | | | | Subtotal | $4,500,000.00* | | Subtotal | $1,500,000.00* |

Reason: Claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but proof of claim is not for goods sold and as such claimant is not entitled to administrative priority. The claimant also failed to provide prima facie evidence to support a secured claim. In addition, claimant asserted a total claim amount of $1,500,000. Accordingly, claim has been reclassified in whole as a general unsecured claim in the amount of $1,500,000.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | RODRIGUEZ VELAZQUEZ, IRIS O.<br>P.O. BOX 173<br>GURABO, PR 00778 | 159079^ | Commonwealth of Puerto Rico | Secured | $300,000.00 | Commonwealth of Puerto Rico | Secured | $0.00 |
| | | | Commonwealth of Puerto Rico | Unsecured | $300,000.00 | Commonwealth of Puerto Rico | Unsecured | $300,000.00 |
| | | | | Subtotal | $600,000.00 | | Subtotal | $300,000.00 |

Reason: The claimant failed to provide prima facie evidence to support a secured claim. In addition, claimant asserted a total claim amount of $300,000.00. Accordingly, claim has been reclassified in whole as a general unsecured claim in the amount of $300,000.00.

^ Claim #159079 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | SOCIEDAD ESPECIAL DE PLAZA HATO ARRIBA<br>PO BOX 3005<br>SAN SEBASTIAN, PR 00685 | 3319 | Commonwealth of Puerto Rico | Secured | $11,820.00 | Commonwealth of Puerto Rico | Secured | $0.00 |
| | | | Commonwealth of Puerto Rico | Unsecured | $11,820.00 | Commonwealth of Puerto Rico | Unsecured | $11,820.00 |
| | | | | Subtotal | $23,640.00 | | Subtotal | $11,820.00 |

Reason: The claimant failed to provide prima facie evidence to support a secured claim. In addition, claimant asserted a total claim amount of $11,820.00. Accordingly, claim has been reclassified in whole as a general unsecured claim in the amount of $11,820.00.

\* Indicates claim contains unliquidated and/or undetermined amounts

### Three Hundred and Sixty-Fifth Omnibus Objection
### Exhibit A - Claims to Be Partially Disallowed and Partially Reclassified

| | NAME | CLAIM# | CLAIMS TO BE RECLASSIFIED | | | MODIFIED CLAIMS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 5 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 31450 | Commonwealth of Puerto Rico | 503(b)(9) | $404.66 | Commonwealth of Puerto Rico | 503(b)(9) | $0.00 |
| | | | Commonwealth of Puerto Rico | Unsecured | $404.66 | Commonwealth of Puerto Rico | Unsecured | $404.66 |
| | | | | Subtotal | $809.32 | | Subtotal | $404.66 |

Reason: Goods listed on claim were received outside of the prescribed 20-day receipt period under 11 U.S.C. § 503(b)(9) and thus not entitled to administrative priority. In addition, claimant asserted a total claim amount of $404.66. Accordingly, claim has been reclassified in whole as a general unsecured claim in the amount of $404.66.

| | | | | TOTAL | $ 5,334,449.32* | TOTAL | | $ 1,882,224.66* |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

\* Indicates claim contains unliquidated and/or undetermined amounts