**Presentment Date**: June 1, 2022
**Objection Deadline**: May 31, 2022 at 4:00 p.m. (AST)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>**This filing relates to ERS.** |

**NOTICE OF PRESENTMENT OF PROPOSED ORDER GRANTING THE THREE HUNDRED SIXTY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO EMPLOYMENT-RELATED CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR (ECF NO. 17933)**

**PLEASE TAKE NOTICE** that, on May 24, 2022, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ( "ERS," or the "Debtor"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole Title III representative of ERS pursuant to section 315(b) of the *Puerto Rico Oversight,*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Management, and Economic Stability Act* ("PROMESA"),[2] hereby submits a *Notice of Presentment of Proposed Order Granting the Three Hundred Sixty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employment-Related Claims Asserted Against the Incorrect Debtor* (this "Notice").

**PLEASE TAKE FURTHER NOTICE** that, on August 20, 2021, ERS, by and through the Oversight Board, filed the *Three Hundred Sixty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employment-Related Claims Asserted Against the Incorrect Debtor* [ECF No. 17933] (the "Three Hundred Sixty-Seventh Omnibus Objection") to the proofs of claim listed on Exhibit A thereto.

**PLEASE TAKE FURTHER NOTICE** that the Three Hundred Sixty-Seventh Omnibus Objection was initially scheduled for hearing on October 6, 2021, and was subsequently adjourned, pursuant to notices, to the Claim Objection Hearings (as defined below).

**PLEASE TAKE FURTHER NOTICE** that any party against whom the Three Hundred Sixty-Seventh Omnibus Objection was served, or any other party to the Debtors' Title III cases who objected to the relief sought therein, was required to file and serve a response to the Three Hundred Sixty-Seventh Omnibus Objection with the clerk's office of the United States District Court for the District of Puerto Rico by 4:00 p.m. (Atlantic Time) on September 20, 2021 (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that, as set forth in Exhibit C to the Three Hundred Sixty-Seventh Omnibus Objection, if no responses were filed by the Response Deadline, the Three Hundred Sixty-Seventh Omnibus Objection "will be deemed unopposed and may be

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

2

granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise." Ex. C to Three Hundred Sixty-Seventh Omnibus Objection, ECF No. 17933-4, at 2.

**PLEASE TAKE FURTHER NOTICE** that, on December 8, 2021, this Court entered the *Order Regarding Adjourned Omnibus Objections to Claims* [ECF No. 19461] (the "Order Regarding Adjourned Omnibus Objections"), scheduling hearings on January 19-20, 2022, at 9:30 a.m. (Atlantic Time) (the "January Claim Objection Hearing"), and February 16-17, 2022, at 9:30 a.m. (Atlantic Time) (the "February Claim Objection Hearing," and together with the January Claim Objection Hearing, the "Claim Objection Hearings"), to consider, *inter alia*, the Three Hundred Sixty-Seventh Omnibus Objection. Order Regarding Adjourned Omnibus Objections at 1.

**PLEASE TAKE FURTHER NOTICE** that, as of the filing of this Notice, the Claimants associated with Proofs of Claim Nos. 9987, 16543, and 106655, listed on **Exhibit A** hereto have responded to the Three Hundred Sixty-Seventh Omnibus Objection (the "Claims to Be Heard") on or before the Response Deadline via either (*i*) ECF filing, (*ii*) mailing to Prime Clerk, LLC ("Prime Clerk"), (*iii*) mailing to counsel for the Oversight Board, or (*iv*) mailing to counsel for the Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico (the "UCC") and forwarded to counsel for the Oversight Board.

**PLEASE TAKE FURTHER NOTICE** that, at the Claim Objection Hearings, ERS prosecuted, and the Court sustained, the Three Hundred Sixty-Seventh Omnibus Objection as to the Claims to Be Heard.

**PLEASE TAKE FURTHER NOTICE** that, with the exception of the Claims to Be Heard, as of the Response Deadline, the Claimants associated with all other claims listed on

3

**Exhibit A** hereto failed to respond to or otherwise oppose the Three Hundred Sixty-Seventh Omnibus Objection (the "Claims to Be Reclassified via Notice of Presentment").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a proposed order (the "Proposed Order") reclassifying (1) the Claims to Be Heard and (2) the Claims to Be Reclassified via Notice of Presentment.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Paragraph III.H of the Court's *Sixteenth Amended Notice, Case Management and Administrative Procedures* [ECF No. 20190-1], "the presentment of a proposed order for administrative relief must be filed and served at least seven (7) calendar days before the presentment date, and Objections thereto must be filed and served at least one (1) calendar day before the presentment date," and accordingly, unless a written objection to the Proposed Order is filed with the Court no later than **4:00 p.m. (Atlantic Time) on May 31, 2022**, the relief requested shall be deemed unopposed, and the Proposed Order may be entered without a further hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.ra.kroll.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

[*Remainder of Page Intentionally Left Blank*]

4

| | |
|---|---|
| Dated: May 24, 2022<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>/s/ Brian S. Rosen<br>Martin J. Bienenstock<br>Brian S. Rosen<br>(Admitted *Pro Hac Vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br>Email: mbienenstock@proskauer.com<br>         brosen@proskauer.com<br><br>*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico*<br><br>/s/ Hermann D. Bauer<br>Hermann D. Bauer<br>USDC No. 215205<br>Carla García Benítez<br>USDC No. 203708<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br>Email: Hermann.bauer@oneillborges.com<br><br>*Co-Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico* |