## Exhibit B

**Proposed Order**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | This filing relates to ERS. |
| Debtors.[1] | |

ORDER GRANTING THE THREE HUNDRED SIXTY-SEVENTH OMNIBUS OBJECTION
(NON-SUBSTANTIVE) OF THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO PENSION-
RELATED CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR

Upon the *Three Hundred Sixty-Seventh Omnibus Objection (Non-Substantive) of*

*the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to*

*Pension-Related Claims Asserted Against the Incorrect Debtor* (Docket Entry No. 17933) (the

"Three Hundred Sixty-Seventh Omnibus Objection"), filed by the Employees Retirement System

of the Government of the Commonwealth of Puerto Rico ("ERS" or the "Debtor"), dated August

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number
and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are
the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-
LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation
("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID:
8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No.
17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System
of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-
3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority
("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747);
and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-
LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy
Case numbers due to software limitations).

20, 2021, for entry of an order reclassifying certain claims filed against the Debtors, as more fully

set forth in the Three Hundred Sixty-Seventh Omnibus Objection and supporting exhibits thereto;

and the Court having jurisdiction to consider the Three Hundred Sixty-Seventh Omnibus Objection

and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being

proper pursuant to PROMESA section 307(a); and due and proper notice of the Three Hundred

Sixty-Seventh Omnibus Objection having been provided to those parties identified therein, and no

other or further notice being required; and upon the *Notice of Presentment of Proposed Order*

*Granting the Three Hundred Sixty-Seventh Omnibus Objection (Non-Substantive) of the*

*Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Pension-*

*Related Claims Asserted Against the Incorrect Debtor*, dated May 24, 2022 (Docket Entry No.

____, the "Notice"), for entry of an order reclassifying the Claims to Be Heard (as defined below)

and the Claims to Be Reclassified via Notice of Presentment[2], as more fully set forth in the Notice;

and upon the record of the hearings held on the Three Hundred Sixty-Seventh Omnibus Objection

on January 19-20, 2022 and February 16-17, 2022, and the rulings made therein, sustaining the

Three Hundred Sixty-Seventh Omnibus Objection as to Proof of Claim Nos. 9987, 16543, and

106655 (the "Claims to Be Heard") on the grounds that the liabilities they assert are properly

asserted, if at all, against the Commonwealth; and the Court having determined that the relief

sought in the Three Hundred Sixty-Seventh Omnibus Objection is in the best interests of ERS, its

creditors, and all parties in interest; and the Court having determined that the legal and factual

bases set forth in the Three Hundred Sixty-Seventh Omnibus Objection establish just cause for the

---

[2]    Capitalized terms used but not otherwise defined herein have the meanings given to them
in the Notice.

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Three Hundred Sixty-Seventh Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to be Heard and the Claims to Be Reclassified via Notice of Presentment (collectively, the "Claim to Be Reclassified") are hereby Reclassified in their entirety as set forth below; and it is further

ORDERED that the claims identified in the column titled "Asserted" in Exhibit A to the Three Hundred Sixty-Seventh Omnibus Objection are hereby reclassified to be claims asserted against the Title III debtor(s) indicated in the column titled "Corrected" in Exhibit A; and it is further

ORDERED that the Debtors' right to object to the Claims to Be Reclassified, as defined in the Three Hundred Sixty-Seventh Omnibus Objection, is reserved; and it is further

ORDERED that Kroll Restructuring Associates, LLC ("Kroll") is authorized and directed, in the official claims register in the PROMESA cases, to move the claims identified in the column titled "Asserted" in Exhibit A to the Three Hundred Sixty-Seventh Omnibus Objection from ERS's Title III Case (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID:  9686) to the Title III case for the debtor(s) identified in the column titled "Corrected" in Exhibit A to the Three Hundred Sixty-Seventh Omnibus Objection; and it is further

ORDERED that this Order resolves Docket Entry No. 17933 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____, 2022
          San Juan, Puerto Rico

_____
LAURA TAYLOR SWAIN
United States District Judge