## Exhibit B

**Proposed Order**

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>               Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the Commonwealth. |

ORDER GRANTING THE THREE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO EMPLOYEE CLAIMS ASSERTING LIABILITIES OWED BY ENTITIES THAT ARE NOT TITLE III DEBTORS

Upon the *Three Hundred Eighty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed By Entities That Are Not Title III Debtors* (Docket Entry No. 17922) (the "Three Hundred Eighty-Third Omnibus Objection"), filed by the Commonwealth of Puerto Rico ("Commonwealth" or the "Debtor"), dated August 20, 2021, for entry of an order disallowing certain claims filed against the

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Commonwealth, as more fully set forth in the Three Hundred Eighty-Third Omnibus Objection
and supporting exhibits thereto; and the Court having jurisdiction to consider the Three Hundred
Eighty-Third Omnibus Objection and to grant the relief requested therein pursuant to PROMESA
section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper
notice of the Three Hundred Eighty-Third Omnibus Objection having been provided to those
parties identified therein, and no other or further notice being required; and upon the *Notice of
Presentment of Proposed Order Granting the Three Hundred Eighty-Third Omnibus Objection
(Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed
By Entities That Are Not Title III Debtors*, dated May 24, 2022 (Docket Entry No. ____, the
"Notice"), for entry of an order disallowing in its entirety the Claim to Be Heard and Disallowed
in its Entirety, partially disallowing the Claim to Be Heard and Partially Disallowed (as defined
below), and disallowing in their entirety the Claims to Be Disallowed via Notice of Presentment[2],
as more fully set forth in the Notice; and upon the record of the hearings held on the Three Hundred
Eighty-Third Omnibus Objection on January 19-20, 2022 and February 16-17, 2022, and the
rulings made therein, sustaining the Three Hundred Eighty-Third Omnibus Objection as to Proof
of Claim No. 63198 on the grounds that it asserts, in part, liabilities purportedly owed by entities
that are separate from the Commonwealth (the "Claim to Be Heard and Partially Disallowed"),
and sustaining the Three Hundred Eighty-Third Omnibus Objection as to Proof of Claim No.
179349 on the grounds that it asserts liabilities purportedly owed by entities that are separate from
the Commonwealth (the "Claim to Be Heard and Disallowed in its Entirety"); and the Court having
determined that the relief sought in the Three Hundred Eighty-Third Omnibus Objection is in the

---

[2]     Capitalized terms used but not otherwise defined herein have the meanings given to them
in the Notice.

best interests of the Commonwealth, its creditors, and all parties in interest; and the Court having

determined that the legal and factual bases set forth in the Three Hundred Eighty-Third Omnibus

Objection establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor, it is hereby:

ORDERED that the Three Hundred Eighty-Third Omnibus Objection is

GRANTED as set forth herein; and it is further

ORDERED that the Claim to Be Heard and Partially Disallowed is hereby partially

disallowed to the extent it asserts liabilities purportedly owed by entities that are separate from the

Commonwealth; and it is further

ORDERED that the Claim to be Heard and Disallowed in its Entirety and the

Claims to Be Disallowed via Notice of Presentment are hereby disallowed in their entirety as set

forth below; and it is further

ORDERED that Kroll Restructuring Associates, LLC ("Kroll") is authorized and

directed to designate the Claim to Be Heard and Partially Disallowed as expunged on the official

claims registry in the Title III Cases to the extent it asserts liabilities purportedly owed by entities

that are separate from the Commonwealth; and it is further

ORDERED that Kroll is authorized and directed to designate the Claim to be Heard

and Disallowed in its Entirety and the Claims to Be Disallowed via Notice of Presentment as

expunged on the official claims registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 17922 in Case No. 17-3283;

and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.


Dated: _____, 2022
        San Juan, Puerto Rico

                                    _____
                                    LAURA TAYLOR SWAIN
                                    United States District Judge