**Exhibit B**

**Schedule of Bond-Related Claims Subject to Three Hundred Ninety-Seventh Omnibus Objection**

## Three Hundred and Ninety-Seventh Omnibus Objection
## Exhibit B - Claims to Be Partially Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/24/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179613 | $ 5,000.00 |

Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/21/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179600 | $ 10,700.00 |

Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/23/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179608 | $ 10,800.00 |

Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/23/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179607 | $ 43,200.00 |

Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/23/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179605 | $ 26,666.67 |

Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/23/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179602 | $ 5,550.00 |

Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/19/2021 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 179591 | $ 6,375.00 |

Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/19/2021 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 179592 | $ 12,475.00 |

Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses.

## Three Hundred and Ninety-Seventh Omnibus Objection
## Exhibit B - Claims to Be Partially Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/23/2021 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 179610 | $ 11,100.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 10 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/23/2021 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 179609 | $ 10,233.33 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 11 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/23/2021 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 179606 | $ 26,666.67 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 12 | JOHN S WARE IV & LYNN S SZALLAR<br>40 SENECA TRAIL<br>DENVILLE, NJ 07834 | 9/29/2021 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 179617 | $ 5,000.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 13 | LINDA M. ELLIS LIVING TRUST<br>1560 GULF BLVD # 701<br>CLEARWATER, FL 33767 | 9/22/2021 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 179604 | $ 10,000.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 14 | ROONEY, JOSEPH A<br>90 CAMPBELL ROAD<br>FAIRFIELD, CT 06824 | 9/17/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179575 | $ 30,000.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |
| 15 | TIMOTHY KLEIN VIA TDAMERITRADE<br>212 STONEY LN<br>HUNTSVILLE, AL 35806 | 9/17/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179594 | $ 5,000.00 |
| | Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses. | | | | | |

## Three Hundred and Ninety-Seventh Omnibus Objection
### Exhibit B - Claims to Be Partially Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | TRAINA, RICHARD AND DONNA M.<br>936 CONTI STREET<br>APT 9<br>NEW ORLEANS, LA 70112 | 9/29/2021 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179618 | $ 10,000.00 |

Reason: Late-filed bondholder claim is partially disallowed to the extent that the claimant asserts any amounts beyond bond principal, interest, or fees and expenses.

| | | | | | TOTAL | $ 228,766.67 |
|---|---|---|---|---|---|---|