## EXHIBIT C

## COMPENSATION BY PROJECT CATEGORY

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| CASE ADMINISTRATION/MISCELLANEOUS | 203.80 | $57,380.00 |
| CHALLENGES TO PROMESA | 18.60 | $6,975.00 |
| COMMITTEE GOVERNANCE AND MEETINGS | 63.70 | $18,025.00 |
| COMMUNICATIONS WITH RETIREES | 59.90 | $17,937.50 |
| CONTESTED MATTERS | 74.40 | $26,820.00 |
| COURT HEARINGS | 78.80 | $28,157.50 |
| DISCOVERY MATTERS | 10.80 | $2,800.00 |
| EMPLOYMENT OF PROFESSIONALS/FEE APPLICATIONS | 36.50 | $10,762.50 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 287.60 | $91,995.00 |
| PENSION ANALYSIS | 45.10 | $13,867.50 |
| PREPA | 12.70 | $4,762.50 |
| **TOTAL** | **891.90** | **$279,482.50** |