## **EXHIBIT D**

14th Interim Fee Application

SUMMARY OF BENNAZAR, GARCÍA & MILIÁN, CSP EXPENSES

| Expense Description | Amount |
|---|---|
| Document Reproduction | $ 65.95 |
| Document Delivery | $ 735.00 |
| Translation services | $ 722.80 |
| **TOTAL** | **$1,523.75** |