# EXHIBIT F

## DETAILED EXPENSES OF BENNAZAR, GARCÍA & MILIÁN, C.S.P.

**October 2021**

ADDITIONAL CHARGES:
<u>Amount</u>

### EXPENSES BGM

10/01/21   TRANSLATIONS; RITA INVOICE #7524; MEETING OF SEPTEMBER 23, 2021   208.00

10/07/21   DOCUMENT DELIVERY SERVICES: MILAGROS ACEVEDO (TOA ALTA)   40.00

10/16/21   DOCUMENT REPRODUCTION: AGENDA, MINUTES AND LETTER FROM FOMB-
MEETING OF OCTOBER 18, 2021   16.00

10/16/21   DOCUMENT DELIVERY SERVICES: MILAGROS ACEVEDO (TOA ALTA);   400.00
            MIGUEL FABRE (BAYAMÓN); MARCOS LÓPEZ (TOA ALTA);
            (CARMEN NÚÑEZ (BAYAMÓN); JUAN ORTIZ
            (PONCE); ROSARIO PACHECO (SAN JUAN); BLANCA PANIAGUA (CAROLINA);
            LYDIA PELLOT (SAN JUAN)

10/18/21   TRANSLATIONS; RITA INVOICE #7617; MEETING OF OCTOBER 18, 2021   208.00

           SUBTOTAL                                                        [$872.00]

**November 2021**

    NO EXPENSES BILLED.   [$0.00]

**December 2021**

### EXPENSES BGM:

12/03/21   DOCUMENT REPRODUCTION   4.50

| Date | Description | Amount |
|---|---|---|
| 12/06/21 | DOCUMENT REPRODUCTION | 3.50 |
| 12/09/21 | EXTERNAL DOCUMENT REPRODUCTION: SIR SPEEDY INVOICE #55333 | 41.95 |
| | DOCUMENT DELIVERY: MILAGROS ACEVEDO (TOA ALTA) | 40.00 |
| | DOCUMENT DELIVERY: MIGUEL FABRE (BAYAMÓN) | 20.00 |
| 12/09/21 | DOCUMENT DELIVERY: MARCOS LÓPEZ (TOA ALTA) | 40.00 |
| | DOCUMENT DELIVERY: CARMEN NUÑEZ (BAYAMÓN) | 20.00 |
| 12/09/21 | DOCUMENT DELIVERY: ROSARIO PACHECO (SAN JUAN) | 20.00 |
| | DOCUMENT DELIVERY: BLANCA PANIAGUA (CAROLINA) | 25.00 |
| | DOCUMENT DELIVERY: LYDIA PELLOT (SAN JUAN) | 20.00 |
| | DOCUMENT DELIVERY: JUAN ORTIZ (PONCE) | 110.00 |
| 12/14/21 | TRANSLATIONS: RITA INVOICE #7863 | 306.80 |
| | SUBTOTAL: | [$651.75] |

**January 2022**

| | | |
|---|---|---|
| | NO EXPENSES BILLED. | [$0.00] |

| | | |
|---|---|---|
| Total | | [$1,523.75] |