**EXHIBIT B**

**SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY PROFESSIONAL BY LOCATION**
**FOR THE PERIOD OCTOBER 1, 2021 TO JANUARY 31, 2022**

| Professional | Position | Blended Billing Rate | Mainland Hours | Mainland Fees | On-island Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|---|
| Gumbs, Sean | Senior Managing Director | $ 1,170 | 122.7 | $ 143,523.00 | - | $ - | 122.7 | $ 143,523.00 |
| Heeren, Ana | Senior Managing Director | 970 | 9.5 | 9,215.00 | - | - | 9.5 | 9,215.00 |
| Hu, Ji Yon | Senior Managing Director | 1,020 | 10.7 | 10,914.00 | - | - | 10.7 | 10,914.00 |
| Grunwald Kadar, Andrea [1] | Managing Director | 915 | 19.1 | 17,476.50 | - | - | 19.1 | 17,476.50 |
| Whitcomb, John | Managing Director | 800 | 2.0 | 1,600.00 | - | - | 2.0 | 1,600.00 |
| Fitschen, Ernst | Senior Director | 800 | 28.6 | 22,880.00 | - | - | 28.6 | 22,880.00 |
| Garcia Pelaez, Andres | Senior Director | 680 | 3.6 | 2,448.00 | - | - | 3.6 | 2,448.00 |
| Sombuntham, Natalie | Director | 812 | 185.8 | 150,925.00 | - | - | 185.8 | 150,925.00 |
| Guminski, Henry | Senior Consultant | 395 | 1.0 | 395.00 | - | - | 1.0 | 395.00 |
| Locke, William | Senior Consultant | 455 | 26.1 | 11,875.50 | - | - | 26.1 | 11,875.50 |
| Newton, Emilie | Senior Consultant | 470 | 8.3 | 3,901.00 | - | - | 8.3 | 3,901.00 |
| Smotkin, Lauren | Senior Consultant | 470 | 7.8 | 3,666.00 | - | - | 7.8 | 3,666.00 |
| Lievano, Manuela | Consultant | 370 | 62.4 | 23,088.00 | - | - | 62.4 | 23,088.00 |
| Osipov, Sergey | Consultant | 380 | 2.5 | 950.00 | - | - | 2.5 | 950.00 |
| Van Velkinburgh, Sara | Consultant | 370 | 5.6 | 2,072.00 | - | - | 5.6 | 2,072.00 |
| Hellmund-Mora, Marili | Project Assistant | 290 | 2.3 | 667.00 | - | - | 2.3 | 667.00 |
| **SUBTOTAL** | | | **498.0** | **$ 405,596.00** | **-** | **$ -** | **498.0** | **$ 405,596.00** |
| Less: 50% discount for non-working travel time | | | | - | | - | | - |
| **GRAND TOTAL** | | | | **$ 405,596.00** | | **$ -** | | **$ 405,596.00** |

(1): Ms. Grunwald Kadar has left the firm but continues to be an active project team member as an FTI contractor, as permissible pursuant to the FTI Retention Application [Dkt. 877] approved by the FTI Retention Order [Dkt. 1413].