**EXHIBIT C**

**SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY TASK CODE BY LOCATION**
**FOR THE PERIOD OCTOBER 1, 2021 TO JANUARY 31, 2022**

| Task Code | Task Description | Mainland Hours | Mainland Fees | On-island Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|
| 3 | Mediation | 1.7 | $ 1,440.50 | - | $ - | 1.7 | $ 1,440.50 |
| 4 | Analysis of the Fiscal Plan – General / Revenues | 24.9 | 23,894.00 | - | - | 24.9 | 23,894.00 |
| 10 | Case Management | 3.0 | 2,415.00 | - | - | 3.0 | 2,415.00 |
| 16 | Analysis and Review of the Plan of Adjustment | 96.0 | 93,136.50 | - | - | 96.0 | 93,136.50 |
| 17 | Analysis of Pension and Retiree Related Liabilities | 137.8 | 131,630.50 | - | - | 137.8 | 131,630.50 |
| 18 | General Mtgs with Retiree Cmte & Cmte Professionals | 45.3 | 44,392.50 | - | - | 45.3 | 44,392.50 |
| 24 | Preparation of Fee Application | 28.5 | 23,406.50 | - | - | 28.5 | 23,406.50 |
| 27 | Strategic Communications | 91.0 | 38,576.00 | - | - | 91.0 | 38,576.00 |
| 28 | Analysis of the Fiscal Plan – Economic Review | 69.8 | 46,704.50 | - | - | 69.8 | 46,704.50 |
|  | **SUBTOTAL** | **498.0** | **$ 405,596.00** | **-** | **$ -** | **498.0** | **$ 405,596.00** |
|  | Less: 50% discount for non-working travel time |  | - |  | - |  | - |
|  | **GRAND TOTAL** |  | **$ 405,596.00** |  | **$ -** |  | **$ 405,596.00** |