# EXHIBIT D

**DETAILED TIME RECORDS FOR FTI CONSULTING, INC. PERFORMED ON THE MAINLAND U.S. FOR THE PERIOD OCTOBER 1, 2021 TO JANUARY 31, 2022**

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2021 TO OCTOBER 31, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 3 | 10/22/2021 | Gumbs, Sean | 0.2 | Participate ████████████████████████ |
| 3 | 10/22/2021 | Sombuntham, Natalie | 0.2 | Participate ████████████████████████ |
| 3 | 10/22/2021 | Sombuntham, Natalie | 0.3 | Review ████████████████████ |
| **3 Total** | | | **0.7** | |
| 4 | 10/19/2021 | Sombuntham, Natalie | 0.8 | Update ████████████████████████ |
| 4 | 10/19/2021 | Sombuntham, Natalie | 1.6 | Analyze ██████████████████████████ |
| 4 | 10/26/2021 | Sombuntham, Natalie | 0.9 | Update ████████████████████████ |
| 4 | 10/26/2021 | Sombuntham, Natalie | 0.8 | Research ████████████ |
| 4 | 10/29/2021 | Gumbs, Sean | 0.4 | Review ██████████████████████ |
| **4 Total** | | | **4.5** | |
| 10 | 10/13/2021 | Sombuntham, Natalie | 0.3 | Draft and serve the November fee budget. |
| 10 | 10/13/2021 | Sombuntham, Natalie | 0.2 | Coordinate and finalize actual expense reimbursements to sub-retained communications vendors. |
| **10 Total** | | | **0.5** | |

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2021 TO OCTOBER 31, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 10/1/2021 | Gumbs, Sean | 0.3 | Review |
| 16 | 10/6/2021 | Gumbs, Sean | 2.7 | Review |
| 16 | 10/7/2021 | Gumbs, Sean | 0.6 | Review |
| 16 | 10/7/2021 | Gumbs, Sean | 0.4 | Review |
| 16 | 10/8/2021 | Gumbs, Sean | 0.4 | Review |
| 16 | 10/8/2021 | Sombuntham, Natalie | 2.2 | Perform |
| 16 | 10/11/2021 | Gumbs, Sean | 1.2 | Review |
| 16 | 10/11/2021 | Gumbs, Sean | 0.4 | Review |
| 16 | 10/11/2021 | Gumbs, Sean | 0.3 | Review |
| 16 | 10/11/2021 | Sombuntham, Natalie | 2.8 | Review |
| 16 | 10/12/2021 | Gumbs, Sean | 1.4 | Review |
| 16 | 10/12/2021 | Gumbs, Sean | 1.2 | Commence review |
| 16 | 10/15/2021 | Gumbs, Sean | 1.2 | Review |
| 16 | 10/15/2021 | Gumbs, Sean | 0.3 | Review |
| 16 | 10/18/2021 | Gumbs, Sean | 0.4 | Review |
| 16 | 10/18/2021 | Gumbs, Sean | 0.7 | Review |
| 16 | 10/18/2021 | Gumbs, Sean | 0.9 | Review |
| 16 | 10/19/2021 | Gumbs, Sean | 0.9 | Review |
| 16 | 10/19/2021 | Sombuntham, Natalie | 0.6 | Research |
| 16 | 10/19/2021 | Sombuntham, Natalie | 0.4 | Review |
| 16 | 10/20/2021 | Gumbs, Sean | 1.1 | Review |
| 16 | 10/22/2021 | Gumbs, Sean | 0.4 | Correspond with COR professionals |
| 16 | 10/22/2021 | Gumbs, Sean | 0.3 | Follow-up with COR professionals |
| 16 | 10/22/2021 | Sombuntham, Natalie | 0.7 | Research |
| 16 | 10/25/2021 | Gumbs, Sean | 0.6 | Review |
| 16 | 10/25/2021 | Gumbs, Sean | 0.6 | Correspond with Jenner and Bennazar |
| 16 | 10/25/2021 | Gumbs, Sean | 0.8 | Review |
| 16 | 10/25/2021 | Sombuntham, Natalie | 1.6 | Perform |
| 16 | 10/26/2021 | Gumbs, Sean | 0.4 | Correspond with Jenner and Bennazar |
| 16 | 10/27/2021 | Gumbs, Sean | 0.6 | Review |
| 16 | 10/28/2021 | Gumbs, Sean | 0.4 | Correspond with COR professionals |

**EXHIBIT D**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**DETAIL OF MAINLAND TIME ENTRIES**

**FOR THE PERIOD OCTOBER 1, 2021 TO OCTOBER 31, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 10/28/2021 | Sombuntham, Natalie | 2.9 | Continue to review ██████████████████████ █████████████ |
| 16 | 10/29/2021 | Gumbs, Sean | 0.8 | Review ████████████████████████ |
| 16 | 10/29/2021 | Gumbs, Sean | 0.8 | Review ██████████████████████████ |
| 16 | 10/29/2021 | Sombuntham, Natalie | 2.2 | Perform ██████████████████████████ ████ |
| **16 Total** | | | **33.5** | |

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2021 TO OCTOBER 31, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 10/1/2021 | Gumbs, Sean | 0.5 | Participate on call with Jenner and Bennazar █████████████ |
| 17 | 10/1/2021 | Gumbs, Sean | 1.1 | Review ████████████████████████ |
| 17 | 10/4/2021 | Gumbs, Sean | 0.4 | Correspond with Jenner and Bennazar ██████████████ |
| 17 | 10/4/2021 | Gumbs, Sean | 0.2 | Review ████████████████ |
| 17 | 10/4/2021 | Gumbs, Sean | 0.3 | Correspond with Jenner and Segal regarding ████████████ |
| 17 | 10/5/2021 | Gumbs, Sean | 0.7 | Review ███████████████████████████████ |
| 17 | 10/5/2021 | Sombuntham, Natalie | 1.4 | Perform ██████████████████████████ |
| 17 | 10/6/2021 | Gumbs, Sean | 1.1 | Review ████████ |
| 17 | 10/6/2021 | Gumbs, Sean | 0.9 | Participate on call with N. Sombuntham (FTI) ██████████ |
| 17 | 10/6/2021 | Gumbs, Sean | 1.8 | Call with Jenner and Bennazar ████████████ |
| 17 | 10/6/2021 | Gumbs, Sean | 0.3 | Correspond with Jenner and Segal █████████ |
| 17 | 10/6/2021 | Sombuntham, Natalie | 0.9 | Participate on call with S. Gumbs (FTI) re ████████████ |
| 17 | 10/6/2021 | Sombuntham, Natalie | 1.8 | Participate on call with Jenner and Bennazar ████████ |
| 17 | 10/6/2021 | Sombuntham, Natalie | 1.1 | Review █████████████ |
| 17 | 10/7/2021 | Gumbs, Sean | 0.9 | Participate on call ████████████ |
| 17 | 10/7/2021 | Gumbs, Sean | 1.0 | Participate on call ██████████ |
| 17 | 10/7/2021 | Gumbs, Sean | 0.2 | Participate on call with N. Sombuntham (FTI) ██████████ |
| 17 | 10/7/2021 | Gumbs, Sean | 0.8 | Review █████████ |
| 17 | 10/7/2021 | Sombuntham, Natalie | 0.9 | Participate on call ████████████ |
| 17 | 10/7/2021 | Sombuntham, Natalie | 1.0 | (Partial) Participate on call ██████████ |
| 17 | 10/7/2021 | Sombuntham, Natalie | 0.2 | Participate on call with S. Gumbs (FTI) █████████ |
| 17 | 10/7/2021 | Sombuntham, Natalie | 2.3 | Incorporate ███████████████ |
| 17 | 10/8/2021 | Gumbs, Sean | 0.7 | Participate on call with N. Sombuntham (FTI) ██████████ |
| 17 | 10/8/2021 | Sombuntham, Natalie | 0.7 | Participate on call with S. Gumbs (FTI) ████████████ |
| 17 | 10/8/2021 | Sombuntham, Natalie | 0.9 | Review ████████████████ |

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2021 TO OCTOBER 31, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 10/8/2021 | Sombuntham, Natalie | 0.3 | Coordinate with C. Wedoff (Jenner) ███████████ |
| 17 | 10/8/2021 | Sombuntham, Natalie | 0.7 | Incorporate ████████████████ |
| 17 | 10/8/2021 | Sombuntham, Natalie | 0.7 | Incorporate ███████████████████ |
| 17 | 10/8/2021 | Sombuntham, Natalie | 0.8 | Review ███████████████████ |
| 17 | 10/11/2021 | Gumbs, Sean | 0.4 | Review ████████████████ |
| 17 | 10/11/2021 | Gumbs, Sean | 0.6 | Participate on call with Jenner and Bennazar ██████████ |
| 17 | 10/11/2021 | Gumbs, Sean | 0.4 | Correspond ████████████████████████ |
| 17 | 10/11/2021 | Gumbs, Sean | 0.6 | Review ███████████████ |
| 17 | 10/11/2021 | Sombuntham, Natalie | 0.6 | Participate on call with Jenner ████████████ |
| 17 | 10/11/2021 | Sombuntham, Natalie | 0.8 | Review ██████████████████ |
| 17 | 10/11/2021 | Sombuntham, Natalie | 0.9 | Review █████████████████████ |
| 17 | 10/11/2021 | Sombuntham, Natalie | 1.3 | Perform ████████████ |
| 17 | 10/11/2021 | Sombuntham, Natalie | 0.6 | Research ███████████████████████ |
| 17 | 10/11/2021 | Sombuntham, Natalie | 0.8 | Review ██████████████████ |
| 17 | 10/12/2021 | Gumbs, Sean | 0.4 | Review ███████████████████ |
| 17 | 10/13/2021 | Gumbs, Sean | 0.7 | Review ███████████████ |
| 17 | 10/13/2021 | Sombuntham, Natalie | 0.8 | Review ██████████████████ |
| 17 | 10/13/2021 | Sombuntham, Natalie | 0.7 | Perform ████████████ |
| 17 | 10/14/2021 | Gumbs, Sean | 0.8 | Review ██████████████████ |
| 17 | 10/14/2021 | Hu, Ji Yon | 0.3 | Review ███████████████████ |
| 17 | 10/14/2021 | Sombuntham, Natalie | 2.9 | Update ███████████████████ |
| 17 | 10/15/2021 | Gumbs, Sean | 0.4 | Calls with N. Sombuntham (FTI) ███████████ |
| 17 | 10/15/2021 | Sombuntham, Natalie | 0.7 | Research ██████████████ |
| 17 | 10/15/2021 | Sombuntham, Natalie | 0.2 | Participate on call with S. Gumbs (FTI) ██████████ |
| 17 | 10/15/2021 | Sombuntham, Natalie | 1.7 | Perform ███████████████ |

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2021 TO OCTOBER 31, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 10/15/2021 | Sombuntham, Natalie | 0.2 | Participate on call with S. Gumbs (FTI) ███████████ |
| 17 | 10/15/2021 | Sombuntham, Natalie | 0.8 | Perform ███████████ |
| 17 | 10/19/2021 | Sombuntham, Natalie | 1.7 | Review ███████████ |
| 17 | 10/20/2021 | Gumbs, Sean | 0.4 | Correspond with Jenner and Bennazar ███████████ |
| 17 | 10/22/2021 | Sombuntham, Natalie | 0.8 | Research ███████████ |
| 17 | 10/25/2021 | Sombuntham, Natalie | 1.4 | Analyze ███████████ |
| 17 | 10/25/2021 | Sombuntham, Natalie | 0.7 | Research ███████████ |
| 17 | 10/26/2021 | Sombuntham, Natalie | 0.6 | Analyze ███████████ |
| 17 | 10/27/2021 | Sombuntham, Natalie | 2.8 | Review ███████████ |
| 17 | 10/28/2021 | Gumbs, Sean | 1.1 | Review ███████████ |
| 17 | 10/29/2021 | Sombuntham, Natalie | 0.8 | Research ███████████ |
| 17 | 10/29/2021 | Sombuntham, Natalie | 1.2 | Review ███████████ |
| **17 Total** | | | **53.7** | |

**EXHIBIT D**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**DETAIL OF MAINLAND TIME ENTRIES**

**FOR THE PERIOD OCTOBER 1, 2021 TO OCTOBER 31, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 10/4/2021 | Grunwald Kadar, Andrea | 0.9 | Participate on weekly professionals' call ██████████ |
| 18 | 10/4/2021 | Gumbs, Sean | 0.9 | Participate on weekly professionals' call ██████████ |
| 18 | 10/4/2021 | Heeren, Ana | 0.9 | Participate on weekly professionals' call ██████████ |
| 18 | 10/4/2021 | Hu, Ji Yon | 0.7 | Participate on weekly professionals' call ██████████ |
| 18 | 10/4/2021 | Sombuntham, Natalie | 0.9 | Participate on weekly professionals' call ██████████ |
| 18 | 10/15/2021 | Grunwald Kadar, Andrea | 0.9 | Participate on weekly professionals' call ██████████ |
| 18 | 10/15/2021 | Gumbs, Sean | 0.8 | Participate on weekly professionals' call ██████████ |
| 18 | 10/15/2021 | Heeren, Ana | 0.9 | Participate on weekly professionals' call ██████████ |
| 18 | 10/15/2021 | Sombuntham, Natalie | 0.8 | Participate on weekly professionals' call ██████████ |
| 18 | 10/18/2021 | Gumbs, Sean | 1.6 | Participate on the committee call ██████████ |
| 18 | 10/18/2021 | Hu, Ji Yon | 1.7 | Participate on the committee call ██████████ |
| 18 | 10/18/2021 | Sombuntham, Natalie | 1.6 | Participate on the committee call ██████████ |
| 18 | 10/25/2021 | Grunwald Kadar, Andrea | 0.9 | Participate on weekly professionals' call ██████████ |
| 18 | 10/25/2021 | Gumbs, Sean | 0.4 | Review notes from COR professionals call, discuss same with N. Sombuntham (FTI). |
| 18 | 10/25/2021 | Heeren, Ana | 0.9 | Participate on weekly professionals' call ██████████ |

**EXHIBIT D**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**DETAIL OF MAINLAND TIME ENTRIES**

**FOR THE PERIOD OCTOBER 1, 2021 TO OCTOBER 31, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 10/25/2021 | Hu, Ji Yon | 0.9 | Participate on weekly professionals' call ██████████████ ██████████ |
| 18 | 10/25/2021 | Sombuntham, Natalie | 1.0 | Participate on weekly professionals' call ████████████ ██████████ |
| 18 | 10/25/2021 | Van Velkinburgh, Sara | 0.9 | Participate on weekly professionals' call ██████████ █████████████████████ |
| **18 Total** | | | **17.6** | |
| 24 | 10/1/2021 | Sombuntham, Natalie | 0.3 | Correspond with sub-retained communications vendor re: timing and process of fee application and interim fee payments. |
| 24 | 10/15/2021 | Sombuntham, Natalie | 0.2 | Correspond with various sub-retained communications vendors to coordinate invoices and fee detail for the September Fee Statement. |
| 24 | 10/18/2021 | Sombuntham, Natalie | 0.4 | Correspond with various communications sub-retained vendors to gather necessary invoices to be included in the September Fee Statement. |
| 24 | 10/22/2021 | Sombuntham, Natalie | 0.3 | Perform reconciliation and allocation of 12th interim fee application holdback payment after agreed upon fee reduction by monthly fee statements. |
| **24 Total** | | | **1.2** | |

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2021 TO OCTOBER 31, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 27 | 10/1/2021 | Lievano, Manuela | 0.9 | Review mainland and on-island media coverage as of 10/1 |
| 27 | 10/4/2021 | Garcia Pelaez, Andres | 0.9 | Perform |
| 27 | 10/4/2021 | Lievano, Manuela | 1.1 | Monitor mainland and on-island media coverage as of 10/4 |
| 27 | 10/4/2021 | Van Velkinburgh, Sara | 0.9 | Coordinate |
| 27 | 10/4/2021 | Whitcomb, John | 0.5 | Research |
| 27 | 10/5/2021 | Heeren, Ana | 0.6 | Attend |
| 27 | 10/5/2021 | Newton, Emilie | 0.5 | Analyze mainland and on-island media coverage as of 10/5 |
| 27 | 10/6/2021 | Heeren, Ana | 0.6 | Attend meeting |
| 27 | 10/6/2021 | Lievano, Manuela | 0.8 | Evaluate mainland and on-island media coverage as of 10/6 |
| 27 | 10/6/2021 | Smotkin, Lauren | 1.6 | Conduct |
| 27 | 10/7/2021 | Garcia Pelaez, Andres | 0.7 | Attend |
| 27 | 10/7/2021 | Heeren, Ana | 0.4 | Attend |
| 27 | 10/7/2021 | Lievano, Manuela | 0.8 | Review mainland and on-island media coverage as of 10/7 |
| 27 | 10/8/2021 | Lievano, Manuela | 1.2 | Monitor mainland and on-island media coverage as of 10/8 |
| 27 | 10/11/2021 | Lievano, Manuela | 1.1 | Analyze mainland and on-island media coverage as of 10/11 |
| 27 | 10/12/2021 | Lievano, Manuela | 0.9 | Evaluate mainland and on-island media coverage as of 10/12 |
| 27 | 10/13/2021 | Lievano, Manuela | 0.7 | Review mainland and on-island media coverage as of 10/13 |
| 27 | 10/13/2021 | Smotkin, Lauren | 0.8 | Conduct |
| 27 | 10/14/2021 | Heeren, Ana | 0.6 | Attend |
| 27 | 10/14/2021 | Lievano, Manuela | 1.3 | Monitor mainland and on-island media coverage as of 10/14 |
| 27 | 10/14/2021 | Smotkin, Lauren | 1.2 | Continue to perform |
| 27 | 10/15/2021 | Lievano, Manuela | 0.9 | Analyze mainland and on-island media coverage as of 10/15 |

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2021 TO OCTOBER 31, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 27 | 10/15/2021 | Smotkin, Lauren | 0.8 | Incorporate ███████████████ |
| 27 | 10/18/2021 | Lievano, Manuela | 0.8 | Evaluate mainland and on-island media coverage as of 10/18 ███████ |
| 27 | 10/19/2021 | Lievano, Manuela | 1.1 | Review mainland and on-island media coverage as of 10/19 re ███ |
| 27 | 10/19/2021 | Smotkin, Lauren | 1.4 | Compile ██████████████ |
| 27 | 10/20/2021 | Lievano, Manuela | 0.8 | Monitor mainland and on-island media coverage as of 10/20 ███████ |
| 27 | 10/20/2021 | Smotkin, Lauren | 1.8 | Perform ████████████████████ |
| 27 | 10/21/2021 | Lievano, Manuela | 1.2 | Analyze mainland and on-island media coverage as of 10/21 ███ |
| 27 | 10/21/2021 | Smotkin, Lauren | 0.2 | Correspond with team ███████████ |
| 27 | 10/22/2021 | Lievano, Manuela | 0.9 | Evaluate mainland and on-island media coverage as of 10/22 ███ |
| 27 | 10/25/2021 | Lievano, Manuela | 1.1 | Review mainland and on-island media coverage as of 10/25 ████████ |
| 27 | 10/26/2021 | Lievano, Manuela | 0.8 | Monitor mainland and on-island media coverage as of 10/26 ███ |
| 27 | 10/27/2021 | Lievano, Manuela | 1.2 | Analyze mainland and on-island media coverage as of 10/27 ███████ |
| 27 | 10/28/2021 | Lievano, Manuela | 0.9 | Evaluate mainland and on-island media coverage as of 10/28 re ███ |
| 27 | 10/29/2021 | Lievano, Manuela | 1.1 | Review mainland and on-island media coverage as of 10/29 ███ |
| **27 Total** | | | **33.1** | |

EXHIBIT D

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**DETAIL OF MAINLAND TIME ENTRIES**

**FOR THE PERIOD OCTOBER 1, 2021 TO OCTOBER 31, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/1/2021 | Fitschen, Ernst | 0.6 | Participate on call with D. Grunwald (FTI) and W. Locke (FTI) ▮▮▮▮ |
| 28 | 10/1/2021 | Fitschen, Ernst | 1.4 | Review ▮▮▮▮ |
| 28 | 10/1/2021 | Locke, William | 0.6 | Participate on call with D. Grunwald (FTI) and E. Fitschen (FTI) ▮▮▮▮ |
| 28 | 10/1/2021 | Locke, William | 0.7 | Review ▮▮▮▮ |
| 28 | 10/5/2021 | Grunwald Kadar, Andrea | 1.7 | Prepare ▮▮▮▮ |
| 28 | 10/6/2021 | Grunwald Kadar, Andrea | 2.3 | Continue to prepare ▮▮▮▮ |
| 28 | 10/11/2021 | Fitschen, Ernst | 0.9 | Review ▮▮▮▮. |
| 28 | 10/11/2021 | Fitschen, Ernst | 2.2 | Research ▮▮▮▮ |
| 28 | 10/11/2021 | Locke, William | 3.3 | Research ▮▮▮▮ |
| 28 | 10/11/2021 | Locke, William | 0.2 | Correspond with E. Fitschen (FTI) to ▮▮▮▮ |
| 28 | 10/11/2021 | Osipov, Sergey | 1.0 | Research ▮▮▮▮ |

| | | |
|---|---|---|
| **28 Total** | | **14.9** |
| **Grand Total** | | **159.7** |

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD NOVEMBER 1, 2021 TO NOVEMBER 30, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 3 | 11/5/2021 | Sombuntham, Natalie | 0.4 | Participate ████████████████████████████████ |
| 3 | 11/5/2021 | Sombuntham, Natalie | 0.3 | Review ████████████████████ |
| **3 Total** | | | **0.7** | |
| 4 | 11/2/2021 | Gumbs, Sean | 0.2 | Review ████████████████ |
| 4 | 11/16/2021 | Gumbs, Sean | 0.4 | Review ██████████████ ██████ |
| 4 | 11/22/2021 | Gumbs, Sean | 0.3 | Review ██████████████████ ██████ |
| 4 | 11/29/2021 | Sombuntham, Natalie | 0.6 | Update ████████████████████ ████ |
| 4 | 11/29/2021 | Sombuntham, Natalie | 0.4 | Research ████████████████████ |
| 4 | 11/30/2021 | Sombuntham, Natalie | 0.4 | Review ██████████████████████ |
| **4 Total** | | | **2.3** | |
| 10 | 11/10/2021 | Sombuntham, Natalie | 0.2 | Reconcile the recent payment received vs. 13th Interim Fee Application balances. |
| 10 | 11/15/2021 | Sombuntham, Natalie | 0.4 | Draft and serve the December fee budget. |
| 10 | 11/15/2021 | Sombuntham, Natalie | 0.4 | Reconcile Hacienda's tax withholding form with actual amounts billed and withheld case to date. |
| **10 Total** | | | **1.0** | |

**EXHIBIT D**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**DETAIL OF MAINLAND TIME ENTRIES**

**FOR THE PERIOD NOVEMBER 1, 2021 TO NOVEMBER 30, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 11/1/2021 | Gumbs, Sean | 1.1 | Review |
| 16 | 11/1/2021 | Gumbs, Sean | 1.6 | Review |
| 16 | 11/1/2021 | Gumbs, Sean | 0.4 | Continue to review |
| 16 | 11/1/2021 | Sombuntham, Natalie | 1.1 | Commence review |
| 16 | 11/2/2021 | Gumbs, Sean | 1.4 | Review |
| 16 | 11/2/2021 | Gumbs, Sean | 0.9 | Review |
| 16 | 11/2/2021 | Gumbs, Sean | 0.6 | Correspond with counsel |
| 16 | 11/2/2021 | Sombuntham, Natalie | 1.4 | Commence review |
| 16 | 11/2/2021 | Sombuntham, Natalie | 2.6 | Review |
| 16 | 11/3/2021 | Gumbs, Sean | 0.6 | Participate in call with Jenner and Bennazar |
| 16 | 11/3/2021 | Gumbs, Sean | 0.9 | Assess |
| 16 | 11/3/2021 | Gumbs, Sean | 0.8 | Participate in call with L. Park (FTI) and N. Sombuntham (FTI) to |
| 16 | 11/3/2021 | Hu, Ji Yon | 1.1 | Review |
| 16 | 11/3/2021 | Hu, Ji Yon | 0.7 | Call with team |
| 16 | 11/3/2021 | Sombuntham, Natalie | 0.6 | Participate on call with Jenner and Bennazar |
| 16 | 11/3/2021 | Sombuntham, Natalie | 0.8 | Participate on call with S. Gumbs (FTI) and L. Park (FTI) |
| 16 | 11/3/2021 | Sombuntham, Natalie | 3.2 | Perform |
| 16 | 11/4/2021 | Gumbs, Sean | 1.5 | Follow-up calls with L. Park (FTI) and N. Sombuntham (FTI) |
| 16 | 11/4/2021 | Gumbs, Sean | 0.4 | Review |
| 16 | 11/4/2021 | Gumbs, Sean | 0.7 | Review |
| 16 | 11/4/2021 | Gumbs, Sean | 0.8 | Review |
| 16 | 11/4/2021 | Hu, Ji Yon | 0.7 | Review |
| 16 | 11/4/2021 | Hu, Ji Yon | 0.2 | Review |
| 16 | 11/4/2021 | Sombuntham, Natalie | 1.0 | Participate on call with S. Gumbs (FTI) and L. Park (FTI) |
| 16 | 11/4/2021 | Sombuntham, Natalie | 0.5 | Continue to participate on call with S. Gumbs (FTI) and L. Park (FTI) |
| 16 | 11/4/2021 | Sombuntham, Natalie | 3.4 | Perform |

**EXHIBIT D**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**DETAIL OF MAINLAND TIME ENTRIES**

**FOR THE PERIOD NOVEMBER 1, 2021 TO NOVEMBER 30, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 11/4/2021 | Sombuntham, Natalie | 1.4 | Incorporate █████████ |
| 16 | 11/5/2021 | Gumbs, Sean | 1.0 | Call with econ team █████ |
| 16 | 11/5/2021 | Hu, Ji Yon | 0.2 | Follow up with team ██████ |
| 16 | 11/5/2021 | Sombuntham, Natalie | 1.0 | Participate on call with the econ team ██████ |
| 16 | 11/5/2021 | Sombuntham, Natalie | 1.2 | Update ████████ |
| 16 | 11/5/2021 | Sombuntham, Natalie | 2.3 | Review █████ |
| 16 | 11/8/2021 | Gumbs, Sean | 1.1 | Review █████ |
| 16 | 11/8/2021 | Sombuntham, Natalie | 1.4 | Perform █████ |
| 16 | 11/9/2021 | Gumbs, Sean | 0.6 | Review ██████ |
| 16 | 11/9/2021 | Sombuntham, Natalie | 2.4 | Perform ███████ |
| 16 | 11/9/2021 | Sombuntham, Natalie | 0.3 | Correspond with Marchand █████ |
| 16 | 11/9/2021 | Sombuntham, Natalie | 0.6 | Analyze █████ |
| 16 | 11/9/2021 | Sombuntham, Natalie | 2.1 | (Partial) Listen in █████ |
| 16 | 11/10/2021 | Gumbs, Sean | 0.4 | Review █████ |
| 16 | 11/10/2021 | Gumbs, Sean | 0.6 | Review ████████ |
| 16 | 11/10/2021 | Sombuntham, Natalie | 1.6 | (Partial) Listen in ██████ |
| 16 | 11/11/2021 | Sombuntham, Natalie | 2.4 | Research ██████ |
| 16 | 11/11/2021 | Sombuntham, Natalie | 2.3 | (Partial) Listen █████ |
| 16 | 11/11/2021 | Sombuntham, Natalie | 1.3 | Review ██████ |
| 16 | 11/16/2021 | Gumbs, Sean | 0.3 | Review ██████ |
| 16 | 11/23/2021 | Sombuntham, Natalie | 0.6 | Research ███████ |
| 16 | 11/29/2021 | Gumbs, Sean | 1.3 | Review █████ |
| 16 | 11/29/2021 | Sombuntham, Natalie | 1.7 | Review █████ |
| 16 | 11/29/2021 | Sombuntham, Natalie | 0.4 | Research █████ |
| **16 Total** | | | **57.5** | |

EXHIBIT D

THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283

DETAIL OF MAINLAND TIME ENTRIES

FOR THE PERIOD NOVEMBER 1, 2021 TO NOVEMBER 30, 2021

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 11/1/2021 | Gumbs, Sean | 0.3 | Review |
| 17 | 11/1/2021 | Sombuntham, Natalie | 0.9 | Update |
| 17 | 11/2/2021 | Gumbs, Sean | 0.6 | Correspond with counsel |
| 17 | 11/3/2021 | Gumbs, Sean | 0.7 | Review |
| 17 | 11/4/2021 | Gumbs, Sean | 0.6 | Review |
| 17 | 11/5/2021 | Gumbs, Sean | 0.8 | Call |
| 17 | 11/5/2021 | Gumbs, Sean | 0.3 | Correspond with counsel |
| 17 | 11/5/2021 | Gumbs, Sean | 0.3 | Correspond with counsel |
| 17 | 11/5/2021 | Sombuntham, Natalie | 0.8 | Participate on call |
| 17 | 11/5/2021 | Sombuntham, Natalie | 0.4 | Prepare |
| 17 | 11/5/2021 | Sombuntham, Natalie | 1.3 | Perform |
| 17 | 11/8/2021 | Gumbs, Sean | 1.1 | Review |
| 17 | 11/8/2021 | Gumbs, Sean | 0.4 | Review |
| 17 | 11/8/2021 | Gumbs, Sean | 0.4 | Participate on call with N. Sombuntham (FTI) to |
| 17 | 11/8/2021 | Sombuntham, Natalie | 0.4 | Participate in meeting with S. Gumbs (FTI) |
| 17 | 11/8/2021 | Sombuntham, Natalie | 2.7 | Perform |
| 17 | 11/10/2021 | Gumbs, Sean | 0.3 | Correspond with R. Gordon (Jenner) |
| 17 | 11/11/2021 | Gumbs, Sean | 1.1 | Review |
| 17 | 11/11/2021 | Gumbs, Sean | 0.1 | Participate in call with N. Sombuntham (FTI) |
| 17 | 11/12/2021 | Sombuntham, Natalie | 0.1 | Participate on call with S. Gumbs (FTI) |
| 17 | 11/12/2021 | Sombuntham, Natalie | 0.4 | Review |
| 17 | 11/12/2021 | Sombuntham, Natalie | 0.6 | Compare |
| 17 | 11/15/2021 | Gumbs, Sean | 0.7 | Review |
| 17 | 11/15/2021 | Gumbs, Sean | 0.3 | Correspond |

**EXHIBIT D**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**DETAIL OF MAINLAND TIME ENTRIES**

**FOR THE PERIOD NOVEMBER 1, 2021 TO NOVEMBER 30, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 11/15/2021 | Gumbs, Sean | 0.7 | Review |
| 17 | 11/15/2021 | Gumbs, Sean | 1.2 | Review |
| 17 | 11/15/2021 | Gumbs, Sean | 0.3 | Review |
| 17 | 11/15/2021 | Sombuntham, Natalie | 1.2 | Review |
| 17 | 11/15/2021 | Sombuntham, Natalie | 0.8 | Review |
| 17 | 11/15/2021 | Sombuntham, Natalie | 0.6 | Correspond with Segal |
| 17 | 11/15/2021 | Sombuntham, Natalie | 1.9 | Update |
| 17 | 11/16/2021 | Gumbs, Sean | 0.8 | Review |
| 17 | 11/16/2021 | Gumbs, Sean | 0.9 | Call with Jenner and Bennazar |
| 17 | 11/16/2021 | Gumbs, Sean | 0.3 | Correspond with R. Gordon (Jenner) |
| 17 | 11/16/2021 | Gumbs, Sean | 0.4 | Review |
| 17 | 11/16/2021 | Gumbs, Sean | 0.4 | Correspond with Segal |
| 17 | 11/16/2021 | Sombuntham, Natalie | 0.9 | Participate on call with Jenner and Bennazar |
| 17 | 11/16/2021 | Sombuntham, Natalie | 1.2 | Review |
| 17 | 11/17/2021 | Gumbs, Sean | 1.1 | Participate in call |
| 17 | 11/17/2021 | Gumbs, Sean | 0.4 | Review |
| 17 | 11/18/2021 | Gumbs, Sean | 0.6 | Participate on call with Segal |
| 17 | 11/18/2021 | Gumbs, Sean | 0.4 | Participate on follow-up call |
| 17 | 11/18/2021 | Gumbs, Sean | 1.3 | Participate on call |
| 17 | 11/18/2021 | Gumbs, Sean | 0.6 | Participate on follow-up call with Jenner and Bennazar |
| 17 | 11/18/2021 | Sombuntham, Natalie | 0.6 | Participate on call with Segal |
| 17 | 11/18/2021 | Sombuntham, Natalie | 0.6 | Research |
| 17 | 11/18/2021 | Sombuntham, Natalie | 0.4 | Participate on call |
| 17 | 11/18/2021 | Sombuntham, Natalie | 1.3 | Participate on call |
| 17 | 11/18/2021 | Sombuntham, Natalie | 0.4 | Participate on call with R. Gordon (Jenner) |

**EXHIBIT D**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**DETAIL OF MAINLAND TIME ENTRIES**

**FOR THE PERIOD NOVEMBER 1, 2021 TO NOVEMBER 30, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 11/19/2021 | Gumbs, Sean | 1.6 | Participate on call █████████████████████ |
| 17 | 11/19/2021 | Gumbs, Sean | 0.8 | Review ████████████████████ |
| 17 | 11/19/2021 | Gumbs, Sean | 0.6 | Review ██████████████ |
| 17 | 11/19/2021 | Gumbs, Sean | 0.4 | Correspond with Jenner and Bennazar ███████ |
| 17 | 11/19/2021 | Gumbs, Sean | 0.4 | Review ████████████████████ |
| 17 | 11/19/2021 | Gumbs, Sean | 1.1 | Review ████████████████████ |
| 17 | 11/19/2021 | Gumbs, Sean | 0.4 | Call with N. Sombuntham (FTI) ███████ |
| 17 | 11/19/2021 | Gumbs, Sean | 0.4 | Participate on call with N. Sombuntham ████ |
| 17 | 11/19/2021 | Sombuntham, Natalie | 0.4 | Participate on call with S. Gumbs (FTI) ███ |
| 17 | 11/19/2021 | Sombuntham, Natalie | 1.6 | Participate on call █████████████████ |
| 17 | 11/19/2021 | Sombuntham, Natalie | 0.8 | Review ███████████████ |
| 17 | 11/19/2021 | Sombuntham, Natalie | 1.8 | Mark-up █████████████████████ |
| 17 | 11/19/2021 | Sombuntham, Natalie | 0.4 | Participate on call with S. Gumbs (FTI) ████ |
| 17 | 11/19/2021 | Sombuntham, Natalie | 0.6 | Update ███████████████ |
| 17 | 11/20/2021 | Sombuntham, Natalie | 1.3 | Update ███████████ |
| 17 | 11/22/2021 | Gumbs, Sean | 0.6 | Participate on call with N. Sombuntham (FTI) re ████ |
| 17 | 11/22/2021 | Gumbs, Sean | 0.6 | Review █████████████████████ |
| 17 | 11/22/2021 | Gumbs, Sean | 0.3 | Review ██████████████████ |
| 17 | 11/22/2021 | Sombuntham, Natalie | 1.1 | Review ███████████████ |
| 17 | 11/22/2021 | Sombuntham, Natalie | 1.2 | Review ████████████████████ |
| 17 | 11/22/2021 | Sombuntham, Natalie | 0.6 | Participate on call with S. Gumbs (FTI) ████ |
| 17 | 11/22/2021 | Sombuntham, Natalie | 0.9 | Mark-up █████████████████████ |
| 17 | 11/23/2021 | Sombuntham, Natalie | 0.4 | Review ██████████████████ |
| 17 | 11/23/2021 | Sombuntham, Natalie | 1.1 | Research ████████████████ |
| 17 | 11/24/2021 | Gumbs, Sean | 0.4 | Follow-up with R. Gordon (Jenner) ████ |
| 17 | 11/28/2021 | Sombuntham, Natalie | 0.4 | Correspond with R. Gordon (Jenner) ████████ |
| 17 | 11/28/2021 | Sombuntham, Natalie | 1.6 | Review █████████████████ |

**EXHIBIT D**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**DETAIL OF MAINLAND TIME ENTRIES**

**FOR THE PERIOD NOVEMBER 1, 2021 TO NOVEMBER 30, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 11/29/2021 | Sombuntham, Natalie | 1.4 | Update ██████████████████████████ ████████████████ |
| 17 | 11/29/2021 | Sombuntham, Natalie | 1.2 | Perform ███████████████████████████ ██████████████████ |
| **17 Total** | | | **59.3** | |

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD NOVEMBER 1, 2021 TO NOVEMBER 30, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 11/1/2021 | Grunwald Kadar, Andrea | 0.9 | Participate on weekly professionals' call |
| 18 | 11/1/2021 | Gumbs, Sean | 0.9 | Participate on weekly professionals' call |
| 18 | 11/1/2021 | Heeren, Ana | 0.9 | Participate on weekly professionals' call |
| 18 | 11/1/2021 | Hu, Ji Yon | 0.7 | Participate on weekly professionals' call |
| 18 | 11/1/2021 | Sombuntham, Natalie | 0.9 | Participate on weekly professionals' call |
| 18 | 11/8/2021 | Grunwald Kadar, Andrea | 1.1 | Participate in weekly professionals' call |
| 18 | 11/8/2021 | Gumbs, Sean | 0.9 | Participate in weekly professionals' call |
| 18 | 11/8/2021 | Heeren, Ana | 1.1 | Participate in weekly professionals' call |
| 18 | 11/8/2021 | Hu, Ji Yon | 0.7 | Participate in weekly professionals' call |
| 18 | 11/8/2021 | Sombuntham, Natalie | 0.7 | Participate in weekly professionals' call |
| 18 | 11/15/2021 | Grunwald Kadar, Andrea | 0.9 | Participate on weekly professionals' call |
| 18 | 11/15/2021 | Gumbs, Sean | 0.7 | Participate on weekly professionals' call |
| 18 | 11/15/2021 | Heeren, Ana | 0.9 | Participate on weekly professionals' call |
| 18 | 11/15/2021 | Hu, Ji Yon | 0.6 | Participate on weekly professionals' call |
| 18 | 11/15/2021 | Sombuntham, Natalie | 0.7 | Participate on weekly professionals' call |

**EXHIBIT D**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**DETAIL OF MAINLAND TIME ENTRIES**

**FOR THE PERIOD NOVEMBER 1, 2021 TO NOVEMBER 30, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 11/22/2021 | Grunwald Kadar, Andrea | 1.1 | Participate on weekly professionals' call ████████████████ ████████████████████ |
| 18 | 11/22/2021 | Gumbs, Sean | 1.0 | Participate on weekly professionals' call ████████████████ ████████████████████ |
| 18 | 11/22/2021 | Heeren, Ana | 1.1 | Participate on weekly professionals' call ████████████████ ████████████████████ |
| 18 | 11/22/2021 | Hu, Ji Yon | 1.0 | Participate on weekly professionals' call ████████████████ ████████████████████ |
| 18 | 11/22/2021 | Sombuntham, Natalie | 1.0 | Participate on weekly professionals' call ████████████████ ████████████████████ |
| 18 | 11/29/2021 | Grunwald Kadar, Andrea | 1.0 | Participate on weekly professionals' call ████████████████ ████████████████████████ ████████████████████ |
| 18 | 11/29/2021 | Gumbs, Sean | 0.7 | Participate on weekly professionals' call ████████████████ ████████████████████████ ████████████████████ |
| 18 | 11/29/2021 | Heeren, Ana | 0.6 | Participate on weekly professionals' call ████████████████ ████████████████████████ ████████████████████ |
| 18 | 11/29/2021 | Hu, Ji Yon | 0.9 | Participate on weekly professionals' call ████████████████ ████████████████████████ ████████████████████ |
| 18 | 11/29/2021 | Sombuntham, Natalie | 0.7 | Participate on weekly professionals' call ████████████████ ████████████████████████ ████████████████████ |
| 18 | 11/30/2021 | Gumbs, Sean | 0.3 | Correspond with counsel ████████████████████ |
| **18 Total** | | | **22.0** | |

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD NOVEMBER 1, 2021 TO NOVEMBER 30, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 11/2/2021 | Gumbs, Sean | 0.4 | Review and provide comments to the September Fee Statement. |
| 24 | 11/2/2021 | Sombuntham, Natalie | 3.4 | Prepare draft exhibits to the September Fee Statement as well as fee and expense details for sub-retained vendors. |
| 24 | 11/4/2021 | Hellmund-Mora, Marili | 0.7 | Update and finalize the September Fee Statement. |
| 24 | 11/5/2021 | Gumbs, Sean | 0.4 | Commence review of the 13th Interim Fee Application. |
| 24 | 11/8/2021 | Gumbs, Sean | 0.4 | Review and provide comments to N. Sombuntham (FTI) regarding the 13th Interim Fee Application. |
| 24 | 11/10/2021 | Gumbs, Sean | 0.3 | Review C. Wedoff (Jenner) comments to interim fee application. |
| 24 | 11/10/2021 | Hu, Ji Yon | 0.3 | Review 13th interim fee application draft. |
| 24 | 11/10/2021 | Sombuntham, Natalie | 0.3 | Finalize the 13th Interim Fee Application and exhibits. |
| 24 | 11/10/2021 | Sombuntham, Natalie | 0.6 | Incorporate edits to the draft 13th Interim Fee Application and exhibits per comments from the team. |
| 24 | 11/11/2021 | Sombuntham, Natalie | 0.3 | Update schedule of recent billings and collections for the 13th interim fee application. |
| 24 | 11/11/2021 | Sombuntham, Natalie | 0.3 | Review proposed edits from counsel on the 13th Interim Fee Application. |
| 24 | 11/15/2021 | Sombuntham, Natalie | 0.2 | Serve the notice of no objection to the notice parties for the September Fee Statement. |
| 24 | 11/15/2021 | Sombuntham, Natalie | 0.4 | Correspond with sub-retained vendors to coordinate invoicing and payments of expenses incurred in October. |
| 24 | 11/16/2021 | Sombuntham, Natalie | 3.4 | Prepare draft exhibits to the October Fee Statement. |
| 24 | 11/22/2021 | Gumbs, Sean | 0.3 | Review and provide comments re: FTI October fee statement. |
| 24 | 11/24/2021 | Sombuntham, Natalie | 0.3 | Correspond with sub-retained vendors to coordinate preparation of the October Fee Statement. |
| 24 | 11/30/2021 | Sombuntham, Natalie | 0.6 | Incorporate edits and revisions to the October Fee Statement and exhibits based on comments from the team. |
| **24 Total** | | | **12.6** | |

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD NOVEMBER 1, 2021 TO NOVEMBER 30, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 27 | 11/1/2021 | Garcia Pelaez, Andres | 0.9 | Analyze██████████████████████████ |
| 27 | 11/1/2021 | Lievano, Manuela | 0.9 | Monitor mainland and on-island media coverage as of 11/1█████ ██████ |
| 27 | 11/2/2021 | Lievano, Manuela | 1.1 | Monitor mainland and on-island media coverage as of 11/2████████ |
| 27 | 11/3/2021 | Lievano, Manuela | 0.8 | Monitor mainland and on-island media coverage as of 11/3██████ |
| 27 | 11/4/2021 | Lievano, Manuela | 1.2 | Monitor mainland and on-island media coverage as of 11/4████████ |
| 27 | 11/5/2021 | Lievano, Manuela | 0.9 | Monitor mainland and on-island media coverage as of 11/5██████ |
| 27 | 11/8/2021 | Lievano, Manuela | 1.1 | Monitor mainland and on-island media coverage as of 11/8█ ████████ |
| 27 | 11/8/2021 | Van Velkinburgh, Sara | 0.9 | Analyze█████████████████████████ ████ |
| 27 | 11/9/2021 | Lievano, Manuela | 0.8 | Monitor mainland and on-island media coverage as of 11/9████████ |
| 27 | 11/10/2021 | Lievano, Manuela | 1.2 | Monitor mainland and on-island media coverage as of 11/10█████ |
| 27 | 11/11/2021 | Lievano, Manuela | 0.8 | Monitor mainland and on-island media coverage as of 11/11████ |
| 27 | 11/12/2021 | Lievano, Manuela | 1.2 | Monitor mainland and on-island media coverage as of 11/12████ |
| 27 | 11/15/2021 | Garcia Pelaez, Andres | 1.1 | Review███████████████████ |
| 27 | 11/15/2021 | Lievano, Manuela | 0.8 | Monitor mainland and on-island media coverage as of 11/15████ |
| 27 | 11/16/2021 | Lievano, Manuela | 0.9 | Monitor mainland and on-island media coverage as of 11/16█████ |
| 27 | 11/17/2021 | Lievano, Manuela | 1.1 | Monitor mainland and on-island media coverage as of 11/17████ |
| 27 | 11/18/2021 | Lievano, Manuela | 0.8 | Monitor mainland and on-island media coverage as of 11/18████ |
| 27 | 11/19/2021 | Lievano, Manuela | 1.2 | Monitor mainland and on-island media coverage as of 11/19████ |
| 27 | 11/22/2021 | Lievano, Manuela | 0.9 | Monitor mainland and on-island media coverage as of 11/22████ |
| 27 | 11/22/2021 | Van Velkinburgh, Sara | 1.1 | Analyze██████████████████████████████ |
| 27 | 11/23/2021 | Lievano, Manuela | 1.1 | Monitor mainland and on-island media coverage as of 11/23████ |
| 27 | 11/23/2021 | Van Velkinburgh, Sara | 0.9 | Draft████████████████████████ |
| 27 | 11/24/2021 | Lievano, Manuela | 0.8 | Monitor mainland and on-island media coverage as of 11/24████ |

**EXHIBIT D**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**DETAIL OF MAINLAND TIME ENTRIES**

**FOR THE PERIOD NOVEMBER 1, 2021 TO NOVEMBER 30, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 27 | 11/25/2021 | Lievano, Manuela | 1.2 | Monitor mainland and on-island media coverage as of 11/25 ██████████████ |
| 27 | 11/29/2021 | Lievano, Manuela | 0.9 | Monitor mainland and on-island media coverage as of 11/29 re ██████████████ |
| 27 | 11/29/2021 | Van Velkinburgh, Sara | 0.9 | Continue to draft ███████████████████████ |
| 27 | 11/30/2021 | Lievano, Manuela | 1.1 | Monitor mainland and on-island media coverage as of 11/30 ████████████████ |
| **27 Total** | | | **26.6** | |

**EXHIBIT D**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**DETAIL OF MAINLAND TIME ENTRIES**

**FOR THE PERIOD NOVEMBER 1, 2021 TO NOVEMBER 30, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 11/2/2021 | Fitschen, Ernst | 3.8 | Review █████████████████████████ |
| 28 | 11/2/2021 | Fitschen, Ernst | 2.7 | Continue to review ███████████████ ███████ |
| 28 | 11/3/2021 | Fitschen, Ernst | 3.9 | Review ████████████████████ |
| 28 | 11/3/2021 | Fitschen, Ernst | 2.6 | Continue to review ███████████ ████████ |
| 28 | 11/3/2021 | Locke, William | 3.4 | Commence review ███████████████ |
| 28 | 11/3/2021 | Locke, William | 3.8 | Draft █████████████████████ ████████ |
| 28 | 11/4/2021 | Fitschen, Ernst | 2.6 | Review ██████████████ |
| 28 | 11/4/2021 | Locke, William | 3.6 | Reviewing ████████████████ ████████████ |
| 28 | 11/4/2021 | Locke, William | 3.8 | Continue to summarize ████████████████ |
| 28 | 11/5/2021 | Fitschen, Ernst | 3.1 | Prepare ████████████████████ |
| 28 | 11/5/2021 | Fitschen, Ernst | 3.8 | Review ████████████████████ █████████ |
| 28 | 11/5/2021 | Fitschen, Ernst | 1.0 | Call with corporate finance team █████████ |
| 28 | 11/5/2021 | Grunwald Kadar, Andrea | 1.6 | Review █████████████ |
| 28 | 11/5/2021 | Grunwald Kadar, Andrea | 0.4 | Correspond with team ███████████ |
| 28 | 11/5/2021 | Grunwald Kadar, Andrea | 1.0 | Call with corporate finance team █████████ |
| 28 | 11/5/2021 | Grunwald Kadar, Andrea | 0.9 | Research █████████████████ |
| 28 | 11/5/2021 | Locke, William | 1.0 | Call with corporate finance team ████████ ███ |
| 28 | 11/5/2021 | Locke, William | 2.4 | Follow-up ███████████████████████ ██████ |
| 28 | 11/5/2021 | Locke, William | 3.3 | Continue to review ██████████████████ |
| 28 | 11/5/2021 | Osipov, Sergey | 1.0 | Call with corporate finance team ████████ |
| 28 | 11/5/2021 | Osipov, Sergey | 0.5 | Analyze ████████████████ |
| 28 | 11/7/2021 | Grunwald Kadar, Andrea | 2.2 | Research █████████████████ |
| 28 | 11/7/2021 | Grunwald Kadar, Andrea | 1.3 | Review ███████████████████ |
| **28 Total** | | | **53.7** | |
| **Grand Total** | | | **235.7** | |

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2021 TO DECEMBER 31, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 3 | 12/3/2021 | Sombuntham, Natalie | 0.3 | Participate ████████████████████████████████ |
| **3 Total** | | | **0.3** | |
| 4 | 12/2/2021 | Sombuntham, Natalie | 0.9 | Update ████████████████████████████ |
| 4 | 12/3/2021 | Sombuntham, Natalie | 0.7 | Research ████████████████████████████ |
| 4 | 12/7/2021 | Gumbs, Sean | 0.3 | Review ████████████████████████ |
| 4 | 12/7/2021 | Gumbs, Sean | 1.1 | Review ████████████████████████ |
| 4 | 12/7/2021 | Sombuntham, Natalie | 0.6 | Research ███████████████████████ |
| 4 | 12/14/2021 | Gumbs, Sean | 0.4 | Correspond with R. Gordon (Jenner) ████████████ |
| 4 | 12/14/2021 | Gumbs, Sean | 0.2 | Call ████████████████████ |
| 4 | 12/17/2021 | Sombuntham, Natalie | 1.5 | (Partial) Listen in on the FOMB's 31st public hearing re: economic and structural reforms. |
| 4 | 12/17/2021 | Sombuntham, Natalie | 0.4 | Update █████████████████████ |
| 4 | 12/23/2021 | Sombuntham, Natalie | 0.6 | Research ████████████████████████ |
| 4 | 12/23/2021 | Sombuntham, Natalie | 0.7 | Review ████████████████████████████ |
| 4 | 12/23/2021 | Sombuntham, Natalie | 0.4 | Research ███████████████ |
| **4 Total** | | | **7.8** | |
| 10 | 12/3/2021 | Sombuntham, Natalie | 0.3 | Perform reconciliation of actual collections and billings case to date. |
| 10 | 12/3/2021 | Sombuntham, Natalie | 0.3 | Coordinate remittance and payment for sub-retained vendors. |
| 10 | 12/13/2021 | Sombuntham, Natalie | 0.4 | Prepare the January 2022 fee budget. |
| 10 | 12/15/2021 | Sombuntham, Natalie | 0.5 | Follow-up on sub-retained vendor payments and reconcile current billings and collections. |
| **10 Total** | | | **1.5** | |
| 16 | 12/2/2021 | Gumbs, Sean | 1.6 | Review ████████████████████████████ |
| 16 | 12/3/2021 | Gumbs, Sean | 0.8 | Continue to review ████████████████████ |
| 16 | 12/9/2021 | Gumbs, Sean | 0.4 | Correspond with R. Gordon (Jenner) ████████████ |
| **16 Total** | | | **2.8** | |

**EXHIBIT D**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**DETAIL OF MAINLAND TIME ENTRIES**

**FOR THE PERIOD DECEMBER 1, 2021 TO DECEMBER 31, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 12/1/2021 | Sombuntham, Natalie | 1.6 | Review █████████████████████████████████ |
| 17 | 12/2/2021 | Gumbs, Sean | 0.2 | Participate on call ████████████████████████ |
| 17 | 12/6/2021 | Gumbs, Sean | 0.5 | Participate in call █████████████████████████ |
| 17 | 12/6/2021 | Gumbs, Sean | 1.0 | Participate in call with Jenner and Bennazar ███████████ |
| 17 | 12/6/2021 | Gumbs, Sean | 0.4 | Review ████████████████████████ |
| 17 | 12/6/2021 | Gumbs, Sean | 0.3 | Correspond with Segal ██████████████████ |
| 17 | 12/7/2021 | Gumbs, Sean | 0.5 | Participate on call ████████████████████████ |
| 17 | 12/7/2021 | Gumbs, Sean | 0.6 | Correspond █████████████████████████████ |
| 17 | 12/7/2021 | Sombuntham, Natalie | 0.3 | Correspond with S. Gumbs (FTI) ██████████████ |
| 17 | 12/8/2021 | Gumbs, Sean | 0.8 | Review ████████████████████████ |
| 17 | 12/8/2021 | Gumbs, Sean | 0.5 | Call with Jenner and Bennazar regarding ██████████ |
| 17 | 12/8/2021 | Gumbs, Sean | 0.4 | Follow-up ███████████████████████ |
| 17 | 12/9/2021 | Gumbs, Sean | 0.9 | Correspond with Jenner and Bennazar ███████████ |
| 17 | 12/10/2021 | Gumbs, Sean | 0.3 | Correspond with Segal ████████████████████ |
| 17 | 12/10/2021 | Gumbs, Sean | 0.4 | Further correspond with Jenner and Bennazar ████████ |
| **17 Total** | | | **8.7** | |

**EXHIBIT D**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**DETAIL OF MAINLAND TIME ENTRIES**

**FOR THE PERIOD DECEMBER 1, 2021 TO DECEMBER 31, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 12/7/2021 | Gumbs, Sean | 0.3 | Correspond with Jenner and Bennazar ███████████████ |
| 18 | 12/9/2021 | Gumbs, Sean | 1.1 | Review ████████████████ |
| 18 | 12/13/2021 | Gumbs, Sean | 0.9 | Prepare ████████████ |
| 18 | 12/14/2021 | Gumbs, Sean | 2.0 | Participate ████████ |
| **18 Total** | | | **4.3** | |
| 24 | 12/1/2021 | Sombuntham, Natalie | 0.4 | Incorporate edits and revisions to the October Fee Statement based on the team's comments. |
| 24 | 12/6/2021 | Hellmund-Mora, Marili | 0.9 | Update and finalize the October fee application. |
| 24 | 12/6/2021 | Sombuntham, Natalie | 0.4 | Finalize and serve the October Fee Statement. |
| 24 | 12/15/2021 | Hellmund-Mora, Marili | 0.3 | Correspond regarding the Strat Comm timekeeper in connection with the November Fee Statement. |
| 24 | 12/23/2021 | Hellmund-Mora, Marili | 0.4 | Generate proforma in connection with the budget and billing. |
| 24 | 12/23/2021 | Sombuntham, Natalie | 3.4 | Prepare draft exhibits to the November Fee Statement. |
| **24 Total** | | | **5.8** | |

**EXHIBIT D**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**DETAIL OF MAINLAND TIME ENTRIES**

**FOR THE PERIOD DECEMBER 1, 2021 TO DECEMBER 31, 2021**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 27 | 12/1/2021 | Lievano, Manuela | 0.8 | Prepare news media coverage analysis as of 12/1 |
| 27 | 12/2/2021 | Lievano, Manuela | 0.9 | Analyze news media coverage as of 12/2 |
| 27 | 12/3/2021 | Lievano, Manuela | 1.1 | Review news media coverage as of 12/3 |
| 27 | 12/6/2021 | Lievano, Manuela | 1.2 | Evaluate news media coverage as of 12/6 |
| 27 | 12/7/2021 | Lievano, Manuela | 0.9 | Prepare news media coverage analysis as of 12/7 |
| 27 | 12/8/2021 | Lievano, Manuela | 1.1 | Analyze news media coverage as of 12/8 |
| 27 | 12/9/2021 | Lievano, Manuela | 0.8 | Review news media coverage as of 12/9 |
| 27 | 12/10/2021 | Lievano, Manuela | 0.9 | Evaluate news media coverage as of 12/10 |
| 27 | 12/13/2021 | Lievano, Manuela | 1.1 | Prepare news media coverage analysis as of 12/13 |
| 27 | 12/14/2021 | Lievano, Manuela | 1.2 | Analyze news media coverage as of 12/14 |
| 27 | 12/15/2021 | Lievano, Manuela | 0.8 | Review news media coverage as of 12/15 |
| 27 | 12/16/2021 | Lievano, Manuela | 0.9 | Evaluate news media coverage as of 12/16 |
| 27 | 12/17/2021 | Lievano, Manuela | 1.1 | Prepare news media coverage analysis as of 12/17 |
| 27 | 12/20/2021 | Lievano, Manuela | 1.2 | Analyze news media coverage as of 12/20 |
| 27 | 12/21/2021 | Lievano, Manuela | 0.9 | Review news media coverage as of 12/21 |
| 27 | 12/22/2021 | Lievano, Manuela | 1.1 | Evaluate news media coverage as of 12/22 |
| 27 | 12/23/2021 | Lievano, Manuela | 1.0 | Prepare news media coverage analysis as of 12/23 |
| 27 | 12/27/2021 | Newton, Emilie | 0.4 | Analyze news media coverage as of 12/27 |
| 27 | 12/28/2021 | Newton, Emilie | 0.6 | Review news media coverage as of 12/28 |
| 27 | 12/29/2021 | Newton, Emilie | 0.3 | Evaluate news media coverage as of 12/29 |
| 27 | 12/30/2021 | Newton, Emilie | 0.3 | Prepare news media coverage analysis as of 12/30 |

| **27 Total** | | | **18.6** | |
| **Grand Total** | | | **49.8** | |

**EXHIBIT D**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**DETAIL OF MAINLAND TIME ENTRIES**

**FOR THE PERIOD JANUARY 1, 2022 TO JANUARY 31, 2022**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 4 | 1/3/2022 | Gumbs, Sean | 0.6 | Review█████████████████████████████ |
| 4 | 1/25/2022 | Sombuntham, Natalie | 0.3 | Correspond with S. Gumbs (FTI)███████████████ |
| 4 | 1/27/2022 | Gumbs, Sean | 1.5 | Listen in on the FOMB public hearing to review/certify the fiscal plan. |
| 4 | 1/27/2022 | Gumbs, Sean | 0.4 | Review██████████████ |
| 4 | 1/27/2022 | Gumbs, Sean | 1.7 | Commence████████████ |
| 4 | 1/27/2022 | Sombuntham, Natalie | 1.1 | Listen in on FOMB's 32nd public meeting re: certification of 2022 fiscal plan. |
| 4 | 1/27/2022 | Sombuntham, Natalie | 2.4 | Commence████████████████ |
| 4 | 1/28/2022 | Sombuntham, Natalie | 0.4 | Prepare██████████████ |
| 4 | 1/31/2022 | Gumbs, Sean | 1.9 | Continue███████████ |
| **4 Total** | | | **10.3** | |
| 16 | 1/18/2022 | Gumbs, Sean | 0.4 | Review███████████ |
| 16 | 1/19/2022 | Gumbs, Sean | 1.8 | Review██████ |
| **16 Total** | | | **2.2** | |

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2022 TO JANUARY 31, 2022**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 1/18/2022 | Gumbs, Sean | 0.7 | Review █████████████████████████████████ |
| 17 | 1/19/2022 | Gumbs, Sean | 1.0 | Participate in call with COR professionals ████████████ |
| 17 | 1/19/2022 | Gumbs, Sean | 1.0 | Participate in call ████████████████████████████████ |
| 17 | 1/19/2022 | Gumbs, Sean | 0.3 | Review ██████████████████████ |
| 17 | 1/19/2022 | Sombuntham, Natalie | 0.3 | Participate on call with Jenner and Bennazar ██████████ |
| 17 | 1/19/2022 | Sombuntham, Natalie | 1.0 | (Partial) Participate on call ███████████████ |
| 17 | 1/19/2022 | Sombuntham, Natalie | 0.8 | Review ████████████████████ |
| 17 | 1/19/2022 | Sombuntham, Natalie | 0.4 | Revise ███████████████████ |
| 17 | 1/24/2022 | Gumbs, Sean | 0.8 | Participate on call with Jenner and Bennazar ████████ |
| 17 | 1/24/2022 | Gumbs, Sean | 1.0 | Participate on call ████████████████████████████ |
| 17 | 1/24/2022 | Gumbs, Sean | 0.3 | Call with Jenner and Bennazar ███████████████ |
| 17 | 1/24/2022 | Sombuntham, Natalie | 0.8 | Participate on call with Jenner and Bennazar ████████ |
| 17 | 1/24/2022 | Sombuntham, Natalie | 1.3 | Participate on call with ██████████████████████ |
| 17 | 1/25/2022 | Gumbs, Sean | 0.8 | Participate in call with Jenner and Bennazar ██████████ |
| 17 | 1/25/2022 | Sombuntham, Natalie | 1.3 | Participate on call with Jenner and Bennazar ████████ |
| 17 | 1/25/2022 | Sombuntham, Natalie | 1.3 | Review ██████████████████████████████ |
| 17 | 1/28/2022 | Sombuntham, Natalie | 1.2 | Review ████████████████████████ |
| 17 | 1/28/2022 | Sombuntham, Natalie | 1.1 | Review ████████████████████ |
| 17 | 1/29/2022 | Gumbs, Sean | 0.7 | Respond ████████████████████. |
| **17 Total** | | | **16.1** | |
| 18 | 1/18/2022 | Gumbs, Sean | 0.4 | Correspond with COR professionals and COR members ██████████ |
| 18 | 1/19/2022 | Sombuntham, Natalie | 1.0 | Participate on professionals' call ███████████████████████ |
| **18 Total** | | | **1.4** | |

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2022 TO JANUARY 31, 2022**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 1/7/2022 | Sombuntham, Natalie | 1.6 | Incorporate edits and revisions into the draft exhibits on the November Fee Statement. |
| 24 | 1/10/2022 | Gumbs, Sean | 0.4 | Review and provide comments re: November fee statement. |
| 24 | 1/13/2022 | Gumbs, Sean | 0.4 | Review Fee Examiner letter on interim fee application. |
| 24 | 1/19/2022 | Sombuntham, Natalie | 0.6 | Review Fee Examiner's memo on final fee application process. |
| 24 | 1/25/2022 | Sombuntham, Natalie | 1.9 | Draft the response letter to the Fee Examiner's letter on the 13th interim fee application. |
| 24 | 1/26/2022 | Gumbs, Sean | 0.4 | Review and provide comments re: FTI December Fee Statement. |
| 24 | 1/26/2022 | Sombuntham, Natalie | 1.1 | Prepare December Fee Statement exhibits and coordinate invoicing of sub-retained vendor fees. |
| 24 | 1/26/2022 | Sombuntham, Natalie | 0.4 | Incorporate changes and updates to the draft Fee Examiner response letter. |
| 24 | 1/27/2022 | Sombuntham, Natalie | 2.1 | Continue to prepare the December Fee Statement exhibits. |
| **24 Total** | | | **8.9** | |

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2022 TO JANUARY 31, 2022**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 27 | 1/1/2022 | Whitcomb, John | 0.8 | Conduct ███████████████████████████████████████ |
| 27 | 1/3/2022 | Whitcomb, John | 0.7 | Perform ███████████████████████████████████████ |
| 27 | 1/5/2022 | Newton, Emilie | 0.4 | Analyze the on-island and mainland news coverage as of 1/5 █████ |
| 27 | 1/6/2022 | Newton, Emilie | 0.6 | Analyze the on-island and mainland news coverage as of 1/6 ███████████████████ |
| 27 | 1/7/2022 | Newton, Emilie | 0.4 | Analyze the on-island and mainland news coverage as of 1/7 ████████████████████████ |
| 27 | 1/10/2022 | Newton, Emilie | 0.4 | Analyze the on-island and mainland news coverage as of 1/10 ████████████ |
| 27 | 1/11/2022 | Newton, Emilie | 0.6 | Analyze the on-island and mainland news coverage as of 1/11 ██████ |
| 27 | 1/12/2022 | Newton, Emilie | 0.4 | Analyze the on-island and mainland news coverage as of 1/12 ██████████ |
| 27 | 1/13/2022 | Newton, Emilie | 0.2 | Analyze the on-island and mainland news coverage as of 1/13 re ████████████████████ |
| 27 | 1/14/2022 | Newton, Emilie | 0.2 | Analyze the on-island and mainland news coverage as of 1/14 ██████████████ |
| 27 | 1/18/2022 | Newton, Emilie | 0.6 | Analyze the on-island and mainland news coverage as of 1/18 ████ |
| 27 | 1/19/2022 | Newton, Emilie | 0.6 | Analyze the on-island and mainland news coverage as of 1/19 ███████ |
| 27 | 1/20/2022 | Newton, Emilie | 0.7 | Analyze the on-island and mainland news coverage as of 1/20 ████████████ |
| 27 | 1/21/2022 | Newton, Emilie | 0.4 | Analyze the on-island and mainland news coverage as of 1/21 ███████████████ |
| 27 | 1/24/2022 | Newton, Emilie | 0.7 | Analyze the on-island and mainland news coverage as of 1/24 █████████ |
| 27 | 1/25/2022 | Lievano, Manuela | 0.8 | Analyze the on-island and mainland news coverage as of 1/25 re ██████████████ |
| 27 | 1/26/2022 | Lievano, Manuela | 0.9 | Analyze the on-island and mainland news coverage as of 1/26 ███████ |
| 27 | 1/27/2022 | Lievano, Manuela | 1.1 | Analyze the on-island and mainland news coverage as of 1/27 ██████ |
| 27 | 1/28/2022 | Lievano, Manuela | 1.1 | Analyze the on-island and mainland news coverage as of 1/28 ██████████████ |
| 27 | 1/31/2022 | Lievano, Manuela | 1.1 | Analyze the on-island and mainland news coverage as of 1/31 ████████████████ |
| **27 Total** | | | **12.7** | |

**EXHIBIT D**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**DETAIL OF MAINLAND TIME ENTRIES**

**FOR THE PERIOD JANUARY 1, 2022 TO JANUARY 31, 2022**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 1/13/2022 | Guminski, Henry | 0.4 | Coordinate and prepare for winddown of the Relativity site used for preparation of expert report. |
| 28 | 1/18/2022 | Guminski, Henry | 0.6 | Commence winddown and back-up of the Relativity site. |
| 28 | 1/25/2022 | Sombuntham, Natalie | 0.2 | Correspond with H. Guminski (FTI) re: econ relativity site de-commission. |
| **28 Total** | | | **1.2** | |
| **Grand Total** | | | **52.8** | |