# EXHIBIT G

**DETAILED EXPENSE RECORDS FOR FTI CONSULTING, INC.**
**FOR THE PERIOD OCTOBER 1, 2021 TO JANUARY 31, 2022**

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD OCTOBER 1, 2021 TO OCTOBER 31, 2021**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 09/30/21 | Wallace, Rebecca | Other | Delivery and courier expenses for notarized declaration re: 1.5% government contribution withholdings. | $ 15.32 |
| 10/07/21 | Taylor, Erin | Other | a4 Media LLC Invoice #0665528-IN. Advertising displays and placements for the Commonwealth of Puerto Rico Retiree Committee. | 6,312.13 |
| 10/07/21 | Taylor, Erin | Other | a4 Media LLC Invoice #664092IN. Advertising displays and digital video placements for the Commonwealth of Puerto Rico Retiree Committee. | 40,587.93 |
| 10/21/21 | Sub-retained Vendor | Other | Sub-reained communication vendor expenses for September 2021 (Invoice #9653JC). | 9,915.00 |
| 10/31/21 | U.S. Relativity, Hosting | Other | Relativity online hosting fees for October 2021. | 1,000.00 |
| 10/31/21 | Sub-retained Vendor | Other | Sub-reained communication vendor expenses for October 2021 (Invoice #9689JC). | 5,200.00 |
| 10/31/21 | Sub-retained Vendor | Other | Sub-reained communication vendor expenses for October 2021 (Invoice #9717JC). | 2,100.00 |
| 10/31/21 | Sub-retained Vendor | Other | Sub-reained communication vendor expenses for October 2021 (Invoice #9879ME). | 14,661.78 |
| 10/31/21 | Sub-retained Vendor | Other | Sub-reained communication vendor expenses for October 2021 (Invoice #9969R). | 920.00 |
| 10/31/21 | Sub-retained Vendor | Other | Sub-reained communication vendor expenses for October 2021 (Invoice #9970R). | 5,566.00 |
| | | **Other Total** | | **$ 86,278.16** |
| | | Less: Voluntary Reductions | | - |
| | | **Grand Total** | | **$ 86,278.16** |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD NOVEMBER 1, 2021 TO NOVEMBER 30, 2021**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|-------------|----------------|--------|
| 10/31/21 | Sub-retained Vendor | Other | Sub-reained communication vendor expenses for October 2021 (Invoice #9971R). | $ 19,126.36 |
| 10/31/21 | Sub-retained Vendor | Other | Sub-reained communication vendor expenses for October 2021 (Invoice #9979T). | 48,200.54 |
| 11/08/21 | Peralta, Taneisha | Other | a4 Media LLC Invoice #6640921IN. Advertising displays and placements for the Commonwealth of Puerto Rico Retiree Committee. | 59,412.11 |
| 11/08/21 | Taylor, Erin | Other | a4 Media LLC Invoice #6655281IN. Advertising displays and placements for the Commonwealth of Puerto Rico Retiree Committee. | 5,783.91 |
| 11/30/21 | U.S. Relativity, Hosting | Other | Relativity online hosting fees for November 2021. | 1,000.00 |
| **Other Total** | | | | **$ 133,522.92** |
| Less: Voluntary Reductions | | | | - |
| **Grand Total** | | | | **$ 133,522.92** |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD DECEMBER 1, 2021 TO DECEMBER 31, 2021**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|--------------|----------------|--------|
| 10/07/21 | Taylor, Erin | Other | a4 Media LLC Invoice #6655282IN. Advertising displays and digital video placements for the Commonwealth of Puerto Rico Retiree Committee. | $ 903.96 |
| 10/28/21 | Sub-retained Vendor | Other | Sub-retained communication vendor expenses for October 2021 (Invoice #26595). | 15,925.02 |
| 12/31/21 | U.S. Relativity, Hosting | Other | Relativity online hosting fees for December 2021. | 1,000.00 |
| | | **Other Total** | | **$ 17,828.98** |
| | | Less: Voluntary Reductions | | - |
| | | **Grand Total** | | **$ 17,828.98** |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD JANUARY 1, 2022 TO JANUARY 31, 2022**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|--------------|----------------|--------|
| 01/31/22 | U.S. Relativity, Hosting | Other | Relativity online hosting fees for January 2022. | $ 1,000.00 |
| 02/15/22 | Sub-retained Vendor | Other | Sub-retained communications vendor fees and expenses for October 2021 through December 2021 (Invoice #S-INV202593) | 11,960.00 |
| | | **Other Total** | | **$ 12,960.00** |
| | | Less: Voluntary Reductions | | - |
| | | **Grand Total** | | **$ 12,960.00** |