# EXHIBIT D

## Summary of Marchand ICS Group Hours Worked and Fees Incurred

| Name of Professional | Title | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jorge Marchand | Principal | $175.00 | 199.70 | $34,947.50 |
| Julizzette Colón | Media Assistant | $70.00 | 103.40 | $7,238.00 |
| Male Noguera | Media Manager | $95.00 | 238.90 | $22,695.50 |
| María Schell | Business Editor | $110.00 | 323.50 | $35,585.00 |
| **Total** | | | 865.50 | $100,466.00 |