# EXHIBIT E

## Summary of Marchand ICS Group Expenses

| Service Description | Amount |
|---|---:|
| Radio program expenses | $2,000.00 |
| Graphics creation, design, and support | $750.00 |
| Advertising for retiree outreach | $5,362.02 |
| Media monitoring services | $72.80 |
| Web analytic services | $396.00 |
| Website domain hosting | $240.00 |
| **TOTAL** | **$8,820.82** |