# **EXHIBIT F**

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Matter | Total Billed Hours | Total Fees |
|---|---:|---:|
| Project Meetings | 160.00 | $20,582.50 |
| Project Management | 443.50 | $57,153.50 |
| Website Development and Management | 262.00 | $22,730.00 |
| **Total** | **865.50** | **$100,466.00** |