# __EXHIBIT H__

**Detailed Expense Records for Marchand ICS Group**

**Marchand ICS Group**

**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**

**Summary of Marchand ICS Group Expenses**

**From October 1 to October 31, 2021**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 10/1/2022 | Linked In | LinkedIn Ads for the ORC LinkedIn Page Campaign | 129.90 |
| 10/3/2022 | Linked In | LinkedIn Ads for the ORC LinkedIn Page Campaign | 127.30 |
| 10/4/2022 | Publimedia | Media monitoring and recording services (audio and audiovisual media from radio and television programs) | 72.80 |
| 10/5/2022 | Linked In | LinkedIn Ads for the ORC LinkedIn Page Campaign | 115.63 |
| 10/11/2022 | Linked In | LinkedIn Ads for the ORC LinkedIn Page Campaign | 70.14 |
| 10/12/2022 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 800.00 |
| 10/14/2022 | Uno Radio Group | ORC Weekly Radio Program (5 pre-recorded programs at Noti Uno Radio) | 2,000.00 |
| 10/16/2022 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 905.44 |
| 10/18/2022 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 811.40 |
| 10/18/2022 | Mentionlytics LTD | Mention search tool for the ORC digital platforms | 99.00 |
| 10/20/2022 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 10/22/2022 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 822.92 |

*Total:* **6,054.53**

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From November 1 to November 30, 2021**

| Date | Supplier | Description | Amount ($) |
|------|----------|-------------|-----------:|
| 11/14/2021 | Linked In | Square Weebly (Webpage Tool Subscription) | 216.00 |
| 11/18/2021 | Mentionlytics LTD | Mention search tool for the ORC digital platforms | 99.00 |
| 11/20/2021 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 11/22/2021 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 249.77 |
| 11/22/2021 | Plenitud Dorada Inc. | Ad Publication on Periódico Plenitud Dorada | 1,300.00 |
| | | *Total:* | **1,964.77** |

**Marchand ICS Group**

**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**

**Summary of Marchand ICS Group Expenses**

**From December 1 to December 31, 2021**

| Date | Supplier | Description | Amount ($) |
|------|----------|-------------|-----------:|
| 12/10/2021 | Weebly | Square Weebly (Webpage Tool Subscription) | 24.00 |
| 12/18/2021 | Mentionlytics LTD | Mention search tool for the ORC digital platforms | 99.00 |
| 12/20/2021 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 12/28/2021 | Joe Colón Studio | Photograph Session with the ORC Members | 350.00 |
| | | *Total:* | **573.00** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From  January 1 to January 31, 2022**

| Date | Supplier | Description | Amount ($) |
|------|----------|-------------|-----------:|
| 1/17/2022 | Mentionlytics LTD | Mention search tool for the ORC digital platforms | 99.00 |
| 1/20/2022 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 1/22/2022 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 29.52 |
| | | *Total:* | **228.52** |