**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al,<br><br>Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor | PROMESA<br>Title III<br><br>No. 17-BK 4780-LTS<br><br>This motion relates to PREPA and shall be filed in Lead Case No. 17 BK 3283-LTS and case No. 17 BK 4780-LTS |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF**
**NOTICES, ORDERS, PLEADINGS AND DOCUMENTS**

**NOW COMES** HECTOR FIGUEROA VINCENTY ESQ. the undersigned attorney and hereby enters its appearance in this case on behalf of CESAR A. MRTINEZ QUINONES . CLAIM #1548650 amended by claim 2805 and requests that all pleadings, orders, notices and other documents filed and entered in this case or any related proceedings be served on undersigned attorneys.

I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all participants and Standard Parties.

In San Juan, Puerto Rico, this 22ND day of May 2022.

**/s/ HECTOR FIGUEROA VINCENTY**
USDCPR #120006
CALLE SAN FRANCISCO 310
San Juan, P.R. 00901
Tel. (787) 378-1154
hector@elbufetedelpueblo.com