# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*,<br><br>        Debtors.[1] | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## SUMMARY OF SIXTH INTERIM FEE APPLICATION
## OF EPIQ CORPORATE RESTRUCTURING, LLC
## AND EPIQ eDISCOVERY SOLUTIONS
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM
## JUNE 1, 2021 THROUGH SEPTEMBER 30, 2021

---

[1]     The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

| | |
|---|---|
| **Name of Applicant:** | **Epiq Corporate Restructuring, LLC and Epiq eDiscovery Solutions** |
| Authorized to Provide Professional Services to: | • Commonwealth of Puerto Rico<br>• Puerto Rico Sales Tax Financing Corporation<br>• Puerto Rico Highways and Transportation Authority<br>• Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>• Financial Oversight and Management Board for Puerto Rico |
| Date of Retention: | Retention Order Entered on June 29, 2017 (Effective as of May 21, 2017) |
| Interim Fee Period for which Compensation and Reimbursement is sought: | June 1, 2021 through September 30, 2021 |
| Amount of Compensation sought as actual, reasonable and necessary for the Interim Fee Period: | $23,086.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary for the Interim Fee Period: | $34,518.82 |
| Total Compensation and Expenses Requested for the Interim Fee Period: | $52,987.94 |
| Blended Rate of Professionals during the Interim Fee Period: | $190.17 |

### Summary of Monthly Fee Statements

| Monthly Fee Statements | | | | | Payment |
|---|---|---|---|---|---|
| Period Covered | Fees | Expenses | Total | Payment Date | Amount |
| 6/1/2021 – 9/30/2021 | $23,086.40 | $34,518.82 | $57,605.22 | n/a | $0.00 |
| **Total Final Request** | **$23,086.40** | **$34,518.82** | **$57,605.22** | | **$0.00** |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*,<br><br>　　Debtors.[1] | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**SIXTH INTERIM FEE APPLICATION**
**OF EPIQ CORPORATE RESTRUCTURING, LLC**
**AND EPIQ eDISCOVERY SOLUTIONS**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM**
**JUNE 1, 2021 THROUGH SEPTEMBER 30, 2021**

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code,

(the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), the *Order Authorizing Employment and Payment of Epiq Bankruptcy*

*Solutions, LLC as Service Agent, Nunc Pro Tunc to The Petition Date,* dated June 29, 2017 [D.I.

540] (the "Retention Order"), the *Second Amended Order Setting Procedures for Interim*

*Compensation and Reimbursement of Expenses of Professionals,* dated June 6, 2018 [D.I. 3269]

(the "Interim Compensation Order"), and the Local Rules of Bankruptcy Practice and Procedure

---

[1]　　The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a
bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax
identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-
3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government
of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of
Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case
No. 17-BK3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing
Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID:
8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last
Four Digits of Federal Tax ID: 3747).

of the United States Bankruptcy Court for the District of Puerto Rico (the "Local Bankruptcy

Rules"), the firm of Epiq Corporate Restructuring, LLC and Epiq eDiscovery Solutions

(together, "Epiq"), administrative advisor and e-discovery vendor for the above-captioned

debtors (collectively, the "Debtors"), hereby files this sixth interim fee application (this "Sixth

Interim Fee Application") for: (i) compensation in the amount of $23,086.40 for the reasonable

and necessary professional services Epiq rendered to the Debtors from June 1, 2021 through

September 30, 2021 (the "Thirteenth Interim Fee Period"); and (ii) reimbursement for the actual

and necessary expenses that Epiq incurred, in the amount of $34,518.82 during the Thirteenth

Interim Fee Period.


In support of the Application, Epiq respectfully states as follows:

### Jurisdiction

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This matter

is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue in the Court is proper pursuant to 28 U.S.C. § 1408.

3. The bases for the relief requested herein are sections 328, 330, 331 and 503(b) of the

Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1.

### Disclosure of Compensation and Requested Final Award

4. Epiq files this Application requesting interim allowance and approval of compensation

in the amount of $57,605.22 for professional services rendered by Epiq to the Debtors and

reimbursement of actual and necessary expenses incurred by Epiq during the Thirteenth Interim

Fee Period.

5. In accordance with the Interim Compensation Order, Epiq has served the monthly fee

statements covering the periods June 1, 2021 through September 30, 2021 (the "Monthly Fee

Statement")[2].  Pursuant to the Interim Compensation Order, Epiq has served the Monthly Fee

Statement on: (a) attorneys for the Oversight Board, (b) attorneys for the Puerto Rico Fiscal

Agency and Financial Advisory Authority (c) the Office of the United States Trustee for the

District of Puerto Rico (d) attorneys for the Official Committee of Unsecured Creditors (e)

attorneys for the Official Committee of Retired Employees, (f) the Puerto Rico Department of

Treasury, and (g) attorneys for the Fee Examiner

6.  As of the date hereof, Epiq has previously requested to be paid $18,469.12 (80% of the

total amount requested of $23,086.40) from the Debtors for fees and $34,518.82 for expenses

incurred by Epiq as administrative agent and e-discovery vendor during the period through and

including September 30, 2021.  This represents 80 percent of the fees and 100 percent of the

expenses incurred as administrative agent and e-discovery vendor and invoiced through and

including September 30, 2021 as identified in the Monthly Fee Statement.[3]

7. The fees sought in this Application reflect an aggregate of 121.40 hours expended by

Epiq professionals during the Thirteenth Interim Fee Period rendering necessary and beneficial

administrative services to the Debtors at a blended average hourly rate of $190.17 for

professionals.  Epiq maintains computerized records of the time expended in the performance of

the professional services required by the Debtors and their estates.  These records are maintained

in the ordinary course of Epiq's practice.

---

[2]  The Monthly Fee Statement is the following: *Eleventh Monthly Statement of Epiq Corporate Restructuring, LLC and Epiq ediscovery Solutions for Allowance of Compensation and Reimbursement of Expenses as Service Agent for the Period from June 1, 2021 Through September 30, 2021.*

[3]  Pursuant to the Interim Compensation Order, the Debtors are authorized to pay each retained professional, unless the Court orders otherwise, an amount equal to (a) 80 percent of the such professional's undisputed professional fees and (b) 100 percent of the undisputed expenses incurred by such professional and identified in such professional's monthly statement to which no objection has been served.

8. The hourly rates and corresponding rate structure utilized by Epiq in these cases are generally equivalent to the hourly rates and corresponding rate structure predominantly used by Epiq for comparable matters, whether in Chapter 11 or otherwise, regardless of whether a fee application is required.

9. Epiq's hourly rates are set at a level designed to compensate Epiq fairly for the work of its professionals.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

10.   Epiq regularly reviews its bills to ensure that the Debtors are only billed for services that were actual and necessary.  Moreover, in accordance with the Local Bankruptcy Rules, Epiq regularly reduces its expenses, particularly expenses related to overtime travel and overtime meals.

11.   No understanding exists between Epiq and any other person for the sharing of compensation sought by Epiq, except among the parent, affiliates, members, employees and associates of Epiq.

**Background**

12.   On May 3, 2017, the Oversight Board commenced a title III case for the Commonwealth of Puerto Rico by filing a voluntary petition for relief pursuant to section 304 (a) of PROMESA (the "Commonwealth Title III Case").   Thereafter the Oversight Board commenced a title III case for each of COFINA, the Employees, Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS Title III Case"), the Puerto Rico Highways and Transportation Authority ("HTA Title III Case"), and the Puerto Rico Electric Power Authority ("PREPA Title III Case") (and together with the Commonwealth Title III Case,

the "Title III Cases").[4]  By orders dated June 29, 2017 [Docket No. 537] and October 6, 2017 [Docket No. 1417], the Court approved the joint administration of the Title III Cases.

13.    On June 29, 2017, the Court entered the Order Authorizing Employment and Payment of Epiq Bankruptcy Solutions, LLC as Service Agent, Nunc Pro Tunc to the Petition Date, [Docket No. 540] (the "Retention Order"), approving the Debtors' employment and retention of Epiq as service agent nunc pro tunc to the ERS Title III Case/HTA Title III Case petition date, May 21, 2017.[5]  Pursuant to the Retention Order, Epiq is authorized to be compensated on an hourly basis for professional services rendered to the Debtors and reimbursed for actual and necessary expenses incurred by Epiq in connection therewith.

14.    On August 23, 2017, the Court entered the Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals[6] [Docket No. 1150], (as amended, the "Interim Compensation Order").

## Summary of Professional Services

15.    Pursuant to, and consistent with, the relevant requirements of the Interim Compensation Order, the Fee Committee Order, and the Local Bankruptcy Rules (collectively, the "Guidelines"), as applicable, the following exhibits are attached hereto:

    a.    **Exhibit A** contains a certification by the undersigned regarding compliance with the Guidelines (the "Certification");

---

[4] Unless otherwise indicated, references to docket numbers shall be to the docket of the Commonwealth Title III Case.

[5] On August 13, 2018, the Oversight Board executed a services agreement with Epiq authorizing Epiq eDiscovery Solutions to serve as a neutral vendor and provide document repository and production services.

[6] On November 8, 2017, the Court entered the First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 1715].  On June 6, 2018 the Court entered the Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 3269]

b.    **Exhibit B** contains a list of Epiq's project categories and the total billed to each category during the Thirteenth Interim Fee Period;

c.    **Exhibit C** contains a billing summary for the Thirteenth Interim Fee Period that includes the name of each professional for whose work compensation is sought, the aggregate time expended by each professional and the corresponding hourly billing rate at Epiq's current billing rates and an indication of the individual amounts requested as part of this Thirteenth Interim Fee Application; and

d.    **Exhibit D** contains the time detail for the Thirteenth Interim Fee Period.

e.    **Exhibit E** consists of Epiq's records of expenses incurred during the Thirteenth Interim Fee Period in the rendition of the professional services to the Debtors and their estates

16.    To provide a meaningful summary of services rendered on behalf of the Debtors and their estates for the Thirteenth Interim Fee Period, Epiq has established, in accordance with its internal billing procedures, the following matter numbers in connection with these cases:

| Matter No. | Matter Description |
|---|---|
| 205 | Noticing |
| 220 | Affidavits |
| 395 | Case Management Services |
| 400 | Fee Statements |
| 900 | Data Management Services |

17.    The following is a summary, by matter, of the most significant professional services rendered by Epiq as administrative agent during the Thirteenth Interim Fee Period. This summary is organized in accordance with Epiq's internal system of matter numbers.[7]

**A.    Noticing (Matter #205)**

Total Fees:        $8,710.80
Total Hours:      49.00

---

[7]    This summary of services rendered during the Thirteenth Interim Fee Period is not intended to be a detailed or exhaustive description of the work performed by Epiq, but, rather, is intended to highlight certain key areas where Epiq provided services to the Debtors during the Thirteenth Interim Fee Period. A summary description of the work performed in the Thirteenth Interim Fee Period, categorized by project code, and those day-to-day services and the time expended in performing such services, are set forth in the Monthly Fee Statement.

18.     During the Thirteenth Interim Fee Period, Epiq served as a neutral vendor
pursuant to the Order Approving Motion of the Independent Investigator for an Order: (I)
Establishing Procedures for Resolving any Confidentiality Dispute in Connection with
Publication of the Independent Investigator's Final Report; (II) Approving the Disposition of
Certain Documents and Information; (III) Relieving the Independent Investigator from Certain
Discovery Obligations; (IV) Exculpating the Independent Investigator in Connection with the
Investigation and Publication of the Final Report; and (V) Granting Related Relief  [Docket No.
3744].  In its capacity as a neutral vendor, Epiq's client services team served notices of document
requests on various parties that produced documents maintained in its data repository.  Epiq
generated customized notices and effected service on each producing party.

**B.    Affidavits (Matter #220)**

Total Fees:         $774.50
Total Hours:        4.50

19.     This category includes preparation of affidavits of service related to Epiq's
service of notices of document requests mailed to various parties that produced documents
maintained in its data repository.

**C.    Case Management Services (Matter #395)**

Total Fees:         $2,465.70
Total Hours:        13.10

20.     This category includes preparation of reporting related to Epiq's tracking of
responses to notices of document requests mailed to various parties that produced documents
maintained in its data repository..

**D.**     **Fee Statements (Matter #400)**

Total Fees:        $11,022.90
Total Hours:       54.30

21.     Time in this category was spent in the preparation of the Monthly Fee

Statements.

**E.**     **Data Management Services (Matter #900)**

Total Fees:        $112.50
Total Hours:       0.50

22.     The eDiscovery services provided in this category include loading of processed

productions onto local servers, designing and implementing security features in the Relativity

data repository, refining the repository and the database fields, the continued maintenance of the

repository, and other related tasks.

### Reasonable and Necessary Services Rendered by Epiq

23.     The foregoing professional services rendered by Epiq on behalf of the Oversight

Board during the Thirteenth Interim Fee Period were reasonable, necessary and appropriate to

the administration of the Debtors' bankruptcy cases and related matters.

24.     Epiq is one of the country's leading Chapter 11 administrators, with experience in

noticing, claims administration, solicitation, balloting and facilitating other administrative

aspects of bankruptcy cases.    As a specialist in claims management, consulting and legal

administration services, Epiq provides comprehensive solutions to a wide variety of

administrative issues for bankruptcy cases, and has substantial experience in matters of this size

and complexity. Overall, Epiq brings to these Title III cases a particularly high level of skill and knowledge, which inured to the benefit of the Debtors and all stakeholders.

25.     During the Thirteenth Interim Fee Period, Epiq consulted and assisted the Oversight Board with noticing and maintenance of a data repository. To this end, as set forth in detail in Exhibit C of the Application, numerous Epiq professionals expended time rendering services on behalf of the Debtors and their estates.

26.     During the Thirteenth Interim Fee Period, Epiq's hourly billing rates for the professionals responsible for managing these Title III cases ranged from $49.00 to $225.00. Allowance of compensation in the amount requested would result in a blended hourly billing rate for professionals of approximately $190.17 (based on 121.40 recorded hours at Epiq's regular billing rates in effect at the time of the performance of services). The hourly rates and corresponding rate structure utilized by Epiq in these cases are generally equivalent to the hourly rates and corresponding rate structure predominantly used by Epiq for comparable matters, whether in Chapter 11 or otherwise, regardless of whether a fee application is required.

**Epiq's Requested Compensation and Reimbursement Should be Allowed**

27.     Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation. Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." Section 330 of the Bankruptcy Code also sets forth the criteria for the award of such compensation and reimbursement:

28.     In determining the amount of reasonable compensation to be awarded, the court
should consider the nature, extent, and the value of such services, taking into account all relevant
factors, including:

1.  the time spent on such services;

2.  the rates charged for such services;

3.  whether the services were necessary to the administration of, or
    beneficial at the time at which the service was rendered toward the
    completion of, a case under this title;

4.  whether the services were performed within a reasonable amount
    of time commensurate with the complexity, importance, and nature
    of the problem, issue, or task addressed; and

5.  whether the compensation is reasonable based on the customary
    compensation charged by comparably skilled practitioners in cases
    other than cases under this title.

11 U.S.C. § 330(a)(3).

29.     In the instant case, Epiq respectfully submits that the services for which it seeks
compensation in the Application were necessary for and beneficial to the Debtors and their
estates and were rendered to protect and preserve the Debtors' estates.  Epiq respectfully submits
that the services rendered were performed economically, effectively and efficiently and that the
results obtained to date have benefited all stakeholders in the cases.  Epiq further submits that the
compensation requested herein is reasonable in light of the nature, extent and value of such
services to the Debtors, their estates and all parties in interest.

30.     Epiq's professionals spent a total of 121.40 hours during the Thirteenth Interim
Fee Period, which services have a fair market value of $23,086.40.  As demonstrated by the
Sixth Interim Fee Application and all of the exhibits submitted in support hereof, Epiq spent its
time economically and without unnecessary duplication.  In addition, the work conducted was

carefully assigned to appropriate professionals according to the experience and level of expertise required for each particular task.  In summary, the services rendered by Epiq were necessary and beneficial to the Debtors and their estates, and were consistently performed in a timely manner commensurate with the complexity, importance, novelty and nature of the issues involved.

31.     Accordingly, Epiq respectfully submits that approval of the compensation and expense reimbursement sought herein is warranted.

## No Prior Request

32.     No prior application for the relief requested herein has been made to this or any other court.

## Notice

Epiq has provided notice of the Application to:  (i) the attorneys for the Oversight Board, Proskauer Rose LLP and O'Neill & Borges LLC; (ii) the attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP and Marini Pietrantoni Muñiz LLC; (iii) the Office of the United States Trustee for the District of Puerto Rico; (iv) the attorneys for the Official Committee of Retired Employees, Jenner & Block LLP and Bennazar, García & Milián, C.S.P.; (v) the Puerto Rico Department of Treasury; (vi) the Fee Examiner, Brady Williamson; and (vii) counsel to the Fee Examiner, Godfrey & Kahn, S.C. and EDGE Legal Strategies, PSC.  In addition, the notice of hearing with respect to this Application will be served on all parties that have filed a notice of appearance in the Title III Cases.  In light of the nature of the relief requested, Epiq respectfully submits that no further notice is necessary.

WHEREFORE, Epiq requests that it be allowed reimbursement for its fees and expenses incurred during the Thirteenth Interim Fee Period in the total amount of $52,987.94 consisting of (a) $23,086.40 for reasonable and necessary professional services rendered by Epiq and (b) $34,518.82 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Dated:   May 25, 2022                    /s/ Bradley J. Tuttle
                                         Bradley J. Tuttle
                                         Managing Director
                                         Epiq Corporate Restructuring, LLC

## EXHIBIT A

**Certification**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*,<br><br>      Debtors.[1] | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATION UNDER GUIDELINES
## FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF SIXTH INTERIM FEE APPLICATION OF EPIQ CORPORATE RESTRUCTURING, LLC AND EPIQ eDISCOVERY SOLUTIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JUNE 1, 2021 THROUGH SEPTEMBER 30, 2021

Pursuant to the *United States Trustee Guidelines for Reviewing Applications*

*for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys*

*in Larger Chapter 11 Cases* issued by the Executive Office for the United States Trustee,

28 CFR Part 58, Appendix B (the "Guidelines"), together with the Local Rule 2016-1,

---

[1]     The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

the undersigned, a Managing Director of Epiq Corporate Solutions, LLC ("Epiq"), service agent
for the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as
representative of the Commonwealth of Puerto Rico ("Commonwealth"), Puerto Rico Sales Tax
Financing Corporation ("COFINA"), Puerto Rico Highways and Transportation Authority
("HTA"), Employees Retirement System for the Commonwealth of Puerto Rico ("ERS"), and
Puerto Rico Electric Power Authority ("PREPA," jointly with the Commonwealth, COFINA,
HTA and ERS referred to as "Debtors"), pursuant to section 315(b) of the *Puerto Rico
Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] hereby certifies with
respect to Epiq's sixth interim application for allowance of compensation for services rendered
and reimbursement of expenses incurred with respect to the Debtors' Title III case, dated
September 29, 2021 (the "Application"),[3] for the period from June 1, 2021 through September
30, 2021 (the "Compensation Period") as follows:

1. I am the professional designated by Epiq in respect of compliance with the Guidelines
   and Local Rule 2016-1.

2. I make this certification in support of the Application for interim compensation and
   reimbursement of expenses incurred during the Compensation Period in accordance with
   the Guidelines and Local Rule 2016-1.

3. In respect of the Guidelines and Local Rule 2016-1, I certify that to the best of my
   knowledge, information, and belief formed after reasonable inquiry:

   a) I have read the Application;

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms used but not defined herein have the meanings given to them in the Application.

b) the fees and disbursements sought fall within the Guidelines; except to the extent that fees or disbursements are prohibited by the Guidelines, the fees and disbursements sought are billed at rates in accordance with practices customarily employed by Epiq and generally accepted by Epiq's clients; and

c) in providing a reimbursable service, Epiq does not make a profit on that service, where the service is performed by Epiq in house or through a third party.

4. I hereby certify that no public servant of the Puerto Rico Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Oversight Board. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Epiq does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

5. I certify that Epiq has previously provided a monthly statement of Epiq's fees and disbursements by serving the monthly statement in accordance with the Interim Compensation Order (as defined in the Application), except that completing reasonable and necessary internal accounting and review procedures may have precluded serving the fee statement within the time periods specified in the Order.

Respectfully submitted,

*/s/ Bradley J. Tuttle*
Bradley J. Tuttle
Managing Director
Epiq Corporate Restructuring, LLC

## EXHIBIT B

### Summary of Fees Billed by Subject Matter for the Thirteenth Interim Fee Period

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 205 | Noticing | 49.00 | $8,710.80 |
| 220 | Affidavits | 4.50 | $774.50 |
| 395 | Case Management Services | 13.10 | $2,465.70 |
| 400 | Fee Statements | 54.30 | $11,022.90 |
| 900 | Data Management Services | 0.50 | $112.50 |
| **TOTALS:** | | **121.40** | **$23,086.40** |

## EXHIBIT C

## Summary of Hours Billed by Professionals During the Thirteenth Interim Fee Period

| Professional Person | Position with the Applicant | Total Hours Billed | Hourly Billing Rate[1] | Total Compensation |
|---|---|---|---|---|
| Derek Miller | Client Services Project Manager II | 0.50 | $225.00 | $112.50 |
| Regina Amporfro | Client Services Project Manager II | 69.10 | $203.00 | $14,027.30 |
| Bashu Joseph | Client Services Project Manager II | 4.40 | $203.00 | $893.20 |
| Jacob Baez | Client Services Project Manager I | 2.00 | $192.00 | $384.00 |
| Kimberly Greenbaum | Client Services Project Manager I | 0.40 | $192.00 | $76.80 |
| Sandhya Obulareddygari | Client Services Project Manager I | 4.50 | $192.00 | $864.00 |
| Rafi Iqbal | Client Services Project Manager I | 1.90 | $192.00 | $364.80 |
| Jesse Steichen | Client Services Project Manager I | 0.20 | $192.00 | $38.40 |
| Janice Livingstone | Client Services Project Manager I | 20.20 | $181.00 | $3,656.20 |
| Amayrany Gutierrez | Client Services Project Manager I | 0.80 | $176.00 | $140.80 |
| Nadia Alazri | Client Services Project Manager I | 1.90 | $176.00 | $334.40 |
| Rosalyn DeMattia | Client Services Project Manager I | .30 | $176.00 | $52.80 |
| Forrest Houku | Client Services Project Manager I | 1.10 | $176.00 | $193.60 |
| Konstantina Haidopoulos | Client Services Project Manager I | 0.50 | $176.00 | $88.00 |
| David Mejia | Client Services Project Manager I | 3.40 | $176.00 | $598.40 |
| Sena Sengun | Client Services Project Manager I | 2.40 | $176.00 | $422.40 |
| Sharna Wilson | Client Services Project Manager I | 0.20 | $176.00 | $35.20 |
| Sarah Camila | Client Services Project Manager I | 4.20 | $137.00 | $575.40 |
| Amy Henault | Client Services Project Manager I | 0.20 | $137.00 | $27.40 |
| Karen Zenteno Garcia | Client Services Project Manager I | 0.50 | $137.00 | $68.50 |
| Amy Boyland | Client Services Project Manager I | 0.30 | $49.00 | $14.70 |
| Wing Chan | Client Services Project Manager I | 2.40 | $49.00 | $117.60 |
| **TOTALS:** | | **121.40** | | **$23,086.40** |
| **BLENDED RATE** | **$190.17** | | | |

---

[1]   An increase to Epiq's professional service rates became effective on January 2, 2021 pursuant to paragraph 3.3 of Epiq's Standard Services Agreement (as annexed to the Application of Debtors for Entry of Order Authorizing Employment and Payment of Epiq Bankruptcy Solutions, LLC As Service Agent, Nunc Pro Tunc To Petition Date, [Docket No. 299]).

**EXHIBIT D**

| | | | | | MATTER NUMBER: 205 | | | |
| | | | | | Matter Description: Noticing | | | |
| Name | Date | Position | Matter Description | Detail | Hourly Rate | Hours Billed | Compensation |
|---|---|---|---|---|---|---|---|
| Regina Amporfro | 6/21/2021 | Client Services Project Manager II | 205 Noticing | FOLLOW UP RE RECEIPT OF SUPOENAS FOR MAILING | 1.00 | $203.00 | $203.00 |
| Regina Amporfro | 6/21/2021 | Client Services Project Manager II | 205 Noticing | PREPARE FOR MAILING OF SUBPOENAS | 0.50 | $203.00 | $101.50 |
| Regina Amporfro | 6/23/2021 | Client Services Project Manager II | 205 Noticing | COORDINATE SERVICE OF SUBPOENA | 0.50 | $203.00 | $101.50 |
| Regina Amporfro | 6/23/2021 | Client Services Project Manager II | 205 Noticing | RESPOND TO J. LIVINGSTONE RE SUBPOENA SERVICE (.5);REVIEW DRAFT LETTERS RE SAME (1.6) | 2.10 | $203.00 | $426.30 |
| Jacob Baez | 6/23/2021 | Client Services Project Manager I | 205 Noticing | REVIEW CUSTOM NOTICES MAIL FILE PARSING & FORMATTING WITH DATA ANALYST & CASE MANAGER | 1.00 | $192.00 | $192.00 |
| Janice Livingstone | 6/23/2021 | Client Services Project Manager I | 205 Noticing | PREPARE CUSTOM NOTICE TEMPLATES FOR SERVICE OF DOCUMENT REQUEST FROM QUINN EMANUEL (1.0); REVIEW PARTIES FOR SERVICE (.5); FORWARD TO R. AMPORFRO TO DISCUSS (.1) | 1.60 | $181.00 | $289.60 |
| Janice Livingstone | 6/23/2021 | Client Services Project Manager I | 205 Noticing | REVIEW DRAFT FILE AND REQUEST UPDATES (.2); COMMUNICATIONS WITH DATA TEAM MEMBERS TO ADDRESS FORMATTING ITEMS ; REVIEW AND APPROVE CERTAIN OVERNIGHT MAIL FILES (.2); CONTINUE COORDINATING AND OVERSEEING SERVICE PROCESS (3.0); REVIEW AND APPROVE ALL CUSTOM NOTICES AND ADDITIONAL MAILING FILES FOR CUSTOM MATCHING (.3) | 3.70 | $181.00 | $669.70 |
| Janice Livingstone | 6/23/2021 | Client Services Project Manager I | 205 Noticing | PROOF ROUGH DRAFT OF CUSTOM NOTICES FOR SPECIFIC PARTIES | 0.20 | $181.00 | $36.20 |
| Janice Livingstone | 6/23/2021 | Client Services Project Manager I | 205 Noticing | CONTINUE WITH COORDINATION AND PREPARATION FOR SERVICE OF SUBPOENAS FOR ALL DOCUMENTS UPON ALL RELEVENT PARTIES (1.4); PREPARE EMAIL SERVICE LISTS (.1) | 1.50 | $181.00 | $271.50 |
| Janice Livingstone | 6/23/2021 | Client Services Project Manager I | 205 Noticing | COMMUNICATIONS, COORDINATION AND PREPARE FOR SERVICE OF SUBPOENAS FOR ALL DOCUMENTS UPON ALL RELEVENT PARTIES | 3.00 | $181.00 | $543.00 |
| Sena Sengun | 6/23/2021 | Client Services Project Manager I | 205 Noticing | REVIEW SERVICE OF DOCUMENT CUSTOM SUBPOENA NOTICES | 0.70 | $176.00 | $123.20 |
| Jesse Steichen | 6/23/2021 | Client Services Project Manager I | 205 Noticing | PREPARE MAILING FILES FOR SERVICE OF DOCKET NOS. 18293, 18294, 18296, 18297 | 0.20 | $192.00 | $38.40 |
| Nadia Alazri | 6/23/2021 | Client Services Project Manager I | 205 Noticing | REVIEW SERVICE OF DOCKET NOS. 18293, 18294, 18296, 18297 | 0.30 | $176.00 | $52.80 |
| Nadia Alazri | 6/23/2021 | Client Services Project Manager I | 205 Noticing | REVIEW SERVICE REQUEST AND UPDATE NOTICING TRACKER WITH RESPECT TO CUSTOM NOTICES SERVED | 0.50 | $176.00 | $88.00 |
| Forrest Houku | 6/23/2021 | Client Services Project Manager I | 205 Noticing | COORDINATE SERVICE OF DOCUMENT REQUEST NOTICES AND LETTER TO AFFECTED PARTIES | 0.20 | $176.00 | $35.20 |
| Wing Chan | 6/23/2021 | Client Services Project Manager I | 205 Noticing | COORDINATE SERVICE OF CUSTOM NOTICES MATCH MAILING FOR SUBPOENA MAILING | 1.00 | $49.00 | $49.00 |
| Kimberly Greenbaum | 6/23/2021 | Client Services Project Manager I | 205 Noticing | COORINATE MAILING FILES FOR SUBPOENA MAILING | 0.20 | $192.00 | $38.40 |
| Sarah Camilla | 6/23/2021 | Client Services Project Manager I | 205 Noticing | COORDINATE SUBPOENA CUSTOM NOTICES | 4.20 | $137.00 | $575.40 |
| Bashu Joseph | 6/23/2021 | Client Services Project Manager II | 205 Noticing | COORDINATE MAILING FILES FOR SUBPOENA MAILING | 3.40 | $203.00 | $690.20 |
| Bashu Joseph | 6/23/2021 | Client Services Project Manager II | 205 Noticing | RUN THE EXPORT PROGRAM  TO EXPORT THE CLAIMS REGISTER TABLE FOR  GIVEN CRITERIA AND EXPORT THE FILE IN TO EXCEL FORMAT | 1.00 | $203.00 | $203.00 |
| Sandhya Obulareddyg | 6/23/2021 | Client Services Project Manager I | 205 Noticing | REVIEW FIRST CLASS FILE RE SUBPOENAS | 1.20 | $192.00 | $230.40 |
| Sandhya Obulareddyg | 6/23/2021 | Client Services Project Manager I | 205 Noticing | REVIEW TRANSLATION AND MATCHING FOR CUSTOM NOTICE MAILING FILE | 0.80 | $192.00 | $153.60 |
| Sandhya Obulareddyg | 6/23/2021 | Client Services Project Manager I | 205 Noticing | CONTINUE TRANSLATION AND MATCHING FOR CUSTOM NOTICE MAILING FILE | 0.50 | $192.00 | $96.00 |
| Sandhya Obulareddyg | 6/23/2021 | Client Services Project Manager I | 205 Noticing | REVIEW FIRST CLASS MAILING FILE FOR CUSTOM DOCUMENT REQUEST NOTICE | 0.80 | $192.00 | $153.60 |
| Sandhya Obulareddyg | 6/23/2021 | Client Services Project Manager I | 205 Noticing | CONTINUE FIRST CLASS MAILING FILE FOR CUSTOM DOCUMENT REQUEST NOTICE | 0.30 | $192.00 | $57.60 |
| Sandhya Obulareddyg | 6/23/2021 | Client Services Project Manager I | 205 Noticing | REVIEW FIRST CLASS MAILING FILE FOR CUSTOM DOCUMENT REQUEST NOTICE | 0.30 | $192.00 | $57.60 |
| Sandhya Obulareddyg | 6/23/2021 | Client Services Project Manager I | 205 Noticing | CONTINUE TO REVIEW FIRST CLASS MAILING FILE FOR CUSTOM DOCUMENT REQUEST NOTICE | 0.60 | $192.00 | $115.20 |
| Konstantina Haidopou | 6/24/2021 | Client Services Project Manager I | 205 Noticing | REVIEW SERVICE OF CUSTOM NOTICE RE SUBPOENA AND LETTER | 0.20 | $176.00 | $35.20 |
| Nadia Alazri | 6/25/2021 | Client Services Project Manager I | 205 Noticing | REVIEW AND FILE EMAILS | 0.30 | $176.00 | $52.80 |
| Janice Livingstone | 6/28/2021 | Client Services Project Manager I | 205 Noticing | PROOF EMAILS AND ACKNOWLEDGE RECEIPT OF NON-OBJECTION EMAIL FROM W. LOCKWOOD BENET REGARDING SUBPOENA | 0.20 | $181.00 | $36.20 |
| Janice Livingstone | 6/30/2021 | Client Services Project Manager I | 205 Noticing | RESEARCH AND PROVIDE SERVICE DATA FOR SUBPOENA | 0.20 | $181.00 | $36.20 |
| Janice Livingstone | 7/1/2021 | Client Services Project Manager I | 205 Noticing | REVIEW AND APPROVE DOCUMENTS RELATED SERVICE OF SUBPOENA | 0.30 | $181.00 | $54.30 |
| Janice Livingstone | 7/2/2021 | Client Services Project Manager I | 205 Noticing | PROOF INCOMING LETTER FROM CORREA ACEVEDO & ABESADA LAW OFFICE REGARDING SUBPOENA AND OBJECTION NOTICE FROM CANCIO COVAS & SANTIAGO REGARDING SAME | 0.30 | $181.00 | $54.30 |
| Sena Sengun | 7/6/2021 | Client Services Project Manager I | 205 Noticing | DOCUMENT SERVICE OF SUBPOENA | 0.30 | $176.00 | $52.80 |
| Sena Sengun | 7/6/2021 | Client Services Project Manager I | 205 Noticing | CONTINUE TO DOCUMENT SERVICE OF SUBPOENA | 0.10 | $176.00 | $17.60 |
| Janice Livingstone | 7/7/2021 | Client Services Project Manager I | 205 Noticing | PROOF AND ACKNOWLEDGE RECEIPT OF EMAILS FROM NINE PARTIES RESPONDING TO REQUEST FOR ACCESS BY REQUESTOR TO DOCUMENTS IN DEPOSITORY | 0.30 | $181.00 | $54.30 |

| | | | | | **MATTER NUMBER: 205** | | | |
| | | | | | **Matter Description: Noticing** | | | |
| Name | Date | Position | Matter Description | Detail | Hourly Rate | Hours Billed | Compensation |
|---|---|---|---|---|---|---|---|
| Janice Livingstone | 7/7/2021 | Client Services Project Manager I | 205 Noticing | PROOF AND ACKNOWLEDGE RECEIPT OF EMAIL FROM M. MILLER, FOLEY HOAG RELATED TO SUBPOENA | 0.20 | $181.00 | $36.20 |
| Janice Livingstone | 7/7/2021 | Client Services Project Manager I | 205 Noticing | PROOF AND RESPOND TO EMAIL OBJECTION TO SUBPOENA RELATED TO PRODUCTION OF DOCUMENTS | 0.20 | $181.00 | $36.20 |
| Kimberly Greenbaum | 7/7/2021 | Client Services Project Manager I | 205 Noticing | FOLLOW UP RE MAILING FILES | 0.10 | $192.00 | $19.20 |
| Janice Livingstone | 7/8/2021 | Client Services Project Manager I | 205 Noticing | PROOF AND RESPOND TO WILMERHALE EMAILS ACKNOWLEDGING RECEIPT | 0.10 | $181.00 | $18.10 |
| Janice Livingstone | 7/8/2021 | Client Services Project Manager I | 205 Noticing | PROOF SEVERAL EMAILS RELATED TO OBJECTIONS AND MEETING TO CONFER REGARDING SUBPOENAS | 0.20 | $181.00 | $36.20 |
| Sena Sengun | 7/16/2021 | Client Services Project Manager I | 205 Noticing | CONTINUE TO DOCUMENT SERVICE OF SUBPOENA AND REVIEW UNDELIVERABLE EMAILS | 0.20 | $176.00 | $35.20 |
| Janice Livingstone | 8/26/2021 | Client Services Project Manager I | 205 Noticing | PREPARE FOR SERVICE OF THE NINTH AND TENTH CONSOLIDATED MONTHLY FEE APPLICATIONS | 0.80 | $181.00 | $144.80 |
| Sena Sengun | 8/26/2021 | Client Services Project Manager I | 205 Noticing | REVIEW SERVICE OF EPIQ NINTH CONSOLIDATED MONTHLY FEE STATEMENT, AND EPIQ TENTH CONSOLIDATED MONTHLY FEE STATEMENT | 0.20 | $176.00 | $35.20 |
| Sena Sengun | 8/26/2021 | Client Services Project Manager I | 205 Noticing | COORDINATE SERVICE OF EPIQ NINTH FEE STATEMENT, EPIQ TENTH FEE STATEMENT | 0.20 | $176.00 | $35.20 |
| Nadia Alazri | 8/26/2021 | Client Services Project Manager I | 205 Noticing | REVIEW SERVICE REQUEST AND UPDATE NOTICING TRACKER WITH RESPECT TO 9TH MONTHLY FEE STATEMENT | 0.30 | $176.00 | $52.80 |
| Wing Chan | 8/26/2021 | Client Services Project Manager I | 205 Noticing | COORDINATE SERVICE OF EPIQ 9TH AND 10TH FEE APP NOTICES | 0.30 | $49.00 | $14.70 |
| Wing Chan | 8/26/2021 | Client Services Project Manager I | 205 Noticing | DOCUMENT SERVICE OF EPIQ 9TH AND 10TH FEE APP NOTICES | 0.30 | $49.00 | $14.70 |
| Konstantina Haidopoulou | 8/27/2021 | Client Services Project Manager I | 205 Noticing | REVIEW SERVICE OF EPIQ NINTH CONSOLIDATED MONTHLY FEE STATEMENT AND EPIQ TENTH CONSOLIDATED MONTHLY FEE STATEMENT | 0.10 | $176.00 | $17.60 |
| Wing Chan | 8/27/2021 | Client Services Project Manager I | 205 Noticing | CONTINUE TO DOCUMENT SERVICE OF 9TH & 10TH EPIQ STATEMENTS | 0.30 | $49.00 | $14.70 |
| Janice Livingstone | 8/31/2021 | Client Services Project Manager I | 205 Noticing | REVIEW AND APPROVE DOCUMENTS RELATED TO SERVICE OF 9TH MONTHLY EPIQ FEE STATEMENT AND 10TH MONTHLY EPIQ FEE STATEMENT | 0.20 | $181.00 | $36.20 |
| David Mejia | 8/31/2021 | Client Services Project Manager I | 205 Noticing | UPDATED MISSING SR FOR 9TH AND 10TH EPIQ CONSOLIDATED FEE STATEMENT | 0.10 | $176.00 | $17.60 |
| Nadia Alazri | 9/3/2021 | Client Services Project Manager I | 205 Noticing | REVIEW UNDELIVERABLE EMAILS RE DOCKET NOS. 18293, 18294, 18296, 18297 | 0.10 | $176.00 | $17.60 |
| Sena Sengun | 9/14/2021 | Client Services Project Manager I | 205 Noticing | DOCUMENT SERVICES OF REQUESTS FOR ACCESS TO DOCUMENT DESPOSITORY | 0.30 | $176.00 | $52.80 |
| Regina Amporfro | 9/29/2021 | Client Services Project Manager II | 205 Noticing | COORDINATE SERVICE OF FOURTH AND FIFTH INTERIM FEE APPLICATIONS | 1.20 | $203.00 | $243.60 |
| Jacob Baez | 9/29/2021 | Client Services Project Manager I | 205 Noticing | REVIEW TWO FIRST CLASS MAIL FILES OF DI 18293-18294 | 1.00 | $192.00 | $192.00 |
| Janice Livingstone | 9/29/2021 | Client Services Project Manager I | 205 Noticing | REVIEW SERVICE REQUIREMENTS; PREPARE FOR SERVICE OF DKT. #18293, EPIQ 4TH INTERIM FEE APPLICATION, #18294, NOTICE OF FILING OF SAME, #18296, EPIQ 5TH INTERIM FEE APPLICATION, #18297, NOTICE OF FILING OF SAME UPON SPECIFIC PARTIES AS REQUESTED (1.2); SUBMIT REQUEST FOR MAIL FILES (.3); PREPARE EMAIL SERVICE LISTS AND SUBMIT FOR SERVICE (1.6) | 3.10 | $181.00 | $561.10 |
| Janice Livingstone | 9/29/2021 | Client Services Project Manager I | 205 Noticing | REVIEW LISTING OF UNSUCCESSFUL EMAIL ADDRESSES FOR SERVICE OF EPIQ'S 4TH AND 5TH FEE APPLICATION UPON FEE APPLICATION NOTICE PARTIES AND MASTER SERVICE LIST | 0.60 | $181.00 | $108.60 |
| Janice Livingstone | 9/29/2021 | Client Services Project Manager I | 205 Noticing | COMMUNICATIONS RE SERVICE FOR SERVICE OF EPIQ'S 4TH AND 5TH FEE APPLICATIONS; REVIEW AND APPROVE OVERNIGHT AND FIRST CLASS MAILING FILES | 0.40 | $181.00 | $72.40 |
| Sena Sengun | 9/29/2021 | Client Services Project Manager I | 205 Noticing | COORDINATE SERVICE OF DOCKET NOS. 18293, 18294, 18296, 18297 | 0.20 | $176.00 | $35.20 |
| Konstantina Haidopoulou | 9/29/2021 | Client Services Project Manager I | 205 Noticing | ASSIST WITH COORDINATION OF SERVICE FOR DOCKET NOS. 18293, 18294, 18296, 18297 | 0.20 | $176.00 | $35.20 |
| Nadia Alazri | 9/29/2021 | Client Services Project Manager I | 205 Noticing | REVIEW SERVICE REQUEST AND UPDATE NOTICING TRACKER WITH RESPECT TO DOCKET NOS. 18293, 18294, 18296, 18297 | 0.20 | $176.00 | $35.20 |
| Nadia Alazri | 9/29/2021 | Client Services Project Manager I | 205 Noticing | CONTINUE REVIEW OF SERVICE REQUEST AND UPDATE NOTICING TRACKER WITH RESPECT TO DOCKET NOS. 18293, 18294, 18296, 18297 | 0.20 | $176.00 | $35.20 |
| Forrest Houku | 9/29/2021 | Client Services Project Manager I | 205 Noticing | COORDINATE SERVICE OF DOCKET NOS. 18293, 18294, 18296, 18297 | 0.60 | $176.00 | $105.60 |
| Forrest Houku | 9/29/2021 | Client Services Project Manager I | 205 Noticing | COORDINATE SERVICE OF DOCKET NOS. 18293, 18294, 18296, 18297 | 0.30 | $176.00 | $52.80 |
| Kimberly Greenbaum | 9/29/2021 | Client Services Project Manager I | 205 Noticing | COORDINATE MAILING FILES | 0.10 | $192.00 | $19.20 |
| Sharna Wilson | 9/29/2021 | Client Services Project Manager I | 205 Noticing | REVIEW SERVICE RE DOCKET NOS 18293, 18294, 18296, 18297 | 0.20 | $176.00 | $35.20 |
| Amayrany Gutierrez | 9/29/2021 | Client Services Project Manager I | 205 Noticing | COORDINATE SERVICE OF DOCKET NO. 18294/18297 | 0.80 | $176.00 | $140.80 |
| Janice Livingstone | 9/30/2021 | Client Services Project Manager I | 205 Noticing | REVIEW COMPLETED SERVICE OF DKT. #18293-18294, 18296-18297 | 0.10 | $181.00 | $18.10 |
| Rafi Iqbal | 9/30/2021 | Client Services Project Manager I | 205 Noticing | CREATE OVERNIGHT MAILING FILE AND CREDITOR LIST FILE FROM TRANSLATED FILE | 0.70 | $192.00 | $134.40 |
| Rafi Iqbal | 9/30/2021 | Client Services Project Manager I | 205 Noticing | CONTINUE TO CREATE OVERNIGHT MAILING FILE AND CREDITOR LIST FILE FROM TRANSLATED FILE | 1.20 | $192.00 | $230.40 |

| MATTER NUMBER: 205 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Matter Description: Noticing | | | | | | | |
| Name | Date | Position | Matter Description | Detail | Hourly Rate | Hours Billed | Compensation |
| Sena Sengun | 9/30/2021 | Client Services Project Manager I | 205 Noticing | REVIEW SERVICE OF DOCKET NOS. 18293, 18294, 18296, 18297 | 0.10 | $176.00 | $17.60 |
| Sena Sengun | 9/30/2021 | Client Services Project Manager I | 205 Noticing | REVIEW SERVICE OF DOCKET NOS. 18293, 18294, 18296, 18297 | 0.10 | $176.00 | $17.60 |
| | | | **TOTAL** | | | **49.00** | **$8,710.80** |

| | | | MATTER NUMBER: 220 | | | | |
| | | | Matter Description: Affidavits | | | | |

| Name | Date | Position | Matter Description | Detail | Hours Billed | Hourly Rate | Compensation |
|------|------|----------|--------------------|--------|--------------|-------------|--------------|
| David Mejia | 6/29/2021 | Client Services Project Manager I | 220 Affidavits | DRAFT AFFIDAVIT FOR CUSTOM NOTICE AND SUBPOENAS | 2.00 | $176.00 | $352.00 |
| Karen Zenteno Garcia | 6/29/2021 | Client Services Project Manager I | 220 Affidavits | AUDIT AFFIDAVIT OF SERVICE FOR CUSTOM NOTICES | 0.20 | $137.00 | $27.40 |
| Rosalyn DeMattia | 7/1/2021 | Client Services Project Manager I | 220 Affidavits | REVIEWED BILLING TICKET FOR CUSTOM NOTICES | 0.30 | $176.00 | $52.80 |
| David Mejia | 9/1/2021 | Client Services Project Manager I | 220 Affidavits | AFFIDAVIT OF SERVICE FOR 9TH AND 10TH EPIQ CONSOLIDATED FEE STATEMENT | 1.00 | $176.00 | $176.00 |
| David Mejia | 9/1/2021 | Client Services Project Manager I | 220 Affidavits | UPDATED AFFIDAVIT FOR EPIQ 9TH AND 10TH CONSOLIDATED FEE | 0.30 | $176.00 | $52.80 |
| Karen Zenteno Garcia | 9/1/2021 | Client Services Project Manager I | 220 Affidavits | AUDIT AFFIDAVIT OF SERVICE FOR NINTH & TENTH MONTHLY EPIQ FEE APP | 0.30 | $137.00 | $41.10 |
| Janice Livingstone | 9/9/2021 | Client Services Project Manager I | 220 Affidavits | REVIEW AND APPROVE AFFIDAVIT OF SERVICE OF NINTH CONSOLIDATED MONTHLY FEE STATEMENT AND TEN CONSOLIDATED MONTHLY FEE STATEMENT | 0.40 | $181.00 | $72.40 |
| | | | | **TOTAL** | **4.50** | | **$774.50** |

| | | | MATTER NUMBER: 395 | | | | |
| | | | Matter Description: Case Management Services | | | | |
| Name | Date | Position | Matter Description | Detail | Hours Billed | Hourly Rate | Compensation |
|---|---|---|---|---|---|---|---|
| Amy Henault | 6/21/2021 | Client Services Project Manager I | 395 Case Management Services | REVIEW AND TRACK INCOMING CLAIMS AND CREDITOR CORRESPONDENCE | 0.20 | $137.00 | $27.40 |
| Janice Livingstone | 6/22/2021 | Client Services Project Manager I | 395 Case Management Services | PROOF EMAILS RELATED TO SUBPOENAS FROM QUINN EMMANUEL | 0.20 | $181.00 | $36.20 |
| Wing Chan | 6/23/2021 | Client Services Project Manager I | 395 Case Management Services | DOCUMENT SERVICE OF CUSTOM NOTICES MATCH MAILING FOR MAILING | 0.50 | $49.00 | $24.50 |
| Regina Amporfro | 7/8/2021 | Client Services Project Manager II | 395 Case Management Services | UPDATE OBJECTION TRACKER RE DOCUMENT REQUEST AND CIRCULATE SAME (2.5);REVIEW ALL OBJECTIONS AND SET UP CASE FOLDERS FOR EACH TO CIRCULATE (2.8) | 5.30 | $203.00 | $1,075.90 |
| Regina Amporfro | 7/12/2021 | Client Services Project Manager II | 395 Case Management Services | RESPOND TO J. DELGADO RE OBJECTION AND FOLLOW UP WITH QUINN EMMANUEL TEAM RE SAME | 1.40 | $203.00 | $284.20 |
| Janice Livingstone | 7/12/2021 | Client Services Project Manager I | 395 Case Management Services | REVIEW AND RESPOND TO FIVE QUINN EMMANUEL EMAILS FROM K. FELD REGARDING SUBPOENA | 0.20 | $181.00 | $36.20 |
| Regina Amporfro | 7/14/2021 | Client Services Project Manager II | 395 Case Management Services | UPDATE OBJECTION REPORTING | 1.30 | $203.00 | $263.90 |
| Janice Livingstone | 7/14/2021 | Client Services Project Manager I | 395 Case Management Services | PROOF AND RESPOND TO EMAIL FROM E.A. SOUTHERLING, MCQUIREWOODS REGARDING STATUS OF JEFFERIES OBJECTION | 0.20 | $181.00 | $36.20 |
| Janice Livingstone | 7/15/2021 | Client Services Project Manager I | 395 Case Management Services | REVIEW AND RESPOND TO M.D. TRELLIS HERNANDEZ EMAIL RE SUBPOENA, PROOF RELATED EMAILS (.3); FOLLOW UP WITH TEAM MEMBERS REGARDING SAME (.3) | 0.60 | $181.00 | $108.60 |
| Janice Livingstone | 7/16/2021 | Client Services Project Manager I | 395 Case Management Services | PROOF EMAILS RELATED TO OBJECTIONS TO SUBPOENAS (.2); COMMUNCATIONS WITH R. AMPORFRO REGARDING SAME (.1) | 0.30 | $181.00 | $54.30 |
| Regina Amporfro | 7/19/2021 | Client Services Project Manager II | 395 Case Management Services | RESPOND TO J. HEYWORTH RE ADDRESS UPDATE RE SANTANDER (.1);REVIEW CALL WITH J. HEYWORTH RE SAME (1.);EMAIL TO J. LIVINGSTONE RE ADDRESS UPDATE (.1) | 1.20 | $203.00 | $243.60 |
| Janice Livingstone | 7/19/2021 | Client Services Project Manager I | 395 Case Management Services | PROOF EMAILS RELATED TO MEETINGS TO CONFER FROM SIDLEY AUSTIN REGARDING CLIENT SANTANDER AND FROM TEAM MEMBER REQUESTING UPDATES TO DATABASE TO REFLECT REMOVAL OF RELATED RECORDS | 0.20 | $181.00 | $36.20 |
| Janice Livingstone | 7/19/2021 | Client Services Project Manager I | 395 Case Management Services | PROOF INCOMING EMAILS RELATED TO MEETINGS TO CONFER RE SUBPOENA | 0.20 | $181.00 | $36.20 |
| Janice Livingstone | 7/21/2021 | Client Services Project Manager I | 395 Case Management Services | PROOF EMAIL FROM I. OLIVER REGARDING OBJECTION TO SUBPOENA FROM QUINN EMMANUEL | 0.20 | $181.00 | $36.20 |
| Janice Livingstone | 7/22/2021 | Client Services Project Manager I | 395 Case Management Services | PROOF EMAILS RELATED TO DEUTSCHE BANK ONGOING MEETINGS | 0.10 | $181.00 | $18.10 |
| Janice Livingstone | 7/29/2021 | Client Services Project Manager I | 395 Case Management Services | REVIEW EMAILS REGARDING PRUDENTIAL AND CONTINUED MEETING AND CONFERING PROCESS | 0.20 | $181.00 | $36.20 |
| Janice Livingstone | 8/5/2021 | Client Services Project Manager I | 395 Case Management Services | PROOF EMAILS FROM MARINI PIETRANTONI MUNIZ REGARDING, AAFAF & GDB EXTENSION TO REVIEW AND CONFER DOCUMENT INQUIRY | 0.20 | $181.00 | $36.20 |
| Regina Amporfro | 8/16/2021 | Client Services Project Manager II | 395 Case Management Services | RESPOND TO M MUNIZ RE HOLD OF DOCUMENTS FOR TRACKING  OBJECTION RESPONSES | 0.30 | $203.00 | $60.90 |
| Amy Boyland | 9/29/2021 | Client Services Project Manager I | 395 Case Management Services | SCAN LETTER RE OBJECTION TO ACCESS TO DATABASE | 0.30 | $49.00 | $14.70 |
| | | | | **TOTAL** | **13.10** | | **$2,465.70** |

| | | | | MATTER NUMBER: 400 | | | |
| | | | | Matter Description: Fee Statements | | | |
| Name | Date | Position | Matter Description | Detail | Hours Billed | Hourly Rate | Compensation |
|---|---|---|---|---|---|---|---|
| Regina Amporfro | 6/13/2021 | Client Services Project Manager II | 400 Fee Statements | DRAFT FEE APPLICATION | 3.10 | $203.00 | $629.30 |
| Regina Amporfro | 6/17/2021 | Client Services Project Manager II | 400 Fee Statements | PREPARE FEE APPLICATION EXHIBITS | 2.30 | $203.00 | $466.90 |
| Regina Amporfro | 6/29/2021 | Client Services Project Manager II | 400 Fee Statements | DRAFT FEE APPLICATION EXHIBITS | 1.90 | $203.00 | $385.70 |
| Regina Amporfro | 8/4/2021 | Client Services Project Manager II | 400 Fee Statements | COORDINATE FEE APPLICATION | 1.00 | $203.00 | $203.00 |
| Regina Amporfro | 8/4/2021 | Client Services Project Manager II | 400 Fee Statements | REVIEW FEE APPLICATION EXHIBITS | 1.70 | $203.00 | $345.10 |
| Regina Amporfro | 8/9/2021 | Client Services Project Manager II | 400 Fee Statements | DRAFT FEE APPLICATION | 2.20 | $203.00 | $446.60 |
| Regina Amporfro | 8/9/2021 | Client Services Project Manager II | 400 Fee Statements | CONTINUE TO UPDATE FEE APPLICATION EXHIBITS | 1.80 | $203.00 | $365.40 |
| Regina Amporfro | 8/16/2021 | Client Services Project Manager II | 400 Fee Statements | DRAFT MONTHLY FEE APPLICATION AND UPDATE EXHIBITS | 2.30 | $203.00 | $466.90 |
| Regina Amporfro | 8/17/2021 | Client Services Project Manager II | 400 Fee Statements | DRAFT FEE APPLICATIONS | 2.00 | $203.00 | $406.00 |
| Regina Amporfro | 8/17/2021 | Client Services Project Manager II | 400 Fee Statements | REVIEW AND CONTINUE TO UPDATE FEE APPLICATION EXHIBITS (2.0);DRAFT FEE APPLICATION (1.1) | 3.10 | $203.00 | $629.30 |
| Regina Amporfro | 8/18/2021 | Client Services Project Manager II | 400 Fee Statements | DRAFT EXHIBITS TO FEE APPLICATIONS | 2.80 | $203.00 | $568.40 |
| Regina Amporfro | 8/18/2021 | Client Services Project Manager II | 400 Fee Statements | COORDINATE FEE APPLICATION EXHIBITS | 3.10 | $203.00 | $629.30 |
| Regina Amporfro | 8/22/2021 | Client Services Project Manager II | 400 Fee Statements | DRAFT FEE APPLICATION EXHIBITS | 1.90 | $203.00 | $385.70 |
| Regina Amporfro | 8/23/2021 | Client Services Project Manager II | 400 Fee Statements | REVIEW TIME DETAIL FOR FEE APPLICATION | 0.90 | $203.00 | $182.70 |
| Regina Amporfro | 8/25/2021 | Client Services Project Manager II | 400 Fee Statements | DRAFT ELEVENTH FEE APPLICATION | 0.70 | $203.00 | $142.10 |
| Regina Amporfro | 8/26/2021 | Client Services Project Manager II | 400 Fee Statements | COMPILE FEE APPLICATIONS FOR FILING AND REVIEW PDFS RE SAME;COORDINATE SERVICE WITH J. LIVINGSTONE | 2.50 | $203.00 | $507.50 |
| Regina Amporfro | 8/30/2021 | Client Services Project Manager II | 400 Fee Statements | UPDATE FEE APPLICATION EXHIBITS | 0.90 | $203.00 | $182.70 |
| Regina Amporfro | 9/13/2021 | Client Services Project Manager II | 400 Fee Statements | FORMAT TIME DETAIL AND DRAFT FEE APPLICATION | 2.70 | $203.00 | $548.10 |
| Regina Amporfro | 9/15/2021 | Client Services Project Manager II | 400 Fee Statements | UPDATE MEET AND CONFER TRACKER AND REVIEW EMAILS RE SAME | 2.10 | $203.00 | $426.30 |
| Regina Amporfro | 9/24/2021 | Client Services Project Manager II | 400 Fee Statements | DRAFT FEE APPLICATION | 2.50 | $203.00 | $507.50 |
| Regina Amporfro | 9/27/2021 | Client Services Project Manager II | 400 Fee Statements | DRAFT EPIQ FOURTH AND FIFTH INTERIM FEE APPLICATIONS | 4.60 | $203.00 | $933.80 |
| Regina Amporfro | 9/28/2021 | Client Services Project Manager II | 400 Fee Statements | DRAFT FOURTH AND FIFTH INTERIM FEE APPLICATIONS;EMAIL TO U. BARRERA RE ASSISTANCE WITH FILING SAME AND HEARING DATES FOR SAME | 6.00 | $203.00 | $1,218.00 |
| Regina Amporfro | 9/29/2021 | Client Services Project Manager II | 400 Fee Statements | PREPARE FOURTH AND FIFTH INTERIM FEE APPS FROM FILING IN FILING FORMAT;EMAIL TO J. LIVINGSTON RE SAME | 1.70 | $203.00 | $345.10 |
| Regina Amporfro | 9/29/2021 | Client Services Project Manager II | 400 Fee Statements | PREPARE FOURTH AND FIFTH INTERIM FEE APPS FROM FILING IN FILING FORMAT | 0.50 | $203.00 | $101.50 |
| | | | | **TOTAL** | **54.30** | | **$11,022.90** |

| MATTER NUMBER: 900 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Matter Description: Data Management Services | | | | | | | |
| **Name** | **Date** | **Position** | **Matter Description** | **Detail** | **Hours Billed** | **Hourly Rate** | **Compensation** |
| Derek Miller | 6/21/2021 | Client Services Project Manager II | 900 Data Management | Reviewed correspondence from counsel re access to depository | 0.20 | $225.00 | $45.00 |
| Derek Miller | 6/22/2021 | Client Services Project Manager II | 900 Data Management | Reviewed correspondence from Proskauer Rose re document depository | 0.30 | $225.00 | $67.50 |
| | | | | **TOTAL** | **0.50** | | **$112.50** |

## EXHIBIT E

**Summary of Actual and Necessary Epiq Corporate Restructuring, LLC
And Epiq eDiscovery Solutions Expenses for the Thirteenth Interim Fee Period**

| Expense Category | Quantity | Unit Type | Unit Cost | Amount |
|---|---|---|---|---|
| NO100 – Noticing | 2,781 | PAG | 0.10 | $278.10 |
| NO100T – Noticing – In State | 740 | PAG | 0.10 | $74.00 |
| NO120 - Email Noticing per File | 1,858 | FIL | 0.10 | $185.80 |
| OS220 – Labels | 214 | EA | 0.05 | $10.70 |
| OS223 - Envelope - #10 | 34 | EA | 0.10 | $3.40 |
| OS225 - Envelope - 9x12 | 146 | EA | 0.25 | $36.50 |
| RE100 – Postage | 2,532 | EA | 1.00 | $2,531.96 |
| PRO128 - Client Media Storage | 4.00 | EA | 50.00 | $200.00 |
| RE105 – Shipping and Courier | 450 | DLR | 1.00 | $450.00 |
| HST626 - User Fees | 224 | EA | 70.00 | $15,680.00 |
| HST756 - Document Review Hosting | 1,674 | GB | 9.00 | $15,068.36 |
| **TOTAL:** | | | | **$34,518.82** |