Hearing Date: To Be Determined
Objection Deadline: June 15, 2022 at 4:00 p.m. AST

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF FILING OF SIXTH INTERIM FEE APPLICATION OF EPIQ CORPORATE RESTRUCTURING, LLC AND EPIQ eDISCOVERY SOLUTIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JUNE 1, 2021 THROUGH SEPTEMBER 30, 2021

**PLEASE TAKE NOTICE** that on May 25, 2022, pursuant to this Court's

*Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of*

*Expenses of Professionals* [Docket No. 3269] (the "Interim Compensation Order"), Epiq

Corporate Restructuring, LLC and Epiq eDiscovery Solutions, as service agent to the Financial

Oversight and Management Board for Puerto Rico, filed the Sixth Interim Application of Epiq

Corporate Restructuring, LLC and Epiq eDiscovery Solutions for Allowance of Compensation

---

[1]  The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

and Reimbursement of Expenses as Service Agent for the Period from June 1, 2021 through

September 30, 2021 (the "Application").[2]

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the

Application by any party other than the Fee Examiner must (a) be in writing, (b) conform to the

Federal Rules of Bankruptcy Procedure, the Interim Compensation Order, and the *Thirteenth*

*Amended Notice, Case Management and Administrative Procedures* [Docket No. 13512]

(the "Case Management Procedures"), and (c) be filed with the Court and served on the entities

below, so as to be received on or before **June 15, 2022 at 4:00 p.m. AST** (the "Objection

Deadline"):

i.      attorneys for the Oversight Board, Proskauer Rose LLP, Eleven Times Square, New
        York, NY 10036, Attn: Martin J. Bienenstock, Esq. (mbienenstock@proskauer.com)
        and Ehud Barak, Esq. (ebarak@proskauer.com), and Proskauer Rose LLP, 70 West
        Madison Street, Chicago, IL 60602, Attn: Paul V. Possinger, Esq.
        (ppossinger@proskauer.com);

ii.     attorneys for the Oversight Board, O'Neill & Borges LLC, 250 Muñoz Rivera Ave.,
        Suite 800, San Juan, PR00918, Attn: Hermann D. Bauer, Esq.
        (hermann.bauer@oneillborges.com);

iii.    attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority,
        O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY
        10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), and Diana M. Perez,
        Esq. (dperez@omm.com);

---

[2] Capitalized terms used but not defined herein have the meanings given to them in the Application.

iv.      attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority,
Marini Pietrantoni Muñiz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave, San
Juan, PR 00917, Attn: Luis C. Marini-Biaggi, Esq. (lmarini@mpmlawpr.com) and
Carolina Velaz-Rivero, Esq. (cvelaz@mpmlawpr.com);

v.      the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa,
500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of
PuertoRico);

vi.      attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200
Park Ave., New York, NY 10166, Attn: Luc. A Despins, Esq.
(lucdespins@paulhastings.com);

vii.      attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago &
Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR
00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E.
Añeses Negrón, Esq. (aaneses@cstlawpr.com);

viii.      attorneys for the Official Committee of Retired Employees, Jenner & Block LLP,
1155 Avenue of the Americas, New York, NY 10036, Attn: Robert Gordon, Esq. (
rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com), and Jenner &
Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq.
(csteege@jenner.com) and Melissa Root, Esq. (mroot@jenner.com);

ix.      attorneys for the Official Committee of Retired Employees, Bennazar, García &
Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR
00918, Attn: A.J. Bennazar-Zequeira, Esq. (ajb@bennazar.org);

x.      the PuertoRico Department of Treasury, PO Box 9024140, San Juan, PR 00902-4140,

Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting

(Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA, Assistant

Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L.

Pantoja Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax Policy

(angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Assistant Secretary of

Internal Revenue and Tax Policy (francisco.pares@hacienda.pr.gov); and Francisco

Peña Montañez, CPA, Assistant Secretary of the Treasury

(Francisco.Pena@hacienda.pr.gov);

xi.     counsel to any other statutory committee appointed

xii.    attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de León

Avenue, Citibank Tower, 12th Floor, San Juan,PR 00918, Attn: Eyck O. Lugo

(elugo@edgelegalpr.com); and xiii. attorneys for the Fee Examiner, Godfrey & Kahn,

S.C., One East Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler

(KStadler@gklaw.com)

**PLEASE TAKE FURTHER NOTICE** that if (a) no objection is timely filed and

served in accordance with the Interim Compensation Order and Case Management Procedures

and (b) all issues raised by the Fee Examiner are consensually resolved, the relief requested may

be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Application and all documents

filed in these title III cases are available (a) free of charge by visiting

https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's

website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

[*Remainder of Page Intentionally Left Blank*]

Dated: New York, New York
May 25, 2022

Respectfully submitted,

*/s/ Bradley J. Tuttle*
Managing Director
**EPIQ CORPORATE
RESTRUCTURING, LLC AND EPIQ
eDISCOVERY SOLUTIONS**
777 Third Avenue, 12th Floor
New York, New York 10017
Telephone: (646) 282-2400
*Service Agent to the Financial Oversight
and Management Board for Puerto Rico*