UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                           Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>                           Debtor. | PROMESA<br>Title III<br><br>No. 17 BK-3567-LTS |
| PEAJE INVESTMENTS, LLC,<br><br>                           Plaintiff,<br><br>                  -v-<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, *et al.*,<br><br>                           Defendants. | Adv. Proc. No. 17-151-LTS in No.17 BK 3567-LTS<br><br>Adv. Proc. No. 17-152-LTS in No. 17 BK-3283-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| ASSURED GUARANTY CORP, *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br> Defendants. | Adv. Proc. No. 17-155-LTS in No.17 BK 3283 <br><br> Adv. Proc. No. 17-156-LTS No. 17 BK-3567 |
| AMBAC ASSURANCE CORPORATION, <br><br> Plaintiff, <br><br> -v- <br><br> COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br> Defendants. | Adv. Proc. No. 17-159-LTS No.17 BK 3283-LTS |

ORDER GRANTING UNOPPOSED URGENT MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO TO SET A BRIEFING SCHEDULE ON THE MOTION FOR APPROVAL OF SECOND AMENDED AND RESTATED STIPULATION AND AGREED ORDER REGARDING THE DISPUTED FUNDS IN THE HTA BOND SERVICE ACCOUNTS, REDEMPTION <u>ACCOUNTS AND RESERVE ACCOUNTS</u>

Upon the *Unopposed Urgent Motion of the Financial Oversight and Management Board for Puerto Rico to Set a Briefing Schedule on the Motion for Approval of Second Amended and Restated Stipulation and Agreed Order Regarding the Disputed Funds in the HTA Bond Service Accounts, Redemption Accounts and Reserve Accounts* (Docket Entry No. 20988 in Case No. 17-3283) (the "Urgent Motion");[2] and the Court having found it has subject matter jurisdiction of this matter pursuant to section 306 of PROMESA; and it appearing that venue in this district is

---

[2] The Urgent Motion was also filed at Docket Entry No. 1188 in Case No. 17-3567, Docket Entry No. 345 in Adv. Proc. No. 17-151, Docket Entry No. 331 in Adv. Proc. No. 17-152, Docket Entry No. 150 in Adv. Proc. No. 17-155, Docket Entry No. 146 in Adv. Proc. No. 17-156, and Docket Entry No. 181 in Adv. Proc. No. 17-159.

proper pursuant to section 307 of PROMESA; and the Court having found that the relief requested in the Urgent Motion is warranted, it is hereby **ORDERED** that:

1. The Urgent Motion is granted as set forth herein.

2. The deadline to file objections to the Motion shall be **June 3, 2022**, at **5:00 p.m. (Atlantic Standard Time)**.

3. The deadline for the Debtors to file replies shall be **June 10, 2022**, at **5:00 p.m. (Atlantic Standard Time)**.

4. The Motion will be heard at the conclusion of the disclosure statement hearing scheduled for **June 17, 2022**.

5. This Order resolves Docket Entry No. 20988 in Case No. Docket Entry No. 1188 in Case No. 17-3567, Docket Entry No. 345 in Adv. Proc. No. 17-151, Docket Entry No. 331 in Adv. Proc. No. 17-152, Docket Entry No. 150 in Adv. Proc. No. 17-155, Docket Entry No. 146 in Adv. Proc. No. 17-156, and Docket Entry No. 181 in Adv. Proc. No. 17-159.

SO ORDERED.

Dated: May 25, 2022

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge