# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre: Rosa J Colón Andujar

Dirección Postal: HC 3 Box 12706
Juana Díaz, P.R.
00795

Teléfono de contacto res. — cel. 787-477-1447

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:
   Ley 89 - Retribución uniforme de julio 1979
   #49762 – Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #84057 – Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #184 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 - Retribución uniforme de julio 1979
Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #184 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone Company, Ponce,~~ Puerto Rico desde el _16_ de _Marzo_ de _1978_ hasta el _31_ de _Julio_ de _2008_. Culminé mi laborar como _Recaudadora Auxiliar en Region de Salud sur, P.R., ELA_ en ~~Puerto Rico Telephone Company,~~ _Departamento de Salud_ Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

[margin: _Departamento de Salud_]

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Rosa J. Colón Andújar_
Nombre en letra de molde

_[signature]_
Firma

P.S. Deseo informarle que no estoy de acuerdo que se cancele mi reclamo #175820, debido a que el mismo está basado en unas leyes por concepto de unos aumentos de dinero que se aprobaron durante mis años de servicio en el Departamento de Salud. Ley 89 firmada en julio de 1979 - Retribución Uniforme y Ley 89 firmada en julio de 1995 - Romerazo.

La razón de la demora en enviar la Réplica de Objeción Global se debe a la barrera del idioma Inglés y no fue hasta hoy que conseguí la ayuda necesaria para contestarles.

Por favor consideren mi situación al respecto.

Muchas gracias,
_Rosa J. Colón Andújar_