**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Colon Andujar, Rosa J. | 175820 | 9/15/2020 | Commonwealth of Puerto Rico | $68,400.00 |
| Reason: | Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Colon Andujar, Rosa J. | 175820 | 9/15/2020 | Commonwealth of Puerto Rico | $68,400.00 |
| Base para: | La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

**BUFETE AQUINO & BENIQUEZ**
LCDA. CARMEN G. BENIQUEZ
LCDO. JORGE L. AQUINO NUÑEZ

PO BOX 1426
LARES, PUERTO RICO 00669-1426

TEL. 787-897-5008
TEL/FAX: 787-897-7618
E-MAIL: aquibeq@coqui.net

787-751-5740
Lcdo Alberto (ste ho)
Aresty
Ji afirma el
Tiene estos casos
Elizabeth — Secretaria
Home el 11/Feb/09
3:20 PM

## MEMORANDUM

A: TODOS LOS DEMANDANTES

DE: LCDO. ALBERTO ARESTI FRANCESCHINI
LCDA. CARMEN G. BENIQUEZ DE AQUINO
LCDO. JORGE L. AQUINO NUÑEZ

FECHA: 11 DE SEPTIEMBRE DE 2003

RE: MARGARITA DE JESUS COLON Y OTROS VS. ELA DE PUERTO RICO Y OTROS
DEPARTAMENTO DE SALUD
CIVIL NUM. KAC2001-1692 - SENTENCIA DECLARATORIA

ASUNTO: INFORME SOBRE EL ESTADO DEL CASO

El día 8 de agosto de 2003 el Tribunal de Primera Instancia, Sala Superior de San Juan, dictó Sentencia a favor de los demandantes en el caso de referencia, aprobando la Estipulación que se firmó entre las partes, en la que se señala las leyes aplicables a los empleados del Departamento de Salud, que son demandantes en el caso. Mediante la sentencia aprobando la estipulación se ordena al Departamento de Salud conjuntamente con los abogados de la parte demandante a efectuar un análisis de cada uno de los expedientes de los demandantes para determinar la cantidad que se le adeuda, si alguna.

Una vez efectuado el análisis y determinado los demandantes que tienen derecho a compensación de las leyes aplicables, incluída la ley conocida como el "romerazo", el Departamento de Salud deberá incluir en su presupuesto las cantidades a ser pagadas a ustedes. También deberá la parte demandada, radicar en el Tribunal las nóminas necesarias para efectuar los pagos a los demandantes; una vez el dinero esté disponible para el pago de la Sentencia.

Se establece en la Sentencia que los demandantes tienen derecho a que se les pague el interés legal por la sentencia desde la fecha de ésta; o sea, el 8 de agosto de 2003 hasta que se efectúe el pago.

Estamos haciendo gestiones con el Departamento de Salud para comenzar el análisis de los expedientes de este caso e igualmente de uno anterior, *Palmira Acety y otros vs. ELA y Departamento de Salud*, que tiene sentencia a favor de los demandantes.

Le recomiendo que de haber cambiado la dirección y número de teléfono que informaron en su contrato de servicios profesionales con nosotros, nos informen por escrito el cambio de los mismos, de modo que podamos comunicarnos con ustedes adecuadamente.

| | |
|---|---|
| LCDO. ALBERTO ARESTI FRANCESCHINI | LCDO. JORGE L. AQUINO NUÑEZ |
| SUITE 1109 | APARTADO 1426 |
| EDIFICIO UNION PLAZA | CALLE SAN JOSE #7, ALTOS |
| 416 AVE. PONCE DE LEON | LARES, PUERTO RICO 00669 |
| HATO REY, PUERTO RICO 00918 | TELEFONO: 897-5008 |
| TELEFONO: 751-5740 | FAX: 897-7618 |

# MEMORANDUM

A: TODOS LOS DEMANDANTES
P/C: PRIMER DEMANDANTE QUE APARECE EN EL EPIGRAFE DEL CASO
(SRA. PALMIRA ACETY ROSARIO)

DE: LCDO. ALBERTO ARESTI FRANCESCHINI
CARMEN G. BENIQUEZ BENIQUEZ

JORGE L. AQUINO NUÑEZ

RE: PALMIRA ACETY ROSARIO Y OTROS
vs.
ESTADO LIBRE ASOCIADO DE PUERTO RICO Y SU
DEPARTAMENTO DE SALUD - (KAC-1998-0532 (903))

ASUNTO: INFORME SOBRE EL ESTADO DEL CASO

Nos place informarles que el día 28 de noviembre de 2001 el Honorable Tribunal dictó sentencia declarando CON LUGAR la demanda en su caso del epígrafe. Dicha sentencia fue notificada el 5 de diciembre de 2001; por eso no les habíamos notificado antes sobre dicha buena noticia.

Ahora procede concertar reuniones con el Secretario de Salud, para que él designe el personal técnico de recursos humanos para efectuar la evaluación de cada uno de los expedientes de los demandantes, con un representante nuestro.

Después de la evaluación de los expedientes, y que se determine la cantidad de dinero a que cada uno tenga derecho; el Secretario de Salud deberá coordinar con el Secretario de Hacienda y con la Directora de la Oficina de Presupuesto y Gerencia; para que incluyan los pagos en el presupuesto correspondiente. Estimamos que esto será en el año fiscal 2002-2003.

Les recordamos que la sentencia aplicará sólo a las personas que demandaron.

Por ser tantos los demandantes, se ruega que fijen copia de este memorandum en el tablón de edictos de su área de trabajo, para conocimiento de todos los interesados.

C:programFiles/memorandum salud

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE SALUD- SECRETARIA AUXILIAR PARA SALUD AMBIENTAL
OFICINA REGIONAL DE PONCE, CALLE UNION NO. 91 PLAZA VILARIÑO SUITE 105
PONCE, PR 00730-3850
Tel. (787) 848-5195  Fax. (787)842-2136



Estado Libre Asociado de Puerto Rico
Departamento de Salud

12 de mayo de 2008

Dra. Lugelina Rodríguez Barral
Directora Regional
Región Salud Sur

Sra. Esther de Jesús Castro
Oficial Recursos Humanos Regional

Sra. María del C. Quiñones Santiago
Supervisora Regional SA

Sr. Francisco Colón Reyes
Supervisor Auxiliar Regional SA

Sra. Rosa Julia Colón Andujar
Recaudadora Auxiliar SA

**RENUNCIA POR MERITO**

Presento mi renuncia al puesto de, **RECAUDADORA AUXILIAR**, que ocupo en el Programa de Salud Ambiental. Es mi deseo que ésta, sea efectiva al 31 de Julio de 2008.

Esta renuncia obedece a que me acogeré al sistema de retiro luego de haber completado treinta (30) años de servicio como empleada en el servicio público.

Aprovecho la oportunidad para agradecer a todas las personas que de una forma u otra colaboraron conmigo en mis gestiones profesionales y personales durante estos 30 años. GRACIAS.

Vo. Bo. Sr. Alfredo Casta Vélez
Director
Secretaria Auxiliar Salud Ambiental