Rosa J. Colón Andújar
HC 03 Box 12706
Juana Díaz, P.R. 00795-9525




U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
MAY 19, 22
AMOUNT
$1.36
R2304M110228-13

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2022 MAY 24  PM 3:11
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.