# REPLICA DE OBJECION GLOBAL

I. Datos de contacto

Nombre: Alberto Vega Zayas
Dirección: P.O. Box 800868
Coto Laurel, Puerto Rico 00780-0868
Teléfono: (787)-810-8000

Número de reclamo: 140056, 140676, 136952 y 135965

II. Epígrafe

A. Secretaría (Clerk's Office)

Tribunal de Distrito de los Estados Unidos

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283-LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo

Ley 164 - Aumento Sueldo Julio - 2003

~~#49762 - Ley #89 - Romerazo - Efectiva en 1 de julio de 1996~~

#94057 - Ley de Escala Salarial – Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002

Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero de 2004

III. El Tribunal no debe declarar a lugar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes

~~Ley-89-Romerazo - Efectiva en 1 de julio de 1996~~

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Roselló – efectiva julio de 2002
Ley #④4 (2003) Aumento Sueldo    Julio 2003
Ley #164(2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con el Departamento de Educación de Puerto Rico desde el 2 de agosto de 1998 hasta el 27 de julio de 2012 ( años) de labor como Maestro de Educación Física, ELA.

Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo:
Diploma de Bachiller en Artes (Enseñanza de Educación Física en la Escuela Elemental) Universidad Interamericana de Puerto Rico
Certificación de Años de servicio en el Departamento de Educación del Estado Libre Asociado de Puerto Rico
Solicitud de Retiro (Sistema de Retiro para Maestros) del Estado Libre Asociado de Puerto Rico
Certificación Radicación Solicitud de Retiro del Departamento de Educación del Estado Libre Asociado de Puerto Rico
Certificación Años de Servicio y Edad del Sistema de Retiro Para Maestros del Gobierno de Puerto Rico
El fundamento de mi reclamo es por un dinero adeudado por concepto de aumentos de leyes que se firmaron durante mis años de servicio con Departamento de Educación.
Les incluye copia de recibo de correo postal con fecha 6/12/202 cuando envié Replica de objeción Global. Muchas gracias

Debido a la reciente situación de emergencia por terremotos en Puerto Rico se están enviando las réplicas en esta fecha. De necesitar información o documentación adicional favor de comunicarse con la que suscribe,

Alberto Vega Zayas   2-10-202
Alberto Vega Zayas
Teléfono - (787)-810-8000

2