

**UNITED STATES POSTAL SERVICE**

COTO LAUREL
3007 AVE SAN CRISTOBAL
COTO LAUREL, PR 00780-9998
(800)275-8777

06/12/2021             10:26 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope Brooklyn, NY 11232 Weight: 0 lb 3.00 oz Estimated Delivery Date Wed 06/16/2021 | 1 | | $1.40 |

Grand Total:       $1.40

Cash            $1.50
Change       -$0.10

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The timeliness of service to or from
destinations outside the contiguous US may
be affected by the limited availability of
transportation.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

UFN: 423150-0780
Receipt #: 840-50060086-2-6090035-2
Clerk: 8



# DEPARTAMENTO DE EDUCACION

Estado Libre Asociado de Puerto Rico

Secretaría Auxiliar de Recursos Humanos

6 de febrero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | ALBERTO VEGA ZAYAS |
| Seguro Social | | -7894 |
| Categoría | : | MA. EDUCACION FISICA (K-12) |
| Distrito Escolar | : | SANTA ISABEL |
| Sueldo Mensual | : | |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 27 de julio de 2012 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 14 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 08/21/1998. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.