# SCHEDULE 1

## MONTHLY STATEMENTS COVERED IN APPLICATION

**(attached hereto)**

| Date Submitted | Monthly Period Covered | Requested Fees (90%) | Requested Expenses (100%) | Fees Paid | Expenses Paid | 10% Fee Holdback |
|---|---|---|---|---|---|---|
| **Interim Fee Period: September 16, 2021 through January 15, 2022** | | | | | | |
| 12/30/21 | 9/16/21 - 10/15/21 | $4,500.00 | $0.00 | $4,500.00 | $0.00 | $500.00 |
| 1/27/22 | 10/16/21 - 11/15/21 | $4,500.00 | $0.00 | $4,500.00 | $0.00 | $500.00 |
| 3/8/22 | 11/16/21 - 12/15/21 | $4,500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| 3/14/22 | 12/16/21 - 1/15/22 | $4,500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| **Total** | | **$18,000.00** | **$0.00** | **$9,000.00** | **$0.00** | **$2,000.00** |



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 10/18/2021 | 2021-0457 |

P.O. No.

SEPT - OCT 2021

Additional Info:

**Bill To:**
UCC
ALVIN VAZQUEZ

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>SEPTEMBER 16, 2020 TO OCTOBER 15, 2021<br><br>FEE MESUAL: | 5,000.00 |

Website
 - Changes to texts in some areas
 - Upload new information in existing tabs
 - Estimated hours on this: 8 hours

Local Media
 1. Media Relations
    a. Writing of a press release to announce the informative sessions
    b. Monitoring and results
  Estimated hours on this: 5 hours

 2. Monitoring
    a. Clippings with their translation of article/news related to matters of the Committee.
    b. Spent around 1.0 hour doing these clippings/translations and sending them to the UCC
  Estimated hours on this: 10 hours

Email Blast
 Design and sending two email blasts to the provided database to announce the reminder of the information sessions and the extension of voting deadline of the Plan of Adjustment
 Monitoring of emails from the database
 Estimated hours on this: 10 hours

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colon, MBA

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209

 

# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 11/30/2021 | 2021-0515 |

P.O. No.

**Bill To:**

UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>OCTOBER 16, 2020 TO NOVEMBER 15, 2021<br><br>FEE MENSUAL: | 5,000.00 |

Website
 - Changes to texts in some areas
 - Upload new information in existing tabs
 - Estimated hours on this: 5 hours

Monitoring
 a. Clippings with their translation of article/news related to matters of the Committee.
 b. Spent around 1.0 hour doing these clippings/translations and sending them to the UCC
    Estimated hours on this: 80 hours

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209




# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 12/17/2021 | 2021-0571 |

P.O. No.

NOV - DIC 2021

Additional Info:

**Bill To:**
UCC
ALVIN VAZQUEZ

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>NOVEMBER 16, 2020 TO DICEMBER 15, 2021<br><br>FEE MENSUAL: | 5,000.00 |

Email Blast
Design and sending an email blast to the provided database to announce the Recap of the hearing for the Title III plan of adjustment
Estimated hours on this: 3 hours

Monitoring
a. Clippings with their translation of article/news related to matters of the Committee.
b. Spent around 1.0 hour doing these clippings/translations and sending them to the UCC
   Estimated hours on this: 20 hours

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 1/31/2022 | 2022-0022 |

P.O. No.

DIC - ENE 2022

Additional Info:

**Bill To:**
UCC
ALVIN VAZQUEZ

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>DECEMBER 16, 2021 TO JANUARY 15, 2022<br><br>FEE MENSUAL:<br><br>Monitoring<br>a. Clippings with their translation of article/news related to matters of the Committee.<br>b. Spent around 1.0 hour doing these clippings/translations and sending them to the UCC<br>   Estimated hours on this: 10 hours | 5,000.00 |

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209