**Exhibit A**

**Summary of Fees Incurred by Professional**

| EXHIBIT A: SUMMARY OF FEES INCURRED BY PROFESSIONAL | | | | |
|---|---|---|---|---|
| **Professional** | **Position*** | **Billing Rate*** | **Hours** | **100% of Fees** |
| Martinez, Scott | Director | $ 945.00 | 441.2 | $ 413,803.00 |
| Westermann, Michael | Director | $ 840.00 | 180.8 | 149,160.00 |
| Praga, Deborah | Senior Vice President | $ 655.00 | 17.5 | 11,078.50 |
| Filler, Brooke | Vice President | $ 485.00 | 47.9 | 22,034.00 |
| **Total** | | | **687.4** | **$ 596,075.50** |

*Reflects positions and billing rates in effect as of January 1, 2022.