# Exhibit B

## Summary of Hours and Fees by Project Category

**EXHIBIT B: SUMMARY OF FEES INCURRED DURING THE INTERIM PERIOD BY PROJECT CATEGORY**

| Matter Category | Description | Hours | 100% Fees |
|---|---|---|---|
| 20000797P00001.1.1 | Planning & Coordination / Case Management | 7.0 | $ 6,160.00 |
| 20000797P00001.1.2 | Meetings and Communications with Committee Members and/or Professionals | 58.8 | 54,413.00 |
| 20000797P00001.1.3 | Communication with Interested Parties | 17.3 | 16,043.50 |
| 20000797P00001.1.4 | Liquidity and Cash Management | 41.5 | 38,750.50 |
| 20000797P00001.1.5 | Fiscal Plan and Related Budgets Analysis and Assessment | 14.2 | 13,415.00 |
| 20000797P00001.1.6 | Financial and Other Diligence | 13.2 | 12,374.00 |
| 20000797P00001.1.7 | Sales of Assets | - | - |
| 20000797P00001.1.8 | Due Diligence of Commonwealth Assets | - | - |
| 20000797P00001.1.9 | Debt Capacity | - | - |
| 20000797P00001.1.10 | Investments in Puerto Rico, Including Public-Private Partnerships | - | - |
| 20000797P00001.1.11 | Plan of Adjustment Review and Negotiations | 139.4 | 123,855.00 |
| 20000797P00001.1.12 | Litigation Support and Claims Analysis | 60.4 | 52,915.00 |
| 20000797P00001.1.13 | Testimony / Court Appearance | 43.0 | 40,205.00 |
| 20000797P00001.1.14 | Expert Reports | - | - |
| 20000797P00001.1.15 | Pension Matters | 4.1 | 3,841.50 |
| 20000797P00001.1.16 | Retention | 47.9 | 22,034.00 |
| 20000797P00001.1.17 | Fee Statements and Fee Applications | 26.4 | 19,418.00 |
| 20000797P00001.1.18 | PREPA Title III | 100.0 | 92,126.00 |
| 20000797P00001.1.19 | HTA Title III | 114.2 | 100,525.00 |
| 20000797P00001.1.20 | ERS Title III | - | - |
| **Total** | | **687.4** | **$ 596,075.50** |