# **EXHIBIT C**

**BUDGET AND STAFFING PLAN**

## EXHIBIT C-1

## BUDGET (OCTOBER 2021)

**Period Covered:**  October 1, 2021 through October 31, 2021[1]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period October 1, 2021 through October 31, 2021 |
|---|---|
| B110   Case Administration | 20 |
| B112   General Creditor Inquiries | 5 |
| B113   Pleadings Review | 20 |
| B120   Asset Analysis and Recovery | 2 |
| B130   Asset Disposition | 2 |
| B140   Relief from Stay / Adequate Protection Proceedings | 5 |
| B150   Meetings of Creditors' Committee and Communications with Creditors | 75 |
| B155   Court Hearings | 25 |
| B160   Employment / Fee Applications | 25 |
| B161   Budgeting (Case) | 1 |
| B165   Fee and Employment Applications of Other Professionals | 5 |
| B170   Fee and Employment Objections | 2 |
| B180   Avoidance Action Analysis | 10 |
| B185   Assumption / Rejection of Leases and Contracts | 2 |
| B190   Other Contested Matters | 5 |
| B191   General Litigation (including mediation process and handling of adversary proceedings) | 20 |

---

[1]   The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

| | | |
|---|---|---:|
| B195 | Non-Working Travel[2] | 0 |
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 0 |
| B220 | Employee Benefits/Pensions | 0 |
| B230 | Financing / Cash Collections | 0 |
| B231 | Security Document Analysis | 0 |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 1 |
| B261 | Investigations | 0 |
| B310 | Claims Administration and Objections | 25 |
| B320 | Plan and Disclosure Statement | 30 |
| B420 | Restructurings | 10 |
| **TOTAL HOURS** | | **290** |
| **TOTAL ESTIMATED FEES** | | **$303,920.00[3]** |
| ***MINUS 20% REDUCTION[4]*** | | **($60,784.00)** |
| **TOTAL ESTIMATED FEES (NET OF REDUCTION)** | | **$243,136.00** |

---

[2]    The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

[3]    The Total Estimated Fees are calculated based on a $1,048 blended hourly rate for the Paul Hastings attorneys who are expected to work on this matter during the period from October 1, 2021 through October 31, 2021. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time. However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% end-of-the-case reduction, would be approximately $839.

[4]    For illustrative purposes only. Indeed, pursuant to the order authorizing the Committee's retention of Paul Hastings LLP [Docket No. 999], Paul Hastings can designate the precise fees to be waived to attain the 20% overall reduction in total fees in connection with the final fee application process. In other words, Paul Hastings could designate its entire final fee application as the source of this reduction (which it does not intend to do) or a combination of reductions across other fee applications (which is one more likely scenario).

## ADDITIONAL OCTOBER 2021 SUB-BUDGETS
## FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE

**Period Covered:**  October 1, 2021 through October 31, 2021

**A.**     **Omnibus Objection of Oversight Board and Committee to 2012-2014 GO Bond Claims [Docket No. 4784] (the "Omnibus GO Claims Objection")**

On March 10, 2020, the Court stayed the Omnibus GO Claim Objection pending a decision on confirmation of the Commonwealth plan of adjustment.

**B.**     **Adversary Proceedings Challenging Liens Asserted by Holders of GO Bonds ("GO Lien Challenges")**

On March 10, 2020, the Court stayed the GO Lien Challenges pending a decision on confirmation of the Commonwealth plan of adjustment.

**C.**     **Adversary Proceeding Against Underwriters, Etc.**

Genovese represents the Committee with respect to the adversary proceeding against various underwriters and other parties involved in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280].  Paul Hastings has no involvement in this adversary proceeding.

On March 10, 2020, the Court stayed the underwriter litigation pending a decision on confirmation of the Commonwealth plan of adjustment.

**D.**     **Garden-Variety Avoidance Actions**

Casillas, Santiago & Torres LLC, the Committee's local counsel, represents the Committee with respect to the "garden-variety" avoidance actions [Adv. Proc. Nos. 19-041 to 19-279, Adv. Proc. Nos. 19-347 to 19-354, and Adv. Proc. Nos. 19-380 to 19-387].  Paul Hastings' involvement in these avoidance actions is limited to reviewing and commenting on draft forms of pleadings and providing high-level oversight and direction with respect to these adversary proceedings.

On July 12, 2019, the court also approved procedures establishing a framework for streamlined execution of settlement agreements and procedures and guidelines for resolving the avoidance actions through a voluntary mediation process.

Sub-Budget

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period October 1, 2021 through October 31, 2021 |
|---|---|
| B191   General Litigation | 20 |
| **TOTAL HOURS** | **20** |

On July 31, 2019, the Special Claims Committee and the Committee also jointly commenced an adversary proceeding seeking to avoid certain fraudulent transfers made to fuel oil suppliers of PREPA and related parties. Genovese represents the Committee with respect to this adversary proceeding.

**E.      Other Stayed Co-Plaintiff Adversary Proceedings**

Per Judge Swain's March 10, 2020 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Eight adversary proceedings seeking to recover fraudulent transfers made on account of GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282, Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No. 19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288]; and

- Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

Per Judge Swain's April 28, 2021 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Two adversary proceedings regarding lien scope issues with respect to ERS bonds [Adv. Proc. No. 19-366 and Adv. Proc. No. 19-367] and six adversary proceedings regarding ultra vires issues with respect to ERS Bonds [Adv. Proc. No. 19-355, Adv. Proc. No. 19-356, Adv. Proc. No. 19-357, Adv. Proc. No. 19-358, Adv. Proc. No. 19-359, and Adv. Proc. No. 19-361].

**BUDGET (NOVEMBER 2021)**

**Period Covered:** November 1, 2021 through November 30, 2021[5]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period November 1, 2021 through November 30, 2021 |
|---|---|
| B110  Case Administration | 20 |
| B112  General Creditor Inquiries | 5 |
| B113  Pleadings Review | 20 |
| B120  Asset Analysis and Recovery | 2 |
| B130  Asset Disposition | 2 |
| B140  Relief from Stay / Adequate Protection Proceedings | 5 |
| B150  Meetings of Creditors' Committee and Communications with Creditors | 50 |
| B155  Court Hearings | 100 |
| B160  Employment / Fee Applications | 25 |
| B161  Budgeting (Case) | 1 |
| B165  Fee and Employment Applications of Other Professionals | 5 |
| B170  Fee and Employment Objections | 2 |
| B180  Avoidance Action Analysis | 10 |
| B185  Assumption / Rejection of Leases and Contracts | 2 |
| B190  Other Contested Matters | 5 |
| B191  General Litigation (including mediation process and handling of adversary proceedings) | 20 |
| B195  Non-Working Travel[6] | 0 |

---

[5]   The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

| | | |
|---|---|---:|
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 0 |
| B220 | Employee Benefits/Pensions | 0 |
| B230 | Financing / Cash Collections | 0 |
| B231 | Security Document Analysis | 0 |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 1 |
| B261 | Investigations | 0 |
| B310 | Claims Administration and Objections | 25 |
| B320 | Plan and Disclosure Statement | 100 |
| B420 | Restructurings | 10 |
| **TOTAL HOURS** | | **410** |
| **TOTAL ESTIMATED FEES** | | **$429,680.00[7]** |
| ***MINUS 20% REDUCTION[8]*** | | **($85,936.00)** |
| **TOTAL ESTIMATED FEES (NET OF REDUCTION)** | | **$343,744.00** |

---

[6]   The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

[7]   The Total Estimated Fees are calculated based on a $1,048 blended hourly rate for the Paul Hastings attorneys who are expected to work on this matter during the period from November 1, 2021 through November 30, 2021. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time.  However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% end-of-the-case reduction, would be approximately $839.

[8]   For illustrative purposes only.  Indeed, pursuant to the order authorizing the Committee's retention of Paul Hastings LLP [Docket No. 999], Paul Hastings can designate the precise fees to be waived to attain the 20% overall reduction in total fees in connection with the final fee application process.  In other words, Paul Hastings could designate its entire final fee application as the source of this reduction (which it does not intend to do) or a combination of reductions across other fee applications (which is one more likely scenario).

**ADDITIONAL NOVEMBER 2021 SUB-BUDGETS**
**FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

**Period Covered:**  November 1, 2021 through November 30, 2021

**A.**    **Omnibus Objection of Oversight Board and Committee to 2012-2014 GO Bond Claims [Docket No. 4784] (the "Omnibus GO Claims Objection")**

On March 10, 2020, the Court stayed the Omnibus GO Claim Objection pending a decision on confirmation of the Commonwealth plan of adjustment.

**B.**    **Adversary Proceedings Challenging Liens Asserted by Holders of GO Bonds ("GO Lien Challenges")**

On March 10, 2020, the Court stayed the GO Lien Challenges pending a decision on confirmation of the Commonwealth plan of adjustment.

**C.**    **Adversary Proceeding Against Underwriters, Etc.**

Genovese represents the Committee with respect to the adversary proceeding against various underwriters and other parties involved in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280].  Paul Hastings has no involvement in this adversary proceeding.

On March 10, 2020, the Court stayed the underwriter litigation pending a decision on confirmation of the Commonwealth plan of adjustment.

**D.**    **Garden-Variety Avoidance Actions**

Casillas, Santiago & Torres LLC, the Committee's local counsel, represents the Committee with respect to the "garden-variety" avoidance actions [Adv. Proc. Nos. 19-041 to 19-279, Adv. Proc. Nos. 19-347 to 19-354, and Adv. Proc. Nos. 19-380 to 19-387].  Paul Hastings' involvement in these avoidance actions is limited to reviewing and commenting on draft forms of pleadings and providing high-level oversight and direction with respect to these adversary proceedings.

On July 12, 2019, the court also approved procedures establishing a framework for streamlined execution of settlement agreements and procedures and guidelines for resolving the avoidance actions through a voluntary mediation process.

Sub-Budget

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period November 1, 2021 through November 30, 2021 |
|---|---|
| B191   General Litigation | 20 |
| **TOTAL HOURS** | **20** |

On July 31, 2019, the Special Claims Committee and the Committee also jointly commenced an adversary proceeding seeking to avoid certain fraudulent transfers made to fuel oil suppliers of PREPA and related parties.  Genovese represents the Committee with respect to this adversary proceeding.


E.       **Other Stayed Co-Plaintiff Adversary Proceedings**

Per Judge Swain's March 10, 2020 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Eight adversary proceedings seeking to recover fraudulent transfers made on account of GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282, Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No. 19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288]; and

- Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

Per Judge Swain's April 28, 2021 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Two adversary proceedings regarding lien scope issues with respect to ERS bonds [Adv. Proc. No. 19-366 and Adv. Proc. No. 19-367] and six adversary proceedings regarding ultra vires issues with respect to ERS Bonds [Adv. Proc. No. 19-355, Adv. Proc. No. 19-356, Adv. Proc. No. 19-357, Adv. Proc. No. 19-358, Adv. Proc. No. 19-359, and Adv. Proc. No. 19-361].

## BUDGET (DECEMBER 2021)

**Period Covered:** December 1, 2021 through December 31, 2021[9]

| U.S. Trustee Task Code and Project Category | | Estimated Hours for Period December 1, 2021 through December 31, 2021 |
|---|---|---|
| B110 | Case Administration | 10 |
| B112 | General Creditor Inquiries | 5 |
| B113 | Pleadings Review | 20 |
| B120 | Asset Analysis and Recovery | 2 |
| B130 | Asset Disposition | 2 |
| B140 | Relief from Stay / Adequate Protection Proceedings | 5 |
| B150 | Meetings of Creditors' Committee and Communications with Creditors | 30 |
| B155 | Court Hearings | 10 |
| B160 | Employment / Fee Applications | 25 |
| B161 | Budgeting (Case) | 1 |
| B165 | Fee and Employment Applications of Other Professionals | 5 |
| B170 | Fee and Employment Objections | 2 |
| B180 | Avoidance Action Analysis | 10 |
| B185 | Assumption / Rejection of Leases and Contracts | 2 |
| B190 | Other Contested Matters | 5 |
| B191 | General Litigation (including mediation process and handling of adversary proceedings) | 20 |
| B195 | Non-Working Travel[10] | 0 |

---

[9]   The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

| | | |
|---|---|---:|
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 0 |
| B220 | Employee Benefits/Pensions | 0 |
| B230 | Financing / Cash Collections | 0 |
| B231 | Security Document Analysis | 0 |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 1 |
| B261 | Investigations | 0 |
| B310 | Claims Administration and Objections | 50 |
| B320 | Plan and Disclosure Statement | 0 |
| B420 | Restructurings | 20 |
| **TOTAL HOURS** | | **225** |
| **TOTAL ESTIMATED FEES** | | **$232,875.00[11]** |
| ***MINUS 20% REDUCTION[12]*** | | **($46,575.00)** |
| **TOTAL ESTIMATED FEES (NET OF REDUCTION)** | | **$186,300.00** |

---

[10]   The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

[11]   The Total Estimated Fees are calculated based on a $1,035 blended hourly rate for the Paul Hastings attorneys who are expected to work on this matter during the period from December 1, 2021 through December 31, 2021. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time.  However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% end-of-the-case reduction, would be approximately $828.

[12]   For illustrative purposes only.  Indeed, pursuant to the order authorizing the Committee's retention of Paul Hastings LLP [Docket No. 999], Paul Hastings can designate the precise fees to be waived to attain the 20% overall reduction in total fees in connection with the final fee application process.  In other words, Paul Hastings could designate its entire final fee application as the source of this reduction (which it does not intend to do) or a combination of reductions across other fee applications (which is one more likely scenario).

**ADDITIONAL DECEMBER 2021 SUB-BUDGETS**
**FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

**Period Covered:**  December 1, 2021 through December 31, 2021

**A.**    **Omnibus Objection of Oversight Board and Committee to 2012-2014 GO Bond Claims [Docket No. 4784] (the "Omnibus GO Claims Objection")**

On March 10, 2020, the Court stayed the Omnibus GO Claim Objection pending a decision on confirmation of the Commonwealth plan of adjustment.

**B.**    **Adversary Proceedings Challenging Liens Asserted by Holders of GO Bonds ("GO Lien Challenges")**

On March 10, 2020, the Court stayed the GO Lien Challenges pending a decision on confirmation of the Commonwealth plan of adjustment.

**C.**    **Adversary Proceeding Against Underwriters, Etc.**

Genovese represents the Committee with respect to the adversary proceeding against various underwriters and other parties involved in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280].  Paul Hastings has no involvement in this adversary proceeding.

On March 10, 2020, the Court stayed the underwriter litigation pending a decision on confirmation of the Commonwealth plan of adjustment.

**D.**    **Garden-Variety Avoidance Actions**

Casillas, Santiago & Torres LLC, the Committee's local counsel, represents the Committee with respect to the "garden-variety" avoidance actions [Adv. Proc. Nos. 19-041 to 19-279, Adv. Proc. Nos. 19-347 to 19-354, and Adv. Proc. Nos. 19-380 to 19-387].  Paul Hastings' involvement in these avoidance actions is limited to reviewing and commenting on draft forms of pleadings and providing high-level oversight and direction with respect to these adversary proceedings.

On July 12, 2019, the court also approved procedures establishing a framework for streamlined execution of settlement agreements and procedures and guidelines for resolving the avoidance actions through a voluntary mediation process.

Sub-Budget

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period December 1, 2021 through December 30, 2021 |
|---|---|
| B191   General Litigation | 10 |
| **TOTAL HOURS** | **10** |

On July 31, 2019, the Special Claims Committee and the Committee also jointly commenced an adversary proceeding seeking to avoid certain fraudulent transfers made to fuel oil suppliers of PREPA and related parties.  Genovese represents the Committee with respect to this adversary proceeding.

### E.      Other Stayed Co-Plaintiff Adversary Proceedings

Per Judge Swain's March 10, 2020 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Eight adversary proceedings seeking to recover fraudulent transfers made on account of GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282, Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No. 19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288]; and

- Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

Per Judge Swain's April 28, 2021 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Two adversary proceedings regarding lien scope issues with respect to ERS bonds [Adv. Proc. No. 19-366 and Adv. Proc. No. 19-367] and six adversary proceedings regarding ultra vires issues with respect to ERS Bonds [Adv. Proc. No. 19-355, Adv. Proc. No. 19-356, Adv. Proc. No. 19-357, Adv. Proc. No. 19-358, Adv. Proc. No. 19-359, and Adv. Proc. No. 19-361].

**BUDGET (JANUARY 2022)**

**Period Covered:**  January 1, 2022 through January 31, 2022[13]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period January 1, 2022 through January 31, 2022 |
|---|---|
| B110  Case Administration | 50 |
| B112  General Creditor Inquiries | 5 |
| B113  Pleadings Review | 20 |
| B120  Asset Analysis and Recovery | 2 |
| B130  Asset Disposition | 2 |
| B140  Relief from Stay / Adequate Protection Proceedings | 5 |
| B150  Meetings of Creditors' Committee and Communications with Creditors | 30 |
| B155  Court Hearings | 20 |
| B160  Employment / Fee Applications | 25 |
| B161  Budgeting (Case) | 1 |
| B165  Fee and Employment Applications of Other Professionals | 5 |
| B170  Fee and Employment Objections | 2 |
| B180  Avoidance Action Analysis | 10 |
| B185  Assumption / Rejection of Leases and Contracts | 2 |
| B190  Other Contested Matters | 5 |
| B191  General Litigation (including mediation process and handling of adversary proceedings) | 20 |
| B195  Non-Working Travel[14] | 0 |

---

[13]   The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

| | | |
|---|---|---|
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 0 |
| B220 | Employee Benefits/Pensions | 0 |
| B230 | Financing / Cash Collections | 0 |
| B231 | Security Document Analysis | 0 |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 5 |
| B261 | Investigations | 0 |
| B310 | Claims Administration and Objections | 50 |
| B320 | Plan and Disclosure Statement | 50 |
| B420 | Restructurings | 40 |
| **TOTAL HOURS** | | **349** |
| **TOTAL ESTIMATED FEES** | | **$361,913.00**[15] |
| ***MINUS 20% REDUCTION***[16] | | **($72,382.60)** |
| **TOTAL ESTIMATED FEES (NET OF REDUCTION)** | | **$289,530.40** |

---

[14]   The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

[15]   The Total Estimated Fees are calculated based on a $1,037 blended hourly rate for the Paul Hastings attorneys who are expected to work on this matter during the period from January 1, 2022 through January 31, 2022.  The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time.  However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% end-of-the-case reduction, would be approximately $829.

[16]   For illustrative purposes only.  Indeed, pursuant to the order authorizing the Committee's retention of Paul Hastings LLP [Docket No. 999], Paul Hastings can designate the precise fees to be waived to attain the 20% overall reduction in total fees in connection with the final fee application process.  In other words, Paul Hastings could designate its entire final fee application as the source of this reduction (which it does not intend to do) or a combination of reductions across other fee applications (which is one more likely scenario).

**ADDITIONAL JANUARY 2022 SUB-BUDGETS**
**FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

**Period Covered:**  January 1, 2022 through January 31, 2022

**A.**    **Omnibus Objection of Oversight Board and Committee to 2012-2014 GO Bond Claims [Docket No. 4784] (the "Omnibus GO Claims Objection")**

On March 10, 2020, the Court stayed the Omnibus GO Claim Objection pending a decision on confirmation of the Commonwealth plan of adjustment.

**B.**    **Adversary Proceedings Challenging Liens Asserted by Holders of GO Bonds ("GO Lien Challenges")**

On March 10, 2020, the Court stayed the GO Lien Challenges pending a decision on confirmation of the Commonwealth plan of adjustment.

**C.**    **Adversary Proceeding Against Underwriters, Etc.**

Genovese represents the Committee with respect to the adversary proceeding against various underwriters and other parties involved in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280].  Paul Hastings has no involvement in this adversary proceeding.

On March 10, 2020, the Court stayed the underwriter litigation pending a decision on confirmation of the Commonwealth plan of adjustment.

**D.**    **Garden-Variety Avoidance Actions**

Casillas, Santiago & Torres LLC, the Committee's local counsel, represents the Committee with respect to the "garden-variety" avoidance actions [Adv. Proc. Nos. 19-041 to 19-279, Adv. Proc. Nos. 19-347 to 19-354, and Adv. Proc. Nos. 19-380 to 19-387].  Paul Hastings' involvement in these avoidance actions is limited to reviewing and commenting on draft forms of pleadings and providing high-level oversight and direction with respect to these adversary proceedings.

On July 12, 2019, the court also approved procedures establishing a framework for streamlined execution of settlement agreements and procedures and guidelines for resolving the avoidance actions through a voluntary mediation process.

Sub-Budget

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period January 1, 2022 through January 31, 2022 |
|---|---|
| B191   General Litigation | 10 |
| **TOTAL HOURS** | **10** |

On July 31, 2019, the Special Claims Committee and the Committee also jointly commenced an adversary proceeding seeking to avoid certain fraudulent transfers made to fuel oil suppliers of PREPA and related parties.  Genovese represents the Committee with respect to this adversary proceeding.

**E.      Other Stayed Co-Plaintiff Adversary Proceedings**

Per Judge Swain's March 10, 2020 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Eight adversary proceedings seeking to recover fraudulent transfers made on account of GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282, Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No. 19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288]; and

- Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

Per Judge Swain's April 28, 2021 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Two adversary proceedings regarding lien scope issues with respect to ERS bonds [Adv. Proc. No. 19-366 and Adv. Proc. No. 19-367] and six adversary proceedings regarding ultra vires issues with respect to ERS Bonds [Adv. Proc. No. 19-355, Adv. Proc. No. 19-356, Adv. Proc. No. 19-357, Adv. Proc. No. 19-358, Adv. Proc. No. 19-359, and Adv. Proc. No. 19-361].

**EXHIBIT C-2**

**STAFFING PLAN (OCTOBER 2021)**

**GENERAL STAFFING PLAN**

**Period Covered:**  October 1, 2021 through October 31, 2021[17]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period October 1, 2021 through October 31, 2021 | Average hourly rate for period October 1, 2021 through October 31, 2021 (net of 20% reduction)[18] |
|---|---|---|---|
| **Partner** | 8 | $1,450 | $1,173 |
| **Counsel** | 6 | $1,230 | $971 |
| **Associate** | 8 | $958 | $781 |
| **Paraprofessionals** | 5 | $340 | $275 |

---

[17]   The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

[18]   The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

**ADDITIONAL OCTOBER 2021 STAFFING PLANS**
**FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

**Period Covered:**  October 1, 2021 through October 31, 2021

**A.**     **Omnibus Objection of Oversight Board and Committee to 2012-2014 GO Bond Claims [Docket No. 4784] (the "Omnibus GO Claims Objection")**

On March 10, 2020, the Court stayed the Omnibus GO Claim Objection pending a decision on confirmation of the Commonwealth plan of adjustment.

**B.**     **Adversary Proceedings Challenging Liens Asserted by Holders of GO Bonds ("GO Lien Challenges")**

On March 10, 2020, the Court stayed the GO Lien Challenges pending a decision on confirmation of the Commonwealth plan of adjustment.

**C.**     **Adversary Proceeding Against Underwriters, Etc.**

Genovese represents the Committee with respect to the adversary proceeding against various underwriters and other parties involved in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280].  Paul Hastings has no involvement in this adversary proceeding.

On March 10, 2020, the Court stayed the underwriter litigation pending a decision on confirmation of the Commonwealth plan of adjustment.

**D.**     **Garden-Variety Avoidance Actions**

Casillas, Santiago & Torres LLC, the Committee's local counsel, represents the Committee with respect to the "garden-variety" avoidance actions [Adv. Proc. Nos. 19-041 to 19-279, Adv. Proc. Nos. 19-347 to 19-354, and Adv. Proc. Nos. 19-380 to 19-387].  Paul Hastings' involvement in these avoidance actions is limited to reviewing and commenting on draft forms of pleadings and providing high-level oversight and direction with respect to these adversary proceedings.

On July 12, 2019, the court also approved procedures establishing a framework for streamlined execution of settlement agreements and procedures and guidelines for resolving the avoidance actions through a voluntary mediation process.

Staffing Plan

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period October 1, 2021 through October 31, 2021 | Average hourly rate for period October 1, 2021 through October 31, 2021 (net of 20% reduction)[19] |
|---|---|---|---|
| Partner | 1 | $1,450 | $1,173 |
| Counsel | 1 | $1,230 | $971 |
| Associate | 1 | $958 | $781 |
| Paraprofessionals | 1 | $340 | $275 |

On July 31, 2019, the Special Claims Committee and the Committee also jointly commenced an adversary proceeding seeking to avoid certain fraudulent transfers made to fuel oil suppliers of PREPA and related parties. Genovese represents the Committee with respect to this adversary proceeding.

## E.    Other Stayed Co-Plaintiff Adversary Proceedings

Per Judge Swain's March 10, 2020 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Eight adversary proceedings seeking to recover fraudulent transfers made on account of GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282, Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No. 19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288]; and

- Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

---

[19]   The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time. However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

Per Judge Swain's April 28, 2021 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Two adversary proceedings regarding lien scope issues with respect to ERS bonds [Adv. Proc. No. 19-366 and Adv. Proc. No. 19-367] and six adversary proceedings regarding ultra vires issues with respect to ERS Bonds [Adv. Proc. No. 19-355, Adv. Proc. No. 19-356, Adv. Proc. No. 19-357, Adv. Proc. No. 19-358, Adv. Proc. No. 19-359, and Adv. Proc. No. 19-361].

## STAFFING PLAN (NOVEMBER 2021)

## GENERAL STAFFING PLAN

**Period Covered:**  November 1, 2021 November 30, 2021[20]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period November 1, 2021 through November 30, 2021 | Average hourly rate for period November 1, 2021 through November 30, 2021 (net of 20% reduction)[21] |
|---|---|---|---|
| **Partner** | 8 | $1,450 | $1,173 |
| **Counsel** | 6 | $1,230 | $971 |
| **Associate** | 8 | $958 | $781 |
| **Paraprofessionals** | 5 | $340 | $275 |

---

[20]   The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

[21]   The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

**ADDITIONAL NOVEMBER 2021 STAFFING PLANS**
**FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

**Period Covered:**  November 1, 2021 through November 30, 2021

**A.**     **Omnibus Objection of Oversight Board and Committee to 2012-2014 GO Bond Claims [Docket No. 4784] (the "Omnibus GO Claims Objection")**

On March 10, 2020, the Court stayed the Omnibus GO Claim Objection pending a decision on confirmation of the Commonwealth plan of adjustment.

**B.**     **Adversary Proceedings Challenging Liens Asserted by Holders of GO Bonds ("GO Lien Challenges")**

On March 10, 2020, the Court stayed the GO Lien Challenges pending a decision on confirmation of the Commonwealth plan of adjustment.

**C.**     **Adversary Proceeding Against Underwriters, Etc.**

Genovese represents the Committee with respect to the adversary proceeding against various underwriters and other parties involved in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280].  Paul Hastings has no involvement in this adversary proceeding.

On March 10, 2020, the Court stayed the underwriter litigation pending a decision on confirmation of the Commonwealth plan of adjustment.

**D.**     **Garden-Variety Avoidance Actions**

Casillas, Santiago & Torres LLC, the Committee's local counsel, represents the Committee with respect to the "garden-variety" avoidance actions [Adv. Proc. Nos. 19-041 to 19-279, Adv. Proc. Nos. 19-347 to 19-354, and Adv. Proc. Nos. 19-380 to 19-387].  Paul Hastings' involvement in these avoidance actions is limited to reviewing and commenting on draft forms of pleadings and providing high-level oversight and direction with respect to these adversary proceedings.

On July 12, 2019, the court also approved procedures establishing a framework for streamlined execution of settlement agreements and procedures and guidelines for resolving the avoidance actions through a voluntary mediation process.

Staffing Plan

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period November 1, 2021 through November 30, 2021 | Average hourly rate for period November 1, 2021 through November 30, 2021 (net of 20% reduction)[22] |
|---|---|---|---|
| **Partner** | 1 | $1,450 | $1,173 |
| **Counsel** | 1 | $1,230 | $971 |
| **Associate** | 1 | $958 | $781 |
| **Paraprofessionals** | 1 | $340 | $275 |

On July 31, 2019, the Special Claims Committee and the Committee also jointly commenced an adversary proceeding seeking to avoid certain fraudulent transfers made to fuel oil suppliers of PREPA and related parties.  Genovese represents the Committee with respect to this adversary proceeding.

## E.      Other Stayed Co-Plaintiff Adversary Proceedings

Per Judge Swain's March 10, 2020 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Eight adversary proceedings seeking to recover fraudulent transfers made on account of GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282, Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No. 19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288]; and

- Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

---

[22]    The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

Per Judge Swain's April 28, 2021 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Two adversary proceedings regarding lien scope issues with respect to ERS bonds [Adv. Proc. No. 19-366 and Adv. Proc. No. 19-367] and six adversary proceedings regarding ultra vires issues with respect to ERS Bonds [Adv. Proc. No. 19-355, Adv. Proc. No. 19-356, Adv. Proc. No. 19-357, Adv. Proc. No. 19-358, Adv. Proc. No. 19-359, and Adv. Proc. No. 19-361].

## STAFFING PLAN (DECEMBER 2021)

## GENERAL STAFFING PLAN

**Period Covered:** December 1, 2021 to December 31, 2021[23]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period December 1, 2021 through December 31, 2021 | Average hourly rate for period December 1, 2021 through December 31, 2021 (net of 20% reduction)[24] |
|---|---|---|---|
| **Partner** | 6 | $1,462 | $1,170 |
| **Counsel** | 5 | $1,234 | $987 |
| **Associate** | 4 | $950 | $760 |
| **Paraprofessionals** | 4 | $353 | $283 |

---

[23]   The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

[24]   The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time. However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

## ADDITIONAL DECEMBER 2021 STAFFING PLANS
## FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE

**Period Covered:**  December 1, 2021 through December 31, 2021

**A.**    **Omnibus Objection of Oversight Board and Committee to 2012-2014 GO Bond Claims [Docket No. 4784] (the "Omnibus GO Claims Objection")**

On March 10, 2020, the Court stayed the Omnibus GO Claim Objection pending a decision on confirmation of the Commonwealth plan of adjustment.

**B.**    **Adversary Proceedings Challenging Liens Asserted by Holders of GO Bonds ("GO Lien Challenges")**

On March 10, 2020, the Court stayed the GO Lien Challenges pending a decision on confirmation of the Commonwealth plan of adjustment.

**C.**    **Adversary Proceeding Against Underwriters, Etc.**

Genovese represents the Committee with respect to the adversary proceeding against various underwriters and other parties involved in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280].  Paul Hastings has no involvement in this adversary proceeding.

On March 10, 2020, the Court stayed the underwriter litigation pending a decision on confirmation of the Commonwealth plan of adjustment.

**D.**    **Garden-Variety Avoidance Actions**

Casillas, Santiago & Torres LLC, the Committee's local counsel, represents the Committee with respect to the "garden-variety" avoidance actions [Adv. Proc. Nos. 19-041 to 19-279, Adv. Proc. Nos. 19-347 to 19-354, and Adv. Proc. Nos. 19-380 to 19-387].  Paul Hastings' involvement in these avoidance actions is limited to reviewing and commenting on draft forms of pleadings and providing high-level oversight and direction with respect to these adversary proceedings.

On July 12, 2019, the court also approved procedures establishing a framework for streamlined execution of settlement agreements and procedures and guidelines for resolving the avoidance actions through a voluntary mediation process.

Staffing Plan

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period December 1, 2021 through December 31, 2021 | Average hourly rate for period December 1, 2021 through December 31, 2021 (net of 20% reduction)[25] |
|---|---|---|---|
| **Partner** | 1 | $1,462 | $1,170 |
| **Counsel** | 1 | $1,234 | $987 |
| **Associate** | 1 | $950 | $760 |
| **Paraprofessionals** | 1 | $353 | $283 |

On July 31, 2019, the Special Claims Committee and the Committee also jointly commenced an adversary proceeding seeking to avoid certain fraudulent transfers made to fuel oil suppliers of PREPA and related parties.  Genovese represents the Committee with respect to this adversary proceeding.

### E.     Other Stayed Co-Plaintiff Adversary Proceedings

Per Judge Swain's March 10, 2020 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Eight adversary proceedings seeking to recover fraudulent transfers made on account of GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282, Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No. 19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288]; and

- Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

---

[25]   The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

Per Judge Swain's April 28, 2021 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Two adversary proceedings regarding lien scope issues with respect to ERS bonds [Adv. Proc. No. 19-366 and Adv. Proc. No. 19-367] and six adversary proceedings regarding ultra vires issues with respect to ERS Bonds [Adv. Proc. No. 19-355, Adv. Proc. No. 19-356, Adv. Proc. No. 19-357, Adv. Proc. No. 19-358, Adv. Proc. No. 19-359, and Adv. Proc. No. 19-361].

## STAFFING PLAN (JANUARY 2022)

## GENERAL STAFFING PLAN

**Period Covered:**  January 1, 2022 to January 31, 2022[26]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period January 1, 2022 through January 31, 2022 | Average hourly rate for period January 1, 2022 through January 31, 2022 (net of 20% reduction)[27] |
|---|---|---|---|
| **Partner** | 6 | $1,456 | $1,165 |
| **Counsel** | 5 | $1,240 | $992 |
| **Associate** | 4 | $946 | $757 |
| **Paraprofessionals** | 4 | $349 | $279 |

---

[26]   The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

[27]   The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

**ADDITIONAL JANUARY 2022 STAFFING PLANS**
**FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

**Period Covered:**  January 1, 2022 through January 31, 2022

**A.**    **Omnibus Objection of Oversight Board and Committee to 2012-2014 GO Bond Claims [Docket No. 4784] (the "Omnibus GO Claims Objection")**

On March 10, 2020, the Court stayed the Omnibus GO Claim Objection pending a decision on confirmation of the Commonwealth plan of adjustment.

**B.**    **Adversary Proceedings Challenging Liens Asserted by Holders of GO Bonds ("GO Lien Challenges")**

On March 10, 2020, the Court stayed the GO Lien Challenges pending a decision on confirmation of the Commonwealth plan of adjustment.

**C.**    **Adversary Proceeding Against Underwriters, Etc.**

Genovese represents the Committee with respect to the adversary proceeding against various underwriters and other parties involved in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280].  Paul Hastings has no involvement in this adversary proceeding.

On March 10, 2020, the Court stayed the underwriter litigation pending a decision on confirmation of the Commonwealth plan of adjustment.

**D.**    **Garden-Variety Avoidance Actions**

Casillas, Santiago & Torres LLC, the Committee's local counsel, represents the Committee with respect to the "garden-variety" avoidance actions [Adv. Proc. Nos. 19-041 to 19-279, Adv. Proc. Nos. 19-347 to 19-354, and Adv. Proc. Nos. 19-380 to 19-387].  Paul Hastings' involvement in these avoidance actions is limited to reviewing and commenting on draft forms of pleadings and providing high-level oversight and direction with respect to these adversary proceedings.

On July 12, 2019, the court also approved procedures establishing a framework for streamlined execution of settlement agreements and procedures and guidelines for resolving the avoidance actions through a voluntary mediation process.

Staffing Plan

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period January 1, 2022 through January 31, 2022 | Average hourly rate for period January 1, 2022 through January 31, 2022 (net of 20% reduction)[28] |
|---|---|---|---|
| **Partner** | 1 | $1,456 | $1,165 |
| **Counsel** | 1 | $1,240 | $992 |
| **Associate** | 1 | $946 | $757 |
| **Paraprofessionals** | 1 | $349 | $279 |

On July 31, 2019, the Special Claims Committee and the Committee also jointly commenced an adversary proceeding seeking to avoid certain fraudulent transfers made to fuel oil suppliers of PREPA and related parties.  Genovese represents the Committee with respect to this adversary proceeding.

## E.     Other Stayed Co-Plaintiff Adversary Proceedings

Per Judge Swain's March 10, 2020 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Eight adversary proceedings seeking to recover fraudulent transfers made on account of GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282, Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No. 19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288]; and

- Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

---

[28]   The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

Per Judge Swain's April 28, 2021 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Two adversary proceedings regarding lien scope issues with respect to ERS bonds [Adv. Proc. No. 19-366 and Adv. Proc. No. 19-367] and six adversary proceedings regarding ultra vires issues with respect to ERS Bonds [Adv. Proc. No. 19-355, Adv. Proc. No. 19-356, Adv. Proc. No. 19-357, Adv. Proc. No. 19-358, Adv. Proc. No. 19-359, and Adv. Proc. No. 19-361].