# EXHIBIT D

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

# EXHIBIT D-1

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | October 2021 | November 2021 | December 2021 | January 2022 | Total | October 2021 | November 2021 | December 2021 | January 2022 | Total |
| B110 | Case Administration | 20 | 20 | 10 | 50 | 100 | 13.30 | 5.00 | 4.20 | 14.00 | **36.50** |
| B112 | General Creditor Inquiries | 5 | 5 | 5 | 5 | 20 | 0.00 | 1.40 | 0.30 | 0.00 | **1.70** |
| B113 | Pleadings Review | 20 | 20 | 20 | 20 | 80 | 9.90 | 13.40 | 11.80 | 10.10 | **45.20** |
| B120 | Asset Analysis and Recovery | 2 | 2 | 2 | 2 | 8 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B130 | Asset Disposition | 2 | 2 | 2 | 2 | 8 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B140 | Relief from Stay / Adequate Protection Proceedings | 5 | 5 | 5 | 5 | 20 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B150 | Meetings of Creditors' Committee and Communications with Creditors | 75 | 50 | 30 | 30 | 185 | 98.80 | 82.30 | 60.40 | 68.90 | **311.40** |
| B155 | Court Hearings (including Preparation for Court Hearings) | 25 | 100 | 10 | 20 | 155 | 13.20 | 104.70 | 3.10 | 17.10 | **138.10** |
| B160 | Employment / Fee Applications (Paul Hastings) | 25 | 25 | 25 | 25 | 100 | 53.90 | 32.40 | 20.30 | 63.30 | **169.90** |
| B161 | Budgeting (Case) | 1 | 1 | 1 | 1 | 4 | 0.10 | 0.40 | 0.00 | 0.50 | **1.00** |
| B165 | Employment / Fee Applications (Other Professionals) | 5 | 5 | 5 | 5 | 20 | 0.00 | 8.70 | 1.00 | 0.00 | **9.70** |
| B170 | Fee and Employment Objections | 2 | 2 | 2 | 2 | 8 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | October 2021 | November 2021 | December 2021 | January 2022 | Total | October 2021 | November 2021 | December 2021 | January 2022 | Total |
| B180 | Avoidance Action Analysis | 10 | 10 | 10 | 10 | 40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B185 | Assumption / Rejection of Leases and Contracts | 2 | 2 | 2 | 2 | 8 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B190 | Other Contested Matters (including GDB restructuring) | 5 | 5 | 5 | 5 | 20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B191 | General Litigation | 20 | 20 | 20 | 20 | 80 | 12.50 | 13.40 | 5.80 | 15.50 | 47.20 |
| B195 | Non-Working Travel[1] | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B220 | Employee Benefits / Pensions | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 4.70 | 0.00 | 4.70 |
| B222 | Union Issues | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B230 | Financing / Cash Collections | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B231 | Security Document Analysis | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B240 | Tax Issues | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 1 | 1 | 1 | 5 | 8 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B261 | Investigations | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

---

[1] The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

2

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | October 2021 | November 2021 | December 2021 | January 2022 | Total | October 2021 | November 2021 | December 2021 | January 2022 | Total |
| B310 | Claims Administration and Objections | 25 | 25 | 50 | 50 | **150** | 3.60 | 2.80 | 4.90 | 4.70 | **16.00** |
| B320 | Plan and Disclosure Statement | 30 | 100 | 0 | 50 | **180** | 191.20 | 97.50 | 31.50 | 336.20 | **656.40** |
| B420 | Restructurings | 10 | 10 | 20 | 40 | **80** | 2.10 | 0.00 | 0.00 | 4.10 | **6.20** |
| **TOTAL HOURS** | | **290** | **410** | **225** | **349** | **1,274** | **400.20** | **361.90** | **147.70** | **534.80** | **1,444.60** |
| **TOTAL FEES** | | **$303,920.00**[2] | **$429,680.00**[2] | **$232,875.00**[2] | **$361,913.00**[2] | **$1,328,388.00**[2] | **$397,507.50** | **$417,255.00** | **$125,046.00** | **$564,776.50** | **$1,504,585.00** |
| *MINUS 20% REDUCTION*[3] | | ($60,784.00) | ($85,936.00) | ($46,575.00) | ($72,382.60) | ($265,677.60) | ($79,501.50) | ($83,451.00) | ($25,009.20) | ($112,955.30) | ($300,917.00) |
| **TOTAL FEES (NET OF REDUCTION)** | | **$243,136.00** | **$343,744.00** | **$186,300.00** | **$289,530.40** | **$1,062,710.40** | **$318,006.00** | **$333,804.00** | **$100,036.80** | **$451,821.20** | **$1,203,668.00** |

---

[2] The Total Estimated Fees are calculated based on a blended hourly rate of $1,048, $1,048, $1,035, and $1,037 for the Paul Hastings attorneys who are expected to work on this matter in October, November, December, and January, respectively. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time. However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% reduction, would be approximately $839, $839, $828, and $829, respectively.

3

**SUMMARY OF COMPENSATION REQUESTED AS COMPARED TO SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

| U.S. Trustee Task Code and Project Category | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | October 2021 | November 2021 | December 2021 | January 2022 | Total | October 2021 | November 2021 | December 2021 | January 2022 | Total |
| **Omnibus Claims Objection** | | | | | | | | | | |
| B310   Claims Administration and Objections | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** |
| **GO Lien Challenges** | | | | | | | | | | |
| B191   General Litigation | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** |
| **Garden Variety Avoidance Actions** | | | | | | | | | | |
| B191   General Litigation | 20 | 20 | 10 | 10 | **60** | 10.6 | 13.4 | 5.8 | 15.5 | **45.30** |
| **Stayed Co-Plaintiff Adversary Proceedings** | | | | | | | | | | |
| B191   General Litigation | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** |
| **ERS Lien Adversary Proceedings** | | | | | | | | | | |
| B191   General Litigation | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** |
| **TOTAL HOURS** | **20** | **20** | **10** | **10** | **60** | **10.6** | **13.4** | **5.8** | **15.5** | **45.3** |

4

**FURTHER BREAKDOWN OF COMPENSATION REQUESTED
BY PROJECT CATEGORY AND BY MATTER[1]**

*Official Committee of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110 Case Administration | 34.70 | $19,319.50 |
| B113 Pleadings Review | 44.50 | $18,597.00 |
| B150 Meetings of and Communications with Creditors | 253.80 | $207,786.50 |
| B155 Court Hearings | 138.10 | $187,680.50 |
| B160 Employment / Fee Applications (Paul Hastings) | 169.90 | $131,894.00 |
| B161 Budgeting (Case) | 1.00 | $1,350.00 |
| B165 Employment / Fee Applications (Other Professionals) | 9.70 | $7,146.00 |
| B191 General Litigation | 1.50 | $508.50 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 0.40 | $540.00 |
| B310 Claims Administration and Objections | 11.20 | $5,297.00 |
| B320 Plan and Disclosure Statement (including Business Plan) | 359.40 | $445,564.50 |
| **TOTAL** | **1024.20** | **$1,025.683.50** |

*Communications with Creditors (other than Committee Members) / Website (Matter ID 00004)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B112 General Creditor Inquiries | 1.70 | $1,861.50 |
| B150 Meetings of and Communications with Creditors | 4.90 | $5,416.50 |
| **TOTAL** | **6.60** | **$7,278.00** |

*PREPA (Matter ID 00006)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---|---|
| B110 Case Administration | 1.80 | $2,880.00 |

---

[1] The fees set forth on this Exhibit D-1 do **not** take into account Paul Hastings' agreement to reduce its fees by an amount equal to 20% of its total case fees, with the precise fees to be waived to attain the 20% reduction to be designated by Paul Hastings (in its sole discretion) in connection with the final fee application process.

5

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---|---|
| B150 Meetings of and Communications with Creditors | 0.60 | $672.00 |
| B191 General Litigation | 0.40 | $448.00 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 0.20 | $270.00 |
| B220 Employee Benefits/Pensions | 4.70 | $3,466.00 |
| B310 Claims Administration and Objections | 4.70 | $5,636.00 |
| B320 Plan and Disclosure Statement (including Business Plan) | 0.80 | $1,080.00 |
| B420 Restructurings | 6.20 | $6,984.00 |
| **TOTAL** | **19.40** | **$21,436.00** |

*HTA (Matter ID 00007)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B113 Pleadings Review | 0.70 | $164.50 |
| B310 Claims Administration and Objections | 0.10 | $135.00 |
| B320 Plan and Disclosure Statement (including Business Plan) | 296.20 | $328,142.50 |
| **TOTAL** | **297.00** | **$328,442.00** |

*Other Adversary Proceedings (Matter ID 00009)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B191 General Litigation | 45.30 | $59,540.50 |
| **TOTAL** | **45.30** | **$59,540.50** |

*Creditors Committee Meetings (Matter ID 00012)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B150 Meetings of and Communications with Creditors | 52.10 | $62,205.00 |
| **TOTAL** | **52.10** | **$62,205.00** |

## **EXHIBIT D-2**

### **SUMMARY OF EXPENSE REIMBURSEMENTS REQUESTED BY CATEGORY**

| Category | Amount |
|---|---:|
| Airfare | $212.40 |
| Lodging | $568.42 |
| CourtCall | $70.00 |
| Travel Expenses - Taxi / Ground Transportation | $305.60 |
| Courier Services | $182.36 |
| Computer Search | $5,710.33 |
| In-house Black and White Reproduction Charges (3,335 copies at $0.08 per page) | $266.80 |
| In-house Color Reproduction Charges (60 copies at $0.25 per page) | $15.00 |
| Outside Professional Services | $8,433.48 |
| Travel Expense – Meals | $48.94 |
| Postage/Express Mail | $718.68 |
| **TOTAL** | **$16,532.01** |

## EXHIBIT E

### BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR AND BY WHETHER SERVICES WERE RENDERED IN PUERTO RICO OR OUTSIDE PUERTO RICO

### October 2021 Fee Statement

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $392,592.50 | $314,074.00 | $1,536.22 | $315,610.22 |
| Total for HTA (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for ERS (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for PREPA (all outside of Puerto Rico) | $4,915.00 | $3,932.00 | $0.00 | $3,932.00 |
| **Grand Total for all Debtors (net of credits)** | **$397,507.50** | **$318,006.00** | **$1,536.22** | **$319,542.22** |

**November 2021 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $405,858.50 | $324,686.80 | $8,207.39 | $332,894.19 |
| Total for HTA (all outside of Puerto Rico) | $11,396.50 | $9,117.20 | $0.00 | $9,117.20 |
| Total for ERS (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for PREPA (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| **Grand Total for all Debtors (net of credits)** | **$417,255.00** | **$333,804.00** | **$8,207.39** | **$342,011.39** |

2

**December 2021 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $101,493.00 | $81,194.40 | $356.41 | $81,550.81 |
| Total for HTA (all outside of Puerto Rico) | $18,375.00 | $14,700.00 | $203.99 | $14,903.99 |
| Total for ERS (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for PREPA (all outside of Puerto Rico) | $5,178.00 | $4,142.40 | $0.00 | $4,142.40 |
| **Grand Total for all Debtors** | **$125,046.00** | **$100,036.80** | **$560.40** | **$100,597.20** |

3

**January 2022 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $254,763.00 | $203,810.40 | $3,418.03 | $207,328.43 |
| Total for HTA (all outside of Puerto Rico) | $298,670.50 | $238,936.40 | $2,709.97 | $241,646.37 |
| Total for ERS (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for PREPA (all outside of Puerto Rico) | $11,343.00 | $9,074.40 | $0.00 | $9,074.40 |
| **Grand Total for all Debtors** | **$564,776.50** | **$451,821.20** | **$6,228.00** | **$458,049.20** |