Estimated Hearing Date: June 29, 2022 at 9:30 a.m. (Atlantic Standard Time)
Objection Deadline: June 15, 2022 at 4:00 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---------------------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3283-LTS |
| | ) |
| as representative of | ) |
| | ) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | ) (Jointly Administered) |
| | ) |
| Debtors. [1] | |

---------------------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 19 BK 5523-LTS |
| | ) |
| as representative of | ) |
| | ) |
| PUERTO RICO BUILDINGS AUTHORITY | ) **This Application relates** |
| | **only to PBA and shall** |
| Debtor. | **be filed in the Lead** |
| | **Case No. 17 BK 3283-** |
| | **LTS and PBA's Title III** |
| | **Case (Case No. 19 BK** |
| | **5523-LTS)** |

---------------------------------------------------------------------------

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801)  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**SUMMARY SHEET TO**
**TWELFTH INTERIM FEE APPLICATION OF**
**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL OVERSIGHT AND**
**MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE**
**PUERTO RICO PUBLIC BUILDINGS AUTHORITY**
**FROM FEBRUARY 1, 2022 THROUGH MARCH 15, 2022**

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC |
| Retained to Provide Professional Services as: | Advisor |
| Date of Retention: | April 30, 2021 |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2022 through March 15, 2022 |
| Professional Fees | $20,965.00 |
| Less Voluntary Reduction | (2,096.50) |
| Total Amount of Fees Requested: | **$18,868.50** |
| Amount of Expenses Reimbursement Sought | $0.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary | **$18,868.50** |

This is a(n) _____ Monthly   __X__ Interim   _____ Final Fee Application

**Three Interim Applications Filed in this Matter**

**Monthly Fee Statements Filed Related to Twelfth Interim Fee Application[2]**
**February 1, 2022 through March 15, 2022**

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 6% Puerto Rico Tax Withholding*** | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forty-Third - 4/5/2022 | 2/1/2022 to 2/28/2022 | $ 14,010.00 | $ (1,401.00) | $ 12,609.00 | $ 11,348.10 | $ (680.89) | $ (170.22) | $ - | $ 10,496.99 | $ 10,496.99 | $ - | 1,260.90 |
| Forty-Fourth - 4/7/2022 | 3/1/2022 to 3/15/2022 | $ 6,955.00 | $ (695.50) | $ 6,259.50 | $ 5,633.55 | $ (338.01) | $ (84.50) | $ - | $ 5,211.03 | $ 5,211.03 | $ - | 625.95 |
| Total | | $ 20,965.00 | $ (2,096.50) | $ 18,868.50 | $ 16,981.65 | $ (1,018.90) | $ (254.72) | $ - | $ 15,708.03 | $ 15,708.03 | $ - | 1,886.85 |

*This amount represents 10% reduction of fees incurred per engagement agreement.
** Payment related to this fee period had not been received at the time of filing this interim fee application.
*** As of 1/31/2022 the Puerto Rico Tax Withholding has been reduced to 6% because of a partial waiver issued by the Government of Puerto Rico Department of Treasury.

[2] Please note A&M was retained on August 2, 2018, in the middle of the Fourth Interim Fee Period, and at that time submitted its First Interim Fee Application, rather than the fourth interim application. Accordingly, this current request represents A&M's Twelfth Interim Fee Application. Additionally, On April 30, 2021, the Oversight Board modified A&M's retention to include the Public Building Authority as a Title III entity. While this is A&M's second Interim Fee Application related to the Public Building Authority, we have listed as the Twelfth to stay consistent with the Interim Fee Applications for the other Title III entities.

## Compensation by Category
## February 1, 2022 through March 15, 2022

| COMPENSATION BY CATEGORY | | |
|---|---|---|
| For the Period From February 1, 2022 through March 15, 2022 | | |
| TASK CATEGORY | TOTAL HOURS | TOTAL FEES REQUESTED |
| Puerto Rico Public Buildings Authority - Claims Administration and Objections | 29.1 | $   18,865.00 |
| Puerto Rico Public Buildings Authority - Fee Applications | 4.2 | $    2,100.00 |
| Total | 33.3 | $   20,965.00 |
| Blended Hourly Rate Before Voluntary Reduction | | $     629.58 |
| | | |
| *Less 10% voluntary reduction* | | *$    (2,096.50)* |
| Total Ninth Interim Fee Application With Reduction | | $   18,868.50 |
| Ninth Interim Fee Application Blended Hourly Rate With Reduction | | $     566.62 |

## Fees by Professional
## February 1, 2022 through March 15, 2022

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $950 | 5.6 | 5,320.00 |
| Trevor DiNatale | Senior Associate | Claim Management | $650 | 12.2 | 7,930.00 |
| Paul Wirtz | Consultant | Claim Management | $550 | 12.8 | 7,040.00 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 2.7 | 675.00 |
| Subtotal | | | | 33.3 | 20,965.00 |
| *Less 10% voluntary reduction* | | | | | -2,096.50 |
| Total | | | | | $18,868.50 |

## Expenses by Category
## February 1, 2022 through March 15, 2022

-No expenses incurred-

## Monthly Fee Statements Filed Related to Ninth Interim Fee Application
## February 1, 2021 through May 31, 2021

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thirty-first - 4/28/2021 | 2/1/2021 - 2/28/2021 | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - |
| Thirty-second - 5/7/2021 | 3/1/2021 - 3/31/2021 | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - |
| Thirty-third - 6/8/2021 | 4/1/2021- 4/30/2021 | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - |
| Thirty-fourth - 7/7/2021 | 5/1/2021 - 5/31/2021 | 72,162.20 | (7,216.22) | 64,945.98 | 58,451.38 | (5,845.14) | (876.77) | - | 51,729.47 | ** | - | 6,494.60 |
| Total | | $  72,162.20 | $ (7,216.22) | $  64,945.98 | $  58,451.38 | $ (5,845.14) | $ (876.77) | $        - | $  51,729.47 | $        - | $        - | $  6,494.60 |

### Monthly Fee Statements Filed Related to Tenth Interim Fee Application
### June 1, 2021 through September 30, 2021

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thirty-fifth - 8/3/2021 | 6/1/21 to 6/30/21 | $ 13,070.50 | $ (1,307.05) | $ 11,763.45 | $ 10,587.11 | $ (1,058.71) | $ (158.81) | $ - | $ 9,369.59 | $ 9,369.59 | $ - | $ 1,176.35 |
| Thirty-sixth - 8/10/2021 | 7/1/21 to 7/31/21 | $ 13,143.70 | $ (1,314.37) | $ 11,829.33 | $ 10,646.40 | $ (1,064.64) | $ (159.70) | $ - | $ 9,422.06 | $ 9,422.06 | $ - | $ 1,182.93 |
| Thirty-seventh - 9/2/2021 | 8/1/21 to 8/31/21 | $ 18,032.10 | $ (1,803.21) | $ 16,228.89 | $ 14,606.00 | $ (1,460.60) | $ (219.09) | $ - | $ 12,926.31 | $ 12,926.31 | $ - | $ 1,622.89 |
| Thirty-Eighth - 10/27/2021 | 9/1/21 to 9/30/21 | $ 13,593.30 | $ (1,359.33) | $ 12,233.97 | $ 11,010.57 | $ (1,101.06) | $ (165.16) | $ - | $ 9,744.36 | ** | $ - | $ 1,223.40 |
| Total | | $ 57,839.60 | $ (5,783.96) | $ 52,055.64 | $ 46,850.08 | $ (4,685.01) | $ (702.75) | $ - | $ 41,462.32 | $ 31,717.96 | $ - | $ 5,205.56 |

### Monthly Fee Statements Filed Related to Eleventh Interim Fee Application
### October 1, 2021 through January 31, 2022

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding*** | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thirty-ninth - 12/12/2021 | 10/1/2021 to 10/31/2021 | $ 23,584.50 | $ (2,358.45) | $ 21,226.05 | $ 19,103.45 | $ (1,910.34) | $ (286.55) | $ - | $ 16,906.55 | $ 16,906.55 | $ - | $ 2,122.61 |
| Fortieth - 1/11/2022 | 11/1/2021 to 11/30/2021 | $ 18,360.00 | $ (1,836.00) | $ 16,524.00 | $ 14,871.60 | $ (1,487.16) | $ (223.07) | $ - | $ 13,161.37 | $ 13,161.37 | $ - | $ 1,652.40 |
| Forty-first - 2/2/2022 | 12/1/2021 to 12/31/2021 | $ 16,967.50 | $ (1,696.75) | $ 15,270.75 | $ 13,743.68 | $ (824.62) | $ (206.16) | $ - | $ 12,712.90 | ** | $ - | $ 1,527.08 |
| Forty-second - 3/7/2022 | 1/1/2022 to 1/31/2022 | $ 6,980.00 | $ (698.00) | $ 6,282.00 | $ 5,653.80 | $ (339.23) | $ (84.81) | $ - | $ 5,229.77 | ** | $ - | $ 628.20 |
| Total | | $ 65,892.00 | $ (6,589.20) | $ 59,302.80 | $ 53,372.52 | $ (4,561.35) | $ (800.59) | $ - | $ 48,010.58 | $ 30,067.91 | $ - | $ 5,930.28 |

*This amount represents 10% reduction of fees incurred per engagement agreement.
** Payment related to this fee period had not been received at the time of filing this interim fee application.
*** As of 1/31/2022 the Puerto Rico Tax Withholding has been reduced to 6% because of a partial waiver issued by the Government of Puerto Rico Department of Treasury.

### Monthly Fee Statements Filed Related to Twelfth Interim Fee Application
### February 1, 2022 through March 15, 2022

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 6% Puerto Rico Tax Withholding*** | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forty-Third - 4/5/2022 | 2/1/2022 to 2/28/2022 | $ 14,010.00 | $ (1,401.00) | $ 12,609.00 | $ 11,348.10 | $ (680.89) | $ (170.22) | $ - | $ 10,496.99 | $ 10,496.99 | $ - | $ 1,260.90 |
| Forty-Fourth - 4/7/2022 | 3/1/2022 to 3/15/2022 | $ 6,955.00 | $ (695.50) | $ 6,259.50 | $ 5,633.55 | $ (338.01) | $ (84.50) | $ - | $ 5,211.03 | $ 5,211.03 | $ - | $ 625.95 |
| Total | | $ 20,965.00 | $ (2,096.50) | $ 18,868.50 | $ 16,981.65 | $ (1,018.90) | $ (254.72) | $ - | $ 15,708.03 | $ 15,708.03 | $ - | $ 1,886.85 |

*This amount represents 10% reduction of fees incurred per engagement agreement.
** Payment related to this fee period had not been received at the time of filing this interim fee application.
*** As of 1/31/2022 the Puerto Rico Tax Withholding has been reduced to 6% because of a partial waiver issued by the Government of Puerto Rico Department of Treasury.

Estimated Hearing Date: June 29, 2022 at 9:30 a.m. (Atlantic Standard Time)
Objection Deadline: June 15 , 2022 at 4:00 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---------------------------------------------------------------------------

In re:                                            )    PROMESA
                                                  )    Title III
THE FINANCIAL OVERSIGHT AND                       )
MANAGEMENT BOARD FOR PUERTO RICO,                 )    No. 19 BK 5523-LTS
                                                  )
  as representative of                            )
                                                  )
PUERTO RICO PUBLIC BUILDINGS AUTHORITY            )    (Jointly Administered)

Debtors. [1]

---------------------------------------------------------------------------

In re:                                            )    PROMESA
                                                  )    Title III
THE FINANCIAL OVERSIGHT AND                       )
MANAGEMENT BOARD FOR PUERTO RICO,                 )    No. 19 BK 5523-LTS
                                                  )
  as representative of                            )    **This Application relates
                                                  )    only to PBA and shall
PUERTO RICO PUBLIC BUILDINGS AUTHORITY            )    be filed in the Lead
                 Debtor.                                Case No. 17 BK 3283-
                                                       LTS and PBA's Title
                                                       III Case (Case No. 19
                                                       BK 5523-LTS)**

---------------------------------------------------------------------------

# TWELFTH INTERIM FEE APPLICATION OF
# ALVAREZ & MARSAL NORTH AMERICA, LLC
# FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
# EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL OVERSIGHT AND
# MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE
# PUERTO RICO PUBLIC BUILDINGS AUTHORITY
# FROM FEBRUARY 1, 2022 THROUGH MARCH 15, 2022

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) ); (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pursuant to sections 316 and 317 of Title III of the Puerto Rico Oversight, Management

and Economic Stability Act ("PROMESA") and Rule 2016 of the Federal Rules of Bankruptcy

Procedure (collectively the "Bankruptcy Rules"), made applicable herein pursuant to section 310

of PROMESA, Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the

United States Bankruptcy Court for the District of Puerto Rico, adopted by the Court on May 16,

2013 (the "Local Bankruptcy Rules") and this Court's *Second Amended Order Setting*

*Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated

June 6, 2018 [Docket No. 3269] (the "Second Amended Interim Compensation Order"), Alvarez

& Marsal North America, LLC ("A&M"), as advisor to the Financial Oversight Board of Puerto

Rico (the "Oversight Board") in its role as representative for the Puerto Rico Public Buildings

Authority, ("PBA"), as debtor under Title III of the Puerto Rico Oversight, Management and

Economic Stability Act of 2016 ("PROMESA"), hereby submits its Twelfth interim fee

application filed during the Twelfth interim application period (the " Twelfth Interim Fee

Application") for the compensation of professional services performed by A&M and

reimbursement of expenses incurred in connection therewith for the period commencing

February 1, 2022 through and including March 15, 2022 (the "Twelfth Interim Fee Application

Period").

By this Twelfth Interim Fee Application, A&M seeks compensation in the amount of

$20,965.00 less a discount in the amount of $2,096.50 for a total amount of $18,868.50, all of

which represents fees earned outside of Puerto Rico for the Twelfth Interim Fee Application

Period.

## **JURISDICTION**

1,      The United States District Court for the District of Puerto Rico (the "Court") has

subject matter jurisdiction over this Application pursuant to PROMESA section 306(a).

2.      Venue is proper in this district pursuant to PROMESA section 307(a).

3.      The statutory predicates for the relief requested herein are PROMESA sections 316 and 317.

## BACKGROUND

4.      On June 30, 2016, the Oversight Board was established under PROMESA section 101(b).  On August 31, 2016, President Obama appointed the Oversight Board's seven voting members.

5.      Pursuant to PROMESA section 315, "[t]he Oversight Board in a case under this subchapter is the representative of the debtor" and "may take any action necessary on behalf of the debtor to prosecute the case of the debtor, including filing a petition under section [304] of [PROMESA] . . . or otherwise generally submitting filings in relation to the case with the court." 48 U.S.C. § 2175.

6.      On September 30, 2016, the Oversight Board designated the Debtor as a 'covered entity" under PROMESA section 101(d),

7.      On September 27, 2019, the Oversight Board issued a restructuring certification pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for the Debtor pursuant to PROMESA section 304(a), commencing a case under title III thereof (the "Debtor's Title III Case").  Pursuant to PROMESA section 315(b), the Oversight Board is the Debtor's representative in the Debtor's Title III Case.

8.      On August 2, 2018, the Oversight Board retained A&M, at discounted rates, to manage and resolve the tens of thousands of claims filed against the Title III entities[2].

9.      On April 30, 2021, the Oversight Board modified A&M's retention to include the Public Building Authority as a Title III entity.

---

[2] Pursuant to A&M's August 2, 2018 engagement letter with the Oversight Board (a copy of which is available on the Oversight Board's website at:
https://drive.google.com/file/d/1HuXTVFMQJC4POU_3judw1CCHdSPGhp8q/view (the "Engagement Letter"), it shall not provide services or advice on any claims related to the Puerto Rico Electric Power Authority.

3

10. On January 18, 2022, the Modified Eighth Amended Title II Plan of Adjustment of the Commonwealth of Puerto Rico, et al., (the "Plan") dated January 14, 2022 was confirmed by the United States District Court for the District of Puerto Rico.

11. On March 15, 2022, the Plan became effective and was substantially consummated.

12. On April 5, 2022, A&M served on the Notice Parties its forty-third monthly fee statement for the period February 1, 2022 through February 28, 2022. The forty-third monthly fee statement is attached hereto as Exhibit A.

13. On April 7, 2022 A&M served on the Notice Parties its forty-fourth monthly fee statement for the period March 1, 2022 through March 15, 2022. The forty-fourth monthly fee statement is attached hereto as Exhibit B.

14. In accordance with the Interim Compensation Order and as reflected in the foregoing summary, A&M has requested an aggregate gross payment of $16,981.65 which represents payment of ninety percent (90%) of the compensation sought and reimbursement of one-hundred percent (100%) of expenses incurred. To date, A&M has received payment of $15,708.03 of fees incurred expenses with respect to fee statements filed during the Twelfth Interim Fee Application Period. The variance between the requested fees and payments received relates to: 1) a 1.5% Technical Service Fee tax withholdings totaling $254.72 and 2) a universal 6% withholding tax (verses fees incurred on Puerto Rico) effective as of January 2022 and as the time of filing this Application, totaling $1,018.90 for the Twelfth Interim Period.

## REQUESTED FEES AND REIMBURSEMENT OF EXPENSES

15. All services for which A&M requests compensation were performed for the Puerto Rico Public Buildings Authority, ("PBA"). The time detail for the Twelfth Interim Fee Application Period is attached hereto as Exhibit C. This Twelfth Interim Fee Application contains time entries describing the time spent by each professional during the Twelfth Interim

Fee Application Period.  To the best of A&M's knowledge, this Twelfth Interim Fee Application

substantially complies with the applicable provisions of PROMESA, the Bankruptcy Rules, the

Local Bankruptcy Rules, and the Second Interim Compensation Order.  A&M's time reports are

entered and organized by task and by professional performing the described service in 1/10 of an

hour increments.

16.    A&M incurred no expenses for the Twelfth Interim Fee Application Period as

presented here to as <u>Exhibit D</u>.

17.    The services rendered by A&M during the Twelfth Interim Fee Application can

be grouped into the categories set forth below.  A&M attempted to place the services provided in

the category that best relates to such services.  However, because certain services may relate to

one or more categories, services pertaining to one category may in fact be included in another

category.  These services performed are generally described below by category, and as set forth

in the attached time detail attached hereto as <u>Exhibit E</u>.  This <u>Exhibit E</u> also identifies the

professional who rendered services relating to each category, along with the number of hours for

each individual and the total compensation sought for each category.

## <u>SUMMARY OF SERVICES PERFORMED</u>

18.    This Twelfth Interim Fee Application covers the fees incurred during the Twelfth

Interim Fee Application Period with respect to services rendered as advisor to the Oversight

Board in its role as representative for the PBA.  A&M believes it is appropriate to be

compensated for the time spent in connection with these matters, and set forth a narrative

description of the services rendered for the Debtors and the time expended, organized by project

task categories as follows:

**A.** **Puerto Rico Public Buildings Authority - Claims Administration and Objections**

19.     During this period, A&M:

a.   Reviewed approximately 15 claimant responses related to Public Employee Claims transferred to the Administrative Claims Reconciliation (ACR) process. A&M summarized the response data to assist PBA with further reconciliation;

b.   Analyzed approximately 35 Claims to determine if duplicative liabilities were asserted.  If A&M identified duplicate liabilities, the Claims were then queued for inclusion on a future omnibus Claims objection;

c.   Prepared Claim Reconciliation Worksheets (CRWs) for approximately 10 accounts payable Claims. The completed CRWs were sent to PBA for further review and reconciliation;

d.   Reviewed approximately 5 CRWs completed by PBA related to accounts payable Claims.  A&M prepared follow up requests to PBA or creditor for additional Claim support and/or included the claim on an omnibus objection, where appropriate;

e.   Analyzed approximately 20 litigation Claims and support to identify key data points related to the case status, type of case and estimated value of the asserted liabilities as requested by Proskauer;

f.   Analyzed approximately 15 fully unliquidated litigation Claims to determine estimated value of asserted liabilities;

g.   Prepared weekly updated Claims waterfall analyses;

h.   Provided regular updates of the Claims reconciliation progress to representatives of the Title III entities, AAFAF, the Oversight Board, and their respective advisors.

In conjunction with this category, A&M expended approximately 29.1 hours during the

Application Period, for a total of $18,865.00, prior to any fee reduction.

**B.  Puerto Rico Public Buildings Authority – Fee Applications[3]**

20.     During the Twelfth Interim Fee Application Period, A&M prepared its Eleventh

Interim Application as required by the Second Amended Interim Compensation Order.

In conjunction with this category, A&M expended approximately 4.2 hours during the

Application Period, for a total of $2,100.00 prior to any fee reduction.

**C.  Discounts Agreed to By A&M and the Oversight Board**

21.     A&M and the Oversight Board in its role as representative for the Commonwealth

had previously agreed to a ten-percent discount of fees based on the Engagement Letter.

**CERTIFICATE OF COMPLIANCE AND REQUEST FOR WAIVER**

22.     Attached hereto as Exhibit F is a declaration of Julie M. Hertzberg, the

undersigned representative of A&M.  To the extent that the Twelfth Interim Fee Application

does not comply in all respects with the requirements of the aforementioned rules, A&M

believes that such deviations are not material and respectfully requests that any such

requirements be waived.

**NOTICE**

23.     Pursuant to the Interim Compensation Order, notice of this Application has been

filed in the jointly-administered Commonwealth of Puerto Rico's Title III cases and served upon:

(a)  the Financial Oversight and Management Board, 40 Washington Square
South, Office 314A, New York, NY 10012

(b)  attorneys for the Financial Oversight and Management Board as
representative of The Commonwealth of Puerto Rico, O'Neill & Borges LLC,
250 Muñoz Rivera Ave., suite 800, San Juan, PR 00918-1813, Attn: Hermann D.
Bauer, Esq. (Hermann.bauer@oneillborges.com;

---

[3] On April 30, 2021, the Oversight Board modified A&M's retention to include the Public Building Authority as a
Title III entity.  While this is A&M's second Interim Fee Application related to the Public Building Authority, we
have listed as the twelfth to stay consistent with the Interim Fee Applications for the other Title III entities.

(c)  attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Time Square, New York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), and Diana M. Perez, Esq. (dperez@omm.com).

(d)  attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, Marini Pietrantoni Muniz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave., San Juan P.R. 00917, Attn.: Luis C. Marini-Biaggi, Esq. (lmarini@mpmlawpr.com) and Carolina Velaz-Rivero Esq. (cvelaz@mpmlawpr.com);

(e)  the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: *In re: Commonwealth of Puerto Rico*);

(f)  attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc A. Despins, Esq. (lucdespins@paulhastings.com);

(g)  attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com);

(h)  attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq. (rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com); and Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner. com) and Melissa Root, Esq. (mroot@jenner.com);

(i)  attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar-Zequeira, Esq. (ajb@bennazar.org);

(j)  the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax Policy (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Assistant Secretary of Internal Revenue and Tax Policy (francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda. pr.gov);

k.  attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com); and

l.  attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East
Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler
(KStadler@ gklaw.com).

A&M submits that, in light of the foregoing, no other or further notice need be provided.

WHEREFORE, pursuant to the Second Amended Interim Compensation Order, A&M

respectfully requests that, for the period February 1, 2022 through March 15, 2022, the Court (i)

grant A&M interim allowance of compensation in the amount of $18,868.50 professional

services rendered during the Twelfth Interim Fee Application Period.


Dated: May 26, 2022
Detroit, Michigan

                                        /s/
                                        Julie M. Hertzberg

                                        Alvarez & Marsal North America, LLC
                                        755 W. Big Beaver Road
                                        Suite 650
                                        Troy, MI 48084
                                        Telephone:  248.936.0850
                                        Facsimile: 248.936.0801
                                        jhertzberg@alvarezandmarsal.com

                                        ADVISOR TO THE OVERSIGHT BOARD
                                        AS REPRESENTATIVE OF THE
                                        DEBTOR

**<u>EXHIBITS</u>**

# **Exhibit A**

**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**MONTHLY FEE APPLICATION OF FOR THE PERIOD**
**FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 19 BK 5523-LTS |
| | ) |
| | ) |
| as representative of | ) |
| | ) |
| PUERTO RICO PUBLIC BUILDINGS AUTHORITY, et al., | ) |
| | |
| Debtors. [1] | |

**COVER SHEET TO FORTY-SECOND FEE APPLICATION OF**
**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO**
**AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE**
**FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO**
**FOR THE PERIOD FROM**
**FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

**ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT**
**WERE INCURRED OUTSIDE OF PUERTO RICO**

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC (A&M) |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board of Puerto Rico |
| Services Rendered to: | Puerto Rico Public Buildings Authority |
| Period for which compensation and reimbursement for fees and services outside of Puerto Rico is sought: | February 1, 2022 through February 28, 2022 |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801)  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| Amount of Compensation sought as actual, reasonable and necessary: | $12,609.00 ($14,010.00 incurred less 10% voluntary reduction of $1,401.00) |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   0 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Forty-Third monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for February 2022.


 /s/
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On April 5, 2022 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:  Professor Arthur J Gonzalez
            FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR  00918
Attn:  Hermann D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR  00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn:  Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
            Alberto J. E. Añeses Negrón, Esq.
            Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Attn:  Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR  00918
Attn:  Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY  10036
Attn:    John J. Rapisardi, Esq..
            Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR  00917
Attn:    Luis C. Marini-Biaggi, Esq.
            Carolina Velaz-Rivero, Esq.
            Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY  10022-3908
Attn:    Robert Gordon, Esq.
            Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:    Catherine Steege, Esq.
            Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR  00918
Attn:  A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR  00902-4140
Attn:    Reylam Guerra Goderich, Deputy Assistant of
General Accounting
            Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
            Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
            Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
            Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY 10036-8229
Attn: Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

4

### Summary of Professional Fees for the Period February 1, 2022 through February 28, 2022

### Puerto Rico Public Building Authority

| SUMMARY OF TOTAL FEES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Puerto Rico Public Buildings Authority - Claims Administration and Objections | 21.5 | 13,785.00 |
| Puerto Rico Public Buildings Authority - Fee Applications | 0.9 | 225.00 |
| Puerto Rico Public Buildings Authority - Meeting | | |
| **Subtotal** | **22.4** | **14,010.00** |
| *Less 10% voluntary reduction* | | *(1,401.00)* |
| **Total** | | **$      12,609.00** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $950 | 2.2 | 2,090.00 |
| Trevor DiNatale | Senior Associate | Claim Management | $650 | 10.8 | 7,020.00 |
| Paul Wirtz | Consultant | Claim Management | $550 | 8.5 | 4,675.00 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 0.9 | 225.00 |
| **Subtotal** | | | | **22.4** | **14,010.00** |
| *Less 10% voluntary reduction* | | | | | *-1,401.00* |
| **Total** | | | | | **$12,609.00** |

### Summary of Expenses for the Period February 1, 2022 through February 28, 2022

### Puerto Rico Public Building Authority

No expenses incurred

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought, in the amount of $11,348.10) for services rendered outside of Puerto Rico.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.

_/s/_____

Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

3

**EXHIBITS**

*Exhibit A*

**Puerto Rico Public Buildings Authority**
**Summary of Time Detail by Task**
**February 1, 2022 through February 28, 2022**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Puerto Rico Public Buildings Authority - Claims Administration and Objections | 21.5 | $13,785.00 |
| Puerto Rico Public Buildings Authority - Fee Applications | 0.9 | $225.00 |
| **Total** | **22.4** | **$14,010.00** |

*Exhibit B*

### Puerto Rico Public Buildings Authority
### Summary of Time Detail by Professional
### February 1, 2022 through February 28, 2022

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $950.00 | 2.2 | $2,090.00 |
| DiNatale, Trevor | Senior Associate | $650.00 | 10.8 | $7,020.00 |
| Wirtz, Paul | Consultant | $550.00 | 8.5 | $4,675.00 |
| Corbett, Natalie | Para Professional | $250.00 | 0.9 | $225.00 |
| | | *Total* | **22.4** | **$14,010.00** |

*Exhibit C*

**Puerto Rico Public Buildings Authority**
**Summary of Time Detail by Professional**
**February 1, 2022 through February 28, 2022**

**Puerto Rico Public Buildings Authority - Claims Administration and Objections**

**Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $950 | 2.2 | $2,090.00 |
| DiNatale, Trevor | Senior Associate | $650 | 10.8 | $7,020.00 |
| Wirtz, Paul | Consultant | $550 | 8.5 | $4,675.00 |
| | | | 21.5 | $13,785.00 |
| | *Average Billing Rate* | | | $641.16 |

*Exhibit C*

**Puerto Rico Public Buildings Authority**
**Summary of Time Detail by Professional**
**February 1, 2022 through February 28, 2022**

**Puerto Rico Public Buildings
Authority - Fee Applications**

**Prepare monthly and interim fee applications in accordance with court guidelines.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Corbett, Natalie | Para Professional | $250 | 0.9 | $225.00 |
| | | | 0.9 | $225.00 |
| | *Average Billing Rate* | | | $250.00 |

*Page 2 of 2*

*Exhibit D*

> *Puerto Rico Public Buildings Authority*
> *Time Detail by Activity by Professional*
> *February 1, 2022 through February 28, 2022*

## Puerto Rico Public Buildings Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 2/1/2022 | 0.60 | Review draft March omnibus objections to provide feedback to Proskauer team prior to upcoming filing |
| DiNatale, Trevor | 2/2/2022 | 0.40 | Analyze March objection draft exhibits prior to filing |
| DiNatale, Trevor | 2/4/2022 | 1.40 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 2/10/2022 | 0.90 | Update material interest party report for Proskauer review |
| Herriman, Jay | 2/10/2022 | 1.60 | Review completed claim reconciliation worksheets and associated support provided by AAFAF |
| DiNatale, Trevor | 2/11/2022 | 1.40 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 2/11/2022 | 0.20 | Review updated claims waterfall report |
| DiNatale, Trevor | 2/14/2022 | 0.90 | Update material interest party report for Proskauer review |
| DiNatale, Trevor | 2/15/2022 | 0.20 | Finalize material interest party report for Proskauer review |
| Wirtz, Paul | 2/15/2022 | 2.60 | Analyze AP claims asserted against the Public Building Authority to identify invalid invoices for upcoming reduce and allow objections |
| Wirtz, Paul | 2/15/2022 | 1.80 | Review claim reconciliation workbooks from the Public Building Authority in order to determine next steps in reconciliation process |
| Wirtz, Paul | 2/16/2022 | 1.90 | Analyze AP claims asserted against the Public Building Authority to identify invalid invoices for upcoming reduce and allow objections |
| DiNatale, Trevor | 2/17/2022 | 0.40 | Prepare claim detail summary of unreconciled GUC PBA claims |
| DiNatale, Trevor | 2/17/2022 | 1.30 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 2/17/2022 | 0.30 | Prepare claims summary to be shared with D. Barrett |
| Herriman, Jay | 2/18/2022 | 0.10 | Review updated claim waterfall report |
| DiNatale, Trevor | 2/21/2022 | 0.40 | Analyze DOJ pre-petition litigation cases to identify cases without filed claims for Proskauer review |
| Wirtz, Paul | 2/23/2022 | 2.20 | Review claim reconciliation workbooks from the Public Building Authority in order to determine next steps in reconciliation process |
| DiNatale, Trevor | 2/24/2022 | 0.90 | Prepare draft ADR transfer exhibit for Proskauer review |
| DiNatale, Trevor | 2/25/2022 | 0.80 | Finalize analysis of fully unliquidated claims identified for upcoming ADR transfer |
| DiNatale, Trevor | 2/25/2022 | 0.60 | Update draft ADR transfer exhibit for Proskauer review |
| DiNatale, Trevor | 2/27/2022 | 0.60 | Prepare objection summary file highlighting claims identified for upcoming omnibus objections |

*Puerto Rico Public Buildings Authority*
*Time Detail by Activity by Professional*
*February 1, 2022 through February 28, 2022*

*Exhibit D*

## Puerto Rico Public Buildings Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| **Subtotal** | | **21.50** | |

## Puerto Rico Public Buildings Authority - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Corbett, Natalie | 2/15/2022 | 0.20 | Prepare January fee apps |
| Corbett, Natalie | 2/16/2022 | 0.70 | Prepare draft 11th interim fee apps |
| **Subtotal** | | **0.90** | |
| *Grand Total* | | 22.4 | |

# **Exhibit B**

**ALVAREZ & MARSAL NORTH AMERICA, LLC
MONTHLY FEE APPLICATION OF FOR THE PERIOD
MARCH 1, 2022 THROUGH MARCH 15, 2022**

**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 19 BK 5523-LTS |
| | ) |
| | ) |
| as representative of | ) |
| | ) |
| PUERTO RICO PUBLIC BUILDINGS AUTHORITY, et al., | ) |
| Debtors. [1] | |

**COVER SHEET TO FORTY-FOURTH FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC
FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO
AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO
FOR THE PERIOD FROM
MARCH 1, 2022 THROUGH MARCH 15, 2022**

**ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT
WERE INCURRED OUTSIDE OF PUERTO RICO**

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC (A&M) |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board of Puerto Rico |
| Services Rendered to: | Puerto Rico Public Buildings Authority |
| Period for which compensation and reimbursement for fees and services outside of Puerto Rico is sought: | March 1, 2022 through March 15, 2022 |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801)  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| Amount of Compensation sought as actual, reasonable and necessary: | $6,259.50 ($6,955.00 incurred less 10% voluntary reduction of $695.50) |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $  0 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Forty-Fourth monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for March 1-15,  2022.

/s/
_____
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On April 7, 2022 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn: Professor Arthur J Gonzalez
        FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn: Juan J. Casillas Ayala, Esq.
        Alberto J. E. Añeses Negrón, Esq.
        Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq..
        Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
        Carolina Velaz-Rivero, Esq.
        Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Attn: Robert Gordon, Esq.
        Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn: Catherine Steege, Esq.
        Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn: A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
General Accounting
        Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
        Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
        Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
        Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY 10036-8229
Attn: Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

**Summary of Professional Fees for the Period March 1, 2022 through March 15, 2022**

**Puerto Rico Public Building Authority**

| SUMMARY OF TOTAL FEES | | |
|---|---|---|
| TASK CODE | TOTAL HOURS | TOTAL FEES REQUESTED |
| Puerto Rico Public Buildings Authority - Claims Administration and Objections | 7.6 | 5,080.00 |
| Puerto Rico Public Buildings Authority - Fee Applications | 3.3 | 1,875.00 |
| Puerto Rico Public Buildings Authority - Meeting | | |
| **Subtotal** | **10.9** | **6,955.00** |
| *Less 10% voluntary reduction* | | *(695.50)* |
| **Total** | | **$ 6,259.50** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $950 | 3.4 | 3,230.00 |
| Trevor DiNatale | Senior Associate | Claim Management | $650 | 1.4 | 910.00 |
| Paul Wirtz | Consultant | Claim Management | $550 | 4.3 | 2,365.00 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 1.8 | 450.00 |
| **Subtotal** | | | | **10.9** | **6,955.00** |
| *Less 10% voluntary reduction* | | | | | *-695.50* |
| **Total** | | | | | **$6,259.50** |

**Summary of Expenses for the Period March 1, 2022 through March 15, 2022**

**Puerto Rico Public Building Authority**

No expenses incurred

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought, in the amount of $5,633.55) for services rendered outside of Puerto Rico.

2

## Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.


/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

3

**EXHIBITS**

*Exhibit A*

**Puerto Rico Public Buildings Authority**
**Summary of Time Detail by Task**
**March 1, 2022 through March 15, 2022**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Puerto Rico Public Buildings Authority - Claims Administration and Objections | 7.6 | $5,080.00 |
| Puerto Rico Public Buildings Authority - Fee Applications | 3.3 | $1,875.00 |
| **Total** | **10.9** | **$6,955.00** |

*Page 1 of 1*

*Exhibit B*

### Puerto Rico Public Buildings Authority
### Summary of Time Detail by Professional
### March 1, 2022 through March 15, 2022

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $950.00 | 3.4 | $3,230.00 |
| DiNatale, Trevor | Senior Associate | $650.00 | 1.4 | $910.00 |
| Wirtz, Paul | Consultant | $550.00 | 4.3 | $2,365.00 |
| Corbett, Natalie | Para Professional | $250.00 | 1.8 | $450.00 |
| | | **Total** | **10.9** | **$6,955.00** |

*Exhibit C*

**Puerto Rico Public Buildings Authority**
**Summary of Time Detail by Professional**
**March 1, 2022 through March 15, 2022**

**Puerto Rico Public Buildings Authority - Claims Administration and Objections**

**Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $950 | 1.9 | $1,805.00 |
| DiNatale, Trevor | Senior Associate | $650 | 1.4 | $910.00 |
| Wirtz, Paul | Consultant | $550 | 4.3 | $2,365.00 |
| | | | 7.6 | $5,080.00 |
| | *Average Billing Rate* | | | $668.42 |

*Exhibit C*

*Puerto Rico Public Buildings Authority*
*Summary of Time Detail by Professional*
*March 1, 2022 through March 15, 2022*

**Prepare monthly and interim fee applications in accordance with court guidelines.**

**Puerto Rico Public Buildings
Authority - Fee Applications**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $950 | 1.5 | $1,425.00 |
| Corbett, Natalie | Para Professional | $250 | 1.8 | $450.00 |
| | | | 3.3 | $1,875.00 |
| | *Average Billing Rate* | | | $568.18 |

*Page 2 of 2*

*Exhibit D*

```
┌────────────────────────────────────────────┐
│    Puerto Rico Public Buildings Authority    │
│      Time Detail by Activity by Professional  │
│      March 1, 2022 through March 15, 2022    │
└────────────────────────────────────────────┘
```

## Puerto Rico Public Buildings Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 3/2/2022 | 0.60 | Review claims to be transferred into ADR related to unliquidated litigation |
| DiNatale, Trevor | 3/3/2022 | 1.40 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Wirtz, Paul | 3/14/2022 | 2.10 | Analyze public building authority claim reconciliation workbooks in order to add to reduce and allow objection exhibits |
| Wirtz, Paul | 3/14/2022 | 2.20 | Review returned public building authority claim reconciliation workbooks to determine next steps |
| Herriman, Jay | 3/15/2022 | 1.30 | Review completed claim reconciliation worksheets provided by PBA |
| **Subtotal** | | **7.60** | |

## Puerto Rico Public Buildings Authority - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Corbett, Natalie | 3/1/2022 | 0.70 | Prepare January fee apps |
| Corbett, Natalie | 3/3/2022 | 0.30 | Update and finalize January fee apps |
| Corbett, Natalie | 3/7/2022 | 0.60 | Prepare 11th interim fee app |
| Herriman, Jay | 3/8/2022 | 0.80 | Prepare the Eleventh Interim fee application |
| Herriman, Jay | 3/9/2022 | 0.30 | Update Eleventh Interim fee application with additional workstream details |
| Corbett, Natalie | 3/14/2022 | 0.20 | Finalize 11th interim Fee App |
| Herriman, Jay | 3/14/2022 | 0.40 | Finalize Eleventh Interim Fee Application |
| **Subtotal** | | **3.30** | |
| ***Grand Total*** | | **10.9** | |

*Page 1 of 1*

# <u>Exhibit C</u>

**ALVAREZ & MARSAL NORTH AMERICA, LLC
PROFESSIONAL SERVICES TIME DETAIL FOR THE TWELFTH INTERIM
FEE APPLICATION PERIOD
FEBRUARY 1, 2022 THROUGH MARCH 15, 2022**

*Puerto Rico Public Buildings Authority*
*Time Detail by Activity by Professional*
*February 1, 2022 through March 15, 2022*

*Exhibit C*

## Puerto Rico Public Buildings Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 2/1/2022 | 0.60 | Review draft March omnibus objections to provide feedback to Proskauer team prior to upcoming filing |
| DiNatale, Trevor | 2/2/2022 | 0.40 | Analyze March objection draft exhibits prior to filing |
| DiNatale, Trevor | 2/4/2022 | 1.40 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 2/10/2022 | 0.90 | Update material interest party report for Proskauer review |
| Herriman, Jay | 2/10/2022 | 1.60 | Review completed claim reconciliation worksheets and associated support provided by AAFAF |
| DiNatale, Trevor | 2/11/2022 | 1.40 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 2/11/2022 | 0.20 | Review updated claims waterfall report |
| DiNatale, Trevor | 2/14/2022 | 0.90 | Update material interest party report for Proskauer review |
| DiNatale, Trevor | 2/15/2022 | 0.20 | Finalize material interest party report for Proskauer review |
| Wirtz, Paul | 2/15/2022 | 2.60 | Analyze AP claims asserted against the Public Building Authority to identify invalid invoices for upcoming reduce and allow objections |
| Wirtz, Paul | 2/15/2022 | 1.80 | Review claim reconciliation workbooks from the Public Building Authority in order to determine next steps in reconciliation process |
| Wirtz, Paul | 2/16/2022 | 1.90 | Analyze AP claims asserted against the Public Building Authority to identify invalid invoices for upcoming reduce and allow objections |
| DiNatale, Trevor | 2/17/2022 | 1.30 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 2/17/2022 | 0.40 | Prepare claim detail summary of unreconciled GUC PBA claims |
| Herriman, Jay | 2/17/2022 | 0.30 | Prepare claims summary to be shared with D. Barrett |
| Herriman, Jay | 2/18/2022 | 0.10 | Review updated claim waterfall report |
| DiNatale, Trevor | 2/21/2022 | 0.40 | Analyze DOJ pre-petition litigation cases to identify cases without filed claims for Proskauer review |
| Wirtz, Paul | 2/23/2022 | 2.20 | Review claim reconciliation workbooks from the Public Building Authority in order to determine next steps in reconciliation process |
| DiNatale, Trevor | 2/24/2022 | 0.90 | Prepare draft ADR transfer exhibit for Proskauer review |
| DiNatale, Trevor | 2/25/2022 | 0.80 | Finalize analysis of fully unliquidated claims identified for upcoming ADR transfer |
| DiNatale, Trevor | 2/25/2022 | 0.60 | Update draft ADR transfer exhibit for Proskauer review |
| DiNatale, Trevor | 2/27/2022 | 0.60 | Prepare objection summary file highlighting claims identified for upcoming omnibus objections |

*Exhibit C*

*Puerto Rico Public Buildings Authority*
*Time Detail by Activity by Professional*
*February 1, 2022 through March 15, 2022*

## Puerto Rico Public Buildings Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 3/2/2022 | 0.60 | Review claims to be transferred into ADR related to unliquidated litigation |
| DiNatale, Trevor | 3/3/2022 | 1.40 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Wirtz, Paul | 3/14/2022 | 2.20 | Review returned public building authority claim reconciliation workbooks to determine next steps |
| Wirtz, Paul | 3/14/2022 | 2.10 | Analyze public building authority claim reconciliation workbooks in order to add to reduce and allow objection exhibits |
| Herriman, Jay | 3/15/2022 | 1.30 | Review completed claim reconciliation worksheets provided by PBA |
| **Subtotal** | | **29.10** | |

## Puerto Rico Public Buildings Authority - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Corbett, Natalie | 2/15/2022 | 0.20 | Prepare January fee apps |
| Corbett, Natalie | 2/16/2022 | 0.70 | Prepare draft 11th interim fee apps |
| Corbett, Natalie | 3/1/2022 | 0.70 | Prepare January fee apps |
| Corbett, Natalie | 3/3/2022 | 0.30 | Update and finalize January fee apps |
| Corbett, Natalie | 3/7/2022 | 0.60 | Prepare 11th interim fee app |
| Herriman, Jay | 3/8/2022 | 0.80 | Prepare the Eleventh Interim fee application |
| Herriman, Jay | 3/9/2022 | 0.30 | Update Eleventh Interim fee application with additional workstream details |
| Corbett, Natalie | 3/14/2022 | 0.20 | Finalize 11th interim Fee App |
| Herriman, Jay | 3/14/2022 | 0.40 | Finalize Eleventh Interim Fee Application |
| **Subtotal** | | **4.20** | |
| ***Grand Total*** | | **33.3** | |

# <u>Exhibit D</u>

**ALVAREZ & MARSAL NORTH AMERICA, LLC
EXPENSE DETAIL FOR THE TWELFTH INTERIM
FEE APPLICATION PERIOD
FEBRUARY 1, 2022 THROUGH MARCH 15, 2022**

-no expenses incurred during the interim period-

# Exhibit E

**ALVAREZ & MARSAL NORTH AMERICA, LLC
SERVICES PERFORMED BY CATEGORY
FOR THE TWELFTH INTERIM
FEE APPLICATION PERIOD
FEBRUARY 1, 2022 THROUGH MARCH 15, 2022**

*Exhibit E*

### *Puerto Rico Public Buildings Authority*
### *Summary of Time Detail by Professional*
### *February 1, 2022 through March 15, 2022*

**Puerto Rico Public Buildings Authority - Claims Administration and Objections**

**Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $950 | 4.1 | $3,895.00 |
| DiNatale, Trevor | Senior Associate | $650 | 12.2 | $7,930.00 |
| Wirtz, Paul | Consultant | $550 | 12.8 | $7,040.00 |
| | | | 29.1 | $18,865.00 |
| | *Average Billing Rate* | | | $648.28 |

*Page 1 of 2*

*Exhibit E*

**Puerto Rico Public Buildings Authority**
**Summary of Time Detail by Professional**
**February 1, 2022 through March 15, 2022**

**Puerto Rico Public Buildings**
**Authority - Fee Applications**

Prepare monthly and interim fee applications in accordance with court guidelines.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $950 | 1.5 | $1,425.00 |
| Corbett, Natalie | Para Professional | $250 | 2.7 | $675.00 |
| | | | 4.2 | $2,100.00 |
| | *Average Billing Rate* | | | $500.00 |

# Exhibit F

**DECLARATION OF JULIE M. HERTZBERG IN SUPPORT OF THE TWELFTH INTERIM FEE APPLICATION OF ALVAREZ AND MARSAL NORTH AMERICA, LLC FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY**

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

---------------------------------------------------------------------------

In re:                                          )   PROMESA
                                                )   Title III
THE FINANCIAL OVERSIGHT AND                     )
MANAGEMENT BOARD FOR PUERTO RICO,               )   No. 17 BK 3283-LTS
                                                )
   as representative of          )
                                                )
                                                )
THE COMMONWEALTH OF PUERTO RICO, et al          )   (Jointly Administered)

      Debtors. [1]

---------------------------------------------------------------------------

In re:                                          )   PROMESA
                                                )   Title III
THE FINANCIAL OVERSIGHT AND                     )
MANAGEMENT BOARD FOR PUERTO RICO,               )   No. 19 BK 5523-LTS
                                                )
   as representative of          )
                                                )   **This Application relates
                                                )   only to PBA and shall be
PUERTO RICO PUBLIC BUILDINGS AUTHORITY          )   filed in the Lead Case No.
                                                    17 BK 3283-LTS and
      Debtor          PBA's Title III Case
                                                    (Case No. 19 BK 5523-
                                                    LTS)**

---------------------------------------------------------------------------

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801)  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS IN RESPECT OF TWELFTH INTERIM FEE APPLICATION OF ALVAREZ AND MARSAL NORTH AMERICA, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, FOR THE PERIOD**

**FEBRUARY 1, 2022 THROUGH MARCH 15, 2022**

Pursuant to the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 in Larger Chapter 11 Cases issued by the Executive Office for the United States Trustee, 28 CFR Part 58, Appendix A (the "Guidelines"), together with the Local Rule 2016-1, the undersigned, a Partner and Managing Director of the firm Alvarez and Marsal North America, LLC ("A&M"), advisors for the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as representative of the Puerto Rico Public Buildings Authority (the "Debtor"), pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"),[2] hereby certifies with respect to A&M's Twelfth interim application for allowance of compensation for services rendered and reimbursement of expenses incurred with respect to the Debtor's Title III case, dated May 26, 2022 (the "Application"),[3] for the period from February 1, 2022 through and including March 15, 2022 (the "Compensation Period") as follows:

1. I am the professional designated by A&M in respect of compliance with the Guidelines and Local Rule 2016-1.

2. I make this certification in support of the Application for interim compensation and reimbursement of expenses incurred during the Compensation Period in Accordance with the Guidelines and Local Rule 2016-1.

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.
[3] Capitalized terms used but not defined herein have the meanings given to them in the Application.

3. In respect of the Guidelines and Local Rule 2016-1, I certify that:

    a. I have read the Application;

    b. to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines;

    c. except to the extent that fees or disbursements are prohibited by the Guidelines, the fees and disbursements sought are billed at rates in accordance with practices customarily employed by A&M and generally accepted by A&M's clients; and

    d. in providing a reimbursable service, A&M does not make a profit on that service, whether the service is performed by A&M in house or through a third party.

4. I certify that A&M has previously provided monthly statements of A&M's fees and disbursements by filing and serving monthly statements in accordance with the Interim Compensation Order (as defined in the Application), except that completing reasonable and necessary internal accounting and review procedures may have, at times, precluded filing fee statements within the time periods specified in the Interim Compensation Order.

Dated: May 26, 2022

/s/_____
Julie M. Hertzberg

# **<u>PROPOSED ORDER</u>**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, et al | ) | (Jointly Administered) |
| Debtors. [1] | | |

-------------------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT | ) | No. 19 BK 5523-LTS |
| BOARD FOR PUERTO RICO | | |
| | ) | |
| as representative of | | |
| | ) | |
| PUERTO RICO PUBLIC BUILDINGS AUTHORITY | ) | |
| Debtor | | |

-------------------------------------------------------------------------

**ORDER APPROVING TWELFTH INTERIM FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS
ADVISORS FOR THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF
PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC
BUILDINGS AUTHORITY, FOR THE PERIOD
FEBRUARY 1, 2022 THROUGH MARCH 15, 2022**

Upon the application (the "Application")[2] of Alvarez and Marsal North America, LLC

("A&M") as advisors for the Financial Oversight and Management Board for Puerto Rico (the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801)  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

"Oversight Board") acting as representative of the Puerto Rico Public Buildings Authority (the "Debtor") under section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[3] seeking, pursuant to (a) PROMESA sections 316 and 317, (b) Rule 2016 of the Federal Rules of Bankruptcy Procedure, (c) Local Rule 2016-1, (d) the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 in Larger Chapter 11 Cases* issued by the Executive Office for the United States Trustee, 28 CFR Part 58, Appendix A, and (e) this Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 3269], an allowance of interim compensation for professional services rendered by A&M for the period commencing February 1, 2022 through and including March 15, 2022 in the amount of **$20,965.00**, all of which represents fees earned outside of Puerto Rico; this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED** that:

1. The Application is APPROVED as set forth herein.

2. Compensation to A&M for professional services rendered during the Compensation Period is allowed on an interim basis in the amount of **$20,965.00** all of which represents fees earned outside of Puerto Rico,

3. The Debtor is authorized to pay A&M all fees allowed pursuant to this order, including those that were previously held back pursuant to the Interim Compensation Order, less any amounts previously paid for such fees and expenses under the terms of the Interim Compensation Order.

4. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this order in accordance with the Application.

---

[2] Capitalized terms not defined in this order will have the meanings ascribed to them in the Application.
[3] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

2

Dated: _____, 2022
      San Juan, Puerto Rico

_____
Honorable Laura Taylor Swain
United States District Judge