**Presentment Date**: June 3, 2022
**Objection Deadline**: June 2, 2022 at 4:00 p.m. (AST)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                            Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth and ERS.** |

## NOTICE OF PRESENTMENT OF PROPOSED ORDER GRANTING THE THREE HUNDRED THIRD OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS FOR WHICH THE COMMONWEALTH AND ERS ARE NOT LIABLE (ECF NO. 16030)

**PLEASE TAKE NOTICE** that, on May 26, 2022, the Commonwealth of Puerto Rico (the "Commonwealth") and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Board"), as sole Title III representative of the Debtors pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] hereby submit a *Notice of Presentment of Proposed Order Granting the Three Hundred Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth and ERS are Not Liable* (the "Notice").

PLEASE TAKE FURTHER NOTICE that, on March 12, 2021, the Debtors, by and through the Oversight Board, filed the *Three Hundred Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth and ERS are Not Liable* [ECF No. 16030] (the "Three Hundred Third Omnibus Objection").

PLEASE TAKE FURTHER NOTICE that the Three Hundred Third Omnibus Objection was scheduled for hearing on April 28, 2021.

PLEASE TAKE FURTHER NOTICE that any party against whom the Three Hundred Third Omnibus Objection was served, or any other party to the Debtors' Title III cases who objected to the relief sought therein, was required to file and serve a response to the Three Hundred Third Omnibus Objection with the clerk's office of the United States District Court for the District of Puerto Rico by 4:00 p.m. (Atlantic Time) on April 14, 2021 (the "Response Deadline").

PLEASE TAKE FURTHER NOTICE that, as set forth in Exhibit C to the Three Hundred Third Omnibus Objection, if no response was filed by the Response Deadline, the Three Hundred Third Omnibus Objection "will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the

---

[2]      PROMESA has been codified at 48 U.S.C. §§ 2101–2241.

opinion of the court, the interest of justice requires otherwise."  Ex. C to Three Hundred Third

Omnibus Objection, ECF No. 16030-4, at 3.

PLEASE TAKE FURTHER NOTICE that, according to this Court's *Sixteenth Amended*

*Case Management Procedures* [ECF No. 20190-1]) (the "Case Management Procedures"), the

Court may enter an order granting a request for relief without a hearing upon receipt of a certificate

of no objection ("CNO", as defined by the Case Management Procedures).  *See* Case Management

Procedures, Section III, paragraph P.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Case Management

Procedures, the undersigned hereby certifies that this Notice is filed not less than forty-eight (48)

hours after the expiration of the Response Deadline.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby certifies that counsel

for the Oversight Board has reviewed, not less than forty-eight (48) hours after expiration of the

Response Deadline, (*i*) the docket in the above-captioned case, (*ii*) mailings received by Kroll

Restructuring Associates, LLC ("Kroll"), (*iii*) mailings received by the Oversight Board, and (*iv*)

mailings received by counsel for the Official Committee of Unsecured Creditors of the

Commonwealth of Puerto Rico (the "UCC") and forwarded to counsel for the Oversight Board

(collectively, the "Responses") and, to the best of the undersigned's knowledge, no applicable

objection, responsive pleading, or request for a hearing with respect to the Three Hundred Third

Omnibus Objection has been submitted.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit A** is a proposed

order (the "Proposed Order") granting the relief requested in the Three Hundred Third Omnibus

Objection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Paragraph III.H of the Case Management Procedures, "the presentment of a proposed order for administrative relief must be filed and served at least seven (7) calendar days before the presentment date, and Objections thereto must be filed and served at least one (1) calendar day before the presentment date," and accordingly, unless a written objection to the Proposed Order is filed with the Court **by 4:00 p.m. (Atlantic Time) on June 2, 2022**, the relief requested in the Three Hundred Third Omnibus Objection shall be deemed unopposed, and the Proposed Order may be entered without a further hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.ra.kroll.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

*[Remainder of Page Intentionally Left Blank]*

Dated: May 26, 2022
San Juan, Puerto Rico

Respectfully submitted,

*/s/ Ricardo Burgos Vargas*
Ricardo Burgos Vargas
USDC núm. 218210
**A&S LEGAL STUDIO, PSC**
434 Ave. Hostos
San Juan, PR 00918
Te.: (787) 751-6764
Fax: (787) 763-8260

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial
Oversight and Management Board for
Puerto Rico, as representative of the
Commonwealth of Puerto Rico and the
Employees Retirement System of the
Government of the Commonwealth of
Puerto Rico*