**EXHIBIT A**

| | |
|---|---|
| rebecabarnes@bufetebarnes.com | jrivlin@afscme.org |
| rburgos@adameslaw.com | tpaterson@afscme.org |
| finanzas@asg.pr.gov | martz@afscme.org |
| epo@amgprlaw.com | mfredericks@amerinatls.com |
| loliver@amgprlaw.com | fdearmas@ciacpr.com |
| acasellas@amgprlaw.com | acordova@juris.inter.edu |
| epo@amgprlaw.com | Jramirez@amrclaw.com |
| larroyo@amgprlaw.com | Kellyrivero@hotmail.com |
| acasellas@amgprlaw.com | ccabrera@amrclaw.com |
| loliver@amgprlaw.com | antoniofuentesgonzalez@yahoo.com |
| pjime@icepr.com | mrios@arroyorioslaw.com |
| daniel.bustos@excelerateenergy.com | jfigueroa@arroyorioslaw.com |
| idizengoff@akingump.com | asociacióngerencialescfse@gmail.com |
| pdublin@akingump.com | Marieli.Paradizo@ponce.pr.gov |
| sbaldini@akingump.com | julian.fernandez@metropistas.com |
| bkahn@akingump.com | gonzalo.alcalde@metropistas.com |
| tmclish@akingump.com | yanira.belen@metropistas.com |
| sheimberg@akingump.com | julian.fernandez@metropistas.com |
| athornton@akingump.com | gonzalo.alcalde@metropistas.com |
| Rivalberto@gmail.com | yanira.belen@metropistas.com |
| icastro@alblegal.net | orlando.gonzalez@publicisone.com |
| storres@alblegal.net | david.powlen@btlaw.com |
| ealdarondo@alblegal.net | kevin.collins@btlaw.com |
| drodriguez.alb@gmail.com | antonio.bauza@bioslawpr.com |
| alexandra.bigas@gmail.com | gsilva@bioslawpr.com |
| acasepr@gmail.com | belkgrovas@gmail.com |
| ealmeida@almeidadavila.com | ajb@bennazar.org |
| zdavila@almeidadavila.com | bgm.csp@bennazar.org |
| enrique.almeida@almeidadavila.com | hector.mayol@bennazar.org |

**EXHIBIT A**

| | |
|---|---|
| francisco.delcastillo@bennazar.org | mitch.carrington@butlersnow.com |
| ajb@bennazar.org | martin.sosland@butlersnow.com |
| bgm.csp@bennazar.org | Chris.Maddux@butlersnow.com |
| hector.mayol@bennazar.org | Mitch.Carrington@butlersnow.com |
| francisco.delcastillo@bennazar.org | candice.carson@butlersnow.com |
| rdiaz@bdslawpr.com | stan.ladner@butlersnow.com |
| rosemary.phillips@bnymellon.com | condecarmen@condelaw.com |
| cbg@bobonislaw.com | ls.valle@condelaw.com |
| efl@bobonislaw.com | notices@condelaw.com |
| sbest@brownrudnick.com | howard.hawkins@cwt.com |
| bchew@brownrudnick.com | mark.ellenberg@cwt.com |
| sbeville@brownrudnick.com | thomas.curtin@cwt.com |
| taxelrod@brownrudnick.com | casey.servais@cwt.com |
| schristianson@buchalter.com | bill.natbony@cwt.com |
| vbantnerpeo@buchalter.com | jaclyn.hall@cwt.com |
| rolando@bufete-emmanuelli.com | Jared.Stanisci@cwt.com |
| notificaciones@bufete-emmanuelli.com | mark.ellenberg@cwt.com |
| wilbert_lopez@yahoo.com | ioliver@ccsllp.com |
| remmanuelli@me.com | cvilaro@ccsllp.com |
| rolando@bufete-emmanuelli.com | Adiaz@cnrd.com |
| notificaciones@bufete-emmanuelli.com | Kbolanos@cnrd.com |
| wilbert_lopez@yahoo.com | avalencia@cnrd.com |
| zoe@emmanuelli.law | crivera@cnr.law |
| ignacio@bufetefernandezalcaraz.com | jf@cardonalaw.com |
| mcrm100@msn.com | delapena.sylvia@gmail.com |
| mitch.carrington@butlersnow.com | carla.rodriguezbernier@yahoo.com |
| adam.langley@butlersnow.com | quilichinipazc@microjuris.com |
| jeb.bailey@butlersnow.com | carloscardonafe@hotmail.com |
| chris.maddux@butlersnow.com | lcdo.carlos.e.riverajustiniano@gmail.com |

**EXHIBIT A**

| | |
|---|---|
| carlosfernandez@cfnlaw.com | dgooding@choate.com |
| carlosvergne@aol.com | cintrongarcialaw@gmail.com |
| hburgos@cabprlaw.com | gmchg24@gmail.com |
| rcasellas@cabprlaw.com | eduardo@cobianroig.com |
| dperez@cabprlaw.com | pdechiara@cwsny.com |
| dbatlle@cstlawpr.com | fecolon@colonramirez.com |
| emontull@cstlawpr.com | fecolon@colonramirez.com |
| ltorres@cstlawpr.com | valvarados@gmail.com |
| lllach@cstlawpr.com | ausubopr88@gmail.com |
| jcasillas@cstlawpr.com | jlopez@constructorasantiago.com |
| jnieves@cstlawpr.com | jarrastia@continentalpllc.com |
| etejeda@cstlawpr.com | jsuarez@continentalpllc.com |
| jcasillas@cstlawpr.com | acastaldi@continentalpllc.com |
| jnieves@cstlawpr.com | reed.smith@cooley.com |
| lramos@cstlawpr.com | bmd@bmdcounselors.com |
| lllach@cstlawpr.com | bmd@bmdcounselors.com |
| SwainDPRCorresp@nysd.uscourts.gov | bmd@cordovadick.com |
| cacuprill@cuprill.com | bmd@cordovadick.com |
| garciamirandalaw@gmail.com | ra@calopsc.com |
| cgarcia@garciariveralaw.com | scriado@calopsc.com |
| ccuprill@cuprill.com | rvalentin@calopsc.com |
| charliehernandezlaw@gmail.com | ejcr@corretjerlaw.com |
| rnies@csglaw.com | rco@crlawpr.com |
| gspadoro@csglaw.com | rco@crlawpr.com |
| mlepelstat@csglaw.com | carlos.iguina@multinationalpr.com |
| mcaruso@csglaw.com | dmolinalaw@gmail.com |
| softedal@choate.com | davidcarrionb@aol.com |
| mbarulli@choate.com | donald.bernstein@davispolk.com |
| jsantiago@choate.com | brian.resnick@davispolk.com |

**EXHIBIT A**

| | |
|---|---|
| angela.libby@davispolk.com | Donna.Maldonado@popular.com |
| jcdeliz@delizlegal.com | carloslsuarez@gmail.com |
| jcdeliz@doingbusinesspr.com | jfnevares-law@microjuris.com |
| wssbankruptcy@gmail.com | edgardo_barreto@yahoo.com |
| cabruens@debevoise.com | emunozPSC@gmail.com |
| eworenklein@debevoise.com | dortiz@elpuente.us |
| aceresney@debevoise.com | elian.escalante@gmail.com |
| lzornberg@debevoise.com | Regan.Michael@epa.gov |
| allan.brilliant@dechert.com | wmarcari@ebglaw.com |
| eric.brunstad@dechert.com | escanellas@prtc.net |
| stuart.steinberg@dechert.com | cetj@maaspr.com |
| michael.doluisio@dechert.com | agestrella@estrellallc.com |
| rlatorre@delvallegroup.net | kcsuria@estrellallc.com |
| hreynolds@delvallegroup.net | fojeda@estrellallc.com |
| afernandez@delgadofernandez.com | Rafael.Echevarria@evertecinc.com |
| delgadomirandalaw@gmail.com | lpabonroca@microjuris.com |
| wburgos@justicia.pr.gov | clarisasola@hotmail.com |
| lypagan@trabajo.pr.gov | lpabonroca@microjuris.com |
| gramlui@yahoo.com | clarisasola@hotmail.com |
| rcastellanos@devconlaw.com | Rina.Longo@FaegreDrinker.com |
| ventas@deya.com | pjime@icepr.com |
| kbolanos@diazvaz.law | legal.fmpr@gmail.com |
| diazsotolaw@gmail.com | beth@feganscott.com |
| corraldieg@gmail.com | jfeldesman@FTLF.com |
| mariana.muniz@dlapiper.com | fmontanezmiran@yahoo.com |
| jose.sosa@dlapiper.com | rcamara@ferraiuoli.com |
| brett.ingerman@US.dlapiper.com | scolon@ferraiuoli.com |
| richard.chesley@dlapiper.com | cflaw.bk@gmail.com |
| rachel.albanese@dlapiper.com | n.tactuk@ferrovial.com |

**EXHIBIT A**

| | |
|---|---|
| figueroaymorgadelaw@yahoo.com | gramlui@yahoo.com |
| msmall@foley.com | MARKV@HBSSLAW.com |
| tdolcourt@foley.com | steve@hbsslaw.com |
| bkfilings@fortuno-law.com | ygc@rclopr.com |
| bufetefrgonzalez@gmail.com | ygc1@prtc.net |
| gacarlo@carlo-altierilaw.com | handuze@microjuris.com |
| gaclegal@gmail.com | jmoralesb@microjuris.com |
| gacarlo@carlo-altierilaw.com | corraldieg@gmail.com |
| juans@prtc.net | hernandezrodriguezlaw@gmail.com |
| ifullana@gaflegal.com | ehernandez@lawservicespr.com |
| contact@genesissecuritypr.com | erin.brady@hoganlovells.com |
| jgenovese@gjb-law.com | robin.keller@hoganlovells.com |
| mguitian@gjb-law.com | ronald.silverman@hoganlovells.com |
| jarrastia@gjb-law.com | michael.hefter@hoganlovells.com |
| jlgere@gmail.com | sara.posner@hoganlovells.com |
| courtneyrcarroll@gierbolinicarroll.com | pieter.vantol@hoganlovells.com |
| miguelgierbolini@gierbolinicarroll.com | jesus.cuza@hklaw.com |
| dg@g-glawpr.com | bos-bankruptcy@hklaw.com |
| rgv@g-glawpr.com | mvega@senado.pr.gov |
| rgv@g-glawpr.com | rrich2@huntonak.com |
| crodriguez-vidal@gaclaw.com | Mimi.M.Wong@irscounsel.treas.gov |
| scastillo@gaclaw.com | Mimi.M.Wong@irscounsel.treas.gov |
| marielopad@gmail.com | Thomas.M.Rath@IRSCOUNSEL.TREAS.gov |
| Jnieves@gonzalezmunozlaw.com | ifullana@gaflegal.com |
| cbrown@goodwinlaw.com | janebeckerwhitaker@gmail.com |
| Huttonj@gtlaw.com | irg@roldanlawpr.com |
| Haynesn@gtlaw.com | irm@roldanlawpr.com |
| fingerk@gtlaw.com | glenncarljameslawoffices@gmail.com |
| haynesn@gtlaw.com | mroot@jenner.com |

**EXHIBIT A**

| | |
|---|---|
| csteege@jenner.com | phammer@krcl.com |
| rgordon@jenner.com | jesther27@aol.com |
| rlevin@jenner.com | santos.giancarlo@gmail.com |
| cwedoff@jenner.com | dkaron@karonllc.com |
| csteege@jenner.com | amishaan@kasowitz.com |
| info@jesusriveradelgado.com | ckelly@kasowitz.com |
| rrivera@jgl.com | asteinberg@kslaw.com |
| apico@jgl.com | sdavidson@kslaw.com |
| rrivera@jgl.com | swisotzkey@kmksc.com |
| jlg@joselgarcia.com | rbillings@kmksc.com |
| brosenblum@jonesday.com | aperez@kpmg.com |
| bheifetz@jonesday.com | Lnegron@kpmg.com |
| cdipompeo@jonesday.com | acaton@kramerlevin.com |
| bbennett@jonesday.com | tmayer@kramerlevin.com |
| iperez@jonesday.com | dblabey@kramerlevin.com |
| jareeder@jonesday.com | dbuckley@kramerlevin.com |
| tuttieguerrero@yahoo.com | nhamerman@kramerlevin.com |
| jpsala_pr@yahoo.com | abyowitz@kramerlevin.com |
| salalawyers@yahoo.com | ghorowitz@kramerlevin.com |
| jorgequintanalajara@gmail.com | boneill@kramerlevin.com |
| barrios.jl@outlook.com | puertoricoteam@primeclerk.com |
| barrios.jl@outlook.com | serviceqa@primeclerk.com |
| jwc@jwcartagena.com | nlandrau@landraulaw.com |
| riveraroman@hotmail.com | adam.goldberg@lw.com |
| javrua@gmail.com | liza.burton@lw.com |
| juan@jahrlaw.com | christopher.harris@lw.com |
| jsoto@jbsblaw.com | jeff.bjork@lw.com |
| cortequiebra@yahoo.com | michael.reiss@lw.com |
| ileanaortix@outlook.com | michael.reiss@lw.com |

**EXHIBIT A**

| | |
|---|---|
| agraitfe@agraitlawpr.com | marianifrancolaw@gmail.com |
| acevedovila1@gmail.com | jnegron@mhlex.com |
| pola@frankpolajr.com | rsantiago@mhlex.com |
| herreroiLLL@herrerolaw.com | lmarini@mpmlawpr.com |
| herreroiLLL@herrerolaw.com | cvelaz@mpmlawpr.com |
| janebeckerwhitaker@yahoo.com | mmuniz@mpmlawpr.com |
| craigmcc@me.com | rlm@martilaw.com |
| carlosalbertoruizquiebras@gmail.com | jnazario@martilaw.com |
| norbertocolonalvarado@yahoo.com | fjramos@martilaw.com |
| fpabon@lvvlaw.com | jnazario@martilaw.com |
| rrodriguez@juris.inter.edu | Clark.whitmore@maslon.com |
| suarezcobo@gmail.com | Brian.klein@maslon.com |
| dvelawoffices@gmail.com | Jason.reed@maslon.com |
| abhishek.kalra@lehmanholdings.com | Ana.chilingarishvili@maslon.com |
| lemuel.law@gmail.com | bill.pentelovitch@maslon.com |
| ivandialo2001@yahoo.com | john.duffey@maslon.com |
| alinares2020@yahoo.com | maxtruj@gmail.com |
| loomislegal@gmail.co | julia.mignuccisanchez@gmail.com |
| alavergne@lsplawpr.com | lfr@mcvpr.com |
| jsanchez@lsplawpr.com | nzt@mcvpr.com |
| alavergne@lsplawpr.com | aaa@mcvpr.com |
| wlugo@lugomender.com | ezm@mcvpr.com |
| lawlugo1@gmail.com | rcq@mcvpr.com |
| luisfredsalgado@hotmail.com | ajc@mcvpr.com |
| vegaramosluis@gmail.com | MPC@mcvpr.com |
| jorge@mlrelaw.com | jam@mcvpr.com |
| emil@mlrelaw.com | gpv@mcvpr.com |
| rdesoto@mapfrepr.com | lpp@mcvpr.com |
| mfvelezquiebras@gmail.com | ajg@mcvpr.com |

**EXHIBIT A**

| | |
|---|---|
| its@mcvpr.com | rschell@msglawpr.com |
| lpf@mcvpr.com | luislluberas@mvalaw.com |
| nzt@mcvpr.com | ramon.dapena@mbcdlaw.com |
| aaa@mcvpr.com | ramon.dapena@mbcdlaw.com |
| ezm@mcvpr.com | ivan.llado@mbcdlaw.com |
| rcq@mcvpr.com | ramon.dapena@mbcdlaw.com |
| ajc@mcvpr.com | victor.quinones@mbcdlaw.com |
| MPC@mcvpr.com | ivan.llado@mbcdlaw.com |
| jam@mcvpr.com | kurt.mayr@morganlewis.com |
| gpv@mcvpr.com | david.lawton@morganlewis.com |
| lpp@mcvpr.com | JPeck@mofo.com |
| ajg@mcvpr.com | GLee@mofo.com |
| its@mcvpr.com | jpeck@mofo.com |
| harlawpr@gmail.com | glee@mofo.com |
| bqwhite@mwe.com | jnewton@mofo.com |
| fperlman@mwe.com | lhughes@mofo.com |
| amccollough@mcguirewoods.com | akissner@mofo.com |
| asoutherling@mcguirewoods.com | jpalmore@mofo.com |
| jfelicianoacosta@mcguirewoods.com | jbrugue@mbbclawyers.com |
| serrano.urdaz.law@hotmail.com | man@nblawpr.com |
| ddunne@milbank.com | nroblesdiaz@gmail.com |
| amiller@milbank.com | info@NSACLAW.com |
| gmainland@milbank.com | anevares@nsaclaw.com |
| jhughes2@milbank.com | lcancel@nsaclaw.com |
| johring@milbank.com | ifullana@gaflegal.com |
| sanchez.lebron501@gmail.com | hermann.bauer@oneillborges.com |
| dmonserrate@msglawpr.com | ubaldo.fernandez@oneillborges.com |
| fgierbolini@msglawpr.com | Carla.garcia@oneillborges.com |
| msimonet@msglawpr.com | gabriel.miranda@oneillborges.com |

**EXHIBIT A**

| | |
|---|---|
| carlos.valldejuly@oneillborges.com | anthonybuscarino@paulhastings.com |
| nrivera@oeg.pr.gov | alexbongartz@paulhastings.com |
| robert.graham@offitkurman.com | nicholasbassett@paulhastings.com |
| l.ortizsegura@ploolaw.com | arosenberg@paulweiss.com |
| lawrog@gmail.com | rrosen@paulweiss.com |
| emckeen@omm.com | wrieman@paulweiss.com |
| apavel@omm.com | kkimpler@paulweiss.com |
| jrapisardi@omm.com | kzeituni@paulweiss.com |
| pfriedman@omm.com | gpavia@pavialazaro.com |
| dperez@omm.com | gerardopavialaw@msn.com |
| dcantor@omm.com | peajeinfo@dechert.com |
| mdiconza@omm.com | pevarfon@gmail.com |
| wsushon@omm.com | luis.vazquez@peerlessoil.com |
| mkremer@omm.com | geisenberg@perkinscoie.com |
| golivera@omm.com | petercheinsr@gmail.com |
| roppenheimer@omm.com | mmercado@mercado-echegaray-law.com |
| mpocha@omm.com | margaritalmercado@gmail.com |
| pfriedman@omm.com | oramos@pmalaw.com |
| ofernandez@oflawoffice.com | mtrelles@pmalaw.com |
| mmo@oronozlaw.com | lramos@plclawpr.com |
| TRowe@orrick.com | bjquintana@quintanapr.com |
| gonzalezbadillo@gmail.com | erovira@polymerpr.com |
| toledo.bankruptcy@gmail.com | gpaz@populicom.com |
| Otero_and_assoc@hotmail.com | gbrenner@proskauer.com |
| daniel.elkort@patternenergy.com | ckass@proskauer.com |
| lucdespins@paulhastings.com | rkim@proskauer.com |
| andrewtenzer@paulhastings.com | mbienenstock@proskauer.com |
| jamesbliss@paulhastings.com | ppossinger@proskauer.com |
| jamesworthington@paulhastings.com | ebarak@proskauer.com |

**EXHIBIT A**

| | |
|---|---|
| sratner@proskauer.com | erickay@quinnemanuel.com |
| tmungovan@proskauer.com | johnshaffer@quinnemanuel.com |
| bbobroff@proskauer.com | matthewscheck@quinnemanuel.com |
| mfirestein@proskauer.com | zacharyrussell@quinnemanuel.com |
| lrappaport@proskauer.com | vcandelario@qaclaw.com |
| cfebus@proskauer.com | damarisqv@bufetequinones.com |
| kperra@proskauer.com | rafael.ortiz.mendoza@gmail.com |
| jerichman@proskauer.com | rtorres@torresrodlaw.com |
| jalonzo@proskauer.com | rgtolaw@gmail.com |
| JLevitan@proskauer.com | rgtolaw@gmail.com |
| BRosen@proskauer.com | ytoyos@ramostoyoslaw.com |
| dmunkittrick@proskauer.com | erb@rodriguezbinetlaw.com |
| wdalsen@proskauer.com | dschlecker@reedsmith.com |
| MHackett@proskauer.com | kgwynne@reedsmith.com |
| lstafford@proskauer.com | lsizemore@reedsmith.com |
| ppossinger@proskauer.com | jroach@reedsmith.com |
| sweise@proskauer.com | vizcarrondo@reichardescalera.com |
| LRappaport@proskauer.com | vizcarrondo@reichardescalera.com |
| mfirestein@proskauer.com | escalera@reichardescalera.com |
| prosol@utier.org | arizmendis@reichardescalera.com |
| prodriguez@prvlaw.com | vizcarrondo@reichardescalera.com |
| penagaricanobrownusdc@gmail.com | fvander@reichardescalera.com |
| Javier.Tirado@aafaf.pr.gov | riverac@reichardescalera.com |
| Rocio.Valentin@aafaf.pr.gov | cdavila@reichardescalera.com |
| fsilva@claropr.com | maria.baco@msn.com |
| john.shaffer@quinnemanuel.com | mpico@rexachpico.com |
| susheelkirpalani@quinnemanuel.com | prcr@mcvpr.com |
| ericwinston@quinnemanuel.com | rhoncat@netscape.net |
| danielsalinas@quinnemanuel.com | filippetti_r@hotmail.com |

**EXHIBIT A**

| | |
|---|---|
| castilloricardo977@gmail.com | avb@sbgblaw.com |
| ortizcolonricardo@gmail.com | jsanabria@sbgblaw.com |
| rortiz@rloclaw.onmicrosoft.com | jdavila@sbgblaw.com |
| Dzinman@perkinscoie.com | jreyes@sanchezlrv.com |
| nrickenbach@rickenbachpr.com | |
| victorriverarios@rcrtrblaw.com | gviviani@sanpir.com |
| victor.rivera@rcrtrblaw.com | jreyes@sanpir.com |
| etulla@riveratulla.com | jsanchez@sanpir.com |
| icabrera@riveratulla.com | alavergne@sanpir.com |
| marivera@riveratulla.com | santilawoffice@yahoo.com |
| romn1960@gmail.com | santosberriosbk@gmail.com |
| estudiolegalrivera2@gmail.com | sramirez@sarlaw.com |
| buzz.rochelle@romclaw.com | douglas.mintz@srz.com |
| kdm@romclaw.com | peter.amend@srz.com |
| rosasegui@yahoo.com | michael.cook@srz.com |
| mrm@rmlawpr.com | eric.prather@srz.com |
| mrm@rmlawpr.com | thomas.mott@srz.com |
| Douglas.Hallward-Driemeier@ropesgray.com | Rgf@mcvpr.com |
| Daniel.Egan@ropesgray.com | secbankruptcy@sec.gov |
| gregg.galardi@ropesgray.com | NYROBankruptcy@sec.gov |
| r.miranda@rmirandalex.net | bankruptcynoticeschr@sec.gov |
| rprats@rpplaw.com | epo@amgprlaw.com |
| carlos.lugo@saldanalaw.com | emaldonado@smlawpr.com |
| hector.saldana@saldanalaw.com | acouret@smlawpr.com |
| lsaldana@scvrlaw.com | adeliz@smlawpr.com |
| arotger@scvrlaw.com | jsantos@smlawpr.com |
| jsanchez@scvrlaw.com | FSosnick@Shearman.com |
| jsalichs@splawpr.com | LLarose@sheppardmullin.com |
| avb@sbgblaw.com | NBhatt@sheppardmullin.com |

**EXHIBIT A**

| | |
|---|---|
| goplerud@sagwlaw.com | Saultoledo22@yahoo.com |
| howie@sagwlaw.com | luis.bautista@scotiabank.com |
| jmenen6666@gmail.com | Mcantor4@mac.com |
| bfriedman@stblaw.com | rich.katz@torquepointllc.com |
| nbaker@stblaw.com | rfc@thefinancialattorneys.com |
| jyoungwood@stblaw.com | andres@awllaw.com |
| david.elbaum@stblaw.com | edgardo@therivera.group |
| MARIAE.HERNANDEZ@prepa.com | mvega@vega-rivera.com |
| MARIAE.HERNANDEZ@prepa.com | edgardo@therivera.group |
| carmen.herrero@prepa.com | mvega@vega-rivera.com |
| Paul.lockwood@skadden.com | Mfb@tcmrslaw.com |
| shana.elberg@skadden.com | Lft@tcmrslaw.com |
| bramstrochlic@skadden.com | nperez@tcmrslaw.com |
| skyhighelevators@gmail.com | jvankirk@tcmrslaw.com |
| pglassman@sycr.com | Paula.Flowers@TransCore.com |
| cmechling@stroock.com | Beverly.freeney@usbank.com |
| smillman@stroock.com | rebecca.cutri-kohart@usdoj.gov |
| kpasquale@stroock.com | rebecca.cutri-kohart@usdoj.gov |
| cmechling@stroock.com | Thomas.g.ward@usdoj.gov |
| smillman@stroock.com | doman@ubarri-romanlaw.com |
| khansen@stroock.com | unionecfse@yahoo.com |
| jcanfield@stroock.com | migade19@hotmail.com |
| akaplan@susmangodfrey.com | jaimeenriquecruzalvarez@gmail.com |
| mkelso@susmangodfrey.com | christopher.connolly@usdoj.gov |
| nmanne@susmangodfrey.com | Bradley.Humphreys@usdoj.gov |
| kzuniga@susmangodfrey.com | velez.hector@epa.gov |
| jlopez@constructorasantiago.com | mark.gallagher@usdoj.gov |
| tanairapadilla@yahoo.com | matthew.troy@usdoj.gov |
| rebecabarnes@bufetebarnes.com | stephen.pezzi@usdoj.gov |

**EXHIBIT A**

matthew.troy@usdoj.gov

stephen.pezzi@usdoj.gov

jessica.cole@usdoj.gov

deindprcorresp@mad.uscourts.gov

rtoro@universalpr.com

wardlow.w.benson@usdoj.gov

USTP.Region21@usdoj.gov

hvaldes@v-olaw.com

jeva@valenzuelalaw.net

jose.enrico.valenzuela1@gmail.com

hernandezrodriguez.v@gmail.com

vero@ferraiuoli.pr

hvicente@vclawpr.com

victor@calderon-law.com

jvilarino@vilarinolaw.com

jvilarino@vilarinolaw.com

ramonvinas@vinasllc.com

ramonvinas@vinasllc.com

Rgmason@wlrk.com

Arwolf@wlrk.com

Eakleinhaus@wlrk.com

AKHerring@wlrk.com

kelly.diblasi@weil.com

gabriel.morgan@weil.com

jonathan.polkes@weil.com

gregory.silbert@weil.com

robert.berezin@weil.com

swb@wbmvlaw.com

sawbacal@aol.com

pwm@wbmvlaw.com

prwolverine@gmail.com

jvv@wbmvlaw.com

javier.a.vega@gmail.com

gkurtz@whitecase.com

jcunningham@whitecase.com

brian.pfeiffer@whitecase.com

michele.meises@whitecase.com

jzakia@whitecase.com

jcunningham@whitecase.com

fdelahoz@whitecase.com

csloane@whitecase.com

jgreen@whitecase.com

wilbert_lopez@yahoo.com

william.m.vidal@gmail.com

wssbankruptcy@gmail.com

wssbankruptcy@gmail.com

mstancil@willkie.com

chardman@winston.com

jmotto@winston.com

ldelgado@winston.com

JLawlor@wmd-law.com

jpatton@ycst.com

rbrady@ycst.com

mneiburg@ycst.com

carlos.negron@altolenterprises.com

carlos.negron@altolenterprises.com