# REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre _Irma Colón Vega_

Dirección Postal _P.O. Box 846868_
_Coto Laurel, Puerto Rico_
_00780-6868_

Teléfono de contacto res. ___—___ cel. _787 638-9366_

Número de reclamo: _139162, 140270 y 143397_

II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
   _Ley# 134 - Aport. Acu. Retir   Julio de 1996_
   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008
   _Ley 164 - Aumento Sueldo         Julio de 2003_
   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
        Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995
   _Ley 134 - Aport Acu Retro   Julio de 1996_
   Ley de Escala Salarial – Pasos del 6 de junio de 2008
   _Ley 164 Aumento Sueldo       Julio de 2003_
   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el __5__ de __diciembre__ de __1985__ hasta el __1__ de __enero__ de __2011__. Culmine mi laborar como __Ofic. ordenes de servi Gen y Rep de Servi III__ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

__Irma Colón Vega__
Nombre en letra de molde

__Irma Colón Vega__   10-2-2021
Firma

Fecha del orig. 8-7-18

P.D. El fundamento de mi reclamo es por dinero adeudado por concepto de aumentos de Leyes que se firmaron durante mis años de servicio con Puerto Rico Telephone Co. Ley 164 Aumento Sueldo Julio 2003, Ley 89 - Rosera 20 Julio 1995 y Ley 164 s.l.a.u. Calderon de 2004. Por lo cual no estoy de acuerdo que se cancele mi reclamo.

Muchas gracias por la pronta atención al respecto.

P.D. Incluyo recibo de correo postal con fecha 1-8-22 cuando envié Réplica de objeción Global.

Muchas Gracias
Irma Colón