

## UNITED STATES POSTAL SERVICE.

JUANA DIAZ
72 CALLE EXT MUNOZ RIVERA
JUANA DIAZ, PR 00795-9998
(800)275-8777

01/08/2022  10:55 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail Large Envelope San Juan, PR 00918 Weight: 0 lb 1.40 oz Estimated Delivery Date Tue 01/11/2022 | 1 | | $1.36 |
| First-Class Mail® Large Envelope New York, NY 10036 Weight: 0 lb 1.40 oz Estimated Delivery Date Thu 01/13/2022 | 1 | | $1.36 |
| First-Class Mail® Large Envelope New York, NY 10166 Weight: 0 lb 1.40 oz Estimated Delivery Date Thu 01/13/2022 | 1 | | $1.36 |

Grand Total: $4.08

Cash $10.08
Change -$6.00

*********************************************
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
*********************************************

The timeliness of service to or from
destinations outside the contiguous US may
be affected by the limited availability of
transportation.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.



PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

**IRMA VEGA**
XXX-XX-0432

Para la ex empleada de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 05 de diciembre de 1988.
- Trabajó como empleada regular hasta el 01 de enero de 2011.
- A la fecha de su baja devengaba un salario por hora de

Esta certificación tiene sello oficial a relieve que confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a lunes, 03 de febrero de 2020.

Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords