| EXHIBIT B | | | | | | | |
|---|---|---|---|---|---|---|---|
| SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION FOR FEE PERIOD | | | | | | | |
| Name | Title or Position | Department | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | Number of Rate Increases Since Case Inception |
| Juan J. Casillas | Partner | Labor and Litigation | 1997 | $99,441.00 | 368.30 | $270.00 | 0 |
| Luis F. Llach | Partner | Labor and Litigation | 2004 | $41,553.00 | 153.90 | $270.00 | 0 |
| Luis L. Torres | Partner | Corporate and Taxes | 1997 | $2,052.00 | 7.60 | $270.00 | 0 |
| Miguel Santiago | Partner | Corporate and Taxes | 1998 | $3,105.00 | 11.50 | $270.00 | 0 |
| | | **Total Partner:** | | **$146,151.00** | **541.30** | | |
| Amarily Maldonado | Member | Corporate and Taxes | 2008 | $81.00 | 0.30 | $270.00 | 1 |
| Luis Ramos | Member | Labor and Litigation | 2002 | $81.00 | 0.30 | $270.00 | 1 |
| | | **Total Partner:** | | **$162.00** | **0.60** | | |
| Edna Tejeda | Counsel | Labor and Litigation | 2001 | $5,902.00 | 22.70 | $260.00 | 0 |
| Rene Comas | Counsel | Labor and Litigation | 1997 | $260.00 | 1.00 | $260.00 | 0 |

1

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  | **Total Counsel:** |  | **$6,162.00** | **23.70** |  |  |
| Juan Nieves | Junior Partner | Labor and Litigation | 2012 | $62,496.00 | 260.40 | $240.00 | 1 |
| Juan Nieves | Junior Partner | Labor and Litigation | 2012 | $2,424.00 | 20.20 | $120.00 |  |
| Natalia Del Nido | Junior Partner | Labor and Litigation | 2011 | $4,608.00 | 19.20 | $240.00 | 1 |
| Natalia Palmer | Junior Partner | Corporate and Taxes | 2009 | $696.00 | 2.90 | $240.00 | 0 |
|  |  | **Total Junior Partner:** |  | **$70,224.00** | **302.70** |  |  |
| Cristina Fernández | Senior Associate | Labor and Litigation | 2015 | $16,440.00 | 82.20 | $200.00 | 1 |
| Fernando Ayala | Senior Associate | Corporate and Taxes | 2014 | $1,700.00 | 8.50 | $200.00 | 0 |
|  |  | **Total Senior Associate:** |  | **$18,140.00** | **90.70** |  |  |
| Paralegal Services | Paralegal | Labor and Litigation |  | $1,425.00 | 15.00 | $95.00 | 0 |
|  |  | **Total Paraprofessional:** |  | **$1,425.00** | **15.00** |  |  |
|  | **Total:** |  |  | **$242,264.00** | **974.00** |  |  |
|  | **Blended Rate:** |  |  |  |  | **$248.73** |  |
|  | **Blended Rate Excluding Paraprofessionals:** |  |  |  |  | **$251.14** |  |