# EXHIBIT D

# SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| | EXHIBIT D-1 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET | | | | | | | | | |
| **Task Code and Project Category** | **Budgeted Hours** | | | | | **Billed Hours** | | | | |
| | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Total | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Total |
| B110 Case Administration | 3.00 | 5.00 | 7.00 | 28.00 | 43.00 | 5.50 | 5.00 | 1.30 | 12.80 | 24.60 |
| B112 General Creditor Inquiries | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B113 Pleadings Review | 55.00 | 55.00 | 63.00 | 80.00 | 253.00 | 91.90 | 55.00 | 65.90 | 36.00 | 248.80 |
| B120 Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B130 Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B140 Relief from Stay / Adequate Protection Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 5.00 | 8.00 | 15.00 | 15.00 | 43.00 | 9.60 | 3.10 | 7.50 | 6.50 | 26.70 |
| B155 Court Hearings | 5.00 | 15.00 | 10.00 | 15.00 | 45.00 | 5.40 | 30.10 | 1.00 | 9.00 | 45.50 |
| B160 Employment / Fee Applications | 1.00 | 18.00 | 3.00 | 3.00 | 25.00 | 0.00 | 20.20 | 0.70 | 0.40 | 21.30 |
| B161 Budgeting (Case) | 3.00 | 3.00 | 2.00 | 2.00 | 10.00 | 1.70 | 1.60 | 2.30 | 1.10 | 6.70 |
| B165 Fee and Employment Applications of Other Professionals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B170 Fee and Employment Objections | 1.00 | 2.00 | 2.00 | 2.00 | 7.00 | 0.00 | 0.00 | 0.00 | 2.10 | 2.10 |
| B180 Avoidance Action | 58.00 | 48.00 | 52.00 | 70.00 | 228.00 | 69.90 | 48.00 | 15.40 | 67.50 | 200.80 |

1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B185 Assumption / Rejection of Leases and Contracts | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B190 Other Contested Matters | 10.00 | 25.00 | 30.00 | 55.00 | 120.00 | 15.90 | 21.40 | 43.30 | 51.40 | 132.00 |
| B191 General Litigation | 32.00 | 45.00 | 55.00 | 85.00 | 217.00 | 46.30 | 44.20 | 57.00 | 12.80 | 160.30 |
| B195 Non-Working Travel | 1.00 | 2.00 | 5.00 | 8.00 | 16.00 | 11.60 | 0.00 | 5.20 | 3.40 | 20.20 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B220 Employee Benefits / Pensions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B230 Financing / Cash Collections | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B231 Security Document Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B261 Investigations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B310 Claims Administration and Objections | 1.00 | 15.00 | 15.00 | 15.00 | 46.00 | 5.40 | 15.00 | 21.30 | 15.00 | 56.70 |
| B312 Objections to Claims | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B320 Plan and Disclosure Statement | 3.00 | 13.00 | 4.00 | 10.00 | 30.00 | 2.80 | 13.00 | 0.00 | 6.10 | 21.90 |
| B420 Restructurings | 2.00 | 3.00 | 10.00 | 8.00 | 23.00 | 6.40 | 0.00 | 0.00 | 0.00 | 6.40 |
| **TOTAL HOURS** | **180.00** | **257.00** | **273.00** | **396.00** | **1,106.00** | **272.40** | **256.60** | **220.90** | **224.10** | **974.00** |
| **TOTAL FEES** | **$45,360.00** | **$64,764.00** | **$68,796.00** | **$99,792.00** | **$278,712.00** | **$67,733.00** | **$64,692.00** | **$54,285.00** | **$55,554.00** | **$242,264.00** |

2

# FURTHER BREAKDOWN OF COMPENSATION REQUESTED BY PROJECT CATEGORY AND BY MATTER

### General (Matter ID: 396-00002)

| Task Code and Project Category | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 5.50 | $1,058.00 |
| B113 - Pleadings Review | 190.20 | $47,405.00 |
| B150 - Meetings of and Communications with Creditors | 22.10 | $5,894.00 |
| B155 - Court Hearings | 45.50 | $12,110.00 |
| B180 - Avoidance Action | 4.40 | $1,188.00 |
| B190 - Other Contested Matters | 33.00 | $8,080.50 |
| B191 - General Litigation | 28.40 | $7,126.50 |
| B320 - Plan and Disclosure Statement | 21.90 | $5,892.00 |
| B420 - Restructurings | 6.40 | $1,728.00 |
| **Total** | **357.40** | **$90,482.00** |

### PREPA (Matter ID: 396-00006)

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Review | 27.10 | $7,093.00 |
| B150 - Meetings of and Communications with Creditors | 1.50 | $405.00 |
| B190 - Other Contested Matters | 27.20 | $7,110.00 |
| B191 - General Litigation | 6.40 | $1,675.50 |
| **Total** | **62.20** | **$16,283.50** |

### HTA (Matter ID: 396-00007)

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 0.90 | $243.00 |
| B113 - Pleadings Review | 12.00 | $3,226.00 |
| B150 - Meetings of and Communications with Creditors | 2.70 | $729.00 |
| B190 - Other Contested Matters | 1.20 | $324.00 |
| **Total** | **16.80** | **$4,522.00** |

### ERS (Matter ID: 396-00008)

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Review | 0.40 | $80.00 |
| **Total** | **0.40** | **$80.00** |

**Adversary Proceedings (Matter ID: 396-00009)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110   - Case Administration | 5.10 | $1,368.00 |
| B113   - Pleadings Review | 3.50 | $945.00 |
| B190   - Other Contested Matters | 0.60 | $162.00 |
| **Total** | **9.20** | **$2,475.00** |

**Fee Application (Matter ID: 396-00015)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B160   - Fee/Employment Applications | 21.30 | $4,356.50 |
| B161   - Budgeting (Case) | 6.70 | $1,797.00 |
| B170   - Fee/Employment Objections | 2.10 | $567.00 |
| **Total** | **30.10** | **$6,720.50** |

**Claims Review (Matter ID: 396-00017)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110   - Case Administration | 0.60 | $162.00 |
| B113   - Pleadings Review | 1.30 | $351.00 |
| B190   - Other Contested Matters | 67.20 | $16,560.00 |
| B191   - General Litigation | 107.20 | $26,052.00 |
| B195   - Non-Working Travel | 20.20 | $2,424.00 |
| B310   - Claims Administration and Objections | 50.50 | $12,453.00 |
| **Total** | **247.00** | **$58,002.00** |

**Avoidance Actions (Matter ID: 396-00018)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110   - Case Administration | 12.50 | $3,357.00 |
| B113   - Pleadings Review | 14.30 | $3,861.00 |
| B150   - Meetings of and Communications with Creditors | 0.40 | $108.00 |
| B180   - Avoidance Action | 196.40 | $49,221.00 |
| B190   - Other Contested Matters | 2.80 | $687.00 |
| B191   - General Litigation | 18.30 | $4,941.00 |
| B310   - Claims Administration and Objections | 6.20 | $1,524.00 |
| **Total** | **250.90** | **$63,699.00** |

**EXHIBIT D-2**

**SUMMARY OF EXPENSES BY CATEGORY**

| Category | Amount |
|---|---:|
| Court Solutions Fees re: Appearance at Hearings | $70.00 |
| Delivery Expense | $70.00 |
| Filing Fee re: Pro Hac Vice Application | $300.00 |
| Outside Photocopying Expense | $2,824.41 |
| Photocopies Expense | $217.00 |
| Postage Expense | $643.80 |
| Transcription of Hearings | $394.80 |
| **Total** | **$4,520.01** |