# EXHIBIT E

## BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR

### October 2021 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $62,625.00 | $56,362.50 | $493.00 | $56,855.50 |
| PREPA | $2,125.00 | $1,912.50 | $0.00 | $1,912.50 |
| HTA | $2,983.00 | $2,684.70 | $0.00 | $2,684.70 |
| ERS | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$67,733.00** | **$60,959.70** | **$493.00** | **$61,452.70** |

### November 2021 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $61,734.50 | $55,561.05 | $3,898.11 | $59,459.16 |
| PREPA | $2,390.50 | $2,151.45 | $0.00 | $2,151.45 |
| HTA | $567.00 | $510.30 | $0.00 | $510.30 |
| ERS | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$64,692.00** | **$58,222.80** | **$3,898.11** | **$62,120.91** |

1

### December 2021 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $48,797.00 | $43,917.30 | $39.60 | $43,956.90 |
| PREPA | $5,408.00 | $4,867.20 | $0.00 | $4,867.20 |
| HTA | $0.00 | $0.00 | $0.00 | $0.00 |
| ERS | $80.00 | $72.00 | $0.00 | $72.00 |
| **Total** | **$54,285.00** | **$48,856.50** | **$39.60** | **$48,896.10** |

### January 2022 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $48,222.00 | $43,399.80 | $89.30 | $43,489.10 |
| PREPA | $6,360.00 | $5,724.00 | $0.00 | $5,724.00 |
| HTA | $972.00 | $874.80 | $0.00 | $874.80 |
| ERS | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$55,554.00** | **$49,998.60** | **$89.30** | **$50,087.90** |