# EXHIBIT F

## LIST OF PROFESSIONALS BY MATTER

| Matter Number | Matter Name | Timekeeper Name | Initials | Position |
|---|---|---|---|---|
| 396-00002 | General | Juan J. Casillas | JJC | Partner |
| | | Luis Llach | LLL | Partner |
| | | Luis Torres | LLTM | Partner |
| | | Amarily Maldonado | AM | Member |
| | | Edna Tejeda | ET | Counsel |
| | | Juan Nieves | JN | Junior Partner |
| | | Natalia Del Nido | ND | Junior Partner |
| | | Cristina Fernandez | CF | Senior Associate |
| | | Fernando Ayala | FA | Senior Associate |
| | | Paralegal Services | PLS | Paralegal |
| 396-00006 | PREPA | Juan J. Casillas | JJC | Partner |
| | | Rene Comas | RC | Counsel |
| | | Cristina Fernandez | CF | Senior Associate |
| | | Paralegal Services | PLS | Paralegal |
| 396-00007 | HTA | Juan J. Casillas | JJC | Partner |
| | | Cristina Fernandez | CF | Senior Associate |
| 396-00008 | ERS | Cristina Fernandez | CF | Senior Associate |
| 396-00009 | Adversary Proceedings | Luis Llach | LLL | Partner |
| | | Juan Nieves | JN | Junior Partner |
| 396-00015 | Fee Application | Juan J. Casillas | JJC | Partner |
| | | Luis Llach | LLL | Partner |
| | | Juan Nieves | JN | Junior Partner |
| | | Paralegal Services | PL | Paralegal |

| | | | | |
|---|---|---|---|---|
| 396-00017 | Claims Review | Juan J. Casillas | JJC | Partner |
| | | Luis Llach | LLL | Partner |
| | | Miguel Santiago | MAS | Partner |
| | | Luis Ramos | LRC | Member |
| | | Juan Nieves | JN | Junior Partner |
| | | Cristina Fernandez | CF | Senior Associate |
| 396-00018 | Avoidance Actions | Juan J. Casillas | JJC | Partner |
| | | Luis Llach | LLL | Partner |
| | | Edna Tejeda | ET | Counsel |
| | | Juan Nieves | JN | Junior Partner |
| | | Natalia Del Nido | ND | Junior Partner |
| | | Natalia Palmer | NP | Junior Partner |
| | | Paralegal Services | PL | Paralegal |