# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors. | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17 BK 4780-LTS |

**MOTION FOR LEAVE TO WITHDRAW AS LOCAL COUNSEL FOR U.S. BANK NATIONAL ASSOCIATION AND U.S. BANK TRUST NATIONAL ASSOCIATION**

To the Honorable United States District Court Judge Laura Taylor Swain:

Pursuant to Local Bankruptcy Rule 9010-1(d) and Local Rule 83(D)(b), the undersigned counsel states and prays as follows:

1. The undersigned counsel, Iris J. Cabrera-Gómez, filed her appearance: (a) in 17-BK-4780 as local counsel for U.S. Bank National Association on July 17, 2017, at ECF 64; and (b) in 17-BK-3283 as local counsel for U.S. Bank National Association and U.S. Bank Trust National Association (collectively "U.S. Bank") on June 8, 2017, at ECF 273.

2. The undersigned resigned to her position with Rivera, Tulla and Ferrer, LLC and, therefore, requests leave to withdraw as local counsel for U.S. Bank.

3. Granting this leave will not cause harm to U.S. Bank, which will continue to be represented by Rivera, Tulla & Ferrer, LLC through Eric A. Tulla, who entered his appearance: (a) in 17-BK-4780 on July 18, 2017, at ECF 76; and (b) in 17-BK-3283 on June 8, 2017 at ECF 274. Clark T. Whitmore, of Maslon LLP, who was admitted Pro Hac Vice by order of this Honorable Court on July 17, 2017, at ECF 70, together with other counsel from said law firm, will continue representing U.S. Bank National Association in 17-BK-4780. Robin Keller, who was admitted Pro Hac Vice by order of this Honorable Court on June 8, 2017, at ECF 279, and Ronald Silverman, who was admitted Pro Hac Vice by order dated February 28, 2020, at ECF 12176, both of them of Hogan Lovells US LLP, together with other counsel from said law firm, will continue representing U.S. Bank National Association and U.S. Bank Trust National Association in 17-BK-3283.

Respectfully submitted in San Juan, Puerto Rico, on this 31st day of May, 2022.

I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System of the U.S. Bankruptcy Court for the District of Puerto Rico for Cases No. 17-BK-3283 and 17-BK-4780, which will send notification of such filing to all counsel of record participating in the CM/ECF System.

/s *Iris J. Cabrera-Gómez*
Iris J. Cabrera-Gómez
USDC-DPR No. 221101
Email: icabrera@riveratulla.com