UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING THE URGENT UNOPPOSED MOTION OF DICICCO, GULMAN, &
COMPANY, FINANCIAL ADVISOR TO THE SPECIAL CLAIMS COMMITTEE OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, TO EXTEND ITS DEADLINE
TO FILE A VERIFIED STATEMENT IN COMPLIANCE WITH REQUIREMENTS UNDER
THE PUERTO RICO RECOVERY ACCURACY IN DISCLOSURES ACT, PUB. L. NO. 117-82

Upon the *Urgent Unopposed Motion of DiCicco, Gulman, & Company, Financial Advisor to the Special Claims Committee of the Financial Oversight and Management Board, to Extend Its Deadline to File a Verified Statement in Compliance with Requirements Under the Puerto Rico Recovery Accuracy in Disclosures Act, Pub. L. No. 117-82* (Docket Entry No. 21062 in Case No. 17-3283, the "Motion"); and it appearing that venue is proper pursuant to PROMESA section 307(a); and the Court having determined that the factual bases set forth in the Motion establish just cause for the relief granted herein, it is HEREBY ORDERED THAT:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. The Motion is granted as set forth herein.

2. The deadline for DGC[2] to file its verified statement pursuant to the *Order Approving List of Material Interested Parties Pursuant to the Puerto Rico Recovery Accuracy in Disclosures Act* [Docket No. 20467] and the *Puerto Rico Recovery Accuracy in Disclosures Act,* Pub. L. No. 117-82, shall be extended to **June 10, 2022**.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

4. This Order resolves Docket Entry No. 21062 in Case No. 17-3283.

SO ORDERED.

Dated: May 31, 2022

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.