**EXHIBIT A**[1]

PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party | |
| **Pro Se Appearance**<br>• Do you require an interpreter?  [Yes or No]<br>• Email Address<br>• Phone Number<br>• Proof of Claim Number (if any) | |
| **Attorney Appearance** (provide the listed information for each attorney who may appear for the Party):<br><br>• Party Name Abbreviation (For Use with Zoom[2])<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number,<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (<u>See</u> Disclosure Statement Hearing Procedures Order, ¶ 7(a)) | |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the Disclosure Statement Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other counsel shall be limited to 2 attorneys at any given time. | |

---

[1] This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit A**.

[2] <u>See</u> Hearing Procedures Order ¶ 7(a).