| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO | |
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | |
| As representative of | No. 17 CV 03283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | |
| Debtor | |
| In re: | |
| | PROMESA |

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    As representative of<br><br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA")<br><br><br>Debtor | Title III<br><br><br>No. 17 CV 03283-LTS<br><br><br>(Joint Administration Requested) |

**MOTION TO REQUEST THAT AMENDED POC OF PRIORITY CREDITOR CESAR A MARTINEZ BE GRANTED AS FILED AS IT CLARIFIES THE CREDITOR'S ORIGINAL CLAIM,WHICH DID NOT INCLUDE THE AMOUNT REQUESTED, BUT THE AMOUNT AT THAT TIME, WAS CONTAINED IN THE EXHIBITS FILED IN THE ORIGINAL POC NUMBER 154865, THE AMENDED POC FILED BY THE SUBSCRIBING ATTORNEY, NUMBER 2805 (THE FILING SYSTEM DID NOT ALLOW THE INCLUSION OF THE ORIGINAL POC NUMBER) INCLUDES THE PRIORITY AMOUNTS OWED AND THE INTERESTS ACCRUED. DEBTOR'S FILINGS ON DOCKET 17927 AND 17923**

2

**REQUESTING OBJECTIONS TO MULTIPLE CLAIMS SHOULD NOT BE GRANTED AS TO THIS PRIORITY CREDITOR AS THE AMOUNTS OWED AT THE TIME OF FILING OF THE ORIGINAL POC WERE INCLUDED IN THE BODY OF THE POC FILING AND THAT IS A MISTAKE THAT DOES NOT MAKE THE ORIGINAL POC UNLIQUIDATED.**

**TH THE HONORABLE COURT:**

**Now comes priority creditor Cesar A. Martinez Quinones, through the undersigned attorney and informs this Honorable court that we are including as an exhibit an expert witness certification that the signature for which this creditor was fired is not his signature.**

**WHEREFORE IT IS RESPECTFULLY REQUESTED FROM THIS HONORABLE COURT THAT IT APPROVES THE AMENDED POC FOR JUSTICE TO BE DONE TO THIS PRIORITY CREDITOR.**

RESPECTFULLY SUBMITTED TODAY JUNE 1, 2022, IN SAN JUAN PUERTO RICO.

THIS REQUEST HAS BEEN FILED USING THE ELECTRONIC FILING SYSTEM OF THIS COURT WHICH WILL NOTIFY ALL PARTIES IN INTEREST.

/S/HECTOR FIGUEROA VINCENTY

ATTORNEY FOR PRIORITY CREDITOR

CESAR A. MARTINEZ QUINONEZ

SAN FRANCISCO STREET SUITE 34

SAN JUAN P.R. 00901

787-378-1154

HECTOR@ELBUFETEDELPUEBLO.COM

USDC 120006