**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO/ TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| Fill in **this information to identify the case (Select only one Debtor per claim form).** / Llene esta información para identificar el caso (seleccione solo un deudor por formulario de reclamación). | | |
|---|---|---|
| [X] Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| [ ] Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interes Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| [ ] Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| [ ] Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| [ ] Puerto Rico Electric Power Authority / La Autoridad de Energia Electrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |
| [ ] Puerto Rico Public Building Authority / El Autoridad de Edificios Publicos de Puerto Rico | Case No. 19-bk-05523 | Petition Date: Sept 27, 2019 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamacion          04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario esta diseñado para realizar una reclamación de pago en un caso en virtud del Titulo III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reuna los requisitos para ser tratada como prioridad administrativa conforme al Titulo 11 § 503(b)(9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Titulo 11 § 503 del U.S.C.

**Quienes presenten la documentación deben omitir o editar** información que reuna los requisites para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagares, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantias. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no esten disponibles, explique los motivos en un anexo.

Fill in **all the information about the claim as of the Petition Date.**

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

### Part 1 / Parte 1        Identify the Claim / Identificar la reclamacion

**1. Who is the current creditor?**

¿Quien es el acreedor actual?

CESAR A. MARTINEZ QUINONEZ
Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagara la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410                      **Proof of Claim**                      page 1

| | | | |
|---|---|---|---|
| 2. | Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No/ No<br>☐ Yes. From whom?<br>Si. ¿De quién? _____ | |
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g) | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>CESAR A MARTINEZ QUINONEZ<br>Name / Nombre<br><br>310 SAN FRANCISCO STREET OFIC, 34<br>Number/ Numero   Street / Calle<br><br>SAN JUAN      PUERTO RICO      00901<br>City/ Ciudad   State / Estado   ZIP Code / Código postal<br><br>787-378-1154<br>Contact phone/ Telefono de contacto<br><br>HECTOR@ELBUFETEDELPUEBLO.COM<br>Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>_____<br>Name / Nombre<br><br>_____<br>Number/ Numero   Street / Calle<br><br>_____<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>_____<br>Contact phone/ Telefono de contacto<br><br>_____<br>Contact email / Correo electrónico de contacto | |
| 4. | Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☐ No/ No<br>☒ Yes   Claim number on court claims registry (if known) 154865<br>Si.   Numero de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)<br>Filed on / Presentada el  07/03/2018                   (MM /DD/YYYY) / (DD/MM/AAAA) | |
| 5. | Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien mas presentó una evidencia de reclamación para esta reclamación? | ☐ No/ No<br>☒ Yes. Who made the earlier filing?<br>Si.  ¿Quien hizo la reclamación anterior?   CREDITOR CESAR MARTINEZ | |

**Part 2 / Parte 2:**   Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| | | |
|---|---|---|
| 6. | Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamacion en contra de algun organismo o departamento especifico del Estado Libre Asociado de Puerto Rico? | ☐ No/No<br>☒ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Si.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico esta disponible en: https://cases.primeclerk.com/puertorico/).<br><br>JUSTICE DEPARTMENT OF PUERTO RICO |
| 7. | Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☐ No/No<br>☐ Yes. Provide the additional information set forth below/ Si. Proporcionar la información adicional establecida a continuación:<br><br>Vendor/ Contract Number / Numero de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe despues de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $_____ |

| | | |
|---|---|---|
| 8. How much is the claim?<br><br>¿Cual es el importe de la reclamación? | $ $974,263.20 | . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br><br>O No/No<br>O ☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Si. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001 (c)(2)(A). |
| 9. What is the basis of the claim?<br><br>¿Cual es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, prestamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de credito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención medica.<br><br>_____0_____ | |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación esta garantizada de manera total o parcial? | ☒ No/No<br>O Yes. The claim is secured by a lien on property.<br>Si. La reclamación esta garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property/ Naturaleza del bien:**<br>O Motor vehicle / Vehiculos<br><br>O Other. Describe:<br>Otro. Describir: _____<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____ _<br>_____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.}<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantia (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>**Value of property/ Valor del bien:** $_____ _<br>**Amount of the claim that is secured /**<br>Importe de la reclamación que esta garantizado: $_____ _<br><br>**Amount of the claim that is unsecured /**<br>Importe de la reclamación que no esta garantizado: $_____ _<br>(The sum of the secured and unsecured amounts should match the amount in line **7**.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la linea **7**.)<br><br>**Amount necessary to cure any default as of the Petition Date/**<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $__ _<br>_____<br><br>**Annual Interest Rate** (on the Petition Date)<br>_Tasa de interes anual (cuando se presentó el caso)__     %<br>O Fixed / Fija<br>O Variable / Variable |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación esta basada en un arrendamiento? | ☐ No/No<br><br>O Yes. **Amount necessary to cure any default as of the Petition Date.**<br>Si. **Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso** $__ _ |

| | | |
|---|---|---|
| 12. **Is this claim subject to a right of setoff?**<br><br>I l a reclamaci6n esta sujeta a un derecho de compensaci6n? | ☐ No/No<br><br>☐ Yes. Identify the property/<br>SL Identifique el bien: _____ | _ |
| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**<br><br>I l a reclamaci6n, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Titulo 11 § 503(b)(9) del U.S.C.? | ☐ No/ No<br><br>☒ XX Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>SL XX ndique el importe de la reclamaci6n que surge del valor de cualquier bien recibido por el deudor dentro de los 20 dias anteriores a la fecha de inicio en estos casos del Titulo III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentaci6n que respalda dicha reclamaci6n. | $_____ _ |

### Part 3 / Parte 3:

**Sign Below / Firmar a continuacion**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamaci6n debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamaci6n de manera electr6nica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar que se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☐ I am the creditor. / Soy el acreedor.

☒ XX I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el sfndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamaci6n* se considera como un reconocimiento de que al calcular el importe de la reclamaci6n, el acreedor le proporcion6 al deudor credito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He lefdo la informaci6n en esta *Evidencia de reclamaci6n* y tengo motivos razonables para suponer que la informaci6n es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el  04/17/2022   (MM/DD/YYYY) / (DD/MM/AMA)

Signature / Firma   /S/ HECTOR FIGUEROA VINCENTY ESQ.

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamaci6n:**

Name: HECTOR    J.    FIGUEROA VINCENTY
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo: CREDITOR'S ATTORNEY

Company / Compariia: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Direcci6n: SAN FRANCISCO STREET 310 OFFICE 34
Number/ Numero    Street / Calle

SAN JUAN              PUERTO RICO    00901
City / Ciudad         State / Estado   ZIP Code / C6digo postal

Contact phone / Telefono de contacto  787-378-1154   Email / Correo electr6nico  HECTOR@ELBUFETEDELPUEBLO.COM