# TABLE OF CONTENTS

**Page**

Brief Case information...............................................................1
Description of *item Q1*........................................................ 1
Description of *items K1 thru K5*........................................ *1-2*
Examination request............................................................ 2
Principles and theories of writing identification..................... 2
Methodology........................................................................ 2
Non destructive lab instrumentation.................................. 2-3
Findings............................................................................. 3
Professional Opinion.......................................................... 3
Note................................................................................. 3-4
Definitions.......................................................................... 4
Certification of forensic report............................................ 4
Demostration charts...................................................... 5-6
Questioned receipt......................................................Appendix I
Known documents with signatures of C,A, Martínez
Quiñones...................................................................Appendix II
Signature samples of C.A Martínez Quiñones.....Appendix III
Curriculum vitae.........................................................Appendix IV
List of parcial legal cases intervened by the
Forensic Document Examiner...............................Appendix V



**Evaristo Álvarez** Ghigliotti
**Rafael Viñas Torres**
**Forensic Document Examiners**
**P.O. Box 358, Trujillo Alto, Puerto Rico 00977-0358**
E-mail: examinadorforensepr@gmail.com

**Attorney Héctor Figuera Vicente**
**San Francisco Street #310**
**Old San Juan, Puerto Rico**

## FORENSIC DOCUMENT EXAMINATION REPORT

<u>**LABORATORY CASE NUMBER :**</u> DA 011-2016
<u>**DOCUMENTS DELIVERED BY:**</u> César Martínez Quiñones
<u>**DOCUMENTS RECEIVED BY:**</u> Evaristo Álvarez Ghigliotti
<u>**DATE DOCUMENTS RECEIVED:**</u> November 17, 2016
<u>**EXAMINATION REQUESTED:**</u> Signature verification
<u>**DATE OF FORENSIC REPORT:**</u> October 15, 2019

### QUESTIONED DOCUMENT ITEM

***Item Q1*** Copy of commercial receipt "**ESSO PUERTA DE TIERRA, SAN JUAN EXPRESS PAYMENT-RED ATM, TIP: 71706332**", dated JUN 21, 01, in the amount of $22.00 and allegedly signed by "A Colón".

### KNOWN DOCUMENT ITEMS

***Item K1*** Copy of the form titled: "**SUMMARY DAILY, COMBUSTIBLE MILEAGE, LUBRICANTS & OTHER**, of the Bureau of Special Investigations of the Department of Justice, and signed by of C.A. Martínez Quiñones, dated June 21, 2000.

***Item K2*** Copy of the form titled: "**LICENSE APPLICATION AND/OR PERMISSION TO BE ABSENT** of the Bureau of Special Investigations of the Department of Justice, and signed by C.A. Martínez Quiñones, dated on 6/112001.

***Item K3*** Certified copy of "**INDIVIUAL INCOME CONTRIBUTION FOR THE**

**Page 2.**
**Lab case no.: DA 011-2016**

**YEAR 2002**,” page two (2), and signed by C.A. Martínez Quiñones, dated on Abril 15, 2003.

***Item K4*** of “**INDIVIUAL INCOME CONTRIBUTION FOR THE YEAR 2001**,” page two (2), and signed by C.A. Martínez Quiñones, and dated on Abril 06, 2002.

***Item K5*** Numerous handwriting and handprinting samples dictated to C.A. Martínez Quiñones, taken in sitting, and standing positions with both hands, dated on November 17, 2016.

## EXAMINATION REQUESTED

To determine if C.A. Martínez Quiñones signed the commercial receipt identified in *item Q1*.

## PRINCIPLES AND THEORIES OF WRITING IDENTIFICATION

Handwriting examination is scientific in the respect that it is a branch of accumulated and accepted knowledge founded on theories, general truths and principles that have been discovered through study, experimentation and research. Three basic principles in writing identification are: (1) “no two persons are exactly alike in action, speech or handwriting, (2) “each person has distinct handwriting characteristics which distinguish his or her writing from that of every other person,” and (3) “handwriting and hand printing can be identified if enough individual characteristics are found in the writing.”

## METHODOLOGY

Prescribed method used was the side by side known signatures identified in *items K1 thru K5,* to the questioned signature in *item Q1*, for the purpose of identification, elimination, qualified opinion or no conclusion of authorship.

## NON DESTRUCTIVE LAB INSTRUMENTATION

To conduct the comparison and analysis of the questioned and known

**Page 3.**
**Lab case no.: DA 011-2016**

signatures with various laboratory instruments that were used such as the low power estereomicroscope with intergrated light source, trasparent light box, computer, monitor, scanner, HP printer and a digital HP photocopier.

## FINDINGS

By means of the examination and analysis of the items above mentioned it was determined the following:

1. Comparison of the dictated sample signatures of César A Martínez Quiñones identified in **item K5** with the questioned *item Q1*, demostrated significant differences in the capital letter "**A**", the small letters "**c**", "**l**" and "**n**" and the size of the accent over the second letra "**o**."

2. The capital letters "**C**" and "**A**" in César A Martínez identified in *items K1 thru K5*, are differente when compared to the capital letters "**A**" and "**C**" in the name "A Colón" identified in *item Q1.*

3. The only similar letters observed was in the doble "**o**" in "Colón" that is considered class characteristic and not individual characteristic.

4. Factors such as movement and form of the letters, rhymen, spacing between letters, alignment, inclination, height, conection and desconection of letters, and variation of writing was considered in the examination process.

## PROFESSIONAL OPINION

After careful examination and analysis of the questioned "A.Colón" signature identified in *item Q1*, it is my professional opinion that it is highly probable that  C.A. Martínez Quiñones did not sign the commercial receipt identified in *item Q1*.

**Page 4.**
**Lab case no.: DA 011-2016**

| NOTE |
|:----:|

The opinion given in this report is based on the results obtained by analytical methods recommended  by the Academy  of Forensic Sciences that are the following: Positive identification of authorship (9); Highly probable of authorship (8); probable of authorship (7); Indication of  authorship (6); No conclusion or inconclusive of authorship (5); Indications did not (4) ; Probably did not (3); Indication did not (2) and Elimination of authorship (1).

| DEFINITIONS |
|:-----------:|

**Caracteristic**- Identifying details in the writing or signature of an indivudual.

**Copy**- Representation of an original document processed electronically without altering it's content.

**Skill**- Developed ability of a person to write.

**Significant diference**- An individualized characteristic that is not comparable to another writing.

**Questioned**- Writing or signature's authenticity that is in controversy.

**Known**- Writing or signature in a document's authenticity is not in questioned.

**Form**- Letters in the writing comes in rounded, closed or open forms.

**Significant similarity**- Individual characteristic  that are comparable in the writing.

**Writing variation**- modification of letter forms in the writing under variable conditions and circumstances that surrounds the ability to write.

Subscribed, certified and signed in Caguas,
Puerto Rico, today, October 15, 2019.

Evaristo Alvarez Ghigliotti, **CLFDE, CFE, LPI**
Forensic Document Examiner

**Cont. página 5.**
**Caso lab núm.: DA 01-2016**

# Gráfica Demostrativa
### firma dudosa de A Colón

**Q1**    21 junio 2001

### Muestras dictadas de César A Martínez Quiñones
### firmando como A Colón

**K5.1**                              17 nov. 2016
                                      Mano derecha
                                      Sentado

**K5.2**                              17 nov. 2016
                                      Mano derecha
                                      Sentado

**K5.6**                              17 nov. 2016
                                      Mano izquierda
                                      Sentado

**K5.9**                              17 nov. 2016
                                      Mano derecha
                                      de pie

Cont. página 6.
Caso lab núm.: DA 01-2016

# Gráfica Demostrativa

### Alegada firma de A Colón

Q1  21 junio 2001

### Letras "C" y "A" mayúsculas en la firma
### de C.A. Martínez Quiñones

K1  21 junio 2000

K2  6/11/2001

K3 15 abril 2003

K4  06 abril 2002

# Appendix I
# Questioned receipt

**Cont. Pagina 6**
**Caso lab num.: DA 011-2016**



# Appendix II
## Known documents with signatures
## of C.A. Martínez Quiñones

Estado Libre Asociado de Puerto Rico
Departamento de Justicia
NEGOCIADO DE INVESTIGACIONES ESPECIALES

RESUMEN DIARIO DE MILLAJE, GASTOS COMBUSTIBLES, LUBRICANTES Y OTROS

Semana del 8 al 25 de Junio de 2000

| Fecha 2000 | | NOMBRE DEL CONDUCTOR | DESTINO | SALIDA | | RETORNO | | Millaje Recorrido | Consumo de Lubricantes | |
|---|---|---|---|---|---|---|---|---|---|---|
| Dia | Mes | | | Hora | Millaje | Hora | Millaje | | Gas | Aceite |
| 18 | 6 | BB | | P.M. | 43392 | P.M. | 43395 | 43395-03- | | |
| 21 | Jun. | C.A. Nut. Ru. | AreaMetro | A.M. 4:00 | 43295 | P.M. 2:30 | 43312 | -17- | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Año Vehiculo 1998**
**Tablilla Confidencial CFT-227**
**Tablilla Oficial G-20635**
**Marca Jeep Cherokee Blanca**
**División D.O.S.E.**
**Sección Supervisor D.O.S.E.**

TOTALES   2.0

Observaciones:

_____
Firma

(K1)   Nombre del Conductor

Cantidad Boletos de Gasolina

Estado Libre Asociado de Puerto Rico
Departamento de Justicia
Secretaria Auxiliar de Recursos Humanos

## SOLICITUD DE LICENCIA Y/O PERMISO PARA AUSENTARSE

**Datos del Empleado**

| Nombre del Empleado: **CESAR MARTINEZ QUIÑONES** | Seguro Social: **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** |
|---|---|
| Departamento: **Negociado de Investigaciones Especiales** | División: **D.O.S.E.** |

☐ **1. PERMISO PARA AUSENTARSE**

| Fecha de la Ausencia: | Día: | Mes: | | Año: | |
|---|---|---|---|---|---|
| Periodo que Cubre: | Desde | (☐ A M / ☐ PM) | Hasta | | (☐AM / ☐PM) |

Ausencia con cargo a

| ☐ Vacaciones | ☐ Enfermedad | ☐ Compensatorio | ☐ Asunto Oficial | ☐ Otros |
|---|---|---|---|---|

| En caso de necesidad pueden localizarme en: | |
|---|---|
| Teléfono – "Beeper" donde localizarme | |

☐ **2. AJUSTE DE HORARIO**

| Fecha de Ajuste: | Día: | Mes: | Año: |
|---|---|---|---|
| | | AM | PM |

Cambia de _____   _____   _____   _____
Cambia a _____   _____   _____   _____

| Este cambio obedece a: | ☐ Tarjeta Extraviada | ☐ Terminal defectuoso | ☐ Olvido Registrar Asistencia |
|---|---|---|---|
| Acción del Supervisor | ☐ Aprobado  ☐ Denegado | Razones parar Denegar: | |

☐ **3. LICENCIA QUE SOLICITA**

| x Licencia Regular | ☐ Enfermedad | ☐ Maternidad | ☐ Sin Paga | ☐Militar con Paga |
|---|---|---|---|---|
| ☐ Militar Sin Paga | ☐ Judicial | ☐ Especial para Estudios | ☐ Especial con Paga (solicite evidencia) | |
| ☐ Tiempo Compensatorio | | | | |

| Número de días que cubre la licencia | **30 días** | | |
|---|---|---|---|
| Fecha de la Licencia | Desde- Día: **17** | Mes: **diciembre** | Año: **2001** |
| | Hasta- Día: **1** | Mes: **febrero** | Año: **2002** |

Si la solicitud es para licencia por enfermedad, el empleado tendrá que completar esta sección:

| ☐ Enfermo o incapacitado para el trabajo | ☐ Expuesto a una enfermedad contagiosa |
|---|---|

<u>Nota:</u> El Departamento de Justicia a, través del supervisor, podrá requerir al empleado una certificación médica que indique que la enfermedad impidió al empleado asistir al trabajo.

| 1.Firma del Empleado | *C.A.Mtz.Qui.* | Fecha *6-11-2001* |
|---|---|---|
| 2.Firma del Supervisor Inmediato | | Fecha |
| 3.Firma del Director Auxiliar o Secretario Auxiliar | *Angel R. Pérez* | Fecha *10/15/01* |

### INFORME DE BALANCES ( PARA USO DE SARH )

| Total de Días Acumulados | | Licencia Regular : | Enfermedad: | |
|---|---|---|---|---|
| Balance al (Fecha) | | | | |
| Trabajado por: | Fecha: / / | Aprobado por el Secretario Auxiliar | | Fecha / / |

# FORMA LARGA

| Liquidador | Revisor |
|---|---|
| R M RO V1 V2 P1 P2 N D E A G | |

☐ PLAN DE ADQUISICIÓN (FAVOR DE MARCAR EN ESTE LUGAR)

**Número de Serie**

**2002** ESTADO LIBRE ASOCIADO DE PUERTO RICO **2002**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2002 O AÑO COMENZADO EL
**1** de **enero** de **02** Y TERMINADO EL **31** de **dic** de **02**

PLANILLA: ☐ ORIGINAL  ☐ ENMENDADA
☐ FALLECIDO DURANTE EL AÑO
Sello de Pago

Nombre

STG  PE ...........................

MARTINEZ GUTIERREZ/OSMAN R
O RESIDENTE ACTUAL
PO BOX 1910
SAN JUAN, PR ...........

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Código Postal

Dirección Electrónica (E-Mail)

**Número de Seguro Social**
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

**Fecha de Nacimiento**  **Sexo**
Día 16  Mes 7  Año 58  ☑ M  ☐ F

**Número de Seguro Social Cónyuge**
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

**Fecha de Nacimiento del Cónyuge**
Día 9  Mes 7  Año 48

Teléfono Residencia
( )

Teléfono Oficina
( )

**CAMBIO DE DIRECCION**
☐ Si  ☑ No

Número de Recibo
Importe

## Encasillado 1

| | SI NO | |
|---|---|---|
| A. | ☑ ☐ | ¿Ciudadano de Estados Unidos? |
| B. | ☑ ☐ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ☐ ☑ | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ☐ ☑ | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ☐ ☑ | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. | ☐ ☑ | ¿Obligación de hacer pagos a ASUME? |

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**
1) ☐ Casado que vivía con su cónyuge y rinde planilla conjunta
2) ☐ Casado que no vivía con su cónyuge (No Jefe de familia)
   (Indique nombre y seguro social del cónyuge)
3) ☐ Jefe de familia
4) ☐ Soltero
5) ☑ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO**
G. ☑ Empleado del Gobierno, Municipios y Corporaciones Públicas
H. ☐ Empleado del Gobierno Federal
I. ☐ Empleado de Empresa Privada
Su ocupación                    Ocupación cónyuge

J. ☐ Retirado/Pensionado
K. ☐ Trabajo Cuenta Propia (Indique
   la industria o negocio principal)

**CONTRATO GOBIERNO**
☐ CONTRIBUYENTE  ☐ CONYUGE

**PLANILLA 2003**
☑ ESPAÑOL  ☐ INGLES

## Encasillado 2

Sello de Recibo

APR 1 5 2003

| 1. Sueldos, Comisiones, Concesiones y Propinas | A-Contribución Retenida | | B-Sueldos,Comisiones, Concesiones y Propinas | |
|---|---|---|---|---|
| 00 SUMINISTRE LOS COMPROBANTES DE RETENCION (FORMULARIOS 499R-2/W-2PR, 499R-2c/W-2cPR o W-2), SEGUN APLIQUE. | 1,279 | 00 | 17,642 | 00 |
| | 167 | 00 | 3,855 | 00 |
| 01 Total (Núm. de comprobantes con esta planilla) [2] | 1,446 | 00 | 21,497 | 00 |

| | Contribución Retenida | | Salarios Federales | |
|---|---|---|---|---|
| C- Salarios del Gobierno Federal (Véanse instrucciones) ................... (01) | | 00 | (02) | 00 |

2. Otros Ingresos (o Pérdidas):

| | | | |
|---|---|---|---|
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) | (03) | | 00 |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) | (04) | | 00 |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) | (05) | | 00 |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) | (06) | | 00 |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 1B) | (07) | | 00 |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) | (08) | | 00 |
| G) Ingresos misceláneos (Someta Anejo F Individuo) | (09) | | 00 |
| H) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) | (10) | | 00 |
| I) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | (11) | | 00 |
| J) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) | (12) | | 00 |
| K) Pensión alimentaria recibida (Núm. seguro social del que paga: _____) (13) | (14) | | 00 |
| L) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) | (15) | | 00 |
| M) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) | (16) | | 00 |
| N) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) | (17) | | 00 |
| O) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) | (18) | | 00 |
| P) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) | (19) | | 00 |
| Q) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) | (20) | | 00 |
| 3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2Q) | (21) | | 21,497 | 00 |
| 4. Pensión Alimentaria Pagada (Núm. seguro social del que la recibe: 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 )(22) | (23) | | 3,459 | 00 |
| 5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) | (30) | | 18,038 | 00 |

Período de Conservación: Diez (10) años

20-2438

| | | |
|---|---|---|
| 5. **Ingreso Bruto Ajustado** (De la línea 5) | (01) | 18,038 |

| | | |
|---|---|---|
| 6. **DEDUCCION FIJA:** Si marcó en el Encasillado 1 el bloque 1 anote $3,000, el bloque 2 anote $2,000, el bloque 3 anote $2,600, el bloque 4 anote $2,000. Si marcó el bloque 5 y su cónyuge detalló las deducciones anote cero. Si su cónyuge no detalló anote $1,500... (02) | | |
| 7. **Total deducciones detalladas** (Anejo A Individuo, Parte I, línea 16) (03) | | 554 |
| 8. **Deducción fija o deducciones detalladas** (Anote la mayor de 6 ó 7) (04) | | 554 |
| 9. **Total deducciones adicionales** (Anejo A Individuo, Parte II, línea 9) (05) | | 3,086 |
| 10. **Total** (Sume líneas 8 y 9) (06) | | 3,640 |
| 11. **EXENCION PERSONAL:** Si marcó bloque 1 anote $3,000, bloque 2 $1,300, bloque 3 $3,000, bloque 4 $1,300 bloque 5 $1,500... (07) | | 1,500 |

**Encasillado 3**

| | | |
|---|---|---|
| 12. **EXENCION POR DEPENDIENTES** (Complete el Anejo A1 Individuo, véanse instrucciones) | | |
| A) No universitarios: Categoría (N) (10)_____ x $1,500 (11) | | |
| B) Universitarios: Categoría (U) (15)_____ x $1,600 (15) | | |
| C) Incapacitados, ciegos o de 65 años o más: Categoría (I) (18)_____ x $1,300 (19) | | |
| D) Total Exención por Dependientes (Sume líneas 12A, 12B y 12C) (20) | | |
| 13. **Total Deducciones y Exenciones** (Sume líneas 10, 11 y 12D) (21) | | 5,140 |
| 14. **INGRESO NETO SUJETO A CONTRIBUCION** (Línea 5 menos línea 13. Si la línea 13 es mayor que la línea 5, anote cero) (30) | | 12,898 |

| | | |
|---|---|---|
| 15. **CONTRIBUCION:** (01) ☐ 1 **Según Tabla** (02) ☐ 2 **Especial sobre ganancias de capital** (03) ☐ 3 **Extranjero no residente**... (03) | | 1,479 |
| 16. **Cantidad de Ajuste Gradual** (Anejo P Individuo, línea 7) (03) | | |
| 17. **Exceso de la Contribución Básica Alterna sobre la Contribución Regular** (Anejo O Individuo, línea 6) (04) | | |
| 18. **Contribución sobre intereses sujetos a retención** (Anejo F Individuo, Parte I, línea 6) (05) | | |
| 19. **Contribución especial sobre dividendos de corporaciones y distribuciones de sociedades sujetos a retención** (Anejo F Individuo, Parte II, línea 2A) (06) | | |
| 20. **Contribución sobre dividendos de Fondo de Capital de Inversión o de Turismo** (Someta Anejo Q1) (07) | | |
| 21. **Contribución sobre distribuciones de IRA o Cuentas de Aportación Educativa que consistan de ingresos de fuentes dentro de P.R.** (Anejo F Individuo, Parte VI, línea 2) (08) | | |
| 22. **Contribución sobre distribuciones de IRA a pensionados del Gobierno** (Anejo F Individuo, Parte VI, línea 3) (09) | | |
| 23. **Contribución sobre distribuciones de IRA bajo las Secciones 1169A y 1169B** (Anejo F Individuo Parte VI, línea 6) (10) | | |
| 24. **Contribución especial sobre ingreso neto derivado de Proyectos Fílmicos o de Infraestructura, y de negocios con decreto de exención bajo la Ley 135 de 1997** (Anejo K Individuo, Parte I, línea 6 ó Anejo N Individuo, Parte II, línea 8) (11) | | |
| 25. **TOTAL CONTRIBUCION DETERMINADA** (Sume líneas 15 a la 24) (12) | | 1,479 |
| 26. **Recobro de crédito por inversión reclamado en exceso** (Anejo B Individuo, Parte I, línea 3) (13) | | |
| 27. **Crédito para contribuyentes asalariados** (Véanse instrucciones) (14) | | |
| 28. **Créditos contributivos** (Anejo B Individuo, Parte II, línea 17) (15) | | |
| 29. **RESPONSABILIDAD CONTRIBUTIVA** (Sume líneas 25 y 26 menos línea 27 ó 28, la que aplique. Si es menos de cero, anote cero) (16) | | 1,479 |
| 30. **Adición a la Contribución por Falta de Pago de la Contribución Estimada** (Anejo T Individuo, Parte V, línea 34) (17) | | |

**Encasillado 4**

| | | |
|---|---|---|
| 31. **CONTRIBUCION RETENIDA O PAGADA:** | | |
| A) Mediante retención sobre salarios (Sume las líneas 1A y 1C del Encasillado 3) (18) | 1,446 | |
| B) Mediante retención sobre anualidades y pensiones (Anejo H Individuo, Parte II, línea 13) (19) | | |
| C) Otros pagos y retenciones (Anejo B Individuo, Parte III, línea 19) (20) | | |
| D) Total Contribución Retenida o Pagada (Sume líneas 31A a la 31C) (21) | | 1,446 |
| 32. **TOTAL NO PAGADO DE LA CONTRIBUCION** (Si la línea 31D es menor que suma de líneas 29 y 30, anote diferencia aquí, de lo contrario, en línea 37) (22) | | 33 |
| 33. **Menos:** Cantidad pagada con prórroga automática (23) | | |
| 34. **BALANCE PENDIENTE DE PAGO** (Si la línea 32 es mayor que la línea 33, anote la diferencia aquí, de lo contrario en la línea 37) (24) | | |
| 35. **Menos:** Cantidad pagada (a) Con Planilla (25) | | |
| (b) A través de Transferencia Electrónica (Núm. de Transacción_____) (26) | | |
| (c) Intereses (27) | | |
| (d) Recargos _____ y Penalidades _____ (28) | | |
| 36. **BALANCE PENDIENTE DE PAGO** (Línea 34 menos líneas 35(a) y 35(b)) (29) | | 33 |
| 37. **Contribución pagada en exceso** (Líneas 29 y 30 menos líneas 31D y 33. Indique distribución en la línea A ó B) (30) | | |
| A) Acreditar a la Contribución estimada 2003 (31) | | |
| B) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado 5) (40) | | |

**Encasillado 5**

**AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO**

| Número de ruta/tránsito | Tipo de cuenta | Número de su cuenta |
|---|---|---|
| ☐☐☐☐☐☐☐☐☐ | ☐ Cheques  ☐ Ahorros | ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ |

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que esta planilla (incluyendo los estados, anejos y demás documentos que se acompañan) ha sido examinada por mí y que según mi mejor información y creencia es cierta, correcta y completa. También declaro que he proporcionado más del 50% del sustento a todos los dependientes reclamados. La declaración de la persona que preparó la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha 15 Abril 2003 ✓ | Firma del Cónyuge | Fecha |
|---|---|---|---|
| (04) Nombre del Especialista (Letra de Molde) | Número Seguro Social del Especialista | Nombre de la Firma o Negocio | |
| Dirección | Número de Registro | Número de Identificación Patronal | |
| Código Postal | Empleado por cuenta propia (marque aquí) ☐ | Firma del Especialista | Fecha |

(K 3)

**NOTA AL CONTRIBUYENTE:** Si hizo pagos por la preparación de su planilla, exija la firma y el número de registro del Especialista.
Período de Conservación: Diez (10) años

# FORMA LARGA

| Liquidador | Revisor |
|---|---|

**2001** ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2001 O AÑO COMENZADO EL **2001**

1 de enero de 2001 Y TERMINADO EL 31 de diciembre de 2001

| R | M | RO | V1 | V2 | P1 | P2 | N | D | E | A | G |
|---|---|---|---|---|---|---|---|---|---|---|---|

Número de Serie

PLANILLA: [x] ORIGINAL [ ] ENMENDADA
[ ] FALLECIDO DURANTE EL AÑO

| Nombre | Inicial | Apellido Paterno | Apellido Materno |
|---|---|---|---|
| CESAR | | MARTINEZ | QUINONES |

Número de Seguro Social: 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

Dirección Postal: PO BOX 16161

SAN JUAN PR    Código Postal 00908-6161

Fecha de Nacimiento: 16 / 7 / 1958   Sexo [x]M [ ]F

Número de Seguro Social Cónyuge: 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

Fecha de Nacimiento del Cónyuge: Dia 9 Mes 7 Año 1948

"Coloque el Sello de Goma (Label) aquí".

| Nombre e Inicial del Cónyuge | Apellido Paterno | Apellido Materno |
|---|---|---|
| VERONICA | RIOS | QUINONES |

Teléfono Residencia ( )
Teléfono Oficina ( )

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
PO BOX 16161
SAN JUAN PR    Código Postal 00908-6161

CAMBIO DE DIRECCION [ ] Si [x] No

Número de Recibo:
Importe:

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**

| | SI | NO | |
|---|---|---|---|
| A. | [x] | | ¿Ciudadano de Estados Unidos? |
| B. | [x] | | ¿Residente de Puerto Rico al finalizar el año? |
| C. | | [x] | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | | [x] | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | | [x] | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. | | [x] | ¿Obligación de hacer pagos a ASUME? |

1) [ ] Casado que vivía con su cónyuge y rinde planilla conjunta
2) [ ] Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge)
3) [ ] Jefe de familia
4) [ ] Soltero
5) [x] Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**
G. [x] Empleado del Gobierno, Municipios y Corporaciones Públicas
H. [ ] Empleado del Gobierno Federal
I. [ ] Empleado de Empresa Privada
J. [ ] Retirado/Pensionado
K. [ ] Trabajo Cuenta Propia (Indique la industria o negocio principal)

**CONTRATO GOBIERNO**
[ ] CONTRIBUYENTE [ ] CONYUGE
PLANILLA 2002

Su ocupación AGENTE    Ocupación cónyuge
[x] ESPAÑOL [ ] INGLES

**Sello de Recibido**
DEPARTAMENTO DE HACIENDA
27 Área de Rentas Internas
Recibo de Planilla Copia
APR 0 6 2002
SECRETARIO DE HACIENDA

| | | A - Contribución Retenida | B - Sueldos, Comisiones y Propinas |
|---|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas | SUMINISTRE LOS COMPROBANTES DE RETENCION (FORMULARIOS 499R-2/W-2PR, 499R-2c/W-2cPR o W-2), SEGUN APLIQUE. | 2,219 00 | 27,772 00 |
| | | 00 | 00 |
| | | 00 | 00 |
| | | 00 | 00 |
| Total (Núm. de comprobantes con esta planilla) | 1 | 2,219 00 | 27,772 00 |

| | Contribución Retenida | Salarios Federales |
|---|---|---|
| C-Salarios del Gobierno Federal (Véanse instrucciones) (01) | 00 | (02) 00 |

**2. Otros Ingresos (o Pérdidas):**
| | | |
|---|---|---|
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 9) | (03) | 00 |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) | (04) | 00 |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) | (05) | 00 |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) | (06) | 00 |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 1B) | (07) | 00 |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) | (08) | 00 |
| G) Ingresos misceláneos (Someta Anejo F Individuo) | (09) | 00 |
| H) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | (10) | 00 |
| I) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) | (11) | 00 |
| J) Pensión alimentaria recibida (Núm. seguro social del que paga: ) (12) | (13) | 00 |
| K) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) | (14) | 00 |
| L) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) | (15) | 00 |
| M) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) | (16) | 00 |
| N) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) | (17) | 00 |
| O) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) | (18) | 00 |
| P) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) | (19) | 00 |
| 3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2P) | (20) | 27,772 00 |
| 4. Pensión Alimentaria Pagada (Núm. seguro social del que la recibe: 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 ) (21) | (22) | 3,300 00 |
| 5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) | (30) | 24,472 00 |

PLA01 # 10

| | | | | |
|---|---|---|---|---|
| 5. **Ingreso Bruto Ajustado** (De la línea 5, pág. 1) | | (02) | (01) | 24,472 00 |

6. **DEDUCCION FIJA:** Si marcó en el Encasillado 1 el bloque 1 anote $3,000, el bloque 2 anote $2,000, el bloque 3 anote $2,600, el bloque 4 anote $2,000. Si marcó el bloque 5 y su cónyuge detalló las deducciones anote cero. Si su cónyuge no detalló anote $1,500--- (02) ... `00`

7. Total deducciones detalladas (Anejo A Individuo, Parte I, línea 16) ... (03) `361 00`

8. Deducción fija o deducciones detalladas (Anote la mayor de la línea 6 ó 7) ... (04) `361 00`

9. Total deducciones adicionales (Anejo A Individuo, Parte II, línea 9) ... (05) `3,918 00`

10. Total deducciones (Sume líneas 8 y 9) ... (06) `4,279 00`

11. **EXENCION PERSONAL:** Si marcó bloque 1 anote $3,000, bloque 2 $1,300, bloque 3 $3,000, bloque 4 $1,300, bloque 5 $1,500 ... (07) `1,500 00`

12. **EXENCION POR DEPENDIENTES** (Complete el Anejo A1 Individuo, véanse instrucciones)

   A) No universitarios: **Categoría (N)** --- (10) _____ x $1,300 --- (11) `00`

   B) Universitarios: **Categoría (U)** --- (14) _____ x $1,600 --- (15) `00`

   C) Incapacitados, ciegos o de 65 años o más: **Categoría (I)** --- (18) _____ x $1,300 --- (19) `00`

   D) Total Exención por Dependientes (Sume líneas 12A, 12B y 12C) ... (20) `00`

13. **Total Deducciones y Exenciones** (Sume líneas 10, 11 y 12D) ... (21) `5,779 00`

14. **INGRESO NETO SUJETO A CONTRIBUCION** (Línea 5 menos línea 13. Si la línea 13 es mayor que la línea 5, anote cero) ... (30) `18,693 00`

15. **CONTRIBUCION:** (01) ☒ **1** Según Tabla   ☐ **2** Especial sobre ganancias de capital   ☐ **3** Extranjero no residente ...... (02) `2,829 00`

16. Cantidad de Ajuste Gradual (Anejo P Individuo, línea 7) ... (03) (03) `00`

17. Exceso de la Contribución Básica Alterna sobre la Contribución Regular (Anejo O Individuo, línea 6) ... (04) `00`

18. Contribución sobre intereses elegibles y de instituciones financieras sujetos a retención (Anejo F Individuo, Parte I, línea 5A y 5B) ... (05) `00`

19. Contribución especial sobre dividendos de corporaciones y distribuciones de sociedades sujetas a retención (Anejo F Individuo, Parte II, línea 2A) ... (06) `00`

20. Contribución sobre dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ... (07) `00`

21. Contribución sobre distribuciones de IRA que consistan de ingresos de fuentes dentro de P.R. (Anejo F Individuo, Parte V, línea 3D) ... (08) `00`

22. Contribución especial sobre ingreso neto derivado de Proyectos Fílmicos o de Infraestructura, y de negocios con decreto de exención bajo la Ley 135 de 1997 (Anejo K Individuo, Parte II, línea 10 ó Anejo N Individuo, Parte II, línea 8) ... (09) `00`

23. **TOTAL CONTRIBUCION DETERMINADA** (Sume líneas 15 a la 22) ... (10) `2,829 00`

24. Recobro de crédito por inversión reclamado en exceso (Anejo B Individuo, Parte I, línea 3) ... (11) `00`

25. Créditos contributivos (Anejo B Individuo, Parte II, línea 13) ... (12) `00`

26. **RESPONSABILIDAD CONTRIBUTIVA** (Sume líneas 23 y 24 menos línea 25. Si es menos de cero, anote cero) ... (13) `2,829 00`

27. **CONTRIBUCION RETENIDA O PAGADA:**

   A) Mediante retención sobre salarios (Sume las líneas 1A y 1C del Encasillado 2) ... (14) `2,219 00`

   B) Mediante retención sobre anualidades y pensiones (Anejo H Individuo, Parte II, línea 13) ... (15) `00`

   C) Otros pagos y retenciones (Anejo B Individuo, Parte III, línea 13) ... (16) `00`

   D) Total Contribución Retenida o Pagada (Sume líneas 27A a la 27C) ... (17) `2,219 00`

28. **TOTAL NO PAGADO DE LA CONTRIBUCION** (Si la línea 26 es mayor que la línea 27D, anote la diferencia aquí, de lo contrario, en la línea 33) ... (18) `610 00`

29. **Menos:** Cantidad pagada con prórroga automática ... (19) `00`

30. **BALANCE PENDIENTE DE PAGO** (Si la línea 28 es mayor que la línea 29, anote la diferencia aquí, de lo contrario, en la línea 33) ... (20) `610 00`

31. **Menos:** Cantidad pagada  (a) Con Planilla ... (21) `00`

   (b) A través de Transferencia Electrónica (Núm. de Transacción: _____ ) ... (22) `00`

   (c) Intereses _____ ... (23) `00`

   (d) Recargos _____ y Penalidades _____ ... (24) `00`

32. **BALANCE PENDIENTE DE PAGO** (Línea 30 menos líneas 31(a) a 31(b)) ... (25) `610 00`

33. **Contribución pagada en exceso** (Línea 26 menos líneas 27D y 29. Indique distribución en la línea A o B) ... (26) `00`

   A) Acreditar a la contribución estimada 2002 ... (27) `00`

   B) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado 5) ... (40) `00`

**AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO**

Número de ruta/tránsito     Tipo de cuenta     Número de su cuenta

☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐    ☐ Cheques   ☐ Ahorros    ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que esta planilla (incluyendo los estados, anejos y demás documentos que se acompañan) ha sido examinada por mí y que según mi mejor información y creencia es cierta, correcta y completa. También declaro que he proporcionado más del 60% del sustento a todos los dependientes reclamados. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| **NOTA AL CONTRIBUYENTE** Si hizo pagos por la preparación de su planilla, exija la firma y el número de registro del Especialista. | Fecha ✓ | Firma del Contribuyente ✓ |
|---|---|---|
| | Fecha ✓ | Firma del Cónyuge ✓ |

| (04) Nombre del Especialista (Letra de Molde) | Firma del Especialista | Nombre de la Firma o Negocio |
|---|---|---|
| Dirección | Fecha | Número Seguro Social del Especialista |
| | Número de Registro | Número de Identificación Patronal |
| (K4) | Código Postal | Empleado por cuenta propia (marque aquí) ☐ |

# Appendix III
## Signature samples of  C.A. Martínez Quiñones

## Muestras dictadas de César Martínez Quiñones
## firmando como A Colón

## Muestras dictadas de César Martínez Quiñones
## firmando como A Colón



## Muestras dictadas de César Martínez Quiñones
## firmando como A Colón



# Appendix IV
## Curriculum vitae

# Evaristo Alvarez Ghigliotti
## Forensic Document Examiner

## CURRICULUM VITAE

### EDUCATION

Bachelor's of Science d egree in Criminal Justice from John Jay College of Criminal Justice (1973). Master of Arts degree in Criminal Justice from Interamerican University of Puerto Rico (1979).

### TRAINING AND SPECIAL COURSES

Attended the FBI and Secret Service courses in Questioned Documents at Quantico, Virginia and Glynco, Georgia in 1982 and 1983. In-service training with the Postal Service Crime Lab at San Bruno, California and the Fraud Section of the San Francisco Police, San Francisco, California in 1983. In-service training at the Technical Services Division of the Special Investigations Bureau of the Commonwealth Department of Justice under the supervision of forensic scientists (1982 to 1986). Took the basic & advanced fingerprint courses offered by the FBI at the Commonwealth Police Department and the Special Technical Services of Special Bureau of Investigations (1986). In addition, took other special courses at the Institute of Technology of Rochester: "Techniques in Printing for Document Examiners" (1987) and "Photographic Evidence" (1990). taken also other courses at the Metropolitan Police Institute, Dade County, Florida: "Crime Scene Investigations" (1993) and "Fraud Investigations" (1996). In the 90's took a course in "Desktop Publishing and Design", NRI Schools thru long distant learning. On the job training course in the use of the projectina system, fotolight box, and stereo zoom microscope (1999). In 2007 took refresher courses in questioned documents, police photography and latent fingerprints at the American Institute of Applied Sciences Continuing Education in Forensic Sciences and accredited by North Carolina Community College. To keep up-to-date in the questioned document and other related subjects in the forensic science field I've attended conferences, seminars and workshops since 1982 to the present.

### EXPERIENCE

I have 32 years of experience as a forensic Document Examiner. Appointed as a Special Agent for the Special Investigations Bureau of the

**Page 2.**

Commonwealth Department of Justice in 1979. In 1982, assigned to the Technical Services Division's Questioned Documents Section. In 1986 I was transferred to the Questioned Document's Section of the Puerto Rico Institute of Forensic Sciences and appointed supervisor. In 1988, I left government service to go into private practice. Worked as contractor for American Airlines Corporate Security as forensic consultant and travelled to South American and Caribbean islands. In 1995, I returned to the Puerto Rican Institute of Forensic Sciences until 1998. Contracted by the Commonwealth Department of Justice as a forensic consultant in questioned documents from 1999 to 2004.

## COURT EXPERT WITNESS
I have served the court system as an expert witness in criminal, civil and administrative cases in District, Superior and the Supreme Court of Puerto Rico.

## CERTIFICATION
Certified as Questioned Document Examiner by the Special Services Division of the Special Investigation' Bureau (SIB) in 1986, the Board of Forensic Examiners of Puerto Rico (BFEPR) in 1986 and the Association of Certified Fraud Examiners in 1996.

## LICENSES
Licensed private investigator by the Commonwealth Police Department of Puerto Rico since 2001 to the present. Also, licensed Notary Public (in-active) of the State of New York no. 03-0056140 (1966 to 1971).

## PUBLICATIONS
Author of "Orientación Sobre El Manejo y Estudio de Documentos Dubitados", 6th edition 2015 and "Investigación Forense de Documentos Dudosos" 1st edition (2006). Also, authored technical and general papers. Published articles in questioned documents in the Puerto Rico Criminology and Forensic Sciences of P.R. publication, FALI-Forum , co-author in a manual for Investigators by the Commonwealth Department of Justice. Abstracts of conferences published by the Chemists Association of Puerto Rico, the International Journal of Forensic Document Examiners of Canada, Forense",

**Page 3.**

co-autor of a "Security Manual" for MOVA Pharmaceutical, two articles in the Journal of the College of Lawyers of P.R. (Vol.72, no. 1 & 2, 2011), also in Monografías.com.

## SCIENTIFIC PRESENTATIONS

Presented technical papers at scientific meetings in Puerto Rico and the United States, Association of Chemists of Puerto Rico Pan-American Questioned Documents Symposium of Puerto Rico; the Association of Forensic Document Examiners and the Asociation of Forensic Sciences of Puerto Rico.

## LECTURER

Lectured to law enforcement personnel of the Commonwealth Police, District Attorneys and investigators of the Department of Justice, IRS, Controllers Office, Health Department, Association of Auditors of P.R., UPR, Interamerican University undergraduate and graduate School of Law, Professional College of Bayamon, and private entities. Presently assigned as conference professor in questioned documents at the University of Turabo, P.R. (3 credit course).

## AFFILIATION

Active life member of the Questioned Documents Section of the International Association for Identification. Active member of the Document Section of the Puerto Rico Association of Forensic Sciences, ex-member of the American International Society for Standards and Testing Materials (ASTM), Questioned Document Standing Committee, and certified Fraud Examiner of the Association of Fraud Examiners.

## RECOGNITION

Given the "Investigator's Year Award" in 1986 by the Asociation of Forensic Sciences of Puerto Rico. Public recognition certificate by the State Legislature in 1992 and 1994. Honorary member of the Golden Key National Honor Society since 2000 given at the Interamerican University of Puerto Rico. Recognition award by students as Instructor in the course "Detection of Fraud and Management", offered by the Interamerican University (1999). Nominated for membership on the Regency Board of the Association of Certified Fraud Examiners (2002). Received the Gran Cross

**Page 4.**

of Justice of the Royal House of the Crown of Epiro, Seville, Spain in San Juan, P.R. (2004). In 2008 received from the Municipality of Ponce a recognition certificate for my contributions to the forensic sciences in Puerto Rico. In 2012, received the distintion of "Forensic Scientist of the Year" by Hon. Luis Fortuño, Governor of Puerto Rico in the Week and given at the Association of Lawyers of P.R. Life Achievement Award as member founder of the Puerto Rico Association of Forensic Sciences in agosto of 2014. In The Dominican Society of Forensic Medicine received recognition for contributing to the first Conference of Forensic Science in the Dominican Republic in Abril 2017.

## SCIENTIFIC EQUIPMENT

Equipped with 'state of the art' scientific instruments that consists of the electrostatic indentation apparatus (ESDA), estereomicroscopes with integrated light source, QDX–4300 infrared and ultraviolet system, transparent light box, QD typewriter grid plates, digital video printer, digital video camera, digital imaging photocopiers, photographic accessories, optic light sources, fingerprint equipment, and a forensic reference library.

## TYPE OF SERVICES OFFERED

Forensic services include comparison of handwriting, handprinting and numbers, alterations in documents, rubber stamps comparison, non-destructive methods of examination of paper and inks, obliterations and other common document problems.

## RADIO AND TELEVISION

Spoken on the subject of Questioned Documents and Fraud at 11Q FM Radio, 680 AM Radio, 530 AM Noti-Uno Radio, 630 AM Radio, television "Despierta P.R.", University of Puerto Rico FM Radio, televisión channel 30, television Pastor Evaristo Salgado Public Service Program, television channel 6 Mercano, Radio 1320am, channel 4 WAPA.

## PROFESSIONAL SERVICES RENDERED TO

Banks, Insurance Companies, Cooperatives, Law Offices, Supermarkets, Office of Legal Assistance, Condominums, House of Representatives and Senate of Puerto Rico, Independent District Attorney' Office, Office of the Governor, Institute of Forensic Sciences of P.R., Commonwealth Department

**Page 5.**

of Justice, Special Bureau of Investigations (SIB), State Police of Puerto Rico, Department of Health, Office of the Controller of Puerto Rico, Department of State, Social Services, Department of Correction, Department of Instruction, Federal District Attorneys Office, FBI office of San Juan, Customs of San Juan, Drug Enforcement Administration, Immigration, Federal Department of Educación, Office of Comisioner of Insurance, Federal Public Defender's Office, Postal Service, State Drugs & Narcotics Division, State Election Commision, P.R. Internal Revenue Service of P.R., Boxing Commission of P.R., American Airlines Corporate Security of Dallas, Texas, Municipality of Caguas, Dorado, Juana Díaz, Río Grande, Hatillo, Toa Baja, State Court Adminstration of Puerto Rico, Court of Appeals of Santo Domingo, Virgen Islands, St. Maartin, St. Martinque, Nassau Commonwealth of Bahamas, Florida, Haiti, New York, Texas and private persons.

**EAG**
**Revised December 2018.**

## Appendix V
### List of parcial legal cases intervened by the forensic document examiner

# Evaristo Alvarez Ghigliotti
## Examinador de Documentos Dudosos
### Lista parcial de casos

## CASOS CRIMINALES

1.  P vs. Alfredo Pérez Cruz, caso crim. Trib. San Juan, PR (1988).
2.  P vs. Héctor Malave Ortíz, caso crim. #KPD G86-2465, Trib. de San Juan, P.R.
3.  P vs. Jaime Castillon, caso crim. 99TSPR 128 TS-5999, Trib. de Arecibo, P.R.
4.  P vs. Carlos M. Hernández, caso crim. #VP88-421, Trib. Bayamon, PR.
5.  P vs. Miguel Andris Salmo, caso crim., Trib. San Juan, PR. (1988).
6.  P vs. Yolanda Torres Cruz, caso crim. #KPD2000G0791, Trib. de San Juan, P.R.
7.  P vs. Nilsa Gierbolini Guzmán, caso crim. #NFE9760033 y 0034, Trib. de Humacao, P.R.
8.  P vs. Angel Cotto Torres, caso crim., Trib. San Juan, PR. (1997).
9.  P vs. Pricilla Bonilla Valdéz, caso crim. #EIVP9801632, Trib. de Caguas, P.R.
10. P vs. Carlos Burgos Rodríguez, caso crim. #685-2434, Trib. de Humacao, P.R.
11. P vs. William Castro Rivera, caso crim. #685-2434, Trib. de Caguas, P.R.
12. P vs. Apolonia Serrano Ramírez, caso crim. #688-12751276, Trib. de Humacao, P.R.
13. P vs. Felix Caratini Álvarez, caso crim. #KFJ8960832, Tribunal de San Juan, P.R.
14. P vs. Heriberto Villegas et als, caso crim. #KFE 8960298, Trib. de San Juan, P.R.
15. P vs. Alberto Castillo Nuñez, caso crim. #683-44-440, Trib. de Ponce, P.R.
16. P. vs Flor Camacho Ramos, caso crim. #683-21-83-22, Trib. de San Juan, P.R.
17. P .vs. Alfredo Roque Meléndez, caso crim. #GH095G0008, Trib. de Guayama, P.R.
18. P. vs. Víctor Torres Santiago, caso crim. #88-302 al 318, Trib. de Farjado, PR.
19. P. vs. Lillian Medina, caso crim. Trib. de Aguadilla, P.R. Depto. de Justicia
20. P vs. Carlos Ríos Reyes, caso crim. #HPD94G0208, Trib. Humacao, PR.
21. P. vs. Alfredo Cardona Alvarez, caso crim. 95-01, Trib. Aguadilla, PR (1995).
22. P vs. Luz E. Santiago Vega, caso crim. #JLE95M0170, 0171, Trib. Ponce, PR.
21. P vs. Esmeraldo Colóm Colóm, caso crim. #G87-57 al G87-108, Trib. de Caguas, P.R.
22. P. vs. Ismael Fuente Almodovar, caso crim. #G87-1341, Trib. Ponce, PR (1988).
23. P. vs. Samuel Rosa Ruíz, caso crim., Trib. De San Juan, PR (1988).
24. P. vs. Héctor Molina Vázquez, caso crim. #C966-0193 y CFE96G-0014, Trib. Arecibo, PR.
25. P vs. Diana Rosa Súarez, caso crim., Trib. San Juan, PR (1996).
26. P vs. Omar M. Abdel Hadi Fernández, caso crim. #KFE960G0036B, Trib. de San Juan, PR.
27. P. vs. Paula Martínez Rivera, caso crim. #JFE96G0140, Trib. de Ponce, P.R.
28. P. vs. José Gregory Delgado et als, caso criminal, Trib. de Arecibo, P.R. (Caso Rep. Nieves).
29. P. vs. Flor Nestor Gómez Rivera, caso crim., Trib. San Juan, PR (1996).
30. P. vs. Roberto Rohena, caso crim., Trib. De San Juan, P.R. (1983).
31. P. vs. Roberto Sebelen Medina, Caso crim. #96-1829, Trib. San Juan, PR.
32. P. vs. Victor Sepúlvera, caso criminal #FE200160126, Trib. de Mayagüez, P.R.
33. P vs. Ivan Ehcevarria Archilla, caso crim., Trib. San Juan, PR (1996).
34. P. vs. María Otero Díaz, caso criminal (98), Trib. de Bayamón, P.R.
35. P. vs. Candelaria Santos Serrano et al, caso crim. #G87-705, Trib. de San Juan, P.R.
36. P vs. María I. Nieves Báez, caso crim. #DEP95G0001, Trib. Bayamon, PR.

**Page 2.**

37. P. vs. Carlos A. Berberena Cruz, caso crim. #89-388 al 391, Trib. de Humacao, P.R.
38. P. vs. Eduardo Santiago Rolón et al, caso crim. #87-4406-08(87), Trib. de San Juan, P.R.
39. P. vs. Juan Cubrilete Báez caso crim. #TSUP87-73(87), Trib. de San Juan, P.R.
40. P. vs. Myriam Santiago Renta, caso crim. # 87-44404(87) Trib. de San Juan, P.R.
41. P. vs. William Román Rivera, caso crim. # G87-313-314(87), Trib. de Mayagüez, P.R.
42. P. vs. Manuel DeJesús Vega, caso crim. # M86-896(87), Trib. de Ponce, P.R.
43. P. vs. José David Hernández, caso crim. # M-87-1141(87), Trib. de San Juan, P.R.
44. P. vs. Héctor O. Santiago Ruíz, caso crim. # G86-2653, Trib. de San Juan, P.R.
45. P. vs. Rafael Oliveras Oliveras, caso crim. # G86-3372, Trib. de San Juan, P.R.
46. P. vs. Maritza Nazario Veléz, caso crim. # G86-3339, Trib. de Bayamón, P.R.
47. P. vs. Raul Rivera Enrique et al, caso crim. # 86-3764, Trib. de Bayamón, P.R.
48. P. vs. Luis R. Castro, caso crim. # G82-154(86), Trib. de San Juan, P.R.
49. P. vs. Roberto Álvarez Rodríguez, caso crim. # G86-1166(87), Trib. de Bayamón, P.R.
50. P vs. Angel L. Aponte Colón, caso crim. # 686-1378(87), Trib. de San Juan, P.R.
51. P vs. Julio Carmona Vázquez, caso crim. G86-998(86), Trib. de Carolina, P.R.
52. P. vs. Julio A. Marquez Díaz, caso crim. # G86-606-07, Trib. de San Juan, P.R.
53. P. vs. Nelson Rodríguez Díaz, caso crim. # G85-3593(86), Trib. de San Juan, P.R.
54. P. vs. Lucila Rivera Fernández, caso crim. # G86-1169, Trib. de Ponce, P.R.
55. P vs. Reinaldo Bonet Estremera, caso crim. # 87-680-87-682, Trib. de Mayagüez, P.R.
56. P. vs. Cruso D. Rodríguez García, caso crim. # 2000-2343-2348, Trib. de Carolina, P.R.
57. P. vs. Pedro Falcon Peréz, caso crim. # G86-498, Trib. de San Juan, P.R.
58. P vs. Carlos Velázquez et al, caso crim. # G86-2378, Trib. de San Juan, P.R.
59. P vs. Angel Colón Maldonado, caso crim. # G87-468, Trib. de San Juan, P.R.
60. P. vs. Sandalio Arroyo, caso crim. # JVI 998-0535(99), Trib. de Carolina, P.R.
61. P. vs. Miguel A. Ramos, caso crim. # UP98-1634, Trib. de Luquillo, P.R.
62. P. vs. Patricia Ortiz Ramos, caso crim., Trib. de Caguas, P.R. (2000).
63. P. vs. Margarita Díaz Rodríguez, caso crim. # ADP97-0135, Trib. de Guayama, P.R.
64. P. vs. Luis A. Caro Cardona V., caso crim. # ADP97-0135, Trib. de Aguadilla, P.R.
65. P. vs. Jean lightbourn, caso crim. #271-272-403(99), Trib. de San Juan, P.R.
66. P. vs. Sgto. Padilla et als, caso crim. (1998), Trib. de Mayagüez, P.R.
67. P. vs. Ana M. Marín, caso crim. # TSVP98-387, Trib. de Carolina, P.R.
68. P. vs. Margarita Díaz Rodríguez, caso crim. # G2VP 200000179(00), Trib. de Cayey, P.R.
69. P. vs. María F. Parilla Gordon, caso crim. #FE9300117, Trib. de Carolina, P.R.
70. P. de Puerto Rico vs. Carlos Rosado Vázquez, case #KLCE9900218, Certiorari, Trib. de Apelación, San Juan Región.
71. P. vs. Eustaquio Cesareo Martínez, case #VP94-9530-8, Trib. de Apelación, San Juan Region.
72. P. vs. José E. Mirabal Acevedo, caso crim. #JPD2004G0069, Trib. de Ponce, P.R. (05).
73. P. vs. Christopher L. Torres, caso crim. #CFE 05G17, Trib. de Arecibo, P.R. (05).
74. P vs. Carmen I. Martínez, caso crim. #94-376 y 94-377, Asistencia Legal de Caguas, Trib. de Caguas.
75. P. vs. María F. Parilla Gorden, caso crim. #FFE93G0117, Asistencia Legal de Carolina, Trib. de Carolina, P.R.
76. P vs. Angel Luis M. Santiago Rohena, caso crim. año 94, Trib. de San Juan, Sala del Juez Carraballo, 19 mayo 94.
77. P vs. Carlos Mejias Agosto, caso crim.#KFB93G006, Trib. de San Juan, P.R.
78. P. vs. Roberto Rohena Rohena, caso crim. Tribunal de San Juan, Puerto Rico (1983).

**Page 3.**

79. P. vs. Angel Pacheco Quiñones, caso crim. #96-2802, Trib. Ponce, PR.
80. P. vs. José Gregorio Delgado et als, caso crim. Trib. de Arecibo (caso Norberto Nieves Román).
81. P vs. Peter García Maldonado, caso crim.#JED96G0001 a 0006-JFE 96G0146, Trib. Ponce, PR.
82. P. vs. Héctor Ramos Otero, caso crim. #GM194-0254, Trib. Guayama, PR.
83. P. vs. José A. Carro et als, caso crim., Trib. de Aguadilla, P.R. (caso Glorimar Pérez).
84. P. vs. José Pont Colón, caso crim. #DP2004G1829, Trib. de Bayamón, P.R.
85. P. vs. Martín Ramos, caso crim. #UP2002-180, Trib. de Cayey, P.R.
86. P. vs. Marta Hernández, caso crim. #02-6013-22270, Trib. de Caguas, P.R.
87. P. vs. Miguel Blanco, caso crim. #99-8316-01535, Trib. de Carolina, P.R.
88. P. vs. Christian Solivan, caso crim, Trib. de San Juan, P.R. (2002).
89. P. vs. Evelyn Rosa Roldan, caso crim. #DFE 95G0116, Trib. Bayamon, PR.
90. P. vs. Angel Luis Urbina, caso crim. #CFE04G-180, Trib. de Arecibo, PR.
91. P. vs. Margardo Santiago Ortíz, caso crim. #EVP2000-0416:0421, Tribunal de Caguas, P.R.
92. P vs. Ernest López Mateo, caso crim. #BIVP 20010011B, Tribunal de Abonito, P.R.
93. P. vs. Representante Ivan Ortíz Torres, caso crim. #685-315 al 3168, Trib. de San Juan, P.R.
94. P vs. Héctor Mercado Cedeño, caso crim #LIVP 200000605, Tribunal de Utuado, P.R.
95. P. vs. Janice Rodríguez Alvarado, caso civil #KPD 200161000, Tribunal de San Juan, P.R.
96. P vs. Eduardo Péres López, caso crim. #AVI 2001G0030, Tribunal de Aguadilla, P.R.
97. P vs. Cruso D. Rodríguez García, caso crim. #2000-2343-2348, Trib. de Carolina, P.R.
98. P. vs. Jaime L. Torres González, caso crim. #LSC20006011, Trib. de Utuado, P.R.
99. P.vs. Víctor M. Albino, caso crim. #JIVP 2006 00084, Trib. Ponce, PR. (2006).
100. P vs. Víctor Marrero Padilla, caso crim. #CPD200060379, Trib. Arecibo, PR.
101. P vs. Javier O. Colón Pagán, caso crim. # KEP9600006, Trib. San Juan, PR.
112. P vs. Franscisco Bonet Torres, caso crim. #KVP97-0030, Trib. San Juan, PR.
113. P. vs. Flor Nestor Gómez Rivera et al, caso crim. #KVP96-0358, Trib. San Juan, PR.
114. P.vs. John Oquendo Delgado, caso crim. #96-4890 al 96-49-16, Trib. Carolina, PR.
115. P.vs. Fabian Carmona Rodríguez, caso crim. #688-809, Trib. Bayamon, PR.
116. P.vs. Alfredo Pérez Cruz, caso crim., Trib. San Juan, PR.
117. P.vs. Angel López Nunci, caso crim. #687-3546, Trib. San Juan, PR.
118. P vs. Hilda Y. Santiago Figueroa, caso crim. #VP96-579 al 586, Trib. Guayama, PR.
119. P vs. Carmelo Sierra Rivera, caso crim. #96-761, Trib. Humacao, PR.
120. P vs. Elmer Toro Olan, caso crim. #96-2802, Trib. Ponce, PR.
121. P vs. Carmen Ana Sánchez Cedres, caso crim. #95-6181 al 6198, Trib. Bayamón, PR
122. P vs. José Santana Torres, caso crim. #EFE96G0047, Trib. Carolina, PR.
123. P. vs. Noel Cintrón Reyes, caso crim. #GPD 95AG0198, Trib. Guayama, PR.
124. P vs. Luz A. Zenon Acosta, caso crim.# KPD95G1102, Trib. San Juan, PR.
125. Gobernador de P.R. vs. Alcalde Don Alfredo González Pérez, Querella no.28, Comisión Estatal para Ventilar Querellas Municipales.
126. P. vs. Edigio Pizarro Travieso, caso crim. #KSC200660382, Trib. San Juan, PR.
127. P. vs. Gilberto Quiles Cuevas, caso crim. # (oct. 2006), Trib. de Arecibo, PR.
128. P. vs. José Vélez Pacheco, caso crim. #JLE 2004-M0082, Trib. Ponce, PR.
129. P. vs. José Feliciano Cabrera, caso crim. #CAD2006-6231-232, Trib. Ponce, PR.
130. P. vs. Anselmo Pérez Rodríguez, caso crim., Sala 1108, Trib. Hato Rey, PR. (2 mayo 07).
131. P. vs. Manuel Figueroa Santiago, caso crim. #JAP00063D005, Trib. Ponce, PR.
132. P. vs. Rosa M. Colón, caso crim. #CR2007-0723 , Trib. San Juan, PR.  133.
133. Román Mangual, caso crim. #CP004G447, Trib. Arecibo, PR.
134. P. vs. Jorge González Santiago, caso crim. #HSCR200700653, Trib. Humacao, PR.

**Page 4.**

135. P. vs. Jonathan Román Rivera, caso crim. #KVA2006g0042, Trib. Hato Rey, PR.
136  P. vs. Juan M. Vázquez, caso crim., Trib. Bayamon, PR. (Sala 706).
137. P. vs. Luis Alícea Torres, caso crim. #VP2007-7095-96, Trib. Hato Rey, PR.
138. P. vs. Jose Barreto, caso crim. Tribunal de Aguadilla, P.R.
139. P. vs. Vanessa Lazzú La Rosa, caso crim. Tribunal de San Juan, P.R.
140. P. vs. Juan Sánchez, caso criminal, Tribunal de Mayagüez, P.R., Lcdo. Harry Padilla
141. P. v. José E. Mirabal Acevedo, caso criminal JPD 20046-0069, Trib. de Ponce, P.R.
142. P. v. Lcdo. Roverto Rodriguez Cintron y Carla Santos Ortiz, caso criminal #KBD2012-066,
     Trib. De San Juan, P.R., Lcdo. Gil de LaMadrid.
143. P. V. Juan Richie Martínez, caso criminal #fbd11g0810, Trib. de Carolina, Lcdo. Roberto
     De Jesús.
144. P. V. Víctor M. Andino Sepulveda, caso criminal #FE2001GO126,0127, Tribunal de
     Mayagúez, P.R., Lcdo. José Delgado, Fiscalía de Mayagüez.
145. P. V. Carla Santos Oritiz, caso criminal #VP-2015-0795-0801, Tribunal de S.J., Lcdo.
     Julio Gil De Lamadrid.
146. P. v. Engel Rodríguez, caso criminal, Tribunal de San Juan, P.R., 6 abril 2016

<h2 style="text-align:center;background:black;color:white;">CASOS CIVILES</h2>

1. Ernesto Rodríguez vs. Héctor Luis Colón Mendoza et al, caso civil #95-1222(sec), Trib. S.J.
2. Víctor Rosado Reyes vs. José Biascoechea Escobar, caso civil # BCD90-0756, Trib. de Abonito.
3. Popular Leasing vs. Ramón D. Rivera Chéverez, caso civil #KICD98-0788, Trib. de S.J.  4. Ismael
   Rivera Maldonado vs. Dr. José J. Castro Díaz, caso civil #529-00-11, Trib. de Abonito.
5. Domingo Ostolaza García Ex Parte, caso civil #KDP1995-0332, Trib. de San Juan, P.R.
6. Horizons Hotels Corp. vs. Intermedia, et al, caso civil #KAC 88-1258, Trib. de San Juan, P.R.
7. Felix Padilla Rivera vs. Ex Parte, caso civil #JVI99-2434, Trib. de San Juan, P.R.
8. Claro Quiñones González vs. Departamento de Hacienda, caso admin. #DT-87-03-550,
   *JASAP*, San Juan, P.R.
9. Luis A. Caro vs. Morton Frank Lee, caso civil #ADF97-0135, Trib. de Aguadilla, P.R.
10. Ramón Mojica Del Valle vs. Banco Santander Securities, caso civil #KAC99-0105, Trib.
    de San Juan, P.R.*
11. P vs. Luis Reyes Castro, caso civil #682-154, Trib. de San Juan, P.R.
12. Milagros Seise González vs. Olga Mercado Carrasquillo, caso civil #91-8769, Trib. de
    Humacao, P.R.*
13. Sucesión Wilson Santiago vs. Juan Torres Quiñones, caso civil #IDP1999-0378, Trib. Mayagüez, PR
14. Oscar Crespo vs. Drs. Milan y Berdecia, caso civil, Trib. de Ponce, P.R.
15. United of Omaha Life, caso civil #DAC 96-0783, Trib. de San Juan, P.R.
16. Judith Maldonado Negrón, caso civil #ADP 2000-0015, Trib. de Aguadilla, P.R.
17. General Accident Life, caso civil #AC1997-0156, Trib. de Humacao, P.R.
18. Coop. de Ahorro y Crédito, caso civil #ECD1997-0156, Tribunal de Caguas, P.R.
19. P vs. Luis Reyes Castro, caso civil #682-154, Trib. de San Juan, P.R.
20. Popular Leasing vs. José E. Jiménez Tirado, caso civil # 91-8769, Trib. de San Juan, P.R.
21. Supermercado Belford Ramírez vs. Saturnino Peréz, caso civil #1DP92-0037, Trib. de
    Mayagüez, P.R.
22. Cindy Orobita Reyes vs. Policía de P.R., caso admin. #99-92, CIPA, San Juan, P.R.
23. P vs. Patricia Ortíz Ramos, caso civil #DA 1929-98, Trib. de Caguas, P.R.

**Page 5.**

24. María De Lourdes López Ex Parte, caso civil #BJV2002-0041, Trib. de Abonito, P.R.
25. Iris Taffanelli vs. Ivan Fuster, caso civil #KAC01-8609, Trib. de San Juan, P.R.
26. Irma Rivera García vs. Carmen N. Torres Rodríguez, caso civil #CD2003-1275, Trib. de Vega Alta,PR
27. Guillermina Molina Rivera vs. Ex-Parte, caso civil #CJU2002-0037, Trib. de Arecibo, P.R.
28. Carmen R. Pesante Segarra vs. Brunilda Cordero Cordero, caso civil #IAC 94-0192, Trib. de Mayagüez, P.R.
29. Ramón G. Hernández González vs. Aida Soto Santiago, caso civil #BZC1 98-00777, Trib. de Coamo, P.R.
30. María Isabel Rivera Aponte, caso civil #KJV00-1731 (603), Trib. de San Juan, P.R.
31. Néstor García Soleto vs. Dra. María Padilla, caso civil #9652-1, Trib. de Mayagüez, P.R.
32. P vs. Luis Reyes Castro, caso civil #682-154, Tribunal de San Juan, P.R.
33. Departamento de Hacienda vs. Claro Quiñones González, caso civil #DT-87-03-550, Junta de Apelaciones del Sistem de Administración de Personal.
34. Carlos Carlo v. Clinica Dr. Perea, caso civil #N/E: 300-389, Trib. de Mayagüez, P.R.
35. Sammy A Mussa vs. Caribbean Systems Services, caso civil #KPE2000-0598, Trib. de San Juan, PR.
36. Edwin Tavales García vs. ELA, caso civil #NAC1997-0134(204), Trib. de Fajardo, P.R.
37. P. vs. Gloria A. Rodríguez Villafañe, caso civil #89-1694, Trib. de San Juan, P.R.
38. Banco de Ponce vs. Edgardo Mojica Vázquez, N/C/N: 88-53, Hon Juez Nydia Z. Jiménez (89).
39. Oscar Santiago vs. Zenith Laboratories Caribe, Inc. Caso civil #N/Exp. 1050-012 (2001).
40. Doral Financial Corp. vs. Flor M. Cruz Vargas, caso civil #DCD2000-2236, Trib. de Bayamón, P.R.
41. P. vs. Manuel J. Del Rio Renta, caso civil #DFE 0560001, Trib.de Bayamón, Puerto Rico (05).
42. Abraham López Sánchez vs. Depart. de Correción, civil case #EAC 1998-0466, Trib. de Caguas, P.R.
43. Ana I. Soto Torres vs. Cooperativa de Ahorro y Crédito Pepiniana, caso civil #ADP2001-0068, Trib. de Aguadilla, P.R.
44. Elida R. Delerme De Figueroa vs. Puerto del Rey, Inc., caso civil #NSCI-2001-0477, Trib. de Farjado, P.R.
45. Rumen Realty Development vs. Banco Popular de Puerto Rico, caso civil #KAC96-1528, Trib. S.J.
46. Abigail Cruz Carrasquillo vs. Víctor Rodríguez Rivera, caso civil #CS-87-2108, Trib. de Caguas, P.R.
47. Ramona Lucia Rivera vs. Departamento de la Vivienda, caso civil (2004), Trib. de Carolina, P.R.
48. José A. Matos Matos et al vs. Roberto Martínez Vachier y otros, caso civil #DAC91-3904, Trib. de Bayamón, P.R.
49. Eva Ramírez Ortiz vs. Andres Lamelo Muñiz, caso civil CD91-839, Trib. de Juana Díaz, PR.
50. Ramon G. Hernández González v. Aida L. Soto Santiago, civil num. Bzc119980077, Trib. de Coamo,PR
51. Raul Pastrana vs. Ketty Díaz García, caso civil #RF66-2344, Trib. de Abonito, P.R.
52. Rafael Enrique Padró Castro et als vs. María Antonieta Laboy Sánchez et als, caso civil #KAC02-6081, Trib. de San Juan. P.R.
53. Hacienda vs. Adrian Rodríguez, caso administrativo, San Juan, P.R. (9 abril 03).
54. Ricardo Fonseca Andino v. Young Jian Lin, civil num. KLAN200600857, Trib. de Apelación, Región de Bayamon, PR.
55. Héctor Quiñones vs. Ex-parte, caso civil #AJV2004-0358, Trib. de Aguadilla, PR.
56. Gladys Montalvo González vs. Dr. Martha Vázquez Ramil, caso civil #DKDP2003-0261,

**Page 6.**

Superior Court of San Juan, PR..

57. Janetzy, Carbona Rosario vs. Raymond Rivera Cintrón, caso civil #DAC2002-3676, Trib. de Bayamón, PR. (*Perito del Tribunal*).

58. Enrique Colls Hernández vs. Pablo Rosado Pagán, caso civil #L AC90-0026, Trib. de Arecibo, PR.

59. Raul Moll Hawayek vs. O & R Consulting, Inc., caso civil #KCD92-0081, Trib. de San Juan, PR.

60. Ricardo Fonseca Andino vs. Jian Lin Young, caso civil #DCD2005-0187, Superior Court of Bayamón, Puerto Rico.

61. Iris García Falcon Ex-parte, caso civil #88-1077 (403), Tribunal de Carolina, PR.

62. Adrian Rodríguez Pastrana vs. Negociado de Auditoria Fiscal, caso núm. 2003-EM-027, Departamento de Hacienda de Puerto Rico.

63. Carmen R. Pesante Segarra vs. Brunilda Corder et als, civil num. IAC94-0192, Trib. de Mayagüez.

64. Oscar Crespo vs. Drs. Milan y Berdecia, caso civil, Trib. de Ponce, P.R.

65. Zoraida Calderon Hernández vs. Héctor Delgado Rodríguez, querella núm.100017989, Depto. De Asuntos del Consumidor.

67. Raul Moll Hawayek vs. O&R Consulting Inc., caso civil num. #KCD92-0081, Trib. de San Juan, P.R.

68. Diana Murillo Casanova Ex Parte, caso civil #98-4386, Trib. de San Juan, P.R.

69. Ramón Luis Ortiz Ortiz et al., vs. Citibank de Puerto Rico, caso civil #KDP 2003-0633 , Trib. de Bayamón, P.R.

70.  Isla Del Coqui, Inc., vs. José Rafael Hernández, caso civil CD-94-9159, Trib. San Juan, PR

71. Sonía M. Toro Nazario vs. Aia Nephtaly Borrero León et als, caso #93-134, Comisión Investigación y Procesamiento y Apelación.

72. Cost Control vs. Oficina Para El Mejoramiento De Las Escuelas Públicas de PR, caso civil KAC 93-1488 (1996).

73. José A. Carrasquillo Rodríguez vs. Municipio de Carolina, caso civil #93-11-554 (PRE), Junta de Apelación del Sistema de Administración de Personal, San Juan, PR.

74. Hotel Caribe Hilton vs. Union Gastronómica de PR., caso civil #A-51396, Depto. de Trabajo y Recurso Humanos, San Juan Juan, PR.

75. Corp. Servicios Int. de Salud y U.N.T.S., caso A-43096, Depto. de Trabajo y Recursos Humanos, San Juan, PR.

76. Rocio D. Cristina vs. Ricardo Feliciano Cirino, caso civil #FDI 93-46, Trib. Carolina, PR.

77. Ricardo Cromeyer vs. Corpak, Inc. Caso civil #KLP 2003-0302, Trib. Hato Rey, PR.

78. Aura A. López vs. LaVega Real de Ahorro y Préstamos, exp. 204-2002-00487 no. Int. 00197, República de Santo Domingo.(*Perito del Tribunal*)

79. Ramón G. Hernández vs. Aida L. Soto, caso civil #A2C198-007771, Trib. De Cuamo, PR.

80. Juan Rivera Rivera vs. Coop. La Sagrada Familia, caso civil #91-0132, Trib. de Bayamon, PR.

81. Francisco Obando, caso civil, Nicols, Newman & Silverlight, St. Crox, Virgin Islands, 4/22/87.

82. Bufete Kalish & Lyons, caso civil, Lab # A1106-92, Coral Gables, Florida.

83. Escuela de Artes Plásticas v. Isabel Vázquez Maldonado, Apelación núm.: F-0029-07, Fajardo, PR.

84. Víctor Eloy Monrouzeau v. Ingrid Figueroa, caso civil #DAC2004-0531, Trib. Bayamón, PR.

85. Agnes Rivera Sánchez, et al vs. Ranger American of P.R., caso civil #03-2033 (SEC)., Trib. Hato Rey, PR.

86. Juan B. Aquino Robles vs. María V. Bonilla, caso civil #DCD 2006-0821, Trib. Bayamón, PR

**Page 7.**

(*Perito del Tribunal*).

87. Rolando Blanco v. Julio R. Blanco, caso civil #KAC 2001-3443, Trib. San Juan, PR.

88. Carmen S. Serrano de Jesús v. Caguas Central Bank, caso civil #CD87-2699, Trib. Caguas,PR

89. Iluminado Alvarado v. Manuel Henriquez Gómez, caso civil #86-130, Trib. Bayamon, PR.

90. Rosa E. Sobrado Maysonet v. Víctor M. Figueroa et al, caso civil #FACo4-3274, Trib. Carolina, PR.

91. Juan Piza Blonet v. Camalia Valdes Alvarez et al, caso civil KAC1992-0027, Trib. San Juan,PR.

92. Money's People, Inc. v. Bassani Sassani Sans Contractors, et al, caso civil KCD 1999-0614, Trib. San Juan, PR.

93. Banco Popular v. Jorge Angel Clemente, Caso civil #DKCD060125, Trib. San Juan, PR.

94. Víctor O. Henson vs. Carlos M. Cruz, et al, caso civil #A2CI 200600209, Trib. Humacao, PR

95. Sucesión Anibal Nieves v. José Antonio Meléndez Romero, caso civil #KICD2001-1617, Trib. De Hato Rey, PR. (*Perito del Tribunal*). Sala 803, Jueza Leticia Ortiz Feliciano.

96. Hilda Elena Dixon Sélles v. Banco Santander de P.R., caso civil # E2C1 2006-1127, Trib. Caguas, PR.

97. Paquita Alvarado Rodríguez v. Colegio Señora del Carmen, caso civil #PE2015-0578, Tribunal de Ponce, P.R.

98. Roberto Rivera Chaparro v. Westernbank, caso civil KAC07-0418 (507), Trib. de Bayamon, PR

99. Juan Pouriet Gil vs Edgar Mercado, caso civil #ACD2006-0170, Trib. de Aguadilla, PR

100. Great Lakes Reinsurance UK vs Luis M. Cabrera, et al, caso civil #05-2261 (DRD), Trib. Federal de San Juan, PR

101. Promal Industrial Services, Inc. vs Víctor Raymundi Miranda, et als, caso civil DCD07-1398, Trib. De Bayamón, PR

102. Jeanette Maldonado vs. Esposo, caso civil #FCD051436, Sala 406, Trib. Carolina, PR

103. Telefónica de PR vs. Pablo Irizarry, caso #A-01-2174, Negociado de Conciliación y Arbitraje del Depto. De Trabajo, Hato Rey, PR

104. Austre Falche Rodríguez vs. Edgardo Rodríguez Falche, caso admin. #07QC7-00000-00992, ARPE de Ponce, P.R. (Junio 08).

105. Dimaris Passapera Sánchez vs. Corals Teresa Passapera et als. caso civil #H2CI200700150, Trib. de Yabucoa, PR.

106. Naftali Ortiz Correa vs. Noel Maldonado Crespo, caso civil #CAC2003-2225, Trib. de Arecibo, PR (Nov. 08)

107. Nelson M. Villa Rivera v. Oriental Bank, caso civil #KAAC2011-0432, Trib. de San Juan, P.R., Lcdo. Rafael Reyes

108. Jose Peñgaricano v. César Ramos, Comisián de Boxeo de Puerto Rico, Lcdo. José Monserrate

109. First Bank v. Plaza del Varadero, et als, caso civil #HSC12010-00114, Trib de San Juan, P.R.

110. Victor Alvarez Mauras v. Popular Securities, Inc. FINRA Arbitración núm. 12-00225, Hotel Caribe Hilton, S.J., Lcdo. Paul Vilaro Nelms.

111. Central Medical Lab Corp., v. Banco Santander de P.R., caso civil #KAC2008-0839, N/E: 153.24, Trib. De San Juan, Navas & Rodríguez

112. María Díaz Badger, caso civil, County Court de Miami-Dale, Florida, Lcdo. Julio Gil de LaMadrid

113. Citibank Bahamas, caso administrativo, Nassau, Commonwealth of the Bahamas, Departamento Legal.

114. Dr. Sonny Moretta v. Tribunal Examinadora Medica, caso civil #86-6164,-Revision Judicial, Trib. De San Juan P.R.

**Page 8.**

115. Crowley Transportación v. José Torres Lugo, Departamento del Trabajo, Bufete Jiménez Graffam & Lausell (2013).
116. Héctor Traverso v. Vita Healthcare, Inc., caso civil #SS2016CV00113, Trib. de San Juan, P.R.

## TESTAMENTOS OLOGRAFOS

1. Milton M. Ruíz, caso civil #KJV2004-1323, Trib. de San Juan, P.R.
2. Bienvenido Aldarondo Cordero, año 2004, Trib. de San Juan, P.R.
3. Juan Sánchez Peréz, año 2004, Trib. de Carolina, P.R.
4. Alicia Sánchez Villamil VDA. Guma, caso civil #95-13037, Trib. de San Juan.
5. Moises Aponte Vizcarrondo, año 2003, Trib. de Bayamón, P.R.
6. Faustino Cortes Valentín, caso civil. año 2004, Trib. de Mayagüez, P.R.
7. Eulogio Ramos, caso civil #KJU03-732, Trib. de San Juan, P.R.
8. Felix Padilla Rivera, caso civil, Tribunal de San Juan, Puerto Rico Hon. Milagro R.Guadarrama, Jul. 2002.
9. Héctor M. Torres Torres, caso civil, Trib. de Ponce, Sala del Juez Padilla, 28 jun 02
10. Rosa Porrata Doria, Tribunal de San Juan, P.R. (Abril 21, 1999).
11. Juan Ramón Cancio Ortíz vs. Concepción, caso civil #KAC 97-1028 (901).
12. Carmen Guma Rivera vs. Laura Suria González, caso civil #KAC97-0518, Trib. S.J.
13. Luis E. De La Cruz Batista, caso civil #FJV98-0624, Trib. de San Juan.
14. Carmen H. Lugo Rodríguez vs. Lionel Lugo Rodríguez, civil case #IAC 2003-0154, Trib. de Maya-güez, P.R. (05).
15. Héctor Quiñones vs. Ex-parte, civil no.#AJV2004-0358, Trib. de Aguadilla, P.R. (05).
16. Hernández Colón Ex-Parte, caso civil #93-4837, Servicios Legales de Puerto Rico, Trib. de San Juan, P.R.
17. Carlos Suárez Ortíz, caso civil #BJV2002-0041, Trib. de Abonito, P.R.
18. Eulalia Correa Estrada vs. Lcdo.Antonio Santiago Droz, caso civil, Trib. de Ponce, P.R.
19. José Ariel Gaya Sifre, caso civil # KJV99-1748, Trib. de San Juan, P.R.
20. Stefania Halychzn, caso civil, 1996, Lic. Eric Berlingeri Vicenti, Trib. San Juan, P.R.
21. Sra. Encarnación Maldonado, caso civil, 1990, Trib. de Isabela, P.R.
22 Remberto Fagot Rodríguez, caso civil #JJV 2005-1110, Trib. de Ponce, P.R.
23. José Rafael Fossas Dávila, caso civil 2001, Trib. de San Juan, PR.
24. Sucesión Natalio Rojas vs. Juan A. Ojeja Rojas, caso civil #CD 00-0064, Trib. Toa Alta, PR.
25. Enrique Correa Jiménez, Ex-Parte Juan Cruz Rodríguez, caso #02 IV2007-0016, Trib. Guaynabo, P.R.
26. Sucesión Beatriz Pérez Guerrero, caso civil #KJV2006-2285, Trib. San Juan, PR.
27. José Ramón Vega, caso civil AJV 2005-0182, Trib. Aguadilla, PR (21 feb 08)
28. Sucesión Bessie H. López Ortiz, caso civil, Sala 803, Trib. Hato Rey, PR (28 marzo 08).
29. Diana T. Díaz Torres, Ex-Parte, caso civil #KJV2013-1445, Trib. de San Juan, PR. (**Perito del Tribunal**).
30. Victoriano Figueroa Laguna v. Ex-Parte, caso civil #KAC05-3232, Trib. De San Juan, PR.
31. Armando Laser Ferrer v. Ex-Parte, caso Civil NICI2009-0342 y 0343, Trib. De Farjado, PR.
32. Cristobal Gallardo Rodriguez v. Ex-Parte, caso civil #CJV2009-0429, Trib. de Arecibo, PR.
33. David Verdijo Salamo v. Ex-Parte, caso civil #KJU2009-2357, Trib. de San Juan, PR.
34. José M. Mazuela v. Ex-Parte, civil num. KJV2010-0769, Trib. de San Juan, PR. (2010)
35. Manuel Navas Pavia v. Ex-Parte, civil num. KJ!)-0144, Trib. de San Juan, PR.

**Page 9.**

36. Ricardo Bird Laborde v. Ex-Parte, caso civil #DJV2010-1624, Trib. de Bayamón, PR. (2010)
37. Pedro Infante Castro v. Elva Odis Infante Castro, caso num. #A2C1200900481, Trib. de San Sebastian, PR.

## TRIBUNAL SUPREMO DE PUERTO RICO

1. Procurador vs. Ex-juez Fernándo Campoamor Redín, In Re: CP-92-674, Trib. Supremo, P.R.
2. Procurador vs. Att. Jesús Rivera Avelo, In Re: CP-88-617, Tribunal Supremo, P.R.
3. Procurador vs. Att. Edwin Belén Trujillo, In Re: CE-85-526, Tribunal Supremo, P.R.
4. Procurador vs. Att. Pedro Tejada Rivera, In re: AB-98-08-98-26, Tribunal Supremo, P.R.
5. Procurador vs. José D. Rivera Ortíz, In re: CP-95-12, Tribunal Supremo, P.R.
6. Procurador vs. Evaristo Maldonado, In Re: CE 88-70, Tribunal Supremo, P.R.
7. Procurador vs.Attorney Julio Bonilla Rivera, In Re: AB-97-88, Trib. Supremo, PR.
8. Procurador vs. Carlos E. Soto Colón, caso #AB-1998-140, CP-2000-4, AB-200117, Trib. Supremo PR.

## OFICINA DEL FISCAL INDEPENDIENTE DE P.R.

1. **FEI** vs. Alcalde Angel León Martínez et al, caso crim. #JLE9360435, Trib. de Ponce, P.R.
2. **FEI** vs. Alcalde Cintrón Antonsanti, caso crim., Trib. de San Juan, P.R.
3. **FEI** vs. Representante Joaquín Peña Peña, caso crim, Trib. de San Juan, P.R.
4. **FEI** vs. Alcalde Edwin Rivera Sierra "El Amolao", caso crim. Trib. de Bayamón, P.R.
5. **FEI** vs. Representante Jorge L. Navarro Alícea, caso crim., Trib. de San Juan, Puerto Rico.
6. **FEI** vs. Alcalde Juan Higgins et al, caso crim., Trib. de Humacao, Puerto Rico.
7. **FEI** vs. Alcalde Fidel Rivera Romero, caso crim.Trib. de Guayama, Sala del Hon. Juez German Brau
8. **FEI** vs. Alcalde León Martínez, caso crim. Trib. de Ponce 1993).

## TRIBUNAL FEDERAL DE SAN JUAN

1. USA vs. Sterling Fuentes et al, caso crim. #90-192 (JAF), **Federal District Ct.** of San Juan, P.R.
2. USA vs. Claudina Ovieda Rodríguez, caso crim. **Federal District Ct.** of San Juan, P.R..
3. USA vs. Henry Castro Poupart, caso crim.#85-115(GG) & 85-117 (PG), **Federal District Ct.** of San Juan,P.R.
4. USA. vs. Sterling Fuentes et al, caso crim. **Federal District Ct.** of San Juan,PR. Attorney Thomas R. Lincoln (August 22, 1990), Hon. Judge Fuste.
5. USA vs. Ocampo Hoyos, caso crim. #89-384-Cr-(PG), **Federal District Ct.** of San Juan, P.R.
6. USA vs. Eusebio Díaz Escobar DeJesús, caso crim. 90-130 (P.G), **Federal District Ct.** of San Juan, P.R. Sala del Hon. Juez Jiménez, 6 abril 93.
7. USA v. Angel Dávila-González, caso crim., **Federal District Ct.** of San Juan, P.R. Sala Hon. Juez Aida Delgado(2005).
8. USA vs. Patience Udechuckwu, caso crim. 92-192 (HL), **Federal District Ct.** of San Juan.
9. USA vs. George Berlargua, caso crim. #91-379 (CC), **Federal District Ct.** of San Juan.
10. USA vs. Julio Ramírez-Burgos, caso crim. # 94-78 (RLA), **Federal District Ct.** of S. J.
12 USA vs. Jorge Burgos Benezario, caso crim. #03-262 (SEC), **Federal District Ct.** of San Juan, P.R.

**Page 10.**

13. P vs. Bernadette Pujols, caso crim. #98-1398 (HL), **Federal District Court** of San Juan, P.R.
14. United States vs. Ruben Reyes-Echevaria, caso crim. #No. 99-069 (P6), **Federal District Ct.** of San Juan, Puerto Rico.
15. Wanda Negrón Rivera vs. Madera Tratada, caso civil #93-1843 (CCC) **Federal District Ct** of San Juan, P.R.
16. Emilio Guede et als vs. Ashford Presbyterian Community, caso civil #2002-1724 (PG) N/E: 892.017, **Federal District Ct.** of San Juan, P.R.
17. Sonia Castro vs. Doctor' Community Hospital, caso civil #02-1790 N/E: 892.015, **Federal District Ct.** of San Juan, P.R.
18. USA vs. Fernándo Toledo et al, caso civil, **Federal District Ct.** of San Juan,P.R.
19. Cristal Solia vs. HIMA et al, caso civil #04-1000, **Federal District Ct.** of San Juan,P.R. (2004) Hon. Judge Casellas.
20. Gisela Faura Cirino et al vs. United States Of America, caso civil #01-1912 (SEC), **Federal District Ct. of San Juan, P.R.**
21. Robur Otero Carrasquillo et al vs. Pharmacia Corp.,caso civil #03-1651 (JAK), **Federal District Ct. of San Juan, P.R.**
22. Frantz Hastrop Cabrera vs. Ashford Presbyterian Community, caso civil #01-2377 (DRD), **Federal District Ct. of San Juan, P.R.**
23. USA vs. Wallace Foreman, civil case, **Federal District Ct. of San Juan, P.R.** Sala del Juez Acosta, 9 agosto 1993.
24. Tomas Colón et al v. R.K Grace & Co., caso civil #01-1191 (HL), **Federal District Ct. of San Juan**.
25. María del Carmen Rodríguez et als. vs. Braulio Agosto Motors, Inc., et als, civil case #04-1337 (JAG), (CVR)(USDC-PR), **Federal District Court of San Juan**, Puerto Rico.
26. USA vs. Fello Reyes, caso crim. #05-379 (DRD, **Federal District Ct. of San Juan, P.R.**
27. USA vs. José H. López Acosta, caso crim. #3:06-cr-00092-DRD-CVR, **Federal District Ct. of San Juan.**
28. USA vs Rafael Sánchez Centeno, caso crim., **Federal District Ct. of San Juan. P.R.**
29. Eva M. Morales Rolón et al vs. Alcalde Héctor Luis Colón Mendoza, caso civil #95-1310 (SEC), **Federal District Ct. of San Juan, P.R.**
30. USA vs. Marko Lebron-Aquino et al, caso crim. 07-25 (DRD), **Federal District Ct. of San Juan, PR**
31. USA vs. Luis C. Vaquero Ayala, caso crim. #07-301 (CCC) (CRV**), Federal District Ct. of San Juan, PR.**
32. USA vs Gabriel Hernández Ayala, caso crim. 07-301 (CCC), **Federal District Ct. San Juan, PR.**
33. USA vs Miguel Berroa Cruz, caso crim. 08-275 (FAB), Federal District Ct. San Juan, PR.
34. USA vs. Angel L. Lasalle Ramos, caso crim. Federal District Ct. San Juan, P.R.
35. USA v. Jack O'Dell Peck caso crim. #10-247 (cc), Federal District Ct. San Juan, P.R.
36. USA v. Joel Sola-Cordova, caso crim. #10-363 (FAB), Federal District Ct. San Juan, P.R.
37. Commonwealth Adminision of Courts v. AA Public Finance Co., caso civil #03-1772 (GAG) MPR 980183A, Federal District Ct. San Juan, P.R.
38. USA v. Orlando Gonzalez Tomasini, caso criminal #15-676 (FAB), Tribunal Federal de San Juan, P.R.
39. USA v. Rafael M. Colón, caso criminal #15-108 DOT, Tribunal Federal de San Juan , P.R., Lcdo. Jorge Vega
40. QBE Seguros v. Carlos A. Morales Vazquez, caso civil #15-2091 (ADC), Tribunal Federal

**Page11.**

de San Juan, P.R., Lcdo. Manual Sosa

41. María del Carmen Rodríguez et als v. Braulio Agosto Motors, Inc. Et als, caso civil #1337 (JAG) (Cvr) (USDC-Pr), Tribunal Federal de S.J, P.R., Lcdo. Frank D. Inserni

42. USA v. Jonathan Rivera, caso criminal #12CR-0553-18, Tribunal Federal de S.J., P.R., Lcdo. Julio Gil de LaMadrid.

43. Administración de Tribunales v. AA Public Finance Co., civil núm. 03-1772 (GAG) MPR 980183A, Trib. Federal de San Juan, PR.

## RECORD MEDICOS

1. Robur Otero Carrasquillo et al vs. Pharmacia Corp. caso civil #03-1651(JAK), Federal District Court of San Juan, Puerto Rico.

2. Nestor García Soleto vs. Dra. Maria Padilla, caso civil #9652-1, Mayagüez, Superior Court of Puerto Rico.

3. Cristal Solía vs. HIMA et al, caso civil #04-1000, Federal District Court of San Juan, Puerto Rico.

4. Emilio Guede et als vs. Ashford Presbyterian Community Hospital, caso civil núm#2002-1724 N/E: 892.017, Federal District Court of San Juan, P.R.

5. Sonia Castro vs. Doctor' Community Hospital, caso civil núm. #02-1790 N/E: 892.015, Federal District Court of San Juan, Puerto Rico.

6. Frantz Hastrop Cabrera vs. Asford Presbyterian Community, caso civil núm. #01-2377 (DRD), Federal District Court of San Juan, Puerto Rico.

7. Gladys Montalvo González vs. Dr. Martha Vázquez Ramil, civil caso civil #DKDP2003-0261, Superior Court of San Juan, Puerto Rico

8. Ana H. Hernández Solis v. Hosp. Metropolitano et al, civil núm. #KDP05-0023, Trib. San Juan, PR.

9. Pablo González Manso et als v. Universal Insurance Company el als, caso civil núm. #2011-1028, Trib. De Bayamon, Lcda. Shakira Santiago Rivera

## DEPOSICIONS

1. Sucesión Manual Díaz García y Nestor Daniel Monserrate Ex-Parte, Civil no. EAC 94-0010, Sobre: Adveración de Testamento Ológrafo.

2. Ramón Mojica Del Valle, Carolina Castro Correa y la Sociedad de Gananciales por Ellos Compuesta vs. Banco Santander, Santander Securies, Banco Popular de Puerto, et als., Civil no. KAC99-0105, Acción Civil en Recobro.

3. Carmen R. Pesante Segarra, et als vs. Brunilda Cordero et als, civil no.IAC94-0192, Sobre: Impugnación de Donación.

4. Carlos Juan Serrano vs. Labor Ready Puerto Rico, Civil no. KPE 2007-3664, Sobre: Despido Injustificado.

**E. Alvarez Ghigliotti**
**revisado nov. 2016**