UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors. [1] | PROMESA<br>Tittle III<br><br>No.17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, ERS, HTA, and PBA.** |

# REPLY TO

**FOUR HUNDRED SIXTY-FIFTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEE'S RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY TO CLAIMS FOR WHICH THE DEBTORS AND NOT LIABLE. (DOCKET NO. 20796)**

NOW APPEARS **MIRIAM SANCHEZ LEBRON** representing herself (pro se), and hereby **roundly objects** the decision taken by The Financial Oversight and Management Board for Puerto Rico as representative of The Commonwealth of Puerto Rico, jointly administered with PBA.

Due to a deed number twenty (20) of Participation and Adjudication of Hereditary Assets, at the name of Juana Lebron Perez, dated August 1 $^{st}$, 1955, executed before Notary Aguedo Mojica Marrero. Where three (3) resolutions and a **bonus payment** was received for service render from the Department of Veteran Affair are mentioned too that should have been in file **CS 55-413** of which only the one resolution from June 24, 1955, appeared.

To my best understanding, the **Court of General Justice of Puerto Rico** is one of the most important dependencies of the Commonwealth of Puerto Rico and **responsible** for all these documents and payments under his custody and the employees' fraud actions. Well, in the **Judicial Branch** they had been **denied us** hidden these two resolutions dated **April 29 and July 10, 1955, for two decades**, they had been switched the two resolutions from files **CS-55-413** to **CS-55-732** to avoid us to find it. They also had discriminated, violate ours civil and constitutional rights and some others several violations. Just because of the <u>fraud conspiracy scheme with a third party to illegally take possession of all the heredity assets</u> that belong to my mother **Juana Lebron Perez** after my grandfather **Eladio Lebron** died. I have a question **Why the Court of General Justice of Puerto Rico still hiding my mother heredity assets**? The fact is related to the outcome is that if we find this evidence our family will have a **solid base** to establish that we are the real legal owners of some of the properties the **commonwealth** and **the Puerto Rico Public Buildings Authority** have right now. Our claim is not **craving** is real. When the Judicial Branch of Puerto Rico take these two resolutions out, my claim will be clear. <u>How a citizen of Puerto Rico can believe in the Court of General Department with this fact</u>. (For all of this explanation, I have substantial evidences).

We very respectfully request <u>The Financial Oversight and Management Board for Puerto Rico</u> **to request** the Judicial Branch of Puerto Rico the **two resolutions** dated **April 29 and July 10, 1955**, in file **CS-55-413 OR CS-55 732** to establish that our claims are fair and truthful and to make <u>justice</u> with this case and. to clear up this fraud to avoid the <u>Commonwealth of Puerto Rico</u>, <u>The Judicial Branch</u> and <u>Third Party</u> keep violate our civil and constitutional rights.

For all these reasons I very respectfully request this Honorable Court that accept our objection to the decision take by The Financial Oversight and Management Board for Puerto Rico and to reconsiders its decision. And also **to grant my petition** to Oversight Board. to request the two resolutions hidden by the **Inactive Documents Program** at the Judicial Branch.

Pc: Copy of Deed 20 and the only resolutions that appears dated June 24, 1955, on file **CS-55-413**.

Respectfully submitted:

Date May 27, 2022

*[signature]*

Miriam Sánchez Lebrón (Claim Numbers **(17230 and 173831)**
**HC-04 BOX 4001**
**HUMACAO, PUERTO RICO 00791-8900**

**Copy to: Counsel for the Oversight Board**

    **Proskauer Rose LLP**
    **Eleven Times Square**
    **New York, New York 10036-8299**
    **Attn: Martin J Bienenstock**
    **Brian S. Rosen**

    **Counsel for the Creditors' Committee**
    **Paul Hastings LLP**
    **200 Park Avenue**
    **New York, New York 10166**
    **Attn: Luc A. Despins**
    **James Bliss**
    **James Worthington**
    **G. Alexander Bongartz**