☞ OPTIMUM OPTABILIUS ☜

# Aguedo Mojica Marrero

ABOGADO - NOTARIO

NOYA Y HERNÁNDEZ NÚM. 54, ALTOS

HUMACAO, PUERTO RICO



Escritura Núm. VEINTE

## SOBRE

PARTICION Y ADJUDICACION DE BIENES HEREDITARIOS

Otorgada por Saturnina Ortíz, vda. de Lebrón, William Lebrón Colón y Juana Lebrón Pérez

1 de agosto 1955

NUMERO VEINTE

---------- ESCRITURA DE PARTICION Y ADJUDI-------
------------ CACION DE BIENES HEREDITARIOS ----------
En Humacao, Puerto Rico, a primero de agosto de ---
mil novecientos cincuenta y cinco.-------------------
---------------------- ANTE MI ----------------------
AGUEDO MOJICA MARRERO, abogado notario de la Isla de
Puerto Rico, con residencia, vecindad y estudio ---
abierto en Humacao, Puerto Rico, en el número cin--
cuenta y cuatro de la calle Noya & Hernández, y an-
te los testigos que al final se dirán --------------
----------------------- COMPARECEN -----------------
DOÑA SATURNINA ORTIZ, viuda de Lebrón, mayor de ---
edad, de ocupaciones domésticas y vecina de Humacao
Puerto Rico. ---------------------------------------
DON WILLIAM LEBRON COLON, mayor de edad, casado, --
propietario y vecino de Yabucoa, Puerto Rico. -----
Y DOÑA JUANA LEBRON PEREZ, mayor de edad, casada, --
de ocupaciones domésticas y vecina de Humacao, ----
Puerto Rico. ---------------------------------------
DEL CONOCIMIENTO de los comparecientes yo el Nota--
rio doy fe y de su edad, estado, profesión y vecind
ad con relación al dicho de los mismos. Me asegura
hallarse en el pleno goce de sus derechos civiles,
sin que me conste nada en contrario. Y teniendo a
mi juicio la capacidad necesaria para otorgar esta
escritura, libremente dicen: -----------------------
PRIMERO:- Que don Eladio Lebrón falleció en Humaca
Puerto Rico el diez y ocho de marzo de mil novecie
tos cincuenta y cinco, sin haber otorgado testamen
to, y habiendo dejado los siguientes bienes sujeto
a partición: --------------------------------------
------A. - Condominio ascendente a la mitad del va-
lor de la siguientes finca: ------------------------



FOLIO S\*\*NTA Y CINCO

"RUSTICA: Casa de hormigón armado, techada de zinc, terrera, que mide diez pies de frente por veinte pies de fondo, sita en un solar de media cuerda más o menos, perteneciente a Antonio Roig, Sucrs., en el Barrio Rio Abajo del término municipal de Humacao, y colindante por el Norte, o sea, su frente, con el solar donde enclava y la carretera insular que de Humacao conduce a su Playa; por el Sur y el Este, con Antonio Roig Sucrs; y por el Oeste con el doctor Héctor M. González. Por la izquierda entrando de dicha casa discurre una via férrea perteneciente a Antonio Roig Sucrs." ------
Este condominio lo adquirió don Eladio Lebrón de los esposos Rafael Castañeda y Genoveva Figueroa, según escritura de compraventa número quince otorgada en Humacao, Puerto Rico, el doce de abril de mil novecientos cuarenta y ocho ante el notario Rafael A. Arroyo Rios de Humacao, Puerto Rico, y no consta inscrito en el Registro de la Propiedad. ------
B. - Bonificación recibida por Eladio Lebrón de la Administración de Veteranos del Gobierno de los Estados Unidos de Norte America por servicios prestados como veterano, depositada por dicha Administración de Veteranos en la Secretaria del Honorable Tribunal Superior de Puerto Rico Sala de Humacao, según resoluciones de dicha Sala del veintinueve de abril de mil novecientos cincuenta y cinco y diez de julio de mil novecientos cincuenta y cinco. SEGUNDO:- Que con fecha veinticuatro de junio de mil novecientos cincuenta y cinco el Tribunal Superior de Puerto Rico, Sala de Humacao, presidido por el Honorable Luis Pereyó, Juez, y en resolución del caso civil número CS 55-413 sobre Declaratoria de Herederos, declaró o instituyó como únicos y universales Herederos "ab-intestato" de Eladio Lebrón a



FOLIO SESENTA Y SEIS                                   F. 66

su hija legítima Juana Lebrón Pérez, a su hijo reco-
nocido William Lebrón Colón y a su viuda Saturnina
Ortiz, todo ello de acuerdo con la legislación en
vigor al tiempo del fallecimiento de dicho causante
TERCERO:- Que habiendo los comparecientes convenido
hacer la valoración, partición y adjudicación de
los bienes descritos en el precedente inmediatamente
digo, en el precedente primero de esta parte exposi-
tiva, lo llevan todo a efecto según las siguientes
cláusulas:
-----PRIMERA: Las partes aceptan los siguientes
valores:
--------(a) Al condominio de la mitadde la finca
descrita en el apartado A del precedente primero
de esta escritura, se le asigna un valor de SEIS-
CIENTOS DOLARES -----------------------------$600.00.
--------(b) El total de los fondos depositados en
la Secretaría del Hon. Tribunal Superior, Sala de
Humacao, es de TRES NOVECIENTOS TREINTA Y SIETE
DOLARES CON DIEZ Y SIETE CENTAVOS.-------$3,937.17
-------- TODO LO CUAL arroja un total para el
Activo de la Herencia, de CUATRO MIL QUINIENTOS
TREINTA Y SIETE DOLARES CON DIEZ Y SIETE CENTAVOS-
--------------------------------------------$4,537.17
-----SEGUNDA:- Del activo mencionado anteriormente
se han pagado a esta fecha las siguientes deudas:-
--------(A) A Rafael Torrellas, por concepto de
comestibles servidos a Eladio Lebrón hasta el día
de su fallecimiento, SETENTA Y UN DOLAR CON OCHEN-
TA Y CUATRO CENTAVOS ------------------------$ 71.84
--------(b) A Justo Díaz por servicios de prepa-
ración y entierro del cadáver de Eladio Lebrón,
DOSCIENTOS CUARENTA Y TRES DOLLARS.---------$ 243.00
-------- TODO LO CUAL arroja un total para el



FOLIO SESENTA Y SIETE                               F. 67

Pasivo de la Herencia de TRESCIENTOS CATORCE DOLARES CON OCHENTA Y CUATRO CENTAVOS. --------------$ 314.84
------TERCERA:- El valor neto de los bienes resultante de los conceptos anteriores es de CUATRO MIL DOSCIENTOS VEINTIDOS DOLARES CON TREINTA Y TRES CENTAVOS. ----------------------------------$ 4,222.33
------CUARTA: De este remanente líquido de CUATRO MIL DOSCIENTOS VEINTIDOS DOLARES CON TREINTA Y TRES CENTAVOS, la compareciente Saturnina Ortiz, Viuda de Lebrón, es acreedora a la mitad por concepto de gananciales, asecendente a la cantidad de DOS MIL CIENTO ONCE DOLARES CON DIEZ Y SEIS CENTAVOS,
----------------------------------------$ 2,111.16
------QUINTA:- La mitad remanente del valor líquido de los bienes asciende a DOS MIL CIENTO ONCE DOLARES CON DIEZ Y SIETE CENTAVOS, y pertenece por partes iguales a los comparecientes Juana Lebrón Pérez y William Lebrón Colón, siendo la hijuela correspondiente a Juana Lebrón Pérez la cantidad de MIL CINCUENTA Y CINCO DOLARES CON CINCUENTA Y NUEVE CENTAVOS, y la hijuela correspondiente a William Lebrón Colón la cantidad de MIL CINCUENTA Y CINCO DOLARES CON CINCUENTA Y OCHO CENTAVOS. -----------------
------SEXTA:- Los comparecientes Saturnina Ortiz Viuda de Lebrón y William Lebrón Colón, por la presente ceden y traspasan todos sus derechos y acciones sobre el condominio de la finca descrita en el precedente primero de la parte expositiva de esta escritura a favor de la otra compareciente Juana Lebrón Pérez en el valor de SEISCIENTOS DOLARES ($600.00)- completando la hijuela perteneciente a dicha Juana Lebrón Pérez, según la cláusula anterior, con la cantidad de CUATROCIENTOS CINCUENTA Y CINCO DOLARES CON CINCUENTA Y NUEVE CENTAVOS ($459.59) a ser entregada de los fondos obrantes en la Secretaria del

FOLIO SESENTA Y NUEVE
F. 69

ASI LO DICEN ante mí el Notario y los testigos instrumentales mayores de edad, sin tacha legal para serlo y conocidos de mí...

JULIO SESENTA Y OCHO
F. 68

Hon. Tribunal Superior, Sala de Humacao, todo lo cual hace un total de MIL CINCUENTA Y CINCO DOLARES CON CINCUENTA Y NUEVE CENTAVOS. ----------$1,055.59
------SETIMA:- La hijuela correspondiente a William Lebrón Colón se conviene sea pagada a éste con la cantidad de MIL CINCUENTA Y CINCO DOLARES CON CINCUENTA Y OCHO CENTAVOS, a ser satisfecha de los fondos obrantes en la Secretaria del Honorable Tribunal Superior Sala de Humacao.----------$1,055.58
------OCTAVA:- La suma de los gananciales y las hijuelas objeto de las cláusulas cuarta, quinta, sexta y septima inmediatamente anteriores equivale a CUATRO MIL DOSCIENTOS VEINTIDOS DOLARES CON TREINTA Y TRES CENTAVOS, a saber, el remanente líquido de los bienes relictos.------------------$4,222.33
CUARTO:- La compareciente Juana Lebrón Pérez entra sin más requisito que este otorgamiento en la posesión plena y absoluta del condominio de la finca descrita en el precedente primero de la parte expositiva de esta escritura, y las partes instruyen al Notario autorizante presentar al Hon. Tribunal Superior Sala de Humacao la moción correspondiente para retirar los fondos existentes en la Secretaría de dicho Tribunal de acuerdo con los términos de esta escritura y cualesquiera otros arreglos que con relación a sus respectivas participaciones en dichos fondos las partes pudieren libremente convenir después del otorgamiento de esta escritura. ----------
TALES son las estipulaciones, convenios y voluntades así como los contratos que en este acto se perfeccionan, y hechas las advertencias legales pertinentes por el Notario autorizante, éste es la escritura que otorgan y formalizan los comparecientes y por la que se obligan a estar y pasar en todo tiempo bajo las responsabilidades en derechos consiguientes.------





EN EL TRIBUNAL SUPERIOR DE PUERTO RICO
SALA DE HUMACAO

Estados Unidos de America )
El Presidente de los EE.UU. ) SS
Estado Libre Asociado de Puerto Rico

Saturnina Ortiz Vda de Lebron

    Peticionaria

Ex-parte

Civil Num GS- 55-413

Sobre:

Declaratoria de Herederos

## RESOLUCION

POR CUANTO: La peticionaria en este caso ha radicado ante el Tribunal una solicitud debidamente jurada alegando que es mayor de edad, viuda y vecina de Humacao, Puerto Rico; que estuvo casada con Eladio Lebron, cuyo matrimonio se celebró el dia 1 de mayo de 1943, habiendo fallecido dicho Eladio Lebron el dia 18 de marzo de 1955, sin haber otorgado testamento y habiendo dejado bienes sujetos a partición.

POR CUANTO: Alega la peticionaria que Eladio Lebron estuvo casado em primeras nupcias con Margarita Perez, habiendose divorciado de ésta el dia 8 de abril de 1922, y de cuyo matrimonio dejó una hija llamada Juana Lebron Perez, que nació el dia 4 de marzo de 1920.

POR CUANTO: Alega la peticionaria que Eladio Lebron tuvo un hijo llamado William Lebron Colon, durante sus relaciones maritales con Maria Colon Ortiz, y que dicho William Lebron Colon nació el dia 3 de julio de 1923, y fué reconocido por su padre Eladio Lebron.

POR CUANTO: Señalado dia para la vista del caso, se practicó prueba testifical y documental en apoyo a lo solicitado por la peticionaria, quedando a juicio del Tribunal probados los hechos que se alegan en la solicitud.

POR TANTO: El Tribunal declara con lugar la solicitud e instituye como únicos y universales herederos abintestato de Eladio Lebron a su hija legítima Juana Lebron Perez, a su hijo reconocido William Lebron Colon, y a su viuda, la aquí peticionaria, doña Saturnina Ortiz Vda de Lebron en la cuota usufructuaria que determina la ley, todo ello de acuerdo con la legislación en vigor al tiempo del fallecimiento de dicho causante.

Dada en Humacao, Puerto Rico, hoy dia 29 de junio de 1955.

                                     Luis Pereyó
                                  Juez Tribunal Superior

A0841947

Tomo 53 folio 555

J. 284—S. 45-50289—1954—50,000.
Servicio de Compra y Sum.—Div. de Imprenta.



## CERTIFICACION

Certifico que la presente es copia fiel y xacta del original que obra en autos y expido a misma a petición de: *Carlos Sánchez Librón*

☒ PREVIO EL PAGO DE DERECHOS
☐ PARA USO OFICIAL, LIBRE DE DERECHOS

SOLICITUD NUM. 3965

da en Hato Rey, Puerto Rico, hoy OCT 2 3 1997

_____
DIRECTOR PROGRAMA
ADMINISTRACION DE DOCUMENTOS



1723329
5¢   A   5¢

1291853 1
7000154
3479041
1723329