UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Nicholas Vass, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On May 18, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Myrna L. Serrano Serrano (MMLID: 2023017), at an address redacted for privacy purposes:

- Claim Withdrawal Form, a copy of which is attached hereto as **Exhibit A**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: June 1, 2022

*/s/ Nicholas Vass*
Nicholas Vass

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 1, 2022, by Nicholas Vass, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**Exhibit A**

# United States District Court for the District of Puerto Rico /
# Tribunal de Distrito de Los Estados Unidos para el Distrito de Puerto Rico

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ❑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ❑ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ❑ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ❑ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ❑ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |
| ❑ Puerto Rico Public Building Authority<br>El Autoridad de Edificios Públicos de Puerto Rico | Case No. 19-bk-05523 | Petition Date: Sept 27, 2019 |

# Claim Withdrawal Form / Formulario de Retiro de Reclamación

| **Part 1 / Parte 1:**<br>**Identify the Claim /**<br>**Identificar la reclamación** | |
|---|---|
| **Creditor Name and Address /**<br>**Nombre y dirección del acreedor:** | _____<br>Name / Nombre<br><br>_____<br>Address / Dirección<br><br>_____<br>City / Ciudad     State / Estado     Zip Code / Código Postal |
| **Claim Number (if known) /**<br>**Numero de Reclamación (si usted sabe):** | _____ |
| **Date Claim Filed / Fecha de Reclamación Presentada:** | _____<br>(mm/dd/yyyy) / (dd/mm/aaaa) |
| **Total Amount of Claim Filed /**<br>**Cantidad Total de Reclamación Presentada:** | $_____ |

| | |
|---|---|
| **Part 2 / Parte 2:**<br>**Sign Below /**<br>**Firmar a continuación** | |
| **The person completing this form must sign and date it. /**<br>**La persona que completa este formulario debe firmar y fechar.** | I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor. / Yo, el abajo firmante, soy el acreedor mencionado anteriormente, o un signatario autorizado del acreedor mencionado anteriormente. Por la presente retiro el reclamo mencionado anteriormente y autorizo al Secretario de este Tribunal, o su Agente de Reclamaciones debidamente designado, a reflejar este retiro en el registro oficial de reclamaciones del Deudor mencionado anteriormente.<br><br>Executed on date / Ejecutado el  _____<br>(mm/dd/yyyy) / (dd/mm/aaaa)<br><br>_____<br>Signature / Firma |

## DEFINITIONS / DEFINICIONES

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).
**Deudor:** Una persona, una sociedad anónima u otra entidad que está en quiebra. Utilice el nombre del deudor y el número de caso tal como se muestran en el aviso de quiebra que recibió.
Título 11 § 101 (13) del U.S.C.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).
**Acreedor:** Una persona, una sociedad anónima u otra entidad con la que el deudor tiene una deuda que se contrajo en la fecha en la que el deudor solicitó la quiebra o con anterioridad. Título 11 § 101 (10) del U.S.C.

**Proof of Claim:** A form that shows the amount of debt the debtor owed to a creditor on the petition date. The form must be filed in the district where the case is pending.
**Evidencia de reclamación:** Un formulario que detalla el monto de la deuda que el deudor mantiene con un acreedor a la fecha de la presentación. El formulario debe ser presentado en el distrito donde el caso se encuentra pendiente de resolución.

**Completed claim withdrawal forms can be sent to the following address /**
**Los formularios de retiro de reclamo completos pueden enviarse a la siguiente dirección:**

**Commonwealth of Puerto Rico Claims Processing Center**
**c/o Prime Clerk LLC**
**Grand Central Station, PO Box 4708**
**New York, NY 10163-4708**

**Or by email to / O por correo electrónico a:**
**puertoricoinfo@primeclerk.com**