IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>THE FINANCIAL OVERSIGHT AND MANAFEMENT BOARD FOR PUERTO RICO<br>THE COMMONWEALTH OF PUERTO RICO; et al.,<br><br>v.<br><br>QUALITY CONSTRUCTION SERVICES II LLC, ET ALS<br>Debtors | PROMESA<br>TITLE III<br><br>CASE NUMBER: 17BK3283-LTS |

REQUEST FOR EXTENSION
TO REPLY TO INFORMATIVE MOTION OF THE COMMONWEALTH OF PUERTO RICO PUERTO RICO SALES TAX FINANCING AUTHORITY, THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY REGARDING THREE HUNDRED SEVENTY FOURT OMNIBUS OBJECTION (SUSTANTIVE) TO LATE FILED CLAIMS AND THREE HUNDRED NINETY SEVEN OMNUBUS OBJECTION TO LATE FILE CLAIMES

TO THE HONORABLE UNITED DISTRICT JUDGE LAURA TAYLOR SWAIN:

Quality Construction Services II LLC by own right represented by its president, Edwin Ralph La Torre Rodríguez, hereby respectfully state as following:

1. Quality Construction Services II LLC filed the proof of claim in this case even though it was never notified that the Public Buildings Authority had filed a bankruptcy by Title 3 of PROMESA despite the fact that it owes $500,000.00 to Quality Construction Services II LLC according to the Judgment issued by the Court of First Instance, Civil Núm. K AC2008-0018.
2. The lack of adequate notification caused that Quality Construction Services was not guaranteed due process of law and that the debt ratified by the Judgment of the Court of First Instance, was considered as an unsecured debt when it is a secured debt.
3. For these purposes and in order to be able to present our opposition through a legal representative, it is requested that this Honorable Court grant an extension of 30 days to announce our legal representative and reply to the discharge ability motion presented.

Dated: 31/05/2022

Respectfully submitted,

Edwin Ralph La Torre Rodríguez
President
Quality Construction Services II LLC
Edificio AM Tower
Suite 2
Calle Del Parque 207
San Juan, P.R. 00918
Tel.: 787-726-0877