ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE SAN JUAN
SALA SUPERIOR

| | |
|---|---|
| **QUALITY CONSTRUCTION SERVICES, II, LLC**<br>DEMANDANTE | CIVIL NÚM. K AC2008-0018 (906) |
| V. | SOBRE: |
| **AUTORIDAD DE EDIFICIOS PUBLICOS**<br>DEMANDADO | INCUMPLIMIENTO DE CONTRATO |

### ESTIPULACION TRANSACCIONAL

**AL HONORABLE TRIBUNAL:**

**COMPARECEN** las partes de epígrafe por conducto de sus respectivas representaciones legales y muy respetuosamente, **EXPONEN Y SOLICITAN:**

1. Las partes comparecientes han convenido la transacción total de las demandas presentadas en los casos de epígrafe bajo los siguientes términos y condiciones:

2. El 3 de mayo de 2006 la AEP suscribió con Quality el Contrato Núm. C00019 (2005-2006) para llevar a cabo las obras de construcción de la Escuela Intermedia Inés M. Mendoza Fase II, a un costo de $17,800,000.00.

3. El 8 de enero de 2008 Quality presentó Demanda (Civil Núm. K AC2008-0018) por incumplimiento de contrato, cobro y daños y perjuicios, en contra de la AEP en la cual solicitaba la cantidad de $243,023.00 por concepto de gastos preparatorios e intereses, los cuales continuaban acumulándose hasta que el principal adeudado fuera satisfecho. Se solicitó además la cantidad de $2,670.000.00 por la ganancia dejada de percibir en relación a la cancelación del contrato.

4. El Tribunal de Apelaciones en los casos KLCE200901408 y KLCE201501131 delimitó la controversia a resolverse en dicho caso. A esos efectos dispuso que lo único que queda en controversia por ser resuelto por el Tribunal era la causa de acción que reclama el reembolso de gastos preparatorios incurridos por Quality al momento en que la AEP le otorgara la orden de proceder más los correspondientes intereses por mora. Por ello en el informe de Conferencia con antelación al juicio Quality reclamó la suma de $401,069.57.

1

5. Por otra parte, el 6 de febrero de 2003, Quality y la AEP suscribieron el contrato número C-00029 (2002-2003), para ejecutar las obras del Proyecto denominado "New Office Center and Parking Building at Aibonito", Puerto Rico, PBA Project No. 2050, por la suma $10,000,000.00.

6. El 26 de septiembre de 2006, Quality presentó la Demanda (Civil Núm. KAC2006-5843) que dio inicio al caso de autos. Las cantidades reclamadas en la demanda, conforme fueron ajustadas en el Informe de Conferencia con Antelación al Juicio, son las siguientes: (1) Costos adicionales por "extended overhead" por la suma de $380,363.22 (esta reclamación fue enmendada por la prueba detallada por Quality en el informe de PT a $576,968.75); (2) Costos adicionales por aumento de costo de materiales y/o pólizas ascendentes a $1,350,000.00 (esta reclamación fue enmendada por la prueba detallada por Quality en el Informe de PT a $547,832.41); (3) Órdenes de Cambio pendientes de pago por AEP por la suma de $500,000.00 (esta reclamación fue enmendada por la prueba detallada por Quality en el Informe de PT y se reclamó como partidas incurridas por incumplimiento de contrato de la AEP ascendentes a $227,748.72) y (5) "cualquier gasto futuro ocasionado por el dueño ya sea por aumento en costo o "extended overhead". (Esta alegación fue enmendada conforme a la prueba detallada por Quality en el Informe de PT y se reclamaron los intereses por pago tardío de Certificaciones los cuales ascienden a $24,159.91. Conforme a la prueba detallada por Quality en el informe de PT y según fuera expresado en la demanda se reclamaron los intereses sobre las cantidades reclamadas en la demanda, los cuales hasta esa fecha ascendían a $724,313.25, y continuaban acumulándose hasta ser satisfechos.) En el informe de PT, Quality concedió a la AEP un ajuste de $169,521.04 por concepto de ventanas y celosías. Las cantidades reclamadas y contenidas en las alegaciones de la demanda e informe de conferencia con antelación al juicio antes indicadas ascienden a $1,931,502.00.

7. Las partes comparecientes han logrado llegar a un acuerdo y relevo total para transigir judicialmente todas las reclamaciones pasadas, presentes y futuras de Quality contra la AEP relacionadas con el Contrato Número Núm. C00019 (2005-2006) y el Contrato Núm. C00029 (2002-2003), todo ello sujeto a los siguientes:

## TÉRMINOS Y CONDICIONES

8. Las partes acuerdan poner fin a la totalidad de las reclamaciones incluidas en los casos de epígrafe y que pudieran surgir en un futuro a raíz de los hechos relacionados al Contrato Núm. C00019 (2005-2006) y el Contrato Núm. C-00029 (2002-2003) mediante el pago en finiquito que realizará la AEP a nombre del demandante por la cantidad de $500,000.00.

9. La cuantía antes indicada será satisfecha conforme los términos y condiciones establecidos en los artículos 28 incisos (b) y (g); y 29 de la Ley 66-2014, mejor conocida como "Ley de Sostenibilidad Fiscal y Operacional del Gobierno del Estado Libre Asociado de Puerto Rico" según enmendada, 3 LPRA Secs. 9141(b) y (g); 9142; y los términos y condiciones similares establecidos en el Artículo 13 inciso (b) de la Ley 3-2017, mejor conocida como "Ley para Atender la Crisis Económica, Fiscal y Presupuestaria para Garantizar el Funcionamiento del Gobierno de Puerto Rico y enmienda al Código de Rentas Internas del 1994, según enmendado."



10. Conforme los parámetros establecidos en las Leyes Núm. 66-2014 y 3-2017, *supra*, la cuantía acordada será satisfecha en tres (3) pagos a distribuirse de la manera siguiente:

$200,000.00 – En o antes del 31 de agosto de 2019 (Año fiscal 2019-2020)

$200,000.00 – En o antes del 31 de agosto de 2020 (Año fiscal 2020-2021)

$100,000.00 – En o antes de 31 de agosto de 2021 (Año fiscal 2021-2022)

11. Disponiéndose que las cuantías antes indicadas serán incluidas en el presupuesto del año fiscal correspondiente sujeto a la aprobación de la Oficina de Gerencia y Presupuesto y la Legislatura.

12. De conformidad con las disposiciones contenidas en el Artículo 29 de la antes citada Ley Núm. 66 del 17 de junio de 2014, supra de no efectuarse los pagos dentro de los términos acordados en la presente estipulación, la demandada AEP pagará a la parte demandante intereses por sentencia conforme a las disposiciones contenidas en la Regla 44.3 de las de Procedimiento Civil.

3

13. La presente estipulación transaccional en forma alguna constituye admisión de negligencia y/o responsabilidad por parte de Quality ni de la AEP. Este acuerdo se realiza por consideraciones de razonabilidad, equidad, de buena fe contractual y en aras de economía procesal.

14. En consideración a la transacción aquí acordada y sujeto al pago a ser efectuado por la AEP, la parte demandante releva, exonera y para siempre descarga a las demandadas, así como a sus agentes, afiliados, funcionarios, empleados, mandatarios y/o aseguradores, de todas las reclamaciones y causas de acción que surjan por cualquier motivo o razón y de cualesquiera daños y pérdidas a la propiedad o a la persona, físicos, morales o materiales, así como daños especiales que la demandante haya sufrido o que de aquí en adelante pueda sufrir como consecuencia de los hechos y causas de acción objeto de las demandas presentadas en los casos de epígrafe.

15. La presente transacción no constituye admisión de responsabilidad por parte de la demandada compareciente.

16. La estipulación aquí contenida no conlleva la imposición de costas, gastos, ni honorarios de abogado.

17. Las partes comparecientes manifiestan que la presente estipulación transaccional ha sido acordada libre, voluntariamente y de buena fe, luego de haber obtenido los consejos legales necesarios de parte de sus respectivas representaciones legales.

18. En cuanto a la AEP, se informa que el presente acuerdo, en particular la cuantía y forma de pago del mismo, fue debidamente aprobado por su Junta de Directores en Reunión Ordinaria Núm. (2018-2019)-08, según consta en la Certificación emitida el 21 de febrero de 2019 por el Secretario de la Junta de Directores de la Autoridad de Edificios Públicos, Lcdo. José A. Flores Díaz y que la representación legal de la AEP está actuando conforme a la misma.

19. El presente acuerdo transaccional será interpretado y puesto en vigor de acuerdo a las Leyes del Gobierno de Puerto Rico.

4

20. En todo lo que comprende el presente acuerdo transaccional, las partes se obligan a dar cumplimiento a las Leyes del Gobierno de Puerto Rico y sus reglamentos correspondientes.

21. Si algún tribunal con jurisdicción competente declara alguna de las cláusulas de este Acuerdo nula o inválida, ello no afectará la validez y eficacia de las restantes cláusulas y las partes se comprometen a cumplir con sus obligaciones bajo las cláusulas no afectadas por la determinación judicial de nulidad o invalidez.

22. El presente acuerdo advendrá final y firme a partir del archivo en autos de la notificación de la Sentencia aprobando el mismo.

**POR TODO LO CUAL**, se solicita de este Honorable Tribunal, muy respetuosamente, que declare Ha Lugar la presente Estipulación Transaccional y en su consecuencia dicte Sentencia en el caso de epígrafe, de conformidad con los términos y condiciones aquí contenidos, con cualquier otro pronunciamiento que en derecho proceda.

**RESPETUOSAMENTE SOMETIDA.**

En San Juan, Puerto Rico a      de febrero de 2019.

**ABOGADA DE LA PARTE DEMANDANTE**
LCDA. TERESA ROSARIO-BADILLO
POSTAL: 1106 CALLE PICCIONI
APT.5 SAN JUAN, PUERTO RICO 00907

FÍSICA: 1223 CALLE WILSON
SUITE 102, SAN JUAN, P.R. 00907
TEL. 787-783-2711
E-MAIL: trosariobadillo@yahoo.com

LCDA. TERESA ROSARIO BADILLO
COLEGIADA NUM. 10,855   RUA: 9,584

**ABOGADO DE LA PARTE DEMANDADA**
HERRERO, MORALES & REYES
LAW OFFICES, PSC
BANCO COOPERATIVO PLAZA
SUITE 205-B
623 PONCE DE LEÓN AVENUE
HATO REY, PUERTO RICO 0 0917
TEL.(787)751-2045/FAX 764-5645
E-MAIL: hmr.lawoffice@gmail.com
          reyes.ortiz.law@gmail.com

CHRISTOPHER D. REYES ORTIZ
TSPR NUMERO 19312

LCDA. CHARLENE RIVERA AGOSTO
DIRECTORA
OFICINA DE SERVICIOS LEGALES- AEP

5

GOBIERNO DE PUERTO RICO
AUTORIDAD DE EDIFICIOS PUBLICOS
JUNTA DE DIRECTORES
SAN JUAN, PUERTO RICO

## CERTIFICACIÓN

Yo, José A. Flores Díaz, en mi carácter de Secretario de la Junta de Directores de la Autoridad de Edificios Públicos (AEP), por la presente CERTIFICO:

Que, en Sesión Ejecutiva de la Reunión Ordinaria Núm. 2018-2019-3, celebrada el 25 de septiembre de 2018, la Junta de Directores de la AEP, tuvo ante su consideración la solicitud del Director Ejecutivo, Sr. Josean Nazario Torres, para autorizarle a llegar a un acuerdo transaccional con la *Compañía Quality Construction Services, SE,* por la cantidad recomendada de quinientos mil ($500,000.) dólares, por los casos Civil Núms. KAC2006-5943 (construcción Centro de Gobierno de Aibonito y KAC2008-0018 (construcción de la Escuela Segunda Unidad Inés Mendoza).

Que, en la reunión Ordinaria Núm. 2018-2019 (08), se aprobó el plan de pago de la sentencia según acordado y sugerido por las partes. El acuerdo de pago es el siguiente:

**$200,000.** - En o antes del 31 de agosto de 2019

**$200,000.** - En o antes del 31 de agosto de 2020

**$100,000.** - En o antes del 31 de agosto de 2021

Que el acuerdo es en conformidad a la Ley 66 del 17 de junio de 2014.

Resuélvase, **APROBAR**, por la Junta de Directores de la AEP, mediante la presente resolución, la solicitud del Director Ejecutivo, Sr. Josean Nazario Torres, para autorizar el acuerdo transaccional de la compañía *Quality Construction Services, SE.,* por la cantidad recomendada de quinientos mil dólares ($500,000.), condicionado a que se realice en tres (3) pagos con cargo a los próximos tres (3) años fiscales (2019-2020, 2020-2021 y 2021-2022), pagaderos según las disposiciones de la Ley 66 del 17 de junio de 2014.

La moción fue sometida por el Lcdo. Luis N. Nazario Maldonado y secundada por el Ing. Miguel H. Pellot Altieri.

Y, PARA QUE ASÍ CONSTE, suscribo la presente Certificación y hago estampar en ella el Sello Oficial de la AEP, en San Juan, Puerto Rico, a 21 de febrero de 2019.

Lcdo. José A. Flores Díaz
Secretario

 Gmail

Christopher Reyes <reyes.ortiz.law@gmail.com>

**Notificación Electrónica K AC2008-0018**
2 messages

NoReply@ramajudicial.pr <NoReply@ramajudicial.pr>  Wed, Feb 27, 2019 at 9:40 AM
To: reyes.ortiz.law@gmail.com

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE SAN JUAN-SUPERIOR

| QUALITY CONSTRUCTION SERVICE, S.E. | CASO NÚM. | K AC2008-0018 |
|---|---|---|
| DEMANDANTE | SALON NÚM. | 0906 |
| VS | SOBRE: | INCUMPLIMIENTO DE CONTRATO |
| AUTO.EDIFICIOS PUBLICOS ELA | | |
| DEMANDADO | | |

NOTIFICACIÓN

A:  LIC. REYES ORTIZ, CHRISTOPHER DANIEL
    REYES.ORTIZ.LAW@GMAIL.COM
    LIC. ADAMES SOTO, ENRIQUE RAFAEL
    EADAMES@ADAMESLAW.COM
    LIC. MORALES PEREZ, KAREN KATHERINE
    MORALES.PEREZ.LAW@GMAIL.COM
    LIC. ORTIZ SANTIAGO, JOEL O.
    JORTIZ@ADAMESLAW.COM
    LIC. ROSARIO BADILLO, TERESITA
    TROSARIOBADILLO@YAHOO.COM
    LIC. SÁNCHEZ NORAT, GLADYS
    GSANCHEZNORAT@MAC.COM

EL (LA) SECRETARIO(A) QUE SUSCRIBE CERTIFICA Y NOTIFICA A USTED QUE CON RELACIÓN AL (A LA): MOCIÓN ESTIPULACION TRANSACCIONAL. ESTE TRIBUNAL EMITIÓ UNA SENTENCIA EL 26 DE FEBRERO DE 2019. SE ANEJA COPIA O INCLUYE ENLACE:

Presione aquí para acceder al documento electrónico objeto de esta notificación. El documento estará disponible a través de este enlace durante 45 días desde que se archivó en autos la notificación.

FDO. MYRNA ESTHER AYALA DIAZ
JUEZ

SE LE ADVIERTE QUE AL SER UNA PARTE O SU REPRESENTANTE LEGAL EN EL CASO SUJETO A ESTA SENTENCIA, USTED PUEDE PRESENTAR UN RECURSO DE APELACIÓN, REVISIÓN O CERTIORARI, DE CONFORMIDAD CON EL PROCEDIMIENTO Y EN EL TÉRMINO ESTABLECIDO POR LEY, REGLA O REGLAMENTO.

CERTIFICO QUE LA DETERMINACIÓN EMITIDA POR EL TRIBUNAL FUE DEBIDAMENTE REGISTRADA Y ARCHIVADA HOY 27 DE FEBRERO DE 2019, Y QUE SE ENVIÓ COPIA DE ESTA NOTIFICACIÓN A LAS PERSONAS ANTES INDICADAS, A SUS DIRECCIONES REGISTRADAS EN EL CASO CONFORME A LA NORMATIVA APLICABLE. EN ESTA MISMA FECHA FUE ARCHIVADA EN AUTOS COPIA DE ESTA NOTIFICACIÓN.

EN SAN JUAN, PUERTO RICO, A 27 DE FEBRERO DE 2019.
GRISELDA RODRIGUEZ COLLADO                         POR: F/ MARTHA I. ALMODOVAR CABRERA

NOMBRE DEL (DE LA) SECRETARIO(A) REGIONAL         NOMBRE Y FIRMA DEL (DE LA) SECRETARIO(A) AUXILIAR
                                                   DEL TRIBUNAL

OAT1812-Formulario Único de Notificación - Sentencias, Resoluciones, Órdenes y Minutas (Noviembre 2016)

NoReply@ramajudicial.pr <NoReply@ramajudicial.pr>  Wed, Feb 27, 2019 at 9:41 AM
To: reyes.ortiz.law@gmail.com

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA

TRIBUNAL DE PRIMERA INSTANCIA
SALA DE SAN JUAN-SUPERIOR

| | | |
|---|---|---|
| QUALITY CONSTRUCTION SERVICE, S.E. | CASO NÚM. | K AC2008-0018 |
| DEMANDANTE | SALON NÚM. | 0906 |
| VS | SOBRE: | INCUMPLIMIENTO DE CONTRATO |
| AUTO.EDIFICIOS PUBLICOS ELA | | |
| DEMANDADO | | |

NOTIFICACIÓN

A: LIC. REYES ORTIZ, CHRISTOPHER DANIEL
REYES.ORTIZ.LAW@GMAIL.COM
LIC. ADAMES SOTO, ENRIQUE RAFAEL
EADAMES@ADAMESLAW.COM
LIC. MORALES PEREZ, KAREN KATHERINE
MORALES.PEREZ.LAW@GMAIL.COM
LIC. ORTIZ SANTIAGO, JOEL O.
JORTIZ@ADAMESLAW.COM
LIC. ROSARIO BADILLO, TERESITA
TROSARIOBADILLO@YAHOO.COM
LIC. SÁNCHEZ NORAT, GLADYS
GSANCHEZNORAT@MAC.COM

EL (LA) SECRETARIO(A) QUE SUSCRIBE CERTIFICA Y NOTIFICA A USTED QUE CON RELACIÓN AL (A LA): MOCIÓN ESTIPULACION TRANSACCIONAL. ESTE TRIBUNAL EMITIÓ UNA ORDEN EL 26 DE FEBRERO DE 2019.
SE TRANSCRIBE LA DETERMINACIÓN A CONTINUACIÓN:

ENTERADO, SE DICTA SENTENCIA.

FDO. MYRNA ESTHER AYALA DIAZ
JUEZ

SE LE ADVIERTE QUE AL SER UNA PARTE O SU REPRESENTANTE LEGAL EN EL CASO SUJETO A ESTA ORDEN, USTED PUEDE PRESENTAR UN RECURSO DE APELACIÓN, REVISIÓN O CERTIORARI, DE CONFORMIDAD CON EL PROCEDIMIENTO Y EN EL TÉRMINO ESTABLECIDO POR LEY, REGLA O REGLAMENTO.

CERTIFICO QUE LA DETERMINACIÓN EMITIDA POR EL TRIBUNAL FUE DEBIDAMENTE REGISTRADA Y ARCHIVADA HOY 27 DE FEBRERO DE 2019, Y QUE SE ENVIÓ COPIA DE ESTA NOTIFICACIÓN A LAS PERSONAS ANTES INDICADAS, A SUS DIRECCIONES REGISTRADAS EN EL CASO CONFORME A LA NORMATIVA APLICABLE. EN ESTA MISMA FECHA FUE ARCHIVADA EN AUTOS COPIA DE ESTA NOTIFICACIÓN.

EN SAN JUAN, PUERTO RICO, A 27 DE FEBRERO DE 2019.

GRISELDA RODRIGUEZ COLLADO
NOMBRE DEL (DE LA) SECRETARIO(A) REGIONAL

POR: F/ MARTHA I. ALMODOVAR CABRERA
NOMBRE Y FIRMA DEL (DE LA) SECRETARIO(A) AUXILIAR DEL TRIBUNAL

OAT1812-Formulario Único de Notificación - Sentencias, Resoluciones, Órdenes y Minutas (Noviembre 2016)

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE SAN JUAN
SALA SUPERIOR**

| | |
|---|---|
| **QUALITY CONSTRUCTION SERVICES II, LLC**<br><br>Parte Demandante<br><br>Vs.<br><br>**AUTORIDAD DE EDIFICIOS PÚBLICOS**<br><br>Parte Demandada | CIVIL NÚM. **K AC2008-0018**<br><br>SALA: **906**<br><br>SOBRE:<br><br>**INCUMPLIMIENTO DE CONTRATO** |

**SENTENCIA**

Atendida la *Estipulación Transaccional*, presentada el 25 de febrero de 2019, por los representantes legales de las partes en conjunto, este Tribunal declara **HA LUGAR** la estipulación y emite sentencia de conformidad.

Se incorporan por referencia a esta Sentencia, los acuerdos alcanzados por las partes, en sus términos y condiciones, tal y como si estuvieran aquí transcritos. Las partes quedan obligadas al estricto cumplimiento.

La presente sentencia será final y firme desde su notificación.

**REGÍSTRESE Y NOTIFÍQUESE.**

Dada en San Juan, Puerto Rico, a 26 de febrero de 2019.

MYRNA E. AYALA DÍAZ
Juez Superior

Núm. Identificador
SEN2019_____