**CERTIFIED MAIL**



**UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL**

1005   00918   R2304M110936-16

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FROM:**
Quality Construction Services II L.L.C
% Edwin La Torre Rodriguez
A&M Tower Ste 2
Del Parque 207 Santurce, P.R.
00912

RECEIVED & FILED
JUN -1 PM 2:22

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TO:**
United State District Court, Clerk's Office
150 Ave Carlos Chardon Ste 150.
San Juan, Puerto Rico 00918-1767

To schedule free Package Pickup,
scan the QR code.



PS00001000014
EP14F May 2020
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP