# EXHIBIT 7

**FINANCIAL OVERSIGHT & MANAGEMENT BOARD
FOR PUERTO RICO**



David A. Skeel, Jr.
Chair

Members
Ana J. Matosantos
Andrew G. Biggs
Justin Peterson

Natalie A. Jaresko
Executive Director

**BY ELECTRONIC MAIL**

October 23, 2020

Lic. Carlos Lamoutte
P.O. Box 9022185
San Juan, Puerto Rico 00902
cl@carloslamoutte.com

Dear Mr. Lamoutte:

We write in response to your October 16, 2020 correspondence regarding the class action filed against, among others, the Economic Development Bank for Puerto Rico ("BDE").

We have reviewed your correspondence as well as the attached documents. For reasons set forth in our September 24, 2020 letter, we have nothing to add beyond what is set forth in that correspondence.

Once again, thank you for your interest in the Commonwealth's economic recovery.

Sincerely,

Jaime El Koury
General Counsel

CC: U.S. Attorney W. Stephen Muldrow