# EXHIBIT 9

# FINANCIAL OVERSIGHT & MANAGEMENT BOARD
## FOR PUERTO RICO



David A. Skeel, Jr.
Chair

Members
Andrew G. Biggs
Arthur J. González
Antonio L. Medina
John E. Nixon
Justin M. Peterson
Betty E. Rosa

Natalie A. Jaresko
Executive Director

**BY ELECTRONIC MAIL**

February 22, 2021

Carlos Lamoutte, Esq.
P.O. Box 9022185
San Juan, Puerto Rico 00902
cl@carloslamoutte.com

Dear Mr. Lamoutte:

We write in response to your January 27, 2021 correspondence regarding the class action filed against, among others, the Economic Development Bank for Puerto Rico ("BDE") and the Oversight Board's January 29, 2021 public meeting.

As noted in our September 24, 2020 letter, the Oversight Board generally does not comment on matters that are the subject of on-going litigation. Therefore, the Oversight Board did not raise the issue during the January 29, 2021 meeting, and does not intend to raise it during any forthcoming public Board meetings.

Once again, thank you for your interest in the Commonwealth's economic recovery.

Sincerely,

Jaime A. El Koury
General Counsel