RÉPLICA DE OBJECIÓN GLOBAL

**I. DATOS DE CONTACTO**

Nombre: Alicia Beniquez Toro
Dirección Postal: 16304 Scaup Duck ave Brooksville Fl. 34614
Teléfono de contacto res. _____ cel. 856 777-3222

**II. Epígrafe** en redacion 175665

A. Secretaría (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo: —Ley 89 12 Julio 1979 - retribucion uniforme

#49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

#94057 - Ley de Escala Salarial – Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

**III.** El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

**IV. Documentación Justificativa**

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el 26 de Marzo de 1979 hasta el 1 de Mayo de 2012. Culminé mi laborar como Asignadora Combinada en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

Alicia Beniquez Toro
Nombre en letra de molde

_Alicia Benquez Toro_
Firma

P.D: No estoy de acuerdo en se cancele mi reclamo debido a que esta fundamentado en unos aumentos de unas leyes que se firmaron durante mis años de servicio de PRTC que aun pertenecia al Estado Libre Asociado de el 1999. Y yo estoy La agencia se privatizo en el 1999. reta reclamando por dos de las firmadas hasta el 1995. Ya que la venta se concreto en el 1999.

_Alicia Benquez Toro_