

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

### ALICIA BENIQUEZ TORO
### XXX-XX- 5258

Para (el)(la) ex emplead(o)(a) de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 03/26/1979.
- Trabajó como emplead(o)(a) regular hasta 05/01/2012.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a 9/10/2020.

**Abigaíl Alejandro González**

Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords