From: Alicia Rodriguez
14304 Scaup Duck Ave.
Brooksville Fl. 34614

To: Clerk Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

JACKSONVILLE FL
27 MAY 2022 PM

U.S. POSTAGE PAID
FCM LETTER
HOMOSASSA, FL
34446
MAY 27, 22
AMOUNT
$3.75
R2304H109846-12



Mulefoot Hog
USA/FOREVER

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7021 2720 0000 9575 3105

00918

UNITED STATES POSTAL SERVICE
1000