**Financial Oversight and Management Board for Puerto Rico**

GENERAL PUBLIC RELEASE

For Immediate Release

**CLARIFICATIONS AND ADDITIONAL GUIDELINES TO THE RESPONSE TO THE RFP FOR OUTSIDE LEGAL COUNSEL**

The Financial Oversight and Management Board for Puerto Rico (the "Board") offers the following clarifications and additional guidelines in regards to the request for proposal ("RFP") for outside legal counsel.

Posted Monday, October 24, 2016

1. Although there are no publicly available "lists" of litigations related to he Commonwealth of Puerto Rico, there are a number of litigations that provide some information about creditors participating in those litigations.  So to the extent the respondent firm represents creditors of the Commonwealth of Puerto Rico, whether related to the fiscal crisis or not, such relationships should be identified in the response to the RFP as best you can**.**  Further, respondents should also set forth any direct or indirect connection the respondent firm may have with members of the Board or their families.

2. No business references need to be supplied at this time.

3. The Board recognizes that many respondents to the RFP will have some connections to the fiscal crisis and to Puerto Rico generally.  The Board will have to review each situation on its own merit.  Therefore, the Board encourages all firms that believe they are qualified to submit a response to the RFP.

www.oversightboard.pr.gov | comments@oversightboard.pr.gov