# O'Neill & Borges LLC

250 Muñoz Rivera Avenue, Suite 800
San Juan, Puerto Rico 00918-1813

Carla García-Benítez
Member
(787) 282-5737

TELEPHONE: (787) 764-8181
TELECOPIER: (787) 753-8944
carla.garcia@oneillborges.com

May 18, 2022

**Via Email** *monsita.lecaroz@usdoj.gov*

Monsita Lecaroz-Arribas, Esq.
Assistant U.S. Trustee
Office of the U.S. Trustee
500 Tanca Street
Ochoa Building Suite 301
San Juan, Puerto Rico 00901

Re: PROMESA Title III CASE NO. 3:17-BK-3282-LTS

**UNSUBSTANTIATED AND IRRELEVANT LETTER TO THE U.S. TRUSTEE PURSUANT TO THE *PUERTO RICO RECOVERY ACCURACY IN DISCLOSURES ACT OF 2021*, 48 U.S.C. 2101 *ET SEQ*., REGARDING PURPORTED CONFLICT OF INTEREST OF O'NEILL & BORGES LLC**

Dear Ms. Lecaroz-Arribas:

As forewarned in our letter of April 26, 2022, we submit here a response to the irrelevant and misleading letter dated April 9, 2022, from Carlos Lamoutte to the U.S. Trustee's office and his numerous subsequent up emails. In his communications, Mr. Lamoutte continues to repeat certain unsubstantiated and irrelevant allegations, this time directed at O'Neill & Borges LLC.

Specifically, Mr. Lamoutte now alleges an inexistent conflict of interest that he self-servingly suggests must be reported to the Court pursuant to the *Puerto Rico Recovery Accuracy in Disclosures Act* of 2021, 48 U.S.C. 2101 et seq. (hereinafter, "PRRADA"), because of O'Neill & Borges LLC's role as Puerto Rico counsel to the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") created by the *Puerto Rico Oversight Management and Economic Stability Act* ("PROMESA").

Mr. Lamoutte's unsubstantiated and irrelevant statements, however, are merely intended to advance the discredited allegations he has made on behalf of his clients, in among other cases, *PR Recovery and Development JV, LLC vs. José A. Rovira González y Otros*, BY2020CV01413, and *La Sociedad Legal de Bienes Gananciales Compuesta Ambos y Otros vs. Banco de Desarrollo Económico para Puerto Rico y Otros*, SJ2020CV0449, and repeated by those same clients in *R&D Master Enterprises, Inc., et al.*, v. *The Financial Oversight and Management Board of Puerto*

O'NEILL & BORGES LLC

Monsita Lecaroz-Arribas, Esq.
Assistant U.S. Trustee
May 18, 2022
Page 2

*Rico, et al.,* USDC Civil No. 3:21-cv-01317[1] in an attempt to avoid or delay his clients' payment obligations of certain loans granted by the Economic Development Bank for Puerto Rico (by its Spanish acronym, the "BDE").

Specifically, Mr. Lamoutte refers to a certain Loan Sale Agreement entered into as of September 7, 2018, by and between the BDE, as seller, and PR Recovery and Development JV, LLC ("PR Recovery"), as purchaser (the "Contract"), whereby –among other things- his clients' loan obligations were sold to the latter. Mr. Lamoutte conclusorily alleges that this post-petition contract under PROMESA was "to the economic detriment *of the bankruptcy estate (sic)* of the Commonwealth of Puerto Rico" (the "Commonwealth"). (Emphasis added).

As the U.S. Trustee's office well knows, however, the BDE is a public corporation that has "its own legal personality and existence **apart from the Commonwealth of Puerto Rico** and any of its agencies, instrumentalities or public corporations." 7 P.R. Laws Annot. § 611a (emphasis added). BDE is **NOT** a Title III Debtor, nor is it otherwise included in the amended list of Material Interested Parties ("MIP") submitted by the Oversight Board to, and recently approved by, the Title III Court at Docket No. 20467 in Case Number 17-03283-LTS. *See*, the list at Docket No. 20458. Similarly, **neither** the other party to the Contract, PR Recovery, **nor** the other parties mentioned in Mr. Lamoutte's emails, specifically, Parliament Capital Management, LLC and Parliament High Yield Fund, LLC appear listed as an MIP. *Id.*

Simply stated, PRRADA bears no relationship to the BDE, the Contract or any other legal entity mentioned by Mr. Lamoutte. Mr. Lamoutte's irrelevant allegations against O'Neill & Borges LLC here are nothing more than an unsavory effort to advance his client's self-interests and claims.

Very cordially yours,

O'Neill & Borges LLC

Carla García Benítez

Cc: via email:
    Hermann D. Bauer, Esq.
    Rosa M. Lázaro, Esq.

---

[1] Some of these claims have, as a matter of fact, recently been dispelled by the United States District Court for the District of Puerto Rico. *See*, Docket No. 33 at USDC Civ. No. 3:21-cv-01317-RAM.

O'NEILL & BORGES LLC

Monsita Lecaroz-Arribas, Esq.
Assistant U.S. Trustee
May 18, 2022
Page 3

Attorneys for the Oversight Board,
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: Martin J. Bienenstock, Esq., mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com
Paul V. Possinger, Esq., ppossinger@proskauer.com
Guy Brenner, Esq., Esq. gbrenner@proskauer.com

Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority,
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Diana M. Perez, Esq., dperez@omm.com

Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority,
Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq., lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

Attorneys for the Official Committee of Unsecured Creditors,
Paul Hastings LLP
200 Park Ave.
New York, NY 10166
Attn: Luc. A Despins, Esq., lucdespins@paulhastings.com

Attorneys for the Official Committee of Unsecured Creditors,
Casillas, Santiago & Torres LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, PR 00901
Attn: Juan J. Casillas Ayala, Esq., jcasillas@cstlawpr.com

Attorneys for the Official Committee of Retired Employees,
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036
Attn: Robert Gordon, Esq., rgordon@jenner.com
Richard Levin, Esq., rlevin@jenner.com
Catherine Steege, Esq., csteege@jenner.com

O'NEILL & BORGES LLC

Monsita Lecaroz-Arribas, Esq.
Assistant U.S. Trustee
May 18, 2022
Page 4

Melissa Root, Esq., mroot@jenner.com
Attorneys for the Official Committee of Retired Employees,
Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Ponce de León
Hato Rey, PR 00918
Attn: A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Puerto Rico Department of Treasury
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez Pérez, CPA, Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja Rodríguez, angel.pantoja@hacienda.pr.gov
Francisco Parés Alicea, francisco.pares@hacienda.pr.gov
Francisco Peña Montañez, CPA, Francisco.Pena@hacienda.pr.gov

Attorneys for the Fee Examiner,
EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Attorneys for the Fee Examiner,
Godfrey & Kahn, S.C.
One East Main Street
Suite 500
Madison, WI 53703
Attn: Katherine Stadler, Esq., KStadler@gklaw.com

Carlos Lamoutte
P.O. Box 9022125,
San Juan, Puerto Rico 00902
cl@carloslamoutte.com