| | |
|---|---|
| **From:** | Carlos Lamoutte |
| **To:** | Carla García-Benítez; monsita.lecaroz@usdoj.gov |
| **Cc:** | Hermann Bauer; Rosa M. Lázaro; Bienenstock, Martin J.; Paul V. Possinger (ppossinger@proskauer.com); Ehud Barak (ebarak@proskauer.com); jrapisardi@omm.com; dperez@omm.com; Luis C. Marini (lmarini@mpmlawpr.com); Carolina Velaz Rivero (cvelaz@mpmlawpr.com); lucdespins@paulhastings.com; Juan J. Casillas-Ayala (jcasillas@cstlawpr.com); rgordon@jenner.com; rlevin@jenner.com; csteege@jenner.com; A J BENNAZAR ZEQUEIRA (ajb@bennazar.org); Reylam.Guerra@hacienda.pr.gov; Rodriguez.Omar@hacienda.pr.gov; angel.pantoja@hacienda.pr.gov; francisco.pares@hacienda.pr.gov; Francisco.Pena@hacienda.pr.gov; elugo@edgelegalpr.com; Stadler, Katherine; Guy Brenner (gbrenner@proskauer.com) |
| **Subject:** | RE: 2022 05 18 Letter to US Trustee re Lamoutte unfounded claim |
| **Date:** | Wednesday, May 18, 2022 10:08:39 PM |
| **Attachments:** | image003.png |
| | image004.png |
| | image005.png |
| | Motion to Disqualify O"Neill & Borges LLC (18-MAY-2022)-FILED.pdf |

Dear Ms. García:

We understand your interpretation of the matter to be incorrect. Your recent letter simply intends to sidestep your firm's compliance with PROMESA, PRRADA and bankruptcy case standards, and to advance the interests of private clients.

Please refer to the attached Motion to Disqualify filed earlier today at the U.S. District Court for the District of Puerto Rico, which is self-explanatory and properly substantiated.

Thanks,

CL



  

NOTICE: This communication contains information belonging to Carlos Lamoutte, Esq. or Lamoutte LLC which is confidential and/or legally-privileged. The aforementioned information is intended only for the use of the individual or entity to which this communication was remitted. If you are not the intended recipient, you are hereby notified that any disclosure, distribution, disclosure or the taking of any action in reliance of the content of said information is strictly prohibited. If you have received this communication by error, please notify us immediately.

---

**From:** Carla García-Benítez <Carla.Garcia@oneillborges.com>
**Sent:** Wednesday, May 18, 2022 8:51 PM
**To:** monsita.lecaroz@usdoj.gov
**Cc:** Hermann Bauer <Hermann.Bauer@oneillborges.com>; Rosa M. Lázaro <rosa.lazaro@oneillborges.com>; Bienenstock, Martin J. <mbienenstock@proskauer.com>; Paul V. Possinger (ppossinger@proskauer.com) <ppossinger@proskauer.com>; Ehud Barak (ebarak@proskauer.com) <ebarak@proskauer.com>; jrapisardi@omm.com; dperez@omm.com; Luis C. Marini (lmarini@mpmlawpr.com) <lmarini@mpmlawpr.com>; Carolina Velaz Rivero (cvelaz@mpmlawpr.com) <cvelaz@mpmlawpr.com>; lucdespins@paulhastings.com; Juan J. Casillas-Ayala (jcasillas@cstlawpr.com) <jcasillas@cstlawpr.com>; rgordon@jenner.com; rlevin@jenner.com; csteege@jenner.com; A J BENNAZAR ZEQUEIRA (ajb@bennazar.org) <ajb@bennazar.org>; Reylam.Guerra@hacienda.pr.gov; Rodriguez.Omar@hacienda.pr.gov; angel.pantoja@hacienda.pr.gov; francisco.pares@hacienda.pr.gov; Francisco.Pena@hacienda.pr.gov; elugo@edgelegalpr.com; Stadler, Katherine <KStadler@gklaw.com>; Carlos Lamoutte <cl@carloslamoutte.com>; Guy Brenner (gbrenner@proskauer.com) <gbrenner@proskauer.com>
**Subject:** 2022 05 18 Letter to US Trustee re Lamoutte unfounded claim

Dear Ms. Lecaroz:
Please see attached letter, which is self explanatory.
Respectfully,
CARLA GARCÍA-BENÍTEZ

O'NEILL & BORGES LLC, 250 AVE. MUÑOZ RIVERA, STE. 800 SAN JUAN, P.R. 00918-1813
D. 787-282-5737 | T. 787-764-8181| F. 787-753-8944 |
WWW.ONEILLBORGES.COM

 

This e-mail and its attachment(s) may be privileged, confidential, and protected from disclosure. Unintended recipient(s) must immediately delete the e-mail and attachment(s) and notify the sender. IRS Circular 230 Disclosures: To ensure compliance with requirements imposed by the IRS, we inform you that any United States federal tax advice contained in this communication (including

any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promotions, marketing, or recommending to another party any transaction or matter addressed herein. Please consider the environment before printing this email.

---

**From:** Carla García-Benítez
**Sent:** Tuesday, April 26, 2022 5:37 PM
**To:** monsita.lecaroz@usdoj.gov
**Cc:** Hermann Bauer <Hermann.Bauer@oneillborges.com>; Rosa M. Lázaro <rosa.lazaro@oneillborges.com>; Bienenstock, Martin J. <mbienenstock@proskauer.com>; Paul V. Possinger (ppossinger@proskauer.com) <ppossinger@proskauer.com>; Ehud Barak (ebarak@proskauer.com) <ebarak@proskauer.com>; jrapisardi@omm.com; dperez@omm.com; Luis C. Marini (lmarini@mpmlawpr.com) <lmarini@mpmlawpr.com>; Carolina Velaz Rivero (cvelaz@mpmlawpr.com) <cvelaz@mpmlawpr.com>; lucdespins@paulhastings.com; Juan J. Casillas-Ayala (jcasillas@cstlawpr.com) <jcasillas@cstlawpr.com>; 'aaneses@cstlawpr.com' <aaneses@cstlawpr.com>; rgordon@jenner.com; rlevin@jenner.com; csteege@jenner.com; A J BENNAZAR ZEQUEIRA (ajb@bennazar.org) <ajb@bennazar.org>; Reylam.Guerra@hacienda.pr.gov; Rodriguez.Omar@hacienda.pr.gov; angel.pantoja@hacienda.pr.gov; francisco.pares@hacienda.pr.gov; Francisco.Pena@hacienda.pr.gov; elugo@edgelegalpr.com; Stadler, Katherine <KStadler@gklaw.com>; cl@carloslamoutte.com
**Subject:** 2022 04 26- Letter to US Trustee re Lamoutte unfounded claim

Please see attached letter, which is self explanatory.
Cordially,

CARLA GARCÍA-BENÍTEZ
O'NEILL & BORGES LLC, 250 AVE. MUÑOZ RIVERA, STE. 800 SAN JUAN, P.R. 00918-1813
D. 787-282-5737 | T. 787-764-8181| F. 787-753-8944 |
WWW.ONEILLBORGES.COM

 

This e-mail and its attachment(s) may be privileged, confidential, and protected from disclosure. Unintended recipient(s) must immediately delete the e-mail and attachment(s) and notify the sender.  IRS Circular 230 Disclosures: To ensure compliance with requirements imposed by the IRS, we inform you that any United States federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promotions, marketing, or recommending to another party any transaction or matter addressed herein. Please consider the environment before printing this email.