THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF P.R.
ROOM 150 OF FEDERAL BUILDING
150 CARLOS CHARDON AVE
SAN JUAN PR 00918-1767

00918-170625

**GORDON HOKE**

CONTACT INFO:
436 HOGSBACK RD.
RICHFIELD SPRINGS, NY 13439-3321

PHONE: 315-940-1135