# EXHIBIT D

**Summary of Jenner & Block LLP Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category | | Blended Hourly Rate | |
|---|---|---|---|
| | | **Worked and Billed in 2020** (excluding Restructuring lawyers) | **Billed in this Fee Application** |
| **Partner** | | **$857** | **$1,256.63** |
| | Partner – Sr. (20+ years) | $902 | $1,302.82 |
| | Partner – Mid (13-19 years) | $848 | $991.18 |
| | Partner – Jr. (0-12 years) | $746 | N/A |
| **Associate** | | **$561** | **$713.00** |
| | Associate – Sr. (5+ years) | $633 | N/A |
| | Associate – Mid (4-5years) | $628 | $755.00 |
| | Associate – Jr. (0-3 years) | $531 | $621.83 |
| **Counsel** | N/A | N/A | $755.87 |
| **Paralegal** | N/A | $307 | $358.55 |
| **Blended Rate for all Attorneys in this Fee Application** | | | $1,017.66 |
| **Blended Rate for all Attorneys with 15% discount** | | | $865.01 |
| **Blended Rate for All Timekeepers in this Fee Application** | | | $977.01 |
| **Blended Rate for all Timekeepers with 15% discount** | | | $830.46 |

| | |
|---|---|
| Case Name: | In re Commonwealth of Puerto Rico, et al. |
| Case Number: | 17 BK 3283-LTS |
| Applicant's Name: | Jenner & Block LLP |
| Date of Application: | March XX, 2022 |
| Interim or Final: | Interim |