## EXHIBIT E

## Summary of Jenner & Block LLP Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate (2021) | Total Billed Hours (2021) | Hourly Billing Rate (2022) | Total Billed Hours (2022) | Total Fees Requested |
|---|---|---|---|---|---|---|---|---|
| ROBERT D. GORDON | Partner | 1989 | Restructuring & Bankruptcy | $1,300 | 323.2 | $1,450 | 20.3 | $449,595.00 |
| MARC B. HANKIN | Partner | 1992 | Restructuring & Bankruptcy | $1,150 | 13.4 | N/A | N/A | $15,410.00 |
| LANDON S. RAIFORD | Partner | 2008 | Restructuring & Bankruptcy | $975 | 157.3 | $1,075 | .8 | $154,227.50 |
| MELISSA M. ROOT | Partner | 2003 | Restructuring & Bankruptcy | $1,025 | 46.5 | $1,150 | 5.7 | $54,217.50 |
| CATHERINE L. STEEGE | Partner | 1982 | Restructuring & Bankruptcy | $1,300 | 83.1 | $1,450 | 1.4 | $110,060.00 |
| BREANA K. DROZD | Associate | 2021 | Restructuring & Bankruptcy | $560 | .8 | N/A | N/A | $448.00 |
| KATHERINE A. ROSOFF | Associate | 2018 | Litigation | $755 | 8.9 | N/A | N/A | $6,719.50 |
| ADAM T. SWINGLE | Associate | 2018 | Restructuring & Bankruptcy | $660 | 2.4 | N/A | N/A | $1,584.00 |
| ANNA M. WINDEMUTH | Associate | 2020 | Litigation | $575 | .9 | N/A | N/A | $517.50 |
| LAURA E. PELANEK | Special Counsel | 2004 | Litigation | $660 | 263.1 | N/A | N/A | $173,646.00 |
| CARL N. WEDOFF | Special Counsel | 2010 | Restructuring & Bankruptcy | $895 | 158 | $895 | 23.3 | $162,263.50 |
| KENDALL E. ALLEN | Paralegal | N/A | Litigation | $335 | 12.7 | N/A | N/A | $4,254.50 |
| CATHERINE R. CARACCI | Paralegal | N/A | Litigation/Restructuring & Bankruptcy | $360 | 55.5 | N/A | N/A | $19,980.00 |
| JESSICA M. MERKOURIS | Paralegal | N/A | Litigation | $405 | 4.7 | N/A | N/A | $1,903.50 |
| **Sub-Total\*** | | | | | | | | **$1,154,826.50** |
| Less 15% Fee Discount on all matters except the Non-working Travel Matter | | | | | | | | $173,224.04 |
| Less 50% Discount on Non-working Travel Matter | | | | | | | | $0.00 |
| **Total** | | | | | | | **1,182 Hours** | **$981,602.46** |