# EXHIBIT F

## Summary of Jenner & Block LLP Expenses

| Service Description | Amount |
|---|---:|
| B&W Copy | $2,301.90 |
| Color Copy | $16.25 |
| Court Fees | $140.00 |
| Lexis Research | $93.73 |
| Messenger Services | $124.85 |
| Other Professional Services | $114,960.61 |
| Pacer Charges | $56.80 |
| Postage Expense | $834.48 |
| Transcripts | $4,634.65 |
| UPS | $0.00 |
| Westlaw Research | $1,013.57 |
| **Travel** | |
| Airfare | $0.00 |
| Ground Transportation | $35.00 |
| Hotel | $0.00 |
| Meals | $0.00 |
| Parking | $0.00 |
| **TOTAL** | **$124,211.84** |