## EXHIBIT G

### Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| CASE ADMINISTRATION/MISCELLANEOUS | 92.0 | $69,715.50 |
| CLAIMS ISSUES | 4.4 | $3,322.00 |
| COMMITTEE GOVERNANCE AND MEETINGS | 26.7 | $32,233.50 |
| COMMUNICATIONS WITH RETIREES | 3.0 | $3,810.00 |
| COURT HEARINGS | 129 | $154,572.50 |
| ECONOMIC AND DISASTER RECOVERY ANALYSIS | 0.2 | $260.00 |
| EMPLOYMENT OF PROFESSIONALS (JENNER) | 40.8 | $35,249.00 |
| EMPLOYMENT OF PROFESSIONALS (NON-JENNER) | 33.2 | $27,565.00 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 851.5 | $826,539.00 |
| MEDIATION | 0.4 | $520.00 |
| PREPA | 0.8 | $1,040.00 |
| **Sub-Total*** | 1,182.0 | $1,154,826.50 |
| Less 15% Fee Discount on all matters (except Non-Working Travel) | | $173,224.04 |
| Less 50% Discount on Non-Working Travel | | N/A |
| **Total** | | **$981,602.46** |