# **EXHIBIT I**

**Detailed Expense Records for Jenner & Block**

# October 2021

# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**             **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 9/16/21 | US Messenger & Logistics Inc. 09/18/2021 OrderTrackingID 1524.091621 | 22.03 |
| 9/16/21 | US Messenger & Logistics Inc. 09/18/2021 OrderTrackingID 1524.091621 | 22.03 |
| 9/20/21 | US Messenger & Logistics Inc. 10/02/2021 OrderTrackingID 809.092021 | 33.32 |
| 9/20/21 | US Messenger & Logistics Inc. 10/02/2021 OrderTrackingID 813.092021 | 69.50 |
| 10/01/21 | Postage Expense | 117.92 |
| 10/01/21 | Postage Expense | 117.92 |
| 10/01/21 | Postage Expense | 77.72 |
| 10/01/21 | B&W Copy | 308.00 |
| 10/01/21 | B&W Copy | 21.00 |
| 10/15/21 | Travel, ROBERT D. GORDON, 10/15/2021 | 5.00 |
| 10/15/21 | Travel, ROBERT D. GORDON, 10/15/2021 | 20.00 |
| 10/15/21 | Travel, ROBERT D. GORDON, 10/15/2021 | 5.00 |
| 10/29/21 | Postage Expense | 77.72 |
| 10/29/21 | Color Copy | 16.00 |
| 10/29/21 | B&W Copy | 57.40 |
| 10/29/21 | B&W Copy | 21.00 |
| 10/29/21 | B&W Copy | 234.20 |
| 10/29/21 | B&W Copy | 45.10 |
| 10/31/21 | Lexis Research | 93.73 |
| 10/31/21 | Westlaw Research | 13.23 |
| 10/31/21 | Westlaw Research | 33.49 |
| 10/31/21 | Westlaw Research | 457.74 |
| | TOTAL DISBURSEMENTS | $ 1,869.05 |

MATTER 10113 TOTAL      $ 1,869.05

# November 2021

# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**            **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 9/01/20 | Other Professional Services; SIMON HENRY ROBERTS JOHNSON; 09/01/2020. Expert Services in 2021, through August 31. In re The Commonwealth of Puerto Rico, et al, 17-3283-LsTd (D.P.R.) | 32,389.00 |
| 8/30/21 | Other Professional Services; SIMON HENRY ROBERTS JOHNSON; 08/30/2021. Expert Services in 2019 and 2020, In re The Commonwealth of Puerto Rico, et al, 17-3283-LsTs (D.P.R) | 36,071.00 |
| 9/16/21 | US Messenger & Logistics Inc. 09/18/2021 OrderTrackingID 1524.091621 | -22.03 |
| 10/10/21 | Other Professional Services; PACER SERVICE CENTER; 10/10/2021 | 3.00 |
| 10/10/21 | Quarterly Pacer Charge 10/10/2021 Period: July 01 thru September 30 2021 | 10.50 |
| 10/28/21 | Transcripts - Deposition; VERITEXT; 10/28/2021 | 900.25 |
| 10/28/21 | Transcripts - Deposition; VERITEXT; 10/28/2021 | 239.00 |
| 10/29/21 | Transcripts - Deposition; VERITEXT; 10/29/2021 | 650.45 |
| 11/01/21 | Transcripts - Deposition; VERITEXT; 11/01/2021 | 509.95 |
| 11/01/21 | Transcripts - Deposition; VERITEXT; 11/01/2021 | 640.55 |
| 11/01/21 | Transcripts - Deposition; VERITEXT; 11/01/2021 | 801.50 |
| 11/12/21 | Other Professional Services; ALIX PARTNERS LLP; 11/12/2021 | 14,413.36 |
| 11/16/21 | Travel, ROBERT D. GORDON, 11/16/2021 | 5.00 |
| 11/30/21 | Postage Expense | 443.20 |
| 11/30/21 | Westlaw Research | 171.37 |
| 11/30/21 | Color Copy | .25 |
| 11/30/21 | B&W Copy | 148.60 |
| 11/30/21 | B&W Copy | 69.30 |
| 11/30/21 | B&W Copy | 34.20 |
| 11/30/21 | B&W Copy | 923.10 |
| 11/30/21 | B&W Copy | 440.00 |
| | **TOTAL DISBURSEMENTS** | **$ 88,841.55** |

**MATTER 10113 TOTAL**        **$ 88,841.55**

# December 2021

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                                                    **MATTER NUMBER - 10113**

| | | |
|---|---|---:|
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380190548395 | 20.41 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380193237386 | 8.26 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380190548395 | 20.41 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380193237386 | 8.26 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380190548395 | 20.41 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380193237386 | 8.26 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380190548395 | 20.41 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380193237386 | 8.26 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380190548395 | 20.41 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380193237386 | 8.26 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380190548395 | 20.41 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380193237386 | 8.26 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380190548395 | 20.41 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380193237386 | 8.26 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380190548395 | -20.41 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380193237386 | -8.26 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380190548395 | -20.41 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380193237386 | -8.26 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380190548395 | -20.41 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380193237386 | -8.26 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380190548395 | -20.41 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380193237386 | -8.26 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380190548395 | -20.41 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380193237386 | -8.26 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380190548395 | -20.41 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380193237386 | -8.26 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380190548395 | -20.41 |
| 9/15/21 | 09/15/2021 UPS Delivery Service 1Z6134380193237386 | -8.26 |
| 9/23/21 | 09/23/2021 UPS Delivery Service 1Z6134380195020847 | 8.69 |
| 9/23/21 | 09/23/2021 UPS Delivery Service 1Z6134380198785258 | 24.26 |
| 9/23/21 | 09/23/2021 UPS Delivery Service 1Z6134380195020847 | 8.69 |
| 9/23/21 | 09/23/2021 UPS Delivery Service 1Z6134380198785258 | 24.26 |
| 9/23/21 | 09/23/2021 UPS Delivery Service 1Z6134380195020847 | 8.69 |
| 9/23/21 | 09/23/2021 UPS Delivery Service 1Z6134380198785258 | 24.26 |
| 9/23/21 | 09/23/2021 UPS Delivery Service 1Z6134380195020847 | 8.69 |
| 9/23/21 | 09/23/2021 UPS Delivery Service 1Z6134380198785258 | 24.26 |
| 9/23/21 | 09/23/2021 UPS Delivery Service 1Z6134380195020847 | 8.69 |
| 9/23/21 | 09/23/2021 UPS Delivery Service 1Z6134380198785258 | 24.26 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 9/23/21 | 09/23/2021 UPS Delivery Service 1Z6134380195020847 | 8.69 |
| 9/23/21 | 09/23/2021 UPS Delivery Service 1Z6134380198785258 | 24.26 |
| 9/23/21 | 09/23/2021 UPS Delivery Service 1Z6134380195020847 | -8.69 |
| 9/23/21 | 09/23/2021 UPS Delivery Service 1Z6134380198785258 | -24.26 |
| 9/23/21 | 09/23/2021 UPS Delivery Service 1Z6134380195020847 | -8.69 |
| 9/23/21 | 09/23/2021 UPS Delivery Service 1Z6134380198785258 | -24.26 |
| 9/23/21 | 09/23/2021 UPS Delivery Service 1Z6134380195020847 | -8.69 |
| 9/23/21 | 09/23/2021 UPS Delivery Service 1Z6134380198785258 | -24.26 |
| 9/23/21 | 09/23/2021 UPS Delivery Service 1Z6134380195020847 | -8.69 |
| 9/23/21 | 09/23/2021 UPS Delivery Service 1Z6134380198785258 | -24.26 |
| 9/23/21 | 09/23/2021 UPS Delivery Service 1Z6134380195020847 | -8.69 |
| 9/23/21 | 09/23/2021 UPS Delivery Service 1Z6134380198785258 | -24.26 |
| 9/23/21 | 09/23/2021 UPS Delivery Service 1Z6134380195020847 | -8.69 |
| 9/23/21 | 09/23/2021 UPS Delivery Service 1Z6134380198785258 | -24.26 |
| 9/24/21 | 09/24/2021 UPS Delivery Service 1Z6134380195291180 | 8.69 |
| 9/24/21 | 09/24/2021 UPS Delivery Service 1Z6134380196240974 | 24.26 |
| 9/24/21 | 09/24/2021 UPS Delivery Service 1Z6134380195291180 | 8.69 |
| 9/24/21 | 09/24/2021 UPS Delivery Service 1Z6134380196240974 | 24.26 |
| 9/24/21 | 09/24/2021 UPS Delivery Service 1Z6134380195291180 | 8.69 |
| 9/24/21 | 09/24/2021 UPS Delivery Service 1Z6134380196240974 | 24.26 |
| 9/24/21 | 09/24/2021 UPS Delivery Service 1Z6134380195291180 | 8.69 |
| 9/24/21 | 09/24/2021 UPS Delivery Service 1Z6134380196240974 | 24.26 |
| 9/24/21 | 09/24/2021 UPS Delivery Service 1Z6134380195291180 | 8.69 |
| 9/24/21 | 09/24/2021 UPS Delivery Service 1Z6134380196240974 | 24.26 |
| 9/24/21 | 09/24/2021 UPS Delivery Service 1Z6134380195291180 | -8.69 |
| 9/24/21 | 09/24/2021 UPS Delivery Service 1Z6134380196240974 | -24.26 |
| 9/24/21 | 09/24/2021 UPS Delivery Service 1Z6134380195291180 | -8.69 |
| 9/24/21 | 09/24/2021 UPS Delivery Service 1Z6134380196240974 | -24.26 |
| 9/24/21 | 09/24/2021 UPS Delivery Service 1Z6134380195291180 | -8.69 |
| 9/24/21 | 09/24/2021 UPS Delivery Service 1Z6134380196240974 | -24.26 |
| 9/24/21 | 09/24/2021 UPS Delivery Service 1Z6134380195291180 | -8.69 |
| 9/24/21 | 09/24/2021 UPS Delivery Service 1Z6134380196240974 | -24.26 |
| 9/27/21 | 09/27/2021 UPS Delivery Service 1Z6134380195425768 | 20.41 |
| 9/27/21 | 09/27/2021 UPS Delivery Service 1Z6134380199720753 | 8.26 |
| 9/27/21 | 09/27/2021 UPS Delivery Service 1Z6134380195425768 | 20.41 |
| 9/27/21 | 09/27/2021 UPS Delivery Service 1Z6134380199720753 | 8.26 |
| 9/27/21 | 09/27/2021 UPS Delivery Service 1Z6134380195425768 | 20.41 |
| 9/27/21 | 09/27/2021 UPS Delivery Service 1Z6134380199720753 | 8.26 |
| 9/27/21 | 09/27/2021 UPS Delivery Service 1Z6134380195425768 | 20.41 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---|
| 9/27/21 | 09/27/2021 UPS Delivery Service 1Z6134380199720753 | 8.26 |
| 9/27/21 | 09/27/2021 UPS Delivery Service 1Z6134380195425768 | 20.41 |
| 9/27/21 | 09/27/2021 UPS Delivery Service 1Z6134380199720753 | 8.26 |
| 9/27/21 | 09/27/2021 UPS Delivery Service 1Z6134380195425768 | -20.41 |
| 9/27/21 | 09/27/2021 UPS Delivery Service 1Z6134380199720753 | -8.26 |
| 9/27/21 | 09/27/2021 UPS Delivery Service 1Z6134380195425768 | -20.41 |
| 9/27/21 | 09/27/2021 UPS Delivery Service 1Z6134380199720753 | -8.26 |
| 9/27/21 | 09/27/2021 UPS Delivery Service 1Z6134380195425768 | -20.41 |
| 9/27/21 | 09/27/2021 UPS Delivery Service 1Z6134380199720753 | -8.26 |
| 9/27/21 | 09/27/2021 UPS Delivery Service 1Z6134380195425768 | -20.41 |
| 9/27/21 | 09/27/2021 UPS Delivery Service 1Z6134380199720753 | -8.26 |
| 9/27/21 | 09/27/2021 UPS Delivery Service 1Z6134380195425768 | -20.41 |
| 9/27/21 | 09/27/2021 UPS Delivery Service 1Z6134380199720753 | -8.26 |
| 10/25/21 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 10/25/ 2021 | 70.00 |
| 10/25/21 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 10/25/ 2021 | 70.00 |
| 11/01/21 | Transcripts - Deposition; VERITEXT; 11/01/2021 | 892.95 |
| 11/01/21 | Other Professional Services; VERITEXT; 11/01/2021 | 409.00 |
| 11/08/21 | Other Professional Services; VERITEXT; 11/08/2021 | 592.50 |
| 11/08/21 | Other Professional Services; VERITEXT; 11/08/2021 | 1,078.75 |
| 12/12/21 | Other Professional Services; SIMON JOHNSON; 12/12/2021 | 4,608.00 |
| 12/20/21 | Other Professional Services; ALIX PARTNERS LLP; 12/20/2021 | 13,428.25 |
| 12/31/21 | Westlaw Research | 199.78 |
| | TOTAL DISBURSEMENTS | $ 21,349.23 |

MATTER 10113 TOTAL $ 21,349.23

Case:17-03283-LTS Doc#:21103-9 Filed:06/03/22 Entered:06/03/22 16:14:41 Desc: Exhibit I Page 10 of 11

# January 2022

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES** **MATTER NUMBER - 10113**

| | | |
|---|---|---:|
| 1/06/22 | Pacer Charges; PACER SERVICE CENTER; 01/06/2022; Period: 10/01/2021 - 12/31/2021. | 3.90 |
| 1/06/22 | Pacer Quarterly Charges 01/06/2022 Period Cost October 01 thru December 31 2021. | 42.40 |
| 1/12/22 | Other Professional Services; ALIX PARTNERS LLP; 01/12/2022 | 11,967.75 |
| 1/31/22 | Westlaw Research | 137.96 |
| | TOTAL DISBURSEMENTS | $ 12,152.01 |

MATTER 10113 TOTAL $ 12,152.01