UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

  as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Xavi Flores, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On May 27, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Nestor A. Abreu Fargas, (MMLID: 1964831), at an address that is being redacted in the interest of privacy:

- Notice of (A) Entry of Order Confirming Modified Eighth Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al. Pursuant to Title III of PROMESA and (B) Occurrence of the Effective Date [Docket No. 20349]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

On May 27, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the parties identified on the Supplemental Service List attached hereto as **Exhibit A**:

- Order (I) Scheduling A Hearing To Consider The Adequacy Of Information Contained In The Disclosure Statement, (II) Establishing The Deadline For Filing Objections To The Disclosure Statement And Replies Thereto, And (III) Approving Form Of Notice Thereof [Docket No. 20680]

Dated: June 3, 2022

*/s/ Xavi Flores*
Xavi Flores

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 3, 2022, by Xavi Flores, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

**Exhibit A**

# Exhibit A

Supplemental Service List
Served via First Class Mail

| MML ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 1462039 | Betts-Martin , Dr. Katherine | Address on File | | | | |
| 1406120 | CAMARA DE COMERCIO DE PU | Address on File | | | | |
| 1406262 | CARLOS A VILLEGAS JARAMIL | Address on File | | | | |
| 1450540 | Chesseri, Roy | Address on File | | | | |
| 1418402 | FERROVIAL AGROMAN LLC | ATTN MANUEL SANCHEZ PEREIRA NASSIN E | 1250 AVE PONCE DE LEON STE 501 | SAN JUAN | PR | 00907-3052 |
| 1418349 | FERROVIAL AGROMAN SA | ATTN ENG NASSIN E TACTUK DINA | 1250 PONCE DE LEON AVE STE 501 | SAN JUAN | PR | 00907-3952 |
| 1488291 | Ferrovial Agroman, S.A. | 1250 Ave Ponce de Leon Ste 501 | | San Juan | PR | 00907-3052 |
| 1458689 | Goodkin, Lois | Address on File | | | | |
| 1461333 | Goodkin, Mortimer | Address on File | | | | |
| 1461337 | Goodkin, Mortimer | Address on File | | | | |
| 858994 | JUAN LORENZO MERCADO | Address on File | | | | |
| 1412216 | LCDO EUSBERTO GUERRERO RO | Address on File | | | | |
| 1908063 | Morales Colon, Angel Ramon | Address on File | | | | |
| 1415681 | RAFAEL ALEMAN | Address on File | | | | |
| 858923 | ROMAN MIRO, GLADYS ANA | Address on File | | | | |
| 1416348 | RUBEN HUERTAS LABOY | Address on File | | | | |
| 1416466 | SAMUEL SAEZ FONTANY | Address on File | | | | |
| 1433519 | Schweitzer, Jonathan | Address on File | | | | |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)  Page 1 of 1