FORMULARIO DE RESPUESTA DEL RECLAMANTE

**Claim No.** 67227   **Creditor Name:** DEJESUS, BAUDILIO

| | |
|---|---|
| (1) Nombre Completo | Baudilio de Jesús |
| (2) Número de teléfono | 787-610-4865 |
| (3) Número de empleado | R-01363 |
| (4) Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento De Educación 1983-2016 |
| (5) Correo electrónico | baudeje@yahoo.com |
| (6) Número de seguro social (últimos cuatro dígitos) | 2144 |
| (7) Número de caso administrative o judicial, si aplica. Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*) | 67227 |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | Este reclamo viene a raiz de un aumento de salario a los empleados públicos, y nunca lo recibimos. El reclamo es por la ley 89, "El Romeraso" |

*** Attach any supporting documentation you may have related to your claim. ***


17032830020297 0

## EMPLOYEE RESPONSE LETTER

**Claim No. 67227**     **Creditor Name: DEJESUS, BAUDILIO**

| | |
|---|---|
| (1) Full Name | |
| (2) Telephone Number | |
| (3) Employee Number | |
| (4) Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | |
| (5) Personal Email Address | |
| (6) Social Security Number (last four digits). | |
| (7) Case File Number, if applicable | *(This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, other than the Title III case.)* |
| (8) Describe in detail the nature and basis of your Claim. **Please add additional pages, if needed.** Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | |

**\*\*\* Attach any supporting documentation you may have related to your claim. \*\*\***

17032830020297