Baldiilo D DeJesus Oquendo
PO Box 1321
Jayuya, PR 00664

JUN 2022 PM 2 FOREVER USA

Barn Swallow

United States District
Court Clerk's Office
150 Ave. Carlos Chardón Ste. 158
San Juan P.R. 00918-1767

00918-170625