**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, ET AL.<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**INFORMATIVE MOTION
OF FINANCIAL GUARANTY INSURANCE COMPANY
FOR APPEARANCE AT THE JUNE 17, 2022 DISCLOSURE STATEMENT HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

Financial Guaranty Insurance Company ("**FGIC**"), by and through its attorneys, Rexach & Picó, CSP and Butler Snow LLP, files this *Informative Motion of Financial Guaranty Insurance Company for Appearance at the June 17, 2022 Disclosure Statement Hearing*. In support of the Motion, FGIC respectfully states as follows:

1. Maria E. Picó, Martin A. Sosland and Candice M. Carson intend to participate on behalf of FGIC at the Hearing[1] conducted by the Court by videoconferencing via Zoom. Attached as Exhibit A is the Party Appearance Sheet.

2. Ms. Picó, Mr. Sosland and Ms. Carson may speak in connection with the *Motion of the Puerto Rico Highways and Transportation Authority for an Order (I) Approving disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-*

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms as in that certain *Order Regarding Procedures for June 17, 2022, Disclosure Statement Hearing* [Case No. 17-3283, Dkt. #21068 and Case No. 17-3567, Dkt. #1192] (the "***Order***").

64604529.v1

*Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures* (Dkt #20654 in Case No. 17-3283), and the *Motion for Approval of Second Amended and Restated Stipulation and Agreed Order Regarding the Disputed Funds in the HTA Bond Service Accounts, Redemption Accounts and Reserve Accounts* (Dkt. #20987).

3. Ms. Picó, Mr. Sosland and Ms. Carson also reserve the right to be heard on any matter raised by any party at the Hearing related to the Title III cases, or any adversary proceeding pending in the Title III cases, or the interest of FGIC.

4. Ms. Picó, Mr. Sosland and Ms. Carson will be available to address any matters and to respond to any questions raised by the Court or to any statements of any party that affect the interests of FGIC.

Dated: June 7, 2022.

Respectfully submitted,

REXACH & PICÓ, CSP

By: */s/ María E. Picó*
    María E. Picó
    USDC-PR 123214
    802 Ave. Fernández Juncos
    San Juan PR 00907-4315
    Telephone: (787) 723-8520
    Facsimile: (787) 724-7844
    E-mail: mpico@rexachpico.com

BUTLER SNOW LLP

By: */s/ Martin A. Sosland*
    Martin A. Sosland (*pro hac vice*)
    Candice M. Carson (*pro hac vice*)
    2911 Turtle Creek, Suite 1400
    Dallas, TX 75219
    Telephone: (469) 680-5502
    Facsimile: (469) 680-5501
    E-mail: martin.sosland@butlersnow.com
    candice.carson@butlersnow.com

64604529.v1

        James E. Bailey III (*pro hac vice*)
        Adam M. Langley (*pro hac vice)*
        6075 Poplar Ave., Suite 500
        Memphis, TN 38119
        Telephone: (901) 680-7347
        Facsimile: (615) 680-7201
        E-mail: jeb.bailey@butlersnow.com
        adam.langley@butlersnow.com

        *Attorneys for Financial Guaranty Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: June 7, 2022.

        Respectfully submitted,

        By: */s/ Martin A. Sosland*
            Martin A. Sosland

        *Attorney for Financial Guaranty Insurance Company*

3

64604529.v1

# Exhibit A[1]

## Party Appearance Sheet

| | |
|---|---|
| Name of Party | Financial Guaranty Insurance Co. |
| Party Name Abbreviation (For Use with Zoom[2]) | FGIC |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See December Omnibus Hearing Procedures Order, ¶ 8(a))<br>or<br>Party-in-interest Not Represented by Counsel:<br>• Name, Email, Phone Number, Proof of Claim Number (if any) | María E. Picó<br>mpico@rexachpico.com<br>REXACH & PICÓ, CSP<br>Telephone: (787) 723-8520<br>Notice of Appearance Dkt. No. 101<br>Zoom Screen Name: FGIC/Picó, Maria/Rexach & Picó<br><br>Martin A. Sosland<br>martin.sosland@butlersnow.com<br>Butler Snow LLP<br>(469) 680-5502<br>PHV Dkt No. 150<br>Zoom Screen Name: FGIC/Sosland, Martin/Butler Snow<br><br>Candice M. Carson<br>candice.carson@butlersnow.com<br>Butler Snow LLP<br>(469) 680-5501<br>PHV Dkt No. 18405<br>Zoom Screen Name: FGIC/ Carson, Candice/Butler Snow |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the December Omnibus Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. | |

---

[1] This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit A**.

[2] See Hearing Procedures Order ¶ 8(a).