# REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre ___Doris Cintrón González___

Dirección Postal ___Urb. Vista Alegre 1956, Fortuna Ponce, P.R. 00717___

Teléfono de contacto res. (787) 843-8443   cel. (939) 243-9922

II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
       Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los anos de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el __23__ de __Mayo__ de __1988__ hasta el ____ de __Presente__ de _____. Culmine mi laborar como __Frame-Worker__ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Lois Cintrón González_
Nombre en letra de molde

_Lois Cintrón González_
Firma

PD: Por este medio deseo expresar que no estoy de acuerdo en que se desestime mi reclamo, debido a que este está fundamentado en un dinero adeudado en concepto de aumento de unas leyes que se firmaron durante el Periodo que PRT era dependencia del gobierno de P.R., Por tanto fue gobierno hasta 1999. En mi plano Personal cuando yo entre a trabajar en 1988 en PRT yo tuve recomendación del alcalde en aquel entonces el Sr. Wito Morales ya que en agencia Privada no piden esta recomendación.