Doris Cintrón González
Urb. Vista Alegre 1956 Fortuna
Ponce, P.R. 00717



Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767