# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre: Mayra Ivelisse Villanueva Correa

Dirección Postal: 2161 Brisas del Caribe Ponce, P.R. 00728-5312

Teléfono de contacto res. 787-841-5465   cel. 787-532-1965

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los anos de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el 16 de Marzo de 1987 hasta el ___ de el Presente de _____. Culmine mi laborar como _____ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

*Mayra Villanueva Correa*
Nombre en letra de molde

*Mayra Villanueva Correa*
Firma

P.D: Por este medio deseo expresar que no estoy de acuerdo en que se desestime mi reclamo, debido a que esta fundamentado en un dinero adeudado por concepto de aumento de unas Leyes que se firmaron durante el periodo que P.R.T. Comp. era dependencia del gobierno de P.R. Por tanto fue gobierno hasta 1999. En mi pluno personal, cuando comence a trabajar en el 1987 a la P.R.T.C; yo tuve recomendacion del asambleista en aquel entonces el Sr. José Esteban Martinez ya que en agencia privada no solicitan recomendaciones.