Mayra Villanueva
261 Brisas del Caribe
Ponce P.R 00728-5312

Clerk's Office
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building.
San Juan P.R 00918-1767

RECEIVED & MAIL
2022 JUN -6 PM 3:10
CLERK'S OFFICE
U.S. DISTRICT COURT