

**Puerto Rico Electric Power Authority**

# Puerto Rico Electric Power Authority

## 13-Week Cash Flow Update

May 11, 2022

# Disclaimer

The information contained herein (the "Information") has been provided and prepared by the Puerto Rico Power Authority ("PREPA" or the "Company") and is in draft form subject to further discussions and revisions. No representation or warranty, express or implied, is made by the Company or its advisors as to the accuracy or completeness of the Information, that has not been independently verified. The Company and its advisors shall have no responsibility or liability for the accuracy or completeness of the Information, any errors, inaccuracies or omissions in the Information or the consequences of any reliance upon the Information. Without limitation of the foregoing, no representation or warranty, express or implied, is made by the Company or its advisors as to the accuracy or completeness of any forecasts or projections contained in the Information. Nothing contained in the Information may be relied upon as a promise or representation as to the future. The Information does not constitute an offer or solicitation to sell or purchase securities. Neither the Company or its advisors shall have any liability, whether direct or indirect, in contract or tort or otherwise, to any person in connection with the Information.

Projections are included in the Information. Such projections have not been examined by auditors. The projections and other material set forth herein contain certain statements that are "forward- looking statements". These statements are subject to a number of assumptions, risks, and uncertainties, many of which are and will be beyond the control of the Company including, among others, availability and timing of liquidity sources, availability of supplies and supplier financing, changes in general economic, political, governmental and business conditions globally and in Puerto Rico, the Company's ability to achieve cost savings, changes in interest rates, changes in inflation rates, changes in exchange rates, changes in fuel prices, changes in business strategy and various other factors. These statements speak as of the date indicated and are not guarantees of future performance. Actual results or developments may differ materially from the expectations expressed or implied in the forward-looking statements, and the Company undertakes no obligation to update any such statements whether as a result of new information, future events or otherwise.

Recipients of the Information agree to keep the Information strictly confidential. The Information is highly confidential and contains proprietary and confidential information about the Company, its subsidiaries and its operations. This document material is being presented solely for your information and may not be copied, reproduced or redistributed to any other person in any manner. At the request of the Company, the recipient will promptly return all non-public material received from the Company (including this document) without retaining any copies thereof. For the avoidance of doubt, Information includes the nature, substance, status, and terms of any discussions related to the Information discussed herein.

The Information does not constitute an offer or invitation to purchase or subscribe for any shares or other securities of the Company and neither any part of this document nor any information or statement contained therein shall form the basis of or be relied upon in connection with any contract or commitment whatsoever. By receiving the Information, you agree to be bound by the foregoing limitations.



Puerto Rico Electric Power Authority

## Table of Contents

- General Overview

- April 15th Budget updated for actuals through 5/6/22

- April 15th Budget

- April 15th Budget With Actuals Through 5/6 vs April 15th Budget Cash Bridge



Puerto Rico Electric Power Authority

## General Overview

- The April 15th Budget With Actuals Through 5/6 vs April 15th Budget Cash Bridge captures the cumulative variance from 4/8/22 through 5/6/22

- Any timing related variances from actual weeks have not been re-timed into future periods for purposes of this analysis

4



> The projections presented herein utilize assumptions taking into account the COVID-19 impact to residential, commercial and industrial customers of PREPA to date. As the COVID-19 situation is ongoing, the impacts to date are not necessarily indicative of future impacts; and therefore, the cash flow budget remains subject to material change.

## April 15th Budget With Actuals Through 5/6

| ($ in millions) Week ending | Actual 03/18 | Actual 03/25 | Actual 04/01 | Actual 04/08 | Actual 04/15 | Actual 04/22 | Actual 04/29 | Actual 05/06 | 1 05/13 | 2 05/20 | 3 05/27 | 4 06/03 | 5 06/10 | 6 06/17 | 7 06/24 | 8 07/01 | 9 07/08 | 13 Week TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING RECEIPTS** | | | | | | | | | | | | | | | | | | |
| Customer Collections | $ 67.3 | 56.3 | 72.2 | 60.0 | 54.3 | 71.8 | 80.3 | 91.9 | 72.4 | 91.2 | 73.3 | 75.6 | 78.0 | 79.9 | 90.6 | 89.6 | 87.3 | $ 1,036.1 |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Receipts** | $ 67.3 | 56.3 | 72.2 | 60.0 | 54.3 | 71.8 | 80.3 | 91.9 | 72.4 | 91.2 | 73.3 | 75.6 | 78.0 | 79.9 | 90.6 | 89.6 | 87.3 | $ 1,036.1 |
| **ENERGY PURCHASES** | | | | | | | | | | | | | | | | | | |
| Power purchase - AES | $ (22.0) | - | - | - | (18.6) | - | - | - | - | (25.8) | - | - | - | (24.3) | - | - | - | (68.7) |
| Power purchase - EcoElectrica | (13.9) | - | - | - | (13.2) | - | - | - | - | - | (13.3) | - | - | (15.0) | - | - | - | (41.5) |
| Power purchase - Renewable sources | (6.1) | - | - | - | (5.9) | - | - | - | (0.6) | - | (7.7) | - | - | (6.9) | - | - | - | (20.5) |
| Fuel purchase - Fleet and storage | (0.8) | - | - | (0.1) | - | (0.0) | - | - | - | (0.8) | - | (0.9) | (0.9) | (0.8) | - | - | - | (3.9) |
| Fuel purchase - Bunker C | (12.4) | (20.8) | (30.4) | (41.3) | (24.7) | (26.1) | (16.7) | (47.3) | (39.9) | (24.2) | (28.3) | (48.9) | (49.1) | (19.8) | (47.5) | (48.9) | (23.8) | (445.4) |
| Fuel purchase - Diesel | (6.0) | (6.1) | (12.4) | (5.7) | (5.7) | (5.6) | - | (7.6) | (16.4) | (8.8) | (8.8) | - | - | (10.8) | - | (10.6) | (19.0) | (93.1) |
| LNG purchase - Naturgy | - | - | - | (36.8) | - | - | - | (42.1) | (42.1) | - | - | - | (33.4) | - | - | - | (47.1) | (164.8) |
| LNG purchase - NFE | - | - | (1.5) | - | - | - | - | (11.5) | - | - | - | (15.8) | - | - | - | (18.2) | - | (45.6) |
| **Total Energy Purchases** | $ (61.2) | (26.9) | (44.7) | (83.8) | (68.1) | (31.7) | (16.7) | (108.4) | (99.0) | (80.5) | (37.1) | (65.7) | (83.4) | (77.7) | (47.5) | (77.7) | (89.9) | $ (883.5) |
| **EMPLOYEE DISBURSEMENTS** | | | | | | | | | | | | | | | | | | |
| Salaries and Wages | $ (2.1) | (0.0) | (2.2) | (0.0) | (2.2) | - | (2.1) | (0.0) | (2.2) | - | (2.2) | - | (2.2) | - | (2.2) | - | (2.2) | (15.3) |
| Christmas Bonus | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Medical Benefits | - | - | (0.9) | - | (0.0) | (0.4) | (1.1) | - | - | - | (0.8) | - | - | - | - | (1.2) | - | (3.5) |
| Worker's Compensation | - | - | (0.9) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Benefits | (1.1) | - | (6.1) | - | (1.1) | - | (1.1) | - | (1.0) | - | (1.0) | - | (1.0) | - | (1.0) | (2.9) | (1.0) | (10.0) |
| Estimated Gross Overtime | (0.4) | - | (0.4) | - | (0.4) | - | (0.4) | - | (0.4) | - | (0.4) | - | (0.4) | - | (0.4) | - | (0.4) | (2.5) |
| GridCo Employee Disbursements | - | (12.5) | - | - | (8.8) | - | (10.0) | (11.8) | (9.0) | (10.0) | (9.0) | (10.0) | (9.0) | (10.0) | (9.0) | (10.0) | (9.0) | (115.5) |
| **Total Employee Disbursements** | $ (3.5) | (12.5) | (10.5) | (0.0) | (12.5) | (0.4) | (14.7) | (11.8) | (12.6) | (10.0) | (13.3) | (10.0) | (12.6) | (10.0) | (12.6) | (14.1) | (12.6) | $ (147.0) |
| **OTHER OPERATING DISBURSEMENTS** | | | | | | | | | | | | | | | | | | |
| Necessary Maintenance Spend | $ (0.9) | (13.7) | (0.1) | (1.3) | (0.8) | (2.1) | (0.0) | (6.9) | (3.2) | (3.2) | (3.2) | (4.7) | (4.7) | (4.7) | (4.7) | (4.7) | (4.7) | (47.9) |
| Other Accounts Payable | (7.2) | (2.0) | (8.3) | (6.1) | (0.2) | (6.1) | 2.9 | (10.3) | (6.6) | (5.3) | (5.3) | (5.3) | (5.3) | (5.3) | (5.3) | (5.3) | (10.4) | (67.9) |
| FET and Operator Service Fees | - | - | (9.7) | - | - | - | (9.7) | - | - | - | - | (9.7) | - | - | - | (10.1) | - | (29.6) |
| **Total Other Operating Disbursements** | $ (8.1) | (15.7) | (18.2) | (7.4) | (0.9) | (8.2) | (6.8) | (17.2) | (9.8) | (8.6) | (8.6) | (19.8) | (10.1) | (10.1) | (10.1) | (20.2) | (15.2) | $ (145.4) |
| **PROFESSIONAL SERVICES** | | | | | | | | | | | | | | | | | | |
| Professional & Technical Outsourced Services | $ (0.8) | (2.1) | (3.0) | (15.3) | (3.2) | (3.6) | (1.9) | (2.4) | (7.1) | (7.0) | (7.1) | (6.9) | (1.3) | (1.9) | (1.0) | (7.2) | (1.0) | (51.6) |
| Legal Services | (0.2) | (0.1) | (0.7) | (0.1) | - | (0.1) | (0.5) | (0.1) | (0.2) | (0.7) | (0.2) | (0.7) | (0.2) | (0.7) | (0.2) | (0.7) | (0.2) | (5.0) |
| P3 Authority Transaction Costs | (0.4) | - | - | - | - | - | - | (1.2) | - | - | - | (0.4) | - | - | - | (0.4) | - | (2.0) |
| PREPA Restructuring & Title III | - | - | - | (0.2) | - | (0.0) | - | (0.8) | (0.8) | (0.7) | - | (1.0) | - | - | - | (0.3) | (1.3) | (4.9) |
| FOMB Advisor Costs allocated to PREPA | - | - | - | - | - | (4.8) | - | - | - | - | (2.0) | - | - | (2.0) | - | - | (2.0) | (10.8) |
| **Total Professional Services** | $ (1.4) | (2.2) | (3.7) | (15.5) | (3.2) | (8.5) | (2.4) | (4.6) | (8.1) | (8.5) | (9.4) | (9.0) | (1.5) | (4.6) | (1.2) | (8.7) | (4.5) | $ (74.2) |
| **RESTORATION, RECONSTRUCTION & INSURANCE** | | | | | | | | | | | | | | | | | | |
| Restoration & Reconstruction | $ - | - | - | - | (26.5) | (1.9) | (0.3) | - | - | (11.7) | - | - | - | - | - | - | - | (40.4) |
| FEMA Proceeds / Other Federal Funding | 12.5 | 0.3 | 2.1 | - | 35.1 | - | 13.0 | 1.8 | - | 25.5 | - | - | - | - | - | - | 15.1 | 90.4 |
| Insured Repair Expense | - | - | - | - | - | - | - | - | - | - | (0.4) | - | - | (1.4) | - | - | - | (1.8) |
| Insurance Proceeds | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Permanent Work | - | - | (0.1) | (0.1) | (0.6) | (0.7) | (0.4) | (0.1) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (3.7) |
| **Total Restoration, Reconstruction & Insurance** | $ 12.5 | 0.3 | 2.0 | (0.1) | 8.0 | (2.6) | 12.3 | 1.6 | (0.2) | 13.2 | (0.2) | (0.2) | (0.2) | (1.6) | (0.2) | (0.2) | 14.9 | 44.6 |
| **COMMONWEALTH FUNDING** | | | | | | | | | | | | | | | | | | |
| Commonwealth T&D Service Account Funding | $ - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Commonwealth Funding** | $ - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **NET CASH FLOW** | $ 5.6 | (0.7) | (2.9) | (46.9) | (22.5) | 20.3 | 52.0 | (48.5) | (57.2) | (3.2) | 4.8 | (29.1) | (29.8) | (24.0) | 19.1 | (31.3) | (20.0) | (169.4) |
| **OPERATING BANK ACCOUNTS** | | | | | | | | | | | | | | | | | | |
| Beginning Balance | $ 1,092.1 | 1,097.7 | 1,096.9 | 1,094.1 | 1,047.2 | 1,024.7 | 1,045.0 | 1,097.0 | 1,048.6 | 991.3 | 988.1 | 992.9 | 963.8 | 934.0 | 910.0 | 929.0 | 897.8 | 1,047.2 |
| Net Cash Flow | 5.6 | (0.7) | (2.9) | (46.9) | (22.5) | 20.3 | 52.0 | (48.5) | (57.2) | (3.2) | 4.8 | (29.1) | (29.8) | (24.0) | 19.1 | (31.3) | (20.0) | (169.4) |
| **Ending Balance** | $ 1,097.7 | 1,096.9 | 1,094.1 | 1,047.2 | 1,024.7 | 1,045.0 | 1,097.0 | 1,048.6 | 991.3 | 988.1 | 992.9 | 963.8 | 934.0 | 910.0 | 929.0 | 897.8 | 877.8 | 877.8 |
| **OTHER BANK ACCOUNTS** | | | | | | | | | | | | | | | | | | |
| FEMA Emergency Accounts | $ 57.5 | 57.2 | 57.0 | 104.3 | 69.2 | 70.0 | 67.4 | 65.6 | 65.6 | 65.6 | 65.6 | 65.6 | 65.6 | 65.6 | 65.6 | 65.6 | 65.6 | 65.6 |
| Insurance Account | 9.7 | 9.7 | 9.7 | 9.7 | 9.7 | 9.7 | 9.7 | 9.7 | 9.7 | 9.7 | 24.7 | 24.7 | 24.7 | 42.0 | 42.0 | 42.0 | 42.0 | 42.0 |
| Other Restricted & Construction Accounts | 56.8 | 56.8 | 57.0 | 57.0 | 57.0 | 57.0 | 57.0 | 57.0 | 57.0 | 57.0 | 57.0 | 57.0 | 57.0 | 57.0 | 57.0 | 57.0 | 57.0 | 57.0 |
| **Total Other Bank Accounts** | $ 124.1 | 123.8 | 123.8 | 171.0 | 136.0 | 136.7 | 134.1 | 132.3 | 132.3 | 132.3 | 147.3 | 147.3 | 147.3 | 164.6 | 164.6 | 164.6 | 164.6 | 164.6 |
| **MEMO: OPERATING BANK ACCOUNT DETAILS** | | | | | | | | | | | | | | | | | | |
| T&D Front-End Transition Accounts | $ - | - | - | - | - | - | - | - | | | | | | | | | | |
| T&D Service Accounts | 691.9 | 653.9 | 767.3 | 664.2 | 690.8 | 803.0 | 760.2 | 745.4 | | | | | | | | | | |
| Other Operating Accounts | 405.8 | 443.0 | 326.7 | 383.0 | 333.9 | 242.0 | 336.8 | 303.1 | | | | | | | | | | |
| **Ending Balance** | $ 1,097.7 | 1,096.9 | 1,094.1 | 1,047.2 | 1,024.7 | 1,045.0 | 1,097.0 | 1,048.6 | | | | | | | | | | |


Puerto Rico Electric Power Authority

5

> The projections presented herein utilize assumptions taking into account the COVID-19 impact to residential, commercial and industrial customers of PREPA to date. As the COVID-19 situation is ongoing, the impacts to date are not necessarily indicative of future impacts; and therefore, the cash flow budget remains subject to material change.

# April 15th Budget

| ($ in millions) Week ending | Actual 03/18 | Actual 03/25 | Actual 04/01 | Actual 04/08 | 1 04/15 | 2 04/22 | 3 04/29 | 4 05/06 | 5 05/13 | 6 05/20 | 7 05/27 | 8 06/03 | 9 06/10 | 10 06/17 | 11 06/24 | 12 07/01 | 13 07/08 | 13 Week TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING RECEIPTS** | | | | | | | | | | | | | | | | | | |
| Customer Collections | $ 67.3 | $ 56.3 | $ 72.2 | $ 60.0 | $ 54.3 | $ 71.8 | $ 84.6 | $ 88.0 | $ 72.4 | $ 91.2 | $ 73.3 | $ 75.6 | $ 78.0 | $ 79.9 | $ 90.6 | $ 89.6 | $ 87.3 | $ 1,036.5 |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Receipts** | $ 67.3 | $ 56.3 | $ 72.2 | $ 60.0 | $ 54.3 | $ 71.8 | $ 84.6 | $ 88.0 | $ 72.4 | $ 91.2 | $ 73.3 | $ 75.6 | $ 78.0 | $ 79.9 | $ 90.6 | $ 89.6 | $ 87.3 | $ 1,036.5 |
| **ENERGY PURCHASES** | | | | | | | | | | | | | | | | | | |
| Power purchase - AES | $ (22.0) | $ - | $ - | $ - | $ (18.6) | $ - | $ - | $ - | $ - | $ (25.8) | $ - | $ - | $ - | $ (24.3) | $ - | $ - | $ - | $ (68.7) |
| Power purchase - EcoElectrica | (13.9) | - | - | - | (13.2) | - | - | - | - | - | (13.3) | - | - | (15.0) | - | - | - | (41.5) |
| Power purchase - Renewable sources | (6.1) | - | - | - | (5.9) | - | - | (0.2) | - | - | (7.7) | - | - | (6.9) | - | - | - | (20.5) |
| Fuel purchase - Fleet and storage | (0.8) | (0.0) | (0.3) | (0.1) | - | (0.0) | (0.2) | - | (0.6) | (0.8) | - | - | (0.9) | - | (0.8) | - | - | (4.2) |
| Fuel purchase - Bunker C | (12.4) | (20.8) | (30.4) | (41.3) | (24.7) | (26.1) | (16.7) | (47.3) | (39.9) | (24.2) | (28.3) | (48.9) | (49.1) | (19.8) | (47.5) | (48.9) | (23.8) | (445.4) |
| Fuel purchase - Diesel | (6.0) | (6.1) | (12.4) | (5.7) | (5.7) | (5.6) | (0.1) | (0.3) | (16.4) | (8.8) | (8.8) | - | - | (10.8) | - | (10.6) | (19.0) | (86.0) |
| LNG purchase - Naturgy | - | - | - | (36.8) | - | - | - | - | (42.1) | - | - | - | (33.4) | - | - | (47.1) | - | (122.7) |
| LNG purchase - NFE | - | - | (1.5) | - | - | - | - | (11.5) | - | - | - | (15.8) | - | - | - | (18.2) | - | (45.6) |
| **Total Energy Purchases** | $ (61.2) | $ (26.9) | $ (44.7) | $ (83.8) | $ (68.1) | $ (31.7) | $ (17.0) | $ (59.1) | $ (99.0) | $ (80.5) | $ (37.1) | $ (65.7) | $ (83.4) | $ (77.7) | $ (47.5) | $ (77.7) | $ (89.9) | $ (834.5) |
| **EMPLOYEE DISBURSEMENTS** | | | | | | | | | | | | | | | | | | |
| Salaries and Wages | $ (2.1) | $ (0.0) | $ (2.2) | $ (0.0) | $ (2.2) | $ - | $ (2.2) | $ - | $ (2.2) | $ - | $ (2.2) | $ - | $ (2.2) | $ - | $ (2.2) | $ - | $ (2.2) | $ (15.4) |
| Christmas Bonus | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Medical Benefits | - | - | (0.9) | - | (0.0) | (0.4) | - | (1.1) | - | - | - | (0.8) | - | - | - | - | (1.2) | (3.5) |
| Worker's Compensation | - | - | (0.9) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Benefits | (1.1) | - | (6.1) | - | (1.1) | - | (1.1) | - | (1.0) | - | (1.0) | - | (1.0) | - | (1.0) | (2.9) | (1.0) | (10.0) |
| Estimated Gross Overtime | (0.4) | - | (0.4) | - | (0.4) | - | (0.4) | - | (0.4) | - | (0.4) | - | (0.4) | - | (0.4) | - | (0.4) | (2.5) |
| GridCo Employee Disbursements | - | (12.5) | - | - | (8.8) | - | (10.0) | (10.0) | (9.0) | (10.0) | (9.0) | (10.0) | (9.0) | (10.0) | (9.0) | (10.0) | (9.0) | (113.8) |
| **Total Employee Disbursements** | $ (3.5) | $ (12.5) | $ (10.5) | $ (0.0) | $ (12.5) | $ (0.4) | $ (14.7) | $ (10.0) | $ (12.6) | $ (10.0) | $ (13.3) | $ (10.0) | $ (12.6) | $ (10.0) | $ (12.6) | $ (14.1) | $ (12.6) | $ (145.2) |
| **OTHER OPERATING DISBURSEMENTS** | | | | | | | | | | | | | | | | | | |
| Necessary Maintenance Spend | $ (0.9) | $ (13.7) | $ (0.1) | $ (1.3) | $ (0.8) | $ (2.1) | $ (2.5) | $ (3.2) | $ (3.2) | $ (3.2) | $ (3.2) | $ (4.7) | $ (4.7) | $ (4.7) | $ (4.7) | $ (4.7) | $ (4.7) | $ (46.8) |
| Other Accounts Payable | (7.2) | (2.0) | (8.3) | (6.1) | (3.4) | (4.6) | (6.3) | (5.3) | (6.6) | (5.3) | (5.3) | (5.3) | (5.3) | (5.3) | (5.3) | (5.3) | (10.4) | (73.8) |
| FET and Operator Service Fees | - | - | (9.7) | - | - | - | (9.7) | - | - | - | - | (9.7) | - | - | - | (10.1) | - | (29.6) |
| **Total Other Operating Disbursements** | $ (8.1) | $ (15.7) | $ (18.2) | $ (7.4) | $ (4.2) | $ (6.7) | $ (18.5) | $ (8.6) | $ (9.8) | $ (8.6) | $ (8.6) | $ (19.8) | $ (10.1) | $ (10.1) | $ (10.1) | $ (20.2) | $ (15.2) | $ (150.2) |
| **PROFESSIONAL SERVICES** | | | | | | | | | | | | | | | | | | |
| Professional & Technical Outsourced Services | $ (0.8) | $ (2.1) | $ (3.0) | $ (15.3) | $ (3.2) | $ (3.6) | $ (1.4) | $ (7.1) | $ (7.1) | $ (7.0) | $ (7.1) | $ (6.9) | $ (1.3) | $ (1.9) | $ (1.0) | $ (7.2) | $ (1.0) | $ (55.8) |
| Legal Services | (0.2) | (0.1) | (0.7) | (0.1) | - | (0.1) | (0.2) | (0.2) | (0.2) | (0.7) | (0.2) | (0.7) | (0.2) | (0.7) | (0.2) | (0.7) | (0.2) | (4.8) |
| P3 Authority Transaction Costs | (0.4) | - | - | - | - | - | - | (0.4) | - | - | - | - | (0.4) | - | - | (0.4) | - | (1.2) |
| PREPA Restructuring & Title III | - | - | - | (0.2) | - | (0.0) | - | (0.7) | (0.8) | (0.7) | - | (1.0) | - | - | - | (0.3) | (1.3) | (4.8) |
| FOMB Advisor Costs allocated to PREPA | - | - | - | - | - | (4.8) | - | - | - | - | - | (2.0) | - | (2.0) | - | - | (2.0) | (10.8) |
| **Total Professional Services** | $ (1.4) | $ (2.2) | $ (3.7) | $ (15.5) | $ (3.2) | $ (8.5) | $ (1.7) | $ (8.4) | $ (8.1) | $ (8.5) | $ (9.4) | $ (9.0) | $ (1.5) | $ (4.6) | $ (1.2) | $ (8.7) | $ (4.5) | $ (77.4) |
| **RESTORATION, RECONSTRUCTION & INSURANCE** | | | | | | | | | | | | | | | | | | |
| Restoration & Reconstruction | $ - | $ - | $ - | $ - | $ (26.5) | $ (1.9) | $ - | $ (0.3) | $ - | $ (11.7) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (40.4) |
| FEMA Proceeds / Other Federal Funding | 12.5 | 0.3 | 2.1 | - | 35.1 | - | 13.0 | 1.7 | - | 25.5 | - | - | - | - | - | - | 15.1 | 90.3 |
| Insured Repair Expense | - | - | - | - | - | - | - | - | - | - | - | (0.4) | - | (1.4) | - | - | - | (1.8) |
| Insurance Proceeds | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Permanent Work | - | - | (0.1) | (0.1) | (0.6) | (0.2) | - | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (3.5) |
| **Total Restoration, Reconstruction & Insurance** | $ 12.5 | $ 0.3 | $ 2.0 | $ (0.1) | $ 8.0 | $ (2.6) | $ 12.5 | $ 1.5 | $ (0.2) | $ 13.2 | $ (0.2) | $ (0.2) | $ (0.2) | $ (1.6) | $ (0.2) | $ (0.2) | $ 14.9 | $ 44.7 |
| **COMMONWEALTH FUNDING** | | | | | | | | | | | | | | | | | | |
| Commonwealth T&D Service Account Funding | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Commonwealth Funding** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **NET CASH FLOW** | $ 5.6 | $ (0.7) | $ (2.9) | $ (46.9) | $ (25.7) | $ 21.8 | $ 45.2 | $ 3.5 | $ (57.2) | $ (3.2) | $ 4.8 | $ (29.1) | $ (29.8) | $ (24.0) | $ 19.1 | $ (31.3) | $ (20.0) | $ (126.0) |
| **OPERATING BANK ACCOUNTS** | | | | | | | | | | | | | | | | | | |
| Beginning Balance | $ 1,092.1 | $ 1,097.7 | $ 1,096.9 | $ 1,094.1 | $ 1,047.2 | $ 1,021.5 | $ 1,043.3 | $ 1,088.5 | $ 1,091.9 | $ 1,034.7 | $ 1,031.5 | $ 1,036.3 | $ 1,007.2 | $ 977.4 | $ 953.4 | $ 972.4 | $ 941.2 | $ 1,047.2 |
| Net Cash Flow | 5.6 | (0.7) | (2.9) | (46.9) | (25.7) | 21.8 | 45.2 | 3.5 | (57.2) | (3.2) | 4.8 | (29.1) | (29.8) | (24.0) | 19.1 | (31.3) | (20.0) | (126.0) |
| **Ending Balance** | $ 1,097.7 | $ 1,096.9 | $ 1,094.1 | $ 1,047.2 | $ 1,021.5 | $ 1,043.3 | $ 1,088.5 | $ 1,091.9 | $ 1,034.7 | $ 1,031.5 | $ 1,036.3 | $ 1,007.2 | $ 977.4 | $ 953.4 | $ 972.4 | $ 941.2 | $ 921.2 | $ 921.2 |
| **OTHER BANK ACCOUNTS** | | | | | | | | | | | | | | | | | | |
| FEMA Emergency Accounts | $ 57.5 | $ 57.2 | $ 57.0 | $ 104.3 | $ 69.2 | $ 70.0 | $ 67.3 | $ 65.6 | $ 65.6 | $ 65.6 | $ 65.6 | $ 65.6 | $ 65.6 | $ 65.6 | $ 65.6 | $ 65.6 | $ 65.6 | 65.6 |
| Insurance Account | 9.7 | 9.7 | 9.7 | 9.7 | 9.7 | 9.7 | 9.7 | 9.7 | 9.7 | 9.7 | 24.7 | 24.7 | 24.7 | 42.0 | 42.0 | 42.0 | 42.0 | 42.0 |
| Other Restricted & Construction Accounts | 56.8 | 56.8 | 57.0 | 57.0 | 57.0 | 57.0 | 57.0 | 57.0 | 57.0 | 57.0 | 57.0 | 57.0 | 57.0 | 57.0 | 57.0 | 57.0 | 57.0 | 57.0 |
| **Total Other Bank Accounts** | $ 124.1 | $ 123.8 | $ 123.8 | $ 171.0 | $ 136.0 | $ 136.7 | $ 134.1 | $ 132.3 | $ 132.3 | $ 132.3 | $ 147.3 | $ 147.3 | $ 147.3 | $ 164.6 | $ 164.6 | $ 164.6 | $ 164.6 | 164.6 |
| **MEMO: OPERATING BANK ACCOUNT DETAILS** | | | | | | | | | | | | | | | | | | |
| T&D Front-End Transition Accounts | $ - | $ - | $ - | $ - | | | | | | | | | | | | | | |
| T&D Service Accounts | 691.9 | 653.9 | 767.3 | 664.2 | | | | | | | | | | | | | | |
| Other Operating Accounts | 405.8 | 443.0 | 326.7 | 383.0 | | | | | | | | | | | | | | |
| **Ending Balance** | $ 1,097.7 | $ 1,096.9 | $ 1,094.1 | $ 1,047.2 | | | | | | | | | | | | | | |

6



Puerto Rico Electric Power Authority

# April 15th Budget With Actuals Through 5/6 vs April 15th Budget
## Cash Bridge as of May 6, 2022



- "Energy Purchases" variance due to timing of payments for LNG and Diesel.
- "Other Accounts Payable" variance primarily due to check receipts and disbursements clearing PREPA's operating accounts

7



Puerto Rico
Electric Power
Authority

**PUERTO RICO ELECTRIC POWER AUTHORITY**
Cash in bank and time deposits as of:                                                                                                                                                        Date 05/06/22

| Name | Account Number | Description | Notes | 05/06/22 |
|---|---|---|---|---:|
| Banco Popular | | Revenue Deposit Account | ZBA to Popular | - |
| Banco Popular | | Revenue Deposit Account (Credit Cards) | ZBA to Popular | - |
| Banco Popular | | Concentration Account | Active Concentration Account | 31 597 450.49 |
| Banco Popular | | Disbursement Account | Per Diem & Small Local Vendors | 145 473.06 |
| Banco Popular | | Revenue Deposit Account (Corp. Clients) | ZBA to Popular | - |
| Banco Popular | | Revenue Deposit Account (Gov't Clients) | ZBA to Popular | - |
| Banco Popular | | Concentration Account | Old Concentration Account | 162 119.41 |
| Banco Popular | | Revenue Deposit Account | ZBA to Popular | - |
| Banco Popular | | Project Guavate (related to mitigation work performed in Guavate; construction of underground lines) | Old FEMA Reimbursement Account | 2 490 266.00 |
| Oriental | | Concentration Account | Active Concentration Account | 79 439 552.98 |
| Oriental | | Revenue Deposit Account | ZBA to Oriental | - |
| Oriental | | Revenue Deposit Account - Lockbox | ZBA to Oriental | - |
| Banco Santander | | Revenue Deposit Account | Revenue Deposit Account and used for certain payments | - |
| Scotiabank | | Revenue Deposit Account | Manual Transfer to Popular or Citi | - |
| Firstbank | | Revenue Deposit Account | Manual Transfer to Popular or Citi | 165 259 385.39 |
| GDB | | PREPA Deposit Account at GDB | No longer used | - |
| GDB | | PREPA Deposit Account at GDB | No longer used | - |
| Citibank | | Disbursement Fuel O I & Power Purchase | No longer used | - |
| Citibank | | Concentration Account | Active Concentration Account | 23 915 164.72 |
| Citibank | | Revenue Deposit Account | ZBA to Cit | - |
| Citibank | | CWL Segregated Account | CWL Segregated Account | - |
| | **Total General Fund and CWL Segregated Accounts** | | | **$ 303,009,412.05** |
| Banco Popular | | Payroll Account | Disbursement account to pay PREPA payroll | 95 517.91 |
| Banco Popular | | Payroll Account | Disbursement account to pay PREPA payroll | 5 771.47 |
| | **Total Working Funds** | | | **$ 101,289.38** |
| Citibank | | Disbursement | Debt Service Related | - |
| | **Total Revenue Fund Account** | | | **$ -** |
| Banco Popular | | FEMA  EM PR Irma | FEMA Irma | - |
| Banco Popular | | FEMA  DR PR Irma | FEMA Irma | - |
| Banco Popular | | FEMA  DR PR Maria | FEMA Maria | 61 493 965.05 |
| Banco Popular | | FEMA  DR PR Earthquake | FEMA Earthquake | - |
| Banco Popular | | FEMA  DR PR COVID 19 | FEMA COVID 19 | 1 875 438.02 |
| Banco Popular | | FEMA  DR  Generation Projects | FEMA  Generation Projects | 2 193 859.55 |
| Banco Popular | | ARPA Funds | ARPA Funds | - |
| Banco Popular | | Premium Pay | Premium Pay | 34 000.00 |
| | **Total Restoration & Reconstruction Fund Accounts** | | | **$ 65,597,262.62** |
| Firstbank | | Front-End Transition Fee Variable | Front-End Transition Fee Variable | - |
| Firstbank | | Front-End Transition Fee Fixed | Front-End Transition Fee Fixed | - |
| | **Total Front-End Transition Accounts** | | | **$ -** |
| Firstbank | | T&D Service Account | Operating Account | 250 166 332.66 |
| Firstbank | | T&D Service Account | Non Federally Funded Capital Account | 16 198 107.68 |
| Firstbank | | T&D Service Account | Outage Events Reserve Account | 30 002 506.89 |
| Firstbank | | T&D Service Account | Gen Expend. Purchased Power Acct. | 136 170 012.00 |
| Firstbank | | T&D Service Account | Gen Expend. Fuel Acct. | 33 165 452.32 |
| Firstbank | | T&D Service Account | Contingency Reserve Acct. | 35 834 951.45 |
| Firstbank | | T&D Service Account | Federally Funded Capital Account | 243 902 070.44 |
| | **Total T&D Service Accounts** | | | **$ 745,439,433.44** |
| | **TOTAL CASH AND CASH EQUIVALENT** | | | **$ 1,114,147,397.49** |

**General Fund Accounts By Deposity Institution**

| | | |
|---|---|---:|
| Banco Popular de Puerto Rico | | $ 100 093 860.96 |
| Citibank N.A. | | 23 915 164.72 |
| Oriental Bank | | 79 439 552.98 |
| First Bank | | 910 698 818.83 |
| Banco Santander | | - |
| Scotia Bank | | - |
| Government Development Bank for Puerto Rico (GDB) | | - |
| | | **$ 1,114,147,397.49** |

| Name | Account Number | Description | Notes | 05/06/22 |
|---|---|---|---|---:|
| Citibank | | Remaining funds related 2013 Series Bond Issuance | Construction Fund Accounts | 1 544 115.07 |
| Banco Popular | | Funds used for project to rehabilitate San Juan generating unit | Construction Fund Accounts | 2 155 042.98 |
| GDB | | PREPA Deposit Account at GDB | Construction Fund Accounts | - |
| Citibank | | Special federal assignments to fund sponsored projects by the Environmental Quality Board ("JCA" in Spanish) | Construction Fund Accounts | 11 596 117.47 |
| Banco Popular | | Legacy accounts (consider for closure) | Construction Fund Accounts | - |
| Banco Popular | | 2016 A Bond - Used for specific projects identified at the time of bond issuance process | Construction Fund Accounts | 257 316.66 |
| Citibank | | 2016 D Bond - Used for specific projects identified at the time of bond issuance process | Construction Fund Accounts | - |
| Citibank | | PREPA Insurance | Insurance proceeds account related specifically to Hurricane Maria substation repair | 9 683 172.43 |
| Citibank | | PREPA Insurance - Earthquake | Insurance proceeds account related specifically to the 2020 earthquake | 25 978.73 |
| US Bank | | PROTECO - Trust Fund/EPA Agreement | Trust Fund/EPA Agreement | 965 338.01 |
| | **Total Construction Fund Accounts** | | | **$ 26,227,081.35** |
| Citibank | | Funds received from federal contributions or bond issuances used to finance the construction of infrastructure to provide electricity to rural areas in Puerto Rico | Investment Held By REA | - |
| Firstbank | | Funds received from federal contributions or bond issuances used to finance the construction of infrastructure to provide electricity to rural areas in Puerto Rico | Investment Held By REA | 1 161 796.99 |
| | **Total Investment Held By REA** | | | **$ 1,161,796.99** |
| Citibank | | Funds used to cover the cost of unusual or extraordinary maintenance or repairs including major items of equipment as stipulated in the Trust Agreement | Reserve Maintenance Fund | - |
| Firstbank | | Funds used to cover the cost of unusual or extraordinary maintenance or repairs including major items of equipment as stipulated in the Trust Agreement | Reserve Maintenance Fund | 16 876 460.88 |
| | **Total Reserve Maintenance Fund** | | | **$ 16,876,460.88** |
| Banco Popular | | Land Acquisition Project | Other Restricted Fund | 1 979 506.67 |
| Citibank | | PREPA Trust Investment Clearing | PREPA Trust Investment Clearing | - |
| | **Total Other Restricted Fund** | | | **$ 1,979,506.67** |
| Citibank | | One-time transaction | Invested funds regarding EcoElectrica transaction | - |
| Firstbank | | One-time transaction | Invested funds regarding EcoElectrica transaction | 3 335 025.03 |
| | **Total PREPA Client Fund** | | | **$ 3,335,025.03** |
| US Bank | | Sinking Fund Interest | | 16 878 003.72 |
| US Bank | | Sinking Fund Reserve | | 59 816.06 |
| US Bank | | Self Insurance | | 944.67 |
| US Bank | | Self Insurance Sub A | | 5.13 |
| US Bank | | Self Insurance | | 36 895.30 |
| US Bank | | Sinking Fund Reserve Sub A | | 46.06 |
| US Bank | | Sinking Fund Reserve Sub B | | 250.39 |
| US Bank | | Sinking Fund Reserve Sub C | | 5.03 |
| US Bank | | Sinking Fund Reserve Sub D | | 126 546.92 |
| US Bank | | Ser VV Escrow Dep | | 9.96 |
| US Bank | | CAPI Series 2012A | | 9.32 |
| US Bank | | PREPA Rev Fund Ser 2013A | | 65 705.53 |
| US Bank | | CAPI Series 2013A | | 152.61 |
| | **Total Sinking and Self-Insurance Account Funds** | | | **$ 17,168,390.70** |
| | **TOTAL CONSTRUCTION FUND AND OTHER** | | | **$ 66,748,261.62** |

**PREPA**
**Restoration and Reconstruction Spend and Reimbursement Flash Report as of 05/06/2022**
**$ In millions**

**Printed:   5/11/2022 16:10**

### Restoration and Reconstruction Spend To Date

| Description | Paid | Unpaid (a) | Total | |
|---|---|---|---|---|
| Whitefish | $ 127.3 | $ 6.0 | $ 133.4 | (b) |
| Cobra | 1,094.9 | 208.0 | 1,302.9 | (c) |
| XGL | 26.3 | - | 26.3 | |
| PREPA Force Account | 208.2 | - | 208.2 | (d) |
| PREPA Force Account - Maria post 08/16/18 | 23.5 | - | 23.5 | (e) |
| PREPA Force Account - Earthquake | 1.4 | - | 1.4 | |
| Local Contractors (Labor) | 27.3 | - | 27.3 | |
| Potentially Insured Assets | 45.6 | - | 45.6 | (f) |
| Purchased Equipment | 10.2 | - | 10.2 | |
| Other Payables | TBD | TBD | TBD | (g) |
| Management Cost | 28.6 | 2.6 | 31.2 | |
| US Contractor Expenses | 4.8 | - | 4.8 | |
| Mutual Aid Parties | 306.0 | 36.9 | 343.0 | (h) |
| **Restoration and Reconstruction Spend Total** | **$ 1,904.2** | **$ 253.5** | **$ 2,157.7** | |

**Notes:**
(a) Estimated and subject to change.
(b) Amounts based on Settlement Agreement.  Total amount represents the Initial Admin Claim.  The $6M unpaid amount excludes: (1) the administrative expense claim for accrued finance charges and, (2) potential contingent administrative expense claims for Denied Work Performed Invoices and Denied Mob/Demob Invoices.
(c) The reported invoiced and paid amounts are currently being reconciled by PREPA and are subject to change.  This amount does not include invoices related to Roosevelt Roads.
(d) Includes Force Account submissions to FEMA through 05/06/22.
(e) Includes Force Account submissions to FEMA through 05/06/22.  Represents Force Account Overtime Labor and Equipment post 08/16/18 at the 10% cost share.
(f) Represents invoice amounts associated with potentially insured assets through 05/06/22.
(g) In process of complete reconciliation with DFMO.
(h) Mutual Aid party invoices received through 05/06/22.
* Previously reported streetlighting amounts have been transferred to permanent work repairs.
* Previously reported materials were replaced by USACE donated efforts.  No future FEMA funds are expected.

### Submitted - Restoration and Reconstruction Project Worksheets Summary

| Description | Current Estimated Project Amount | Obligated by FEMA | Funds Received by PREPA | Funds Transferred to PREPA Operating Account (a) | Funds Remaining in PREPA Emergency Account | |
|---|---|---|---|---|---|---|
| PREPA Force Account | $ 208.2 | $ 54.6 | $ 52.2 | $ 52.2 | $ - | |
| PREPA Force Account - Maria post 08/16/18 | 23.5 | - | - | - | - | |
| Peaking Unit Fuel and O&M | 149.1 | 149.1 | 149.1 | 149.1 | - | |
| Cobra Restoration Work through August 16, 2018 (PW 251 & 466) | 999.1 | 999.1 | 944.4 | 904.0 | 40.4 | (b) |
| Cobra Restoration Work post August 16, 2018 | 310.6 | - | - | - | - | (c) |
| Purchase Equipment | 10.2 | 10.3 | 10.2 | 10.2 | - | |
| XGL | 26.3 | 26.2 | 6.4 | 6.4 | - | |
| Mutual Aid Parties | 343.0 | 358.0 | 306.6 | 306.6 | - | (d) |
| Local Contractors | 19.5 | 30.0 | 13.6 | 13.6 | - | (e) |
| Del Valle Contract (Guajataca Dam Project) | 5.4 | 11.2 | 3.6 | 3.6 | - | |
| Whitefish | 144.2 | 111.4 | 111.4 | 90.3 | 21.1 | (h) |
| Management Cost - Irma and Maria | 31.2 | 52.8 | 35.3 | 35.3 | - | (f) |
| US Contractor Inspections | 4.8 | 4.7 | 4.3 | 4.3 | - | |
| PREPA Emergency Protective Measures COVID-19 | 3.8 | 1.9 | 1.9 | - | 1.9 | |
| Earthquake Peaking Unit Fuel and O&M | 360.6 | 317.4 | 238.0 | 238.0 | - | (g) |
| Management Cost - Earthquake | 15.9 | 15.9 | 0.8 | 0.8 | - | |
| PREPA Force Account - Earthquake | 1.4 | 1.4 | - | - | - | |
| **Total** | **$ 2,656.7** | **$ 2,143.9** | **$ 1,877.8** | **$ 1,814.4** | **$ 63.4** | |

**Notes:**
(a) Transfers to PREPA Operating Account cumulative through 05/06/22.
(b) PW 251 is pending potential partial deobligation from $945M to $898M.  PW 466 is pending partial deobligation from $250M. For purposes of this analysis, for PW 466 we are assuming a current estimated project amount of current invoices at $53.6M, pending final review.  Subject to change.
(c) FEMA deobligated a portion of the Cobra restoration work through 08/16/18 PW for work performed after 08/16/18. Therefore, FEMA will create a new PW representing Cobra restoration work post 08/16/18 at the 10% cost share.
  For purposes of this report, we are currently assuming the estimated project amount of $310.6M. Subject to change.
(d) Total of 31 PWs with a current estimated project amount of $343M based of reviewed invoices.
(e) Amount based on local contractor PW packages submitted to FEMA through 05/06/22.
(f) Current estimated project amount of $31.2M is based on invoices reviewed, differing from the original obligated amount by FEMA.
(g) Obligated value reflects PW amount through July 2020.  Amount expected to be received by PREPA is 75% of PW amount based on cost share.
(h) Current estimated project amount is based on work performed and mob/demob invoices submitted by Whitefish.
* Previously reported PREPA Architectural and Engineering and Generator amounts have been transferred to permanent work repairs.
* In addition to the emergency funds received to date, PREPA has received $7.1M related to the FAAST PW.