IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**JOINDER OF THE OFFICIAL COMMITTEE
OF RETIRED EMPLOYEES TO THE INFORMATIVE MOTION OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS REGARDING FINAL APPLICATIONS
OF COMMITTEE MEMBERS FOR REIMBURSEMENT OF EXPENSES PURSUANT
TO THIRD AMENDED ORDER SETTING PROCEDURES FOR INTERIM AND FINAL
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS**

The Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "**Retiree Committee**") hereby submits this joinder ("**Joinder**") to the *Informative Motion of Official Committee of Unsecured Creditors Regarding Final Applications of Members of Official Committee of Unsecured Creditors for Reimbursement of Expenses Pursuant to Third Amended Order Setting Procedures for Interim and Final Compensation and Reimbursement of Expenses*

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

*of Professionals* [Dkt. No. 21076] (the "**Informative Motion**") filed by the Official Committee of Unsecured Creditors ("**UCC**").

1. For the reasons set forth in the Informative Motion, the Retiree Committee and its professionals share the UCC's view that statutory committee members should be subject to the same deadlines for submitting interim and final applications under the *Third Amended Order Setting Procedures for Interim and Final Compensation and Reimbursement of Expenses of Professionals* [Docket No. 20546] as statutory committee professionals. Accordingly, the Retiree Committee's members intend to submit a final application for expense reimbursement on or before the deadline for the Retiree Committee professionals' final applications for compensation and expense reimbursement.

(*Remainder of page intentionally left blank.*)

WHEREFORE, the Retiree Committee respectfully requests the Court take notice of this Joinder.

| | |
|---|---|
| June 7, 2022 | Respectfully submitted, |
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
| By:<br>*/s/ Robert Gordon*<br>Robert Gordon (admitted *pro hac vice*)<br>Richard Levin (admitted *pro hac vice*)<br>Carl Wedoff (admitted *pro hac vice*)<br>1155 Avenue of the Americas<br>New York, NY 10036<br>rgordon@jenner.com<br>rlevin@jenner.com<br>cwedoff@jenner.com<br>212-891-1600 (telephone)<br>212-891-1699 (facsimile) | By:<br>*/s/ A.J. Bennazar-Zequeira*<br>A.J. Bennazar-Zequeira<br>Héctor M. Mayol Kauffmann<br>Edificio Union Plaza, 1701<br>Avenida Ponce de León #416<br>Hato Rey, San Juan<br>Puerto Rico 00918<br>ajb@bennazar.org<br>hector.mayol@bennazar.com<br>787-754-9191 (telephone)<br>787-764-3101 (facsimile) |
| Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, IL 60654<br>csteege@jenner.com<br>mroot@jenner.com<br>312-222-9350 (telephone)<br>312-239-5199 (facsimile) | *Counsel for The Official Committee of Retired Employees of Puerto Rico* |