# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br>THE COMMONWEALTH OF PUERTO RICO,<br>*et al.*<br><br>Debtors. | **)** PROMESA<br>**)** Title III<br>**)**<br>**)** No. 17 BK 3283-LTS<br>**)**<br>**)** (Jointly Administered)<br>**)**<br>**)**<br>**)**<br>**)**<br>**)** |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br>PUERTO RICO ELECTRIC POWER<br>AUTHORITY ("PREPA")<br><br>Debtor.[1] | **)** PROMESA<br>**)** Title III<br>**)**<br>**)** No. 17 BK 4780-LTS<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)** |

## NOTICE OF WITHDRAWAL OF DOCUMENT

NOW APPEARS Cobra Acquisitions LLC ("Cobra"), by and through its counsel, and respectfully alleges and prays:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. Today the undersigned filed *Cobra Acquisitions LLC's Motion to Lift Stay Order* [Case No. 17-3283, ECF No. 21141]. Inadvertently, a draft of the motion was filed without the proper signature and certificate of service.

2. The undersigned hereby notifies its intent to withdraw ECF No. 21141. Cobra will file an amended *Motion to Lift Stay Order*, with the proper signature and certificate of service.

## **CONCLUSION**

WHEREFORE, for the reasons set forth above, the undersigned notifies its withdrawal of ECF No. 21141, to be replaced with an amended *Motion to Lift Stay Order* as stated in this motion.

*[Remainder of page left blank intentionally.]*

Dated: June 7, 2022

Respectfully submitted,


*/s/ By Sylvia M. Arizmendi (No. 210714)*

| | |
|---|---|
| Rafael Escalera Rodríguez (No. 122609) | Ira S. Dizengoff (*pro hac vice*) |
| Sylvia M. Arizmendi (No. 210714) | Abid Qureshi (*pro hac vice*) |
| REICHARD & ESCALERA, LLC | Philip C. Dublin (*pro hac vice*) |
| 255 Ponce de León Avenue | Steven M. Baldini (*pro hac vice*) |
| MCS Plaza, 10th Floor | AKIN GUMP STRAUSS HAUER & FELD LLP |
| San Juan, PR 00917-1913 | One Bryant Park |
| Telephone: (787) 777-8888 | Bank of America Tower |
| Email: escalera@reichardescalera.com | New York, NY 10036 |

Rafael Escalera Rodríguez (No. 122609)
Sylvia M. Arizmendi (No. 210714)
REICHARD & ESCALERA, LLC
255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, PR 00917-1913
Telephone: (787) 777-8888
Email:  escalera@reichardescalera.com
          arizmendis@reichardescalera.com

Ira S. Dizengoff (*pro hac vice*)
Abid Qureshi (*pro hac vice*)
Philip C. Dublin (*pro hac vice*)
Steven M. Baldini (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
Tel: (212) 872-1000
Fax: (214) 872-1002
Email:  idizengoff@akingump.com
          aqureshi@akingump.com
          pdublin@akingump.com
          sbaldini@akingump.com

--and--

Thomas P. McLish (*pro hac vice*)
Scott M. Heimberg (*pro hac vice*)
Allison Thornton (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, DC 20006
Tel: (202) 887-4000
Fax: (202) 887-4288
Email: tmclish@akingump.com
          sheimberg@akingump.com
          athornton@akingump.com

*Attorneys for Cobra Acquisitions LLC*

## <u>CERTIFICATE OF SERVICE</u>

We hereby certify that on this same date, we electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel

for the parties of record.

s/ By Sylvia M. Arizmendi
No. 210714