**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I caused true and correct copies of the *Fourteenth Interim Application of Jenner & Block LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from October 1, 2021, through January 31, 2022* [Dkt. No. 21103] (the "**Application**") to be served in the following manner:

---

[1] The Debtors in these jointly-administered PROMESA title III cases (these "Title III"), along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

On June 3, 2022, the Application was sent through the Court's CM/ECF system, and on June 7, 2022, the Application was sent via secure file transfer to each of the parties listed in <u>Exhibit A</u> attached hereto.

On June 7, 2022, the Application was sent via secure file transfer to the Honorable Laura Taylor Swain and Honorable Judith G. Dein at [SwainDPRCorresp@nysd.uscourts.gov](mailto:SwainDPRCorresp@nysd.uscourts.gov); [deindprcorresp@mad.uscourts.gov](mailto:deindprcorresp@mad.uscourts.gov).

On June 7, 2022, one copy of each Application was sent by UPS overnight delivery to Mary Ida Townson, The Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901, and one copy of each Application was sent on June 7, 2022 by US Postal Service to the following:

| | |
|---|---|
| Carlos Saavedra, Esq.<br>Rocío Valentin, Esq.<br>Puerto Rico Fiscal Agency and Financial Advisory Authority Roberto Sánchez Vilella (Minillas) Government Center De Diego Ave. Stop 22<br>San Juan, Puerto Rico 00907 | John J. Rapisardi<br>Suzzanne Uhland<br>Peter Friedman<br>Nancy A. Mitchell<br>Maria DiConza<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, New York 10036 |
| Andrés W. López<br>Law Offices of Andrés W. López<br>902 Fernández Juncos Ave.<br>San Juan, PR 00907 | David D. Cleary<br>Nathan A. Haynes<br>Kevin D. Finger<br>Greenberg Traurig LLP<br>200 Park Avenue<br>New York, New York 10166 |
| Arturo Diaz-Angueira<br>Katiuska Bolaños-Lugo<br>Cancio, Nadal, Rivera & Díaz, P.S.C.<br>PO Box 364966<br>San Juan, PR 00936-4966 | Martin J. Bienenstock<br>Ehud Barak<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299 |
| Paul V. Possinger<br>Proskauer Rose LLP<br>70 West Madison Street<br>Chicago, IL 60602 | Hermann D. Bauer, Esq.<br>O'Neill & Borges LLC<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813 |

2

| | |
|---|---|
| Luc. A. Despins<br>James Bliss<br>James Worthington<br>G. Alexander Bongartz<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, New York 10166 | Juan J. Casillas Ayala<br>Diana M. Batlle-Barasorda<br>Alberto J. E. Añeses Negrón<br>Ericka C. Montull-Novoa<br>Casillas, Santiago & Torres LLC<br>53 Palmeras Street, Ste. 1601<br>San Juan, Puerto Rico 00901-2419 |
| Luis C. Marini-Biaggi<br>Carolina Velaz-Rivero<br>Maria T. Alvarez-Santos, Esq.<br>Marini Pietrantoni Muniz LLC<br>MCS Plaza, Suite 500<br>255 Ponce de Leon Ave.<br>San Juan, PR 00917 | Reylam Guerra Goderich<br>Omar Rodriguez Perez<br>Angel L. Pantoja Rodriguez<br>Francisco Pares Alicea<br>Francisco Pena Montanez<br>The Puerto Rico Department of Treasury<br>P.O. Box 9024140<br>San Juan, PR 00902-4140 |
| Eyck O. Lugo<br>EDGE Legal Strategies PSC<br>252 Ponce de Leon Avenue<br>Citibank Tower, 12th Floor<br>San Juan, PR 00918 | Katherine Stadler<br>Godfrey & Kahn S.C.<br>One East Main Street Suite 500<br>Madison, WI 53703 |

(*Signature page follows.*)

| | |
|---|---|
| June 8, 2022 | Respectfully submitted, |
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
| By:<br>*/s/ Robert Gordon*<br>Robert Gordon (admitted *pro hac vice*)<br>Richard Levin (admitted *pro hac vice*)<br>Carl Wedoff (admitted *pro hac vice*)<br>919 Third Avenue<br>New York, NY 10022-3908<br>rgordon@jenner.com<br>rlevin@jenner.com<br>cwedoff@jenner.com<br>212-891-1600 (telephone)<br>212-891-1699 (facsimile) | By:<br>*/s/ A.J. Bennazar-Zequeira*<br>A.J. Bennazar-Zequeira<br>Héctor M. Mayol Kauffmann<br>Francisco del Castillo Orozco<br>Edificio Union Plaza<br>1701 Avenida Ponce de León #416<br>Hato Rey, San Juan<br>Puerto Rico 00918<br>ajb@bennazar.org<br>hector.mayol@bennazar.org<br>francisco.delcastillo@bennazar.org<br>787-754-9191 (telephone)<br>787-764-3101 (facsimile) |
| Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>Landon Raiford (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, IL 60654<br>csteege@jenner.com<br>mroot@jenner.com<br>lraiford@jenner.com<br>312-222-9350 (telephone)<br>312-239-5199 (facsimile) | *Counsel for The Official Committee of Retired Employees of Puerto Rico* |

**EXHIBIT A**

**EMAIL SERVICE**

Carlos.Saavedra@aafaf.pr.gov;
Rocio.valentin@aafaf.pr.gov;
jrapisardi@omm.com;
suhland@omm.com;
pfriedman@omm.com;
mitchelln@omm.com;
mdiconza@omm.com;
andres@awllaw.com;
clearyd@gtlaw.com;
haynesn@gtlaw.com;
fingerk@gtlaw.com;
adiaz@cnrd.com;
kbolanos@cnrd.com;
mbienenstock@proskauer.com;
ppossinger@proskauer.com;
ebarak@proskauer.com;
mzerjal@proskauer.com;
ctheodoridis@proskauer.com;
brosen@proskauer.com;
hermann.bauer@oneillborges.com;
lucdespins@paulhastings.com;
jamesbliss@paulhastings.com;
jamesworthington@paulhastings.com;
alexbongartz@paulhastings.com;
jcasillas@cstlawpr.com;
dbatlle@cstlawpr.com;
AAneses@cstlawpr.com;
emontull@cstlawpr.com;
lmarini@mpmlawpr.com;
cvelaz@mpmlawpr.com;
malvarez@mpmlaw.pr.com;
igarau@mpmlawpr.com;
Reylam.Guerra@haciendapr.gov;
Rodriguez.Omar@hacienda.pr.gov;
Angel.pantoja@hacienda.pr.gov;
Francisco.pares@hacienda.pr.gov;
Francisco.Pena@hacienda.pr.gov;
elugo@edgelegalpr.com;
Kstadler@gklaw.com