**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

Transmittal of Abbreviated Record to the Court of Appeals

**DATE:** Jun 8, 2022

BK Case: 17-bk-3283-LTS
Related USCA Case: 22-1193

**CASE CAPTION:** In re: THE COMMONWEALTH OF PUERTO RICO.

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD:**

**DOCUMENTS:**

**Docket Entry 20490**: Debtor's Four Hundred Thirty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for which the Commonwealth is not Liable.

**Docket Entry 21065:** Motion Requesting Authorization to file Amended Motion and in Request for Waiver of the Filing Fee

**Docket Entry 21134:** Memorandum Order Sustaining the Four Hundred Thirty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for which the Commonwealth is not Liable with Respect to Proof of Claim No. 10547

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated supplemental record on appeal in the case.

                                              Maria Antongiorgi-Jordan, Esq.
                                              Clerk of the Court

                                              S/ Idnar Díaz García
                                              Idnar Díaz-García
                                              Deputy Clerk

.