UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

                        Debtors.
---------------------------------------------------------------X

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

                        Plaintiff,

                      v.

HON. THOMAS RIVERA-SCHATZ (in his official capacity and as a representative of the SENATE OF PUERTO RICO),

                        Defendant.
---------------------------------------------------------------X

PROMESA
Title III

No. 17 BK 3283-LTS

Adversary No: 19-00014

**DECLARATION IN COMPLIANCE WITH REQUIREMENTS UNDER THE *PUERTO RICO RECOVERY ACCURACY IN DISCLOSURES ACT,* PUB. L. NO. 117-82 ("*PRRADA*") OF GIERBOLINI & CARROLL LAW OFFICES, P.S.C., CLAIMS COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD**

**TO THE HONORABLE COURT:**

    Gierbolini & Carroll Law Offices, P.S.C. ("G&C") claims counsel to Financial Oversight and Management Board of Puerto Rico ("FOMB") in the above- captioned adversary proceeding (the "adversary proceeding") pursuant to section 315(b) of the *Puerto Rico Oversight,*

In re FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO.
PROMESA TITLE III, NO. 17BK3283-LTS
ADVERSARY NO. 19-00014
*PRRADA Declaration*
*Gierbolini & Carroll Law Offices, P.S.C.*
*Page 2 of 7*

*Management, and Economic Stability Act* ("PROMESA"), 48 U.S.C. §§ 2101-2241, hereby submits this *Verified Statement* pursuant to the disclosure requirements set forth by the *Puerto Rico Recovery Accuracy in Disclosures Act,* Pub. L. No. 117-82 (hereinafter "*PRRADA*") and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, in accordance with this Honorable Court's directive in its *Order Approving List of Material Interested Parties Pursuant to the Puerto Rico Recovery Accuracy in Disclosures Act* (DN 20467). In support of this *Verified Statement*, G&C respectfully sets forth the following:

1. I submit this Declaration of Disinterestedness ("**Declaration**") as required by the Order Approving List of Material Interested Parties ("**MIP**") Pursuant to the Puerto Rico Recovery Accuracy in Disclosure Act ("**PRRADA**"), dated March 30, 2022 ("**Order**"). G&C is listed as a Retained Professional on Schedule 4 of the PRRADA MIP List approved under the Order.

2. G&C is a legal professional services company providing legal services to private clients on a number of various legal areas, located at 250 Calle Fortaleza, Suite 401, San Juan, Puerto Rico 00901.

3. As set forth in the Independent Contract Services Agreement dated February 13, 2019 (the "Services Agreement"), a copy of which is available at the FOMB's website, http://oversightboard.pr.gov/documents/. G&C was retained by the Financial Oversight and Management Board of Puerto Rico ("FOMB") for Project Assignments in connection with matters relating to and arising out of the Puerto Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. Chapter 20 (PROMESA). Specifically, G&C was engaged by FOMB to represent it in the above-captioned adversary proceeding (Adv. Proc. No. 19-00014-LT) for the time period of February 13, 2019 through June 30, 2019 unless extended by the parties. G&C has not provided

In re FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO.
PROMESA TITLE III, NO. 17BK3283-LTS
ADVERSARY NO. 19-00014
*PRRADA Declaration*
*Gierbolini & Carroll Law Offices, P.S.C.*
*Page 3 of 7*

legal services to FOMB since the voluntary dismissal of the above mentioned adversary proceeding in 2019.

4. In accordance with the Services Agreement, G & C's hourly rate for all attorneys is as follows: Courtney R. Carroll, Esq. $240/hr, and Miguel E. Gierbolini, Esq. $240/hr.

5. G&C hereby certifies that, to the best of its knowledge, it has no connections with the Material Interested Parties except as otherwise set forth in the Services Agreement, which is incorporated by reference herein, and as identified in Schedule 1 attached hereto. G&C further certifies that it is listed as a Retained Professional.

6. To the extent G&C discovers any connection with any MIPs or enters into any new relationship with any MIPs, it will promptly supplement its disclosures to the Court.

7. Except as set forth herein, to the best of my knowledge, information and belief, after due inquiry by me, neither I nor G&C currently provide any services, directly or indirectly, or receive any services from or is associated in any manner with, any other MIP. Further, as was also conducted at the time of retention by FOMB, G&C undertook to determine whether it has any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to any MIP and none were identified.

**WHEREFORE**, G&C respectfully requests that this Honorable Court TAKE NOTICE of the present *Verified Statement* submitted in compliance with the disclosure requirement set forth in the *Puerto Rico Recovery Accuracy in Disclosures Act,* Pub. L. No. 117-82, as well as with Rule 2014(a) of the Federal Rules of Bankruptcy Procedure.

<u>In re FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
PROMESA TITLE III, NO. 17BK3283-LTS
ADVERSARY NO. 19-00014</u>
*PRRADA Declaration*
*Gierbolini & Carroll Law Offices, P.S.C.*
*Page 4 of 7*

**Respectfully submitted.**

In San Juan, Puerto Rico, on the June 9, 2022.

**GIERBOLINI & CARROLL LAW OFFICES,
P.S.C. (it may have been G&C not Law Offices
who had contract)**
P.O. Box 9022936
San Juan, P.R. 00902-2936
Tel. 787-620-0685
Fax: 787-620-0687
Email: Miguelgierbolini@gmail.com
courtneyrcarroll@gierbolinicarroll.com

By: *S/Miguel E. Gierbolini*
Miguel E. Gierbolini
USDC-PR No. 212212?

By: *S/Courtney R. Carroll*
Courtney R. Carroll
USDC-PR No. 211211

-4-

<u>In re FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,</u>
<u>PROMESA TITLE III, NO. 17BK3283-LTS</u>
<u>ADVERSARY NO. 19-00014</u>
*PRRADA Declaration*
*Gierbolini & Carroll Law Offices, P.S.C.*
*Page 5 of 7*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

                            Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS

-----------------------------------------------------------------X

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

                            Plaintiff,

                 v.

HON. THOMAS RIVERA-SCHATZ (in his official capacity and as a representative of the SENATE OF PUERTO RICO),

                            Defendant.

Adversary No: 19-00014

-----------------------------------------------------------------X

**VERIFIED STATEMENT BY MIGUEL E. GIERBOLINI OF GIERBOLINI & CARROLL LAW OFFICES, P.S.C., COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD IN COMPLIANCE WITH REQUIREMENTS UNDER THE *PUERTO RICO RECOVERY ACCURACY IN DISCLOSURES ACT*, PUB. L. NO. 117-82 ("*PRRADA*")**

**TO THE HONORABLE COURT:**

-5-

In re FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
PROMESA TITLE III, NO. 17BK3283-LTS
ADVERSARY NO. 19-00014
*PRRADA Declaration*
*Gierbolini & Carroll Law Offices, P.S.C.*
*Page 6 of 7*

I, Miguel E. Gierbolini, hereby declare that, to the best of my knowledge the following statements are true and correct:

1. I am a partner at Gierbolini & Carroll Law Offices, P.S.C. ("G&C"), a law firm based in San Juan, Puerto Rico.

2. This declaration is made in support of G&C's Verified Statement disclosing connections to all parties in interests in these cases in compliance with the Puerto Rico Recovery Accuracy in Disclosures Act, Pub. L. No. 117-82 ("PRRADA").

3. G&C was retained by and authorized to represent the Oversight Board on Project Assignments at the rates described in the verified statement incorporated herein.

4. I, or someone working under my supervision, reviewed any and all client connections to the Material Interested Parties ("MIP") to determine whether G&C has an adverse interest to the Debtors in connection with the matters upon which it was retained. Specifically, G&C reviewed the Amended MIP list against all current and former clients.

5. To the best of my knowledge, our firm has no connections with the MIPs except as otherwise set forth in the Services Agreement, which is incorporated by reference herein, and as identified in Schedule 1 attached hereto. G&C further certifies that it is listed as a Retained Professional.

6. As a general matter, G&C has not represented, nor currently represents the Material Interested Parties (or their affiliates) as clients. (Or see Schedule 1?

7. I believe that none of the connections disclosed on Schedule 1 have or will affect G&C's representation of its client in matters requiring its services.

<u>In re FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
PROMESA TITLE III, NO. 17BK3283-LTS
ADVERSARY NO. 19-00014</u>
*PRRADA Declaration*
*Gierbolini & Carroll Law Offices, P.S.C.*
Page 7 of 7

8. Based on the information available to me, to the best of my knowledge, G&C does not have any relationships that represent an interest adverse to the Debtor, except as otherwise set forth in the Services Agreement, which is incorporated by reference herein, and as identified in Schedule 1 attached hereto. G&C further certifies that it is listed as a Retained Professional.

9. To the extent G&C discovers any connection with any MIPs or enters into any new relationship with any MIPs, it will promptly supplement its disclosures to the Court.

Miguel E. Gierbolini
Gierbolini & Carroll Law Offices
PO Box 9022936
San Juan, PR 00902-2936