**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**INFORMATIVE MOTION AND NOTICE OF
REQUEST TO BE HEARD AT THE
JUNE 17, 2022 DISCLOSURE STATEMENT HEARING**

The Ad Hoc Group of PREPA Bondholders (collectively, the "**Ad Hoc Group**") submits this informative motion in response to the Court's *Order Regarding Procedures for June 17, 2022, Disclosure Statement Hearing* (the "**Order**") setting forth guidelines for parties wishing to be heard at the June 17, 2022 Disclosure Statement hearing (the "**Hearing**").

    1.    The Order requests that counsel who intend to speak at the Hearing file an informative motion identifying (a) the Party for which they intend to appear, (b) the name(s) and email address(es) of the attorney(s) who will appear, and (c) the Hearing matter(s) in connection with the party-in-interest may wish to be heard.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("**COFINA**") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("**HTA**") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("**ERS**") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("**PREPA**") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("**PBA**") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. Alice J. Byowitz of Kramer Levin Naftalis & Frankel LLP will appear on behalf of the Ad Hoc Group at the Hearing.

3. Ms. Byowitz does not intend to speak on behalf of the Ad Hoc Group but reserves the right to be heard on any matter raised by any party at the Hearing related to the Title III cases, or any adversary proceeding pending in the Title III Cases, or the interests of the Ad Hoc Group.

*[Remainder of Page Intentionally Left Blank]*

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today June 9, 2022.

<div style="display:flex">

**TORO COLÓN MULLET P.S.C.**
P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760

*/s/ Manuel Fernández-Bared*
MANUEL FERNÁNDEZ-BARED
USDC-PR No. 204,204
E-mail: mfb@tcm.law

*/s/ Linette Figueroa-Torres*
LINETTE FIGUEROA-TORRES
USDC-PR No. 227,104
E-mail: lft@tcm.law

*/s/ Nayda Perez-Roman*
NAYDA PEREZ-ROMAN
USDC–PR No. 300,208
E-mail: nperez@tcm.law

*Counsel for the Ad Hoc Group of PREPA Bondholders*

</div>
<div>

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
Tel.: (212) 715-9100
Fax: (212) 715-8000

*/s/ Alice J. Byowitz*
AMY CATON*
THOMAS MOERS MAYER*
ALICE J. BYOWITZ*
DOUGLAS BUCKLEY*
Email: acaton@kramerlevin.com
      tmayer@kramerlevin.com
      abyowitz@kramerlevin.com
      dbuckley@kramerlevin.com
*Admitted Pro Hac Vice

*Counsel for the Ad Hoc Group of PREPA Bondholders*

</div>

# EXHIBIT A

### Party Appearance Sheet

| Name of Party | Ad Hoc Group of PREPA Bondholders |
|---|---|
| **Pro Se Appearance**<br>• Do you require an interpreter? [Yes or No]<br>• Email Address<br>• Phone Number<br>• Proof of Claim Number (if any) | N/A |
| **Attorney Appearance** (provide the listed information for each attorney who may appear for the Party):<br><br>• Party Name Abbreviation (For Use with Zoom)<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number,<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See Disclosure Statement Hearing Procedures Order, ¶ 7(a)) | Alice J. Byowitz<br>abyowitz@kramerlevin.com<br>Kramer Levin Naftalis & Frankel LLP<br>(212) 715-9201<br>Notice of Appearance: ECF No. 73<br>Zoom Screen Name: PREPA Ad Hoc Group / Byowitz, Alice / Kramer Levin Naftalis & Frankel LLP |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | N/A |
| **Note:** Pursuant to the Disclosure Statement Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other counsel shall be limited to 2 attorneys at any given time. | |