**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

**INFORMATIVE MOTION OF THE BANK OF NEW YORK MELLON REGARDING APPEARANCE AT THE JUNE 17, 2022 DISCLOSURE STATEMENT HEARING**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17- BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Bank of New York Mellon ("BNYM"), in its capacity as fiscal agent under Resolution No. 68-18 adopted June 13, 1968, and Resolution No. 98-06 adopted February 26, 1998, by the Puerto Rico Highways and Transportation Authority, through its undersigned counsel, hereby submits this informative motion and party appearance sheet in accordance with the Court's May 31, 2022 *Order Regarding Procedures for June 17, 2022, Disclosure Statement Hearing* [Doc. No. 1192] setting forth guidelines for parties wishing to appear at the hearing on June 17, 2022, from 9:30 a.m. to 12:50 p.m. (Atlantic Standard Time), and if necessary, from 2:10 p.m. to 5:00 p.m. (Atlantic Standard Time) (the "Hearing").

1. Jared S. Roach of Reed Smith LLP will appear on behalf of BNYM at the Hearing via Zoom. His email address is jroach@reedsmith.com.

2. Mr. Roach may speak in connection with (i) the *Motion of the Puerto Rico Highways and Transportation Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures* [Doc. No. 20654], (ii) the *Motion of the Puerto Rico Highways and Transportation Authority for an Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [Doc. No. 20655], and (iii) the *Motion for Approval of Second Amended and Restated Stipulation and Agreed Order Regarding the Disputed Funds in the HTA Bond Service Accounts, Redemption Accounts and Reserve Accounts* [Doc. No. 20987] (the "Disputed Funds Stipulation").

3. BNYM reserves the right to be heard on any matter presented to the Court, including, but not limited to, the Disputed Funds Stipulation, and to respond to any statement made by any party related to the Title III cases and/or any adversary proceeding pending in the Title III Cases to the extent it impacts the rights, claims, or interests of BNYM.

4. Mr. Roach will be available to address any matters and to respond to any questions raised by the Court or to any statements of any party that affect the interests of BNYM.

5. BNYM's Party Appearance Sheet is attached hereto as **Exhibit A**.

Dated: June 9, 2022
San Juan, Puerto Rico

Respectfully submitted,

**SEPULVADO, MALDONADO & COURET**

By: /s/ *Albéniz Couret-Fuentes*
Albéniz Couret-Fuentes
USDC-PR Bar No. 222207
304 Ponce de León Ave. – Suite 990
San Juan, PR 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: acouret@smclawpr.com

**REED SMITH LLP**
Luke A. Sizemore (*Pro Hac Vice*)
Jared S. Roach (*Pro Hac Vice*)
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email: lsizemore@reedsmith.com
Email: jroach@reedsmith.com

*Counsel to The Bank of New York Mellon, in its capacity as Fiscal Agent*

## EXHIBIT A
## PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party | The Bank of New York Mellon |
| **Pro Se Appearance**<br>• Do you require an interpreter? [Yes or No]<br>• Email Address<br>• Phone Number<br>• Proof of Claim Number (if any) | N/A |
| **Attorney Appearance** (provide the listed information for each attorney who may appear for the Party):<br><br>• Party Name Abbreviation (For Use with Zoom)<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number and<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name | **Name: Jared S. Roach**<br><br>Party Name Abbreviation: BNYM<br>Name: Jared S. Roach<br>Email : jroach@reedsmith.com<br>Law Firm : Reed Smith LLP<br>Phone No. 412.288.3277<br>Notice of Appearance: Doc. No. 8515 (*Motion for Admission* Pro Hac Vice *of Jared Roach*); Doc. No. 8525 (*Order Granting Motion for Admission* Pro Hac Vice *of Jared Roach*)<br>Zoom Screen Name: BNYM / Roach, Jared / Reed Smith LLP |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the Disclosure Statement Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other counsel shall be limited to 2 attorneys at any given time. | |