United States District Court
Honorable Judge Laura Taylor Swain
District of Puerto Rico
150 Carlos Chardon Street, Federal Building
San Juan, Puerto Rico 00918-1767
Ref. No. 17 BK 3283 LTS

Hon Mrs. Taylor:

I turn to you for your kindness, humanism, sensitivity and generosity since I need your support for the success of improving my health condition; since I was hospitalized for the past 7 days at the Hospital Doctor Cancer Center in Manatí, Puerto Rico, finding Diverticulosis in the colon causing bleeding.

Due to the terminal cancer in Stage IV that I suffer from, also with internal hemorrhoids that require treatment and surgery to remove them and I am receiving chemotherapy, now my health condition is vitally better with the power of God and your collaboration and support; sending me my claim of $4,500.00.00 as compensation for the damages suffered and losses caused by the former mayor of Lares, Puerto Rico, dismissed by the Superior Court of Utuado, Puerto Rico.

In the project of the Department of Housing for the construction of 250 lots and social housing where he demanded $600,000.00 per semester in extortion and more bribery by sending people to my town to discharge me for denouncing them, it's been over 33 years now. As a Tainkee for the Rural Housing Administration in the "La Matilda" community expansion in Lares, Puerto Rico. I hope for your support and understanding.

Victor O. Henson Bousquets, Pres.
Henson Const. Corp.
Po Box 78
San Sebastian, PR 00685
1-787-609-6720
1-939-685-4070

Hon. Laura Taylor Swain, Hon. Juez
Ref. No. 17BK3283-LTS.
El Tribunal de Justicia
Tribunal de Primera Instancia
Sala Superior Municipal de Utuado, P.R.
Oficina de Archivo, Central Dir. Nilsa Yambo,
Ya envío al Tribunal Supremo de P.R.
Oficina Dir. Aida Marra Martínez, Ofic. Del Negociado de Traducciones
Toda la información solicitada por usted referente a mi demanda según los casos
LAC 188-1037 y LAC 1989-0647,
Hemos pagado los sellos correspondientes.

Tribunal de Distrito de los Estados Unidos
Honorable Juez Laura Taylor Swain
Distrito de Puerto Rico
150 Calle Carlos Chardon, Edificio Federal
San Juan, Puerto Rico 00918-1767
Ref. No 17 BK 3283 LTS

Hon. Juez Taylor:

    Recurro a usted ante su bondad, humanismo, sensibilidad y generosidad ya que necesito obtener su apoyo para el éxito del mejoramiento de mi condición de salud; ya que estuve hospitalizado por los pasados 7 días en el Hospital Doctor Cáncer Center de Manatí, Puerto Rico, encontrándome Diverticulosis en el colon ocasionándome sangrado.

Debido al cáncer terminal en Etapa IV que padezco, también con hemorroides internas que requieren tratamiento y operación para extirpar los mismos y estoy recibiendo quimioterapia, ahora vital mejor mi condición de salud con el poder de Papito Dios y la colaboración y apoyo de usted; enviándome mi reclamación de $4,500.00.00 como compensación por los daños sufridos y pérdidas ocasionadas por el ex alcalde de Lares, Puerto Rico, destituido por el Tribunal Superior de Utuado, Puerto Rico.

En el proyecto del Departamento de la Vivienda de Construcción de 250 solares y viviendas de interés social donde me exigía él $600.000.00 semestral de extorsión y soborno más enviando a mi pueblo personas a liquidarme por denunciarlos, ya hacen sobre 33 años. Como un Tainkee para la Administración de Vivienda Rural en la expansión comunidad "La Matilda" en Lares, Puerto Rico. Espero por su apoyo y comprensión.

Víctor O. Henson Bousquets, Pres.
Henson Const. Corp.
PO Box 78
San Sebastián, PR 00685
1-787-609-6720
1-939-685-4070