EN EL TRIBUNAL SUPERIOR DE PUERTO RICO

SALA DE ARECIBO

| | | |
|---|---|---|
| VICTOR O. HENSON BUSQUETS | * | CIVIL NUM. CS88-610 |
| Demandante | | |
| Vs. | * | SOBRE: |
| ADMINISTRACION DE VIVIENDA RURAL; COSME HERNANDEZ SILVA | * | DAÑOS Y PERJUICIOS, VIOLACION DE CONTRATO |
| Demandados | * | |

D E M A N D A

AL HONORABLE TRIBUNAL:

Comparece el demandante de epígrafe por conducto de su abogado que suscribe y muy respetuosamene, EXPONE, ALEGA Y SOLICITA:

1. Con fecha del 4 de marzo de 1988 la Administración de Vivienda Rural, a través de uno de sus funcionarios, giró carta certificada al demandante, en la cual le indicaba que no pagarían los gastos incurridos por éste al habérsele adjudicado el desarrollo de un proyecto denominado Extensión Comunidad La Matilde, Lares, Puerto Rico.

2. El demandante contrató con el demandado, Cosme Hernández Silva, y con otros funcionarios de la Administración de Vivienda Rural, el desarrollo de 250 solares para ser repartidos en usufructo y luego del demandante haber incurrido en cuantiosos gastos los cuales incluyen opción por la finca a desarrollarse, mejoras en el terreno, estudios de suelo y percolación, planos y demás gastos, los cuales ascienden a una suma de alrededor de $220,000.00, los demandados se negaron a honrar el compromiso por motivos puramente personales.

3. El demandante por instrucciones del demandado, Cosme Hernández Silva y otros funcionarios de la Administración de Vivienda Rural, gestionó ante la Junta de Planificación, ante la Oficina del Gobernador, ante el Municipio de Lares, ante el Departamento de Agricultura, ante el Department of the Army, ante la Junta de Calidad Ambiental y ante las demás agencias pertinentes con el visto bueno de los demandados, el desarrollo de este proyecto.

4. La actitud de los demandados ha ocasionado graves perjuicios al demandante, ya que éste, además de incurrir en los gastos antes mencionados, no ha podido pagar a los suplidores de servivios, por lo que se ha afectado su crédito y reputación, daños ascendentes a una cantidad no menor de $250,000.00.

-2-

POR TODO LO CUAL, muy respetuosamente se solicita de este Honorable Tribunal declare CON LUGAR la presente demanda y en su consecuencia condene a los demandados al pago solidario de las cantidades que se reclaman en la demanda, los gastos y honorarios de abogado que generen éstos.

Respetuosamente sometida.

En San Sebastián, Puerto Rico, a 4 de abril de 1988.

LCDO. NELSON D. SOTO CARDONA
Apartado 813
San Sebastián, PR 00755
Tel. 896-1246



633567

A3109130

EN EL TRIBUNAL SUPERIOR DE PUERTO RICO

SALA DE ARECIBO

| | | |
|---|---|---|
| VICTOR O. HENSON BUSQUETS | * | CIVIL NUM. CS-88-610 |
| Demandante | | |
| Vs. | | SOBRE: |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO; COSME HERNANDEZ SILVA | * | INCUMPLIMIENTO DE CONTRATO y DAÑOS Y PERJUICIOS |
| Demandados | | |

## DEMANDA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparece el demandante de epígrafe por conducto de su abogado que suscribe y muy respetuosamente, EXPONE, ALEGA Y SOLICITA:

1. Con fecha del 4 de marzo de 1988 la Administración de Vivienda Rural, a través de uno de sus funcionarios, giró carta certificada al demandante, en la cual le indicaba que no pagarían los gastos incurridos por éste al habérsele adjudicado el desarrollo de un proyecto denominado Extensión Comunidad La Matilde, de Lares, Puerto Rico.

2. El demandante contrató con el demandado, Cosme Hernández Silva, y con otros funcionarios de la Administración de Vivienda Rural, el desarrollo de 250 solares para ser repartidos en usufructo y luego del demandante haber incurrido en cuantiosos gastos los cuales incluyen opción por la finca a desarrollarse, mejoras en el terreno, estudios de suelo y percolación, planos y demás gastos, los cuales ascienden a una suma de alrededor de $220,000.00, los demandados se negaron a honrar el compromiso por motivos puramente personales.

3. El demandante por instrucciones del demandado, Cosme Hernández Silva y otros funcionarios de la Administración de Vivienda Rural, gestionó ante la Junta de Planificación, ante la Oficina del Gobernador, ante el Department of the Army, ante la Junta de Calidad Ambiental y ante las demás agencias pertinentes con el visto bueno de los demandados, el desarrollo de este proyecto.

4. La actitud de los demandados ha ocasionado graves perjuicios al demandante ya que éste, además de incurrir en los gastos antes mencionados, no ha podido pagar a los suplidores de servicios, por lo que se ha afectado su crédito y reputación, daños ascendentes a una cantidad no menor de $250,000.00.

5. La Administración de Vivienda Rural es una dependencia del Estado Libre Asociado de Puerto Rico, la cual no tiene capacidad jurídica para demandar o ser

-2-

demandada, por lo que por sus actuaciones, responde el Estado Libre Asociado de Puerto Rico.

POR TODO LO CUAL, muy respetuosamente se solicita de este Honorable Tribunal declare CON LUGAR la presente demanda enmendada y en su consecuencia conde a los demandados al pago solidario de las cantidades que se reclaman en la demanda, los gastos y honorarios de abogado que generen éstos.

Respetuosamente sometida.

En San Sebastián, Puerto Rico, a 2/ de julio de 1988.

LCDO. NELSON D. SOTO CARDONA
Apartado 813
San Sebastián, PR 00755
Tel. 896-1246
Núm. de Colegiación - 8587