EN EL TRIBUNAL SUPERIOR DE PUERTO RICO

SALA DE ARECIBO

| | | |
|---|---|---|
| VICTOR O. HENSON BUSQUETS | * | CIVIL NUM. CS-88-610 |
| Demandante | | |
| Vs. | | SOBRE: |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO; COSME HERNANDEZ SILVA | * | INCUMPLIMIENTO DE CONTRATO y DAÑOS Y PERJUICIOS |
| Demandados | | |

DEMANDA ENMENDADA

AL HONORABLE TRIBUNAL:

Comparece el demandante de epígrafe por conducto de su abogado que suscribe y muy respetuosamente, EXPONE, ALEGA Y SOLICITA:

1. Con fecha del 4 de marzo de 1988 la Administración de Vivienda Rural, a través de uno de sus funcionarios, giró carta certificada al demandante, en la cual le indicaba que no pagarían los gastos incurridos por éste al habérsele adjudicado el desarrollo de un proyecto denominado Extensión Comunidad La Matilde, de Lares, Puerto Rico.

2. El demandante contrató con el demandado, Cosme Hernández Silva, y con otros funcionarios de la Administración de Vivienda Rural, el desarrollo de 250 solares para ser repartidos en usufructo y luego del demandante haber incurrido en cuantiosos gastos los cuales incluyen opción por la finca a desarrollarse, mejoras en el terreno, estudios de suelo y percolación, planos y demás gastos, los cuales ascienden a una suma de alrededor de $220,000.00, los demandados se negaron a honrar el compromiso por motivos puramente personales.

3. El demandante por instrucciones del demandado, Cosme Hernández Silva y otros funcionarios de la Administración de Vivienda Rural, gestionó ante la Junta de Planificación, ante la Oficina del Gobernador, ante el Department of the Army, ante la Junta de Calidad Ambiental y ante las demás agencias pertinentes con el visto bueno de los demandados, el desarrollo de este proyecto.

4. La actitud de los demandados ha ocasionado graves perjuicios al demandante ya que éste, además de incurrir en los gastos antes mencionados, no ha podido pagar a los suplidores de servicios, por lo que se ha afectado su crédito y reputación, daños ascendentes a una cantidad no menor de $250,000.00.

5. La Administración de Vivienda Rural es una dependencia del Estado Libre Asociado de Puerto Rico, la cual no tiene capacidad jurídica para demandar o ser

-2-

demandada, por lo que por sus actuaciones, responde el Estado Libre Asociado de Puerto Rico.

POR TODO LO CUAL, muy respetuosamente se solicita de este Honorable Tribunal declare CON LUGAR la presente demanda enmendada y en su consecuencia conde a los demandados al pago solidario de las cantidades que se reclaman en la demanda, los gastos y honorarios de abogado que generen éstos.

Respetuosamente sometida.

En San Sebastián, Puerto Rico, a 21 de julio de 1988.

_____
LCDO. NELSON D. SOTO CARDONA
Apartado 813
San Sebastián, PR 00755
Tel. 896-1246
Núm. de Colegiación - 8587



**CERTIFICACION**

CERTIFICO QUE LA PRESENTE ES COPIA FIEL Y EXACTA DEL ORIGINAL QUE OBRA EN AUTOS Y EXPIDO LA MISMA A PETICION DE

Victor Henson Busquets

☑ PREVIO EL PAGO DE DERECHOS
☐ PARA USO OFICIAL LIBRE DE DERECHOS

DIANE ÁLVAREZ VILLANUEVA
Secretario

Por: JESSICA ÁLVAREZ RODRÍGUEZ
Sub-Secretario

EN EL TRIBUNAL SUPERIOR DE PUERTO RICO

SALA DE ARECIBO

| | | |
|---|---|---|
| VICTOR O. HENSON BUSQUETS | * | CIVIL NUM. CS88-610 |
| Demandante | | |
| Vs. | | SOBRE: |
| ADMINISTRACION DE VIVIENDA RURAL; COSME HERNANDEZ SILVA | | DAÑOS Y PERJUICIOS, VIOLACION DE CONTRATO |
| Demandados | | |
| | * | GC34 |

D E M A N D A

AL HONORABLE TRIBUNAL:

Comparece el demandante de epígrafe por conducto de su abogado que suscribe y muy respetuosamene, EXPONE, ALEGA Y SOLICITA:

1. Con fecha del 4 de marzo de 1988 la Administración de Vivienda Rural, a través de uno de sus funcionarios, giró carta certificada al demandante, en la cual le indicaba que no pagarían los gastos incurridos por éste al habérsele adjudicado el desarrollo de un proyecto denominado Extensión Comunidad La Matilde, Lares, Puerto Rico.

2. El demandante contrató con el demandado, Cosme Hernández Silva, y con otros funcionarios de la Administración de Vivienda Rural, el desarrollo de 250 solares para ser repartidos en usufructo y luego del demandante haber incurrido en cuantiosos gastos los cuales incluyen opción por la finca a desarrollarse, mejoras en el terreno, estudios de suelo y percolación, planos y demás gastos, los cuales ascienden a una suma de alrededor de $220,000.00, los demandados se negaron a honrar el compromiso por motivos puramente personales.

3. El demandante por instrucciones del demandado, Cosme Hernández Silva y otros funcionarios de la Administración de Vivienda Rural, gestionó ante la Junta de Planificación, ante la Oficina del Gobernador, ante el Municipio de Lares, ante el Departamento de Agricultura, ante el Department of the Army, ante la Junta de Calidad Ambiental y ante las demás agencias pertinentes con el visto bueno de los demandados, el desarrollo de este proyecto.

4. La actitud de los demandados ha ocasionado graves perjuicios al demandante, ya que éste, además de incurrir en los gastos antes mencionados, no ha podido pagar a los suplidores de servivios, por lo que se ha afectado su crédito y reputación, daños ascendentes a una cantidad no menor de $250,000.00.

-2-

POR TODO LO CUAL, muy respetuosamente se solicita de este Honorable Tribunal declare CON LUGAR la presente demanda y en su consecuencia condene a los demandados al pago solidario de las cantidades que se reclaman en la demanda, los gastos y honorarios de abogado que generen éstos.

Respetuosamente sometida.

En San Sebastián, Puerto Rico, a 4 de abril de 1988.

LCDO. NELSON D. SOTO CARDONA
Apartado 813
San Sebastián, PR 00755
Tel. 896-1246



633567

A3159130



206-240 **SELLO DE RENTAS INTERNAS CANCELADO**

Núm. 80004-2022-0525-19179010

_____  27/5/22
Funcionario(a)      Fecha

**C E R T I F I C A C I O N**

CERTIFICO QUE LA PRESENTE ES COPIA FIEL Y EXACTA DEL ORIGINAL QUE OBRA EN AUTOS Y EXPIDO LA MISMA A PETICION DE

Victor Herson Busquets

☑ PREVIO EL PAGO DE DERECHOS
☐ PARA USO OFICIAL LIBRE DE DERECHOS

DIANE ALVAREZ VILLANUEVA
Secretaria Regional

Secretario
JESSICA ALVAREZ RODRÍGUEZ
Por: Secretaria Auxiliar del Tribunal I
Sub-Secretario

2022 JUN -1 A 9:38
NEG DE TRADUCCIONES
RECIBIDO

Víctor O. Henson Bousquets
PO Box 78
San Sebastián, P.R. 00685



7020 1810 0001 4312 5003



1000

TRIBUNAL SUPREMO DE PR
NEG DE TRADUCCIONES
RECIBIDO
2022 JUN -1 A 9:38

Estado Libre Asociado de Puerto Rico
Tribunal Supremo de Puerto Rico
Negociado de Traducciones
Mrs. Aida Marra Martínez
Apartado # 9022-392
San Juan, P.R. 00902-2392





Sello

1U21-01234292

5120
05/25/2022
$10.80
Sello de Rentas Internas
80004-2022-0525-19179010

▲ PEEL AND REMOVE STAMP
AFTER PRINTING









Sello

1U21-01234293

5120
05/25/2022
$10.80
Sello de Rentas Internas
80004-2022-0525-19179007

▲ PEEL AND REMOVE STAMP
AFTER PRINTING

