CERTIFIED MAIL

7020 1290 0000 0875 3091

**FROM:**

Víctor O. Henson Bousquets
PO Box 78
San Sebastián, P.R. 00685

U.S. POSTAGE PAID
EC PKG RTL
SAN SEBASTIAN, PR
00685
JUN 07, 22
AMOUNT

**$11.90**

1005   00918   R2307M152641-12

**TO:**

Tribunal de Distrito de Los Estados Unidos
Hon. Juez Laura Taylor Swan
Distrito de Puerto Rico
150 Calle Carlos Chardón, Edificio Federal
San Juan, Puerto Rico 00918-1767
Ref. No. 17 BK 3283 LTS

Trib
150 C
Sa

**ReadyPost**

**Bubble Mailer**
**10 1/2" x 16"**