# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>    as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br>    Debtors.[1] | PROMESA <br> Title III <br><br> Case No. 17-03283 (LTS) <br><br> (Jointly Administered) |

## INFORMATIVE MOTION REGARDING
## NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION'S
## APPEARANCE AT JUNE 17, 2022 DISCLOSURE STATEMENT HEARING

**PLEASE TAKE NOTICE** that Kelly DiBlasi and/or Robert Berezin from the New York, New York office of Weil, Gotshal & Manges LLP will appear on behalf of National Public Finance Guarantee Corporation ("National") at the June 17, 2022 Disclosure Statement Hearing, which will be conducted using the audio and video features of the Zoom platform as a virtual courtroom. National's Party Appearance Cover Sheet is attached hereto as **Exhibit A**.

National's legal representatives reserve the right to be heard on any matter concerning:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

(i) *Motion of the Puerto Rico Highways and Transportation Authority for an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures* (ECF No. 20654 in Case No. 17-03283 (LTS)), and any other responses or filings related to the foregoing;

(ii) *Motion of the Puerto Rico Highways and Transportation Authority for an Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* (ECF No. 20655 in Case No. 17-03283 (LTS)), and any other responses or filings related to the foregoing;

(iii) *Motion for Approval of Second Amended and Restated Stipulation and Agreed Order Regarding the Disputed Funds in the HTA Bond Service Accounts, Redemption Accounts and Reserve Accounts* (ECF No. 20987 in Case No. 17-03283 (LTS)), and any other responses or filings related to the foregoing; and

(iv) any other matters scheduled for the hearing or raised by any party at the hearing related to the Title III cases or any adversary proceeding pending in the Title III cases or in the interests of National.

**RESPECTFULLY SUBMITTED**, this 9 day of June, 2022.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, copy of this document will be notified via electronic mail to all case participants.

[*Signature page to follow*]

2

| | |
|---|---|
| **ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA, P.S.C.**<br>PO BOX 70294<br>San Juan, PR 00936<br>Telephone: 787.756.9000<br>Facsimile: 787.756.9010<br>Email:  epo@amgprlaw.com<br>         loliver@amgprlaw.com<br>         acasellas@amgprlaw.com<br><br>By:  */s/ Eric Pérez-Ochoa*<br>Eric Pérez-Ochoa<br>USDC-PR No. 206314<br><br>*/s/ Luis Oliver-Fraticelli*<br>Luis Oliver-Fraticelli<br>USDC-PR No. 209204<br><br>*/s/ Alexandra Casellas-Cabrera*<br>Alexandra Casellas-Cabrera<br>USDC-PR No. 301010 | **WEIL, GOTSHAL & MANGES LLP**<br>Kelly DiBlasi (admitted *pro hac vice*)<br>Jonathan Polkes (admitted *pro hac vice*)<br>Gregory Silbert (admitted *pro hac vice*)<br>Robert Berezin (admitted *pro hac vice*)<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile:  (212) 310-8007<br>Email: kelly.diblasi@weil.com<br>         jonathan.polkes@weil.com<br>         gregory.silbert@weil.com<br>         robert.berezin@weil.com<br><br>Gabriel A. Morgan (admitted *pro hac vice*)<br>700 Louisiana Street, Suite 1700<br>Houston, TX 77002<br>Telephone: (713) 546-5000<br>Facsimile:  (713) 224-9511<br>Email: gabriel.morgan@weil.com |

**EXHIBIT A**
PARTY APPEARANCE COVER SHEET

| Name of Party | **National Public Finance Guarantee Corporation** |
|---|---|
| Party Name Abbreviation (For Use with Zoom) | **National** |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name<br>• Email<br>• Law Firm<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name | • **Kelly DiBlasi**<br>• kelly.diblasi@weil.com<br>• Weil, Gotshal & Manges LLP<br>• (212) 310-8000<br>• Notice of Appearance: ECF No. 18829<br>• Zoom Screen Name: National / DiBlasi, Kelly / Weil, Gotshal & Manges<br><br>• **Robert Berezin**<br>• robert.berezin@weil.com<br>• Weil, Gotshal & Manges LLP<br>• (212) 310-8000<br>• Notice of Appearance: ECF No. 18829<br>• Zoom Screen Name: National / Berezin, Robert / Weil, Gotshal & Manges |