UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
| as representative of | ) | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, | ) | |
| *et al.* | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | No. 17 BK 4780-LTS |
| as representative of | ) | |
| PUERTO RICO ELECTRIC POWER | ) | |
| AUTHORITY ("PREPA") | ) | |
| | ) | |
| Debtor.[1] | ) | |

## MOTION FOR LEAVE TO WITHDRAW FROM LEGAL REPRESENTATION

**TO THE HONORABLE COURT:**

Alana M. Vizcarrondo-Santana respectfully moves the Court for leave to withdraw as counsel for Cobra Acquisitions LLC ("Cobra" or "Contractor"), in the above-captioned matter, and in support of this Motion certifies as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

1. As of June 10, 2022, I will no longer be an associate at Reichard & Escalera LLC, and thus will no longer be able to continue my representation of Cobra.

2. Cobra is aware of and consent to my withdrawal as counsel.

3. Cobra will continue to be represented in this matter by its current counsel of record and attorneys who have entered appearances on behalf of Cobra.

**WHEREFORE** the undersigned respectfully requests from this Honorable Court leave to withdraw from her representation of Cobra.

DATED: San Juan, Puerto Rico
June 10, 2022

Respectfully submitted,

/s/ Alana M. Vizcarrondo-Santana

**REICHARD & ESCALERA LLC**
Alana Vizcarrondo
(U.S.D.C.-P.R. No. 301614)
MCS Plaza, 10th Floor
255 Ponce De León Avenue
San Juan, Puerto Rico 00917-1913
(787) 777-8888
vizcarrondo@reichardescalera.com
alanavizcarrondo@gmail.com
mercado@reichardescalera.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2022, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF System, which will send notice of such filing to all counsel of record.

*s/Alana M. Vizcarrondo-Santana*