**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

           Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**<u>CERTIFICATE OF SERVICE</u>**

     I, Moheen Ahmad, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

     On June 2, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Total Petroleum Puerto Rico Corp, c/o Sepulvado, Maldonado & Couret, adeliz@smclawpr.com; lsepulvado@smclawpr.com (MMLID: 1506502):

- Sixteenth Notice of Transfer of Claims to Administrative Claims Reconciliation [Docket No. 17320]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

- Sixth Administrative Claims Resolution Status Notice [Docket No. 17659]

- Seventh Administrative Claims Reconciliation Status Notice [Docket No. 18363]

- Eighth Administrative Claims Reconciliation Status Notice [Docket No. 19381]

- Ninth Administrative Claims Reconciliation Status Notice [Docket No. 19945]

- Tenth Administrative Claims Reconciliation Status Notice [Docket No. 20461]

- Sixteenth Administrative Claims Reconciliation Custom Status Notice, a blank copy attached hereto as **Exhibit A**.

- Sixteenth Administrative Claim Reconciliation Custom Tax Letter, a blank copy attached hereto as **Exhibit B**.

- Administrative Claim Reconciliation Tax Letter, a blank copy attached hereto as **Exhibit C**.

- Administrative Claim Reconciliation Final Tax Letter, a blank copy attached hereto as **Exhibit D**.

Dated: June 7, 2022

*/s/ Moheen Ahmad*
Moheen Ahmad

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 7, 2022, by Moheen Ahmad, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 61887

**<u>Exhibit A</u>**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>        as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)[1] |

## ADMINISTRATIVE CLAIMS RECONCILIATION NOTICE

Service Date: **July 15, 2021**
Designated Claimant(s):
Address:



Designated Claim Number(s):
Amount(s) Stated in Proof(s) of Claim:
Claim Type:

> This Notice <u>only</u> applies to the Designated Claim Number(s) listed above. You should read the Notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

If you have any questions, please contact <u>Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers)</u>, available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

By this Administrative Reconciliation Notice, the **Commonwealth of Puerto Rico** hereby submits the above- identified claim(s) (the "<u>ACR Designated Claim(s)</u>") in the **Commonwealth of Puerto Rico** Title III case to resolution through administrative claims reconciliation, pursuant to the procedures (the "<u>Administrative Reconciliation Procedures</u>") established by the ***Order (A) Authorizing Administrative Reconciliation of Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief***, entered by the United States District Court for the District of Puerto Rico (the "<u>Title III Court</u>") on March 12, 2020 [ECF No. 12274-2]. Prime Clerk is hereby authorized and directed to designate the ACR Designated Claim(s) as "Subject to Administrative Reconciliation" on the Claims Registry in these Title III cases. A copy of the Administrative Reconciliation Procedures is enclosed for your reference.

The purpose of the Administrative Reconciliation Procedures is to allow the Commonwealth to evaluate and resolve your claim using its existing administrative processes. Only certain types of claims are eligible to participate in the Administrative Reconciliation Procedure: Claims for pension or retiree benefits ("<u>Pension/Retiree Claims</u>"), Claims for tax refunds ("<u>Tax Refund Claims</u>"), Claims for salaries and benefits owed to public employees ("<u>Public Employee Claims</u>"), and union grievances ("<u>Grievance Claims</u>"). For information regarding the administrative processes applicable to your claim, please see the attached "Overview of Administrative Claims Reconciliation Procedures."

To ensure claims are resolved and paid in a timely fashion, the ACR Designated Claims will be monitored by the Title III court, and the **Commonwealth of Puerto Rico** will be required to inform the Title III court of the status of each ACR Designated claim submitted to the Administrative Reconciliation Procedures **every 60 days**.

You do not need to do anything further at this time. Within 60 days, a representative from the following agency will contact you and initiate the Administrative Reconciliation Procedure for your ACR Designated Claim:

If you do not hear from a Commonwealth agency representative within **<u>SIXTY DAYS</u> OF THE "SERVICE DATE" REFLECTED ON THE TOP OF THIS NOTICE, YOU MUST CONTACT PRIME CLERK.**

2

## <u>Overview of Administrative Claims Reconciliation Procedures</u>

You are receiving this notice because the Debtors have determined that your claim(s) should be resolved using the Commonwealth's existing administrative processes. Your claim will be resolved using one of the procedures identified below. Please check the Administrative Claims Reconciliation Notice that accompanies this Overview to determine which procedures will process your claim. This Overview provides you basic information regarding the next steps in resolving your claim and the administrative procedures that will consider your claim. **You should read this Overview carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

Within sixty (60) days of receipt of this notice, a representative from the Commonwealth agency responsible for processing your claim will reach out to you to notify you that the agency has initiated processing of your claim. IF YOU DO NOT HEAR FROM ANY COMMONWEALTH AGENCY WITHIN SIXTY (60) DAYS, PLEASE CONTACT PRIME CLERK IMMEDIATELY.

Once ERS, Hacienda, or the applicable Commonwealth agency have reached an initial determination (the "<u>Initial Determination</u>") as to the amount, if any, of your claim, it will send you a letter notifying you of its decision.

If you do not agree with the Initial Determination, you have the right to an appeal. The timing and procedures for that appeal vary depending on the type of claim you have:

- **<u>Pension/Retiree Claims</u>**: If you disagree with ERS's Initial Determination, you will then have thirty (30) days from the date of the letter to request reconsideration. If you seek reconsideration, a hearing examiner will hold a hearing to consider your claim. You will receive a decision from ERS within forty-five (45) days of your hearing. If ERS denies reconsideration of your claim, you must file an appeal with the Retirement Board within thirty (30) days of the date of the decision denying reconsideration. If your appeal is denied, you must file an appeal with the Puerto Rico Court of Appeals within thirty (30) days of the date of the Retirement Board's determination.

- **<u>Tax Refund Claims</u>**: If you disagree with Hacienda's Initial Determination, you may file a lawsuit in the Court of First Instance within thirty (30) days of the date the letter was mailed.

- **<u>Public Employee Claims</u>**: The Commonwealth has many administrative processes, administered by many different entities, for employees to pursue employment related claims. If you disagree with the applicable agency's Initial Determination, you have the right to an appeal, including the right to appeal that Initial Determination to the Puerto Rico Court of Appeals. You should discuss with your attorney the time frame within which you must file your appeal. If you do not have an attorney, you may wish to consult one.

- **<u>Grievance Claims</u>**: If you have a Grievance Claim, your claim will be processed in accordance with the terms of your collective bargaining agreement. You should consult

3

your collective bargaining agreement to find more information regarding the steps that will be taken to resolve your claim, the timing for resolving your claim, and any appeal rights you may have.

If at any point you receive an Initial Determination, but you do not file an appeal within the applicable time lines above, your claim will be designated as "resolved," and you will be paid the amount, if any, determined by the administrative procedures.

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso: | PROMESA<br>Título III |
| LA JUNTA DE SUPERVISIÓN Y<br>ADMINISTRACIÓN FINANCIERA PARA PUERTO<br>RICO, | No. 17 BK 3283-LTS |
| como representante del | (Administrados en forma conjunta) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO *y otros*, | |
| Deudores.[1] | |

**AVISO DE RECONCILIACIÓN ADMINISTRATIVA DE RECLAMACIONES**

Fecha de Notificación: **15 de julio de 2021**

Reclamante(s) designados:

Dirección:


Número(s) de reclamaciones designadas:

Cantidad(es) indicada(s) en la(s) prueba(s) de reclamación:

Tipo de Reclamación:

> Este aviso <u>solo</u> aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene abogado, puede consultar con uno.

---

[1]      Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos de su número de identificación de contribuyente federal , según corresponda, son (i) el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (caso de Quiebras núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (caso de Quiebras núm. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (caso de Quiebras núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (caso de Quiebras núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (caso de Quiebras núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3747); y (vi) la Autoridad de Edificios Públicos ("PBA") (caso de Quiebras 19 BK 5523-LTS) (los casos al amparo del Título III figuran con números de caso de la Corte de Quiebras debido a limitaciones del *software*).

Si tiene alguna pregunta, comuníquese con Prime Clerk LLC al (844) 822-9231 (llamada gratis para EE.UU. y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (español disponible).

Con este Aviso de Reconciliación Administrativa, el **Estado Libre Asociado de Puerto Rico** presenta las reclamaciones anteriormente identificadas (las "Reclamacion(es) de Reconciliación Administrativa Designada(s)") en el caso de Título III del **Estado Libre Asociado de Puerto Rico** para su resolución mediante la reconciliación de reclamaciones administrativas, conforme los procedimientos ("Procedimientos de Reconciliación Administrativa") establecidos por la *Orden* emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal del Título III") el 12 de marzo de 2020 [ECF No. 12274-2]. Dicha orden: *(A) Autoriza la Reconciliación Administrativa de Reclamaciones, (B) Aprueba una Forma Adicional de Notificación, y (C) Otorga el Remedio Apropiado*. Por este medio se autoriza y ordena a Prime Clerk a que indique en el Registro de Reclamaciones de estos casos de Título III que (las) Reclamación(es) de Reconciliación Administrativa Designada(s) están "Sujetas a la Reconciliación Administrativa". Se adjunta una copia de los Procedimientos de Reconciliación Administrativa para su referencia.

El propósito de los Procedimientos de Reconciliación Administrativa es permitir que el Estado Libre Asociado evalúe y resuelva la reclamación presentada por usted utilizando sus procesos administrativos existentes. Solo ciertos tipos de reclamaciones son elegibles para participar en el Procedimiento de Reconciliación Administrativa: las reclamaciones por beneficios de jubilación o pensión ("Reclamaciones de jubilación/pensión"), las reclamaciones por reembolso de contribuciones ("Reclamaciones de reembolso de contribuciones"), las reclamaciones por salarios y beneficios adeudados a empleados públicos ("Reclamaciones de empleados públicos") y las querellas sindicales ("Reclamaciones de quejas/agravios"). Para obtener información sobre los procesos administrativos aplicables a su reclamación, consulte la "Descripción General de los Procedimientos de Reconciliación Administrativa de Reclamaciones."

Para garantizar que las reclamaciones se resuelvan y se paguen de manera oportuna, las Reclamaciones Administrativas de Reclamaciones serán monitoreadas por el tribunal del Título III y el **Estado Libre Asociado de Puerto Rico** deberá informarle al tribunal del Título III **cada 60 días** sobre el estado de toda reclamación sometida a los Procedimientos de Reconciliación Administrativa.

No necesita hacer nada más en este momento. Dentro de los próximos 60 días, un representante de la siguiente agencia se comunicará con usted e iniciará el Procedimiento de Reconciliación Administrativa para la Reconciliación de su Reclamación Administrativa:

Si no recibe comunicación de un representante de la agencia dentro de los **SESENTA DÍAS SIGUIENTES A LA "FECHA DE NOTIFICACIÓN" QUE APARECE EN LA PARTE SUPERIOR DE ESTE AVISO, COMUNÍQUESE CON PRIME CLERK.**

## <u>Descripción General de los Procedimientos de Reconciliación</u>
## <u>Administrativa de Reclamaciones</u>

Usted está recibiendo este aviso porque los Deudores han determinado que su(s) reclamación(es) debe(n) resolverse utilizando los procedimientos administrativos existentes del Estado Libre Asociado. Su reclamación se resolverá utilizando uno de los procedimientos identificados a continuación. Por favor consulte el Aviso de Reconciliación Administrativa de Reclamaciones que acompaña esta Descripción General para determinar cuáles procedimientos se seguirán para procesar su reclamación. Esta Descripción General le brinda información básica sobre los próximos pasos para resolver su reclamación y los procedimientos administrativos que se utilizarán para considerar su reclamación. **Lea esta Descripción General detenidamente y discútala con su abogado. Si no tiene abogado, puede consultar con uno.**

Dentro de los sesenta (60) días siguientes al recibo de este aviso, un representante de la agencia del Estado Libre Asociado responsable de procesar su reclamación se comunicará con usted para notificarle que dicha agencia ha iniciado el procesamiento de su reclamación. SI NO RECIBE COMUNICACIÓN DE NINGUNA AGENCIA DEL ESTADO LIBRE ASOCIADO DENTRO DE SESENTA (60) DÍAS, POR FAVOR COMUNÍQUESE CON PRIME CLERK INMEDIATAMENTE.

Una vez la ASR, Hacienda o la agencia correspondiente del Estado Libre Asociado haya llegado a una determinación inicial (la "<u>Determinación Inicial</u>") en cuanto al monto, si alguno, de su reclamación, le enviará una carta notificándole su decisión.

Si no está de acuerdo con la Determinación Inicial, tiene derecho a una apelación. Los plazos de tiempo y los procedimientos aplicables a dicha apelación varían de acuerdo al tipo de reclamación que usted presente:

- **<u>Reclamaciones de pensión/jubilación</u>**: Si no está de acuerdo con la Determinación Inicial de la ASR, tendrá treinta (30) días a partir de la fecha de la carta para solicitar la reconsideración. Si pide reconsideración, un oficial examinador celebrará una vista para considerar su reclamación. Recibirá la decisión de la ASR dentro de los cuarenta y cinco (45) días siguientes a la celebración de la vista. Si la ASR deniega la reconsideración de su reclamación, deberá presentar una apelación ante la Junta de Retiro dentro de treinta (30) días a partir de la fecha de la denegación de la reconsideración. Si su apelación es rechazada, deberá presentar una apelación ante el Tribunal de Apelaciones de Puerto Rico dentro de treinta (30) días a partir de la fecha de la determinación de la Junta de Retiro.

- **<u>Reclamaciones de reembolso de contribuciones</u>**: Si no está de acuerdo con la Determinación Inicial de Hacienda, puede radicar una demanda en el Tribunal de Primera Instancia dentro de los treinta (30) días siguientes a la fecha de envío de la carta de Hacienda.

- **<u>Reclamaciones de empleados públicos</u>**: El Estado Libre Asociado tiene muchos procesos administrativos, administrados por muchas entidades diferentes, para que los empleados tramiten reclamaciones relacionadas con el empleo. Si no está de acuerdo con la Determinación Inicial de la agencia correspondiente, tiene derecho a una apelación, incluyendo el derecho de apelar esa Determinación Inicial ante el Tribunal de Apelaciones de Puerto Rico. Debe analizar con su abogado el plazo de tiempo dentro del cual deberá radicar su apelación. Si no tiene abogado, puede consultar con uno.

- **<u>Reclamaciones de quejas/agravios</u>**: Si tiene una reclamación relacionada con quejas/agravios, la misma se procesará de acuerdo con los términos de su convenio colectivo.Debe examinar su convenio colectivo para obtener más información sobre los pasos que se tomarán para resolver su reclamación, los plazos de tiempo para resolverla y los derechos de apelación que usted pueda tener.

Si en algún momento recibe una Determinación Inicial pero no radica una apelación dentro de los plazos de tiempo indicados anteriormente, su reclamación será designada como "resuelta" y se le pagará el monto, si alguno, que se haya determinado en los procedimientos administrativos.

## <u>Administrative Claims Reconciliation Procedures</u>

1.      The Pension/Retiree Claims, the Tax Refund Claims, the Public Employee Claims, and the Grievance Claims will be subject to Administrative Claims Reconciliation in two instances:

a.   Within one hundred twenty (120) days of approval of these procedures by the Court, and every sixty (60) days thereafter, the Commonwealth, on behalf of itself and the other Debtors, shall file with the Title III Court and serve upon the claimants a notice, the form of which is annexed hereto as Exhibit 2 (the "<u>Administrative Reconciliation Notice</u>"), informing such claimant that its Claim shall be handled in accordance with the aforementioned Administrative Claims Reconciliation process.  The Administrative Reconciliation Notice will designate whether each Claim is to be resolved using the Pension/Retiree Procedures, the Tax Refund Procedures, the Grievance Procedures, or the Public Employee Procedures.

b.   In the event that (i) the Debtors file an omnibus objection to Claims, (ii) a claimant objects to the relief requested in such omnibus objection, and (iii) the Court or the Debtors determine that such Claim should be subject to Administrative Claims Reconciliation, the Debtors shall file an Administrative Reconciliation Notice with the Court and serve the Administrative Reconciliation Notice upon the Claimant stating that such Claim has been removed from the omnibus objection and shall be subject to the Administrative Claims Procedures. If the Debtors make such determination, on the date when the Debtors' reply in support of its omnibus objection is due, the Debtors shall file an Administrative Reconciliation Notice with the Court setting forth the Claims to which an omnibus objection has been interposed and responded to by the holder thereof as and to which the Debtors have determined should be subject to the Administrative Claims Reconciliation process.  If the Court makes such determination, the Court shall provide notice to the Debtors, and the Debtors shall file such an Administrative Reconciliation Notice with the Court. To the extent necessary, the automatic stay, extant pursuant to section 362 of the Bankruptcy Code, should be deemed modified so as to permit the continuation of the reconciliation of any claims subject to Administrative Claims Reconciliation.

2.      With respect to each of the Pension/Retiree Claims, the Tax Refund Claims, the Public Employee Claims, and the Grievance Claims, upon reconciliation, the Debtor(s) shall pay the amount due and owing in the ordinary course.

3.      Upon the filing of the Administrative Reconciliation Notice, any claims subject thereto (the "<u>ACR Designated Claims</u>") shall be designated as "Subject to Administrative Reconciliation" on the Claims Registry in these Title III Cases.  The Administrative Reconciliation Notice shall authorize and direct Prime Clerk to mark all claims listed on the Administrative Reconciliation Notice as "Subject to Administrative Reconciliation" on the official claims register in these Title III Cases.

4.      Within sixty (60) days of service of the Administrative Reconciliation Notice, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Department of Treasury ("Hacienda"), or the applicable agency or governmental entity previously responsible for handling a Claim, as the case may be, shall restart the processing of the Claims through Administrative Claims Reconciliation.  ERS, Hacienda, or the applicable agency or governmental entity responsible for handling a Claim, as the case may be, shall reach an initial determination as to whether to grant or deny the Claim within ninety (90) days of the recommencement of consideration of the Claim, unless the parties agree otherwise.  To the extent that the local law or procedure applicable to a Claim provides more than ninety (90) days for resolution of the Claim, the time period provided under such local law or procedure shall prevail. Such ninety (90) day period relates to the initial determination of the Claim only.  In the event that either party seeks further review of an initial determination, such further review shall not be limited by this ninety (90) day period.

5.      Within ninety (90) days of filing the first Administrative Reconciliation Notice, and every sixty (60) days thereafter, the Debtors shall file with the Court a notice (an "Administrative Reconciliation Status Notice") setting forth the status of the ACR Designated Claims.  The Administrative Reconciliation Status Notice shall identify, for each ACR Designated Claim, whether it is a Pension/Retiree Claim, a Tax Refund Claim, a Public Employee Claim, or a Grievance Claim.  The Administrative Reconciliation Status Notice shall provide the following information with respect to each ACR Designated Claim:

a.  The date the ACR Designated Claim was transferred into Administrative Reconciliation.

b.  The agency that is responsible for processing the ACR Designated Claim.

c.  Whether the agency responsible for processing the ACR Designated Claim has begun reviewing the Claim.  If the agency has not begun reviewing the Claim within sixty (60) days of the date the ACR Designated Claim was transferred into Administrative Reconciliation, the Administrative Reconciliation Status Notice will include a brief explanation for the delay.

d.  Whether the agency responsible for processing the ACR Designated Claim has a complete administrative file for the Claim, including any follow up documentation requested from claimants.

e.  Whether an initial determination on the ACR Designated Claim has been made. In the event that more than ninety (90) days have elapsed since the recommencement of consideration of the Claim, and an initial determination has not yet been reached, the Administrative Reconciliation Status Notice shall indicate whether the time period was extended by agreement of the parties or because the time period provided under local laws or procedures for resolving the Claim exceeds ninety (90) days.

f.  Whether the claimant has taken an appeal from the initial determination and if so, the status of that appeal.

2

g.   Whether the ACR Designated Claim has been resolved (the "ACR Resolved Claims"), either because the claimant has exhausted any available appeals or because the claimant has not filed an appeal within the applicable time period for doing so, and the date on which the ACR Designated Claim was resolved.

h.   Whether an ACR Resolved Claim has been paid within one-hundred and twenty (120) days of the date it was resolved.

6.     For the avoidance of doubt, Administrative Claims Reconciliation shall not pertain to any proofs of claim filed by Doral Financial Corporation or any agreements underlying such claims.

3

**<u>Exhibit B</u>**

**Responda a esta carta el 5 de octubre de 2021 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Tenga en cuenta que solo necesita devolver **un formulario,** ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRACRprocess@primeclerk.com.**

**Please respond to this letter on or before October 5, 2021 by returning the enclosed questionnaire with the requested information and documentation**.

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRACRprocess@primeclerk.com.**

# GOBIERNO DE PUERTO RICO
Departamento de Hacienda

September 15, 2021

**Re:**   **Claim NO.**          - <u>REQUIRES RESPONSE</u>

Dear

Greetings on behalf of the Puerto Rico Department of Treasury ("Treasury"). You are receiving this communication because you filed the referenced Proof of Claim ("Claim") in the Title III Court of PROMESA[1].

As you know, the Debtors under Title III of PROMESA, through the Financial Oversight and Management Board ("FOMB") transferred your Claim to the Administrative Claims Resolution Process ("ACR") in order to resolve your Claim using the existing administrative procedures in the Government. The purpose of this letter is to notify that the information provided by you to date is not sufficient for Treasury to adequately evaluate and resolve your Claim.

In consequence, we request that you submit the attached form along with any supporting documentation within a term of twenty (20) days, in which you describe in detail the nature of your Claim. In your response form, you should include: (1) full name; (2) telephone number where you can be contacted; (3) tax year for which you claimed a tax refund or tax credit in the Claim; (4) if a tax refund or tax credit is claimed for more than one tax year, please specify the amount claimed per tax year; (5) social security number or EIN number, as applicable; (6) if your Claim is or has been subject to an administrative or judicial process (not related to the Title III case), provide the case number; and (7) provide a duly stamped copy of the tax returns directly related to the tax refund or tax credit claimed in the Proof of Claim.

Please send the completed response form and any supporting documents within twenty (20) days from the date of the notice of this letter, via email to PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

---

[1] [1] *Puerto Rico Oversight, Management, and Economic Stability Act.*

# GOBIERNO DE PUERTO RICO
## Departamento de Hacienda

**It is of the utmost importance you reply to this letter within the twenty (20) days specified herein, for the adequate evaluation and resolution of your Claim**. Failure to respond to this letter will prevent Treasury from resolving your Claim.

Respectfully,

Puerto Rico Department of Treasury



## GOBIERNO DE PUERTO RICO
Departamento de Hacienda

El 15 de septiembre de 2021

**Re:     Reclamación Núm.              - <u>REQUIERE RESPUESTA</u>**

Estimado

Reciba un cordial saludo de parte del Departamento de Hacienda de Puerto Rico ("Hacienda"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia ("Reclamación") ante el Tribunal del Título III de PROMESA[1].

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que Hacienda pueda atender adecuadamente su Reclamación.

En consecuencia, se le solicita que someta el Formulario de Respuesta que se acompaña, en el cual describa detalladamente la naturaleza de su Reclamación. En el Formulario de Respuesta, debe incluir: (1) nombre completo; (2) número de teléfono donde se le pueda contactar directamente; (3) año contributivo para el cual reclamó un reintegro y/o crédito contributivo en la Evidencia de Reclamación (*proof of claim*); (4) si reclama un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la Evidencia de Reclamación (*proof of claim*) (5) número de seguro social de individuo o número de seguro social patronal; (6) en caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado al Título III), provea el número de caso administrativo, judicial o ambos; y (7) acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están relacionadas directamente con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación (*proof of claim*), así como cualquier otra documentación que apoye su reclamo.

**Favor de remitir el Formulario de Respuesta que se acompaña, junto con los documentos aquí solicitados, dentro de los próximos veinte (20) días desde la fecha de notificación de esta carta, a la siguiente dirección de correo electrónico <u>PRACRprocess@primeclerk.com</u>; o, por correo, a la siguiente dirección:**

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*[d]

# GOBIERNO DE PUERTO RICO
Departamento de Hacienda

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Es de suma importancia que responda a esta comunicación en el periodo de veinte (20) días aquí dispuesto, para el trámite adecuado de su Reclamación. De no responder en el término aquí dispuesto, Hacienda no estará en posición de atenderla.

Respetuosamente,

Departamento de Hacienda de Puerto Rico



CLAIMANT'S RESPONSE FORM

Claim No.

Claimant Name:

| | | |
|---|---|---|
| (1) | Full Name | |
| (2) | Telephone Number | |
| (3) | Tax year for which you claimed a tax refund or a tax credit in the Proof of Claim. | |
| (4) | If a tax refund or tax credit is claimed for more than one tax year, please specify the amount claimed per tax year in the Proof of Claim. | |
| (5) | Social security number for individuals/ EIN number, as applicable | |
| (6) | If your Claim has been subject to an administrative or judicial process (not related to Title III), provide the case number. | |
| (7) | Provide a duly stamped copy of the tax returns directly related to the tax refund and/or tax credit claimed in the Proof of Claim and any other documentation that supports your claim. | |
| (8) | Provide a detailed description of the nature of your claim and the reason you are entitled to the tax return and/or tax credit claimed. **Include additional pages if necessary.** | |

FORMULARIO DE RESPUESTA DEL RECLAMANTE

Reclamación No.
Reclamante:

| | |
|---|---|
| (1)     Nombre completo | |
| (2)     Número de teléfono | |
| (3)     Año contributivo para el cual reclamó un reintegro y/o créditos contributivos en la Evidencia de Reclamación *(Proof of Claim)* | |
| (4)     Si en la Evidencia de Reclamación *(Proof of Claim)* reclamó un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la  Evidencia de Reclamación *(Proof of Claim)*. | |
| (5)     Número de seguro social de individuo/ número de seguro social patronal | |
| (6)     En caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado a Título III), provea el número de caso administrativo, judicial o ambos. | |
| (7)     Acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están directamente relacionadas con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación *(Proof of Claim)*, así como cualquier otra documentación que apoye su reclamo. | |
| (8)     Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al reintegro o crédito contributivo reclamado. **Incluya páginas adicionales si es necesario.** | |

**Exhibit C**

**Responda a esta carta el 9 de deciembre de 2021 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Tenga en cuenta que solo necesita devolver **un formulario,** ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico [PRACRprocess@primeclerk.com](mailto:PRACRprocess@primeclerk.com).**

**Please respond to this letter on or before December 9, 2021 by returning the enclosed questionnaire with the requested information and documentation**.

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email [PRACRprocess@primeclerk.com](mailto:PRACRprocess@primeclerk.com).**

# GOBIERNO DE PUERTO RICO
## Departamento de Hacienda

November 19, 2021

**Re:** **Claim No.** - <u>**REQUIRES RESPONSE**</u>

Dear

Greetings on behalf of the Puerto Rico Department of Treasury ("Treasury"). You are receiving this communication because you filed the referenced Proof of Claim ("Claim") in the Title III Court of PROMESA[1].

As you know, the Debtors under Title III of PROMESA, through the Financial Oversight and Management Board ("FOMB") transferred your Claim to the Administrative Claims Resolution Process ("ACR") in order to resolve your Claim using the existing administrative procedures in the Government. The purpose of this letter is to notify that the information provided by you to date is not sufficient for Treasury to adequately evaluate and resolve your Claim.

In consequence, we request that you submit the attached form along with any supporting documentation within a term of twenty (20) days, in which you describe in detail the nature of your Claim. In your response form, you should include: (1) full name; (2) telephone number where you can be contacted; (3) tax year for which you claimed a tax refund or tax credit in the Claim; (4) if a tax refund or tax credit is claimed for more than one tax year, please specify the amount claimed per tax year; (5) social security number or EIN number, as applicable; (6) if your Claim is or has been subject to an administrative or judicial process (not related to the Title III case), provide the case number; and (7) provide a duly stamped copy of the tax returns directly related to the tax refund or tax credit claimed in the Proof of Claim.

Please send the completed response form and any supporting documents within twenty (20) days from the date of the notice of this letter, via email to PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

---

[1] 1 *Puerto Rico Oversight, Management, and Economic Stability Act.*

# GOBIERNO DE PUERTO RICO

### Departamento de Hacienda

**It is of the utmost importance you reply to this letter within the twenty (20) days specified herein, for the adequate evaluation and resolution of your Claim**. Failure to respond to this letter will prevent Treasury from resolving your Claim.

Respectfully,

Puerto Rico Department of Treasury



**GOBIERNO DE PUERTO RICO**
Departamento de Hacienda

El 19 de noviembre de 2021

**Re:    Reclamación Núm.           - <u>REQUIERE RESPUESTA</u>**

Estimado

Reciba un cordial saludo de parte del Departamento de Hacienda de Puerto Rico ("Hacienda"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia ("Reclamación") ante el Tribunal del Título III de PROMESA[1].

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que Hacienda pueda atender adecuadamente su Reclamación.

En consecuencia, se le solicita que someta el Formulario de Respuesta que se acompaña, en el cual describa detalladamente la naturaleza de su Reclamación. En el Formulario de Respuesta, debe incluir: (1) nombre completo; (2) número de teléfono donde se le pueda contactar directamente; (3) año contributivo para el cual reclamó un reintegro y/o crédito contributivo en la Evidencia de Reclamación (*proof of claim*); (4) si reclama un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la Evidencia de Reclamación (*proof of claim*) (5) número de seguro social de individuo o número de seguro social patronal; (6) en caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado al Título III), provea el número de caso administrativo, judicial o ambos; y (7) acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están relacionadas directamente con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación (*proof of claim*), así como cualquier otra documentación que apoye su reclamo.

**Favor de remitir el Formulario de Respuesta que se acompaña, junto con los documentos aquí solicitados, dentro de los próximos veinte (20) días desde la fecha de notificación de esta carta, a la siguiente dirección de correo electrónico <u>PRACRprocess@primeclerk.com</u>; o, por correo, a la siguiente dirección:**

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*[d]

# GOBIERNO DE PUERTO RICO

## Departamento de Hacienda

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Es de suma importancia que responda a esta comunicación en el periodo de veinte (20) días aquí dispuesto, para el trámite adecuado de su Reclamación. De no responder en el término aquí dispuesto, Hacienda no estará en posición de atenderla.

Respetuosamente,

Departamento de Hacienda de Puerto Rico



CLAIMANT'S RESPONSE FORM

Claim No.

Claimant Name:

| | | |
|---|---|---|
| (1) | Full Name | |
| (2) | Telephone Number | |
| (3) | Tax year for which you claimed a tax refund or a tax credit in the Proof of Claim. | |
| (4) | If a tax refund or tax credit is claimed for more than one tax year, please specify the amount claimed per tax year in the Proof of Claim. | |
| (5) | Social security number for individuals/ EIN number, as applicable | |
| (6) | If your Claim has been subject to an administrative or judicial process (not related to Title III), provide the case number. | |
| (7) | Provide a duly stamped copy of the tax returns directly related to the tax refund and/or tax credit claimed in the Proof of Claim and any other documentation that supports your claim. | |
| (8) | Provide a detailed description of the nature of your claim and the reason you are entitled to the tax return and/or tax credit claimed. **Include additional pages if necessary.** | |
| | | |

FORMULARIO DE RESPUESTA DEL RECLAMANTE

Reclamación No.
Reclamante:

| | |
|---|---|
| (1)     Nombre completo | |
| (2)     Número de teléfono | |
| (3)     Año contributivo para el cual reclamó un reintegro y/o créditos contributivos en la Evidencia de Reclamación *(Proof of Claim)* | |
| (4)     Si en la Evidencia de Reclamación *(Proof of Claim)* reclamó un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la  Evidencia de Reclamación *(Proof of Claim)*. | |
| (5)     Número de seguro social de individuo/ número de seguro social patronal | |
| (6)     En caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado a Título III), provea el número de caso administrativo, judicial o ambos. | |
| (7)     Acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están directamente relacionadas con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación *(Proof of Claim)*, así como cualquier otra documentación que apoye su reclamo. ||
| (8)     Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al reintegro o crédito contributivo reclamado. **Incluya páginas adicionales si es necesario.** ||
| ||

**<u>Exhibit D</u>**

# GOBIERNO DE PUERTO RICO
Departamento de Hacienda

March 23, 2022

Re:    Claim NO.                 - <u>REQUIRES RESPONSE</u>

Dear

Greetings on behalf of the Puerto Rico Department of Treasury ("Treasury"). You are receiving this communication because you filed the referenced Proof of Claim ("Claim") in the Title III Court of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA").

As you know, the Debtors under Title III of PROMESA, through the Financial Oversight and Management Board for Puerto Rico ("FOMB"), transferred your Claim to the Administrative Claims Reconciliation Process ("ACR") in order to resolve your Claim using the Government's existing administrative procedures. The purpose of this letter is to notify you again that the information provided by you to date is not sufficient for Treasury to adequately evaluate and resolve your Claim.

This is the third and final request to provide sufficient information to adequately evaluate and resolve your claim. We request that you submit the attached form along with any supporting documentation within a term of thirty (30) days, in which you describe in detail the nature of your Claim. In your response form, you should include: (1) your full name; (2) a telephone number and email address, if available, where you can be contacted; (3) tax year for which you claimed a tax refund or tax credit in the Claim; (4) if a tax refund or tax credit is claimed for more than one tax year, please specify each applicable tax year as well as the amount claimed per tax year; (5) your social security number or EIN number, as applicable; (6) if your Claim is or has been subject to an administrative or judicial process (not related to the Title III case), provide the case number; and (7) provide a duly stamped copy of the tax returns directly related to the tax refund or tax credit claimed in the Proof of Claim.

Failure to respond to this third information request will result in your claim being removed from ACR for failure to respond and objected to, which may result in your claim being expunged. If your claim is expunged you will no longer have a claim in the ACR process or the Title III Cases.



# GOBIERNO DE PUERTO RICO
### Departamento de Hacienda

Please send the completed response form and any supporting documents within thirty (30) days from the date of the notice of this letter, via email to PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

Commonwealth of Puerto Rico ACR
Processing Centerc/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**It is of the utmost importance you reply to this letter within the thirty (30) days specified herein, for the adequate evaluation and resolution of your Claim.** Failure to respond to this letter will prevent Treasury from resolving your Claim.

Respectfully,

Puerto Rico Department of Treasury



# GOBIERNO DE PUERTO RICO
Departamento de Hacienda

23 de marzo de 2022

Re:    Reclamación Núm.              - <u>REQUIERE RESPUESTA</u>

Estimado          ,

Reciba un cordial saludo de parte del Departamento de Hacienda de Puerto Rico ("Hacienda"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia ("Reclamación") ante el Tribunal del Título III de *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico ("JSAF") transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que Hacienda pueda atender adecuadamente su Reclamación.

Esta es la tercera y última solicitud para que provea la información suficiente para evaluar y resolver adecuadamente su reclamo. En consecuencia, se le solicita que someta el Formulario de Respuesta que se acompaña dentro del término de treinta (30) días, en el cual describa detalladamente la naturaleza de su Reclamación. En el Formulario de Respuesta, debe incluir: (1)nombre completo; (2) número de teléfono y correo electrónico donde se le pueda contactar directamente; (3) año contributivo para el cual reclamó un reintegro y/o crédito contributivo en la Evidencia de Reclamación (*proof of claim*); (4) si reclama un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la Evidencia de Reclamación (*proof of claim*) (5) númerode seguro social de individuo o número de seguro social patronal; (6) en caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado al Título III), provea el número de caso administrativo, judicial o ambos; y (7) acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están relacionadas directamente con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación (*proof of claim*), así como cualquier otra documentación que apoye su reclamo.



# GOBIERNO DE PUERTO RICO
Departamento de Hacienda

De no responder a esta tercera solicitud de información, su Reclamación será removida del Procedimiento de ACR y objetada, lo que puede conllevar la  eliminación de su Reclamación. Si su Reclamación es eliminada, usted ya no tendrá una reclamación dentro del Procedimiento de ACR o ante el Tribunal de Título III.

**Favor de remitir el Formulario de Respuesta que se acompaña, junto con los documentos aquí solicitados, dentro de los próximos treinta (30) días desde la fecha de notificación de esta carta, a la siguiente dirección de correo electrónico** PRACRprocess@primeclerk.com**; o, por correo, a la siguiente dirección:**

Commonwealth of Puerto Rico ACR
Processing Centerc/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Es de suma importancia que responda a esta comunicación en el periodo de treinta (30) días aquí dispuesto, para el trámite adecuado de su Reclamación. De no responder en el término aquí dispuesto, Hacienda no estará en posición de resolverla.

Respetuosamente,

Departamento de Hacienda de Puerto Rico

# GOBIERNO DE PUERTO RICO

Departamento de Hacienda

CLAIMANT'S RESPONSE FORM

Claim No.

Claimant
Name:

| | | |
|---|---|---|
| (1) | Full Name | |
| (2) | Telephone Number and email | |
| (3) | Tax year for which you claimed atax refund or a tax credit in the Proof of Claim. | |
| (4) | If a tax refund or tax credit is claimed for more than one tax year,please specify the amount claimed per tax year in the Proof of Claim. | |
| (5) | Social security number for individuals/ EIN number, asapplicable | |
| (6) | If your Claim has been subject to anadministrative or judicial process (not related to Title III), provide thecase number. | |
| (7) | Provide a duly stamped copy of the tax returns directly related to the tax refund and/or tax credit claimed in the Proof of Claim and any other documentation that supports your claim. | |
| (8) | Provide a detailed description of the nature of your claim and the reason you are entitled to the tax return and/or tax credit claimed. **Include additional pages if necessary.** | |

FORMULARIO DE RESPUESTA DEL RECLAMANTE

Reclamación
No.
Reclamante:

| | |
|---|---|
| (1)   Nombre completo | |
| (2)   Número de teléfono y correo electrónico | |
| (3)   Año contributivo para el cual reclamó un reintegro y/o créditos contributivos en la Evidencia de Reclamación *(Proof of Claim)* | |
| (4)   Si en la Evidencia de Reclamación *(Proofof Claim)* reclamó un reintegro y/o crédito paramás de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la Evidencia de Reclamación *(Proof of Claim).* | |
| (5)   Número de seguro social de individuo/número de seguro social patronal | |
| (6)   En caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado a Título III), provea el número de caso administrativo, judicial o ambos. | |
| (7)   Acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están directamenterelacionadas con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación *(Proof of Claim)*, así como cualquier otra documentación que apoye su reclamo. ||
| (8)   Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al reintegro o crédito contributivo reclamado. **Incluya páginas adicionales si es necesario.** ||
| ||