Paulina Odeline Bo[...]
Box 44
Loiza, P.R. 00772

United States District Court,
Clerk's office, 150 Ave. Carlos
Chardon Ste. 150, San Juan, P.R.
00918-1767

RECEIVED 2022 JUN -9 PM 4:31
CLERK'S OFFICE

7 JUN 2022 PM 2 L