CERTIFIED TRANSLATION

[logo:] *evertec*

**Invoice No.** 6000146790

Carr. 176 Km 1.3, Cupey Bajo
San Juan P.R. 00926
Tel. 787-759-9999 ext.4934
Fax 787-281-5225
Email: billing@evertecinc.com

| Invoice date | Payment terms | Due Date | Reference Order | Purchase Order # | Contract # |
|---|---|---|---|---|---|
| 05/27/2021 | Net due 30 days | 06/26/2021 | 13122 | 2021-S00015 | |

```
Bill to:
Public Buildings Authority
PO BOX 41029
San Juan PR 00940-1029


ATT.:
```

| | | Customer | 1004215 |
|---|---|---|---|
| | | Tel Number | 787-722-0101 |
| | | Fax | 787-726-3590 |

AVAYA VoIP Phone System Maintenance 2021-S00015

| Item | Material Description | Quantity Unit | Unit Price | Total Price |
|---|---|---|---|---|
| 000010 | AVAYA MAINTENANCE | 1 EA | $ 38,280.26 | $ 38,280.26 |
| 000030 | CISCO MAINTENANCE | 1 EA | $ 19,045.84 | $ 19,045.84 |
| 000040 | FORTINENT MAINTENANCE | 1 EA | $ 7,601.13 | $ 7,601.13 |
| 000050 | EVERTEC MAINTENANCE LABOR | 1 EA | $ 4,080.00 | $ 4,080.00 |

THERE ARE NO MORE
DETAILS PAST THIS LINE

Under penalty of absolute nullity, I hereby certify that no public servant of the Public Buildings Authority, its subsidiaries, and affiliates, is a party to or has any interest in the profits or benefits resulting from the agreement covering this invoice and to be a party to or have an interest in the profits or benefits resulting from of the contract there has been a prior waiver. The only consideration to supply the goods or services covered by the agreement has been the payment agreed with the authorized representative of the agency. The amount of this invoice is fair and correct. The construction work has been carried out, the products have been delivered (the services provided), and they have not been paid for.

[signature]
_____
Mr. Carlos Ramírez   Executive Vice President

**OBSERVATIONS**

| | | |
|---|---|---|
| SUBTOTAL | $ | 69,017.23 |
| DISCOUNTS | | |
| IVU STATE 0% | $ | |
| IVU STATE(B2B) 0% | $ | |
| IVU MUNICIPAL 0% | $ | |
| TOTAL | $ | **69,017.23** |

**EVERTEC GROUP, LLC, IS FULLY EXEMPT FROM THE 10% WITHHOLDING REQUIREMENTS**
SEND PAYMENT TO: **EVERTEC GROUP, LLC**, ACCOUNTS RECEIVABLE, P.O. BOX 364527, SAN

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

| | |
|---|---|
| Form SC 2756<br>Rev. 10 Dec 19<br>[seal:] *DEPARTMENT OF THE TREASURY; GOVERNMENT OF PUERTO RICO* | **Government of Puerto Rico**<br>**DEPARTMENT OF THE TREASURY**<br>**Internal Revenue Area**<br><br>**Certificate of Total Waiver – Legal Entities** |

| [QR code] | KARLA CRUZ JUSINO<br>EVERTEC GROUP LLC<br>PO BOX 364527<br>SAN JUAN PR  00936-4527 | Date:<br>Taxpayer ID:<br>Correspondence ID:<br><br>Control Number: | December 16, 2020<br>10258-96448<br>L1732674176<br><br>L1732674176 |

### Certificate of Total Waiver of Withholding at Source on Payments for Services Rendered by Corporations, Partnerships, and Other Entities

Pursuant to that established in Section 1062.03(g) of the Puerto Rico Internal Revenue Code of 2011, as amended, and in accordance with the requirements established in said section, you are hereby granted this Certificate of Total Waiver of Withholding on Payments for Services Rendered in Puerto Rico. This waiver shall be effective with regard to payments made during the 2021 calendar year.

You must deliver a copy of this Certificate to every person responsible for performing withholding on payments for services rendered.

If the conditions under which this Certificate is issued do not apply to your case, please ignore it.

To clarify any question or obtain information regarding this matter, please call (787) 622-0123.

This waiver does not exempt you from payment of any tax debt.

[signature]

Roxanna Santiago Ortiz
Assistant Clerk
Internal Revenue Area

**Expires: Dec. 31, 2021**

To verify if this Certificate is valid, access https://suri.hacienda.pr.gov and click on the link "Validate a certificate or license."
Retention Period: Six (6) years or an intervention by the Comptroller, whichever occurs first.                                mL072
4

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.



**Carr. 176 Km 1.3, Cupey Bajo**
**San Juan P.R. 00926**
Tel. 787-759-9999 ext.4934
Fax 787-281-5225
Email: billing@evertecinc.com

Invoice No. **6000146790**

| Invoice date | Payment terms | Due Date | Reference Order | Purchase Order # | Contract # |
|---|---|---|---|---|---|
| 05/27/2021 | Net due 30 days | 06/26/2021 | 13122 | 2021-S00015 | |

**Bill to:**
Autoridad de Edificios Publicos
PO BOX 41029
San Juan PR 00940-1029

Customer 1004215
Tel Number 787-722-0101
Fax 787-726-3590

**ATT.:**

Mantenimiento Sistema Telefonico AVAYA VoIP 2021-S00015

| Item | Material Description | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 000010 | MANTENIMIENTO AVAYA | 1 | EA | $ 38,290.26 | $ 38,290.26 |
| 000030 | MANTENIMIENTO CISCO | 1 | EA | $ 19,045.84 | $ 19,045.84 |
| 000040 | MANTENIMIENTO FORTINET | 1 | EA | $ 7,601.13 | $ 7,601.13 |
| 000050 | LABOR MANTENIMIENTO EVERTEC | 1 | EA | $ 4,080.00 | $ 4,080.00 |

NO HAY MAS DETALLES DESPUÉS DE ESTA LINEA

Bajo pena de nulidad absoluta certifico que ningún servidor público de Autoridad de Edificios Publicos sus subsidiarias y afiliadas es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados.

_____
Sr. Carlos Ramírez   Vicepresidente Ejecutivo

| OBSERVATIONS | | |
|---|---|---|
| | SUBTOTAL | $ 69,017.23 |
| | DISCOUNTS | |
| | IVU STATE 0% | $ |
| | IVU STATE(B2B) 0% | $ |
| | IVU MUNICIPAL 0% | $ |
| | TOTAL | $ **69,017.23** |

**EVERTEC GROUP, LLC, IS FULLY EXEMPT FROM THE 10% WITHHOLDING REQUIREMENTS**
SEND PAYMENT TO: **EVERTEC GROUP, LLC**, ACCOUNTS RECEIVABLE, P.O. BOX 364527, SAN JUAN, P.R. 00936-4527

Modelo SC 2756  
Rev. 10 dic 19



**Gobierno de Puerto Rico**  
**DEPARTAMENTO DE HACIENDA**  
Área de Rentas Internas

Certificado de Relevo Total - Entidades Jurídicas

KARLA CRUZ JUSINO  
EVERTEC GROUP LLC  
PO BOX 364527  
SAN JUAN PR  00936-4527

| | |
|---|---|
| Fecha: | 16 diciembre 2020 |
| ID de Contribuyente: | 10258-96448 |
| ID de Correspondencia: | L1732674176 |
| Número de Control: | L1732674176 |

### Certificado de Relevo Total de la Retención en el Origen sobre Pagos por Servicios Prestados por Corporaciones, Sociedades y otras Entidades

De acuerdo a lo establecido en la Sección 1062.03(g) del Código de Rentas Internas de Puerto Rico del 2011, según enmendado, y conforme a los requisitos establecidos en dicha sección, se le concede este Certificado de Relevo Total de Retención sobre Pagos por Servicios Prestados en Puerto Rico. Este relevo estará en vigor con respecto a los pagos efectuados durante el año natural 2021.

Deberá entregar copia de este Certificado a toda persona responsable de efectuar la retención sobre los pagos por servicios prestados.

Si las condiciones bajo las que se emite este Certificado no aplican a su caso, favor de ignorar el mismo.

Para aclarar cualquier duda u obtener información sobre este particular, puede comunicarse al (787) 622-0123.

Este relevo no lo exime del pago de cualquier deuda contributiva.

*[firma]*

Roxanna Santiago Ortiz  
Secretaria Auxiliar  
Área de Rentas Internas

**Vence el: 31 dic. 2021**

Para verificar si este Certificado es válido, acceda a https://suri.hacienda.pr.gov y presione el enlace "Validar un certificado o licencia".

Periodo de Conservación: Seis (6) años o una intervención del Contralor, lo que ocurra primero.

mL072  
4