CERTIFIED TRANSLATION

[screenshot:]
[tab:] Office of the Comptroller of Puerto Rico
[navigation field:] [icon] consultacontratos.ocpr.gov.pr [icons]
[icon] PRB [icon] PRD [icon] USBC [icon] USTX [icon] Prime Clerk [icon] PROMESA [icon] SUMAC [icon] West [icon] VPN [icon] ChkReg [icon]
Date [icon] RJPR [icon] BPPR [icon] AEE [icon] [icon] Other bookmarks

**Results**

Show [10] records

| Contract No. | Contractor | Executed on | Valid Since | Valid Until | Amount | Type of Service | Document |
|---|---|---|---|---|---|---|---|
| [icon] 2021-S00015 | EVERTEC GROUP, LLC | 30/Nov/2020 | 30/Nov/2020 | 30/Jun/2021 | $69,017.23 | EQUIPMENT MAINTENANCE AND REPAIR SERVICES | [icon] |
| **Entity** | Public Buildings Authority | | | | | | |
| **Cancelled** | No | | | | | | |
| [icon] 2020-S00070 | EVERTEC GROUP, LLC | 24/Feb/2020 | 24/Feb/2020 | 30/Jun/2020 | $279,974.15 | EQUIPMENT MAINTENANCE AND REPAIR SERVICES | [icon] |
| **Entity** | Public Buildings Authority | | | | | | |
| **Cancelled** | No | | | | | | |

[redacted]

Showing records 1 through 5 of a total of 5 records                    Previous        1        Next

[redacted]



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.



## Resultados

Mostrar 10 ⧬ registros

| | Núm. Contrato | Contratista | Otorgado en | Vigencia Desde | Vigencia Hasta | Cuantía | Tipo de Servicio | Documento |
|---|---|---|---|---|---|---|---|---|
| 🔴 | 2021-500015 | EVERTEC GROUP, LLC | 30/nov./2020 | 30/nov./2020 | 30/jun./2021 | $69,017.23 | SERVICIOS DE MANTENIMIENTO Y REPARACIÓN DE EQUIPO | ⬇ |

| **Entidad** | Autoridad de Edificios Públicos |
|---|---|
| **Cancelado** | No |

| | Núm. Contrato | Contratista | Otorgado en | Vigencia Desde | Vigencia Hasta | Cuantía | Tipo de Servicio | Documento |
|---|---|---|---|---|---|---|---|---|
| 🔴 | 2020-500070 | EVERTEC GROUP, LLC | 24/feb./2020 | 24/feb./2020 | 30/jun./2020 | $279,974.15 | SERVICIOS DE MANTENIMIENTO Y REPARACIÓN DE EQUIPO | ⬇ |

| **Entidad** | Autoridad de Edificios Públicos |
|---|---|
| **Cancelado** | No |

Mostrando registros del 1 al 5 de un total de 5 registros

Anterior | 1 | Siguiente