**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et. al.*<br><br>Debtors[1] | PROMESA<br>TITLE III<br><br>(Jointly Administered)<br><br>CASE NO.: 17-BK-3283 (LTS) |

**NOTICE OF APPEARANCE
AND REQUEST FOR NOTICES AND PAPERS**

**TO THE HONORABLE COURT**:

**PLEASE TAKE NOTICE:** That José Luis Novas-Debién hereby appears in the above-captioned proceeding as counsel for <u>Lilia Molina Ruiz, claim number 77585</u>. Pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, which are applicable to these cases by virtue of section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA")(Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA")(Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

undersigned attorney requests that all notices given or required to be given in these cases be served upon him as counsel for Lilia Molina Ruiz, claim number 77585.

Counsel's contact information is as follows:

Office Address (hand delivery address): Guarionex Street 8, San Juan, Puerto Rico, 00918.

Postal address is as it appears below in the signature block.

    RESPECTFULLY SUBMITTED.

    In San Juan, Puerto Rico, this 11th day of June, 2022.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice electronically to all counsel of record and will provide hard copies to the Court and United States Trustee as soon as practical after the filing of the foregoing, consistent with the Court's Sixteenth Amended Case Management Order. *See* Docket No. 20190-1.

Dated: June 11th, 2022.

                                        **S/JOSE LUIS NOVAS DEBIÉN**
                                        **USDC-PR #213905**
                                        PMB 382
                                        Calaf 400
                                        San Juan, Puerto Rico 00918
                                        Tel.: 787-754-8300
                                        E-mail:jnovas1@gmail.com