.

# EXHIBIT 3

Stipulation case K AC 2007- 0214

17

.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE SAN JUAN

2013 OCT -9 AM 9:56

MADELINE ACEVEDO CAMACHO, ET AL.

Demandantes,

v.

ESTADO LIBRE ASOCIADO DE PUERTO RICO, ET AL.

Demandados.

CASO NUM. KAC2007-0214

SOBRE:

SENTENCIA DECLARATORIA

MOCION CONJUNTA SOMETIENDO ESTIPULACIONES
DE HECHOS SOBRE LOS CUALES NO EXISTE CONTROVERSIA, DOCUMENTOS
Y CONTROVERSIAS DE DERECHO A RESOLVER

AL HONORABLE TRIBUNAL:

COMPARECEN las partes del epígrafe representadas por las respectivas abogadas que suscriben y muy respetuosamente ante este Honorable Tribunal, expresan lo siguiente:

INTRODUCCIÓN:

Las abogadas suscribientes se reunieron en diversas ocasiones y acordaron las siguientes ESTIPULACIONES DE HECHOS SOBRE LOS CUALES NO EXISTE CONTROVERSIA y que se transcriben a continuación:

PARTE I.     ESTIPULACIONES DE HECHOS SOBRE LOS CUALES NO EXISTE CONTROVERSIA – DEPARTAMENTO DE LA FAMILIA

1.     La parte demandante está integrada por un grupo de 2,667 empleados o ex empleados de carrera del Departamento de la Familia; 27 empleados de la Administración de Instituciones Juveniles y 118 empleados de la Administración de Rehabilitación Vocacional, para un total de 2,812 personas, cuyos nombres se identifican por agencia según listado estipulado por las peritos de ambas partes. Nota de la parte demandante: Se está depurando lista de 22 empleados sin identificar para desestimar sin perjuicio y/o permanecer en listado que no están incluidos en el total de 2,812.

2.     El 20 de noviembre de 1985, previo a que entrara en vigor en Puerto Rico el salario mínimo federal, el Director de la OCAP, Lcdo. Guillermo Mojica Maldonado emite un Memorando sobre: "Aumento de sueldo a los Empleados Públicos" dirigido al entonces Gobernador de Puerto Rico, Hon. Rafael Hernández Colón.

104

3.    El 15 de abril de 1986, comenzó a regir en el Gobierno de Puerto Rico la Ley de Salario Mínimo Federal que establecía un salario mínimo de $3.35 por hora trabajada y que era equivalente a un sueldo de $545.00 mensual, para una jornada semanal de 37.5 hrs. y $581.00 mensual, para una jornada de 40 hrs. semanales.

4.    Al 15 de abril de 1986, el Departamento de Servicios Sociales, hoy Departamento de la Familia, figuraba como parte de las agencias comprendidas en la Administración Central, con un Plan de Retribución con 39 escalas salariales y estaba desarrollado a base de un sueldo básico de $442.00 mensual para una jornada semanal de 37.5 hrs. De éstas, las primeras 9 escalas recibían sueldos por debajo del salario mínimo federal que entró en vigor.

5.    Al entrar en vigor el Salario Mínimo Federal, el 15 de abril de 1986, el Departamento de Servicios Sociales, hoy Departamento de la Familia, ajustó los salarios de los empleados asignados a las primeras 9 escalas del Plan de Retribución, al mismo salario que recibió el conserje y trabajador, de $3.35 por hora, equivalente a un sueldo básico de $545.00 mensual para una jornada de 37.5 hrs. semanal.

6.    El 23 de abril de 1986, el Director de OCAP, Lcdo. Guillermo Mojica Maldonado, emitió el Memorando General Núm. 5-86 dirigido a: Señores Secretarios de Gobierno; Jefes de Agencia y Alcaldes-Sistema de Personal, Asunto: Aplicabilidad del Salario Mínimo Federal a los Empleados Públicos.

7.    El 30 de junio de 1986, el Director de OCAP, Lcdo. Guillermo Mojica Maldonado, emitió el Memorando Núm. 3-86 dirigido a: Señores Secretarios de Gobierno y Jefes de Agencia-Administración Central. Asunto: "Décima Asignación de Clases del Servicio de Carrera de la Administración Central a las escalas de sueldos establecidas en Ley 89 del 12 de julio de 1979, enmendada, Ley de Retribución Uniforme."

8.    **El 1 abril de 1990 aumentó el salario mínimo a $3.55 hr.** equivalente a $577.00 mensual para una jornada de 37.5 horas semanales. Al entrar en vigor dicho salario mínimo federal, se ajustó al salario mínimo a todo aquel empleado que devengara salario menor. Se ajustaron los salarios de los empleados de las primeras 11 escalas del Plan de Retribución al mismo salario que recibió el conserje y trabajador.

9.    El 30 de junio de 1990, el Director de OCAP, Enrique A. Rosa López, emitió el Memorando 2-90 dirigido a: Señores Secretarios de gobierno y Jefes de agencia-Administración Central sobre: "Decimocuarta Asignación de Clases al Servicio de Carrera de la Administración Central a las Escalas

**105**

de Sueldo Establecidas en la Ley 89 de 12 de julio de 1979, enmendada, Ley de Retribución Uniforme."

10.      El 22 de julio de 1991, el Director de OCAP, Enrique A. Rosa López, emitió el Memorando 3-91 dirigido a: Señores Secretarios de Gobierno y Jefes de Agencias-Administración Central sobre: "Decimoquinta Asignación de Clases al Servicio de Carrera de la Administración Central, a las Escalas de Sueldo Establecidas en la Ley Núm. 89 de 12 de julio de 1979, enmendada, Ley de Retribución Uniforme."

11.      **El 1 abril de 1991 aumentó el salario mínimo a $3.70 hr.** equivalente a $602.00 mensual para una jornada de 37.5 horas semanales. Al entrar en vigor dicho salario mínimo federal, se ajustó al salario mínimo a todo aquel empleado que devengara salario menor. Se ajustaron los salarios de los empleados asignados a las primeras 13 escalas del Plan de Retribución al mismo salario que recibió el conserje y el trabajador.

12.      Mediante Boletín Administrativo Número OE-1991-47, se autorizó la conversión del Departamento de Servicios Sociales (hoy Departamento de la Familia) en administrador individual, de conformidad con la extinta Ley Núm. 5 del 14 de octubre de 1975, según enmendada, "Ley de Personal del Servicio Puerto Rico", aunque continuo rigiéndose por los Planes de Clasificación y Retribución de la Administración Central.

13.      **El 1 abril de 1992 aumentó el salario mínimo a $3.90 hr.** equivalente a $634.00 mensual para una jornada de 37.5 horas semanales.  Al entrar en vigor dicho salario mínimo federal, se ajustó al salario mínimo a todo aquel empleado que devengara salario menor. Se ajustaron los salarios de los empleados asignados a las primeras 15 escalas del Plan de Retribución al mismo salario que recibió el conserje y trabajador.

14.      **El 1 abril de 1993  aumentó el salario mínimo a $4.05 hr.** equivalente a $ 659.00  para una jornada de 37.5 horas semanales. Al entrar en vigor dicho salario mínimo federal, se ajustó al salario mínimo a todo aquel empleado que devengara salario menor. Se ajustaron los salarios de los empleados asignados a las primeras 16 escalas del Plan de Retribución al mismo salario que recibió el conserje y trabajador.

15.      El 1 de julio de 1993 el Director de la OCAP, Oscar L. Ramos Meléndez, emitió el Memorando Especial Núm. 26-93 dirigido a: Señores Secretarios de Gobierno, Jefes de Agencias, Directores de Corporaciones Públicas, Alcaldes  y Presidentes de Asambleas Municipales-Sistema de Personal y Agencias Excluidas de la Ley de Personal del Servicio Públicosobre: "Preparación de Planes de

Clasificación y Retribución, Reglamentos de Personal y Otros Instrumentos para la Administración de Recursos Humanos en el Servicio Público."

16.    **El 1 abril de 1994 aumentó el salario mínimo a $4.25 hr.** equivalente a $ 691.00 mensual para una jornada de 37.5 horas semanales. Al entrar en vigor dicho salario mínimo federal, se ajustó al salario mínimo a todo aquel empleado que devengara salario menor.  Se ajustaron los salarios de los empleados asignados a las primeras 17 escalas del Plan de Retribución al mismo salario que recibió el conserje y trabajador.

17.    El 3 junio de 1994, el Director de OCAP, Sr. Oscar L. Ramos Meléndez, emitió el Memorando Núm. 5-94 dirigido a los Señores Jefes de las Agencias Administradores Individuales del Sistema de Personal sobre: "Asignación de las Clases de Puestos a las Escalas de Retribución Efectivo al Comienzo de Cada Año Fiscal; Actualización de las Estructuras Retributivas; Salario Mínimo Federal."

18.    Los Planes de Clasificación de Puestos y Retribución para el Servicio de Carrera del Departamento de la Familia fueron adoptados en junio de 1996 con efectividad el 1 de marzo de 1996. El salario básico de la primera escala era $780.00 mensual para una jornada de 37.5 hrs. semanal. El salario mínimo federal vigente a la fecha de la implantación era de $691.00 mensual para una jornada de 37.5 hrs. semanal.

19.    Posterior a la implantación del Plan de Clasificación y Retribución con efectividad el 1 de marzo de 1996, el Departamento de la Familia no desarrolló nuevos Planes de Clasificación de Puestos del Servicio de Carrera, ni Planes de Retribución.

20.    El Plan de Retribución adoptado al 1 de marzo de 1996, estableció 23 escalas y 8 tipos retributivos salariales para cubrir 211 clases de puestos.  Este plan fue elaborado por el Departamento, con la colaboración y aprobación final de la Oficina Central de Administración de Personal, (OCAP) y el salario base del plan es $780.00 mensual para una jornada de 37.5 hrs. semanal.

21.    Previo a la implantación de los Planes de Clasificación y Retribución en junio de 1996, estaban por debajo del salario mínimo las primeras 17 escalas salariales, las cuales recibían el mismo salario mínimo que el conserje y el trabajador.

22.    Efectivo al 1 de octubre de 1996 el salario mínimo federal aumenta a $4.75 hr.  equivalente a $772.00 mensual para una jornada semanal de 37.5 horas y $823.00 mensual para una jornada semanal de 40 hrs.

**107**

23.    El Departamento de la Familia ha mantenido sin cambios hasta el presente el Plan de Retribución que adoptó en el 1996, aun cuando el salario mínimo volvió a aumentar.

24.    **El 1 septiembre de 1997 el salario mínimo aumentó a $5.15 hr.** equivalente a $837.00 mensual para una jornada de 37.5 horas semanales. Al entrar en vigor dicho salario mínimo federal, se ajustó al salario mínimo a todo aquel empleado que devengara salario menor. Se ajustaron los salarios de los empleados asignados a las escalas 1 y 2 del Plan de Retribución de 1996, al mismo salario que recibió el conserje y trabajador.

25.    **El 1 sept de 2000, a todo empleado del sector público aumentó el salario mínimo a $5.80 hr.** equivalente a $ 943.00  mensual para una jornada de 37.5 hrs semanales. y $1,005.00 mensual para jornada de 40 hrs. semanales conforme a las disposiciones de la Ley Núm. 320 de 2 de septiembre de 2000. Al entrar en vigor dicho salario mínimo federal, se ajustó al salario mínimo a todo aquel empleado que devengara salario menor. Se ajustaron los salarios de los empleados asignados a las primeras 5 escalas del Plan de Retribución de 1996, al mismo salario que recibió el conserje y trabajador.

26.    **El 24 julio de 2007 el salario mínimo aumentó a $5.85 hr.** equivalente a $951.00 mensual para una jornada de 37.5 hrs. semanales. Al entrar en vigor dicho salario mínimo federal, se ajustó salario mínimo a todo aquel empleado que devengara salario menor. Se ajustaron los salarios de los empleados asignados a las primeras 5 escalas del Plan de Retribución de 1996 al mismo salario que recibió el conserje y trabajador.

27.    **El 24 julio de 2008 el salario mínimo aumentó a $6.55 hr.** equivalente a $1,064.00 mensual para una jornada de 37.5 hrs. semanales. Al entrar en vigor dicho salario mínimo federal, se ajustó al salario mínimo a todo aquel empleado que devengara salario menor. Se ajustaron los salarios de los empleados asignados a las primeras 7 escalas del Plan de Retribución de 1996 al mismo salario que recibió el conserje y trabajador.

28    El sueldo básico de cada escala de salarios en el Plan de Retribución de 1996 ha prevalecido inalterado desde el año 1996 al presente.

**PARTE II.    ESTIPULACIONES DE HECHOS SOBRE LOS CUALES NO EXISTE CONTROVERSIA –ADMINISTRACIÓN DE INSTITUCIONES JUVENILES**

29.    La Administración de Instituciones Juveniles, antes de advenir administrador individual, efectivo el 5 de agosto de 1988,  era parte integrante y estaba adscrita al Departamento de Servicios Sociales, hoy Departamento de la Familia, como Secretaría Auxiliar de Centros de Tratamiento Social.

**108**

30.     La Administración de Instituciones Juveniles se creó en virtud de La Ley Núm. 154 del 5 de agosto de 1988, según enmendada, conocida como La "Ley Orgánica de la Administración de Instituciones Juveniles". La misma se constituyó como Administrador Individual, para fines de la Ley 5 del 14 de octubre de 1975, según enmendada.

31.     A la fecha en que entra en aplicación el salario mínimo, o sea, al 15 de abril de 1986 y hasta febrero de 1994, la Administración de Instituciones Juveniles se regía por el mismo Plan de Clasificación de Puestos y Plan de Retribución que regía al Departamento de Servicios Sociales, hoy Departamento de la Familia, entiéndase Plan administrado por OCAP. Los ajustes de sueldo para la implantación del Salario Mínimo en la Administración de Instituciones Juveniles se realizaron de la misma forma que en el Departamento de la Familia, según descrito en los incisos 5, 8, 11, 13, y 14.

32.     La Administración de Instituciones Juveniles adoptó su primer Plan de Clasificación y Retribución efectivo el 1 de marzo de 1994. Dicho Plan se desarrolló a base de 21 escalas y un sueldo básico de $691.00 mensual para una jornada de 37.5 hrs. semanales y $737.00 mensual para una jornada de 40 hrs semanales.

33.     El Plan de Retribución de Administración de Instituciones Juveniles cumplió con el salario mínimo entre 1 de abril de 1994 hasta el 30 de septiembre de 1996.

34.     **El salario mínimo volvió a aumentar al 1 de octubre de 1996 a $4.75 hr.** que es equivalente a $772.00 mensual para una jornada de 37.5 hrs. semanales y $823.00 mensual para una jornada semanal de 40 hrs. Al entrar en vigor el salario mínimo federal, se ajustó al salario mínimo a todo aquel empleado que devengara salario menor. Se ajustaron los salarios de los empleados asignados a las primeras 3 escalas al mismo salario que recibió el conserje y trabajador.

35.     **El salario mínimo aumentó el 1 de septiembre de 1997 a $5.15 hr.** equivalente a $837.00 mensual para una jornada de 37.5 hrs. semanales y $893.00 mensual para una jornada semanal de 40 hrs. Al entrar en vigor el salario mínimo federal se ajustó al salario mínimo a todo aquel empleado que devengara salario menor. Se ajustaron los salarios de los empleados asignados a las primeras 5 escalas, al mismo salario que recibió el conserje y trabajador.

36.     La Administración de Instituciones Juveniles adoptó otro nuevo Plan de Clasificación y Retribución efectivo el 1 de junio de 1999 con 22 números de escalas salariales desarrollado a base de un salario básico de $925.00 mensual para 37.5 hrs. y $986.00 mensual para una jornada de 40 hrs. semanales.

6

**109**

37.     El 1 de septiembre de 2000, el salario mínimo aumentó a **$5.80 hr.** equivalente a $943.00 mensual para una jornada de 37.5 hrs. semanales y $1,005.00 mensual para una jornada semanal de 40 hrs.

38.     La Ley 320 del 2 de septiembre de 2000 ordenó al Secretario del Trabajo y Recursos Humanos a fijar el salario mínimo a pagarse a todo empleado en el sector público, excepto el de los empleados municipales, en una cantidad igual al salario mínimo federal o en $5.80 por hora, lo que resulte mayor; y asignar fondos, equivalente a $943.00 mensual para una jornada de 37.5 hrs. semanales y $1,005.00 mensual para una jornada semanal de 40hrs. semanales.  El Secretario del Trabajo y Recursos Humanos informó a los jefes de agencias que el nuevo salario mínimo para empleados públicos es de $5.80 por hora, efectivo el 1ro de julio de 2001.

39.     La Administración de Instituciones Juveniles no ha adoptado un nuevo Plan de Retribución desde el 1ro de junio de 1999.

**PARTE III.     ESTIPULACIONES DE HECHOS SOBRE LOS CUALES NO EXISTE CONTROVERSIA–ADMINISTRACIÓN DE REHABILITACION VOCACIONAL**

40.     La Administración de Rehabilitación Vocacional se constituyó Administrador Individual el 28 de julio de 1995.

41.     La Administración de Rehabilitación Vocacional, antes de advenir como administrador individual, era parte integrante y estaba adscrito al Departamento de Servicios Sociales (hoy Departamento de la Familia).

42.     La Administración de Rehabilitación Vocacional se regía por el mismo Plan de Clasificación de Puestos y Plan de Retribución que regía al  Departamento de Servicios Sociales (hoy Departamento de la Familia), entiéndase el Plan administrado por OCAP. Los ajustes de sueldo para la implantación del Salario Mínimo en la Administración de Rehabilitación Vocacional se realizaron de la misma forma que en el Departamento de Familia, según descrito en los 5, 8, 11, 13, 14, 16, 22, 24, 25, 26 y 27.

43.     El 1 de agosto de 2004,  la Administración de Rehabilitación Vocacional implantó su propio Plan de Puestos y Compensación, Servicio de Carrera/Unionado, Servicio de Carrera/Gerencial y Servicio de Confianza.  El salario básico de la primera escala para el servicio de carrera gerencial era $1,500 y para el servicio de carrera unionado era $950.00.  El salario mínimo federal vigente a la fecha de la implantación era de $943.00 mensual.

44.     A partir de la implantación del Plan de 2004, la Administración de Rehabilitación Vocacional no ha desarrollado nuevos Planes de Clasificación de Puestos y de Retribución. Tampoco se han efectuado revisiones periódicas al Plan de Retribución.



7

**110**

**PARTE IV.**   **PRUEBA DOCUMENTAL ESTIPULADA**

**EXHIBIT 1**   [LISTADO DEMANDANTES] Según se hace referencia en el acápite núm.1 de las Estipulaciones de Hechos Sobre los Cuales No Existe Controversia. [No obstante se aclara que al haberse extendido la Ley 70 hasta el 31 octubre de 2012, el número final de demandantes pudiera variar, a los fines de excluir de la demanda aquellos empleados que se acogieron al programa de renuncias o retiro incentivado bajo dicha ley]. [Se está depurando lista de 22 empleados sin identificar para desestimar sin perjuicio y/o permanecer a listado].

**EXHIBIT 2.**   Resumen parcial de relación de clases de Puestos con indicación del número y la escala de sueldo a la que corresponden como resultado de la Decimoquinta Asignación de Clases del Servicio de Carrera de la Administración Central, a las Escalas de Sueldos Establecidas en la Ley Núm. 89 de 12 de julio de 1979, enmendada, Ley de Retribución Uniforme; con vigencia a partir del 1ro de julio de 1991.

**EXHIBIT 3**   Escalas de Sueldos Mensuales Que Regirán en el Departamento de la Familia a Partir del 1 de marzo de 1996. (1 folio).

**EXHIBIT 4**   Segunda Asignación ·de las Clases del Servicio de Carrera del Departamento de la Familia, a las Escalas de Sueldos Establecidas en virtud de la Ley 89 de 12 de julio de 1979, Enmendada, Ley de Retribución Uniforme efectivo a 1 de julio de 1996. (14 folios)

**PARTE V. SE ESTIPULAN LOS SIGUIENTES DOCUMENTOS EN CUANTO A SU AUTENTICIDAD NO ASÍ EN CUANTO A SU CONTENIDO O RELEVANCIA. NO SE RENUNCIAN OBJECIONES SEGÚN PROCEDA EN DERECHO.**

**EXHIBIT 1**   Memorando  de fecha de 20 de noviembre de 1985 emitido por el Director de la OCAP, Lcdo. Guillermo Mojica Maldonado, sobre: "Aumento de sueldo a los Empleados Públicos" dirigido al entonces Gobernador de Puerto Rico, Hon. Rafael Hernández Colón.

**EXHIBIT 2**   Memorando 5-86  de fecha de 23 de abril de 1986 emitido por el Director de OCAP, Lcdo. Guillermo Mojica Maldonado dirigido a Señores Secretarios de Gobierno; Jefes de Agencia y Alcaldes-Sistema de Personal, Asunto: Aplicabilidad del Salario Mínimo Federal a los Empleados Públicos.

**EXHIBIT 3**   Memorando 3-86  de fecha de 30 de junio de 1986 emitido por el Director de OCAP, Lcdo. Guillermo Mojica Maldonado, dirigido a: Señores Secretarios de Gobierno y Jefes de Agencia-Administración Central.   Asunto: "Décima Asignación de Clases del Servicio de Carrera de la Administración Central a las escalas de sueldos establecidas en Ley 89 del 12 de julio de 1979, enmendada, Ley de Retribución Uniforme."

**EXHIBIT 4**   Memorando 2-90 de fecha de 30 de junio de 1990 emitido por el Director de OCAP, Enrique A. Rosa López, dirigido a: Señores Secretarios de gobierno y Jefes de agencia-Administración Central sobre: "Decimocuarta Asignación de Clases al Servicio de Carrera de la Administración Central a las Escalas de Sueldo Establecidas en la Ley 89 de 12 de julio de 1979, enmendada, Ley de Retribución Uniforme."

**EXHIBIT 5**   Memorando 3-91 de fecha de 22 de julio de 1991 emitido por el Director de OCAP, Enrique A. Rosa López, dirigido a: Señores Secretarios de Gobierno y Jefes de Agencias-Administración Central sobre: "Decimoquinta Asignación de Clases al Servicio de Carrera de la Administración Central, a las Escalas de Sueldo Establecidas en la Ley Núm. 89 de 12 de julio· de 1979, enmendada, Ley de Retribución Uniforme."

**EXHIBIT 6**   Memorando Especial 26-93 de fecha de 1 de julio de 1993 emitido por el el Director de la OCAP, Oscar L. Ramos Meléndez, dirigido a: Señores Secretarios de Gobierno, Jefes de Agencias, Directores de Corporaciones Públicas, Alcaldes  y Presidentes de Asambleas Municipales-Sistema de Personal y Agencias Excluidas de la Ley de Personal del Servicio Público sobre: "Preparación de Planes de Clasificación y Retribución, Reglamentos de Personal y Otros Instrumentos para la Administración de  Recursos Humanos en el Servicio Público."

**EXHIBIT 7**   Memorando 5-94 de fecha de 3 junio de 1994 emitido por el Director de OCAP, Sr. Oscar L. Ramos Meléndez, dirigido a los Señores Jefes de las Agencias Administradores Individuales del Sistema de Personal sobre: "Asignación de las Clases de Puestos a las Escalas de Retribución

**111**

Efectivo al Comienzo de Cada Año Fiscal; Actualización de las Estructuras Retributivas; Salario Mínimo Federal."

**EXHIBIT 8**     Memorando 8-97 de fecha de 9 de junio de 1997 emitido por la Directora de OCAP, Lcda. Aura L. González Ríos, dirigido a Jefes de los Administradores Individuales del Sistema de Personal sobre: "Enmiendas a la Guía de Clasificación de Funciones y a las Escalas de Paga del Reglamento para el Empleo de Personal Irregular".

**EXHIBIT 9**     Especificaciones para Conserje I- Plan de Clasificación y Retribución del Departamento de la Familia implantada el 1 de marzo de 1996.

**EXHIBIT 10**     Especificaciones para Conserje II- Plan de Clasificación y Retribución del Departamento de la Familia implantada el 1 de marzo de 1996.

**EXHIBIT 11**     Especificaciones para Asistente de Servicios Sociales- Plan de Clasificación y Retribución de la Oficina Central de Administración (OCAP).

**EXHIBIT 12**     Especificaciones para Asistente de Servicios- Plan de Clasificación y Retribución del Departamento de la Familia implantada el 1 de marzo de 1996.

**EXHIBIT 13**     Especificaciones para Auxiliar Fiscal II- Plan de Clasificación y Retribución del Departamento de la Familia implantada el 1 de marzo de 1996.

**EXHIBIT 14**     Especificaciones para Oficinista IV- Plan de Clasificación y Retribución de la Oficina Central de Administración (OCAP).

**EXHIBIT 15**     Especificaciones para Técnico de Servicios a la Familia I- Plan de Clasificación y Retribución del Departamento de la Familia implantada el 1 de marzo de 1996.

**EXHIBIT 16**     Departamento de la Familia-Lista de Asignación de Clases de Puestos a las Escalas de Salarios-Servicio de Carrera de 1996. (7 folios).

**EXHIBIT 17**     Reglamento de Retribución Uniforme. Ley 89 de 12 de junio de 1979 (Enmendada).

**EXHIBIT 18**     Sentencia Enmendada Caso Nilda A. Agosto Maldonado, et. al. vs. Estado Libre Asociado de Puerto Rico, Departamento de la Familia, et. al. KPE2005-0608.

**EXHIBIT 19**     Demanda Carmen Socorro Cruz Hernández, et. al. vs. Estado Libre Asociado de Puerto Rico, et. al. KAC1991-0665.

**EXHIBIT 20**     Sentencia Parcial con escalas Carmen Socorro Cruz Hernández, et. al. vs. Estado Libre Asociado de Puerto Rico, et. al. KAC1991-0665.

**EXHIBIT 21**     Sentencia Enmendada Carmen Socorro Cruz Hernández, et. al. vs. Estado Libre Asociado de Puerto Rico, et. al. KAC1991-0665.

**PARTE VI.     PRUEBA DOCUMENTAL**

**Parte Demandante**

**EXHIBIT 1     a.**     Información General sobre el Desarrollo, Implantación y Administración de los Planes de Clasificación y Retribución del Servicio de Carrera de la Administración de Instituciones Juveniles   **b.**   Primera Asignación de Clases de Puestos Comprendidos dentro del Plan de Clasificación adoptado para el Servicio de Carrera de la AIJ de conformidad a la sección 4.2 de la Ley 5 de 14 de octubre de 1975, según enmendada, Ley de Personal del Servicio Público, efectiva a 1 de marzo de 1994. **c.**   Agrupación de Clases por Escalas de Salario.

**EXHIBIT 2**     Segunda Asignación de Clases de Puestos comprendidas dentro del Plan de Clasificación adoptado para el Servicio de Carrera de la AIJ efectivo a 1 de junio de 1999 y Normas establecidas para Implantar el Aumento del Plan de Retribución para el Servicio de Carrera para la AIJ de fecha 28 de diciembre de 1998.

**112**

**EXHIBIT 3**      Escalas Salariales bajo el concepto de 37.5 horas y 40 horas para el Servicio de Carrera a ser efectivas en las siguientes fechas:

       a.   1 de octubre de 1996;

       b.   1 de septiembre de 1997;

       c.   1 de julio de 2001 (fecha correcta debe ser 1 de septiembre 2000);

       d.   24 de julio de 2007;

       e.   24 de julio de 2008.

**EXHIBIT 4**      Duodécima Asignación de las Clases de Puestos comprendidas dentro del Plan de Clasificación adoptado para el Servicio de Carrera de la AIJ efectivo al 16 de agosto de 2008.

**EXHIBIT 5**      Especificaciones para Conserje I- Plan de Clasificación y Retribución de la Oficina Central de Administración (OCAP).

**EXHIBIT 6**      Especificaciones para Trabajador/a I- Plan de Clasificación y Retribución del Departamento de la Familia implantada el 1 de marzo de 1996.

**EXHIBIT 7**      Especificaciones para Oficinista IV - Plan de Clasificación y Retribución del Departamento de la Familia implantada el 1 de marzo de 1996.

     Nos reservamos el derecho a presentar cualquier otra prueba documental.

**Parte Demandada**

     No se ha identificado a este momento; no obstante nos reservamos el derecho a presentar prueba documental.

## CONTROVERSIAS DE DERECHO A SER ADJUDICADAS -

### PARTE DEMANDANTE

**1.**      Determinar si la parte demandada violó los Arts. 2 y 9  y la sec. 4 del Reglamento de Retribución Uniforme del 1984  y le ocultó y/o les tergiversó a los demandantes los derechos que tenían con el fin de no pagarles el salario que por ley  les correspondía, a base de las normas de retribución y estatutos aplicables a éstos y en conformidad a  la jerarquía  y complejidad de sus puestos, bajo un sistema de escalas actualizado.

**2.**      Determinar si como cuestión de derecho  aplica al presente caso lo resuelto en SANTIAGO DECLET Y DEPARTAMENTO DE LA FAMILIA, 153 D.P.R. 208 (2001), en vista de que en los casos de Juan Pérez   Colón y otros v D'TOP, Civil núm. KAC-90-487(905)  y Carmen Socorro Cruz Hernández vs. Departamento de la Familia, KAC 91-0665, Nilda Agosto Maldonado y otros vs. ELA , CIVIL NO. KPE 2005 0608 (907), empleados similarmente situados a los demandantes impugnaron con éxito el Plan de Retribución de la Administración Central y agencias demandadas, por haber advenido inoperante y si procede asignar los puestos de los aquí demandantes a las nuevos planes de retribución adoptados en febrero de 2005, al hacerse los mismos extensivos, en los mismos términos, a todos los empleados ubicados en la misma situación que la de aquellos que prevalecieron en su impugnación. Además, porque del texto de la propia Ley de Retribución Uniforme  establece la obligación ministerial  de mantener actualizada la estructura salarial de la Administración Central y administradores Individuales, para hacer cumplir el principio de igual paga por igual trabajo.

**3.**      Determinar si los demandados violaron las garantías constitucionales del debido proceso de ley cuando, unilateralmente y sin notificación previa, en violación de la Ley de Retribución Uniforme y su Reglamento implantaron un Memorando de ajuste 5-86 afectando de forma ilegal y quebrantando el contrato de empleo existente entre las partes.

**4.**      Determinar, bajo los mismos hechos operacionales, si la parte demandada obtuvo un enriquecimiento injusto al  negarse a utilizar  la alternativa menos onerosa  provista bajo  la ley 5 del 20 de noviembre de 1975 de reducción de jornada diaria y que tenía disponible para cumplir con el salario mínimo y de haberse incurrido en  alguna violación de las anteriores, determinar el monto de los salarios ilegalmente retenidos a cada demandante.

**113**

5.      Determinar si es cosa juzgada las controversias anteriores, a la luz de lo resuelto en el caso de Carme Socorro Cruz, supra, y de la nulidad de la directriz emitida por OCAP en el Memorando General 5- 86 del 23 de abril de 1986 para la implantación del salario mínimo, por estar la misma en abierta contravención de la Ley y reglamentos de retribución uniforme.

6.      Determinar si la parte demandada violó los diversos estatutos especiales relacionados con los aumentos generales otorgados a los empleados demandantes    y/o menoscabó los mismos, al efectuar ajustes salariales en contravención a las  disposiciones expresas de las leyes que confieren dichos aumentos generales y donde  se establece que  los mismos constituyen bonificaciones separadas  e independientes de las escalas salariales y de ser afirmativa la respuesta, determinar el monto de los salarios ilegalmente retenidos.

**PARTE DEMANDADA:**

1.      Si al amparo de la Ley de Retribución Uniforme existía o no un deber ministerial del Estado, o en su defecto los administradores individuales, de enmendar periódicamente sus escalas retributivas para conformarlas a los aumentos en el salario mínimo federal que se hizo extensivo al sector público; y si procede implantar retroactivamente unos nuevos planes de retribución permitiendo una reclamación para el cobro retroactivo e ilimitado de los salarios así determinados.

2.      Si al amparo de la Ley de Retribución Uniforme se establece un periodo específico para la aprobación de los planes de retribución, o si se requiere que se aprobaran nuevos planes o enmiendas a los mismos cada cierto tiempo.

3.      Si al amparo de la Ley de Retribución Uniforme se le concedió discreción a los administradores individuales para aprobar los planes de retribución, según la situación fiscal de la agencia.

4.      En la alternativa, si procediera el reclamo de la parte demandante al amparo de la Ley de Retribución Uniforme, lo cual negamos, aplican las normas sobre retroactividad dispuestas en el Art. 12 de la Ley Núm. 180 que limitan las reclamaciones de salarios de empleados a los tres (3) años anteriores al momento que se insta la reclamación.

RESPETUOSAMENTE SOMETIDO.

En San Juan, Puerto Rico, a 3/ de  octubre de 2013.

LCDA. WANDYMAR BURGOS VARGAS
Abogada Parte Demandada
TSPR Núm. 9208
P.O. BOX 902019
San Juan, P. R.  00902.-0192
Tel. 787-721-2940 x 2647,2650,2606
Fax 787-723-9188
wburgos@justicia.pr.gov

LCDA. IVONNE GONZALEZ MORALES
Abogada Demandantes
TSPR Núm. 3725
P. O. BOX 9021828
San Juan, P.R.  00902-1828
TEL.  787-  724-5323
Fax   787 - 200-5927
ivonnegm@prw.net

LCDA. MILAGROS ACEVEDO COLÓN
Abogada Demandantes
Colegiada 9575, RUA 8334
2000 Ave. Felisa Rincón, Box 1405
San Juan, PR.  00926
Tel. 787-422-7622/Fax. 787-761-0058
maclegaljc@gmail.com

11

# EXHIBIT 4

List of individual claimants with estimate of post –petition
Administrative Expense payroll debt

ACCRUED POST PRETITION UNPAID WAGES-PLAINTIFF'S CREDITORS IN CASE: MADELINE ACEVEDO, (2819 PLAINTIFF GROUP) Vs. FAMILY DEPT. ARV AND AIJ, CASP NO. 2016-05-1340

A: CREDITOR UNPAID POST PRETITION WAGES, WERE CALCULATED ON A CALENDAR BASIS BEGINNING ON MAY 4, 2017 TO MARCH 30, 2022 REPRESENTIG 4 YEARS 10 MONTH THAT EQUALS 58 MONTHS AFTER MEASURING DATE.

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 1 | ABREU GÓMEZ, TOMASA | $194.00 | $11,252.00 | 13 |
| 2 | ACEVEDO ACEVEDO, MARIE A. | $203.00 | $11,774.00 | 14 |
| 3 | ACEVEDO CAMACHO, MADELINE | $194.00 | $11,252.00 | 13 |
| 4 | ACEVEDO ROSARIO, SONIA | $129.00 | $7,482.00 | 4 |
| 5 | ACOSTA VEGA, ELIZABETH | $223.00 | $12,934.00 | 16 |
| 6 | ADORNO MARRERO, VILMA E. | $142.00 | $8,236.00 | 6 |
| 7 | ADORNO NICHOL, MARISOL | $142.00 | $8,236.00 | 6 |
| 8 | AFANADOR MATOS, JORGE H. | $124.00 | $4,092.00 | 3 |
| 9 | AGOSTO MALDONADO, LUZ C. | $170.00 | $8,160.00 | 10 |
| 10 | ALGARIN FEBO, ADA NELLY | $129.00 | $7,482.00 | 4 |
| 11 | ALGARIN GONZALEZ, ZAIDA L. | $280.00 | $16,240.00 | 21 |
| 12 | ALICEA APONTE, MARIBEL | $234.00 | $13,572.00 | 17 |
| 13 | ALICEA RAMOS, ANGEL L | $234.00 | $13,572.00 | 17 |
| 14 | ALMODOVAR CANCEL, CARMEN | $194.00 | $11,252.00 | 13 |
| 15 | ALVARADO FIGUEROA, MORAIMA L. | $194.00 | $11,252.00 | 13 |
| 16 | ALVARADO ROMERO, VILMA | $129.00 | $258.00 | 4 |
| 17 | ALVAREZ ALAMO, JOSÉ | $203.00 | $11,774.00 | 14 |
| 18 | ALVAREZ ALGARIN, MONICA | $194.00 | $11,252.00 | 13 |
| 19 | ALVAREZ CRUZ, JANETTE | $142.00 | $8,236.00 | 6 |
| 20 | ALVAREZ LOPEZ, WANDA I. | $149.00 | $8,642.00 | 7 |
| 21 | AMARANTE ANDUJAR, SANDRA | $194.00 | $1,940.00 | 13 |
| 22 | AMARO CRUZ, IVELISSE | $170.00 | $9,860.00 | 10 |
| 23 | ANDINO ROSADO, MARIA M. | $186.00 | $10,788.00 | 12 |
| 24 | ANDUJAR SANTIAGO, LUIS | $118.00 | $6,844.00 | 2 |
| 25 | ANGULO RIVERA, MARILÚ | $136.00 | $7,888.00 | 5 |
| 26 | APONTE CALDERON, ISABEL M. | $170.00 | $9,860.00 | 10 |
| 27 | APONTE RIVERA, AIDA I. | $170.00 | $9,860.00 | 10 |
| 28 | APONTE RODRIGUEZ, LILLIAM | $142.00 | $8,236.00 | 6 |
| 29 | APONTE VAZQUEZ, CELENIA | $136.00 | $7,888.00 | 5 |
| 30 | AROCHO RAMIREZ, MIGDALIA | $136.00 | $7,888.00 | 5 |
| 31 | ARRIETA RODRIGUEZ, LUIS A. | $186.00 | $2,604.00 | 12 |
| 32 | ARROYO FERNANDEZ, MARIA A. | $155.00 | $8,680.00 | 8 |
| 33 | ARROYO LEBRON, AWILDA | $136.00 | $7,888.00 | 5 |
| 34 | AVILES JIMENEZ, NOEL RAMON | $178.00 | $10,324.00 | 11 |
| 35 | AVILES MANGUAL, LOURDES | $213.00 | $12,354.00 | 15 |
| 36 | AYALA GERENA, VANESSA | $293.00 | $16,994.00 | 22 |
| 37 | AYALA MALDONADO, LUZ I. | $194.00 | $11,252.00 | 13 |

ACCRUED POST PRETITION UNPAID WAGES-PLAINTIFF'S CREDITORS IN CASE: MADELINE ACEVEDO, (2819 PLAINTIFF GROUP) Vs.
FAMILY DEPT. ARV AND AIJ, CASP NO. 2016-05-1340

| Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|
| 38 AYALA MARTINEZ, LORNA E | $178.00 | $10,324.00 | 11 |
| 39 BAERGA COLLAZO, AWILDA | $245.00 | $14,210.00 | 18 |
| 40 BAEZ ABREU, JOVITA | $162.00 | $9,396.00 | 9 |
| 41 BAEZ GARCIA, EILEEN | $162.00 | $9,396.00 | 9 |
| 42 BARRETO MOYA, JAVIER A. | $124.00 | $7,192.00 | 2 |
| 43 BARRETO NEGRON, MELVIN | $223.00 | $12,934.00 | 16 |
| 44 BARRIENTOS FLORES, ROSA B. | $186.00 | $10,788.00 | 12 |
| 45 BATISTA OCASIO, MARITZA | $280.00 | $16,240.00 | 21 |
| 46 BECERRIL GONZALEZ, WINDA | $162.00 | $9,396.00 | 9 |
| 47 BENABE HUERTAS, EDNA E. | $129.00 | $7,482.00 | 4 |
| 48 BENIQUEZ RIOS, MARIA DEL C. | $194.00 | $11,252.00 | 13 |
| 49 BENITEZ DELGADO, ALFREDO | $136.00 | $7,888.00 | 5 |
| 50 BENTINE MOLINA, DAVID | $136.00 | $7,888.00 | 5 |
| 51 BERMUDEZ CAPACETTI, GERALDO | $124.00 | $7,192.00 | 3 |
| 52 BERNARDI SALINAS, MELVIN O. | $162.00 | $9,396.00 | 9 |
| 53 BERRIOS SANTIAGO, ROSA B. | $223.00 | $12,934.00 | 16 |
| 54 BERRIOS TORRES, IVELISSE | $186.00 | $10,788.00 | 12 |
| 55 BONET GUERRA, SONIA IVETTE | $129.00 | $6,837.00 | 4 |
| 56 BONILLA SANTIAGO, YARITZA | $194.00 | $11,252.00 | 13 |
| 57 BRAÑA DAVILA, MILDRED | $136.00 | $7,888.00 | 5 |
| 58 BRENES GONZALEZ, JOSE M. | $255.00 | $14,790.00 | 19 |
| 59 BUITRAGO AMARO, VILMA | $129.00 | $7,482.00 | 4 |
| 60 BURGOS ALLENDE, MINERVA | $203.00 | $11,774.00 | 14 |
| 61 BURGOS APONTE, CARMEN L. | $213.00 | $12,354.00 | 15 |
| 62 BURGOS CARABALLO, MIRTA | $155.00 | $8,990.00 | 8 |
| 63 BURGOS COLLAZO, ISMAEL | $136.00 | $7,888.00 | 5 |
| 64 BURGOS CRUZ, JUAN | $178.00 | $10,324.00 | 11 |
| 65 BURGOS DIAZ, LEYLA V. | $162.00 | $9,396.00 | 9 |
| 66 BURGOS REYES, ALEJANDRA | $194.00 | $11,252.00 | 13 |
| 67 BURGOS RIVERA, MAGALY | $149.00 | $8,642.00 | 7 |
| 68 CABELLO ACOSTA, WILMARIE | $186.00 | $10,788.00 | 12 |
| 69 CABRERA ANDINO, IRIS L. | $129.00 | $7,482.00 | 4 |
| 70 CABRERA LOZADA, KARLA M. | $223.00 | $12,934.00 | 16 |
| 71 CALDERON ACEVEDO, AMOS | $124.00 | $7,192.00 | 3 |
| 72 CALDERON CLEMENTE, HILDA E. | $149.00 | $8,642.00 | 7 |
| 73 CALDERON ROMERO, MARIA DEL C | $155.00 | $8,990.00 | 8 |
| 74 CALO BETANCOURT, CARMEN I. | $245.00 | $14,210.00 | 18 |
| 75 CALZADA TORRES, BRENDA L. | $129.00 | $7,482.00 | 4 |
| 76 CAMACHO MIRALLES, MARGARITA | $129.00 | $7,095.00 | 4 |
| 77 CAMACHO TORRES, VANESSA S. | $178.00 | $10,324.00 | 11 |
| 78 CAMPOS LOPEZ, EDGARDO | $267.00 | $14,151.00 | 20 |

ACCRUED POST PRETITION UNPAID WAGES-PLAINTIFF'S CREDITORS IN CASE: MADELINE ACEVEDO, (2819 PLAINTIFF GROUP) Vs. FAMILY DEPT. ARV AND AIJ, CASP NO. 2016-05-1340

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 79 | CANA RIVERA, JUAN | $194.00 | $11,252.00 | 13 |
| 80 | CANCEL RUBERTE, CARLOS | $267.00 | $15,486.00 | 20 |
| 81 | CANDELARIA CANDELARIA, ROSA A. | $155.00 | $8,990.00 | 8 |
| 82 | CANDELARIO ORTIZ, ALBA L. | $129.00 | $7,482.00 | 4 |
| 83 | CAPPA ROBLES, ALBERTO | $203.00 | $11,774.00 | 14 |
| 84 | CAQUIAS RODRIGUEZ, HILDA M. | $155.00 | $8,990.00 | 8 |
| 85 | CARABALLO FONTANEZ, LENNIS B. | $293.00 | $16,994.00 | 22 |
| 86 | CARDONA FLORES, ORLANDO | $129.00 | $7,482.00 | 4 |
| 87 | CARLO PAGAN, SALLY | $142.00 | $8,236.00 | 6 |
| 88 | CARRASQUILLO AGOSTO, LISSETTE | $194.00 | $11,252.00 | 13 |
| 89 | CARRASQUILLO CAMPOS, OLGA I. | $194.00 | $11,252.00 | 13 |
| 90 | CARRASQUILLO FLORES, VANESSA | $194.00 | $11,252.00 | 13 |
| 91 | CARRASQUILLO HERNANDEZ, JENISSE | $162.00 | $9,396.00 | 9 |
| 92 | CARRERO CARRERO, ISMENIA I. | $129.00 | $7,482.00 | 4 |
| 93 | CARRERO MARTINEZ, FELICITA | $178.00 | $4,628.00 | 11 |
| 94 | CASADO BERRIOS, SANDRA I. | $162.00 | $9,396.00 | 9 |
| 95 | CASELLAS SOSTRE, REINALDO L. | $194.00 | $11,252.00 | 13 |
| 96 | CASILLAS BONANO, EVELYN | $136.00 | $6,800.00 | 5 |
| 97 | CASILLAS PAGAN, IRIS L. | $136.00 | $7,888.00 | 5 |
| 98 | CASILLAS VELAZQUEZ, LUZ S. | $129.00 | $7,095.00 | 4 |
| 99 | CASTRO ACOSTA, MAYRA | $136.00 | $7,888.00 | 5 |
| 100 | CASTRO ENCARNACIÓN, MARIEL | $129.00 | $7,482.00 | 4 |
| 101 | CASTRO MEDINA, ZORAIDA | $194.00 | $11,252.00 | 13 |
| 102 | CASTRO VAZQUEZ, GRIMALDI | $194.00 | $11,252.00 | 13 |
| 103 | CEBOLLERO BADILLO, JOSE R. | $203.00 | $11,774.00 | 14 |
| 104 | CHAPARRO CRESPO, CAROLYN | $203.00 | $11,774.00 | 14 |
| 105 | CINTRON TORRES, ROSITA | $129.00 | $7,482.00 | 4 |
| 106 | CLARKE VIVES, EGBERT | $170.00 | $9,860.00 | 10 |
| 107 | CLAUDIO DELGADO, MARIA L. | $155.00 | $8,990.00 | 8 |
| 108 | CLAUDIO RIVERA, ROSA A. | $129.00 | $4,773.00 | 4 |
| 109 | CLEMENTE CALDERON,  MARIAN C. | $170.00 | $9,860.00 | 10 |
| 110 | CLEMENTE ORTIZ, REINALDO | $129.00 | $7,482.00 | 4 |
| 111 | COLLAZO ANZA, MAGALI | $129.00 | $7,482.00 | 4 |
| 112 | COLLAZO SILVA, JOSE E. | $170.00 | $9,860.00 | 10 |
| 113 | COLLAZO SOTO, LINDA RAQUEL | $194.00 | $11,252.00 | 13 |
| 114 | COLON COLON, CARMEN J. | $178.00 | $1,424.00 | 11 |
| 115 | COLON CORA, MARIA DE LOS A. | $162.00 | $9,396.00 | 9 |
| 116 | COLON DE JESUS, SANDRA I. | $113.00 | $6,554.00 | 1 |
| 117 | COLON MULERO, LYDIA R. | $129.00 | $7,482.00 | 4 |
| 118 | COLON PADILLA, OLGA | $234.00 | $13,572.00 | 17 |
| 119 | COLON PEREZ, NORMA I. | $170.00 | $9,860.00 | 10 |

ACCRUED POST PRETITION UNPAID WAGES-PLAINTIFF'S CREDITORS IN CASE: MADELINE ACEVEDO, (2819 PLAINTIFF GROUP) Vs. FAMILY DEPT. ARV AND AIJ, CASP NO. 2016-05-1340

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 120 | COLON RODRIGUEZ, ANA H. | $129.00 | $3,225.00 | 4 |
| 121 | COLON SANTIAGO, MARIBEL | $234.00 | $13,572.00 | 17 |
| 122 | CONCEPCION RIVERA, MADELINE | $155.00 | $8,990.00 | 8 |
| 123 | CONDE DAVILA, SOLEDAD | $149.00 | $2,831.00 | 7 |
| 124 | CONTRERAS COLON, JAVIER | $136.00 | $7,888.00 | 5 |
| 125 | CONTRERAS LOPEZ, JUSTINA | $136.00 | $6,664.00 | 5 |
| 126 | CORALES CABRERA, JOHN | $267.00 | $15,486.00 | 20 |
| 127 | CORCHADO MEDINA, CARLOS A, | $129.00 | $7,482.00 | 4 |
| 128 | CORDERO RIVERA, ALMA R. | $194.00 | $1,358.00 | 13 |
| 129 | CORDERO SALAMAN, YARIMAR | $129.00 | $7,482.00 | 4 |
| 130 | CORDERO VEGA, GUILLERMO | $245.00 | $14,210.00 | 18 |
| 131 | CORDOVA GONZALEZ, JOSE L. | $170.00 | $9,860.00 | 10 |
| 132 | CORREA DELGADO, MAYRA | $170.00 | $9,860.00 | 10 |
| 133 | CORREA HERNANDEZ, SANDRA I. | $129.00 | $7,482.00 | 4 |
| 134 | CORREA MORALES, WILBERTO | $178.00 | $10,324.00 | 11 |
| 135 | CORREA VILLEGAS, CARMEN M. | $149.00 | $8,642.00 | 7 |
| 136 | CORTIJO ANDINO, VILMA | $162.00 | $9,396.00 | 9 |
| 137 | COSME RIVERA, LUIS A. | $155.00 | $7,595.00 | 8 |
| 138 | COSME RODRIGUEZ, ZAIDA I. | $194.00 | $11,252.00 | 13 |
| 139 | COSME SANCHEZ, LAURA M. | $203.00 | $11,774.00 | 14 |
| 140 | COSTOSO VILLARAN, SONIA N. | $194.00 | $11,252.00 | 13 |
| 141 | CRESPO MEDINA, MAYRA I. | $186.00 | $10,788.00 | 12 |
| 142 | CRESPO VELEZ, JOSE D. | $245.00 | $14,210.00 | 18 |
| 143 | CRUZ ALVAREZ, BELINDA | $155.00 | $8,990.00 | 8 |
| 144 | CRUZ BARRIENTOS, MORAIMA L. | $194.00 | $11,252.00 | 13 |
| 145 | CRUZ BIRRIEL, MARGARITA | $194.00 | $11,252.00 | 13 |
| 146 | CRUZ CABRERA, AIDA | $194.00 | $11,252.00 | 13 |
| 147 | CRUZ CASTRO, LEONOR | $155.00 | $7,750.00 | 8 |
| 148 | CRUZ DE LA PAZ, WANDA I. | $149.00 | $8,642.00 | 7 |
| 149 | CRUZ SIERRA, ELSIE | $186.00 | $8,742.00 | 12 |
| 150 | CUADRADO CATALAN, LISANDRA | $149.00 | $8,642.00 | 7 |
| 151 | CUADRADO FLORES, LUZ M. | $129.00 | $7,482.00 | 4 |
| 152 | CUEVAS ROSA, CESAR | $194.00 | $11,252.00 | 13 |
| 153 | CUYAR LUCCA, MIGDALIA | $162.00 | $9,396.00 | 9 |
| 154 | DAVID ROSARIO, TERESA | $203.00 | $11,774.00 | 14 |
| 155 | DE JESUS JUARBE, CARMEN IRALIS | $194.00 | $11,252.00 | 13 |
| 156 | DE JESUS RIVERA, JEZREEL I. | $194.00 | $11,252.00 | 13 |
| 157 | DE JESUS RIVERA, MARILUZ | $194.00 | $11,252.00 | 13 |
| 158 | DE JESUS ROJAS, MARIA L. | $178.00 | $10,324.00 | 11 |
| 159 | DE JESUS ROMAN, PROVIDECIA | $203.00 | $11,774.00 | 14 |
| 160 | DE JESUS ROSADO, CARLOS | $170.00 | $9,860.00 | 10 |

ACCRUED POST PRETITION UNPAID WAGES-PLAINTIFF'S CREDITORS IN CASE: MADELINE ACEVEDO, (2819 PLAINTIFF GROUP) Vs. FAMILY DEPT. ARV AND AIJ, CASP NO. 2016-05-1340

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 161 | DE LA CRUZ SANTIAGO, DAMARIS | $213.00 | $12,354.00 | 15 |
| 162 | DE LA ROSA DIAZ, MARIA M. | $194.00 | $11,252.00 | 13 |
| 163 | DE PEREZ DELGADO, VANESSA | $162.00 | $9,396.00 | 9 |
| 164 | DEL VALLE GONZÁLEZ, CELESTE | $194.00 | $11,252.00 | 13 |
| 165 | DEL VALLE PEREZ, JOANNA G. | $170.00 | $9,860.00 | 10 |
| 166 | DELESTRE REYES, IVELISSE | $136.00 | $7,888.00 | 5 |
| 167 | DELGADO HUERTAS, ANTONIO | $136.00 | $7,888.00 | 5 |
| 168 | DELGADO RAMIREZ, CARMEN M. | $129.00 | $7,482.00 | 4 |
| 169 | DELGADO RIVERA, ANA M. | $162.00 | $9,396.00 | 9 |
| 170 | DIAZ ALVERIO, VALENTIN | $170.00 | $9,860.00 | 10 |
| 171 | DIAZ CARRASQUILLO, JOSE R. | $118.00 | $6,844.00 | 2 |
| 172 | DIAZ CASIANO, JOSE R. | $142.00 | $8,236.00 | 6 |
| 173 | DIAZ CORREA, EDITH RAQUEL | $245.00 | $14,210.00 | 18 |
| 174 | DIAZ DE JESUS, HECTOR | $255.00 | $14,790.00 | 19 |
| 175 | DIAZ DE JESUS, MARGARITA | $255.00 | $14,790.00 | 19 |
| 176 | DIAZ DIAZ, ADA G. | $194.00 | $11,252.00 | 13 |
| 177 | DIAZ FLORES, GLENDA LIZ | $178.00 | $10,324.00 | 11 |
| 178 | DIAZ HERNAIZ, IRAIDA | $223.00 | $12,934.00 | 16 |
| 179 | DIAZ NAVIERA, NYRMA M. | $194.00 | $11,252.00 | 13 |
| 180 | DIAZ ORTIZ, ANGEL L. | $194.00 | $11,252.00 | 13 |
| 181 | DIAZ PEREZ, DAISY | $194.00 | $11,252.00 | 13 |
| 182 | DIAZ PEREZ, YOMARIS | $203.00 | $11,774.00 | 14 |
| 183 | DIAZ RIVERA, GUILLERMO | $178.00 | $10,324.00 | 11 |
| 184 | DIAZ RODRIGUEZ, ANA MARIA | $162.00 | $9,396.00 | 9 |
| 185 | DIAZ SANTIAGO, MARIBEL | $170.00 | $9,860.00 | 10 |
| 186 | DIAZ TORRES, EVA | $170.00 | $9,860.00 | 10 |
| 187 | DIAZ VEGA, AMELIA | $194.00 | $2,522.00 | 13 |
| 188 | ENCARNACION OSORIO, GLADYS E. | $149.00 | $8,642.00 | 7 |
| 189 | ERAZO NIEVES, ALEXANDER | $124.00 | $7,192.00 | 3 |
| 190 | ESCUTE CEBALLOS, YARISIS | $142.00 | $8,236.00 | 6 |
| 191 | ESTRADA DIAZ, ANGELA | $136.00 | $7,888.00 | 5 |
| 192 | FALERO RIVERA, LILLIAN E. | $223.00 | $1,784.00 | 16 |
| 193 | FALU BARE, MATILDE | $124.00 | $3,844.00 | 3 |
| 194 | FARIS ELBA, LUIS A. | $186.00 | $10,788.00 | 12 |
| 195 | FELICIANO FELICIANO, LISANDRA | $155.00 | $8,990.00 | 8 |
| 196 | FELIX PEÑA, MARISOL | $162.00 | $9,396.00 | 9 |
| 197 | FERNANDEZ ESQUILIN, SONIA I | $129.00 | $7,095.00 | 4 |
| 198 | FERNANDEZ FERNANDEZ, ANGEL L. | $129.00 | $7,482.00 | 4 |
| 199 | FERNANDEZ MARTINEZ, FRANCES | $136.00 | $7,888.00 | 5 |
| 200 | FERNANDEZ RIVERA, BRENDA M. | $155.00 | $8,990.00 | 8 |
| 201 | FERNANDEZ, MARIELI | $136.00 | $7,888.00 | 5 |

ACCRUED POST PRETITION UNPAID WAGES-PLAINTIFF'S CREDITORS IN CASE: MADELINE ACEVEDO, (2819 PLAINTIFF GROUP) Vs. FAMILY DEPT. ARV AND AIJ, CASP NO. 2016-05-1340

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 202 | FIGUEROA ALAMO, ANGEL M. | $129.00 | $7,482.00 | 4 |
| 203 | FIGUEROA FIGUEROA, NYDIA C. | $149.00 | $8,642.00 | 7 |
| 204 | FIGUEROA ORTIZ, MARIA DE L. | $162.00 | $9,396.00 | 9 |
| 205 | FIGUEROA PEÑA, EDNA | $223.00 | $12,934.00 | 16 |
| 206 | FLORAN DIAZ, EDWIN | $186.00 | $9,486.00 | 12 |
| 207 | FLORES FLORES, AMARILYS | $194.00 | $11,252.00 | 13 |
| 208 | FLORES RODRIGUEZ, CARMEN A. | $170.00 | $9,860.00 | 10 |
| 209 | FLORES SUAREZ, MARISOL | $136.00 | $7,888.00 | 5 |
| 210 | FONTANEZ CASTILLO, NOEMI | $155.00 | $8,990.00 | 8 |
| 211 | FONTANEZ MARIN, NESVIA | $223.00 | $12,934.00 | 16 |
| 212 | FRED ORLANDO, YOLANDA | $162.00 | $9,396.00 | 9 |
| 213 | FUENTES DIAZ, JOSE J. | $194.00 | $11,252.00 | 13 |
| 214 | FUENTES MATOS, JEFFREY | $186.00 | $10,788.00 | 12 |
| 215 | FUSTE TORRES, ELIA R. | $170.00 | $9,860.00 | 10 |
| 216 | GABOT LORA, CARMEN D | $113.00 | $6,554.00 | 1 |
| 217 | GALINDEZ SIERRA, CARMEN S. | $186.00 | $10,788.00 | 12 |
| 218 | GARAY ROJAS, JOSEFINA | $129.00 | $7,482.00 | 4 |
| 219 | GARCIA CORTES, AIDA LUZ | $142.00 | $8,236.00 | 6 |
| 220 | GARCIA COTTO, LETICIA | $170.00 | $9,860.00 | 10 |
| 221 | GARCIA CRESPO, ZORAIDA | $203.00 | $11,774.00 | 14 |
| 222 | GARCIA FLORES, LOURDES E. | $203.00 | $11,774.00 | 14 |
| 223 | GARCIA GONZALEZ, AWILDA | $194.00 | $11,252.00 | 13 |
| 224 | GARCIA HERNANDEZ, NEFTALI | $194.00 | $11,252.00 | 13 |
| 225 | GARCIA LEON, GLADYS | $178.00 | $10,324.00 | 11 |
| 226 | GARCIA RODRIGUEZ, HIPOLITO | $129.00 | $1,935.00 | 4 |
| 227 | GARCIA SANCHEZ, SANDRA L. | $186.00 | $10,788.00 | 12 |
| 228 | GERENA MEDINA, MILDRED | $162.00 | $9,396.00 | . 9 |
| 229 | GERENA ROSA, AIDA | $129.00 | $7,482.00 | 4 |
| 230 | GIRAUD MONTES, FRANCES N. | $170.00 | $9,860.00 | .10 |
| 231 | GONZALEZ ALVARADO, ARMINDA | $170.00 | $9,860.00 | 10 |
| 232 | GONZALEZ ANDINO, LUZ D. | $194.00 | $11,252.00 | 13 |
| 233 | GONZALEZ COLON, MARIA | $234.00 | $13,572.00 | 17 |
| 234 | GONZALEZ DE JESUS, ALMA B. | $170.00 | $9,860.00 | 10 |
| 235 | GONZALEZ DEL VALLE, CARMEN | $162.00 | $8,910.00 | 9 |
| 236 | GONZALEZ DIAZ, MARILU | $194.00 | $11,252.00 | 13 |
| 237 | GONZALEZ DIAZ, SONIA I | $149.00 | $8,642.00 | 7 |
| 238 | GONZALEZ MARTINEZ, ELBA L. | $113.00 | $6,554.00 | 1 |
| 239 | GONZALEZ MELENDEZ, ALFREDO | $170.00 | $9,860.00 | 10 |
| 240 | GONZALEZ NEGRON, ELBA | $194.00 | $11,252.00 | 13 |
| 241 | GONZALEZ NUÑEZ, NELSON | $129.00 | $7,482.00 | 4 |
| 242 | GONZALEZ OLIVER, NANCY M. | $213.00 | $12,354.00 | 15 |

ACCRUED POST PRETITION UNPAID WAGES-PLAINTIFF'S CREDITORS IN CASE: MADELINE ACEVEDO, (2819 PLAINTIFF GROUP) Vs.
FAMILY DEPT. ARV AND AIJ, CASP NO. 2016-05-1340

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 243 | GONZALEZ PIZARRO, MARIA D. | $194.00 | $11,252.00 | 13 |
| 244 | GONZALEZ RIVERA, PETER | $155.00 | $7,285.00 | 8 |
| 245 | GONZALEZ RIVERA, YOLANDA | $170.00 | $9,860.00 | 10 |
| 246 | GONZALEZ ROSA, MILAGROS | $178.00 | $10,324.00 | 11 |
| 247 | GONZALEZ RUIZ, JOE | $255.00 | $14,790.00 | 19 |
| 248 | GONZALEZ SALVAT, ANA E. | $162.00 | $9,396.00 | 9 |
| 249 | GONZALEZ VIERA, WANDA I. | $136.00 | $7,888.00 | 5 |
| 250 | GOYTIA HERNANDEZ, ELBA N. | $170.00 | $9,860.00 | 10 |
| 251 | GRAU SOTOMAYOR, BRENDALIZ | $194.00 | $11,252.00 | 13 |
| 252 | GUERRERO RIVERA, LAURA E. | $136.00 | $7,888.00 | 5 |
| 253 | GUILLAMA ORAMA, CARMEN I. | $136.00 | $7,888.00 | 5 |
| 254 | GUTIERREZ GARCIA, YAMIRA | $194.00 | $11,252.00 | 13 |
| 255 | GUTIERREZ MATOS, YASMIN | $170.00 | $9,860.00 | 10 |
| 256 | GUZMAN OLIVO, MARIA DE LOS A. | $194.00 | $11,252.00 | 13 |
| 257 | GUZMAN RODRIGUEZ, ELENA I. | $170.00 | $9,860.00 | 10 |
| 258 | HERNANDEZ AGRONT, JESUS | $118.00 | $6,844.00 | 2 |
| 259 | HERNANDEZ AVILES, ZULMA I. | $170.00 | $9,860.00 | 10 |
| 260 | HERNANDEZ BULTRON, DORA A. | $186.00 | $3,162.00 | 12 |
| 261 | HERNANDEZ CRUZ, JO-ANN | $178.00 | $5,518.00 | 11 |
| 262 | HERNANDEZ DE JESUS, MARISOL | $178.00 | $10,324.00 | 11 |
| 263 | HERNANDEZ FRAGOSO, WANDA I. | $124.00 | $7,192.00 | 3 |
| 264 | HERNANDEZ JIMENEZ, MARIA A. | $124.00 | $7,192.00 | 3 |
| 265 | HERNANDEZ LOPEZ, WANDA I. | $186.00 | $10,788.00 | 12 |
| 266 | HERNANDEZ PAGAN, LUIS | $136.00 | $7,888.00 | 5 |
| 267 | HERNANDEZ PIÑERO, AIDYVELISSE | $178.00 | $10,324.00 | 11 |
| 268 | HERNANDEZ RESTO, HIRAM | $203.00 | $11,774.00 | 14 |
| 269 | HERNANDEZ RODRIGUEZ, ANETTE | $136.00 | $7,888.00 | 5 |
| 270 | HERNANDEZ RODRIGUEZ, YOLANDA I. | $17.00 | $986.00 | 10 |
| 271 | HERNANDEZ RUIZ, YANITZA | $162.00 | $9,396.00 | 9 |
| 272 | HERNANDEZ SALGADO, LUZ C. | $170.00 | $5,440.00 | 10 |
| 273 | HERNANDEZ SANTIAGO, CARMEN A. | $194.00 | $11,252.00 | 13 |
| 274 | HERNANDEZ TORRES, LILLIAM | $178.00 | $5,518.00 | 11 |
| 275 | HERRERA CORTES, NYDIA B. | $194.00 | $11,252.00 | 13 |
| 276 | HIRALDO, RAMON MIGUEL | $194.00 | $11,252.00 | 13 |
| 277 | HOOI MARTE, ANA M. | $162.00 | $4,698.00 | 9 |
| 278 | HUERTAS MOJICA, SAMUEL | $194.00 | $11,252.00 | 13 |
| 279 | ILDEFONSO RODRIGUEZ, SONIA I. | $203.00 | $11,774.00 | 14 |
| 280 | IRIZARRY PEREZ, MARICELLY | $186.00 | $10,788.00 | 12 |
| 281 | IRIZARRY TORRES, NANCY | $170.00 | $9,860.00 | 10 |
| 282 | JACOBS RODRIGUEZ, MARGARITA | $194.00 | $11,252.00 | 13 |
| 283 | JIMENEZ ISAAC, LISANDRA | $194.00 | $11,252.00 | 13 |

ACCRUED POST PRETITION UNPAID WAGES-PLAINTIFF'S CREDITORS IN CASE: MADELINE ACEVEDO, (2819 PLAINTIFF GROUP) Vs.
FAMILY DEPT. ARV AND AIJ, CASP NO. 2016-05-1340

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 284 | JIMENEZ LOPEZ, JANET | $129.00 | $7,482.00 | 4 |
| 285 | JIMENEZ REYES, VIRGEN DEL M. | $203.00 | $11,774.00 | 14 |
| 286 | JIMENEZ RUIZ, MELIZZA A | $162.00 | $9,396.00 | 9 |
| 287 | JOVET ORTIZ, MAYRA E. | $170.00 | $9,860.00 | 10 |
| 288 | JULIA LUGO, CARMEN G. | $255.00 | $14,790.00 | 19 |
| 289 | KERCADO MARTINEZ, SHEILA | $124.00 | $7,192.00 | 3 |
| 290 | LABOY MARRERO, ALBERTO JOSE | $162.00 | $9,396.00 | 9 |
| 291 | LABOY MORALES, JOSE A. | $162.00 | $9,396.00 | 9 |
| 292 | LABOY PABON, ANGEL M. | $162.00 | $9,396.00 | 9 |
| 293 | LABOY REYES, HERIBERTO | $162.00 | $9,396.00 | 9 |
| 294 | LABOY RIVERA, LUZ N. | $155.00 | $8,990.00 | 8 |
| 295 | LAGARES CHACON, GILBERTO A. | $194.00 | $11,252.00 | 13 |
| 296 | LARIOS COLON, HENRY L. | $186.00 | $10,788.00 | 12 |
| 297 | LASANTA MIRANDA, CARMEN IRIS | $155.00 | $8,990.00 | 8 |
| 298 | LAZÚ COLON, ALBERTO | $155.00 | $8,990.00 | 8 |
| 299 | LEBRON LEBRON, ANGELA LUISA | $194.00 | $11,252.00 | 13 |
| 300 | LEBRON RIVERA, ANTHONY | $129.00 | $7,482.00 | 4 |
| 301 | LIMERY DONES, ABRAHAM | $155.00 | $8,990.00 | 8 |
| 302 | LIMERY DONES, MARITZA | $149.00 | $8,642.00 | 7 |
| 303 | LINARES FUENTES, ANA I. | $234.00 | $13,572.00 | 17 |
| 304 | LLANOS ALAMO, RAUL E. | $124.00 | $7,192.00 | 3 |
| 305 | LLANOS ANDINO, JOYCE | $162.00 | $9,396.00 | 9 |
| 306 | LOPEZ CINTRON, MARIA D. | $178.00 | $10,324.00 | 11 |
| 307 | LOPEZ GOMEZ ZAIDA | $136.00 | $7,888.00 | 5 |
| 308 | LOPEZ GONZALEZ, JUANA E. | $267.00 | $15,486.00 | 20 |
| 309 | LOPEZ GUERRA, RAFAEL | $136.00 | $7,888.00 | 5 |
| 310 | LOPEZ GUZMAN, ROSAURA | $129.00 | $7,482.00 | 4 |
| 311 | LOPEZ MARQUEZ, NELLY | $155.00 | $8,990.00 | 8 |
| 312 | LOPEZ MOLINA, ANA | $155.00 | $8,990.00 | 8 |
| 313 | LOPEZ MOLINA, MIGUEL ANGEL | $118.00 | $6,136.00 | 2 |
| 314 | LOPEZ ORTIZ, MARIA DEL C. | $194.00 | $11,252.00 | 13 |
| 315 | LOPEZ PEREZ, TAMARA | $149.00 | $8,642.00 | 7 |
| 316 | LOPEZ ROSA, YOLANDA | $149.00 | $8,642.00 | 7 |
| 317 | LORENZI MELENDEZ, DAMARIS | $203.00 | $11,774.00 | 14 |
| 318 | LORENZI RODRIGUEZ, DIANA Y. | $162.00 | $9,396.00 | 9 |
| 319 | LOZADA FERNANDEZ, EVELYN | $129.00 | $7,482.00 | 4 |
| 320 | LOZADA OSORIO, ELIZABETH | $136.00 | $136.00 | 5 |
| 321 | LOZADA RIVERA, EVELYN | $129.00 | $7,482.00 | 4 |
| 322 | LUCIANO FALERO, IRIS N. | $136.00 | $7,888.00 | 5 |
| 323 | MAISONET OQUENDO, ANA R. | $129.00 | $7,482.00 | 4 |
| 324 | MAISONET ORTIZ, MIGDALIA | $203.00 | $11,774.00 | 14 |

ACCRUED POST PRETITION UNPAID WAGES-PLAINTIFF'S CREDITORS IN CASE: MADELINE ACEVEDO, (2819 PLAINTIFF GROUP) Vs.
FAMILY DEPT. ARV AND AIJ, CASP NO. 2016-05-1340

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 325 | MALDONADO AYALA, ELIZABETH | $149.00 | $8,642.00 | 7 |
| 326 | MALDONADO CANALES, MELISSA | $155.00 | $8,990.00 | 8 |
| 327 | MALDONADO CRUZ, NANCY | $293.00 | $16,994.00 | 22 |
| 328 | MALDONADO FIGUEROA, CARMEN A. | $155.00 | $8,990.00 | 8 |
| 329 | MALDONADO FONTANEZ, MARITZA | $162.00 | $9,396.00 | 9 |
| 330 | MALDONADO GALARZA, LILLIAM | $170.00 | $9,860.00 | 10 |
| 331 | MALDONADO MELENDEZ, JOSE A. | $118.00 | $3,658.00 | 2 |
| 332 | MALDONADO MUÑIZ, LUZ N. | $142.00 | $8,236.00 | 6 |
| 333 | MALDONADO ORTIZ, BLANCA I | $186.00 | $10,788.00 | 12 |
| 334 | MALDONADO SERRANO, ZAIRA I. | $136.00 | $7,888.00 | 5 |
| 335 | MALDONADO TORRES, ANA I. | $149.00 | $8,642.00 | 7 |
| 336 | MALDONADO VALENTIN, JOSE B. | $280.00 | $16,240.00 | 21 |
| 337 | MARIN MARQUEZ, CYNTHIA | $162.00 | $9,396.00 | 9 |
| 338 | MARQUEZ FIGUEROA, YESENIA | $162.00 | $9,396.00 | 9 |
| 339 | MARQUEZ VALLE, JAVIER | $149.00 | $8,642.00 | 7 |
| 340 | MARRERO ADORNO, ELBA | $178.00 | $10,324.00 | 11 |
| 341 | MARRERO BERRIOS, SANDRA L. | $129.00 | $7,482.00 | 4 |
| 342 | MARRERO DÁVILA, TANYA | $194.00 | $11,252.00 | 13 |
| 343 | MARRERO LOPEZ, ANA I. | $129.00 | $7,482.00 | 4 |
| 344 | MARRERO VALE, MARÍA M. | $267.00 | $267.00 | 20 |
| 345 | MARTELL SEDA, JACQUELINE | $142.00 | $8,236.00 | 6 |
| 346 | MARTINEZ ARROYO, ELBA IRIS | $194.00 | $11,252.00 | 13 |
| 347 | MARTINEZ COLON, MARILYN | $213.00 | $12,354.00 | 15 |
| 348 | MARTINEZ GONZALEZ, ANA DELIA | $223.00 | $11,596.00 | 16 |
| 349 | MARTINEZ MELENDEZ, DAMARIS | $155.00 | $8,990.00 | 8 |
| 350 | MARTINEZ MENDEZ, JOSE M. | $234.00 | $13,572.00 | 17 |
| 351 | MARTINEZ ORTIZ, MARIA M. | $293.00 | $16,994.00 | 22 |
| 352 | MARTINEZ RIVERA, GUDELIA | $170.00 | $9,860.00 | 10 |
| 353 | MARTINEZ TORRES, GUILLERMINA | $170.00 | $9,860.00 | 10 |
| 354 | MARTINEZ TRINIDAD, AMARILLYS | $223.00 | $12,934.00 | 16 |
| 355 | MARTINEZ VAZQUEZ, ABEL | $178.00 | $10,324.00 | 11 |
| 356 | MARTINEZ, JANET | $194.00 | $11,252.00 | 13 |
| 357 | MATOS FLORES, GLADYS I. | $178.00 | $10,324.00 | 11 |
| 358 | MATOS PEREZ, NORMA | $293.00 | $16,115.00 | 22 |
| 359 | MATOS RIVERA, MIGUEL A. | $118.00 | $6,844.00 | 2 |
| 360 | MAYMI HERNANDEZ, ANA I. | $194.00 | $11,252.00 | 13 |
| 361 | MEDINA GONZALEZ, ADA ELAINE | $129.00 | $7,482.00 | 4 |
| 362 | MEDINA OLMO, YOMAIRA | $223.00 | $12,934.00 | 16 |
| 363 | MEDINA ORTIZ, WANDA | $129.00 | $3,870.00 | 4 |
| 364 | MEDINA ROSARIO, MARNY | $178.00 | $10,324.00 | 11 |

ACCRUED POST PRETITION UNPAID WAGES-PLAINTIFF'S CREDITORS IN CASE: MADELINE ACEVEDO, (2819 PLAINTIFF GROUP) Vs. FAMILY DEPT. ARV AND AIJ, CASP NO. 2016-05-1340

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 365 | MELENDEZ CASTILLO, LIZETTE | $162.00 | $9,396.00 | 9 |
| 366 | MELENDEZ GERENA, MARISOL | $194.00 | $11,252.00 | 13 |
| 367 | MELENDEZ MARZAN, ELENA | $194.00 | $11,252.00 | 13 |
| 368 | MENDEZ FIGUEROA, LESBIA | $170.00 | $9,860.00 | 10 |
| 369 | MENDEZ LARACUENTE, RAMON | $203.00 | $11,774.00 | 14 |
| 370 | MENDEZ TORRES, NESTOR R. | $162.00 | $9,396.00 | 9 |
| 371 | MENDOZA MORALES, SONIA | $136.00 | $3,264.00 | 5 |
| 372 | MERCADO ALMODOVAR, JANETTE | $170.00 | $9,860.00 | 10 |
| 373 | MERCADO DE JESUS, ROSINA DEL C. | $162.00 | $9,396.00 | 9 |
| 374 | MERCADO JIMENEZ, ERMELINDA | $149.00 | $8,642.00 | 7 |
| 375 | MERCED AYALA, DEBORA | $124.00 | $7,192.00 | 3 |
| 376 | MERCED MATEO, MARIA A. | $170.00 | $9,350.00 | 10 |
| 377 | MIESES ROSARIO, ADRIANA | $178.00 | $10,324.00 | 11 |
| 378 | MIRANDA ECHEVARIA, MARIA E. | $129.00 | $7,482.00 | 4 |
| 379 | MOJICA SANTANA, GRECIA MARIA | $170.00 | $5,270.00 | 10 |
| 380 | MOLINA JUSTINIANO, DANIEL | $136.00 | $7,888.00 | 5 |
| 381 | MOLINA RAMIREZ, MARISOL | $170.00 | $9,860.00 | 10 |
| 382 | MONROIG PAGAN, YOCHABEL | $186.00 | $10,788.00 | 12 |
| 383 | MONTES CRESPO, SONIA N. | $162.00 | $9,396.00 | 9 |
| 384 | MORA TORO, JOSE R. | $194.00 | $11,252.00 | 13 |
| 385 | MORALES ARROYO, MARIA NELLY | $186.00 | $10,788.00 | 12 |
| 386 | MORALES GOMEZ, ARLENE | $194.00 | $11,252.00 | 13 |
| 387 | MORALES MORA, LUZ I. | $178.00 | $10,324.00 | 11 |
| 388 | MORALES SANCHEZ, YOLANDA | $245.00 | $14,210.00 | 18 |
| 389 | MORALES VAZQUEZ, JESSICA M. | $155.00 | $8,990.00 | 8 |
| 390 | MONELL TORRES, DELMA I. | $223.00 | $4,906.00 | 16 |
| 391 | MUJICA FLORES, FRANCISCO | $203.00 | $11,774.00 | 14 |
| 392 | MULERO MARTINEZ, JANET | $136.00 | $7,888.00 | 5 |
| 393 | MUÑOZ MERCADO, MARITZA | $194.00 | $11,252.00 | 13 |
| 394 | MUÑOZ PEREZ, MARIA DE LOS A. | $280.00 | $16,240.00 | 21 |
| 395 | NARVAEZ FERRER, ANA M. | $186.00 | $10,788.00 | 12 |
| 396 | NATAL NIEVES, MAYRA I. | $178.00 | $10,324.00 | 11 |
| 397 | NAVARRO CRUZ, CARMEN R. | $136.00 | $7,888.00 | 5 |
| 398 | NAVEDO ROMAN, NORMA IVETTE | $178.00 | $10,324.00 | 11 |
| 399 | NEGRÓN LOPEZ, NORMA | $149.00 | $8,642.00 | 7 |
| 400 | NEGRON LOPEZ, REYNALDO | $178.00 | $10,324.00 | 11 |
| 401 | NIEVES CHARRIEZ, EDITH | $267.00 | $15,486.00 | 20 |
| 402 | NIEVES FRANCIS, MERCEDES | $129.00 | $7,482.00 | 4 |
| 403 | NIEVES MARCANO, ISRAEL | $118.00 | $6,844.00 | 2 |
| 404 | NIEVES NIEVES, LUIS D. | $162.00 | $9,396.00 | 9 |
| 405 | NIEVES RIVERA, AITZA | $129.00 | $7,482.00 | 4 |

ACCRUED POST PRETITION UNPAID WAGES-PLAINTIFF'S CREDITORS IN CASE: MADELINE ACEVEDO, (2819 PLAINTIFF GROUP) Vs. FAMILY DEPT. ARV AND AIJ, CASP NO. 2016-05-1340

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 406 | NIEVES SANTIAGO, DEMETRIO | $113.00 | $6,554.00 | 1 |
| 407 | NORAT RODRIGUEZ, ILIANA | $194.00 | $11,252.00 | 13 |
| 408 | OCASIO FONTANEZ, DELILAH | $245.00 | $14,210.00 | 18 |
| 409 | OCASIO RAMIREZ, MAGDIEL | $186.00 | $10,788.00 | 12 |
| 410 | OCASIO RIOS, JOSE | $194.00 | $3,880.00 | 13 |
| 411 | OJEDA DAVILA, MARIA DEL C. | $194.00 | $11,252.00 | 13 |
| 412 | OLIVERO RODRIGUEZ, GLADYS | $149.00 | $6,854.00 | 7 |
| 413 | OQUENDO CALDERAS, FRANCISCO | $194.00 | $11,252.00 | 13 |
| 414 | OROZCO LABOY, VILMA L. | $149.00 | $8,642.00 | 7 |
| 415 | ORTEGA DIAZ, BLANCA M. | $136.00 | $7,888.00 | 5 |
| 416 | ORTIZ ACOSTA, HILDA | $136.00 | $7,888.00 | 5 |
| 417 | ORTIZ ALVARADO, WANDA I. | $162.00 | $9,396.00 | 9 |
| 418 | ORTIZ CARRADERO, GRACIELA | $136.00 | $7,888.00 | 5 |
| 419 | ORTIZ ESPINOSA, LUZ E. | $136.00 | $7,888.00 | 5 |
| 420 | ORTIZ LOPEZ, MARIA L. | $194.00 | $11,252.00 | 13 |
| 421 | ORTIZ LOPEZ, NELSON | $223.00 | $12,934.00 | 16 |
| 422 | ORTIZ OLMEDA, SYLVIA | $194.00 | $11,252.00 | 13 |
| 423 | ORTIZ RODRIGUEZ, JENNIE | $155.00 | $8,990.00 | 8 |
| 424 | ORTIZ RODRIGUEZ, PEDRO C. | $203.00 | $11,774.00 | 14 |
| 425 | ORTIZ ROSARIO, MILDRED | $170.00 | $9,860.00 | 10 |
| 426 | ORTIZ TORRES, EVELYN | $155.00 | $2,170.00 | 8 |
| 427 | ORTIZ VARGAS, YOLANDA | $267.00 | $15,486.00 | 20 |
| 428 | OSORIO DÍAZ, EVELYN | $142.00 | $8,236.00 | 6 |
| 429 | OSTOLAZA CRUZ, GISELA | $194.00 | $11,252.00 | 13 |
| 430 | OTERO ABREU, NANCY I. | $186.00 | $10,788.00 | 12 |
| 431 | OTERO DE LEON, DENNISE | $129.00 | $7,482.00 | 4 |
| 432 | PABON SOLER, PEDRO A. | $170.00 | $9,860.00 | 10 |
| 433 | PACHECO GONZÁLEZ, CARLOS R. | $155.00 | $8,990.00 | 8 |
| 434 | PACHECO MARIN, MARIA E. | $129.00 | $7,482.00 | 4 |
| 435 | PACHECO ROMERO, YOLANDA | $129.00 | $7,482.00 | 4 |
| 436 | PACHOT VÁZQUEZ, BEATRIZ | $142.00 | $8,236.00 | 6 |
| 437 | PADIN GUZMAN, IBIS I. | $170.00 | $9,860.00 | 10 |
| 438 | PAGAN HANSEN, BIANCA | $194.00 | $11,252.00 | 13 |
| 439 | PAGAN MENDEZ, HILDA I | $129.00 | $7,482.00 | 4 |
| 440 | PAGAN RODRIGUEZ, KAREN | $194.00 | $11,252.00 | 13 |
| 441 | PAGAN RUEMMELE, MARILYN | $155.00 | $8,990.00 | 8 |
| 442 | PAGAN TORRES, GLENDA E. | $194.00 | $1,746.00 | 13 |
| 443 | PARRA MARQUEZ, EMMA | $124.00 | $7,192.00 | 3 |
| 444 | PARRILLA PEREZ, ANA I. | $162.00 | $9,396.00 | 9 |
| 445 | PELLICIER RODRÍGUEZ, MIRZA I. | $155.00 | $8,990.00 | 8 |
| 446 | PEÑA CRESPO, ROSSI C. | $186.00 | $10,788.00 | 12 |

ACCRUED POST PRETITION UNPAID WAGES-PLAINTIFF'S CREDITORS IN CASE: MADELINE ACEVEDO, (2819 PLAINTIFF GROUP) Vs. FAMILY DEPT. ARV AND AIJ, CASP NO. 2016-05-1340

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 447 | PEÑA DIAZ, YESSENIA | $293.00 | $16,994.00 | 22 |
| 448 | PEÑA MERCED, EVELYN | $129.00 | $5,547.00 | 4 |
| 449 | PEÑALOZA SANTIAGO, JOANN M. | $124.00 | $7,192.00 | 3 |
| 450 | PERAZZA VALENTIN, SUSAN | $194.00 | $11,252.00 | 13 |
| 451 | PEREA GINORIO, LILIA M. | $170.00 | $9,860.00 | 10 |
| 452 | PEREZ ALVARADO, VIVIAN | $213.00 | $12,354.00 | 15 |
| 453 | PEREZ DELGADO, OVIDIO | $113.00 | $6,554.00 | 1 |
| 454 | PEREZ MAYSONET, MARIA | $213.00 | $12,354.00 | 15 |
| 455 | PEREZ PEÑA, ERNESTO | $194.00 | $11,252.00 | 13 |
| 456 | PEREZ PEÑALOZA, ZHADYA | $124.00 | $7,192.00 | 3 |
| 457 | PEREZ RAMOS, MARIE ANN | $155.00 | $8,990.00 | 10 |
| 458 | PEREZ RAMOS, SARAI | $194.00 | $11,252.00 | 13 |
| 459 | PEREZ RIVERA, LYDIA E. | $194.00 | $11,252.00 | 13 |
| 460 | PEREZ RIVERA, MARILISETTE | $129.00 | $7,482.00 | 4 |
| 461 | PEREZ ROMAN, MAYRA I. | $155.00 | $8,990.00 | 8 |
| 462 | PEREZ RUIZ, EDWIN | $194.00 | $11,252.00 | 13 |
| 463 | PEREZ SALDAÑA, NORMA I. | $245.00 | $14,210.00 | 18 |
| 464 | PEREZ SANTIAGO, NANCY | $170.00 | $9,860.00 | 10 |
| 465 | PINTO CRUZ, SANTA T. | $170.00 | $9,350.00 | 10 |
| 466 | PIZARRO GONZALEZ, IRIS | $113.00 | $6,554.00 | 1 |
| 467 | PIZARRO RIVERA, BETZAIDA | $178.00 | $10,324.00 | 11 |
| 468 | POLANCO AGOSTINI, SONIA | $149.00 | $8,195.00 | 7 |
| 469 | POLANCO ORTIZ, EDGAR | $113.00 | $6,554.00 | 1 |
| 470 | POU RIVERA, SANDRA I. | $136.00 | $7,888.00 | 5 |
| 471 | QUILES CABRERA, NYDIA V. | $194.00 | $11,252.00 | 13 |
| 472 | QUIÑONES CALDERON, DAPHNE | $155.00 | $8,990.00 | 8 |
| 473 | QUIÑONES CINTRON, LYDIA E. | $136.00 | $7,888.00 | 5 |
| 474 | QUIÑONES DIAZ, ZAIDA | $194.00 | $11,252.00 | 13 |
| 475 | QUIÑONES OCASIO, EMMA | $234.00 | $13,572.00 | 17 |
| 476 | QUIÑONES OSORIO, ICELA | $223.00 | $12,934.00 | 16 |
| 477 | RAICES RODRIGUEZ, MEIDA | $186.00 | $10,788.00 | 12 |
| 478 | RAMIREZ DIAZ, GLORIA | $136.00 | $7,888.00 | 5 |
| 479 | RAMIREZ IRIZARRY, DAMARIS | $170.00 | $9,860.00 | 10 |
| 480 | RAMIREZ RIVERA, MIRELI | $194.00 | $11,252.00 | 13 |
| 481 | RAMIREZ ROJAS, WANDA | $178.00 | $10,324.00 | 11 |
| 482 | RAMIREZ SOTO, AIDA L. | $124.00 | $7,192.00 | 3 |
| 483 | RAMIREZ VALERA, NILDA | $149.00 | $8,642.00 | 7 |
| 484 | RAMOS CAMACHO, DINORIS | $194.00 | $11,252.00 | 13 |
| 485 | RAMOS FEBRES, JOEL A. | $170.00 | $9,860.00 | 10 |
| 486 | RAMOS FUMERO, BLANCA | $203.00 | $11,774.00 | 14 |
| 487 | RAMOS GONZALEZ, MARIBELLE | $186.00 | $10,788.00 | 12 |

ACCRUED POST PRETITION UNPAID WAGES-PLAINTIFF'S CREDITORS IN CASE: MADELINE ACEVEDO, (2819 PLAINTIFF GROUP) Vs.
FAMILY DEPT. ARV AND AIJ, CASP NO. 2016-05-1340

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 488 | RAMOS RAMOS, GLADYS | $194.00 | $11,252.00 | 13 |
| 489 | RAMOS RODRIGUEZ, NEREIDA | $129.00 | $7,482.00 | 4 |
| 490 | RAMOS SANTANA, OLGA M. | $194.00 | $11,252.00 | 13 |
| 491 | REICES LOPEZ, RAQUEL | $186.00 | $10,788.00 | 12 |
| 492 | RENTA RAMIREZ, JULLIE A. | $170.00 | $9,860.00 | 10 |
| 493 | REYES CAPPOBIANCO, ANA ESTHER | $129.00 | $7,482.00 | 4 |
| 494 | REYES FIGUEROA, MARIA DEL C. | $186.00 | $10,788.00 | 12 |
| 495 | REYES GONZALEZ, MIGDALIA | $136.00 | $7,888.00 | 5 |
| 496 | REYES RIVERA, CARMEN DE L. | $129.00 | $7,482.00 | 4 |
| 497 | REYES ROSARIO, IVELISSE | $129.00 | $7,482.00 | 4 |
| 498 | REYES ROSARIO, LUIS A. | $186.00 | $10,788.00 | 12 |
| 499 | RIOS DE JESUS, RAMONA | $142.00 | $6,958.00 | 6 |
| 500 | RIOS DE LEÓN, HÉCTOR L. | $118.00 | $3,658.00 | 2 |
| 501 | RÍOS SÁNCHEZ, ALMA | $178.00 | $10,324.00 | 11 |
| 502 | RIVAS ESPINOZA, MARIA INES | $149.00 | $8,642.00 | 7 |
| 503 | RIVERA ACEVEDO, YELITZA | $162.00 | $9,396.00 | 9 |
| 504 | RIVERA ARROYO, EVELYN | $234.00 | $13,572.00 | 17 |
| 505 | RIVERA CANALES, MILDRED | $129.00 | $7,482.00 | 4 |
| 506 | RIVERA CASTILLO, MARIA D. | $142.00 | $6,958.00 | 6 |
| 507 | RIVERA CLAUDIO, ANA  G. | $178.00 | $178.00 | 11 |
| 508 | RIVERA COLON, ENRIQUE | $149.00 | $8,642.00 | 7 |
| 509 | RIVERA COLON, PEDRO L. | $255.00 | $14,790.00 | 19 |
| 510 | RIVERA COLON, RAMONITA | $178.00 | $9,256.00 | 11 |
| 511 | RIVERA COLON, ZULMA E. | $234.00 | $10,296.00 | 17 |
| 512 | RIVERA DIAZ, FERNANDO | $186.00 | $10,788.00 | 12 |
| 513 | RIVERA DIAZ, MARIA J. | $186.00 | $10,788.00 | 12 |
| 514 | RIVERA DIAZ, MARILYN | $170.00 | $9,860.00 | 10 |
| 515 | RIVERA ENCARNACIÓN, DORIS | $178.00 | $10,324.00 | 11 |
| 516 | RIVERA FELICIANO, MIGDALIA | $136.00 | $7,888.00 | 5 |
| 517 | RIVERA FLORES, MAYRA I | $136.00 | $7,888.00 | 5 |
| 518 | RIVERA GARCIA, RUBEN | $194.00 | $10,088.00 | 13 |
| 519 | RIVERA GUEVARAS, JOHNNY A. | $194.00 | $11,252.00 | 13 |
| 520 | RIVERA HERNANDEZ, CELIA | $186.00 | $9,486.00 | 12 |
| 521 | RIVERA HERNANDEZ, SONIA | $170.00 | $5,780.00 | 10 |
| 522 | RIVERA IRIZARRY, ZORAIDA | $178.00 | $10,324.00 | 11 |
| 523 | RIVERA LANDRAU, ESPERANZA | $178.00 | $10,324.00 | 11 |
| 524 | RIVERA LOPEZ, MARIA V. | $149.00 | $8,642.00 | 7 |
| 525 | RIVERA LOPEZ, HERIBERTO | $162.00 | $9,396.00 | 9 |
| 526 | RIVERA LOPEZ, MARIAM | $194.00 | $11,252.00 | 13 |
| 527 | RIVERA LUCIANO, WANDA L. | $170.00 | $3,060.00 | 10 |
| 528 | RIVERA MARRERO, JOSE R. | $170.00 | $9,860.00 | 10 |

ACCRUED POST PRETITION UNPAID WAGES-PLAINTIFF'S CREDITORS IN CASE: MADELINE ACEVEDO, (2819 PLAINTIFF GROUP) Vs.
FAMILY DEPT. ARV AND AIJ, CASP NO. 2016-05-1340

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 529 | RIVERA MARTINEZ, MARITZA | $178.00 | $10,324.00 | 11 |
| 530 | RIVERA MASSO, SANDRA IVETTE | $186.00 | $10,230.00 | 12 |
| 531 | RIVERA PEREZ, CARMEN J. | $129.00 | $7,482.00 | 4 |
| 532 | RIVERA REYES, MARTA | $136.00 | $7,888.00 | 5 |
| 533 | RIVERA RODRIGUEZ, MARIA L. | $162.00 | $9,396.00 | 9 |
| 534 | RIVERA RODRIGUEZ, YASMIN O. | $170.00 | $9,860.00 | 10 |
| 535 | RIVERA ROSA, MERALYS | $194.00 | $11,252.00 | 13 |
| 536 | RIVERA ROSARIO, LILA E. | $267.00 | $3,471.00 | 20 |
| 537 | RIVERA SANTIAGO, MARTA ENID | $129.00 | $7,482.00 | 4 |
| 538 | RIVERA SANTIAGO, WANDA I. | $194.00 | $11,252.00 | 13 |
| 539 | RIVERA TOLEDO, ARLEEN | $170.00 | $9,860.00 | 10 |
| 540 | RIVERA VALENTIN, GLORIA M. | $162.00 | $9,396.00 | 9 |
| 541 | RIVERA VALENTIN, TERESA | $194.00 | $11,252.00 | 13 |
| 542 | RIVERA VAZQUEZ, LUIS A. | $155.00 | $8,990.00 | 8 |
| 543 | RIVERA ZAMBRANA, ANGELICA M. | $194.00 | $11,252.00 | 13 |
| 544 | ROBLES MOJICA, ORLANDO | $136.00 | $7,888.00 | 5 |
| 545 | ROBLES ROSA, ANA M. | $129.00 | $7,482.00 | 4 |
| 546 | ROBLES SALCEDO, CARMEN | $136.00 | $7,888.00 | 5 |
| 547 | ROBLES TORRES, JESUS A. | $124.00 | $7,192.00 | 3 |
| 548 | RODRIGUEZ ALICEA, NADYA D. | $178.00 | $10,324.00 | 11 |
| 549 | RODRIGUEZ CARMONA, GERALD | $118.00 | $6,844.00 | 2 |
| 550 | RODRIGUEZ CEPEDA, HILDELISA | $194.00 | $11,252.00 | 13 |
| 551 | RODRIGUEZ CINTRON, SYLMA | $142.00 | $8,236.00 | 6 |
| 552 | RODRIGUEZ COLON, JOSE A. | $118.00 | $6,844.00 | 2 |
| 553 | RODRIGUEZ COLON, JANETTE | $194.00 | $11,252.00 | 13 |
| 554 | RODRIGUEZ COLON, LOURDES | $118.00 | $6,844.00 | 2 |
| 555 | RODRIGUEZ COTTO, DIANA | $186.00 | $10,788.00 | 12 |
| 556 | RODRIGUEZ DE JESUS, EMANUEL | $170.00 | $9,860.00 | 10 |
| 557 | RODRIGUEZ DE JESUS, TANIA | $162.00 | $9,396.00 | 9 |
| 558 | RODRIGUEZ DE LEON, CINDY | $136.00 | $7,888.00 | 5 |
| 559 | RODRIGUEZ DE LEON, IVELISSE | $234.00 | $13,572.00 | 17 |
| 560 | RODRIGUEZ FERRA, MYRNA Y. | $194.00 | $11,252.00 | 13 |
| 561 | RODRIGUEZ FIGUEROA, MIDDALY | $129.00 | $7,482.00 | 4 |
| 562 | RODRIGUEZ GUZMAN, GLORIA E. | $186.00 | $1,488.00 | 12 |
| 563 | RODRIGUEZ HERNANDEZ, JOHANNA R. | $129.00 | $7,482.00 | 4 |
| 564 | RODRIGUEZ LOPEZ, CARMEN M | $170.00 | $9,860.00 | 10 |
| 565 | RODRIGUEZ MARRERO, MARIA DEL C. | $136.00 | $7,888.00 | 5 |
| 566 | RODRIGUEZ MERCADO, DAMARIS | $213.00 | $12,354.00 | 15 |
| 567 | RODRIGUEZ MERCED, JOSE O. | $124.00 | $7,192.00 | 3 |
| 568 | RODRIGUEZ MONTALVO, MAGALY | $162.00 | $9,396.00 | 9 |
| 569 | RODRIGUEZ MORALES, AUREA | $203.00 | $11,774.00 | 14 |

ACCRUED POST PRETITION UNPAID WAGES-PLAINTIFF'S CREDITORS IN CASE: MADELINE ACEVEDO, (2819 PLAINTIFF GROUP) Vs.
FAMILY DEPT. ARV AND AIJ, CASP NO. 2016-05-1340

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 570 | RODRIGUEZ NUÑEZ, SANTOS | $136.00 | $7,888.00 | 5 |
| 571 | RODRIGUEZ OLMEDA, IVETTE | $162.00 | $9,396.00 | 9 |
| 572 | RODRIGUEZ ORTEGA, CRISTINA | $170.00 | $9,860.00 | 10 |
| 573 | RODRIGUEZ PAGAN, MARISOL | $136.00 | $7,888.00 | 5 |
| 574 | RODRIGUEZ RAMOS, PABLO | $170.00 | $9,860.00 | 10 |
| 575 | RODRIGUEZ RENTAS, MATILDE | $136.00 | $1,088.00 | 5 |
| 576 | RODRIGUEZ RODRIGUEZ, DORIS E. | $178.00 | $10,324.00 | 11 |
| 577 | RODRIGUEZ RODRIGUEZ, MADELINE | $194.00 | $11,252.00 | 13 |
| 578 | RODRIGUEZ RODRIGUEZ, SONIA | $194.00 | $11,252.00 | 13 |
| 579 | RODRIGUEZ ROSARIO, ANA E. | $162.00 | $9,396.00 | 9 |
| 580 | RODRIGUEZ ROSARIO, BEATRIZ | $129.00 | $1,161.00 | 4 |
| 581 | RODRIGUEZ SANTANA, DELIA J. | $129.00 | $7,482.00 | 4 |
| 582 | RODRIGUEZ SANTIAGO, MARELYN | $194.00 | $11,252.00 | 13 |
| 583 | RODRIGUEZ VALENTIN, LUIS A. | $118.00 | $6,844.00 | 2 |
| 584 | RODRIGUEZ ZAYAS, ANA L. | $155.00 | $8,990.00 | 8 |
| 585 | ROHENA ROHENA, YOLANDA | $129.00 | $7,482.00 | 4 |
| 586 | ROLDAN DE JESUS, IRIS Y. | $170.00 | $9,860.00 | 10 |
| 587 | ROMAN LLANOS, ASTRID | $194.00 | $11,252.00 | 13 |
| 588 | ROMAN MALDONADO, YELITZA | $162.00 | $9,396.00 | 9 |
| 589 | ROMAN SERPA, LUIS E. | $124.00 | $6,944.00 | 3 |
| 590 | ROMAN TOSADO, MARIBEL | $194.00 | $11,252.00 | 13 |
| 591 | ROMERO CARRASQUILLO,JACQUELINE | $170.00 | $9,860.00 | 10 |
| 592 | ROQUE RIVAS, BOLIVAR | $124.00 | $7,192.00 | 3 |
| 593 | ROSA LABIOSA, JEANNETTE | $149.00 | $8,642.00 | 7 |
| 594 | ROSA PEREZ, MARIA I. | $136.00 | $7,888.00 | 5 |
| 595 | ROSA SAEZ, YOLANDA I. | $136.00 | $7,888.00 | 5 |
| 596 | ROSA VAZQUEZ, AURA I. | $280.00 | $16,240.00 | 21 |
| 597 | ROSA VAZQUEZ, SARA | $162.00 | $9,396.00 | 9 |
| 598 | ROSADO GARCIA, WANDA I. | $155.00 | $8,990.00 | 8 |
| 599 | ROSADO ROSADO, ELIUD | $118.00 | $6,844.00 | 2 |
| 600 | ROSADO RUÍZ, ELEYDIE | $162.00 | $9,396.00 | 9 |
| 601 | ROSADO SANTIAGO, IRIS J. | $194.00 | $11,252.00 | 13 |
| 602 | ROSARIO ANDINO, JOSE L. | $124.00 | $7,192.00 | 3 |
| 603 | ROSARIO BARROSO, LILLIAN I. | $124.00 | $6,820.00 | 3 |
| 604 | ROSARIO DE LEON, LUZ D. | $223.00 | $12,934.00 | 16 |
| 605 | ROSARIO LOZADA, BELMARY | $194.00 | $11,252.00 | 13 |
| 606 | ROSARIO LUGO, JUAN | $155.00 | $8,990.00 | 8 |
| 607 | ROSARIO MONTES, IRIS B. | $129.00 | $7,482.00 | 4 |
| 608 | ROSARIO NIEVES, CARLOS | $162.00 | $9,396.00 | 9 |
| 609 | ROSARIO RAMIREZ, JOHN F. | $203.00 | $11,774.00 | 14 |
| 610 | ROSARIO RIVERA, IVETTE | $234.00 | $13,572.00 | 17 |

ACCRUED POST PRETITION UNPAID WAGES-PLAINTIFF'S CREDITORS IN CASE: MADELINE ACEVEDO, (2819 PLAINTIFF GROUP) Vs. FAMILY DEPT. ARV AND AIJ, CASP NO. 2016-05-1340

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 611 | ROSARIO RIVERA, MARIA M. | $162.00 | $9,396.00 | 9 |
| 612 | ROSARIO TORRES, MARGARITA | $170.00 | $9,860.00 | 10 |
| 613 | ROSARIO VEGA, LOYDA | $162.00 | $9,396.00 | 9 |
| 614 | RUIZ CASTRO, MARIA DEL C. | $136.00 | $7,888.00 | 5 |
| 615 | RUIZ CRUZ, EDWIN | $194.00 | $11,252.00 | 13 |
| 616 | RUIZ DIAZ, MILAGROS E. | $162.00 | $9,396.00 | 9 |
| 617 | RUIZ MORALES, MARIA T. | $213.00 | $12,354.00 | 15 |
| 618 | RUIZ TORRES, MARIBELLE | $162.00 | $9,396.00 | 9 |
| 619 | SANABRIA CRUZ, NELSON | $124.00 | $7,192.00 | 3 |
| 620 | SANCHEZ ALVARADO, ZULMA | $142.00 | $8,236.00 | 6 |
| 621 | SÁNCHEZ CARRASQUILLO, MARIAN N. | $155.00 | $8,990.00 | 8 |
| 622 | SANCHEZ CRUZ, NELSON | $124.00 | $7,192.00 | 3 |
| 623 | SANCHEZ DOMINGUEZ, MARIA E. | $194.00 | $11,252.00 | 13 |
| 624 | SANCHEZ QUIÑONES, CARMEN Z. | $155.00 | $8,990.00 | 8 |
| 625 | SANCHEZ RAMOS, CARMEN   A | $186.00 | $10,788.00 | 12 |
| 626 | SANCHEZ RESTO, NELIDA | $129.00 | $7,482.00 | 4 |
| 627 | SANCHEZ ROSARIO, MARIA | $113.00 | $3,503.00 | 1 |
| 628 | SANCHEZ SERRANO, NORBERTA | $194.00 | $11,252.00 | 13 |
| 629 | SANTA ALICEA, MARGOT | $170.00 | $9,860.00 | 10 |
| 630 | SANTANA GUADALUPE, MARYSOL | $162.00 | $9,396.00 | 9 |
| 631 | SANTANA NEVAREZ, ALEX | $162.00 | $9,396.00 | 9 |
| 632 | SANTANA SEGARRA, BLANCA | $136.00 | $7,888.00 | 5 |
| 633 | SANTIAGO ALVERIO, MARGARITA | $194.00 | $5,044.00 | 13 |
| 634 | SANTIAGO CRUZ, ARACELIA | $194.00 | $11,252.00 | 13 |
| 635 | SANTIAGO GARCIA, CRISTINO | $170.00 | $8,840.00 | 10 |
| 636 | SANTIAGO GARCIA, WILLMERY | $155.00 | $8,990.00 | 8 |
| 637 | SANTIAGO LOPEZ, JOSE A. | $118.00 | $6,844.00 | 2 |
| 638 | SANTIAGO ROBLES, OLGA E. | $129.00 | $5,418.00 | 4 |
| 639 | SANTIAGO RODRIGUEZ, CARMEN I | $203.00 | $11,774.00 | 14 |
| 640 | SANTIAGO SAHLI, LINDA | $194.00 | $11,252.00 | 13 |
| 641 | SANTIAGO SANTIAGO, EMMA | $162.00 | $9,396.00 | 9 |
| 642 | SANTINI RIVERA, MARIBEL | $149.00 | $8,642.00 | 7 |
| 643 | SANTOS RODRIGUEZ, MAGDA I. | $129.00 | $7,482.00 | 4 |
| 644 | SANTOS RODRIGUEZ, MIRIAM H. | $129.00 | $7,482.00 | 4 |
| 645 | SANTOS SANTIAGO, NYDIA E. | $194.00 | $7,178.00 | 13 |
| 646 | SAINZ SERRANO, CARLOS J. | $234.00 | $13,572.00 | 17 |
| 647 | SEMIDEY ALICEA, YAIRA LIZ | $170.00 | $9,860.00 | 10 |
| 648 | SEPULVEDA ORTIZ, LUZ ENEIDA | $155.00 | $2,790.00 | 8 |
| 649 | SERRANO MIRANDA, MARIA M. | $186.00 | $10,788.00 | 12 |
| 650 | SERRANO MOLINA, MARIA VICTORIA | $194.00 | $11,252.00 | 13 |
| 651 | SERRANO PEREZ, ILIA J. | $155.00 | $310.00 | 8 |

ACCRUED POST PRETITION UNPAID WAGES-PLAINTIFF'S CREDITORS IN CASE: MADELINE ACEVEDO, (2819 PLAINTIFF GROUP) Vs. FAMILY DEPT. ARV AND AIJ, CASP NO. 2016-05-1340

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 652 | SERRANO RIOS, JEANNETTE | $129.00 | $7,482.00 | 4 |
| 653 | SERRANO RIVERA, MYRNA | $142.00 | $8,236.00 | 9 |
| 654 | SERRANO SOTO, LUZ M. | $149.00 | $298.00 | 7 |
| 655 | SERRANO TRABAL, LILLIAM | $129.00 | $5,289.00 | 4 |
| 656 | SERRANO VELAZQUEZ, JACKELINE | $149.00 | $8,642.00 | 7 |
| 657 | SNEED RODRIGUEZ, WALTER | $213.00 | $12,354.00 | 15 |
| 658 | SOLER CARRASQUILLO, MARYDELIS | $194.00 | $11,252.00 | 13 |
| 659 | SOTO FIGUEROA, JESSIKA J. | $162.00 | $8,424.00 | 9 |
| 660 | SOTO RODRIGUEZ, ANNETTE | $194.00 | $11,252.00 | 13 |
| 661 | SOTO SERRANO, AURELIA | $124.00 | $7,192.00 | 3 |
| 662 | SOTOMAYOR CIRILO, ILEANA | $186.00 | $10,788.00 | 12 |
| 663 | SULIVERAS VARGAS, MARIA M. | $170.00 | $6,800.00 | 10 |
| 664 | SUSTACHE SUSTACHE, IRENE | $213.00 | $10,863.00 | 15 |
| 665 | TALAVERA CRUZ, IVETTE | $194.00 | $11,252.00 | 13 |
| 666 | TAÑON NIEVES, CARMEN J. | $129.00 | $7,482.00 | 4 |
| 667 | TEJERO ORTIZ, NILDA I. | $129.00 | $7,482.00 | 4 |
| 668 | THILLET DE LA CRUZ, GEYLA G. | $162.00 | $9,396.00 | 9 |
| 669 | TINEO CARRERO, MAGDA A. | $129.00 | $7,482.00 | 4 |
| 670 | TIRADO ALFARO, ZULIMAR | $267.00 | $15,486.00 | 20 |
| 671 | TOLEDO GUZMAN, WANDA E. | $178.00 | $10,324.00 | 11 |
| 672 | TOLENTINO CRUZ, ANA MARIA | $124.00 | $5,332.00 | 3 |
| 673 | TORRENS FIGUEROA, JOSE L. | $267.00 | $15,486.00 | 20 |
| 674 | TORRES APONTE, IRIS N. | $234.00 | $13,572.00 | 17 |
| 675 | TORRES BLANC, HILDA | $149.00 | $8,642.00 | 7 |
| 676 | TORRES CONDE, FRANCISCO J. | $293.00 | $16,994.00 | 22 |
| 677 | TORRES FIDALGO, LUIS E. | $178.00 | $10,324.00 | 11 |
| 678 | TORRES HERNANDEZ, CARMEN DAISY | $129.00 | $7,482.00 | 4 |
| 679 | TORRES HERNANDEZ, HILDA SOCORRO | $194.00 | $11,252.00 | 13 |
| 680 | TORRES HERNANDEZ, MYRNA L | $170.00 | $9,860.00 | 10 |
| 681 | TORRES HERNANDEZ, PEDRO | $223.00 | $12,934.00 | 16 |
| 682 | TORRES HUERTAS, ENRIQUE | $162.00 | $9,396.00 | 9 |
| 683 | TORRES LUGO, CARMEN M. | $142.00 | $8,236.00 | 6 |
| 684 | TORRES OCASIO, ROBERTO | $203.00 | $1,421.00 | 14 |
| 685 | TORRES PACHECO, GILSA L. | $162.00 | $9,396.00 | 9 |
| 686 | TORRES RIVERA, EVELYN | $129.00 | $5,547.00 | 4 |
| 687 | TORRES RODRIGUEZ, NELVA EVELYN | $129.00 | $5,547.00 | 4 |
| 688 | TORRES ROSARIO, NANCY | $196.00 | $11,368.00 | 13 |
| 689 | TORRES, EMILIO G. | $293.00 | $16,994.00 | 22 |
| 690 | TORRES RUIZ, MARGARITA | $129.00 | $7,482.00 | 4 |
| 691 | TORRES SANDOVAL, DIOYLLY N. | $162.00 | $9,396.00 | 9 |
| 692 | VALENTIN SANCHEZ, ANGEL D. | $162.00 | $9,396.00 | 9 |

ACCRUED POST PRETITION UNPAID WAGES-PLAINTIFF'S CREDITORS IN CASE: MADELINE ACEVEDO, (2819 PLAINTIFF GROUP) Vs.
FAMILY DEPT. ARV AND AIJ, CASP NO. 2016-05-1340

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 693 | VALENTIN SANTELL, CARMEN M. | $162.00 | $9,396.00 | 9 |
| 694 | VALENTIN VILLEGAS, LISANDRA | $162.00 | $9,396.00 | 9 |
| 695 | VALERO ALVARADO, MINERVA | $186.00 | $4,464.00 | 12 |
| 696 | VALLEJO MORENO, HECTOR F. | $170.00 | $9,860.00 | 10 |
| 697 | VALLES AMARO, NIDIA L. | $129.00 | $3,741.00 | 4 |
| 698 | VARGAS BRUNO, JOSE M. | $203.00 | $11,774.00 | 14 |
| 699 | VARGAS PESANTE, MYRIAM I. | $142.00 | $8,236.00 | 6 |
| 700 | VARGAS SANTIAGO, MARIA JUDY | $186.00 | $10,788.00 | 12 |
| 701 | VARGAS VAZQUEZ, LILLIAM | $170.00 | $9,860.00 | 10 |
| 702 | VAZQUEZ GONZALEZ, LINETTE | $155.00 | $8,990.00 | 8 |
| 703 | VAZQUEZ GUERRA, LYDIA | $149.00 | $8,642.00 | 7 |
| 704 | VAZQUEZ PADILLA, EDNA | $162.00 | $9,396.00 | 9 |
| 705 | VAZQUEZ PAGAN, MARIA V. | $149.00 | $8,642.00 | 7 |
| 706 | VAZQUEZ RIVERA, ELOIDA | $129.00 | $7,482.00 | 4 |
| 707 | VAZQUEZ TRINIDAD, MARIA M. | $136.00 | $1,904.00 | 5 |
| 708 | VEGA GUEVARA, BLANCA L. | $136.00 | $7,888.00 | 5 |
| 709 | VEGA OLIVERAS, MADELINE | $162.00 | $9,396.00 | 9 |
| 710 | VEGA ROSADO, YESENIA | $155.00 | $8,990.00 | 8 |
| 711 | VEGA VALENTIN, LYDIA | $194.00 | $10,864.00 | 13 |
| 712 | VEGA VEGA, ROSA M. | $136.00 | $7,888.00 | 5 |
| 713 | VELAZQUEZ BORRERO, OLGA L. | $170.00 | $9,860.00 | 10 |
| 714 | VELAZQUEZ MONTALVO, SHEILA | $178.00 | $10,324.00 | 11 |
| 715 | VELEZ ALICEA, CARMEN M. | $129.00 | $7,482.00 | 4 |
| 716 | VELEZ CAMACHO, LUIS R. | $124.00 | $7,192.00 | 3 |
| 717 | VELEZ COTTO, NORMA I. | $178.00 | $10,324.00 | 11 |
| 718 | VELEZ GONZALEZ, YANIRA S. | $162.00 | $9,396.00 | 9 |
| 719 | VELEZ MATIENZO, MARY C. | $178.00 | $10,324.00 | 11 |
| 720 | VELEZ RIVERA, LUZ M. | $194.00 | $11,252.00 | 13 |
| 721 | VICENTE AMARO, NILDA R. | $194.00 | $11,252.00 | 13 |
| 722 | VIDRO PAGAN, MARTA J. | $245.00 | $14,210.00 | 18 |
| 723 | VILLAMAN LACEN, MARIE J. | $155.00 | $8,990.00 | 8 |
| 724 | VILLANUEVA SANTIAGO, MILDRED | $162.00 | $9,396.00 | 9 |
| 725 | VILLEGAS CORREA, FRANCISCO J. | $162.00 | $9,396.00 | 9 |
| 726 | VIRELLA ROSADO, NANCY E. | $136.00 | $7,888.00 | 5 |
| 727 | VIZCARRONDO LLANOS, JOANN | $162.00 | $9,396.00 | 9 |
| 728 | WILLIAMS POWLIS, EIROY E. | $124.00 | $7,192.00 | 3 |
| | | **TOTAL** | **$6,827,092.00** | |

# EXHIBIT 5-A

Proof of Claim No. 32044,

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule H -- Litigation Related Obligations as a Contingent, Unliquidated, Disputed general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule H – Litigios Relacionados a Obligaciones como un reclamo Contigente, Sin liquidez, Disputado no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohibira por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado
# Proof of Claim / Evidencia de reclamación                              04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

| 1. Who is the current creditor?<br><br>¿Quién es el acreedor actual? | MADELINE ACEVEDO-CAMACHO ET AL, (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO-CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340 |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación) |
| | Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor |

Claim Number: 32044

Claim Number: 32044

| | | |
|---|---|---|
| **2. Has this claim been acquired from someone else?**<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ | |

| | | |
|---|---|---|
| **3. Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | **Where should notices to the creditor be sent?**<br>**¿A dónde deberían enviarse las notificaciones al acreedor?**<br><br>ACEVEDO-CAMACHO PLAINTIFF GROUP (2,818 PLAINTIFFS);<br>LCDA. IVONNE GONZALEZ MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902-1828<br><br>(787) 410-0119<br>Contact phone / Teléfono de contacto<br><br>ivonnegm@prw.net<br>Contact email / Correo electrónico de contacto | **Where should payments to the creditor be sent?** (if different)<br>**¿A dónde deberían enviarse los pagos al acreedor?** (En caso de que sea diferente)<br><br><br><br><br><br>Contact phone / Teléfono de contacto<br><br><br>Contact email / Correo electrónico de contacto |

| | |
|---|---|
| **4. Does this claim amend one already filed?**<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes. Claim number on court claims registry (if known)<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____<br>Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) |

| | |
|---|---|
| **5. Do you know if anyone else has filed a proof of claim for this claim?**<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior?_____ |

| Part 2 / Parte 2: | Give Information About the Claim as of the Petition Date |
|---|---|
| | Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso. |

| | |
|---|---|
| **6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>Departamento de la Familia de Puerto Rico, Administración de Rehabilitación V |

| | |
|---|---|
| **7. Do you supply goods and / or services to the government?**<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____ |

Modified Official Form 410            **Proof of Claim**          page 2

**8.   How much is the claim?**

¿Cuál es el importe de la reclamación?

$ 50,000,000.00 _____. **Does this amount include interest or other charges?**
¿Este importe incluye intereses u otros cargos?

[X] No / No

[ ] Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

---

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

Correction of regular rate of pay due to illegal implementation of regulation which resulted in inoperative pay scales; CASP Case No. 2016-05-1340

---

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

[X] No / No

[ ] Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
[ ] Motor vehicle / Vehículos

[ ] Other. Describe:
Otro. Describir: _____

**Basis for perfection / Fundamento de la realización de pasos adicionales:**

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

**Value of property / Valor del bien:**   $ _____

**Amount of the claim that is secured /**
**Importe de la reclamación que está garantizado:** $ _____

**Amount of the claim that is unsecured /**
**Importe de la reclamación que no está garantizado:** $ _____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso:**

$ _____

**Annual Interest Rate** (on the Petition Date)
**Tasa de interés anual** (cuando se presentó el caso)_____%
[ ] Fixed / Fija
[ ] Variable / Variable

---

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

[X] No / No

[ ] Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso

$ _____

---

Modified Official Form 410                 **Proof of Claim**                 page 3

**12. Is this claim subject to a right of setoff?**

¿La reclamación está sujeta a un derecho de compensación?

☒ No / No

☐ Yes. Identify the property /
Sí. Identifique el bien: _____

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☒ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received       $_____
by the debtor within 20 days before the Petition Date in these Title III case(s), in
which the goods have been sold to the debtor in the ordinary course of such
debtor's business. Attach documentation supporting such claim.

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien
recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos
casos del Título III, en el que los bienes se han vendido al deudor en el transcurso
normal de los negocios del deudor. Adjunte la documentación que respalda dicha
reclamación.

---

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☐ I am the creditor. / Soy el acreedor.

☒ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

**Signature:** */s/ Ivonne González-Morales*

Signature / Firma                    **Email:** ivonnegm@prw.net

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name         Ivonne González-Morales
First name / Primer nombre        Middle name / Segundo nombre      Last name / Apellido

Title / Cargo    **Attorney for Acevedo-Camacho Plaintiff Group; CASP Case No. 2016-05-1340**

Company / Compañía
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección   P.O. Box 9021828
Number / Número         Street / Calle

San Juan                                PR          00902-1828
City / Ciudad                           State / Estado      ZIP Code / Código postal

Contact phone / Teléfono de contacto (787) 410-0119    Email / Correo electrónico ivonnegm@prw.net

**Table of References and Exhibits in support of Proof of Claim in connection
with case of <u>Madeline Acevedo Camacho *et al* (2,898 Plaintiffs) v. Department
of Family of Puerto Rico *et al*</u>, Civil Case Num. K AC2007-0214, currently
under advisement in the Public Service Appellate Commission ("<u>CASP</u>" for
its initials in Spanish), CASP Case Num. 2016-05-1340**

| Document | Exhibit ID | Page in Proof of Claim |
|---|---|---|
| Appeal in CASP dated May 9, 2016, CASP Case Num. 2016-05-1340 | 1 | 7 |
| Joint Motion dated October 8, 2013 Submitting Stipulation of Uncontested Facts, Documents and Contested Matters in Case | 2 | 109 |
| General Memorandum 5-86 dated April 23, 1986 regarding Applicability of Federal Minimum Wage to Public Employees | 3 | 121 |