### Exhibit 2
**Individual Claim no.; Disclosable Economic Interests of the Members of the Cruz – Hernandez, Plaintiff Group;DF (Administration); names and ss no.**

| No. Proof of Claim filed | Amount of Disclosable Economic Interest | Administration. | Name of Member | No. SS |
|---|---|---|---|---|
| 17765 | $590.35 | ADSEF | ACEVEDO CORDERO, CARLOS E. | 3851 |
| NO DEUDA | | ACUDEN | ACEVEDO LOPEZ, VICTOR | 0056 |
| 25649 | $590.35 | ADSEF | ACEVEDO PEREZ, WINDA L. | 8038 |
| 23081 | $577.45 | ARV | ACEVEDO REYES, ROSA E. | 8484 |
| 17965 | $71,777.10 | ADFAN | ACEVEDO RIVERA, AIDA | 5094 |
| 18154 | $801.69 | ADSEF | ACEVEDO SUAREZ, GLADYS | 6272 |
| 15868 | $52.97 | ADSEF | ACEVEDO VELAZQUEZ, CRUZ | 1431 |
| 15703 | $728.58 | SEC | ACOSTA CRESPO, CARMEN A. ACOSTA DE ROMERO, CARMEN A. SEGUN EXPEDIENTE PERSONAL | 1637 |
| NO DEUDA | | ADSEF | ADORNO CAMPOS, ESTEBAN | 9230 |
| 22132 | $363.96 | ADSEF | AGOSTO BAQUERO, NILSA | 2961 |
| 18407 | $573.88 | ADSEF | AGOSTO DE MALDONADO, LAURA E. | 2445 |
| 23057 | $573.88 | ADFAN | AGOSTO FIGUEROA, ROSA M. | 6379 |
| 17055 | $1,165.83 | ADFAN | ALEMAN GONZALEZ, CARMEN M. | 8997 |
| 22125 | $602.06 | ADSEF | ALICEA SASTRE, MARA G. | 0194 |
| 17741 | $834.88 | ADSEF | ALMEDINA DE RIVERA, LUZ E. | 3019 |
| 16428 | $689.66 | ADSEF | ALVARADO SANTOS, AMALIA | 6488 |
| 15817,15748, | $212.76 | ADSEF | ALVAREZ MATOS, CONCHITA | 1381 |
| 21772 | $742.03 | ADSEF | ANDINO BULTRON, MARIA S. | 6038 |
| 5214 | $1,879.90 | ADFAN | APONTE CARTAGENA, TOMAS | 6754 |
| 21163 | $23,673.78 | ADFAN | APONTE HERNANDEZ, IVETTE | 3505 |
| 91820 | $772.03 | ADSEF | ARCELAY DE MAYA, ADA H. | 7154 |
| 27215 | $719.49 | ADSEF | AVILA VELAZQUEZ, MARIBEL AVILA DE PEREYRA, MARIBEL SEGUN EXPEDIENTE PERSONAL | 6687 |
| 22389 | $32.62 | SEC | BAEZ FIGUEROA, RAUL | 3916 |

| | | | | |
|---|---|---|---|---|
| 21993 | $696.68 | ADSEF | BALLESTER NIEVES. LUIS | 4161 |
| 15739 | $596.35 | ADSEF | BARRETO ROBLES, CARMEN A. | 6041 |
| 15550 | $995.16 | ADSEF | BELLO CANCEL, CARMEN L. | 9640 |
| 14642 | $684.25 | ADSEF | BERMUDEZ FELIX, ISABEL | 4397 |
| 17018 | $222.55 | ADSEF | BERMUDEZ TORRES, ISABEL | 5769 |
| 19295 | $1,365.02 | ADSEF | BERRIOS RODRIGUEZ, MARIA | 0681 |
| 21166 | $145.46 | ADSEF | BERRIOS VAZQUEZ, LUIS | 7627 |
| 17050 | $92.33 | ADSEF | BONET VARELA, ALBERTO | 7363 |
| 18332 | $109.30 | ACUDEN | BONILLA ROMAN, JOSEFINA | 7648 |
| 28563 | $235.52 | ADSEF | BRACHE SANES, LOYDA E. | 6108 |
| 18188 | $1,100.16 | SEC | BURGOS COLON, ADELA | 1874 |
| 21983 | $739.81 | SEC | BURGOS CRUZ, LUZ E. | 6644 |
| 22419 | $1,341.75 | ADSEF | BURGOS MORALES, RAMON | 7194 |
| 39268 | $792.51 | ADSEF | CABRERA MEDINA, MIRIAM | 8461 |
| 16429 | $277.05 | ADSEF | CALDERON RODRIGUEZ, BLANCA I. | 5705 |
| 20429 | $745.05 | ADSEF | CAMPUSANO SOSA, JOSEFINA | 5720 |
| 15787 | $64.38 | ADSEF | CANALES ROBINSON, DAVID | 2363 |
| 23066 | $800.93 | ADSEF | CARABALLO RODRIGUEZ, ZENAIDA | 2553 |
| 20882 | $512.15 | ADSEF | CASAS OTERO, JOSEFINA | 9145 |
| 73058 | $106.02 | SEC | CASTILLO PASTRANA, EDELMIRA | 7099 |
| 17033 | $832.74 | ADSEF | CASTILLO PIZZINI, IRIS | 8631 |
| 20464 | $304.79 | ADFAN | CASTRO CLEMENTE, MARIA L. | 0721 |
| 18323 | $187.00 | ADSEF | CINTRON CARABALLO, CARMEN M. | 4783 |
| 19284 | $198.41 | ADSEF | COLON AULET, NORMA IRIS | 5707 |
| 60010 y 17759 repetidos para eliminar uno | $182.99 | ADSEF | COLON DE NAVAS, EVA L. | 8441 |

| | | | | |
|---|---|---|---|---|
| 18082 | $122.78 | SEC | COLON ORTIZ, DEMETRIA | 8443 |
| 17054 | $647.80 | ADSEF | COLON RODRIGUEZ, ANA L. | 1813 |
| 23007 | $276.41 | ADSEF | COLON RODRIGUEZ, NELIDA COLON DE CRUZ, NELIDA SEGUN EXPEDIENTE DE PERSONAL | 4321 |
| 20905 | $425.90 | SEC | COMULADA ORTIZ, JUAN H. | 5262 |
| 15605 | $56.22 | ADSEF | CONCEPCION LOZADA, GLORIA E. | 8000 |
| 23888-73152 repetido-para desistir un claim | $445.10 | ADSEF | CONCEPCION SIERRA, MARICELYS | 9728 |
| 20880 | $651.38 | ADSEF | CONTRERAS SANTIAGO, JOSE E. | 1341 |
| 25342 | $1,151.68 | SEC | CORDERO SANTIAGO, ZAIDA E. | 7323 |
| 18611 | $288.10 | ADSEF | CORSINO PIMENTEL, JULIA E. | 4489 |
| 22278 | $564.93 | ADSEF | CORTES ACEVEDO, OLGA | 5158 |
| 24235 | $199.20 | ADSEF | COSME NEGRON, NOELIO | 9484 |
| 18304 | $322.70 | SEC | COTTE ALVARADO, EFRAIN | 6203 |
| 21219-24645 | $488.18 | ADSEF | COTTO DIAZ, LUZ MINERVA | 4098 |
| 21425 | $643.25 | ADSEF | COTTO SANCHEZ, ROSA | 1562 |
| 18574 | $5,306.40 | ARV | CRUZ ADAMES, LUCILA | 8113 |
| 21075 | $933.17 | SEC | CRUZ COLLAZO, MANUELA | 5479 |
| 18541 | $86.12 | ADSEF | CRUZ GARCIA, ISABEL | 6502 |
| 15841 | $211.91 | ADSEF | CRUZ HERNANDEZ, CARMEN S. | 4699 |
| 83256 | $840.05 | ADSEF | CRUZ LORENZANA, SARA | 3680 |
| 15847 | $1,348.04 | ADFAN | CRUZ RIVERA, CRUCITA | 9529 |
| 19694 | $67.59 | ADFAN | CRUZ ROSA, IVONNE | 9718 |
| 16382 | $1,309.18 | ADSEF | CRUZ SAEZ, ALEJANDRINA | ######### |
| 16436 | $350.90 | ADSEF | CRUZ SERRANO, DOMINGO | 2489 |
| 9337 | $29,197.70 | ADFAN | CRUZ TOSADO, NANCY | 1155 |

| | | | | |
|---|---|---|---|---|
| 25340 | $132.65 | ARV | CRUZ VARGAS, RUBEN | 4312 |
| 17758 | $810.09 | ADSEF | CUMBAS BURGOS, ESTHER | 1393 |
| 25591 | $497.71 | ADSEF | DAVILA PARIS, ZAIDA I. | 4742 |
| 15883 | $1,320.70 | ADFAN | DE JESUS ALVARADO, CARMEN M. | 7014 |
| 15792 | $270.20 | ADSEF | DELGADO CAMARA, ELDA R. | 5616 |
| 15854 | $1,368.83 | ADFAN | DELGADO RAMOS, EDWIN R. | 3388 |
| 21994 | $1,065.70 | ADSEF | DIAZ COLON, LUIS E. | 1109 |
| 16388 | $723.79 | ADFAN | DIAZ CRUZ, AIDA LUZ | 4613 |
| 18562 | $809.15 | ADSEF | DIAZ FLECHA, CARMEN J. | 1349 |
| 23700 | $479.43 | ADSEF | DIAZ FLORES, JORGE LUIS | 8388 |
| 22296 | $502.88 | ADSEF | DIAZ GARCIA, MIGUEL A. | 9137 |
| 26720 | $793.88 | ADSEF | DIAZ HERNANDEZ, MILDRED | 6931 |
| 24936 | $385.78 | ADSEF | DIAZ RODRIGUEZ, TERESA J. | 9511 |
| 72946 | $15,675.27 | ADFAN | ESCOBAR BARRETO, CARMEN L. | 5440 |
| 72894 | $888.33 | ADSEF | ESPADA ROSARIO, DIANA | 6800 |
| 21319 | $727.39 | ADSEF | FALU FEBRES, LUIS R. | 1481 |
| 18261 | $1,479.00 | ADSEF | FARIS ELBA, CLARA E. | 5201 |
| 89448 | $885.68 | ADSEF | FELICIANO HERNANDEZ, ADA E. | 8193 |
| 18932 | $305.80 | ADSEF | FERNANDEZ FERNANDEZ, ANA H. | 2364 |
| 18293 | $42.00 | ADSEF | FERNANDEZ GONZALEZ, EMILIO | 4039 |
| 25661 | $811.44 | SEC | FERNANDEZ HERNANDEZ, JESUS | 7001 |
| 25002 | $112.49 | ADFAN | FERNANDEZ MORALES, MARIA N. | 5060 |
| 24148 | $483.75 | ADSEF | FERNANDEZ ROLDAN, JUDITH | 1754 |
| 22270 | $1,152.10 | ADSEF | FERREIRA ROSARIO, MARIA M. | 1833 |
| 25732 | $165.76 | ADSEF | FERRER DAVILA, BLANCA | 7372 |
| 15832 | $221.90 | ADSEF | FIGUEROA ADORNO, ELADIA | 3531 |
| 27829 | $360.93 | ADSEF | FIGUEROA GONZALEZ, JUANITA | 1818 |

| | | | | |
|---|---|---|---|---|
| 15887 | $440.35 | ADSEF | FIGUEROA MORALES, FELIX M. | 3650 |
| 16272 | $103.64 | ADSEF | FIGUEROA RIVERA, MARIA DEL CARMEN | 8792 |
| 24196 | $317.82 | ADSEF | FIGUEROA RUIZ, MERCEDES FIGUEROA DE ROLDAN, MERCEDES SEGUN EXPEDIENTE PERSONAL | 3846 |
| 25017 | $699.36 | ADSEF | FLECHA GONZALEZ, ROSA M. | 8724 |
| 18157 | $824.20 | ADSEF | FONTANEZ DELGADO, EVELYN | 2801 |
| 18566 | $630.45 | ADSEF | FORTY ORTIZ, LUZ M. | 5804 |
| 20823 | $550.40 | ADSEF | FRANCIS SALAMAN, LAURA | 1837 |
| 18620-19803 | $548.94 | ADSEF | FUENTES AYALA, LUIS A. | 9903 |
| 15799 | $1,085.61 | ADSEF | GALINDEZ TANCO, ALICIA | 5166 |
| 17049 | $807.53 | ADSEF | GALLOZA GONZALEZ, CARLOS R. | 5483 |
| 19211 | $1,079.43 | ADSEF | GARCIA SOTO, IRMA A. | 1562 |
| 71148 | $7,481.22 | ARV | GOMEZ COLON, CARMEN N. | 4160 |
| 17025 | $178.65 | ADSEF | GOMEZ PEREZ, HERNAN | 5103 |
| 15645 | $293.45 | ADSEF | GONZALEZ ANDINO, ANDRES | 3488 |
| 20703 | $87.00 | ADSEF | GONZALEZ CANTERO, ALEJANDRINA | 7298 |
| 33632 | $628.98 | ADSEF | GONZALEZ CRUZ, MANUEL | 1893 |
| 18281 | $582.18 | ADSEF | GONZALEZ FRANQUI, ESTELA | 9580 |
| 23816 | $15,517.20 | ADFAN | GONZALEZ PIZARRO, MARIA M. | 3870 |
| 17014 | $832.05 | ADSEF | GONZALEZ RAMOS, LEYNE | 5353 |
| 23819 | $1,557.08 | ADFAN | GONZALEZ REYES, MARIA S. | 1256 |
| 17020 | $135.20 | ADSEF | GONZALEZ RIVERA, IRMA S. | 4629 |
| 23907 | $453.94 | ARV | GONZALEZ RODRIGUEZ, NEYDA | 2410 |
| | | Educación | GONZALEZ ROSADO, MANUEL | 2036 |
| 21323 | $279.90 | ADSEF | GUERRA FIGUEROA, LUISA V. | 1225 |
| 18214 | $478.75 | ADSEF | HERNANDEZ DE MUNOZ, MARIA | 3138 |

| | | | | |
|---|---|---|---|---|
| 21981 | $747.08 | ADFAN | HERNANDEZ GONZALEZ, MARIA D. | 4530 |
| 21308 | $973.36 | ADSEF | HERNANDEZ PADILLA, JOSEFINA | 0327 |
| 25326 | $248.98 | ADSEF | HERNANDEZ SERRANO, NORMA I. | 9377 |
| 19287 | $574.20 | ADSEF | HERNANDEZ VELAZQUEZ, RAMON | 0726 |
| 26540 | $648.73 | ADFAN | JACKSON RIVERA, KENNETH | 8146 |
| 20967 | $288.40 | ADSEF | JORGE GARCIA, LUISA | 9710 |
| 20872 | $231.04 | SEC | JORGE MORALES, JORGE ANTONIO | 3031 |
| 23994 | $454.08 | ADSEF | JUSINO FUMERO, WADDIE | 4069 |
| 25192 | $183.65 | SEC | LAGUER MORALES, SONIA | 6573 |
| 23378 | $765.89 | ADSEF | LASALLE CONCEPCION, MARIA S. | 7118 |
| 18204 | $643.70 | ADSEF | LATIMER DE RODRIGUEZ, AMPARO LATIMER FEBRES, AMPARO SEGUN EXPEDIENTE PERSONAL | 1259 |
| 20890 | $515.85 | SEC | LAZU SANTIAGO, JESUSA | 5333 |
| 25155 | $672.75 | ADSEF | LLANOS NIEVES, NILDA | 8136 |
| 21161 | $186.85 | ADSEF | LLANOS ROSARIO, LUZ D. | 4366 |
| 252746 | $769.46 | SEC | LOPEZ CAMPOS, MILAGROS G. | 0419 |
| 20879 | $485.97 | ARV | LOPEZ CRUZ, LUZ M. | 8564 |
| 18346 | $825.59 | ADSEF | LOPEZ DIAZ, ROSA L. | 7574 |
| 15835 | $947.60 | ADSEF | LOPEZ LUGO, ESMERALDO | 8685 |
| 15805 | $13,824.87 | SEC | LOPEZ MILLAN, ESPERANZO | 4696 |
| 24064 | $759.28 | ADSEF | LOPEZ NIEVES, NAIL | 9461 |
| 21546 | $651.38 | ADSEF | LOPEZ REYES, MARIA DE LOS A. | 1355 |
| 16426 | $355.80 | ADSEF | LOPEZ RIOS, ALFONSO | 7482 |
| 24917 | $233.90 | ADSEF | LOPEZ RIVERA, PEDRO | 5974 |
| 10596 | $12,612.89 | CASO DE NILDA AGOSTO | LORENZANA ACOSTA, LYDIA | 3658 |
| 29149 | $565.48 | ADSEF | LORENZO GONZALEZ, MIGUEL | 4219 |
| 25337 | $807.53 | ADSEF | LORENZO LORENZO, ZORAIDA | 1590 |

| | | | | |
|---|---|---|---|---|
| 22982 | $962.59 | ADSEF | LORENZO PEREZ, NAIDA | 1674 |
| 17744 | $1,350.72 | ADSEF | LOZADA LOZADA, CIPRIANO | 7605 |
| 18306 | $510.69 | ADSEF | LUGO HORRACH, GUMERSINDO | 8077 |
| 18535 | $287.60 | SEC | LUGO ROSARIO, ANA MARIA | 1029 |
| 18257 | $303.45 | ADFAN | LUGO SANABRIA, CRISTINO | 7744 |
| 24210 | $726.56 | ADSEF | MALDONADO CARDONA, MYRNA | 9879 |
| 15878 | $408.13 | ARV | MALDONADO COLON, ESTEBAN P. | 8021 |
| 18952 | $19,679.24 | ADFAN | MALDONADO RODRIGUEZ, AMELIA | 1706 |
| 15871 | $286.08 | ADSEF | MARRERO DE BARBOSA, CARMEN J. | 9240 |
| 21311 | $442.88 | ADFAN | MARTINEZ DIAZ, JOSEFINA | 6773 |
| 22174 | $189.44 | ADSEF | MARTINEZ GONZALEZ, PRISCILLA | 6517 |
| 17762 | $541.42 | ARV | MARTINEZ NEGRON, AIDA L. | 8844 |
| 24335 | $253.79 | ADSEF | MARTINEZ RIVERA, MYRIAM C. | 5706 |
| 15600 | $893.33 | ADSEF | MARTINEZ RODRIGUEZ, CARMEN B. | 6429 |
| 24534 | $469.56 | ADSEF | MARTINEZ ROSADO, MIRIAM | 9181 |
| 18533 | $832.65 | SEC | MARZAN CONCEPCION, JUANA | 3168 |
| 29466 | $774.48 | ADSEF | MATIAS ACEVEDO, MARIA I. | 4284 |
| 21333 | $4,155.34 | ADFAN | MATIAS CRUZ, LUZ C. | 2057 |
| 15638 | $686.84 | ADSEF | MATOS FUENTES, ANA V. | 0750 |
| 18314 | $1,345.36 | ADFAN | MEDINA BAEZ, CRISTINA | 4796 |
| 17755 | $382.00 | ADSEF | MEDINA LOPEZ, FRANCISCO | 2132 |
| 18944 | $395.55 | ADSEF | MEDINA MEDINA, ANA L. | 9460 |
| 15875 | $165.80 | ADSEF | MEDINA ORTIZ, EMENELIO | 6357 |
| 25286 | $677.58 | ADSEF | MEDINA TORRES, SONIA M. | 6964 |
| 82049 no tarjeta | $19,190.14 | SEC | MELENDEZ ALICEA, CARMEN D. | 9841 |
| 22021 | $161.58 | ADSEF | MENDEZ ESTIEN, RAMONITA | 2870 |
| 57107 | $1,998.56 | SEC | MENDEZ GONZALEZ, JUAN J. | 4306 |

| | | | | |
|---|---|---|---|---|
| 24974 | $505.35 | ADSEF | MENDEZ PEREZ, JULIO | 1565 |
| 15859 | $248.36 | ADSEF | MENENDEZ NEGRON, ANA D. | 9726 |
| 17053 | $419.15 | ADSEF | MERCADO DE ORTIZ, ANA MERCADO MATOS, ANA M. | 9818 |
| 18336 | $1,897.55 | ADSEF | MERCED RIVERA, FERDINAND | 6106 |
| 21146-21985 | $16,321.20 | ADFAN | MOCTEZUMA VELAZQUEZ, LYDIA | 4148 |
| 25563 | $90.21 | ADFAN | MONGE, MARGARITA | 2338 |
| 23439 | $773.83 | SEC | MONTANEZ MORALES, MODESTA | 8349 |
| 27689 | $17,582.14 | ADFAN | MONTES DELGADO, MONSERRATE | 6366 |
| 19644 | $678.50 | ARV | MONTES MALDONADO, FELIX M. | 8736 |
| 18302 | $590.79 | ADSEF | MORALES RODRIGUEZ, GLADYS | 3131 |
| 18321 | $729.75 | ADSEF | MORALES SANTIAGO, HIRAM | 6536 |
| 21606 | $888.18 | ARV | MORALES SERRANO, MARIA I. | 9115 |
| 23567 | $609.03 | ADSEF | MUJICA MUJICA, ROSA DE LOS A. | 8583 |
| 100786 | $1,990.00 | ADSEF | NIEVES GORRITE, MARIA | 7450 |
| 19300 | $275.83 | ADSEF | NUNEZ SANCHEZ, LUZ | 9870 |
| 25196 | $201.79 | ADSEF | OQUENDO CRUZ, SANTA | 3197 |
| 21602 | $312.53 | ADSEF | ORTIZ AGOSTO, MARIA I. | 9271 |
| 24904 | $17.36 | ADSEF | ORTIZ CRUZ, TERESA | 9441 |
| 25080 | $162.60 | SEC | ORTIZ GERENA, PAULA | 2347 |
| 24736-25087 | $66.24 | ACUDEN | ORTIZ GUILBE, ROSA | 3607 |
| 33628 | $56.60 | ADSEF | ORTIZ LOPEZ, LUIS A. | 0151 |
| 26989 | $659.50 | ADFAN | ORTIZ NIEVES, MARIA M. | 5953 |
| 24061 | $324.05 | ADSEF | ORTIZ RAMOS, JOSE ANTONIO | 7276 |
| 18199 | $15,865.60 | ADFAN | ORTIZ SALINAS, ANA ELSA | 1179 |
| 24723 | $430.08 | ADSEF | PABON DE VILLODAS, MYRTA | 3706 |
| 21238 no tarjeta | $595.29 | ADSEF | PACHECO DE RAMOS, JUDITH | 1131 |
| 18207 | $565.23 | ADSEF | PACHECO QUIDLEY, CARMEN E. | 5080 |

| | | | | |
|---|---|---|---|---|
| 21550 | $818.75 | ADSEF | PADILLA PADILLA, MARIA ISABEL | 7146 |
| 22414 | $903.13 | ADFAN | PADIN RIVERA, ROSITA | 9033 |
| 24935 | $206.56 | SEC | PAGAN SANCHEZ, NANCY E. | 8561 |
| 19794 | $264.95 | ADSEF | PARIS TAPIA, OLGA E. | 2593 |
| 16339 | $602.50 | ADSEF | PARRILLA ARAGONES, ANGEL L. | 1833 |
| 17039 | $449.65 | ASUME | PASTRANA PAGAN, AWILDA | 3805 |
| 15584 | $802.30 | ADSEF | PEREZ CASTA, IRIS M. | 8031 |
| 17064 | $150.07 | SEC | PEREZ CRUZ, DAISY S. | 0056 |
| 17732-21706 | $663.22 | ADSEF | PEREZ GARCIA, LOURDES | 1581 |
| 15844 | $847.93 | ADFAN | PEREZ MAISONET, ESMERALDA | 5036 |
| 15536 | $540.05 | ADFAN | PEREZ SERRANO, CARMEN L. | 2045 |
| NO DEUDA | | Caso de Nilda Agosto | PEREZ TORRES, LUZ N. | 0913 |
| 18190 | $574.16 | SEC | PEREZ VELEZ, ADELAIDA | 3815 |
| 17766 | $669.35 | SEC | PEREZ VILLANUEVA, ILSA I. | 6144 |
| 24953 | $208.40 | ADSEF | PILLOT ORTA, VICTORIA | 6336 |
| 22363 | $1,072.00 | ADFAN | PIMENTEL DE DIAZ, PAULA | 1301 |
| 17761 | $830.10 | ADSEF | PITRE ROMAN, AIDA NELLY | 8936 |
| 21679 | $1,029.75 | ADSEF | QUINONEZ FUENTES, JUAN M. | 2225 |
| 18277 | $4,712.78 | ADFAN | QUINTANA SANCHEZ, ANA E. | 6612 |
| 15660 | $84.80 | ADSEF | RAMIREZ OCASIO, FRANCISCA | 8611 |
| 25208 | $724.00 | ADSEF | RAMOS BURGOS, PABLO | 9454 |
| NO DEUDA | | CASO DE NILDA AGOSTO | RAMOS CASELLAS, MARIA DEL C. | |
| 19783 | $7,203.84 | ARV | RAMOS MIRANDA, IVONNE | 9063 |
| 18351 | $969.49 | ADSEF | RAMOS RIVAS, JUDITH M. | 6806 |
| 15838 | $322.43 | ADSEF | RIOS LOPEZ, ELSIE L. | 6822 |
| 101896 | $5,555.87 | AIJ | RIVAS RIOS, ANTONIO | 7200 |
| 23276 | $501.45 | ADSEF | RIVERA ACEVEDO, MARIA T. | 4474 |

| | | | | |
|---|---|---|---|---|
| 17062 | $651.13 | ADSEF | RIVERA BENITEZ, AMADOR | 9391 |
| 22907 | $193.25 | ADSEF | RIVERA CARRASQUILLO, ROSALIA | 7397 |
| 15720-18210 | $1,081.00 | ADSEF | RIVERA COLON, CARMEN M. | 0965 |
| 18213 | $916.98 | SEC | RIVERA CORTES, AWILDA | 7162 |
| 28580 | $664.76 | ADSEF | RIVERA CRUZ, MARIA ESTHER | 5705 |
| 24686 | $4,517.57 | ADSEF | RIVERA DE JESUS, RAMON L. | 1839 |
| 18211 | $932.97 | SEC | RIVERA LOPEZ, CARMEN S. | 3470 |
| 18364 | $136.65 | SEC | RIVERA MEDINA, MARIA E. | 1971 |
| 18328 | $732.78 | ADSEF | RIVERA MONSERRATE, JUANA D. | 7276 |
| 22298 | $277.55 | ADSEF | RIVERA ORELLANA, PRISCILLA | 5630 |
| 24207 | $853.35 | ADSEF | RIVERA PINA, NOEMI | 1160 |
| 15848 | $331.12 | ADSEF | RIVERA QUINONEZ, CARMEN D. | 4991 |
| 21990 | $1,071.04 | ADSEF | RIVERA RIVERA, JOSEFINA | 6678 |
| 16449 | $642.64 | ADSEF | RIVERA RODRIGUEZ, EVELYN | 2706 |
| 28533 | $350.63 | ADSEF | RIVERA RODRIGUEZ, LUZ TERESA | 0514 |
| 18161 | $258.44 | SEC | RIVERA SOTO, FELIX | 4425 |
| 25323 | $232.48 | ADSEF | RIVERA TORRES, OLMISDA M. | 8655 |
| 20919 | $48.45 | ADSEF | RIVERA VEGUILLA, JOSE | 2874 |
| 17045 | $1,677.65 | ADFAN | RIVERA ZAMBRANA, ELIUD | 5157 |
| 25189 | $325.18 | ADSEF | ROBLES GONZALEZ, RAQUEL | 3217 |
| 15826 | $27.20 | ADSEF | ROBLES ORTIZ, JESUS | 5646 |
| 24959 | $19,679.24 | ADFAN | ROBLES RIVERA, NYDIA | 6151 |
| 22451 | $633.18 | ADSEF | ROBLES SIERRA, RAMONITA | 6519 |
| 17011 | $186.60 | ADSEF | RODRIGUEZ ABREU, ANGEL | 7035 |
| 15634 | $22,881.84 | ADFAN | RODRIGUEZ CARRILLO, GEORGINA | 3196 |
| 17051 | $367.80 | ADSEF | RODRIGUEZ COLLAZO, EDDIE O. | 1064 |

| | | | | |
|---|---|---|---|---|
| 24224 | $956.40 | ADSEF | RODRIGUEZ DE ROMERO, MILAGROS | 0229 |
| 24187 | $556.45 | ADSEF | RODRIGUEZ GONZALEZ, NELLY | 2000 |
| 25013 | $1,031.55 | ADSEF | RODRIGUEZ GONZALEZ, ROSA M. | 1651 |
| 15578 | $756.59 | SEC | RODRIGUEZ MARTINEZ, CARMEN L. | 4785 |
| 23192 | $50.16 | SEC | RODRIGUEZ RAMOS, MARIA | 5694 |
| 18954 | $818.50 | SEC | RODRIGUEZ RODRIGUEZ, ALFREDO | 2995 |
| 21740 | $630.35 | ADSEF | RODRIGUEZ RODRIGUEZ, IXIA E. | 7517 |
| 20895 | $781.65 | ADSEF | ROHENA BARRETO, JOSE L. | 2687 |
| 22614-24711 - REPETIDO, ELIMINAR EL CM-ECF 1691 TARJETA 24711 | $425.59 | ARV | ROLDAN SANES, VICENTE | 2412 |
| 20834 | $682.80 | ADSEF | ROMAN HERNANDEZ, MARIA D. | 3049 |
| 26700 | $653.00 | ADSEF | ROMERO CRUZ, MARILYN | 4361 |
| 27869 | $206.44 | ADSEF | ROMERO PARIS, LYDIA | 7076 |
| 15863 | $415.48 | ADSEF | ROSA MALDONADO, ELMERIDA | 8839 |
| 22094 | $948.48 | ADFAN | ROSA NAVARRO, CARMEN R. | 4285 |
| 23166 | $553.98 | ADSEF | ROSADO CRUZ, MARIA | 8615 |
| 15730 | $430.00 | ADSEF | ROSADO MEDINA, CARMEN M. | 4511 |
| 20901 | $163.26 | ADSEF | ROSADO ROSARIO, JOSE E. | 2247 |
| 15885 | $461.41 | ADSEF | ROSADO VAZQUEZ, IRIS SONIA | 1337 |
| 18301 | $104.96 | ADSEF | ROSARIO DIAZ, GLADYS E. | 1327 |
| 25041 | $31.20 | ADSEF | ROSARIO RIVERA, NEREIDA | 9742 |
| 15810 | $516.39 | ADSEF | ROSARIO SERRANO, EULOGIA | 8954 |
| 24081 | $235.17 | SEC | RUBERTE DE MOLINA, NOEMI | 7344 |
| 26723 | $1,012.36 | ADSEF | RUIZ DE LA TORRE, MINERVA | 1081 |
| 21301 | $329.66 | ADFAN | RUIZ GONZALEZ, DORIS N. | 6378 |

| | | | | |
|---|---|---|---|---|
| 18577 | $337.66 | ADSEF | RUIZ MANZANO, FLOR M. | 1335 |
| 19299 | $596.89 | SEC | RUIZ RAMOS, CARMEN M. | 3403 |
| 24989-25181 | $523.51 | ADSEF | RUIZ RIVERA, OSVALDO | 1856 |
| 15889 | $614.00 | ADSEF | SALDANA CARRASQUILLO, ERMELINDO | 0988 |
| 20884 | $595.43 | ADSEF | SALGADO PIZARRO, JAIME | 9164 |
| 88621 | $133,165.57 | AIJ | SALGADO SANTOS CARMELO | ######### |
| 73172 | $133,165.56 | AIJ | SALGADO SOLER LUPERCIO | ######### |
| 18646 | $752.79 | ACUDEN | SANCHEZ DE SOTO, MYRTA SANCHEZ ROMAN, MYRTA | 6850 |
| 25742 | $1,911.20 | ADSEF | SANCHEZ GONZALEZ, MIGUEL | 3853 |
| 17753 | $809.55 | ADFAN | SANCHEZ NIEVES, ELIZABETH | 8144 |
| 19235 no tarjeta | $3,036.31 | ADSEF | SANCHEZ POMALES, CARMEN S. | 4465 |
| 23019 | $1,252.71 | SEC | SANCHEZ RIOS, PAULA | 9343 |
| 28246 | $2,512.50 | ADFAN | SANCHEZ RODRIGUEZ, LUZ E SANCHEZ DE SANCHEZ, LUZ E. SEGUN NOMINA DE PERSONAL. | 1571 |
| 18318-15574 | $9,651.59 | ADFAN | SANCHEZ SOTO, IRIS Y. | 8113 |
| 17015 | $660.35 | ADSEF | SANCHEZ VELEZ, JACKELINE | 1650 |
| 19800 | $1,027.10 | ASUME | SANTA COLON, IVETTE | 2491 |
| 18903 | $1,321.58 | ADFAN | SANTANA AVILES, AWILDA | 1645 |
| 25194 | $614.05 | ADSEF | SANTANA CLAUDIO, SARAH | 8523 |
| 24536 | $214.78 | ADSEF | SANTIAGO BERMUDEZ, ZENAIDA | 4872 |
| 25188 | $446.40 | ADSEF | SANTIAGO CARRION, SANTA | 2448 |
| 18343 | $64.18 | ADSEF | SANTIAGO GARCIA, IRIS M. | 7484 |
| 25714 | $25.22 | ADSEF | SANTIAGO ROSA, MIGUEL | 9559 |
| 19233 | $857.65 | ADSEF | SERRANO DAVILA, IVETTE MA. | 2359 |
| 24971 | $651.00 | ADSEF | SERRANO DIAZ, ORLANDO | 3066 |
| 24171 | $549.93 | ADSEF | SERRANO NEGRON, MARIA LYDIA | 7809 |
| 15622 | $195.05 | ADSEF | SOLA SANCHEZ, KAREN | 7119 |

| | | | | |
|---|---|---|---|---|
| 19292 | $117.34 | ADSEF | SOLER MORALES, MARIA DEL C. | 5155 |
| 18168 | $33.60 | ADSEF | SOLIVAN SANCHEZ, FRANCISCO | 5708 |
| 24930 | $588.05 | ADSEF | SOTO SANES, PATRIA H. | 9002 |
| 17065 | $632.85 | ADFAN | SOTO TORRES, DIGNA R. | 6364 |
| 23431 | $244.80 | ADSEF | STERLING BERTEN, MARGARITA | 6995 |
| 73068 | $3,162.90 | SEC | STERLING LEBRON, JOSEPH | 0179 |
| 25023 | $805.20 | ADSEF | TAPIA RIOS, RUTH M. | 5434 |
| 22325 | $697.18 | ADSEF | TIRADO MAYSONET, RICARDO | 1749 |
| 19921 | $105.66 | ADSEF | TORRES CARTAGENA, MARIA E. | 3497 |
| 17763 | $288.78 | ADSEF | TORRES CONCEPCION, GLORIA E. | 8271 |
| 16423 | $811.76 | ADFAN | TORRES JIMENEZ, AIDA I. | 5293 |
| 12734 | $26,488.89 | RECLAMO DE NILDA AGOSTO | TORRES MANZANO, ALEJANDRO | 3513 |
| 18271 | $143.49 | ADSEF | TORRES MUNOZ, ELSIE | 7439 |
| 17764 | $605.73 | ADSEF | TORRES PEREZ, FELICITA TORRES DE MARTINEZ, FELICITA SEGUN EXPEDIENTE PERSONAL | 5273 |
| 22991 | $938.66 | ADSEF | TORRES POSSI, ZENAIDA | 5908 |
| 18552 | $317.47 | ADSEF | TORRES POZZI, LUZ N. | 1992 |
| 16446 | $100.20 | ADSEF | TORRES RIVERA, EDITH | 9734 |
| 15817 no tarjeta | $706.25 | ADSEF | TORRES SANCHEZ, CONSUELO | 4839 |
| 26717 | $1,063.41 | ADSEF | TORRES SANTIAGO, MARILU | 5961 |
| 17038 | $1,164.98 | ADSEF | TRAVIESO LEDUC, JOSE L. | 6303 |
| 18947 | $1,350.72 | ADSEF | VACHIER MONELL, ANTONIO - APARECE COMO MONELL, ANTONIO VACHIER | 3266 |
| 82575 | $133,165.56 | AIJ | VALCARCEL OSORIO NORBERTO | O985 |
| 24915 | $21.30 | ACUDEN | VARELA CARTAGENA, PATRIA S. | 3721 |
| 89224 NO TARJETA | $18,427.68 | ADFAN | VARGAS PEREZ, ANA | 9087 |

| | | | | |
|---|---|---|---|---|
| 18208 | $4,400.44 | ADSEF | VARGAS VARGAS, MARIA E. | 6246 |
| 18291 | $773.95 | ADSEF | VARGAS VEGA, ESTHER E. | 1317 |
| 15559 | $438.23 | ADSEF | VAZQUEZ CASTILLO, IRMA | 0336 |
| 24994 | $1,536.43 | SEC | VAZQUEZ CINTRON, ROSA IRIS | 6499 |
| 26715 | $162.71 | ADSEF | VAZQUEZ RIVERA, MARIA TERESA | 2621 |
| 15613-17029 NO TARJETA | $60.42 | ACUDEN | VEGA HERNANDEZ, GILBERTA | 8691 |
| 26719 | $47.93 | ADFAN | VEGA JIMENEZ, MILAGROS | 4509 |
| 17036 | $16,624.04 | ADFAN | VEGA LOPEZ, JORGE L. | 0761 |
| 18485 | $33.70 | ADSEF | VEGA SOTO, AMALIA | 5755 |
| 16354 | $277.83 | ADSEF | VELAZQUEZ BENITEZ, ANA DELIA | 4981 |
| 17757 | $331.88 | ADSEF | VELAZQUEZ CRUZ, ADA Y. | 4475 |
| 33133 | $647.08 | ADSEF | VELAZQUEZ ROSADO, MIGDALIA CLAIM: ROSADO, MIGDALIA VELAZQUEZ | 2025 |
| 15861 | $597.18 | ADSEF | VELEZ CORREA, EULALIA | 7016 |
| 21989 | $28.80 | ADSEF | VELEZ LAFFONSE, JOSE | 2111 |
| 20458 | $497.65 | ADSEF | VELEZ MELENDEZ, IVELISSE | 1916 |
| 15764 | $291.63 | SEC | VELEZ NIEVES, DELIA | 5274 |
| 18339 | $644.48 | ADSEF | VELEZ ORTIZ, HILDA | 1829 |
| 22287 | $645.26 | ADSEF | VELEZ ORTIZ, MIRIAM M. | 9696 |
| 24946 | $1,985.35 | ARV | VELEZ SANCHEZ, NYDIA M. | 7772 |
| 17756 | $155.58 | ADSEF | VELEZ TIRADO, ENOELIA | 4333 |
| 16440 NO TARJETA | $340.32 | ADFAN | VERGES VAZQUEZ, CARMEN M. | 5769 |
| 15757 | $179.63 | ADSEF | VIERA RAMOS, IVELISSE | 0593 |
| 15822 | $295.68 | ADSEF | VIERA ZAYAS, CARMEN VIERA DE GUILLERMETY, CARMEN SEGUN EXPEDIENTE PERSONAL | 3802 |
| 22134 | $281.72 | ADSEF | VILLA SOTO, MARIA | 9404 |
| 18294 | $265.20 | ADSEF | VILLAFANE DE LEON, FELIX M. | 9248 |

| 16434 | $118.44 | ADSEF | VILLAFANE PEREZ, ARLYN I. | 2726 |
| 81733 | $129.08 | ADSEF | VILLEGAS MARTINEZ, ROSITA | 0303 |
| 12115 | $704.46 | ADSEF | VIZCARRONDO FLORES, EVELYN | 2407 |
| 22345 | $635.38 | ADSEF | ZAYAS ESTERAS, REINA L. | 9882 |
|  | $1,019,983.01 |  |  |  |

**EXHIBIT 3**

### Carmen Socorro Cruz Hernandez case No. K AC 1991- 0665

| EMPLOYEE NAME | CLAIM NO. AND ADMINISTRATION | AMOUND BACK PAY CLAIM |
|---|---|---|
| 1. Acevedo Rivera, Rosa E. | 17965 ADFAN | $ 71,777.00 |
| 2. Aponte Hernandez, Ivette | 21163 ADFAN | $ 23,673.78 |
| 3. Rodriguez Carrillo, Georgina | 15634 ADFAN | $ 22,881.84 |
| 4. Salgado Santos, Carmelo | 88621 AIJ | $ 133,165.57 |
| 5. Salgado Soler, Lupercio | 73172 AIJ | $ 133,165.57 |
| 6. | | $ 384,663.76 |