# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>Related to ECF No. 21162 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS<br><br>Related to ECF No. 1216 |

## <u>CERTIFICATE OF SERVICE</u>

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17- BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

I hereby certify that:

1.      A true and correct copy of the *Informative Motion of The Bank of New York Mellon Regarding Appearance at the June 17, 2022 Disclosure Statement* [Case No. 17-3283, Docket No. 21162; Case No. 17-3567, Docket No. 1216] was served via:

      a.  the Court's CM/ECF system on June 9, 2022;

      b.  e-mail upon the parties listed on the service list attached hereto as **Exhibit A** on June 10, 2022; and

      c.  first class mail upon the parties listed on the service list attached hereto as **Exhibit B** on June 10, 2022.

Dated:  June 13, 2022           **REED SMITH LLP**

          By:  */s/ Jared S. Roach*
              Jared S. Roach (*Pro Hac Vice*)
              225 Fifth Avenue, Suite 1200
              Pittsburgh, PA 15222
              Telephone: (412) 288-3131
              Facsimile: (412) 288-3063
              Email:  jroach@reedsmith.com

              *Counsel to The Bank of New York Mellon, in its capacity as Fiscal Agent*

**EXHIBIT A**

rebecabarnes@bufetebarnes.com

rburgos@adameslaw.com

finanzas@asg.pr.gov

epo@amgprlaw.com

loliver@amgprlaw.com

acasellas@amgprlaw.com

epo@amgprlaw.com

larroyo@amgprlaw.com

acasellas@amgprlaw.com

loliver@amgprlaw.com

pjime@icepr.com

daniel.bustos@excelerateenergy.com

idizengoff@akingump.com

pdublin@akingump.com

sbaldini@akingump.com

bkahn@akingump.com

tmclish@akingump.com

sheimberg@akingump.com

athornton@akingump.com

Rivalberto@gmail.com

icastro@alblegal.net

storres@alblegal.net

ealdarondo@alblegal.net

drodriguez.alb@gmail.com

alexandra.bigas@gmail.com

acasepr@gmail.com

ealmeida@almeidadavila.com

zdavila@almeidadavila.com

enrique.almeida@almeidadavila.com

jrivlin@afscme.org

tpaterson@afscme.org

martz@afscme.org

mfredericks@amerinatls.com

fdearmas@ciacpr.com

acordova@juris.inter.edu

Jramirez@amrclaw.com

Kellyrivero@hotmail.com

ccabrera@amrclaw.com

antoniofuentesgonzalez@yahoo.com

cvelaz@mpmlawpr.com

mmuniz@mpmlawpr.com

rlm@martilaw.com

jnazario@martilaw.com

fjramos@martilaw.com

jnazario@martilaw.com

Clark.whitmore@maslon.com

Brian.klein@maslon.com

Jason.reed@maslon.com

Ana.chilingarishvili@maslon.com

bill.pentelovitch@maslon.com

john.duffey@maslon.com

maxtruj@gmail.com

julia.mignuccisanchez@gmail.com

lfr@mcvpr.com

nzt@mcvpr.com

aaa@mcvpr.com

ezm@mcvpr.com

rcq@mcvpr.com

ajc@mcvpr.com

MPC@mcvpr.com

jam@mcvpr.com

gpv@mcvpr.com

lpp@mcvpr.com

ajg@mcvpr.com

its@mcvpr.com

lpf@mcvpr.com

nzt@mcvpr.com

aaa@mcvpr.com

ezm@mcvpr.com

rcq@mcvpr.com

ajc@mcvpr.com

MPC@mcvpr.com

jam@mcvpr.com

gpv@mcvpr.com

lpp@mcvpr.com

ajg@mcvpr.com

its@mcvpr.com

harlawpr@gmail.com

mrios@arroyorioslaw.com

jfigueroa@arroyorioslaw.com

asociacióngerencialescfse@gmail.com

Marieli.Paradizo@ponce.pr.gov

julian.fernandez@metropistas.com

gonzalo.alcalde@metropistas.com

yanira.belen@metropistas.com

julian.fernandez@metropistas.com

gonzalo.alcalde@metropistas.com

yanira.belen@metropistas.com

orlando.gonzalez@publicisone.com

david.powlen@btlaw.com

kevin.collins@btlaw.com

antonio.bauza@bioslawpr.com

gsilva@bioslawpr.com

belkgrovas@gmail.com

ajb@bennazar.org

bgm.csp@bennazar.org

hector.mayol@bennazar.org

francisco.delcastillo@bennazar.org

ajb@bennazar.org

bgm.csp@bennazar.org

hector.mayol@bennazar.org

francisco.delcastillo@bennazar.org

rdiaz@bdslawpr.com

rosemary.phillips@bnymellon.com

cbg@bobonislaw.com

efl@bobonislaw.com

sbest@brownrudnick.com

bchew@brownrudnick.com

sbeville@brownrudnick.com

taxelrod@brownrudnick.com

schristianson@buchalter.com

vbantnerpeo@buchalter.com

rolando@bufete-emmanuelli.com

notificaciones@bufete-emmanuelli.com

wilbert_lopez@yahoo.com

remmanuelli@me.com

rolando@bufete-emmanuelli.com

notificaciones@bufete-emmanuelli.com

wilbert_lopez@yahoo.com

bqwhite@mwe.com

fperlman@mwe.com

amccollough@mcguirewoods.com

asoutherling@mcguirewoods.com

jfelicianoacosta@mcguirewoods.com

serrano.urdaz.law@hotmail.com

ddunne@milbank.com

amiller@milbank.com

gmainland@milbank.com

jhughes2@milbank.com

johring@milbank.com

sanchez.lebron501@gmail.com

dmonserrate@msglawpr.com

fgierbolini@msglawpr.com

msimonet@msglawpr.com

rschell@msglawpr.com

luislluberas@mvalaw.com

ramon.dapena@mbcdlaw.com

ramon.dapena@mbcdlaw.com

ivan.llado@mbcdlaw.com

ramon.dapena@mbcdlaw.com

victor.quinones@mbcdlaw.com

ivan.llado@mbcdlaw.com

kurt.mayr@morganlewis.com

david.lawton@morganlewis.com

JPeck@mofo.com

GLee@mofo.com

jpeck@mofo.com

glee@mofo.com

jnewton@mofo.com

lhughes@mofo.com

akissner@mofo.com

jpalmore@mofo.com

jbrugue@mbbclawyers.com

man@nblawpr.com

nroblesdiaz@gmail.com

info@NSACLAW.com

anevares@nsaclaw.com

lcancel@nsaclaw.com

ifullana@gaflegal.com

hermann.bauer@oneillborges.com

ignacio@bufetefernandezalcaraz.com
mcrm100@msn.com
mitch.carrington@butlersnow.com
adam.langley@butlersnow.com
jeb.bailey@butlersnow.com
chris.maddux@butlersnow.com
mitch.carrington@butlersnow.com
martin.sosland@butlersnow.com
Chris.Maddux@butlersnow.com
Mitch.Carrington@butlersnow.com
candice.carson@butlersnow.com
stan.ladner@butlersnow.com
condecarmen@condelaw.com
ls.valle@condelaw.com
notices@condelaw.com
howard.hawkins@cwt.com
mark.ellenberg@cwt.com
thomas.curtin@cwt.com
casey.servais@cwt.com
bill.natbony@cwt.com
jaclyn.hall@cwt.com
Jared.Stanisci@cwt.com
mark.ellenberg@cwt.com
ioliver@ccsllp.com
cvilaro@ccsllp.com
Adiaz@cnrd.com
Kbolanos@cnrd.com
avalencia@cnrd.com
crivera@cnr.law
jf@cardonalaw.com
delapena.sylvia@gmail.com
carla.rodriguezbernier@yahoo.com
quilichinipazc@microjuris.com
carloscardonafe@hotmail.com
lcdo.carlos.e.riverajustiniano@gmail.com
carlosfernandez@cfnlaw.com
carlosvergne@aol.com
hburgos@cabprlaw.com
rcasellas@cabprlaw.com
dperez@cabprlaw.com
dbatlle@cstlawpr.com

ubaldo.fernandez@oneillborges.com
Carla.garcia@oneillborges.com
gabriel.miranda@oneillborges.com
carlos.valldejuly@oneillborges.com
nrivera@oeg.pr.gov
robert.graham@offitkurman.com
l.ortizsegura@ploolaw.com
lawrog@gmail.com
emckeen@omm.com
apavel@omm.com
jrapisardi@omm.com
pfriedman@omm.com
dperez@omm.com
dcantor@omm.com
mdiconza@omm.com
wsushon@omm.com
mkremer@omm.com
golivera@omm.com
roppenheimer@omm.com
mpocha@omm.com
pfriedman@omm.com
ofernandez@oflawoffice.com
mmo@oronozlaw.com
TRowe@orrick.com
gonzalezbadillo@gmail.com
toledo.bankruptcy@gmail.com
Otero_and_assoc@hotmail.com
daniel.elkort@patternenergy.com
lucdespins@paulhastings.com
andrewtenzer@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
anthonybuscarino@paulhastings.com
alexbongartz@paulhastings.com
nicholasbassett@paulhastings.com
arosenberg@paulweiss.com
rrosen@paulweiss.com
wrieman@paulweiss.com
kkimpler@paulweiss.com
kzeituni@paulweiss.com
gpavia@pavialazaro.com

emontull@cstlawpr.com
ltorres@cstlawpr.com
jcasillas@cstlawpr.com
jnieves@cstlawpr.com
lramos@cstlawpr.com
lllach@cstlawpr.com
SwainDPRCorresp@nysd.uscourts.gov
cacuprill@cuprill.com
garciamirandalaw@gmail.com
cgarcia@garciariveralaw.com
ccuprill@cuprill.com
charliehernandezlaw@gmail.com
rnies@csglaw.com
gspadoro@csglaw.com
mlepelstat@csglaw.com
mcaruso@csglaw.com
softedal@choate.com
mbarulli@choate.com
jsantiago@choate.com
dgooding@choate.com
cintrongarcialaw@gmail.com
gmchg24@gmail.com
eduardo@cobianroig.com
pdechiara@cwsny.com
fecolon@colonramirez.com
fecolon@colonramirez.com
valvarados@gmail.com
ausubopr88@gmail.com
jlopez@constructorasantiago.com
jarrastia@continentalpllc.com
jsuarez@continentalpllc.com
acastaldi@continentalpllc.com
reed.smith@cooley.com
bmd@bmdcounselors.com
bmd@bmdcounselors.com
bmd@cordovadick.com
bmd@cordovadick.com
ra@calopsc.com
scriado@calopsc.com
rvalentin@calopsc.com
ejcr@corretjerlaw.com

gerardopavialaw@msn.com
peajeinfo@dechert.com
pevarfon@gmail.com
luis.vazquez@peerlessoil.com
geisenberg@perkinscoie.com
petercheinsr@gmail.com
mmercado@mercado-echegaray-law.com
margaritalmercado@gmail.com
oramos@pmalaw.com
mtrelles@pmalaw.com
lramos@plclawpr.com
bjquintana@quintanapr.com
erovira@polymerpr.com
gpaz@populicom.com
puertoricoteam@primeclerk.com
serviceqa@primeclerk.com
gbrenner@proskauer.com
ckass@proskauer.com
rkim@proskauer.com
mbienenstock@proskauer.com
ppossinger@proskauer.com
ebarak@proskauer.com
sratner@proskauer.com
tmungovan@proskauer.com
bbobroff@proskauer.com
mfirestein@proskauer.com
lrappaport@proskauer.com
cfebus@proskauer.com
kperra@proskauer.com
jerichman@proskauer.com
jalonzo@proskauer.com
JLevitan@proskauer.com
BRosen@proskauer.com
dmunkittrick@proskauer.com
wdalsen@proskauer.com
MHackett@proskauer.com
lstafford@proskauer.com
ppossinger@proskauer.com
sweise@proskauer.com
LRappaport@proskauer.com
mfirestein@proskauer.com

rco@crlawpr.com
rco@crlawpr.com
carlos.iguina@multinationalpr.com
dmolinalaw@gmail.com
davidcarrionb@aol.com
donald.bernstein@davispolk.com
brian.resnick@davispolk.com
angela.libby@davispolk.com
jcdeliz@delizlegal.com
jcdeliz@doingbusinesspr.com
wssbankruptcy@gmail.com
cabruens@debevoise.com
eworenklein@debevoise.com
aceresney@debevoise.com
lzornberg@debevoise.com
allan.brilliant@dechert.com
eric.brunstad@dechert.com
stuart.steinberg@dechert.com
michael.doluisio@dechert.com
rlatorre@delvallegroup.net
hreynolds@delvallegroup.net
afernandez@delgadofernandez.com
delgadomirandalaw@gmail.com
wburgos@justicia.pr.gov
lypagan@trabajo.pr.gov
gramlui@yahoo.com
rcastellanos@devconlaw.com
ventas@deya.com
kbolanos@diazvaz.law
diazsotolaw@gmail.com
corraldieg@gmail.com
mariana.muniz@dlapiper.com
jose.sosa@dlapiper.com
brett.ingerman@US.dlapiper.com
richard.chesley@dlapiper.com
rachel.albanese@dlapiper.com
Donna.Maldonado@popular.com
carloslsuarez@gmail.com
jfnevares-law@microjuris.com
edgardo_barreto@yahoo.com
emunozPSC@gmail.com

prosol@utier.org
prodriguez@prvlaw.com
penagaricanobrownusdc@gmail.com
Javier.Tirado@aafaf.pr.gov
Rocio.Valentin@aafaf.pr.gov
fsilva@claropr.com
susheelkirpalani@quinnemanuel.com
ericwinston@quinnemanuel.com
danielsalinas@quinnemanuel.com
erickay@quinnemanuel.com
johnshaffer@quinnemanuel.com
matthewscheck@quinnemanuel.com
zacharyrussell@quinnemanuel.com
vcandelario@qaclaw.com
damarisqv@bufetequinones.com
rafael.ortiz.mendoza@gmail.com
rtorres@torresrodlaw.com
rgtolaw@gmail.com
rgtolaw@gmail.com
ytoyos@ramostoyoslaw.com
erb@rodriguezbinetlaw.com
dschlecker@reedsmith.com
kgwynne@reedsmith.com
lsizemore@reedsmith.com
jroach@reedsmith.com
vizcarrondo@reichardescalera.com
vizcarrondo@reichardescalera.com
escalera@reichardescalera.com
arizmendis@reichardescalera.com
vizcarrondo@reichardescalera.com
fvander@reichardescalera.com
riverac@reichardescalera.com
cdavila@reichardescalera.com
maria.baco@msn.com
mpico@rexachpico.com
prcr@mcvpr.com
rhoncat@netscape.net
filippetti_r@hotmail.com
castilloricardo977@gmail.com
ortizcolonricardo@gmail.com
rortiz@rloclaw.onmicrosoft.com

dortiz@elpuente.us
elian.escalante@gmail.com
Regan.Michael@epa.gov
wmarcari@ebglaw.com
escanellas@prtc.net
cetj@maaspr.com
agestrella@estrellallc.com
kcsuria@estrellallc.com
fojeda@estrellallc.com
Rafael.Echevarria@evertecinc.com
lpabonroca@microjuris.com
clarisasola@hotmail.com
lpabonroca@microjuris.com
clarisasola@hotmail.com
Rina.Longo@FaegreDrinker.com
pjime@icepr.com
legal.fmpr@gmail.com
beth@feganscott.com
jfeldesman@FTLF.com
fmontanezmiran@yahoo.com
rcamara@ferraiuoli.com
scolon@ferraiuoli.com
cflaw.bk@gmail
n.tactuk@ferrovial.com
figueroaymorgadelaw@yahoo.com
msmall@foley.com
tdolcourt@foley.com
bkfilings@fortuno-law.com
bufetefrgonzalez@gmail.com
gacarlo@carlo-altierilaw.com
gaclegal@gmail.com
gacarlo@carlo-altierilaw.com
juans@prtc.net
ifullana@gaflegal.com
contact@genesissecuritypr.com
jgenovese@gjb-law.com
mguitian@gjb-law.com
jarrastia@gjb-law.com
jlgere@gmail.com
courtneyrcarroll@gierbolinicarroll.com
miguelgierbolini@gierbolinicarroll.com

Dzinman@perkinscoie.com
nrickenbach@rickenbachpr.com
victorriverarios@rcrtrblaw.com
victor.rivera@rcrtrblaw.com
etulla@riveratulla.com
marivera@riveratulla.com
romn1960@gmail.com
estudiolegalrivera2@gmail.com
buzz.rochelle@romclaw.com
kdm@romclaw.com
rosasegui@yahoo.com
mrm@rmlawpr.com
mrm@rmlawpr.com
Driemeier@ropesgray.com
Daniel.Egan@ropesgray.com
gregg.galardi@ropesgray.com
r.miranda@rmirandalex.net
rprats@rpplaw.com
carlos.lugo@saldanalaw.com
hector.saldana@saldanalaw.com
lsaldana@scvrlaw.com
arotger@scvrlaw.com
jsanchez@scvrlaw.com
jsalichs@splawpr.com
avb@sbgblaw.com
avb@sbgblaw.com
jsanabria@sbgblaw.com
jdavila@sbgblaw.com
gviviani@sanpir.com
jreyes@sanpir.com
jsanchez@sanpir.com
alavergne@sanpir.com
santilawoffice@yahoo.com
santosberriosbk@gmail.com
sramirez@sarlaw.com
douglas.mintz@srz.com
peter.amend@srz.com
michael.cook@srz.com
eric.prather@srz.com
thomas.mott@srz.com
Rgf@mcvpr.com

dg@g-glawpr.com
rgv@g-glawpr.com
rgv@g-glawpr.com
crodriguez-vidal@gaclaw.com
scastillo@gaclaw.com
marielopad@gmail.com
Jnieves@gonzalezmunozlaw.com
cbrown@goodwinlaw.com
Huttonj@gtlaw.com
Haynesn@gtlaw.com
fingerk@gtlaw.com
haynesn@gtlaw.com
gramlui@yahoo.com
MARKV@HBSSLAW.com
steve@hbsslaw.com
ygc@rclopr.com
ygc1@prtc.net
handuze@microjuris.com
jmoralesb@microjuris.com
corraldieg@gmail.com
hernandezrodriguezlaw@gmail.com
ehernandez@lawservicespr.com
robin.keller@hoganlovells.com
ronald.silverman@hoganlovells.com
michael.hefter@hoganlovells.com
sara.posner@hoganlovells.com
pieter.vantol@hoganlovells.com
jesus.cuza@hklaw.com
bos-bankruptcy@hklaw.com
mvega@senado.pr.gov
rrich2@huntonak.com
Mimi.M.Wong@irscounsel.treas.gov
Mimi.M.Wong@irscounsel.treas.gov
Thomas.M.Rath@IRSCOUNSEL.TREAS.gov
janebeckerwhitaker@gmail.com
irg@roldanlawpr.com
irm@roldanlawpr.com
glenncarljameslawoffices@gmail.com
mroot@jenner.com
csteege@jenner.com
rgordon@jenner.com

secbankruptcy@sec.gov
NYROBankruptcy@sec.gov
bankruptcynoticeschr@sec.gov
epo@amgprlaw.com
emaldonado@smclawpr.com
acouret@smclawpr.com
adeliz@smclawpr.com
jsantos@smclawpr.com
FSosnick@Shearman.com
LLarose@sheppardmullin.com
NBhatt@sheppardmullin.com
goplerud@sagwlaw.com
howie@sagwlaw.com
jmenen6666@gmail.com
bfriedman@stblaw.com
nbaker@stblaw.com
jyoungwood@stblaw.com
david.elbaum@stblaw.com
MARIAE.HERNANDEZ@prepa.com
MARIAE.HERNANDEZ@prepa.com
carmen.herrero@prepa.com
Paul.lockwood@skadden.com
shana.elberg@skadden.com
bramstrochlic@skadden.com
skyhighelevators@gmail.com
pglassman@sycr.com
cmechling@stroock.com
smillman@stroock.com
kpasquale@stroock.com
cmechling@stroock.com
smillman@stroock.com
khansen@stroock.com
jcanfield@stroock.com
akaplan@susmangodfrey.com
mkelso@susmangodfrey.com
nmanne@susmangodfrey.com
kzuniga@susmangodfrey.com
jlopez@constructorasantiago.com
tanairapadilla@yahoo.com
rebecabarnes@bufetebarnes.com
Saultoledo22@yahoo.com

rlevin@jenner.com
cwedoff@jenner.com
csteege@jenner.com
info@jesusriveradelgado.com
rrivera@jgl.com
apico@jgl.com
rrivera@jgl.com
jlg@joselgarcia.com
brosenblum@jonesday.com
bheifetz@jonesday.com
cdipompeo@jonesday.com
bbennett@jonesday.com
iperez@jonesday.com
jareeder@jonesday.com
tuttieguerrero@yahoo.com
jpsala_pr@yahoo.com
salalawyers@yahoo.com
jorgequintanalajara@gmail.com
barrios.jl@outlook.com
barrios.jl@outlook.com
jwc@jwcartagena.com
riveraroman@hotmail.com
javrua@gmail.com
juan@jahrlaw.com
jsoto@jbsblaw.com
cortequiebra@yahoo.com
ileanaortix@outlook.com
phammer@krcl.com
jesther27@aol.com
santos.giancarlo@gmail.com
dkaron@karonllc.com
amishaan@kasowitz.com
ckelly@kasowitz.com
asteinberg@kslaw.com
sdavidson@kslaw.com
swisotzkey@kmksc.com
rbillings@kmksc.com
aperez@kpmg.com
Lnegron@kpmg.com
acaton@kramerlevin.com
tmayer@kramerlevin.com

luis.bautista@scotiabank.com
Mcantor4@mac.com
rich.katz@torquepointllc.com
rfc@thefinancialattorneys.com
andres@awllaw.com
edgardo@therivera.group
mvega@vega-rivera.com
edgardo@therivera.group
mvega@vega-rivera.com
Mfb@tcmrslaw.com
Lft@tcmrslaw.com
nperez@tcmrslaw.com
jvankirk@tcmrslaw.com
Paula.Flowers@TransCore.com
Beverly.freeney@usbank.com
rebecca.cutri-kohart@usdoj.gov
rebecca.cutri-kohart@usdoj.gov
Thomas.g.ward@usdoj.gov
doman@ubarri-romanlaw.com
unionecfse@yahoo.com
migade19@hotmail.com
jaimeenriquecruzalvarez@gmail.com
christopher.connolly@usdoj.gov
Bradley.Humphreys@usdoj.gov
velez.hector@epa.gov
mark.gallagher@usdoj.gov
matthew.troy@usdoj.gov
stephen.pezzi@usdoj.gov
matthew.troy@usdoj.gov
stephen.pezzi@usdoj.gov
jessica.cole@usdoj.gov
deindprcorresp@mad.uscourts.gov
rtoro@universalpr.com
wardlow.w.benson@usdoj.gov
USTP.Region21@usdoj.gov
hvaldes@v-olaw.com
jeva@valenzuelalaw.net
jose.enrico.valenzuela1@gmail.com
hernandezrodriguez.v@gmail.com
vero@ferraiuoli.pr
hvicente@vclawpr.com

dblabey@kramerlevin.com
dbuckley@kramerlevin.com
nhamerman@kramerlevin.com
abyowitz@kramerlevin.com
ghorowitz@kramerlevin.com
boneill@kramerlevin.com
nlandrau@landraulaw.com
adam.goldberg@lw.com
liza.burton@lw.com
christopher.harris@lw.com
jeff.bjork@lw.com
michael.reiss@lw.com
michael.reiss@lw.com
agraitfe@agraitlawpr.com
acevedovila1@gmail.com
pola@frankpolajr.com
herreroiLLL@herrerolaw.com
janebeckerwhitaker@yahoo.com
craigmcc@me.com
carlosalbertoruizquiebras@gmail.com
norbertocolonalvarado@yahoo.com
fpabon@lvvlaw.com
rrodriguez@juris.inter.edu
suarezcobo@gmail.com
dvelawoffices@gmail.com
abhishek.kalra@lehmanholdings.com
lemuel.law@gmail.com
ivandialo2001@yahoo.com
alinares2020@yahoo.com
loomislegal@gmail.co
alavergne@lsplawpr.com
jsanchez@lsplawpr.com
alavergne@lsplawpr.com
wlugo@lugomender.com
lawlugo1@gmail.com
luisfredsalgado@hotmail.com
vegaramosluis@gmail.com
jorge@mlrelaw.com
emil@mlrelaw.com
rdesoto@mapfrepr.com
mfvelezquiebras@gmail.com

victor@calderon-law.com
jvilarino@vilarinolaw.com
jvilarino@vilarinolaw.com
ramonvinas@vinasllc.com
ramonvinas@vinasllc.com
Rgmason@wlrk.com
Arwolf@wlrk.com
Eakleinhaus@wlrk.com
AKHerring@wlrk.com
kelly.diblasi@weil.com
gabriel.morgan@weil.com
jonathan.polkes@weil.com
gregory.silbert@weil.com
robert.berezin@weil.com
swb@wbmvlaw.com
sawbacal@aol.com
pwm@wbmvlaw.com
prwolverine@gmail.com
jvv@wbmvlaw.com
javier.a.vega@gmail.com
gkurtz@whitecase.com
jcunningham@whitecase.com
brian.pfeiffer@whitecase.com
michele.meises@whitecase.com
jzakia@whitecase.com
jcunningham@whitecase.com
fdelahoz@whitecase.com
csloane@whitecase.com
jgreen@whitecase.com
wilbert_lopez@yahoo.com
william.m.vidal@gmail.com
wssbankruptcy@gmail.com
wssbankruptcy@gmail.com
mstancil@willkie.com
chardman@winston.com
jmotto@winston.com
ldelgado@winston.com
JLawlor@wmd-law.com
jpatton@ycst.com
rbrady@ycst.com
mneiburg@ycst.com

marianifrancolaw@gmail.com
jnegron@mhlex.com
rsantiago@mhlex.com
lmarini@mpmlawpr.com
jcasillas@cstlawpr.com
jnieves@cstlawpr.com
etejeda@cstlawpr.com
ifullana@gaflegal.com
herreroiLLL@herrerolaw.com
john.shaffer@quinnemanuel.com
johnshaffer@quinnemanuel.com

carlos.negron@altolenterprises.com
cl@carloslamoutte.com
zoe@emmanuelli.law
hector@elbufetedelpueblo.com
lllach@cstlawpr.com
erin.brady@hoganlovells.com
puertoricoteam@primeclerk.com
serviceqa@primeclerk.com
jreyes@sanchezlrv.com

**EXHIBIT B**

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|
| Alan Friedman | | 124 Lander Ave. | | Staten Island | NY | 10314 |
| AmeriCorps | Attn: Sonali Nijhawan | 1201 New York Ave., NW | | Washington | DC | 20525 |
| Antilles Power Depot, Inc. | Attn: Raymond Texidor | PO Box 810190 | | Carolina | PR | 00981-0190 |
| Autopistas de PR, LLC | Attn: Xavier Carol | PO Box 29227 | | San Juan | PR | 00929-0227 |
| Autopistas de PR, LLC | Attn: Xavier Carol | Urb. Matienzo Cintron | Calle Montellano 518 | San Juan | PR | 00923 |
| Banco Popular de Puerto Rico, as Trustee | | Popular Fiduciary Services, Popular Center North Building | #209 Munoz Rivera, Ave, 2nd Level | Hato Rey | PR | 00918 |
| Bank of New York Mellon as PRIFA Indenture Trustee Pursuant to the Trust Agreement Dated as of March 1, 2015 | | 225 Fifth Ave, Suite 1200 | | Pittsburgh | PA | 15222 |
| Bufete Emmanuelli, C.S.P. | Attn: Jessica E. Méndez Colberg | 472 Tito Castro Ave | Edificio Marvesa, Suite 106 | Ponce | PR | 00716 |
| Bufete Emmanuelli, C.S.P. | Attn: Jessica E. Méndez Colberg | PO Box 10779 | | Ponce | PR | 00732 |
| Bufete Emmanuelli, C.S.P. | Attn: Jessica E. Méndez | Urb. Constancia | 2803 Calle San Francisco | Ponce | PR | 00717 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Colberg, Esq. | | | | | | |
| Candlewood Investment Group, LP | | 555 Theodore Fremd Avenue, Suite C-303 | | | Rye | NY | 10580 |
| Carlos Alsina Batista Law Offices, PSC | Attn: Carlos C. Alsina Batista | 1519 Ponce De León Ave. | Firstbank Bldng., Suite 513 | | San Juan | PR | 00909 |
| Chambers of Honorable Laura Taylor Swain | Daniel Patrick Moynihan Courthouse | United States District Court | 500 Pearl St., Suite 3212 | | New York | NY | 10007-1312 |
| Cohen, Weiss and Simon LLP | Attn: Hiram M. Arnaud | 900 Third Ave | 21st Floor | | New York | NY | 10022 |
| Cooperativa De A/C Aibonitena | | 100 Calle Jose C. Vazquez | | | Aibonito | PR | 00705 |
| Cooperativa De Ahorro Y Credito De Lares | Attn: Enrique M. Almeida Bernal, Esq. | PO Box 19757 | | | San Juan | PR | 00919 |
| Correction Corporation of America | Attn: President or General Counsel | 10 Burton Hills Boulevard | | | Nashville | TN | 37215 |
| Coto & Associates | Attn: Gladira Robles-Santiago | MCS Plaza, Suite 800 | 255 Ponce de León Ave. | | Hato Rey | PR | 00918 |
| Coto & Associates | Attn: Gladira Robles-Santiago | PO Box 71449 | | | San Juan | PR | 00936-8549 |
| Davidson Kempner Capital Management LP | | 520 Madison Avenue | 30th Floor | | New York | NY | 10022 |

| | | | | | |
|---|---|---|---|---|---|
| Departamento de Justicia de Puerto Rico | | Apartado 9020192 1400 | San Juan | PR | 00902-0192 |
| Department of Defense (DOD) | Attn: Lloyd J. Austin III | Defense Pentagon 1000 | Washington | DC | 20301-1400 |
| Department of Energy (DOE) | Attn: Jennifer M. Granholm | Independence Ave., SW | Washington | DC | 20585 |
| Department of Homeland Security (DHS) | Attn: Alejandro Mayorkas | Secretary of Homeland Security | Washington | DC | 20528-0075 |
| Department of Housing and Urban Development (HUD) | Attn: Marcia L. Fudge | 451 7th Street., SW | Washington | DC | 20410 |
| Department of Human and Health Services | Attn: Xavier Becerra | 200 Independence Ave, SW | Washington | DC | 20201 |
| Department of the Interior (DOI) | Attn: Deb Haaland | 1849 C St., NW | Washington | DC | 20240 |
| Department of Transportation (DOT) | Attn: Pete Buttigieg | 1200 New Jersey Ave., SE | Washington | DC | 20590 |
| Department of Veterans Affairs (VA) | Attn: Denis Richard McDonough | 810 Vermont Ave., NW | Washington | DC | 20420 |
| Estates of Yesmin Galib and Lucas Valdivieso Torruella | Attn: Yesmin Marie Valdivieso Galib; Lucas Valdivieso Galib; Maria Teresa Valdivieso Galib and Maria Cristina | PO Box 7351 | Ponce | PR | 00732-7352 |

- 3 -

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Valdivieso Galib |  |  |  |  |
| Federal Communications Commission (FCC) | Attn: Jessica Rosenworcel | 45 L Street NE | Washington | DC | 20554 |
| Federal Emergency Management Agency (FEMA) | Attn: Deanne Criswell | 500 C St., SW | Washington | DC | 20472 |
| Fir Tree Partners FPA Select Drawdown Fund L.P. |  | 55 West 46th Street, 29th Floor | New York | NY | 10036 |
|  |  | 250 West 55th Street | New York | NY | 10019 |
| Fuentes Law Offices, LLC | Attn: Alexis Fuentes Hernández | PO Box 9022266 | San Juan | PR | 00902-2726 |
| G RG Engineering S E | Attn: President or General Counsel | Urb. Belisa 1515 Calle Bori | San Juan | PR | 00927 |
| Goldentree Asset Management LP |  | 300 Park Avenue, 20th Floor | New York | NY | 10022 |
| Governing Board of the Puerto Rico Electric Power Authority | Ralph A. Kreil-Rivera, President | 1110 Ponce de Leon Ave. | San Juan | PR | 00907 |
| Integrand Assurance Company |  | PO Box 70128 | San Juan | PR | 00936-8128 |
| Isla del Rio Inc. | Attn: President or General Counsel | PO Box 7351 | Ponce | PR | 00732-7352 |
| Ismael Vincenty Perez |  | 350 Via Aventura | Trujillo Alto | PR | 00976 |

- 4 -

| | | | | | | |
|---|---|---|---|---|---|---|
| Jack Katz | | ESJ Towers | 6165 Isla Verde Ave | Carolina | PR | 00979-5729 |
| Jaime B. Fuster Estate, Comprised By Maria J. Zalduondo Viera and Jaime and Maria L. Fuster Zalduondo | | PO Box 363101 | | San Juan | PR | 00936 |
| Jaime Rodríguez Avilés | | 128 Apartamento 201 | Edificio Bernardo Torres, Sector La Trocha | Yauco | PR | 00698 |
| Jones Day | Attn: James M. Gross | 250 Vesey Street | | New York | NY | 10281 |
| Junta de Síndicos del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica | Sistema de Retiro AEE | PO Box 13978 | | San Juan | PR | 00908-3978 |
| Kanoso Auto Sales Inc. | Attn: Jose A. Crespo Gonzalez, President | PO Box 1446 | | San German | PR | 00683 |
| Law Offices of John E. Mudd | Attn: John E. Mudd | PO Box 194134 | | San Juan | PR | 00919 |
| Lcdo Jorge Lucas Valdivieso Torruella | | PO Box 7351 | | Ponce | PR | 00732-7352 |
| Liberty Cablevision of Puerto Rico, LLC | Attn: Alexandra Verdiales | PO Box 192296 | | San Juan | PR | 00919-2296 |
| LUMA Energy ServCo, LLC | Wayne Stensby as Chief Executive Director and President | 644 Fernández Juncos Ave. | Suite 301 | San Juan | PR | 00907 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | Triple S Plaza, 1510 F.D. Roosevelt Ave. | 9th Floor, Suite 9 B1 | Guaynabo | PR | 00968 |
| McNamee Lochner P.C. | Attn: General Counsel | Corporate Woods Blvd | Ste 4 | Albany | NY | 12211-2396 |
| Muniz Burgos Contractors, Corp. | Attn: President or General Counsel | Condominio Parque De Las Fuentes PH204 | 680 Calle Cesar Gonzalez | San Juan | PR | 00918-3912 |
| Oppenheimerfunds Inc. | | 350 Linden Oaks | | Rochester | NY | 14625 |
| Pablo Del Valle Rivera | | PO Box 2319 | | Toa Baja | PR | 00951-2319 |
| Pedro Nicot Santana, Esq. | | PO Box 360486 | | San Juan | PR | 00936-0486 |
| Picó & Blanco, LLC | Attn: Ana M. del Toro Sabater, Esq. | District View Plaza, Penthouse | 644 Fernandez Juncos Avenue | San Juan | PR | 00907 |
| Puerto Rico Electric Power Authority | Attn: Office Of The General Counsel | PO Box 364267 | | San Juan | PR | 00936-4267 |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Omar Marrero-Díaz as Executive Director | Government Center Roberto Sánchez Vilella (Minillas) | De Diego Ave. Stop 22 | San Juan | PR | 00907 |
| Puerto Rico Hospital Supply | | Call Box 158 | | Carolina | PR | 00986-0158 |
| Puerto Rico Industrial Development Company | Attn: Gabriel Maldonado | PO Box 362350 | | San Juan | PR | 00936-2350 |
| Puerto Rico Public Private | Fermín Fontanés-Gómez, as | Government Center Roberto | De Diego Ave. Stop 22 | San Juan | PR | 00907 |

- 6 -

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Partnership Authority | Executive Director | Sánchez Vilella (Minillas) | | | | | |
| Quintero Construction S E | Attn: President or General Counsel | Carr 734 Km 0.5 Bo Arenas | | Cidra | PR | 00739 |
| Reed Smith, LLP | Attn: Claudia Springer | Three Logan Square | 1717 Arch Street, Suite 3100 | Philadelphia | PA | 19103 |
| Reinaldo Vincenty Perez | | 917 Calle Isaura Arnau | | San Juan | PR | 00924 |
| Reliable Equipment Corporation | Attn: Marylin Del Valle, General Manager, Reliable Equipment Corporation | PO Box 2316 | | Toa Baja | PR | 00951-2316 |
| Santander Asset Management, LLC | | GAM Tower, 2nd Floor, 2 Tabonuco Street | | Guaynabo | PR | 06968 |
| Scotiabank de Puerto Rico | | GA 20 Calle Paseo del Parque | Garden Hills Sur | Guaynabo | PR | 00969 |
| Secretary of Justice, Hon. Domingo Emmanuelli-Hernandez | Hon. Pedro R. Pierluisi-Urrutia | Calle Olimpo, Esq. Axtmayer | Pda. 11, Miramar | San Juan | PR | 00907 |
| Sepulvado Maldonado & Couret | Attn: Albéniz Couret Fuentes | 304 Ponce de Leon Ave. | Ste 990 | San Juan | PR | 00918 |
| Small Business Administration (SBA) | Attn: Dilawar Syed | 409 3rd St., SW | | Washington | DC | 20416 |
| SOMOS, Inc. | | 1605 Ponce De Leon Avenue | Suite 300, San | San Juan | PR | 00909 |

| | | | Martin Bldg. | | | |
|---|---|---|---|---|---|---|
| Sucesion Francisco Xavier Gonzalez Goenaga | | PO Box 364643 | | San Juan | PR | 00936 |
| The American Federation of Teachers (AFT) | Attn: Mark Richard | 555 New Jersey Ave., NW | 11th Floor | Washington | DC | 20001 |
| The Commonwealth of Puerto Rico | Office of the Governor | La Fortaleza | 63 Calle Fortaleza | San Juan | PR | 00901 |
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado | | PO Box 70344, CMM33 | | San Juan | PR | 00936-8344 |
| Unitech Engineering | Attn: Ramón Ortiz Carro | Urb Sabanera | 40 Camino de la Cascada | Cidra | PR | 00739 |
| US Army Corps of Engineers | Attn: Scott A. Spellmon | 441 G St., NW | | Washington | DC | 20548 |
| US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney | Torre Chardón, Suite 1201 | 350 Carlos Chardón Street | San Juan | PR | 00918 |
| US Department of Agriculture | Attn: Thomas J. Vilsack | 1400 Independence Ave., SW | | Washington | DC | 20250 |
| US Department of Commerce | Attn: Gina M. Raimondo | 1401 Constitution Ave., NW | | Washington | DC | 20230 |
| US Department of Education (ED) | Attn: Miguel Cardona | 400 Maryland Ave., SW | | Washington | DC | 20202 |
| US Department of Justice (DOJ) | Attn: Merrick Garland | 950 Pennsylvania Ave., NW | | Washington | DC | 20530 |
| US Department of Labor (DOL) | Attn: Martin J. Walsh | 200 Constitution Ave NW | | Washington | DC | 20210 |

| | | | | | |
|---|---|---|---|---|---|
| Vidal, Nieves & Bauzá, LLC | Attn: Roxana Cruz-Rivera, Esq. | B7 Tabonuco Street, Suite 1108 | Guaynabo | PR | 00968 |
| Whitebox Advisors, LLC | Attn: Scott Specken | 3033 Excelsior Blvd., Suite 300 | Minneapolis | MN | 55416 |