# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## <u>CERTIFICATE OF SERVICE</u>

I, Christian Rivera, declare under penalty of perjury that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On June 1, 2022, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **<u>Exhibit A</u>**, to be served via First Class Mail on the ACR CW Notice Parties Service List attached hereto as **<u>Exhibit B</u>**.

On June 1, 2022, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **<u>Exhibit C</u>**, to be served via First Class Mail on the ACR ERS Notice Parties Service List attached hereto as **<u>Exhibit D</u>**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

On June 1, 2022, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **Exhibit E**, to be served via First Class Mail on the ACR HTA Notice Parties Service List attached hereto as **Exhibit F**.

On June 1, 2022, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **Exhibit G**, to be served via First Class Mail on Jose R. Perez Rivera (MMLID: 1874408), PO Box 5000-446, San German, PR 00683.

Dated: June 9, 2022

/s/ *Christian Rivera*
Christian Rivera

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 9, 2022, by Christian Rivera, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 61814

**<u>Exhibit A</u>**



GOVERNMENT OF PUERTO RICO
Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

1 de junio de 2022

Re:    Reclamación Núm.            - REQUIERE RESPUESTA/ FAVOR COMPLETAR
       REQUERIMIENTO DE INFORMACIÓN ADJUNTO

Estimado

Le escribimos respecto a su(s) Evidencia(s) de Reclamación [*Proof(s) of Claim*], la(s) cual(es)
fue(ron) presentada(s) contra **El Estado Libre Asociado de Puerto Rico** y registrada(s) por
Prime Clerk como Evidencia de Reclamación Núm.            (la "Reclamación").

El            , los Deudores transfirieron su Reclamación al Procedimiento de
Reconciliación Administrativa de Reclamaciones ("ACR" por sus siglas en inglés,
o "Procedimiento"). Esto significa que su Reclamación se resolverá utilizando los
procesos administrativos existentes del Estado Libre Asociado de Puerto Rico ("ELA"). En
específico, su Reclamación se resolverá por la Administración de Sistemas de
Retiro ("ASR") utilizando los procesos de revisión de pensión/retiro, según
descrito en la orden autorizando el Procedimiento [Caso Núm. 17-bk-3283, ECF Núm.
12274][1].

Los agentes y representantes de los Deudores revisaron su Reclamación en conjunto
con cualquier documentación suplementaria que usted haya proporcionado. Basado en la
información provista por usted, aparenta que su Reclamación solo afirma su derecho a
recibir pensión, sin más. Es decir, no surge de su Reclamación que usted dispute o esté
impugnando el monto de los pagos de pensión que está recibiendo o que espere recibir en
el futuro, al momento de su jubilación. Usted puede determinar el monto del pago de la
pensión que la ASR actualmente estima que usted estará recibiendo mediante una consulta
de su estado de cuenta de pensión más reciente.

---

[1] Copias de todos los escritos, alegaciones y mociones están disponibles en la página electrónica de Prime
Clerk: https://cases.primeclerk.com/puertorico/.

Los Deudores le envían esta carta para confirmar (1) si usted disputa o no el monto de su pensión; o (2) si usted tiene o no una reclamación independiente contra la ASR que no esté relacionada con su derecho a recibir pensión. Puede confirmar si usted está cuestionando el monto de su pensión o si tiene una reclamación independiente, completando el encasillado intitulado "Respuesta del Reclamante" en el Formulario de Requerimiento de Información adjunto y enviándolo  la dirección que se identifica más abajo.

En el caso de que usted NO esté cuestionando el monto de su pensión y NO tenga una reclamación independiente en contra de la ASR (no relacionada a su derecho de recibir pensión), entonces la ASR considerará su Reclamación resuelta. Esto, no obstante, no deberá interpretarse como una determinación de que usted no tiene derecho a recibir pensión. Sencillamente implica que el tratamiento de su pensión, se determinará por el plan de ajuste que, en su día, el Tribunal confirme. Si el plan de ajuste propuesto tuviera un impacto sobre el monto de su pensión, usted tendrá la oportunidad de participar en el proceso del plan de ajuste.

En el caso de que usted sí dispute el monto del pago de su pensión, o si tenga una reclamación independiente contra la ASR (que no esté relacionada a su derecho a recibir pensión), favor de seguir las instrucciones en el Formulario de Requerimiento de Información adjunto, y aneje toda y cualquier documentación disponible en apoyo de lo que usted entiende es el monto correcto de su pensión o de su reclamación.

**Favor de responder a esa carta en o antes de 1 de julio de 2022 enviando el Formulario de Requerimiento de Información adjunto completado,  en conjunto con la información y documentación requerida.**

Favor de enviar el formulario completado y los documentos en apoyo por correo electrónico a PRACRprocess@ra.kroll.com, o por correo, entrega personal, o correo urgente  a la siguiente dirección:

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Favor de acompañar a su respuesta toda y cualquier documentación disponible a usted que sustente lo que usted entiende es el monto correcto de su pensión o que apoye la reclamación independiente que tenga contra la ASR.

Para mayor información sobre el Procedimiento, los procesos de pensión/retiro, o si usted tiene cualesquiera otras preguntas sobre los casos bajo el Título III, puede contactar Kroll Restructuring Administration LLC al (844) 822-9231 (sin cargos en Estados Unidos de América y Puerto Rico) o al (646) 486-7944 (para llamada internanciones), durante el siguiente horario: 10:00 a.m. a 7:00 p.m. (Atlantic Standard Time) (Disponible en español).



GOVERNMENT OF PUERTO RICO

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

June 1, 2022

**Re: Claim No.                    - RESPONSE REQUIRED**
**COMPLETE ATTACHED INFORMATION REQUEST**

Dear

We write with respect to your proof(s) of claim, which was filed on                    against **the
Commonwealth of Puerto Rico** and logged by Prime Clerk as Proof of Claim No.
(the "Claim").

On                    , the Debtors transferred your Claim into the
Administrative Claims Reconciliation ("ACR") process. This means that your
Claim will be resolved using the Commonwealth's existing administrative
processes. Specifically, your claim will be resolved by ERS using the Pension/Retiree
Procedures, as described in the order authorizing the ACR process [Case No. 17-
bk-3283, ECF No. 12274][1].

The Debtors' agents have reviewed your Claim and any supporting documentation that you
have provided.  Based on the information you have provided, it appears that your Claim
is only asserting your right to receive your pension and nothing else.  It does not appear that
you dispute the amount of the pension payments you are receiving or can expect to
receive upon your retirement.   You can determine the pension payment amount
ERS presently expects you will receive by consulting your most recent pension benefit
statement.

The Debtors are sending this letter to confirm whether or not you dispute the amount of
your pension or whether you have any independent claim against ERS unrelated to
your right to pension benefits.  Please confirm whether or not you dispute the amount of
your pension or have an independent claim unrelated to your pension benefits by
completing the box marked

---

[1] Copies of all pleadings are available on Prime Clerk's website,

https://cases.primeclerk.com/puertorico/.

"Claimant Response" on the attached information request form and returning the form to the address listed below.

If you DO NOT dispute the amount of your pension payment or do not have an independent claim against ERS, then there is no further action for ERS to take, and ERS will consider your Claim resolved. This, however, shall not be interpreted as a determination that you do not have a right to receive pension. This simply implies that treatment of your pension will be determined by the plan of adjustment.  If the plan of adjustment will impact the amount of your pension, you will have an opportunity to participate in the plan of adjustment process.

If you do dispute the amount of your pension payment or if you do have an independent claim against ERS unrelated to your pension benefits, please follow the instructions on the attached information request form, and attach any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

**Please respond to this letter on or before July 1, 2022 by returning the enclosed information request form with the requested information and documentation.**

Please send the completed form and any supporting documents via email to PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to the following address:

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Please enclose with your response any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

For more information about the ACR process, the Pension/Retiree Procedures, or if you have any other questions regarding the Title III cases, you may contact Kroll Restructuring Administration LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

*Evidencia de Reclamación:*
*Reclamante:*

**FORMULARIO DE REQUERIMIENTO DE INFORMACIÓN**

Favor de confirmar si usted disputa o no el monto de su pago de pensión completando el encasillado intitulado "Respuesta del Reclamante" a continuación y siguiente las instrucciones establecidas en el mismo. Envíe este formulario completado y cualquier documentación suplementaria que sustente el monto de su pensión o su reclamación independiente por correo por correo electrónico a PRACRprocess@ra.kroll.com, o por correo, entrega personal, o correo urgente a la siguiente dirección: Commonwealth of Puerto Rico ACR Processing Center, c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO** _____

_____ Yo/nosotros NO disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm. _____ NI tenemos reclamación independiente contra la ASR, no relacionada con mi/nuestro derecho a recibir pensión. Yo/nosotros entendemos que no hay acción ulterior a ser tomada por la ASR, y que la ASR considerará mi/nuestra reclamación resuelta.

**O**

_____ Yo/nosotros SI disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm. _____ o SI tenemos reclamación independiente contra la ASR porque (provea todo el detalle que sea necesario. Acompañe páginas adicionales si necesario e incluya la documentación suplementaria en apoyo):

_____
_____
_____


**Nombre del Reclamante:**_____

**Firma del Reclamante:**_____

**Fecha:**_____

*Proof of Claim:*
*Claimant:*

## INFORMATION REQUEST FORM

Please confirm whether or not you dispute the amount of your pension payment by completing the "Claimant Response" box below and following the instructions laid out in the box.  Please return this form and any additional documentation via email to: PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to: Commonwealth of Puerto Rico ACR Processing Center, c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO** _____

_____  I/we DO NOT dispute the amount of my/our pension that I claimed in Proof of Claim No.            and DO NOT have an independent claim against ERS unrelated to my/our pension benefits.  I/we understand that there is no further action for ERS to take, and that ERS will consider my claim resolved.

**OR**

**_____**  I/we DO dispute the amount of my/our pension that I claimed in Proof of Claim . No.            or DO have an independent claim against ERS unrelated to my/our pension benefits because (provide as much detail as needed. Attach additional pages if necessary, and include any and all supporting documentation.):

_____
_____
_____

**Claimant Name:**_____

**Claimant Signature:**_____

**Date:**_____

---

**<u>Exhibit B</u>**

Exhibit B

ACR CW Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 1865774 | Alicea Figueroa, Luz Minerva | Bo: Cacao Bajo HC 63 Buzon 3165 | | Patillas | PR | 00723 |
| 2149751 | Arocho Rosado, Guillermo | HC 07 Box 76784 | | San Sebastian | PR | 00685 |
| 1640564 | Barron Ruiz, Ilysette | colinas de cupey calle 2 b-17 | | San Juan | PR | 00926 |
| 2150078 | Carril Perez, Eduardo | H-C-6 Box 17409 | | San Sebastian | PR | 00685 |
| 2150039 | Carrillo Torres, Angel Manuel | HC4-Box 44181 | | Lares | PR | 00669 |
| 83145 | CASTRO ANAYA, DAVID J. | CALLE 5, I #9 | JARDINES DE CAPARRA | BAYAMON | PR | 00959 |
| 2145018 | Cintron Sanchez, Alfredo | Barrio Guayabal Sector Cuevas HC-01 Box 4665 | | Juana Diaz | PR | 00795 |
| 1168759 | CORNIER MERCADO, ANNA | PMB 299 | PO BOX 201000 | CANOVANAS | PR | 00729 |
| 136988 | DIAZ CORDERO, MARIA I | G1 PARQUE DEL CISNE | URB. BAIROA PARK | CAGUAS | PR | 00727-1210 |
| 1594858 | Diaz Talavera, Esther M. | HC 06 Box 66187 | | Aguadilla | PR | 00603 |
| 2036186 | Maldonado Hernandez, Hemberto | HC-01 Box 3123 | | Adjuntas | PR | 00601 |
| 2148880 | Mendez Muniz, Ramon | HC-6 Buzon 13048 | | San Sebastian | PR | 00685 |
| 2149395 | Mendez Zayas, Luis A | Jarda Sto. Domingo | E-18 Calle 4 | Juana Diaz | PR | 00795 |
| 2148222 | Montalvo Pitre, Edwin | HC-05 Box 54824 | Bo Pozas | San Sebastian | PR | 00685 |
| 2148926 | Montalvo Pitre, Miguel Angel | HC-05 Box 54830 | | San Sebastian | PR | 00685 |
| 2148570 | Muniz Batista, Angel A | HC-2 Box 25521 | | San Sebastian | PR | 00685 |
| 2150329 | Nieves Morales, Angel Enrique | HC-6 Buzon 12923 | | San Sebastian | PR | 00685 |
| 2147576 | Oquendo Acevedo, Isaac | HC7 Box 75002 | | San Sebastian | PR | 00685 |
| 2159181 | Ortiz Borrero, Miguel | HC 05 Buzon 51850 | | San Sebastian | PR | 00685 |
| 2145202 | Ortiz Cartagena, Luis | HC-01 Box 4254 | | Salinas | PR | 00751 |
| 2149774 | Padilla Rivera, Hector M | Calle 1 #9 Bda Monserrate | | Santa Isabel | PR | 00757 |
| 2146297 | Padilla Santiago, Jose A | Bo Coco Nuevo Luis Llorres Torres 284 | | Salinas | PR | 00751 |
| 2150199 | Perez Maestre, Juan | HC 6 Box 17679 | | San Sebastian | PR | 00685 |

Exhibit B

ACR CW Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 2148777 | Perez Maestre, Ramon | Urb Villa Rita Calle 3 G8 | | San Sebastian | PR | 00685 |
| 2149721 | Perez Maestre, Virginia | Urb. San Cristobal B-4 | | Aguada | PR | 00602 |
| 2149721 | Perez Maestre, Virginia | HC-7 Box 7001 | | San Sebastian | PR | 00685 |
| 2148304 | Perez Rosado, Edwin | HC7-76341 | | San Sebastian | PR | 00685 |
| 2148434 | Perez Vargas, Edwin | HC7-Box 76341 | | San Sebastian | PR | 00685 |
| 2150238 | Reyes Ruiz, Ramon | #347 Calle Betances Bo Coki | | Aguirre | PR | 00704 |
| 2140773 | Rivera Lugo, Ramon L. | Apt. 800 346 | | Coto Laurel | PR | 00780 |
| 2247859 | Rivera Rivera, Pedro E | HC 73 Box 5899 | | Cayey | PR | 00736 |
| 2149673 | Rodriguez Cardona, Calixto | HC3 Box 33345 | | San Sebastian | PR | 00685 |
| 2155837 | Santiago Cotto, Elba I. | HC7 Box 5245 | | Juana Diaz | PR | 00795 |
| 2149051 | Serrano Jimenez, Jesus | HC 2 Box 25530 | | San Sebastian | PR | 00685 |
| 2149051 | Serrano Jimenez, Jesus | HC1 Box 10141 | | San Sebastian | PR | 00685 |
| 2141524 | Sosa Ortiz, Edelmira | 287 Calle Pabona | | Coto Laurel | PR | 00780 |
| 2147700 | Torres Torres, Pedro Antonio | Bo, Saltos II, 200 Acapito | Rosado Apt. 2307 | Sabastian | PR | 00685 |
| 2148061 | Valentin Serrano, Angel Luis | PO Box 3219 | | San Sebastian | PR | 00685 |
| 2149380 | Vargas Perez, Wilfredo | HC4 Box 45439 | | San Sebastian | PR | 00685 |
| 2149544 | Vargas Vazquez, Aneelmo | HC 7 Box 71465 | | San Sebastian | PR | 00685 |
| 2148069 | Velez Arroyo, Wilfredo | HC-08 Box 87102 | | San Sebastian | PR | 00685 |
| 1934580 | Velez Reyes, Damanz | PO Box 15 | | Camuy | PR | 00627 |

**<u>Exhibit C</u>**



GOVERNMENT OF PUERTO RICO

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

1 de junio de 2022

**Re:    Reclamación Núm.            - REQUIERE RESPUESTA/ FAVOR COMPLETAR
            REQUERIMIENTO DE INFORMACIÓN ADJUNTO**

Estimado

Le escribimos respecto a su(s) Evidencia(s) de Reclamación [*Proof(s) of Claim*], la(s) cual(es)
fue(ron) presentada(s) contra **El Sistema de Retiro de Los Empleados** y registrada(s) por Prime
Clerk como Evidencia de Reclamación Núm.            (la "Reclamación").

El            , los Deudores transfirieron su Reclamación al Procedimiento de
Reconciliación Administrativa de Reclamaciones ("ACR" por sus siglas en inglés,
o "Procedimiento"). Esto significa que su Reclamación se resolverá utilizando los
procesos administrativos existentes del Estado Libre Asociado de Puerto Rico ("ELA"). En
específico, su Reclamación se resolverá por la Administración de Sistemas de
Retiro ("ASR") utilizando los procesos de revisión de pensión/retiro, según
descrito en la orden autorizando el Procedimiento [Caso Núm. 17-bk-3283, ECF Núm.
12274][1].

Los agentes y representantes de los Deudores revisaron su Reclamación en conjunto
con cualquier documentación suplementaria que usted haya proporcionado. Basado en la
información provista por usted, aparenta que su Reclamación solo afirma su derecho a
recibir pensión, sin más. Es decir, no surge de su Reclamación que usted dispute o esté
impugnando el monto de los pagos de pensión que está recibiendo o que espere recibir en
el futuro, al momento de su jubilación. Usted puede determinar el monto del pago de la
pensión que la ASR actualmente estima que usted estará recibiendo mediante una consulta
de su estado de cuenta de pensión más reciente.

---

[1] Copias de todos los escritos, alegaciones y mociones están disponibles en la página electrónica de Prime
Clerk: https://cases.primeclerk.com/puertorico/.

Los Deudores le envían esta carta para confirmar (1) si usted disputa o no el monto de su pensión; o (2) si usted tiene o no una reclamación independiente contra la ASR que no esté relacionada con su derecho a recibir pensión. Puede confirmar si usted está cuestionando el monto de su pensión o si tiene una reclamación independiente, completando el encasillado intitulado "Respuesta del Reclamante" en el Formulario de Requerimiento de Información adjunto y enviándolo  la dirección que se identifica más abajo.

En el caso de que usted NO esté cuestionando el monto de su pensión y NO tenga una reclamación independiente en contra de la ASR (no relacionada a su derecho de recibir pensión), entonces la ASR considerará su Reclamación resuelta. Esto, no obstante, no deberá interpretarse como una determinación de que usted no tiene derecho a recibir pensión. Sencillamente implica que el tratamiento de su pensión, se determinará por el plan de ajuste que, en su día, el Tribunal confirme. Si el plan de ajuste propuesto tuviera un impacto sobre el monto de su pensión, usted tendrá la oportunidad de participar en el proceso del plan de ajuste.

En el caso de que usted sí dispute el monto del pago de su pensión, o si tenga una reclamación independiente contra la ASR (que no esté relacionada a su derecho a recibir pensión), favor de seguir las instrucciones en el Formulario de Requerimiento de Información adjunto, y aneje toda y cualquier documentación disponible en apoyo de lo que usted entiende es el monto correcto de su pensión o de su reclamación.

**Favor de responder a esa carta en o antes de 1 de julio de 2022 enviando el Formulario de Requerimiento de Información adjunto completado, en conjunto con la información y documentación requerida.**

Favor de enviar el formulario completado y los documentos en apoyo por correo electrónico a  PRACRprocess@ra.kroll.com,, o por correo, entrega personal, o correo urgente  a la siguiente dirección:

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Favor de acompañar a su respuesta toda y cualquier documentación disponible a usted que sustente lo que usted entiende es el monto correcto de su pensión o que apoye la reclamación independiente que tenga contra la ASR.

Para mayor información sobre el Procedimiento, los procesos de pensión/retiro, o si usted tiene cualesquiera otras preguntas sobre los casos bajo el Título III, puede contactar Kroll Restructuring Administration LLC al (844) 822-9231 (sin cargos en Estados Unidos de América y Puerto Rico) o al (646) 486-7944 (para llamada internanciones), durante el siguiente horario: 10:00 a.m. a 7:00 p.m. (Atlantic Standard Time) (Disponible en español).



**GOVERNMENT OF PUERTO RICO**

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

June 1, 2022

<u>**Re: Claim No.              - RESPONSE REQUIRED**</u>
            <u>**COMPLETE ATTACHED INFORMATION REQUEST**</u>

Dear

We write with respect to your proof(s) of claim, which was filed on                against
**The Employees Retirement System** and logged by Prime Clerk as Proof of Claim No.
the "Claim").

On                ,   the   Debtors   transferred   your   Claim   into   the
Administrative Claims Reconciliation ("ACR") process.   This means that your Claim
will   be   resolved   using   the   Commonwealth's   existing   administrative   processes.
Specifically, your claim will be resolved by ERS using the Pension/Retiree Procedures,
as  described  in  the  order  authorizing  the  ACR  process  [Case No. 17-bk-3283, ECF No.
12274][1].

The Debtors' agents have reviewed your Claim and any supporting documentation that
you have provided.   Based on the information you have provided, it appears that your
Claim is only asserting your right to receive your pension and nothing else.   It does not
appear that you dispute the amount of the pension payments you are receiving or
can  expect  to  receive  upon  your  retirement.    You  can  determine  the  pension
payment  amount  ERS presently expects you will receive by consulting your most recent
pension benefit statement.

The Debtors are sending this letter to confirm whether or not you dispute the amount
of your pension or whether you have any independent claim against ERS unrelated to
your right to pension benefits.   Please confirm whether or not you dispute the amount of
your   pension   or   have   an   independent   claim   unrelated   to   your   pension   benefits   by
completing the box marked

---

[1] Copies of all pleadings are available on Prime Clerk's website,

https://cases.primeclerk.com/puertorico/.

"Claimant Response" on the attached information request form and returning the form to the address listed below.

If you DO NOT dispute the amount of your pension payment or do not have an independent claim against ERS, then there is no further action for ERS to take, and ERS will consider your Claim resolved. This, however, shall not be interpreted as a determination that you do not have a right to receive pension. This simply implies that treatment of your pension will be determined by the plan of adjustment.  If the plan of adjustment will impact the amount of your pension, you will have an opportunity to participate in the plan of adjustment process.

If you do dispute the amount of your pension payment or if you do have an independent claim against ERS unrelated to your pension benefits, please follow the instructions on the attached information request form, and attach any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

**Please respond to this letter on or before July 1, 2022 by returning the enclosed information request form with the requested information and documentation.**

Please send the completed form and any supporting documents via email to PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to the following address:

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Please enclose with your response any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

For more information about the ACR process, the Pension/Retiree Procedures, or if you have any other questions regarding the Title III cases, you may contact Kroll Restructuring Administration LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

*Evidencia de Reclamación:*
*Reclamante:*

## FORMULARIO DE REQUERIMIENTO DE INFORMACIÓN

Favor de confirmar si usted disputa o no el monto de su pago de pensión completando el encasillado intitulado "Respuesta del Reclamante" a continuación y siguiente las instrucciones establecidas en el mismo. Envíe este formulario completado y cualquier documentación suplementaria que sustente el monto de su pensión o su reclamación independiente por correo por correo electrónico a PRACRprocess@ra.kroll.com, o por correo, entrega personal, o correo urgente a la siguiente dirección: Commonwealth of Puerto Rico ACR Processing Center, c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO** _____

_____ Yo/nosotros NO disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm. _____ NI tenemos reclamación independiente contra la ASR, no relacionada con mi/nuestro derecho a recibir pensión. Yo/nosotros entendemos que no hay acción ulterior a ser tomada por la ASR, y que la ASR considerará mi/nuestra reclamación resuelta.

**O**

_____ Yo/nosotros SI disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm. _____ o SI tenemos reclamación independiente contra la ASR porque (provea todo el detalle que sea necesario. Acompañe páginas adicionales si necesario e incluya la documentación suplementaria en apoyo):

_____
_____
_____


**Nombre del Reclamante:**_____

**Firma del Reclamante:**_____

**Fecha:**_____

---

*Proof of Claim:*
*Claimant:*

## INFORMATION REQUEST FORM

Please confirm whether or not you dispute the amount of your pension payment by completing the "Claimant Response" box below and following the instructions laid out in the box.  Please return this form and any additional documentation via email to: PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to: Commonwealth of Puerto Rico ACR Processing Center, c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO** _____

_____   I/we DO NOT dispute the amount of my/our pension that I claimed in Proof of Claim No. _____ and DO NOT have an independent claim against ERS unrelated to my/our pension benefits.  I/we understand that there is no further action for ERS to take, and that ERS will consider my claim resolved.

**OR**

**_____**   I/we DO dispute the amount of my/our pension that I claimed in Proof of Claim . No. _____ or DO have an independent claim against ERS unrelated to my/our pension benefits because (provide as much detail as needed. Attach additional pages if necessary, and include any and all supporting documentation.):

_____
_____
_____


**Claimant Name:**_____

**Claimant Signature:**_____

**Date:**_____

---

**<u>Exhibit D</u>**

Exhibit D

ACR ERS Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 38803 | AVILES MOJICA, ISABEL | COOP. JARDINES DE SAN IGNACIO | APT.1414-A | SAN JUAN | PR | 00927 |
| 1107647 | CINTRON VELEZ, ZARELDA M | URB LAS AMERICAS | 973 TEGUCIGALPA ST. | SAN JUAN | PR | 00921 |
| 2234770 | Cruz Vargas, Marilyn | Urb. Valle Verde III Norte | DF-17 Calle Planicies | Bayamon | PR | 00961 |
| 1689606 | de los A. Garcia Cotto, Maria | 815 Calle Ana Otero Apto. 35 | Res. E. Ramos Antonini Edfi. 4 | San Juan | PR | 00924-2147 |
| 1923944 | Gonzalez Mesonero, Mildred | 41 Calle Bolivia Las Americas | | Aguadilla | PR | 00603 |
| 1586088 | LOZADA SALGADO, JOSE F | PO Box 394 | | Mercedita | PR | 00715 |
| 1586088 | LOZADA SALGADO, JOSE F | XX 12 CALLE 17 | ALTA VISTA | PONCE | PR | 00716 |
| 1449688 | Molano Borras, Manuel | Urb. Cupey Gardens | 0-15, Calle 12 | San Juan | PR | 00926 |
| 401880 | PEREZ ESCALERA, WANDA IVETTE | PO BOX 7547 | | CAROLINA | PR | 00986 |
| 1872086 | RIVERA OYOLA, LUZ E. | HC-3 BOX 10980 | | GURABO | PR | 00778 |
| 1478273 | RIVERA PONCE DE LEON, SANDRA E | HC 3 BOX 12465 | | CAROLINA | PR | 00987 |
| 1585522 | Rodriguez Gaztambide, Maria E | 82 Junior Terrace | | San Francisco | CA | 94112 |
| 1585522 | Rodriguez Gaztambide, Maria E | 5 Windflower Way | | Williamstown | MA | 01267 |
| 1991321 | RODRIGUEZ MARTINEZ, LUIS E | CALLE #3 PARCELAS HATILLO #200 | | VILLALBA | PR | 00766 |
| 1991321 | RODRIGUEZ MARTINEZ, LUIS E | HC 02 BOX 4339 | | VILLALBA | PR | 00766 |
| 2142920 | Sanchez Ortiz, Johnny | 1502 - Mott Ave Apt. A-1H | | Far Rockaway | NY | 11691 |
| 2106159 | Segarra Rivera, Ivelisses | HC04 Box 43926 | | Lares | PR | 00669 |

**Exhibit E**



**GOVERNMENT OF PUERTO RICO**

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

1 de junio de 2022

**Re:    Reclamación Núm.            - REQUIERE RESPUESTA/ FAVOR COMPLETAR
        REQUERIMIENTO DE INFORMACIÓN ADJUNTO**

Estimado

Le escribimos respecto a su(s) Evidencia(s) de Reclamación [*Proof(s) of Claim*], la(s)
cual(es) fue(ron) presentada(s) contra **la Autoridad de Carreteras y Transportación de Puerto
Rico** y registrada(s) por Prime Clerk como Evidencia de Reclamación Núm.           (la
"Reclamación").

El            , los Deudores transfirieron su Reclamación al Procedimiento de
Reconciliación Administrativa de Reclamaciones ("ACR" por sus siglas en inglés,
o "Procedimiento"). Esto significa que su Reclamación se resolverá utilizando los
procesos administrativos existentes del Estado Libre Asociado de Puerto Rico ("ELA"). En
específico, su Reclamación se resolverá por la Administración de Sistemas de
Retiro ("ASR") utilizando los procesos de revisión de pensión/retiro, según
descrito en la orden autorizando el Procedimiento [Caso Núm. 17-bk-3283, ECF Núm.
12274][1].

Los agentes y representantes de los Deudores revisaron su Reclamación en conjunto
con cualquier documentación suplementaria que usted haya proporcionado. Basado en la
información provista por usted, aparenta que su Reclamación solo afirma su derecho a
recibir pensión, sin más. Es decir, no surge de su Reclamación que usted dispute o esté
impugnando el monto de los pagos de pensión que está recibiendo o que espere recibir en
el futuro, al momento de su jubilación. Usted puede determinar el monto del pago de la
pensión que la ASR actualmente estima que usted estará recibiendo mediante una consulta
de su estado de cuenta de pensión más reciente.

---

[1] Copias de todos los escritos, alegaciones y mociones están disponibles en la página electrónica de Prime
Clerk: https://cases.primeclerk.com/puertorico/.

Los Deudores le envían esta carta para confirmar (1) si usted disputa o no el monto de su pensión; o (2) si usted tiene o no una reclamación independiente contra la ASR que no esté relacionada con su derecho a recibir pensión. Puede confirmar si usted está cuestionando el monto de su pensión o si tiene una reclamación independiente, completando el encasillado intitulado "Respuesta del Reclamante" en el Formulario de Requerimiento de Información adjunto y enviándolo  a  la dirección que se identifica más abajo.

En el caso de que usted NO esté cuestionando el monto de su pensión y NO tenga una reclamación independiente en contra de la ASR (no relacionada a su derecho de recibir pensión), entonces la ASR considerará su Reclamación resuelta. Esto, no obstante, no deberá interpretarse como una determinación de que usted no tiene derecho a recibir pensión. Sencillamente implica  que  el tratamiento de su pensión, se determinará por el plan de ajuste que, en su día, el Tribunal confirme. Si el plan de ajuste propuesto tuviera un impacto sobre el monto de su pensión, usted tendrá la oportunidad de participar en el proceso del plan de ajuste.

En el caso de que usted sí dispute el monto del pago de su pensión, o si tenga una reclamación independiente contra la ASR (que no esté relacionada a su derecho a recibir pensión), favor de seguir las instrucciones en el Formulario de Requerimiento de Información adjunto, y aneje toda y cualquier documentación disponible en apoyo de lo que usted entiende es el monto correcto de su pensión o de su reclamación.

**Favor de responder a esa carta en o antes de 1 de julio de 2022 enviando el Formulario de Requerimiento de Información adjunto completado, en conjunto con la información y documentación requerida.**

Favor de enviar el formulario completado y los documentos en apoyo por correo electrónico a PRACRprocess@ra.kroll.com, o por correo, entrega personal, o correo urgente a la siguiente dirección:

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Favor de acompañar a su respuesta toda y cualquier documentación disponible a usted que sustente lo que usted entiende es el monto correcto de su pensión o que apoye la reclamación independiente que tenga contra la ASR.

Para mayor información sobre el Procedimiento, los procesos de pensión/retiro, o si usted tiene cualesquiera otras preguntas sobre los casos bajo el Título III, puede contactar Kroll Restructuring Administration LLC al (844) 822-9231 (sin cargos en Estados Unidos de América y Puerto Rico) o al (646) 486-7944 (para llamada internanciones), durante el siguiente horario: 10:00 a.m. a 7:00 p.m. (Atlantic Standard Time) (Disponible en español).



**GOVERNMENT OF PUERTO RICO**

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

June 1, 2022

<u>Re: Claim No.</u>                  <u>- RESPONSE REQUIRED</u>
               <u>COMPLETE ATTACHED INFORMATION REQUEST</u>

Dear

We write with respect to your proof(s) of claim, which was filed on                against the **Puerto Rico Highways and Transportation Authority** and logged by Prime Clerk as Proof of Claim No.        (the "Claim").

On            ,  the  Debtors  transferred  your  Claim  into  the Administrative Claims Reconciliation ("ACR") process.  This means that your Claim will  be  resolved  using  the  Commonwealth's  existing  administrative  processes. Specifically, your claim will be resolved by ERS using the Pension/Retiree Procedures, as  described  in  the  order  authorizing  the  ACR  process  [Case No. 17-bk-3283, ECF No. 12274][1].

The Debtors' agents have reviewed your Claim and any supporting documentation that you have provided.  Based on the information you have provided, it appears that your Claim is only asserting your right to receive your pension and nothing else.  It does not appear that you dispute the amount of the pension payments you are receiving or can  expect  to  receive  upon  your  retirement.    You  can  determine  the  pension payment  amount  ERS presently expects you will receive by consulting your most recent pension benefit statement.

The Debtors are sending this letter to confirm whether or not you dispute the amount of your pension or whether you have any independent claim against ERS unrelated to your right  to pension benefits.  Please confirm whether or not you dispute the amount of your  pension  or  have  an  independent  claim  unrelated  to  your  pension  benefits  by completing the box marked

---

[1] Copies of all pleadings are available on Prime Clerk's website,

https://cases.primeclerk.com/puertorico/.

"Claimant Response" on the attached information request form and returning the form to the address listed below.

If you DO NOT dispute the amount of your pension payment or do not have an independent claim against ERS, then there is no further action for ERS to take, and ERS will consider your Claim resolved. This, however, shall not be interpreted as a determination that you do not have a right to receive pension. This simply implies that treatment of your pension will be determined by the plan of adjustment.  If the plan of adjustment will impact the amount of your pension, you will have an opportunity to participate in the plan of adjustment process.

If you do dispute the amount of your pension payment or if you do have an independent claim against ERS unrelated to your pension benefits, please follow the instructions on the attached information request form, and attach any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

**Please respond to this letter on or before July 1, 2022 by returning the enclosed information request form with the requested information and documentation.**

Please send the completed form and any supporting documents via email to PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to the following address:

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Please enclose with your response any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

For more information about the ACR process, the Pension/Retiree Procedures, or if you have any other questions regarding the Title III cases, you may contact Kroll Restructuring Administration LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

*Evidencia de Reclamación:*
*Reclamante:*

### FORMULARIO DE REQUERIMIENTO DE INFORMACIÓN

Favor de confirmar si usted disputa o no el monto de su pago de pensión completando el encasillado intitulado "Respuesta del Reclamante" a continuación y siguiente las instrucciones establecidas en el mismo. Envíe este formulario completado y cualquier documentación suplementaria que sustente el monto de su pensión o su reclamación independiente por correo por correo electrónico a PRACRprocess@ra.kroll.com, o por correo, entrega personal, o correo urgente a la siguiente dirección: Commonwealth of Puerto Rico ACR Processing Center, c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO_____**

\_\_\_\_\_ Yo/nosotros NO disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm._____ NI tenemos reclamación independiente contra la ASR, no relacionada con mi/nuestro derecho a recibir pensión. Yo/nosotros entendemos que no hay acción ulterior a ser tomada por la ASR, y que la ASR considerará mi/nuestra reclamación resuelta.

**O**

\_\_\_\_\_ Yo/nosotros SI disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm._____ o SI tenemos reclamación independiente contra la ASR porque (provea todo el detalle que sea necesario. Acompañe páginas adicionales si necesario e incluya la documentación suplementaria en apoyo):

_____

_____

_____

**Nombre del Reclamante:**_____

**Firma del Reclamante:**_____

**Fecha:**_____

*Proof of Claim:*
*Claimant:*

## INFORMATION REQUEST FORM

Please confirm whether or not you dispute the amount of your pension payment by completing the "Claimant Response" box below and following the instructions laid out in the box.  Please return this form and any additional documentation via email to: PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to: Commonwealth of Puerto Rico ACR Processing Center, c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO_____**

_____  I/we DO NOT dispute the amount of my/our pension that I claimed in Proof of Claim No.            and DO NOT have an independent claim against ERS unrelated to my/our pension benefits.  I/we understand that there is no further action for ERS to take, and that ERS will consider my claim resolved.

**OR**

_____  I/we DO dispute the amount of my/our pension that I claimed in Proof of Claim . No.            or DO have an independent claim against ERS unrelated to my/our pension benefits because (provide as much detail as needed. Attach additional pages if necessary, and include any and all supporting documentation.):

_____

_____

_____


**Claimant Name:**_____

**Claimant Signature:**_____

**Date:**_____

---

**<u>Exhibit F</u>**

Exhibit F

ACR HTA Notice Parties Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 2156024 | Rosario Figueroa, Blanca E. | P.O. Box 1342 | | Orocovis | PR | 00720 |
| 1486805 | Sánchez Cruz, Evelio | Urb. Santa Elena | Calle 10, E-19 | Bayamon | PR | 00957 |

**Exhibit G**

**Responda a esta carta el 21 de junio de 2022 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Tenga en cuenta que solo necesita devolver **un formulario,** ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Kroll Restructuring Administration LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRACRprocess@ra.kroll.com.**

**Please respond to this letter on or before June 21, 2022 by returning the enclosed questionnaire with the requested information and documentation**.

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Kroll Restructuring Administration LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRACRprocess@ra.kroll.com.**

GOBIERNO DE PUERTO RICO
AUTORIDAD DE ASESORÍA FINANCIERA Y AGENCIA FISCAL DE PUERTO RICO

1 de junio de 2022

**Re:    Reclamación Núm.           - <u>REQUIERE RESPUESTA</u>**

Estimado

Reciba un cordial saludo de parte de la Autoridad de Asesoría Financiera y Agencia Fiscal ("AAFAF"). En virtud de la Ley Núm. 2-2017, la AAFAF representa al Gobierno de Puerto Rico ante el Tribunal del Título III de PROMESA[1] ("Tribunal de Título III"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia ("Reclamación") ante el Tribunal de Título III.

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que la entidad gubernamental para la cual trabaja(ó) pueda atender adecuadamente su Reclamación.

En consecuencia, se le solicita que someta una comunicación en la cual describa detalladamente la naturaleza de su Reclamación. En su carta, debe incluir: (1) número de teléfono donde se le pueda contactar directamente; (2) su número de empleado; (3) número de seguro social; (4) de su Reclamación haberse sometido a un proceso administrativo y/o judicial, indicar número de caso administrativo, judicial o ambos; y (5) toda documentación en apoyo de su reclamo. Si usted tiene pendiente un caso administrativo o judicial contra la entidad para la cual trabaja(ó) favor de así especificarlo. Si, por el contrario, el caso fue adjudicado con carácter de finalidad, favor incluya una copia de la resolución y/o sentencia final, de tenerla disponible.

---
[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*

Centro Gubernamental Roberto Sánchez Vilella (Minillas), Ave. De Diego, Parada 22, San Juan, PR 00907  I  PO Box 42001, San Juan, PR 00940-2001

 787.722.2525        contact@aafaf.pr.gov        aafaf.pr.gov



GOBIERNO DE PUERTO RICO
AUTORIDAD DE ASESORÍA FINANCIERA Y AGENCIA FISCAL DE PUERTO RICO

**Favor de remitir el Formulario de Respuesta que se acompaña, junto con cualquier documento en apoyo a su reclamo, dentro de los próximos veinte (20) días desde la fecha de notificación de esta carta, a la siguiente dirección de correo electrónico** PRACRprocess@ra.kroll.com**; o, por correo, a la siguiente dirección:**

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Es de suma importancia que responda a esta comunicación en el periodo de veinte (20) días aquí dispuesto, para el trámite adecuado de su Reclamación.** Si tiene alguna pregunta respecto a esta carta, favor enviar un correo electrónico a acr@aafaf.pr.gov.

Respetuosamente,

La Autoridad de Asesoría Financiera
y Agencia Fiscal

Centro Gubernamental Roberto Sánchez Vilella (Minillas), Ave. De Diego, Parada 22, San Juan, PR 00907 I PO Box 42001, San Juan, PR 00940-2001

787.722.2525        contact@aafaf.pr.gov        aafaf.pr.gov

GOVERNMENT OF PUERTO RICO
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

June 1, 2022

**Re:**   **Claim No.**           - <u>**REQUIRES RESPONSE**</u>

Dear

Greetings on behalf of the Puerto Rico Fiscal Agency and Financial Advisory Authority
("AAFAF"). Under Act 2-2017, AAFAF represents the Government of Puerto Rico
("Government") in the Title III proceedings under PROMESA[1]. You are receiving this
communication because you filed the referenced Proof of Claim ("Claim") in the Title III
Court.

As you know, the Debtors under Title III of PROMESA, through the Financial Oversight
and Management Board ("FOMB") transferred your Claim to the Administrative Claims
Resolution Process ("ACR") in order to resolve the Claim using the existing administrative
procedures in the Government. The purpose of this letter is to notify that the
information provided by you to date is not sufficient for the government entity you work
for to adequately evaluate and resolve your Claim.

In consequence, we request that, within a term of twenty (20) days, you submit the
attached form along with any supporting documentation in which you describe in detail
the nature of your Claim. In your response, you should include, without limitation: (1)
telephone number where you can be contacted; (2) employee number; (3) social
security number; (4) if your claim is/has been subject of an administrative or judicial
process, provide the case file number; and (5) any document that supports your Claim.
If you have a pending administrative or judicial case, please so indicate. If, to the
contrary, the case is closed, please provide a copy of the final resolution or final
judgment, if available.

---

[1] Puerto Rico Oversight, Management, and Economic Stability Act.

Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, PR 00907  |  PO Box 42001, San Juan, PR 00940-2001

787.722.2525          contact@aafaf.pr.gov          aafaf.pr.gov



GOVERNMENT OF PUERTO RICO
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

**Please send the completed form and any supporting documents within twenty (20) days from the date of the notice of this letter, via email to  PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to the following address:**

Commonwealth of Puerto Rico ACR Processing Center

c/o Kroll Restructuring Administration LLC

850 3rd Avenue, Suite 412

Brooklyn, NY 11232

**It is of the utmost importance you reply to this letter within the twenty (20) days specified herein, for the adequate evaluation and resolution of your Claim**. Should you have any questions regarding this letter, please write an email to acr@aafaf.pr.gov.

Respectfully,

The Puerto Rico Fiscal Agency
and Financial Advisory Authority

Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, PR 00907 I PO Box 42001, San Juan, PR 00940-2001

787.722.2525          contact@aafaf.pr.gov          aafaf.pr.gov

FORMULARIO DE RESPUESTA DEL RECLAMANTE

*Claim No.*                          *Creditor Name:*

| | |
|---|---|
| (1) Nombre Completo | |
| (2) Número de teléfono | |
| (3) Número de empleado | |
| (4) Agencia para la cual trabaja(ó) y fecha.     Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | |
| (5) Correo electrónico | |
| (6) Número de seguro social (últimos cuatro dígitos) | |
| (7) Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*) |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | |

*** Attach any supporting documentation you may have related to your claim. ***

EMPLOYEE RESPONSE LETTER

**Claim No.**                    **Creditor Name:**

| | |
|---|---|
| (1) Full Name | |
| (2) Telephone Number | |
| (3) Employee Number | |
| (4) Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | |
| (5) Personal Email Address | |
| (6) Social Security Number (last four digits). | |
| (7) Case File Number, if applicable | *(This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, **other than the Title III case**.)* |
| (8) Describe in detail the nature and basis of your Claim.  **Please add additional pages, if needed**. Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | |

\*\*\* Attach any supporting documentation you may have related to your claim. \*\*\*