

*EXHIBIT 1*

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE ARECIBO
SALA SUPERIOR

| | |
|---|---|
| ORLANDO SANTIAGO AMADOR | CIVIL NÚM. C CD2011-0455 (401) |
| Demandante | |
| Vs. | SOBRE: |
| SERVICENTRO CIALES, INC.; INMOBILIARIA LÓPEZ BERRÍOS INC.; LB DESARROLLADORES, INC. Sucesión ARIEL JOSÉ LÓPEZ BERRÍOS, está compuesta por su viuda DAMARIS MARTÍNEZ VIRUET y su hijo ARIEL LOPEZ MARTÍNEZ, DAMARIS MARTÍNEZ VIRUET Y LA SOCIEDAD LEGAL DE BIENES GANANCIALES COMPUESTA POR AMBOS; ARIEL LÓPEZ LÓPEZ, MARÍA CONCEPCIÓN BERRÍOS FERNÁNDEZ Y LA SOCIEDAD LEGAL DE BIENES GANANCIALES COMPUESTA POR AMBOS | INCUMPLIMIENTO DE CONTRATO; COBRO DE DINERO Y EJECUCIÓN DE PRENDA E HIPOTECA |
| Demandados | |

**MANDAMIENTO**



ESTADOS UNIDOS DE AMÉRICA )
EL PRESIDENTE DE LOS ESTADOS UNIDOS ) SS
ESTADO LIBRE ASOCIADO DE PUERTO RICO )

A: Todo individuo, persona, corporación y/o entidad

POR CUANTO: El 16 de enero de 2013, este Honorable Tribunal dictó Sentencia en Rebeldía, notificada y archivada en autos el 18 de enero de 2013.

POR CUANTO: La sentencia dictada ha advenido firme, sin que su importe haya sido satisfecho.

POR CUANTO: Este Tribunal dispuso la ejecución de dicha sentencia y subrogación para el cobro de acreencia objeto del presente caso y cuya orden transcrita literalmente lee como sigue:

"**ORDEN SOBRE EJECUCIÓN DE SENTENCIA Y SUBROGACIÓN**

Examinado el escrito presentado por la parte demandante donde solicita la Ejecución de la Sentencia dictada por este Tribunal y la Subrogación para el cobro de acreencia, surgiendo de la misma y de los autos de este caso: (a) que la sentencia aquí dictada es final y firme, y (b) que no ha sido satisfecha en todo ni en parte, dicha moción se declara HA LUGAR.

En consecuencia, se ordena a la Secretaría de este Tribunal librar Mandamiento de Ejecución y Subrogación a ser entregado al demandante y dirigido a cualquier individuo, persona, corporación y/o entidad, requiriéndole reconocer al demandante Orlando Santiago-Amador tenedor de la Sentencia en el caso de marras y, conforme al Artículo 1064 del Código

Civil (31 L.P.R.A. sec. 3028), derogado pero aplicable al caso de marras, quedando el demandante subrogado y con autorización expresa de gestionar el cobro en relación con el contrato de arrendamiento 233-2012-000223 con el Departamento de la Familia, según enmendado, directamente con la agencia gubernamental arrendataria, en cualquier procedimiento judicial aplicable y procedimiento extrajudicial, tal y como si fuera el deudor Servicentro Ciales, Inc.

El demandante Orlando Santiago-Amador, como nuevo titular de la acreencia, queda autorizado por la presente a cobrar, recibir, demandar o transigir la acreencia, quedando requerido en informar al Tribunal sobre el recobro efectuado, si alguno. Cualquier individuo, persona, corporación y/o entidad, que emita pago a el demandante Orlando Santiago-Amador en relación con el contrato de arrendamiento 233-2012-000223 con el Departamento de la Familia, según enmendado, en conformidad y descansando en esta Orden, se entenderá que habrá realizado dicho pago conforme a derecho y autorización judicial.

Del producto de dicho recobro, si alguno, el demandante procederá a satisfacer en primer lugar, las costas, gastos y honorarios de abogado hasta la suma convenida, en segundo lugar, los intereses acumulados hasta la fecha del recobro, en tercer lugar, las sumas establecidas para el pago de recargos por demora y en cuarto y último término la suma principal adeudada.

NOTIFÍQUESE.

Dada en Arecibo, Puerto Rico, hoy día 19 de enero de 2022.

Jorge F. Raíces Román
Juez Superior
(FDO) JUEZ SUPERIOR"

**POR TANTO**: Se le ordena a todo individuo, persona, corporación y/o entidad, dar cabal cumplimiento a la orden transcrita y reconocer al demandante Orlando Santiago-Amador tenedor de la Sentencia en el caso de marras y, conforme al Artículo 1064 del Código Civil (31 L.P.R.A. sec. 3028), derogado pero aplicable al caso de marras, quedando el demandante subrogado y con autorización expresa de gestionar el cobro en relación con el contrato de arrendamiento 233-2012-000223 con el Departamento de la Familia, según enmendado, directamente con la agencia gubernamental arrendataria, en cualquier procedimiento judicial aplicable y procedimiento extrajudicial, tal y como si fuera el deudor Servicentro Ciales, Inc.

**EXPEDIDO** bajo mi firma y sello del Tribunal, en Arecibo, Puerto Rico, hoy día _____ de JAN 2 4 2022 de 2021.

VIVIAN Y. FRESSE GONZÁLEZ
SECRETARIA REGIONAL
SECRETARIA GENERAL

Jacquelyne González Quintana
Secretaria Auxiliar
Por: _____
Secretaria Auxiliar

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE ARECIBO
SALA SUPERIOR

| | |
|---|---|
| ORLANDO SANTIAGO AMADOR<br><br>Demandante<br><br>Vs.<br><br>SERVICENTRO CIALES, INC.; INMOBILIARIA LÓPEZ BERRÍOS, INC.; LB DESARROLLADORES, INC. Sucesión ARIEL JOSÉ LÓPEZ BERRÍOS, está compuesta por su viuda DAMARIS MARTÍNEZ VIRUET y su hijo ARIEL LOPEZ MARTÍNEZ, DAMARIS MARTÍNEZ VIRUET Y LA SOCIEDAD LEGAL DE BIENES GANANCIALES COMPUESTA POR AMBOS; ARIEL LÓPEZ LÓPEZ, MARÍA CONCEPCIÓN BERRÍOS FERNÁNDEZ Y LA SOCIEDAD LEGAL DE BIENES GANANCIALES COMPUESTA POR AMBOS<br><br>Demandados | CIVIL NÚM. C CD2011-0455 (401)<br><br>SOBRE:<br><br>INCUMPLIMIENTO DE CONTRATO; COBRO DE DINERO Y EJECUCIÓN DE PRENDA E HIPOTECA |

**MANDAMIENTO**

ESTADOS UNIDOS DE AMÉRICA )
EL PRESIDENTE DE LOS ESTADOS UNIDOS ) SS
ESTADO LIBRE ASOCIADO DE PUERTO RICO )

A: Todo individuo, persona, corporación y/o entidad

POR CUANTO: El 16 de enero de 2013, este Honorable Tribunal dictó Sentencia en Rebeldía, notificada y archivada en autos el 18 de enero de 2013.

POR CUANTO: La sentencia dictada ha advenido firme, sin que su importe haya sido satisfecho.

POR CUANTO: Este Tribunal dispuso la ejecución de dicha sentencia y subrogación para el cobro de acreencia objeto del presente caso y cuya orden transcrita literalmente lee como sigue:

**"ORDEN SOBRE EJECUCIÓN DE SENTENCIA Y SUBROGACIÓN**

Examinado el escrito presentado por la parte demandante donde solicita la Ejecución de la Sentencia dictada por este Tribunal y la Subrogación para el cobro de acreencia, surgiendo de la misma y de los autos de este caso: (a) que la sentencia aquí dictada es final y firme, y (b) que no ha sido satisfecha en todo ni en parte, dicha moción se declara HA LUGAR.

En consecuencia, se ordena a la Secretaría de este Tribunal librar Mandamiento de Ejecución y Subrogación a ser entregado al demandante y dirigido a cualquier individuo, persona, corporación y/o entidad, requiriéndole reconocer al demandante Orlando Santiago-Amador tenedor de la Sentencia en el caso de marras y, conforme al Artículo 1064 del Código

Civil (31 L.P.R.A. sec. 3028), derogado pero aplicable al caso de marras, quedando el demandante subrogado y con autorización expresa de gestionar el cobro en relación con el contrato de arrendamiento 233-2012-000223 con el Departamento de la Familia, según enmendado, directamente con la agencia gubernamental arrendataria, en cualquier procedimiento judicial aplicable y procedimiento extrajudicial, tal y como si fuera el deudor Servicentro Ciales, Inc.

El demandante Orlando Santiago-Amador, como nuevo titular de la acreencia, queda autorizado por la presente a cobrar, recibir, demandar o transigir la acreencia, quedando requerido en informar al Tribunal sobre el recobro efectuado, si alguno. Cualquier individuo, persona, corporación y/o entidad, que emita pago a el demandante Orlando Santiago-Amador en relación con el contrato de arrendamiento 233-2012-000223 con el Departamento de la Familia, según enmendado, en conformidad y descansando en esta Orden, se entenderá que habrá realizado dicho pago conforme a derecho y autorización judicial.

Del producto de dicho recobro, si alguno, el demandante procederá a satisfacer en primer lugar, las costas, gastos y honorarios de abogado hasta la suma convenida, en segundo lugar, los intereses acumulados hasta la fecha del recobro, en tercer lugar, las sumas establecidas para el pago de recargos por demora y en cuarto y último término la suma principal adeudada.

NOTIFÍQUESE.

Dada en Arecibo, Puerto Rico, hoy día 19 de enero de 2022.

Jorge F. Raíces Román
Juez Superior
(FDO) JUEZ SUPERIOR"

**POR TANTO**: Se le ordena a todo individuo, persona, corporación y/o entidad, dar cabal cumplimiento a la orden transcrita y reconocer al demandante Orlando Santiago-Amador tenedor de la Sentencia en el caso de marras y, conforme al Artículo 1064 del Código Civil (31 L.P.R.A. sec. 3028), derogado pero aplicable al caso de marras, quedando el demandante subrogado y con autorización expresa de gestionar el cobro en relación con el contrato de arrendamiento 233-2012-000223 con el Departamento de la Familia, según enmendado, directamente con la agencia gubernamental arrendataria, en cualquier procedimiento judicial aplicable y procedimiento extrajudicial, tal y como si fuera el deudor Servicentro Ciales, Inc.

**EXPEDIDO** bajo mi firma y sello del Tribunal, en Arecibo, Puerto Rico, hoy día _____ de ___JAN 2 4 2022___ de 2021.

VIVIAN Y. FRESSE GONZÁLEZ
SECRETARIA REGIONAL
SECRETARIA GENERAL

Jacquelyne González Quintana
Por: _____
Secretaria Auxiliar

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE ARECIBO
PO BOX 6005
ARECIBO PR 00613-6005

CCD2011-0455
Jacquelyne González Quintana
Secretaria Auxiliar

NEOPOST
01/24/2022
US POSTAGE $000.73⁰
FIRST-CLASS MAIL
ZIP 00612
041M11451349

Lic. Alexis Betancourt Vincenty
100 Carr. 165 Ste. 501
Guaynabo PR 00968-8052