

*EXHIBIT 2*

Servicentro Ciales, Inc.            By Orlando Santiago Amador

Accounts Receivables form the Commonwealth of Puerto Rico

As of January - June 2022

| Lessor | Contract | Governmental Agency Lessee | Applicable month | Pending Amount per Contract |
|---|---|---|---|---|
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Jan-22 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Feb-22 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Mar-22 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Apr-22 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | May-22 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Jun-22 | 10,875.00 |
| | | **Total Rent Owed** | | **65,250.00** |

Amounts accumulated up to March 2022 are            $            32,625.00