

*EXHIBIT 2*

2022-EE0059A

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE EDUCACIÓN**
**SECRETARÍA ASOCIADA DE EDUCACIÓN ESPECIAL**
Hato Rey, Puerto Rico

**ENMIENDA AL CONTRATO ENTRE EL**
**DEPARTAMENTO DE EDUCACIÓN Y MCG AND THE ABLE CHILD AT CENTRO**
**MULTIDISCIPLINARIO DEL CARIBE, INC.**

DE LA **PRIMERA PARTE**: El Departamento de Educación, representado en este acto por el Honorable Lcdo. Eliezer Ramos Pares, en su carácter de Secretario de Educación, mayor de edad, casado y vecino de San Juan, Puerto Rico, o por delegación expresa el Lcdo. Jesús González Cruz, en su carácter de Subsecretario de Administración, mayor de edad, casado y vecino de Corozal, Puerto Rico, en adelante denominados la **PRIMERA PARTE**.

DE LA **SEGUNDA PARTE**: MCG and the Able Child at Centro Multidisciplinario del Caribe, Inc., Corporación con fines de lucro, organizada bajo las leyes del Estado Libre Asociado de Puerto Rico y en cumplimiento con las disposiciones de la Ley de Corporaciones, con oficina principal ubicada en Plaza Cupey Garden 200, Ave. Cupey Garden Suite 6W, San Juan, Puerto Rico, representado en este acto por Alfredo Pedro Gotay Zorilla en su capacidad de Director Ejecutivo, mayor de edad, casado y vecino de Trujillo Alto, Puerto Rico, en adelante denominado la **SEGUNDA PARTE**.

**EXPONEN**

El Departamento de Educación, en el ejercicio de las facultades que le han sido conferidas por la Ley 85-2018, según enmendada, conocida como *"Ley de Reforma Educativa de Puerto Rico"*, por la Constitución del Gobierno de Puerto Rico y por las leyes que esta administra, contrató a la **SEGUNDA PARTE** para ofrecer servicios relacionados y atender las necesidades de evaluaciones y terapias de los estudiantes con impedimentos en las Regiones Educativas de Arecibo, Bayamón, Caguas, Humacao, Mayagüez, Morovis y San Juan. Este contrato tiene vigencia del 3 de enero de 2022 hasta el 30 de junio de 2022 y cuenta con un monto asignado de **un millón de dólares ($1,000,000.00)**.

El Departamento de Educación, considerando lo anteriormente expuesto, requiere enmendar el contrato a los efectos de asignar fondos adicionales y extender la vigencia hasta el **30 de septiembre de 2022**.

**AMBAS PARTES** acuerdan enmendar el contrato de servicios profesionales de proveedor de evaluación y terapias número 2022-EE0059, formalizado el 14 de diciembre de 2021, conforme a las siguientes:

**CLÁUSULAS Y CONDICIONES**

**PRIMERA**: Se enmienda la cláusula "**DÉCIMA SEXTA**": COMPENSACIÓN Y RECURSOS PARA PAGAR LOS SERVICIOS, para que lea como sigue:

"**DÉCIMA SEXTA**: COMPENSACIÓN Y RECURSOS PARA PAGAR LOS SERVICIOS: Las partes acuerdan, con respecto a la forma de pago de honorarios, lo siguiente:

I: La **PRIMERA PARTE** pagará a la **SEGUNDA PARTE** por los servicios prestados mediante este contrato un monto adicional de **un millón cuatrocientos ochenta mil dólares ($1,480,000.00)** para un nuevo máximo de **dos millones cuatrocientos ochenta mil dólares ($2,480,000.00)** de acuerdo a las tarifas establecidas por la **PRIMERA PARTE**, las cuales se detallan en el Anejo III (*Hoja de Tarifas*) y dentro del monto presupuestario establecido por la **PRIMERA PARTE**. Bajo ningún concepto la **SEGUNDA PARTE** facturará a la **PRIMERA PARTE** ni al estudiante, sus padres o encargados, cantidad adicional a la tarifa establecida en este contrato. La **PRIMERA PARTE** se reserva el derecho de ajustar las tarifas establecidas de acuerdo a la disponibilidad de los fondos durante la vigencia de este contrato. Todo esto estará sujeto a la disponibilidad de fondos. La **PRIMERA PARTE** no se hará responsable de cualquier sobregiro en que incurra la **SEGUNDA PARTE** que exceda los fondos separados para este contrato.

II: Los honorarios establecidos en la sub cláusula que precede se pagarán por la **PRIMERA PARTE** por mensualidades vencidas, previa presentación de una factura mensual por cada región educativa a través del *Sistema de Facturación en Línea* y utilizando los formularios provistos por la Secretaría Asociada de Educación Especial según los procedimientos que disponen los Anejos




I y II que forman parte de este contrato.

III: Los servicios de intervención serán ofrecidos conforme dispuestos en la Guía para la Provisión de Servicios Relacionados 2021-2022, Anejo I. Los que se ofrezcan bajo el modelo Complementario Colaborativo se facturarán de acuerdo a las tarifas establecidas por la **PRIMERA PARTE**, considerando que, dentro del límite de tiempo destinado a este modelo, el especialista puede ofrecer diferentes servicios, tales como: consultoría, intervención integrada al salón de clases, terapia individual, grupal y otros, según sea apropiado.

IV: Los servicios prestados bajo este contrato se pagarán de las Partidas de Servicios Profesionales y Consultivos, Cifras de Cuenta **2021-E1290-272-01116000-06F-0081-H027A200003B ($1,000,000.00)** y **2021-E1290-272-01116000-06F-0081-H027A200003E ($480,000.00)**, u otra cifra de cuenta que tenga los fondos para pagar los servicios. Los servicios a ser facturados bajo esta cifra de cuenta están descritos en la Guía para la Presentación y Validación de Facturas (Anejo IV). Dichos fondos serán asignados mediante el documento *Separación de Fondos para Contratación de Servicios Profesionales y Consultivos*. En el caso de que se identifiquen otras cifras de cuenta luego de que se asigne la nomenclatura de las cifras de cuenta bajo el sistema financiero que utiliza el Departamento de Educación, se procederá a enmendar en el documento de *Separación de Fondos para Contratación de Servicios Profesionales y Consultivos* y no tendrá que proceder a enmendar el contrato para estos efectos.

V: La **PRIMERA PARTE** podrá autorizar el pago de otro tipo de evaluación, no consideradas en este contrato, o algún servicio necesario prestado bajo el presente contrato, a través de una tarifa especial, vía excepción, cuando medien circunstancias especiales no contempladas en los servicios contratados. Esto será posible mediante una autorización escrita de la **PRIMERA PARTE** que detalle la naturaleza del servicio solicitado, la cantidad a ser pagada por el mismo y las razones para considerarlo vía excepción. Las autorizaciones vía excepción requerirán la firma del representante autorizado de la SAEE.

VI: Cuando la **SEGUNDA PARTE** no pueda continuar sirviendo un estudiante admitido, será su responsabilidad pagar, por el resto del año escolar, cualquier diferencia, si alguna, en el costo de dicho servicio, cuando la **PRIMERA PARTE** identifique un proveedor que pueda proveer el mismo, cuando sea a un costo superior. Cualquier diferencia será deducida del pago por servicios que le corresponda a la **SEGUNDA PARTE.**

VII: La **PRIMERA PARTE** pagará a la **SEGUNDA PARTE** los servicios ofrecidos mediante este contrato previa presentación de una factura mensual por cada región educativa debidamente acompañada de los informes y documentos requeridos para facturar, según establecidos en la Guía para la Presentación y Validación de Facturas. Anejo IV.

VIII: La **SEGUNDA PARTE** someterá las facturas a través del *Sistema de Facturación en Línea* según el procedimiento establecido para ello o cualquier otro procedimiento establecido por la **PRIMERA PARTE**. La **SEGUNDA PARTE** será responsable de la veracidad y corrección de la información provista en el *Sistema de Facturación en Línea*. Una vez disponible y operacional el *Sistema de Facturación en Línea*, la **SEGUNDA PARTE** certificará que le han entregado la documentación y/o *Manual de Usuario del Proveedor para el Uso del Sistema de Facturación en Línea*. Este inciso entrará en vigor al momento en que la **PRIMERA PARTE** establezca y comience a operar el *Sistema de Facturación en Línea*.

IX: Las facturas serán presentadas no más tardar de los veinte (20) días después de transcurrido el mes en que se proveyeron los servicios. Una penalidad del tres por ciento (3%) del monto de la factura será aplicada a toda aquella factura entregada después de los treinta (30) días de ofrecidos los servicios.

X: La **PRIMERA PARTE** descontará a la **SEGUNDA PARTE** las cantidades por concepto de multas, penalidades, sanciones o cualquier otra causal contemplada en este contrato. Estos descuentos serán aplicados directamente en el pago de la próxima factura de la **SEGUNDA PARTE** que corresponda para pago.

XI: La **SEGUNDA PARTE** se reserva el derecho de realizar cambios en el procedimiento de facturación en cualquier momento durante la vigencia de este contrato.

XII: La factura debe incluir la siguiente certificación:

"*Bajo pena de nulidad absoluta, certifico que ningún servidor público de la* **PRIMERA**

**PARTE** es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y, de ser parte o tener interés en las ganancias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la **PRIMERA PARTE**. El importe de esta factura es justo y correcto. Los trabajos han sido realizados, los productos han sido entregados y los servicios han sido prestados y no se ha recibido pago por ellos. La **PRIMERA PARTE** se reserva el derecho de realizar cambios en el procedimiento de facturación."

**SEGUNDA:** Se enmienda la cláusula "**DECIMA OCTAVA**": VIGENCIA, para que lea como sigue:

"**DÉCIMA OCTAVA: VIGENCIA**: Esta enmienda entrará en vigor <u>a partir de la fecha en que firmen ambas partes</u> y estará vigente hasta el <u>30 de septiembre de 2022.</u> Sin embargo, la **PRIMERA PARTE**, a su entera discreción y por cualquier motivo, podrá dar por terminado el contrato mediante notificación escrita a la **SEGUNDA PARTE** con treinta (30) días de antelación a la fecha en la que desea su terminación, sin derecho a compensación adicional alguna, excepto lo devengado bajo el mismo hasta esa fecha. No obstante, lo anterior, el requisito de notificación previa no será de aplicación cuando:

1. contra la **SEGUNDA PARTE** o cualquiera de sus accionistas, socios, oficiales, principales, empleados, subsidiarias o compañías matrices se determine causa probable para el arresto o resulten convictos por cualquier delito contra el erario, la fe y la función pública; contra el ejercicio gubernamental; o que involucre fondos o propiedad pública, en el ámbito federal o estatal.
2. la **SEGUNDA PARTE** o cualquiera de sus accionistas, socios, oficiales, principales, empleados, subsidiarias o compañías matrices incurra en negligencia o abandono de deberes o incumpla con el presente contrato.
3. cuando la **PRIMERA PARTE** entienda que existe una situación fiscal extraordinaria que amerite un recorte inmediato de gastos."

**TERCERA:** Los demás incisos y cláusulas del contrato permanecerán inalterados. Esta enmienda estará todo el tiempo sujeto a las leyes del Estado Libre Asociado de Puerto Rico y se interpretará de acuerdo con la misma.

En testimonio de lo cual, las partes contratantes suscriben esta enmienda obligándose así formalmente a su fiel cumplimiento, en Hato Rey, Puerto Rico, hoy _15_ de _marzo_ de 2022.

|  |  |
|---|---|
| Lcdo. Eliezer Ramos Parés | Alfredo Pedro Gotay Zorrilla |
| Secretario de Educación | Director Ejecutivo |
| Seguro Social Patronal # 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 | MCG and the Able Child at Centro |
| **PRIMERA PARTE** | Multidisciplinario del Caribe, Inc. |
|  | Seguro Social Patronal # 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 |
|  | **SEGUNDA PARTE** |

O POR DELEGACIÓN EXPRESA,

Lcdo. Jesús González Cruz
Subsecretario de Administración

**DEPARTAMENTO DE EDUCACIÓN**

Sometido por : Dra. Jessica Díaz Vázquez
Secretaria Asociada Interina
Secretaría Asociada de Educación Especial

Fecha : 10. marzo. 2022

**Revisión Legal**
Por: _____
Fecha: Mar/11/22