

*EXHIBIT 3*

## Estado de Cuenta
## Facturas Pendientes

| Mes | Región | Cantidad | Num Contrato |
|---|---|---|---|
| Febrero 2022 | Arecibo | $ 197,910.00 | 2022-EE0059 |
| Marzo 2022 | Arecibo | $ 258,335.00 | 2022-EE0059 |
| Marzo 2022 | Humacao | $ 93,330.00 | 2022-EE0059 |
| Marzo 2022 | San German | $ 34,389.00 | 2022-EE0059 |
| Gran Total | | $ 583,964.00 | |