

*EXHIBIT 2*

# INFORME DEUDAS DEPARTAMENTO DE EDUCACION A COSEY
## SERVICIOS EQUITATIVOS ESCUELAS PRIVADAS_EDUCACION ESPECIAL_VALES EDUCATIVOS_COMEDORES
## ESCUELAS PUBLICAS ALIANZA_TITULO II PUBLICAS Y PRIVADAS
### *BALANCES A JUNIO 6-2022*

NMC20220603

### SERVICIOS EQUITATIVOS ESCUELAS PRIVADAS_(EDUCOMEP) 2016-2017

| PERIODO 2016-2017 | NUMERO FACTURA | REFERENCIA SIFDE | # RECLAMACION OPC | CANTIDAD FACTURADA | CANTIDAD PAGO (DE) | FECHA DEL PAGO | BALANCE PENDIENTE | # CONTRATO DEPR |
|---|---|---|---|---|---|---|---|---|
| ABRIL 2017 | EP-06-G-16-17 | | HUM-22-00941-110 | $ 600,563.31 | | | $ 600,563.31 | 2017-AFO140 |
| JUNIO 2017 | EP-08-I-16-17-B | | HUM-22-00943-110 | $ 54,040.65 | | | $ 54,040.65 | |
| | BALANCE PENDIENTE | | | $ 654,603.96 | $ - | | $ 654,603.96 | |

### SERVICIOS EQUITATIVOS ESCUELAS PRIVADAS_(EDUCOMEP) 2020-2021

| PERIODO 2020-2021 | NUMERO FACTURA | REFERENCIA SIFDE | # RECLAMACION OPC | CANTIDAD FACTURADA | CANTIDAD PAGO (DE) | FECHA DEL PAGO | BALANCE PENDIENTE | # CONTRATO DEPR |
|---|---|---|---|---|---|---|---|---|
| MAYO 2021 | EP-07-I-20-21-A | 1039203 | HUM-22-00945-110 | $ 33,431.99 | $ 32,993.66 | ABR.18/2022 | $ 438.33 | 2021-AF0040 |
| | EP-07-I-20-21-B | 10390206 | HUM-22-00946-110 | $ 35,537.84 | $ 35,072.96 | ABR.18/2022 | $ 464.88 | |
| | EP-07-G-20-21 | 1039223 | HUM-22-00947-110 | $ 351,278.42 | $ 350,729.60 | ABR.18/2022 | $ 548.82 | |
| | BALANCE PENDIENTE | | | $ 1,533,665.47 | $ 1,513,978.47 | | $ 1,452.03 | |

### SERVICIOS EQUITATIVOS ESCUELAS PRIVADAS_(EDUCOMEP) 2021-2022

| PERIODO 2021-2022 | NUMERO FACTURA | REFERENCIA SIFDE | # RECLAMACION OPC | CANTIDAD FACTURADA | CANTIDAD PAGO (DE) | FECHA DEL PAGO | BALANCE PENDIENTE | # CONTRATO DEPR |
|---|---|---|---|---|---|---|---|---|
| OCTUBRE 2021 | EP-01-G-21-22 | 1061461 | | $ 29,557.15 | $ 29,417.45 | FEB.7/2022 | $ 139.70 | 2022-AF0122 |
| | EP-01-I-21-22-A | 1061475 | | $ 7,409.98 | $ 7,400.50 | MAR.4/2022 | $ 9.48 | |
| | EP-01-I-21-22-B | 1061476 | | $ 2,995.72 | $ 2,941.75 | MAR.4/2022 | $ 53.97 | |
| NOVIEMBRE 2021 | EP-02-G-21-22 | 1065484 | HUM-22-00948-110 | $ 150,730.23 | $ 148,372.81 | ABR.18/2022 | $ 2,357.42 | |
| | EP-02-I-21-22-A | 1065516 | HUM-22-00949-110 | $ 20,101.50 | $ 18,254.72 | MAY.4/2022 | $ 1,846.78 | |
| | EP-02-I-21-22-B | 1065527 | HUM-22-00950-110 | $ 15,128.77 | $ 14,837.28 | ABR.28/2022 | $ 291.49 | |
| DICIEMBRE 2021 | EP-03-I-21-22-A | 1069293 | HUM-22-00951-110 | $ 32,325.13 | $ 26,120.90 | MAY.12/2022 | $ 6,204.23 | |
| | EP-03-I-21-22-B | 1069276 | HUM-22-00952-110 | $ 21,621.37 | $ 18,535.92 | MAY.19/2022 | $ 3,085.45 | |
| | EP-03-G-21-22 | 1069265 | HUM-22-00953-110 | $ 216,213.65 | | | $ 216,213.65 | |
| ENERO 2022 | EP-03-M-21-22 | 1076457 | HUM-22-00954-110 | $ 600.00 | $ 600.00 | MAY.4/2022 | $ - | |
| | EP-04-I-21-22-A | 1076495 | HUM-22-00956-110 | $ 21,755.40 | $ 20,255.34 | MAY.19/2022 | $ 1,500.06 | |
| | EP-04-I-21-22-B | 1076499 | HUM-22-00958-110 | $ 30,075.95 | $ 28,410.52 | MAY.4/2022 | $ 1,665.43 | |
| | EP-04-G-21-22 | 176448 | HUM-22-00959-110 | $ 300,759.50 | $ 284,105.16 | MAY.19/2022 | $ 16,654.34 | |
| FEBRERO 2022 | EP-05-G-21-22 | 1079406 | | $ 242,050.62 | | | $ 242,050.62 | |
| | EP-05-I-21-22-A | 1079384 | | $ 50,821.22 | | | $ 50,821.22 | |
| | EP-05-I-21-22-B | 1079388 | | $ 24,205.06 | | | $ 24,205.06 | |
| | EP-04-M-21-22 | 1079393 | | $ 200.00 | $ 200.00 | MAY.4/2022 | $ - | |
| MARZO 2022 | EP-06-G-21-22 | 1085679 | | $ 310,632.55 | | | $ 310,632.55 | |
| | EP-06-I-21-22-A | 1085674 | | $ 35,230.73 | | | $ 35,230.73 | |
| | EP-06-I-21-22-B | 1085675 | | $ 31,063.26 | | | $ 31,063.26 | |
| | EP-05-M-21-22 | 1086169 | | $ 2,050.00 | | | $ 2,050.00 | |
| | BALANCE PENDIENTE | | | $ 1,545,527.79 | $ 599,452.35 | | $ 946,075.44 | |
| | **TOTAL BALANCE PENDIENTE EDUCOMEP** | | | | | | **$1,602,131.43** | |

### EDUCACION ESPECIAL (PEACE) 2018-2019

| PERIODO 2018-2019 | NUMERO FACTURA | REFERENCIA SIFDE | # RECLAMACION OPC | CANTIDAD FACTURADA | CANTIDAD PAGO (DE) | FECHA DEL PAGO | BALANCE PENDIENTE | # CONTRATO DEPR |
|---|---|---|---|---|---|---|---|---|
| AGO-2018-HU-018 | TERAPIA | | HUM-22-00995-110 | $ 4,500.00 | | | $ 4,500.00 | |
| SEP-2018-HU-021 | TERAPIA | | HUM-22-00994-110 | $ 5,520.00 | | | $ 5,520.00 | |
| OCT-2018-HU-021 | TERAPIA | | HUM-22-00993-110 | $ 12,285.00 | | | $ 12,285.00 | |
| NOV-2018-HU-022 | TERAPIA | | HUM-22-00992-110 | $ 8,865.00 | | | $ 8,865.00 | |

# INFORME DEUDAS DEPARTAMENTO DE EDUCACIÓN A COSEY
## SERVICIOS EQUITATIVOS ESCUELAS PRIVADAS_EDUCACION ESPECIAL_VALES EDUCATIVOS_COMEDORES

| | | REFERENCIA SIFDE | # RECLAMACION OPC | CANTIDAD FACTURADA | CANTIDAD PAGO (DE) | FECHA DEL PAGO | BALANCE PENDIENTE | # CONTRATO DEPR |
|---|---|---|---|---|---|---|---|---|
| DIC-2018-HU-021 | TERAPIA | | HUM-22-00991-110 | $ 7,470.00 | | | $ 7,470.00 | **2019-EE0025** |
| ENE-2019-HU-023 | TERAPIA | | HUM-22-00990-110 | $ 10,540.00 | | | $ 10,540.00 | |
| FEB-2019-HU-022 | TERAPIA | | HUM-22-00989-110 | $ 12,195.00 | | | $ 12,195.00 | |
| MAR-2019-HU-022 | TERAPIA | | HUM-22-00988-110 | $ 12,015.00 | | | $ 12,015.00 | |
| ABR-2019-HU-021 | TERAPIA | | HUM-22-00987-110 | $ 10,395.00 | | | $ 10,395.00 | |
| MAY-2019-HU-018 | TERAPIA | | HUM-22-00986-110 | $ 9,765.00 | | | $ 9,765.00 | |
| | **BALANCE PENDIENTE** | | | **$ 93,550.00** | **$ -** | | **$ 93,550.00** | |

| EDUCACION ESPECIAL_(PEACE) 2019-2020 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **PERIODO 2019-2020** | **NUMERO FACTURA** | **REFERENCIA SIFDE** | **# RECLAMACION OPC** | **CANTIDAD FACTURADA** | **CANTIDAD PAGO (DE)** | **FECHA DEL PAGO** | **BALANCE PENDIENTE** | **# CONTRATO DEPR** |
| AGO-2019-HU-020 | TERAPIA | | HUM-22-00985-110 | $ 8,685.00 | | | $ 8,685.00 | |
| SEP-2019-HU-021 | TERAPIA | | HUM-22-00984-110 | $ 10,260.00 | | | $ 10,260.00 | |
| OCT-2019-HU-020 | TERAPIA | | HUM-22-00983-110 | $ 16,380.00 | | | $ 16,380.00 | |
| NOV-2019-HU-020 | TERAPIA | | HUM-22-00982-110 | $ 9,765.00 | | | $ 9,765.00 | **2020-EE0069** |
| DIC-2019-HU-019 | TERAPIA | | HUM-22-00981-110 | $ 9,225.00 | | | $ 9,225.00 | |
| ENE-2020-HU-020 | TERAPIA | | HUM-22-00980-110 | $ 5,400.00 | | | $ 5,400.00 | |
| FEB-2020-HU-014 | TERAPIA | | HUM-22-00979-110 | $ 11,925.00 | | | $ 11,925.00 | |
| MAR-2020-HU-021 | TERAPIA | | HUM-22-00978-110 | $ 7,065.00 | | | $ 7,065.00 | |
| ABR-2020-HU-016 | TERAPIA | | HUM-22-00977-110 | $ 1,800.00 | | | $ 1,800.00 | |
| MAY-2020-HU-015 | TERAPIA | | HUM-22-00974-110 | $ 5,400.00 | | | $ 5,400.00 | |
| | **BALANCE PENDIENTE** | | | **$ 85,905.00** | **$ -** | | **$ 85,905.00** | |

| EDUCACION ESPECIAL_(PEACE) 2021-2022 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **PERIODO 2020-2021** | **NUMERO FACTURA** | **REFERENCIA SIFDE** | **# RECLAMACION OPC** | **CANTIDAD FACTURADA** | **CANTIDAD PAGO (DE)** | **FECHA DEL PAGO** | **BALANCE PENDIENTE** | **# CONTRATO DEPR** |
| PEACEAGOSTO2021 | EDUCATIVA | 1060657 | | $ 37,150.00 | $ 37,150.00 | DIC.24/202 | $ - | |
| AGO-2021-HU-023 | TERAPIA | N/A | | $ 4,680.00 | $ 4,680.00 | DIC.2/202 | $ - | |
| PEACE-SEPTIEMBRE2021 | EDUCATIVA | 1060569 | | $ 24,200.00 | $ 24,200.00 | DIC.24/202 | $ - | |
| SEP-2021-HU-021 | TERAPIA | 1069450 | | $ 12,690.00 | $ 12,690.00 | FEB.10/2022 | $ - | |
| PEACE-OCTUBRE2021 | EDUCATIVA | 1070862 | | $ 24,200.00 | $ 24,200.00 | ABR.21/2022 | $ - | |
| OCT-2021-HU-017 | TERAPIA | 1039503 | | $ 8,190.00 | $ 8,190.00 | FEB.10/2022 | $ - | |
| PEACE-NOVIEMBRE 2021 | EDUCATIVA | 1070879 | HUM-22-00971-110 | $ 24,200.00 | $ 24,200.00 | MAY.16/2022 | $ - | **2022-EE0071** |
| NOV-2021-HU-018 | TERAPIA | 1069505 | | $ 10,305.00 | $ 10,305.00 | FEB.10/2022 | $ - | |
| PEACE-DICIEMBRE 2021 | EDUCATIVA | 1070893 | HUM-22-00965-110 | $ 24,200.00 | $ 24,200.00 | JUN.2/2022 | $ - | |
| DIC-2021-HU-024 | TERAPIA | 1088706 | HUM-22-00963-110 | $ 8,685.00 | $ 8,640.00 | MAY.19/2022 | $ 45.00 | |
| PEACE-ENERO-2022 | EDUCATIVA | 1075735 | | $ 24,200.00 | $ 24,200.00 | MAR./17/2022 | $ - | |
| ENE-2022-HU-024 | TERAPIA | N/A | | $ 4,725.00 | $ 4,725.00 | MAR./17/2022 | | |
| PEACE-FEBRERO-2022 | EDUCATIVA | 1084140 | | $ 28,325.00 | $ 28,325.00 | ABR.28/2022 | $ - | |
| FEB-2022-HU-021 | TERAPIA | N/A | | $ 11,115.00 | | | $ 11,115.00 | |
| PEACE-MARZO-2022 | EDUCATIVA | 1092038 | | $ 30,475.00 | | | $ 30,475.00 | |
| MAR-2022-HU-022 | TERAPIA | N/A | | $ 12,105.00 | | | $ 12,105.00 | |
| | **BALANCE PENDIENTE** | | | **$ 289,445.00** | **$ 235,705.00** | | **$ 53,740.00** | |
| | **TOTAL BALANCE PENDIENTE PEACE** | | | | | | **$233,195.00** | |

| OLSE-VALES EDUCATIVOS 2021-2022 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **PERIODO 2021-2022** | **NUMERO FACTURA** | **REFERENCIA SIFDE** | **# RECLAMACION OPC** | **CANTIDAD FACTURADA** | **CANTIDAD PAGO (DE)** | **FECHA DEL PAGO** | **BALANCE PENDIENTE** | **# CONTRATO DEPR** |
| AGOSTO A DIC 2021 | OLSE-2021-04-CDRDT-A | 1075791 | | $ 14,792.18 | $ 14,792.18 | MAR./17/2022 | $ - | **2022-000113** |
| ENERO A JUNIO 2022 | TBD | | | | | | | |
| | **BALANCE PENDIENTE** | | | **$ 14,792.18** | **$ 14,792.18** | | **$ -** | |
| | **TOTAL BALANCE PENDIENTE OLSE** | | | | | | **$0.00** | |

| COMEDORES_(AESAN) 2021-2022 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **PERIODO 2021-2022** | **NUMERO FACTURA** | **REFERENCIA SIFDE** | **# RECLAMACION OPC** | **CANTIDAD FACTURADA** | **CANTIDAD PAGO (DE)** | **FECHA DEL PAGO** | **BALANCE PENDIENTE** | **# CONTRATO DEPR** |
| AGOSTO 2021 | AESAN-28-8-2021 | 1057742 | | $ 28,037.71 | $ 28,037.71 | NOV.4/2021 | $ - | |
| SEPTIEMBRE 2021 | AESAN-28-9-2021 | 1057980 | | $ 58,278.40 | $ 58,278.40 | NOV.4/2021 | $ - | |
| OCTUBRE 2021 | AESAN-28-10-2021 | 1061552 | | $ 60,563.68 | $ 60,563.68 | DIC.9/2021 | $ - | |
| NOVIEMBRE 2021 | AESAN-28-11-2021 | 1063560 | | $ 52,741.67 | $ 52,741.67 | DIC.27/2021 | $ - | |
| DICIEMBRE 2021 | AESAN-28-12-2021 | 1066201 | | $ 44,006.08 | $ 44,006.08 | ENE.14/2022 | $ - | **AESAN 028** |
| ENERO 2022 | AESAN-0045AE-01-22 | 1066307 | | $ 9,016.89 | $ 9,016.89 | ENE.31/2022 | $ - | |
| ENERO 2022 | AESAN-28-1-2022 | 1071476 | | $ 27,822.00 | $ 27,822.00 | FEB.24/2022 | $ - | |
| FEBRERO 2022 | AESAN-0107A-02-22 | 1073496 | | $ 30,620.98 | $ 30,620.98 | FEB.17/2022 | $ - | |
| FEBRERO 2022 | AESAN-28-2-2022 | 1075983 | | $ 64,237.05 | $ 64,237.05 | MAR.28/2022 | $ - | |
| MARZO 2022 | AESAN-28-3-2022 | 1082071 | | $ 71,934.96 | $ 71,934.96 | ABR.25/2022 | $ - | |
| | **BALANCE PENDIENTE** | | | **$ 447,259.42** | **$ 447,259.42** | | **$ -** | |
| | **TOTAL BALANCE PENDIENTE AESAN** | | | | | | **$0.00** | |

# INFORME DEUDAS DEPARTAMENTO DE EDUCACION A COSEY
## SERVICIOS EQUITATIVOS ESCUELAS PRIVADAS_EDUCACION ESPECIAL_VALES EDUCATIVOS_COMEDORES

| ESCUELA PUBLICA ALIANZA CAMINO AL EXITO_(EPACAE) 2021-2022 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **PERIODO 2021-2022** | NUMERO FACTURA | REFERENCIA SIFDE | # RECLAMACION OPC | CANTIDAD FACTURADA | CANTIDAD PAGO (DE) | FECHA DEL PAGO | BALANCE PENDIENTE | # CONTRATO DEPR |
| JULIO A DICIEMBRE 2021 | EPACAE-01-21-2022 | 1076354 | | $ 244,237.14 | $ 244,237.14 | MAR./28/2022 | $ - | **2022-000029** |
| ENERO A JUNIO 2022 | TBD | | | | | | | |
| | **BALANCE PENDIENTE** | | | **$ 244,237.14** | **$ 244,237.14** | | **$ -** | |
| | **TOTAL BALANCE PENDIENTE EPACAE** | | | | | | **$0.00** | |

| ESCUELA PUBLICA ALIANZA CACICA YUISA_(EPACAY) 2021-2022 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **PERIODO 2021-2022** | NUMERO FACTURA | REFERENCIA SIFDE | # RECLAMACION OPC | CANTIDAD FACTURADA | CANTIDAD PAGO (DE) | FECHA DEL PAGO | BALANCE PENDIENTE | # CONTRATO DEPR |
| JULIO A DICIEMBRE 2021 | EPACAY-01-21-2022 | 1082782 | | $ 55,803.06 | $ 55,803.06 | MAYO 23/2022 | $ - | **2022-000036** |
| ENERO A JUNIO 2022 | TBD | | | | | | | |
| | **BALANCE PENDIENTE** | | | **$ 55,803.06** | **$ 55,803.06** | | **$ -** | |
| | **TOTAL BALANCE PENDIENTE EPACAY** | | | | | | **$0.00** | |

# INFORME DEUDAS DEPARTAMENTO DE EDUCACIÓN A COSEY
## SERVICIOS EQUITATIVOS ESCUELAS PRIVADAS_EDUCACION ESPECIAL_VALES EDUCATIVOS_COMEDORES

| | TITULO II ESCUELAS PUEBLICAS_(TEDEP) 2021-2022 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **PERIODO 2021-2022** | **NUMERO FACTURA** | **REFERENCIA SIFDE** | **# RECLAMACION OPC** | **CANTIDAD FACTURADA** | **CANTIDAD PAGO (DE)** | **FECHA DEL PAGO** | **BALANCE PENDIENTE** | **# CONTRATO DEPR** |
| FEBRERO 25 2022 PO#0000774847 | TEDEP-01-2021-22 | 1078669 | | $ 3,400.00 | $ 3,400.00 | MAY. 4/2022 | $ - | **2022-AF0168** |
| MARZO 11 2022 PO#0000774847 | TEDEP-02-2021-22 | 1078672 | | $ 3,570.00 | $ 3,230.00 | MAY. 4/2022 | $ 340.00 | |
| | | | | | | | | |
| | BALANCE PENDIENTE | | | $ 6,970.00 | $ 6,630.00 | | $ 340.00 | |
| | TOTAL BALANCE PENDIENTE TEDEP | | | | | | **$340.00** | |

| | TITULO II ESCUELAS PRIVADAS_(FAAPE) 2021-2022 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **PERIODO 2021-2022** | **NUMERO FACTURA** | **REFERENCIA SIFDE** | **# RECLAMACION OPC** | **CANTIDAD FACTURADA** | **CANTIDAD PAGO (DE)** | **FECHA DEL PAGO** | **BALANCE PENDIENTE** | **# CONTRATO DEPR** |
| FEBRERO 11 2022- PO#0000774993 | FAAPE-01-2021-22 | 1078675 | | $ 600.00 | $ 600.00 | ABR.18/2022 | $ - | **2022-AF00234** |
| MARZO 14 2022- PO#0000779268 | FAAPE-02-2021-22 | 1078678 | | $ 600.00 | $ 600.00 | ABR.18/2022 | $ - | |
| | BALANCE PENDIENTE | | | $ 1,200.00 | #REF! | | $ - | |
| | TOTAL BALANCE PENDIENTE FAAPE | | | | | | **$0.00** | |

| RESUMEN DEUDAS POR PROGRAMA | |
|---|---|
| SERVICIOS EQUITATIVOS ESCUELAS PRIVADAS_(EDUCOMEP) 2016-2017 | $ 654,603.96 |
| SERVICIOS EQUITATIVOS ESCUELAS PRIVADAS_(EDUCOMEP) 2020-2021 | $ 1,452.03 |
| SERVICIOS EQUITATIVOS ESCUELAS PRIVADAS_(EDUCOMEP) 2021-2022 | $ 946,075.44 |
| EDUCACION ESPECIAL_(PEACE) 2018-2019 | $ 93,550.00 |
| EDUCACION ESPECIAL_(PEACE) 2019-2020 | $ 85,905.00 |
| EDUCACION ESPECIAL_(PEACE) 2021-2022 | $ 53,740.00 |
| OLSE-VALES EDUCATIVOS 2021-2022 | $ - |
| COMEDORES (AESAN) 2021-2022 | $ - |
| ESCUELA PUBLICA ALIANZA CAMINO AL EXITO_(EPACAE) 2021-2022 | $ - |
| ESCUELA PUBLICA ALIANZA CACICA YUISA_(EPACAY) 2021-2022 | $ - |
| TITULO II ESCUELAS PUEBLICAS_(TEDEP) 2021-2022 | $ 340.00 |
| TITULO II ESCUELAS PRIVADAS_(FAAPE) 2021-2022 | $ - |
| **TOTAL DEUDA** | **$ 1,835,666.43** |