

*EXHIBIT 3*

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
SECRETARÍA ASOCIADA DE EDUCACIÓN ESPECIAL

27 de julio de 2020

Directores de divisiones, institutos y oficinas, gerentes y subgerentes, directores de áreas y programas, directores de las oficinas regionales educativas, superintendentes de escuelas, directores de los Centros de Servicios de Educación Especial, facilitadores docentes, directores de escuela, maestros regulares, maestros de educación especial y padres, madres o encargados

ENLACE FIRMADO
Eliezer Ramos Pares
Secretario Asociado

**POLÍTICA PÚBLICA PARA ESTABLECER EL REGISTRO DE ASISTENTES DE SERVICIOS ESPECIALES AL ESTUDIANTE IRREGULARES DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DE PUERTO RICO**

**Introducción**

El niño es reconocido universalmente como un ser humano que debe ser capaz de desarrollarse física, mental, social, moral y espiritualmente con libertad y dignidad."[1] En su preámbulo, la *Declaración De Los Derechos Del Niño* resalta la necesidad de proteger y brindar un cuido especial a los niños. La misma establece, como principio básico, el derecho del niño a tener una protección especial para el desarrollo físico, mental y social. A su vez, un segundo principio es el derecho a una educación y a un tratamiento especial para aquellos niños que sufren alguna discapacidad mental o física. En consideración a la importancia de niño, se proclama la *Declaración De Los Derechos Del Niño* a fin de que puedan tener una infancia que pueda acusar de los derechos en conformidad con los principios esposados en la misma Declaración.

En Puerto Rico, el *Artículo II, Sección 1 de la Constitución del Estado Libre Asociado* consigna que "la dignidad del ser humano es inviolable y que todos los seres humanos son iguales ante la ley." Más aún, la Sección V dispone que "[t]oda persona tiene derecho a una educación que propenda al pleno desarrollo de su personalidad y al fortalecimiento del respeto de los derechos del hombre y de las libertades fundamentales". Así mismo, el Departamento de Educación canaliza esas garantías constitucionales a través de su *Ley Orgánica, la Ley 85-2018, según enmendada, mejor conocida como Ley de Reforma Educativa de Puerto Rico.*

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

---

[1] Declaración de los Derechos del Niño, 20 de noviembre de 1959, aprobado por la Asamblea General de las Naciones Unidas.

**POLÍTICA PÚBLICA PARA ESTABLECER EL REGISTRO DE ASISTENTES DE SERVICIOS ESPECIALES AL ESTUDIANTE IRREGULARES DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DE PUERTO RICO**
Página 2

Como misión del Departamento De Educación, se garantiza una educación gratuita, que desarrolle la capacidad y las destrezas de los estudiantes para su desempeño como ciudadanos independientes, capaces de contribuir al bienestar común. Es por lo que, con la creación de la Secretaría Asociada de Educación Especial del Departamento de Educación se posibilita el ofrecimiento de los servicios educativos y relacionados a estudiantes con impedimentos entre los tres (3) hasta los veintiún (21) años, conforme a la legislación federal *Individuals with Disabilities Education Act,*[2] según enmendada. La Ley IDEA asegura el cumplimiento con las necesidades únicas de los niños con discapacidades. La educación para estos niños debe ser provista sin costo a los padres y debe incluir educación conducida en el salón de clases, en el hogar, en los hospitales e instituciones y en otros ambientes.

Asimismo, la Ley IDEA incorpora la garantía de los servicios suplementarios atemperado a las necesidades de los estudiantes con impedimentos. Los servicios educativos, relacionados y suplementarios son programados para ofrecerse a estudiantes con impedimentos de manera individualizada, determinados según su necesidad.

Es política reiterada del Gobierno de Puerto Rico la prestación de servicios a estudiantes del sistema de educación pública con necesidades especiales. Entre estos servicios que se ofrecen están los suplementarios cuales, a su vez, incluyen proveer a los estudiantes las funciones de los Asistentes de Servicios Especiales. A tales fines, se han tomado diversas acciones afirmativas encaminadas a lograr un óptimo desarrollo e integración de esta población en la sociedad. Para lograr esta integración desde las etapas educativas, el Departamento de Educación estableció la figura del Asistente de Servicios Especiales. Estos trabajadores son de gran valor para la agencia porque son utilizados para facilitar la integración de los estudiantes de Educación Especial a la vida adulta, desde la etapa educativa, atendiendo específicamente las necesidades físicas. A su vez, entre los propósitos de esta función está el proveer los servicios especiales, esenciales y directos a los estudiantes de educación especial con necesidades de movilidad, alimentación, higiene, interpretación, además de requerir supervisión directa y colaborar con los maestros, entre otras. "Las funciones específicas a ser desempeñadas por los Asistentes de Servicios Especiales dependerán de las necesidades particulares de los estudiantes que requieran los servicios".[3]

Para el Departamento de Educacion, ha sido un reto el poder manejar el reclutamiento de sobre tres mil recursos todos los años escolares

A raíz de esto, y de conformidad con la recién aprobada Ley 113-2019, cual enmendó la Ley 85-2018, Ley de Reforma Educativa de Puerto Rico, a través de esta política pública se crea el "*Registro de Asistentes de Servicios Especiales del Departamento de Educación del Gobierno de Puerto Rico*". El mismo, contará con toda la información requerida por ley y necesaria que facilite el proceso de reclutamiento de estos asistentes y que los mismos puedan ser referidos inmediatamente, a las escuelas con necesidad del servicio en beneficio de los estudiantes de educación especial. De igual forma, dicho registro evitará la tardanza rutinaria que se presenta con la entrega de documentos, al certificar que los asistentes son elegibles para trabajar y prestar sus servicios de manera inmediata.

---

[2] Ley IDEA por sus siglas en inglés, Ley Pública 108-446, 20. U.S.C. 1400 et seq.,
[3] Manual de Procedimientos de Educación Especial el Apéndice II Asistentes de Servicios Especiales.

**POLÍTICA PÚBLICA PARA ESTABLECER EL REGISTRO DE ASISTENTES DE SERVICIOS ESPECIALES AL ESTUDIANTE IRREGULARES DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DE PUERTO RICO**
**Página 3**

Nuestros niños y jóvenes son piedra angular de esta sociedad y son la esencia del Departamento de Educación. Nos corresponde a todos, realizar todas las acciones afirmativas necesarias para facilitar la obtención de la educación y los servicios que por derecho les corresponde. Los beneficiados de todo este proceso, además de los estudiantes recipientes, será el Pueblo de Puerto Rico que contará con una sociedad inclusiva, de avanzada y equitativa.

## A. Base Legal

La reciente aprobada Ley 113-2019, enmendó la Ley 85-2018, Ley de Reforma Educativa de Puerto Rico, con el propósito de la creación y actualización constante de un denominado "Registro de Asistentes de Servicios Especiales del Departamento de Educación del Gobierno de Puerto Rico". El fin de este registro es que se provea para la certificación del cumplimiento de los requisitos de elegibilidad para ocupar el puesto de todos aquellos trabajadores que realizan tareas de Asistentes de Servicios en el Departamento de Educación y que no cuenten con estatus de permanencia, para así lograr un proceso más expedito de los nombramientos de estos; y para otros fines relacionados.

Esta política pública se establece, además, conforme a las disposiciones de la Ley Núm. 110 de 26 de junio de 1958, según enmendada, mejor conocida como "Ley del Personal Irregular al Servicio del Estado Libre Asociado de Puerto Rico", el "Manual de Procedimientos para la Contratación de Servicios Personales del Departamento de Educación" de 28 de marzo de 2014 y la Ley 37-2018, según enmendada, mejor conocida como "Ley de Procedimiento Administrativo Uniforme del Gobierno de Puerto Rico".

## B. Aplicabilidad

Las disposiciones de esta política pública aplican a todo aquél trabajador que se haya desempeñado como Asistente de Servicios Especiales, así como a potenciales aspirantes. Esta política pública persigue alcanzar como meta los más altos niveles de excelencia, eficacia, eficiencia en el proceso de reclutamiento en el servicio público mediante un sistema ágil que propenda a evitar procesos burocráticos innecesarios y redundantes.

## C. Procedimiento del Registro

Se crea y actualiza este *"Registro de Asistentes de Servicios Especiales del Departamento de Educación del Gobierno de Puerto Rico"*, el cual contendrá la información de todo aquel trabajador que se haya desempeñado como Asistente de Servicios Especiales en el Departamento de Educación. Específicamente, el Registro contendrá la siguiente información:

(a) Nombre e información necesaria para contactar de manera inmediata al trabajador;

(b) Certificación de cumplimiento de los requisitos sobre reclutamiento y selección para poder desempeñar un empleo en el servicio público;

(c) Información relativa a las áreas o regiones donde ha desempeñado sus funciones previas como Asistente de Servicios Especiales;

**POLÍTICA PÚBLICA PARA ESTABLECER EL REGISTRO DE ASISTENTES DE SERVICIOS ESPECIALES AL ESTUDIANTE IRREGULARES DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DE PUERTO RICO**
**Página 4**

(d) Evaluaciones previas por los servicios prestados; y

(e) Cualquier otra información que se estime necesaria y que adelante los propósitos del Registro aquí creado.

Se dispone que, si el Asistente de Servicios Especiales cumple con los requisitos para formar parte del Registro, pasará a formar parte del mismo y, de existir la necesidad del servicio, será contactado de manera inmediata.

Como parte del proceso, la Secretaria Asociada de Educacion Especial (SAEE) enviará a la respectiva Oficina Regional Educativa (ORE) una lista con los nombres de los asistentes de servicios especiales irregulares que al finalizar el curso escolar 2019-2020, tenían contrato activo. Con el propósito de estructurar y completar el registro, efectivo este próximo **30 de julio de 2020** cada ORE estará abriendo el proceso de solicitud para pertenecer el mencionado registro mediante el recibo de documentos por correo electrónico. Para ello se han habilitado los siguientes correos electrónicos para cada registro particular en cada una de las regiones educativas:

| ORE ARECIBO | RegistroT1-Arecibo@de.pr.gov |
| ORE BAYAMON | RegistroT1-Bayamon@de.pr.gov |
| ORE CAGUAS | RegistroT1-Caguas@de.pr.gov |
| ORE HUMACAO | RegistroT1-Humacao@de.pr.gov |
| ORE MAYAGUEZ | RegistroT1-Mayaguez@de.pr.gov |
| ORE PONCE | RegistroT1-Ponce@de.pr.gov |
| ORE SAN JUAN | RegistroT1-SanJuan@de.pr.gov |

De interesar pertenecer a varios registros, por región, debe someter los documentos a cada correo electrónico en particular. Los documentos necesarios para la correspondiente evaluación y pertenecer al registro de asistentes son:

- Certificación de Cumplimiento de la Administración para el Sustento de Menores (ASUME)
- Certificación de Radicación de Planillas de los últimos 5 años
- Certificación de Deuda contributiva (de tener deuda, presentar evidencia de plan de pago)
- Certificado de Antecedentes Penales
- Transcripción de créditos
- Certificado de Salud vigente (si lo posee, de lo contrario la agencia proveerá formulario al momento de la contratación)
- Copia de Evaluaciones de Desempeño (si aplica)
- Copia certificados de cursos en Lenguaje de Señas, Braille u Orientación y Movilidad (si aplica)

En el caso de candidatos nuevos, la Unidad de Recursos Humanos de la ORE correspondiente deberá enviar la transcripción de crédito recibida a la Secretaria Auxiliar de Recursos Humanos para que se realice la Evaluación Preliminar. Recalcamos que la evaluación preliminar será de aplicación solo para candidatos que no trabajaron como

**POLÍTICA PÚBLICA PARA ESTABLECER EL REGISTRO DE ASISTENTES DE SERVICIOS ESPECIALES AL ESTUDIANTE IRREGULARES DEL DEPARTAMENTO DE EDUCACIÓN DEL GOBIERNO DE PUERTO RICO**
**Página 5**

asistentes el pasado año escolar (nuevos) y solo  será solicitada por la Unidad de Recursos Humanos de la ORE correspondiente. El correo electrónico para el envío de documentos y la correspondiente solicitud de evaluación preliminar es Mangual_G@de.pr.gov.

**Si la persona es seleccionada para nombramiento, se le podrán solicitar documentos adicionales.**

En el proceso podrán someter documentos el personal previamente nombrado por el Departamento de Educacion, así como nuevos solicitantes. Sin embargo, para el curso escolar 2020-2021, **la agencia considerará para contratación al personal nombrado en el curso pasado previo a proceder con un nombramiento adicional**.

Una vez agotado el registro de candidatos previamente nombrados por la agencia, se considerará para reclutamiento a nuevos aspirantes. Cuando se evalúe el cumplimiento de los documentos requeridos, el candidato puede ser referido para la administración de prueba de dopaje.

Es importante mencionar que la creación de este registro y la inclusión de los candidatos en el mismo, no establece una expectativa de nombramiento final. Esto debido a que todos los candidatos deberán cumplir con los procesos ordinarios tales como:

- Crear y mantener actualizado su perfil en la plataforma RECLUTA. Para el mismo, puede acceder al siguiente enlace: http://recluta.dde.pr/

- Solicitar y cumplir con los requerimientos de la convocatoria una vez publicada en RECLUTA. Esta acción es aparte al proceso de *Registro de Asistente de Servicios* establecido en el presente memorando. **Es necesario complete el proceso de registro previo a solicitar en las convocatorias.**

- Cumplir con cualquier otro requisito establecido por la Secretaría Auxiliar de Recursos Humanos, Secretaría Asociada de Educación Especial u Oficina Regional Educativa.

Entendemos que esta política pública representa un gran beneficio para todo estudiante de Educación Especial al ser un paso más para garantizar la obtención de la educación y los servicios que por derecho les corresponde. "No hay causa que merezca más alta prioridad que la protección y el desarrollo del niño."*[4]*

Esta política pública tiene vigencia inmediata y deja sin efecto cualquier otro documento cuyas directrices estén en conflicto en su totalidad o parcialmente con las disposiciones que aquí se establecen.

---

[4] Plan de Acción de la Cumbre Mundial a favor de la infancia, 30 de septiembre de 1990.