

*EXHIBIT 4*

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE EDUCACIÓN
Secretaría Asociada de Educación Especial

## AVISO

### SOLICITUD DE PROPUESTAS PARA PROVEER SERVICIOS EDUCATIVOS Y RELACIONADOS AL PROGRAMA DE EDUCACIÓN ESPECIAL DURANTE EL AÑO FISCAL 2019-20

La Secretaria Asociada de Educación Especial (SAEE) del Departamento de Educación tiene el compromiso de proveer servicios educativos y relacionados a los estudiantes de educación especial de acuerdo con los criterios de elegibilidad establecidos en la Ley Núm. 51 de 7 de junio de 1996, según enmendada, Ley de Servicios Educativos Integrales para Personas con Impedimentos y la Ley Federal Núm. 108446, *Individuals with Disabilities Education Improvement Act*. Cónsono a sus propósitos, se solicitan propuestas formales dirigidas a ofrecer: a) servicios educativos; b) servicios educativos y servicios relacionados de intervención terapéutica; c) servicios relacionados de evaluaciones iniciales y trianuales; d) servicios relacionados de intervención terapéutica y evaluaciones adicionales y revaluaciones; a niños y jóvenes entre las edades desde tres (3) hasta inclusive veintiún (21) anos, durante el año fiscal 2019-2020. A su vez se solicita propuesta de especialista independiente en la disciplina de terapia ocupacional para ofrecer e) servicios de supervisión a asistentes de terapia ocupacional en puestos permanentes en la Agencia y evaluaciones.

Las entidades o los individuos que se contratarán para ofrecer servicios educativos y/o servicios de evaluación y terapias deberán proveer intervenciones o servicios de terapias enfocadas al ambiente educativo en las áreas de psicología, habla lenguaje, ocupacional y física con la finalidad de apoyar las metas educativas establecidas en el Programa Educativo Individualizado, basados en las necesidades individuales del estudiante y mediante autorización previa de la SAEE o el funcionario autorizado. Entre los servicios para los cuales se solicitan propuestas se encuentran los siguientes:

1. **Servicios educativos:** Estos servicios pueden incluir servicios individualizados en grupos pequeños y servicios educativos para niños con necesidades especiales elegibles a los servicios.

2. **Servicios relacionados de evaluación y revaluación:**
    a. Evaluación Inicial - Es la evaluación en disciplina de la salud o relacionada a la salud, que se realiza para establecer un diagnóstico sobre impedimento primario motivo de registro a servicios educativos especiales, el cual evidencia afectar adversamente el aprovechamiento escolar del estudiante.
    b. Evaluación Adicional - Es evaluación en disciplina de la salud o relacionada a la salud que se realiza para confirmar la sospecha de una condición concomitante que podría aportar a reducir el aprovechamiento académico de un estudiante.
    c. Reevaluación - Es el servicio que se define como el proceso mediante el cual se recopila información sobre una persona utilizando pruebas formales, informales y otros medios, incluyendo el análisis sobre servicios provistos en la disciplina (tiempo en servicio y estrategias utilizadas), que analiza la pertinencia y beneficios sobre la continuidad en la provisión del mismo, considerando variables como: origen y severidad de la condición o impedimento, nivel de funcionamiento, funcionamiento mantenido, estrategias de intervención utilizadas, presencia de condiciones concomitantes, apoyo del hogar, capacidad de autocorrección, entre otros. Este proceso de evaluación se realiza después de varios años de servicio y propone dar curso al ofrecimiento de intervenciones relacionadas a lo educativo, continuar con las intervenciones motivo de admisión a los servicios enfocada en las necesidades educativas del estudiante. Este servicio ha de solicitarse considerando la recomendación del especialista que ofrece los servicios.
    d. Reevaluación Trianual - Es una reevaluación que se realiza como resultado del proceso de Análisis de Información Existente, cada tres (3) años o antes, de ser necesario, con el propósito de determinar si el estudiante continúa siendo un niño o joven con impedimentos, según definido en la Ley Pública Federal 108-446 denominada Individuals with Disabilities Education Improvement Act of 2004 (IDEA) y Estatal, Ley 51-1996, según enmendada, mejor conocida como Ley de Servicios Educativos Integrales para Personas con Impedimentos. Este servicio ha de solicitarse luego de la consideración de la información disponible para identificar necesidades educativas y funcionamiento educativo actual, determinar que, a causa del impedimento, el estudiante necesita servicios de educación especial y servicios relacionados y determinar las modificaciones necesarias para que el estudiante logre sus metas anuales y participe, hasta donde sea apropiado, en el currículo general.

3. **Servicios relacionados de intervención:** Prácticas enfocadas en los servicios educativos, que en las diferentes disciplinas de servicios relacionados, se construyen en metas y objetivos operacionales, sobre los intereses y habilidades de las personas, dirigidas a producir conductas específicas, para facilitar el desarrollo cognoscitivo, físico/motor, del habla y lenguaje, socio/emocional y de ayuda propia, de un estudiante, y con la finalidad de generar funcionalidad y apoyar los servicios educativos especiales. Se ofrecen en las siguientes modalidades:

  a. <u>Intervención tipo consultoría:</u> El especialista provee servicios consultivos al personal escolar, padres u otros profesionales. El especialista analiza, adapta, modifica y crea materiales didácticos apropiados, observa en el salón de clases y se reúne con el maestro a fin de ayudarlo con la planificación y el seguimiento al progreso de estudiante. Este modelo incluye proporcionar información y demostración de instrucción efectiva y proveer procedimientos de facilitación al maestro y los padres.
  b. <u>Intervención integrada en el salón de clases:</u> El maestro y los especialistas (varios) trabajan en conjunto a cada profesional para trabajar con su área de especialización.
  c. <u>Intervención directa grupal:</u> Se ofrece fuera del salón de clases a grupos homogéneos de estudiantes. Se agrupan en las disciplinas de acuerdo con sus necesidades desde dos hasta cinco estudiantes.
  d. <u>Intervención directa individual:</u> Se ofrece fuera del salón de clases en proporción de uno a uno en la sesión de intervención. El especialista ofrece instrucción especializada más dirigida a habilidades específicas. Puede ser considerado en términos de tiempo recomendado, no de frecuencia.
  e. <u>Intervención complementaria colaborativa:</u> El especialista interviene con el estudiante, en el salón de clases, con el maestro como especial instructor. El maestro presenta el contenido curricular mientras el especialista asiste a los estudiantes que tienen servicios de terapias recomendados. El especialista colabora en el salón para intervenir en el ejercicio de las tareas y cuando los niños presentan dificultades. Este modelo debe combinarse con intervención individual o grupal. Bajo este modelo no necesariamente se establece frecuencia, sino el tiempo de duración semanal del servicio, el cual combina diferentes modalidades. Tampoco se establece necesariamente un día específico de ofrecimiento.
  f. <u>Intervención instruccional:</u> El especialista interviene una (1) o dos (2) veces al mes con el estudiante, reduciendo gradualmente durante el año este enfoque, conforme a las necesidades de maestros, padres y estudiantes. En este proceso instruya al maestro y/o padres para que estos apliquen las estrategias utilizadas y procedimientos demostrados, hacia el logro de los objetivos de intervención y PEI, que resultan ser similares.

Estos servicios se ofrecerán a estudiantes del Programa de Educación Especial, referidos por medio de la Secretaria Asociada de Educación Especial o su representante autorizado. Los mismos deberán ofrecerse, en primera instancia, en la escuela donde el estudiante recibe el servicio educativo. En los casos que un determinado servicio de terapia no pueda ofrecerse en la escuela, el servicio se podrá proveer en otra localidad, tomando en consideración diferentes opciones: Centros de Servicios de Educación Especial, cualquier instalación del gobierno estatal o municipal, en la Oficina del Superintendente de Escuelas del distrito, y en oficinas privadas de los proveedores.

Las entidades elegibles para presentar propuestas pueden ser entidades con y sin fines de lucro que demuestren integridad, compromiso, experiencia y cumplimiento con la política pública y con ejecuciones anteriores, así como recursos técnicos y financieros. Los profesionales que presten servicios deben tener sus licencias profesionales correspondientes en: psicología, terapia ocupacional, terapia física y patología del habla y lenguaje, entre otros. Además, se considerarán tanto la calidad de los servicios prestados con la capacidad del proponente para: evidenciar el mejoramiento en el aprovechamiento educativo de los estudiantes; el impacto positivo de los servicios mediante análisis de prognosis, enfocando el tratamiento en evidenciar ganancias en la provisión de los servicios; y por medio del cumplimiento con la política pública de la Agenda.

Las personas interesadas en someter propuestas podrán recibir información correspondiente en la Secretaria Asociada de Educación Especial (nueva sede del Departamento de Educación, calle Federico Costa 150, Urb. Industrial Tres Monjitas), después de la Escuela de Derecho de la Universidad interamericana en Halo Rey) a partir del 20 de marzo de 2019. A su vez podrán obtenerla accediendo a la siguiente dirección electrónica: https://ee-propuestas.dde.pr/

Las propuestas serán sometidas en línea en o antes del viernes, 30 de abril de 2019. **No se aceptarán propuestas con fecha posterior a la señalada**. Las propuestas deberán estar dirigidas al Lcdo. Eliezer Ramos Pares, Secretario Asociado de Educación Especial.

Para obtener información adicional pueden comunicarse al número de teléfono 787-773-2288 o a la dirección de correo electrónico: María L. Soto Serrano (soto_mari@de.pr.gov).

Julia B Keleher, Ed. D
Secretaria

P.O. Box 190759, San Juan, P.R. 00919-0759 * Tel. 787.773.5800   

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.