```
LEDES1998B[]
INVOICE_DATE|INVOICE_NUMBER|CLIENT_ID|LAW_FIRM_MATTER_ID|INVOICE_TOTAL|BILLING_START
_DATE|BILLING_END_DATE|INVOICE_DESCRIPTION|LINE_ITEM_NUMBER|EXP/FEE/INV_ADJ_TYPE|LIN
E_ITEM_NUMBER_OF_UNITS|LINE_ITEM_ADJUSTMENT_AMOUNT|LINE_ITEM_TOTAL|LINE_ITEM_DATE|LI
NE_ITEM_TASK_CODE|LINE_ITEM_EXPENSE_CODE|LINE_ITEM_ACTIVITY_CODE|TIMEKEEPER_ID|LINE_
ITEM_DESCRIPTION|LAW_FIRM_ID|LINE_ITEM_UNIT_COST|TIMEKEEPER_NAME|TIMEKEEPER_CLASSIFI
CATION|CLIENT_MATTER_ID[]
20220228|505475|1600|01001|17736.00|20220201|20220228||3|F|0.30||66.00|20220204|B110
||A104|CIG|Review And Respond To Certain Communications From Tristan Axelrod
Regarding Payment Of Future Claim Amounts. [Gui-Mer-Fe
Inc]|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||4|F|0.40||88.00|20220211|B110
||A104|CIG|Review And Analyze Business Bankruptcy Reports For The Week To Determine
If Any Vendor Has Filed For Bankruptcy Relief.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||5|F|0.10||22.00|20220213|B110
||A104|YG|Review Docket No. 20108. Pro Se Notices Of Participation Received By The
Court On 02/10/2022  Discovery For Confirmation Of Commonwealth Plan Of Adjustment.
(Attachments: # (1) Jose M. Santiago Andino (Julio Santiago
Arroyo))|66-0554116|220.00|González, Yasthel|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||6|F|0.50||140.00|20220216|B11
0||A109|KCS|Conference Call With Brown Rudnick  Relative To The Next Steps That We
Will Take In This Matter.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||7|F|1.20||264.00|20220222|B11
0||A104|CIG|Review And Analyze Communication Sent By Blair Rinne To Request Status
Of Tolling Agreement Extension From Carlos Baralt.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||8|F|0.20||44.00|20220223|B110
||A104|CIG|Conference With Blair Rinne To Discuss Strategy To Obtain Signed Tolling
Agreement Or File Related Complaint.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||9|F|0.40||88.00|20220228|B110
||A104|CIG|Review And Analyze Business Bankruptcy Reports For The Week To Determine
If Any Vendor Has Filed For Bankruptcy Relief.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||10|F|0.40||88.00|20220201|B11
3||A104|CIG|Review And Analyze Joint Informative Motion Of Financial Oversight And
Management Board For Puerto Rico, Fee Examiner, And U.S. Trustee In Compliance With
Court Order Regarding Enactment Of The Puerto Rico Recovery
Accuracy|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||11|F|0.40||88.00|20220201|B11
3||A104|CIG|Review And Analyze Response Of The Commonwealth Of Puerto Rico) To
Motion Titled Inquire About The Commonwealth Of Pr Agencies Covered By The PROMESA
Stay. [19963]|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||12|F|0.10||22.00|20220202|B11
3||A104|CIG|Review And Analyze Order Concerning [19849] Compliance With The Puerto
Rico Recovery Accuracy In Disclosures Act. [19980]|66-0554116|220.00|Infante ,
Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||13|F|0.10||22.00|20220202|B11
3||A104|CIG|Review And Analyze Informative Motion Of The Financial Oversight And
Management Board For Puerto Rico Regarding Adjourned Claim Objections Set For
```

```
Hearing On February 16-17, 2022. [20010]|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||14|F|0.10||22.00|20220202|B11
3||A104|CIG|Review And Analyze Minute Entry For Proceedings Held Before Judge Laura
Taylor Swain And Magistrate Judge Judith G. Dein.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||15|F|1.00||220.00|20220203|B1
13||A104|CIG|Review And Analyze Notice Of Submission Of Third Amended Plan
Supplement And Plan Related Documents By The Commonwealth Of Puerto
Rico.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||16|F|0.30||66.00|20220203|B11
3||A104|CIG|Review And Analyze Notice Of Appeal|66-0554116|220.00|Infante ,
Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||17|F|0.30||66.00|20220204|B11
3||A104|CIG|Motion For Stay Pending Appeal.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||18|F|1.20||264.00|20220204|B1
13||A104|CIG|Review And Analyze Notice Of Appeal.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||19|F|0.50||110.00|20220204|B1
13||A104|CIG|Review And Analyze Order Denying Motion For Lift Of Stay And Consider
Necessary Actions. [Evertec, Inc]|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||20|F|0.30||66.00|20220207|B11
3||A104|CIG|Review And Analyze Memorandum Order Granting Debtor'S Motion Pursuant To
Bankruptcy Code Sections 105(A) And 362 For Order Directing Complaint To Be
Withdrawn.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||21|F|0.10||22.00|20220210|B11
3||A104|CIG|Review And Analyze Motion For Joinder. [20088]|66-0554116|220.00|Infante
, Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||22|F|0.20||44.00|20220211|B11
3||A104|CIG|Review And Analyze Objection To Motion For Stay Pending Appeal.
[20112]|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||23|F|0.40||88.00|20220214|B11
3||A104|CIG|Review And Analyze Notice Of Agenda Of Matters Scheduled For The Hearing
On February 16-17, 2022.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||24|F|0.30||66.00|20220215|B11
3||A104|CIG|Review And Analyze Reply To Response To Motion Of The Teachers
Associations Omnibus Reply To Objections To Motion For Stay Pending
Appeal|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||25|F|0.10||22.00|20220217|B11
3||A104|CIG|Review And Analyze Notice Of Appeal|66-0554116|220.00|Infante ,
Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||26|F|0.10||22.00|20220217|B11
3||A104|CIG|Review And Analyze Notice To All Case Participants Concerning Cm/Ecf
Unavailability.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||27|F|0.20||44.00|20220217|B11
3||A104|CIG|Review And Analyze Notice Of Appeal [20155]|66-0554116|220.00|Infante ,
Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||28|F|0.80||176.00|20220217|B1
13||A104|CIG|Review And Analyze Reply To Objection To Motion For Stay On Appeal Of
Order Confirming Plan Of Adjustment. [20159]|66-0554116|220.00|Infante ,
Carlos|AS|[]
```

```
20220228|505475|1600|01001|17736.00|20220201|20220228||29|F|0.20||44.00|20220217|B113||A104|CIG|Review And Analyze Joint Omnibus Reply To Several Objections To Motion For Stay Pending Appeal [20161]|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||30|F|0.50||110.00|20220217|B113||A104|CIG|Review And Analyze Informative Motion Of Financial Oversight And Management Board Regarding Status Of Plan Implementation. [20165]|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||31|F|0.30||66.00|20220218|B113||A104|CIG|Review And Analyze Communication Sent By Carlos Baralt To Discuss Signature Of Tolling Agreement And Relevant Deadlines To Execute Same.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||32|F|0.90||198.00|20220218|B113||A104|CIG|Review And Analyze Urgent Motion Pursuant To Section 312 Of PROMESA And Section 105 Of The Bankruptcy Code To Compel Mediation And Impose Deadlines For A PREPA Plan Of Adjustment|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||33|F|0.20||44.00|20220222|B113||A104|CIG|Review And Analyze Order Further Amending Case Management Procedures.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||34|F|0.10||22.00|20220228|B113||A104|CIG|Review And Analyze Motion To Inform AAFAF And PREPAs Joinder To The Objection Of The Financial Oversight And Management Board For Puerto Rico To Urgent Motion Of Ad Hoc Group Of PREPA Bondholders.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||35|F|0.20||44.00|20220228|B113||A104|CIG|Review And Analyze / Official Committee Of Unsecured Creditors Objection To Ad Hoc Group Of PREPA Bondholders Motion Pursuant To Section 312 Of PROMESA And Section 105 Of The Bankruptcy Code To Compel Mediation And Impose Deadlines For A PREPA Plan.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||36|F|0.20||56.00|20220209|B140||A104|KCS|Analyze Amended Response To Motion  [19969] Motion For Stay Pending Appeal Regarding: Order And Judgment Confirming Modified Eighth Amended Title Iii Joint Plan Of Adjustment [ 20077]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||37|F|1.80||396.00|20220213|B140||A104|YG|Review And Analyze Motion Opposition Of PSA Creditors  Motion For Stay Pending Appeal Regarding: Order And Judgment Confirming Modified Eighth Amended Title Iii Joint Plan Of Adjustment (187 Pages) Docket No. 2116. Filed By Gerardo Carlo.|66-0554116|220.00|González, Yasthel|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||38|F|0.60||132.00|20220213|B140||A104|YG|Review And Analyze Docket No. 20115. Response To Motion , Opposition Of The Commonwealth Of Puerto Rico, The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico, To The February 4Th Motion To Stay. Filed By The ELA. (57 Pages)|66-0554116|220.00|González, Yasthel|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||39|F|0.40||88.00|20220203|B150||A109|CIG|Telephone Conference With Madeline Soto, Debtor'S Counsel, To Discuss Status Of Change Of Payments And Need For Certain Actions From Scc To Complete Same. [Gui-Mer-Fe Inc]|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||40|F|0.20||44.00|20220203|B150||A103|CIG|Review And Analyze Relevant Information Provided By Vendor'S Counsel And Consider Need For Additional Actions. [Gui-Mer-Fe Inc]|66-0554116|220.00|Infante , Carlos|AS|[]
```

```
20220228|505475|1600|01001|17736.00|20220201|20220228||41|F|0.20||44.00|20220204|B150||A104|CIG|Review And Analyze Communication Sent By Francisco Ojeda Regarding Opinion And Order For Brown Rudnick And Review Related Responses. [Evertec, Inc]|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||42|F|0.30||66.00|20220204|B150||A107|CIG|Telephone Conference With Vendor'S Counsel To Discuss Information Regarding Payment Of Scc Claim.  Consider Necessary Actions. [Gui-Mer-Fe Inc]|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||43|F|0.40||88.00|20220207|B150||A107|CIG|Review And Analyze Certain Communication Sent By Blair Rinne To Provide Information Regarding Tolling Extension And Requests Assistance With Reaching Out To Vendors For Signature.  Review Documents And Consider Necessary Actions.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||44|F|0.30||66.00|20220208|B150||A108|CIG|Telephone Conference With Tomi Donahoe To Discuss Information Regarding Data Review For Certain Cases In Order To Transfer Information To UCC Trust.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||45|F|0.30||66.00|20220208|B150||A108|CIG|Review And Analyze Communications Sent By Tomi Donahoe In Relation To Data To Be Reviewed For Certain Vendor Actions.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||46|F|0.40||88.00|20220214|B150||A104|CIG|Review And Analyze Communication Sent By Blair Rinne To Provide Draft Of Tolling Agreement Extension And Discuss Efforts To Obtain Signature From Defendants.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||47|F|0.30||66.00|20220214|B150||A104|CIG|Review And Analyze Communication Sent By Nick Bassett To Provide Suggested Edits To Dismissal Motions.  Review And Consider Necessary Actions.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||48|F|0.30||66.00|20220214|B150||A103|CIG|Draft Communication For Tristan Axelrod To Discuss Ongoing Matters And Request Conference To Further Discuss Matters Related To Transfer Of Claims.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||49|F|0.20||44.00|20220214|B150||A104|CIG|Review And Analyze Communicatin Sent By Tomi Donahoe To Confirm Information Submitted Regarding Data Transfer To UCC Trust. Respond To Communication.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||50|F|0.10||22.00|20220214|B150||A104|CIG|Review And Analyze Communication From Tristan Axelrod Regarding Proposed Revisions From UCC Counsels To Dismissal Motions.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||51|F|0.20||44.00|20220214|B150||A104|CIG|Review And Analzye Communicatino From Ken Suria And Tristan Axelrod To Discuss Ongoing Matters And Transfer Of Claims.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||52|F|0.30||66.00|20220216|B150||A109|CIG|Conference With Ken Suria To Discuss Matters Addressed In Conference With Brown Rudnick.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||53|F|0.30||66.00|20220216|B150||A104|CIG|Review And Analyze Communication From Trustan Axelrod Regarding Change
```

```
Of Address And Payment In Case. [Gui-Mer-Fe Inc]|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||54|F|0.80||176.00|20220216|B150||A104|CIG|Review And Analzye Commuication Sent By Matt Sawyer To Provide Memo Regarding Transfer Duties.  Review And Consider Necessary Actions.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||55|F|0.70||154.00|20220216|B150||A109|CIG|Participate In Telephone Conference With Ken Suria, Matt Sawyer And Tristan Axelrod To Discuss Next Steps In Transition To Litigation Trust And Other PROMESA Matters.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||56|F|0.50||110.00|20220216|B150||A101|CIG|Review Relevant Information And Prepare For Telephone Conference With Tristan Axelrod, Matt Sawyer And Ken Suria To Discuss Next Steps In Transition To Litigation Trust And Other Ongoing Matters.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||57|F|0.20||44.00|20220218|B150||A104|CIG|Draft Communication For Carlos Baralt, To Discuss Need To Execute Tolling Extension For Certain Case|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||58|F|0.40||88.00|20220218|B150||A104|CIG|Review And Respond To Communication Sent By Blair Rinne To Discuss Additional Actions Necessary To Sign Tolling Agreement Extension For Certain Case. Draft Response With Efforts Undertaken.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||59|F|0.30||66.00|20220218|B150||A104|CIG|Review And Analyze Communication Sent By Blair Rinne To Alfredo Fernandez To Once Again Explain Need To Execute Tolling Extension Or Complain Will Be Filed. Review Related Documents|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||60|F|0.30||66.00|20220219|B150||A104|CIG|Review And Respond To Several Communications From Carlos Baralt And Blair Rinne To Discuss Matters Related To Tolling Agreement Extension.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||61|F|0.40||88.00|20220219|B150||A103|CIG|Draft Communication For Carlos Baralt To Discuss Need To Extend Certain Tolling Agreement And Provide Pertinent Information Related To It.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||62|F|0.20||44.00|20220222|B150||A104|CIG|Review And Analyze Communication Sent By Blair Rinne To Discuss Information Regarding Tolling Extension For Certain Clawback Action.  Review Response From Tolled Party'S Counsel.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||63|F|0.20||44.00|20220222|B150||A104|CIG|Review And Analyze Communication Sent By Carlos Baralt To Discuss Status Of Tolling Extension. Considerations.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||64|F|1.20||264.00|20220222|B150||A104|CIG|Review And Anlayze Communication Sent By Nayuan Zouairabani To Provide Memorandum Of Defenses Raised By College Board And Related Data.  Review Information And Consider Necessary Actions.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||65|F|0.30||66.00|20220223|B150||A103|CIG|Draft Communication For Blair Rinne To Inform About Efforts To Obtain Tolling Agreement Extension. Review And Respond To Several Related Communications.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||66|F|0.20||44.00|20220223|B150||A103|CIG|Draft Communication For Carlos Baralt To Inform About Urgency To Execute
```

```
Tolling Extension.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||67|F|0.40||88.00|20220223|B15
0||A104|CIG|Review And Analyze Communication Sent By Blair Rinne To Provide Redline
And Clean Tolling Agreement Extensions To Carlos Baralt And Alfredo Fernandez.
Review Documents And Consider Necessary Actions.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||68|F|0.30||66.00|20220224|B15
0||A104|CIG|Review And Analyze Communication Sent By Blair Rinne To Carlos Baralt
And Alfredo Fernandez To Provide Tolling Extensin Draft And Discuss Related Matters.
 Review Documents And Consider Additional Actions.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||69|F|0.20||44.00|20220224|B15
0||A104|CIG|Review And Analyze Communication Sent By Ken Suria To Provide Input
Regarding Complaint.  Review Response From Blair Rinne.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||70|F|0.20||44.00|20220225|B15
0||A104|CIG|Review And Anlayze Communication Sent By Blair Rinne To Carlos Baralt To
Provide Deadline To Provide Tolling Agreement In Lieu Of Filing A
Complaint.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||71|F|0.20||44.00|20220225|B15
0||A104|CIG|Review And Analyze Informative Motion Sent By Yaritza Cruz
Delgado.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||72|F|0.20||44.00|20220225|B15
0||A104|CIG|Review And Analyze Communication Snet By Nayda Perez To Discuss Notice
Of Revised Proposed Order.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||73|F|0.20||44.00|20220225|B15
0||A104|CIG|Review And Analyze Communication Sent By Blair Rinne To UCC Counsels To
Discuss Information Submitted By Tolled Vendor And Potential Actions Related To
Case.  Review Response From John Arastia With Relevant
Position.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||74|F|0.20||44.00|20220225|B15
0||A104|CIG|Review And Analyze Communication Sent By Blair Rinne To Request
Assistance With Execution Of Tolling Agreement With Df Law
Firm.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||75|F|0.20||44.00|20220225|B15
0||A104|CIG|Review And Analyze Communication Sent By Carlos Baralt To Provide
Information Regarding Tolling Agreement Extension And Intent To Do
So.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||76|F|0.10||22.00|20220225|B15
0||A103|CIG|Draft Communication For Blair Rinne To Provide Status Of Efforts To
Obtain Signature Of Tolling Agreement.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||77|F|0.10||22.00|20220225|B15
0||A104|CIG|Review And Analyze Communication From Blair Rinne To Discuss Necessary
Actions Regarding Signed Tolling Agreement.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||78|F|0.10||22.00|20220225|B15
0||A104|CIG|Review And Analyze Communication Sent By Iris Cabrera  To Provide Motion
For Joinder In Case No. 17-4780|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||79|F|0.20||44.00|20220225|B15
0||A104|CIG|Review And Analyze Communication Sent By Blair Rinne To Carlos Baralt To
Provide Fully Executed Tollien Agreement Extension.  Review Document And Update Case
```

```
Information.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||80|F|0.50||110.00|20220225|B150||A104|CIG|Review And Analyze Communication Sent By Nayuan Zouairabani To Discuss Information Regarding Fuel Line Lenders Ad Hoc (3 Communications)|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||81|F|0.30||66.00|20220225|B150||A104|CIG|Review And Analyze Communication Sent By  Luis Llach T Oprovide Input Regarding Issues Related To Tolling Extension.  Review Related Resposnes From Blar Rinne And John Arrastia.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||82|F|0.20||44.00|20220225|B150||A104|CIG|Review And Analyze Communication Sent By Carlos Baralt To Inform Intent To Execute Tolling Agreement. Consider Necessary Actions.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||83|F|0.20||44.00|20220225|B150||A103|CIG|Draft Communication For Blair Rinne To Provide Revisions To Draft Of Complaint And Discuss Necessary Actions To Obtain Signed Tolling Agreementt To Avoid Filing Complaint.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||84|F|0.20||44.00|20220225|B150||A104|CIG|Review And Analyze Communication Sent By Ken Suria To Provide Position Regarding Draft Of Complaint To Be Filed To Parties Unmilling To Extend Tolling Period.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||85|F|0.40||88.00|20220225|B150||A104|CIG|Review And Analyze Communication Sent By Carlos Baralt To Provide Signed Tolling Agreement Extensio.  Review Document And Consider Necessary Actions.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||86|F|0.30||66.00|20220225|B150||A108|CIG|Telephone Conference With Delgado Fernandez Firm To Discuss Need To Execute Tolling Agreement Prior To Certain Deadlines Due To Court Closing.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||87|F|0.40||88.00|20220225|B150||A103|CIG|Review And Analyze Communication From Emil Rodriguez To Provide Motion Opposing Mediator For Case No. 17-4780|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||88|F|1.00||220.00|20220228|B150||A104|CIG|Review And Analyze Communication Sent By Nayuan Zouairabani Regarding Motions To Appoint Mediators.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||89|F|0.20||44.00|20220228|B150||A104|CIG|Review And Analyze Second Communication Sent By Zack Schreiber Regarding Reservation Of Rights Regarding Urgent Motion.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||90|F|0.20||44.00|20220228|B150||A104|CIG|Review And Analyze Communication Sent By Zack Schreiber Regarding Reservation Of Rights Regarding Urgent Motion.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||91|F|0.40||112.00|20220203|B160||A108|KCS|Analyze Multiple Emails Relative To The New Bill Examiner|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||92|F|0.50||140.00|20220208|B160||A109|KCS|Meeting With New Fee Examiner, Bob Keach.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||93|F|0.20||44.00|20220208|B18
```

```
0||A108|CIG|Telephone Conference With Tomi Donahoe To Discuss Certain Reports For
Vendor Actions.  Consider Necessary Actions.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||94|F|0.50||110.00|20220210|B1
80||A104|CIG|Review And Analyze Communication Sent By Tristan Axelrod To Discuss
Necessary Actions Pursuant To Confirmed Plan And Transition To Litigation Trust.
Review Attached Information And Request Additional Documents Related To
Request.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||95|F|2.50||550.00|20220228|B1
80||A104|CIG|Several Communicatiuons With Elvia Vargas From FGA To Discuss
Financials And Other Related Information.  Upload To Trustee
System.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||96|F|0.30||66.00|20220228|B18
0||A104|CIG|Review And Analyze Communication Sent By Tomi Donahoe Regarding Status
Of Review Of Information Regarding Adversary Case. Draft Response
Communication.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||97|F|0.10||28.00|20220202|B19
0||A104|KCS|Reply Of The Commonwealth Of Puerto Rico To The Response Filed By Todd
Hauck [Ecf No. 18160] To The Three Hundred Sixty-Eighth Omnibus Objection .
[19986]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||98|F|0.10||28.00|20220202|B19
0||A104|KCS|Analyze Transcript Of Omnibus Hearing Held On 2/2/2022 , Before Judge
Laura Taylor Swain And Magistrate Judge Judith G. Dein.
[19987]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||99|F|2.10||588.00|20220202|B1
90||A104|KCS|Review Translations Motion Submitting Certified Translations In
Connection With Docketed Claim Objection Responses To Be Heard At The February
16-17, 2022 Objection Hearing  [19461]. [19998] (444 Pgs.)|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||100|F|0.10||28.00|20220208|B1
90||A104|KCS|Analyze Motion To Inform Apperance Of Cantor-Katz Collateral Monitor At
The 2/16-17/2022 Hearing. [20071]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||101|F|0.10||28.00|20220208|B1
90||A104|KCS|Analyze Motion To Inform Endorsement Of Notice Of Appeal By Unete, Et
Al. [20070].|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||102|F|0.10||28.00|20220208|B1
90||A104|KCS|Analyze Informative Motion Of The UCC To Appear At The 2/16-17/2022
Hearing. [20069]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||103|F|0.10||28.00|20220209|B1
90||A104|KCS|Analyze Order Setting Deadline For Further Status Report Regarding
[9845] Consul-Tech Caribe Inc.'S Motion For Allowance And Payment Of Administrative
Expense Claim. [20076]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||104|F|0.10||28.00|20220209|B1
90||A104|KCS|Analyze Ambac Assurance Corporation'S Motion To Inform Regarding
Appearance At February Omnibus Hearing. [20078]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||105|F|0.10||28.00|20220215|B1
90||A104|KCS|Response To Debtors Objection (Alternative Resolution Process)(Claims
Number(S): 1596)  [13603] Debtor'S Acr Notice- First Notice Of Transfer Of Claims To
Administrative Claims Reconciliation, Filed By Charlene S. Oliveras De Jesus, Pro
```

```
Se. [20139]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||106|F|0.10||28.00|20220215|B190||A104|KCS|Order Granting [20135] Urgent Motion Of The Fomb For Puerto Rico For Entry Of Order Granting Zoom Videoconference Line Credentials To Jay Herriman For The February 16-17, 2022 Claim Objection Hearing. [20138]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||107|F|0.20||56.00|20220215|B190||A104|KCS|Urgent Motion Of The F.O.M.B. For Entry Of Order Granting Zoom Videoconference Line Credentials To Jay Herriman For The February 16-17, 2022. [20135].|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||108|F|0.10||28.00|20220217|B190||A104|KCS|Analyze Joint Motion Submitting Eleventh And Final Joint Status Report Of The Commonwealth Of Puerto Rico And Consul-Tech Caribe, Inc. [20162]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||109|F|1.10||308.00|20220217|B190||A104|KCS|Analyze And Verify Urgent Motion Submitting Eleven Certified Translations And Unopposed Request Of Time Extension To File A Pending Translation With 11 Exhibits And 130 Pages [20163]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||110|F|0.10||28.00|20220218|B190||A104|KCS|Analyze Order Concerning [20162] Eleventh And Final Joint Status Report Of The Commonwealth Of Puerto Rico And Consul-Tech Caribe, Inc. [20168]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||111|F|0.10||28.00|20220218|B190||A104|KCS|Analyze Order Concerning Proofs Of Claim Nos. 11497 And 11790  [20128] Notice Of Impasse. Status Report Due On Or Before February 28, 2022 . [20170]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||112|F|0.10||28.00|20220218|B190||A104|KCS|Analyze Order Granting [20163] Unopposed Request Of Time Extension To File A Pending Translation. [20169]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||113|F|0.70||196.00|20220222|B190||A104|KCS|Order Further Amending Case Management Procedures. Scheduling Omnibus Hearing Dates Through January 2024. Related Document:[17127] Scheduling Order - Case Management Order. [20190]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||114|F|0.20||56.00|20220225|B190||A104|KCS|Urgent Consensual Motion Seeking Adjournment Of Hearing  [18602] Motion For Allowance And Payment Of Administrative Expense Filed By Community Health Foundation Of P.R. Inc.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||115|F|0.10||28.00|20220201|B191||A104|KCS|Analyze Second Motion To Inform February 2-3, 2022, Omnibus Hearing Filed By Grisell Cuevas-Rodriguez. [19971]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||116|F|0.20||56.00|20220201|B191||A104|KCS|Analyze Urgent Joint Motion To Propose Order On Briefing Schedule Concerning Teachers Associations Motion For Stay Pending Appeal Regarding: Order And Judgment Confirming Modified Eighth Amended Title Iii Joint Plan Of Adjustment. [19972]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||117|F|0.10||28.00|20220201|B191||A104|KCS|Analyze Order Granting [19966] Sixth Urgent Unopposed Motion Of The Commonwealth Of Puerto Rico For Extension Of Deadlines  [18532] Motion Set Aside Order. [19967]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||118|F|0.90||252.00|20220201|B
```

```
191||A104|KCS|Analyze Motion For Stay Pending Appeal Regarding: Order And Judgment
Confirming Modified Eighth Amended Title Iii Joint Plan Of Adjustment Of The
Commonwealth Of Puerto Rico With Attachments. [19969] (62
Pages)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||119|F|0.20||56.00|20220201|B1
91||A104|KCS|Analyze Motion Submitting Status Report Of Financial Oversight And
Management Board In Connection With February 2-3, 2022, Omnibus Hearing .
[19968]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||120|F|0.30||84.00|20220201|B1
91||A104|KCS|Analyze AAFAF's Motion To Inform Status Report Of The Puerto Rico
Fiscal Agency And Financial Advisory Authority Regarding The Government Of Puerto
Ricos Recent Activities And Response To The Ongoing Covid-19 Pandemic  [19865]
Order. [19976]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||121|F|8.40||1848.00|20220203|
B191||A104|FOD|Receive And Analyze Notice Of Submission Of Third Amended
Plan Supplement And Plan Related Documents By The Commonwealth Of Puerto Rico, Et
Al. (1068 Pages) [In Case No. 17-Bk-03566, D.E. 1309]|66-0554116|220.00|Ojeda Diez,
Francisco|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||122|F|0.10||28.00|20220204|B1
91||A104|KCS|Analyze Order Granting [20021] Urgent Omnibus Consented Motion For
Extension Of Deadlines  [18239] Urgent Motion Section 503 (B) (1) (A) (I) (Ii) Order
Allowance Immediate Payment Administrative Expense. [20026]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||123|F|0.10||28.00|20220204|B1
91||A104|KCS|Receive Order Granting Urgent Motion For Consented Extension Of Time At
Dn. 17134. [20024]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||124|F|0.10||28.00|20220204|B1
91||A104|KCS|Analyze Order Granting [20021] Urgent Omnibus Consented Motion For
Extension Of Deadlines  [18239] Urgent Motion Section 503 (B) (1) (A) (I) (Ii) Order
Allowance Immediate Payment Administrative Expense. [20025]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||125|F|0.20||56.00|20220204|B1
91||A104|KCS|Analyze  Informative Motion Of The Financial Oversight And Management
Board For Puerto Rico Regarding Adjourned Claim Objections Set For Hearing On
February 16-17, 2022  [19461] Order. [19982]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||126|F|0.20||56.00|20220204|B1
91||A104|KCS|Minute Entry For Proceedings Held Before Judge Laura Taylor Swain And
Magistrate Judge Judith G. Dein.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||127|F|0.30||66.00|20220204|B1
91||A104|FOD|Receive And Analyze Court'S Order Denying Evertec'S Urgent Motion To
Lift Stay. [Evertec, Inc]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||128|F|0.10||22.00|20220204|B1
91||A107|FOD|Email To Matt Sawyer, Tristan Axelrod And Carlos Infante Regarding
Court'S Order Denying Evertec'S Urgent Motion To Lift Stay. [Evertec,
Inc]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||129|F|0.10||28.00|20220209|B1
91||A104|KCS|Analyze Order Compelling Obe Johnson To Appear At The 2/16/2022
Adjourned Claim Objection Hearing. [20075]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||130|F|0.20||44.00|20220209|B1
```

```
91||A104|FOD|Receive And Analyze Third Urgent Consensual Motion For Extension Of
Deadlines And Adjournment Of Hearing [In Case No. 17-Bk-03566, D.E. #
1310]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||131|F|0.10||22.00|20220211|B1
91||A104|FOD|Receive And Analyze Order Granting The [1310] Third Urgent Consensual
Motion For Extension Of Deadlines And Adjournment Of Hearing [In Case No.
17-Bk-03566, D.E. # 1311]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||132|F|0.10||22.00|20220213|B1
91||A104|YG|Review Docket No. 20103, Order Granting [20093] Motion For Voluntary
Dismissal Of [20031] Notice Of Appeal Filed By Asociacion Puertorriquena De La
Judicatura, Signed By Laura Swain.|66-0554116|220.00|González, Yasthel|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||133|F|0.10||22.00|20220213|B1
91||A104|YG|Review Docket No. 20119. Limited Joinder Of Official Committee Of
Unsecured Creditors In Support Of Opposition Of The Commonwealth Of Puerto Rico.
Filed By The ELA.|66-0554116|220.00|González, Yasthel|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||134|F|0.90||198.00|20220213|B
191||A104|YG|Review And Analyze Tenth Supplemental Declaration Of Luc A. Despins
Regarding Retention Of Paul Hastings Llp As Counsel To Official Committee Of
Unsecured Creditors Docket No. 20117.|66-0554116|220.00|González, Yasthel|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||135|F|0.20||56.00|20220214|B1
91||A104|KCS|Analyze Email Between Tristan Axelrod And The UCC Relative To Multiple
Dismissal Of AP Actions. Receive And Analyze Email Exchange Between Tristan Axelrod
And The UCC Counsels Relative To Dismissal Motions.|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||136|F|0.50||110.00|20220214|B
191||A104|CIG|Review And Analyze Communications Sent By Tristan Axelrod To Provide
Dismissal Against Certain Claims Background For Dismissal.  Revbiew Commmunications
And Documents And Consider Necessary Actions.|66-0554116|220.00|Infante ,
Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||137|F|0.30||66.00|20220218|B1
91||A104|FOD|Receive And Analyze Informative Motion Of Financial Oversight And
Management Board Regarding Status Of Plan Implementation [In Case No. 17-Bk-03566,
D.E. # 1316]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||138|F|0.20||56.00|20220222|B1
91||A103|KCS|Minute Entry For Proceedings Held Before Judge Laura Taylor Swain And
Magistrate Judge Judith G. Dein. Further Hearing On Adjourned Omnibus Objections To
Claims Held On 02/17/2022. [20191]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||139|F|0.10||28.00|20220222|B1
91||A104|KCS|Analyze Motion For Joinder Joinder Of National Public Finance Guarantee
Corporation To The Urgent Motion Of The Ad Hoc Group Of PREPA Bondholders Pursuant
To Section 312 Of PROMESA And Section 105 Of The Bankruptcy Code To Appoint A
Mediator. [20185]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||140|F|0.10||28.00|20220222|B1
91||A104|KCS|Seventh Urgent Consented Motion Of The Commonwealth Of Puerto Rico For
Extension Of Deadlines  [18532] Motion Set Aside Order [16132] Order Granting
Motion.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||141|F|0.10||28.00|20220222|B1
91||A104|KCS|Order Granting [20187] Seventh Urgent Consented Motion Of The
Commonwealth Of Puerto Rico For Extension Of Deadlines  [18532] Motion To Set Aside
Order|66-0554116|280.00|Suria, Kenneth C.|PT|[]
```

```
20220228|505475|1600|01001|17736.00|20220201|20220228||142|F|1.10||308.00|20220223|B
191||A104|KCS|Motion Of Financial Oversight And Management Board For Puerto Rico
Requesting Order Approving Proposed List Of Material Interested Parties Pursuant To
The Puerto Rico Recovery Accuracy In Disclosures Act. (193 Pages).
[20194]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||143|F|0.40||112.00|20220223|B
191||A104|KCS|Motion Submitting Fourteenth Supplemental Verified Statement Of The Ad
Hoc Group Of PREPA Bondholders Pursuant To Federal Rule Of Bankruptcy Procedure
2019|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||144|F|0.60||168.00|20220224|B
191||A104|KCS|Analylze Alternative Dispute Resolution Status Notice - Tenth
Alternative Dispute Resolution Status Notice.  [12576] Order, [17127] Scheduling
Order - Case Management Order With Attachments. [20205]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||145|F|1.30||286.00|20220224|B
191||A104|CIG|Review And Anlayze Draft Of Complaint To Be Filed Against Party That
Will Not Extend Tolling Agreement.  Review Complaint And Consider Necessary
Edits.|66-0554116|220.00|Infante , Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||146|F|0.60||168.00|20220225|B
191||A103|KCS|Receive, Review And Edit AP Complaint In Matter Against Oriental
Bank.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||147|F|0.30||84.00|20220225|B1
91||A103|KCS|Multiple Email Communication With Blair Rinne Relative To The AP
Against Oriental Bank.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||148|F|0.30||84.00|20220225|B1
91||A103|KCS|Email From Blair Rinne Advising Oriental Signed The Tolling
Agreement.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||149|F|0.20||56.00|20220228|B1
91||A104|KCS|Analyze Objection To Urgent Motion For Allowance And Immediate Payment
Of Administrative Expense Pursuant To Section 503(B)(1)(A)(I) And (Ii) Of The
Bankruptcy Code Filed By Group Wage Creditors In The Litigation Caption Nilda Agosto
Maldonado. [20221]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||150|F|0.20||56.00|20220228|B1
91||A104|KCS|Analyze Urgent Motion For Extension Of Deadlines  [20024] Order
Granting Motion (Attachments: # (1) Exhibit A - Proposed Order)
[20217]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||151|F|0.20||56.00|20220228|B1
91||A104|KCS|Analyze Objection To Urgent Motion Requesting Order For Allowance And
Immediate Payment Of Administrative Expense Priority Claim Filed By Judgment
Claimants. [20220]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||152|F|0.10||28.00|20220228|B1
91||A104|KCS|Motion For Joinder  [20174] Urgent Motion Pursuant To Section 312 Of
PROMESA And Section 105 Of The Bankruptcy Code To Compel Mediation.
[20210]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||153|F|0.10||28.00|20220228|B1
91||A104|KCS|Analyze Motion To Inform AAFAF And PREPA'S Joinder To The Objection Of
The Fomb To Urgent Motion Of Ad Hoc Group Of PREPA Bondholders To Compel Mediation
And Impose Deadlines For PREPA Plan Of Adjustment. [20219]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||154|F|0.20||56.00|20220228|B1
```

```
91||A104|KCS|Analyze Motion To Inform The Filing Of Joinder And Response Of U.S.
Bank National Association As PREPA Bond Trustee To Urgent Motion Of Ad Hoc Group Of
PREPA Bondholders . [20209]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||155|F|0.10||28.00|20220228|B1
91||A104|KCS|Analyze Motion To Request A Petition To Respond The [17108] Three
Hundred Forty-Fifth Omnibus Objection Individually And To Request A Certified
Translator.  [20218]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||156|F|2.10||588.00|20220228|B
191||A104|KCS|Analyze Response And Reservation Of Rights Of Assured Guaranty
Corp./Assured Guaranty Municipal Corp. To Urgent Motion Of Ad Hoc Group Of PREPA
Bondholders Pursuant To Sec. 315 Of PROMESA And Sec. 105 Of The B.C. To Compel
Mediation. (236 Pgs.) [20212]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||157|F|0.20||56.00|20220228|B1
91||A104|KCS|Objection To Urgent Motion To Appoint A Mediator And Impose Deadlines
For A PREPA Plan Of Adjustment Related Document. [20223]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||158|F|0.20||56.00|20220228|B1
91||A104|KCS|Analyze Urgent Motion (Urgent Omnibus Motion) For Extension Of
Deadlines   [20026] Order Granting Motion (Attachments: # (1) Exhibit A - Proposed
Order). [20216]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||159|F|0.10||28.00|20220201|B3
10||A104|KCS|Analyze Response To Debtor'S Objection To Claims (Number(S): 179571)
[18961] Debtor'S Omnibus Objection To Claims Three Hundred Ninety-Seventh. [19975]
.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||160|F|0.10||28.00|20220201|B3
10||A104|KCS|Analyze Response To Debtor'S Objection To Claims (Number(S): 176160)
[19552] Debtor'S Omnibus Objection To Claims - Four Hundred Third Objection
(Substantive) Filed By Felicita Hernandez. [19977]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||161|F|0.10||28.00|20220201|B3
10||A104|KCS|Analyze Response To Debtor'S Objection To Claims (Number(S): 179569)
[18961] Debtor'S Omnibus Objection To Claims Three Hundred Ninety-Seventh.
[19974]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||162|F|0.10||28.00|20220202|B3
10||A104|KCS|Analyze Reply Of The Commonwealth To The Responses [Ecf Nos. 18098,
19177] Filed By Julio Luna Santiago To The Three Hundred Eightieth Omnibus
Objection. [19988]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||163|F|0.10||28.00|20220202|B3
10||A104|KCS|Reply Of The Commonwealth To Response Filed By Claimant Carmen R. Lopez
Camacho [Ecf No. 19429] To The Three Hundred Eighty-Third Omnibus Objection.
[19992]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||164|F|0.10||28.00|20220202|B3
10||A104|KCS|Analyze Reply Of The Commonwealth Of Puerto Rico And The Employees
Retirement System Of The Government Of The Commonwealth To The Response Filed By Eva
E. Melendez Fraguada [Ecf No. 19420] To The Three Hundred Ninety-Fourth Omnibus
Objection. [19993]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||165|F|0.40||112.00|20220202|B
310||A104|KCS|Analyze Reply Of The Commonwealth And Others To Multiple Responses To
The Three Hundred Seventy-Fourth Omnibus Objection (Substantive) To Late-Filed
Claims. [19990]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
```

```
20220228|505475|1600|01001|17736.00|20220201|20220228||166|F|0.20||56.00|20220202|B3
10||A104|KCS|Analyze Reply Of The Commonwealth And ERS O Responses [Ecf Nos. 18165,
18173, 18175, 18212, 18216, 18217, 18417, 18473, 19153, 19474] To The Three Hundred
Eighty-First Omnibus Objection [19989]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||167|F|0.20||56.00|20220202|B3
10||A104|KCS|Reply Of The Commonwealth And The ERS Of The To The Responses [Ecf Nos.
18054, 18055, 18171, 18250, 18262, 18265, 18309, And 19344] To The Three Hundred
Eighty-Second Omnibus Objection. [19991]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||168|F|0.10||28.00|20220204|B3
10||A104|KCS|Analyze Reply Of The Commonwealth To Response Filed By Claimant Maira
Feliciano Rosado [Ecf No. 18290] To The Three Hundred Sixty-Second Omnibus
Objection. [19984]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||169|F|0.10||28.00|20220204|B3
10||A104|KCS|Analyze Reply Of The Commonwealth And Others To The Three Hundred
Sixty-First Omnibus Objection (Non-Substantive). [19983]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||170|F|0.10||28.00|20220204|B3
10||A104|KCS|Analyze Reply Of The ERS To Responses Filed By Maria Franco Soto [Ecf
No. 18209] And Sonia N. Lopez Baez [Ecf No. 18875] To The Three Hundred
Sixty-Seventh Omnibus Objection. [19985]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||171|F|0.10||22.00|20220213|B3
10||A104|YG|Review Urgent Motion Leave To File Omnibus Reply And Exceed Page Limit
With Respect To Objections To Oppositions Filed To Motion Dated February 1, 2022,
For Stay Pending Appeal, Filed By The Teachers Associations Docket No.
20120.|66-0554116|220.00|González, Yasthel|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||172|F|0.10||22.00|20220213|B3
10||A104|YG|Review And Analyze Docket No. 20114. Order Concerning Reply In Support
Of The Three Hundred Sixty-First Omnibus Objection To Claims, By Taylor
Swain.|66-0554116|220.00|González, Yasthel|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||173|F|0.10||22.00|20220213|B3
10||A104|YG|Review And Analyze Docket No. 20112. Objection To Motion For Stay
Pending Appeal Related Document:[20035] Motion For Stay Pending Appeal Regarding:
Order And Judgment Confirming Modified Eighth Amended Title Iii Joint Plan Filed By
The Edward Mudd.|66-0554116|220.00|González, Yasthel|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||174|F|0.10||28.00|20220214|B3
10||A104|KCS|Response To Debtor'S Objection To Claims (Number(S): 177932)   [19553]
Debtor'S Omnibus Objection To Claims - Four Hundred Fourth Omnibus Objection
(Substantive) By Olga I. Santiago Arce, Pro Se.|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||175|F|0.10||28.00|20220215|B3
10||A104|KCS|Supplemental Response To Debtor'S Objection To Claims (Number(S):
176202)   [17920] Debtor'S Omnibus Objection To Claims Three Hundred Eighty-Second
Omnibus Objection (Substantive)  By Ann Ruiz. [20137]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||176|F|0.10||28.00|20220215|B3
10||A104|KCS|Response To Debtor'S Objection To Claims (Number(S): 176233)   [19552]
Debtor'S Omnibus Objection To Claims - Four Hundred Third Objection
(Substantive).[20133]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||177|F|0.60||168.00|20220215|B
310||A104|KCS|Notice Of Partial Assignment Of Claim No. 31087 (Attachments: # (1)
```

```
Exhibit 1 - Evidence Of Partial Transfers Of Claim # (2) Exhibit 2 - Proof Of Claim
No. 31087) Filed By Assured Guaranty Municipal Corp.
[20142]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||178|F|0.60||168.00|20220215|B
310||A104|KCS|Notice Of Partial Assignment Of Claim No. 31087 (Attachments: # (1)
Exhibit 1 - Evidence Of Partial Analyze Transfers Of Claim # (2) Exhibit 2 - Proof
Of Claim No. 31087) Filed By Assured Guaranty Municipal Corp. (62 Pgs.)
[20141]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||179|F|0.60||168.00|20220215|B
310||A104|KCS|Notice Of Partial Assignment Of Claim No. 31087 (Attachments: # (1)
Exhibit 1 - Evidence Of Partial Transfers Of Claim # (2) Exhibit 2 - Proof Of Claim
No. 31087) Filed By Assured Guaranty Municipal Corp.
[20143]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||180|F|0.10||28.00|20220224|B3
10||A104|KCS|Supplemental Response To Debtor'S Objection To Claims (Number(S):
171765)  [17916] Debtor'S Omnibus Objection To Claims Three Hundred Eightieth
Omnibus Objection (Substantive)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||181|F|0.10||28.00|20220224|B3
10||A104|KCS|Analyze Debtors Notice Of Transfer Of Claims To Administrative Claims
Reconciliation - Twenty-Third Notice Of Transfer Of Claims To Administrative Claims
Reconciliation. [20204]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||182|F|0.30||84.00|20220224|B3
10||A104|KCS|Analyze Informative Motion Of Financial Oversight And Management Board
Regarding Stipulation With The United States Of America Relating To Proof Of Claim
No. 167925. [20203]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||183|F|1.50||330.00|20220202|B
320||A109|CIG|Listen In On Omnibus Hearing Held On 2/2/222|66-0554116|220.00|Infante
, Carlos|AS|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||184|F|0.10||28.00|20220209|B3
20||A104|KCS|Analyze Motion For Joinder Amerinats Joinder And Reservation Of Rights
In Support Of The Corrected Opposition Of The Commonwealth.
[20087]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||185|F|0.10||28.00|20220209|B3
20||A104|KCS|Analyze Objection To Motion For Stay On Appeal (Qualified) Related
Document:[19969] . [20079]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||186|F|0.80||224.00|20220209|B
320||A104|KCS|Analyze Response To Motion Opposition Of The Commonwealth To Motion
Dated February 1, 2022, For Stay Pending Appeal  [19969] Motion For Stay Pending
Appeal Regarding: Order And Judgment . (69 Pgs.) [20083]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||187|F|0.90||252.00|20220209|B
320||A104|KCS|Analyze Joint Motion Joint Opposition  [19969] Motion For Stay Pending
Appeal Regarding: Order And Judgment Confirming Modified Eighth Amended Title Iii
Joint Plan Of Adjustment. (71 Pgs.[20081]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||188|F|0.10||28.00|20220217|B3
20||A104|KCS|Analyze Joint Omnibus Reply To Several Objections To Motion For Stay
Pending Appeal Of The Order Confirming Plan Of Adjustment Of The Commonwealth Of
Puerto Rico. [20161]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||189|F|0.30||84.00|20220217|B3
20||A104|KCS|Informative Motion Of Financial Oversight And Management Board
```

```
Regarding Status Of Plan Implementation. [20165]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||190|F|0.40||112.00|20220217|B320||A104|KCS|Analyze Reply To Objection To Motion For Stay On Appeal Of Order Confirming Plan Of Adjustment Of The Commonwealth Of Puerto Rico Et. Als. [20115] Response To Motion Filed By Multiple Cooperatives. [20159]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||191|F|0.20||56.00|20220228|B320||A104|KCS|Official Committee Of Unsecured Creditors Objection To Ad Hoc Group Of PREPA Bondholders Motion Pursuant To Section 312 Of PROMESA And Section 105 Of The Bankruptcy Code To Compel Mediation And Impose Deadlines For A PREPA Plan Of Adjustment. [20215]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||192|F|0.40||112.00|20220228|B320||A104|KCS|Analyze Motion To Inform Revised Proposed Order Regarding The Urgent Motion Of The Ad Hoc Group Of PREPA Bondholders Pursuant To Section 312 Of PROMESA And Section 105 Of The B.C. To Appoint A Mediator. [20211]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220228|505475|1600|01001|17736.00|20220201|20220228||193|F|0.50||110.00|20220201|B400||A105|CIG|Review And Analyze Communication Sent By Blair Rinne To Discuss Information Regarding Extension Of Certain Tolling Agreement To Vendor'S Counsel And Provide Information Regarding Transfer Of Claims To UCC Trust.  Review Related Documents Attached.|66-0554116|220.00|Infante , Carlos|AS|[]
```