```
LEDES1998B[]
INVOICE_DATE|INVOICE_NUMBER|CLIENT_ID|LAW_FIRM_MATTER_ID|INVOICE_TOTAL|BILLING_START
_DATE|BILLING_END_DATE|INVOICE_DESCRIPTION|LINE_ITEM_NUMBER|EXP/FEE/INV_ADJ_TYPE|LIN
E_ITEM_NUMBER_OF_UNITS|LINE_ITEM_ADJUSTMENT_AMOUNT|LINE_ITEM_TOTAL|LINE_ITEM_DATE|LI
NE_ITEM_TASK_CODE|LINE_ITEM_EXPENSE_CODE|LINE_ITEM_ACTIVITY_CODE|TIMEKEEPER_ID|LINE_
ITEM_DESCRIPTION|LAW_FIRM_ID|LINE_ITEM_UNIT_COST|TIMEKEEPER_NAME|TIMEKEEPER_CLASSIFI
CATION|CLIENT_MATTER_ID[]
20220315|505476|1600|01001|15076.00|20220301|20220331||3|F|0.20||44.00|20220302|B110
||A104|CIG|Review and anlayze order re-assigning bankruptcy case to Edward Godoy.
Update case information.[The Special Claims Committee v. Estrada
Maisonet]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||4|F|0.30||84.00|20220304|B110
||A104|KCS|Receive and verify the Master Service list.|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||5|F|0.40||88.00|20220315|B110
||A104|CIG|Review and analyze post-effective date memorandum for professionals sent
by Aubrey Cummings. Consider information and necessary
actions.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||6|F|1.40||308.00|20220315|B11
0||A104|CIG|Review and analyze communication sent by Joann Martinez with raw
billings data necessary to provide requested billings report. review data and
consider next steps to prepare report.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||7|F|1.50||330.00|20220315|B11
0||A104|CIG|Meeting with Joann Martinez to discuss fee breakdown assignment and
delivery format. Several follow up meetings to discuss
same.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||8|F|0.20||44.00|20220315|B110
||A104|CIG|Review and analyze communication sent by Cristina Fernandez regarding
collateral and pickup of same.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||9|F|0.20||44.00|20220301|B113
||A104|CIG|Review and analyze MOTION to inform Regarding Tax-Exempt Status of New GO
Bonds to Be Issued Pursuant to the Modified Eighth Amended Title III Joint Plan of
Adjustment|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||10|F|2.20||484.00|20220302|B1
13||A104|CIG|Review and analyze Joint motion - Joint Motion of the Oversight Board
and the Fee Examiner for Entry of Order Further Amending Procedures for Submitting
and Considering Compensation and Reimbursement of Expenses of Professional. [20245]
Consider necessary|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||11|F|0.20||44.00|20220303|B11
3||A104|CIG|Review notice closing adversary procedure. Update case data.[The Special
Claims Committee v. FP + 1, LLC]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||12|F|0.20||44.00|20220303|B11
3||A104|CIG|Review and anlayze judgement dismissing adversary case. Update case
information.[The Special Claims Committee v. FP + 1, LLC]|66-0554116|220.00|Infante
, Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||13|F|0.90||198.00|20220308|B1
13||A104|CIG|Review and analyze communication sent by Matt Sawyer to discuss request
from client regarding fee breakdown separated by matters. Consider strategy and
resources necessary to complete assignment.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||14|F|0.30||66.00|20220308|B11
```

```
3||A104|CIG|Review and analyze MOTION to inform Regarding Termination of the RSA.
17-4780 [20273] Consider necessary actions.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||15|F|0.20||44.00|20220308|B11
3||A104|CIG|Review and analyze MOTION for Joinder regarding [20248] Response to
Motion filed by FINCA MATILDE,INC.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||16|F|0.40||88.00|20220308|B11
3||A104|CIG|Conference with Ken Suria to discuss strategy to complete assignment
regarding fee breakdown. Consider next steps to implement
strategy.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||17|F|0.70||154.00|20220308|B1
13||A104|CIG|Review and analyze ORDER DENYING [20176] URGENT MOTION OF THE AD HOC
GROUP OF PREPA BONDHOLDERS TO APPOINT A MEDIATOR AND IMPOSE DEADLINES FOR A PREPA
PLAN OF ADJUSTMENT AND DIRECTING ADDITIONAL CONSULTATION AND FILINGS. [20278]
Consider necessary actions|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||18|F|0.40||88.00|20220308|B11
3||A104|CIG|Review and analyze MOTION to inform REGARDING TERMINATION OF PREPA RSA.
[2747]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||19|F|0.40||88.00|20220308|B11
3||A104|CIG|Review and analyze Official Committee of Unsecured Creditors' Limited
Response and Reservation of Rights to Motion of Financial Oversight and Management
Board for Puerto Rico Requesting Order Approving Proposed List of Material
Interested Parties. [20276]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||20|F|0.30||66.00|20220309|B11
3||A104|CIG|Review and analyze order denying motion to appoint mediator.
[20278]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||21|F|0.10||22.00|20220309|B11
3||A104|CIG|Review and analyze USCA JUDGMENT as to [20031] Notice of Appeal filed by
Asociacion Puertorriquena de la Judicatura, Inc. [20282]|66-0554116|220.00|Infante ,
Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||22|F|0.30||66.00|20220311|B11
3||A104|CIG|Review and analyze Reply of the Financial Oversight and Management Board
for Puerto Rico in Support of Motion Requesting Order Approving Proposed List of
Material Interested Parties. [20314]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||23|F|0.20||44.00|20220312|B11
3||A104|CIG|Review and analyze Informative Motion of Financial Oversight and
Management Board Regarding Exhibit D to Confirmation Order|66-0554116|220.00|Infante
, Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||24|F|0.20||44.00|20220314|B11
3||A104|CIG|Review and analyze Motion Submitting Status Report of the Financial
Oversight and Management Board for Puerto Rico. [20334]|66-0554116|220.00|Infante ,
Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||25|F|0.10||22.00|20220315|B11
3||A104|CIG|Review and analyze Joint Motion and Notice of Settlement of Special
Claims Committee of Financial Oversight and Management Board.
[20335]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||26|F|0.20||44.00|20220315|B11
3||A104|CIG|Review and analyze Joint motion /Joint Motion and Notice of Settlement
of Special Claims Committee of Financial Oversight and Management Board. Update case
information.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||27|F|0.10||22.00|20220315|B11
```

```
3||A104|CIG|Review and analyze ORDER REGARDING MATTERS THAT MAY BE RESOLVED IN
CONNECTION WITHTHE MODIFIED EIGHTH AMENDED PLAN FOLLOWING THE PLAN'S EFFECTIVE
DATE|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||28|F|0.30||84.00|20220314|B12
0||A104|KCS|Revise and approve motion relative to MCCS to be
filed.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||29|F|0.30||84.00|20220314|B12
0||A104|KCS|Reply to Tomi Donahue and receive response of reason for Memorandum.
Forward to Carlos Infante for approval.[AT&T / Cingular Wireless - Tolling
Agreement]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||30|F|0.30||84.00|20220314|B12
0||A104|KCS|Receive email from Tomi Donahue. Revise Status Report Memorandum and
prepare it to send.[AT&T / Cingular Wireless - Tolling
Agreement]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||31|F|0.20||44.00|20220301|B15
0||A104|CIG|Review and analyze communication sent by Tomi Donahoe to discuss status
of data review assignment.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||32|F|0.30||66.00|20220301|B15
0||A104|CIG|Review communication sent by Tristan Axelrod to Myrna Ruiz, vendor's
counsels to discuss matters regarding effective date, notice requirements and other
matters relevant to potential settlement. Consider necessary
actions.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||33|F|0.30||66.00|20220302|B15
0||A104|CIG|Review and analyze several communications from Myrna Ruiz and SCC and
UCC professionals to discuss settlement proposals and related matters.[ Management,
Consultants & Computer Services, Inc]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||34|F|1.00||220.00|20220302|B1
50||A104|CIG|Review and analyze revised proposed final settlement agreement and
redline versions and proposed urgent motion and notice of settlement. Consider
necessary edit and revisions.[ Management, Consultants & Computer Services,
Inc]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||35|F|0.40||88.00|20220303|B15
0||A104|CIG|Review and analyze communication sent by Tristan Axelrod to provide
information regarding transfer of ERS and Clawback actions to Trust. Review related
documents and consider necessary actions.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||36|F|1.20||264.00|20220303|B1
50||A106|CIG|Review and analyze OPINION AND ORDER DENYING [19969], [20035] MOTIONS
FOR A STAY PENDING APPEAL [20249][ Management, Consultants & Computer Services,
Inc]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||37|F|0.30||66.00|20220303|B15
0||A106|CIG|Review and anlayze communication sent to all parties in interest seeking
approval of settelement agreement as revised. review and respond to communication.[
Management, Consultants & Computer Services, Inc]|66-0554116|220.00|Infante ,
Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||38|F|0.40||88.00|20220304|B15
0||A103|CIG|Review and analyze communications sent by Nick Bassett, Juan Nieves,
Jesus Suarez, regarding instructions for information
transfers|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||39|F|0.40||88.00|20220304|B15
0||A103|CIG|Review and analyze communication sent by Tomi Donahoe to provide
```

information regarding access to information and next steps regarding same. review related communications from UCC counsels.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||40|F|0.30||66.00|20220304|B150||A103|CIG|Draft communication for Tomi Donahoe from DGC to confirm information package and include additional information. Review related response and plan moving forward with transfer. [AT&T / Cingular Wireless - Tolling Agreement]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||41|F|1.00||220.00|20220304|B150||A104|CIG|Review information package submitted by DGC and consider additional information to be provided as part of transfer process. [AT&T / Cingular Wireless - Tolling Agreement]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||42|F|0.30||66.00|20220304|B150||A103|CIG|Draft communication for Ken Suria to provide information package submitted by DGC for review and approval. Conference to discuss information contained in package. [AT&T / Cingular Wireless - Tolling Agreement]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||43|F|0.10||22.00|20220304|B150||A103|CIG|Review and analyze communication sent by Ken Suria with approval of information package to be shared with trust.[AT&T / Cingular Wireless - Tolling Agreement]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||44|F|0.30||66.00|20220309|B150||A104|CIG|Review and analyze communication sent by Tristan Axelrod to UCC/SCC team to discuss developments and position regarding settlement and motions as revised by vendor's counsels. Consider next steps.[ Management, Consultants & Computer Services, Inc]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||45|F|0.30||66.00|20220309|B150||A104|CIG|Review and analyze communication sent by Myrna Ruiz to SCC counsels to discuss suggested edits to relevant motions and next steps to continue settlement discussions.[ Management, Consultants & Computer Services, Inc]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||46|F|0.20||44.00|20220309|B150||A104|CIG|Draft communication for Matt Sawyer to discuss client request regarding billings and obtain additional information regarding same.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||47|F|0.30||66.00|20220309|B150||A109|CIG|Follow up conference with Ken Suria to discuss client request to classify billings and develop plan of action to implement request.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||48|F|0.50||110.00|20220309|B150||A104|CIG|Review and analyze communication sent by Matt Sawyer to provide instructions and information to complete fee breakdown assignment. Consider information and develop working plan for assignment.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||49|F|0.20||44.00|20220310|B150||A104|CIG|Review and analyze communication sent by tristan Axelrod to Myrna Ruiz to coordinate conference with vendor, UCC and SCC to discuss pending matters to finalize settlement.[ Management, Consultants & Computer Services, Inc]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||50|F|0.10||22.00|20220310|B150||A104|CIG|Review and analyze information sent by Edna Tejeda to discuss

```
availability for conference with vendor and UCC parties.[ Management, Consultants &
Computer Services, Inc]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||51|F|0.10||22.00|20220310|B15
0||A104|CIG|Review and analyze information sent by Juan Nieves to discuss
availability for conference with vendor and UCC parties.[ Management, Consultants &
Computer Services, Inc]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||52|F|0.20||44.00|20220310|B15
0||A104|CIG|Review and analyze communication sent by Nick Bassett to provide UCC
position regarding proposed revisions from vendor's counsels to pending motions.[
Management, Consultants & Computer Services, Inc]|66-0554116|220.00|Infante ,
Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||53|F|0.20||44.00|20220310|B15
0||A104|CIG|Review and analyze communication sent by Luis Llach to provide position
regarding edits proposed by vendor's counsels to relevant motions.[ Management,
Consultants & Computer Services, Inc]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||54|F|0.30||66.00|20220310|B15
0||A104|CIG|Review and analyze communication sent by Tristan Axelrod to discuss need
for conference with vendor's counsels to discuss open items. review related
responses from Nick Basset and Luis Llach.[ Management, Consultants & Computer
Services, Inc]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||55|F|0.30||66.00|20220310|B15
0||A103|CIG|Draft communication for Tristan Axelrod to discuss information and
process for transfer of information to UCC Trust and confirm data already shared.
Consider next steps.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||56|F|0.30||66.00|20220311|B15
0||A104|CIG|Review and analyze communication sent by Myrna Ruiz to discuss
settlement matters and need for conference to iron our final details. Review
response from Juan Nieves.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||57|F|0.30||66.00|20220311|B15
0||A104|CIG|Review and analyze Notice of Withdrawal of Attorney Danielle D'Aquila
from SCC representation.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||58|F|0.40||88.00|20220311|B15
0||A104|CIG|Review and analyze communication sent by Tristan Axelrod to provide
instructions regarding information to be transferred to UCC trust. Consider
necessary actions.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||59|F|0.30||66.00|20220311|B15
0||A104|CIG|Review and analyze communication sent by Tristan Axelrod to discuss
authority to act beyond 3/15/2022 and need to finalize all settlement matters prior
to said date and potential alternatives.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||60|F|0.20||44.00|20220314|B15
0||A104|CIG|Review and analyze communication sent by Tomi Donahoe to discuss certain
information to be transferred to UCC trust.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||61|F|0.20||44.00|20220314|B15
0||A104|CIG|Review and analyze communication sent by Ken Suria to provide position
regarding final settlement documents and authority to file. review related response
from Tristan Axelrod.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||62|F|0.60||132.00|20220314|B1
50||A105|CIG|Several conferences with Ken Suria to discuss draft of recommendation
and status reoprt and other related matters regarding case. [AT&T / Cingular
Wireless - Tolling Agreement]]|66-0554116|220.00|Infante , Carlos|AS|[]
```

```
20220315|505476|1600|01001|15076.00|20220301|20220331||63|F|0.30||66.00|20220314|B150||A103|CIG|Draft communication for Ken Suria to corroborate information regarding report and analysis. review and consider response. [AT&T / Cingular Wireless - Tolling Agreement]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||64|F|0.20||44.00|20220314|B150||A104|CIG|Review and analyze communication sent by Nick basset to provide position regarding proposed revisions to settlement documents.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||65|F|0.30||66.00|20220314|B150||A104|CIG|Review and analyze communication sent by Ken Suria to Tomi Donahoe to provide recommendation for case and request corroboration of certain information. Review response from Mr. Donahoe.[AT&T / Cingular Wireless - Tolling Agreement]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||66|F|0.30||66.00|20220314|B150||A104|CIG|Review and analyze communication sent by Tomi Donahoe to discuss status of certain information to be submitted as part of transfer to UCC trust. Draft response communication and reveiw related communication from Ken Suria.[AT&T / Cingular Wireless - Toll|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||67|F|0.20||44.00|20220314|B150||A104|CIG|Review and analyze communication sent by Tomi Donahoe to request information for transfer to trust. Draft response communication. [AT&T / Cingular Wireless - Tolling Agreement]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||68|F|0.20||44.00|20220314|B150||A104|CIG|Review and analyze communication sent by Myrna Ruiz to provide final comments and revisions to settlement documents. review document and related communications from Tristan Axelrod and Ricardo Ortiz.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||69|F|0.50||110.00|20220314|B150||A104|CIG|Review and analyze communication sent by Tristan Axelrod to provide summary of matters discussed during client conference [MCCS] and final drafts of motions and agreements to resolve all pending matters. Consider necessary actions.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||70|F|0.40||88.00|20220314|B150||A104|CIG|Review and analyze communication sent by Tristan Axelrod to provide information regarding conference and related matters.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||71|F|0.20||44.00|20220314|B150||A103|CIG|Draft communication to provide position regarding MCCS revised documents. Review response from Matt Sawyer.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||72|F|0.30||66.00|20220314|B150||A104|CIG|Review and analyze communications sent by Nick Bassett, Ricardo Ortiz and Edna Tejeda to discuss conference with vendor's counsel and SCC/UCC teams.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||73|F|0.30||66.00|20220314|B150||A104|CIG|Review communication sent by Tristan Axelrod in response to Myrna Ruiz' communication. Consider next steps for conference proposed.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||74|F|0.40||88.00|20220314|B150||A104|CIG|Telephone conference with Ken Suria to discuss proposed recommendations
```

for ATT case and next steps to transfer information to trust and obtain client authorization.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||75|F|0.40||88.00|20220314|B150||A104|CIG|Review and respond to communication sent by Tristan Axelrod regarding conference with vendor's counsels and UCC counsels. Conference with Ken Suria to discuss case and pending matters.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||76|F|0.30||66.00|20220314|B150||A104|CIG|Review and analyze communication sent by Myrna Ruiz to provide information regarding proposed revisions to settlement and parties' positions.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||77|F|0.40||88.00|20220314|B150||A104|CIG|Review and analyze communication sent by Ricardo Ortiz to provide revised documents and position regarding prior UCC revisions to settlement papers. Review and consider next steps. Review response from Tristan Axelrod.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||78|F|1.30||286.00|20220314|B150||A104|CIG|Review and analyze communication sent by Tristan Axelrod regarding UCC's position regarding settlement documents.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||79|F|0.20||44.00|20220314|B150||A104|CIG|Review and analyze communication sent by Nayuan Zouairabani to provide motion to inform. Consider necessary actions.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||80|F|0.20||44.00|20220315|B150||A104|CIG|Review and analyze communication sent by Matt Sawyer to provide fully executed MCCS agreements. Update case information.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||81|F|0.20||44.00|20220315|B150||A104|CIG|Review and analyze communication sent by Tristan Axelrod to provide settlement motion as filed.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||82|F|0.30||66.00|20220315|B150||A104|CIG|Review and respond to communication sent by Matt Sawyer to discuss information regarding fee breakdown. Draft response.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||83|F|0.30||66.00|20220315|B150||A104|CIG|Review and analyze communication sent by Arturo Gonzalez to discuss information regarding case status. Respond to communication.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||84|F|0.30||66.00|20220315|B150||A104|CIG|Review and analyze commuincation sent by Ricardo Rodriguez to provide signed agreement between the parties. review and update case information.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||85|F|4.50||990.00|20220313|B180||A103|CIG|Review and analyze relevant information for AT&T case and prepare draft of recommendation for case. Send draft for Ken Suria for review and approval to share with client.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||86|F|0.50||110.00|20220314|B180||A104|CIG|Review and analyze communication from Ken Suria to provide comments related to AT&T case recommendation and approval. Consider next steps.|66-0554116|220.00|Infante , Carlos|AS|[]

```
20220315|505476|1600|01001|15076.00|20220301|20220331||87|F|0.50||110.00|20220315|B180||A104|CIG|Review and analyze communication sent by Ken Suria to provide revised recommendation with suggested edits. Review and consider next steps. [AT&T / Cingular Wireless - Tolling Agreement]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||88|F|0.80||224.00|20220301|B190||A104|KCS|Analyze MOTION of Puerto Rico Electric Power Authority Pursuant to Bankruptcy Code Section 503(b), PROMESA Section 315(a)(3), and Bankruptcy Rule 9019 for Order Approving Settlement Agreement with Whitefish Energy Holdings, LLC. [20042]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||89|F|0.80||224.00|20220301|B190||A104|KCS|Analyze ALTERNATIVE DISPUTE RESOLUTION NOTICE - Twenty-First Notice of Transfer of Claims to Alternative Dispute Resolution. [20241]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||90|F|0.10||28.00|20220301|B190||A104|KCS|Analyze Urgent motion (Consented) for Extension of Deadlines regarding [20147] Motion for Relief From Stay Under 362 [e]. [20244]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||91|F|0.10||28.00|20220301|B190||A104|KCS|Analyze ORDER GRANTING [20216] URGENT OMNIBUS MOTION FOR EXTENSION OF DEADLINES regarding [18239] Urgent motion. [20231]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||92|F|0.10||28.00|20220301|B190||A104|KCS|Analyze ORDER CONCERNING [20218] INFORMATIVE MOTION TO RESPECTFULLY REQUEST A PETITION TO RESPOND TO THE THREE HUNDRED FORTY-FIFTH OMNIBUS OBJECTION INDIVIDUALLY. [20232]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||93|F|0.10||28.00|20220301|B190||A104|KCS|Analyze ORDER GRANTING [20217] URGENT MOTION FOR EXTENSION OF DEADLINES regarding [17134] Proposed MOTION rule 503(b)(1)(A). [20230]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||94|F|0.10||28.00|20220310|B190||A104|KCS|Supplemental ROA regarding Order Denying [20289] Motion for Reconsideration of Motion for Permission toAppeal in Forma Pauperis. [20299]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||95|F|0.10||28.00|20220310|B190||A104|KCS|ORDER SCHEDULING BRIEFING OF [20297] URGENT MOTION FOR AN ORDER DIRECTING THE FISCAL AGENT TO DISBURSE THE DISPUTED FUNDS IN THE HTA BOND accounts. [20300]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||96|F|0.10||28.00|20220310|B190||A104|KCS|ORDER GRANTING [20283] URGENT CONSENSUAL MOTION FOR EXTENSION OF DEADLINES. Related document: [18602] MOTION for Allowance and Payment of Admin. Expense.[20294]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||97|F|0.10||28.00|20220310|B190||A104|KCS|MOTION to inform Reservation of Rights regarding [20278] Order Denying Motion [20296]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||98|F|0.50||140.00|20220310|B190||A104|KCS|FOMB's Urgent motion for Order Directing Fiscal Agent to Disburse the Disputed Funds in HTA Bond Service Accounts, Redemption Accounts, and Reserve Accounts.[20297]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||99|F|0.10||28.00|20220310|B190||A104|KCS|Urgent Consensual Motion for Extension of Deadlines regarding 18602
```

```
MOTION for Allowance and Payment of Administrative Expense.
[20283]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||100|F|0.30||84.00|20220314|B1
90||A104|KCS|Receive recap on case from Carlos Infante and agreed with assessment
for the client.[AT&T / Cingular Wireless - Tolling
Agreement]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||101|F|0.10||28.00|20220314|B1
90||A104|KCS|Joinder of the Official Committee of Retired Employees to the Official
UCC's Limited Response and Reservation of Rights to Motion of FOMB of Puerto Rico
Requesting Order Approving Proposed List of Material Interested Parties
[20325]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||102|F|0.10||28.00|20220302|B1
91||A104|KCS|ORDER GRANTING [20244] Urgent motion (Consented) for Extension of
Deadlines regarding [20147] Motion for Relief From Stay Under 362 [e].
[20246]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||103|F|0.20||44.00|20220302|B1
91||A104|CIG|Review and analyze new revised motion regarding settelemnt with
revisions incorporated by UCC and SCC counsels. Consider need for further
revisions.[ Management, Consultants & Computer Services,
Inc]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||104|F|0.10||28.00|20220303|B1
91||A104|KCS|Receive email from Tristan Axelrod relative to MCCS motion on
settlement agreement.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||105|F|0.10||28.00|20220303|B1
91||A104|KCS|RESPONSE to Motion informative motion of financial oversight and
management board regarding status of Plan implementation.
[20248]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||106|F|0.50||140.00|20220303|B
191||A104|KCS|Notice of Filing of Supplemental Declaration of Joff Mitchell of Zolfo
Cooper, LLC regarding [615] Motion Submitting Document(S) filed by Official
Committee of Unsecured Creditors with exhibit [20263]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||107|F|0.10||28.00|20220303|B1
91||A104|KCS|Order relative to handwritten documents submitted by pro se plaintiff.
[20255]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||108|F|0.50||140.00|20220303|B
191||A104|KCS|Analyze Opinion and Order denying motion for a stay pending appeal.
[20249]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||109|F|0.20||44.00|20220303|B1
91||A104|FOD|Receive and analyze ORDER GRANTING URGENT CONSENTED MOTION FOR
EXTENSION OF DEADLINES [In case no. 17-bk-03567, D.E. #
1135]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||110|F|0.40||88.00|20220303|B1
91||A104|CIG|Review and analyze communication sent by Tristan Axelrod seeking
approval from UCC for revised settlement agreement. review agreement and related
response from Nick Bassett.[ Management, Consultants & Computer Services,
Inc]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||111|F|0.10||28.00|20220308|B1
91||A104|KCS|ORDER DENYING [20176] URGENT MOTION OF THE AD HOC GROUP OF PREPA
BONDHOLDERS TO APPOINT A MEDIATOR AND IMPOSE DEADLINES FOR A PREPA PLAN OF
```

```
ADJUSTMENT [20278]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||112|F|0.20||56.00|20220308|B1
91||A104|KCS|MOTION to inform REGARDING TERMINATION OF PREPA RSA.
[20277]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||113|F|0.10||28.00|20220308|B1
91||A104|KCS|Urgent motion - Urgent Consensual Motion for 17th Extension of
Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of
Administrative Expense. [20275]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||114|F|0.10||28.00|20220308|B1
91||A104|KCS|Response to Debtor's Objection to Claims (Number(s): 177761) regarding
[19553] Debtor's Omnibus Objection to Claims - 404th Omnibus Objection (Substantive)
of the Commonwealth. [20270]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||115|F|0.20||56.00|20220308|B1
91||A104|KCS|Analyze MOTION for Reconsideration regarding [20254] .
[20269]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||116|F|0.10||28.00|20220308|B1
91||A104|KCS|Official Committee of Unsecured Creditors' Limited Response and
Reservation of Rights to Motion of FOMB for Puerto Rico Requesting Order Approving
Proposed List of Material Interested Parties. [20276]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||117|F|0.60||132.00|20220308|B
191||A104|CIG|Review and analyze communication sent by Tristan Axelrod to Myrna Ruiz
to discuss status of settelement approval and provide draft and redline draft of
settelement. Review documents and consider necessary actions.[ Management,
Consultants & Computer Ser]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||118|F|0.10||28.00|20220309|B1
91||A104|KCS|Receive and review Notices of Pro se
participation.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||119|F|0.40||88.00|20220309|B1
91||A104|CIG|Review and analyze communication sent by Tristan Axelrod to provide
position regarding proposed edits to revised settlement agreement and related
motions sent by opposing counsel. Consider necessary actions.[ Management,
Consultants & Computer Services,]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||120|F|0.90||198.00|20220309|B
191||A104|CIG|Review and analyze communication sent by Myrna Ruiz to provide revised
motion and settlement for UCC/SCC consideration. Review document and proposed
revisions and consider necessary actions.[ Management, Consultants & Computer
Services, Inc]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||121|F|0.10||28.00|20220310|B1
91||A104|KCS|Response to Debtor's Objection to Claims (Number(s): 169726) regarding
[19552] Debtor's Omnibus Objection to Claims - Four Hundred Third Objection
(Substantive) . [20288]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||122|F|0.10||28.00|20220310|B1
91||A104|KCS|Pro Se Notices of Participation Received by the Court on 03/9/2022
regarding Discovery for Confirmation of Commonwealth Plan of Adjustment.
[20293]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||123|F|0.10||28.00|20220310|B1
91||A104|KCS|ORDER DENYING [20269] MOTION FOR RECONSIDERATION OF MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS. [20289]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
```

```
20220315|505476|1600|01001|15076.00|20220301|20220331||124|F|0.10||28.00|20220310|B1
91||A104|KCS|MOTION for Joinder TO THE RESPONSE TO INFORMATIVE MOTION OF FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD REGARDING STATUS OF PLAN IMPLEMENTATION FILED BY
FINCA MATILDE INC. [20291]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||125|F|0.10||28.00|20220310|B1
91||A104|KCS|MOTION for Joinder TO THE RESPONSE TO INFORMATIVE MOTION OF FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD REGARDING STATUS OF PLAN IMPLEMENTATION FILED BY
FINCA MATILDE INC. [20291]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||126|F|0.10||28.00|20220310|B1
91||A104|KCS|Order granting URGENT CONSENSUAL MOTION FOR EXTENSION OF DEADLINES.
[20295]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||127|F|0.50||110.00|20220310|B
191||A104|FOD|Receive and analyze URGENT MOTION FOR AN ORDER DIRECTING THE FISCAL
AGENT TO DISBURSE THE DISPUTED FUNDS IN THE HTA BOND SERVICE ACCOUNTS, REDEMPTION
ACCOUNTS, AND RESERVE ACCOUNTS [In case no. 17-bk-03567, D.E. #
1138]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||128|F|0.10||22.00|20220310|B1
91||A104|FOD|Receive and analyze ORDER SCHEDULING BRIEFING OF URGENT MOTION [In case
no. 17-bk-03567, D.E. # 1139]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||129|F|0.10||28.00|20220311|B1
91||A104|KCS|.Analyze supplemental notice of partial assignment of claims by Assured
Gu|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||130|F|0.20||56.00|20220311|B1
91||A104|KCS|Analyze Order granting 2d Urgent Consented Motion for extension of
deadlines. [20311]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||131|F|0.20||56.00|20220311|B1
91||A104|KCS|Reply to Response to Motion by the FOMB in support of docket no. 20194.
[20314]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||132|F|0.10||28.00|20220311|B1
91||A104|KCS|Motion for Joinder by Finca Matilde, Inc. to response to motion.
[20315]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||133|F|0.20||56.00|20220311|B1
91||A104|KCS|MOTION - Debtors' Twenty-Sixth Omnibus Motion for Approval of
Modifications to the Automatic Stay regarding[17127] Scheduling Order.
[20345]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||134|F|0.50||110.00|20220311|B
191||A104|FOD|Receive and analyze NOTICE OF FILING AMENDED AND RESTATED STIPULATION
AND AGREED ORDER REGARDING THE DISPUTED FUNDS IN THE HTA BOND SERVICE ACCOUNTS,
REDEMPTION ACCOUNTS AND RESERVE ACCOUNTS [In case no. 17-bk-3567, D.E. #
1141]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||135|F|0.10||22.00|20220311|B1
91||A104|FOD|Receive and analyze ORDER GRANTING SECOND URGENT CONSENTED MOTION FOR
EXTENSION OF DEADLINES [In case no. 17-bk-03567, D.E. #1140]|66-0554116|220.00|Ojeda
Diez, Francisco|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||136|F|0.30||66.00|20220312|B1
91||A104|FOD|Receive and analyze INFORMATIVE MOTION OF FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD REGARDING EXHIBIT D TO CONFIRMATION ORDER [In case no. 17-bk-03566,
D.E. # 1323]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||137|F|0.40||88.00|20220312|B1
91||A104|FOD|Receive and analyze REPLY OF THE FINANCIAL OVERSIGHT AND MANAGEMENT
```

```
BOARD FOR PUERTO RICO IN SUPPORT OF URGENT MOTION FOR AN ORDER [In case no.
17-bk-03567, D.E. # 1144]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||138|F|0.40||88.00|20220312|B1
91||A104|FOD|Receive and analyze THE BANK OF NEW YORK MELLON?S REPLY TO THE
OBJECTION OF ASSURED GUARANTY CORP [In case no. 17-bk-03567, D.E. #
1145]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||139|F|1.40||308.00|20220312|B
191||A104|FOD|Receive and analyze OBJECTION OF ASSURED GUARANTY CORP., ET Al., WITH
RESPECT TO ... [In case no. 17-bk-03567, D.E. # 1142]|66-0554116|220.00|Ojeda Diez,
Francisco|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||140|F|0.20||44.00|20220312|B1
91||A104|FOD|Receive and analyze REPLY OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS
IN CONNECTION WITH FINANCIAL OVERSIGHT AND MANAGEMENT BOARD?S URGENT MOTION FOR
ORDER [In case no. 17-bk-03567, D.E. # 1143]|66-0554116|220.00|Ojeda Diez,
Francisco|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||141|F|0.40||112.00|20220314|B
191||A104|KCS|Analyze Motion Submitting Certified Translations in Compliance with
the Court's March 3, 2022. [20324]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||142|F|0.10||28.00|20220314|B1
91||A104|KCS|ORDER REGARDING PROCEDURES FOR MARCH 23-24, 2022, OMNIBUS HEARING.
[20323]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||143|F|0.10||28.00|20220314|B1
91||A104|KCS|Receive Order ORDER DIRECTING SUPPLEMENTATION OF BRIEFING CONCERNING
[20297] URGENT MOTION FOR AN ORDER DIRECTING THE FISCAL AGENT TO DISBURSE THE
DISPUTED FUNDS IN THE HTA BOND ACCOUNTS. [20322]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||144|F|0.20||44.00|20220314|B1
91||A104|FOD|Receive and analyze SUPPLEMENTAL REPLY OF THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO IN SUPPORT OF URGENT MOTION FOR AN ORDER [In case
no. 17-bk-03567, D.E. # 1147]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||145|F|0.20||44.00|20220314|B1
91||A104|FOD|Receive and analyze ORDER DIRECTING SUPPLEMENTATION OF BRIEFING
CONCERNING URGENT MOTION FOR AN ORDER [In case no. 17-bk-03567, D.E. #
1146]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||146|F|0.50||110.00|20220314|B
191||A104|CIG|Review and analyze communication from Tristan Axelrod to discuss
latest revisions to proposed motion and settlement. Draft response with position
regarding edits.[ Management, Consultants & Computer Services,
Inc]|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||147|F|0.30||66.00|20220314|B1
91||A104|CIG|Review and analyze communication sent by Tristan Axelrod to request
final review of settelement documents and provide final comments. review and submit
position regarding same.|66-0554116|220.00|Infante , Carlos|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||148|F|0.10||28.00|20220315|B1
91||A104|KCS|Eighth Urgent Consented Motion of the Commonwealth of Puerto Rico for
Extension of Deadlines regarding [18532] MOTION Set Aside Order.
[20336]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||149|F|0.10||28.00|20220315|B1
91||A104|KCS|ORDER GRANTING [20336] EIGHTH URGENT CONSENTED MOTIONOF THE
COMMONWEALTH. [20338]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
```

```
20220315|505476|1600|01001|15076.00|20220301|20220331||150|F|0.10||28.00|20220315|B191||A104|KCS|Response to Motion regarding [20297] Urgent motion for an Order Directing the Fiscal Agent to Disburse the Disputed Funds. [20340]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||151|F|0.10||28.00|20220315|B191||A104|KCS|ORDER CONCERNING PROOFS OF CLAIM NOS. 11497 AND 11790. Related document: [20128] Offer Exchange Impasse Notice. [20344]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||152|F|0.10||22.00|20220315|B191||A104|FOD|Receive and analyze THE BANK OF NEW YORK MELLON?S SUPPLEMENTAL RESPONSE TO THE ORDER DIRECTING SUPPLEMENTATION OF BRIEFING CONCERNING URGENT MOTION [In case no. 17-bk-03567, D.E. # 1152]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||153|F|0.30||66.00|20220315|B191||A104|FOD|Receive and analyze RESPONSE OF ASSURED GUARANTY CORP.,, ET AL. WITH RESPECT TO SUPPLEMENTAL REPLY [In case no. 17-bk-03567, D.E. # 1151]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||154|F|0.10||22.00|20220315|B191||A104|FOD|Receive and analyze NOTICE OF (A) ENTRY OF ORDER CONFIRMING MODIFIED EIGHTH AMENDED TITLE III PLAN OF ADJUSTMENT [In case no. 17-bk-03566, D.E. # 1326]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||155|F|8.70||1914.00|20220315|B191||A104|FOD|Receive and analyze NOTICE OF SUBMISSION OF FOURTH AMENDED PLAN SUPPLEMENT AND PLAN RELATED DOCUMENTS BY THE COMMONWEALTH OF PUERTO RICO, ET AL. (1477 pages) [In case no. 17-bk-03566, D.E. # 1327]|66-0554116|220.00|Ojeda Diez, Francisco|AS|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||156|F|0.20||56.00|20220310|B300||A104|KCS|Informative Motion of Financial Oversight and Management Board Regarding Corrected Schedule of New GO Bonds to be Issued Pursuant to the Modified Eighth Amended Title III Joint Plan of Adjustment.[20304]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||157|F|0.10||28.00|20220310|B300||A104|KCS|Response to Debtor's Objection to Claims (Number(s): 169726) regarding [19552] Debtor's Omnibus Objection to Claims - Four Hundred Third. [20288]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||158|F|0.20||56.00|20220311|B300||A104|KCS|Analyze informative motion from the FOMB relative to corrected schedule of the new GO bonds|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||159|F|0.20||56.00|20220301|B310||A104|KCS|Analyze Response to Debtors Objection (Alternative Resolution Process)(Claims Number(s): 149385) regarding [9911] Debtor's Omnibus Objection to Claims One Hundred Thirty-Fifth Omnibus Objection. [20234]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||160|F|0.10||28.00|20220301|B310||A104|KCS|Analyze ORDER CONCERNING PROOFS OF CLAIM NOS. 11497 AND 11790 regarding [20128] Notice of Impasse. [20233]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||161|F|0.10||28.00|20220310|B310||A104|KCS|Urgent motion (Consented) for Extension of Deadlines regarding [20147] Motion for Relief From Stay Under 362 [e]. [20303]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||162|F|0.40||112.00|20220310|B
```

```
310||A104|KCS|Supplemental Response to Debtor's Objection to Claims (Number(s):
179671) regarding [20043] Debtor's Omnibus Objection to Claims - Four Hundred
Seventeenth|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||163|F|0.70||196.00|20220314|B
310||A104|KCS|Objection to [16020] Debtor's Omnibus Objection to Claims Three
Hundred Omnibus Objection (Non-Substantive) of the Commonwealth.
[20333]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||164|F|0.20||56.00|20220314|B3
10||A104|KCS|Motion Submitting Status Report of the Financial Oversight and
Management Board for Puerto Rico in Connection with Court's Order Concerning Proofs
of Claim Nos. 11497 and 11790. [20332]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||165|F|0.20||56.00|20220301|B3
20||A104|KCS|Analyze Pro Se Notices of Participation Received by the Court on
02/28/2022 regarding Discovery for Confirmation of Commonwealth Plan of Adjustment
filed by Myrna Baez Torres, William Roman Morales. [20235]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||166|F|0.20||56.00|20220301|B3
20||A104|KCS|Analyze MOTION to inform Regarding Tax-Exempt Status of New GO Bonds to
Be Issued Pursuant to the Modified Eighth Amended Title III Joint Plan of Adjustment
of the Commonwealth of Puerto Rico, et al.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||167|F|0.10||28.00|20220303|B3
20||A104|KCS|Informative Motion of Financial Oversight and Management Board
Regarding Designation of Prime Clerk LLC as Disbursing Agent Pursuant to the
Modified Eighth Amended Title III Joint Plan of Adjustment.
[20256]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||168|F|0.10||28.00|20220310|B3
20||A104|KCS|Pro Se Notices of Participation Received by the Court on 03/9/2022
regarding Discovery for Confirmation of Commonwealth Plan of Adjustment filed by
Manuel Rivera Ayala. [20293]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||169|F|0.10||28.00|20220315|B3
20||A104|KCS|Analyze ORDER REGARDING MATTERS THAT MAY BE RESOLVED IN CONNECTION
WITHTHE MODIFIED EIGHTH AMENDED PLAN FOLLOWING THE PLAN'S EFFECTIVE DATE.
[20341]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20220315|505476|1600|01001|15076.00|20220301|20220331||170|F|0.20||44.00|20220310|B4
00||A108|CIG|Review and analyze Informative Motion of Financial Oversight and
Management Board Regarding Corrected Schedule of New GO Bonds to be Issued Pursuant
to the Modified Eighth Amended Title III Joint Plan of Adjustment of the
Commonwealth of Puerto Rico. [203|66-0554116|220.00|Infante , Carlos|AS|[]
```