## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On June 2, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Order (I) Scheduling A Hearing to Consider the Adequacy of Information Contained in the Disclosure Statement, (II) Establishing the Deadline for Filing Objections to the Disclosure Statement and Replies Thereto, and (III) Approving Form of the Notice Thereof [Docket No. 20680]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: June 9, 2022

/s/ Nuno Cardoso
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 9, 2022, by Nuno Cardoso, proved to me on
the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 61883

**<u>Exhibit A</u>**

Exhibit A

Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1474508 | Aesalon Partners LP | 220 N Green St | | | Chicago | IL | 60607-1702 |
| 857451 | ARELYS FLORES CALO | ADDRESS ON FILE | | | | | |
| 1407553 | CUBIC TRANSPORTATION SYST | 9233 BALBOA AVE | | | SAN DIEGO | CA | 92123-1513 |
| 1418281 | DECHERT LLP | ATTN G ERIC BRUNSTAD JR | 2929 WALNUT ST | LBBY 2 | PHILADELPHIA | PA | 19104-5733 |
| 1407775 | DELOITTE TOUCHE LLP | 350 CARLOS CHARDON AVENE | HATO REY, SUITE 700 | | SAN JUAN | PR | 00917-2140 |
| 1535159 | EDWARD F. AUL, JR & MARGARET A. DEUTSCH (JT TEN) | ADDRESS ON FILE | | | | | |
| 1439498 | Halpert Asset Management Trust U/A/D 3/27/96  David & Barbara Halpert | ADDRESS ON FILE | | | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)