**Objection Deadline: 4:00 P.M. Atlantic Standard Time on July 26, 2022**
**Hearing Date: 9:30 A.M. Atlantic Standard Time on August 10, 2022**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br>　as representative of | Case No. 17-BK-3283 (LTS)<br>(Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>　　　　　　　　Debtors.[1] | |

## NOTICE OF HEARING ON MCG'S MOTION
## FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM

(i)　MCG and the Able Child ("MCG"), has filed on today's date *MCG's Motion for Allowance of an Administrative Expense Claim* (the "Motion"). *See* Dkt. No. 21208 of Case No. 17-BK-03283 (LTS).

(ii)　The Motion has been served upon all the Standard Parties as identified and defined at ¶ II(A) of the Court's *Sixteenth Amended Notice, Case Management and Administrative Procedures Order* [Dkt. No. 20190-1] (the "CMP Order"), as well as upon all of the parties identified in the Master Service List maintained at https://cases.primeclerk.com/puertorico/.

(iii)　The date and time of the applicable objection deadline for the Motion is July 26, 2022 at 4:00 P.M., prevailing Atlantic Time.

(iv)　The date of the hearing at which the Motion shall be considered by the Court is August 10, 2022 at 9:30 A.M., prevailing Atlantic Time at the Clemente Ruiz Nazario United States Courthouse, at 150 Carlos Chardón Avenue, San Juan, Puerto Rico.

(v)　The requested relief sought in the Motion may be granted by the Court without a hearing if no objection is timely filed and served in accordance with the CMP Order.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 13th day of June, 2022.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case. We further certify that, on this same date, we served the foregoing upon all the Standard Parties as identified and defined the Court's CMP Order, as well as upon all of the parties identified in the Master Service List maintained at https://cases.primeclerk.com/puertorico/.

S/ **Alexis A. Betancourt Vincenty**
Alexis A. Betancourt Vincenty
USDC-PR No. 301304
Lugo Mender Group, LLC
100 Carr. 165 Suite 501
Guaynbao, P.R. 00968-8052
Tel. (787) 707-0404
Fax (787) 707-0412
a_betancourt@lugomender.com

2