**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### [PROPOSED] ORDER (A) EXTENDING DEADLINES OF BAR DATE FOR FILING ADMINISTRATIVE EXPENSE CLAIM (B) APPROVING FORM AND MANNER OF NOTICE THEREOF

Upon consideration of the motion filed by Ivelisse Calderón-Alibrán and Carlos Torres Viada ("Movants") seeking an *Urgent Motion for Extension of Administrative Expense Claim Bar Date and Proper Service of Process and Request to Be Heard* [Case No. 17-3283, ECF No. 21217] (the "Movants' Urgent Motion"); and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue in this district over this matter pursuant to PROMESA section 307(a); and the Court having found that the relief

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

requested in the Movants' Urgent Motion is in the best interest of the Movants, the creditors, and other parties in interest; and the Court having found that, based upon the relief requested in the Movants' Urgent Motion, no further notice is required; and the Courd having reviewed the Movants' Urgent Motion; and the Court having determined that the legal and factual bases set forth in the Movants' Urgent Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Movants' Urgent Motion is **GRANTED** as set forth herein.

2. On January 18, 2022, this Court issued an *Order and Judgment Confirming Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority* ("Confirmation Order") [ECF No. 19813].

3. On March 15, 2022, the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority* ("Plan") became effective, and the Financial Oversight and Management Board for Puerto Rico ("Oversight Board") released a *Notice Of (A) Entry Of Order Confirming Modified Eighth Amended Title III Plan Of Adjustment Of The Commonwealth Of Puerto Rico, Et Al. Pursuant To Title III Of PROMESA And (B) Occurrence Of The Effective Date* ("Notice of Effective Date") [ECF No. 20349].

4. The Administrative Deadline, as defined in and set forth in the Notice of Effective Date shall be extended to 5:00 p.m. (Eastern Standard Time) on the 120th day after the date in which the

Debtors have fully complied with service of process as described below (the "Extended Bar Date").

5. In accordance with Bankruptcy Rule 2002, the Debtors, through Kroll Restructuring Administration, LLC (formerly known as Prime Clerk LLC) are authorized and directed to cause a copy of a notice, substantially in the form attached hereto as Attachment 1, to be published once, as soon as practicable under the circumstances after the entry of this Order, in (a) El Nuevo Día in Spanish (primary circulation is in Puerto Rico), (b) Caribbean Business in English (primary circulation is in Puerto Rico), (c) El Diario and El Nuevo Herald both in Spanish (primary circulation is in New York and Miami, respectively), and (d) The Bond Buyer.

6. The Debtors, through Kroll Restructuring Administration, LLC, are authorized and directed to cause no less than fourteen radio advertisements, alerting listeners of the Extended Bar Date, to be aired as soon as practicable under the circumstances following the entry of this Order for a seven-day period, on (a) WMEG FM (contemporary hit radio) in Spanish and (b) WKAQ AM (Spanish language talk radio) in Spanish.

7. Nothing herein is intended to, shall constitute, or shall be deemed to constitute the Debtors' or the Oversight Board's consent, pursuant to PROMESA section 305, to this Court's interference with (a) any of the political or governmental powers of the Debtors, (b) any of the property or revenues of the Debtors, or (c) the use or enjoyment of the Debtors of any income producing property.

8. Notwithstanding any applicability of any Bankruptcy Rule, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Debtors and the Oversight Board, as the Debtors' representative, are authorized to take all actions, and to execute all documents, necessary or appropriate, to effectuate the relief granted in this Order.

10. The Court retains exclusive jurisdiction to hear and determine any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

SO ORDERED.

Dated: _____.

_____
LAURA TAYLOR SWAIN
United States District Judge