# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**MOTION FOR LEAVE TO FILE DOCUMENTS IN THE SPANISH LANGUAGE AND REQUEST FOR AN EXTENSION OF TIME TO FILE CERTIFED TRANSLATION**

*[Space left blank intentionally.]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**TO THE HONORABLE COURT:**

COME NOW, Ivelisse Calderón-Alibrán and Carlos Torres Viada (collectively, "Moving Parties") as parties in interest, by and through the undersigned counsel, and respectfully state as follows:

1.  On this date, the Moving Parties submitted their *Urgent Motion for Extension of Administrative Expense Claim Bar Date and Proper Service of Process and Request to be Heard.* **[Docket No. 21217]** ("Urgent Motion").

2.  Exhibits 1 and 3 attached to the Urgent Motion are in the Spanish language.

3.  The Moving Parties respectfully request leave to file the certified translations in the English language of Exhibits 1 and 3 of the Urgent Motion.

4.  Thus, the Moving Parties respectfully request a twenty (20) day extension of time, until Tuesday, July 5th, 2022, to file the certified translation of the documents attached as Exhibits 1 and 3 of the Urgent Motion.

WHEREFORE, the Moving Parties respectfully request that this Honorable Court grants this Motion and allow them to file Exhibits 1 and 3 of the Urgent Motion in the Spanish language, and an extension of time of twenty (20) days, expiring on July 5th, 2022, to file the corresponding certified translation of such Exhibits.

RESPECTFULLY SUBMITTED.

In Ponce, Puerto Rico, this 13th day of June 2022.

**WE HEREBY CERTIFY** that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and attorneys of record.

*/s/Rolando Emmanuelli-Jiménez*
Rolando Emmanuelli-Jiménez, Esq.

1

USDC: 214105

*/s/Jessica E. Méndez-Colberg*
Jessica E. Méndez-Colberg, Esq.
USDC: 302108

*/s/ Zoé C. Negrón-Comas*
Zoé C. Negrón-Comas, Esq.
USDC: 308702

BUFETE EMMANUELLI, C.S.P.
P.O. Box 10779
Ponce, Puerto Rico 00732
Tel.: 787-848-0666
Fax: 1-787-841-1435
E-mail: rolando@emmanuelli.law
        jessica@emmanuelli.law
        zoe@emmanuelli.law

*Counsel to Moving Parties*

2