ECONOMÍA

FINANZAS

**Trinexus y Endlink establecen alianza**

Trinexus, firma puertorriqueña de consultoría en tecnología de la información especializada en el sector de la salud, junto a la empresa Endlink, desarrollador de plataformas de data y comunicación digital, formalizaron una alianza dirigida a diseñar, desarrollar e implementar proyectos y soluciones innovadoras para beneficio de los hospitales y mejorar la calidad de la atención al paciente. Ambas empresas ofrecerán un servicio que permitirá mejorar la experiencia de los pacientes. Endlink está certificada por Hipaa, ley federal que establece las normas de quiénes pueden ver y recibir información sobre salud. Esto les permitirá desarrollar soluciones tecnológicas para integrar procesos de comunicación confiables en los sistemas de récords médicos electrónicos, lo que beneficiará a las instituciones hospitalarias.

>27

# Esquemas de corrupción podrían frenar que llegue más capital

> **Entrevistados analizan posibles efectos de las investigaciones federales a políticos y a un banco internacional**

@ **Brenda A. Vázquez Colón**
>bvazquez@elvocero.com



Corruption

> Es positivo que la entidad, OCIF, esté haciendo su trabajo, pero desde el punto de vista externo, es otro posible caso de corrupción".

**Adrián Alós**
economista

El arresto de varios alcaldes, la investigación de posibles donativos ilegales a las campañas políticas, así como las irregularidades y presuntos esquemas de fraude o lavado de dinero en instituciones financieras, laceran la imagen de Puerto Rico y podrían afectar la llegada de nuevo capital a la Isla, según varios entrevistados.

El economista Adrián Alós, indicó que le preocupa el posible arresto de la exgobernadora Wanda Vázquez Garced, la probabilidad de violaciones a las leyes electorales por parte de Julio Herrera Velutini, presidente de la Junta de Directores de Bancrédito International Bank & Trust Corporation, y la posibilidad del cese y desista de operaciones de esta institución por transacciones sospechosas que pudiesen involucrar lavado de dinero.

"Todo esto es muy negativo, te da muy mala reputación a Puerto Rico. Se habla de regulaciones federales y falta de transparencia, se sigue dando una connotación negativa y afecta al hacer negocios en la Isla en momentos en que se está tratando de traer inversión", señaló.

Para Alós, que se mencionen personas relacionadas con la Oficina del Comisionado de Instituciones Financieras (OCIF) —dentro de lo que se investiga a nivel federal— va en detrimento de la imagen de Puerto Rico y se podría cuestionar la seriedad del País al momento de realizar sus negocios.

"Una investigación en el ente regulador va a espantar a algunos posibles inversionistas. Aunque esta situación no varía a cambiar sustancialmente el panorama de inversión, sí hará más difícil atraerla. Ahora, cuando se reestructura la deuda... se daña la marca a nivel internacional", afirmó.

Las situaciones de fraude, según el economista, podrían afectar las oportunidades que han surgido en medio de la pandemia de covid-19 y la distribución de fondos federales.

"Hay una reorganización de capital a nivel mundial para mover las líneas de producción a Estados Unidos y hay que dar la mejor cara. Ahora no es solo la corrupción de personas... involucran transacciones y regulaciones. Esperemos que no sea el comienzo de peores noticias e irregularidades", apuntó.

Añadió que las investigaciones pueden desembocar en problemas para solicitar fondos federales, "ya que la corrupción está presente en múltiples niveles", afirmó.

Sin embargo, para el economista Antonio Fernós, la situación hace ver que la OCIF ha estado haciendo su trabajo de fiscalización. "Yo creo que OCIF investiga, toma acciones concretas y ¡qué bueno! Malo fuese que no lo hubieran hecho. Que esta sea la primera de muchas investigaciones. Puerto Rico tiene la normativa aplicable para investigar. Entiendo que esto es una acción a favor, porque la tragedia sería que no se hiciera nada... porque eso sí desalienta la inversión", declaró.

No obstante, Alós considera que aunque la investigación es positiva, queda la imagen de posibles delitos a nivel internacional. "Es positivo que la entidad, OCIF, esté haciendo su trabajo, pero desde el punto de vista externo, es otro posible caso de corrupción", agregó Alós.

El desafío de OCIF, a juicio de Fernós, es que no cuenta con el personal necesario para llevar a cabo más investigaciones.

"OCIF no tiene la cantidad de investigadores con la pericia necesaria. Se beneficiaría de que le dieran los recursos necesarios de reclutamiento y adiestramiento

para llevar a cabo sus funciones", añadió Fernós.

Según se indicó, esta oficina solo tiene 18 examinadores para fiscalizar 80 bancos extranjeros y tres bancos de Puerto Rico.

## Publicidad negativa

Manuel Cidre, secretario del Departamento de Desarrollo Económico y Comercio (DDEC), sostuvo que la corrupción y las investigaciones federales crean publicidad negativa fuera de Puerto Rico, por lo que condena cualquier acto de esta naturaleza.

"Puerto Rico ofrece un clima de negocios único, con una oferta de valor para múltiples sectores económicos. Puerto Rico es un lugar de oportunidades, de gente talentosa y comprometida, que unido a nuestra localización, nos posiciona como un destino competitivo y atractivo para hacer negocios. Puerto Rico tiene el mejor momento para posicionarse como jurisdicción de clase mundial para hacer negocios", apuntó el funcionario.

## Hay diferencias

Según Zoimé Álvarez, vicepresidenta ejecutiva de la Asociación de Bancos de Puerto Rico (ABPR), las regulaciones de los bancos del País y los extranjeros son diferentes.

"La OCIF ha ido incorporando los principios generales de salud y seguridad financiera a través de los exámenes periódicos que se practican a estas entidades. No obstante, en términos generales, las enti-

dades financieras internacionales (EFI y EBI) no se encuentran sujetas a los mismos estándares ni a la rigurosidad fiscalizadora a la que se encuentran los bancos comerciales", puntualizó.

La entrevistada explicó que las entidades financieras internacionales fueron concebidas para realizar su operación en mercados fuera de Puerto Rico, por lo que cuentan con estructuras y marco regulatorio diferente, en comparación a la banca comercial.

Álvarez defendió la banca de la Isla, por regirse bajo los mismos estándares del sistema federal bancario.

"Puerto Rico cuenta con una industria bancaria comercial madura, sólida, de operación transparente y altamente regulada. Nuestra banca es una federada y se rige por las leyes y regulaciones aplicables en el ámbito federal, además del estatal", detalló.

Álvarez aclaró que los bancos comerciales son supervisados y examinados, tanto por la OCIF —que es el ente reglamentador de la Isla— como por una o más agencias supervisoras bancarias federales, según sea aplicable.

A nivel federal, las agencias reglamentarias principales son: Federal Deposit Insurance Corportion (FDIC), el Federal Reserve Board (FED), Office of the Comptroller of the Currency (OCC), Consumer Financial Protection Bureau (CFPB), y el Departamento del Tesoro Federal.

"Nuestro sistema financiero está hecho para evitar situaciones de seguridad en las transacciones. Esa es la importancia de tener y defender una reputación positiva, fiscal y de jurisdicción, y de la labor que realiza la OCIF a nivel local para garantizar que nuestra industria se mantenga siendo íntegra y de transparencia. Sin embargo, a pesar de estar altamente regulados, no estamos exentos de poder evitar absolutamente algún tipo de manejo inadecuado por proveedores de servicios financieros", aseveró Álvarez.

Case:17-03283-LTS   Doc#:21221-2   Filed:06/10/22   Entered:06/13/22 17:39:17   Desc
Exhibit   Page 2 of 34
12 NOTICIAS/AHORA                                    LUNES, 23 DE MAYO DE 2022   el Vocero

# Destacan oportunidades para impulsar la economía





**Análisis del CNE resalta el ajuste de la deuda del gobierno y el desembolso de los fondos para la reconstrucción**



Marxuach ofreció un análisis de los puntos favorables para encaminar el desarrollo de la Isla.
>Archivo / EL VOCERO

@ Redacción
>EL VOCERO

De acuerdo con una evaluación del Centro para una Nueva Economía (CNE) sobre las tendencias para este 2022, a pesar de "ciertos riesgos sustanciales", las condiciones actuales permiten encaminar esfuerzos para un desarrollo económico "de base amplia" en Puerto Rico.

En la edición de mayo del CNE Review, Sergio Marxuach, director de Política Pública del CNE, se enfoca en las tendencias positivas que podrían dar un giro positivo a la economía de la Isla, que permitan generar crecimiento y desarrollo a largo plazo.

Según Marxuach, para ello se posible se requiere ahora una estrategia económica que aproveche las tendencias actuales. Destacó que se necesitan "acciones concretas y afirmativas".

Tras 15 años de estancamiento económico, una crisis fiscal y de deuda, la quiebra de su gobierno, los daños causados por los huracanes Irma y María en 2017 y una serie de terremotos en 2020, y el dolor ocasionado por la pandemia del covid-19, Puerto Rico tiene una oportunidad única para dar un giro a su economía, afirmó Marxuach.

Al hablar de las tendencias, mencionó el proceso de reestructuración de la deuda, sobre lo cual indicó que el Plan de Ajuste certificado "brinda un importante alivio de la deuda a la Isla" al reducirla a un 50%, aproximadamente. No obstante, señaló que "es bastante difícil determinar hoy si esta cantidad de alivio de la deuda es suficiente. Lo que está claro es que la viabilidad del plan a medio y largo plazo depende de que se ponga en marcha el crecimiento económico en Puerto Rico", con lo cual se debe trabajar para aprovechar la coyuntura, sostuvo Marxuach.

A su vez, mencionó como otro factor positivo las acciones del gobierno de Joe Biden para que se desembolse el dinero aprobado por el Congreso de Estados Unidos hace cinco años para fi-

nanciar las obras de reconstrucción por los huracanes Irma y María. Mencionó que tales proyectos permitirán a Puerto Rico "mejorar significativamente una gran parte de su infraestructura física en un periodo de tiempo relativamente corto", lo cual incide en la economía.

En cuanto al tema de la pandemia del covid-19 y el golpe que le ha propinado a la economía a nivel mundial y a Puerto Rico, Marxuach dijo que la expectativa es que termine pronto y aunque reconoció la posibilidad de que surjan nuevas variantes, declaró que "es cierto que la humanidad ha hecho enormes progresos en entender la evolución clínica de esta enfermedad y ha desarrollado en un tiempo récord tanto vacunas como nuevos tratamientos, que reducen la incidencia de síntomas graves, hospitalizaciones y muertes".

Como parte de su análisis, planteó que "el giro intelectual y político hacia un estado más activista ofrece a Puerto Rico el espacio político necesario para desarrollar e implementar soluciones creativas a sus problemas económicos". Por lo tanto, añadió que en un tiempo "favorable para el desarrollo e implementación de una estrategia económica cuidadosamente diseñada".

Reconoció que la administración del gobernador Pedro Pierluisi y la Junta de Control Fiscal han propuesto nuevos incentivos económicos y la implementación de reformas estructurales, pero aclaró que tales esfuerzos "se quedan cortos en cuanto al diseño de una estrategia económica para Puerto Rico".

"No debemos cometer el error de equiparar un conjunto de reformas es-

> "
Tras 15 años de estancamiento económico, una crisis fiscal y de deuda, la quiebra de su gobierno, los daños causados por los huracanes Irma y María en 2017 y una serie de terremotos en 2020, y el dolor ocasionado por la pandemia del covid-19, Puerto Rico tiene una oportunidad única para dar un giro a su economía.

**Sergio Marxuach**
director de Política Pública
del Centro para una Nueva Economía

tructurales bastante dispares y quizás marginalmente efectivas con una estrategia económica. Sencillamente, las reformas estructurales favorecidas por la junta y expuestas en el plan fiscal son asuntos de segundo orden y no generarán el crecimiento económico a largo plazo que Puerto Rico necesita, tanto para mejorar la calidad de vida de su población como para pagar su deuda reestructurada, a menos que se inserten o enmarquen en una estrategia y visión económica más amplia", sostuvo Marxuach.

En el análisis del CNE Review, el economista concluye que, aunque las tendencias mencionadas anteriormente son en general positivas, el ambiente económico actual también se caracteriza por una importante incertidumbre y riesgos a la baja.

---

**Estado Libre Asociado de Puerto Rico**
**Administración Municipal de Utuado**
**Junta de Subastas**

**AVISO DE SOLICITUD DE PROPUESTAS (RFP)**
**PROGRAMA SUBVENCIÓN EN BLOQUE PARA EL DESARROLLO DE LA CIUDAD**
**COMMUNITY DEVELOPMENT BLOCK GRANT- DISASTER RECOVERY (CDBG-DR)**

**2022-RFP-004**

La Junta de Subastas del Gobierno Municipal de Utuado recibirá propuestas en sobres cerrados en original, dos copias y copia en un dispositivo de almacenamiento debidamente identificadas para el Aviso de solicitud de propuesta **2022-RFP-004**, que se publicará el **lunes, 23 de mayo de 2022**. Se recibirá las propuestas el **viernes, 3 de junio de 2022** en el Salón de los Presidentes de la Legislatura Municipal de 9:00 a.m. a 10:00 a.m. según requerida la apertura se llevará a cabo el viernes, **3 de junio de 2022 a las 10:30 a.m.**

**Renglón 1:   Servicios de Ingeniería y Arquitectura** para estudio, diseño, permisos, endoso revisión ambiental, costos estimados, paquete de subastas y supervisión para el proyecto de Revitalización de Estacionamiento y Áreas circundantes de la plaza del mercado de Utuado.

**Renglón 2:   Servicios de Ingeniería y Arquitectura** para estudio, diseño, permisos, endoso revisión ambiental, costos estimados, paquete de subastas y supervisión para el proyecto de dos rotondas y parque pasivo en Utuado.

**Renglón 3:   Servicios Legales** para proporcionar apoyo al personal del Programa de Revitalización de la Ciudad (CDBG-DR) en consultoría legal para el cumplimiento, exactitud, puntualidad y finalización de todas las actividades del programa en virtud del acuerdo entre el Municipio de Utuado y el Departamento de Vivienda bajo el Programa CDBG-DR.

Los proponentes podrán obtener los pliegos de condiciones y especificaciones libre de costos a partir de la publicación de este "Aviso de Solicitud de Propuestas (RFP)". Dichas especificaciones se podrán solicitar únicamente a través de correo electrónico, en el cual deben solicitar la documentación especificando el Núm. de Aviso de Solicitud de Propuesta y Renglón. El correo electrónico para hacer la solicitud y del cual se enviará la documentación es subastasutuado@gmail.com, solamente durante los días del 23 al 30 de mayo de 2022 desde las 8:00 a.m. – 11:30 a.m. y 1:00 p.m. –4:00 p.m.

Antes de la adjudicación de contrato, el Municipio debe obtener la acreditación del contratista. Es importante que el proponente tenga experiencia con programas federales y sus requerimientos. Para obtener la acreditación, el Municipio buscará en https://www.sam.gov/SAM/ para verificar si el contratista está o no registrado y activo en el "GENERAL SERVICES ADMINISTRATION con el Unique Entity ID (UEI). POR LO TANTO, LOS PROPONENTES DEBEN ESTAR REGISTRADOS EN EL "SYSTEM FOR AWARD MANAGEMENT" (SAM) EN EL MOMENTO DE LA PRESENTACIÓN DE LA PROPUESTA O INICIAR EL PROCESO DE REGISTRO JUSTO DESPUÉS DE LA PRESENTACIÓN. La adjudicación solo se emitirá a entidades que estén registradas y no estén en la lista de Participantes Excluidos para la adjudicación de un contrato debido a la suspensión, inhabilitación o derogación limitada de ejecución impuesta por HUD.

Se evaluarán las propuestas conforme a los criterios establecidos en este RFP, por parte del Programa de Revitalización de la Ciudad. Los fondos de este proyecto provienen de Community Development Block Grant – Disaster Recovery (CDBG-DR). La Junta de Subastas del Gobierno Municipal de Utuado y el Programa de Revitalización de la Ciudad del Municipio de Utuado se reserva el derecho de aceptar o rechazar todas o cualquiera de las propuestas y de adjudicar la buena pro en beneficio de los mejores intereses del Municipio, tomando en consideración otros factores que no sean del precio solamente. Igualmente se reserva el derecho de adjudicar total o parcialmente las propuestas y esta puede ser cancelada en cualquier momento, antes de la firma de este.

El Municipio es un empleador de igualdad de oportunidades y no discrimina en cuanto a sexo, género o identidad sexual, raza, edad, origen nacional, credo religioso, estado civil, veteranos de guerra, discapacidad o estado de discapacidad. Además, cumple con las políticas de MBE (Empresas Minoritarias) y WBE (Empresas de Mujeres), también cumple con la Ley Davis Bacon, y HUD 4010.

Es importante que cada persona traiga sus medidas de protección como mascarilla, guantes desinfectante, etc. Según orden ejecutiva del gobierno.

Sheyla Y. Pérez Medina
Presidente de la Junta de Subastas



**Selectos**
Más artículos al mejor precio
Con la Calidad que te Mereces

CALIDAD SELECTOS

**Selectos** Piñas Enlatadas Chunks, Crushed, Slices Lata de 20 oz. Reg. $2.59 c/u Especial $2.00 c/u   **2x$400**

**Selectos** Bebidas en Polvo Variedad Env. de 24 oz. Reg. $2.89 c/u Especial $2.00 c/u   **2x$400**

**Selectos** Frutas Enlatadas Coctel de Frutas/ Melocotones en Mitades en Almíbar Pesado Lata de 29 oz. Reg. $2.49 c/u   **2 19 c/u**

Somos Detallistas. Precios regulares varían por tienda. Especiales válidos del 23 al 25 de mayo de 2022.

**VIERNES**
6 de mayo de 2022

# NEGOCIOS

23

EL NUEVO DÍA
elnuevodia.com

**JOANISABEL GONZÁLEZ**
joanisabel.gonzalez@gfrmedia.com
Twitter: @jgonzalezpr

# Swain da curso al Plan de Ajuste de Carreteras

● El proceso para analizar la Declaración Informativa y luego, confirmar la reestructuración comenzaría el próximo 17 de junio

La jueza de distrito federal **Laura Taylor Swain** acogió la moción urgente de la Junta de Supervisión Fiscal (JSF) para analizar la adecuación de la Declaración Informativa con la justifica el Plan de Ajuste de la Autoridad de Carreteras y Transportación (PDA-ACT) y determinó que analizará los méritos de esta en una vista el próximo 17 de junio.

La decisión de la jueza a cargo de los Casos de Título III de Puerto Rico se produjo ayer, cuando Swain también autorizó el aviso que la JSF debe publicar en torno a la evaluación del PDA-ACT y los procesos que debe seguir la JSF para ofrecer información al público acerca de la modificación de deudas propuesta.

Según la orden de Swain, si alguna parte se opone a la fecha propuesta para analizar la Declaración Informativa del PDA-ACT, esta tendrá hasta el próximo 8 de junio para expresarse. La JSF tendría otros siete días, subsiguientes a esa fecha, para presentar su réplica.

### EL SALDO DE PROMESA

La decisión de Swain pone en marcha el proceso de confirmación del PDA-ACT. la quinta reestructuración que la JSF busca completar bajo el Título III de Promesa, luego de obtener la confirmación de la Corporación del Fondo de Interés Apremiante (Cofina), el gobierno central, la Administración de los Sistemas de Retiro (ARS) y la Autoridad de Edificios Públicos (AEP).

En total, considerando las reestructuraciones voluntarias de la Autoridad para el Financiamiento de la Infraestructura (AFI), el Banco Gubernamental de Fomento (BGF) y la Autoridad del Distrito de Convenciones (ADC) a través del Título VI de Promesa, la JSF ha conseguido la reestructuración de unos 552,000 millones en bonos adeudados por Puerto Rico. La cifra aumenta a unos $61,000 millones considerando la reestructuración de la AEE, todavía en el tintero.

El PDA-ACT busca modificar unos $6,400 millones en obligaciones de la ACT. De esa cifra, unos $4,200 millones corresponden a deuda pública, otros $1,700 millones corresponden a préstamos adeudados a los bonistas del fallido Banco Gubernamental de Fomento (BGF) y otros $256 millones corresponden a las acreencias que la ACT mantiene con suplidores y contratistas.

Según la Declaración Informativa, la JSF recibió 2,276 reclamaciones de acreedores contra la ACT ascendentes a unos $83,000 millones en obligaciones, pero la amplia mayoría de estas eran reclamaciones duplicadas. Al momento de la radicación de la Declaración Informativa,



> "Una de las principales causas de la presente crisis fiscal se debe a no haber ajustado las tarifas de peajes desde el 2005"
>
> **DECLARACIÓN INFORMATIVA**
> PLAN DE AJUSTE DE LA ACT

según la JSF, al menos 1,255 de estas reclamaciones han sido eliminadas o resueltas o registradas por error contra la ACT.

A cambio de modificar tales acreencias, la ACT pagaría a los acreedores con diversas alternativas: dinero en efectivo, nuevos bonos y una tajada del impuesto al consumo pagadera a través del Instrumento de Valor Contingente (CVI, en inglés).

No todos los acreedores de la ACT recibirán una recuperación similar. Algunos bonistas recibirán el 100% de lo adeudado y otros apenas el 20% y en el caso de los suplidores y contratistas, en el agregado, estos recibirán, de confirmarse el PDA-ACT, unos $25 millones o aproximadamente unos 10 centavos de dólar.

Por haber sido parte de las negociaciones, Puerto Rico pagará a los bonistas que se sentaron a la mesa unos $125 millones en comisiones y costos de consumación.

Estos pagos, a su vez, saldrán de 30 años de aumentos en las tarifas de peaje, según la inflación.

### UNA CORPORACIÓN INSOLVENTE Y MAL GESTIONADA

Cuando se segmentan las reestructuraciones impulsadas por la JSF según el tipo de emisor de deuda dentro del gobierno puertorriqueño, luego de la AEP, la modificación de las obligaciones de la ACT sería la segunda reorganización financiera

de una corporación pública.

Empero, a diferencia de la modificación de deudas propuesta para la AEP, el PDA-ACT va de la mano con una reorganización administrativa de esa corporación pública y otras agencias dedicadas al transporte público como la Autoridad Metropolitana de Autobuses (AMA) y el Tren Urbano.

Desde la lente la JSF, el PDA-ACT es la respuesta a un cuadro de pésima gestión pública, a juzgar por la Declaración Informativa que ahora la jueza Swain tiene ante su consideración.

Según la JSF, al 30 de junio de 2021, aparte de todo lo adeudado, la ACT tenía un déficit acumulado de unos $2,000 millones y sus activos apenas rondaban unos $117 millones.

De acuerdo con la Declaración Informativa, la ACT ha operado consistentemente con pérdidas, en buena parte por la negativa de los oficiales de gobierno a ajustar las tarifas de peajes cuando era necesario. En lugar de gestionarse adecuadamente, reza el documento, diferentes administraciones preferían cubrir las ineficiencias otorgando préstamos desde el BGF.

"El BGF evaluaba y aprobaba las solicitudes de préstamos de la ACT bien rápido, a veces a solo horas de haberse presentado la solicitud. Se alega que se recurría a esta práctica para evitar efectos potenciales adversos de la falta de salud fiscal en la ACT como tener que cerrar las operaciones del Tren Urbano si el operador no recibía su pago", reza la Declaración Informativa, citando a su vez, el informe del investigador Kobre & Kim, a quien se le encomendó analizar las razones para el colapso fiscal de la isla.

El documento agrega que a menudo el BGF financiaba a la ACT para que no hubiera aumentos en los arbitrios a vehículos de motor, en el transporte público, los peajes o el arbitrio a la gasolina porque ello "habría aumentado los costos para los electores."

Así las cosas, según la Declaración Informativa, mientras otros sistemas de trenes en el continente recaudan 12 centavos de cada $1 que cuesta esa operación, en Puerto Rico apenas se recaudan cuatro centavos. Y cuando se transita por las carreteras de Puerto Rico, la tasa de mortalidad es 43% más alta que la mediana en las autopistas de Estados Unidos. Cada año, los conductores invierten unas 58 horas conduciendo para llegar a casa o al trabajo, lo que supone al menos $1,150 en gastos por cada conductor y sobre $400 millones en costes para la ciudad.

Según la Declaración Informativa, aparte del aumento en los peajes y la consolidación de las agencias de transporte, para que la ACT pueda ponerse en pie, el gobierno central le prestaría unos $314 millones, pagaderos en 30 años.

Según la Declaración Informativa del Plan de Ajuste de la ACT, el BGF llegó a prestar $2,000 millones a esa corporación pública para que las administraciones de gobierno no aprobaran aumentos que habrían afectado a los electores.

archivo

**LA CIFRA**

## $61,000

**MILLONES.** Es la cantidad de deuda pública que la JSF ha propuesto reestructurar a través de la ley federal Promesa.

2022 Laws of Puerto Rico 2022

Law No. 9 of the year 2022


(P. del S. 573); 2022, law 9

Law to amend several laws and order the payments owed from Fiscal Year 2014-2015 in

accordance with the Teaching Career Law, as amended.

Law No. 9 of March 7, 2022


To add subparagraph (vi) to subparagraph (d) of Section 11, and amend Section 31 of Act No. 66

of June 17, 2014, as amended, known as the "Special Law for Fiscal and Operational

Sustainability of the Government of the Commonwealth of Puerto Rico"; amend Section 2.08 of

Act No. 26 of April 29, 2017, as amended, known as the "Fiscal Plan Compliance Act"; order

the Department of Education and the Office of Management and Budget to identify the amount

of four million three hundred and sixty-seven thousand seven hundred and thirty-six dollars

($4,367,736), in the budget of the agency, to cover on or before the end of the Year Fiscal 2022-

2023 payments owed corresponding to the period preceding Fiscal Year 2014-2015 in

accordance with Act No. 158 of July 18, 1999, as amended, known as the "Teaching Career

Act"; order the Department of Education and the Office of Management and Budget to make

salary adjustments and to identify the amount of money owed corresponding to said adjustments

from Fiscal Year 2014-2015 onwards in accordance with the application of Law 158-1999,

supra, in order to include the item in the budget of the Department of Education on or before the

end of Fiscal Year 2023-2024; order the Department of Education, the Office of Management

and Budget, and the Puerto Rico Fiscal Agency and Financial Advisory Authority to identify the

recurrent funds necessary to reactivate compliance with Act 158-1999, supra; in order to achieve

reactivation and compliance with Law 158-1999, supra, after the stoppages caused by Law 66-

2014, supra, and by Law 26-2017, supra, in the process of complying with the Professional

Improvement Plans, Classifications and Teaching Levels of teachers who availed themselves of

the Teaching Career Law; and for other related purposes.


STATEMENT OF MOTIVES

   Law 158-1999, as amended, known as the "Teaching Career Law", was adopted to provide

for the system of teaching ranks, establish procedures for promotions and salary review, and

provide for the Individual Professional Improvement Plan and the continuing education programs. It was established recognizing the need to continually renew the knowledge of teachers, to improve their skills through studies and teaching practice, and to maintain the best teachers in the classroom of the Department of Education of Puerto Rico ( the Department). For this, it established salary increases for teachers who, in search of their professional improvement, complete new academic degrees, among other requirements.

In Article 1.03 of said Law, it is indicated that the teachers of the classroom, librarian teachers, school counselors, school social workers, teachers will be members of the Teaching Career. specialists in instructional technology, industrial coordinators, and coordinators of vocational programs, as long as they hold regular teacher certificates in the category in which they work, have permanence, and perform the functions inherent in the category of position for which the regular certificate was issued. The Law establishes that these classifications will exist at levels I to IV.

For several years, the Department carried out this procedure in compliance with the terms established by the legislation, the Teaching Career Regulations 6761 (the regulations), and the Secretary's memorandums. However, Law 7-2009, known as the "Special Law Declaring a State of Fiscal Emergency and Establishing a Comprehensive Fiscal Stabilization Plan to Save Puerto Rico's Credit," paralyzed salary increases for the first time, and caused significant delays in the process. review of applications, level recognition, the corresponding salary increase and, above all, the payment of said increase.

For the year 2012, the Department was behind in complying with the review and adjudication of the documentation provided by teachers under the Teaching Career Law. This caused a lot of confusion, duplicate applications, teacher frustration, and payment arrears. Already in 2014, the teachers submitted their application at the beginning of the year, but after the approval of Law 66-2014, as amended, known as the "Special Law on Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico", the Department paralyzed all procedures for the Teaching Career, so it did not review or adjudicate the applications, not even to recognize the academic degrees received by the teachers. Neither issued payments for 2014, nor pending payments from previous years. Furthermore, teachers whose payments for 2013 were pending were informed that they were on a list for payment and many,

even to date, have not received it. This caused dozens of cases pending adjudication before the Public Service Appeals Commission, due to controversies about the Teaching Career.

According to the Department of Education itself, it informed the Committee on Education, Tourism and Culture of the Senate of Puerto Rico, by virtue of Senate Resolution 166, the Teaching Career Program is paid for with funds from the general budget assigned to the Department of Education. However, it has not been able to continue due to the approval of Law 66-2014, supra. This Law declared a state of fiscal emergency and prohibited increases in economic benefits and extraordinary monetary compensation to the employees of the agencies of the Executive Branch, for which the Teaching Career Program was suspended. Under the aforementioned law, an increase in the economic benefits of participating teachers or extraordinary monetary compensation is considered, among others, salary increases for years of service, meritorious service, additional compensation for skills or competence, general increases, and plans of training, education and development in excess of six hundred dollars ($600) per employee. Therefore, they suggested the need to amend Law 66-2014, supra, in order to reactivate and comply with the Teaching Career Law.

The Department continued by stating that, after said Law was approved, there were 166 teachers who were unable to complete the salary review corresponding to Fiscal Year 2013. The employees who submitted salary review in Fiscal Year 2014 amounted to 3,855 teachers. ) and in Fiscal Year 2015 the number of teachers amounted to 3,800. Then, they suggested that, in order to reactivate the Teaching Career, the Department would need approximately eight million dollars ($8,000,000) annually for recurring expenses, according to data provided by the Office of the Teaching Career, if pending plans for review and activation of the Teaching Career at the time of the suspension of payments in compliance with Law 66-2014, supra. They even established that the amount of the debt corresponding to the Teaching Career for the years preceding the stoppage from 2013 to 2021 amounts to approximately four million three hundred and sixty-seven thousand seven hundred and thirty-six dollars ($4,367,736).

In turn, they stated that Law 26-2017, as amended, known as the "Fiscal Plan Compliance Law", prohibits the payment of bonuses, with the exception of the Christmas bonus. Therefore, this Law must be amended so that compliance with the Teaching Career Law is not considered a bonus. Said action must be accompanied by an allocation of funds to meet the fiscal impact that the reactivation of economic benefits for teachers would have.

For its part, the Office of Management and Budget (OGP) established that the consolidated budget of the Department of Education for Fiscal Year 2021-2022 amounts to two thousand three hundred fifty-six million one hundred seventy-three thousand fifty-five dollars ($2,356,173,055.00). ), which is broken down as follows:

General Fund: $2,342,589,000.00

Special Funds: $12,718,000.00

Federal Funds: $866,055.00.

Currently, the OGP needs an additional allocation request from the Department of Education to be able to implement the Teaching Career, after the paralysis imposed by Law 66-2014, supra. This, in order to, together with the Financial Advisory Authority and Fiscal Agency of Puerto Rico, request the reprogramming of funds necessary to comply with the Teaching Career, without violating the foundations of the Fiscal Plan and the PROMESA Law.

Despite the fact that thousands of teachers complied with all the requirements demanded by their Professional Improvement Plans, they sacrificed their nights, weekends, vacations, paid for academic and continuing education courses out of their own pocket, and submitted their documentation on time, they have not received recognition for their efforts, nor the corresponding salary increase. The teachers acted in compliance with the purposes of the Teaching Career Law, but the Government failed to comply with the law that it enacted and did not compensate these teachers with the increases to which they are entitled.

It is known by all that the teacher's salary in Puerto Rico is very low. The Teaching Career provided a method for teachers to improve their knowledge and in turn receive better compensation for their work. The salary increase under the Magisterial Career is based on academic work, continuing education, satisfactory evaluations and, in some cases, on carrying out special projects in the school community. It is an increase rooted in the effort of teachers, beyond their classes, but with the fundamental purpose of being better educators in order to improve the quality of teaching in Puerto Rico. For this reason, this Legislative Assembly considers it meritorious that justice be done to the teaching class, and that the necessary public policy obstacles that allow full compliance with the Teaching Career Law be eliminated.

BE IT ENACTED BY THE LEGISLATURE OF PUERTO RICO:

Section 1.- A subsection (vi) is added to subsection (d) of Section 11 of Act 66-2014, as amended, known as the "Special Act for Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico", so that it reads as follows:

"Article 11.– Concession of Increases in Economic Benefits or Extraordinary Monetary Compensation.

(a) From and during the effectiveness of this Law, no increases in economic benefits or extraordinary monetary compensation will be granted to the employees of the Entities of the Executive Branch, with the exception of what is established in subsection (d) of this Article.

(b) …

(c) …

(d) The following will not be considered an increase in economic benefits or extraordinary monetary compensation:

(Yo)    …

(ii) …

(iii) …

(iv) …

(v) …

(vi) Salary adjustments and monetary compensation to public employees of the Department of Education for compliance with Law 158-1999, as amended, known as the "Teaching Career Law" .

Notwithstanding the foregoing, with the exception of the employee assistance programs and the training provided by the Office of Human Resources Administration and Transformation of the Government of Puerto Rico (OATRH), the appointing authority or its authorized representative must consider that the situations provided above constitute an increase in economic benefits or extraordinary monetary compensation when it is necessary to temper the expenses of the Entity of the Executive Branch to the approved budget or to exceed an operating deficit projection.


        (h)…"

Section 2.- Article 31 of Act 66-2014, as amended, known as the "Special Act for Fiscal and Operational Sustainability of the Government of the Commonwealth of Puerto Rico," is hereby amended to read as follows:

"Article 31. – Prohibition of retroactive claims at the end of the validity of this Law.

With the exception of the provisions of Article 11(c), on cash settlements for excess vacation or sick leave, and with the exception of any disbursement of money or payment of debt that the Department of Education has pending with the (as) public employees for compliance with Law No. 158-1999, as amended, known as the "Teaching Career Law", any commitment or obligation that has been temporarily suspended while it is in force This Law cannot be claimed retroactively, nor will it configure any credit, once it loses its validity."

Section 3.- Article 2.08 of Act 26-2017, as amended, known as the "Fiscal Plan Compliance Act," is hereby amended to read as follows:

"Article 2.08. – Bonuses

As of the entry into force of this Law, the only economic bonus that will be granted to public employees of the Central Government and its public corporations will be for the Christmas bonus. The amount that the employees shall be entitled to receive shall be six hundred dollars ($600.00) in each year in which they have rendered services to the Commonwealth of Puerto Rico for at least six (6) months. Provided that the retroactive payments owed, as well as the changes in the remuneration of the public employees of the Department of Education, made by the Department of Education in compliance with Act 158-1999, as amended, known as the "Law of the Teaching Career", they will not be considered as bonuses for the purposes of this Law."

Section 4.- The Department of Education and the Office of Management and Budget are hereby ordered to identify and reprogram approximately four million three hundred and sixty-seven thousand seven hundred and thirty-six dollars ($4,367,736) from the General Fund items assigned to cover in or before the end of Fiscal Year 2022-2023, the payments due corresponding to the period preceding Fiscal Year 2014-2015 in accordance with Law 158-1999, as amended, known as the "Teaching Career Law".

Section 5. - The Department of Education is ordered to carry out, within a period of 270 days from the entry into force of this Law, all procedures, calculations and analyzes required to identify and qualify the professionals of the Department of Education to whom which did not complete the salary adjustment process under the Teaching Career Law despite meeting the qualification requirements for it. Said procedure will allow those professionals of the Department of Education who have complied with their Teaching Career Professional Improvement Plan by completing some stage of a Level or culminating a Level, to be allowed retroactive salary review

and payment to the years that the Program of Teaching Career of the Department of Education did not request the Professional Improvement Plan.

Section 6.– The Department of Education is directed to identify the amount of money owed corresponding to Fiscal Years 2014-2015, 2015-2016, 2016-2017, 2017-2018, 2018-2019, 2019-2020, 2020-2021 and 2021-2022 in accordance with the application of Law 158-1999, supra.

Section 7.– Once the provisions of Sections 5 and 6 of this Act are complied with, the Department of Education, in collaboration with the Office of Management and Budget, and with the Financial Advisory Authority and Fiscal Agency of Puerto Rico, to identify those budgetary efficiencies that provide the amount of funds necessary to cover the payments due for Fiscal Years 2014-2015, 2015-2016, 2016-2017, 2017-2018, 2018-2019, 2019-2020, 2020-2021, and 2021-2022 in accordance with the application of Law 158-1999, supra, in the budget of the Department of Education on or before the end of Fiscal Year 2023-2024, under the projected expenses to be covered with the allocated item of the General Fund.

Section 8.–Once the provisions of Sections 4, 5, 6, and 7 of this Act are complied with, the Department of Education, the Office of Management and Budget, and the Financial Advisory Authority and Fiscal Agency of Puerto Rico to calculate and identify the recurrent funds necessary to reactivate compliance with Act 158-1999, supra, on or before the end of Fiscal Year 2024-2025.

Section 9.- Separability Clause.

If any clause, paragraph, subparagraph, sentence, word, letter, article, provision, section, subsection, title, chapter, subchapter, subheading or part of this Law is annulled or declared unconstitutional, the resolution, opinion or sentence to that effect issued will not affect, harm, or invalidate the remainder of this Law. The effect of said sentence will be limited to the clause, paragraph, subparagraph, sentence, word, letter, article, provision, section, subsection, title, chapter, subchapter, subheading or part of it that has thus been annulled or declared unconstitutional. If the application to a person or a circumstance of any clause, paragraph, subparagraph, sentence, word, letter, article, provision, section, subsection, title, chapter, subchapter, subheading or part of this Law is invalidated or declared unconstitutional, the resolution, opinion or sentence issued to that effect will not affect or invalidate the application of the remainder of this Law to those persons or circumstances in which it can be validly applied.

It is the express and unequivocal will of this Legislative Assembly that the courts enforce the provisions and application of this Law to the greatest extent possible, even if any of its parts are left without effect, annulled, invalidated, damaged or declared unconstitutional, or, even if it is left without effect, invalidates or declares its application to any person or circumstance unconstitutional.

Section 10.- Validity.

This Law will enter into force immediately after its approval. The Department of Education, the Office of Management and Budget, and the Financial Advisory Authority and Fiscal Agency of Puerto Rico, must submit a partial report to the Legislative Assembly, 180 days after the entry into force of this Act, to present the progress made in the achievement of Section 4 of this Law, a second partial report after one year of entry into force of this Law, to present the progress made in the achievement of Sections 5, 6 and 7 of this Law, and a final report on June 1, 2024 to present the progress made in achieving Section 8 of this Act.

CAVEAT

-This document is a copy of the original Law of Puerto Rico when it was approved, it does not include subsequent amendments. It is subject to subsequent amendments and to the integration of the amendments to the main law of the Laws of Puerto Rico. Its electronic distribution is done as a public service to the community. Always look for subsequent laws for possible amendments to this law and/or the parent law, as amended and updated .



**ARRESTOS Y ACUSACIONES**

# Caen más figuras del PNP por corrupción

Los alcaldes de Humacao y Aguas Buenas enfrentan cargos federales por un alegado esquema de sobornos y extorsión

Tras la declaración de culpabilidad de Joseph Fuentes, recaudador a favor de Pedro Pierluisi, los federales afirman que, por el momento, los otros implicados no serán procesados

Reinaldo Vargas, alcalde de Humacao

**PUERTO RICO HOY** PÁGINAS 4-9

Javier García, alcalde de Aguas Buenas



ROOMS TO GO — LOS INTERESES AUMENTAN PERO AQUÍ PAGAS: POR TUS MUEBLES NUEVOS HASTA JUNIO 2026* — 0% DE INTERÉS*

En compras de $1,999.99 o más hechas con su tarjeta de crédito de Rooms To G... hasta el 9 de mayo de 2022. Se requieren pagos mínimos iguales mensuales hasta junio de 2026. Más detalles en la tienda.

**4**
EL NUEVO DÍA
elnuevodia.com

# PUERTO RICO HOY

VIERNES
6 de mayo de 2022

GÉNESIS IBARRA Y CARLOS F. TOLENTINO
puertoricohoy@elnuevodia.com
Twitter: @gibarrapr / @Carlostofe_

Los alcaldes de Humacao, Reinaldo "Rey" Vargas Rodríguez, y Aguas Buenas, Javier García Pérez, enfrentan desde ayer cargos federales por un alegado esquema de sobornos y extorsión en el que recibieron miles de dólares a cambio de otorgar contratos a dos compañías de recogido de basura y asfalto, con lo cual se eleva a cinco el número de alcaldes acusados desde diciembre por corrupción.

Horas después de sus arrestos, ambos quedaron fuera de sus respectivas alcaldías luego que el Panel sobre el Fiscal Especial Independiente (FEI) los suspendiera sumariamente de sus funciones.

El jefe de la Fiscalía federal en Puerto Rico, Stephen Muldrow, explicó en una conferencia de prensa que los actos que llevaron a los arrestos de los dos alcaldes –que militan en el Partido Nuevo Progresista (PNP)– son una secuela del esquema por el que han sido acusados otros alcaldes desde el año pasado y que tiene como protagonistas a las compañías J.R. Asphalt y Waste Collection.

El fiscal federal detalló que, según la acusación en su contra, el alcalde de Aguas Buenas estuvo involucrado en actos de corrupción del 2017 a 2021.

"(García Pérez) recibió pagos en efectivos de parte de dos contratistas. A cambio de estos pagos, acordó retener contratos para los respectivos contratistas. (Los contratistas) se dedicaban al recogido de basura, asfalto y recogido de escombros", precisó Muldrow.

Añadió que Vargas Rodríguez también participó de un patrón similar, pero en su caso, de marzo a abril de 2021.

García Pérez acumuló unos $32,000 como parte de las comisiones ilegales, mientras que Vargas Rodríguez recibió unos $15,000, según el pliego acusatorio.

García Pérez enfrenta cuatro cargos de conspiración, cometer soborno para recibir comisiones ilegales ("kickbacks") y extorsión. Mientras, Vargas Rodríguez –quien fuera miembros de la Cámara de Representantes– fue acusado por tres cargos de conspiración, cometer soborno para recibir comisiones ilegales ("kickbacks") y extorsión.

Ambos se declararon no culpables en una vista ante el magistrado federal Marcos López, quien impuso una fianza de $10,000 a cada alcalde. De ser encontrados culpables, ambos se enfrentan a una pena en prisión que incluye: cinco años por conspiración, 10 años por soborno y 20 años por extorsión.

Con estas acusaciones contra los alcaldes de Humacao y Aguas Buenas, Muldrow resaltó que suman 51 las acusaciones federales por corrupción que se han producido en la isla desde el 2020. Del total de



El alcalde de Humacao, Reinaldo Vargas Rodríguez, presuntamente recibió unos $15,000 en sobornos entre marzo y abril de 2021 a cambio de otorgar contratos municipales a dos empresas de recogido de basura y asfalto.
david.villafane@grfmedia.com

## POR CORRUPCIÓN

LO DIJO

"Una vez más se mancha la reputación de los ocupamos cargos públicos y es abono por el descontento y la desconfianza que la gente manifiesta"

GABRIEL HERNÁNDEZ
PRESIDENTE DE LA FEDERACIÓN DE ALCALDES

"Cónsono con nuestra política pública, antes esbozada, el PNP despoja hoy mismo de todas las posiciones políticas a los alcaldes de Aguas Buenas y Humacao"

CARMELO RÍOS
SECRETARIO GENERAL DEL PNP

# Caen otros dos alcaldes del PNP

### Autoridades federales acusan a ejecutivos de Aguas Buenas y Humacao por recibir sobornos a cambio de otorgar contratos a dos empresas

acusaciones, 50 son contra individuos y una contra una entidad.

El gobernador y presidente del PNP, Pedro Pierluisi, reclamó en la mañana de ayer la renuncia de ambos ejecutivos municipales. En declaraciones escritas, el gobernador sostuvo que "la corrupción es un mal social que no vamos a tolerar".

"Me parece increíble que tengamos que seguir pasando por esto, pero el pueblo puede estar seguro de que como gobernador y presidente de un partido no me temblará la mano para repudiar las acciones ilegales, vengan de donde vengan", concluyó el primer ejecutivo.

Por su parte, Muldrow lanzó una advertencia a otros funcionarios públicos.

"A los funcionarios públicos que no cumplan fielmente con los oficios de su cargo, sepan que serán investigados, procesados y sometidos a la pena que correspondan por sus actos", afirmó el fiscal.

De acuerdo con el pliego acusatorio, ambos alcaldes recibieron dinero de Individuos A y B. El "Individuo A" era dueño y tenía un interés financiero en una com-

**LOS ESQUEMAS**

pañía de recogido de basura, mientras que el "Individuo B" era dueño y tenía un interés financiero en una compañía de as[falto] y pavimentación.

Aunque Muldrow no mencionó s[us] nombres ayer, ya la Fiscalía federal pr[e]sentó cargos contra el dueño de la empre[sa] de recogido de basura Waste Collectio[n] Oscar Santamaría, así como los dueños [de] la compañía J.R. Asphalt, Raymond R[o]dríguez y Mario Villegas.

El alcalde de Aguas Buenas –que está e[n] su segundo término– recibió y aceptó, e[n]tre 2017 y 2021, pagos en efectivo por par[te]

6/ PUERTO RICO HOY

EL NUEVO DÍA • elnuevodia.com

VIERNES
6 de mayo de 2022

## EN SOLO DOS AÑOS

# Extenso rastro de corrupción

Desde el 2020, más de 50 personas, incluidos seis alcaldes y tres legisladores, han enfrentado cargos por parte de las autoridades federales. Mientras algunos esperan juicio, otros admitieron su culpabilidad por los hechos



**FÉLIX DELGADO MONTALVO**

El exalcalde de Cataño espera sentencia tras declararse culpable por conspiración, soborno y recibir comisiones ilegales.



**EDUARDO CINTRÓN**

El exalcalde de Guayama espera sentencia tras declararse culpable por participar en un esquema de sobornos y comisiones ilegales.



**ÁNGEL PÉREZ OTERO**

El exalcalde de Guaynabo espera por juicio tras ser acusado de soborno para recibir comisiones ilegales, soborno y extorsión.



**LUIS ARROYO CHIQUES**

El exalcalde de Aguas Buenas espera ser sentenciado tras declararse culpable de recibir alrededor de $270,000 en comisiones ilegales.



**RADAMÉS BENÍTEZ CARDONA**

El ex ayudante especial del alcalde de Toa Alta espera por juicio tras ser acusado de soborno para recibir comisiones ilegales, soborno y extorsión.



**JAVIER GARCÍA PÉREZ**

El alcalde de Aguas Buenas fue arrestado ayer por supuestos actos de soborno para recibir comisiones ilegales, soborno y extorsión.



**REINALDO "REY" VARGAS RODRÍGUEZ**

El alcalde de Humacao fue arrestado ayer por supuestos actos de soborno para recibir comisiones ilegales, soborno y extorsión.

## CASOS DE CORRUPCIÓN PÚBLICA A NIVEL FEDERAL DEL 2020 AL PRESENTE

| Nombre | Posición | Estatus | Nombre | Posición | Estatus |
|---|---|---|---|---|---|
| Julia B. Keleher | Exsecretaria de Educación | Convicta | José Daniel Le Hardy Figueroa | Servicio Postal | Convicto |
| Ariel Gutiérrez Rodríguez | Empresario de bienes raíces | Convicto | Christopher Pérez Vélez | Sector privado | Convicto |
| Nelson Del Valle Colón | Exrepresentante | Convicto | Jorge Rodríguez Pagán | Departamento de Corrección y Rehabilitación | Convicto |
| Mildred Estrada Rojas | Exempleada legislativa | Convicta | Luis Joel López-Luna | Departamento de Corrección y Rehabilitación | Convicto |
| Nickolle Santos Estrada | Exempleada legislativa | Convicta | Elvin Colón Navedo | Departamento de Corrección y Rehabilitación | Convicto |
| Luz Davis Rivera | Servicio Postal | Convicta | Magalys Ortega | Sector privado | Convicta |
| Loynel Ayala | Servicio Postal | Convicto | Shirley Figueroa | Sector privado | Convicta |
| María Milagros Charbonier Laureano | Exrepresentante | En espera de juicio | Carlos Calo Rivera | Sector privado | Convicto |
| Frances Acevedo Ceballos | Exempleada legislativa | En espera de juicio | David Peña Calo | Sector privado | Convicto |
| Orlando Montes-Rivera | Esposo de Charbonier Laureano | En espera de juicio | Edgardo Torres Negrón | Sector privado | Convicto |
| Orlando Gabriel Montes-Charbonier | Hijo de Charbonier Laureano | En espera de juicio | Jonathan Ocasio Jaime | Sector privado | Convicto |
| Miguel Conde-Vellón | Policía | Convicto | Sundry Ortiz Brito | Departamento de Corrección y Rehabilitación | En espera de juicio |
| Luis Rodríguez-García | Policía | Convicto | Cinthia Caquías Rodríguez | Departamento de Corrección y Rehabilitación | En espera de juicio |
| Carlos Boyrie–Laboy | Policía | Convicto | Naomie Clavel Nadal | Departamento de Corrección y Rehabilitación | En espera de juicio |
| Quermie Marquez Rivera | Policía | Convicto | Grecia Salas Cruz | Departamento de Corrección y Rehabilitación | En espera de juicio |
| Ángel Sepúlveda | Servicio Postal | Convicto | Oscar Santamaría | Contratista | Convicto |
| Juan Fontánez | Servicio Postal | Convicto | Raymond Rodríguez Santos | Contratista | Convicto |
| Néstor Alonso Vega | Exrepresentante | En espera de juicio | Nelson Quiñones | Servicio Postal | En espera de juicio |
| William Rivera Alicea | Servicio Postal | Convicto | Mario Villegas Vargas | Contratista | Convicto |
| Víctor Ramos Traverzo | Sector privado | Convicto | Jesús Nieves Vega | Servicio Postal | Convicto |
| Jorge Reyes Robles | Servicio Postal | En espera de juicio | Carlos Calo Rivera | Sector privado | Convicto |
| Sixto Jorge Díaz Colón | Productor | En espera de juicio | Joseph Fuentes Fernández | Presidenta y tesorero del súper PAC Salvemos a Puerto Rico | Convicto |
| Arcadia Zorrilla Hernández | Oficial del Centro Metropolitano de Detención | En espera de juicio | | | |

le los empresarios a cambio de adjudicar contratos municipales por los servicios de recogido de basura, asfaltado, pavimentación y remoción de escombros.

El pliego acusatorio señala que, en o alrededor de agosto de 2020, García Pérez recibió un pago en efectivo de cerca de $20,000 por parte del Individuo A. Alrededor de marzo de 2021 recibió otro pago por la suma de $10,000 por parte de los individuos A y B, y alrededor de septiembre le 2021 recibió $2,000 por el Individuo B.

Además, "en o alrededor de agosto de 2020, el alcalde facilitó el pago de $507,629.55 en facturas para la Compañía A, y "en o alrededor de septiembre de 2021 facilitó el pago de aproximadamente $350,000 para la Compañía B".

Del mismo modo, Vargas Rodríguez, que llegó a la alcaldía en el 2020, presuntamente recibió y aceptó, entre enero y julio le 2021, pagos en efectivo a cambio de otorgar contratos a esos empresarios.

Según la acusación, Vargas Rodríguez recibió un pago por aproximadamente $5,000 alrededor del 18 de marzo de 2021 por parte del Individuo A, y un pago adicional de más de $10,000 el 15 de abril de 2021 por parte de esos individuos.

A cambio de esos pagos, el novoprogresista acordó "otorgar, facilitar y proteger" contratos para las compañías involucradas m el esquema. En julio de 2021, Vargas Rodríguez facilitó la otorgación de un contrato a la Compañía B.

Ambos alcaldes y los empresarios intentaron ocultar el esquema reuniéndose en lugares secretos, comunicándose por mensajes de texto codificados y usando dinero en efectivo, lee el documento.

*La reportera Gloria Ruiz Kuilan colaboró n esta nota.*

LA CIFRA
TRAS LAS ACUSACIONES
$10 MIL. Monto de la fianza que el magistrado Marcos López impuso a cada alcalde, la cual tienen hasta el 19 de mayo para pagar.



El jefe de la Fiscalía federal en Puerto Rico, Stephen Muldrow, señaló que las autoridades investigan más casos de posibles actos de corrupción en municipios.
vanessa.serra@gfrmedia.com

APUNTAN A "UN GERMEN CORRUPTO"

# Urge fiscalización del gobierno y los electores

Expertos en Administración Pública enumeran los factores que dan paso a los actos de corrupción

GLORIA RUIZ KUILAN
gruiz@elnuevodia.com
Twitter: @gruizkuilan



Contra el alcalde de Aguas Buenas, Javier García Pérez, la fiscalía informó que cuenta con grabaciones de audio y videos del alcalde solicitando pagos a sus contratistas. david.villafane@gfrmedia.com

La oleada de casos de corrupción encabezada por alcaldes ha llegado al nivel actual debido a elementos tanto individuales como relacionados al aparato político, como la falta de ética, la flexibilización de controles, la poca fiscalización y la laxitud en los criterios de selección, opinaron los catedráticos en Administración Pública **Víctor Rivera Hernández** y **Palmira Ríos.**

"La explicación para este momento tan vergonzoso que pasa el país es la mezcla, la integración de factores de la política partidista y del financiamiento de campañas políticas previas a la elección del funcionario público y del pago correlativo y 'quid pro quo' que se da una vez ese funcionario o alcalde gana la elección", dijo Rivera Her-

nández, profesor de la Escuela Graduada de Administración Pública de la Universidad de Puerto Rico (UPR) y exsecretario del Trabajo.

"Esa es la semilla de la corrupteta y de la corrupción. Ese acuerdo 'a priori' que hace el candidato a alcalde o el alcalde incumbente que va a una elección con un contratista privado y que luego es refrendado con la bendición de un contrato en cantidades exorbitantes cuando ese candidato gana o ese alcalde prevalece", abundó.

Desde diciembre pasado, las autoridades federales han arrestado a cinco alcaldes populares y penepés por actos de corrupción, mayormente por entregar contratos a cambio de beneficios personales, como dinero o bienes, así como un exalcalde y un vicealcalde.

Las acusaciones federales detallan cómo los funcionarios recibieron sobornos de parte de empresarios a cargo de compañías de recogido de basura, construcción o asfalto a cambio de contratos municipales. Al menos, tres empresarios también han sido acusados por los esquemas.

En diciembre, el alcalde de Orocovis, Jesús Colón Berlingeri, reveló a *El Nuevo Día* que en la Federación de Alcaldes se le dio

"Tenemos que ser mucho más críticos (...) Es momento para empezar a mirar con seriedad a los gobiernos municipales"

PALMIRA RÍOS
CATEDRÁTICA DE ADMINISTRACIÓN PÚBLICA

entrada al empresario **Oscar Santamaría**, vinculado a los actos de corrupción de varios de estos alcaldes. El ahora exalcalde de Cataño, **Félix "el Cano" Delgado**, hacía los acercamientos a alcaldes nuevos para que se reunieran con Santamaría, quien ideó un esquema de fraude y corrupción, según el gobierno federal, con el fin de obtener comisiones ilegales a cambio de garantizar contratos millonarios entre el municipio y las compañías Waste Collection Corp. y J.R. Asphalt Inc.

"Aquí, no hay ninguna pauta de conceptos éticos, ni hay políticas anticorrupción adoptadas a nivel municipal. Un gran número de alcaldes les huyen a las pautas éticas y las políticas anticorrupción como el diablo le huye a la cruz. Un gran número de los municipios corren por la libre en cuanto a eso y eso se refleja en la contratación", sostuvo Rivera Hernández.

A juicio de Ríos, con el pasar de los años, la Ley de Municipios Autónomos, que ahora está recogida en el Código Municipal, se ha agudo para darles más libertades a los alcaldes con poca fiscalización.

Por ejemplo, señaló que se han reducido las juntas comunitarias, la transparencia y la rendición de cuentas de parte de los ejecutivos municipales.

En la medida que también habría que mirar es el rol de las asambleas legislativas municipales. En la medida que son unos sellos de goma de los alcaldes, no tienen ninguna razón de ser. Esa fiscalización que debe jugar, ese 'checks and balances' (pesos y contrapesos) de la asamblea legislativa municipal no lo están haciendo", indicó Ríos.

Rivera Hernández apuntó que los cursos que reciben los ejecutivos municipales por parte de la Oficina de Ética Gubernamental y de la Oficina del Contralor Electoral "ya no son suficientes".

"Tienen un germen corrupto desde antes de llegar a las posiciones que no importa cuánto pueda hacer el gobierno institucionalmente. Esto va a tener que ver con la capacidad del electorado de escoger a sus funcionarios públicos. Aquí, hay personas que, previo a la elección, en los municipios se comenta que son corruptos y el pueblo los elige", puntualizó.

2 de mayo de 2022

Hon. Gobernador Pedro Pierluisi
Gobierno De Puerto Rico
Oficina del Gobernador (La Fortaleza)

Estimado: Hon. Gobernador de Puerto Rico: Lcdo. Pedro Pierluisi

Hon. Pedro Pierluisi, se dirige a usted muy respetuosamente la Prof. María A. Clemente Rosa, por este medio deseo recabar su cooperación para que se me incluya en el grupo de personas que se encuentran en un Documento en PDF, tabuladas con sus ajustes salariales y listas para cobrar el Pago de Carrera Magisterial, al amparo de la Ley 9 NÚM. 9 del 7 de marzo del 2022, firmada por el Hon. Gobernador Lcdo. Pedro Pierluisi. (Ley Núm. 9 firmada el 7 de marzo de 2022. (P. del S. 573); 2022, Ley 9. Ley para enmendar varias leyes y ordenar los pagos adeudados desde el Año Fiscal 2014-2015 conforme a la Ley de la Carrera Magisterial, según enmendada). Estas personas que están en dicho documento recibirán aparentemente su pago en el cierre del Año Fiscal 2022.

La solicitud se debe a que el 28 de abril de 2022, visite varias oficinas del Departamento de Educación, tales como: Oficina de Carrera Magisterial, La Oficina de Nómina en la Cede Vieja del Departamento de Educación y la Oficina de Presupuesto, en la Cede Nueva Área Federal del Departamento de Educación. La visita a estas oficinas fue con el propósito de buscar cual iba a hacer La Legislación y/o el Proceso para reclamar el Pago de Carrera Magisterial, por los maestros reclamantes, al Amparo de la Ley Núm. 9 del 7 marzo de 2022.

Los hallazgos fueron los siguientes: en La Oficina de Carrera Magisterial, me pidieron mi nombre y el número de seguro social en un papelito amarillo y me escribieron que para la reclamación Doctoral, tenía que esperar. Y que pasara por la Oficina de Nomina haber los pagos de Carrera Magisterial. En la Oficina de Nomina no me dieron ninguna evidencia de ningún pago de Carrera Magisterial, y me dijeron que chequearían mes por mes para ver si hubo el aumento y algún retroactivo.

Al llegar a la Oficina de Presupuesto del Edificio Federal la Cede Nueva del Departamento de Educación, la persona que me atendió, me indico que lo que estaba trabajando era un Documento en PDF, con los ajustes salariales y la cantidad de dinero adeudado correspondiente a dichos ajustes y los nombre de las personas a quienes se le iba a pagar esos ajustes por concepto de la Carrera Magisterial, al cierre del Año Fiscal   2022, por los pagos adeudados correspondientes al periodo que procede al Año Fiscal 2014-2015.

A lo que le respondí que y cito: "esa información es la que estoy buscando". La persona muy atenta y respetuosa, me invito a pasar a su oficina, ya que nos encontrábamos en el pasillo de la Cede Nueva, Área Federal. Inmediatamente entramos a su oficina y fuimos  a su computadora, abrió el Documento PDF y comenzamos a buscar mi nombre del desde el inicio y hasta el final del Documento, por varias ocasiones. Y para mi sorpresa los hallazgos fueron: Que mi nombre ni mis ajustes salariales aparecen en la lista que tiene ese Documento en PDF, de personas que cobrarán sus pagos del periodo 2014 al 2015, por concepto de Carrera Magisterial. La persona me informa que no me podía añadir,

porque el documento se lo habían enviado en PDF. Llamó a la Oficina de Carrera Magisterial, pero durante la llamada, la persona que me estaba atendiendo en la Oficina de Presupuesto solo respondía: "Entiendo" "Entiendo" "Entiendo". Luego enganchó el teléfono, le saco copia al papelito amarillo y me indico que tan pronto supiera algo de pagos de maestros me lo comunicaría. Le expresé las gracias y me despedí.

Ante esa situación acudo en su auxilio respetuosamente y a su benevolencia, Hon, Gobernador de Puerto Rico, Lcdo. Pedro Pierluisi, para que intervenga con el/la Directora de la Oficina del Recursos Humanos del Departamento de Educación y se me incluya en esa lista del Doc. En PDF, que envió, a la Oficina de Presupuesto Área Federal, conforme a lo que sería un Proceso Justo y Adecuado para los maestros que trabajamos el sistema de Rangos Magisteriales, a travez de los Planes Individuales de Mejoramiento Profesional, es por tal y conforme a La Ley Núm. 9 del 7 de marzo del año 2022, firmada por usted. Y las Leyes que rigen nuestro Gobierno Del Estado Libre Asociado, de Puerto Rico, es que solicito que se me incluya en dicha lista y que me den evidencia de mi inclusión y me certifiquen, que mi pago se realizará en este Cierre del Año Fiscal 2022, de forma igualitaria a esas personas que aparecen en la lista. Solicito mis pagos y mi ajuste salarial por concepto de Carrera Magisterial, que asciende a $54,000.00 y que precede al Año Fiscal 2014-2015 conforme a la Ley Núm. 158 del 18 de julio de 1999, según enmendada, conocida como "Ley de la Carrera Magisterial"; y la ley Núm. 9 firmada el 7 de marzo de 2022. (P. del S. 573); 2022, Ley Núm. 9.

Ley para enmendar varias leyes y ordenar los pagos adeudados desde el Año Fiscal 2014-2015 conforme a la Ley de la Carrera Magisterial, según enmendada. Espero su acostumbrada cooperación. Queda de usted. Muy respetuosamente.

Cordialmente

En Carolina, Puerto Rico hoy 2 de mayo de 2022

Prof. María A. Clemente Rosa, P.H.D

Condominio Astralis 9546
Calle Díaz Way, Apt 311
Torre # 6 Carolina, P.R. 00979

Tel. (787) 385-2906
Email: clero_62@yahoo.com

P.O. Box 7103
San Juan, P.R. 00916
Tel. Cel. 787-385-2906
Email: clero_62@yahoo.com

Martes 17 de mayo de 2022

Hon. Lcdo. Eliezer Ramos Parés
Secretario de Educación
Departamento De Educación
Gobierno de Puerto Rico

RECIBIDO
MAY 19 2022
OFICINA DEL SECRETARIO

Estimado Lcdo. Ramos – Parés

Se dirige a usted muy respetuosamente la Prof. María A. Clemente Rosa, actualmente maestra retirada e incapacitada, por este medio apelo a su benevolencia, para recabar las tabulaciones adecuadas y razonables de ajuste del Pago salarial Por concepto de Pago de La Ley De Carrera Magisterial al cierre del Año Fiscal 2022(Junio 30 de 2022), al amparo de la Ley 9 NÚM. Del 7 de marzo del 2022, firmada por el Hon. Gobernador Lcdo. Pedro Pierluisi. (Ley Núm. 9 firmada el 7 de marzo de 2022. (P. del S. 573); 2022, Ley 9. Ley para enmendar varias leyes y ordenar los pagos adeudados desde el Año Fiscal 2014-2015 conforme a la Ley de la Carrera Magisterial, según enmendada).

La solicitud se debe a que el 28 de abril de 2022, visite varias oficinas del Departamento de Educación, tales como: Oficina de Carrera Magisterial, La Oficina de Nómina en la Cede Antigua del Departamento de Educación y la Oficina de Presupuesto, en la Cede Nueva Área Federal del Departamento de Educación. La visita a estas oficinas fue con el propósito de buscar cual iba a hacer, La Divulgación Pública y/o La Legislación y/o el Proceso para reclamar el Pago de Carrera Magisterial, por los maestros reclamantes, al Amparo de la Ley Núm. 9 del 7 marzo de 2022. En la visita a la Oficina de Presupuesto, me atendió el Sr. Nelson Cruz – Hernández, el cual muy amablemente me enseño el documento en PDF, sobre el ajuste salarial que se estaban haciendo, a un grupo de personas, pero mi nombre no apareció en ese documento.

Ante esa situación visite el Edif. Donde se encuentra la Oficina del Sr. Jimmy Cabán – Rodríguez, él me envió su email, a travez del guardia de seguridad que recibe al público, el email lo escribió, en la hoja de Tramite, que tienen para las visitas, adjunto, apéndice 1, le enseño la copia. Le envié a al Sr. Cabán, varios email, apéndice 2, le envié una carta en PDF, en su auxilio como Director de la Oficina de Carrera Magisterial, apéndice

3, y ninguno de los comunicados que eran dirigidos y esperando su respuesta ante la petición de mi pago por concepto de Carrera Magisterial, fueron contestados. Aun así, para no dejar duda razonable de que no le llegaron ninguno de los Email, enviados por esta servidora Prof. María A. Clemente Rosa, por razones de problemas de la Tecnología, ausencia del sistema de luz, problemas del sistema de Internet, le deje varios documentos escritos y pochados en la Oficina de Presupuesto Cede Federal del Departamento De Educación, como evidencia de mis gestiones desde el año 2001, 2012, 2014, 2015, años en donde se le requería a las@ maestras que sometieran los Planes de Carrera Magisterial, los mismos fueron dejados en la Oficina de la Sub- Directora Sra. Zoraida E. Clemente Rosado, y aun así, no he recibido ninguna respuesta de parte del Sr. Jimmy Cabán Rodríguez, Director y/o Encargado de la Oficina de Ley de Carrera Magisterial.

Es por esa razón que acudo en su auxilio respetuosamente y a su benevolencia, Hon. Secretario de Educación Lcdo. Eliezer Ramos Parés, como último recurso que dispone la Ley *"Ley de Procedimiento Administrativo Uniforme del Gobierno de Puerto Rico"* Ley Núm. 38 de 30 de junio de 2017, según enmendada.

Ley que estable y cito: "Para adoptar la "Ley de Procedimiento Administrativo Uniforme del Gobierno de Puerto Rico", y derogar la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, conocida Como la "Ley de Procedimiento Administrativo Uniforme del Estado Libre Asociado de Puerto Rico".

EXPOSICIÓN DE MOTIVOS

"La Ley Núm. 170 de 12 de agosto de 1988, según enmendada, conocida como la "Ley de Procedimiento Administrativo Uniforme del Estado Libre Asociado de Puerto Rico", se creó con el propósito de brindar a la ciudadanía servicios públicos de alta calidad, eficiencia, esmero, prontitud y aplicando e interpretando liberalmente para poder alcanzar dichos propósitos con el resguardo de las garantías básicas al debido procedimiento de ley. Establece un procedimiento uniforme de revisión judicial a la acción tomada por una agencia de Gobierno al adoptar un reglamento o al adjudicar un caso. Entre otras cosas, dispone además, para

la utilización máxima de procedimientos informales antes de agotar la etapa

formal decisional."

Y de igual forma respetuosamente expongo, solicito y suplica  que se me gestione

adecuada y razonablemente, en la pertinente  Oficina que emite los pagos por concepto

de Carrera Magisterial, que  se me haga el pago y Ajuste Salarial por Concepto de

Carrera Magisterial, conforme a lo que sería  un Proceso Justo y Adecuado para mi

persona  Prof. María A. Clemente Rosa y los maestros que trabajamos en el sistema de

Rangos Magisteriales, a travez de los Planes Individuales de Mejoramiento Profesional,

es por tal y conforme a La Ley Núm. 9 del 7 de marzo del año 2022, firmada por el Hon.

Lcdo. Pedro Pierluisi (Apéndice # 4), y  la Ley *"Ley de Procedimiento Administrativo*

*Uniforme del Gobierno de Puerto Rico"*  Ley Núm. 38 de 30 de junio de 2017, según

enmendada. Que solicito dicho pago. Gracias anticipadas. Espero su acostumbrada

cooperación. Queda de usted.

Cordialmente

María A. Clemente Rosa
Condominio Astralis 9546
Calle Díaz Way, Apt 311 Torre # 6
Carolina, P.R. 00979

Núm. S.S. 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

Tel. Cel. (787) 385-2906

Email: clero_62@yahoo.com

Case:17-03283-LTS Doc#:21221-2 Filed:09/19/22 Entered:09/13/22 17:39:17 Desc:
Exhibit 2 Page 23 of 34

El periódico #1 en Puerto Rico en lectoría y circulación.

# el V de Puerto Rico ocero



Kany García

GRATIS

**ESCENARIO**
**Voz de la mujer actual en El amor que merecemos**
>P18

> MARTES, 24 DE MAYO DE 2022 >NUM 14656 >SAN JUAN, PUERTO RICO • **WWW.ELVOCERO.COM**

La verdad no tiene precio

# SIGUE EL PULSEO POR DINERO PARA MUNICIPIOS

Mientras alcaldes sostienen que los ayuntamientos quedarían inoperantes si no cuentan con el Fondo de Equiparación, la junta fiscal los insta a "adoptar ideas audaces en lugar de esperar rescates continuos". **>P6**

## PRIMERA PLANA

> MARTES, 24 DE MAYO DE 2022 · elVocero

# Buscan opciones para no quitarles dinero a los municipios

▶ **Alcaldes insisten en que 25 ayuntamientos cerrarían si la Junta de Control Fiscal elimina el Fondo de Equiparación**



Eric De León Soto
>edeleon@elvocero.com
@edeleonsoto



El alcalde de Comerío, Josian Santiago, dijo que su municipio será uno de los más impactados negativamente si eliminan el Fondo de Equiparación. >Archivo / EL VOCERO

Mientras los alcaldes levantan una vez más la bandera ante la posibilidad de que sus municipios queden inoperantes si no cuentan con el ingreso del Fondo de Equiparación administrado por el Centro de Recaudación de Ingresos Municipales (CRIM), el gobierno afirmó que continúa dialogando con la Junta de Control Fiscal para que se pueda mantener ese dinero.

En una declaración escrita, el director ejecutivo de la Autoridad de Asesoría Financiera y Agencia Fiscal (Aafaf), Omar Marrero, indicó que siguen trabajando el presupuesto con la junta fiscal. Ese esfuerzo "incluye mantener igual el Fondo de Equiparación y cubrir la porción que actualmente pagan los municipios con relación al Plan Vital (de salud)", rezan sus declaraciones.

El pasado viernes la junta certificó el plan fiscal del CRIM y de otras cuatro instrumentalidades sin antes presentar versiones finales al gobierno central. Durante la reunión, Marrero insistió en que deben garantizarse los servicios esenciales a los municipios.

Por su parte, el ente fiscal afirmó que mantendrá comunicación con los municipios para asistirlos en retos claves que enfrentan. En una declaración escrita, la junta también afirmó que el próximo presupuesto incluye fondos adicionales para el programa Medicaid (con el que se financia el Plan Vital), pero también señaló que los ayuntamientos deben mejorar sus recaudos propios y fomentar el desarrollo económico para que sean financieramente estables.

"Los alcaldes deben actuar y adoptar ideas audaces en lugar de esperar rescates continuos. El plan fiscal para Puerto Rico ha incluido por muchos años el eventual desfase de los subsidios del gobierno central a los municipios como un importante paso hacia la responsabilidad fiscal y estabilidad. Los subsidios han disminuido durante varios años para dar a municipios suficiente tiempo para prepararse y asociarse con municipios vecinos para compartir servicios", reza la declaración de la junta enviada a EL VOCERO.

**CRIM pide tiempo extra a la junta**

Jesús Colón Berlingeri, quien preside la Junta de Gobierno del CRIM y a su vez es el alcalde novoprogresista de Orocovis, afirmó que las conversaciones con la junta fiscal municipal continúan aun cuando ya certificó el plan fiscal del CRIM.

Según Colón Berlingeri, la apertura de la junta a negociar estos cambios surge del hecho de que todavía no se ha aprobado el presupuesto del Fondo General para el próximo año fiscal, por lo que insistió en que hay cabida todavía para legislar medidas que puedan allegar ingresos adicionales al Fondo de Equiparación.

"Lo que proponemos a la junta es que hay unas ideas trabajándose a nivel legislativo y junto al gobernador (Pedro Pierluisi) que van a generar dinero, pero no para este próximo año fiscal. Así que 'permíteme que pueda ejecutar esos planes'", sostuvo el presidente de la junta del CRIM.

El alcalde orocoveño amplió sobre dos propuestas que evalúan en el CRIM, una de ellas en proceso de elaboración por la Aafaf

y que buscar imponer un impuesto a la ocupación hotelera aplicable a municipios. Esa propuesta se está desarrollando en conjunto entre la Aafaf, el Ejecutivo y la Legislatura y podría generar aproximadamente $30 millones.

Por otra parte, el plan fiscal del CRIM consigna la implementación de la segunda fase del sistema SKALA, que permitirá tasaciones virtuales usando fotos satelitales de años previos y comparando los cambios con imágenes más recientes. Colón Berlingeri destacó que la medida podría generar unos $50 millones adicionales.

**Advierten hecatombe si se elimina el fondo**

Según los anejos del plan fiscal del CRIM, el presupuesto del actual año fiscal del municipio de Comerío depende en un 52% del Fondo de Equiparación. Sin embargo, el alcalde Josian Santiago indicó que los datos que tiene apuntan a que se acerca a un 60%, con casi $6 millones del presupuesto de $9 millones provenientes del referido fondo.

"Soy el municipio probablemente más afectado por la eliminación del fondo y yo creo que aquí lo que están provocando es una situación de inequidad. Ese fondo es para luchar contra la inequidad, provee para que aquellas áreas de Puerto Rico que tienen menos actividad económica dispongan de unos recursos para garantizar servicios esenciales a la comunidad", indicó Santiago a este medio.

Según el alcalde comerieño, otros 24 municipios enfrentan situaciones similares y

podrían terminar inoperantes al no contar con el Fondo de Equiparación para costear servicios municipales como recogido de basura, ornato y limpieza, amas de llaves, entre otros. No obstante, Santiago cuestionó que aún no se ha presentado un plan para mantener ese fondo nutrido.

"Aquí nadie está pensando en las consecuencias que tiene la eliminación de este fondo y que 25 municipios queden inoperantes. Están creando dos Puerto Rico, uno que seguirá recibiendo atención de los municipios que se mantengan y el resto de ciudadanos que viven en estos 25 municipios que serían tratados como ciudadanos de segunda clase, con pobres servicios básicos, desatendidos", expresó el alcalde, y cuestionó "¿Qué plan tiene el gobierno?".

Además de una reducción marcada del Fondo de Equiparación, el plan fiscal del CRIM también dispone que los municipios tendrán que comenzar a pagar las aportaciones a la Administración de Seguros de Salud (ASES) dirigidas a sufragar el Plan Vital, cuyo costo anual asciende a $163.7 millones. Esa obligación se reduce a $123.3 millones bajo la actual tasa de porcentaje federal de asistencia médica (FMAP, en inglés), pero el plan fiscal dispone que los municipios comenzarán a asumir esa obligación.

Sobre la aportación a ASES, el alcalde orocoveño aseguró que ese dinero ya se identificó dentro del presupuesto y que se pasaría a los municipios en el próximo año fiscal. No obstante, tanto Colón Berlingeri como Santiago plantearon -por separado- que para los municipios no es justo eliminar el Fondo de Equiparación y a la vez obligarlos a financiar proyectos estatales como el Plan Vital.

"No es que te reduzcan y te quitan cargas. Me mantienen las cargas impuestas al municipio, pero al mismo tiempo me quitan los recursos para poder seguir operando. Es una combinación que lleva al fracaso, a un cierre", declaró Santiago.

Colón Berlingeri también criticó que la eliminación del Fondo de Equiparación responde a una posición "filosófica" de la junta fiscal de eliminar todas aquellas aportaciones que hace el gobierno central en beneficio de los municipios. Una posición que, aun cuando asegura contar con los fondos para nutrir el fondo sin alterar otros ingresos del Estado, ha recrudecido recientemente.

"Al principio la junta nos decía que siempre y cuando el Ejecutivo identificara el dinero dentro del presupuesto que la junta la había permitido, no había problema. Pero este año se identificaron esos fondos del presupuesto y como quiera lo objetan", sostuvo el alcalde.



El director ejecutivo de la Aafaf, Omar Marrero, aseguró que están en conversaciones con la Junta de Control Fiscal en busca de alternativas. >Archivo / EL VOCERO

> Los alcaldes deben actuar y adoptar ideas audaces en lugar de esperar rescates continuos. El plan fiscal para Puerto Rico ha incluido por muchos años el eventual desfase de los subsidios del gobierno central a los municipios como un importante paso hacia la responsabilidad fiscal y estabilidad.
>
> Junta de Control Fiscal



# B/ PUERTO RICO HOY

EL NUEVO DÍA • elnuevodia.com

**VIERNES**
6 de mayo de 2022

## ESQUEMA DE DINERO OCULTO

# Otros implicados no serán procesados

### Asociado del gobernador participó del esquema para ocultar la identidad de quienes invirtieron en anuncios que influenciaron la elección a la gobernación de 2020

LAURA M. QUINTERO
laura.quintero@gfrmedia.com
Twitter: @lauquinterodz

Dos individuos que participaron en el esquema para ocultar la procedencia del dinero utilizado para financiar la campaña de publicidad masiva en contra de los rivales principales del gobernador, **Pedro Pierluisi**, en el año electoral 2020, no serán procesados, por el momento, como conspiradores de fraude ni por posible coordinación ilegal entre ellos.

Así lo dejó entrever, ayer, el fiscal federal para el distrito de Puerto Rico, **Stephen Muldrow**, al ser abordado por El Nuevo Día, en una conferencia de prensa en las oficinas de la fiscalía federal en Hato Rey.

"No podemos, bajo las reglas, hablar de la investigación de otras personas que quizás están mencionadas en la acusación formal, pero sin sus nombres. Pero, este caso tiene que ver con las declaraciones falsas que hizo (Joseph) Fuentes Fernández y el súper PAC", se limitó a contestar.

Los súper PAC pueden recibir dinero ilimitado por parte de corporaciones, sindicatos, asociaciones e individuos, pero tienen la obligación de informar su procedencia.

Ayer, la corporación Salvemos a Puerto Rico y su presidente, **Joseph "Joey" Fuentes Fernández**, se declararon culpables por falsificar, ocultar o encubrir, mediante esquema, la identidad de los donantes quienes aportaron $495,000 en la campaña electoral de Puerto Rico en 2020.

La denuncia criminal contra el súper PAC y Fuentes Fernández dice explícitamente que hubo comunicaciones con otros dos individuos, quienes "discutieron (entre sí) aspectos de su esquema para evadir informar la fuente verdadera de los donativos". Esta acción va en violación de leyes electorales y criminales creadas para proveer mayor transparencia sobre la influencia del dinero en la política electoral.

Las comunicaciones interceptadas por los federales se dieron mediante mensajes de texto y correos electrónicos, que Fuentes Fernández intercambió directamente con un "asociado" del gobernador Pierluisi y "importante recaudador de fondos para su campaña electoral de 2020" [Individuo-1], así como con el secretario de las organizaciones sin fines de lucro, Foundation for Progress y Fundación por la Igualdad [Individuo-2], según la información en las cuentas bancarias.

El Individuo-2 fue responsable de transferir hasta $495,000 en fondos de las entidades fantasmas a Salvemos a Puerto Rico entre el 25 de junio al 16 de noviembre de 2020. Esta persona es descrita como el secretario de Foundation for Progress y Fundación por la Igualdad, de acuerdo a la información en las cuentas bancarias comerciales.

Este diario contactó al abogado **Álvaro Pilar Vilagrán**, exdirector de la Autoridad de Puertos, quien posteriormente apareció como incorporador de ambas entidades en los registros públicos. Pilar Vilagrán alegó que su participación fue de mero "portavoz" de estas entidades, a petición del mismo Fuentes Fernández y dijo desconocer quién era el secretario o firmante autorizado en las cuentas bancarias.

Mientras, un tercer individuo es mencionado en la acusación puesto a que fue orientado por el secretario corporativo sobre cómo podía donar sin que su nombre apareciera públicamente. "El 23 de octubre de 2020 o alrededor de esa fecha, el Individuo-2 explicó que un cheque del Individuo-3 estaba entregando a la Organización-2 iría 'a la fundación, y es la fundación quien, en el momento adecuado, hará la donación'", lee la acusación.

A pesar de la prueba recopilada por la fiscalía federal, Muldrow descartó hablar de delitos cometidos por estas otras personas involucradas en el esquema. "No hemos acusado de conspiración en este caso. Es el hecho de que Fuentes Fernández cometió declaraciones falsas a la FEC... Ese es el delito", afirmó al añadir que la obligación legal recaía sobre él.

Ayer, Fuentes Fernández subió su mano derecha y juró decir la verdad ante el juez federal Joseph Laplante. A preguntas del juez sobre si estaba seguro de que quería renunciar a su derecho a juicio, el acusado contestó: "El gobierno tiene base justa (para este caso). Fue un error enorme de mi parte. Me siento terriblemente mal sobre esto y solo quiero poner esto detrás de mí".

Salvemos a Puerto Rico también se declaró culpable como persona jurídica, por lo cual se expone a una multa de $150,000 y a probatoria por tres años.

"Hubo dos beneficios principales (del esquema criminal). Había un entendimiento en Puerto Rico de que los donantes podían ser beneficiados al permanecer anónimos y, al mismo tiempo, el funcionario público no podía ser ligado a esos anuncios. Beneficiaba tanto a los donantes como al recipiente o la tercera parte, que es el funcionario público", explicó **Jonathan Jacobson**, el fiscal de la sección de Integridad Pública.

Fuentes Fernández, de 62 años y contador público con licencia para ejercer en Virginia y Puerto Rico, puede ser sentenciado hasta cinco años de prisión. Conforme a las guías de sentencia, el gobierno federal notificó que recomendará dos años de prisión. José Aguayo, el abogado de defensa, buscará que sea menos tiempo, dice el acuerdo de culpabilidad.

La FEC se creó en 1975. "Luego de informes de abusos financieros graves en la campaña presidencial (de Estados Unidos) de 1972", en la que Richard Nixon buscaba la reelección.

*El periodista Carlos Tolentino Rosario colaboró en esta historia.*



El súper PAC Salvemos a Puerto Rico hizo campaña en contra de los oponentes de Pedro Pierluisi, primero de la novoprogresista Wanda Vázquez Garced y luego del popular Carlos Delgado Altieri. archivo/ tonito.zayas@gfrmedia.com

RNES
: mayo de 2022

PUERTO RICO HOY/9

EL NUEVO DÍA | elnuevodia.com

## CÓMO OPERABA EL ESQUEMA

● En mayo de 2020, Joseph Fuentes registró Salvemos a Puerto Rico como un comité de gastos independientes [súper PAC] ante la Comisión Federal de Elecciones

● Los súper PAC pueden recibir dinero ilimitado por parte de corporaciones, sindicatos, asociaciones e individuos

● En junio de 2020, se registraron en Puerto Rico las fundaciones Foundation for Progress y Fundación por la Igualdad. El Individuo-2 aparecía en documentos bancarios como su secretario

● La intención era usar ambas fundaciones como entidades fantasmas sin divulgar la verdadera entidad de quienes estaban financiando la campaña electoral de Salvemos a Puerto Rico, que pautaba anuncios en contra de los rivales del gobernador Pedro Pierluisi

● Entre el 18 de junio y el 2 de noviembre de 2020, Foundation for Progress y Fundación por la Igualdad recibieron $605,000 en donativos por parte de 11 entidades y dos individuos

● Entre el 25 de junio y el 16 de noviembre de 2020, ambas entidades fantasmas le transfirieron a Salvemos a Puerto Rico $495,000 en donativos ocultando la identidad de los donantes

● Fuentes intercambió mensajes de texto con el secretario de esas entidades fantasmas y con un "asociado" del gobernador e "importante recaudador de su campaña" en los que discutieron "aspectos de su esquema para evitar informar la verdadera fuente de estos donativos".

## CAMPAÑA DE "SALVEMOS A PUERTO RICO"

# Detallan donativos que fueron ocultados

## Más de la mitad de los recaudos de comité fueron canalizados a través de empresas fantasmas

JOSÉ A. DELGADO
jdelgado@elnuevodia.com
Twitter: @JoseADelgado END

El comité de acción política Salvemos a Puerto Rico -cuyo sistema de recaudación de fondos para hacer campaña en contra de los oponentes del ahora gobernador Pedro Pierluisi generó un cargo criminal en contra de su presidente, **Joseph "Joey" Fuentes**-, reportó a nivel federal cerca de $822,000 en donativos, atribuyendo fraudulentamente la mayoría de las contribuciones a las corporaciones fantasmas Foundation for Progress y Fundación Pro Igualdad.

De acuerdo con los datos publicados por la Comisión Federal de Elecciones (FEC, en inglés), casi todo el dinero, unos $785,000, fueron recaudados entre junio y diciembre de 2020, cuando el grupo publicó anuncios, primero, en contra de la entonces gobernadora **Wanda Vázquez Garced**, quien perdió en primarias frente a Pierluisi, y luego se centró en atacar al candidato del Partido Popular Democrático (PPD) a gobernador, **Carlos "Charlie" Delgado**.

Foundation for Progress aparece como donante de $260,000 en 2020. Otros $12,500 se le atribuyeron, falsamente, en 2021. Mientras, bajo el nombre de Fundación Pro Igualdad, se registraron irregularmente $235,000 en 2020.

Fuentes, amigo cercano de Pierluisi, contador público autorizado y quien ha tenido una empresa que asesora a inversionistas interesados en la isla, se declaró ayer culpable de falsificar, ocultar o encubrir la identidad de donantes, engañando sobre el origen de $495,000 en donaciones que Salvemos a Puerto Rico atribuyó a Foundation for Progress y Fundación Pro Igualdad.

Al presentar los cargos en contra de Fuentes, la fiscalía federal detalló quiénes verdaderamente entregaron el dinero que se atribuyó a las fundaciones fantasmas: National Guard Exchange Military Store ($150,000), Essential Insurance Services ($200,000), AP Engineering Inc. ($94,200), JAAP LLC ($75,800), Alejandro Brito Zubierreta ($50,000), BAE FE LLC ($50,000), Northshore Management Corp. ($25,000), Little Pictures ($25,000), Arturo Díaz Angueira ($20,000), y LAS Enterprises Inc. ($15,000).

El jefe de la Guardia Nacional, **José Reyes**, indicó que National Guard Exchange (NGX) es el nombre bajo el cual hace negocios la empresa privada Castro Business Enterprises (CBE), que opera la concesión de las tiendas militares. Reyes sostuvo que no se trata de un donativo de la Guardia Nacional ni de su Fideicomiso Institucional.

La empresa Castro Business Enterprises LLC fue una de las compañías que le vendió al gobierno de Puerto Rico pruebas serológicas dentro de un proceso de transacciones irregulares que se dieron al inicio de la pandemia y que fueron investigadas por la Cámara de Representantes, el Departamento de Justicia y la Oficina del Panel sobre el Fiscal Especial Independiente.

A la compañía Castro Business ni a su dueño Ricky Castro Ortiz se les radicaron cargos tras las pesquisas, pero en mayo de 2020, el Departamento de Salud determinó retirar las pruebas serológicas de COVID-19 de la marca Phamatech que compró a la empresa Castro Business, luego de que la Administración de Alimentos y Medicinas de Estados Unidos (FDA, por sus siglas en inglés) desautorizó su uso.

Los donativos reales que ahora revela Fuentes totalizan $605,000. Pero, la fiscalía advirtió que no todo el dinero que se envió a Fuentes fue presentado como aportaciones de las fundaciones fantasmas. Salvemos a Puerto Rico funcionó como un supercomité de acción política (PAC).

Fuentes, según el pliego acusatorio, instruyó a potenciales donantes cómo canalizar su dinero para evitar ser identificado.
archivo

Las dos "fundaciones" fueron registradas sin ninguna persona a su nombre, aunque luego se registró como incorporador de la campaña el exdirector de la Autoridad de Puertos Álvaro Pilar Vilagrán, quien, de hecho, radicó una querella en contra de la campaña de Vázquez Garced tras argumentar que la entonces gobernadora no informó cómo pagó por 15 vehículos Nissan Sentra para actividades políticas, guaguas de tarima y sonido, anuncios televisivos y "billboards", un centro de llamadas para su comité, así como canciones y equipo para su campaña.

La querella de Pilar Vilagrán fue desestimada por el contralor electoral, Walter Vélez, aunque fue referida a la División de Auditoría y Gastos para que se aclararan otros asuntos.

El gobernador Pierluisi afirmó que su comité electoral no coordinó ninguna campaña con Salvemos a Puerto Rico.

La fiscalía federal ha descrito como donativos ilegales solo los que se identifican con las fundaciones fantasmas.

Pero, las contribuciones registradas por Salvemos a Puerto Rico incluyeron al propio Fuentes ($40,055), su socio en la empresa Iconic Caribbean Roberto Cacho ($76,800) y la institución Bancrédito Holding ($75,000, incluidos $25,000 en 2021).

Thriving Investments ($50,000), Jobs & Opportunity ($50,000) y hasta el sindicato de la AFL-CIO International Union of Painters and Allied Traders ($20,000) aparecen también en la FEC con importantes donativos.

En plena campaña electoral, el entonces director de campaña de la gobernadora Vázquez, Jorge Dávila, presentó una querella en contra de Salvemos a Puerto Rico ante la Comisión Estatal de Elecciones (CEE) al alegar que coordinaba sus anuncios con la campaña de Pierluisi.

Fuentes vive y trabaja en la zona de Washington, donde es cofundador de la firma Iconic Caribbean, que promueve la inversión en Puerto Rico por medio del programa de visados EB-5 y los beneficios contributivos que existen en la isla. Iconic Caribbean tiene entre sus empresas colaboradoras al bufete legal Steptoe & Johnson, y uno de los socios de la firma es el exgobernador Luis Fortuño.

Como estudiante universitario, el gobernador Pierluisi coincidió con Fuentes en Nueva Orleans. Pierluisi se graduó de bachillerato de la Universidad de Tulane, y Fuentes se graduó de Loyola University.

*La periodista Wilma Maldonado Arrigoitía colaboró con este reportaje.*

# NEGOCIOS

23
EL NUEVO DÍA
elnuevodia.com

JOANISABEL GONZÁLEZ
joanisabel.gonzalez@gfrmedia.com
Twitter: @igonzalezpr

# Swain da curso al Plan de Ajuste de Carreteras

● El proceso para analizar la Declaración Informativa y luego, confirmar la reestructuración comenzaría el próximo 17 de junio

La jueza de distrito federal **Laura Taylor Swain** acogió la moción urgente de la Junta de Supervisión Fiscal (JSF) para analizar la adecuación de la Declaración Informativa que justifica el Plan de Ajuste de la Autoridad de Carreteras y Transportación (PDA-ACT) y determinó que analizará los méritos de esta en una vista el próximo 17 de junio.

La decisión de la jueza a cargo de los Casos de Título III de Puerto Rico se produjo ayer, cuando Swain también autorizó el aviso que la JSF debe publicar en torno a la evaluación del PDA-ACT y los procesos que debe seguir la JSF para ofrecer información al público acerca de la modificación de deudas propuesta.

Según la orden de Swain, si alguna parte se opone a la fecha propuesta para analizar la Declaración Informativa del PDA-ACT, esta tendrá hasta el próximo 8 de junio para expresarse. La JSF tendría otros siete días, subsiguientes a esa fecha, para presentar su réplica.

## EL SALDO DE PROMESA

La decisión de Swain pone en marcha el proceso de confirmación del PDA-ACT, la quinta reestructuración que la JSF busca completar bajo el Título III de Promesa, luego de obtener la confirmación de la Corporación del Fondo de Interés Apremiante (Cofina), el gobierno central, la Administración de los Sistemas de Retiro (ARS) y la Autoridad de Edificios Públicos (AEP).

En total, considerando las reestructuraciones voluntarias de la Autoridad para el Financiamiento de la Infraestructura (AFI), el Banco Gubernamental de Fomento (BGF) y la Autoridad del Distrito de Convenciones (ADC) a través del Título VI de Promesa, la JSF ha conseguido la reestructuración de unos $52,000 millones en bonos adeudados por Puerto Rico. La cifra aumenta a unos $61,000 millones considerando la reestructuración de la AEE, todavía en el tintero.

El PDA-ACT busca modificar unos $6,400 millones en obligaciones de la ACT. De esa cifra, unos $4,200 millones corresponden a deuda pública, otros $1,700 millones corresponden a préstamos adeudados a los bonistas del fallido Banco Gubernamental de Fomento (BGF) y otros $256 millones corresponden a las acreencias que la ACT mantiene con suplidores y contratistas.

Según la Declaración Informativa, la JSF recibió unas 2,276 reclamaciones de acreedores contra la ACT ascendentes a unos $83,000 millones en obligaciones, pero la amplia mayoría de esas eran reclamaciones duplicadas. Al momento de la radicación de la Declaración Informativa,



"Una de las principales causas de la presente crisis fiscal se debe a no haber ajustado las tarifas de peajes desde el 2005"

**DECLARACIÓN INFORMATIVA**
PLAN DE AJUSTE DE LA ACT

según la JSE, al menos 1,255 de estas reclamaciones han sido eliminadas o resueltas o registradas por error contra la ACT.

A cambio de modificar tales acreencias, la ACT pagaría a los acreedores con diversas alternativas: dinero en efectivo, nuevos bonos y una tajada del impuesto al consumo pagadera a través del Instrumento de Valor Contingente (CVI, en inglés).

No todos los acreedores de la ACT recibirán una recuperación similar. Algunos bonistas recibirán el 100% de lo adeudado y otros apenas el 20% y en el caso de los suplidores y contratistas, en el agregado, estos recibirán, de confirmarse el PDA-ACT, unos $25 millones o aproximadamente unos 10 centavos de dólar.

Por haber sido parte de las negociaciones, Puerto Rico pagará a los bonistas que se sentaron a la mesa unos $125 millones en comisiones y costos de consumación.

Estos pagos, a su vez, saldrán de 30 años de aumentos en las tarifas de peaje, según la inflación.

## UNA CORPORACIÓN INSOLVENTE Y MAL GESTIONADA

Cuando se segmentan las reestructuraciones impulsadas por la JSF según el tipo de emisor de deuda dentro del gobierno puertorriqueño, luego de la AEP, la modificación de las obligaciones de la ACT sería la segunda reorganización financiera

Según la Declaración Informativa del Plan de Ajuste de la ACT, el BGF llegó a prestar $2,000 millones a esa corporación pública para que las administraciones de gobierno no aprobaran aumentos que habrían afectado a los electores.

archivo

## LA CIFRA

**$61,000 MILLONES.** Es la cantidad de deuda pública que la JSF ha propuesto reestructurar a través de la ley federal Promesa.

de una corporación pública.

Empero, a diferencia de la modificación de deudas propuesta para la AEP, el PDA-ACT va de la mano con una reorganización administrativa de esa corporación pública y otras agencias dedicadas al transporte público como la Autoridad Metropolitana de Autobuses (AMA) y el Tren Urbano.

Desde la tarde de la JSE, el PDA-ACT es la respuesta a un cuadro de pésima gestión pública, a juzgar por la Declaración Informativa que ahora la jueza Swain tiene ante su consideración.

Según la JSE, al 30 de junio de 2021, aparte de todo lo adeudado, la ACT tenía un déficit acumulado de unos $2,000 millones y sus activos apenas rondaban unos $117 millones.

De acuerdo con la Declaración Informativa, la ACT ha operado consistentemente con pérdidas, en buena parte por la negativa de los oficiales de gobierno a ajustar las tarifas de peajes cuando era necesario. En lugar de gestionarse adecuadamente, reza el documento, diferentes administraciones preferían cubrir las ineficiencias otorgando préstamos desde el BGF.

"El BGF evaluaba y aprobaba las solicitudes de préstamos de la ACT bien rápido, a veces a solo horas de haberse presentado la solicitud. Se alega que se recurría a esta práctica para evitar efectos potenciales adversos de la falta de salud fiscal en la ACT como tener que cerrar las operaciones del Tren Urbano si el operador no recibía su pago", reza la Declaración Informativa, citando a su vez, el informe del investigador Kobre & Kim, a quien se le encomendó analizar las razones tras el colapso fiscal de la isla.

El documento agrega que a menudo el BGF financiaba a la ACT para que no hubiera aumentos en los arbitrios a vehículos de motor, en el transporte público, los peajes o el arbitrio a la gasolina porque ello "habría aumentado los costos para los electores".

Así las cosas, según la Declaración Informativa, mientras otros sistemas de trenes en el continente recaudan 12 centavos de cada $1 que cuesta esa operación, en Puerto Rico apenas se recaudan cuatro centavos. Y cuando se transita por las carreteras de Puerto Rico, la tasa de mortalidad es 43% más alta que la mediana en las autopistas de Estados Unidos. Cada año, los conductores invierten unas 58 horas conduciendo para llegar a casa o al trabajo, lo que supone al menos $1,150 en gastos por cada conductor y sobre $400 millones en costes para la ciudad.

Según la Declaración Informativa, aparte del aumento en los peajes y la consolidación de las agencias de transporte, para que la ACT pueda ponerse en pie, el gobierno central le prestaría unos $314 millones, pagaderos en 30 años.

**VIERNES**
6 de mayo de 2022

# NEGOCIOS

**23**
EL NUEVO DÍA
elnuevodia.com

## Swain da curso al Plan de Ajuste de Carreteras

● El proceso para analizar la Declaración Informativa y luego, confirmar la reestructuración comenzaría el próximo 17 de junio

JOANISABEL GONZÁLEZ
joanisabel.gonzalez@gfrmedia.com
Twitter: @jgonzalezrpr

La jueza de distrito federal Laura Taylor Swain acogió la moción urgente de la Junta de Supervisión Fiscal (JSF) para analizar la adecuación de la Declaración Informativa que justifica el Plan de Ajuste de la Autoridad de Carreteras y Transportación (PDA-ACT) y determinó que analizará los méritos de esta en una vista el próximo 17 de junio.

La decisión de la jueza a cargo de los Casos de Título III de Puerto Rico se produjo ayer, cuando Swain también autorizó el aviso que la JSF debe publicar en torno a la evaluación del PDA-ACT y los procesos que debe seguir la JSF para ofrecer información al público acerca de la modificación de deudas propuesta.

Según la orden de Swain, si alguna parte se opone a la fecha propuesta para analizar la Declaración Informativa del PDA-ACT, esta tendrá hasta el próximo 8 de junio para expresarse. La JSF tendría otros siete días, subsiguientes a esa fecha, para presentar su réplica.

### EL SALDO DE PROMESA

La decisión de Swain pone en marcha el proceso de confirmación del PDA-ACT, la quinta reestructuración que la JSF busca completar bajo el Título III de Promesa, luego de obtener la confirmación de la Corporación del Fondo de Interés Apremiante (Cofina), el gobierno central, la Administración de los Sistemas de Retiro (ARS) y la Autoridad de Edificios Públicos (AEP).

En total, considerando las reestructuraciones voluntarias de la Autoridad para el Financiamiento de la Infraestructura (AFI), el Banco Gubernamental de Fomento (BGF) y la Autoridad del Distrito de Convenciones (ADC) a través del Título VI de Promesa, la JSF ha conseguido la reestructuración de unos $52,000 millones en bonos adeudados por Puerto Rico. La cifra aumenta a unos $61,000 millones considerando la reestructuración de la AEE, todavía en el tintero.

El PDA-ACT busca modificar unos $6,400 millones en obligaciones de la ACT. De esa cifra, unos $4,200 millones corresponden a deuda pública, otros $1,700 millones corresponden a préstamos adeudados a los bonistas del fallido Banco Gubernamental de Fomento (BGF) y otros $256 millones corresponden a las acreencias de la ACT mantiene con suplidores y contratistas.

Según la Declaración Informativa, la JSF recibió unas 2,276 reclamaciones de acreedores contra la ACT ascendentes a unos $83,000 millones en obligaciones, pero la amplia mayoría de estas eran reclamaciones duplicadas. Al momento de la radicación de la Declaración Informativa,



"Una de las principales causas de la presente crisis fiscal se debe a no haber ajustado las tarifas de peajes desde el 2005"
**DECLARACIÓN INFORMATIVA**
PLAN DE AJUSTE DE LA ACT

según la JSF, al menos 1,255 de estas reclamaciones han sido eliminadas o resueltas o registradas por error contra la ACT.

A cambio de modificar tales acreencias, la ACT pagaría a los acreedores con diversas alternativas: dinero en efectivo, nuevos bonos y una tajada del impuesto al consumo pagadera a través del Instrumento de Valor Contingente (CVI, en inglés).

No todos los acreedores de la ACT recibirán una recuperación similar. Algunos bonistas recibirán el 100% de lo adeudado y otros apenas el 20% y en el caso de los suplidores y contratistas, en el agregado, estos recibirán, de confirmarse el PDA-ACT, unos $25 millones o aproximadamente unos 10 centavos de dólar.

Por haber sido parte de las negociaciones, Puerto Rico pagará a los bonistas que se sentaron a la mesa unos $125 millones en comisiones y costos de consumación.

Estos pagos, a su vez, saldrán de 30 años de aumentos en las tarifas de peaje, según la inflación.

### UNA CORPORACIÓN INSOLVENTE Y MAL GESTIONADA

Cuando se segmentan las reestructuraciones impulsadas por la JSF según el tipo de emisor de deuda dentro del gobierno puertorriqueño, luego de la AEP, la modificación de las obligaciones de la ACT sería la segunda reorganización financiera

Según la Declaración Informativa del Plan de Ajuste de la ACT, el BGF llegó a prestar $2,000 millones a esa corporación pública para que las administraciones de gobierno no aprobaran aumentos a los electores.

archivo

### LA CIFRA

## $61,000

**MILLONES.** Es la cantidad de deuda pública que la JSF ha propuesto reestructurar a través de la ley federal Promesa

de una corporación pública.

Empero, a diferencia de la modificación de deudas propuesta para la AEP, el PDA-ACT va de la mano con una reorganización administrativa de esa corporación pública y otras agencias dedicadas al transporte público como la Autoridad Metropolitana de Autobuses (AMA) y el Tren Urbano.

Desde la lente de la JSF, el PDA-ACT es la respuesta a un cuadro de pésima gestión pública, a juzgar por la Declaración Informativa que ahora la jueza Swain tiene ante su consideración.

Según la JSF, al 30 de junio de 2021, aparte de todo lo adeudado, la ACT tenía un déficit acumulado de unos $2,000 millones y sus activos apenas rondaban unos $117 millones.

De acuerdo con la Declaración Informativa, la ACT ha operado consistentemente con pérdidas, en buena parte por la negativa de los oficiales de gobierno a ajustar las tarifas de peajes cuando era necesario. En lugar de gestionarse adecuadamente, reza el documento, diferentes administraciones preferían cubrir las ineficiencias otorgando préstamos desde el BGF.

"El BGF evaluaba y aprobaba las solicitudes de préstamos de la ACT bien rápido, a veces a solo horas de haberse presentado la solicitud. Se alega que se recurría a esta práctica para evitar efectos potenciales adversos de la falta de salud fiscal en la ACT como tener que cerrar las operaciones del Tren Urbano si el operador no recibía su pago", reza la Declaración Informativa, citando a su vez, el informe del investigador Kobre & Kim, a quien se le encomendó analizar las razones para el colapso fiscal de la isla.

El documento agrega que a menudo el BGF financiaba a la ACT para que no hubiera aumentos en los arbitrios a vehículos de motor, en el transporte público, los peajes o el arbitrio a la gasolina porque ello "habría aumentado los costos para los electores."

Así las cosas, según la Declaración Informativa, mientras otros sistemas de trenes en el continente recaudan 12 centavos de cada $1 que cuesta esa operación, en Puerto Rico apenas se recaudan cuatro centavos. Y cuando se transita por las carreteras de Puerto Rico, la tasa de mortalidad es 43% más alta que la mediana en las autopistas de Estados Unidos. Cada año, los conductores invierten unas 58 horas conduciendo para llegar a casa o al trabajo, lo que supone al menos $1,150 en gastos por cada conductor y sobre $400 millones en costes para la ciudad.

Según la Declaración Informativa, aparte del aumento en los peajes y la consolidación de las agencias de transporte, para que la ACT pueda ponerse en pie, el gobierno central le prestaría unos $314 millones, pagaderos en 30 años.



**MUNDIALES**
Último adiós a víctimas de tiroteo en
escuela de Uvalde, en Texas PÁGINA 42

*Fantasía
caribeña*

El grupo viequense
destaca por su
vistosidad PÁGINA 27



**MIÉRCOLES**
1 DE JUNIO DE 2022
SAN JUAN, PUERTO RICO
$0.75 / AÑO LI VOL. 18451
elnuevodia.com

**SOMOS**
VIEQUES

---

## PUERTO RICO HOY

# NIE investiga uso
# de la fuerza policiaca
# en Punta Salinas PÁGINA 10

## NEGOCIOS



# Bonistas de la AEE
# insisten en cobrar su
# parte de la deuda PÁGINA 32

## DEPORTES

Complicado
arranque de
temporada para
los tres dirigentes
boricuas en
Grandes Ligas
PÁGINA 54



Charlie Montoyo

---

### ENFRENTARÁ CARGOS CRIMINALES

# Acusarán hoy al
# alcalde de Mayagüez

La Oficina del Panel sobre el Fiscal Especial Independiente le
imputará a José Guillermo "Guillito" Rodríguez acciones y omisiones
que alegadamente pusieron en riesgo el patrimonio municipal

PUERTO RICO HOY PÁGINAS 4-5



**Eudaldo Báez Galib:** Las tribulaciones de Mayagüez

OPINIÓN PÁGINA 39

El periódico #1 en Puerto Rico en lectoría y circulación.

# el Vocero
### de Puerto Rico

*GRATIS*

> MIÉRCOLES, 1 DE JUNIO DE 2022 >NUM 14663 >SAN JUAN, PUERTO RICO • WWW.ELVOCERO.COM

**ESCENARIO**

**Mixtape abre las puertas en cine a Felipe Albors**
>P22

La verdad no tiene precio



## SEQUÍA IMPACTA NIVELES DE 10 EMBALSES
>P4



**DEPORTES**

### A todo vapor Navas y González en la arena

La dupla del voleibol de playa ya se alista para el ciclo olímpico.
>P29



**ECONOMÍA**

### Listos los comercios para la temporada de huracanes

Cuentan con inventario suficiente para cubrir la demanda. >P20



# CÁMARA OFRECE SU RECETA PARA LA AEE

El presidente del cuerpo, Rafael "Tatito" Hernández, radica una medida que procura imponer un recorte de al menos 75% a la deuda de bonos de la corporación pública y una tarifa por el servicio de luz menor a los 20 centavos por kilovatio/hora. **>P6**



ES ASÍ DE SENCILLO, SI QUIERES

**CARNE FRESCA DE AQUÍ, QUIERES WENDY'S.**

BACONATOR

BACON DELUXE

CLASSIC DOBLE

## PRIMERA PLANA

> MIÉRCOLES, 1 DE JUNIO DE 2022    elVocero

# Propuesta para recortar deuda de la AEE en 75%



▶ **Presidente de la Cámara de Representantes dice que la medida debe aprobarse de manera expedita**

@ **Eric De León Soto**
>edeleon@elvocero.com
@edeleonsoto

El presidente de la Cámara de Representantes, Rafael "Tatito" Hernández, y la delegación popular presentaron una propuesta para la reestructuración de la Autoridad de Energía Eléctrica (AEE) que incluye un recorte de 75% de la deuda con los bonistas, prioridad de pago al sistema de retiro de los empleados de la corporación pública y a las aportaciones patronales y que haya una tarifa menor a los 20 centavos por kilovatio/hora por el servicio de electricidad.

Se trata de un segundo intento de la Legislatura de intervenir en el proceso de reestructuración de la AEE, luego de que la jueza federal Laura Taylor Swain, quien preside el caso de Título III (quiebra) de la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico (Promesa, en inglés), le cerrara el paso para participar del proceso confidencial de mediación entre las partes con interés.

La deuda de la AEE supera los $8,000 millones.

En esta ocasión, la intervención es a través del Proyecto de la Cámara 1383, que crea la Ley para la Reestructuración de la Deuda de la AEE, una medida que persigue sentar las bases de lo que sería un ajuste de deuda aceptable para el gobierno y asequible para los consumidores. La medida fue radicada ayer.

En entrevista con EL VOCERO, Hernández explicó que la AEE cuenta con una capacidad limitada de ingresos, que tiene que dedicar tanto a la operación de un servicio esencial como también a la nómina de sus empleados y obligaciones, y la medida legislativa atiende esta situación.

### Afirman que no es asegurada

Al abordar el tema de la deuda, la legislación consigna como postura institucional de la Cámara que los bonos emitidos por la corporación pública en virtud del Acuerdo de Fideicomiso de 1974 (Trust Agreement) son obligaciones no aseguradas, lo cual amplía el margen para un recorte mayor.

"Nosotros consideramos que la deuda de la AEE no es asegurada, basado en el análisis de la emisión de bonos, de los acuerdos que se hicieron con los acreedores cuando se hizo la emisión," dijo el presidente cameral. Agregó que "aquí estimamos que lo importante es mantener la operación de la AEE".

Uno de los coautores de la medida, el legislador popular José Rivera Madera, explicó que de la manera en que se configuró el Trust Agreement, la deuda de bonos supone pagarse con ingresos depositados en un Fondo de Amortización (Sinking Fund) o en Fondos Subordinados. Dentro del esquema de prioridad de pagos de la corporación pública, esos pagos



> ¿Pero quién va a estar en contra de esto? Porque esto es realmente lo único que les baja la factura a los industriales, a los comerciantes, a los residentes. Aquí no va a haber oposición a la medida. Así que podemos contar que será aprobada en la Cámara lo más pronto posible.

**Rafael "Tatito" Hernández**
presidente de la Cámara de Representantes



tienen menor prioridad a los gastos operacionales y a las aportaciones al retiro de empleados de la AEE.

"Todo lo que hemos visto en las vistas públicas y en todos los estudios que hemos hecho lo que dice es exactamente eso. Que la AEE tiene que cumplir con unos compromisos antes de pagar a los bonistas no asegurados, porque entendemos que la deuda de la AEE es no asegurada," afirmó el representante por el Distrito 23.

Hernández, por su parte, resaltó que la intención no es eliminar la deuda, sino pagar dentro de las circunstancias. "Nosotros estamos

diciendo un recorte de 75%. No estamos diciendo que no vamos a pagar. Estamos diciendo que esto es como mínimo. Pero si verdaderamente uno quiere llevar a profundidad la cosa, el (acreedor) no asegurado no recuperaría nada," agregó Hernández.

El proyecto de ley es el resultado de las vistas públicas realizadas al amparo de la Resolución de la Cámara 563, la cual ordenó a la Comisión de Hacienda investigar la necesidad, justificación y legalidad de las emisiones de bonos realizadas por la AEE desde 2010 hasta 2016.

Según Rivera Madera, el informe final de esa resolución concluyó que cualquier emisión de deuda futura en la AEE debe ser evaluada y aprobada por la Legislatura, que la negociación para reestructurar la deuda de la corporación pública no incluya un aumento tarifario y que se le confiera prioridad a la deuda de $800 millones con el retiro de empleados de la AEE.

### Garantías a los bonistas

Aunque Hernández insistió en que el objetivo principal del PC 1383 es viabilizar un proceso de reestructuración de la AEE que conduzca a costos de luz más asequibles para todos los consumidores,

argumentó que la medida también provee garantías a los bonistas.

Esas garantías no solo provendrían de una garantía de pago de 25% del total de deuda de bonos, sino que el aval del proyecto requeriría el apoyo de todas las delegaciones políticas en la Legislatura.

"Esto garantiza y da certeza, que -a futuro- no importa lo que ocurra políticamente en Puerto Rico, esta transacción no va a ser retada. Y al final, eso va a tener más valor que cualquier transacción que acuerden ellos unilateralmente, sin el respaldo del gobierno de Puerto Rico", sostuvo Hernández, haciendo referencia a las negociaciones entre la Junta de Control Fiscal y los bonistas de la AEE.

La expectativa del presidente cameral es que la medida tenga un trámite expedito en ambas cámaras y sin vistas públicas, pues el proyecto se desarrolla a base del informe final de la RC 563, la cual tuvo vistas públicas el 14 de marzo y el 7 de abril en la Comisión de Hacienda de la Cámara.

Hernández estimó que contaría con el apoyo de al menos 30 representantes. Insistió en que el proyecto de ley es la única alternativa viable con potencial de reducir el costo energético a todos

los abonados.

"¿Pero quién va a estar en contra de esto? Porque esto es realmente lo único que les baja la factura a los industriales, a los comerciantes, a los residentes. Aquí no va a haber oposición a la medida. Así que podemos contar que será aprobada en la Cámara lo más pronto posible", sentenció.

### Continúa la mediación

La consideración de la medida en la Legislatura se da después de que la jueza Swain autorizara una extensión al proceso de mediación entre las partes con interés en la reestructuración financiera de la AEE. Ese proceso, a su vez, fue el resultado de la cancelación del Acuerdo en Apoyo a la Reestructuración (RSA) por parte de la administración del gobernador Pedro Pierluisi, por entender que los términos de ese acuerdo eran muy onerosos.

Aunque la Cámara intentó entrar en el proceso de mediación, bajo el argumento de que cualquier plan de ajuste de deuda para la corporación pública requeriría legislación, fue excluida.



▼ **Información relacionada en P.10**


Rafael "Tatito" Hernández, presidente de la Cámara de Representantes, informó que la medida fue radicada en la tarde de ayer.
>Archivo/EL VOCERO

**8/ PUERTO RICO HOY**
EL NUEVO DÍA • elnuevodia.com

MIÉRCOLES
25 de mayo de 2022

## ORGANIZACIONES QUE DONARON A SALVEMOS A PUERTO RICO

# No estaban registradas en Hacienda

El secretario Francisco Parés Alicea declinó contestar si investiga a los donantes que, a través del súper PAC, favorecieron al gobernador Pedro Pierluisi

JOANISABEL GONZÁLEZ Y JOSÉ A. DELGADO
puertoricohoy@elnuevodia.com
Twitter: @JossADelgadoEND / @igonzalezpr



El súper PAC Salvemos a Puerto Rico hizo campaña en contra de Wanda Vázquez y de otros aspirantes para beneficiar la candidatura a la gobernación de Pedro Pierluisi. archivo/ tonito.zayas@gfrmedia.com

Foundation for Progress y Fundación por la Igualdad, que hicieron donativos al súper PAC Salvemos a Puerto Rico, no están registradas como organizaciones sin fines de lucro en el Departamento de Hacienda, confirmó el secretario de la agencia, Francisco Parés Alicea.

Sin embargo, el titular declinó contestar si Hacienda investigará a ambas entidades o a quiénes hicieron donativos a estas organizaciones y que, posteriormente, llegaron al comité de acción política (PAC, por sus siglas en inglés) Salvemos a Puerto Rico.

"El Departamento está impedido de ventilar qué personas o qué planillas están siendo ahora mismo auditadas, revisadas o en el proceso (de ser) investigadas", expresó Parés Alicea, en una entrevista reciente con El Nuevo Día.

"En el proceso de revisión, todas las planillas de Puerto Rico están sujetas o se corren distintos tipos de protocolos para razonablemente determinar si las representaciones hechas (por los contribuyentes) en esas planillas son correctas", agregó el funcionario.

El lunes, el Partido Popular Democrático solicitó a Hacienda que investigue si algún donante en el esquema concebido por Salvemos a Puerto Rico se benefició contributivamente de la donación política que se hizo a Foundation for Progress y Fundación por la Igualdad, entidades que se alega fueron creadas para burlar la ley electoral federal.

"¿Ustedes indagan si las personas que hacen donativos a estas organizaciones sin fines de lucro, reclaman estos contra su obligación contributiva?", preguntó este diario. "Estoy impedido de confirmar públicamente el estatus contributivo o detalles de la planilla de contribución sobre

**LA CIFRA**

VIOLACIÓN DE LEY

# $495

**MIL.** Cantidad de donativos que ocultó el contador público autorizado Joseph "Joey" Fuentes.



"El que vayas al Departamento de Estado y digas que eres una organización sin fines de lucro no te hace una entidad para fines contributivos"

**FRANCISCO PARÉS ALICEA**
SECRETARIO DE HACIENDA

ingresos de individuos y de entidades (que sean) contribuyentes en Puerto Rico", contestó Parés Alicea.

El pasado 5 de mayo, el contador público autorizado Joseph "Joey" Fuentes Fernández se declaró culpable por obstrucción a la justicia, al informar a un in-

bierto, mediante un esfuerzo concertado [...] la identidad de los donantes del súper PAC [...] que fundó para favorecer la aspiración po[...] lítica del gobernador, Pedro Pierluisi.

Específicamente, Fuentes Fernánde[...] ocultó la identidad y procedencia de uno[...] $495,000 que luego se utilizaron en cam[...] pañas publicitarias en contra de la exgo[...] bernadora Wanda Vázquez Garced [...] también de la aspirante primarista a l[...] gobernación contra Pierluisi por el Partid[...] Nuevo Progresista (PNP).

Una vez Pierluisi prevaleció en la pri[...] maria de esa colectividad, los esfuerzo[...] publicitarios de Salvemos a Puerto Rico s[...] enfocaron, principalmente, en desmere[...] cer a Carlos Delgado Altieri, candidat[...] del Partido Popular Democrático (PPD).

Al dar a conocer detalles del benefici[...] que dejarían las acciones ilícitas come[...] tidas por Fuentes Fernández y Salvemos [...] Puerto Rico, el fiscal federal de la secció[...] de Integridad Pública Jonathan Jacobso[...] explicó que, aparte del beneficio al can[...] didato, los donantes de Salvemos a Puert[...] Rico mantenían su identidad en el ano[...] nimato.

Las autoridades federales no han indi[...] cado si otras personas o entidades so[...] objeto de investigación.

Parés Alicea señaló que, "de tiempo e[...] tiempo", Hacienda tiene facultad, y tam[...] bién la responsabilidad en ley, de revis[...] las planillas radicadas, y tiene un períod[...] de cuatro años para identificar alguna di[...] crepancia, y si es el caso, tasar y ajust[...] cualquier deuda que pueda tener el co[...] tribuyente con la agencia tributaria.

En esa revisión, explicó el funcionar[...] puede darse el caso de individuos que r[...] clamen donativos a organizaciones sin f[...] nes de lucro y constatar si, en efecto, [...] entidad recipiente del donativo está [...] gistrada en Hacienda, según requiere [...] sección 11 del Código de Rentas Interna[...]

"De no serlo (de no estar identifica[...] como una organización sin fines de luc[...] en Hacienda), se configuran los element[...] para una notificación de error matemátic[...] como mínimo", explicó Parés Alicea. [...] refirió al trámite que sigue la agencia pa[...] determinar que la contribución a pag[...] por un individuo o entidad es distinta a [...] declaración de impuestos que se prese[...] y procurar su pago, si es el caso.

"El que vayas al Departamento de Esta[...] y digas que eres una organización sin fin[...] de lucro no te hace una entidad para fin[...] contributivos", subrayó el funcionario.

vestigado acerca de la pesquisa que las autoridades federales llevaban en torno a las operaciones de Salvemos a Puerto Rico. También, se declaró culpable por emitir declaraciones falsas a las autoridades en torno a estos actos, así como por haber falsificado información, ocultado o encu-

# 14/ PUERTO RICO HOY

EL NUEVO DÍA • elnuevodia.com

SÁBADO
19 de marzo de 2022

## ATIENDE A LA POBLACIÓN PENAL

# Investigan a licitador de servicios telefónicos

**Servicios Generales inicia proceso para determinar si la compañía GTL debe permanecer en su registro**

LAURA M. QUINTERO
laura.quintero@gfrmedia.com
Twitter: @lauquinterodz

La Junta de Subastas de la Administración de Servicios Generales (ASG) estaba próxima a seleccionar ayer a la compañía a cargo de prestar el servicio telefónico a los confinados de Puerto Rico, al tiempo en que investiga si debe excluir a Global Tel Link (GTL) del registro único de licitadores.

GLT es la compañía que, actualmente, presta el servicio a través de tarjetas prepagadas mediante un acuerdo con el Departamento de Corrección y Rehabilitación (DCR). La compañía aspira a ser seleccionada en la subasta en curso. Los otros licitadores son NCIC Inmate Communications y Sanlo Multiservice, Inc.

"Se inició un proceso investigativo y, ahora mismo, estamos dando el debido proceso a la compañía (GTL) para que conteste las imputaciones", afirmó la administradora de ASG, Karla Mercado.

La investigación de la ASG sobre GTL responde a un referido del representante Jesús Manuel Ortiz, quien advirtió que la empresa tran-

só una demanda en Estados Unidos, en la que acordó pagar hasta $64 millones tras quedarse con dinero depositado en las cuentas "inactivas" de familiares de confinados. Además, dijo que se debe evaluar las imputaciones de presuntos cobros excesivos en llamadas a esa población –de hasta 100 veces más que el mercado local–.

"Mi llamado es que esos señalamientos son suficientes para que no sea parte de las empresas licitadoras", indicó Ortiz.

No obstante, la retención del dinero de balance en las tarjetas es conocida por el DCR, agencia que ha ingresado $2.2 millones por concepto de la comisión del 60% que le otorga GTL de los recaudos

por las llamadas. En la página web del DCR, se indica que "las cuentas que hayan estado inactivas por más de 90 días serán canceladas y los fondos que resten se perderán y no serán reembolsados".

En entrevista con este diario, el vicepresidente de GTL, llamada ahora ViaPath, Tod Stutts, dijo que la demanda transada alegaba que los usuarios no se dieron cuenta de la política de inactividad, pero que la empresa no la ocultó.

Mercado reconoció, por su parte, que la Junta de Subastas está en la disyuntiva de decidir entre abaratar el costo de las llamadas o mantener tarifas más onerosas, pero que representarían más recaudos por comisión.

"Corrección recomendó dos empresas. Hizo una recomendación general. Entonces, básicamente, la Junta de Subasta tiene que decidir si se van por el análisis de cuánto le va a costar al (familiar del) confinado la llamada o cuánto le va a generar a Corrección hacer las llamadas", dijo.



archivo

GLT presta el servicio a través de tarjetas prepagadas mediante un acuerdo con el Departamento de Corrección.

# Juez federal pide información sobre los fondos para la reforma policíaca

Eric de León Soto
>edeleon@elvocero.com

El juez a cargo del caso de la reforma de la Policía, Francisco Besosa, le dio 90 días al gobierno para que especificara cuánto dinero ha sobrado por concepto de los $20 millones anuales que asigna el Departamento de Justicia federal (DOJ) para financiar el proceso.

Durante una vista de estatus del caso celebrada ayer en el Tribunal Federal del Viejo San Juan, Besosa indicó que desde 2018 no se ha presentado un cuadro claro de la cantidad de dinero que ha sobrado de la asignación anual y que va dirigido a la contratación del equipo del monitor federal. el comisionado especial y la Oficina de Reforma de la Policía.

Esta es la segunda ocasión en que el juez Besosa exige al gobierno desglosar

el uso de la asignación anual. La anterior fue en noviembre del año pasado.

El abogado de la Policía, Gabriel Peñagarícano, indicó en la vista que presentaron un desglose del uso de esos fondos el pasado 15 de marzo. Sin embargo, el monitor federal, John Romero, sostuvo que el informe está incompleto y "algo vago", por lo que recomendó al juez proveer otro periodo de 90 días para completar la documentación.

Más allá del interés en el uso apropiado de los fondos provistos por el DOJ, la solicitud del juez Besosa responde a la necesidad de conseguir recursos adicionales para financiar otras áreas de la reforma que se han perjudicado con los recortes al presupuesto del Departamento de Seguridad Pública (DSP) realizados por la Junta de Control Fiscal.



El juez federal Francisco Besosa >Archivo/EL VOCERO

Según indicó en la vista, el comisionado especial, Alejandro del Carmen, a la Policía se le han recortado $180 millones en los últimos tres años.

"Lo importante es que aun cuando nos enteramos de que este dinero recortado no afectará el dinero asignado para la reforma, cualquier recorte en el

presupuesto de la Policía afectará la reforma. Así que podría afectar los $20 millones asignados para la reforma, pero si le quitas dinero a la Policía de Puerto Rico, también le quitas radios y eso afectará la reforma", sentenció el comisionado especial.

Por su parte, el secretario del DSP, Alexis Torres,

señaló que mantienen un diálogo abierto con la junta fiscal para conseguir un remedio a los recortes y seguir progresando con el cumplimiento de la reforma.

"La tecnología es cara y necesitamos sentarnos con la junta y asegurarnos que entienda que el futuro de la Isla depende de nuestras responsabilidades como agencia de seguridad pública", manifestó Torres.

## Prioritarios los sistemas de información

La falta de sistemas de tecnología eficientes que permitan a oficiales de la Policía reportar hallazgos al momento y desde la calle es uno de los escollos que no se han superado. Esto incide en los reportes de uso de fuerza policial.

Según el abogado del DOJ, Luis Saucedo, la tardanza en la tramitación de los informes de uso

de fuerza responde a dos factores: que los agentes no cuentan con un sistema para reportar los casos de forma remota y al momento en que ocurren, y no hay suficientes supervisores para validar las cifras recopiladas.

A largo plazo, y quizás para finales de este año, la Policía, junto al gobierno y el monitor federal. desarrollarán un plan de acción para atender las necesidades urgentes en el área de sistemas de información.

No obstante, a corto plazo el monitor federal indicó que en las próximas semanas aprobarán un plan interino para mejorar la exactitud y la fiabilidad de las cifras de uso de fuerza. Ese plan consistiría en simplificar cómo someter un reporte de uso de fuerza, ilustrar los datos de una manera más cómoda y que permita supervisar efectivamente el flujo de trabajo.