

| | Retail |
|---|---|
| **P** US POSTAGE PAID **$9.25** | Origin: 00918<br>06/09/22<br>4284790018-16 |

PRIORITY MAIL 1-DAY®

1 Lb 4.40 Oz
1005

EXPECTED DELIVERY DAY: 06/10/22

C018

SHIP TO:
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703



USPS TRACKING® #



9505 5111 1472 2160 2114 97

PRIORITY MAIL
LEGAL FLAT RATE ENVELOPE
POSTAGE REQUIRED

FROM:

CLEMENTE ROSA, MARIA A.
CONDOMINIO ASTRALIS 9546
CALLE DIAZ WAY APT. 311 TORRE # 6
CAROLINA, PUERTO RICO 00979

RECEIVED & FILED
2022 JUN 10 PM 2:23
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

TO:

United States District Court
District Of Puerto Rico
150 Carlos Chardon Street
San Juan, PR 00918-1767



Legal Flat Rate Envelope
EP14L May 2020
OD: 15 x 9.5



USPS.COM/PICKUP