Cont.

**Table of Exhibits in support of Motion for allowance of Payment of pre and post-petition back pay wages as Administrative Expenses filed by Group Claimants in litigation caption Francisco Beltran-Cintron**
**CASP case No. 2021-05-0345**

**EXHIBIT  4-A**      **October 8, 2013 Stipulation in case K AC 2007- 0214**

**EXHIBIT  4-B**      **January 31, 2014 Stipulation entered in case K AC 2009-0809**

**EXHIBIT  5 -A**   **Proof of Claim No. 179140 including List of individual Claimants with Lump sum** estimate of Pre- Petition debt **owed for** total    $ 105,000,000.00

**EXHIBIT  5 B~C-1) Lists individual claimants with estimate of post-petition Administrative Expense payroll debt for DF, ARV and AIJ**

**EXHIBIT  6**      **FAFAA Cash Flow report dated September 3, 2021**

13

Exhibit
4 – A

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE SAN JUAN

MADELINE ACEVEDO CAMACHO, ET AL.

Demandantes,

v.

ESTADO LIBRE ASOCIADO DE PUERTO RICO, ET AL.

Demandados.

CASO NUM. KAC2007-0214

SOBRE:

SENTENCIA DECLARATORIA

MOCION CONJUNTA SOMETIENDO ESTIPULACIONES
DE HECHOS SOBRE LOS CUALES NO EXISTE CONTROVERSIA, DOCUMENTOS
Y CONTROVERSIAS DE DERECHO A RESOLVER

AL HONORABLE TRIBUNAL:

COMPARECEN las partes del epígrafe representadas por las respectivas abogadas que suscriben y muy respetuosamente ante este Honorable Tribunal, expresan lo siguiente:

INTRODUCCIÓN:

Las abogadas suscribientes se reunieron en diversas ocasiones y acordaron las siguientes ESTIPULACIONES DE HECHOS SOBRE LOS CUALES NO EXISTE CONTROVERSIA y que se transcriben a continuación:

**PARTE I.    ESTIPULACIONES DE HECHOS SOBRE LOS CUALES NO EXISTE CONTROVERSIA – DEPARTAMENTO DE LA FAMILIA**

1.      La parte demandante está integrada por un grupo de 2,667 empleados o ex empleados de carrera del Departamento de la Familia; 27 empleados de la Administración de Instituciones Juveniles y 118 empleados de la Administración de Rehabilitación Vocacional, para un total de 2,812 personas, cuyos nombres se identifican por agencia según listado estipulado por las peritos de ambas partes. Nota de la parte demandante: Se está depurando lista de 22 empleados sin identificar para desestimar sin perjuicio y/o permanecer en listado que no están incluidos en el total de 2,812.

2.      El 20 de noviembre de 1985, previo a que entrara en vigor en Puerto Rico el salario mínimo federal, el Director de la OCAP, Lcdo. Guillermo Mojica Maldonado emite un Memorando sobre: *"Aumento de sueldo a los Empleados Públicos"* dirigido al entonces Gobernador de Puerto Rico, Hon. Rafael Hernández Colón.

**104**

3.     El 15 de abril de 1986, comenzó a regir en el Gobierno de Puerto Rico la Ley de Salario Mínimo Federal que establecía un salario mínimo de $3.35 por hora trabajada y que era equivalente a un sueldo de $545.00 mensual, para una jornada semanal de 37.5 hrs. y $581.00 mensual, para una jornada de 40 hrs. semanales.

4.     Al 15 de abril de 1986, el Departamento de Servicios Sociales, hoy Departamento de la Familia, figuraba como parte de las agencias comprendidas en la Administración Central, con  un Plan de Retribución con 39 escalas salariales y estaba desarrollado a base de un sueldo básico de $442.00 mensual para una jornada semanal de 37.5 hrs.  De éstas, las primeras 9 escalas recibían sueldos por debajo del salario mínimo federal que entró en vigor.

5.     Al entrar en vigor el Salario Mínimo Federal, el 15 de abril de 1986, el Departamento de Servicios Sociales, hoy Departamento de la Familia, ajustó los salarios de  los empleados asignados a las primeras 9 escalas del Plan de Retribución, al mismo salario que recibió el conserje y trabajador, de $3.35 por hora, equivalente a un sueldo básico de $545.00 mensual para una jornada de 37.5 hrs. semanal.

6.     El 23 de abril de 1986, el Director de OCAP, Lcdo. Guillermo Mojica Maldonado, emitió el Memorando General Núm. 5-86 dirigido a: Señores Secretarios de Gobierno; Jefes de Agencia y Alcaldes-Sistema de Personal, Asunto: Aplicabilidad del Salario Mínimo Federal a los Empleados Públicos.

7.     El 30 de junio de 1986, el Director de OCAP, Lcdo. Guillermo Mojica Maldonado, emitió el Memorando Núm. 3-86 dirigido a: Señores Secretarios de Gobierno y Jefes de Agencia-Administración Central.  Asunto: "Décima Asignación de Clases del Servicio de Carrera de la Administración Central a las escalas de sueldos establecidas en Ley 89 del 12 de julio de 1979, enmendada, Ley de Retribución Uniforme."

8.     **El 1 abril de 1990 aumentó el salario mínimo a $3.55 hr.** equivalente a $577.00 mensual para una jornada de 37.5 horas semanales. Al entrar en vigor dicho salario mínimo federal, se ajustó al salario mínimo a todo aquel empleado que devengara salario menor.  Se ajustaron los salarios de los empleados de las primeras 11 escalas del Plan de Retribución al mismo salario que recibió el conserje y trabajador.

9.     El 30 de junio de 1990, el Director de OCAP, Enrique A. Rosa López, emitió el Memorando 2-90 dirigido a: Señores Secretarios de gobierno y Jefes de agencia-Administración Central sobre: "Decimocuarta Asignación de Clases al Servicio de Carrera de la Administración Central a las Escalas

**105**

de Sueldo Establecidas en la Ley 89 de 12 de julio de 1979, enmendada, Ley de Retribución Uniforme."

10.     El 22 de julio de 1991, el Director de OCAP, Enrique A. Rosa López, emitió el Memorando 3-91 dirigido a: Señores Secretarios de Gobierno y Jefes de Agencias-Administración Central sobre: "Decimoquinta Asignación de Clases al Servicio de Carrera de la Administración Central, a las Escalas de Sueldo Establecidas en la Ley Núm. 89 de 12 de julio de 1979, enmendada, Ley de Retribución Uniforme."

11.     **El 1 abril de 1991 aumentó el salario mínimo a $3.70 hr.** equivalente a $602.00 mensual para una jornada de 37.5 horas semanales. Al entrar en vigor dicho salario mínimo federal, se ajustó al salario mínimo a todo aquel empleado que devengara salario menor. Se ajustaron los salarios de los empleados asignados a las primeras 13 escalas del Plan de Retribución al mismo salario que recibió el conserje y el trabajador.

12.     Mediante Boletín Administrativo Número OE-1991-47, se autorizó la conversión del Departamento de Servicios Sociales (hoy Departamento de la Familia) en administrador individual, de conformidad con la extinta Ley Núm. 5 del 14 de octubre de 1975, según enmendada, "Ley de Personal del Servicio Puerto Rico", aunque continuo rigiéndose por los Planes de Clasificación y Retribución de la Administración Central.

13.     **El 1 abril de 1992 aumentó el salario mínimo a $3.90 hr.** equivalente a $634.00 mensual para una jornada de 37.5 horas semanales.  Al entrar en vigor dicho salario mínimo federal, se ajustó al salario mínimo a todo aquel empleado que devengara salario menor. Se ajustaron los salarios de los empleados asignados a las primeras 15 escalas del Plan de Retribución al mismo salario que recibió el conserje y trabajador.

14.     **El 1 abril de 1993  aumentó el salario mínimo a $4.05 hr.** equivalente a $ 659.00  para una jornada de 37.5 horas semanales. Al entrar en vigor dicho salario mínimo federal, se ajustó al salario mínimo a todo aquel empleado que devengara salario menor. Se ajustaron los salarios de los empleados asignados a las primeras 16 escalas del Plan de Retribución al mismo salario que recibió el conserje y trabajador.

15.     El 1 de julio de 1993 el Director de la OCAP, Oscar L. Ramos Meléndez, emitió el Memorando Especial Núm. 26-93 dirigido a: Señores Secretarios de Gobierno, Jefes de Agencias, Directores de Corporaciones Públicas, Alcaldes  y Presidentes de Asambleas Municipales-Sistema de Personal y Agencias Excluidas de la Ley de Personal del Servicio Públicosobre: "Preparación de Planes de

2

**106**

Clasificación y Retribución, Reglamentos de Personal y Otros Instrumentos para la Administración de Recursos Humanos en el Servicio Público."

16.    **El 1 abril de 1994 aumentó el salario mínimo a $4.25 hr**. equivalente a $ 691.00 mensual para una jornada de 37.5 horas semanales. Al entrar en vigor dicho salario mínimo federal, se ajustó al salario mínimo a todo aquel empleado que devengara salario menor.  Se ajustaron los salarios de los empleados asignados a las primeras 17 escalas del Plan de Retribución al mismo salario que recibió el conserje y trabajador.

17.    El 3 junio de 1994, el Director de OCAP, Sr. Oscar L. Ramos Meléndez, emitió el Memorando Núm. 5-94 dirigido a los Señores Jefes de las Agencias Administradores Individuales del Sistema de Personal sobre: "Asignación de las Clases de Puestos a las Escalas de Retribución Efectivo al Comienzo de Cada Año Fiscal; Actualización de las Estructuras Retributivas; Salario Mínimo Federal."

18.    Los Planes de Clasificación de Puestos y Retribución para el Servicio de Carrera del Departamento de la Familia fueron adoptados en junio de 1996 con efectividad el 1 de marzo de 1996. El salario básico de la primera escala era $780.00 mensual para una jornada de 37.5 hrs. semanal. El salario mínimo federal vigente a la fecha de la implantación era de $691.00 mensual para una jornada de 37.5 hrs. semanal.

19.    Posterior a la implantación del Plan de Clasificación y Retribución con efectividad el 1 de marzo de 1996, el Departamento de la Familia no desarrolló nuevos Planes de Clasificación de Puestos del Servicio de Carrera, ni Planes de Retribución.

20.    El Plan de Retribución adoptado al 1 de marzo de 1996, estableció 23 escalas y 8 tipos retributivos salariales para cubrir 211 clases de puestos.  Este plan fue elaborado por el Departamento, con la colaboración y aprobación final de la Oficina Central de Administración de Personal, (OCAP) y el salario base del plan es $780.00 mensual para una jornada de 37.5 hrs. semanal.

21.    Previo a la implantación de los Planes de Clasificación y Retribución en junio de 1996, estaban por debajo del salario mínimo las primeras 17 escalas salariales, las cuales recibían el mismo salario mínimo que el conserje y el trabajador.

22.    Efectivo al 1 de octubre de 1996 el salario mínimo federal aumenta a $4.75 hr.  equivalente a $772.00 mensual para una jornada semanal de 37.5 horas y $823.00 mensual para una jornada semanal de 40 hrs.

**107**

23. El Departamento de la Familia ha mantenido sin cambios hasta el presente el Plan de Retribución que adoptó en el 1996, aun cuando el salario mínimo volvió a aumentar.

24. **El 1 septiembre de 1997 el salario mínimo aumentó a $5.15 hr.** equivalente a $837.00 mensual para una jornada de 37.5 horas semanales. Al entrar en vigor dicho salario mínimo federal, se ajustó al salario mínimo a todo aquel empleado que devengara salario menor. Se ajustaron los salarios de los empleados asignados a las escalas 1 y 2 del Plan de Retribución de 1996, al mismo salario que recibió el conserje y trabajador.

25. **El 1 sept de 2000, a todo empleado del sector público aumentó el salario mínimo a $5.80 hr.** equivalente a $ 943.00 mensual para una jornada de 37.5 hrs semanales. y $1,005.00 mensual para jornada de 40 hrs. semanales conforme a las disposiciones de la Ley Núm. 320 de 2 de septiembre de 2000. Al entrar en vigor dicho salario mínimo federal, se ajustó al salario mínimo a todo aquel empleado que devengara salario menor. Se ajustaron los salarios de los empleados asignados a las primeras 5 escalas del Plan de Retribución de 1996, al mismo salario que recibió el conserje y trabajador.

26. **El 24 julio de 2007 el salario mínimo aumentó a $5.85 hr.** equivalente a $951.00 mensual para una jornada de 37.5 hrs. semanales. Al entrar en vigor dicho salario mínimo federal, se ajustó salario mínimo a todo aquel empleado que devengara salario menor. Se ajustaron los salarios de los empleados asignados a las primeras 5 escalas del Plan de Retribución de 1996 al mismo salario que recibió el conserje y trabajador.

27. **El 24 julio de 2008 el salario mínimo aumentó a $6.55 hr.** equivalente a $1,064.00 mensual para una jornada de 37.5 hrs. semanales. Al entrar en vigor dicho salario mínimo federal, se ajustó al salario mínimo a todo aquel empleado que devengara salario menor. Se ajustaron los salarios de los empleados asignados a las primeras 7 escalas del Plan de Retribución de 1996 al mismo salario que recibió el conserje y trabajador.

28 El sueldo básico de cada escala de salarios en el Plan de Retribución de 1996 ha prevalecido inalterado desde el año 1996 al presente.

**PARTE II. ESTIPULACIONES DE HECHOS SOBRE LOS CUALES NO EXISTE CONTROVERSIA –ADMINISTRACIÓN DE INSTITUCIONES JUVENILES**

29. La Administración de Instituciones Juveniles, antes de advenir administrador individual, efectivo el 5 de agosto de 1988, era parte integrante y estaba adscrita al Departamento de Servicios Sociales, hoy Departamento de la Familia, como Secretaría Auxiliar de Centros de Tratamiento Social.

**108**

30.     La Administración de Instituciones Juveniles se creó en virtud de La Ley Núm. 154 del 5 de agosto de 1988, según enmendada, conocida como La "Ley Orgánica de la Administración de Instituciones Juveniles". La misma se constituyó como Administrador Individual, para fines de la Ley 5 del 14 de octubre de 1975, según enmendada.

31.     A la fecha en que entra en aplicación el salario mínimo, o sea, al 15 de abril de 1986 y hasta febrero de 1994, la Administración de Instituciones Juveniles se regía por el mismo Plan de Clasificación de Puestos y Plan de Retribución que regía al Departamento de Servicios Sociales, hoy Departamento de la Familia, entiéndase Plan administrado por OCAP. Los ajustes de sueldo para la implantación del Salario Mínimo en la Administración de Instituciones Juveniles se realizaron de la misma forma que en el Departamento de la Familia, según descrito en los incisos 5, 8, 11, 13, y 14.

32.     La Administración de Instituciones Juveniles adoptó su primer Plan de Clasificación y Retribución efectivo el 1 de marzo de 1994. Dicho Plan se desarrolló a base de 21 escalas y un sueldo básico de $691.00 mensual para una jornada de 37.5 hrs. semanales y $737.00 mensual para una jornada de 40 hrs semanales.

33.     El Plan de Retribución de Administración de Instituciones Juveniles cumplió con el salario mínimo entre 1 de abril de 1994 hasta el 30 de septiembre de 1996.

34.     **El salario mínimo volvió a aumentar al 1 de octubre de 1996 a $4.75 hr.** que es equivalente a $772.00 mensual para una jornada de 37.5 hrs. semanales y $823.00 mensual para una jornada semanal de 40 hrs. Al entrar en vigor el salario mínimo federal, se ajustó al salario mínimo a todo aquel empleado que devengara salario menor.  Se ajustaron los salarios de los empleados asignados a las primeras 3 escalas al mismo salario que recibió el conserje y trabajador.

35.     **El salario mínimo aumentó el 1 de septiembre de 1997 a $5.15 hr.** equivalente a $837.00 mensual para una jornada de 37.5 hrs. semanales y $893.00 mensual para una jornada semanal de 40 hrs. Al entrar en vigor el salario mínimo federal se ajustó al salario mínimo a todo aquel empleado que devengara salario menor.  Se ajustaron los salarios de los empleados asignados a las primeras 5 escalas, al mismo salario que recibió el conserje y trabajador.

36.     La Administración de Instituciones Juveniles adoptó otro nuevo Plan de Clasificación y Retribución efectivo el 1 de junio de 1999 con 22 números de escalas salariales desarrollado a base de un salario básico de $925.00 mensual para 37.5 hrs. y $986.00 mensual para una jornada de 40 hrs. semanales.

**109**

37.     **El 1 de septiembre de 2000, el salario mínimo aumentó a  $5.80 hr.** equivalente a $943.00 mensual para una jornada de 37.5 hrs. semanales y $1,005.00 mensual para una jornada semanal de 40 hrs.

38.     La Ley 320 del 2 de septiembre de 2000 ordenó al Secretario del Trabajo y Recursos Humanos a fijar el salario mínimo a pagarse a todo empleado en el sector público, excepto el de los empleados municipales, en una cantidad igual al salario mínimo federal o en $5.80 por hora, lo que resulte mayor; y asignar fondos, equivalente a $943.00 mensual para una jornada de 37.5 hrs. semanales y $1,005.00 mensual para una jornada semanal de 40hrs. semanales.  El Secretario del Trabajo y Recursos Humanos informó a los jefes de agencias que el nuevo salario mínimo para empleados públicos es de $5.80 por hora, efectivo el 1ro de julio de 2001.

39.     La Administración de Instituciones Juveniles no ha adoptado un nuevo Plan de Retribución desde el 1ro de junio de 1999.

**PARTE III.    ESTIPULACIONES  DE  HECHOS  SOBRE  LOS  CUALES  NO  EXISTE CONTROVERSIA–ADMINISTRACIÓN DE REHABILITACION VOCACIONAL**

40.     La Administración de Rehabilitación Vocacional se constituyó Administrador Individual el 28 de julio de 1995.

41.     La Administración de Rehabilitación Vocacional, antes de advenir como administrador individual, era parte integrante y estaba adscrito al Departamento de Servicios Sociales (hoy Departamento de la Familia).



42.     La Administración de Rehabilitación Vocacional se regía por el mismo Plan de Clasificación de Puestos y Plan de Retribución que regía  al  Departamento de Servicios Sociales (hoy Departamento de la Familia), entiéndase el Plan administrado por OCAP. Los ajustes de sueldo para la implantación del Salario Mínimo en la Administración de Rehabilitación Vocacional se realizaron de la misma forma que en el Departamento de Familia, según descrito en los 5, 8, 11, 13, 14, 16, 22, 24, 25, 26 y 27.

43.     El 1 de agosto de 2004,  la Administración de Rehabilitación Vocacional implantó su propio Plan de Puestos y Compensación, Servicio de Carrera/Unionado, Servicio de Carrera/Gerencial y Servicio de Confianza.  El salario básico de la primera escala para el servicio de carrera gerencial era $1,500 y para el servicio de carrera unionado era $950.00.  El salario mínimo federal vigente a la fecha de la implantación era de $943.00 mensual.

44.     A partir de la implantación del Plan de 2004, la Administración de Rehabilitación Vocacional no ha desarrollado nuevos Planes de Clasificación de Puestos y de Retribución. Tampoco se han efectuado revisiones periódicas al Plan de Retribución.

7

**110**

**PARTE IV.   PRUEBA DOCUMENTAL ESTIPULADA**

**EXHIBIT 1   [LISTADO DEMANDANTES]** Según se hace referencia en el acápite núm.1 de las Estipulaciones de Hechos Sobre los Cuales No Existe Controversia. [No obstante se aclara que al haberse extendido la Ley 70 hasta el 31 octubre de 2012, el número final de demandantes pudiera variar, a los fines de excluir de la demanda aquellos empleados que se acogieron al programa de renuncias o retiro incentivado  bajo dicha  ley]. [Se está depurando lista de 22 empleados sin identificar para desestimar sin perjuicio y/o permanecer a listado].

**EXHIBIT 2.**   Resumen parcial de relación de clases de Puestos con indicación del número y la escala de sueldo a la que corresponden como resultado de la Decimoquinta Asignación de Clases del Servicio de Carrera de la Administración Central, a las Escalas de Sueldos Establecidas en la Ley Núm. 89 de 12 de julio de 1979, enmendada, Ley de Retribución Uniforme; con vigencia a partir del 1ro de julio de 1991.

**EXHIBIT 3**   Escalas de Sueldos Mensuales Que Regirán en el Departamento de la Familia a Partir del 1 de marzo de 1996. (1 folio).

**EXHIBIT 4**   Segunda Asignación ·de las Clases del Servicio de Carrera del Departamento de la Familia, a las Escalas de Sueldos Establecidas en virtud de la Ley 89 de 12 de julio de 1979, Enmendada, Ley de Retribución Uniforme efectivo a 1 de julio de 1996. (14 folios)

**PARTE V. SE ESTIPULAN LOS SIGUIENTES DOCUMENTOS EN CUANTO A SU AUTENTICIDAD NO ASÍ EN CUANTO A SU CONTENIDO O RELEVANCIA. NO SE RENUNCIAN OBJECIONES SEGÚN PROCEDA EN DERECHO.**

**EXHIBIT 1**   Memorando  de fecha de 20 de noviembre de 1985 emitido por el Director de la OCAP, Lcdo. Guillermo Mojica Maldonado, sobre: "Aumento de sueldo a los Empleados Públicos" dirigido al entonces Gobernador de Puerto Rico, Hon. Rafael Hernández Colón.

**EXHIBIT 2**   Memorando 5-86  de fecha de 23 de abril de 1986 emitido por OCAP, Lcdo. Guillermo Mojica Maldonado dirigido a Señores Secretarios de Gobierno; Jefes de Agencia y Alcaldes-Sistema de Personal, Asunto: Aplicabilidad del Salario Mínimo Federal a los Empleados Públicos.

**EXHIBIT 3**   Memorando 3-86  de fecha de 30 de junio de 1986 emitido por el Director de OCAP, Lcdo. Guillermo Mojica Maldonado, dirigido a: Señores Secretarios de Gobierno y Jefes de Agencia-Administración Central.  Asunto: "Décima Asignación de Clases del Servicio de Carrera de la Administración Central a las escalas de sueldos establecidas en Ley 89 del 12 de julio de 1979, enmendada, Ley de Retribución Uniforme."

**EXHIBIT 4**   Memorando 2-90 de fecha de 30 de junio de 1990 emitido por el Director de OCAP, Enrique A. Rosa López, dirigido a: Señores Secretarios de gobierno y Jefes de agencia-Administración Central sobre: "Decimocuarta Asignación de Clases al Servicio de Carrera de la Administración Central a las Escalas de Sueldo Establecidas en la Ley 89 de 12 de julio de 1979, enmendada, Ley de Retribución Uniforme."

**EXHIBIT 5**   Memorando 3-91 de fecha de 22 de julio de 1991 emitido por el Director de OCAP, Enrique A. Rosa López, dirigido a: Señores Secretarios de Gobierno y Jefes de Agencias-Administración Central sobre: "Decimoquinta Asignación de Clases al Servicio de Carrera de la Administración Central, a las Escalas de Sueldo Establecidas en la Ley Núm. 89 de 12 de julio· de 1979, enmendada, Ley de Retribución Uniforme."

**EXHIBIT 6**   Memorando Especial 26-93 de fecha de 1 de julio de 1993 emitido por el el Director de la OCAP, Oscar L. Ramos Meléndez, dirigido a: Señores Secretarios de Gobierno, Jefes de Agencias, Directores de Corporaciones Públicas, Alcaldes  y Presidentes de Asambleas Municipales-Sistema de Personal y Agencias Excluidas de la Ley de Personal del Servicio Público sobre: "Preparación de Planes de Clasificación y Retribución, Reglamentos de Personal y Otros Instrumentos para la Administración de  Recursos Humanos en el Servicio Público."

**EXHIBIT 7**   Memorando 5-94 de fecha de 3 junio de 1994 emitido por el Director de OCAP, Sr. Oscar L. Ramos Meléndez, dirigido a los Señores Jefes de las Agencias Administradores Individuales del Sistema de Personal sobre: "Asignación de las Clases de Puestos a las Escalas de Retribución

**111**

Efectivo al Comienzo de Cada Año Fiscal; Actualización de las Estructuras Retributivas; Salario Mínimo Federal."

**EXHIBIT 8**      Memorando 8-97 de fecha de 9 de junio de 1997 emitido por la Directora de OCAP, Lcda. Aura L. González Ríos, dirigido a Jefes de los Administradores Individuales del Sistema de Personal sobre: "Enmiendas a la Guía de Clasificación de Funciones y a las Escalas de Paga del Reglamento para el Empleo de Personal Irregular".

**EXHIBIT 9**      Especificaciones para Conserje I- Plan de Clasificación y Retribución del Departamento de la Familia implantada el 1 de marzo de 1996.

**EXHIBIT 10**     Especificaciones para Conserje II- Plan de Clasificación y Retribución del Departamento de la Familia implantada el 1 de marzo de 1996.

**EXHIBIT 11**     Especificaciones para Asistente de Servicios Sociales- Plan de Clasificación y Retribución de la Oficina Central de Administración (OCAP).

**EXHIBIT 12**     Especificaciones para Asistente de Servicios- Plan de Clasificación y Retribución del Departamento de la Familia implantada el 1 de marzo de 1996.

**EXHIBIT 13**     Especificaciones para Auxiliar Fiscal II- Plan de Clasificación y Retribución del Departamento de la Familia implantada el 1 de marzo de 1996.

**EXHIBIT 14**     Especificaciones para Oficinista IV- Plan de Clasificación y Retribución de la Oficina Central de Administración (OCAP).

**EXHIBIT 15**     Especificaciones para Técnico de Servicios a la Familia I- Plan de Clasificación y Retribución del Departamento de la Familia implantada el 1 de marzo de 1996.

**EXHIBIT 16**     Departamento de la Familia-Lista de Asignación de Clases de Puestos a las Escalas de Salarios-Servicio de Carrera de 1996.  (7 folios).

**EXHIBIT 17**     Reglamento de Retribución Uniforme. Ley 89 de 12 de junio de 1979 (Enmendada).

**EXHIBIT 18**     Sentencia Enmendada Caso Nilda A. Agosto Maldonado, et. al. vs. Estado Libre Asociado de Puerto Rico, Departamento de la Familia, et al. KPE2005-0608.

**EXHIBIT 19**     Demanda Carmen Socorro Cruz Hernández, et. al. vs. Estado Libre Asociado de Puerto Rico, et al. KAC1991-0665.

**EXHIBIT 20**     Sentencia Parcial con escalas Carmen Socorro Cruz Hernández, et. al. vs. Estado Libre Asociado de Puerto Rico, et al. KAC1991-0665.

**EXHIBIT 21**     Sentencia Enmendada Carmen Socorro Cruz Hernández, et. al. vs. Estado Libre Asociado de Puerto Rico, et al. KAC1991-0665.

**PARTE VI.      PRUEBA DOCUMENTAL**

**Parte Demandante**

**EXHIBIT 1**      a.      Información General sobre el Desarrollo, Implantación y Administración de los Planes de Clasificación y Retribución del Servicio de Carrera de la Administración de Instituciones Juveniles  **b.**     Primera Asignación de Clases de Puestos Comprendidos dentro del Plan de Clasificación adoptado para el Servicio de Carrera de la AIJ de conformidad a la sección 4.2 de la Ley 5 de 14 de octubre de 1975, según enmendada, Ley de Personal del Servicio Público, efectiva a 1 de marzo de 1994. **c.**     Agrupación de Clases por Escalas de Salario.

**EXHIBIT 2**      Segunda Asignación de Clases de Puestos comprendidas dentro del Plan de Clasificación adoptado para el Servicio de Carrera de la AIJ efectivo a 1 de junio de 1999 y Normas establecidas para Implantar el Aumento del Plan de Retribución para el Servicio de Carrera para la AIJ de fecha 28 de diciembre de 1998.

**112**

**EXHIBIT 3**      Escalas Salariales adoptadas por las 37.5 horas y 40 horas para el Servicio de Carrera a ser efectivas en las siguientes fechas:

     a.    1 de octubre de 1996;

     b.    1 de septiembre de 1997;

     c.    1 de julio de 2001 (fecha correcta debe ser 1 de septiembre 2000);

     d.    24 de julio de 2007;

     e.    24 de julio de 2008.

**EXHIBIT 4**      Duodécima Asignación de las Clases de Puestos comprendidas dentro del Plan de Clasificación adoptado para el Servicio de Carrera de la AIJ efectivo al 16 de agosto de 2008.

**EXHIBIT 5**      Especificaciones para Conserje I- Plan de Clasificación y Retribución de la Oficina Central de Administración (OCAP).

**EXHIBIT 6**      Especificaciones para Trabajador/a I- Plan de Clasificación y Retribución del Departamento de la Familia implantada el 1 de marzo de 1996.

**EXHIBIT 7**      Especificaciones para Oficinista IV - Plan de Clasificación y Retribución del Departamento de la Familia implantada el 1 de marzo de 1996.

Nos reservamos el derecho a presentar cualquier otra prueba documental.

**Parte Demandada**

No se ha identificado a este momento; no obstante nos reservamos el derecho a presentar prueba documental.

**CONTROVERSIAS DE DERECHO A SER ADJUDICADAS -**

**PARTE DEMANDANTE**

1.      Determinar si la parte demandada violó los Arts. 2 y 9 y la sec. 4 del Reglamento de Retribución Uniforme del 1984 y le ocultó y/o les tergiversó a los demandantes los derechos que tenían con el fin de no pagarles el salario que por ley les correspondía, a base de las normas de retribución y estatutos aplicables a éstos y en conformidad a la jerarquía y complejidad de sus puestos, bajo un sistema de escalas actualizado.

2.      Determinar si como cuestión de derecho aplica al presente caso lo resuelto en <u>SANTIAGO DECLET V DEPARTAMENTO DE LA FAMILIA</u>, 153 D.P.R. 208 (2001), en vista de que en los casos de <u>Juan Pérez Colón y otros v DTOP</u>, Civil núm. KAC-90-487(905) y <u>Carmen Socorro Cruz Hernández vs. Departamento de la Familia</u>, KAC 91-0665, <u>Nilda Agosto Maldonado y otros vs. ELA</u>, CIVIL NO. KPE 2005 0608 (907), empleados similarmente situados a los demandantes impugnaron con éxito el Plan de Retribución de la Administración Central y agencias demandadas, por haber advenido inoperante el plan de retribución de los puestos de los aquí demandantes a las nuevos planes de retribución adoptados en febrero de 2005, al hacerse los mismos extensivos, en los mismos términos, a todos los empleados ubicados en la misma situación que la de aquellos que prevalecieron en su impugnación. Además, porque del texto de la propia Ley de Retribución Uniforme establece la obligación ministerial de mantener actualizada la estructura salarial de la Administración Central y administradores Individuales, para hacer cumplir el principio de igual paga por igual trabajo.

3.      Determinar si los demandados violaron las garantías constitucionales del debido proceso de ley cuando, unilateralmente y sin notificación previa, en violación de la Ley de Retribución Uniforme y su Reglamento implantaron un Memorando de ajuste 5-86 afectando de forma ilegal y quebrantando el contrato de empleo existente entre las partes.

4.      Determinar, bajo los mismos hechos operacionales, si la parte demandada obtuvo un enriquecimiento injusto al negarse a utilizar la alternativa menos onerosa provista bajo la ley 5 del 20 de noviembre de 1975 de reducción de jornada diaria y que tenía disponible para cumplir con el salario mínimo y de haberse incurrido en alguna violación de las anteriores, determinar el monto de los salarios ilegalmente retenidos a cada demandante.

**113**

5. Determinar si es cosa juzgada las controversias anteriores, a la luz de lo resuelto en el caso de Carme Socorro Cruz, supra, y de la nulidad de la directriz emitida por OCAP en el Memorando General 5- 86 del 23 de abril de 1986 para la implantación del salario mínimo, por estar la misma en abierta contravención de la Ley y reglamentos de retribución uniforme.

6. Determinar si la parte demandada violó los diversos estatutos especiales relacionados con los aumentos generales otorgados a los empleados demandantes y/o menoscabó los mismos, al efectuar ajustes salariales en contravención a las disposiciones expresas de las leyes que confieren dichos aumentos generales y donde se establece que los mismos constituyen bonificaciones separadas e independientes de las escalas salariales y de ser afirmativa la respuesta, determinar el monto de los salarios ilegalmente retenidos.

**PARTE DEMANDADA:**

1. Si al amparo de la Ley de Retribución Uniforme existía o no un deber ministerial del Estado, o en su defecto los administradores individuales, de enmendar periódicamente sus escalas retributivas para conformarlas a los aumentos en el salario mínimo federal que se hizo extensivo al sector público; y si procede implantar retroactivamente unos nuevos planes de retribución permitiendo una reclamación para el cobro retroactivo e ilimitado de los salarios así determinados.

2. Si al amparo de la Ley de Retribución Uniforme se establece un periodo específico para la aprobación de los planes de retribución, o si se requiere que se aprobaran nuevos planes o enmiendas a los mismos cada cierto tiempo.

3. Si al amparo de la Ley de Retribución Uniforme se le concedió discreción a los administradores individuales para aprobar los planes de retribución, según la situación fiscal de la agencia.

4. En la alternativa, si procediera el reclamo de la parte demandante al amparo de la Ley de Retribución Uniforme, lo cual negamos, aplican las normas sobre retroactividad dispuestas en el Art. 12 de la Ley Núm. 180 que limitan las reclamaciones de salarios de empleados a los tres (3) años anteriores al momento que se insta la reclamación.

RESPETUOSAMENTE SOMETIDO.

En San Juan, Puerto Rico, a _ de octubre de 2013.

LCDA. WANDYMAR BURGOS VARGAS
Abogada Parte Demandada
TSPR Núm. 9208
P.O. BOX 902019
San Juan, P. R. 00902.-0192
Tel. 787-721-2940 x 2647,2650,2606
Fax 787-723-9188
wburgos@justicia.pr.gov

LCDA. IVONNE GONZALEZ MORALES
Abogada Demandantes
TSPR Núm. 3725
P. O. BOX 9021828
San Juan, P.R. 00902-1828
TEL. 787- 724-5323
Fax 787 - 200-5927
ivonnegm@prw.net

LCDA. MILAGROS ACEVEDO COLON
Abogada Demandantes
Colegiada 9575, RUA 8334
2000 Ave. Felisa Rincón, Box 1405
San Juan, PR. 00926
Tel. 787-422-7622/Fax. 787-761-0058
maclegaljc@gmail.com

114

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE SAN JUAN

Exhibit 4-B



| | |
|---|---|
| FRANCISCO BELTRAN CINTRON, ET AL. | |
| Demandantes, | CASO NUM. K AC2009-0809 |
| v. | SOBRE: |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO, ET AL. | SENTENCIA DECLARATORIA |
| Demandados. | |

MOCION CONJUNTA SOMETIENDO ESTIPULACIONES
DE HECHOS SOBRE LOS CUALES NO EXISTE CONTROVERSIA, DOCUMENTOS
Y CONTROVERSIAS DE DERECHO A RESOLVER

**AL HONORABLE TRIBUNAL:-**

COMPARECEN las partes del epígrafe representadas por las respectivas abogadas que suscriben y muy respetuosamente ante este Honorable Tribunal, expresan lo siguiente:

**INTRODUCCIÓN:**

Los abogados suscribientes se reunieron en diversas ocasiones y acordaron las siguientes ESTIPULACIONES DE HECHOS SOBRE LOS CUALES NO EXISTE CONTROVERSIA y que se transcriben a continuación:

PARTE I.    ESTIPULACIONES DE HECHOS SOBRE LOS CUALES NO EXISTE CONTROVERSIA – DEPARTAMENTO DE LA FAMILIA

1.    La parte demandante está integrada por un grupo de 3721 empleados o ex empleados de carrera del Departamento de la Familia; 143 empleados de la Administración de Instituciones Juveniles y 693 empleados de la Administración de Rehabilitación Vocacional, para un total de 4548 personas, cuyos nombres se identifican por agencia según listado estipulado por los peritos de ambas partes. Nota de la parte demandante: [Al presente se continúa depurando lista de empleados, se solicita término de 60 días adicionales para informar números finales].

2.    El 20 de noviembre de 1985, previo a que entrara en vigor en Puerto Rico el salario mínimo federal, el Director de la OCAP, Lcdo. Guillermo Mojica Maldonado emite un Memorando sobre: "Aumento de sueldo a los Empleados Públicos" dirigido al entonces Gobernador de Puerto Rico, Hon. Rafael Hernández Colón.

3.    El 15 de abril de 1986, comenzó a regir en el Gobierno de Puerto Rico la Ley de Salario Mínimo Federal que establecía un salario mínimo de $3.35 por hora trabajada y que era equivalente a un sueldo de $545.00 mensual, para una jornada semanal de 37.5 hrs. y $581.00 mensual, para una jornada de 40 hrs. semanales.

4.    Al 15 de abril de 1986, el Departamento de Servicios Sociales, hoy Departamento de la Familia, figuraba como parte de las agencias comprendidas en la Administración Central, con un Plan de Retribución con 39 escalas salariales y estaba desarrollado a base de un sueldo básico de $442.00 mensual para una jornada semanal de 37.5 hrs. De éstas, las primeras 9 escalas recibían sueldos por debajo del salario mínimo federal que entró en vigor.

TS 315

5. Al entrar en vigor el Salario Mínimo Federal, el 15 de abril de 1996, el Departamento de Servicios Sociales, hoy Departamento de la Familia, ajustó los salarios de todos los empleados asignados a las primeras 9 escalas del Plan de Retribución, al mismo salario de $3.35 por hora, equivalente a un sueldo básico de $545.00 mensual para una jornada de 37.5 hrs. semanal.

6. El 23 de abril de 1996, el Director de OCAP, Lcdo. Guillermo López Maldonado, emitió el Memorando General Núm. 5-96 dirigido a Señores Secretarios de Gobierno, Jefes de Agencia y Alcaldes-Sistema de Personal, Asunto: "Aplicabilidad del Salario Mínimo Federal a los Empleados Públicos".

7. El 30 de junio de 1996, el Director de OCAP, Lcdo. Guillermo López Maldonado, emitió el Memorando Núm. 3-96 dirigido a Señores Secretarios de Gobierno y Jefes de Agencia- Administración Central, Asunto: "Décima Asignación de Clases del Servicio de Carrera de la Administración Central a las escalas de sueldos establecidas en Ley 89 de 12 de julio de 1979, enmendada, Ley de Retribución Uniforme."

8. Al entrar en vigor el Salario Mínimo Federal, el 1 abril de 1990, el Departamento de Servicios Sociales, hoy Departamento de la Familia, ajustó los salarios de todos los empleados asignados a las primeras 11 escalas del Plan de Retribución, al mismo salario de $3.55 por hora, equivalente a un sueldo básico de $577.00 mensual para una jornada de 37.5 hrs. semanal.

9. El 30 de junio de 1990, el Director de OCAP, Enrique A. Rosa López, emitió el Memorando 2-90 dirigido a Señores Secretarios de gobierno y Jefes de agencia-Administración Central sobre: "Décimocuarta Asignación de Clases al Servicio de Carrera de la Administración Central a las Escalas de Sueldo Establecidas en Ley 89 de 12 de julio de 1979, enmendada, Ley de Retribución Uniforme."

10. El 22 de junio de 1991, el Director de OCAP, Enrique A. Rosa López, emitió el Memorando 3-91 dirigido a Señores Secretarios de Gobierno y Jefes de Agencia-Administración Central sobre: "Décimoquinta Asignación de Clases al Servicio de Carrera de la Administración Central, a las Escalas de Sueldo Establecidas en la Ley 89 de 12 de julio de 1979, enmendada, Ley de Retribución Uniforme."

11. Al entrar en vigor dicho salario mínimo federal, el 1 abril de 1991 se ajustaron los salarios de todos los empleados asignados a las primeras 13 escalas del Plan de Retribución al mismo salario de $3.70 por hora, equivalente a un sueldo básico de $601.00 mensual para una jornada de 37.5 hrs. semanal.

12. Mediante Boletín Administrativo Número OE-1991-47, se autorizó la conversión del Departamento de Servicios Sociales (hoy Departamento de la Familia) en administrador individual, de conformidad con la extinta Ley Núm. 5 del 14 de octubre de 1975, según enmendada, "Ley de Personal del Servicio Público Puerto Rico", aunque continuo rigiéndose por los Planes de Clasificación y Retribución de la Administración Central.

13. Al entrar en vigor dicho salario mínimo federal, el 1 abril de 1992 se ajustó al salario mínimo los salarios de todos los empleados asignados a las primeras 15 escalas del Plan de Retribución al mismo salario de $3.80 hr. equivalente a $634.00 mensual para una jornada de 37.5 horas semanales.

14. Al entrar en vigor dicho Salario Mínimo Federal el 1 de abril de 1993, se ajustó al salario mínimo los salarios de los empleados asignados a las primeras 16 escalas del Plan de Retribución al mismo salario de $4.05 hr. equivalente a $669.00 para una jornada de 37.5 horas semanales.

15. El 1 de julio de 1993 el Director de la OCAP, Oscar L. Ramos Meléndez, emitió el Memorando Especial Núm. 25-93 dirigido a Señores Secretarios de Gobierno, Jefes de Agencias, Directores de Corporaciones Públicas, Alcaldes, y Presidentes de Asambleas Municipales-Sistema de Personal y Agencias Excluidas de la Ley de Personal del Servicio Público sobre: "Preparación de Planes de Clasificación y Retribución, Reglamentos de Personal y Otros Instrumentos para la Administración de Recursos Humanos en el Servicio Público."

16. Al entrar en vigor el Salario Mínimo Federal, el 1 abril de 1994 se ajustó el salario mínimo de todos los empleados asignados a las primeras 17 escalas del Plan de Retribución al salario mínimo a $4.25 hr, expediente a $ 691.00 mensual para una jornada de 37.5 horas semanales.

17. El 3 junio de 1994, el Director de OCAP, Sr. Oscar L Ramos Meléndez, emitió el Memorandó Núm. 5-94 dirigido a los Señores Jefes de las Agencias Administradoras Individuales del Sistema de Personal sobre "Asignación de las Clases de Puestos a las Escalas de Retribución Efectivo al Comienzo de Cada Año Fiscal; Autorización de las Estructuras Retributivas; Salario Mínimo Federal."

18. Los Planes de Clasificación de Puestos y Retribución para el Servicio de Carrera del Departamento de la Familia fueron adoptados en junio de 1995 con efectividad el 1 de marzo de 1996. El salario básico de la primera escala era $700.00 mensual para una jornada de 37.5 hrs. semanal. El salario mínimo federal vigente a la fecha de la implantación era de $891.00 mensual para una jornada de 37.5 hrs. semanal.

19. Posterior a la implantación del Plan de Clasificación y Retribución con efectividad el 1 de marzo de 1996, el Departamento de la Familia no desarrolló nuevos Planes de Clasificación de Puesto del Servicio de Carrera, ni Planes de Retribución.

20. El Plan de Retribución adoptado al 1 de marzo de 1996, establecía 23 escalas y 8 tipos retributivos salariales para cubrir 211 clases de puesto. Este plan fue elaborado por el Departamento, con la colaboración y aprobación fiscal de la Oficina Central de Administración de Personal, (OCAP) y el salario base del plan es $700.00 mensual para una jornada de 37.5 hrs. semanal.

21. Previo a la implantación de los Planes de Clasificación y Retribución en junio de 1995, estaban por debajo del salario mínimo los primeros 17 escalas salariales, las cuales recibían el mismo salario mínimo que el congreja y el trabajador.

22. Efectivo al 1 de octubre de 1996 el salario mínimo federal aumenta a $4.75 hr, expediente a $772.00 mensual para una jornada semanal de 37.5 horas y $823.00 mensual para una jornada semanal de 40 hrs.

23. El Departamento de la Familia ha mantenido sin cambios hasta el presente el Plan de Retribución que adoptó en el 1996, aun cuando el salario mínimo subió a aumentar.

24. Al entrar en vigor dicho Salario Mínimo Federal, el 1 de septiembre de 1997, se ajustó el salario mínimo de todos los empleados asignados a las escalas 1 y 2 del Plan de Retribución de 1996, al salario mínimo de $5.15 hr, expediente a $837.00 mensual para una jornada de 37.5 horas semanales.

25. El 1 sept de 2000, a todo empleado del sector público aumentó el salario mínimo. Al entrar en vigor dicho Salario Mínimo Federal, se ajustaron los salarios de los empleados asignados a las primeras 5 escalas del Plan de Retribución de 1996, a $5.80 hr, equivalente a $ 943.00 mensual para una jornada de 37.5 hrs semanales, y $1,005.00 mensual para jornada de 40 hrs. semanales conforme a las disposiciones de la Ley Núm. 320 de 2 de septiembre de 2000.

26. Al entrar en vigor el salario mínimo federal, el 24 julio de 2007 se ajustaron los salarios de los empleados asignados a las primeras 5 escalas del Plan de Retribución de 1996 al salario mínimo de $5.85 hr, expediente a $951.00 mensual para una jornada de 37.5 hrs. semanales.

27. Al entrar en vigor el Salario Mínimo Federal, el 24 de julio de 2008, se ajustaron los salarios de los empleados asignados a las primeras 7 escalas del Plan de Retribución de 1996, al salario mínimo de $6.55 hr, expediente a $1,064.00 mensual para una jornada de 37.5 hrs. semanales.

28. El sueldo básico de cada escala de salarios en el Plan de Retribución de 1996 ha prevalecido inalterado desde el año 1996 al presente.

**PARTE III.    ESTIPULACIONES DE HECHOS SOBRE LOS CUALES NO EXISTE CONTROVERSIA -
ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL**

40.    La Administración de Rehabilitación Vocacional se constituyó Administrador Individual el 28 de julio de
1995.

41.    La Administración de Rehabilitación Vocacional, antes de advenir como administrador individual, era
parte integrante y estaba adscrito al Departamento de Servicios Sociales (hoy Departamento de la Familia).

42.    La Administración de Rehabilitación Vocacional se regía por el mismo Plan de Clasificación de
Puestos y Plan de Retribución que regía  al  Departamento de Servicios Sociales (hoy Departamento de la
Familia), entiéndase el Plan administrado por OCAP. Los ajustes de sueldo para la implantación del Salario
Mínimo en la Administración de Rehabilitación Vocacional se realizaron de la misma forma que en el
Departamento de Familia, según descrito en los 5, 8, 11, 13, 14, 16, 22, 24, 25, 26 y 27.

43.    El 1 de agosto de 2004,  la Administración de Rehabilitación Vocacional implantó su propio Plan de
Puestos y Compensación, Servicio de Carrera/Unionado, Servicio de Carrera/Gerencial y Servicio de
Confianza. El salario básico de la primera escala para el servicio de carrera gerencial era $1,500 y para el
servicio de carrera unionado era $950.00.  El salario mínimo federal vigente a la fecha de la implantación era
de $943.00 mensual.

44.    A partir de la implantación del Plan de 2004, la Administración de Rehabilitación Vocacional no ha
desarrollado nuevos Planes de Clasificación de Puestos y de Retribución.   Tampoco se han efectuado
revisiones periódicas al Plan de Retribución.

**PARTE IV.    PRUEBA DOCUMENTAL ESTIPULADA**

**EXHIBIT 1    [LISTADO DEMANDANTES]** Según se hace referencia en el acápite núm.1 de las Estipulaciones
de Hechos Sobre los Cuales No Existe Controversia. [No obstante se aclara que al haberse extendido la Ley
70 hasta el 31 octubre de 2012, el número final de demandantes podería variar, a los fines de excluir de la
demanda aquellos empleados que se acogieron al programa de renuncias o retiro incentivado  bajo dicha  ley].
[Se está depurando lista de empleados sin identificar para desestimar sin perjuicio y/o permanecer a listado].

**EXHIBIT 2    Resumen** parcial de relación de clases de Puestos con indicación del número y la escala de
sueldo a la que corresponden como resultado de la Decimoquinta Asignación de Clases del Servicio de
Carrera de la Administración Central, a las Escalas de Sueldos Establecidas en la Ley Núm. 89 de 12 de julio
de 1979, enmendada, Ley de Retribución Uniforme; con vigencia a partir del 1ro de julio de 1991.

**EXHIBIT 3    Escalas de Sueldos Mensuales Que Regirán** en el Departamento de la Familia a Partir del 1
de marzo de 1996. (1 folio).

**EXHIBIT 4    Segunda Asignación de las Clases del Servicio de Carrera del Departamento de la Familia,** a
las Escalas de Sueldos Establecidas en virtud de la Ley 89 de 12 de julio de 1979, Enmendada, Ley de
Retribución Uniforme efectivo a 1 de julio de 1996. (14 folios)

**PARTE V.  SE ESTIPULAN LOS SIGUIENTES DOCUMENTOS EN CUANTO A SU AUTENTICIDAD NO ASÍ
EN CUANTO A SU CONTENIDO O RELEVANCIA. NO SE RENUNCIAN OBJECIONES SEGÚN PROCEDA
EN DERECHO.**

**EXHIBIT 5** ˙   Memorando  de fecha de 20 de noviembre de 1985 emitido por el Director de la OCAP, Lcdo.
Guillermo Mojica Maldonado, sobre: **"Aumento de sueldo a los Empleados Públicos"** dirigido al entonces
Gobernador de Puerto Rico, Hon. Rafael Hernández Colón.

**EXHIBIT 6**    Memorando 5-86 de fecha de 23 de abril de 1986 emitido por el Director de OCAP, Lcdo. Guillermo Mojica Maldonado dirigido a Señores Secretarios de Gobierno; Jefes de Agencia y Alcaldes-Sistema de Personal, Asunto: Aplicabilidad del Salario Mínimo Federal a los Empleados Públicos.

**EXHIBIT 7**    Memorando 3-86 de fecha de 30 de junio de 1986 emitido por el Director de OCAP, Lcdo. Guillermo Mojica Maldonado, dirigido a: Señores Secretarios de Gobierno y Jefes de Agencia- Administración Central. Asunto: "Décima Asignación de Clases del Servicio de Carrera de la Administración Central a las escalas de sueldos establecidas en Ley 89 del 12 de julio de 1979, enmendada, Ley de Retribución Uniforme."

**EXHIBIT 8**    Memorando 2-90 de fecha de 30 de junio de 1990 emitido por el Director de OCAP, Enrique A. Rosa López, dirigido a: Señores Secretarios de gobierno y Jefes de agencia-Administración Central sobre: "Decimocuarta Asignación de Clases al Servicio de Carrera de la Administración Central a las Escalas de Sueldo Establecidas en la Ley 89 de 12 de julio de 1979, enmendada, Ley de Retribución Uniforme."

**EXHIBIT 9**    Memorando 3-91 de fecha de 22 de julio de 1991 emitido por el Director de OCAP, Enrique A. Rosa López, dirigido a: Señores Secretarios de Gobierno y Jefes de Agencias-Administración Central sobre: "Decimoquinta Asignación de Clases al Servicio de Carrera de la Administración Central, a las Escalas de Sueldo Establecidas en la Ley Núm. 89 de 12 de julio de 1979, enmendada, Ley de Retribución Uniforme."

**EXHIBIT 10**    Memorando Especial 26-93 de fecha de 1 de julio de 1993 emitido por el Director de la OCAP, Oscar L. Ramos Meléndez, dirigido a: Señores Secretarios de Gobierno, Jefes de Agencias, Directores de Corporaciones Públicas, Alcaldes  y Presidentes de Asambleas Municipales-Sistema de Personal y Agencias Excluidas de la Ley de Personal del Servicio Público sobre: "Preparación de Planes de Clasificación y Retribución, Reglamentos de Personal y Otros Instrumentos para la Administración de  Recursos Humanos en el Servicio Público."

**EXHIBIT 11**    Memorando 5-94 de fecha de 3 junio de 1994 emitido por el Director de OCAP, Sr. Oscar L. Ramos Meléndez, dirigido a los Señores Jefes de las Agencias Administradores Individuales del Sistema de Personal sobre: "Asignación de las Clases de Puestos a las Escalas de Retribución Efectivo al Comienzo de Cada Año Fiscal; Actualización de las Estructuras Retributivas; Salario Mínimo Federal."

**EXHIBIT 12**    Memorando 8-97 de fecha de 9 de junio de 1997 emitido por la Directora de OCAP, Lcda. Aura L. González Ríos, dirigido a Jefes de los Administradores Individuales del Sistema de Personal sobre: "Enmiendas a la Guía de Clasificación de Funciones y a las Escalas de Paga del Reglamento para el Empleo de Personal Irregular".

**EXHIBIT 13**    Especificaciones para Conserje I- Plan de Clasificación y Retribución del Departamento de la Familia implantada el 1 de marzo de 1996.



**EXHIBIT 14**    Especificaciones para Conserje II- Plan de Clasificación y Retribución del Departamento de la Familia implantada el 1 de marzo de 1996.

**EXHIBIT 15**    Especificaciones para Asistente de Servicios Sociales- Plan de Clasificación y Retribución de la Oficina Central de Administración (OCAP).

**EXHIBIT 16**    Especificaciones para Asistente de Servicios- Plan de Clasificación y Retribución del Departamento de la Familia implantada el 1 de marzo de 1996.

**EXHIBIT 17**    Especificaciones para Auxiliar Fiscal II- Plan de Clasificación y Retribución del Departamento de la Familia implantada el 1 de marzo de 1996.

**EXHIBIT 18**    Especificaciones para Oficinista IV- Plan de Clasificación y Retribución de la Oficina Central de Administración (OCAP).

EXHIBIT 19    Especificaciones para Técnico de Servicios a la Familia I- Plan de Clasificación y Retribución del Departamento de la Familia implantida el 1 de marzo de 1996.

EXHIBIT 20    Departamento de la Familia Lista de Asignación de Clases de Puestos a las Escalas de Salarios Servicio de Carrera de 1996. (7 fojas)

EXHIBIT 21    Reglamento de Retribución Uniforme. Ley 89 de 12 de junio de 1979 (Enmendada).

EXHIBIT 22    Sentencia Enmendada Caso Nitza A. Agosto Maldonado, et al. vs. Estado Libre Asociado de Puerto Rico, Departamento de la Familia, et al. KPE2005-0608.

EXHIBIT 23    Desestimir Querella con a Desestir Carmen Socorro Cruz Hernández, et al. vs. Estado Libre Asociado de Puerto Rico, et al. KAC1991-0655.

EXHIBIT 24    Sentencia Parcial con escrito Carmen Socorro Cruz Hernández, et al. vs. Estado Libre Asociado de Puerto Rico, et al. KAC1991-0655.

EXHIBIT 25    Sentencia Enmendada Carmen Socorro Cruz Hernández, et al. vs. Estado Libre Asociado de Puerto Rico, et al. KAC1991-0655.

* En relación con los Estados 21 al 25 previos, se solicita del Tribunal tome conocimiento judicial de las Leyes, Sentencias y contenido de las mismas.

EXHIBIT 26    Especificaciones para Consejo I- Plan de Clasificación y Retribución de la Oficina Central de Administración (OCAP).

EXHIBIT 27    Especificaciones para Trabajadora I- Plan de Clasificación y Retribución del Departamento de la Familia implantada el 1 de marzo de 1996.

EXHIBIT 28    Especificaciones para Oficinista IV – Plan de Clasificación y Retribución del Departamento de la Familia implantada el 1 de marzo de 1996.

PARTE VI. PRUEBA DOCUMENTAL ESTIPULADA APLICABLE AIJ

EXHIBIT 1

a. Información General sobre el Desarrollo, Implantación y Administración de los Planes de Clasificación y Retribución del Servicio de Carrera de la Administración de Instituciones Juveniles

b. Primera Asignación de Clases de Puestos Comprendidos dentro del Plan de Clasificación adoptado para el Servicio de Carrera de la AIJ de conformidad a la sección 4.2 de la Ley 5 de 14 de octubre de 1975, según enmendada, Ley de Personal del Servicio Público, efectiva a 1 de marzo de 1994.

c. Agrupación de Clases por Escalas de Salario.

EXHIBIT 2    Segunda Asignación de Clases de Puestos comprendidos dentro del Plan de Clasificación adoptado para el Servicio de Carrera de la AIJ efectivo a 1 de junio de 1999 y Normas establecidas para implantar el Aumento del Plan de Retribución para el Servicio de Carrera para la AIJ de fecha 28 de diciembre de 1998.

EXHIBIT 3    Escalas Salariales adoptadas por AIJ de 37.5 horas y 40 horas para el Servicio de Carrera a ser efectivas en las siguientes fechas:

a. 1 de octubre de 1996;

b. 1 de septiembre de 1997;

c. 1 de julio de 2001 (fecha correcta debe ser 1 de septiembre de 2000);

d. 24 de julio de 2007;

e. 24 de julio de 2008.

EXHIBIT 4    Duodécima Asignación de las Clases de Puestos comprendidas dentro del Plan de Clasificación adoptado para el Servicio de Carrera de la AIJ efectivo al 16 de agosto de 2008.

TS 320

Nos reservamos el derecho a presentar cualquier otra prueba documental.

Parte Demandada

No se ha identificado a este momento, no obstante, nos reservamos el derecho a presentar prueba documental.

## PARTE VII.   CONTROVERSIAS DE DERECHO A SER ADJUDICADAS.-

### PARTE DEMANDANTE

1. Determinar si la parte demandada violó los Arts. 2 y 9 y la sec. 4 del Reglamento de Restitución Uniforme del 1994 y le ocultó y/o les tergiversó a los demandantes los derechos que tenían con el fin de no pagarles el salario que por ley les corresponde, a base de los méritos de restitución y estatutos aplicables a éstos y en conformidad a la jerarquía y complejidad de sus puestos, bajo un sistema de escalas salarial.

2. Determinar si con ocasión de derecho aplicar al presente caso lo resuelto en SANTIAGO DECLET V DEPARTAMENTO DE LA FAMILIA, 153 D.P.R. 208 (2001), en vista de que en los casos de Juan Pérez Cotín y otros v DTOP, Col núm. KAC-90-497(905) y Carmen Socorro Cruz Hernández vs. Departamento de la Familia, KAC 91-0655, Nota Agosto Maldonado y otros vs. ELA, CIVIL NO. KPE 2005 0608 (907), empleados similarmente situados a los demandantes ingresaron con éxito el Plan de Restitución de la Administración Central y agencias demandadas, por haber advertido inequidades y/ si puede asignar los puestos de los aquí demandantes a los mismos planes de restitución adoptados en febrero de 2005, al haberse los mismos extenuares, en los mismos términos, a todos los empleados ubicados en la misma situación que la de aquellos que prevalecieron en su impugnación. Además, porque del texto de la propia Ley de Restitución Uniforme se establece la obligación ministerial de mantener actualizada la estructura salarial de la Administración Central y administradores individuales, para hacer cumplir el principio de igual paga por igual trabajo.

3. Determinar si los demandantes violaron las garantías constitucionales del debido proceso de ley cuando, unilateralmente y sin notificación previa, en violación de la Ley de Restitución Uniforme y su Reglamento implantaron un Memorando de agosto 5-86 afectando de forma ilegal y quebrantando el contrato de empleo existente entre las partes.

4. Determinar, bajo los mismos hechos operacionales, si la parte demandada obtuvo un enriquecimiento injusto al negarse a utilizar la alternativa menos onerosa puesta bajo la ley 5 del 20 de noviembre de 1975 de restitución de jornada efectiva que tenía disponible para cumplir con el salario mínimo y de haberse incurrido en alguna violación de las anteriores, determinar el monto de los salarios legalmente referidos a cada demandante.

5. Determinar si es cosa juzgada las controversias anteriores, a la luz de lo resuelto en el caso de Carmen Socorro Cruz, supra, y de la validez de la directriz emitida por OCAP en el Memorando General 5 - 86 del 23 de abril de 1986 para la implantación del salario mínimo, por estar la misma en abierta contravención de la Ley y reglamentos de restitución uniforme.

6. Determinar si la parte demandada violó los diversos estatutos especiales referiéndonos con los aumentos generales otorgados a los empleados demandantes y/o anunció los mismos, al efectuar ajustes salariales en contravención a las disposiciones expresas de las leyes que confieren dichos aumentos generales y donde se establece que los mismos constituyen bonificaciones separadas e independientes de los escalas salariales y de ser afinada la respuesta, determinar el monto de los salarios legalmente referidos.

### PARTE DEMANDADA:

1. Si al amparo de la Ley de Restitución Uniforme ceñía o no un deber ministerial del Estado, o en su defecto los administradores individuales, de enmendar periódicamente sus escalas retributivas para

conformarías a los aumentos en el salario mínimo federal que se hizo extensivo al sector público; y si procede implantar retroactivamente unos nuevos planes de retribución permitiendo una reclamación para el cobro retroactivo e ilimitado de los salarios así determinados.

2. Si al amparo de la Ley de Retribución Uniforme se establece un periodo específico para la aprobación de los planes de retribución, o si se requiere que se aprobaran nuevos planes o enmiendas a los mismos cada cierto tiempo.

3. Si al amparo de la Ley de Retribución Uniforme se le concedió discreción a los administradores individuales para aprobar los planes de retribución, según la situación fiscal de la agencia.

4. En la alternativa, si procediera el reclamo de la parte demandante al amparo de la Ley de Retribución Uniforme, lo cual negamos, aplican las normas sobre retroactividad dispuestas en el Art. 12 de la Ley Núm. 180 que limitan las reclamaciones de salarios de empleados a los tres (3) años anteriores al momento que se insta la reclamación.

RESPETUOSAMENTE SOMETIDO.

En San Juan, Puerto Rico, a 31 de enero de 2014.

LCDO. CARLOS R. QUIÑONES CRUZ
Abogado Parte Demandada
TSPR Núm. 15224
P.O. BOX 902019
San Juan, P. R. 00902-0192
Tel. 787-721-2900 x 2600, 2601
Fax 787-723-9188
cquinonez@justicia.gobierno.pr

LCDA. IVONNE GONZALEZ MORALES
Abogada Demandantes
Colegiada 5023 RUA 3725
P. O. BOX 9021828
San Juan, P.R. 00902-1828
TEL. 787- 724-5323
Fax 787 - 200-5927
ivonnegm@onw.net

LCDA. MILAGROS ACEVEDO COLÓN
Colegiada 9575, RUA 8334
2000 Ave Felisa Rincón Box 1405
SAN JUAN, PR. 00926
Tel. 787- 422-7622 fax 787-761-0058
maclegalic@gmail.com

TS 322

*Exhibit 5*

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[X] No Copy Provided

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL
DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione solo un deudor por formulario de reclamación). | | |
|---|---|---|
| [X] Commonwealth of Puerto Rico<br>E. Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| [ ] Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| [ ] Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| [X] Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21 2017 |
| [ ] Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

CDS



170328380104137

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redact copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación. tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

RECEIVED

MAR 1 1 2021

PRIME CLERK LLC

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. **Who is the current creditor?**

   **¿Quién es el acreedor actual?**

   Francisco Beltrán et al (4,593 Plaintiffs) collectively (the "Beltrán Cintrón Plaintiff Group")
   Civil Case Num. K AC2009-0809 / TSPR AC 2016-0110 / CASP no. 2021-01-0345
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor

**Claim Number: 179140**

**2.** Has this claim been acquired from someone else?

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom? _____
Sí. ¿De quién? _____

---

**3.** Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
**¿A dónde deberían enviarse las notificaciones al acreedor?**

**Francisco Beltran-Cintron et als (4,593 Plaintiffs)**
**ATTN: Ivonne Gonzalez-Morales**

Name / Nombre

P O BOX 9021828

Number / Número      Street / Calle

San Juan,         Puerto Rico        00902-

City / Ciudad          State / Estado         ZIP Code / Código postal

(787) 410-0119

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?**
(if different)
**¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)**

Name / Nombre

Number / Número      Street / Calle

City / Ciudad          State / Estado         ZIP Code / Código postal

Contact phone / Teléfono de contacto

ivonnegm@prw.net

Contact email / Correo electrónico de contacto

---

**4.** Does this claim amend one already filed?

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☐ No / No
☒ Yes.  Claim number on court claims registry (if known)
Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) 32789
Filed on / Presentada el   06/04/2018   [MM/DD/YYYY] / [DD/MM/AAAA]

---

**5.** Do you know if anyone else has filed a proof of claim for this claim?

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
Sí.  ¿Quién hizo la reclamación anterior? _____

---

| Part 2 / Parte 2: | Give Information About the Claim as of the Petition Date |
|---|---|
|  | Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso. |

**6.** Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).
**Family Department(Administrations "ADSEF, ADFAN, ACUDEN, ASUME & SECRETARIADO"); the Vocational Rehabilitation Administration & Negociado de Instituciones Juveniles y la Oficina de Capacitación y Asesoramiento en Asuntos Laborales y de Administración de Recursos Humanos, as successor "OCAP".**

---

**7.** Do you supply goods and / or services to the government?

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number ¡ Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

---

Modified Official Form 410                    Proof of Claim                         page 2

| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ 105,000,000.00 | Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>X  No / No<br>☐  Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
|---|---|---|

| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or creditcard. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health careinformation.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>Correction of regular rate of pay due to illegal regulation issued to implement the federal minimum wage, which resulted in inoperative pay scales; CASP no. 2021-01-0345 |
|---|---|

| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | X  No / No<br>☐  Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐  Motor vehicle / Vehículos<br><br>☐  Other. Describe:<br>Otro. Describir:  _____<br><br>Basis for perfection / Fundamento de la realización de pasos adicionales: _____<br>_____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)<br><br>Value of property / Valor del bien:          $_____<br><br>**Amount of the claim that is secured /**<br>Importe de la reclamación que está garantizado: $_____<br><br>**Amount of the claim that is unsecured /**<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br>_____<br><br>**Annual Interest Rate** (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso)_____%<br>☐  Fixed / Fija<br>☐  Variable / Variable |
|---|---|

| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | X  No / No<br>☐  Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____ |
|---|---|

| | |
|---|---|
| **12. Is this claim subject to a right of setoff?**<br><br>¿La reclamación está sujeta a un derecho de compensación? | X No / No<br><br>❑ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | X No / No<br><br>❑ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.   $_____ |

| **Part 3 / Parte 3:** | **Sign Below / Firmar a continuación** |
|---|---|

| | |
|---|---|
| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**<br><br>Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma. | *Check the appropriate box / Marque la casilla correspondiente:*<br><br>❑  I am the creditor. / Soy el acreedor.<br>X   I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.<br>❑  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.<br>❑  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporciono al deudor crédito para todo pago recibido para saldar la deuda<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.<br><br>I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.<br><br>Executed on date / Ejecutado el   **March 5, 2021**_____   (MM/DD/YYYY) / (DD/MM/AAAA)<br><br>Signature / Firma */S/ Ivonne Gonzalez-Morales*<br><br>Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:<br><br>Name     Ivonne  Gonzalez -Morales<br>             First name / Primer nombre      Middle name / Segundo nombre      Last name / Apellido<br><br>Title / Cargo   **Attorney of record for Plaintiffs**<br><br>Company / Compañía _____<br>             Identify the corporate servicer as the company if the authorized agent is a servicer.<br>             Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.<br><br>Address / Dirección   P.O. BOX 9021828<br>             Number / Número          Street / Calle<br>             San Juan                          PR          00902-1828<br>             City / Ciudad                     State / Estado       ZIP Code / Código postal<br><br>Contact phone / Teléfono de contacto ( 787) 410-0119   Email / Correo electrónico   ivonnegm@prw.net |

Modified Official Form 410                          Proof of Claim                                              page 4

**Francisco Beltran et als (4,593 plaintiffs ) Collectivelly (the "Beltran – Cintron Plaintiff Group")**

**Table of references and Exhibits in support of amended Proof of Claim**

**CASP NO. 2021-01-0345**

| Documents | EXHIBIT ID |
|---|---|
| Complaint filed Jan., 14, at CASP Case no. 2021-01-0345 Including the following Exhibits | Exhibit 1 |
| NOTE: Claimants social security number. was notified in Claim 32789 | |
| Supreme Court judgment……………………………… Consolidated cases Francisco Beltran-Cintron no.  AC 2016-0110 Jorge Abraham Gimenez  no.  AC 2016-0120 | Exhibit 2 |
| Joint Motion in case K AC 2009-0809 Submitting Stipulations of facts and documents | Exhibit 3 |
| General Memorandum 5-86 dated  April 23 issued by  OCAP's Director | Exhibit 4 |
| Final Judgment Court First Intance San Juan dated   January 23, 2006 in the case of Cruz- Hernandez, Carmen Socorro v  Family Dept. et als case No. K AC 1991-0665, approving new pay scales adopted on Feb. 2005  by debtors [ DF and OCALARH as successor of OCAP] to correct Plaintiffs regular rate of pay, due to violations  PR wage laws and regulations by the illegal implementation of federal minimum wage | Exhibit 5 |
| Ammended final Judgment Court First Intance San Juan Dated   June 20, 2006 in the case of Cruz- Hernandez, Carmen Socorro v  Family Dept. et als case No. K AC 1991-0665 | Exhibit 6 |

FRANCISCO BELTRAN, (4,593 PLAINTIFF GROUP) VS. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345
(ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

Exhibit 5-B
FD

A: CREDITOR UNPAID POST PRETITION WAGES, WERE CALCULATED ON A CALENDAR BASIS
BEGINNING ON MAY 4, 2017 TO MARCH 30, 2022 REPRESENTIG 4 YEARS 10 MONTH THAT EQUALS
58 MONTHS AFTER MEASURING DATE.

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 1 | ABRANTE MONTES, MIGDALIA | $ 194.00 | $ 9,700.00 | 13 |
| 2 | ACEVEDO BARRETO, ZORAIDA | $ 178.00 | $ 10,324.00 | 11 |
| 3 | ACEVEDO CARRERÓ, LAURA V. | $ 186.00 | $ 10,788.00 | 12 |
| 4 | ACEVEDO MORALES, JACQUELINE | $ 124.00 | $ 7,192.00 | 3 |
| 5 | ACEVEDO RODRIGUEZ, SOLIMAR | $ 155.00 | $ 8,990.00 | 8 |
| 6 | ACEVEDO SANTIAGO, NYDIA I. | $ 213.00 | $ 12,354.00 | 15 |
| 7 | ACEVEDO SANTOS, ADRIAN | $ 113.00 | $ 2,147.00 | 1 |
| 8 | ADDARICH RIVERA, MYRNA R. | $ 194.00 | $ 11,252.00 | 13 |
| 9 | ADORNO LOPEZ, GLENDA | $ 194.00 | $ 11,252.00 | 13 |
| 10 | AFANADOR ROMERO, NANCY | $ 162.00 | $ 9,396.00 | 9 |
| 11 | AGOSTO GARCIA, CARMEN I. | $ 149.00 | $ 8,642.00 | 7 |
| 12 | AGOSTO ROSARIO, RUTH E. | $ 194.00 | $ 11,252.00 | 13 |
| 13 | AGOSTO SANJURJO, JOSE L. | $ 124.00 | $ 7,192.00 | 3 |
| 14 | AGOSTO SERRANO, CARMEN M. | $ 255.00 | $ 14,790.00 | 19 |
| 15 | AGUAYO MENDOZA, BRENDALISSE | $ 186.00 | $ 10,788.00 | 12 |
| 16 | AGUAYO PIZARRO, LUZ D. | $ 149.00 | $ 8,195.00 | 7 |
| 17 | ALBINO ROBLES, CARLOS J. | $ 162.00 | $ 9,396.00 | 9 |
| 18 | ALERS ALERS, ANA E. | $ 186.00 | $ 10,788.00 | 12 |
| 19 | ALERS RODRIGUEZ, HEIZA | $ 194.00 | $ 11,252.00 | 13 |
| 20 | ALERS SOTO, YADIRA | $ 203.00 | $ 11,774.00 | 14 |
| 21 | ALGARIN PEREZ, ZOILA | $ 194.00 | $ 11,252.00 | 13 |
| 22 | ALICEA BARRETO, EDNA P. | $ 194.00 | $ 11,252.00 | 13 |
| 23 | ALICEA COLON, GRACIELA | $ 113.00 | $ 6,554.00 | 1 |
| 24 | ALICEA COLON, LILLIAM I. | $ 194.00 | $ 11,252.00 | 13 |
| 25 | ALICEA CRUZ, ADA E. | $ 194.00 | $ 7,760.00 | 13 |
| 26 | ALICEA DAVILA, FELIPE | $ 178.00 | $ 7,120.00 | 11 |
| 27 | ALICEA MENDEZ, ISABEL | $ 162.00 | $ 9,396.00 | 9 |
| 28 | ALICEA RODRIGUEZ, IVONNE | $ 194.00 | $ 11,252.00 | 13 |
| 29 | ALMEDINA QUIRINDONGO, JOAN M. | $ 129.00 | $ 7,482.00 | 4 |
| 30 | ALVARADO DIAZ, CARLOS M. | $ 149.00 | $ 8,642.00 | 7 |
| 31 | ALVARADO ORTIZ, MADELINE | $ 124.00 | $ 6,200.00 | 3 |
| 32 | ALVARADO RODRIGUEZ, ESPERANZA M. | $ 186.00 | $ 10,788.00 | 12 |
| 33 | ALVARADO SOTOMAYOR, ROSALIE | $ 162.00 | $ 9,396.00 | 9 |
| 34 | ALVARADO TORRES, NOELIA | $ 136.00 | $ 7,888.00 | 5 |
| 35 | ALVAREZ PAGAN, HECTOR | $ 162.00 | $ 9,396.00 | 9 |
| 36 | ALZAS RODRIGUEZ, ESTHER | $ 293.00 | $ 16,994.00 | 22 |
| 37 | AMADOR LLORENS, EMILIA F. | $ 170.00 | $ 9,860.00 | 10 |
| 38 | AMARO ORTIZ, YELITZA | $ 186.00 | $ 10,788.00 | 12 |
| 39 | APONTE CORREA, BRENDA | $ 194.00 | $ 11,252.00 | 13 |
| 40 | APONTE MARIN, BRENDA E. | $ 149.00 | $ 8,642.00 | 7 |
| 41 | APONTE PEREZ, ZENAIDA | $ 186.00 | $ 10,788.00 | 12 |

FRANCISCO BELTRAN,  (4,593 PLAINTIFF GROUP) VS. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345
(ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 42 | APONTE URBINA, LUIS O. | $ 129.00 | $ 7,482.00 | 4 |
| 43 | ARCE NEGRON, IVONNE | $ 245.00 | $ 14,210.00 | 18 |
| 44 | ARCE RODRIGUEZ, AMALIA N. | $ 186.00 | $ 10,788.00 | 12 |
| 45 | ARCE TORRES, JEANETTE | $ 162.00 | $ 9,396.00 | 9 |
| 46 | AROCHO CORDOVA, ABISAI | $ 194.00 | $ 11,252.00 | 13 |
| 47 | AROCHO NIEVES, EMILIO | $ 129.00 | $ 7,482.00 | 4 |
| 48 | ARROYO DUMENG, EILEEN A. | $ 142.00 | $ 2,272.00 | 6 |
| 49 | ARROYO ORTIZ, WANDA I. | $ 129.00 | $ 2,064.00 | 4 |
| 50 | ARROYO REYES, ANGELISA | $ 129.00 | $ 7,482.00 | 4 |
| 51 | ARROYO RIVERA, MARC | $ 170.00 | $ 9,860.00 | 10 |
| 52 | ARROYO TORRES, SILVIA I. | $ 162.00 | $ 9,396.00 | 9 |
| 53 | ARZOLA CORTES, LISANDRA | $ 136.00 | $ 7,888.00 | 5 |
| 54 | ASTACIO CORREA, ILEANA | $ 203.00 | $ 11,774.00 | 14 |
| 55 | ATECA MULERO, MARIA DE LOS A. | $ 136.00 | $ 7,888.00 | 5 |
| 56 | ATILES RODRIGUEZ, ANGEL | $ 245.00 | $ 14,210.00 | 18 |
| 57 | AVILA ORTIZ, NILDA | $ 142.00 | $ 8,236.00 | 6 |
| 58 | AVILES VILLANUEVA, DIMAYRA | $ 162.00 | $ 9,396.00 | 9 |
| 59 | AYABARRENO LASANTA, ASTRID Y. | $ 213.00 | $ 12,354.00 | 15 |
| 60 | AYABARRENO RIVERA, ZORAIDA | $ 213.00 | $ 12,354.00 | 15 |
| 61 | AYALA AGOSTO, ADELINA | $ 136.00 | $ 7,888.00 | 5 |
| 62 | AYALA MUÑOZ, RODOLFO | $ 170.00 | $ 9,860.00 | 10 |
| 63 | AYALA RODRIGUEZ, JESSICA | $ 194.00 | $ 11,252.00 | 13 |
| 64 | BADILLO CRUZ, MARISOL | $ 136.00 | $ 7,888.00 | 5 |
| 65 | BADILLO GALVAN, YOLANDA | $ 178.00 | $ 10,324.00 | 11 |
| 66 | BAEZ LAMPON, MARITZA  I. | $ 162.00 | $ 9,396.00 | 9 |
| 67 | BAEZ LOPEZ, JANET | $ 223.00 | $ 12,934.00 | 16 |
| 68 | BAEZ LOPEZ, MARIČELIS | $ 194.00 | $ 11,252.00 | 13 |
| 69 | BAEZ SANTIAGO, VIVIAN | $ 194.00 | $ 11,252.00 | 13 |
| 70 | BALBIN PADILLA, CYNTHIA | $ 194.00 | $ 11,252.00 | 13 |
| 71 | BARRERAS NIEVES, CARLOS R. | $ 194.00 | $ 11,252.00 | 13 |
| 72 | BARRETO BARRETO, IRIS N. | $ 155.00 | $ 8,990.00 | 8 |
| 73 | BARRETO LOPEZ, MARIA S. | $ 124.00 | $ 7,192.00 | 3 |
| 74 | BARRETO PABON, ALEXIS | $ 194.00 | $ 11,252.00 | 13 |
| 75 | BARRETO VALLE, KAREN | $ 162.00 | $ 9,396.00 | 9 |
| 76 | BAUZA RAMOS, SUSAN | $ 194.00 | $ 11,252.00 | 13 |
| 77 | BELTRAN CINTRON, FRANCISCO | $ 118.00 | $ 6,844.00 | 2 |
| 78 | BELTRAN GERENA, MARISEL | $ 267.00 | $ 15,486.00 | 20 |
| 79 | BENIQUEZ RUIZ, ANTONIO L. | $ 124.00 | $ 7,192.00 | 3 |
| 80 | BENITEZ PIZARRO, WALESKA | $ 194.00 | $ 11,252.00 | 13 |
| 81 | BENITEZ RODRIGUEZ, ANTONIO | $ 124.00 | $ 7,192.00 | 3 |
| 82 | BERDIEL PUJOLS, MATIAS | $ 124.00 | $ 7,192.00 | 3 |
| 83 | BERNACET DUEÑO, OMAYRA L. | $ 280.00 | $ 16,240.00 | 21 |
| 84 | BERRIOS PAGAN, TAMARA | $ 162.00 | $ 9,396.00 | 9 |
| 85 | BERRIOS RIVERA, ZAIDA M. | $ 162.00 | $ 9,396.00 | 9 |

FRANCISCO BELTRAN, (4,593 PLAINTIFF GROUP) VS. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345
(ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 86 | BERRIOS ROSA, YOLANDA | $ 170.00 | $ 9,860.00 | 10 |
| 87 | BERRIOS SANTIAGO, ISANDRA | $ 162.00 | $ 9,396.00 | 9 |
| 88 | BERRIOS VAZQUEZ, IVETTE | $ 129.00 | $ 7,482.00 | 4 |
| 89 | BETANCOURT BETANCOURT, NILDA | $ 186.00 | $ 10,788.00 | 12 |
| 90 | BITTMAN DIEZ, CARL X. | $ 255.00 | $ 14,790.00 | 19 |
| 91 | BOCANEGRA LOPEZ, WILMA E. | $ 194.00 | $ 11,252.00 | 13 |
| 92 | BONET MENDEZ, ELVA N. | $ 213.00 | $ 12,354.00 | 15 |
| 93 | BONILLA HERNANDEZ, MARIA DEL S. | $ 149.00 | $ 8,642.00 | 7 |
| 94 | BONILLA NAVARRO, ENEIDA | $ 280.00 | $ 16,240.00 | 21 |
| 95 | BONILLA ORTIZ, JANINE | $ 170.00 | $ 9,860.00 | 10 |
| 96 | BONILLA RIVERA, ENRIQUE | $ 178.00 | $ 10,324.00 | 11 |
| 97 | BONILLA RODRIGUEZ, ROSA | $ 162.00 | $ 9,396.00 | 9 |
| 98 | BORDOY VAZQUEZ, IRIS G. | $ 162.00 | $ 9,396.00 | 9 |
| 99 | BORRERO MALDONADO, IDALIZ | $ 178.00 | $ 10,324.00 | 11 |
| 100 | BRAÑA DAVILA, JORGE L. | $ 113.00 | $ 6,554.00 | 1 |
| 101 | BRAVO RAMOS, MARIA G. | $ 223.00 | $ 12,934.00 | 16 |
| 102 | BRITO RIVERA, ELIZABETH | $ 194.00 | $ 11,252.00 | 13 |
| 103 | BRONDO MOLINA, JULIA J. | $ 162.00 | $ 9,396.00 | 9 |
| 104 | BURGOS GONZALEZ, MILAGROS | $ 178.00 | $ 10,324.00 | 11 |
| 105 | BURGOS MORALES, MADELINE | $ 194.00 | $ 11,252.00 | 13 |
| 106 | BURGOS NIEVES, MIGUEL A. | $ 118.00 | $ 6,844.00 | 2 |
| 107 | BURGOS TESCHOPPE, ILIANA | $ 194.00 | $ 11,252.00 | 13 |
| 108 | BURGOS VALDESPINO, YAMILETTE | $ 194.00 | $ 11,252.00 | 13 |
| 109 | CABAN SANCHEZ, TERESITA S. | $ 194.00 | $ 11,252.00 | 13 |
| 110 | CABRAL GUADALUPE, AIRAMZUL | $ 162.00 | $ 2,106.00 | 9 |
| 111 | CABRERA FUENTES, VIVIAN | $ 155.00 | $ 8,990.00 | 8 |
| 112 | CADIZ VAZQUEZ, WANDA I. | $ 186.00 | $ 10,788.00 | 12 |
| 113 | CAEZ HERNANDEZ, LUZ D. | $ 155.00 | $ 8,990.00 | 8 |
| 114 | CALCORZI DE TORRES, JEANNETTE | $ 234.00 | $ 13,572.00 | 17 |
| 115 | CALDERON FRADERA, HAYRINES | $ 280.00 | $ 16,240.00 | 21 |
| 116 | CALDERON PASTOR, MARISOL | $ 162.00 | $ 9,396.00 | 9 |
| 117 | CALVO SANTIAGO, AIDA | $ 162.00 | $ 9,396.00 | 9 |
| 118 | CAMACHO CRUZ, WALESKA | $ 255.00 | $ 14,790.00 | 19 |
| 119 | CAMARENO MARTINEZ, RAMONA | $ 129.00 | $ 7,482.00 | 4 |
| 120 | CANALES ROSARIO, MARILUZ | $ 194.00 | $ 11,252.00 | 13 |
| 121 | CANALS RIVERA, LUZ IVETTE | $ 155.00 | $ 8,990.00 | 8 |
| 122 | CANDELARIO FIGUEROA, ANA M. | $ 170.00 | $ 9,860.00 | 10 |
| 123 | CANET RIVERA, ISMAEL | $ 155.00 | $ 8,990.00 | 8 |
| 124 | CANTRES PADILLA, KATIA | $ 194.00 | $ 8,148.00 | 13 |
| 125 | CAPDEVILA LOPEZ, VIOLETA | $ 194.00 | $ 11,252.00 | 13 |
| 126 | CARABALLO ROSARIO, FRANCISCO | $ 124.00 | $ 7,192.00 | 3 |
| 127 | CARDE ACOSTA, PEDRO A. | $ 162.00 | $ 9,396.00 | 9 |
| 128 | CARDONA CABAN, HAYDEE Z. | $ 162.00 | $ 9,396.00 | 9 |
| 129 | CARDONA CAJIGAS, SOCORRO | $ 162.00 | $ 9,396.00 | 9 |

FRANCISCO BELTRAN, (4,593 PLAINTIFF GROUP) VS. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345
(ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 130 | CARDONA CARABALLO, SONIA E. | $ 178.00 | $ 10,324.00 | 11 |
| 131 | CARDONA COLL, MARIA I. | $ 162.00 | $ 9,396.00 | 9 |
| 132 | CARDONA HUERTAS, MADELINE | $ 129.00 | $ 7,482.00 | 4 |
| 133 | CARDONA ROSADO, WILMILI | $ 213.00 | $ 12,354.00 | 15 |
| 134 | CARLO SOTO, ELSIE | $ 178.00 | $ 10,324.00 | 11 |
| 135 | CARMONA COLLAZO, LUISA Y. | $ 155.00 | $ 8,990.00 | 8 |
| 136 | CARMONA GONZALEZ, MARIA | $ 129.00 | $ 7,482.00 | 4 |
| 137 | CARPENA MARTINEZ, DANIA M. | $ 186.00 | $ 10,788.00 | 12 |
| 138 | CARRASQUILLO AYALA, ABIGAIL | $ 136.00 | $ 7,888.00 | 5 |
| 139 | CARRERO RIVERA, ESTHER M. | $ 194.00 | $ 11,252.00 | 13 |
| 140 | CARRERO ROMAN, FRANCES L. | $ 149.00 | $ 8,642.00 | 7 |
| 141 | CARRION CANCEL, ELMY | $ 194.00 | $ 11,252.00 | 13 |
| 142 | CARRION TORRES, PABLO R. | $ 129.00 | $ 7,482.00 | 4 |
| 143 | CARTAGENA MARTINEZ, PEDRO J. | $ 186.00 | $ 10,788.00 | 12 |
| 144 | CARTAGENA PEREZ, ZAYRA M. | $ 178.00 | $ 10,324.00 | 11 |
| 145 | CASILLAS GONZALEZ, NELSON | $ 234.00 | $ 13,572.00 | 17 |
| 146 | CASILLAS RIVERA, ESTHER | $ 129.00 | $ 7,482.00 | 4 |
| 147 | CASTILLO SANTIAGO, MARIA A. | $ 162.00 | $ 9,396.00 | 9 |
| 148 | CASTRILLO BENITEZ, MARIA T. | $ 194.00 | $ 11,252.00 | 13 |
| 149 | CASTRO CRUZ, KEILA | $ 194.00 | $ 11,252.00 | 13 |
| 150 | CASTRO HERNANDEZ, ANA T. | $ 194.00 | $ 11,252.00 | 13 |
| 151 | CASTRO HIRALDO, BEJAMIN | $ 234.00 | $ 13,572.00 | 17 |
| 152 | CASTRO ORTIZ, VIRGINIA | $ 129.00 | $ 7,482.00 | 4 |
| 153 | CASUL RIVERA, CESAR | $ 293.00 | $ 16,994.00 | 22 |
| 154 | CASUL SANCHEZ, JEANNETTE | $ 149.00 | $ 8,642.00 | 7 |
| 155 | CEPEDA MARTINEZ, SYDNIA M. | $ 136.00 | $ 7,888.00 | 5 |
| 156 | CHACON RODRIGUEZ, MAYRA I. | $ 194.00 | $ 11,252.00 | 13 |
| 157 | CHEVRES CHEVRES, LUZ E. | $ 178.00 | $ 1,246.00 | 11 |
| 158 | CINTRON BERRIOS, MARIA DE LOS A. | $ 245.00 | $ 4,655.00 | 18 |
| 159 | CINTRON GONZALEZ, WANDA I. | $ 129.00 | $ 7,482.00 | 4 |
| 160 | CINTRON SANTOS, EDWIN | $ 234.00 | $ 13,572.00 | 17 |
| 161 | CINTRON SOSA, JOCELYN O. | $ 194.00 | $ 11,252.00 | 13 |
| 162 | CIRILO MARQUEZ, ROBERTO CARLOS | $ 129.00 | $ 7,482.00 | 4 |
| 163 | CLASS VILLANUEVA, ANGEL R. | $ 136.00 | $ 7,888.00 | 5 |
| 164 | CLAUDIO GONZALEZ, NILDA L. | $ 194.00 | $ 11,252.00 | 13 |
| 165 | CLEMENTE RAMOS, VIVIAN | $ 203.00 | $ 11,774.00 | 14 |
| 166 | COLLAZO MORINGLANE, WILLIAM O. | $ 194.00 | $ 10,670.00 | 13 |
| 167 | COLON AGOSTO, NATALIA | $ 194.00 | $ 11,252.00 | 13 |
| 168 | COLON APONTE, FLAVIA M. | $ 136.00 | $ 7,888.00 | 5 |
| 169 | COLON BETANCOURT, IDXIA | $ 129.00 | $ 7,482.00 | 4 |
| 170 | COLON BONILLA, ROSA M. | $ 194.00 | $ 11,252.00 | 13 |
| 171 | COLON CARO, SANDRA J. | $ 124.00 | $ 7,192.00 | 3 |
| 172 | COLON COLLAZO, CARMEN S. | $ 194.00 | $ 11,252.00 | 13 |
| 173 | COLON COLLAZO, HARRY | $ 129.00 | $ 7,482.00 | 4 |

FRANCISCO BELTRAN, (4,593 PLAINTIFF GROUP) VS. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345
(ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 174 | COLON COSME, EVELYN | $ 155.00 | $ 2,790.00 | 8 |
| 175 | COLON DAVILA, AMANDA M. | $ 194.00 | $ 5,432.00 | 13 |
| 176 | COLON DELGADO, BRENDA | $ 129.00 | $ 7,482.00 | 4 |
| 177 | COLON ENCARNACION, MIGDALIA | $ 194.00 | $ 11,252.00 | 13 |
| 178 | COLON HERNANDEZ JACQUELINE | $ 194.00 | $ 11,252.00 | 13 |
| 179 | COLON LOPEZ, CARLOS J. | $ 124.00 | $ 7,192.00 | 3 |
| 180 | COLON LOZADA, EMILY | $ 194.00 | $ 11,252.00 | 13 |
| 181 | COLON MEDINA, BRUNILDA | $ 203.00 | $ 11,774.00 | 14 |
| 182 | COLON MELENDEZ, ADA | $ 194.00 | $ 11,252.00 | 13 |
| 183 | COLON NIEVES, JOHANA | $ 162.00 | $ 9,396.00 | 9 |
| 184 | COLON ORTIZ, GLENDA I. | $ 149.00 | $ 8,642.00 | 7 |
| 185 | COLON ORTIZ, JOSE A. | $ 149.00 | $ 8,642.00 | 7 |
| 186 | COLON RUIZ, LOURDES | $ 194.00 | $ 11,252.00 | 13 |
| 187 | COLON SANCHEZ; MARIA | $ 186.00 | $ 4,092.00 | 12 |
| 188 | COLON SANCHEZ, YVELISSE | $ 213.00 | $ 12,354.00 | 15 |
| 189 | COLON SERRANO, NELSON | $ 170.00 | $ 7,820.00 | 10 |
| 190 | COLON SUAREZ, DORIS M. | $ 162.00 | $ 9,396.00 | 9 |
| 191 | CONCEPCION MONELL, EVELYN | $ 129.00 | $ 7,482.00 | 4 |
| 192 | CONCEPCION SERRANO, BRENDA J. | $ 194.00 | $ 11,252.00 | 13 |
| 193 | CORALES PAGAN, IVIS A. | $ 129.00 | $ 7,482.00 | 4 |
| 194 | CORCHADO ALERS, DARIS I. | $ 194.00 | $ 11,252.00 | 13 |
| 195 | CORCHADO CRUZ, MILAGROS | $ 178.00 | $ 10,324.00 | 11 |
| 196 | CORDERO FRED, MARISOL | $ 194.00 | $ 11,252.00 | 13 |
| 197 | CORDERO PASTORIZA, MORAIMA | $ 162.00 | $ 9,396.00 | 9 |
| 198 | CORDERO VELEZ, CLARA M. | $ 213.00 | $ 12,354.00 | 15 |
| 199 | CORDOVA ESCALERA, CARMEN A. | $ 162.00 | $ 9,396.00 | 9 |
| 200 | CORCINO MEDINA, GERLYMAR | $ 162.00 | $ 9,396.00 | 9 |
| 201 | CORREA CORCINO, MARIA D. | $ 136.00 | $ 7,888.00 | 5 |
| 202 | CORREA ORTIZ, ROSA N. | $ 245.00 | $ 14,210.00 | 18 |
| 203 | CORREA VIERA, BRENDA LEE | $ 136.00 | $ 2,448.00 | 5 |
| 204 | CORRES SOTO, MARAYMA | $ 162.00 | $ 9,396.00 | 9 |
| 205 | CORRETJER RUIZ, AURORA S. | $ 194.00 | $ 11,252.00 | 13 |
| 206 | CORTES DIAZ, SIMARA | $ 162.00 | $ 9,396.00 | 9 |
| 207 | CORTES FIGUEROA, ANGELA | $ 129.00 | $ 7,482.00 | 4 |
| 208 | CORTES PABON, LUIS A. | $ 113.00 | $ 6,554.00 | 1 |
| 209 | COSME MORALES, MIGDALIA | $ 124.00 | $ 7,192.00 | 3 |
| 210 | COTTO CAMARA, DAIMARY | $ 178.00 | $ 10,324.00 | 11 |
| 211 | COTTO LEBRON, WANDA I. | $ 194.00 | $ 11,252.00 | 13 |
| 212 | COTTO RIVERA, IDALIA | $ 178.00 | $ 10,324.00 | 11 |
| 213 | COTTO ROSARIO, ADLIN | $ 194.00 | $ 11,252.00 | 13 |
| 214 | COURET BURGOS, YOLANDA | $ 155.00 | $ 8,990.00 | 8 |
| 215 | CRESPO LOPEZ, RAMONITA | $ 170.00 | $ 9,860.00 | 10 |
| 216 | CRESPO ORAMAS, ARMANDO | $ 194.00 | $ 11,252.00 | 13 |
| 217 | CRESPO RIVERA, FABIAN | $ 129.00 | $ 5,934.00 | 4 |

FRANCISCO BELTRAN, (4,593 PLAINTIFF GROUP) Vs. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345
(ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 218 | CRESPO SOTO, ROSA V. | $ 194.00 | $ 2,716.00 | 13 |
| 219 | CRESPO VALENTIN, ANA E. | $ 194.00 | $ 11,252.00 | 13 |
| 220 | CHRISTIAN GERENÁ, SANDRA LEE | $ 245.00 | $ 14,210.00 | 18 |
| 221 | CRUZ ACEVEDO, MARIBEL | $ 162.00 | $ 9,396.00 | 9 |
| 222 | CRUZ AFANADOR, RAFAEL | $ 213.00 | $ 12,354.00 | 15 |
| 223 | CRUZ ARCE, EVELYN | $ 162.00 | $ 9,396.00 | 9 |
| 224 | CRUZ CORTES, JUAN H. | $ 129.00 | $ 7,482.00 | 4 |
| 225 | CRUZ GUERRA, MAYRA I. | $ 129.00 | $ 7,482.00 | 4 |
| 226 | CRUZ MALDONADO, SONIA M. | $ 149.00 | $ 8,642.00 | 7 |
| 227 | CRUZ MARTINEZ, CARLOS A. | $ 118.00 | $ 6,844.00 | 2 |
| 228 | CRUZ MOLINA, SILMA E. | $ 178.00 | $ 1,246.00 | 11 |
| 229 | CRUZ MORALES, ANA M. | $ 129.00 | $ 7,482.00 | 4 |
| 230 | CRUZ MORALES, ROSA ENID | $ 213.00 | $ 12,354.00 | 15 |
| 231 | CRUZ MORALES, SONIA E. | $ 194.00 | $ 11,252.00 | 13 |
| 232 | CRUZ MORCIGLIO, CARMEN L. | $ 194.00 | $ 11,252.00 | 13 |
| 233 | CRUZ PASTRANA, XIOMARA I. | $ 245.00 | $ 14,210.00 | 18 |
| 234 | CRUZ RAMOS, EVELYN | $ 194.00 | $ 11,252.00 | 13 |
| 235 | CRUZ REYES, IVELISSE | $ 194.00 | $ 11,252.00 | 13 |
| 236 | CRUZ ROSADO, JOSE | $ 118.00 | $ 6,844.00 | 2 |
| 237 | CRUZ SOTO, JOSUE | $ 162.00 | $ 9,396.00 | 9 |
| 238 | CRUZ SOTO, MARIA E. | $ 186.00 | $ 10,788.00 | 12 |
| 239 | CRUZ TUBENS, REGALDO | $ 170.00 | $ 9,860.00 | 10 |
| 240 | CRUZ VALENTIN, MADELYN | $ 186.00 | $ 10,788.00 | 12 |
| 241 | CRUZ VELEZ, JUAN | $ 129.00 | $ 7,482.00 | 4 |
| 242 | CRUZ VELEZ, JULIA L. | $ 194.00 | $ 11,252.00 | 13 |
| 243 | CRUZADO DEL VALLE, KEILA J. | $ 194.00 | $ 8,342.00 | 13 |
| 244 | CUADRADO ROSARIO, GISELLE | $ 245.00 | $ 14,210.00 | 18 |
| 245 | CUBERO RODRIGUEZ, CARMEN I. | $ 186.00 | $ 10,788.00 | 12 |
| 246 | CUEVAS AROCHO, NIVIA Y. | $ 194.00 | $ 11,252.00 | 13 |
| 247 | CUEVAS SOLER, DAMARIS | $ 149.00 | $ 8,642.00 | 7 |
| 248 | CUEVAS SOTO, WILLIAM | $ 223.00 | $ 12,934.00 | 16 |
| 249 | DAVILA AYALA, NELIDA | $ 149.00 | $ 8,642.00 | 7 |
| 250 | DAVILA BAEZ, SYLVIA Y. | $ 245.00 | $ 14,210.00 | 18 |
| 251 | DAVILA CABALLERO, CYMARA MILAGROS | $ 213.00 | $ 2,130.00 | 15 |
| 252 | DAVILA MEDINA, ADELA E. | $ 162.00 | $ 5,184.00 | 9 |
| 253 | DE GRACIA LUNA, CARLOS M. | $ 194.00 | $ 11,252.00 | 13 |
| 254 | DE JESUS OCASIO, MIGUEL A | $ 194.00 | $ 11,252.00 | 13 |
| 255 | DE JESUS PEDRAZA, MARIA L. | $ 178.00 | $ 10,324.00 | 11 |
| 256 | DE JESUS RODRIGUEZ, MARICELI | $ 129.00 | $ 7,482.00 | 4 |
| 257 | DE LEON FLECHA, JESSICA | $ 186.00 | $ 10,788.00 | 12 |
| 258 | DE LEON ORTIZ, VANESSA | $ 162.00 | $ 9,396.00 | 9 |
| 259 | DEIDA GONZALEZ, WILMA | $ 136.00 | $ 7,888.00 | 5 |
| 260 | DEL VALLE GONZALEZ, CARMEN S. | $ 124.00 | $ 7,192.00 | 3 |
| 261 | DELGADO ALICEA, DENISE F. | $ 255.00 | $ 14,790.00 | 19 |

FRANCISCO BELTRAN, (4,593 PLAINTIFF GROUP) VS. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345 (ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 262 | DELGADO ATILES, DAVID | $ 113.00 | $ 6,554.00 | 1 |
| 263 | DELGADO DELGADO, CARMEN M. | $ 170.00 | $ 9,690.00 | 10 |
| 264 | DELGADO GARCIA, FRANCISCO | $ 162.00 | $ 9,396.00 | 9 |
| 265 | DELGADO OSORIO, EMERIDA | $ 136.00 | $ 7,888.00 | 5 |
| 266 | DELGADO REYES, MAYELYN I. | $ 162.00 | $ 9,396.00 | 9 |
| 267 | DELGADO RODRIGUEZ, MARIBEL | $ 162.00 | $ 9,396.00 | 9 |
| 268 | DELIGNE COTTI, LEYMADITH | $ 142.00 | $ 8,236.00 | 6 |
| 269 | DIAZ CRUZ, LUIS XAVIER | $ 162.00 | $ 9,396.00 | 9 |
| 270 | DIAZ DIAZ, IRVIN | $ 129.00 | $ 7,482.00 | 4 |
| 271 | DIAZ DIAZ, MARIBEL | $ 186.00 | $ 10,788.00 | 12 |
| 272 | DIAZ MORALES, AZLIN | $ 255.00 | $ 14,790.00 | 19 |
| 273 | DIAZ RAMOS, LUZ E. | $ 129.00 | $ 7,482.00 | 4 |
| 274 | DIAZ TORRES, ENID | $ 194.00 | $ 11,252.00 | 13 |
| 275 | DOMINGUEZ GONZALEZ, JORGE L. | $ 129.00 | $ 387.00 | 4 |
| 276 | DOMINICCI LUCCA, MARIA L. | $ 142.00 | $ 8,236.00 | 6 |
| 277 | DONES MORALES, NAYDA | $ 124.00 | $ 7,192.00 | 3 |
| 278 | DUCOS ACEVEDO, DWAN I. | $ 162.00 | $ 9,396.00 | 9 |
| 279 | DURAN ROSA, RACHEL | $ 162.00 | $ 9,396.00 | 9 |
| 280 | ECHEVARRIA BELBRU, SONIA | $ 142.00 | $ 1,846.00 | 6 |
| 281 | ECHEVARRIA LABOY, CARLOS | $ 162.00 | $ 9,396.00 | 9 |
| 282 | ECHEVARRIA LOPEZ, SAUL | $ 124.00 | $ 7,192.00 | 3 |
| 283 | ECHEVARRIA LOPEZ, SONIA | $ 129.00 | $ 7,482.00 | 4 |
| 284 | ECHEVARRIA RIVERA, WANDA | $ 136.00 | $ 7,888.00 | 5 |
| 285 | ENCARNACION GAUTIER, DIALMA | $ 162.00 | $ 9,396.00 | 9 |
| 286 | ENCARNACION VAZQUEZ, BELKIS | $ 223.00 | $ 12,934.00 | 16 |
| 287 | ESCOBAR MAISONET, LYDIA E. | $ 162.00 | $ 2,592.00 | 9 |
| 288 | ESCUDERO ORTIZ, JUDITH | $ 162.00 | $ 9,396.00 | 9 |
| 289 | ESPADA DAVID, EVELYN M. | $ 293.00 | $ 16,994.00 | 22 |
| 290 | ESPINOSA MARTINEZ, JAVIER E. | $ 186.00 | $ 10,788.00 | 12 |
| 291 | ESTRADA RUIZ, CRISTOPHER | $ 118.00 | $ 6,844.00 | 2 |
| 292 | ESTRADA SILVA, RAUL J. | $ 194.00 | $ 11,252.00 | 13 |
| 293 | ESTRELLA SOTO, ANETTE ADLYN | $ 194.00 | $ 11,252.00 | 13 |
| 294 | FABERY RODRIGUEZ, CARMEN | $ 234.00 | $ 13,572.00 | 17 |
| 295 | FALCON AYALA, JEANNETTE | $ 162.00 | $ 9,396.00 | 9 |
| 296 | FARHAN RODRIGUEZ, NERY | $ 162.00 | $ 9,396.00 | 9 |
| 297 | FEBUS MONTAÑEZ, IVETTE | $ 129.00 | $ 7,482.00 | 4 |
| 298 | FELICIANO CASAÑAS, FERNANDO E. | $ 136.00 | $ 7,888.00 | 5 |
| 299 | FELICIANO CASTILLO, MIGDALIA | $ 170.00 | $ 9,860.00 | 10 |
| 300 | FELICIANO HERNANDEZ, MAYRA L. | $ 245.00 | $ 14,210.00 | 18 |
| 301 | FELICIANO MEDINA, MIGUEL | $ 129.00 | $ 7,482.00 | 4 |
| 302 | FELICIANO MISLA, SANDRA | $ 124.00 | $ 7,192.00 | 3 |
| 303 | FELICIANO ORTIZ, MARILIN | $ 129.00 | $ 7,482.00 | 4 |
| 304 | FELICIANO ROSADO, JARITZA | $ 155.00 | $ 8,990.00 | 8 |
| 305 | FELICIANO ROSADO, ROBERTO | $ 293.00 | $ 6,446.00 | 22 |

FRANCISCO BELTRAN, (4,593 PLAINTIFF GROUP) vs. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345 (ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 306 | FELICIANO TORRES, JIMMY | $ 178.00 | $ 10,324.00 | 11 |
| 307 | FELIU RAMIREZ, RENE A. | $ 136.00 | $ 7,888.00 | 5 |
| 308 | FELIX ANDINO, RAMONA | $ 162.00 | $ 6,318.00 | 9 |
| 309 | FELIX ROSADO, LUIS A. | $ 118.00 | $ 6,844.00 | 2 |
| 310 | FERNANDEZ CALDERON, YVETTE | $ 149.00 | $ 8,642.00 | 7 |
| 311 | FERNANDEZ CORDERO, MANUEL J. | $ 170.00 | $ 9,860.00 | 10 |
| 312 | FERNANDEZ ESTEVES, NORMA J. | $ 213.00 | $ 12,354.00 | 15 |
| 313 | FERNANDEZ MELENDEZ, WILMA R. | $ 170.00 | $ 9,860.00 | 10 |
| 314 | FERNANDEZ SERRANO, KATHIE | $ 162.00 | $ 8,910.00 | 9 |
| 315 | FERRER GARCIA, DAMARYS E. | $ 178.00 | $ 10,324.00 | 11 |
| 316 | FIGUEROA CARRION, AUDELIZ | $ 155.00 | $ 8,990.00 | 8 |
| 317 | FIGUEROA CASTREÑO, ESTHER | $ 178.00 | $ 10,324.00 | 11 |
| 318 | FIGUEROA CAY, OMAR IVAN | $ 194.00 | $ 11,252.00 | 13 |
| 319 | FIGUEROA CORREA, NAYDA I. | $ 129.00 | $ 7,482.00 | 4 |
| 320 | FIGUEROA DAVILA, LILLIAM | $ 203.00 | $ 11,774.00 | 14 |
| 321 | FIGUEROA GALINDEZ, IRIS M. | $ 194.00 | $ 11,252.00 | 13 |
| 322 | FIGUEROA GONZALEZ, AMARILIS | $ 293.00 | $ 16,994.00 | 22 |
| 323 | FIGUEROA MARGARITO, CHRISTINE | $ 194.00 | $ 11,252.00 | 13 |
| 324 | FIGUEROA MARTINEZ, MARIA DE LOS A. | $ 113.00 | $ 6,554.00 | 1 |
| 325 | FIGUEROA MOLINA, CARMEN M. | $ 194.00 | $ 11,252.00 | 13 |
| 326 | FIGUEROA ROSARIO, CARMEN Z. | $ 170.00 | $ 4,760.00 | 10 |
| 327 | FLECHA ROMAN, MARIA A. | $ 186.00 | $ 10,788.00 | 12 |
| 328 | FLORES CONTRERAS, MILDRED | $ 162.00 | $ 9,396.00 | 9 |
| 329 | FLORES ORTIZ, XIOMARA | $ 178.00 | $ 10,324.00 | 11 |
| 330 | FORTUNO ORTIZ, LOISETTE | $ 194.00 | $ 11,252.00 | 13 |
| 331 | FORTY CARRASQUILLO, ABIGAIL | $ 194.00 | $ 11,252.00 | 13 |
| 332 | FRANCO DE JESUS, RAFAEL | $ 194.00 | $ 11,252.00 | 13 |
| 333 | FUENTES ECHEVARRIA, SONIA I | $ 194.00 | $ 11,252.00 | 13 |
| 334 | FUENTES GONZALEZ, VILMA | $ 245.00 | $ 14,210.00 | 18 |
| 335 | FUENTES MOLINA, LUZ N. | $ 186.00 | $ 10,788.00 | 12 |
| 336 | FUENTES ORTIZ, NILDA | $ 170.00 | $ 9,860.00 | 10 |
| 337 | FUENTES PAGAN, JASMIN | $ 255.00 | $ 1,785.00 | 19 |
| 338 | GARCED FALCON, MILHBELL | $ 194.00 | $ 11,252.00 | 13 |
| 339 | GARCIA ARROYO, EDWIN N. | $ 149.00 | $ 8,642.00 | 7 |
| 340 | GARCIA COLON, NERYBEL | $ 194.00 | $ 11,252.00 | 13 |
| 341 | GARCIA CORTES, MARGARITA | $ 223.00 | $ 12,934.00 | 16 |
| 342 | GARCIA CRUZ, NEFTALI | $ 162.00 | $ 9,396.00 | 9 |
| 343 | GARCIA GONZALEZ, GLORIA | $ 255.00 | $ 14,790.00 | 19 |
| 344 | GARCIA LOPEZ, SARA | $ 213.00 | $ 12,354.00 | 15 |
| 345 | GARCIA MALPICA, JULIA M. | $ 245.00 | $ 14,210.00 | 18 |
| 346 | GARCIA MEDINA, JOSE J. | $ 194.00 | $ 11,252.00 | 13 |
| 347 | GARCIA ORTIZ, JOSE A. | $ 162.00 | $ 9,396.00 | 9 |
| 348 | GARCIA ORTIZ, KAREM Y. | $ 194.00 | $ 11,252.00 | 13 |
| 349 | GARCIA PEREZ, ALBA N. | $ 162.00 | $ 9,396.00 | 9 |

FRANCISCO BELTRAN, (4,593 PLAINTIFF GROUP) Vs. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345
(ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 350 | GARCIA RIVAS, WILMA J. | $ 178.00 | $ 10,324.00 | 11 |
| 351 | GARCIA SANTOS, LUZ W. | $ 118.00 | $ 2,006.00 | 2 |
| 352 | GAUTIER ESCALERA, HERIBERTO | $ 118.00 | $ 6,844.00 | 2 |
| 353 | GERENA IRIZARRY, DAISY I. | $ 194.00 | $ 11,252.00 | 13 |
| 354 | GERENA LOZADA, AUDRY L. | $ 203.00 | $ 11,774.00 | 14 |
| 355 | GOMEZ ACOSTA, YARITZA | $ 255.00 | $ 14,790.00 | 19 |
| 356 | GOMEZ LA TORRE, SHEILA D. | $ 124.00 | $ 7,192.00 | 3 |
| 357 | GONZALEZ CARDONA, LUZ N. | $ 149.00 | $ 8,642.00 | 7 |
| 358 | GONZALEZ CARRILLO, DAWN M. | $ 162.00 | $ 9,396.00 | 9 |
| 359 | GONZALEZ CARTAGENA, ELBA IDA | $ 186.00 | $ 10,788.00 | 12 |
| 360 | GONZALEZ COLON, NOEMI | $ 194.00 | $ 11,252.00 | 13 |
| 361 | GONZALEZ DASTA, HAZEL MARIE | $ 162.00 | $ 9,396.00 | 9 |
| 362 | GONZALEZ GONZALEZ, MINERVA | $ 213.00 | $ 12,354.00 | 15 |
| 363 | GONZALEZ GONZALEZ, NESTOR | $ 149.00 | $ 8,642.00 | 7 |
| 364 | GONZALEZ JORGE, MARLINE | $ 245.00 | $ 14,210.00 | 18 |
| 365 | GONZALEZ LEBRON, RUTH E. | $ 162.00 | $ 9,396.00 | 9 |
| 366 | GONZALEZ MEDINÃ, MARIA DEL C. | $ 136.00 | $ 7,888.00 | 5 |
| 367 | GONZALEZ MERCADO, OMAYRA | $ 162.00 | $ 9,396.00 | 9 |
| 368 | GONZALEZ MUÑIZ, WANDA M. | $ 194.00 | $ 11,252.00 | 13 |
| 369 | GONZALEZ OLIVERO, VIVIAN | $ 194.00 | $ 11,252.00 | 13 |
| 370 | GONZALEZ ORTIZ, LYDIA E. | $ 194.00 | $ 3,298.00 | 13 |
| 371 | GONZALEZ PAGAN, GLORI C. | $ 136.00 | $ 7,888.00 | 5 |
| 372 | GONZALEZ RAMOS, MARIA DEL L. | $ 170.00 | $ 9,860.00 | 10 |
| 373 | GONZALEZ RAMOS, WANDA I. | $ 149.00 | $ 8,642.00 | 7 |
| 374 | GONZALEZ RIVERA, AXEL | $ 293.00 | $ 16,994.00 | 22 |
| 375 | GONZALEZ RIVERA, ILEANA | $ 162.00 | $ 9,396.00 | 9 |
| 376 | GONZALEZ RIVERA, LOURDES | $ 170.00 | $ 9,860.00 | 10 |
| 377 | GONZALEZ RODRIGUEZ, AIME | $ 170.00 | $ 9,860.00 | 10 |
| 378 | GONZALEZ SILVA, ANABELLE | $ 178.00 | $ 10,324.00 | 11 |
| 379 | GONZALEZ TORRES, LIZETTE | $ 194.00 | $ 11,252.00 | 13 |
| 380 | GONZALEZ VAZQUEZ, GLORIA I. | $ 155.00 | $ 8,990.00 | 8 |
| 381 | GOYTIA CRUZ, CHEILYAM | $ 245.00 | $ 14,210.00 | 18 |
| 382 | GRAGIRENE JIMENEZ, ZORAYA | $ 194.00 | $ 11,252.00 | 13 |
| 383 | GRANT ALLENDE, NYLVIA A. | $ 124.00 | $ 7,192.00 | 3 |
| 384 | GUTIERREZ RIVERA, ALFREDO | $ 129.00 | $ 7,482.00 | 4 |
| 385 | GUTIERREZ ROIG, ELIZABETH | $ 234.00 | $ 13,572.00 | 17 |
| 386 | GUTIERREZ DE JESUS, JUAN | $ 162.00 | $ 9,396.00 | 9 |
| 387 | GUZMAN CASTRO, ELBA R. | $ 194.00 | $ 11,252.00 | 13 |
| 388 | GUZMAN RAMOS, CARMEN IRIS | $ 136.00 | $ 7,888.00 | 5 |
| 389 | GUZMAN RAMOS, JAVIER | $ 124.00 | $ 7,192.00 | 3 |
| 390 | HANCE LOPEZ, ANABELLY | $ 194.00 | $ 11,252.00 | 13 |
| 391 | HERNANDEZ MENDEZ, JANNETTE | $ 186.00 | $ 10,788.00 | 12 |
| 392 | HERNANDEZ GARCIA, ILEANA | $ 162.00 | $ 9,396.00 | 9 |
| 393 | HERNANDEZ ALVAREZ, CARLOS R. | $ 203.00 | $ 11,774.00 | 14 |

FRANCISCO BELTRAN, (4,593 PLAINTIFF GROUP) Vs. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345 (ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

| | Name | Regular Salary Monthly Shortfall | | Unpaid Balance 58 moth or less as applicables - total debt | | Pay Scale No. |
|---|---|---|---|---|---|---|
| 394 | HERNANDEZ AVILES, MARIA ESTELA | $ | 213.00 | $ | 12,354.00 | 15 |
| 395 | HERNANDEZ CABAN, LETICIA | $ | 186.00 | $ | 10,788.00 | 12 |
| 396 | HERNANDEZ HERNANDEZ, EDWIN | $ | 136.00 | $ | 7,888.00 | 5 |
| 397 | HERNANDEZ LOPEZ, HECTOR J. | $ | 136.00 | $ | 7,888.00 | 5 |
| 398 | HERNANDEZ MARTINEZ, JACKSIRA | $ | 162.00 | $ | 9,396.00 | 9 |
| 399 | HERNANDEZ MELECIO, GLADYS | $ | 162.00 | $ | 2,430.00 | 9 |
| 400 | HERNANDEZ MENDEZ, GLORIVEE | $ | 162.00 | $ | 9,396.00 | 9 |
| 401 | HERNANDEZ MENDOZA, ROBERTO | $ | 162.00 | $ | 9,396.00 | 9 |
| 402 | HERNANDEZ MIRANDA, ROBERTO | $ | 162.00 | $ | 9,396.00 | 9 |
| 403 | HERNANDEZ ORTIZ, CARMEN S. | $ | 129.00 | $ | 7,482.00 | 4 |
| 404 | HERNANDEZ ORTIZ, MARIZAIDA | $ | 255.00 | $ | 14,790.00 | 19 |
| 405 | HERNANDEZ POLANCO, RAFAEL | $ | 170.00 | $ | 9,860.00 | 10 |
| 406 | HERNANDEZ QUINTERO, BARBARA ANN | $ | 129.00 | $ | 7,482.00 | 4 |
| 407 | HERNANDEZ QUINTERO, JOSEPHINE | $ | 136.00 | $ | 7,888.00 | 5 |
| 408 | HERNANDEZ RAMOS, JANET | $ | 194.00 | $ | 11,252.00 | 13 |
| 409 | HERNANDEZ RUIZ, GENOVEVA | $ | 162.00 | $ | 9,396.00 | 9 |
| 410 | HERNANDEZ SANCHEZ, BLANCA I. | $ | 155.00 | $ | 8,990.00 | 8 |
| 411 | HERNANDEZ SANCHEZ, JOSE M. | $ | 293.00 | $ | 16,994.00 | 22 |
| 412 | HERNANDEZ VARGAS, EDDIE | $ | 155.00 | $ | 8,990.00 | 8 |
| 413 | HERNANDEZ VELAZQUEZ, MANUEL O. | $ | 178.00 | $ | 10,324.00 | 11 |
| 414 | HERRAN MONTERO, GLORIMAR | $ | 124.00 | $ | 7,192.00 | 3 |
| 415 | HUERTAS MOJICA, JESUS M. | $ | 178.00 | $ | 10,324.00 | 11 |
| 416 | HUERTAS RODRIGUEZ, LUIS A. | $ | 113.00 | $ | 6,554.00 | 1 |
| 417 | HURTADO GELPI, EDDA ELIZABETH | $ | 170.00 | $ | 9,860.00 | 10 |
| 418 | IRIZARRY BAEZ, IVETTE | $ | 194.00 | $ | 11,252.00 | 13 |
| 419 | IRIZARRY BONILLA, JESSICA | $ | 194.00 | $ | 11,252.00 | 13 |
| 420 | IRIZARRY RIVERA, SONIA M. | $ | 162.00 | $ | 8,586.00 | 9 |
| 421 | IRIZARRY TORRES, ALMA | $ | 203.00 | $ | 8,323.00 | 14 |
| 422 | JIMENEZ ACEVEDO, IVETTE M. | $ | 194.00 | $ | 11,252.00 | 13 |
| 423 | JIMENEZ CONCEPCION, AURA M. | $ | 118.00 | $ | 6,844.00 | 2 |
| 424 | JIMENEZ HUERTAS, RIGOBERTO | $ | 149.00 | $ | 8,642.00 | 7 |
| 425 | JIMENEZ PALMA, CESAR | $ | 245.00 | $ | 14,210.00 | 18 |
| 426 | JOHNSON ROSARIO, EVELYN J. | $ | 149.00 | $ | 8,642.00 | 7 |
| 427 | JORGE RIVERA, JULISSA | $ | 234.00 | $ | 13,572.00 | 17 |
| 428 | JUSINO RIVERA, MARI OLGA | $ | 162.00 | $ | 9,396.00 | 9 |
| 429 | LABOY MARRERO, DAVID | $ | 170.00 | $ | 9,860.00 | 10 |
| 430 | LABOY MORALES, YEMAL ELIZA | $ | 194.00 | $ | 388.00 | 13 |
| 431 | LABOY PAGAN, AWILDA | $ | 255.00 | $ | 14,790.00 | 19 |
| 432 | LABOY RIVERA, ANA C. | $ | 129.00 | $ | 7,482.00 | 4 |
| 433 | LABOY RODRIGUEZ, ANGEL L. | $ | 194.00 | $ | 11,252.00 | 13 |
| 434 | LAGUER LAGUER, NANETTE J. | $ | 245.00 | $ | 14,210.00 | 18 |
| 435 | LANTIGUA GARCIA, VIVIANA | $ | 129.00 | $ | 7,482.00 | 4 |
| 436 | LANZOT ROCHE, SANDRA I. | $ | 149.00 | $ | 8,642.00 | 7 |
| 437 | LAZU IRIZARRY, BETZAIDA | $ | 178.00 | $ | 10,324.00 | 11 |

FRANCISCO BELTRAN,  (4,593 PLAINTIFF GROUP) VS. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345
(ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

| | Name | Regular Salary Monthly Shortfall | | Unpaid Balance 58 moth or less as applicables - total debt | | Pay Scale No. |
|---|---|---|---|---|---|---|
| 438 | LEBRON CONCEPCION, JUAN J. | $ | 234.00 | $ | 13,572.00 | 17 |
| 439 | LEBRON CRUZ, EDWARD | $ | 178.00 | $ | 10,324.00 | 11 |
| 440 | LEBRON DAVILA, JANNIRE | $ | 129.00 | $ | 7,482.00 | 4 |
| 441 | LEBRON OTERO, WILMER | $ | 234.00 | $ | 13,572.00 | 17 |
| 442 | LEON QUIÑONES, NANCY | $ | 118.00 | $ | 6,844.00 | 2 |
| 443 | LINAREZ GARCIA, YUDY M. | $ | 255.00 | $ | 14,790.00 | 19 |
| 444 | LIRIANO RODRIGUÉZ, ROSA E. | $ | 203.00 | $ | 11,774.00 | 14 |
| 445 | LLANOS GARCIA, SHEILA I. | $ | 194.00 | $ | 11,252.00 | 13 |
| 446 | LLANES MONTES, ARACELYS | $ | 162.00 | $ | 9,396.00 | 9 |
| 447 | LOPEZ ALVAREZ,  NOEMI | $ | 194.00 | $ | 11,252.00 | 13 |
| 448 | LOPEZ BULTRON, EFRAIN | $ | 162.00 | $ | 9,396.00 | 9 |
| 449 | LOPEZ CAMACHO, EDGARDO | $ | 194.00 | $ | 11,252.00 | 13 |
| 450 | LOPEZ COSME, OMAYRA | $ | 129.00 | $ | 7,482.00 | 4 |
| 451 | LOPEZ FELICIANO, CARLOS I. | $ | 162.00 | $ | 9,396.00 | 9 |
| 452 | LOPEZ GONZALEZ, SOL E. | $ | 194.00 | $ | 11,252.00 | 13 |
| 453 | LOPEZ GONZALEZ, SYLVIA | $ | 124.00 | $ | 7,192.00 | 3 |
| 454 | LOPEZ HERNANDEZ, ROBERTO A. | $ | 129.00 | $ | 7,482.00 | 4 |
| 455 | LOPEZ LOPEZ, ARTURO | $ | 170.00 | $ | 9,860.00 | 10 |
| 456 | LOPEZ MENDEZ, ANGELIZA | $ | 162.00 | $ | 9,396.00 | 9 |
| 457 | LOPEZ MENDEZ, JOSE L. | $ | 155.00 | $ | 8,990.00 | 8 |
| 458 | LOPEZ MENDEZ, MILDRED | $ | 170.00 | $ | 6,630.00 | 10 |
| 459 | LOPEZ MERCADO, ERICA | $ | 162.00 | $ | 9,396.00 | 9 |
| 460 | LOPEZ NUÑEZ, JOSE A. | $ | 129.00 | $ | 258.00 | 4 |
| 461 | LOPEZ PEREZ, ROSAURA | $ | 162.00 | $ | 9,396.00 | 9 |
| 462 | LOPEZ QUIÑONES, JOSE | $ | 194.00 | $ | 11,252.00 | 13 |
| 463 | LOPEZ RAMOS, IVETTE | $ | 155.00 | $ | 8,990.00 | 8 |
| 464 | LOPEZ RIVERA, OLGA VANESSA | $ | 267.00 | $ | 15,486.00 | 20 |
| 465 | LOPEZ ROMAN, REBECA | $ | 194.00 | $ | 11,252.00 | 13 |
| 466 | LOPEZ SANTIAGO, LIMARY | $ | 194.00 | $ | 6,208.00 | 13 |
| 467 | LOPEZ TORRES, MAYRA | $ | 203.00 | $ | 11,774.00 | 14 |
| 468 | LOPEZ TOSADO, MARIA M. | $ | 170.00 | $ | 9,860.00 | 10 |
| 469 | LOPEZ TRINIDAD, MARIBEL | $ | 194.00 | $ | 11,252.00 | 13 |
| 470 | LOPEZ VEGA, NYDIA I. | $ | 267.00 | $ | 15,486.00 | 20 |
| 471 | LOPEZ VELEZ, LOVELIZ | $ | 293.00 | $ | 2,930.00 | 22 |
| 472 | LOPEZ VILLANUEVA, BRENDA L. | $ | 162.00 | $ | 9,396.00 | 9 |
| 473 | LORAN HERNANDEZ, SANTIAGO | $ | 162.00 | $ | 9,396.00 | 9 |
| 474 | LORENZO ATILES, ELSA I. | $ | 162.00 | $ | 9,396.00 | 9 |
| 475 | LOZADA ORTIZ, BRENDA I. | $ | 255.00 | $ | 14,790.00 | 19 |
| 476 | LOZADA VELEZ, EDWIN | $ | 194.00 | $ | 11,252.00 | 13 |
| 477 | LUCIANO RUIZ, ORLANDO | $ | 118.00 | $ | 6,844.00 | 2 |
| 478 | LUGO MEDINA, ENID M. | $ | 170.00 | $ | 9,860.00 | 10 |
| 479 | LUGO RAMOS, BRENDA J. | $ | 136.00 | $ | 7,888.00 | 5 |
| 480 | LUGO RIVERA, LUIS R. | $ | 118.00 | $ | 6,844.00 | 2 |
| 481 | LUGO SEGARRA, BRENDA | $ | 280.00 | $ | 16,240.00 | 21 |

FRANCISCO BELTRAN, (4,593 PLAINTIFF GROUP) VS. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345
(ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 482 | LUGO SEGARRA, LINDA B. | $ 162.00 | $ 9,396.00 | 9 |
| 483 | LUNA FERNANDEZ, MARITZA | $ 155.00 | $ 8,990.00 | 8 |
| 484 | LUNA REYES, LESBIA G. | $ 280.00 | $ 16,240.00 | 21 |
| 485 | LUNA RIOS, ANA L. | $ 194.00 | $ 11,252.00 | 13 |
| 486 | MACHADO ROSADO, MAYRA | $ 170.00 | $ 9,860.00 | 10 |
| 487 | MACHIN FONSECA, MIGDALIA | $ 162.00 | $ 9,396.00 | 9 |
| 488 | MADERA BARBOSA, MARIFEL N. | $ 245.00 | $ 14,210.00 | 18 |
| 489 | MADERA CASTRO, JUAN | $ 194.00 | $ 11,252.00 | 13 |
| 490 | MAISONET ACEVEDO, REBECA L. | $ 203.00 | $ 11,774.00 | 14 |
| 491 | MALAVE ARROYO, MAGALY | $ 178.00 | $ 10,324.00 | 11 |
| 492 | MALAVE ARROYO, SONIA N. | $ 162.00 | $ 9,396.00 | 9 |
| 493 | MALDONADO VELÉZ, REBECA | $ 194.00 | $ 11,252.00 | 13 |
| 494 | MALDONADO GONZALEZ, SANDRA | $ 149.00 | $ 8,642.00 | 7 |
| 495 | MALDONADO ORTIZ, MARIBEL | $ 162.00 | $ 9,396.00 | 9 |
| 496 | MALDONADO RIVERA, WANDA | $ 186.00 | $ 10,788.00 | 12 |
| 497 | MALDONADO TORRES, NIXA I. | $ 129.00 | $ 7,482.00 | 4 |
| 498 | MALDONADO VELAZQUEZ, CARLOS G. | $ 194.00 | $ 11,252.00 | 13 |
| 499 | MALDONADO VELAZQUEZ, JORGE A. | $ 113.00 | $ 6,554.00 | 1 |
| 500 | MALDONADO VELEZ, JULIA | $ 155.00 | $ 8,990.00 | 8 |
| 501 | MALDONADO VELEZ, RODRIGO | $ 129.00 | $ 7,482.00 | 4 |
| 502 | MARIN ENCARNACION, GRACE H. | $ 186.00 | $ 10,788.00 | 12 |
| 503 | MARIN ROMAN, BETZAIDA | $ 162.00 | $ 9,396.00 | 9 |
| 504 | MARQUEZ SANTOS, MARIBEL | $ 129.00 | $ 7,482.00 | 4 |
| 505 | MARRERO HERNANDEZ, BRENDA | $ 186.00 | $ 10,788.00 | 12 |
| 506 | MARRERO RIVERA, MENARIO | $ 178.00 | $ 10,324.00 | 11 |
| 507 | MARRERO RUIZ, GILBERTO | $ 194.00 | $ 11,252.00 | 13 |
| 508 | MARRERO TORRES, LUIS A. | $ 194.00 | $ 11,252.00 | 13 |
| 509 | MARSHALL GANDIA, XIOMARA | $ 142.00 | $ 8,236.00 | 6 |
| 510 | MARTINEZ BARRETO, ELISA M. | $ 162.00 | $ 9,396.00 | 9 |
| 511 | MARTINEZ BENEJAN, JOSE L | $ 178.00 | $ 9,256.00 | 11 |
| 512 | MARTINEZ BERMUDEZ, FELIX O. | $ 162.00 | $ 9,396.00 | 9 |
| 513 | MARTINEZ CAMACHO, GERALDO | $ 162.00 | $ 9,396.00 | 9 |
| 514 | MARTINEZ CRUZ, CARMEN L. | $ 155.00 | $ 8,990.00 | 8 |
| 515 | MARTINEZ GONZALEZ, MARIA E. | $ 245.00 | $ 14,210.00 | 18 |
| 516 | MARTINEZ GONZALEZ, WANDA | $ 129.00 | $ 7,482.00 | 4 |
| 517 | MARTINEZ IRIZARRY, JACQUELINE | $ 170.00 | $ 9,860.00 | 10 |
| 518 | MARTINEZ JIMENEZ, BLANCA E. | $ 170.00 | $ 9,860.00 | 10 |
| 519 | MARTINEZ MARTINEZ, ZAIRY | $ 162.00 | $ 9,396.00 | 9 |
| 520 | MARTINEZ MEDINA, MARIA A. | $ 186.00 | $ 4,464.00 | 12 |
| 521 | MARTINEZ MUÑOZ, GLENDA L. | $ 203.00 | $ 11,774.00 | 14 |
| 522 | MARTINEZ ORTIZ, MIRIAM | $ 186.00 | $ 10,788.00 | 12 |
| 523 | MARTINEZ QUILES, AMY | $ 267.00 | $ 15,486.00 | 20 |
| 524 | MARTINEZ RIVERA, JAIME DANIEL | $ 162.00 | $ 9,396.00 | 9 |
| 525 | MARTINEZ RIVERA, MARISOL | $ 194.00 | $ 11,252.00 | 13 |

FRANCISCO BELTRAN, (4,593 PLAINTIFF GROUP) Vs. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345
(ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 526 | MARTINEZ RODRIGUEZ, NITZA M. | $ 113.00 | $ 6,554.00 | 1 |
| 527 | MARTINEZ SANTIAGO, NANCY | $ 162.00 | $ 9,396.00 | 9 |
| 528 | MARTINEZ SERRANO, MARIA | $ 203.00 | $ 11,774.00 | 14 |
| 529 | MARTINEZ TOLEDO, LIZANDRA | $ 162.00 | $ 9,396.00 | 9 |
| 530 | MARTINEZ VEGA, ZAYBEL | $ 136.00 | $ 7,888.00 | 5 |
| 531 | MARTINEZ VELEZ, YOLANDA | $ 194.00 | $ 11,252.00 | 13 |
| 532 | MARTY LARACUENTE, MARIA D. | $ 136.00 | $ 7,888.00 | 5 |
| 533 | MATIAS ACEVEDO, NIVEA R. | $ 186.00 | $ 10,788.00 | 12 |
| 534 | MATOS JIMENEZ, EVELYN | $ 162.00 | $ 9,396.00 | 9 |
| 535 | MATOS PAGAN, VICTOR M. | $ 245.00 | $ 14,210.00 | 18 |
| 536 | MATTEI ARCAY, DENISSE M. | $ 194.00 | $ 11,252.00 | 13 |
| 537 | MEDINA LUIS, DAMARIS | $ 129.00 | $ 7,482.00 | 4 |
| 538 | MEDINA MEDINA, MARY L. | $ 255.00 | $ 14,790.00 | 19 |
| 539 | MEDINA ROSADO, EMILIO J. | $ 194.00 | $ 11,252.00 | 13 |
| 540 | MEDINA TORRES, NILDA | $ 170.00 | $ 9,860.00 | 10 |
| 541 | MELENDEZ ALSINA, ELIZABETH | $ 293.00 | $ 16,994.00 | 22 |
| 542 | MELENDEZ ALVARADO, BETTY | $ 162.00 | $ 9,396.00 | 9 |
| 543 | MELENDEZ ARROYO, NEREIDA | $ 136.00 | $ 7,888.00 | 5 |
| 544 | MELENDEZ CARRILLO, ROBERTO | $ 234.00 | $ 13,572.00 | 17 |
| 545 | MELENDEZ COSS, LESLIE CAROL | $ 293.00 | $ 16,994.00 | 22 |
| 546 | MELENDEZ GONZALEZ, ANGEL L. | $ 186.00 | $ 10,788.00 | 12 |
| 547 | MELENDEZ NEGRON, MARIBEL Y. | $ 178.00 | $ 10,324.00 | 11 |
| 548 | MELENDEZ PIÑEIRO, ANA R. | $ 194.00 | $ 11,252.00 | 13 |
| 549 | MELENDEZ RIVERA, IVETTE | $ 162.00 | $ 9,396.00 | 9 |
| 550 | MELENDEZ ROSARIO, LIZEDIA | $ 162.00 | $ 9,396.00 | 9 |
| 551 | MENDEZ FIGUEROA, MIGDALIA | $ 203.00 | $ 11,774.00 | 14 |
| 552 | MENDEZ MENDEZ, EVELYN | $ 162.00 | $ 9,396.00 | 9 |
| 553 | MERCADO APONTE, WANDA | $ 178.00 | $ 10,324.00 | 11 |
| 554 | MERCADO BENIQUEZ, ALMA N. | $ 162.00 | $ 9,396.00 | 9 |
| 555 | MERCADO CAÑALS, ISAMARYS | $ 178.00 | $ 10,324.00 | 11 |
| 556 | MERCADO DIAZ, IVETTE | $ 194.00 | $ 11,252.00 | 13 |
| 557 | MERCADO LUGO, ARLENE | $ 194.00 | $ 11,252.00 | 13 |
| 558 | MERCADO MEDINA, CARMEN B. | $ 245.00 | $ 14,210.00 | 18 |
| 559 | MERCADO MEDINA, OLGA I. | $ 129.00 | $ 7,482.00 | 4 |
| 560 | MERCADO NIEVES, HILDA L. | $ 170.00 | $ 9,350.00 | 10 |
| 561 | MERCADO RUIZ, MALINDA | $ 155.00 | $ 8,990.00 | 8 |
| 562 | MERCADO SANTIAGO, FELIX | $ 194.00 | $ 11,252.00 | 13 |
| 563 | MERCED LOPEZ, LUZ ELENA | $ 178.00 | $ 10,324.00 | 11 |
| 564 | MERCED TIRADO, ELSA I. | $ 245.00 | $ 14,210.00 | 18 |
| 565 | MERDED CALDERON, NESMARIE | $ 162.00 | $ 9,396.00 | 9 |
| 566 | MILLAN RAMOS, CARLOS A. | $ 155.00 | $ 8,990.00 | 8 |
| 567 | MIRANDA DE JESUS, RICHARD L. | $ 129.00 | $ 7,482.00 | 4 |
| 568 | MIRANDA QUIÑONES, MYRNA | $ 223.00 | $ 12,934.00 | 16 |
| 569 | MIRANDA TORRES, HERLINDA | $ 245.00 | $ 14,210.00 | 18 |

FRANCISCO BELTRAN, (4,593 PLAINTIFF GROUP) VS. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345 (ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

| | Name | Regular Salary Monthly Shortfall | | Unpaid Balance 58 moth or less as applicables - total debt | | Pay Scale No. |
|---|---|---|---|---|---|---|
| 570 | MOJICA BULTRON, SONIA M. | $ | 162.00 | $ | 9,396.00 | 9 |
| 571 | MOJICA RAMIREZ, CARMEN | $ | 194.00 | $ | 11,252.00 | 13 |
| 572 | MOLINA AYALA, ELIANID | $ | 162.00 | $ | 7,938.00 | 9 |
| 573 | MOLINA NEGRON, CARMEN S. | $ | 149.00 | $ | 8,642.00 | 7 |
| 574 | MONELL TORRES, DORIS | $ | 194.00 | $ | 11,252.00 | 13 |
| 575 | MONTALVO CRUZ, JORGE | $ | 136.00 | $ | 7,888.00 | 5 |
| 576 | MONTALVO LAFONTAINE, MARIA DE LOS A. | $ | 194.00 | $ | 11,252.00 | 13 |
| 577 | MONTALVO DEYNES, VICTOR A. | $ | 162.00 | $ | 9,396.00 | 9 |
| 578 | MONTALVO RIVERA, JEANNETTE | $ | 170.00 | $ | 9,860.00 | 10 |
| 579 | MONT VAZQUEZ, LOURDES | $ | 162.00 | $ | 9,396.00 | 9 |
| 580 | MONTES LOPEZ, JOSEFINA | $ | 194.00 | $ | 10,670.00 | 13 |
| 581 | MORA REYES, OMAYRA E. | $ | 293.00 | $ | 16,994.00 | 22 |
| 582 | MORALES ARZUAGA, IVETTE | $ | 162.00 | $ | 9,396.00 | 9 |
| 583 | MORALES COLON, JOSE A. | $ | 234.00 | $ | 13,572.00 | 17 |
| 584 | MORALES GONZALEZ, ALEXIS | $ | 162.00 | $ | 9,396.00 | 9 |
| 585 | MORALES LABOY, MARIA I. | $ | 255.00 | $ | 14,790.00 | 19 |
| 586 | MORALES LARREGUI, VICTOR M. | $ | 162.00 | $ | 9,396.00 | 9 |
| 587 | MORALES LOPEZ, WALESKA M. | $ | 129.00 | $ | 7,482.00 | 4 |
| 588 | MORALES MARRERO, OSVALDO LUIS | $ | 194.00 | $ | 11,252.00 | 13 |
| 589 | MORALES PEREZ, WANDA I | $ | 129.00 | $ | 7,482.00 | 4 |
| 590 | MORALES RIVERA, MARITZA | $ | 129.00 | $ | 7,482.00 | 4 |
| 591 | MORALES RODRIGUEZ, CARLOS R. | $ | 155.00 | $ | 8,990.00 | 8 |
| 592 | MORALES ROSARIO, SONIA I. | $ | 186.00 | $ | 10,788.00 | 12 |
| 593 | MORALES SANCHEZ, FRANCES E. | $ | 194.00 | $ | 11,252.00 | 13 |
| 594 | MORALES VAZQUEZ, MARINA E. | $ | 255.00 | $ | 14,790.00 | 19 |
| 595 | MORALES VELEZ, MARIA C. | $ | 162.00 | $ | 9,396.00 | 9 |
| 596 | MORENO ROSADO, MARICELY | $ | 194.00 | $ | 11,252.00 | 13 |
| 597 | MOULIER SANTANA, MIGDALIA | $ | 186.00 | $ | 10,788.00 | 12 |
| 598 | MUÑIZ ORTIZ, LIZABEL | $ | 162.00 | $ | 9,396.00 | 9 |
| 599 | MUÑIZ RODRIGUEZ, EMELY | $ | 162.00 | $ | 9,396.00 | 9 |
| 600 | MURIEL NIEVE, HECTOR L. | $ | 155.00 | $ | 8,990.00 | 8 |
| 601 | MURIEL SUSTACHE, MARISELA | $ | 162.00 | $ | 9,396.00 | 9 |
| 602 | NAVARRO ROSARIO, ELIZ N. | $ | 162.00 | $ | 9,396.00 | 9 |
| 603 | NAZARIO VEGA, MARISOL | $ | 155.00 | $ | 8,990.00 | 8 |
| 604 | NEGRON BRUNO, MYRNA L. | $ | 194.00 | $ | 11,252.00 | 13 |
| 605 | NEGRON CABAN, ESTRELLA L. | $ | 178.00 | $ | 10,324.00 | 11 |
| 606 | NEGRON MILLAN, YVONNE | $ | 155.00 | $ | 8,990.00 | 8 |
| 607 | NEGRON OLIVERA, EVELYN | $ | 170.00 | $ | 9,860.00 | 10 |
| 608 | NEGRON RIVERA, MAYLINES | $ | 194.00 | $ | 11,252.00 | 13 |
| 609 | NEVAREZ RIVERA, MARICARMEN | $ | 194.00 | $ | 11,252.00 | 13 |
| 610 | NIEVES BORDOY, NELSON | $ | 118.00 | $ | 4,012.00 | 2 |
| 611 | NIEVES CARDONA, LUZ N. | $ | 194.00 | $ | 11,252.00 | 13 |
| 612 | NIEVES CRUZ, LETICIA | $ | 136.00 | $ | 7,888.00 | 5 |
| 613 | NIEVES DE JESUS, LIZELIE DEL C. | $ | 162.00 | $ | 9,396.00 | 9 |

FRANCISCO BELTRAN, (4,593 PLAINTIFF GROUP) VS. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345
(ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 614 | NIEVES DIAZ, ISRAEL | $ 162.00 | $ 9,396.00 | 9 |
| 615 | NIEVES FREITA, BETZAIDA | $ 194.00 | $ 11,252.00 | 13 |
| 616 | NIEVES LEBRON, OCTAVIO | $ 129.00 | $ 7,482.00 | 4 |
| 617 | NIEVES LEBRON, ROBERTO | $ 136.00 | $ 7,888.00 | 5 |
| 618 | NIEVES NAVAS, ADALBERTO | $ 162.00 | $ 9,396.00 | 9 |
| 619 | NIEVES RIVERA, XAYMARA | $ 162.00 | $ 9,396.00 | 9 |
| 620 | NIEVES ROJAS, MARTA | $ 178.00 | $ 712.00 | 11 |
| 621 | NIEVES ROMAN, LUIS A. | $ 162.00 | $ 9,396.00 | 9 |
| 622 | NIEVES SANCHEZ, GERALD | $ 124.00 | $ 7,192.00 | 3 |
| 623 | NIEVES SANTOS, NOEMI | $ 136.00 | $ 7,888.00 | 5 |
| 624 | NIEVES SIFRE, YADIRA | $ 136.00 | $ 7,888.00 | 5 |
| 625 | NOVOA CENTENO, ANA L. | $ 170.00 | $ 9,860.00 | 10 |
| 626 | O'FARRIL QUIÑONES, ANA I. | $ 194.00 | $ 11,252.00 | 13 |
| 627 | OCASIO ARCE, MARCOS A. | $ 118.00 | $ 6,844.00 | 2 |
| 628 | OCASIO DEL VALLE, GABRIEL RAUL | $ 170.00 | $ 9,860.00 | 10 |
| 629 | OCASIO ESPINOSA, VICKY D. | $ 162.00 | $ 1,944.00 | 9 |
| 630 | OCASIO GARCIA, ROBERTO | $ 203.00 | $ 11,774.00 | 14 |
| 631 | OFRAY ORTIZ, MIGUEL | $ 129.00 | $ 7,482.00 | 4 |
| 632 | OJEDA FRADERA, JENNIFER | $ 129.00 | $ 7,482.00 | 4 |
| 633 | OLIVERA RIVERA, MARIA T. | $ 223.00 | $ 12,934.00 | 16 |
| 634 | OLIVERAS DIAZ, FRANCES | $ 155.00 | $ 8,990.00 | 8 |
| 635 | O'NEILL FIGUEROA, DEBORAH | $ 194.00 | $ 11,252.00 | 13 |
| 636 | OQUENDO DELGADO, MARIA E. | $ 194.00 | $ 1,358.00 | 13 |
| 637 | OQUENDO TIRADO, CYNTHIA | $ 255.00 | $ 14,790.00 | 19 |
| 638 | ORAMA BORRERO, YARLIN | $ 170.00 | $ 9,860.00 | 10 |
| 639 | ORTIZ AGUIRRE, MARISEL | $ 234.00 | $ 13,572.00 | 17 |
| 640 | ORTIZ CLASS, MARÍA | $ 113.00 | $ 6,554.00 | 1 |
| 641 | ORTIZ COLON, JORGE A. | $ 255.00 | $ 14,790.00 | 19 |
| 642 | ORTIZ FIGUEROA, CAMILLE | $ 194.00 | $ 11,252.00 | 13 |
| 643 | ORTIZ FIGUEROA, LUZ N. | $ 223.00 | $ 12,934.00 | 16 |
| 644 | ORTIZ JIMENEZ, MYRNA M. | $ 223.00 | $ 12,934.00 | 16 |
| 645 | ORTIZ LOPEZ, AMNER | $ 245.00 | $ 14,210.00 | 18 |
| 646 | ORTIZ LOPEZ, LUZ C. | $ 194.00 | $ 11,252.00 | 13 |
| 647 | ORTIZ MALDONADO, MAYRA R. | $ 194.00 | $ 11,252.00 | 13 |
| 648 | ORTIZ ORTIZ, JOANSELLE | $ 162.00 | $ 9,396.00 | 9 |
| 649 | ORTIZ OSORIO, MAYRA | $ 194.00 | $ 11,252.00 | 13 |
| 650 | ORTIZ RODRIGUEZ, RENE A. | $ 267.00 | $ 15,486.00 | 20 |
| 651 | ORTIZ RESTO, CARMEN A. | $ 162.00 | $ 9,396.00 | 9 |
| 652 | ORTIZ REYES, ROSA | $ 162.00 | $ 9,396.00 | 9 |
| 653 | ORTIZ RODRIGUEZ, JUAN R. | $ 194.00 | $ 11,252.00 | 13 |
| 654 | ORTIZ ROSADO, CARLOS G. | $ 162.00 | $ 9,396.00 | 9 |
| 655 | ORTIZ RUIZ, DAMARIS | $ 194.00 | $ 3,686.00 | 13 |
| 656 | ORTIZ SANCHEZ, JOHANA R. | $ 129.00 | $ 7,482.00 | 4 |
| 657 | ORTIZ TORO, MARITZA | $ 162.00 | $ 9,396.00 | 9 |

FRANCISCO BELTRAN, (4,593 PLAINTIFF GROUP) VS. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345
(ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 658 | ORTIZ TROCHE, NILSA H. | $ 234.00 | $ 12,870.00 | 17 |
| 659 | ORTIZ ZARAGOZA, AUREA M. | $ 170.00 | $ 9,860.00 | 10 |
| 660 | OSORIO LUGO, RAFAEL | $ 170.00 | $ 9,860.00 | 10 |
| 661 | OSORIO TOSADO, CARMEN M. | $ 149.00 | $ 8,642.00 | 7 |
| 662 | OTERO MONTALVAN, HIRAM | $ 113.00 | $ 6,554.00 | 1 |
| 663 | OTERO MORALES, ANTONIO | $ 170.00 | $ 9,860.00 | 10 |
| 664 | PABLOS VAZQUEZ, LEILA | $ 255.00 | $ 14,790.00 | 19 |
| 665 | PABON PLAZA, WANDA | $ 170.00 | $ 9,860.00 | 10 |
| 666 | PABON VICENTY, RENE | $ 113.00 | $ 6,554.00 | 1 |
| 667 | PACHECO TORRES, KERMAN | $ 113.00 | $ 6,554.00 | 1 |
| 668 | PADILLA CANCEL, ELDA | $ 162.00 | $ 9,396.00 | 9 |
| 669 | PADILLA ORTIZ, MARISEL | $ 162.00 | $ 9,396.00 | 9 |
| 670 | PAGAN ALVARADO, RUTH G. | $ 194.00 | $ 11,252.00 | 13 |
| 671 | PAGAN ESPADA, DORIS V. | $ 194.00 | $ 11,252.00 | 13 |
| 672 | PAGAN GARCIA, JOEL | $ 118.00 | $ 6,844.00 | 2 |
| 673 | PAGAN MELENDEZ, JANNETTE | $ 267.00 | $ 15,486.00 | 20 |
| 674 | PAGAN RODRIGUEZ, SONIA I. | $ 155.00 | $ 8,990.00 | 8 |
| 675 | PAGAN SCHELMETTY, DOLORES M. | $ 162.00 | $ 9,396.00 | 9 |
| 676 | PEÑA SINTRON, LUIS A. | $ 194.00 | $ 11,252.00 | 13 |
| 677 | PEÑA CONCEPCION, JEANNETTE | $ 178.00 | $ 10,324.00 | 11 |
| 678 | PEÑA RIVERA, DINORAH | $ 194.00 | $ 11,252.00 | 13 |
| 679 | PEÑA RAMOS, JUANITA | $ 162.00 | $ 9,396.00 | 9 |
| 680 | PEÑA, FÉLIX IVAN | $ 118.00 | $ 6,844.00 | 2 |
| 681 | PEREZ ACEVEDO, MARTA V. | $ 162.00 | $ 9,396.00 | 9 |
| 682 | PEREZ ARCE, ANTHONY | $ 162.00 | $ 9,396.00 | 9 |
| 683 | PEREZ BROWN, VILMARY | $ 170.00 | $ 9,860.00 | 10 |
| 684 | PEREZ BURGOS, CARMEN I. | $ 186.00 | $ 10,788.00 | 12 |
| 685 | PEREZ CRUZ, EMMA M. | $ 203.00 | $ 11,774.00 | 14 |
| 686 | PEREZ FIGUEROA, LYDIA E. | $ 186.00 | $ 10,788.00 | 12 |
| 687 | PEREZ IRIZARRY, GLORIDELL | $ 136.00 | $ 7,888.00 | 5 |
| 688 | PEREZ LACEN, ROSA G. | $ 136.00 | $ 7,888.00 | 5 |
| 689 | PEREZ MEDINA, VANESSA | $ 223.00 | $ 12,934.00 | 16 |
| 690 | PEREZ MENDEZ, CARMEN IRMA | $ 162.00 | $ 9,396.00 | 9 |
| 691 | PEREZ MIRANDA, RUTH J. | $ 129.00 | $ 7,482.00 | 4 |
| 692 | PEREZ MONCHE, ABBY | $ 194.00 | $ 11,252.00 | 13 |
| 693 | PEREZ ORTIZ, SONIA | $ 129.00 | $ 7,482.00 | 4 |
| 694 | PEREZ PEÑA, LINDA I. | $ 136.00 | $ 7,888.00 | 5 |
| 695 | PEREZ PEREZ, JANET J, | $ 162.00 | $ 9,396.00 | 9 |
| 696 | PEREZ PEREZ, MIRNA E. | $ 194.00 | $ 11,252.00 | 13 |
| 697 | PEREZ RAMIREZ, NELSON | $ 194.00 | $ 11,252.00 | 13 |
| 698 | PEREZ RIOS, WANDA I. | $ 194.00 | $ 11,252.00 | 13 |
| 699 | PEREZ RIVERA, EFRAIN | $ 129.00 | $ 7,482.00 | 4 |
| 700 | PEREZ RODRIGUEZ, LOURDES J. | $ 162.00 | $ 9,396.00 | 9 |
| 701 | PEREZ RODRIGUEZ, MARIA | $ 155.00 | $ 8,990.00 | 8 |

FRANCISCO BELTRAN,  (4,593 PLAINTIFF GROUP) VS. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345
(ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 702 | PEREZ RODRIGUEZ, YESENIA | $ 162.00 | $ 9,396.00 | 9 |
| 703 | PEREZ SOTO, MIRIAM | $ 194.00 | $ 11,252.00 | 13 |
| 704 | PEREZ TORRES, FELIX A. | $ 118.00 | $ 6,844.00 | 2 |
| 705 | PEREZ VILLANUEVA, ELIZABETH | $ 194.00 | $ 11,252.00 | 13 |
| 706 | PESANTE FRATICELLI, MARISOL | $ 267.00 | $ 15,486.00 | 20 |
| 707 | PETERSON LAUREANO, JOSE J. | $ 162.00 | $ 9,396.00 | 9 |
| 708 | PIMENTEL OBJIO, BELKIS | $ 118.00 | $ 6,844.00 | 2 |
| 709 | PIMENTEL ROMAN, BERNALIZ | $ 194.00 | $ 11,252.00 | 13 |
| 710 | PIZARRO BROWN, CARLOS | $ 129.00 | $ 7,482.00 | 4 |
| 711 | PIZARRO CASTRO, MARIBEL | $ 162.00 | $ 9,396.00 | 9 |
| 712 | PIZARRO CRUZ, ERICK | $ 293.00 | $ 16,994.00 | 22 |
| 713 | PLAZA TOLEDO, OMARIS | $ 170.00 | $ 9,860.00 | 10 |
| 714 | PONCE RAMOS, MARILYN | $ 267.00 | $ 15,486.00 | 20 |
| 715 | PORRATA VAZQUEZ, ERIKA | $ 162.00 | $ 9,396.00 | 9 |
| 716 | PORTALATIN AMADOR, ANEXIE | $ 170.00 | $ 9,860.00 | 10 |
| 717 | PORTALATIN VILLANUEVA, LUZ E. | $ 194.00 | $ 9,506.00 | 13 |
| 718 | PRIETO MARTINEZ, ZULMA I. | $ 118.00 | $ 6,844.00 | 2 |
| 719 | QUIJANO AYUSO, GLORY S. | $ 162.00 | $ 9,396.00 | 9 |
| 720 | QUELIS SANCHEZ, MARILYN | $ 162.00 | $ 9,396.00 | 9 |
| 721 | QUILES SERRANO, YOLANDA | $ 170.00 | $ 9,860.00 | 10 |
| 722 | QUIÑONES ACOSTA, WANDA J. | $ 245.00 | $ 14,210.00 | 18 |
| 723 | QUIÑONES MUÑIZ, ELBA J. | $ 194.00 | $ 11,252.00 | 13 |
| 724 | QUIÑONES MUÑIZ, ZOE N. | $ 293.00 | $ 16,994.00 | 22 |
| 725 | QUIÑONES PINET, CELIA M. | $ 136.00 | $ 7,888.00 | 5 |
| 726 | QUIÑONES RIVERA, MAGALY | $ 162.00 | $ 9,396.00 | 9 |
| 727 | QUIÑONES VARGAS, EDUARDO | $ 194.00 | $ 11,252.00 | 13 |
| 728 | QUINTANA REBOYRAS, JOAQUINA | $ 118.00 | $ 6,844.00 | 2 |
| 729 | QUINTANA RUIZ, JACKELINE | $ 129.00 | $ 7,482.00 | 4 |
| 730 | QUINTANA SERRANO, DALILA | $ 162.00 | $ 9,396.00 | 9 |
| 731 | RABRI COLON, LILLIAM D. | $ 162.00 | $ 9,396.00 | 9 |
| 732 | RAMIREZ APONTE, MADELYN | $ 194.00 | $ 8,148.00 | 13 |
| 733 | RAMIREZ LOZANO, EVELYN | $ 194.00 | $ 11,252.00 | 13 |
| 734 | RAMIREZ MEDINA, SONIA M. | $ 194.00 | $ 11,252.00 | 13 |
| 735 | RAMIREZ VARGAS, ALBERTO | $ 124.00 | $ 7,192.00 | 3 |
| 736 | RAMIREZ VEGA, ANGELES E. | $ 162.00 | $ 9,396.00 | 9 |
| 737 | RAMOS CARRERO, JOSE F. | $ 194.00 | $ 11,252.00 | 13 |
| 738 | RAMOS CUEVAS, NORMA M, | $ 194.00 | $ 11,252.00 | 13 |
| 739 | RAMOS GONZALEZ, REBECCA | $ 293.00 | $ 16,994.00 | 22 |
| 740 | RAMOS GUZMAN, ANGELA T. | $ 129.00 | $ 7,482.00 | 4 |
| 741 | RAMOS MARRERO, GINIA | $ 170.00 | $ 9,860.00 | 10 |
| 742 | RAMOS MENDEZ, CARMEN Y. | $ 178.00 | $ 10,324.00 | 11 |
| 743 | RAMOS PEREZ, JANNETTE | $ 155.00 | $ 8,990.00 | 8 |
| 744 | RAMOS REY, ALBA N. | $ 194.00 | $ 11,252.00 | 13 |
| 745 | RAMOS ROBLES, ADDY E. | $ 136.00 | $ 7,888.00 | 5 |

FRANCISCO BELTRAN,  (4,593 PLAINTIFF GROUP) VS. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345
(ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

| | Name | Regular Salary Monthly Shortfall | | Unpaid Balance 58 moth or less as applicables - total debt | | Pay Scale No. |
|---|---|---|---|---|---|---|
| 746 | RAMOS TORRES, EVELYN | $ | 162.00 | $ | 9,396.00 | 9 |
| 747 | RAMOS VAZQUEZ, MARIBEL | $ | 194.00 | $ | 11,252.00 | 13 |
| 748 | RAMOS VAZQUEZ, MIRIAM | $ | 194.00 | $ | 11,252.00 | 13 |
| 749 | RAMOS VELAZQUEZ, DAVID JOSE | $ | 194.00 | $ | 11,252.00 | 13 |
| 750 | REMIGIO GARCIA, CARMEN A. | $ | 194.00 | $ | 11,252.00 | 13 |
| 751 | RESTO CABRERA, ELIZABETH | $ | 178.00 | $ | 10,324.00 | 11 |
| 752 | REYES AYALA, ERNESTO | $ | 170.00 | $ | 9,860.00 | 10 |
| 753 | REYES BONILLA, IODELIS | $ | 194.00 | $ | 11,252.00 | 13 |
| 754 | REYES ESPINOSA, MILAGROS | $ | 162.00 | $ | 9,396.00 | 9 |
| 755 | REYES MATANZO, MARIA DE L. | $ | 194.00 | $ | 11,252.00 | 13 |
| 756 | REYES MERCED, WILNELIA | $ | 194.00 | $ | 11,252.00 | 13 |
| 757 | REYES MOYETT, RAMON H. | $ | 136.00 | $ | 7,888.00 | 5 |
| 758 | REYES NIEVES, MARIA DEL C. | $ | 178.00 | $ | 10,324.00 | 11 |
| 759 | REYES PARRILLA, INELIZ | $ | 162.00 | $ | 9,396.00 | 9 |
| 760 | REYES REYES, ANA S. | $ | 194.00 | $ | 11,252.00 | 13 |
| 761 | REYES TIRADO, NYDIA | $ | 194.00 | $ | 11,252.00 | 13 |
| 762 | RIBOTF GARCIA, LYDIA M. | $ | 293.00 | $ | 16,994.00 | 22 |
| 763 | RIESTRA DE JESUS, CARLOS Y. | $ | 118.00 | $ | 6,844.00 | 2 |
| 764 | RIOS HERNANDEZ, LUZ D. | $ | 178.00 | $ | 10,324.00 | 11 |
| 765 | RIOS MATOS, ELENA | $ | 213.00 | $ | 12,354.00 | 15 |
| 766 | RIOS PEREZ, NARANGELI | $ | 162.00 | $ | 3,240.00 | 9 |
| 767 | RIOS ROSADO, CARLOS R. | $ | 255.00 | $ | 14,790.00 | 19 |
| 768 | RIOS SANTIAGO, LUIS A. | $ | 136.00 | $ | 7,888.00 | 5 |
| 769 | RIOS VALENTIN, CARMEN E. | $ | 186.00 | $ | 10,788.00 | 12 |
| 770 | RIVAS SALAVARRIA, JUANA | $ | 129.00 | $ | 7,482.00 | 4 |
| 771 | RIVERA ALBINO, LUISA L. | $ | 194.00 | $ | 11,252.00 | 13 |
| 772 | RIVERA ALICEA, HECTOR J. | $ | 162.00 | $ | 9,396.00 | 9 |
| 773 | RIVERA BATISTA, IRIS D. | $ | 194.00 | $ | 11,252.00 | 13 |
| 774 | RIVERA BELTRAN, MYRIAM L. | $ | 136.00 | $ | 7,888.00 | 5 |
| 775 | RIVERA BERMUDEZ, ROSA M. | $ | 194.00 | $ | 11,252.00 | 13 |
| 776 | RIVERA BERRIOS, WANDA | $ | 162.00 | $ | 9,396.00 | 9 |
| 777 | RIVERA CAMACHO, CELIE | $ | 170.00 | $ | 9,860.00 | 10 |
| 778 | RIVERA CARTAGENA, CATHY | $ | 136.00 | $ | 7,888.00 | 5 |
| 779 | RIVERA CARTAGENA, YASMIN | $ | 186.00 | $ | 10,788.00 | 12 |
| 780 | RIVERA COLON, RUBEN | $ | 186.00 | $ | 10,788.00 | 12 |
| 781 | RIVERA COLON, YEIDI | $ | 162.00 | $ | 9,396.00 | 9 |
| 782 | RIVERA CRUZ, BARBARA J. | $ | 155.00 | $ | 8,990.00 | 8 |
| 783 | RIVERA CRUZ, MYRIAM | $ | 113.00 | $ | 6,554.00 | 1 |
| 784 | RIVERA CUMBA, OLGA | $ | 124.00 | $ | 7,192.00 | 3 |
| 785 | RIVERA DAVILA, HILDA | $ | 234.00 | $ | 234.00 | 17 |
| 786 | RIVERA DE JESUS, JESUS R. | $ | 162.00 | $ | 9,396.00 | 9 |
| 787 | RIVERA FELICIANO, NEREIDA | $ | 194.00 | $ | 11,252.00 | 13 |
| 788 | RIVERA GARNICA, MARIA L. | $ | 186.00 | $ | 10,788.00 | 12 |
| 789 | RIVERA GONZALEZ, JUAN A. | $ | 136.00 | $ | 7,888.00 | 5 |

FRANCISCO BELTRAN, (4,593 PLAINTIFF GROUP) VS. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345
(ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 790 | RIVERA HERNANDEZ, ARTURO A. | $ 178.00 | $ 10,324.00 | 11 |
| 791 | RIVERA IGUINA, AGNES | $ 186.00 | $ 10,788.00 | 12 |
| 792 | RIVERA JIMENEZ, LYDIA | $ 149.00 | $ 8,642.00 | 7 |
| 793 | RIVERA JIMENEZ, VANESSA | $ 162.00 | $ 9,396.00 | 9 |
| 794 | RIVERA LUGO, YOMARYS | $ 203.00 | $ 11,774.00 | 14 |
| 795 | RIVERA MANGUAL, AGNES E. | $ 170.00 | $ 9,860.00 | 10 |
| 796 | RIVERA MARTINEZ, ROSA M. | $ 255.00 | $ 14,790.00 | 19 |
| 797 | RIVERA MARTINEZ, WILMA | $ 186.00 | $ 10,788.00 | 12 |
| 798 | RIVERA MEDINA, IVAN | $ 162.00 | $ 9,396.00 | 9 |
| 799 | RIVERA MENDEZ, LOURDES E. | $ 255.00 | $ 14,790.00 | 19 |
| 800 | RIVERA MORALES, LISANDRA | $ 155.00 | $ 8,990.00 | 8 |
| 801 | RIVERA MORALES, GLADYS | $ 170.00 | $ 9,860.00 | 10 |
| 802 | RIVERA NIEVES, MIGDALIA | $ 194.00 | $ 11,252.00 | 13 |
| 803 | RIVERA OSORIO, WANDA I. | $ 186.00 | $ 10,788.00 | 12 |
| 804 | RIVERA PEREZ, ODALYS | $ 194.00 | $ 11,252.00 | 13 |
| 805 | RIVERA PLAZA, CARMEN C. | $ 194.00 | $ 11,252.00 | 13 |
| 806 | RIVERA RIVERA, BRENDA E. | $ 170.00 | $ 9,860.00 | 10 |
| 807 | RIVERA RIVERA, CARMEN A. | $ 245.00 | $ 14,210.00 | 18 |
| 808 | RIVERA RIVERA, JOSE A. | $ 118.00 | $ 6,844.00 | 2 |
| 809 | RIVERA RIVERA, KEILA | $ 194.00 | $ 11,252.00 | 13 |
| 810 | RIVERA RIVERA, NEILL A. | $ 129.00 | $ 7,482.00 | 4 |
| 811 | RIVERA RIVERA, SALLY | $ 170.00 | $ 9,860.00 | 10 |
| 812 | RIVERA RIVERA, SONIA E. | $ 203.00 | $ 11,774.00 | 14 |
| 813 | RIVERA RODRIGUEZ, CARMEN | $ 194.00 | $ 11,252.00 | 13 |
| 814 | RIVERA RODRIGUEZ, EVELYN | $ 129.00 | $ 7,482.00 | 4 |
| 815 | RIVERA RODRIGUEZ, JOEL R. | $ 194.00 | $ 11,252.00 | 13 |
| 816 | RIVERA RODRIGUEZ, JOHANNA M. | $ 142.00 | $ 8,236.00 | 6 |
| 817 | RIVERA ROMAN, NELSON | $ 170.00 | $ 9,860.00 | 10 |
| 818 | RIVERA ROSARIO, CARMEN M. | $ 194.00 | $ 11,252.00 | 13 |
| 819 | RIVERA SALGADO, MARTA BEATRIZ | $ 194.00 | $ 11,252.00 | 13 |
| 820 | RIVERA SANTIAGO, JENNIFER | $ 245.00 | $ 14,210.00 | 18 |
| 821 | RIVERA SANTIAGO, MARIBEL | $ 178.00 | $ 10,324.00 | 11 |
| 822 | RIVERA SANTIAGO, VIVIAN M. | $ 170.00 | $ 9,860.00 | 10 |
| 823 | RIVERA SANTOS, MARIA DEL C. | $ 149.00 | $ 8,642.00 | 7 |
| 824 | RIVERA SOTO, CARMEN S. | $ 149.00 | $ 8,642.00 | 7 |
| 825 | RIVERA TORRES, CARMEN A. | $ 194.00 | $ 11,252.00 | 13 |
| 826 | RIVERA TORRES, CARMEN S. | $ 194.00 | $ 11,252.00 | 13 |
| 827 | RIVERA VAZQUEZ, DAISY | $ 194.00 | $ 11,252.00 | 13 |
| 828 | RIVERA VELEZ, LUIS E. | $ 245.00 | $ 14,210.00 | 18 |
| 829 | RODRIGUEZ AGOSTO, ELIEZER | $ 129.00 | $ 7,482.00 | 4 |
| 830 | RODRIGUEZ APONTE, YARITZA | $ 194.00 | $ 11,252.00 | 13 |
| 831 | RODRIGUEZ BARRETO, EDITH V. | $ 149.00 | $ 8,642.00 | 7 |
| 832 | RODRIGUEZ CANDELARIA, ZULMA I. | $ 162.00 | $ 9,396.00 | 9 |
| 833 | RODRIGUEZ CHAPARRO, MARIA R. | $ 162.00 | $ 9,396.00 | 9 |

FRANCISCO BELTRAN, (4,593 PLAINTIFF GROUP) VS. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345 (ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 834 | RODRIGUEZ COLLAZO, MIGDALIA | $ 149.00 | $ 8,642.00 | 7 |
| 835 | RODRIGUEZ CONCEPCION, MARIVEL | $ 170.00 | $ 9,860.00 | 10 |
| 836 | RODRIGUEZ CORTES, MARIA I. | $ 194.00 | $ 11,252.00 | 13 |
| 837 | RODRIGUEZ CORTES, NANCY I. | $ 194.00 | $ 11,252.00 | 13 |
| 838 | RODRIGUEZ CRUZ, ANGELA L. | $ 129.00 | $ 7,482.00 | 4 |
| 839 | RODRIGUEZ DE JESUS, TABITA | $ 194.00 | $ 11,252.00 | 13 |
| 840 | RODRIGUEZ DELGADO, MICHELLE | $ 245.00 | $ 14,210.00 | 18 |
| 841 | RODRIGUEZ FLORES, EVELYN | $ 194.00 | $ 11,252.00 | 13 |
| 842 | RODRIGUEZ GONZALEZ, ADANIT | $ 162.00 | $ 9,396.00 | 9 |
| 843 | RODRIGUEZ GONZALEZ, MARISEL | $ 267.00 | $ 15,486.00 | 20 |
| 844 | RODRIGUEZ GONZALEZ, MIGUEL G. | $ 162.00 | $ 9,396.00 | 9 |
| 845 | RODRIGUEZ GONZALEZ, MONIQUE | $ 136.00 | $ 7,888.00 | 5 |
| 846 | RODRIGUEZ GONZALEZ, NORMA | $ 136.00 | $ 7,888.00 | 5 |
| 847 | RODRIGUEZ GONZALEZ, TANYA | $ 129.00 | $ 7,482.00 | 4 |
| 848 | RODRIGUEZ LOPEZ, GLORYVEE | $ 129.00 | $ 7,482.00 | 4 |
| 849 | RODRIGUEZ LOPEZ, MARY ANN | $ 194.00 | $ 11,252.00 | 13 |
| 850 | RODRIGUEZ MALDONADO, JUAN P. | $ 118.00 | $ 6,844.00 | 2 |
| 851 | RODRIGUEZ MARTINEZ, FERNANDO | $ 113.00 | $ 6,554.00 | 1 |
| 852 | RODRIGUEZ MARTINEZ, VILMA | $ 186.00 | $ 10,788.00 | 12 |
| 853 | RODRIGUEZ MEDINA, CARMEN B. | $ 186.00 | $ 10,788.00 | 12 |
| 854 | RODRIGUEZ MEDINA, YAZMIN | $ 162.00 | $ 9,396.00 | 9 |
| 855 | RODRIGUEZ MILLAN, EVA N. | $ 142.00 | $ 8,236.00 | 6 |
| 856 | RODRIGUEZ MORALES, REBECCA | $ 162.00 | $ 9,396.00 | 9 |
| 857 | RODRIGUEZ NAVARRO, ENID | $ 194.00 | $ 11,252.00 | 13 |
| 858 | RODRIGUEZ OLIVERA, MIRIAM | $ 186.00 | $ 10,788.00 | 12 |
| 859 | RODRIGUEZ QUIÑONES, ELSA | $ 245.00 | $ 735.00 | 18 |
| 860 | RODRIGUEZ QUIÑONES, WANDA IVELISSE | $ 124.00 | $ 7,192.00 | 3 |
| 861 | RODRIGUEZ RAMOS, CARMEN L. | $ 170.00 | $ 9,860.00 | 10 |
| 862 | RODRIGUEZ RIVERA, CARMEN D. | $ 186.00 | $ 10,788.00 | 12 |
| 863 | RODRIGUEZ RIVERA, NELSON | $ 162.00 | $ 9,396.00 | 9 |
| 864 | RODRIGUEZ ROCHE, LUIS A. | $ 194.00 | $ 11,252.00 | 13 |
| 865 | RODRIGUEZ RODRIGUEZ, JANICE | $ 162.00 | $ 9,396.00 | 9 |
| 866 | RODRIGUEZ ROSARIO, DAMARIS | $ 170.00 | $ 9,860.00 | 10 |
| 867 | RODRIGUEZ SANTIAGO, DORKA | $ 129.00 | $ 7,482.00 | 4 |
| 868 | RODRIGUEZ TORRES, NILSA E. | $ 194.00 | $ 8,536.00 | 13 |
| 869 | RODRIGUEZ VALES, BEATRIZ | $ 255.00 | $ 14,790.00 | 19 |
| 870 | RODRIGUEZ VERA, VIVIAN | $ 162.00 | $ 6,480.00 | 9 |
| 871 | ROJAS ESQUILIN, ABIGAIL | $ 136.00 | $ 7,888.00 | 5 |
| 872 | ROJAS GARCIA, YESENIA | $ 162.00 | $ 9,396.00 | 9 |
| 873 | ROLDAN DAUMONT, WANDA I. | $ 203.00 | $ 11,774.00 | 14 |
| 874 | ROLDAN GARCIA, LUIS A. | $ 203.00 | $ 11,774.00 | 14 |
| 875 | ROLDAN MALAVE, LUZ N. | $ 129.00 | $ 7,482.00 | 4 |
| 876 | ROLON COLON, GILDA | $ 203.00 | $ 11,774.00 | 14 |
| 877 | ROLON ORTEGA, CARMEN M. | $ 149.00 | $ 8,642.00 | 7 |

FRANCISCO BELTRAN, (4,593 PLAINTIFF GROUP) VS. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345
(ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 878 | ROMAN BURGOS, MILLIAM E. | $ 194.00 | $ 11,252.00 | 13 |
| 879 | ROMAN ADAMES, AWILDA | $ 124.00 | $ 7,192.00 | 3 |
| 880 | ROMAN AGUIAR, ELIZABETH | $ 203.00 | $ 11,774.00 | 14 |
| 881 | ROMAN AHORRIO, ANDY | $ 194.00 | $ 11,252.00 | 13 |
| 882 | ROMAN CRUZ, BERENITH | $ 170.00 | $ 9,860.00 | 10 |
| 883 | ROMAN DIAZ, JORGE | $ 118.00 | $ 6,844.00 | 2 |
| 884 | ROMAN JOHNSON, DENISSE | $ 162.00 | $ 9,396.00 | 9 |
| 885 | ROMAN MAISONAVE, MARYVETTE | $ 162.00 | $ 9,396.00 | 9 |
| 886 | ROMAN NIEVES, MARITZA | $ 194.00 | $ 11,252.00 | 13 |
| 887 | ROMAN RAMOS, VANESSA | $ 129.00 | $ 7,482.00 | 4 |
| 888 | ROMAN RODRIGUEZ, FRANCISCA | $ 162.00 | $ 9,396.00 | 9 |
| 889 | ROMAN ROMAN, IVELISSE | $ 245.00 | $ 14,210.00 | 18 |
| 890 | ROMAN SANTIAGO, NILSALIZ | $ 162.00 | $ 9,396.00 | 9 |
| 891 | ROMAN TORRES, NORMA | $ 194.00 | $ 11,252.00 | 13 |
| 892 | ROMERO IRIZARRY, MARIA E. | $ 170.00 | $ 9,860.00 | 10 |
| 893 | ROMERO NIEVES, ASTRID | $ 129.00 | $ 7,482.00 | 4 |
| 894 | ROMERO PEREZ, PAULINA | $ 194.00 | $ 11,252.00 | 13 |
| 895 | ROQUE RODRIGUEZ, SONIA A. | $ 162.00 | $ 9,396.00 | 9 |
| 896 | ROSA BRAVO, SAIRA | $ 124.00 | $ 7,192.00 | 3 |
| 897 | ROSA DIAZ, YADIDA | $ 124.00 | $ 7,192.00 | 3 |
| 898 | ROSA FIGUEROA, EDNA | $ 162.00 | $ 9,396.00 | 9 |
| 899 | ROSA GONZALEZ, VANESSA | $ 162.00 | $ 9,396.00 | 9 |
| 900 | ROSA MARTINEZ, MIGDALIA | $ 267.00 | $ 15,486.00 | 20 |
| 901 | ROSA MORALES, MORAIMA | $ 162.00 | $ 9,396.00 | 9 |
| 902 | ROSA RIVERA, ADIL M. | $ 234.00 | $ 13,572.00 | 17 |
| 903 | ROSA VEGA, ZAYRA M. | $ 245.00 | $ 14,210.00 | 18 |
| 904 | ROSADO RIVERA, DIALMA | $ 142.00 | $ 8,236.00 | 6 |
| 905 | ROSADO RUBIO, DAGMARYS | $ 162.00 | $ 9,396.00 | 9 |
| 906 | ROSADO SANCHEZ, RAFAEL | $ 113.00 | $ 6,554.00 | 1 |
| 907 | ROSARIO GOMEZ, ENID | $ 162.00 | $ 9,396.00 | 9 |
| 908 | ROSARIO REYES, BRENDA L. | $ 194.00 | $ 11,252.00 | 13 |
| 909 | ROSARIO RODRIGUEZ, MILAGROS | $ 129.00 | $ 7,482.00 | 4 |
| 910 | ROSARIO SANCHEZ, VANESSA | $ 194.00 | $ 11,252.00 | 13 |
| 911 | ROSARIO TORRES, MARTA | $ 255.00 | $ 14,790.00 | 19 |
| 912 | ROSAS PEREZ, KEYLA M. | $ 194.00 | $ 11,252.00 | 13 |
| 913 | ROSS NIEVES, JOHANNA | $ 194.00 | $ 11,252.00 | 13 |
| 914 | ROSSO SANTOS, JOSE L. | $ 124.00 | $ 7,192.00 | 3 |
| 915 | ROUBERT GONZALEZ, MARIA L. | $ 194.00 | $ 11,252.00 | 13 |
| 916 | RUIZ ACEVEDO, HELMA M. | $ 118.00 | $ 6,844.00 | 2 |
| 917 | RUIZ ALICEA, ARODI | $ 162.00 | $ 9,396.00 | 9 |
| 918 | RUIZ LAUREANO, DAISY R. | $ 194.00 | $ 11,252.00 | 13 |
| 919 | RUIZ PAGAN, KHAIRY | $ 194.00 | $ 11,252.00 | 13 |
| 920 | RUIZ PEREZ, VIVIAN E. | $ 170.00 | $ 9,860.00 | 10 |
| 921 | RUIZ RIVERA, ROSA I. | $ 170.00 | $ 9,860.00 | 10 |

FRANCISCO BELTRAN, (4,593 PLAINTIFF GROUP) Vs. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345
(ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 922 | RULLAN SOTO, EDGARDO OSCAR | $ 223.00 | $ 12,934.00 | 16 |
| 923 | SALVA CAMACHO, MIGNA N. | $ 162.00 | $ 9,396.00 | 9 |
| 924 | SANABRIA BAERGA, AIDA L. | $ 129.00 | $ 7,482.00 | 4 |
| 925 | SANABRIA CABAN, WILNELIA | $ 194.00 | $ 11,252.00 | 13 |
| 926 | SANABRIA DE MATOS, VILMA A. | $ 245.00 | $ 12,740.00 | 18 |
| 927 | SANCHEZ ACEVEDO, JOSE J. | $ 234.00 | $ 13,572.00 | 17 |
| 928 | SANCHEZ ARROYO, LUIS A. | $ 136.00 | $ 7,888.00 | 5 |
| 929 | SANCHEZ CRUZ, ONEIDA | $ 162.00 | $ 9,396.00 | 9 |
| 930 | SANCHEZ GOMEZ, SAMUEL | $ 162.00 | $ 9,396.00 | 9 |
| 931 | SANCHEZ GONZALEZ, JACQUELINE | $ 194.00 | $ 11,252.00 | 13 |
| 932 | SANCHEZ IRIZARRY, RICARDO | $ 194.00 | $ 11,252.00 | 13 |
| 933 | SANCHEZ MATTEI, FRANCISCO J. | $ 149.00 | $ 8,642.00 | 7 |
| 934 | SANCHEZ RAMIREZ, YOMAIRA | $ 194.00 | $ 11,252.00 | 13 |
| 935 | SANCHEZ RAMOS, SONIA N. | $ 186.00 | $ 10,788.00 | 12 |
| 936 | SANCHEZ RIVERA, CARMEN I. | $ 149.00 | $ 8,642.00 | 7 |
| 937 | SANCHEZ RODRIGUEZ, SAMARIE | $ 162.00 | $ 9,396.00 | 9 |
| 938 | SANCHEZ ROSADO, MARLYN | $ 178.00 | $ 10,324.00 | 11 |
| 939 | SANCHEZ VELAZQUEZ, ENRIQUE | $ 118.00 | $ 6,844.00 | 2 |
| 940 | SANTANA CACERES, LUIS A. | $ 136.00 | $ 7,888.00 | 5 |
| 941 | SANTANA CLAUDIO, DAMARIS | $ 170.00 | $ 9,860.00 | 10 |
| 942 | SANTANA COLON, YESENIA | $ 194.00 | $ 11,252.00 | 13 |
| 943 | SANTANA DE LEON, AITZA | $ 194.00 | $ 11,252.00 | 13 |
| 944 | SANTANA MARCANO, ROSA I. | $ 194.00 | $ 11,252.00 | 13 |
| 945 | SANTANA ORTIZ, LUIS M. | $ 118.00 | $ 6,844.00 | 2 |
| 946 | SANTANA VEGA, VICTOR | $ 194.00 | $ 11,252.00 | 13 |
| 947 | SANTANA, MOISES | $ 124.00 | $ 7,192.00 | 3 |
| 948 | SANTIAGO ACEVEDO, ROBERTO | $ 194.00 | $ 11,252.00 | 13 |
| 949 | SANTIAGO ARROYO, VILMA M. | $ 162.00 | $ 9,396.00 | 9 |
| 950 | SANTIAGO CARO, IRAI | $ 170.00 | $ 9,860.00 | 10 |
| 951 | SANTIAGO CASTRO, CRUZ | $ 194.00 | $ 10,088.00 | 13 |
| 952 | SANTIAGO CINTRON, FRANCISCO A. | $ 118.00 | $ 6,844.00 | 2 |
| 953 | SANTIAGO CORTES, RAQUEL | $ 194.00 | $ 11,252.00 | 13 |
| 954 | SANTIAGO DELGADO, HECTOR J. | $ 186.00 | $ 10,788.00 | 12 |
| 955 | SANTIAGO FLORES, NAIDA | $ 170.00 | $ 9,860.00 | 10 |
| 956 | SANTIAGO GARCIA, OMAYRA | $ 162.00 | $ 9,396.00 | 9 |
| 957 | SANTIAGO GUZMAN, AIDA | $ 186.00 | $ 5,394.00 | 12 |
| 958 | SANTIAGO HERNANDEZ, DELBA I. | $ 124.00 | $ 7,192.00 | 3 |
| 959 | SANTIAGO HERNANDEZ, MARIA DE A. | $ 170.00 | $ 9,860.00 | 10 |
| 960 | SANTIAGO LOPERENA, MARIA DEL C. | $ 194.00 | $ 11,252.00 | 13 |
| 961 | SANTIAGO LOPEZ, IRIS N. | $ 223.00 | $ 12,934.00 | 16 |
| 962 | SANTIAGO MARTINEZ, PRISCILLA | $ 170.00 | $ 9,860.00 | 10 |
| 963 | SANTIAGO MARTORAL, JANET | $ 136.00 | $ 7,888.00 | 5 |
| 964 | SANTIAGO MIRANDA, YARILIN | $ 194.00 | $ 11,252.00 | 13 |
| 965 | SANTIAGO MONTES, MIGUEL A. | $ 149.00 | $ 8,642.00 | 7 |

FRANCISCO BELTRAN, (4,593 PLAINTIFF GROUP) Vs. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345
(ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 966 | SANTIAGO MORALES, VICTOR | $ 113.00 | $ 6,554.00 | 1 |
| 967 | SANTIAGO ORTIZ, YARITZA | $ 194.00 | $ 11,252.00 | 13 |
| 968 | SANTIAGO PELLOT, ELIZABETH | $ 203.00 | $ 11,774.00 | 14 |
| 969 | SANTIAGO PELLOT, MARITZA | $ 194.00 | $ 11,252.00 | 13 |
| 970 | SANTIAGO RIVERA, ANA MYRIAM | $ 162.00 | $ 9,396.00 | 9 |
| 971 | SANTIAGO RIVERA, IDAH | $ 178.00 | $ 10,324.00 | 11 |
| 972 | SANTIAGO RIVERA, LETICIA | $ 178.00 | $ 10,324.00 | 11 |
| 973 | SANTIAGO ROBLES, MARICELY | $ 245.00 | $ 14,210.00 | 18 |
| 974 | SANTIAGO RODRIGUEZ, ALFREDO | $ 162.00 | $ 9,396.00 | 9 |
| 975 | SANTIAGO RODRIGUEZ, NERIMAR | $ 194.00 | $ 11,252.00 | 13 |
| 976 | SANTIAGO SANCHEZ, ELBA I. | $ 129.00 | $ 4,128.00 | 4 |
| 977 | SANTIAGO SANTIAGO, HECTOR | $ 118.00 | $ 6,844.00 | 2 |
| 978 | SANTIAGO SANTIAGO, MARIA DE LOS A. | $ 162.00 | $ 9,396.00 | 9 |
| 979 | SANTIAGO SAURI, CARMEN M. | $ 129.00 | $ 7,482.00 | 4 |
| 980 | SANTISTEBAN HERNANDEZ, LUZ Y. | $ 162.00 | $ 9,396.00 | 9 |
| 981 | SANTISTEBAN PADRO, JOYCE M. | $ 162.00 | $ 9,396.00 | 9 |
| 982 | SANTOS COTTO, MARTIN | $ 170.00 | $ 9,860.00 | 10 |
| 983 | SANTOS FEBUS, MIGUEL A. | $ 136.00 | $ 7,888.00 | 5 |
| 984 | SANTOS ORTIZ, LOURDES L. | $ 162.00 | $ 9,396.00 | 9 |
| 985 | SANTOS ORTIZ, RITA A. | $ 162.00 | $ 9,396.00 | 9 |
| 986 | SANTOS RODRIGUEZ, MARIA LUISA | $ 162.00 | $ 8,586.00 | 9 |
| 987 | SANTOS SANTIAGO, BLANCA | $ 162.00 | $ 9,396.00 | 9 |
| 988 | SEDA SEDA, ELIZABETH | $ 162.00 | $ 9,396.00 | 9 |
| 989 | SEGUINOT TORRES, JOSE A. | $ 155.00 | $ 8,990.00 | 8 |
| 990 | SEPULVEDA NAVAS, ALICETTE | $ 194.00 | $ 11,252.00 | 13 |
| 991 | SERRANO ACOSTA, RUBEN | $ 194.00 | $ 11,252.00 | 13 |
| 992 | SERRANO CASTRO, YARITZA | $ 194.00 | $ 11,252.00 | 13 |
| 993 | SERRANO CORREA, ANA | $ 178.00 | $ 10,324.00 | 11 |
| 994 | SIERRA RIVERA, LUZ S. | $ 194.00 | $ 11,252.00 | 13 |
| 995 | SILVA CANALES, MARIA A. | $ 186.00 | $ 10,788.00 | 12 |
| 996 | SILVA INCHAUTEGUI, JOSE A. | $ 118.00 | $ 6,844.00 | 2 |
| 997 | SILVESTRINI FIGUEROA, IRIS A. | $ 194.00 | $ 11,252.00 | 13 |
| 998 | SIVERIO ROSA, MARITZA I. | $ 194.00 | $ 11,252.00 | 13 |
| 999 | SOLA GALI, JOSE J. | $ 203.00 | $ 11,774.00 | 14 |
| 1000 | SOLANO VELEZ, DILAILA | $ 162.00 | $ 9,396.00 | 9 |
| 1001 | SOLIS RIVERA, JANNETTE | $ 155.00 | $ 8,990.00 | 8 |
| 1002 | SOLIVAN SANTIAGO, SONIA | $ 178.00 | $ 712.00 | 11 |
| 1003 | SOLTREN GONZALEZ, MARIA | $ 194.00 | $ 11,252.00 | 13 |
| 1004 | SOTO AGOSTO, ANELIS | $ 194.00 | $ 11,252.00 | 13 |
| 1005 | SOTO AYALA, MARTA I. | $ 186.00 | $ 10,788.00 | 12 |
| 1006 | SOTO CABAN, EVELYN | $ 186.00 | $ 10,788.00 | 12 |
| 1007 | SOTO CORCHADO, MARISOL | $ 194.00 | $ 11,252.00 | 13 |
| 1008 | SOTO CHEVRESTTS, ENRIQUE | $ 194.00 | $ 11,252.00 | 13 |
| 1009 | SOTO CRUZ, CARMEN M. | $ 213.00 | $ 12,354.00 | 15 |

FRANCISCO BELTRAN,  (4,593 PLAINTIFF GROUP) VS. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345
(ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 1010 | SOTO ORTIZ, NANCY | $ 194.00 | $ 11,252.00 | 13 |
| 1011 | SOTO ROSA, WALESKA | $ 162.00 | $ 9,396.00 | 9 |
| 1012 | SOTO SANTIAGO, JOEL A. | $ 129.00 | $ 7,482.00 | 4 |
| 1013 | SUAREZ DELGADO, IBIS N. | $ 194.00 | $ 11,252.00 | 13 |
| 1014 | TALAVERA MARTINEZ, CARLOS R. | $ 203.00 | $ 11,774.00 | 14 |
| 1015 | TAPIA PIZARRO, LYDIA E. | $ 293.00 | $ 16,994.00 | 22 |
| 1016 | TIRADO GARCIA, EDGAR | $ 118.00 | $ 6,844.00 | 2 |
| 1017 | TIRADO MENENDEZ, ELSIE A. | $ 255.00 | $ 14,790.00 | 19 |
| 1018 | TACORONTE BONILLA, VANESSA | $ 149.00 | $ 8,642.00 | 7 |
| 1019 | TOLEDO TOLEDO, CLAUDETTE Z. | $ 162.00 | $ 9,396.00 | 9 |
| 1020 | TOMEI PEREZ, MARIA M. | $ 178.00 | $ 10,324.00 | 11 |
| 1021 | TORO RIVERA, HECTOR | $ 118.00 | $ 2,242.00 | 2 |
| 1022 | TORRES ALVAREZ, NELLIE Y. | $ 162.00 | $ 9,396.00 | 9 |
| 1023 | TORRES CARRASQUILLO, CELIETTE | $ 255.00 | $ 14,790.00 | 19 |
| 1024 | TORRES CORTES, CARMEN M. | $ 194.00 | $ 8,342.00 | 13 |
| 1025 | TORRES CRUZ, ANA M. | $ 186.00 | $ 10,788.00 | 12 |
| 1026 | TORRES DE JESUS, MAGALI | $ 170.00 | $ 9,860.00 | 10 |
| 1027 | TORRES GERENA, VANESSA | $ 194.00 | $ 11,252.00 | 13 |
| 1028 | TORRES GOMEZ, EDGARDO | $ 194.00 | $ 11,252.00 | 13 |
| 1029 | TORRES GOMEZ, WILFREDO | $ 162.00 | $ 9,396.00 | 9 |
| 1030 | TORRES GONZALEZ, ELIZABETH | $ 162.00 | $ 9,396.00 | 9 |
| 1031 | TORRES GONZALEZ, LOURDES R. | $ 203.00 | $ 11,774.00 | 14 |
| 1032 | TORRES MALDONADO, ELIZABEHT | $ 194.00 | $ 11,252.00 | 13 |
| 1033 | TORRES MERCADO, SAMUEL | $ 194.00 | $ 11,252.00 | 13 |
| 1034 | TORRES MORALES, JULIA E. | $ 162.00 | $ 9,396.00 | 9 |
| 1035 | TORRES PEREZ, ELAINE | $ 162.00 | $ 9,396.00 | 9 |
| 1036 | TORRES QUILES, FELICITA | $ 162.00 | $ 9,396.00 | 9 |
| 1037 | TORRES RAMIREZ, LYDIA N. | $ 129.00 | $ 7,482.00 | 4 |
| 1038 | TORRES RAMOS, AIDA E. | $ 129.00 | $ 7,482.00 | 4 |
| 1039 | TORRES RAMOS, WANDA | $ 194.00 | $ 11,252.00 | 13 |
| 1040 | TORRES RODRIGUEZ, ROSA A. | $ 194.00 | $ 11,252.00 | 13 |
| 1041 | TORRES SAMBOLIN, JUDITH | $ 170.00 | $ 9,860.00 | 10 |
| 1042 | TORRES SANTIAGO, JAVIER | $ 118.00 | $ 6,844.00 | 2 |
| 1043 | TORRES SANTIAGO, LYNDAISY | $ 162.00 | $ 9,396.00 | 9 |
| 1044 | TORRES SANTIAGO, MARIA  M. | $ 149.00 | $ 8,642.00 | 7 |
| 1045 | TORRES SUAREZ, ARACELIS | $ 194.00 | $ 11,252.00 | 13 |
| 1046 | TORRES, GUADALUPE | $ 203.00 | $ 11,774.00 | 14 |
| 1047 | TUDO SIERRA, EMILIO | $ 194.00 | $ 11,252.00 | 13 |
| 1048 | TURELL ROSARIO, MARIBEL | $ 194.00 | $ 11,252.00 | 13 |
| 1049 | VALENTIN LOPEZ, MIGDALIA | $ 162.00 | $ 9,396.00 | 9 |
| 1050 | VALENTIN PEREZ, AWILDA | $ 162.00 | $ 9,396.00 | 9 |
| 1051 | VALENTIN VAZQUEZ, HECTOR L. | $ 194.00 | $ 11,252.00 | 13 |
| 1052 | VALLE AYALA, JANICE | $ 194.00 | $ 11,252.00 | 13 |
| 1053 | VALLE VEGA, SONIA I | $ 149.00 | $ 7,599.00 | 7 |

FRANCISCO BELTRAN,  (4,593 PLAINTIFF GROUP) vs. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345
(ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

|  | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 1054 | VALLELLANES RODRIGUEZ, MARGARITA | $ 162.00 | $ 9,396.00 | 9 |
| 1055 | VARGAS BARRETO, CARLOS | $ 162.00 | $ 9,396.00 | 9 |
| 1056 | VARGAS DE JESUS, WILMA | $ 124.00 | $ 7,192.00 | 3 |
| 1057 | VARGAS ESPIET, WILLIAM | $ 162.00 | $ 9,396.00 | 9 |
| 1058 | VARGAS FELICIANO, GISELA | $ 129.00 | $ 7,482.00 | 4 |
| 1059 | VARGAS GONZALEZ, MAYRA | $ 170.00 | $ 9,860.00 | 10 |
| 1060 | VARGAS MARTINEZ, ELIZABETH | $ 203.00 | $ 11,165.00 | 14 |
| 1061 | VARGAS MANTILLA, FRANK R. | $ 136.00 | $ 7,888.00 | 5 |
| 1062 | VARGAS RAMIREZ, ELIZABETH | $ 155.00 | $ 8,990.00 | 8 |
| 1063 | VARGAS VARGAS, ERIC | $ 149.00 | $ 8,642.00 | 7 |
| 1064 | VAZQUEZARROYO, JORGE | $ 118.00 | $ 6,844.00 | 2 |
| 1065 | VAZQUEZ CASTRO, ARELIS | $ 162.00 | $ 9,396.00 | 9 |
| 1066 | VAZQUEZ CASTRO, FIDELINA | $ 194.00 | $ 11,252.00 | 13 |
| 1067 | VAZQUEZ ESMURRIA, MAGALY E. | $ 162.00 | $ 9,396.00 | 9 |
| 1068 | VAZQUEZ FERNANDEZ, DAGMALIZ | $ 155.00 | $ 8,990.00 | 8 |
| 1069 | VAZQUEZ GARAY, CRISTINA | $ 136.00 | $ 7,888.00 | 5 |
| 1070 | VAZQUEZ CHACON, HECTOR | $ 118.00 | $ 6,844.00 | 2 |
| 1071 | VAZQUEZ HERNANDEZ, LOURDES | $ 170.00 | $ 9,860.00 | 10 |
| 1072 | VAZQUEZ MEDINA, JOSE | $ 136.00 | $ 7,888.00 | 5 |
| 1073 | VAZQUEZ MARTINEZ, VILMA Y. | $ 129.00 | $ 2,451.00 | 4 |
| 1074 | VAZQUEZ PAREDES, NEIZA H. | $ 170.00 | $ 9,860.00 | 10 |
| 1075 | VAZQUEZ REYES, KARIAM | $ 162.00 | $ 9,396.00 | 9 |
| 1076 | VAZQUEZ RIVAS, JULIO | $ 118.00 | $ 6,844.00 | 2 |
| 1077 | VAZQUEZ RIVERA, JUAN A. | $ 162.00 | $ 9,396.00 | 9 |
| 1078 | VAZQUEZ ROSADO, JASMIN | $ 136.00 | $ 7,888.00 | 5 |
| 1079 | VAZQUEZ SANTANA, LIDUVINA | $ 118.00 | $ 6,844.00 | 2 |
| 1080 | VAZQUEZ VAZQUEZ, FLOR M. | $ 170.00 | $ 9,860.00 | 10 |
| 1081 | VAZQUEZ VELEZ, LUZ E. | $ 194.00 | $ 11,252.00 | 13 |
| 1082 | VEGA ROSADO, VICTOR | $ 194.00 | $ 11,252.00 | 13 |
| 1083 | VEGA AYALA, EDA I. | $ 194.00 | $ 5,238.00 | 13 |
| 1084 | VEGA HERNANDEZ, FABIAN J. | $ 162.00 | $ 9,396.00 | 9 |
| 1085 | VEGA HILERIO, REBECA | $ 124.00 | $ 7,192.00 | 3 |
| 1086 | VEGA NAZARIO, ANGNERYS | $ 223.00 | $ 12,934.00 | 16 |
| 1087 | VEGA ZENO, WILDA ZOE | $ 170.00 | $ 9,860.00 | 10 |
| 1088 | VELAZQUEZ CASTRO, AWILDA | $ 194.00 | $ 11,252.00 | 13 |
| 1089 | VELAZQUEZ MARTINEZ, MARIA DE L. | $ 178.00 | $ 10,324.00 | 11 |
| 1090 | VELAZQUEZ ORTIZ, ILEANA | $ 162.00 | $ 9,396.00 | 9 |
| 1091 | VELAZQUEZ ROSADO, MARILUZ | $ 129.00 | $ 6,192.00 | 4 |
| 1092 | VELAZQUEZ VILLEGAS, OMAR | $ 194.00 | $ 11,252.00 | 13 |
| 1093 | VELEZ MELON, IVELISSE | $ 155.00 | $ 8,990.00 | 8 |
| 1094 | VELEZ ARCE, WANDA I. | $ 194.00 | $ 11,252.00 | 13 |
| 1095 | VELEZ CRESPO, EDUARDO | $ 129.00 | $ 7,482.00 | 4 |
| 1096 | VELEZ CUEVAS, MARIELA | $ 162.00 | $ 9,396.00 | 9 |
| 1097 | VELEZ FIGUEROA, FRANCISCA | $ 118.00 | $ 6,844.00 | 2 |

FRANCISCO BELTRAN, (4,593 PLAINTIFF GROUP) Vs. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345
(ACCRUED POST-PETITION UNPAID WAGES FAMILY FAMILY DEPT. EMPLOYEES).

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 1098 | VELEZ GONZALEZ, DANIEL | $ 194.00 | $ 11,252.00 | 13 |
| 1099 | VELEZ JIMENEZ, FRANCIS E. | $ 203.00 | $ 11,774.00 | 14 |
| 1100 | VELEZ MARTELL, YARILIN | $ 162.00 | $ 9,396.00 | 9 |
| 1101 | VELEZ MEDINA, ILKYA C. | $ 186.00 | $ 10,788.00 | 12 |
| 1102 | VELEZ NIEVES, ZENEIDA | $ 129.00 | $ 7,482.00 | 4 |
| 1103 | VELEZ SANTIAGO, WILMER | $ 170.00 | $ 9,860.00 | 10 |
| 1104 | VELEZ VALENTIN, OLGA I. | $ 129.00 | $ 7,482.00 | 4 |
| 1105 | VELEZ VELEZ, JEANNETTE Y. | $ 162.00 | $ 9,396.00 | 9 |
| 1106 | VENDRELL MANTILLA, MARIA N. | $ 162.00 | $ 9,396.00 | 9 |
| 1107 | VENTURA RIVERA, ROLANDO | $ 203.00 | $ 11,774.00 | 14 |
| 1108 | VERA PEREZ, BENIGNO | $ 186.00 | $ 10,788.00 | 12 |
| 1109 | VERGES RODRIGUEZ, IRIS M. | $ 194.00 | $ 11,252.00 | 13 |
| 1110 | VICENTE CRUZ, REYNALDO | $ 129.00 | $ 7,482.00 | 4 |
| 1111 | VICENTE MARQUEZ, JESUS M. | $ 118.00 | $ 6,844.00 | 2 |
| 1112 | VIERA BAEZ, SANDRA | $ 194.00 | $ 11,252.00 | 13 |
| 1113 | VILLANUEVA CORTES, AMARILIN | $ 162.00 | $ 9,396.00 | 9 |
| 1114 | VILLANUEVA RODRIGUEZ, NELSON | $ 129.00 | $ 7,482.00 | 4 |
| 1115 | VINCENTY LUGO, NORMA I. | $ 162.00 | $ 9,396.00 | 9 |
| 1116 | WISCOVITCH FERRER, MILTON A. | $ 194.00 | $ 11,252.00 | 13 |
| 1117 | ZAYAS MEDINA, JAIME G. | $ 162.00 | $ 9,396.00 | 9 |
| 1118 | ZAYAS RAMOS, LISSETTE | $ 162.00 | $ 9,396.00 | 9 |
| 1119 | ZAYAS RIVERA, ADRIA Y. | $ 170.00 | $ 9,860.00 | 10 |
| 1120 | ZENO REYES, YANIRA | $ 162.00 | $ 9,396.00 | 9 |

**TOTAL** $ 10,998,916.00

FRANCISCO BELTRAN, ARV ET. ALS. FAMILY DEPT ET. ALS, CASP CASE NO. 2021-05-0345 (ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

A: CREDITOR UNPAID POST PRETITION WAGES, WERE CALCULATED ON A CALENDAR BASIS BEGINNING ON MAY 4, 2017 TO MARCH 30, 2022 REPRESENTIG  4 YEARS 10 MONTH THAT EQUALS 58 MONTHS AFTER MEASURING DATE.

Ex 5 - c
ARV

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | PAY SCALE NO. |
|---|---|---|---|---|
| 1 | ABREU RODRIGUEZ, ANA E. | $ 162.00 | $ 3,078.00 | 9 |
| 2 | ACEVEDO CORTES, VIRGINIA | $ 170.00 | $ 9,860.00 | 10 |
| 3 | ACEVEDO VAZQUEZ, ALBA | $ 129.00 | $ 7,482.00 | 4 |
| 4 | AGOSTO NUÑEZ, AWILDA | $ 162.00 | $ 9,396.00 | 9 |
| 5 | ALBALADEJO TORRES, ENID | $ 149.00 | $ 8,642.00 | 7 |
| 6 | ALBIZU MERCED, ANTONIA M. | $ 170.00 | $ 9,350.00 | 10 |
| 7 | ALEMAN RIOS, MARITZA | $ 129.00 | $ 2,451.00 | 4 |
| 8 | ALICEA FIGUEROA, ROSALIA | $ 113.00 | $ 6,554.00 | 1 |
| 9 | ALICEA MORALES, HECTOR L. | $ 162.00 | $ 9,396.00 | 9 |
| 10 | ALMODOVAR VAZQUEZ, MIRIAM | $ 203.00 | $ 11,774.00 | 14 |
| 11 | ALVALLE BERMUDEZ, MARIA L. | $ 170.00 | $ 5,950.00 | 10 |
| 12 | ALVARADO RODRIGUEZ, MARIA DEL C. | $ 170.00 | $ 9,860.00 | 10 |
| 13 | ALVAREZ CAMACHO, REINALDO | $ 170.00 | $ 3,060.00 | 10 |
| 14 | ALVAREZ DE JESUS,  HECTOR | $ 124.00 | $ 7,192.00 | 3 |
| 15 | ALVAREZ LOZADA, MARTA | $ 194.00 | $ 3,686.00 | 13 |
| 16 | ALVAREZ TORRES, CATHERINE | $ 194.00 | $ 11,252.00 | 13 |
| 17 | ANDINO LAGO, ANGELES DE L. | $ 129.00 | $ 7,482.00 | 4 |
| 18 | ANDINO RIVERA, RAMON L. | $ 186.00 | $ 10,788.00 | 12 |
| 19 | ANDUJAR RODRIGUEZ, ROLANDO | $ 223.00 | $ 12,934.00 | 16 |
| 20 | APONTE CORDOVA, EVELYN | $ 149.00 | $ 8,642.00 | 7 |
| 21 | APONTE FIGUEROA, VIVIAN | $ 170.00 | $ 9,860.00 | 10 |
| 22 | AQUINO CANALES, REGINO | $ 118.00 | $ 6,844.00 | 2 |
| 23 | AROCHO VERA, AUREA | $ 223.00 | $ 12,934.00 | 16 |
| 24 | ARRIETA CEDO, MARIDELI | $ 293.00 | $ 16,994.00 | 22 |
| 25 | AVILES ORTIZ, GERMAN L. | $ 170.00 | $ 9,860.00 | 10 |
| 26 | AVILES RIVERA, DEBBIE | $ 170.00 | $ 9,860.00 | 10 |
| 27 | AYALA CARRASQUILLO, ISABEL | $ 162.00 | $ 1,134.00 | 9 |
| 28 | AYALA RIVERA, GLENDA LIZ | $ 186.00 | $ 10,788.00 | 12 |
| 29 | AYALA RIVERA, LIZA Y. | $ 170.00 | $ 9,860.00 | 10 |
| 30 | BAEZ MELENDEZ, WILLIE | $ 129.00 | $ 7,482.00 | 4 |
| 31 | BERRIOS FUENTES, GLORISELLY | $ 113.00 | $ 6,554.00 | 1 |

| | Name | Regular Salary Monthly Shortfall | | Unpaid Balance 58 moth or less as applicables - total debt | | PAY SCALE NO. |
|---|---|---|---|---|---|---|
| 32 | BLANCO TORRES, RICARDO | $ | 170.00 | $ | 9,520.00 | 10 |
| 33 | BONANO RIVERA, MARTHA | $ | 223.00 | $ | 12,934.00 | 16 |
| 34 | BONET DE JESUS, JANET | $ | 162.00 | $ | 9,396.00 | 9 |
| 35 | BRITO MARTINEZ, JULIA MARIA | $ | 149.00 | $ | 8,642.00 | 7 |
| 36 | BULTRON RIVERA, NERVA L. | $ | 170.00 | $ | 8,500.00 | 10 |
| 37 | BURGOS APONTE, ANA L. | $ | 170.00 | $ | 9,860.00 | 10 |
| 38 | CABAN ROMAN, MARIA E. | $ | 162.00 | $ | 9,396.00 | 9 |
| 39 | CALDERON GONZALEZ, DIMARY | $ | 170.00 | $ | 9,860.00 | 10 |
| 40 | CAMACHO PEREZ, ARLYN J. | $ | 170.00 | $ | 9,860.00 | 10 |
| 41 | CANDELARIA IRIZARRY, IVETTE | $ | 170.00 | $ | 9,860.00 | 10 |
| 42 | CANDELARIA MARTINEZ, SELMA | $ | 129.00 | $ | 7,482.00 | 4 |
| 43 | CANDELARIO PIZARRO, JOSEFINA | $ | 162.00 | $ | 9,396.00 | 9 |
| 44 | CACERES SANTIAGO, ALVIN M. | $ | 170.00 | $ | 9,860.00 | 10 |
| 45 | CASTRO OYOLA, ROCHELLE | $ | 234.00 | $ | 12,168.00 | 17 |
| 46 | CEDEÑO CARABALLO, ILIA M. | $ | 223.00 | $ | 12,934.00 | 16 |
| 47 | CENTENO ROMAN, AWILDA | $ | 149.00 | $ | 1,937.00 | 7 |
| 48 | CINTRON SERRANO, MARILYN | $ | 170.00 | $ | 9,860.00 | 10 |
| 49 | CLAUDIO ALAMO, LUIS | $ | 194.00 | $ | 11,252.00 | 13 |
| 50 | COLON FLORES, LYDIA E. | $ | 170.00 | $ | 8,160.00 | 10 |
| 51 | COLON MARCANO, DENIZ | $ | 129.00 | $ | 7,482.00 | 4 |
| 52 | COLON PEREZ, ERIDANIA | $ | 129.00 | $ | 7,482.00 | 4 |
| 53 | COLON RIVAS, ZUHEIL | $ | 170.00 | $ | 9,860.00 | 10 |
| 54 | COLON RODRIGUEZ, CARMEN | $ | 213.00 | $ | 12,354.00 | 15 |
| 55 | COLON SANCHEZ, BARBARA I. | $ | 170.00 | $ | 9,860.00 | 10 |
| 56 | CONCEPCION MORALES, KIMIRIS | $ | 203.00 | $ | 11,774.00 | 14 |
| 57 | COX SCHUCK, CONCHITA E. | $ | 170.00 | $ | 8,330.00 | 10 |
| 58 | CRISPIN MORALES, ANA L. | $ | 170.00 | $ | 9,860.00 | 10 |
| 59 | CRUZ FERNANDEZ, IBSEN S. | $ | 162.00 | $ | 9,396.00 | 9 |
| 60 | CRUZ MERCADO, TANIA | $ | 170.00 | $ | 9,860.00 | 10 |
| 61 | CRUZ OQUENDO, WILLIAM | $ | 170.00 | $ | 9,860.00 | 10 |
| 62 | CRUZ QUINTERO, JUAN CARLOS | $ | 170.00 | $ | 9,860.00 | 10 |
| 63 | CRUZ RAMIREZ, PASCUAL | $ | 170.00 | $ | 9,860.00 | 10 |
| 64 | CRUZ VAZQUEZ, LIZZY I. | $ | 170.00 | $ | 9,860.00 | 10 |
| 65 | CURBELO JARAMILLO, DAISY | $ | 194.00 | $ | 11,252.00 | 13 |

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | PAY SCALE NO. |
|---|---|---|---|---|
| 66 | CURBELO JARAMILLO, JESSICA | $ 170.00 | $ 9,860.00 | 10 |
| 67 | DE JESUS MENDEZ, MELISSA | $ 186.00 | $ 558.00 | 12 |
| 68 | DE JESUS MENDEZ, ROSA | $ 186.00 | $ 10,788.00 | 12 |
| 69 | DE LEON SOTO, DORIS A. | $ 194.00 | $ 11,252.00 | 13 |
| 70 | DELGADO MELENDEZ, ZAMALY | $ 149.00 | $ 8,642.00 | 7 |
| 71 | DELGADO RODRIGUEZ, SARA | $ 203.00 | $ 8,729.00 | 14 |
| 72 | DIAZ ALICEA, ANA DELIA | $ 149.00 | $ 8,642.00 | 7 |
| 73 | DIAZ ALICEA, VICTOR MANUEL | $ 170.00 | $ 4,590.00 | 10 |
| 74 | DIAZ DELGADO, LISANDRA | $ 203.00 | $ 11,774.00 | 14 |
| 75 | DIAZ RIVERA, WANDA S. | $ 162.00 | $ 9,396.00 | 9 |
| 76 | DIAZ SANCHEZ, VILMARY | $ 170.00 | $ 9,860.00 | 10 |
| 77 | ESCOBAR GARCIA, JANET | $ 170.00 | $ 9,860.00 | 10 |
| 78 | ESPINOSA CANDELARIA, ISMAEL | $ 162.00 | $ 9,396.00 | 9 |
| 79 | ESQUILIN CINTRON, ROSA | $ 223.00 | $ 4,906.00 | 16 |
| 80 | ESTEVES ESTEVES, OLGA | $ 129.00 | $ 7,482.00 | 4 |
| 81 | FALCON RIVERA, MADELINE | $ 170.00 | $ 9,860.00 | 10 |
| 82 | FERNANDEZ CALZADA, FRANCHESCA | $ 293.00 | $ 16,994.00 | 22 |
| 83 | FERNANDEZ CARABALLO, LISANDRA | $ 170.00 | $ 9,860.00 | 10 |
| 84 | FERNANDEZ RAMIREZ, ONIS V. | $ 155.00 | $ 8,990.00 | 8 |
| 85 | FERNANDEZ REYES, BELNA | $ 203.00 | $ 11,774.00 | 14 |
| 86 | FERNANDEZ VEGA, MARIELA | $ 194.00 | $ 11,252.00 | 13 |
| 87 | FIGUEROA BETANCOURT, IVETTE | $ 162.00 | $ 9,396.00 | 9 |
| 88 | FIGUEROA CEPEDA, JANEIRA | $ 203.00 | $ 11,774.00 | 14 |
| 89 | FIGUEROA HERNANDEZ, HARRY | $ 186.00 | $ 10,788.00 | 12 |
| 90 | FIGUEROA RIVERA, LYMARIE DEL C. | $ 293.00 | $ 16,994.00 | 22 |
| 91 | FORTIER MELENDEZ, MARIA DE LOS A. | $ 170.00 | $ 9,860.00 | 10 |
| 92 | FRANCESCHI MARTINEZ, MARGARITA | $ 186.00 | $ 10,788.00 | 12 |
| 93 | FUENTES ECHEVARRIA, ENID M. | $ 162.00 | $ 9,396.00 | 9 |
| 94 | FUENTES GARCIA, DEBRA | $ 186.00 | $ 10,788.00 | 12 |
| 95 | GARCIA COTTO, EDWARD | $ 170.00 | $ 6,800.00 | 10 |
| 96 | GARCIA MOLINA, MARIA DE LOURDES | $ 223.00 | $ 12,934.00 | 16 |
| 97 | GAVILLAN CARTAGENA, AWILDA | $ 129.00 | $ 7,482.00 | 4 |
| 98 | GOMEZ GARCIA, MARIA M. | $ 170.00 | $ 9,860.00 | 10 |
| 99 | GOMEZ PERALES, MARGARET | $ 170.00 | $ 9,860.00 | 10 |

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | PAY SCALE NO. |
|---|---|---|---|---|
| 100 | GONZALEZ ACOSTA, NORMA I. | $ 170.00 | $ 9,860.00 | 10 |
| 101 | GONZALEZ ALAVA, JOSE S. | $ 155.00 | $ 8,990.00 | 8 |
| 102 | GONZALEZ CANDELARIO, MARIA L. | $ 170.00 | $ 9,860.00 | 10 |
| 103 | GONZALEZ CUEVAS, MARISOL | $ 162.00 | $ 9,396.00 | 9 |
| 104 | GONZALEZ CURET, LIZETTE | $ 223.00 | $ 12,934.00 | 16 |
| 105 | GONZALEZ DE JESUS, ENID | $ 162.00 | $ 9,396.00 | 9 |
| 106 | GONZALEZ LOPEZ, LILLIAM | $ 223.00 | $ 12,934.00 | 16 |
| 107 | GONZALEZ MORALES, MARTA E. | $ 194.00 | $ 11,252.00 | 13 |
| 108 | GONZALEZ PIÑERO, DACIA | $ 203.00 | $ 11,774.00 | 14 |
| 109 | HERNANDEZ PEREZ, VIRGINIA | $ 170.00 | $ 9,860.00 | 10 |
| 110 | HERNANDEZ ARCE, DAMARIS | $ 170.00 | $ 9,860.00 | 10 |
| 111 | HERNANDEZ GONZALEZ, ADNERYS | $ 186.00 | $ 10,788.00 | 12 |
| 112 | HERNANDEZ MENDEZ, SONIA J. | $ 194.00 | $ 11,252.00 | 13 |
| 113 | HERNANDEZ SANTIAGO, ISAMAR V. | $ 186.00 | $ 10,788.00 | 12 |
| 114 | HILERIO HERNANDEZ, LUZ I. | $ 162.00 | $ 9,396.00 | 9 |
| 115 | IGLESIAS MERLY, CARMEN A. | $ 170.00 | $ 9,860.00 | 10 |
| 116 | IRIZARRY VELAZQUEZ, ANTONIO R. | $ 223.00 | $ 12,934.00 | 16 |
| 117 | JUSINO RIVERA, MARISELA | $ 223.00 | $ 12,934.00 | 16 |
| 118 | LEBRON CARDONA, MARISOL | $ 267.00 | $ 15,486.00 | 20 |
| 119 | LLANOS MILLAN, CARMEN W. | $ 203.00 | $ 11,774.00 | 14 |
| 120 | LLAVET DUCHESNE, NEREIDA | $ 178.00 | $ 10,324.00 | 11 |
| 121 | LOPEZ RODRIGUEZ, CARLOS A. | $ 223.00 | $ 12,934.00 | 16 |
| 122 | LUGO ACOSTA, LUIS M. | $ 149.00 | $ 2,235.00 | 7 |
| 123 | LUGO MARTINEZ, REY F. | $ 223.00 | $ 12,934.00 | 16 |
| 124 | LUNA COLON, ELENA | $ 162.00 | $ 9,396.00 | 9 |
| 125 | MAISONET CONCEPCION, HECTOR | $ 118.00 | $ 6,844.00 | 2 |
| 126 | MALDONADO ARROYO, EDWARD | $ 203.00 | $ 11,774.00 | 14 |
| 127 | MALDONADO BATISTA, RAMON | $ 118.00 | $ 6,844.00 | 2 |
| 128 | MALDONADO FONTANEZ, MARISOL | $ 170.00 | $ 9,860.00 | 10 |
| 129 | MALDONADO QUIÑONES, LESLIE C. | $ 203.00 | $ 11,774.00 | 14 |
| 130 | MAÑON RODRIGUEZ, SANTIAGO | $ 223.00 | $ 12,934.00 | 16 |
| 131 | MARCANO VIERA, CARMEN M. | $ 203.00 | $ 11,774.00 | 14 |
| 132 | MARIÑO AGOSTO, CARMEN G. | $ 142.00 | $ 8,236.00 | 6 |
| 133 | MARTELL RIVERA, DAVID A. | $ 162.00 | $ 9,396.00 | 9 |

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | PAY SCALE NO. |
|---|---|---|---|---|
| 134 | MARTINEZ FONTANEZ, MIGUEL A. | $ 170.00 | $ 9,860.00 | 10 |
| 135 | MARTINEZ GARCIA, LUZ D. | $ 142.00 | $ 8,236.00 | 6 |
| 136 | MARTINEZ MARTINEZ, EDWIN | $ 162.00 | $ 9,396.00 | 9 |
| 137 | MATEO RODRIGUEZ, SYLVIA I. | $ 149.00 | $ 8,642.00 | 7 |
| 138 | MATIAS MENDEZ, EVELYN | $ 149.00 | $ 8,642.00 | 7 |
| 139 | MATOS ROMAN, MARIBEL | $ 149.00 | $ 8,642.00 | 7 |
| 140 | MELENDEZ LUCIANO, FERDINAND | $ 186.00 | $ 10,788.00 | 12 |
| 141 | MELENDEZ PADILLA, ISABELO | $ 223.00 | $ 12,934.00 | 16 |
| 142 | MELENDEZ TORRES, NANCY | $ 178.00 | $ 10,324.00 | 11 |
| 143 | MELENDEZ VELEZ, JACKELINE | $ 186.00 | $ 10,788.00 | 12 |
| 144 | MELENDEZ WINANDY, NANCY LEONOR | $ 170.00 | $ 9,860.00 | 10 |
| 145 | MENDEZ MIRANDA, SONIA I. | $ 162.00 | $ 9,396.00 | 9 |
| 146 | MENDEZ REYES, YDELSA J. | $ 186.00 | $ 10,788.00 | 12 |
| 147 | MERCADO MONTALVO, MARIBELLE | $ 194.00 | $ 11,252.00 | 13 |
| 148 | MERCADO TORO, JOSE L. | $ 186.00 | $ 10,788.00 | 12 |
| 149 | MIRANDA FERNANDEZ, YADIRA | $ 162.00 | $ 9,396.00 | 9 |
| 150 | MOLINA TORRES, JESUS | $ 113.00 | $ 6,554.00 | 1 |
| 151 | MONTAÑEZ FREYTES, EDDA G. | $ 170.00 | $ 9,860.00 | 10 |
| 152 | MORO PEREZ, NATALIA | $ 203.00 | $ 11,774.00 | 14 |
| 153 | MUÑIZ CHIMELIS, OSVALDO | $ 194.00 | $ 6,402.00 | 13 |
| 154 | NAVARRO RIVERA, VICTOR M. | $ 118.00 | $ 6,844.00 | 2 |
| 155 | NAZARIO RODRIGUEZ, JACQUELINE | $ 170.00 | $ 9,860.00 | 10 |
| 156 | NEGRON DAVILA, ANTONIO | $ 162.00 | $ 9,396.00 | 9 |
| 157 | NEGRON NEGRON, JOSE A. | $ 223.00 | $ 12,934.00 | 16 |
| 158 | NIEVES DIAZ, GELSY | $ 118.00 | $ 6,844.00 | 2 |
| 159 | NIEVES SANTIAGO, LINDA S. | $ 162.00 | $ 9,396.00 | 9 |
| 160 | NUÑEZ MELENDEZ, LOURDES E | $ 170.00 | $ 9,860.00 | 10 |
| 161 | OCASIO MARRERO, GLAMARIS | $ 162.00 | $ 9,396.00 | 9 |
| 162 | OCASIO RAMIREZ, MELVIN | $ 223.00 | $ 12,934.00 | 16 |
| 163 | OCASIO SOTO, EDWIN | $ 162.00 | $ 8,100.00 | 9 |
| 164 | ORENGO CARABALLO, SONIA | $ 223.00 | $ 12,934.00 | 16 |
| 165 | ORTIZ ROQUE, ALEJANDRA M. | $ 186.00 | $ 10,788.00 | 12 |
| 166 | ORTIZ ROSA, YENICE | $ 223.00 | $ 12,934.00 | 16 |
| 167 | ORTIZ SEPULVEDA, KAREN Y. | $ 223.00 | $ 12,934.00 | 16 |

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | PAY SCALE NO. |
|---|---|---|---|---|
| 168 | OSORIO VARGAS, NELIDA | $ 178.00 | $ 10,324.00 | 11 |
| 169 | PABON BERNARD, JORGE A. | $ 170.00 | $ 9,860.00 | 10 |
| 170 | PACHECO RIVERA, MAGDA I. | $ 234.00 | $ 13,572.00 | 17 |
| 171 | PADILLA MADERA, EVANGELINA | $ 162.00 | $ 9,396.00 | 9 |
| 172 | PAGAN ANDUJAR, ANGEL L. | $ 186.00 | $ 10,788.00 | 12 |
| 173 | PAGAN PABON, JORGE L. | $ 223.00 | $ 12,934.00 | 16 |
| 174 | PANETO CAMACHO, NANCY | $ 267.00 | $ 15,486.00 | 20 |
| 175 | PARRILLA GONZALEZ, MARÍA DE LOS ANGELES | $ 118.00 | $ 6,844.00 | 2 |
| 176 | PAULA MOTA, ELEONIDAS | $ 170.00 | $ 9,860.00 | 10 |
| 177 | PEÑA FORTY, CARMEN D. | $ 178.00 | $ 10,324.00 | 11 |
| 178 | PEREZ MARRERO, NEIDA L. | $ 162.00 | $ 8,910.00 | 9 |
| 179 | PEREZ RIVERA, IMAYDA | $ 162.00 | $ 9,396.00 | 9 |
| 180 | PESANTE SANTIAGO, JACQUELINE | $ 162.00 | $ 9,396.00 | 9 |
| 181 | PLAZA MERCADO, JEANNETTE | $ 170.00 | $ 9,860.00 | 10 |
| 182 | QUILES LOPEZ, EFRAIN | $ 118.00 | $ 6,844.00 | 2 |
| 183 | QUIÑONES ALVARADO, MARIA I. | $ 155.00 | $ 8,990.00 | 8 |
| 184 | QUIÑONES FLORES, JUANITA | $ 213.00 | $ 12,354.00 | 15 |
| 185 | QUIÑONES RIVERA, GLORYMAR | $ 178.00 | $ 10,324.00 | 11 |
| 186 | RAMIREZ TORRES, NORMA I. | $ 178.00 | $ 10,324.00 | 11 |
| 187 | RAMOS GONZALEZ, CARMEN D. | $ 213.00 | $ 12,354.00 | 15 |
| 188 | RAMOS MARTINEZ, DENISSE | $ 194.00 | $ 11,252.00 | 13 |
| 189 | RAMOS PEREZ, JOSE T. | $ 194.00 | $ 11,252.00 | 13 |
| 190 | RAMOS VELAZQUEZ, GENOVEVA | $ 162.00 | $ 9,396.00 | 9 |
| 191 | RENTAS COLLAZO, IVETTE | $ 170.00 | $ 9,860.00 | 10 |
| 192 | REYES NIEVES, YOLANDA | $ 213.00 | $ 12,354.00 | 14 |
| 193 | RIOS RAMIREZ, ELIZABETH | $ 170.00 | $ 9,860.00 | 10 |
| 194 | RIVERA ACEVEDO, MYRNA E. | $ 162.00 | $ 9,396.00 | 9 |
| 195 | RIVERA CAMACHO, MYRNA L. | $ 203.00 | $ 11,774.00 | 14 |
| 196 | RIVERA FELICIANO, ISRAEL | $ 170.00 | $ 9,860.00 | 10 |
| 197 | RIVERA GARCIA, NYDIA M. | $ 162.00 | $ 8,910.00 | 9 |
| 198 | RIVERA HUERTAS, CARMEN M. | $ 170.00 | $ 9,860.00 | 10 |
| 199 | RIVERA LABOY, IVETTE E. | $ 162.00 | $ 9,396.00 | 9 |
| 200 | RIVERA MALDONADO, CARMEN E. | $ 170.00 | $ 9,860.00 | 10 |
| 201 | RIVERA MORALES, EDUARDO | $ 124.00 | $ 7,192.00 | 3 |

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | PAY SCALE NO. |
|---|---|---|---|---|
| 202 | RIVERA QUILES, IDALIA | $ 223.00 | $ 12,934.00 | 16 |
| 203 | RIVERA RIVERA, DIANA | $ 203.00 | $ 11,774.00 | 14 |
| 204 | RIVERA RIVERA, KETSY | $ 203.00 | $ 11,774.00 | 14 |
| 205 | RIVERA SANCHEZ, TILSA | $ 203.00 | $ 11,774.00 | 14 |
| 206 | RIVERA ZENO, DORCAS | $ 223.00 | $ 12,934.00 | 16 |
| 207 | ROBLES CHEVERE, MAGALY | $ 194.00 | $ 11,252.00 | 13 |
| 208 | RODRIGUEZ AYALA, MARYLIN DEL C. | $ 194.00 | $ 11,252.00 | 13 |
| 209 | RODRIGUEZ CASTRO, WIDNA L. | $ 162.00 | $ 9,396.00 | 9 |
| 210 | RODRIGUEZ MEDINA, ANIBAL | $ 124.00 | $ 7,192.00 | 3 |
| 211 | RODRIGUEZ MORI, WALTER | $ 162.00 | $ 9,396.00 | 9 |
| 212 | RODRIGUEZ MUÑOZ, ADA M. | $ 223.00 | $ 3,345.00 | 16 |
| 213 | RODRIGUEZ NEGRON, VIRGEN Y. | $ 223.00 | $ 12,934.00 | 16 |
| 214 | RODRIGUEZ SANCHEZ, RAMONA H. | $ 203.00 | $ 11,774.00 | 14 |
| 215 | ROHENA DIAZ, HECTOR L. | $ 124.00 | $ 7,192.00 | 3 |
| 216 | ROIG ALICEA, NORMA I | $ 203.00 | $ 11,774.00 | 14 |
| 217 | ROLON MARCANO, LILLIAM I. | $ 170.00 | $ 9,860.00 | 10 |
| 218 | ROMAN AGUILAR, MARITZA | $ 203.00 | $ 11,774.00 | 14 |
| 219 | ROMAN DAVILA, ODETTE | $ 186.00 | $ 10,788.00 | 12 |
| 220 | ROMAN RODRIGUEZ, MARGARITA | $ 162.00 | $ 9,396.00 | 9 |
| 221 | ROMERO CASTRO, IVELISSE | $ 162.00 | $ 9,396.00 | 9 |
| 222 | ROMERO MEDINA, ROSALIA | $ 203.00 | $ 11,774.00 | 14 |
| 223 | ROSA BULTRON, CARMELO | $ 170.00 | $ 9,860.00 | 10 |
| 224 | ROSADO MARTINEZ, ADALYS | $ 162.00 | $ 9,396.00 | 9 |
| 225 | ROSADO MARTINEZ, MARILUZ | $ 162.00 | $ 9,396.00 | 9 |
| 226 | ROSADO REYES, RAUL A. | $ 223.00 | $ 12,934.00 | 16 |
| 227 | ROSADO RODRIGUEZ, NATIVIDAD | $ 223.00 | $ 12,934.00 | 16 |
| 228 | ROSARIO GALLOZA, ADA N. | $ 186.00 | $ 10,788.00 | 12 |
| 229 | ROSARIO CASTRO, DALICE | $ 170.00 | $ 9,860.00 | 10 |
| 230 | ROSARIO RODRIGUEZ, CARMEN M. | $ 170.00 | $ 9,860.00 | 10 |
| 231 | ROSARIO TORRES, OLGA N. | $ 149.00 | $ 8,642.00 | 7 |
| 232 | RUIZ RIVERA, WETSY J. | $ 293.00 | $ 16,994.00 | 22 |
| 233 | SALGADO CINTRON, LUIS A. | $ 223.00 | $ 12,934.00 | 16 |
| 234 | SALTAR ARROYO, YAMIL | $ 203.00 | $ 11,774.00 | 14 |
| 235 | SANCHEZ ARROYO, JUAN F. | $ 170.00 | $ 9,860.00 | 10 |

| | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | PAY SCALE NO. |
|---|---|---|---|---|
| 236 | SANCHEZ ISAAC, ZORAIDA | $ 162.00 | $ 4,050.00 | 9 |
| 237 | SANCHEZ MATEO, JOSE L. | $ 186.00 | $ 10,788.00 | 12 |
| 238 | SANCHEZ TORRES, WALTER R. | $ 194.00 | $ 11,252.00 | 13 |
| 239 | SANTANA OLAN, JOSE A. | $ 186.00 | $ 10,788.00 | 12 |
| 240 | SANTANA PADILLA, LYDIA E. | $ 170.00 | $ 9,860.00 | 10 |
| 241 | SANTIAGO CARLO, JESSICA | $ 170.00 | $ 9,860.00 | 10 |
| 242 | SANTIAGO COCHRAN, DIANA R. | $ 170.00 | $ 9,860.00 | 10 |
| 243 | SANTIAGO MEDINA, SONIA | $ 234.00 | $ 13,572.00 | 17 |
| 244 | SANTIAGO MONTES, MIGUEL A. (SS #4635) | $ 170.00 | $ 9,860.00 | 10 |
| 245 | SANTIAGO RAMIREZ, CYNTHIA | $ 234.00 | $ 13,572.00 | 17 |
| 246 | SANTIAGO SANTIAGO, ADA E. | $ 170.00 | $ 9,860.00 | 10 |
| 247 | SANTIAGO SOTOMAYOR, RITA DEL C. | $ 203.00 | $ 11,774.00 | 14 |
| 248 | SANTIAGO TORRES, FRANCISCO | $ 203.00 | $ 11,774.00 | 14 |
| 249 | SANTIAGO VILLANUEVA, MARISOL | $ 194.00 | $ 11,252.00 | 13 |
| 250 | SANTOS CINTRON, CARLOS | $ 162.00 | $ 9,396.00 | 9 |
| 251 | SANTOS RIVERA, ISABEL | $ 170.00 | $ 9,860.00 | 10 |
| 252 | SANTOS VAZQUEZ, NEREIDA | $ 162.00 | $ 9,396.00 | 9 |
| 253 | SERRANO CARRION, MADELINE | $ 255.00 | $ 6,375.00 | 19 |
| 254 | SERRANO QUIÑONES, MANUEL | $ 255.00 | $ 14,790.00 | 19 |
| 255 | SIERRA RAMIREZ, IVETTE M. | $ 162.00 | $ 9,396.00 | 9 |
| 256 | SOSA RAMIREZ, DIANARYS | $ 203.00 | $ 11,774.00 | 14 |
| 257 | SOTO GONZALEZ, OMAR | $ 203.00 | $ 11,774.00 | 14 |
| 258 | SOTO MEJIAS, JACQUELINE | $ 162.00 | $ 9,396.00 | 9 |
| 259 | TIRADO LOPEZ, LOURDES M. | $ 170.00 | $ 9,860.00 | 10 |
| 260 | TIRADO SILVA, MARIBEL | $ 162.00 | $ 9,396.00 | 9 |
| 261 | TIRADO TORRES, JULIA M. | $ 234.00 | $ 13,572.00 | 17 |
| 262 | TORRES ORTIZ, JOSE A. | $ 149.00 | $ 8,642.00 | 7 |
| 263 | TORRES QUIÑONES, ELIZABETH | $ 234.00 | $ 13,572.00 | 17 |
| 264 | TORRES RAMIREZ, GERARDO | $ 194.00 | $ 11,252.00 | 13 |
| 265 | TORRES RIVERA, ANA DAISY | $ 170.00 | $ 9,860.00 | 10 |
| 266 | TORRES ROBLES, WILMA M. | $ 255.00 | $ 14,790.00 | 19 |
| 267 | TORRES RODRÍGUEZ, JUAN E. | $ 170.00 | $ 9,860.00 | 10 |
| 268 | TORRES SANTANA, LUIS A. | $ 124.00 | $ 7,192.00 | 3 |
| 269 | TOUCET BAEZ, MARISEL | $ 170.00 | $ 9,860.00 | 10 |

| | Name | Regular Salary Monthly Shortfall | | Unpaid Balance 58 moth or less as applicables - total debt | | PAY SCALE NO. |
|---|---|---|---|---|---|---|
| 270 | UREÑA ALMONTE, ARILERDA | $ | 162.00 | $ | 9,396.00 | 9 |
| 271 | VALDIVIESO ORTIZ, GUILLERMINA | $ | 186.00 | $ | 3,348.00 | 12 |
| 272 | VALLE CUEVAS, BETHZABEL | $ | 170.00 | $ | 9,860.00 | 10 |
| 273 | VARGAS IRIZARRY, CARMEN I. | $ | 170.00 | $ | 9,860.00 | 10 |
| 274 | VARGAS ROMAN, EMILIA | $ | 203.00 | $ | 11,774.00 | 14 |
| 275 | VARGAS VARGAS, EDGAR | $ | 170.00 | $ | 9,860.00 | 10 |
| 276 | VAZQUEZ DE JESUS, ÁNGEL L. | $ | 178.00 | $ | 10,324.00 | 11 |
| 277 | VAZQUEZ DE JESUS, YADIRA M. | $ | 178.00 | $ | 10,324.00 | 11 |
| 278 | VAZQUEZ MELENDEZ, RUBEN | $ | 170.00 | $ | 9,860.00 | 10 |
| 279 | VEGA MEDINA, JACKELINE | $ | 223.00 | $ | 12,934.00 | 16 |
| 280 | VEGA RIVERA, SANDRA IVETTE | $ | 162.00 | $ | 9,396.00 | 9 |
| 281 | VELEZ LLITERAS, BRENDA I. | $ | 162.00 | $ | 9,396.00 | 9 |
| 282 | VILLAFAÑE GONZALEZ, MINERVA | $ | 194.00 | $ | 11,252.00 | 13 |
| 283 | VIRELLA FERNANDEZ, CARMEN M. | $ | 186.00 | $ | 10,788.00 | 12 |
| 284 | ZAYAS OQUENDO, HECTOR M. | $ | 142.00 | $ | 8,236.00 | 6 |
| 285 | ZAYAS VAZQUEZ, JUANITA | $ | 194.00 | $ | 11,252.00 | 13 |
| 286 | PEÑA CONCEPCION, JANNETTE | $ | 186.00 | $ | 10,788.00 | 12 |

TOTAL $ 2,858,136.00

FRANCISCO BELTRAN, ADM. DE INT. JUVENILES (31 PLAINTIFF GROUP) Vs. FAMILY DEPT ET. ALS, CASP CASE NO.
2021-05-0345 (ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

A: CREDITOR UNPAID POST PRETITION WAGES, WERE CALCULATED ON A CALENDAR BASIS   Ex 5-C
BEGINNING  ON MAY 4, 2017 TO MARCH 30, 2022 REPRESENTIG  4 YEARS 10 MONTH THAT   A1J
EQUALS 58 MONTHS AFTER MEASURING DATE.

|  | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|---|---|---|---|---|
| 1 | AGUAYO PEREZ, ELBA M | $136.00 | $7,888.00 | 5 |
| 2 | ALVAREZ BURGO, EDGARDO | $174.00 | $10,092.00 | 21 |
| 3 | APONTE CAJIGAS, JULIA E, | $136.00 | $7,888.00 | 5 |
| 4 | BAEZ LAMPO, CARMELO | $113.00 | $6,554.00 | 1 |
| 5 | BERRIOS RODRIGUEZ, BRENDA E. | $170.00 | $9,860.00 | 10 |
| 6 | BOU MALDONADO .RAFAEL | $174.00 | $10,092.00 | 21 |
| 7 | CABRERA ORTIZ, MARIBEL | $155.00 | $8,990.00 | 8 |
| 8 | CEPEDA GONZALEZ, ELBA | $174.00 | $10,092.00 | 21 |
| 9 | COLON VAZQUEZ, MARIBEL | $149.00 | $8,642.00 | 7 |
| 10 | CURBELO ARCE, PATRICIA | $213.00 | $12,354.00 | 15 |
| 11 | FIGUEROA MARRERO, OSCAR A. | $113.00 | $6,554.00 | 1 |
| 12 | GARCIA SANTIAGO, IRAIDA | $170.00 | $9,860.00 | 10 |
| 13 | GONZALEZ TOLEDO, BRENDA | $170.00 | $9,860.00 | 10 |
| 14 | HERNANDEZ COLON, JOSE R. | $213.00 | $12,354.00 | 15 |
| 15 | JIMENEZ PEREZ, HARRY | $129.00 | $7,482.00 | 4 |
| 16 | MALDONADO URBINA, MARIBEL | $170.00 | $9,860.00 | 10 |
| 17 | NEGRON CARTAGENA, CARMEN | $186.00 | $10,788.00 | 12 |
| 18 | ORTIZ GUADALUPE, SALLY | $170.00 | $9,860.00 | 10 |
| 19 | ORTIZ LOZADA. BEATRIZ | $162.00 | $9,396.00 | 9 |
| 20 | ORTIZ TORREZ, SONIA | $142.00 | $8,236.00 | 6 |
| 21 | OYOLA PADILLA, IDALIA | $136.00 | $7,888.00 | 5 |
| 22 | RODRIGUZ OQUENDO, LAURA | $129.00 | $7,482.00 | 4 |
| 23 | RUIZ COLON, GONZALO | $203.00 | $11,774.00 | 14 |
| 24 | RUSSI CASTILLO, JAVIER A. | $149.00 | $8,642.00 | 7 |
| 25 | SANTIAGO ORTIZ, FELIX | $158.00 | $9,164.00 | 9 |
| 26 | TORRES BLANCO, CARMEN D. | $178.00 | $10,324.00 | 11 |
| 27 | TRUJILLO ORTEGA, ABNER E. | $129.00 | $7,482.00 | 4 |

FRANCISCO BELTRAN, ADM. DE INT. JUVENILES (31 PLAINTIFF GROUP) Vs. FAMILY DEPT ET. ALS, CASP CASE NO.
2021-05-0345 (ACCRUED POST-PETITION UNPAID WAGES FAMILY DEPT. EMPLOYEES).

A: CREDITOR UNPAID POST PRETITION WAGES, WERE CALCULATED ON A CALENDAR BASIS
BEGINNING ON MAY 4, 2017 TO MARCH 30, 2022 REPRESENTIG 4 YEARS 10 MONTH THAT
EQUALS 58 MONTHS AFTER MEASURING DATE.

|    | Name | Regular Salary Monthly Shortfall | Unpaid Balance 58 moth or less as applicables - total debt | Pay Scale No. |
|----|------|------|------|------|
| 28 | VARGAS MARQUEZ, DELWIN | $118.00 | $6,844.00 | 2 |
| 29 | VEGA REYEZ, CARLOS | $149.00 | $8,642.00 | 7 |
| 30 | VILLANUEVA SANTOS, NELSON | $118.00 | $6,844.00 | 2 |
| 31 | ZAYAS FIGUEROA, JORGE IVAN | $124.00 | $7,192.00 | 3 |
|    |      | TOTAL | $278,980.00 | |