\

**Table of Exhibits in support of  Motion for allowance of Payment of
pre and post petition  backpay wages as Administrative Expenses filed by Group
Claimants in litigation caption Acevedo Arocho et als(1,601 Plaintifs) v
Departamento de Hacienda, CFI case No. K AC 2005-5022**

**EXHIBIT  1  -    Unsworn statement under 28 USC section 1746, including
CASP Resolutions in case No. CL-99-05-1306**

**EXHIBIT  2  -    List of Auditors and Tax Specialist  (claimants included
in the 5th  cause of action), with estimate of pre and post
petition Administrative Expense payroll debt.**

**EXHIBIT   3     FAFAA  Cash Flow report dated September 3, 2021**

UNSWORN STATEMENT UNDER 28 USC SECTJON 1746          **EXHIBIT 1** -

1. That I, *Bernardo Martir Lopez*        'am (   )an active  ( ✗ ) former full-time
   career employee of the Department of Hacienda of the Commonwealth of Puerto Rico
   (Internal Revenue), and held a position of  (Auditor       ___)/(Tax Specialist☒)
   ,_____(other).

2. That I am one of the plaintiffs in the case of Raúl Hernández Bujosa et als v
   Departamento de Hacienda, CASP case No. CL-Ret 99-05-1306

3. That I have read the factual assertions made in the litigation case caption Acevedo
   Arocho, Prudencio et. als.  Case No. K AC 2005-5022  and that are based  on the
   stipulations and  agreements entered in CASP case No CL-Ret-99-05-1306, ( between
   the months of  January  2003 to January 2004), were the  Departamento de Hacienda
   agreed to reclassify plaintiff's  positions, with a pay increase of two steps within the pay
   scale, or alternatively, grand the plaintiff a monthly pay increase of three "pasos" (pay
   scale steps"), and that said agreement or stipulation is true and correct to the best of my
   knowledge, information and belief and my personal involvement, as plaintiff  in the
   Bujosa case.

4.  That the stipulation and agreement was taken, to the best of my knowledge, in
    consideration of the evolution and increase in the positions responsibilities, and
    extraordinary working conditions created, due to the division reorganization and
    pursuant to the Joint Resolution No. 499 of august 15, 1999 and the Joint Resolution No.
    49 of January 4, 2003, were the legislature of Puerto Rico assigned $ 4,000,000.00 and
    $600,000.00 respectively, to cover the cost of the corresponding job reclassifications.

5. That I, and other Plaintiffs identified in the CASP Resolutions, herein appended,
   received the corresponding payroll increase in the monthly salary as agreed.

6. This Unsworn Statement Under Penalty of Perjury is executed in support of the motion
   requesting the allowance and payment of the priority administrative expense filed in case
   no. 17 BK 03283 by Acevedo Arocho Claimants. Under penalty of perjury, I attest that
   the information in this declaration is the truth, to the best of my knowledge and belief.

Executed in San Juan, Puerto Rico, and this __*9*__ day of June 2022.

Signature

Junta de Apelaciones del Sistema de Administración de Personal
*PO Box 9023990*
*San Juan, PR 00902-3990*
*TEL. (787)721-5739*

RAUL HERNANDEZ BUJOSA Y OTROS

**BERNARDO MARTIR LOPEZ**

Apelante

vs.                                    CASO NUM. CL-RET-99-05-1306

DEPARTAMENTO DE HACIENDA

Apelado

- R E S O L U C I O N L-

La Junta de Apelaciones del Sistema de Administración de Personal, tuvo ante su consideración la Estipulación, Acuerdo y Relevo General[1], presentada en el caso de epígrafe y acordó:

Se toma conocimiento de la moción de renuncia de representación legal presentada por la parte apelada: Lcda. Debbie E. Rivera; y asumiendo representación legal por esa misma parte: Lcda. Teresa Seda Ramos.

De conformidad con los acuerdos Alcanzados por las partes se declara **HA LUGAR**, la Estipulación, Acuerdo y Relevo General presentada, convirtiéndose la misma en una transacción que pone fin a la controversia. En su consecuencia, se dicta Resolución archivando con perjuicio la totalidad de las reclamaciones presentadas por el apelante **Bernardo Mártir López**.

Se apercibe a las partes de epígrafe que la parte afectada por esta Resolución podrá, dentro del término de veinte (20) días desde la fecha de su archivo en autos, presentar una moción de reconsideración de la Resolución. La Junta, dentro de los quince (15) días de haberse presentado dicha moción deberá considerarla. Si la rechazare de plano o no actuare dentro de los quince (15) días, el término de treinta (30) días para solicitar revisión comenzará a correr nuevamente desde que se notifique dicha denegatoria o desde que

---

[1] Moción titulada Estipulación, Acuerdo y Relevo General de fecha 21 de enero de 2004, radicada en JASAP el 22 de enero de 2004, suscrita por el apelante Bernardo Mártir López y la Lcda. Debbie Rivera Rivera (apelada).

RAUL HERNANDEZ BUJOSA     - 2 -     RESOLUCION

expiren esos quince (15) días, según sea el caso. Si se tomare alguna determinación en su consideración, el término de treinta (30) días para solicitar revisión judicial empezará a contarse desde la fecha en que se archiva en autos una copia de la notificación de la Resolución de la Junta resolviendo definitivamente la moción cuya Resolución deberá ser emitida y archivada en autos dentro de los noventa (90) días siguientes a la radicación de la moción. Si la Junta dejare de tomar alguna acción en relación con la moción de reconsideración dentro de los noventa (90) dias de haber sido radicada una moción acogida para Resolución perderá jurisdicción sobre la misma y el término para solicitar la revisión judicial empezará a contarse a partir de la expiración de dicho término de noventa (90) días, salvo que la Junta, por justa causa, y dentro de esos noventa (90) días, prorrogue el término para resolver por un periodo que no excederá de treinta (30) días adicionales.

De no optarse por el procedimiento de reconsideración antes expuesto, la parte afectada podrá, dentro del término de treinta (30) días, contados a partir de la fecha del archivo en autos de esta Resolución, de así interesarlo, presentar recurso de revisión judicial ante el Tribunal de Circuito de Apelaciones. Lo anterior, en virtud de lo dispuesto en la Sección 3.15 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, 3 L.P.R.A., Sec. 2165.

**NOTIFIQUESE Y ARCHIVESE**.

**ASI LO ACORDO LA JUNTA**, en San Juan, Puerto Rico, a 4 de marzo de 2004.

MIGUELA. ROMERO LUGO
Presidente

FERNANDO L. RODRIGUEZ FLORES
Miembro Asociado

JOSE H. BANUCHI HERNANDEZ
Miembro Asociado

CERTIFICO que hoy,     3 0 MAR 2004     ., archivé en los autos de la apelación el original de esta Resolución y que envié copia fiel y exacta de la misma a las partes, a sus direcciones en record:

RAUL HERNANDEZ BUJOSA                    - 3 -                    RESOLUCION

WANDA FONTANEZ RUIZ
Secretaria

FLRF/mmg

NOTIFICADA A:

Bernardo Mártir López (apelante)
Lcda. Teresa Seda Ramos (apelada)

*Junta de Apelaciones del Sistema de Administración de Personal*
*PO Box 9023990*
*San Juan, PR 00902-3990*
*TEL. (787)721-5739*

(RAUL HERNANDEZ BUJOSA Y OTROS)

**CARMEN L. VELAZQUEZ VAZQUEZ**

Apelante

vs.                                    CASO NUM. CL-RET-99-05-1306
                                                    CL-00-10-661

DEPARTAMENTO DE HACIENDA

Apelado

## - R E S O L U C I O N -

La Junta de Apelaciones del Sistema de Administración de Personal, tuvo ante su consideración la Estipulación, Acuerdo y Relevo General[1], presentada en el caso de epígrafe y acordó:

De conformidad con los acuerdos Alcanzados por las partes se declara **HA LUGAR**, la Estipulación, Acuerdo y Relevo General presentada, convirtiéndose la misma en una transacción que pone fin a la controversia. En su consecuencia, se dicta Resolución archivando con perjuicio la totalidad de las reclamaciones presentadas por la apelante, **Carmen L. Velázquez Vázquez**.

Se apercibe a las partes de epígrafe que la parte afectada por esta Resolución podrá, dentro del término de veinte (20) días desde la fecha de su archivo en autos, presentar una moción de reconsideración de la Resolución. La Junta, dentro de los quince (15) días de haberse presentado dicha moción deberá considerarla. Si la rechazare de plano o no actuare dentro de los quince (15) días, el término de treinta (30) días para solicitar revisión comenzará a correr nuevamente desde que se notifique dicha denegatoria o desde que expiren esos quince (15) días, según sea el caso. Si se tomare alguna

---

[1] Moción titulada <u>Estipulación, Acuerdo y Relevo General</u> de fecha 19 de diciembre de 2003, radicada en JASAP el 22 de diciembre de 2003, suscrita por la apelante, Carmen L. Velásquez Vázquez; y la Lcda. Debbie Rivera Rivera (apelada).

RAUL HERNANDEZ BUJOSA     - 2 -        RESOLUCION
CARMEN L. VELAZQUEZ VAZQUEZ

determinación en su consideración, el término de treinta (30) días para solicitar revisión judicial empezará a contarse desde la fecha en que se archiva en autos una copia de la notificación de la Resolución de la Junta resolviendo definitivamente la moción cuya Resolución deberá ser emitida y archivada en autos dentro de los noventa (90) días siguientes a la radicación de la moción. Si la Junta dejare de tomar alguna acción en relación con la moción de reconsideración dentro de los noventa (90) días de haber sido radicada una moción acogida para Resolución perderá jurisdicción sobre la misma y el término para solicitar la revisión judicial empezará a contarse a partir de la expiración de dicho término de noventa (90) días, salvo que la Junta, por justa causa, y dentro de esos noventa (90) días, prorrogue el término para resolver por un período que no excederá de treinta (30) días adicionales.

De no optarse por el procedimiento de reconsideración antes expuesto, la parte afectada podrá, dentro del término de treinta (30) días, contados a partir de la fecha del archivo en autos de esta Resolución, de así interesarlo, presentar recurso de revisión judicial ante el Tribunal de Circuito de Apelaciones. Lo anterior, en virtud de lo dispuesto en la Sección 3.15 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, 3 L.P.R.A., Sec. 2165.

**NOTIFIQUESE Y ARCHIVESE.**

**ASI LO ACORDO LA JUNTA**, en San Juan, Puerto Rico, a 27 de enero de 2004.

MIGUEL A. ROMERO LUGO
Presidente

FERNANDO L. RODRIGUEZ FLORES
Miembro Asociado

JOSE H. BANUCHI HERNANDEZ
Miembro Asociado

CERTIFICO que hoy, /2 de febrero de 2004, archivé en los autos de la apelación el original de esta Resolución y que envié copia fiel y exacta de la misma a las partes, a sus direcciones en record:

RAUL HERNANDEZ BUJOSA                    - 3 -                    RESOLUCION
CARMEN L. VELAZQUEZ VAZQUEZ

WANDA FONTANEZ RUIZ
Secretaria

FLRF/mmg

NOTIFICADA A:

Carmen L. Velásquez Vázquez (apelante)
Lcda. Debbie E. Rivera Rivera (apelada)

*Junta ae Apelaciones del Sistema de Administración de Personal*
*PO Box 9023990*
*San Juan, PR 00902-3990*
*TEL. (787)721-5739*

RAUL HERNANDEZ BUJOSA Y OTROS

Apelante

vs.                                    CASO NUM. CL-RET-99-05-1306

DEPARTAMENTO DE HACIENDA

Apelado

## -RESOLUCION-

La Junta de Apelaciones del Sistema de Administración de Personal, tuvo

ante su consideración la Estipulación, Acuerdo y Relevo General[1], presentada

en el caso de epígrafe y acordó:

De conformidad con los acuerdos Alcanzados por las partes se declara

**HA LUGAR**, la Estipulación, Acuerdo y Relevo General presentada,

convirtiéndose la misma en una transacción que pone fin a la controversia. En

su consecuencia, se dicta Resolución archivando con perjuicio la totalidad de las

reclamaciones presentadas por los treinta y tres (33) apelantes representados

por el Lcdo. Ignacio Fernández de Lahongaris:

1. Cajigas Juarbe, Carlos
2. Cardona Molina, Miguel
3. Chapero Pastoriza, Carlos Iván
4. Colón Ortiz, Ginny
5. Colón Torres, María
6. Crespo Pérez, Jorge L.
7. Crespo Robledo, Myrna
8. Cruz Calderón, Damaris
9. Cruz Santiago, Rafael
10. Cruz Vázquez, Ana
11. Feliciano Torres, Alberto
12. Flores Velázquez, Migdalia
13. García Olivera, Lorenzo
14. González Colón, Sandra
15. Gordian Rentas, Rosa
16. Monroig Lozada, Nellie
17. Naveira Meléndez, Carlos Manuel

---

[1] Moción titulada Estipulación, Acuerdo y Relevo General de fecha 30 de
septiembre de 2003, radicada en JASAP el 2 de octubre de 2003, suscrita por el
Lcdo. Ignacio Fernández de Lohongrais (apelante) y la Lcda. Debbie Rivera
Rivera (apelada).

RAUL HERNANDEZ BUJOSA      - 2 -      RESOLUCION

18. Nieves Negrón, Irma
19. Olmeda Rodríguez, Rolando
20. Peña Contreras, David
21. Pérez Girau, Angel
22. Pino Corchado, Elio
23. Reyes Ramos, Lilibeth
24. Sánchez Fernández, Angel
25. Santiago Burgos, Nancy
26. Soto García, Waldo
27. Torres González, Vilma
28. Torres Morales, Marillian
29. Trinidad Flores, Eugenio
30. Urbina Santiago, Janet
31. Vega Torres, Melba
32. Velázquez Colón, Orlando
33. Vázquez Rivera, Jesús David

Se apercibe a las partes de epígrafe que la parte afectada por esta Resolución podrá, dentro del término de veinte (20) días desde la fecha de su archivo en autos, presentar una moción de reconsideración de la Resolución. La Junta, dentro de los quince (15) días de haberse presentado dicha moción deberá considerarla. Si la rechazare de plano o no actuare dentro de los quince (15) días, el término de treinta (30) días para solicitar revisión comenzará a correr nuevamente desde que se notifique dicha denegatoria o desde que expiren esos quince (15) días, según sea el caso. Si se tomare alguna determinación en su consideración, el término de treinta (30) días para solicitar revisión judicial empezará a contarse desde la fecha en que se archiva en autos una copia de la notificación de la Resolución de la Junta resolviendo definitivamente la moción cuya Resolución deberá ser emitida y archivada en autos dentro de los noventa (90) días siguientes a la radicación de la moción. Si la Junta dejare de tomar alguna acción en relación con la moción de reconsideración dentro de los noventa (90) días de haber sido radicada una moción acogida para Resolución perderá jurisdicción sobre la misma y el término para solicitar la revisión judicial empezará a contarse a partir de la expiración de dicho término de noventa (90) días, salvo que la Junta, por justa causa, y dentro de esos noventa (90) días, prorrogue el término para resolver por un período que no excederá de treinta (30) días adicionales.

RAUL HERNANDEZ BUJOSA           - 3 -            RESOLUCION

De no optarse por el procedimiento de reconsideración antes expuesto, la parte afectada podrá, dentro del término de treinta (30) días, contados a partir de la fecha del archivo en autos de esta Resolución, de así interesarlo, presentar recurso de revisión judicial ante el Tribunal de Circuito de Apelaciones. Lo anterior, en virtud de lo dispuesto en la Sección 3.15 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, 3 L.P.R.A., Sec. 2165.

**NOTIFIQUESE Y ARCHIVESE**.

**ASI LO ACORDO LA JUNTA**, en San Juan, Puerto Rico, a 8 de octubre de 2003.

MIGUEL A. ROMERO LUGO
Presidente

FERNANDO L. RODRIGUEZ FLORES
Miembro Asociado

JOSE H. BANUCHI HERNANDEZ
Miembro Asociado

CERTIFICO que hoy,  16  de octubre de 2003, archivé en los autos de la apelación el original de esta Resolución y que envié copia fiel y exacta de la misma a las partes, a sus direcciones en record:

WANDA FONTANEZ RUIZ
Secretaria

FLRF/mmg

NOTIFICADA A:

Lcdo. Ignacio Fernández Lahongrais (apelante)
Lcdo. Iván Garau Díaz (apelante)
Lcdo. Raúl Santiago Meléndez (apelante)
Lcda. Debbie E. Rivera Rivera (apelada)

*Junta de Apelaciones del Sistema de Administración de Personal*
*PO Box 9023990*
*San Juan, PR 00902-3990*
*TEL. (787)721-5739*

RAUL HERNANDEZ BUJOSA Y OTROS
**ROSA A. REYES CABRERA**

Apelante

vs.                         CASO NUM. CL-RET-99-05-1306
                            **CL-RET-03-08-0181**

DEPARTAMENTO DE HACIENDA

Apelado

- R E S O L U C I O N -

La Junta de Apelaciones del Sistema de Administración de Personal, tuvo ante su consideración la Estipulación, Acuerdo y Relevo General[1], presentada en el caso de epígrafe y acordó:

De conformidad con los acuerdos Alcanzados por las partes se declara **HA LUGAR**, la Estipulación, Acuerdo y Relevo General presentada, convirtiéndose la misma en una transacción que pone fin a la controversia. En su consecuencia, se dicta Resolución archivando con perjuicio la totalidad de las reclamaciones presentadas por la apelante **ROSA A. REYES CABRERA** representada por el Lcdo. Iván Garau Díaz.

Se apercibe a las partes de epígrafe que la parte afectada por esta Resolución podrá, dentro del término de veinte (20) días desde la fecha de su archivo en autos, presentar una moción de reconsideración de la Resolución. La Junta, dentro de los quince (15) días de haberse presentado dicha moción deberá considerarla. Si la rechazare de plano o no actuare dentro de los quince (15) días, el término de treinta (30) días para solicitar revisión comenzará a correr nuevamente desde que se notifique dicha denegatoria o desde que

---

[1] Moción titulada *Estipulación, Acuerdo y Relevo General* de fecha 29 de septiembre de 2003, radicada en JASAP el 3 de octubre de 2003, suscrita por el Lcdo. Iván Garau Díaz en representación de la apelante, y la Lcda. Debbie E. Rivera Rivera (apelada).

ROSA A. REYES CABRERA          - 2 -          RESOLUCION

expiren esos quince (15) días, según sea el caso. Si se tomare alguna determinación en su consideración, el término de treinta (30) días para solicitar revisión judicial empezará a contarse desde la fecha en que se archiva en autos una copia de la notificación de la Resolución de la Junta resolviendo definitivamente la moción cuya Resolución deberá ser emitida y archivada en autos dentro de los noventa (90) días siguientes a la radicación de la moción. Si la Junta dejare de tomar alguna acción en relación con la moción de reconsideración dentro de los noventa (90) días de haber sido radicada una moción acogida para Resolución perderá jurisdicción sobre la misma y el término para solicitar la revisión judicial empezará a contarse a partir de la expiración de dicho término de noventa (90) días, salvo que la Junta, por justa causa, y dentro de esos noventa (90) días, prorrogue el término para resolver por un período que no excederá de treinta (30) días adicionales.

De no optarse por el procedimiento de reconsideración antes expuesto, la parte afectada podrá, dentro del término de treinta (30) días, contados a partir de la fecha del archivo en autos de esta Resolución, de así interesarlo, presentar recurso de revisión judicial ante el Tribunal de Circuito de Apelaciones. Lo anterior, en virtud de lo dispuesto en la Sección 3.15 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, 3 L.P.R.A., Sec. 2165.

**NOTIFIQUESE Y ARCHIVESE**.

**ASI LO ACORDO LA JUNTA**, en San Juan, Puerto Rico, a 28 de octubre de 2003.

MIGUEL A. ROMERO LUGO
Presidente

FERNANDO L. RODRIGUEZ FLORES
Miembro Asociado

JOSÉ H. BANUCHI HERNANDEZ
Miembro Asociado

ROSA A. REYES CABRERA                  - 3 -                   RESOLUCION

CERTIFICO que hoy, 30 Octu... de 2003, archivé en los autos de la

apelación el original de esta Resolución y que envié copia fiel y exacta de la

misma a las partes, a sus direcciones en record:

WANDA FONTANEZ RUIZ
Secretaria

FLRF/mmg

NOTIFICADA A:

Lcdo. Ignacio Fernández Lahongrais (apelante)
Lcdo. Iván Garau Díaz (apelante)
Lcdo. Raúl Santiago Meléndez (apelante)
Lcda. Debbie E. Rivera Rivera (apelada)



*Junta de Apelaciones del Sistema de Administración de Personal*
*PO Box 9023990*
*San Juan, PR 00902-3990*
*TEL. (787)721-5739*

RAUL HERNANDEZ BUJOSA Y OTROS
**EDDA BERRIOS SOTO**

Apelante

vs.                                                    CASO NUM. CL-RET-99-05-1306

DEPARTAMENTO DE HACIENDA

Apelado

- R E S O L U C I O N -

La Junta de Apelaciones del Sistema de Administración de Personal, tuvo

ante su consideración la Estipulación, Acuerdo y Relevo General[1], presentada

en el caso de epígrafe y acordó:

De conformidad con los acuerdos Alcanzados por las partes se declara

**HA LUGAR**, la Estipulación, Acuerdo y Relevo General presentada,

convirtiéndose la misma en una transacción que pone fin a la controversia. En

su consecuencia, se dicta Resolucio archivando con perjuicio la totalidad de las

reclamaciones presentadas por la apelante **Edda Berríos Soto** representada

por el Lcdo. Ignacio Fernández de Lahongaris.

Se apercibe a las partes de epígrafe que la parte afectada por esta

Resolución podrá, dentro del término de veinte (20) días desde la fecha de su

archivo en autos, presentar una moción de reconsideración de la Resolución.

La Junta, dentro de los quince (15) días de haberse presentado dicha moción

deberá considerarla. Si la rechazare de plano o no actuare dentro de los quince

(15) días, el término de treinta (30) días para solicitar revisión comenzará a

correr nuevamente desde que se notifique dicha denegatoria o desde que

---

[1] Moción titulada Estipulación, Acuerdo y Relevo General de fecha 30 de
septiembre de 2003, radicada en JASAP el 2 de octubre de 2003, suscrita por el
Lcdo. Ignacio Fernández de Lohongrais en representación de la apelante, Edda
Berríos Soto, y la Lcda. Debbie Rivera Rivera (apelada).

expiren esos quince (15) días, según sea el caso. Si se tomare alguna determinación en su consideración, el término de treinta (30) días para solicitar revisión judicial empezará a contarse desde la fecha en que se archiva en autos una copia de la notificación de la Resolución de la Junta resolviendo definitivamente la moción cuya Resolución deberá ser emitida y archivada en autos dentro de los noventa (90) días siguientes a la radicación de la moción. Si la Junta dejare de tomar alguna acción en relación con la moción de reconsideración dentro de los noventa (90) días de haber sido radicada una moción acogida para Resolución perderá jurisdicción sobre la misma y el término para solicitar la revisión judicial empezará a contarse a partir de la expiración de dicho término de noventa (90) días, salvo que la Junta, por justa causa, y dentro de esos noventa (90) días, prorrogue el término para resolver por un período que no excederá de treinta (30) días adicionales.

De no optarse por el procedimiento de reconsideración antes expuesto, la parte afectada podrá, dentro del término de treinta (30) días, contados a partir de la fecha del archivo en autos de esta Resolución, de así interesarlo, presentar recurso de revisión judicial ante el Tribunal de Circuito de Apelaciones. Lo anterior, en virtud de lo dispuesto en la Sección 3.15 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, 3 L.P.R.A., Sec. 2165.

**NOTIFIQUESE Y ARCHIVESE**.

**ASI LO ACORDO LA JUNTA**, en San Juan, Puerto Rico, a 9 de octubre de 2003.

MIGUEL A. ROMERO LUGO
Presidente

FERNANDO L. RODRIGUEZ FLORES
Miembro Asociado

JOSE H. BANUCHI HERNANDEZ
Miembro Asociado

RAUL HERNANDEZ BUJOSA                    - 3 -                    RESOLUCION

CERTIFICO que hoy,  22  de octubre de 2003, archivé en los autos de

la apelación el original de esta Resolución y que envié copia fiel y exacta de la

misma a las partes, a sus direcciones en record:

WANDA FONTANEZ RUIZ
Secretaria

FLRF/mmg

NOTIFICADA A:

Lcdo. Ignacio Fernández Lahongrais (apelante)
Lcdo. Iván Garau Díaz (apelante)
Lcdo. Raúl Santiago Meléndez (apelante)
Lcda. Debbie E. Rivera Rivera (apelada)

*Junta de Apelaciones del Sistema de Administración de Personal*
*PO Box 9023990*
*San Juan, PR 00902-3990*
*TEL. (787)721-5739*

RAUL HERNANDEZ BUJOSA Y OTROS
**MAYRA RIVERA MEDINA Y OTROS** [1]


Apelante

vs.

DEPARTAMENTO DE HACIENDA

Apelado

CASO NUM. CL-RET-99-05-1306
CL-RET-03-08-0162

### - R E S O L U C I O N -

La Junta de Apelaciones del Sistema de Administración de Personal, tuvo ante su consideración la Estipulación, Acuerdo y Relevo General[2], presentada en el caso de epígrafe y acordó:



De conformidad con los acuerdos Alcanzados por las partes se declara **HA LUGAR**, la Estipulación, Acuerdo y Relevo General presentada, convirtiéndose la misma en una transacción que pone fin a la controversia. En su consecuencia, se dicta Resolución archivando con perjuicio la totalidad de las reclamaciones presentadas por los siguientes apelantes representados por el Lcdo. Iván Garau Díaz.

1. Aida L. Ortiz Marquez
2. Carmen R. Machado Roel
3. David Goytia Garcia

[1] Osvaldo Cruz Allende (2) María Ortiz Torres (3) David Goytia García (4) Magdalena García Ramírez (5) Teofila Ríos Ortiz (6) María Santiago Tapia (7) Félix Carrasquillo López (8) José Sousa Mora (9) Robert Gómez Betancourt (10) Evelyn Meléndez Ortiz (11) Luis Román Marín (12) Luis Romero Rosado (13) Germán Bruguera Alvelo (14) Roberto Burgos Rodríguez (15) María Cordero Torres (16) Leonardo Cotto Pérez (17) Teresita Crespo González (18) Roberto Díaz Fernández (19) Mileidy Izquierdo Rodriguez (20) Carmen Machado Roel (21) José Orellano Rosario (22) Aida Ortiz Marques (23) Zuleika Rivera Cruz (24) Mayra Rodriguez López (25) José Rodríguez Ocasio (26) José Sosa Santana.

[2] Moción titulada Estipulación, Acuerdo y Relevo General de fecha 29 de septiembre de 2003, radicada en JASAP el 9 de octubre de 2003, suscrita por el Lcdo. Iván Garau en representación de los apelantes, y la Lcda. Debbie E. Rivera Rivera (apelada).

MAYRA RIVERA MEDINA      - 2 -      RESOLUCION

4. Evelyn Meléndez Ortiz
5. **Félix M. Carrasquillo López**
6. **Germán I. Bruguera Alvelo**
7. **José A. Sosa Santana**
8. José G. Sousa Mora
9. **José R. Orellano Osorio**
10. **Leonardo Cotto Pérez**
11. **Luis A. Romero Rosado**
12. Luis Román Marin
13. **Magdalena García Rodríguez**
14. **María E. Cordero Torres**
15. María Ortiz Torres
16. María Santiago Tapia
17. **Mayra I. Rodríguez López**
18. Mayra Rivera Medina
19. **Mileidy Izquierdo Rodríguez**
20. Osvaldo Cruz Allende
21. **Roberto Burgos Rodríguez**
22. **Roberto Díaz Fernández**
23. Teofila Ríos Ortiz (retirada febrero 2003)
24. **Teresita Crespo González**
25. **Zuleika Rivera Cruz**

Se apercibe a las partes de epígrafe que la parte afectada por esta Resolución podrá, dentro del término de veinte (20) días desde la fecha de su archivo en autos, presentar una moción de reconsideración de la Resolución. La Junta, dentro de los quince (15) días de haberse presentado dicha moción deberá considerarla. Si la rechazare de plano o no actuare dentro de los quince (15) días, el término de treinta (30) días para solicitar revisión comenzará a correr nuevamente desde que se notifique dicha denegatoria o desde que expiren esos quince (15) días, según sea el caso. Si se tomare alguna determinación en su consideración, el término de treinta (30) días para solicitar revisión judicial empezará a contarse desde la fecha en que se archiva en autos una copia de la notificación de la Resolución de la Junta resolviendo definitivamente la moción cuya Resolución deberá ser emitida y archivada en autos dentro de los noventa (90) días siguientes a la radicación de la moción. Si la Junta dejare de tomar alguna acción en relación con la moción de reconsideración dentro de los noventa (90) días de haber sido radicada una moción acogida para Resolución perderá jurisdicción sobre la misma y el término para solicitar la revisión judicial empezará a contarse a partir de la

MAYRA RIVERA MEDINA                    - 3 -                    RESOLUCION

expiración de dicho término de noventa (90) días, salvo que la Junta, por justa causa, y dentro de esos noventa (90) días, prorrogue el término para resolver por un periodo que no excederá de treinta (30) días adicionales.

De no optarse por el procedimiento de reconsideración antes expuesto, la parte afectada podrá, dentro del término de treinta (30) días, contados a partir de la fecha del archivo en autos de esta Resolución, de así interesarlo, presentar recurso de revisión judicial ante el Tribunal de Circuito de Apelaciones. Lo anterior, en virtud de lo dispuesto en la Sección 3.15 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, 3 L.P.R.A., Sec. 2165.

**NOTIFIQUESE Y ARCHIVESE.**

**ASI LO ACORDO LA JUNTA,** en San Juan, Puerto Rico, a 28 de octubre de 2003.

MIGUEL A. ROMERO LUGO
Presidente

FERNANDO L. RODRIGUEZ FLORES                    JOSE H. BANUCHI HERNANDEZ
Miembro Asociado                                              Miembro Asociado

CERTIFICO que hoy, 29 de octubre de 2003, archivé en los autos de la apelación el original de esta Resolución y que envié copia fiel y exacta de la misma a las partes, a sus direcciones en record:

WANDA FONTANEZ RUIZ
Secretaria

FLRF/mmg

NOTIFICADA A:

Lcdo. Ignacio Fernández Lahongrais (apelante)
Lcdo. Iván Garau Díaz (apelante)
Lcdo. Raúl Santiago Meléndez (apelante)
Lcda. Debbie E. Rivera Rivera (apelada)



_..nta de Apelaciones del Sistema de Administración de Personal_
_PO Box 9023990_
_San Juan, PR 00902-3990_
_TEL. (787)721-5739_

RAUL HERNANDEZ BUJOSA Y OTROS

Apelante

vs.

CASO NUM. CL-RET-99-05-1306

DEPARTAMENTO DE HACIENDA

Apelado

- R E S O L U C I O N -

La Junta de Apelaciones del Sistema de Administración de Personal, tuvo ante su consideración la Estipulación, Acuerdo y Relevo General[1], presentada en el caso de epígrafe y acordó:

De conformidad con los acuerdos Alcanzados por las partes se declara **HA LUGAR**, la Estipulación, Acuerdo y Relevo General presentada, convirtiéndose la misma en una transacción que pone fin a la controversia. En su consecuencia, se dicta Resolución archivando con perjuicio la totalidad de las reclamaciones presentadas por los treinta y dos (32) apelantes representados por el Lcdo. Iván Garau Díaz:

1. Ada R. Rivera García
2. Agustina González Andrades
3. **Aida L. Ortíz Marquez**
4. Angel R. Cardenales Matos
5. Bienvenido Rodríguez Colón
6. Carmen M. Torres Lozada
7. Carlos E. Larracuente Gierbolini
8. Carmen E. González Hernández
9. Carmen L. Santiago Cartagena
10. Carmen del Pilar Cruz Rivera
11. Edgar Salivan Suárez
12. Edna Figueroa Aponte
13. Felisa Colón Ortiz
14. Fernando Lasalle Estrada
15. Héctor Rodriguez Cepeda
16. Ismael Soto Maldonado
17. José L. Rodríguez Ocasio
18. Juan Jesús Ramos Pérez

[1] Moción titulada Estipulación, Acuerdo y Relevo General de fecha 19 de septiembre de 2003, radicada en JASAP el 9 de octubre de 2003, suscrita por el Lcdo. Iván Garau Díaz (apelante) y la Lcda. Debbie Rivera Rivera (apelada).

RAUL HERNANDEZ BUJOSA     - 2 -     RESOLUCION

19.    Julio Luis Cordero Berio
20.    María T. Febres Figueroa
21.    Migdalia Torres Díaz
22.    Miguel García Carrasquillo
23.    Mirta A. Ramos Acosta
24.    Noelia Hernández Morales
25.    Olga Cruz Vélez
26.    Pablo Nieves Meléndez
27.    Robert Gómez Betancourt
28.    Sandra Santos Ocasio
29.    Sonia Rosa Cruz
30.    Tomás Picón Nerys
31.    Víctor Santos Andreu
32.    Ivonne Echevarria Acosta

Se apercibe a las partes de epígrafe que la parte afectada por esta Resolución podrá, dentro del término de veinte (20) días desde la fecha de su archivo en autos, presentar una moción de reconsideración de la Resolución. La Junta, dentro de los quince (15) días de haberse presentado dicha moción deberá considerarla. Si la rechazare de plano o no actuare dentro de los quince (15) días, el término de treinta (30) días para solicitar revisión comenzará a correr nuevamente desde que se notifique dicha denegatoria o desde que expiren esos quince (15) días, según sea el caso. Si se tomare alguna determinación en su consideración, el término de treinta (30) días para solicitar revisión judicial empezará a contarse desde la fecha en que se archiva en autos una copia de la notificación de la Resolución de la Junta resolviendo definitivamente la moción cuya Resolución deberá ser emitida y archivada en autos dentro de los noventa (90) días siguientes a la radicación de la moción. Si la Junta dejare de tomar alguna acción en relación con la moción de reconsideración dentro de los noventa (90) días de haber sido radicada una moción acogida para Resolución perderá jurisdicción sobre la misma y el término para solicitar la revisión judicial empezará a contarse a partir de la expiración de dicho término de noventa (90) días, salvo que la Junta, por justa causa, y dentro de esos noventa (90) días, prorrogue el término para resolver por un período que no excederá de treinta (30) días adicionales.

RAUL HERNANDEZ BUJOSA                    - 3 -                    RESOLUCION

De no optarse por el procedimiento de reconsideración antes expuesto, la parte afectada podrá, dentro del término de treinta (30) días, contados a partir de la fecha del archivo en autos de esta Resolución, de así interesarlo, presentar recurso de revisión judicial ante el Tribunal de Circuito de Apelaciones. Lo anterior, en virtud de lo dispuesto en la Sección 3.15 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, 3 L.P.R.A., Sec. 2165.

**NOTIFIQUESE Y ARCHIVESE**.

**ASI LO ACORDO LA JUNTA**, en San Juan, Puerto Rico, a 21 de octubre de 2003.

MIGUEL A. ROMERO LUGO
Presidente

FERNANDO L. RODRIGUEZ FLORES
Miembro Asociado

JOSE H. BANUCHI HERNANDEZ
Miembro Asociado

CERTIFICO que hoy, 29 de octubre de 2003, archivé en los autos de la apelación el original de esta Resolución y que envié copia fiel y exacta de la misma a las partes, a sus direcciones en record:

WANDA FONTANEZ RUIZ
Secretaria

FLRF/mmg

NOTIFICADA A:

Lcdo. Ignacio Fernández Lahongrais (apelante)
Lcdo. Iván Garau Díaz (apelante)
Lcdo. Raúl Santiago Meléndez (apelante)
Lcda. Debbie E. Rivera Rivera (apelada)

...



Junta de Apelaciones del Sistema de Administración de Personal
PO Box 9023990
San Juan, PR 00902-3990
TEL. (787)721-5739

RAUL HERNANDEZ BUJOSA Y OTROS

Apelante

vs.                                    CASO NUM. CL-RET-99-05-1306

DEPARTAMENTO DE HACIENDA

Apelado

- R E S O L U C I O N -

La Junta de Apelaciones del Sistema de Administración de Personal, tuvo
ante su consideración la Estipulación, Acuerdo y Relevo General[1], presentada
en el caso de epígrafe y acordó:

Además, tuvo ante su consideración la Moción Informativa radicada en
JASAP el 9 de marzo de 2004 por la parte apelante, en donde informa lo
siguiente:

"1.    Por omisión involuntaria del gremio se incluyeron los
siguientes dos (2) apelantes sin sus respectivas firmas
en la estipulación presentada.    En este acto se
someten las firmas faltantes aclarando que se trata de
subsanar la omisión y no de enmendar la estipulación."

Ante lo informado por la parte apelante en su Moción Informativa se
incluyen los apelantes Jorge E. Liboy Colón y Heberladys Maldonado Marín
para que formen parte de la Estipulación, Acuerdo y Relevo General radicada
en JASAP por las partes el 11 de febrero de 2004.

De conformidad con los acuerdos Alcanzados por las partes se declara
HA LUGAR, la Estipulación, Acuerdo y Relevo General presentada,
convirtiéndose la misma en una transacción que pone fin a la controversia. En
su consecuencia, se dicta Resolución archivando con perjuicio la totalidad de las

---

[1] Moción titulada Estipulación, Acuerdo y Relevo General de fecha enero de
2003 [sic], radicada en JASAP el 11 de febrero de 2004, suscrita por el Lcdo.
Raúl Santiago Meléndez (apelante) y la Lcda. Debbie Rivera Rivera (apelada).

RAUL HERNANDLz BUJOSA     - 2 -     · RESOLUCION

reclamaciones presentadas por los siguientes apelantes representados por el

Lcdo. Raúl Santiago Meléndez.

1. ALEX M. AYALA NIEVES
2. ALFONSO O. LLOREDA DIAZ
3. ALVIN L. MAYSONET RODRIGUEZ
4. AMADIS DIAZ ROLON
5. ANTHONY Y. FELICIANO AMADEO
6. ANTONIO ROMAN NIEVES
7. ANTONIO ZAVALA CALDERON
8. ARLENE IGLESIAS CORTES
9. CARMEN VEGA HERNANDEZ
10. CARMEN CONCEPCION RIVERA
11. CARMEN R. BAEZ MARTINEZ
12. EDGAR BONILLA CUEVAS
13. EDGARDO CENTENO SOTO
14. GILBERTO RIVERA MEDINA
15. HEBERLEDYS MALDONADO MARIN
16. HECTOR ALMODOVAR CAMACHO
17. HECTOR DE JESUS ALVAREZ
18. HUMBERTO NOGUERAS LEON
19. IDA LIZ SANTIAGO RIVERA
20. INGRID WEBER RODRIGUEZ
21. JAIME OTERO MARTINEZ
22. JOANN HERNANDEZ VELEZ
23. JORGE E. LIBOY COLON
24. JOSE M. HERNANDEZ PAGAN
25. JOSE M. NADAL RIVERA
26. JUAN QUILES ROSADO
27. JULIO AQUINO CARDONA
28. LETICIA VILLANUEVA OLIVERAS
29. LUIS A. TAPIA MALDONADO
30. LUZ MARIA VELEZ PEREZ
31. MARIA DE LOS A. MIRANDA FIGUEROA
32. MARILYN GONZALEZ RODRIGUEZ
33. MARISOL DIAZ BAEZ
34. MIGUEL A. RIVERA CRESPI
35. MIRIAM ACOSTA SERRANO
36. NELSON TIRADO MORALES
37. OLGA I. VAZQUEZ ROSADO
38. OLGA SANTANA RIVERA
39. PEDRO J. SANTA ROBLES
40. RAFAEL RUIZ ACEVEDO
41. RAMONA MARTINEZ PEREZ
42. **RAUL HERNANDEZ BUJOSA**
43. ROBERTO BIRRIEL ARRUFA
44. ROBERTO VERA CUESTA
45. ROSA M. PADILLA PEREZ
46. RUT ALGARIN RIVERA
47. SYLMA MENDEZ RIVERA
48. VIRGINIA PANTOJA CANTRES
49. WANDA TUA TORRES

Se toma conocimiento de la Moción Informativa radicada el 11 de febrero de 2004 por la parte apelada y se declara la misma **HA LUGAR**.[2]

Se apercibe a las partes de epígrafe que la parte afectada por esta Resolución podrá, dentro del término de veinte (20) días desde la fecha de su archivo en autos, presentar una moción de reconsideración de la Resolución. La Junta, dentro de los quince (15) días de haberse presentado dicha moción deberá considerarla. Si la rechazare de plano o no actuare dentro de los quince (15) días, el término de treinta (30) días para solicitar revisión comenzará a correr nuevamente desde que se notifique dicha denegatoria o desde que expiren esos quince (15) días, según sea el caso. Si se tomare alguna determinación en su consideración, el término de treinta (30) días para solicitar revisión judicial empezará a contarse desde la fecha en que se archiva en autos una copia de la notificación de la Resolución de la Junta resolviendo definitivamente la moción cuya Resolución deberá ser emitida y archivada en autos dentro de los noventa (90) días siguientes a la radicación de la moción. Si la Junta dejare de tomar alguna acción en relación con la moción de reconsideración dentro de los noventa (90) días de haber sido radicada una moción acogida para Resolución perderá jurisdicción sobre la misma y el término para solicitar la revisión judicial empezará a contarse a partir de la expiración de dicho término de noventa (90) días, salvo que la Junta, por justa causa, y dentro de esos noventa (90) días, prorrogue el término para resolver por un período que no excederá de treinta (30) días adicionales.

De no optarse por el procedimiento de reconsideración antes expuesto, la parte afectada podrá, dentro del término de treinta (30) días, contados a partir de la fecha del archivo en autos de esta Resolución, de así interesarlo, presentar recurso de revisión judicial ante el Tribunal de Circuito de Apelaciones. Lo anterior, en virtud de lo dispuesto en la Sección 3.15 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, 3 L.P.R.A., Sec. 2165.

---

[2] En donde se establece que las señoras Lelean González González y Cidia Guzmán Cruz sean eliminadas de la Estipulación, Acuerdo y Relevo General, en virtud de Moción de Desistimiento y

RAUL HERNANDEZ BUJOSA     - 4 -     RESOLUCION

**NOTIFIQUESE Y ARCHIVESE.**

**ASI LO ACORDO LA JUNTA**, en San Juan, Puerto Rico, a 4 de marzo de

2004.

MIGUEL A. ROMERO LUGO
Presidente

FERNANDO L. RODRIGUEZ FLORES
Miembro Asociado

JOSE H. BANUCHI HERNANDEZ
Miembro Asociado

CERTIFICO que hoy, 18 de marzo de 2004, archivé en los autos de la

apelación el original de esta Resolución y que envié copia fiel y exacta de la

misma a las partes, a sus direcciones en record:

WANDA FONTANEZ RUIZ
Secretaria

FLRF/mmg

NOTIFICADA A:

Lcdo. Raúl Santiago Meléndez (apelante)
Lcda. Teresa Seda Ramos (apelada)

---

de Resolución Parcial dictada el 6 de octubre de 2000, las apelantes antes mencionadas optaron
por desistir de su reclamación.

DEPARTAMENTO DE HACIENDA
CASO ACEVEDO AROCHO, PRUDENCIO
AMOUNT OWE

**EXHIBIT 2**

From July, 2005 to April, 2017 (142 months)

| | Name | Montly Amount | Total 142 Months |
|---|---|---|---|
| 1 | Albino Ríos, Markus | 294.50 | 41,819.00 |
| 2 | Benítez Hernández, Luis E. | 339.50 | 48,209.00 |
| 3 | Betancourt Soto, Luz L. | 339.50 | 48,209.00 |
| 4 | Borges Cruz, Alice M. | 294.50 | 41,819.00 |
| 5 | Camacho Torres, Alissette S. | 339.50 | 48,209.00 |
| 6 | Caraballo Couret, Irving L. | 339.50 | 48,209.00 |
| 7 | Cátala López, Rubén | 668.00 | 94,856.00 |
| 8 | Colón De Jesús, José C. | 381.00 | 54,102.00 |
| 9 | Cotto Jimenez, Alejandro | 339.50 | 48,209.00 |
| 10 | Cotto Zabala, Milagros | 668.00 | 94,856.00 |
| 11 | Cruz Maldonado, María E. | 291.50 | 41,393.00 |
| 12 | Curruchet Hernández, Carlos A. | 668.00 | 94,856.00 |
| 13 | Dominguez Pérez, Glorimar | 339.50 | 48,209.00 |
| 14 | Fernández Rodríguez, Jorge L. | 339.50 | 48,209.00 |
| 15 | Ferrer Berrios, José M. | 339.50 | 48,209.00 |
| 16 | Galán Cruz, Javier | 668.00 | 94,856.00 |
| 17 | Hernández Rivera, Marcelino | 345.50 | 49,061.00 |
| 18 | Jimenez Suárez, Ana H. | 339.50 | 48,209.00 |
| 19 | López Colón, Vivian T. | 374.00 | 53,108.00 |
| 20 | López Delgado, Ana M. | 668.00 | 94,856.00 |
| 21 | Maldonado Luna, José O. | 668.00 | 94,856.00 |
| 22 | Manzano Rivera, María E. | 339.50 | 48,209.00 |
| 23 | Matos Hernández, Rafael A. | 339.50 | 48,209.00 |
| 24 | Meléndez Carrasquillo, Felix V. | 345.50 | 49,061.00 |
| 25 | Montilla Santos, Bárbara | 289.50 | 41,109.00 |
| 26 | Negrón Vidal, Maritza | 339.50 | 48,209.00 |
| 27 | Nieves Navarro, Miguel A. | 668.00 | 94,856.00 |
| 28 | O'farril Villanueva, Luis | 294.50 | 41,819.00 |
| 29 | Pagán Cuascut, Liz A. | 339.50 | 48,209.00 |
| 30 | Pérez Irizarry, Rosamary | 294.50 | 41,819.00 |
| 31 | Pérez Ramírez, Rolando | 374.00 | 53,108.00 |
| 32 | Pimentel De Silverio, Dominica | 339.50 | 48,209.00 |
| 33 | Rivera Mulero, William | 668.00 | 94,856.00 |
| 34 | Rivera Quiles, José M. | 339.50 | 48,209.00 |
| 35 | Rivera Rosa, Luis O. | 291.50 | 41,393.00 |
| 36 | Rivera Santiago, Waldemar A. | 467.50 | 66,385.00 |
| 37 | Rivera Torres, Luis A. | 352.50 | 50,055.00 |
| 38 | Rojas Reyes, Miguel A. | 345.50 | 49,061.00 |
| 39 | Rosario Ortiz, Luis A. | 668.00 | 94,856.00 |
| 40 | Sabalier Ríos, Carmen J. | 668.00 | 94,856.00 |

From May, 2017 to April 2022 (60 months)

| | Name | Montly Amount | Total 60 Months |
|---|---|---|---|
| 1 | Albino Ríos, Markus | 294.50 | 17,670.00 |
| 2 | Benítez Hernández, Luis E. | 339.50 | 20,370.00 |
| 3 | Betancourt Soto, Luz L. | 339.50 | 20,370.00 |
| 4 | Borges Cruz, Alice M. | 294.50 | 17,670.00 |
| 5 | Camacho Torres, Alissette S. | 339.50 | 20,370.00 |
| 6 | Caraballo Couret, Irving L. | 339.50 | 20,370.00 |
| 7 | Cátala López, Rubén | 668.00 | 40,080.00 |
| 8 | Colón De Jesús, José C. | 381.00 | 22,860.00 |
| 9 | Cotto Jimenez, Alejandro | 339.50 | 20,370.00 |
| 10 | Cotto Zabala, Milagros | 591.35 | 35,481.00 |
| 11 | Cruz Maldonado, María E. | 291.50 | 17,490.00 |
| 12 | Curruchet Hernández, Carlos A. | 668.00 | 40,080.00 |
| 13 | Dominguez Pérez, Glorimar | 339.50 | 20,370.00 |
| 14 | Fernández Rodríguez, Jorge L. | 339.50 | 20,370.00 |
| 15 | Ferrer Berrios, José M. | 339.50 | 20,370.00 |
| 16 | Galán Cruz, Javier | 668.00 | 40,080.00 |
| 17 | Hernández Rivera, Marcelino | 345.50 | 20,730.00 |
| 18 | Jimenez Suárez, Ana H. | 339.50 | 20,370.00 |
| 19 | López Colón, Vivian T. | 374.00 | 22,440.00 |
| 20 | López Delgado, Ana M. | 668.00 | 40,080.00 |
| 21 | Maldonado Luna, José O. | 668.00 | 40,080.00 |
| 22 | Manzano Rivera, María E. | 339.50 | 20,370.00 |
| 23 | Matos Hernández, Rafael A. | 339.50 | 20,370.00 |
| 24 | Meléndez Carrasquillo, Felix V. | 345.50 | 20,730.00 |
| 25 | Montilla Santos, Bárbara | 289.50 | 17,370.00 |
| 26 | Negrón Vidal, Maritza | 339.50 | 20,370.00 |
| 27 | Nieves Navarro, Miguel A. | 668.00 | 40,080.00 |
| 28 | O'farril Villanueva, Luis | 294.50 | 17,670.00 |
| 29 | Pagán Cuascut, Liz A. | 339.50 | 20,370.00 |
| 30 | Pérez Irizarry, Rosamary | 294.50 | 17,670.00 |
| 31 | Pérez Ramírez, Rolando | 374.00 | 22,440.00 |
| 32 | Pimentel De Silverio, Dominica | 339.50 | 20,370.00 |
| 33 | Rivera Mulero, William | 668.00 | 40,080.00 |
| 34 | Rivera Quiles, José M. | 339.50 | 20,370.00 |
| 35 | Rivera Rosa, Luis O. | 291.50 | 17,490.00 |
| 36 | Rivera Santiago, Waldemar A. | 467.50 | 28,050.00 |
| 37 | Rivera Torres, Luis A. | 352.50 | 21,150.00 |
| 38 | Rojas Reyes, Miguel A. | 345.50 | 20,730.00 |
| 39 | Rosario Ortiz, Luis A. | 668.00 | 40,080.00 |
| 40 | Sabalier Ríos, Carmen J. | 668.00 | 40,080.00 |

DEPARTAMENTO DE HACIENDA
CASO ACEVEDO AROCHO, PRUDENCIO
AMOUNT OWE

From July, 2005 to April, 2017 (142 months)

| | Name | Montly Amount | Total 142 Months |
|---|---|---|---|
| 41 | Sánchez Reyes, Carmen L. | 339.50 | 48,209.00 |
| 42 | Santiago Santiago, José J. | 339.50 | 48,209.00 |
| 43 | Seda Romero, Yazmín | 352.50 | 50,055.00 |
| 44 | Serrano Dávila, Jossian | 668.00 | 94,856.00 |
| 45 | Serrano Padín, Arturo | 367.00 | 52,114.00 |
| 46 | Soto Feliciano, Jorge | 339.50 | 48,209.00 |
| 47 | Trilla Ramos, Alejandro | 374.00 | 53,108.00 |
| 48 | Trujillo Barreto, Carmen I. | 339.50 | 48,209.00 |
| 49 | Vázquez González, José E. | 374.00 | 53,108.00 |
| 50 | Vega González, Víctor M. | 294.50 | 41,819.00 |
| 51 | Velázquez Piñero, Ana I. | 668.00 | 94,856.00 |
| 52 | Vélez Díaz, Carlos I. | 345.50 | 49,061.00 |
| 53 | Arroyo Zengotita, Juan J. | 345.50 | 16,238.50 |
| 54 | Cintron Diaz, Rafael | 345.50 | 10,710.50 |
| 55 | Torres Velazquez, Maria de L.A. | 345.50 | 20,730.00 |
| 56 | Cruz Rivera, Mirna | 345.50 | 17,966.00 |
| | Total | | $3,134,265.00 |

From May, 2017 to April 2022 (60 months)

| | Name | Montly Amount | Total 60 Months |
|---|---|---|---|
| 41 | Sánchez Reyes, Carmen L. | 339.50 | 20,370.00 |
| 42 | Santiago Santiago, José J. | 339.50 | 20,370.00 |
| 43 | Seda Romero, Yazmín | 352.50 | 21,150.00 |
| 44 | Serrano Dávila, Jossian | 668.00 | 40,080.00 |
| 45 | Serrano Padín, Arturo | 367.00 | 22,020.00 |
| 46 | Soto Feliciano, Jorge | 339.50 | 20,370.00 |
| 47 | Trilla Ramos, Alejandro | 374.00 | 22,440.00 |
| 48 | Trujillo Barreto, Carmen I. | 339.50 | 20,370.00 |
| 49 | Vázquez González, José E. | 374.00 | 22,440.00 |
| 50 | Vega González, Víctor M. | 294.50 | 17,670.00 |
| 51 | Velázquez Piñero, Ana I. | 668.00 | 40,080.00 |
| 52 | Vélez Díaz, Carlos I. | 345.50 | 20,730.00 |
| | Total | | $1,292,001.00 |