UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of | PROMESA TITLE III Case No. 17-BK-3283 |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (LTS) |

Debtors

---

(Proposed) Order Granting Motion Requesting Extension of Time to File Certified Translation of the Judgment entered by the Court of First Instance of Puerto Rico
in case No. K AC 1991-0665

The Court has received and reviewed the Motion Requesting Extension of Time to File Certified Translation of the Judgment Entered by the Court of First Instance of Puerto Rico in case No. K AC- 1991-0665 (Docket Entry No. ____ in Case No. 17 BK 03283, (the "Motion"), filed by group creditors in the litigation captioned: Carmen Socorro Cruz Hernandez et als v Departamento de la Familia y otros, Case No. KAC 1991-0665 (the "Carmen Socorro Cruz Hernandez Plaintiff's Group ")

The Movants' shall file a certified English translation of the judgment, as identified in the Motion, by July 13, 2022 at 5:00 p.m. (Atlantic Standard Time).

This Order resolves Docket Entry No. -------- SO ORDERED.

Dated: , _____2022

                                                                             Isl Laura Taylor Swain
                                                                             United States District Judge