UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of | PROMESA TITLE III Case No. 17-BK-3283 |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (LTS) |

Debtors[1]

---

MOTION REQUESTING EXTENSION OF TIME TO FILE CERTIFIED TRANSLATION OF THE JUDGEMENTS ENTERED BY THE COURT OF FIRST INSTANCE OF PUERTO RICO IN CASE NO. KAC-1991-0665

To the Honorable United States District Court Judge Laura Taylor Swain:

**COME NOW,** NOW COME, the group creditors in the litigation captioned: Madeline Acevedo Camacho v Family Department et als , Case No. 2016-05-1340, by and through the undersigned attorney, respectfully state, allege and pray:

1. The appearing claimants filed a Motion for Allowance and Payment of an Administrative Expense Priority today, at docket 21194. The Motion references

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

and cites portions of the Judgment entered by the Court of Instance of Puerto Rico in the case of Carmen Socorro Cruz Hernandez et als. K AC 1991-00665.

2. The Judgment must be translated into the English language for the Court's review and in compliance with PR- Local District Court Rule no. 5.

3. Therefore, Movant's pray for a thirty day extension until July 13, 2022 to file the certified translation of identified document.

**WHEREFORE**, the appearing claimants respectfully pray for this Honorable Court to grant this request for a thirty day extension until July 13, 2022 to file the Certified translation of the referenced Judgments and documents.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 13 day of June, 2022.

**IT IS HEREBY CERTIFIED**, that on this same date we have electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsels of record.

By: /s/ IVONNE GONZALEZ-MORALES
IVONNE GONZALEZ-MORALES
USDC NUM: 202701
PO BOX 9021828
SAN JUAN, PR 00902-1828
Tel. (787) 410-0119
E-mail: ivonnegm@prw.net

*Attorney for the Group Creditors*