## REPLICA DE OBJECION GLOBAL

**I. DATOS DE CONTACTO**

Nombre: María de los Angeles Serrano Vazquez #177092

Dirección Postal: Urb. Valle Tolima calle Nelson Millan #B-21 Caguas, P.R. 00727

Teléfono de contacto res. _____ cel. 939-213-0660

**II. Epígrafe**

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo:
Ley-124-1973 aumento sueldo
Ley-89-1979 retribucion de uniforme
#49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

#94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

**III.** El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:
Ley-124-1973 aumento sueldo
Ley-89-1979 retribucion de uniforme
Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

RECEIVED 2022 JUN 13 4:59 CLERK'S OFFICE

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, ~~Ponce,~~ Puerto Rico desde el __1__ de __diciembre__ de __1971__ hasta el __1__ de ~~Caguas~~ __marzo__ de __1999__. Culmine mi laborar como __Empleado Regular PRTC__ en Puerto Rico Telephone Company, ~~Ponce,~~ Caguas, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

__Maria de los Angeles Serrano Vazquez__
Nombre en letra de molde

__María de A. Serrano Vazquez__
Firma

PD
A quién pueda interesar:
Esta servidora Maria de A. Serrano Vázquez comencé a trabajar 1 de diciembre 1971 y termine el 1 de marzo de 1999. Hago esta reclamación por qué sé que es injusto que digan que no estoy en dicha reclamo de leyes que se aprobaron durante mi periodo que trabaje para el Estado Libre Asociado de Puerto Rico. Cuando comencé en la agencia que en ese año se llamaba Autoridad de Comunicación del Estado Libre Asociado de Puerto Rico, luego su nombre fue cambiado a corporación de comunicación del Estado Libre Asociado de Puerto Rico, cuado comencé en la agencia, luego le cambia el nombre a la PRTC del Estado Libre Asociado de Puerto Rico. Trabaje para la PRTC por 28 años durante ese tiempo cualifiqué para tres de las Leyes. Ley-124-1973 aumento sueldo, Ley-89-1979 Retribución uniforme,
Ley-89-1995 El Romerazo,
dichas leyes fueron aprobadas mientras yo trabajaba para la PRTC del Estado Libre Asociado de Puerto Rico.

Por tales razones no estoy de acuerdo que me cancelen mi reclamación, debido a que el fundamento o razones de mis reclamos es de un dinero adeudado por concepto de unas leyes que se firmaron durante el periodo que la PRTC del Estado Libre Asociado de Puerto Rico era una agencia que pertenecía a el Estado Libre Asociado de Puerto Rico.
Gracias por su atención.
ATT.
__María de A. Serrano Vazquez__