Maria de A. Serrano
Urb. Valle Tolima
Calle Nelso Millan
#B-21 Caguas,
P.R. 00727





Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767