## REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre _Regina Cruz Dávila         #177215_

Dirección Postal _P.O. Box 8447_
_Humacao, P.R. 00791_

Teléfono de contacto res. _787-656-8286_ cel. _508-873-1968_

II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:
   _Ley 89-1979 - Retribución Uniformes_
   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Roselló – efectivo julio de 2002
       Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:
   _Ley 89-1979 Retribución Uniformes_
   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

   Ley #96 (2002) del Dr. Pedro Roselló – efectivo julio de 2002

   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el __12__ de __agosto__ de __1974__ hasta el __03__ de __Mayo__ de __1999__. Culmine mi laborar como __Empleada Regular PRTC__ en Puerto Rico Telephone Company, ~~Ponce~~ Caguas, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

Regina Cruz Dávila
Nombre en letra de molde

_Regina Cruz Dávila_
Firma


PD
A quién pueda interesar:
Yo Regina Cruz Dávila hago una reclamación, comencé en la agencia que en ese año se llamaba Autoridad de Comunicación del Estado Libre Asociado de Puerto Rico, luego su nombre fue cambiado a corporación de comunicación del Estado Libre Asociado de Puerto Rico en el 1974 cuado comencé en la agencia, luego le cambia el nombre a la PRTC del Estado Libre Asociado de Puerto Rico. Trabaje para la PRTC por 25 años durante ese tiempo se aprobaron unas leyes a las cuales yo tengo derechos, para dos de las Leyes.
Ley 89-1979 Retribución uniforme,
Ley 89-1995 El Romerazo,
dichas leyes fueron aprobadas mientras yo trabajaba para la PRTC del Estado Libre Asociado de Puerto Rico.

Por tales razones no estoy de acuerdo que me cancelen mi reclamación, debido a que el fundamento o razones de mis reglamos es de un dinero adeudado por concepto de un aumento de unas leyes que se firmaron durante el periodo que la PRTC del Estado Libre Asociado de Puerto Rico era una agencia que pertenecía a el Estado Libre Asociado de Puerto Rico.
Gracias por su atención.
ATT.
_Regina Cruz Dávila_