

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

**REGINA CRUZ DAVILA**
XXX-XX-9442

Para (el)(la) ex emplead(o)(a) de referencia certificamos lo siguiente:

- Ingresó a CCPR efectivo el 08/12/1974.
- Ingresó a PRT/CLARO efectivo el 05/05/1994.
- Trabajó como emplead(o)(a) regular hasta 03/01/1999.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a 6/2/2022.

*Abigaíl Alejandro González*

Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords