Regina Cruz Davila
P.O. Box 8447
Humacao, P.R. 00791




U.S. POSTAGE PAID
FCM LG ENV
HUMACAO, PR
00791
JUN 10, 22
AMOUNT
$1.36
R2305K131745-5

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED
2022 JUN 13 PM 4:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.