

PRT/CLARO
P.O. Box 360998
San Juan PR  00936-0998

## CERTIFICACION

**DORIS DIAZ DE GONZALEZ**
XXX-XX- 3526

Para (el)(la) ex emplead(o)(a) de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 08/12/1974.
- Trabajó como emplead(o)(a) regular hasta 07/01/2004.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal.  En Guaynabo, Puerto Rico a  viernes, 23 de julio de 2021.

*Abigail Alejandro González*
Abigail Alejandro González
Oficial de Compensación
Compensación y Récords