Doris Diaz
Urb. Arbolada
Calle Roble casa E-7
Caguas, P.R. 00727



Clerk Office
United State District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767