

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

**CARMEN ALICIA SANTIAGO DUCOS**
**XXX-XX-2102**

Para (el)(la) ex emplead(o)(a) de referencia certificamos lo siguiente:

- Ingresó a CCPR efectivo el 08/24/1971.
- Ingresó a PRT/Claro efectivo el 05/05/1994.
- Trabajó como emplead(o)(a) regular hasta 03/01/1999.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a 6/2/2022.

*Abigaíl Alejandro González*

Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords