Carmen A. Santiago
Urb. Parque del Rio
Calle Yahueca
# A-16 Caguas, P.R. 00725




U.S. POSTAGE PAID
FCM LG ENV
HUMACAO, PR
00791
JUN 10, 22
AMOUNT
$1.16
R2305K131745-5

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767