UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

-----------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

NOTICE OF CORRESPONDENCE RECEIVED BY THE COURT

The Court has received and reviewed the attached correspondence, described below, from interested persons in the above-captioned cases. Although the Court cannot respond individually to all of those who have expressed their thoughts or concerns, the Court is deeply mindful of the impact of the fiscal crisis on lives, institutions, and expectations, and of the importance of the issues that are raised in these unprecedented cases.

1. Email dated April 12, 2022 from Elsie Camacho
2. Email dated April 12, 2022 from Maria Moreno-Escobar Zoraya
3. Email dated April 13, 2022 from Larissa V. Delgado Barreiro

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

4. Email dated April 20. 2022 from Jesus Armando Gonzalez Ventura
5. Email dated April 23, 2022 from Andrea Fabre Reyes
6. Email dated April 28, 2022 from Elsie Camacho
7. Email dated May 6, 2022 from Maritza Rosario
8. Email dated May 7, 2021 from Elsie Camacho
9. Email dated May 8, 2022 from Denise Otero
10. Email dated May 9, 2022 from Eduardo Perez
11. Email dated May 10, 2022 from Ana Quninones
12. Email dated May 18, 2022 from Zaida Alvarez

Dated: June 14, 2022

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | ▬▬▬▬▬▬▬▬▬ |
| **Sent:** | Tuesday, April 12, 2022 9:42 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Sust ley 80 |

CAUTION - EXTERNAL:

Help us, giving us justice. We can't wait more time. 2 years and 8 months waiting . Administración de los Tribunales ley 447.

Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | zoraya maria moreno-escobar |
| **Sent:** | Tuesday, April 12, 2022 1:02 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | RETIRO YA |

**CAUTION - EXTERNAL:**

Yo firmé un contrato para 30 años de servicio con 52 años en adelante de edad.
El contrato fue violentado por los pillos políticos de mi país, PR.
Ya es hora, de mi retiro. Lo necesito.

I signed a contract for 30 years of service at 52 years of age and older.
The contract was violated by the political rogues of my country, PR.
It is time for my retirement. I need it.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | Larissa V. Delgado Barreiro |
| **Sent:** | Wednesday, April 13, 2022 2:51 PM |
| **To:** | |
| **Cc:** | NYSD Swain Corresp |
| **Subject:** | Reclamo por incluplimiento caso ganado a empleados de Unidad Monitores Fiscales del DE, Puerto Rico |
| **Attachments:** | Sentencia monitores fiscales.pdf |
| **Importance:** | High |

**CAUTION - EXTERNAL:**


Saludos!

Mi nombre es Larissa V. Delgado Barreiro, empleada del Departamento de Educación por 26 años con estatus permanente y mi puesto es Monitor Fiscal. Al primero de julio de 2013 se le otorgó un aumento de salario y plan médico a todos los miembros de la Unidad Apropiada y el Departamento de Educación toma la acción de excluirnos a todos los Monitores Fiscales, basando su decisión en dos aspectos medulares: 1) Los monitores fiscales ejercen funciones de supervisión y auditoria; y 2) Los monitores fiscales son "empleados confidenciales". Adujo, además, que el Monitor Fiscal tiene la responsabilidad de monitorear y verificar los procesos relacionados a las compras en las escuelas o en una Unidad Fiscal Regional del DE y que esta información, por su naturaleza delicada y particular, se debe manejar de manera confidencial.

Luego de un exhaustivo análisis de la documentación presentada por el Departamento De Educación, la Comisión Apelativa Del Servicio Publico determina que no encontró que la clase de Monitor Fiscal realice tareas de un supervisor así como tampoco que estos empleados al ejercer su discreción tengan autoridad para hacer recomendaciones sobre la imposición de medidas disciplinarias, además concluyeron que los Monitores Fiscales tampoco pueden ser considerados empleados confidenciales ya que estos no están en una relación de confidencialidad con los que formulan o implantan la política pública general del Departamento, ni tienen acceso o conocimiento de esta.

Luego el Departamento de Educación va en alzada al Tribunal de Apelaciones Región Judicial de San Juan y este determina que la Comisión Apelativa Del Servicio Publico NO ERRO al no excluir esta clase de la Unidad Apropiada SPU. Por lo que la Unidad de Monitores Fiscales del DE salimos airosos de esa lucha teniendo derecho a obtener los beneficios tanto salarial como las aportaciones detalladas.

Ya han pasado más de ocho años y todavía el Departamento De Educación no ha honrado el aumento salarial al cual legítimamente tenemos derecho ni nos han reembolsado la aportación al plan médico que pagamos al ser considerados equivocadamente personal gerencial.

Respetuosamente solicito que tanto a mi como a mis compañeros Monitore Fiscales se nos paguen todos los salarios adeudados ya que este gobierno está comprometido en respetar y cumplir todos los acuerdos establecidos tras la confirmación del Plan de Ajuste de la Deuda del Gobierno.

Adjunto les atacho la Sentencia de nuestro caso para evidenciar nuestro reclamo.

Quedo al pendiente!

**LARISSA DELGADO BARREIRO**

**MONITOR FISCAL**

**UNIDAD MONITORIA REGIONAL, HUMACAO**

'NOTA DE CONFIDENCIALIDAD: El texto y los documentos que acompañan este correo electrónico están destinados sólo para el uso de la persona, personas o entidades mencionadas anteriormente. Si usted no es uno de los destinatarios se le notifica que cualquier divulgación, copia, distribución o si se lleva a cabo cualquier acción en relación con el contenido de este correo electrónico es estrictamente prohibido. Si usted ha recibido este correo electrónico por error, favor notificar inmediatamente y devolver el correo electrónico original a la persona que lo envió. CONFIDENTIALITY NOTE: The text and documents accompanying this electronic mail are intended only for the use of the individuals or entities named above. If you are not one of the intended recipients, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this electronic information is strictly prohibited. If you have received this electronic mail by error, please immediately notify and return the original electronic mail to the sender.'.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | Rolando Dávila Santiago |
| **Sent:** | Wednesday, April 13, 2022 4:06 PM |
| **To:** | |
| **Cc:** | NYSD Swain Corresp |
| **Subject:** | Reclamo por incumplimiento |
| **Importance:** | High |

**CAUTION - EXTERNAL:**

Al primero de julio de 2013 se le otorgó un aumento de salario y plan médico a todos los miembros de la Unidad Apropiada y el Departamento de Educación toma la acción de excluirnos a todos los Monitores Fiscales, basando su decisión en dos aspectos medulares: 1) Los monitores fiscales ejercen funciones de supervisión y auditoria; y 2) Los monitores fiscales son "empleados confidenciales". Adujo, además, que el Monitor Fiscal tiene la responsabilidad de monitorear y verificar los procesos relacionados a las compras en las escuelas o en una Unidad Fiscal Regional del DE y que esta información, por su naturaleza delicada y particular, se debe manejar de manera confidencial.

Luego de un exhaustivo análisis de la documentación presentada por el Departamento De Educación, la Comisión Apelativa Del Servicio Publico determina que no encontró que la clase de Monitor Fiscal realice tareas de un supervisor así como tampoco que estos empleados al ejercer su discreción tengan autoridad para hacer recomendaciones sobre la imposición de medidas disciplinarias, además concluyeron que los Monitores Fiscales tampoco pueden ser considerados empleados confidenciales ya que estos no están en una relación de confidencialidad con los que formulan o implantan la política pública general del Departamento, ni tienen acceso o conocimiento de esta.

Luego el Departamento de Educación va en alzada al Tribunal de Apelaciones Región Judicial de San Juan y este determina que la Comisión Apelativa Del Servicio Publico NO ERRO al no excluir esta clase de la Unidad Apropiada SPU. Por lo que la Unidad de Monitores Fiscales del DE salimos airosos de esa lucha teniendo derecho a obtener los beneficios tanto salarial como las aportaciones detalladas.

Ya han pasado más de ocho años y todavía el Departamento De Educación no ha honrado el aumento salarial al cual legítimamente tenemos derecho ni nos han reembolsado la aportación al plan médico que pagamos al ser considerados equivocadamente personal gerencial.

Solicito que se nos pague todos lo adeudado a los Monitores Fiscales y cónsone con lo estipulado en este gobierno, que está comprometido en respetar y cumplir todos los acuerdos establecidos tras la confirmación del Plan de Ajuste de la Deuda del Gobierno además lo ordenado por la Jueza Laura Taylor Swain, confío en su justo juicio para este grupo de empleados públicos completamente comprometidos.

Atentamente,

*Rolando Dávila Santiago*
*Monitor Fiscal*
*UAT ORE Humacao*

'NOTA DE CONFIDENCIALIDAD: El texto y los documentos que acompañan este correo electrónico están destinados sólo para el uso de la persona, personas o entidades mencionadas anteriormente. Si usted no es uno de los destinatarios se le notifica que cualquier divulgación, copia, distribución o si se lleva a cabo cualquier acción en relación con el contenido de este correo electrónico es estrictamente prohibido. Si usted ha recibido este correo electrónico por error, favor notificar inmediatamente y devolver el correo electrónico original a la persona que lo envió. CONFIDENTIALITY NOTE: The text and documents accompanying this electronic mail are intended only for the use of the individuals or entities named above. If you are not one of the intended recipients, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this electronic information is strictly prohibited. If you have received this electronic mail by error, please immediately notify and return the original electronic mail to the sender.'.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | |
| **Sent:** | Wednesday, April 20, 2022 9:39 AM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | I am writing to you today regarding a very important issue |

CAUTION - EXTERNAL:

Dear Judge Taylor Swain,

I am writing today because I am worried about the impact that the Debt Adjustment Plan will have on the People of Puerto Rico. Under a debt restructuring plan being put forth by the fiscal control board, Puerto Ricans will be forced to bear the burden of this debt. In this plan, no public service has been defined as an essential service, meaning services we rely on are unprotected from the board's austerity plan. Moreover, I am worried that this plan will bring another bankruptcy to Puerto Rico and with it even more suffering for me and my family.

Judge Swain, we urge you to do the right thing by rejecting unsustainable debt payments on the backs of people who have lost so much already. The people of Puerto Rico voted against this plan because they cannot support a plan that makes it impossible to survive on the island. Please listen to them and reject this plan.

Estimada Jueza Swain,

Le escribo hoy porque me preocupa el impacto que tendrá el Plan de Ajuste de Deuda en vida de la gente de Puerto Rico. Bajo el plan que está siendo presentado por la Junta de Control Fiscal, los puertorriqueños se verán obligados a cargar el peso de la deuda. En este plan, ningún servicio público se ha definido como un servicio esencial, lo que significa que los servicios estarán desprotegidos del plan de austeridad de la junta. Además, me preocupa que este plan traiga otra bancarrota a Puerto Rico y con ella aún más sufrimiento la gente en la isla.

Jueza Swain, la instamos a hacer lo correcto al rechazar pagos de deuda insostenibles. La gente de Puerto Rico voto en contra de este plan porque no podemos apoyar un plan que imposibilita la supervivencia en la isla. Escúchanos. Rechaza este plan

Sincerely,
Mx. Jesus Armando Gonzalez Ventura

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | Andrea Fabre Reyes |
| **Sent:** | Saturday, April 23, 2022 2:48 AM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Puerto Rico Economic Situation And Recommends ( translate) |

**CAUTION - EXTERNAL:**

De manera respetuosa y coordial me dirijo a la Honorable Juez Taylor Swain, y al Honorable Tribuno De El Primer Circuito De Boston.

La misiva responde a la situación economica de el país (1) y el pobre desempeño de la compañia de electricidad LUMA (2).

Los problemas son varios, pero los medulares son:

  A: Aumento a policias
  B: Clase medica ( emfermerxs / paramedicxs)
  C: Bomberxs

Cabe señalar que la compra de LUMA Energy, nuestra politica PROHIBE, vender ese " bien activo " , ellos tienen una clausula en el contrato que los exime de pagar por daños, afectando a la clase pobre / obrera y a los pequeños comerciantes (3).

Por otro lado se le otorgo un aumento de $1K a un sector que no es de primera respuesta ( prioritario ) entiendase maestros (4), la ley de quiebra de igual manera prohibe aumentos (5). Es importante recordar que el mal manejo de la deuda, y la erronea administración de LUMA esta llevando al país a una segunda quiebra y al incumplimiento de el pagó de la actual (6).

Es de suma importancia que NO se cancele el contrato con la compañia actual, que se les oblique a pagar por los daños causados por falta de mantenimiento , que se les instruya a invertir en mejoras al sistema en un periodo de 5 años o menos (7) que 3/4 parte de el sistema se actualize a energia renovable para mitigar costos / gastos de petroleo (8).

Por ultimo no menos importante, dada la precaria situación de el país se sugiere que:

✓ Se reduscan pensiones a 60%
✓0 Aumentos a clase juridica
✓ 0 Aumentos a maestros
✓ Eliminar subsidios de agua y luz ( los mayores deudores son las personas beneficiarias de estos beneficios )

✓ Subsidios solo a personas mayores y/o discapacitadas fisica y/o mentalmente

Aumentos solo a personal escencial:

✓ Policias
✓ Bomberos
✓ Emfermeros / Paramedicos

Destinar %20 de el presupuesto a el 3er sector como:

✓ Entidades beneficas
✓ Hospital Oncologico
✓ Hogares Rehabilitación

Venta / Privatización UPR y demas recintos.

Sin más preambulos me despido, quedo a su orden.

Atte:
Andrea Victoria Fabre Reyes

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | ███████████████ |
| **Sent:** | Thursday, April 28, 2022 9:53 AM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Retiro empleados 447 por la ley 80 |

CAUTION - EXTERNAL:

Buenos días señora Juez: se acaba el tiempo para que nos permitan retirarnos por esa ventana prometida con un 50% de nuestros sueldos y con más de 35 años de servicio. Esto después de 2 años parece un relajo, seguimos en la espera y parece que es el propio gobierno que nos sigue atropellando, Usted tiene en sus manos la decisión de hacer justicia, no permita más atropellos. Hemos estado trabajando sin aumentos de sueldos y con poco personal por tantas plazas congeladas y ahora hay aumentos de sueldos y nombramiento de nuevo personal: y no que no había dinero ? Si hay para eso y mucho más debe haber dinero para permitir que se jubilen los que hemos llevado en nuestros hombros todo ese ahorro que ahora se gastarán a manos llenas. La rama judicial hasta los días de vacaciones nos los quitan cuando les place y no tenemos días para nuestros asuntos personales. Queremos nuestro retiro.

Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | Maritza Rosario |
| **Sent:** | Friday, May 06, 2022 7:57 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Consideration and compation for Public Employees |

**CAUTION - EXTERNAL:**

Honorable Judge Swain please consider as public employees that after years of uninterrupted work we are old and sick. We would like to retire. I have been working at the CFSE since 1994. I am 61 years old and have multiple health conditions. We have fully performed our function as public employees. Please consider 80 and 81 Law
God enlighten your mind to do the right thing.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | |
| **Sent:** | Saturday, May 07, 2022 10:53 AM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Acuerdo ley 80 |

CAUTION - EXTERNAL:


señora Juez después de que los empleados hemos esperado más de 2 años y con más de 35 años trabajando para podernos ir por esa ventana, por favor no acepte el acuerdo de la junta y del gobierno de no llegar a ningún acuerdo. Ninguno de los dos ha demostrado buena fe en este asunto para hacerle justicia a los que fueron nombrados para 30 años.  Gracias por lo que en su justicia pueda hacer.

Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | denise otero <monsidenise@gmail.com> |
| **Sent:** | Sunday, May 08, 2022 3:11 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Retire 447 |

**CAUTION - EXTERNAL:**

Reading the date letter May 6, 2022 sent to Sr. Nelson Perez Mendez, Deputy Executive Director Puerto Rico Fiscal Agency and Financial Advisory Authority I am totally disappointed.

Honorable Judge I signs a contract to work in the Government for 30 years and it is very disappointing to see how the Government does not fulfill its part of giving me the retirement that I deserve.

During my 34 years of service I have paid for my house, my car and taxes. Had he not done so, he would have been in legal trouble.

I ask you to please do Justice to the emplees 447 who signed a contract with the Government for 30 years.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | Eduardo Perez |
| **Sent:** | Monday, May 09, 2022 5:16 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Petición |

**CAUTION - EXTERNAL:**

Good afternoon judges:
Today I take the claim back to you, about Law 80. It's NOT just what's going on with us. I am of Law No. 1, and we did not welcome an experience to continue a life of retirement. I feel tired, the government is no longer going to improve in any sense of the word. We are the least of Law 1 because only employees who are in a Reorganization Plan entered.

He begs you in human quality to help us, and after the government works carrying out a reorganization, there are enough employees who stay who are not performing many functions. A part will be able to negotiate that in Law 1 the positions that I am not essential and what has a condition such as diabetes, cancer, etc ... I beg you from the bottom of my heart

THK,

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

## SwainDPRCorresp NYSD

| | |
|---|---|
| **From:** | Ana Quiñones |
| **Sent:** | Tuesday, May 10, 2022 10:37 AM |
| **To:** | NYSD Swain Corresp |
| **Cc:** | Ana Quiñones |
| **Subject:** | Re: PETICION LEY 447 |
| **Attachments:** | JUEZA TAYLOS SWAIN.docx |

**CAUTION - EXTERNAL:**

Buenos días

Nuevamente me dirijo respetuosamente a usted para solicitarle su intervención en este asunto.
Nuestra situación es intolerable, cada vez nos sentimos mas abandonados, maltratados y engañados.
Los políticos de este país han jugado con nuestras mentes haciéndonos creer que les importamos, cuando lo único que les interesa es mantenerse "atornillados" en sus escaños y beneficiar a sus amigos.
Usted es la única esperanza que nos queda, como jueza, tiene TODA la autoridad para obligar que este asunto se resuelva.
Somos padres de familias, en mi caso, soy viuda y como consecuencia directa de la pandemia he tenido que hacerme custodia de una hermana con retardo mental severo, necesito estar en la casa para cuidarla, necesita todas las atenciones que un bebé necesita.
Le pedimos que se ponga en nuestra posición y resuelva este asunto no solamente legal, si no de justicia para los que le hemos brindado más de 33 años al servicio del país.  Dejando muchos de nosotros la salud en el proceso.


Enviado por Ana M. Quiñones
Departamento de Hacienda



> El abr. 4, 2022, a la(s) 5:09 p.m., Ana Quiñones escribió:
>
>
> Buenas tardes Honorable Jueza:
> Le solicito su intervención en nuestro caso, los servidores públicos cobijados bajo la ley 447 y la Ley 1 necesitamos que usted le exija a la JCF y al gobierno de Puerto Rico cumplir con el término que usted estableció para que se resuelva nuestra situación. No quisiéramos pensar que están alargando el asunto para no resolverlo y luego señalarla a usted como la generadora de la extensión de este asunto.
> Gracias por su empatía con los servidores públicos
>
> Enviado por Ana M. Quiñones
>
>
>> El dic. 8, 2021, a la(s) 10:04 a.m., Ana M. Quiñones Medina escribió:

1

*Ana M. Quiñones Medina*

*Empleada Departmento de Hacienda*

███████████████

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

2

**From:**
**To:** NYSD Swain Corresp
**Subject:** Fw: IMPLEMENT A NEW WITHDRAWAL WINDOW
**Date:** Wednesday, May 18, 2022 2:57:19 PM

**CAUTION - EXTERNAL:**

Hon. Judge Laura Taylor Swain;

> Receive a cordial greeting.
>
>> We public employees of the government of Puerto Rico need your help. Both the Fiscal Control Board and the Government of Puerto Rico are delaying your order to implement a new withdrawal window and thus exhaust the 120-day term granted by you for this purpose.
>>
>> We deserve this retirement after so many years of service and having taken away our acquired rights.
>>
>> HELP US!!! Demand that they do their job giving us justice.
>>
>> Thanks
>>
>> Zaida Alvarez
>> Department of Education
>> Law 447 - Federal Funds
>> 34 years of services
>> Diseased, disabling and degenerative conditions
>>
>> Sent from Yahoo Mail on Android

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.