**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

as representative of,

THE COMMONWEALTH OF PUERTO
RICO, *et al.*

Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### DECLARATION OF KIRK BLAIR DISCLOSING CONNECTIONS OF DELOITTE CONSULTING LLP AND DELOITTE FINANCIAL ADVISORY SERVICES LLP TO MATERIAL INTERESTED PARTIES PURSUANT TO PUERTO RICO RECOVERY ACCURACY IN DISCLOSURE ACT

I, Kirk Blair, declare as follows:

1.      I am a partner of the firm of Deloitte Financial Advisory Services LLP ("Deloitte FAS"), which has an office at 100 Kimball Drive, Parsippany, New Jersey.  I am duly authorized to make and submit this declaration (the "Declaration") regarding the connections of Deloitte FAS and Deloitte Consulting LLP ("Deloitte Consulting" and collectively with Deloitte FAS and the other affiliates of Deloitte FAS, the "Deloitte US Entities") pursuant to the *Order*

---

1    The debtors in the jointly-administered Title III cases, along with each debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Approving List of Material Interested Parties Pursuant to The Puerto Rico Recovery Accuracy in Disclosures Act* [ECF No. 20467] ("Disclosure Order") and the *Puerto Rico Recovery Accuracy in Disclosures Act*, Pub. L. No. 117-82 ("PRRADA").

2.      The statements set forth in this Declaration are based upon my personal knowledge, upon information and belief, and/or upon client matter records kept in the ordinary course of business that were reviewed by me or other personnel of Deloitte FAS or its affiliates.

3.      Deloitte FAS and its affiliate, Deloitte Consulting, previously submitted interim fee applications with respect to the services each performed for certain entities and instrumentalities of the government of the Commonwealth of Puerto Rico (collectively, the "Government of Puerto Rico"), which were subject to Court approval under sections 316 and 317 of Title III of the Puerto Rico Oversight, Management and Economic Stability Act ("Title III").  In particular, Deloitte FAS performed services for the Government of Puerto Rico that were subject to the Title III fee application process from May 3, 2017 to November 30, 2019.  Deloitte Consulting performed services for the Government of Puerto Rico that were subject to the Title III fee application process from August 1, 2018 to January 31, 2019.  Neither Deloitte FAS nor Deloitte Consulting is currently performing services that are subject to the Title III fee application process.

4.      As disclosed in the various interim fee applications of Deloitte FAS and Deloitte Consulting filed in these Title III cases, various Deloitte US Entities have provided and may continue to provide services to the Government of Puerto Rico which did or do not relate to the Title III cases and were or are not subject to the fee application processes set forth therein.  *See, e.g.*, Eighth Interim Fee Application of Deloitte Financial Advisory Services LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor from October 1, 2019 through November 30, 2019, dated January 5, 2021 [ECF No. 15549] at paragraph 7.

5.      By motion (the "Motion"), dated May 13, 2022 [ECF No. 20780], Deloitte

FAS and Deloitte Consulting sought an extension of the time to file this declaration under the

Disclosure Order and PRRADA to June 15, 2022.  This Court granted the Motion by entry of an

order, dated May 16, 2022 [ECF No. 20807].

6.      In compliance with the Disclosure Order and the provisions of PRRADA,

searches were undertaken to determine, and to disclose, whether Deloitte FAS, Deloitte Consulting

or any of the other Deloitte US Entities is or has been employed by or has other relationships with

the parties listed on the exhibits to the Disclosure Order (the "Potential Parties-in-Interest").  To

check upon and disclose possible relationships with significant Potential Parties-in-Interest in the

Title III cases, client and certain other databases were searched and reasonable due diligence was

performed to determine whether any of the Deloitte US Entities had any relationships with the

Potential Parties-in-Interest.

7.      Deloitte FAS, Deloitte Consulting and the other Deloitte US Entities, have

relationships with thousands of clients, some of which may be Potential Parties-in-Interest.

Accordingly, Deloitte FAS, Deloitte Consulting or other Deloitte US Entities have or may have

provided professional services, may currently provide professional services, and/or may in the

future provide professional services in matters unrelated to the Title III cases to certain of the

Potential Parties-in-Interest.  Additionally, certain of these Potential Parties-in-Interest have or may

have provided goods or services, may currently provide goods or services, and/or may in the future

provide goods or services to Deloitte FAS, Deloitte Consulting or other Deloitte US Entities in

matters unrelated to the Title III cases.  A listing of parties with such connections to Deloitte FAS,

Deloitte Consulting or other Deloitte US Entities is attached to this Declaration as **Schedule 1**.

3

8.      With respect to the checks conducted in these Title III cases, if a database query identified a potential connection between a Potential Party-in-Interest and a Deloitte US Entity, an email was sent to certain individuals with the Deloitte US Entities that are associated with such Potential Party-in-Interest to check whether or not the relationship with such Potential Party-in-Interest related to the Title III cases.  Responses to these emails were consolidated and subsequently reviewed.  As stated in this Declaration, these processes result in the disclosures that are set forth herein, including the disclosure of certain connections with Potential Parties-in-Interest that do not relate to the Title III cases.  The identified potential connections to the Potential Parties-in-Interest are included on **Schedule 1** appended hereto, and such connections do not relate to the Title III cases.

9.      I believe the relationships described herein or reflected on **Schedule 1** have no bearing on the services performed by Deloitte FAS and Deloitte Consulting which were subject to the Title III fee application process.

10.     To the best of my knowledge, based on the searches discussed above, Deloitte FAS has determined that certain relationships should be disclosed as follows.

a.      Deloitte FAS, Deloitte Consulting or other Deloitte US Entities provide services in matters unrelated to the Title III cases to certain of the Potential Parties-in-Interest or their affiliates listed on **Schedule 1**.

b.      Law firms identified on **Schedule 1**, including Akin Gump Strauss Hauer & Feld LLP; Arent Fox LLP; Bockius LLP; Bracewell LLP: Brown Rudnick LLP; Butler Snow LLP; Cadwalader, Wickersham & Taft LLP; Cordova & Dick, LLC; Davis, Polk & Wardwell, LLP; Day Pitney LLP: Debevois & Plimpton LLP; Dechert LLP; Dentons US LLP; DLA Piper LLP; Drinker Biddle & Reath LLP; FJ Torres Diaz Law Offices; Foley & Lardner LLP: Frost Brown Todd LLC; Gibson, Dunn & Crutcher LLP; Godfrey & Kahn, S.C.; Goodwin Proctor LLP; Greenberg Traurig, LLP; Hogan Lovells US LLP; Holland & Knight LLP; Jenner & Block LLP; Jones Day; Kasowitz Benson Torres LLP; Kirkland & Ellis LLP; Kramer Levin Naftalis & Frankel LLP; Latham & Watkins LLP; Maslon LLP; Mayer Brown LLP; McDermott Will & Emery LLP; Milbank LLP; Moore & Van Allen PLLC; Morgan, Lewis & Bockius LLP; Morris, Nichols, Arsht & Tunnell LLP; Morrison & Foerster, LLP; Munger, Tolles & Olson LLP; Nixon Peabody LLP; Norton Rose

4

Fulbright; O'Melveny & Myers LLP; O'Neill & Borges LLC; Paul Hastings LLP; Paul, Weiss, Rifkind, Wharton & Garrison LLP; Proskauer Rose LLP; Quinn Emanuel Urquhart & Sullivan LLP; Reed Smith LLP; Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP; Ropes & Gray LLP; Saul Ewing Arnstein & Lehr LLP; Schulte Roth & Zabel LLP; Seward & Kissel LLP; Shearman & Sterling LLP; Simpson Thacher & Bartlett LLP; Skadden, Arps, Slate, Meagher & Flom LLP; Steptoe & Johnson, LLC; Stroock & Stroock & Lavan LLP; Susman Godfrey LLP; The Batista Law Group, PSC; Toro Colon Mullet, P.S.C.; Wachtel, Lipton, Rosen & Katz LLP; Weil, Gotshal & Manges LLP; White & Case LLP; Willkie Farr & Gallagher LLP; Young Conaway Stargatt & Taylor LLP, have provided, currently provide and may in the future provide legal services to Deloitte FAS, Deloitte Consulting or other Deloitte US Entities in matters unrelated to the Title III cases, and/or Deloitte FAS, Deloitte Consulting or other Deloitte US Entities have provided, currently provide and may in the future provide services to such firms or their clients.

c.      In the ordinary course of its business, Deloitte FAS, Deloitte Consulting or other Deloitte US Entities have business relationships in matters unrelated to the Title III cases with its principal competitors, which together with their affiliates may be Potential Parties-in-Interest in the Title III cases.  For example, from time to time, Deloitte FAS, Deloitte Consulting or other Deloitte US Entities and one or more of such competitors may work on assignments for the same client or may otherwise engage each other for various purposes, in matters unrelated to the Title III cases.

d.      Certain financial institutions or their respective affiliates (including AXA Equitable Life Insurance Company; Bank of Nova Scotia; Citigroup Global Markets, Inc.; National Union Fire Insurance Co. of Pittsburgh, PA; U.S. Bank National Association, UNUM Life Insurance Company of America; and Wells Fargo Municipal Bond Fund) listed on **Schedule 1** (i) are lenders to an affiliate of Deloitte FAS (Deloitte FAS is a guarantor of such indebtedness) and/or (ii) have financed a portion of the capital and/or capital loan requirements of various managing partners and principals, respectively, of Deloitte FAS, Deloitte Consulting or other Deloitte US Entities.  In addition, certain institutions or their respective affiliates, including Goldman Sachs Asset Management, L.P., Invesco Advisors Inc., State Street Global Advisors Trust Company, and Taconic Capital Advisors L.P., provide asset management services, and/or have a similar role with respect to investments of, certain pension, benefit and similar funds sponsored by affiliates of Deloitte FAS.

e.      Certain Potential Parties-in-Interest may be adverse to and/or involved in litigation matters with Deloitte FAS, Deloitte Consulting or other Deloitte US Entities in connection with matters unrelated to the Title III cases.

f.      Deloitte & Touche LLP ("Deloitte & Touche"), a Deloitte US Entity, has provided and continues to provide audit services to certain Potential Parties-in-Interest and/or their affiliates, in matters unrelated to the Title III cases.  In its capacity as independent auditor, Deloitte & Touche also provides such clients with

ordinary course auditing services and conducts typical audit procedures that may arise from such Potential Parties-in-Interests' business arrangements with the debtors in the Title III cases.

g.      Deloitte FAS and/or other Deloitte US Entities have provided and continue to provide professional services to Blackrock Advisors, LLC and/or its subsidiaries and/or affiliates, which are parties to the Commonwealth of Puerto Rico's plan support agreement, in matters unrelated to the Title III cases.

h.      Deloitte Consulting and certain of its affiliates, have provided and will continue to provide services to the Executive Office of the United States Trustee in matters unrelated to these Title III cases.

i.      In May of 2019, each of Deloitte FAS and Deloitte & Touche entered into an agreement with the Financial and Oversight Management Board of Puerto Rico (the "FOMB") and the Official Committee of Unsecured Creditors of the Puerto Rico Title III Debtors (the "UCC"), at their request, which tolled the running of time with respect to any statute of limitation, statute of repose or other time-based limitation or defense regarding potential claims against these Deloitte US Entities. The Deloitte US Entities understand that the potential claims, if any, relate to services performed for the Commonwealth of Puerto Rico prior to the commencement of these Title III cases.  These tolling agreements have been extended from time to time by agreement with the FOMB and the UCC and no claims have been commenced against Deloitte FAS or Deloitte & Touche.

11.     To the best of my knowledge, information, and belief, Deloitte FAS and Deloitte Consulting were during the course of the engagement for the Government of Puerto Rico during these Title III cases "disinterested persons" pursuant to PRRADA section 2(e)(2)(A) relative to each entity on the list of Potential Parties-in-Interest and, during such time, did not represent or hold an adverse interest in connection with the Title III cases pursuant to PRRADA section 2(e)(2)(B).

12.     Despite the efforts described above to identify and disclose the connections of Deloitte FAS, Deloitte Consulting and the other Deloitte US Entities with the Potential Parties-in-Interest, it is not possible to state with certainty that every client relationship or other connection has been disclosed, because, among other things, those entities are nationwide firms with thousands of personnel.  In this regard, if additional material information is discovered that is determined to

6

require disclosure, Deloitte FAS and Deloitte Consulting, as applicable, will file a supplemental

disclosure promptly with the Court.

8

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Dated: June 14, 2022

By: _____

Kirk Blair
Partner
Deloitte Financial Advisory Services LLP

**Schedule 1**

| |
|---|
| ABENGOA PUERTO RICO S.E. |
| ABENGOA S.A. |
| ACLARA TECHNOLOGIES LLC |
| AES ILUMINA, LLC |
| AES PUERTO RICO L.P. |
| AETNA LIFE INSURANCE COMPANY (SEGMENT5AHBD) |
| AIG INSURANCE COMPANY |
| AIG INSURANCE COMPANY-- PUERTO RICO |
| AIG PROPERTY CASUALTY INC. |
| AKIN GUMP STRAUSS HAUER & FELD LLP |
| ALFA & OMEGA |
| ALFA & OMEGA ELECTRIC, SE |
| ALVAREZ & MARSAL NORTH AMERICA, LLC |
| ALZA CORPORATION |
| AMBAC ASSURANCE CORPORATION |
| AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA |
| AMERICAN CIVIL LIBERTIES UNION OF PUERTO RICO |
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES |
| AMERICAN FEDERATION OF TEACHERS |
| AMERICAN MODERN HOME INSURANCE COMPANY |
| AMO PUERTO RICO MANUFACTURING, INC. |
| AMTRUST FINANCIAL SERVICES, INC. |
| ANGELO, GORDON & CO., L.P., ON BEHALF OF FUNDS AND/OR ACCOUNTS MANAGED OR ADVISED BY IT |
| ANKURA CONSULTING GROUP, LLC |
| ARENT FOX LLP |
| ARISTEIA CAPITAL, LLC |
| ARISTEIA MASTER, L.P. |
| ASIG INTERNATIONAL LIMITED |
| ASSURED GUARANTY CORP. |
| ASSURED GUARANTY MUNICIPAL CORP. |
| ASTRAZENECA PHARMACEUTICALS, LP |
| ASTRAZENECA PLC |
| AT&T MOBILITY PUERTO RICO INC. |
| AURELIUS CAPITAL MANAGEMENT, LP |
| AURELIUS CAPITAL MASTER LTD. |
| AURELIUS INVESTMENT, LLC |
| AURELIUS OPPORTUNITIES FUND, LLC |
| AUTONOMOUS MUNICIPALITY OF PONCE |
| AUTONOMY CAPITAL (JERSEY) L.P. |
| AUTONOMY MASTER FUND LIMITED |
| AUTOPISTAS DE PR, LLC |
| AVON PRODUCTS, INC. (PUERTO RICO BRANCH) |
| AXA EQUITABLE LIFE INSURANCE COMPANY |
| BANCO POPULAR DE PUERTO RICO |
| BANCO POPULAR DE PUERTO RICO AS TRUSTEE FOR POPULAR TAX EXEMPT TRUST FUND |

1

| |
|---|
| BARINGS LLC |
| BAXTER SALES AND DISTRIBUTION PUERTO RICO CORP. |
| BECTON DICKINSON AND COMPANY |
| BECTON DICKINSON BIOSCIENCES |
| BECTON DICKINSON BIOSCIENCES, SYSTEM AND REAGENTS |
| BECTON DICKINSON CARIBE LTD |
| BENEX LMITED |
| BERKELEY RESEARCH GROUP, LLC |
| BETTEROADS ASPHALT LLC |
| BETTERRECYCLING CORPORATION |
| BIO-MEDICAL APPLICATIONS OF ARECIBO, INC. |
| BIO-MEDICAL APPLICATIONS OF PUERTO RICO, INC. |
| BLACK DIAMOND CREDIT STRATEGIES MASTER FUND, LTD. |
| BLACKROCK ADVISORS, LLC |
| BLACKROCK ALLOCATION TARGET SHARES: SERIES E PORTFOLIO |
| BLACKROCK CALIFORNIA MUNICIPAL OPPORTUNITIES FUND OF BLK CALIFORNIA MUNI |
| BLACKROCK FINANCIAL MANAGEMENT INC. |
| BLACKROCK HIGH YIELD MUNICIPAL FUND |
| BLACKROCK MUNIASSETS FUND, INC. |
| BLACKROCK NEW YORK MUNICIPAL OPPORTUNITIES FUND OF BLK MULTI-STATE MUNI |
| BLACKROCK STRATEGIC MUNICIPAL OPPORTUNITIES FUND OF BLACKROCK SERIES TRUST |
| BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, ON BEHALF OF ITSELF AND FUNDS AND/OR ACCOUNTS MANAGED OR ADVISED BY IT |
| BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND L.P. |
| BLUEMOUNTAIN CREDIT OPPORTUNITIES MASTER FUND I L.P. |
| BLUEMOUNTAIN FOINAVEN MASTER FUND L.P. |
| BLUEMOUNTAIN FURSAN FUND L.P. |
| BLUEMOUNTAIN GUADALUPE PEAK FUND L.P. |
| BLUEMOUNTAIN KICKING HORSE FUND L.P. |
| BLUEMOUNTAIN LOGAN OPPORTUNITIES MASTER FUND L.P. |
| BLUEMOUNTAIN MONTENVERS MASTER FUND SCA SICAV-SIF |
| BLUEMOUNTAIN SUMMIT TRADING L.P. |
| BLUEMOUNTAIN TIMBERLINE LTD. |
| BNY - AH MAIN ACCOUNT |
| BNY- NATIONAL UNION MAIN |
| BNY-AMERICAN GENTERLA LIFE INS CO. |
| BOCKIUS LLP |
| BRACEWELL LLP |
| BRIGADE CAPITAL MANAGEMENT, LP |
| BROWN RUDNICK LLP |
| BUCHALTER, A PROFESSIONAL CORPORATION |
| BUTLER SNOW LLP |
| C & A, S.E. |
| C.M. LIFE INSURANCE COMPANY |
| CADWALADER, WICKERSHAM & TAFT LLP |
| CANYON BALANCED MASTER FUND, LTD. |
| CANYON BLUE CREDIT INVESTMENT FUND L.P. |
| CANYON CAPITAL ADVISORS LLC |

| |
|---|
| CANYON DISTRESSED OPPORTUNITY INVESTING FUND II, L.P. |
| CANYON DISTRESSED OPPORTUNITY MASTER FUND II, L.P. |
| CANYON GCM PR SPV, LLC |
| CANYON NZ-DOF INVESTING, L.P. |
| CANYON VALUE REALIZATION FUND, L.P. |
| CANYON VALUE REALIZATION MAC 18 LTD. |
| CANYON-ASP FUND, L.P. |
| CANYON-EDOF (MASTER) L.P. |
| CANYON-GRF MASTER FUND II, L.P. |
| CANYON-SL VALUE FUND, L.P. |
| CARDINAL HEALTH PR 120, INC. |
| CARIBBEAN INVESTMENT CENTER, INC. |
| CARIBBEAN MEDICAL CENTER |
| CARIBE GE INTERNATIONAL ENERGY SERVICES CORP. |
| CEMEX DE PUERTO RICO INC |
| CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. |
| CENTERBRIDGE PARTNERS, L.P. |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS III, L.P. |
| CENTURYLINK, INC. DEFINED BENEFIT MASTER TRUST |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY |
| CIGNA INVESTMENTS, INC. |
| CITIGROUP GLOBAL MARKETS INC. |
| CNA SURETY |
| COBRA ACQUISITIONS LLC |
| COMISION DE ENERGIA DE PUERTO RICO |
| COMMONWEALTH OF PUERTO RICO |
| COMPASS CSS HIGH YIELD LLC |
| COMPASS ESMA LP |
| COMPASS TSMA LP |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY |
| CONTINENTAL CASUALTY COMPANY |
| CONWAY MACKENZIE, INC. |
| CORBIN ERISA OPPORTUNITY FUND, LTD |
| CORBIN OPPORTUNITY FUND, L.P. |
| CORDIS LLC |
| CÓRDOVA & DICK, LLC |
| CORONA INSURANCE GROUP INC. |
| CORP SERVICIOS AMA DE LLAVES INC |
| COSTCO WHOLESALE CORPORATION |
| CROWE HORWATH LLP |
| CSA GROUP |
| DAVIDSON KEMPNER CAPITAL MANAGEMENT LP |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES FUND LP |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES INTERNATIONAL LTD. |
| DAVIDSON KEMPNER INSTITUTIONAL PARTNERS, L.P. |
| DAVIDSON KEMPNER INTERNATIONAL, LTD. |
| DAVIDSON KEMPNER PARTNERS |
| DAVIS, POLK & WARDWELL, LLP |

| |
|---|
| DAY PITNEY LLP |
| DEBEVOISE & PLIMPTON LLP |
| DECHERT LLP |
| DENTONS US LLP |
| DEPARTMENT OF CORRECTIONS AND REHABILITATION OF THE COMMONWEALTH OF PUERTO RICO, CORRECTIONS OFFICERS OF THE |
| DEPARTMENT OF NATURAL AND ENVIRONMENT RESOURCES |
| DEPARTMENT OF THE TREASURY |
| DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE |
| DEPARTMENTO DE HACIENDA |
| DEVTECH SYSTEMS, INC. |
| DICICCO, GULMAN AND COMPANY |
| DLA PIPER (PUERTO RICO) LLC |
| DLA PIPER LLP (US) |
| DOCTOR'S CENTER HOSPITAL ARECIBO, INC. |
| DOCTOR'S CENTER HOSPITAL, INC. |
| DORAL BANK |
| DORAL FINANCIAL CORPORATION |
| DORAL MORTGAGE, LLC |
| DRINKER BIDDLE & REATH LLP |
| DRIVETRAIN, LLC, AS THE CREDITORS' TRUSTEE FOR DORAL FINANCIAL CORPORATION |
| DUFF & PHELPS LLC |
| DUPONT ELECTRONIC MICROCIRCUITS INDUSTRIES, LTD. |
| EBI PATIENT CARE, INC. |
| EC WASTE LLC |
| EDWARDS LIFESCIENCES TECHNOLOGY SARL |
| EIF PR RESOURCE RECOVERY, LLC. |
| ELI LILLY EXPORT, S.A. (PUERTO RICO BRANCH) |
| ELLIOT INTERNATIONAL LP |
| EMERGING MARKET BOND PLUS SUB-TRUST |
| EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO |
| EMSO ASSET MANAGEMENT LIMITED |
| ENDURANCE REINSURANCE CORPORATION OF AMERICA |
| EPIQ CORPORATE RESTRUCTURING, LLC |
| EPIQ EDISCOVERY SOLUTIONS |
| ERNST & YOUNG LLP |
| ESTRELLA, LLC |
| ETHICON LLC |
| FDIC AS RECEIVER FOR R-G PREMIER BANK OF PUERTO RICO |
| FEDERAL DEPOSIT INSURANCE CORP |
| FEDERAL EMERGENCY MANAGEMENT AGENCY |
| FEDERAL TRANSIT ADMINISTRATION |
| FERROVIAL AGROMAN LLC |
| FERROVIAL AGROMAN, S.A. |
| FINANCIAL GUARANTY INSURANCE COMPANY |
| FIR TREE CAPITAL MANGEMENT, LP |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND III, LP |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND, LP |

4

| |
|---|
| FIR TREE VALUE MASTER FUND, LP |
| FIRSTBANK PUERTO RICO |
| FIST-FRANKLIN TOTAL RETURN FUND |
| FJ TORRES DIAZ LAW OFFICES |
| FOLEY & LARDNER LLP |
| FORD MOTOR COMPANY DEFINED BENEFIT MASTER TRUST |
| FRANKLIN ADVISERS, INC. |
| FRANKLIN ADVISERS, INC.ON BEHALF OF FUNDS AND/OR ACCOUNTS MANAGED OR ADVISED BY IT |
| FRANKLIN STRATEGIC INCOME FUND - CANADA |
| FROST BROWN TODD LLC |
| FSS-FRANKLIN STRATEGIC INCOME FUND |
| FTI CONSULTING, INC. |
| FTIF-FRANKLIN STRATEGIC INCOME FUND |
| FTVIP – FRANKLIN STRATEGIC INCOME VIP FUND |
| GENERAL ELECTRIC COMPANY AND GE INDUSTRIAL OF PR LLC AND CARIBE GE INTERNATIONAL OF PUERTO RICO, INC. |
| GENESIS SECURITY SERVICES, INC. |
| GIBSON, DUNN & CRUTCHER LLP |
| GILA, LLC |
| GLENDON OPPORTUNITIES FUND, L.P. |
| GLOBAL FLEXIBLE FUND, A SUB-FUND OF NEDGROUP INVESTMENT FUNDS PLC |
| GLOBAL OPPORTUNITIES LLC |
| GLOBAL OPPORTUNITIES OFFSHORE LTD |
| GODFREY & KAHN, S.C. |
| GOLDEN TREE DISTRESSED FUND 2014 LP |
| GOLDEN TREE HIGH YIELD VALUE MASTER UNIT TRUST |
| GOLDENTREE ASSET MANAGEMENT LP |
| GOLDENTREE DISTRESSED MASTER FUND 2014 LTD. |
| GOLDENTREE INSURANCE FUND SERIES INTERESTS OF THE SALI MULTI-SERIES FUND, L.P. |
| GOLDENTREE MASTER FUND, LTD. |
| GOLDENTREE MULTI-SECTOR MASTER FUND ICAV - GOLDENTREE MULTI-SECTOR MASTER FUND PORTFOLIO A |
| GOLDENTREE NJ DISTRESSED FUND 2015 LP |
| GOLDENTREE STRUCTURED PRODUCTS - C LP |
| GOLDENTREE STRUCTURED PRODUCTS OPPORTUNITES FUND EXTENSION HOLDINGS, LLC |
| GOLDMAN SACHS & CO. LLC |
| GOLDMAN SACHS ASSET MANAGEMENT, L.P. |
| GOLDMAN SACHS BANK USA |
| GOLDMAN SACHS BOND FUND |
| GOLDMAN SACHS CAPITAL MARKETS, L.P. |
| GOLDMAN SACHS COLLECTIVE TRUST - CORE PLUS FIXED INCOME FUND |
| GOLDMAN SACHS COLLECTIVE TRUST - EMERGING MARKETS DEBT FUND |
| GOLDMAN SACHS COLLECTIVE TRUST - LONG DURATION PLUS FIXED INCOME FUND |
| GOLDMAN SACHS DYNAMIC MUNICIPAL INCOME FUND |
| GOLDMAN SACHS EMERGING MARKETS CORPORATE BOND PORTFOLIO |
| GOLDMAN SACHS EMERGING MARKETS DEBT BLEND PORTFOLIO |

| |
|---|
| GOLDMAN SACHS EMERGING MARKETS DEBT FUND |
| GOLDMAN SACHS EMERGING MARKETS DEBT LOCAL PORTFOLIO |
| GOLDMAN SACHS EMERGING MARKETS DEBT PORTFOLIO |
| GOLDMAN SACHS GLOBAL FIXED INCOME PLUS PORTFOLIO (HEDGED) |
| GOLDMAN SACHS HIGH YIELD MUNICIPAL FUND |
| GOLDMAN SACHS LOCAL EMERGING MARKETS DEBT FUND |
| GOLDMAN SACHS SHORT DURATION TAX FREE FUND |
| GOLDMAN SACHS STRATEGIC ABSOLUTE RETURN BOND II PORTFOLIO |
| GOLDMAN SACHS STRATEGIC INCOME FUND |
| GOODWIN PROCTOR LLP |
| GORDEL CAPITAL LIMITED |
| GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO |
| GREAT AMERICAN INSURANCE COMPANY |
| GREENBERG TRAURIG, LLP |
| GREENLIGHT CAPITAL (GOLD) LP |
| GREENLIGHT CAPITAL OFFSHORE MASTER (GOLD) LTD |
| GREENLIGHT CAPITAL OFFSHORE PARTNERS |
| GREENLIGHT CAPITAL QUALIFIED, LP |
| GREENLIGHT CAPITAL, LP |
| GREENLIGHT REINSURANCE LTD |
| GS FAJARDO SOLAR LLC |
| GUIDANT PUERTO RICO, B.V. D/B/A BOSTON SCIENTIFIC |
| HDI GLOBAL INSURANCE COMPANY |
| HEWLETT PACKARD CARIBE BV, LLC |
| HEWLETT PACKARD ENTERPRISE DEVELOPMENT LP |
| HIGH-YIELD MUNICIPAL ETF |
| HILTON INTERNATIONAL OF PUERTO RICO, INC. |
| HILTON WORLDWIDE INTERNATIONAL PUERTO RICO LLC |
| HLT OWNED VIII HOLDING LLC |
| HOGAN LOVELLS US LLP |
| HOLLAND & KNIGHT LLP |
| HP INTERNATIONAL TRADING B.V. (PUERTO RICO BRANCH) LLC |
| HPT IHG-2 PROPERTIES TRUST |
| IEH AUTO PARTS LLC DBA AUTO PLUS AUTO PARTS |
| IMMOBILIARIA UNIBON, INC. |
| INSIGHT MANAGEMENT GROUP, INC. |
| INSTITUTE OF PUERTO RICAN CULTURE |
| INVESCO ADVISERS INC |
| INVESCO HIGH YIELD MUNICIPAL FUND OF AIM TAX-EXEMPT FUNDS |
| INVESCO HIGH YIELD MUNICIPAL FUND OF ALM TAX EXEMPT FUNDS |
| INVESCO OPPENHEIMER ROCHESTER AMT-FREE MUNICIPAL FUND |
| INVESCO OPPENHEIMER ROCHESTER AMT-FREE NEW YORK MUNICIPAL FUND |
| INVESCO OPPENHEIMER ROCHESTER CALIFORNIA MUNICIPAL FUND |
| INVESCO OPPENHEIMER ROCHESTER HIGH YIELD MUNICIPAL FUND |
| INVESCO OPPENHEIMER ROCHESTER LIMITED TERM CALIFORNIA MUNICIPAL FUND |
| INVESCO OPPENHEIMER ROCHESTER LIMITED TERM NEW YORK MUNICIPAL FUND |
| INVESCO OPPENHEIMER ROCHESTER MUNICIPALS FUND |
| INVESCO OPPENHEIMER ROCHESTER NEW JERSEY MUNICIPALS FUND |
| INVESCO OPPENHEIMER ROCHESTER PENNSYLVANIA MUNICIPAL FUND |

| |
|---|
| INVESCO OPPENHEIMER ROCHESTER SHORT DURATION HIGH YIELD MUNICIPAL FUND |
| INVESCO SHORT DURATION HIGH YIELD MUNICIPAL FUND OF AIM COUNSELOR SERIES TRUST |
| INVESTMENT OPPORTUNITIES SPC INVESTMENT OPPORTUNITIES 3 SEGREGATED PORTFOLIO |
| IPR PHARMACEUTICALS INC. |
| JANSSEN CILAG MANUFACTURING LLC |
| JANSSEN ORTHO LLC |
| JCPENNEY PUERTO RICO, INC. |
| JENNER & BLOCK LLP |
| JNL MULTI-MANAGER ALTERNATIVE FUND, A SERIES OF JNL SERIES TRUST |
| JOHN E. NIXON |
| JOHNSON & JOHNSON INTERNATIONAL |
| JONES DAY |
| KASOWITZ BENSON TORRES LLP |
| KIRKLAND & ELLIS LLP |
| KNIGHTHEAD (NY) FUND, L.P. |
| KNIGHTHEAD ANNUITY & LIFE ASSURANCE COMPANY |
| KNIGHTHEAD CAPITAL MANAGEMENT LLC, ON BEHALF OF FUNDS AND/OR ACCOUNTS MANAGED OR ADVISED BY IT |
| KNIGHTHEAD MASTER FUND, L.P. |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| LANCER INSURANCE COMPANY |
| LATHAM & WATKINS LLP |
| LAZARD |
| LEHMAN BROTHERS SPECIAL FINANCING INC. |
| LIFE INSURANCE COMPANY OF NORTH AMERICA |
| LIFESCAN LLC |
| LIFESCAN PRODUCTS, LLC |
| LILLY DEL CARIBE, INC. |
| LINDE GAS PUERTO RICO INC. |
| LOUISIANA STATE EMPLOYEES RETIREMENT SYSTEM |
| LS BOND FUND |
| LS INSTITUTIONAL HIGH INCOME FUND |
| LS STRATEGIC INCOME FUND |
| LUMA ENERGY SERVCO, LLC |
| LUMA ENERGY, LLC |
| MACY'S PUERTO RICO |
| MAPFRE PAN AMERICAN INSURANCE COMPANY |
| MAPFRE PRAICO INSURANCE COMPANY |
| MARATHON ASSET MANAGEMENT, LP, ON BEHALF OF FUNDS AND/OR ACCOUNTS MANAGED OR ADVISED BY IT |
| MARIA A. MARTINEZ |
| MARINI PIETRANTONI MUNIZ LLC |
| MARITIME TRANSPORTATION AUTHORITY OF PUERTO RICO AND ISLAND MUNICIPALITIES |
| MASLON LLP |
| MASON CAPITAL MANAGEMENT, LLC |
| MASON CAPITAL MASTER FUND, L.P. |

| |
|---|
| MASON CAPITAL SPV III, LLC |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY |
| MASSMUTUAL INTERNATIONAL HOLDINGS MSC, INC. |
| MASSMUTUAL UNIFIED TRADITIONAL |
| MAYER BROWN LLP |
| MCDERMOTT WILL & EMERY LLP |
| MCKINSEY & COMPANY PUERTO RICO CONSULTING, INC. |
| MILBANK LLP |
| MILLER BUCKFIRE & CO |
| MMM HEALTHCARE, LLC |
| MOELIS & COMPANY |
| MOLINA HEALTHCARE OF PUERTO RICO, INC. |
| MONARCH ALTERNATIVE CAPITAL LP |
| MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD. |
| MONARCH CAPITAL MASTER PARTNERS III LP |
| MONARCH CAPITAL MASTER PARTNERS IV LP |
| MONARCH DEBT RECOVERY MASTER FUND LTD |
| MONARCH SPECIAL OPPORTUNITIES MASTER FUND LTD. |
| MONY LIFE INSURANCE COMPANY OF AMERICA |
| MOORE & VAN ALLEN PLLC |
| MORALES CINTRON, RAMON |
| MORGAN, LEWIS & BOCKIUS, LLP |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| MORRISON & FOERSTER, LLP |
| MORTGAGE GUARANTY INSURANCE CORPORATION |
| MSD INTERNATIONAL GMBH (PR BRANCH) LLC |
| MULTINATIONAL INSURANCE COMPANY |
| MULTINATIONAL LIFE INSURANCE COMPANY |
| MUNGER, TOLLES & OLSON LLP |
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD |
| NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION |
| NATIONAL UNION FIRE INSURANCE CO OF PITTSBURGH, PA |
| NEOMED CENTER, INC |
| NESTLE PUERTO RICO, INC. |
| NEW JERSEY STATE POLICE |
| NIXON PEABODY LLP |
| NORTEL NETWORKS (CALA), INC. |
| NORTH CAROLINA TAX FREE INCOME FUND |
| NORTHWEST SECURITY MANAGEMENT, INC |
| NORTON ROSE FULBRIGHT US LLP |
| NUVEEN MARYLAND QUALITY MUNICIPAL INCOME FUND |
| NUVEEN MULTISTATE TRUST IV - NUVEEN KANSAS MUNICIPAL BOND FUND |
| O`MELVENY & MYERS LLP |
| O`NEILL & BORGES LLC |
| OAKTREE HUNTINGTON INVESTMENT FUND II, L.P. |
| OAKTREE OPPORTUNITIES FUND IX (PARALLEL), L.P. |
| OAKTREE OPPORTUNITIES FUND IX DELAWARE, L.P. |
| OAKTREE OPPORTUNITIES FUND IX, L.P. |
| OAKTREE OPPORTUNITIES FUND X (PARALLEL 2), L.P. |

| |
|---|
| OAKTREE OPPORTUNITIES FUND X (PARALLEL), L.P. |
| OAKTREE OPPORTUNITIES FUND X HOLDINGS (DELAWARE), L.P. |
| OAKTREE OPPORTUNITIES FUND X, L.P. |
| OAKTREE OPPS X HOLDCO LTD |
| OAKTREE VALUE OPPORTUNITIES FUND HOLDINGS, L.P. |
| OAKTREE-FORREST MULTI-STRATEGY, LLC (SERIES B) |
| OAKTREE-FORREST MULTI-STRATEGY, LLC |
| OBSIDIAN MASTER FUND – TRADING SLEEVE |
| OFI GLOBAL INSTITUTIONAL, INC |
| OMEGA ENGINEERING, LLC |
| OMJ PHARMACEUTICALS, INC. |
| OPPENHEIMERFUNDS, INC. |
| ORACLE CARIBBEAN, INC. |
| ORIENTAL BANK |
| PATHEON PUERTO RICO, INC. |
| PAUL HASTINGS LLP |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| PEPSI COLA PUERTO RICO DISTRIBUTING, LLC |
| PEPSICO PUERTO RICO, INC. |
| PEPSI-COLA MANUFACTURING INTERNATIONAL, LIMITED |
| PERELLA WEINBERG PARTNERS |
| PERMAL CANYON IO, LTD. |
| PFIZER PHARMACEUTICALS LLC |
| PINEHURST PARTNERS, L.P. |
| PJT PARTNERS LP |
| PLAN DE SALUD MENONITA INC. |
| PLAZA, FIDEICOMISO |
| PPG ARCHITECTURAL COATINGS (PUERTO RICO), INC. |
| PREMIER TRUST |
| PRISMA SPC HOLDINGS LTD. SEGREGATED PORTFOLIO AG |
| PROCTER & GAMBLE COMMERCIAL LLC |
| PROMOTIONS & DIRECT, INC. |
| PROSKAUER ROSE LLP |
| PUERTO RICO AQUEDUCT AND SEWER AUTHORITY |
| PUERTO RICO ELECTRIC POWER AUTHORITY |
| PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY |
| PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY |
| PUERTO RICO LAND ADMINISTRATION |
| PUERTO RICO PUBLIC BUILDINGS AUTHORITY |
| PUERTO RICO SALES TAX FINANCING CORPORATION |
| PUMA ENERGY CARIBE, LLC |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| REED SMITH LLP |
| RGA REINSURANCE COMPANY |
| ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP |
| RODRIGUEZ, LUIS A. |
| ROPES & GRAY LLP |
| ROTHSCHILD & CO US INC. |
| S O P INC |

| |
|---|
| SANTANDER ASSET MANAGEMENT, LLC |
| SANTANDER ASSET MANAGEMENT, LLC, ON BEHALF OF FUNDS AND/OR ACCOUNTS MANAGED OR ADVISED BY IT |
| SAUL EWING ARNSTEIN & LEHR LLP |
| SCHULTE ROTH & ZABEL LLP |
| SCOTIABANK DE PUERTO RICO |
| SCULPTOR CAPITAL LP |
| SCULPTOR CREDIT OPPORTUNITIES MASTER FUND, LTD. |
| SCULPTOR ENHANCED MASTER FUND, LTD. |
| SCULPTOR GC OPPORTUNITIES MASTER FUND, LTD. |
| SCULPTOR MASTER FUND, LTD. |
| SCULPTOR SC II, L.P. |
| SERVICE EMPLOYEES INTERNATIONAL UNION |
| SEWARD & KISSEL LLP |
| SHEARMAN & STERLING LLP |
| SHELL TRADING (US) COMPANY |
| SIEMENS TRANSPORTATION PARTNERSHIP PUERTO RICO, S.E. |
| SILVER POINT CAPITAL FUND, L.P. |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. |
| SILVER POINT CAPITAL, L.P. |
| SIMPSON THACHER & BARTLETT LLP |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| SMITH & NEPHEW, INC. |
| SOFTEK, INC. |
| SOLA LTD |
| SOLUS OPPORTUNITIES FUND 5 LP |
| SPDR SERIES TRUST - SPDR NUVEEN S&P HIGH YIELD MUNICIPAL BOND ETF |
| ST. JUDE MEDICAL PUERTO RICO LLC |
| STATE STREET GLOBAL ADVISORS TRUST COMPANY |
| STEPTOE & JOHNSON, LCC |
| STEWART TITLE GUARANTY CO-MASTER |
| STONEHILL CAPITAL MANAGEMENT LLC |
| STRADLING YOCCA CARLSON & RAUTH, PC |
| STRATEGIC INCOME FUND - MMHF |
| STROOCK & STROOCK & LAVAN LLP |
| STYX PRIVATE FUND LLP FL |
| SUIZA DAIRY CORP. |
| SUSMAN GODFREY LLP |
| SYNOVOS PUERTO RICO, LLC |
| SYSTEMAX PUERTO RICO |
| TACONIC CAPITAL ADVISORS L.P. |
| TACONIC MASTER FUND 1.5 L.P. |
| TACONIC OPPORTUNITY MASTER FUND L.P. |
| THE BANK OF NEW YORK MELLON |
| THE BANK OF NEW YORK MELLON (AS TRUSTEE FOR MUNICIPAL FINANCE AGENCY 2005 SERIES A BONDS) |
| THE BANK OF NOVA SCOTIA (AS TRANSFEREE OF SCOTIABANK DE PUERTO RICO) |
| THE BATISTA LAW GROUP, PSC |
| THE BRATTLE GROUP, INC. |

| |
|---|
| THE CANYON VALUE REALIZATION MASTER FUND, L.P. |
| THE CONTINENTAL INSURANCE COMPANY |
| THE GATORADE PUERTO RICO COMPANY |
| THE MARK TRUST (REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO) |
| THE MEDICAL PROTECTIVE COMPANY |
| THE TRAVELERS INDEMNITY COMPANY |
| THE TYLENOL COMPANY |
| THE UBS INDIVIDUAL RETIREMENT ACCOUNT |
| THE UNITECH ENGINEERING GROUP, S.E. |
| THE UNIVERSITY OF PUERTO RICO UNIVERSITY SYSTEM REVENUE REFUNDING BONDS SERIES P AND Q |
| TILDEN PARK INVESTMENT MASTER FUND LP |
| TORO COLÓN MULLET, P.S.C. |
| TRADEWINDS ENERGY BARCELONETA, LLC. |
| TRADEWINDS ENERGY VEGA BAJA, LLC |
| TRIPLE-S ADVANTAGE, INC. |
| TRIPLE-S SALUD INC |
| TRIPLE-S VIDA, INC. |
| U.S. CUSTOMS AND BORDER PROTECTION |
| U.S. DEPT. OF HOMELAND SECURITY |
| U.S. BANK NATIONAL ASSOCIATION |
| U.S. BANK NATIONAL ASSOCIATION AS TRANSFEREE OF GDB DEBT RECOVERY AUTHORITY |
| U.S. BANK TRUST NATIONAL ASSOCIATION |
| U.S. BANK TRUST NATIONAL ASSOCIATION AND U.S. BANK NATIONAL ASSOCIATION, AS FISCAL AGENT FOR THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY BONDS |
| U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES/HEALTH RESOURCES SERVICES ADMINISTRATION |
| U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION |
| U.S. DEPARTMENT OF LABOR |
| U.S. DEPARTMENT OF THE INTERIOR, U.S. GEOLOGICAL SURVEY |
| U.S. DEPARTMENT OF JUSTICE, OFFICE OF JUSTICE PROGRAMS |
| UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO |
| UBS INDIVIDUAL RETIREMENT ACCOUNT REPRESENTED BY UBS TRUST COMPANY OF PR |
| UBS IRA SELECT GROWTH & INCOME PUERTO RICO FUND |
| UBS TRUST COMPANY OF PUERTO RICO |
| UGT (UNIÓN GENERAL DE TRABAJADORES) |
| ULTRA MASTER LTD |
| ULTRA NB LLC |
| UMB BANK, N.A., (TRUSTEE FOR THE PUERTO RICO INFRASTRUCTURE FINANCING AUTHORITY MENTAL HEALTH INFRASTRUCTURE REVENUE BONDS, 2007 SERIES A) (MEPSI CAMPUS) |
| UNITED STATES DEPARTMENT OF AGRICULTURE |
| UNITED STATES DEPARTMENT OF AGRICULTURE- RURAL DEVELOPMENT |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT |
| UNITED STATES OF AMERICA |
| UNIVERSAL GROUP, INC. |
| UNIVERSAL SERVICE ADMINISTRATIVE COMPANY |

11

| |
|---|
| UNIVERSIDAD CENTRAL DEL CARIBE, INC. |
| UNIVERSIDAD INTERAMERICANA, INC. |
| UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM TRUST |
| UNUM LIFE INSURANCE COMPANY OF AMERICA |
| US GOVERNMENT TARGET MATURITY FUND FOR PUERTO RICO RESIDENTS, INC. |
| VANLINER INSURANCE COMPANY |
| VERTECH INC. |
| VITALIFE INC |
| VITOL INC. |
| VR ADVISORY SERVICES LTD. |
| VR GLOBAL PARTNERS, LP |
| WACHTELL, LIPTON, ROSEN & KATZ |
| WAL-MART PUERTO RICO, INC. |
| WARLANDER OFFSHORE MINI-MASTER FUND, LP |
| WARLANDER PARTNERS LP |
| WARNER CHILCOTT COMPANY, LLC |
| WEIL, GOTSHAL & MANGES LLP |
| WELLS FARGO MUNICIPAL BOND FUND |
| WELLS FARGO STRATEGIC MUNICIPAL BOND FUND |
| WELLS FARGO WISCONSIN TAX FREE FUND |
| WEST CORPORATION |
| WESTERN SURETY COMPANY |
| WHITE & CASE LLP |
| WHITEBOX ADVISORS L.L.C. |
| WHITEBOX ASYMMETRIC PARTNERS, LP |
| WHITEBOX CAJA BLANCA FUND, LP |
| WHITEBOX MULTI-STRATEGY PARTNERS, LP |
| WHITEBOX TERM CREDIT FUND I LP |
| WIDE RANGE CORPORATION |
| WILLKIE FARR & GALLAGHER LLP |
| WILMINGTON TRUST, NATIONAL ASSOCIATION |
| WINDMAR RENEWABLE ENERGY, INC. |
| XL REINSURANCE AMERICA, INC |
| YOUNG CONAWAY STARGATT & TAYLOR LLP |
| ZALE PUERTO RICO, INC. |