UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

ORDER SCHEDULING BRIEFING OF MOTIONS FOR
ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIMS

      The Court has received and reviewed *Evertec's Motion for Allowance of an Administrative Expense Claim* (Docket Entry No. 317 in Case No. 19-5523 and Docket Entry No. 21187 in Case No. 17-3283),[2] *Orlando Santiago Amador's Motion for Allowance and Payment of Administrative Expense Claim* (Docket Entry No. 21207), *MCG's Motion for Allowance and Payment of Administrative Expense Claim* (Docket Entry No. 21208), *Cosey's Motion for Allowance and Payment of Administrative Expense Claim* (Docket Entry No. 21209) (collectively, the "Motions Noticed for Hearing"). The Court has also received and reviewed *Ricoh Puerto Rico, Inc's Motion for Allowance and Payment of Administrative Expense Claim in*

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    All docket entry references are to entries in Case No. 17-3283, unless otherwise specified.

*the Sum of $4,864,017.20* (Docket Entry No. 21191), *Plaintiff Blanca Iris Marrero's Motion for Allowance and Payment of Administrative Expense Claim* (Docket Entry No. 21192), *Application for Allowance and Payment of Administrative Expense Claims Filed by Group Wage Creditors in the Litigation Caption Madeline Acevedo Camacho v. the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico* (Docket Entry No. 21194), *Application for Allowance of Administrative Priority Claims and Requesting an Order for Immediate Payment filed by Judgment Claimants Case Carmen Socoro Cruz Hernandez et al. v the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico* (Docket Entry No. 21195), *Application for Allowance of Payment Post Petition Administrative Claims Pursuant to Section 503(b)(1)(A)(i) of the Bankruptcy Code filed by Group Wage Creditors in the Litigation Caption Francisco Beltran Cintron et al. v. the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico and Reservation of Rights* (Docket Entry No. 21224), *Application for Allowance of Administrative Expense Priority Payment Pursuant to Section 503(b)(1)(A)(i) of the Bankruptcy Code filed by Group Wage Creditors in the Litigation Caption Abraham Gimenez (1,046 Plaintiffs) v. the Department of Transportation and Public Works and Reservation of Rights* (Docket Entry No. 21227), *Motion Requesting Allowance and Payment of Administrative Expense Claim filed by Pablo Melani Curra and Diana Velez Martinez* (Docket Entry No. 21229), *Application for Allowance of Payment of Post-Petition Administrative Expense Priority Claims, Filed by the Group in Litigation Caption Acevedo Arocho et al. v. Departamento Hacienda and Reservation of Rights* (Docket Entry No. 21230) (collectively, the "Motions Not Noticed for Hearing" and, together with the Motions Noticed for Hearing, the "Motions").

Responses to the Motions must be filed by **June 28, 2022**. Movants' reply papers must be filed by **July 7, 2022**. The Motions Noticed for Hearing will be heard in connection with the omnibus hearing scheduled for **August 10, 2022**. The Court will take the Motions Not Noticed for Hearing on submission, unless the Court orders otherwise.

SO ORDERED.

Dated: June 15, 2022

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge