## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## **SUPPLEMENTAL CERTIFICATE OF SERVICE**

    I, Nuno Cardoso, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On June 10, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Evertec, Inc. (MMLID#2150355), Attn: Lucy E. Vargas Costas, CRA. 176 K.M. 1.3, Cupey Bajo, Rio Piedras, San Juan, PR, 00926:

- Certificate of No Objection Regarding the Omnibus Motion by the Avoidance Actions Trustee, Special Claims Committee, and Committee to Substitute the Avoidance Actions

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Trustee as Plaintiff In Adversary Proceedings Transferred to the Avoidance Actions Trust [Docket No. 20719]

On June 10, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Amended MIP Service List attached hereto as **Exhibit A**:

- Notice of Filing Amended List of Material Interested Parties Pursuant to Puerto Rico Recovery Accuracy In Disclosure Act [Docket No. 20458]

Dated: June 14, 2022

                                                          */s/ Nuno Cardoso*
                                                          Nuno Cardoso

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 14, 2022, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 62308

**Exhibit A**

Exhibit A
Amended MIP Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 2668379 | ARROYO & RIOS LAW OFFICES, P.S.C. | 101 ST PATRICIO AVE | | | | GUAYNABO | PR | 00968 |
| 2668412 | CONWAY MACKENZIE, INC. | C/O RIVERON | 461 FIFTH AVENUE | 12TH FLOOR | | NEW YORK | NY | 10017 |
| 2175835 | CORPORACION DEL FONDO DEL SEGURO DEL ESTADO | BO. JUAN SANCHEZ PR #2, KM. 8.5 | | | | BAYAMON | PR | 00960 |
| 1418281 | DECHERT LLP | ATTN G ERIC BRUNSTAD JR | 2929 WALNUT ST | LBBY 2 | | PHILADELPHIA | PA | 19104-5733 |
| 2666782 | FEDERAL DEPOSIT INSURANCE CORPORATION | DIVISION OF FINANCE | 3501 NORTH FAIRFAX DRIVE BUILDING E | 5TH FLOOR | | ARLINGTON | VA | 22226 |
| 162275 | FEDERAL EMERGENCY MANAGEMENT-FEMA | P.O. BOX 10055 | | | | HYATTSVILLE | MD | 20782-8055 |
| 773938 | Service Employees International Union | Cohen, Weiss and Simon LLP | Attn: Peter D. DeChiara, Thomas N. Ciantra | 900 Third Ave | Suite 2100 | New York | NY | 10022-4869 |
| 560989 | Triple-S Advantage, Inc. | Triple-S Advantage Building | PO Box 11320 | | | San Juan | PR | 00922 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)   Page 1 of 1