UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER CONCERNING EXTENSION OF TIME TO FILE
ENGLISH TRANSLATION OF SPANISH LANGUAGE EXHIBITS

Upon consideration of two filings both titled *Motion Requesting Extension of Time to File Certified Translation of the Judgments Entered by the Court of First Instance of Puerto Rico in Case No. KAC-1991-0665* (Docket Entry Nos. 21232 and 21233 in Case No. 17-3283) (the "Motions") filed by, respectively, the "group creditors" in the litigation captioned Madeline Acevedo Camacho v. Family Dept. et al., Case No. 2016-05-1340, and the "group creditors" in the litigation captioned: Francisco Beltran-Cintron v. Family Dept. et al., Case No. 2021-05-0345, it is hereby ORDERED that the certified English translation of the "identified document"[2] must be filed by **July 13, 2022**, at **5:00 p.m. (Atlantic Standard Time)**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Described in both Motions as the "Judgment entered by the Court of [First] Instance of Puerto Rico in the case of Carmen Socorro Cruz Hernandez et al[]. KAC 1991-0665" referenced in the group creditors' respective motions for payment of administrative expense claims. (See Docket Entry Nos. 21194 and 21224.)

Counsel for the group creditors who filed the relevant underlying motions for payment of administrative expense claims (Docket Entry Nos. 21194 and 21224) contemporaneously filed another motion for payment of administrative expense claim referencing the same "identified document." (Docket Entry No. 21195 ¶ 7.) The **July 13, 2022**, at **5:00 p.m. (Atlantic Standard Time)** deadline will apply with respect to this administrative expense claim motion as well.

This Order resolves Docket Entry Nos. 21232, and 21233 in Case No. 17-3283.

SO ORDERED.

Dated: June 15, 2022

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge