IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br><br>              Debtors.[1] | PROMESA Title III<br><br>Case No. 17-03283 (LTS)<br><br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br>              Debtor. | PROMESA Title III<br>No. 17 BK-3567 LTS |

**INFORMATIVE MOTION REGARDING U.S. BANK'S
APPEARANCE AT JUNE 17, 2022 DISCLOSURE STATEMENT HEARING**

U.S. Bank Trust National Association and U.S. Bank National Association (together "U.S. Bank") hereby submits this informative motion in response to the Court's *Order Regarding*

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801)

1

*Procedures For June 17, 2022 Disclosure Statement Hearing* [Case No. 17-3283, ECF No. 18276] and respectfully states as follows:

1. Ronald J. Silverman from the New York, New York office of Hogan Lovells US LLP will appear on behalf of U.S. Bank, at the June 17, 2022 Disclosure Statement Hearing (the "Hearing").

2. U.S. Bank does not intend to present any argument during the hearing, but reserves the right to be heard on any matter raised other than the Disclosure Statement and Solicitation Procedures Motion and the Discovery and Confirmation Procedures Motion.

**RESPECTFULLY SUBMITTED,** in San Juan, Puerto Rico, this 16th day of June, 2022.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, a copy of this document will be served via electronic mail or U.S. mail to all case participants.

[*Remainder of page left intentionally blank*]

\\NY - 021918/000014 - 10563480 v1

Dated: June 16, 2022

By: /s/ Eric A. Tulla
**RIVERA, TULLA AND FERRER, LLC**
Eric A. Tulla
USDC-DPR No. 118313
USDC-DPR No. 221101
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787) 753-0438
Fax: (787)767-5784 (787) 766-0409
etulla@ riveratulla.com

and

**HOGAN LOVELLS US LLP**
Ronald J. Silverman, Esq.
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
ronald.silverman@hoganlovells.com

*Counsel to U.S. Bank Trust National Association and U.S. Bank National Association*

3

\\NY - 021918/000014 - 10563480 v1

## CERTIFICATE OF SERVICE

I hereby certify that this 16th day of June 2022 I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

San Juan, Puerto Rico this 16th day of June, 2022

By: *Eric A. Tulla*
Eric A. Tulla

**EXHIBIT A**
PARTY APPEARANCE SHEET

| Name of Party | U.S. Bank Trust National Association and U.S. Bank National Association |
|---|---|
| Attorney Appearance (provide the listed information for each attorney who may appear for the Party):<br>• Party Name Abbreviation (For Use with Zoom),<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number,<br>• Docket Entry No. for the Attorney's Notice of Appearance, and<br>• Zoom Screen Name | US Bank<br><br>Ronald J. Silverman, Esq.<br><br>ronald.silverman@hoganlovells.com<br><br>Hogan Lovells US LLP<br><br>Telephone: (212) 918-3880<br><br>Docket Entry No. 12176<br><br>US Bank, Silverman, Ronald, Hogan Lovells US LLP |

5

\\NY - 021918/000014 - 10563480 v1