## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF Nos. 20670, 21102**<br><br>(Jointly Administered) |

## <u>URGENT CONSENSUAL MOTION FOR EXTENSION OF DEADLINES</u>

To the Honorable United States District Judge Laura Taylor Swain:

The Commonwealth of Puerto Rico (the "<u>Commonwealth</u>"), pursuant to the authority granted to it under the *Enabling Act of the Fiscal Agency and Financial Advisory Authority*, Act 2-2017, respectfully submits this urgent consensual motion (the "<u>Urgent Motion</u>") for entry of an order, substantially in the form attached hereto as **<u>Exhibit A</u>** (the "<u>Proposed Order</u>"), extending the deadlines set forth in the *Order Granting Urgent Consensual Motion For Extension Of Deadlines* [ECF No. 21102] (the "<u>Scheduling Order</u>").[2]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The Financial Oversight and Management Board for Puerto Rico, as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("<u>PROMESA</u>"), has authorized the Department of Justice to file this Urgent Motion on behalf of the Commonwealth.

### Request for Relief

1.      On May 3, 2022, a group of wage claimants ("Movants")[3] filed the *Urgent Joint
Motion Requesting an Order for Approval of Modification of the Automatic Stay or in the
Alternative, Requesting a Ruling or Entry of Comfort Order as to a Limited Controversy Regarding
the Applicability to Movant's Claims of an Order for Mandatory Mediation* [ECF No. 20670]
(the "Motion") requesting that the Court enter an order to, among other things, modify the
automatic stay to allow certain litigations currently pending in the Public Service Appeals
Commission of Puerto Rico ("CASP") and the Puerto Rico Court of First Instance. See Motion at
11-12.

2.      On June 3, 2022, the Court entered the Scheduling Order, which provides that
responses to the Motion must be filed by June 17, 2022, and the Movants' reply by June 22, 2022.

3.      The Commonwealth continues to gather relevant information to properly assess the
allegations contained in the Motion and to explore the possibility of a consensual resolution
thereof. Accordingly, with Movants' consent, the Commonwealth proposes the following
extensions of the deadlines set forth in the Scheduling Order:

- The deadline to respond to the Motion shall be extended to **July 1, 2022**.

- The deadline for Movants to file a reply to a response, if any, shall be extended to **June
  8, 2022**.

- The Court will thereafter take the Motion on submission, unless the Court determines
  that a hearing is necessary.

---

[3]  The term "wage claimants" refers to the following group of plaintiffs identified in the Motion: Francisco Beltran-
Cintron et al (CASP case no. 2021-05-0345), Abraham-Giménez et al (CASP case No. 2021-05-0346), Prudencio
Acevedo-Arocho et al (CFI Case No. 2005-5022), Alejo Cruz-Santos et al (CASP case No. 2002-06-1493), Delfina
López-Rosario (CASP case No. 01-10-372), and Madeline Acevedo-Camacho et al (CASP case No. 2016-05-1340).

4.      Pursuant to Paragraph I.H of the *Sixteenth Amended Notice, Case Management and Administrative Procedures* [ECF No. 20190-1] (the "Case Management Procedures"), the Commonwealth hereby certifies that it has carefully examined the matter and concluded that there is a true need for an urgent motion; it has not created the urgency through any lack of due diligence; has made a bona fide effort to resolve the matter without a hearing; has made reasonable, good-faith communications in an effort to resolve or narrow the issues that are being brought to the Court, and Movants consent to the request in this Urgent Motion.

**Notice**

5.      The Commonwealth has provided notice of this motion in accordance with the Case Management Procedures to the following parties: (a) the Office of the United States Trustee for the District of Puerto Rico; (b) the indenture trustees and/or agents, as applicable, for the Debtors' bonds; (c) the entities on the list of creditors holding the 20 largest unsecured claims against COFINA; (d) counsel to the statutory committees appointed in these Title III cases; (e) the Office of the United States Attorney for the District of Puerto Rico; (f) counsel to the Oversight Board; (g) the Puerto Rico Department of Justice; (h) all parties filing a notice of appearance in these Title III cases; and (i) Movants. A copy of the motion is also available on the Commonwealth's case website at https://cases.primeclerk.com/puertorico/.

6.      The Commonwealth submits that, in light of the nature of the relief requested, no other or further notice need be given.

      **WHEREFORE** the Commonwealth requests the Court enter the Proposed Order and

grant such other relief as is just and proper.

Dated: June 17, 2022
San Juan, Puerto Rico


Respectfully submitted,

**DOMINGO EMANUELLI HERNÁNDEZ**
Secretary of Justice


s/Susana I. Peñagarícano-Brown
**SUSANA I. PEÑAGARÍCANO-BROWN**
USDC-PR No. 219907
Deputy Secretary in Litigation
Department of Justice of Puerto Rico
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Email: spenagaricano@justicia.pr.gov
Phone: Phone: (787)721-2900, ext. 1411

*Attorneys for the Commonwealth of Puerto Rico*

4

**<u>Exhibit A</u>**
**Proposed Order**