## REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre: María E. Sepúlveda Torres

Dirección Postal: Urb. Los Caobos
Calle Cajuito 3131
Ponce, PR 00716

Teléfono de contacto res. 787-842-3728 cel. —

Número de Reclamo: #76231

II. Epígrafe      174231

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:
   Ley 89 - Retribución Uniforme Julio 1979
   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de Junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo Julio de 2002
            Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:
Ley 89 - Retribución uniforme Julio 1979
Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de Junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo Julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se Incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el __2__ de __Marzo__ de __1975__ hasta el __2__ de __enero__ de __1998__. Culmine mi laborar como __Frame worker (Service Representative III)__ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se Incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar Información o documentos adicional, favor comunicarse con la que suscribe.

__María E. Sepúlveda Torres__
Nombre en letra de molde

__[firma]__
Firma

P.D. Estoy objetando que se cancele mi Reclamo, debido que el fundamento de mi reclamo es de un dinero que me deben de aumento de leyes que se firmaron durante mis años de servicio con la Puerto Rico Telephone Company, durante los años que ésta era una agencia del Estado Libre Asociado de P.R. Trabajé durante los años que se firmaron dichas leyes. Por favor consideren mi objeción.

Muchas gracias,

María E. Sepúlveda Torres
[firma]