

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICATION

MARIA E. SEPULVEDA
XXX-XX-5025

Regarding the above-referenced former employee, we certify as follows:

> She joined PRT/Claro on 02/03/1975.

> She worked as a regular employee until 02/01/1998

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on Monday, June 14, 2021.

*Abigail Alejandro González*
Abigail Alejandro González
Compensation Officer
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*