Maria E. Sepulveda Torres
Urb. Los Caobos
3131 Calle Caimito
Ponce, PR 00716

 

U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
JUN 14, 22
AMOUNT
$1.16
1000  00918  R2304N117371-51

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
06918-1767

