Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nilda Portalatin Colon_

Participant's Address: _P.O. Box 433 Florida, P.R. 00650-0433_

Participant's Email Address: _bermuagui@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _School Kitchen Employee_

By: _Nilda Portalatin Colon_
Signature

_Nilda Portalatin Colón_
Print Name

_N/A_
Title (if Participant is not an individual)

_June 28, 2022_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From:
Nilda Portalatin Colo
P.O. Box 433
Florida, P.R. 00650-

To:
United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

7021 0950 0001 9639 6916

00918-1706Z5