# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 9:40 AM (AST)
Ended: 11:10 AM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**     DATE: June 17, 2022
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker

| | |
|---|---|
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico et al.,<br>Debtors, | 3:17-BK-3283 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Highways and Transportation Authority,<br>Debtor. | 3:17-BK-3567 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |

**Disclosure Statement Hearing held**.[1]

    **I. CONTESTED MATTERS**

        1. Disclosure Statement and Solicitation Procedures Motion [Case No. 17-3283, ECF No.

---

[1] Agenda filed at Docket Entry No. 21254 in 3:17-BK-3283 (LTS) and at Docket Entry No. 1237 in 3:17-BK-3567 (LTS).

3:17-BK-3283 (LTS) / 3:17-BK-3567 (LTS)
Page 2
Disclosure Statement Hearing – June 17, 2022

20654; Case No. 17-3567, ECF No. 1167]

Disclosure Statement. [Case No. 17-3283, ECF No. 21138; Case No. 17-3567, ECF No. 1203]

   a. Granted.

   b. FOMB to submit amended proposed order in Word format.

## II. UNCONTESTED MATTERS

1. Discovery and Confirmation Procedures Motion [Case No. 17-3283, ECF No. 20655; Case No. 17-3567, ECF No. 1168]

   a. Granted.

   b. FOMB to submit an amended proposed order.

**PROPOSED HTA SCHEDULE:**

- Pretrial Hearing set for August 8, 2022.
- Confirmation Hearing set for August 17, 2022.
- The August 10, 2022 Omnibus Hearing was adjourned to August 17, 2022.

**NEXT SCHEDULED HEARING:**

Omnibus Hearing set for June 29, 2022, at 9:30 AM (AST) before Judge Laura Taylor Swain.

                                            s/Carmen Tacoronte
                                            Carmen Tacoronte
                                            PROMESA Case Administrator