UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ x
  :
In re: :
  :
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
  :
    as representative of : Case No. 17-BK-3283 (LTS)
  :
THE COMMONWEALTH OF PUERTO RICO, *et al.*, : (Jointly Administered)
  :
Debtors.[1] :
------------------------------------------------------------------------ x

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746
REQUESTING ENTRY, WITHOUT A HEARING, OF ORDER GRANTING BETWEEN
MOTION PURSUANT TO ARTICLE LXXVIII OF PLAN, PARAGRAPHS 18-20 OF
CONFIRMATION ORDER, SECTION 7.6 OF AVOIDANCE ACTIONS TRUST
AGREEMENT, AND BANKRUPTCY CODE SECTION 105(A), AUTHORIZING
COMMONWEALTH AVOIDANCE ACTION TRUST TO PAY COMPENSATION
OF DRIVETRAIN, LLC IN ITS CAPACITY AS TRUSTEE OF
COMMONWEALTH AVOIDANCE ACTIONS TRUST**

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the *Order Further Amending Case Management Procedures* [Docket No. 20190] (the "Case Management Procedures"), the undersigned hereby certifies as follows:

1. On May 6, 2022, Drivetrain, LLC ("Trustee"), in its capacity as the trustee of the Commonwealth Avoidance Actions Trust (the "Avoidance Actions Trust"), filed and served the *Motion Pursuant to Article LXXVIII of Plan, Paragraphs 18-20 of Confirmation Order, Section 7.6 of Avoidance Actions Trust Agreement, and Bankruptcy Code Section 105(A), Authorizing*

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.

*Commonwealth Avoidance Action Trust to Pay Compensation of Drivetrain, LLC in its Capacity as Trustee of Commonwealth Avoidance Actions Trust* [Docket No. 20697] (the "Motion").[2]

2. The deadline to object or file a response to the Motion was June 14, 2022 at 4:00 p.m. (AST) (the "Objection Deadline"). Counsel to the Trustee has reviewed the Court's docket not less than forty-eight (48) hours after expiration of the Objection Deadline, and, to the best of counsel's knowledge, no objection, other responsive pleading, or request for a hearing with respect to the Motion has been filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Case Management Procedures, nor has any objection, other responsive pleading, or request for hearing with respect to the Motion been served on counsel to the Trustee to date.

3. The Case Management Procedures provide that the Court may approve the relief requested in a pleading without a hearing provided that (i) the notice filed with the request for relief includes a statement that the request for relief may be granted and an order entered without a hearing unless a timely objection is made, (ii) no objection, responsive pleading, or request for a hearing has been filed by the applicable objection deadline, and (iii) not less than forty-eight (48) hours after the objection deadline, the attorney for the moving party files with the Court a certificate stating that no objections, responsive pleading, or request for hearing with respect to such pleading have been filed or served upon the moving party, along with an order granting the relief requested in the applicable pleading.

4. For the reasons set forth in the Motion, the Trustee respectfully requests that the Proposed Order attached hereto as Exhibit A to be entered in accordance with the procedures

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

2

described in the Case Management Procedures. Attached hereto as <u>Exhibit A</u> is a copy of the proposed order.

    I declare that the foregoing is true and correct.

Dated: June 17, 2022       <u>/s/ Luc A. Despins</u>  .
       San Juan, Puerto Rico

PAUL HASTINGS LLP
Luc A. Despins, Esq. *(Pro Hac Vice)*
Nicholas A. Bassett, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to Drivetrain, LLC, in its capacity as the trustee of the Commonwealth Avoidance Actions Trust*

- and -

<u>/s/ Juan J. Casillas Ayala</u>

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Luis F. Llach Zúñiga, Esq. (USDC – PR 223112)
Edna Tejeda Oyola (USDC – PR 219803)
Juan C. Nieves González, Esq. (USDC - PR 231707)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
lllach@cstlawpr.com
etejeda@cstlawpr.com
jnieves@cstlawpr.com

*Local counsel to Drivetrain, LLC, in its capacity as the trustee of the Commonwealth Avoidance Actions Trust*

3