Exhibit 4

**Morales, Monica**

FW: IV&V Support for Spanish Translations

August 06, 2021 at 3:07 PM AST

**To:** Tardella, Jim

---

**Monica Morales, PMP |Deputy Project Director |**
**Phone: (m) 559.307.1090| Email:** monica.morales@nttdata.com
**NTT DATA**
Consulting | Industry Solutions | Cloud & Digital Services
NTT DATA State Health Consulting, LLC

---

**From:** Luz E. Cruz Romero <luz.cruz@salud.pr.gov>
**Sent:** Thursday, July 2, 2020 12:32 PM
**To:** Tardella, Jim <Jim.Tardella@NTTDATA.com>
**Cc:** Morales, Monica <Monica.Morales@nttdata.com>
**Subject:** RE: IV&V Support for Spanish Translations

Hi Jim:

Yes, I acknowledge this plan, please you can move forward.

Have a nice evening,

*Luz E. Cruz-Romero, MBA*

Executive Director
Medicaid Program – Puerto Rico Department of Health
✆(787) 765-2929 Exts. 6704
📠(787) 763-5250 Fax
✉luz.cruz@salud.pr.gov
**"The world is moving so fast these days that the one who says it cannot be done, finds someone who already did it." Robert Kriegel**

**Please, consider the environment before printing this message.**

**CONFIDENTIALITY NOTICE:** This e-mail communication and any attachments may contain confidential and privileged information for the use of the intended recipient(s). If you are not the intended recipient of this message, you are hereby notified that you have received this communication in error and that any review, retransmission, disclosure, dissemination, distribution or reproduction, whether orally or through any other media, of it or its contents is prohibited. If you

have received this communication in error, please notify Medicaid Program immediately by telephone at (787) 765-2929 ext. 6700 and destroy all copies of this communication and any associated attachments.

---

**From:** Tardella, Jim <Jim.Tardella@NTTDATA.com>
**Sent:** Thursday, July 2, 2020 2:32 PM
**To:** Luz E. Cruz Romero <luz.cruz@salud.pr.gov>
**Cc:** Morales, Monica <Monica.Morales@nttdata.com>; Tardella, Jim <Jim.Tardella@NTTDATA.com>
**Subject:** IV&V Support for Spanish Translations

Good morning, Nildy. It was good to catch up with you yesterday afternoon and we look forward to working with yourself, Javier and Luis going forward. Per our discussion, NTT DATA will proceed with our support for the Spanish Translations. Marjorie Figueroa (with support from Carlos Cruz) will continue to work with Raquel and her team as they continue to make progress on this important detail for the PREE project.

Please respond back with a simple acknowledgement that you are good with us moving forward with this plan. I have also included the attached document with the details about our assistance with the translations activity. Please let me know if there are any questions.

Regards,
Jim

**Jim Tardella, PMP** l Business Consulting Associate Director l IV&V Practice Lead
jim.tardella@nttdata.com| m. +1.404.824.9901

**NTT DATA Services**
Consulting | Industry Solutions | Technology & Digital Services

NTT DATA State Health Consulting, LLC

Disclaimer: This email and any attachments are sent in strictest confidence for the sole use of the addressee and may contain legally privileged, confidential, and proprietary data. If you are not the intended recipient, please advise the sender by replying promptly to this email and then delete and destroy this email and any attachments without any further use, copying or forwarding.
NOTA DE CONFIDENCIALIDAD: La información contenida en esta transmisión está destinada únicamente a las personas o entidades a la que se dirige. Puede contener información privilegiada y confidencial, incluida Información de Salud Protegida (PHI). Si usted no es el destinatario, se le notifica que cualquier revisión, difusión, distribución o duplicación de esta comunicación está estrictamente prohibida. Si recibe esta comunicación por error, notifique al remitente inmediatamente y destruya este mensaje. CONFIDENTIALITY NOTE: The information contained in this

transmission is intended only for the persons or entities to which it is addressed. It may contain privileged and confidential information, including Protected Health Information (PHI). If you are not the recipient, you are hereby notified that any revision, dissemination, distribution or duplication of this communication is strictly prohibited. If you receive this communication by error, notify the sender immediately and destroy this message.