Exhibit 1

# DECLARATION UNDER PENALTY OF PERJURY PURSUANT TO 20 U.S.C. § 1746

I, Rick D. Johnson, of legal age, married, resident of Florida, hereby state under penalty of perjury that:

1. I work as a Regional Client Executive for the Public Sector in NTT DATA Services.

2. In my capacity as Regional Client Executive for the Public Sector in NTT DATA Services, I have become personally familiar with the relationship between NTT DATA EAS, Inc. ("NTT DATA") and the Environmental Quality Board ("EQB") and the Department of Natural and Environmental Resources ("DNER"), as well as with other facts set forth herein. I make the following statements based on my personal knowledge and on information available to me in my capacity as Regional Client Executive for the Public Sector in NTT DATA Services, as well as based on records provided to me by NTT DATA that are maintained in the ordinary course of NTT DATA's business by those whose regular job function is to maintain such records. If called upon to testify, I could and would testify competently to the information set forth below.

3. On September 25, 2018, the EQB and NTT DATA executed a *Professional Services Contract* for Fiscal Year 2018-2019 for consulting services. Specifically, NTT DATA was contracted to provide Peoplesoft HCM enhancements and production support to EQB's Peoplesoft applications. NTT DATA had been providing these services to EQB for over a decade.

4. By July 31, 2019, NTT DATA had billed $509,280.75 for the services rendered in connection to the *Professional Services Contract* for Fiscal Year 2018-2019, as amended.

5. Thus, by July 31, 2019 – when NTT DATA and the EQB/DNER executed the third amendment to the *Professional Services Contract* for Fiscal Year 2018-2019 – the parties had abandoned the two billing caps contained in the original contract because they had already been surpassed.

6. Under the third amendment to the *Professional Services Contract*, NTT DATA continued providing services which benefitted the EQB and/or DNER. NTT DATA submitted certified invoices 9201000185, 9201000191, 9201000198, 9201000212, and 9201000216 for these services in the total amount of $176,713.20.

7. During the entire period, EQB and/or DNER continued to accept the benefit of NTT DATA's work, and neither the EQB nor the DNER informed NTT DATA that they would not recognize these invoices because NTT DATA had surpassed the billing maximum.

8. NTT DATA would have not subjected five months of additional work to a limited renumeration of less than $2,000.00 and neither the EQB nor the DNER required it.

I declare under penalty that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Santa Rosa Beach, Florida this 20th day of June, 2022.

Rick D. Johnson
Vice President, Public Sector
NTT DATA Services