# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO.: 17-03283 (LTS) |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO**, as representative of | **TITLE III; PUERTO RICO OVERSIGHT, MANGEMENT AND ECONOMIC STABILITY ACT (PROMESA)** |
| **COMMONWEALTH OF PUERTO RICO.**[1] | |
| **Debtor** | |

## MOTION TO INFORM TRANSFER OF CLAIM NUMBER 33003

**TO THE HONORABLE COURT:**

**COMES NOW** TRC MASTER FUND LLC. through the undersigned attorney and very respectfully states as follows:

1. On May 29, 2018, Damexco Inc[2]. filed Proof of Claim No. 33003 in the pending Tittle III Case of the Commonwealth of Puerto Rico (Case No. 17-03283 (LTS)) in the amount of $1,151,368.40. The same was filed as a general unsecured claim.

2. On or about June 9, 2022, Damexco Inc sold, transferred and assigned to TRC MASTER FUND LLC all of its rights, title and interests in Claim No. 33003, as set forth on Exhibit 1 hereto.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) and (vi) Puerto Rico Building Authority ("PBA") Bankruptcy Case No.: 19-BK-5523 (LTS) (Last Four Digits of Federal Tax ID: 3801).

[2] Damexco Inc. was listed as a general unsecured claim in the amount of $1,138,026.22.



# UNITED STATES BANKRUPTCY COURT

## District of Puerto Rico

In re: <u>Commonwealth of Puerto Rico</u>　　　　　　　　　Case No. <u>17-03283</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>　　　　　　　　　　<u>Damexco Inc.</u>
Name of Transferee　　　　　　　　　　　　　　Name of Transferor

Name and Address where notices to transferee　　Court Claim # (if known): <u>33003</u>
should be sent:　　　　　　　　　　　　　　　Amount Claim Filed: <u>USD$1,151,368.40</u>
　　　　　　　　　　　　　　　　　　　　　　Date Claim Filed: <u>05/29/2018</u>

TRC MASTER FUND LLC　　　　　　　　　　Phone: <u>(212) 658-1946</u>
Attn: Terrel Ross　　　　　　　　　　　　　　Last four digits of Acct.# <u>N/A</u>
PO BOX 633
Woodmere, NY 11598　　　　　　　　　　　Name and Current Address of Transferor:

Phone: <u>516-255-1801</u>　　　　　　　　　　　Damexco Inc.
Last four digits of Acct#: <u>N/A</u>　　　　　　　James D. Bailey, Esq
　　　　　　　　　　　　　　　　　　　　　　BAILEY DUQUETTE P.C.
Name and address where transferee payments　　104 Charlton St., Ste. 1-W
should be sent (if different from above):　　　　New York, NY 10014

Phone: <u>N/A</u>
Last four digits of Acct#: <u>N/A</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>　　　　　　　　　　　　Date: June <u>20</u>, 2022
　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: ACF17A16-16D3-4A29-B0F7-724398F14EE5

## EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Puerto Rico
Attention: Clerk

AND TO: Commonwealth of Puerto Rico
Case No. 17-03283 (the "Debtor"),

Claim #33003

**Damexco Inc.**, its successors, and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer, and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$1,151,368.40** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 09 DAY OF june, 2022.

**ASSIGNOR: Damexco Inc.**

DocuSigned by:
*Luc Brunelle*
(Signature) AA954F1...

Luc Brunelle
(Print Name)

president
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**

(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)