# EXHIBIT A

## PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party | Official Committee of Retired Employees of the Commonwealth of Puerto Rico |
| Party Name Abbreviation (For Use with Zoom) | Retiree Committee |
| Omnibus Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number and<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name | Robert Gordon<br>rgordon@jenner.com<br>Jenner & Block LLP<br>(212) 891-1610<br>Dkt. 405<br>Retiree Committee / Gordon, Robert / Jenner & Block<br><br>Melissa Root<br>mroot@jenner.com<br>Jenner & Block LLP<br>(312) 840-7255<br>Dkt. 405<br>Retiree Committee / Root, Melissa / Jenner & Block |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | N/A |