**Schedule 1**

**Disclosure Statement[1]**

---

[1] In the interest of economy, a hard copy of the Disclosure Statement is not included as a schedule to the Disclosure Statement Order. A copy of the Disclosure Statement was filed on June 17, 2022, at Docket Entry No. 1241 in Case No. 17-3567 and is available on the Court's docket, as well as on the website of the Debtor's Balloting Agent, Kroll Restructuring Administration LLC (f/k/a Prime Clerk LLC) ("Kroll"), at https://cases.primeclerk.com/puertorico/. A flash drive containing the Disclosure Statement and all exhibits thereto will be included in the Solicitation Packages. Hard copies of the Disclosure Statement are available on request by contacting Kroll by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com. Please do not direct any inquiries to the Court.