**Schedule 3(d)**

**Form of Ballot for National on Account of Claims in
Class 4 (HTA 68 Bond Claims (National)),
Class 9 (HTA 98 Senior Bond Claims (National)), and
Class 13 (HTA 98 Sub Bond Claims (National))**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

**BALLOT FOR HOLDERS OF CLAIMS IN
[CLASS 4 (HTA 68 BOND CLAIMS (NATIONAL)) /
CLASS 9 (HTA 98 SENIOR BOND CLAIMS (NATIONAL)) /
CLASS 13 (HTA 98 SUB BOND CLAIMS (NATIONAL))]**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Financial Oversight And Management Board For Puerto Rico (the "Oversight Board"), as representative of the Puerto Rico Highways and Transportation Authority ("HTA" or the "Debtor"), pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] is soliciting votes with respect to the *Third Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority,* dated June 17, 2022 (as the same may be amended or modified, the "Plan") [Case No. 17 BK 3567, ECF No. ____],[3] from the holders of certain impaired Claims against HTA.

By order dated [●], 2022 (the "Disclosure Statement Order"), the Court approved the *Disclosure Statement for the Third Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority*, dated June 17, 2022 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ____], and authorized the Debtor to solicit votes with respect to the acceptance or rejection of the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Ballot. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent, Kroll Restructuring Administration LLC (f/k/a Prime Clerk LLC), by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

This Ballot is to be used for voting by National Public Finance Guarantee Corporation ("National"). Pursuant to Disclosure Statement Order, National is entitled to accept or reject the Plan on account of Impaired Claims in [Class 4 (HTA 68 Bond Claims (National)) / Class 9 (HTA 98 Senior Bond Claims (National)) / Class 13 (HTA 98 Sub Bond Claims (National))] arising from securities insured by National. **To have your vote counted, you must complete, sign, and return this Ballot so that it is received by the Balloting Agent no later than the Voting Deadline (5:00 p.m. (Atlantic Standard Time) on July 27, 2022), unless such time is extended by the Debtor.**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

a. **Online**: Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link. Follow the instructions set forth on the website. You are encouraged to submit your Ballot via the E-Ballot platform. If you choose to submit your Ballot via the E-Ballot platform, you should <u>NOT</u> submit your paper copy Ballot as well.

b. **First Class Mail, Hand Delivery, or Overnight Courier**: Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

---

[2] PROMESA is codified at 48 U.S.C. §§2101-2241.

[3] Unless otherwise specified herein, docket references shall refer to Case No. 17 BK 3567-LTS.

**PUERTO RICO BALLOT PROCESSING**
**C/O KROLL RESTRUCTURING ADMINISTRATION LLC**
**(F/K/A PRIME CLERK LLC)**
**850 THIRD AVENUE, SUITE 412**
**BROOKLYN, NY 11232**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

c. **Hand Delivery to On-Island Collection Site**: Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery<br>All locations are available from **July 1, 2022** to **July 27, 2022** (except weekends and federal holidays) ||
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center<br>Carr 2 KM 143, 1st Floor<br>Añasco, PR 00610 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Oceana HUB Center<br>2 Calle Acerina<br>Caguas, PR 00725 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Citi Towers<br>250 Ponce de León Ave, Suite 503<br>Hato Rey, San Juan, PR 00918 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Piloto 151<br>#151 Calle de San Francisco<br>2nd Floor, Suite L<br>Old San Juan, PR 00901 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |
| Club de Leones de Ponce<br>Club House Bo. Carrillo<br>Carretera #14 km 5.1,<br>Ponce, P.R. 00731 | M – F<br>8:30 a.m.<br>to<br>5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Kroll's E-Ballot platform).**

**The Ballot must <u>actually be received</u> by the Balloting Agent by no later 5:00 p.m. (Atlantic Standard Time) on July 27, 2022, unless such time is extended (the "<u>Voting Deadline</u>").**

Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, any Claim, and without prejudice to the Debtor's rights in any other context, each Claim within a Class of Claims entitled to vote to accept or reject the Plan shall be in an amount as determined by the procedures set forth in the Disclosure Statement Order.

This Ballot does not and shall not be deemed to constitute (i) an assertion of a Claim, (ii) a proof of claim, or (iii) an admission by the Debtor of the nature, validity, or amount of any Claim.

(*Continued on Next Page*)

PLEASE COMPLETE THE FOLLOWING:

**Item 1.** **Amount of Claim**

For purposes of voting to accept or reject the Plan, the undersigned holds the Claim(s) in [**Class 4 (HTA 68 Bond Claims (National)) / Class 9 (HTA 98 Senior Bond Claims (National)) / Class 13 (HTA 98 Sub Bond Claims (National))**] set forth below in the following aggregate amount:

$ _____

\* \* \* \* \*

**Item 2.** **Vote on Plan**.

The undersigned holder of a Claim in the amount set forth in **Item 1** above hereby votes to (please check one):

| ☐ **ACCEPT** (vote FOR) the Plan | ☐ **REJECT** (vote AGAINST) the Plan |

**To submit your Ballot via the "E-Ballot" platform, please visit https://cases.primeclerk.com/puertorico. Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your ballot.**

**IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:**

**Unique E-Ballot ID#:** _____

**Kroll's "E-Ballot" platform is the sole manner in which Ballots will be accepted via electronic or online transmission. Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

**Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot. Please complete and submit an E-Ballot for each E-Ballot ID# you receive, as applicable.**

Creditors who cast a Ballot using Kroll's "E-Ballot" platform should NOT also submit a paper Ballot.

**Item 3**.  **Acknowledgements and Certification.**

By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order. The undersigned certifies that (i) it is the holder of the Claim(s) identified in **Item 1** above, or (ii) it has full power and authority to vote to accept or reject the Plan. The undersigned further acknowledges that the Debtor's solicitation of votes is subject to all terms and conditions set forth in the Disclosure Statement and the order of the Court approving the Disclosure Statement and the procedures for the solicitation of votes to accept or reject the Plan contained therein.

Name of Holder: _____
(Print or Type)

Signature: _____

Name of Signatory: _____
(If other than holder)

Title: _____

Address: _____
_____
_____

Telephone Number: _____

Email: _____

Date Completed: _____

**VOTING INSTRUCTIONS FOR COMPLETING THE BALLOT FOR CLAIMS IN [CLASS 4 (HTA 68 BOND CLAIMS (NATIONAL)) / CLASS 9 (HTA 98 SENIOR BOND CLAIMS (NATIONAL)) / CLASS 13 (HTA 98 SUB BOND CLAIMS (NATIONAL))]**

1. This Ballot is submitted to you to (i) solicit your vote to accept or reject the *Third Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority*, dated June 17, 2022 (as the same may be amended or modified, the "Plan") [ECF No. ____], and (ii) consent to the injunction and release provisions of the Plan if you vote to accept the Plan. The terms of the Plan are described in the *Disclosure Statement for the Third Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority*, dated June 17, 2022 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. ____]. All capitalized terms used but not otherwise defined herein or in the Ballot shall have the meanings given to such terms in the Plan. **PLEASE READ THE PLAN AND DISCLOSURE STATEMENT CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2. The Plan will be accepted by a Class of Claims if it is accepted by the holders of two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the Allowed Claims in a Class that have voted to accept or reject the Plan. In the event a Class rejects the Plan, the Court may nevertheless confirm the Plan and thereby make it binding on holders of Claims in the Class if the Court finds the Plan does not unfairly discriminate against and accords fair and equitable treatment to the holders of Claims in the Class and all other Classes of Claims rejecting the Plan, and otherwise satisfies the requirements of PROMESA Section 314(b) and Section 1129(b) of the Bankruptcy Code. If the Plan is confirmed by the Court, all holders of Claims against the Debtor (including those holders who abstain from voting on or reject the Plan, and those holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby, whether or not they vote and whether or not they accept the Plan.

3. **To have your vote counted, you must properly complete, sign, and return this Ballot to Kroll Restructuring Administration LLC ("Kroll" or the "Balloting Agent")[4] so that it is received by the Balloting Agent no later than 5:00 p.m. (Atlantic Standard Time) on July 27, 2022 (the "Voting Deadline").**

**Ballots must be delivered to the Balloting Agent by <u>one</u> of the following methods:**

a. **Online**: Visit **https://cases.primeclerk.com/puertorico** and click the "Submit E-Ballot" link. Follow the instructions set forth on the website. You are encouraged to submit your Ballot via the E-Ballot platform. If you choose to submit your Ballot via the E-Ballot platform, you should NOT submit your paper copy Ballot as well.

b. **First Class Mail, Hand Delivery, or Overnight Courier**: Deliver to the address below (or in the enclosed envelope, which may have a different zip code):

---

[4] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

**PUERTO RICO BALLOT PROCESSING**
**C/O KROLL RESTRUCTURING ADMINISTRATION LLC**
**(F/K/A PRIME CLERK LLC)**
**850 THIRD AVENUE, SUITE 412**
**BROOKLYN, NY 11232**

If you would like to coordinate hand delivery of your ballot to the address above, please send an email to puertoricoinfo@primeclerk.com and provide the anticipated date and time of your delivery.

c. **Hand Delivery to On-Island Collection Site**: Deliver to one of the following on-island locations:

| Locations in the Commonwealth Accepting Ballots by Hand Delivery <br><br> All locations are available from **July 1, 2022** to **July 27, 2022** <br>(except weekends and federal holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| Bianca Convention Center <br> Carr 2 KM 143, 1st Floor <br> Añasco, PR 00610 | M – F <br> 8:30 a.m. <br> to <br> 5:00 p.m. |
| Oceana HUB Center <br> 2 Calle Acerina <br> Caguas, PR 00725 | M – F <br> 8:30 a.m. <br> to <br> 5:00 p.m. |
| Citi Towers <br> 250 Ponce de León Ave, Suite 503 <br> Hato Rey, San Juan, PR 00918 | M – F <br> 8:30 a.m. <br> to <br> 5:00 p.m. |
| Piloto 151 <br> #151 Calle de San Francisco <br> 2nd Floor, Suite L <br> Old San Juan, PR 00901 | M – F <br> 8:30 a.m. <br> to <br> 5:00 p.m. |
| Club de Leones de Ponce <br> Club House Bo. Carrillo <br> Carretera #14 km 5.1, <br> Ponce, P.R. 00731 | M – F <br> 8:30 a.m. <br> to <br> 5:00 p.m. |

**You must deliver the Ballot in the manner described above. Ballots will not be accepted by telecopy, facsimile, electronic mail, or other electronic means of transmission (except online via Kroll's E-Ballot platform in accordance with the instructions above).**

4. To properly complete the Ballot, you must follow the procedures described below:

 a. Ensure the information contained in **Item 1** of the Ballot is correct;

 b. You may not split your vote on the Plan. You must vote to accept or reject the Plan with all the Claims you hold in a Class;

 c. If you are completing this Ballot on behalf of another entity, indicate your relationship to such entity and the capacity in which you are signing and submit satisfactory evidence of your authority to so act (*e.g.*, a power of attorney or a certified copy of board resolutions authorizing you to so act);

 d. If you also hold Claims in other Classes, you may receive more than one Ballot, labeled for a different Class of Claims. Your vote will be counted in determining acceptance or rejection of the Plan by a particular Class of Claims against the Debtor only if you complete, sign, and return the Ballot labeled for that Class of Claims in accordance with the instructions on the Ballot;

 e. If you believe you have received the wrong Ballot, please contact the Balloting Agent immediately;

 f. Provide your name and mailing address;

 g. Sign and date your Ballot; and

 h. Return your Ballot using an authorized method of return indicated herein.

5. If more than one Ballot voting the same Claim is received by the Balloting Agent, the latest Ballot received prior to the Voting Deadline will, to the extent of any inconsistencies between the Ballots, supersede and revoke any prior Ballot.

* * * * *

IF YOU:

 (A) HAVE ANY QUESTIONS REGARDING THE BALLOT,
 (B) DID NOT RECEIVE A RETURN ENVELOPE WITH YOUR BALLOT,
 (C) DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT OR THE PLAN,
 (D) RECEIVED SOLICITATION PACKAGE MATERIALS IN ELECTRONIC FORMAT AND DESIRE PAPER COPIES, OR
 (E) NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS,

PLEASE CONTACT THE BALLOTING AGENT BY:

- <u>TELEPHONE</u> AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), OR

- <u>EMAIL</u> AT [PUERTORICOINFO@PRIMECLERK.COM](mailto:PUERTORICOINFO@PRIMECLERK.COM).

PLEASE DO NOT DIRECT ANY INQUIRIES TO THE OVERSIGHT BOARD, AAFAF, THE DEBTOR, OR THE COURT.