# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtor.[1] | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## INFORMATIVE MOTION REGARDING JUNE 29-30, 2022 OMNIBUS HEARING

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that, pursuant to this Court's *Order Regarding Procedures for June 29-30, 2022, Omnibus Hearing* [ECF. No. 21264 in case No. 17-03283], counsel for, Ivelisse Calderón-Alibrán ("Calderón-Alibrán") and Carlos Torres-Viada ("Torres-Viada") and as parties in interest, by and through the undersigned counsel, hereby respectfully state as follows:

1. Jessica E. Méndez-Colberg and Rolando Emmanuelli-Jiménez of Bufete Emmanuelli, C.S.P., will appear on behalf of Calderón-Alibrán and Torres-Viada on June 29, 2022, to the Omnibus Hearing ("Hearing") which will be conducted virtually via Zoom and telephonic platforms, and to the extent necessary, will present argument.

2. The email address of Ms. Jessica E. Méndez-Colberg is jessica@emmanuelli.law and the email address of Mr. Rolando Emmanuelli-Jiménez is rolando@emmanuelli.law.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3. If necessary and/or if required by the Court, counsel for Calderón-Alibrán and Torres-Viada will particularly address all matters related to the *Urgent Motion for Extension of Administrative Expense Claimbar Date and Proper Service of Process and Request to be Heard,* [ECF No. 21217 in Case No. 17-03283], as well as any other Status Report or motion further filed with regards to such Urgent Motion or any other matter that directly or indirectly affects Calderón-Alibrán and Torres-Viada.

4. Because the Agenda for the Hearing has not yet been issued, Calderón-Alibrán and Torres-Viada reserve the right to present argument at the Hearing concerning any of the matters outlined in the Agenda that may impact their rights.

5. In the event, there is a matter included in the Agenda that requires argument from Calderón-Alibrán and Torres-Viada, an amended motion will be filed consistent with the Hearing Procedures Order.

6. Counsel will be prepared to respond to any matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or the motions pending that are related to the appearing parties in interest in the above-captioned Title III proceedings.

**WHEREFORE**, Calderón-Alibrán and Torres-Viada respectfully request that the Court take notice of the above stated.

**RESPECTFULLY SUBMITTED.**

**WE HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and Standard Parties. A courtesy copy of this Motion will be delivered to the Court by email to SwainDPRCorresp@nysd.uscourts.gov as provided in *First Amended Standing Order.*

In Ponce, Puerto Rico, this 22nd day of June 2022.



472 Tito Castro Ave.
Marvesa Building, Suite 106
Ponce, Puerto Rico 00716
Tel: (787) 848-0666
Fax: (787) 841-1435

*/s/Rolando Emmanuelli-Jiménez*
Rolando Emmanuelli-Jiménez
USDC: 214105

*/s/Jessica E. Méndez-Colberg*
Jessica E. Méndez-Colberg
USDC: 302108

Emails: rolando@emmanuelli.law
jessica@emmanuelli.law
notificaciones@bufete-emmanuelli.com