# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO.: 17-03283 (LTS) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of | TITLE III; PUERTO RICO OVERSIGHT, MANGEMENT AND ECONOMIC STABILITY ACT |
| COMMONWEALTH OF PUERTO RICO.[1] | (PROMESA) |
| Debtor | |

## MOTION TO WITHDRAW DOCKET NO. 21283

**TO THE HONORABLE COURT:**

**COMES NOW** TRC MASTER FUND LLC. through the undersigned attorney and very respectfully states as follows:

1. On June 21, 2022, TRC MASTER FUND LLC filed its Motion to Inform Transfer of Claim Number 33003 at Docket No. 21283.

2. The same was filed without the signature page of the undersigned attorney due to a clerical mistake.

3. TRC Master Fund LLC is herein withdrawing its Motion to Inform Transfer of Claim Number 33003 at Docket No. 21283 and will re-file the motion with all the correct pages.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) and (vi) Puerto Rico Building Authority ("PBA") Bankruptcy Case No.: 19-BK-5523 (LTS) (Last Four Digits of Federal Tax ID: 3801).

**WHEREFORE**, TRC MASTER FUND LLC respectfully requests that this Honorable Court take notice of the withdrawal of Motion to Inform Transfer of Claim Number 33003 at Docket No. 21283 and that the same will be refiled.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 22nd day of June, 2022.

**WE HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties appearing in said system including the US Trustee and to all those parties registered to receive notice within the electronic notification service.

**C. CONDE & ASSOC. LAW OFFICES**

By: /s/ *Carmen D. Conde Torres*
Carmen D. Conde Torres
USDC No. 207312

By: *Luisa S. Valle Castro*
Luisa S. Valle Castro
USDC No.: 215611

254 San José Street
Suite 5
San Juan, PR 00901-1523
Tel. 787-729-2900
Fax. 787-729-2203
E-Mail: condecarmen@condelaw.com