# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO.: 17-03283 (LTS) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of | TITLE III; PUERTO RICO OVERSIGHT, MANGEMENT AND ECONOMIC STABILITY ACT (PROMESA) |
| COMMONWEALTH OF PUERTO RICO.[1] | |
| Debtor | |

## MOTION TO INFORM TRANSFER OF CLAIM NUMBER 33003

**TO THE HONORABLE COURT:**

**COMES NOW** TRC MASTER FUND LLC. through the undersigned attorney and very respectfully states as follows:

1. On May 29, 2018, Damexco Inc[2]. filed Proof of Claim No. 33003 in the pending Tittle III Case of the Commonwealth of Puerto Rico (Case No. 17-03283 (LTS)) in the amount of $1,151,368.40. The same was filed as a general unsecured claim.

2. On or about June 9, 2022, Damexco Inc sold, transferred and assigned to TRC MASTER FUND LLC all of its rights, title and interests in Claim No. 33003, as set forth on Exhibit 1 hereto.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) and (vi) Puerto Rico Building Authority ("PBA") Bankruptcy Case No.: 19-BK-5523 (LTS) (Last Four Digits of Federal Tax ID: 3801).

[2] Damexco Inc. was listed in the Debtor's schedules as a general unsecured claim in the amount of $1,138,026.22.

**WHEREFORE**, pursuant to Rule 3001 (e) of the Federal Rules of Bankruptcy Procedures, applicable to Tittle III cases through 48 U.S.C. § 2170, TRC MASTER FUND LLC respectfully requests that this Honorable Court take notice of the transfer of claim No. 33003 from Damexco Inc to TRC MASTER FUND LLC.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 22nd day of June, 2022.

**WE HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties appearing in said system including the US Trustee and to all those parties registered to receive notice within the electronic notification service.

**C. CONDE & ASSOC. LAW OFFICES**

By: */s/ Carmen D. Conde Torres*
Carmen D. Conde Torres
USDC No. 207312

By: *Luisa S. Valle Castro*
Luisa S. Valle Castro
USDC No.: 215611

254 San José Street
Suite 5
San Juan, PR 00901-1523
Tel. 787-729-2900
Fax. 787-729-2203
E-Mail: condecarmen@condelaw.com



# UNITED STATES BANKRUPTCY COURT

## District of Puerto Rico

In re: <u>Commonwealth of Puerto Rico</u>     Case No. <u>17-03283</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Phone: <u>516-255-1801</u>
Last four digits of Acct#: <u>N/A</u>

Name and address where transferee payments should be sent (if different from above):

Phone: <u>N/A</u>
Last four digits of Acct#: <u>N/A</u>

<u>Damexco Inc.</u>
Name of Transferor

Court Claim # (if known): <u>33003</u>
Amount Claim Filed: <u>USD$1,151,368.40</u>
Date Claim Filed: <u>05/29/2018</u>

Phone: <u>(212) 658-1946</u>
Last four digits of Acct.# <u>N/A</u>

Name and Current Address of Transferor:

Damexco Inc.
James D. Bailey, Esq
BAILEY DUQUETTE P.C.
104 Charlton St., Ste. 1-W
New York, NY 10014

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>     Date: June 20, 2022
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: ACF17A16-16D3-4A29-B0F7-724398F14EE5

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Puerto Rico
Attention: Clerk

AND TO: Commonwealth of Puerto Rico
Case No. 17-03283 (the "Debtor"),

Claim #: 33003

Damexco Inc., its successors, and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer, and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of USD$1,151,368.40 ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 09 DAY OF June, 2022.

ASSIGNOR: Damexco Inc.

(Signature)

Luc Brunelle
(Print Name)

president
(Title)

ASSIGNEE: TRC MASTER FUND LLC

(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)