IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 17 BK 03283-LTS |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | PROMESA TITLE III |
| As representative of THE COMMONWEALTH OF PUERTO RICO, et al., | CLAIMS 179297 |
| Debtors | |

MOTION TO INFORM

TO THE HONORABLE

Comes now, Carmen Melendez Rivera (creditor) through its undersigned counsel and very respectfully alleges and prays:

1. Then, the Commonwealth of Puerto Rico filed eleventh Administrative Claims Reconciliation Status Notice. Docket number 21048. In addition, in these administrative claims was listed claims number Carmen Melendez Rivera claim number 179297.

2. Notwithstanding, the creditor sent to debtor Agreement on Professional and Consultant Services between Commonwealth of Puerto Rico and Carmen Melendez Rivera, for services will be provided in the Ponce District Hospital. This agreement was signed by Puerto Rico Secretary of Health and as second part, the creditor, Carmen Melendez Rivera. In this moment, Ponce District Hospital was part of Puerto Rico Department of Health. In addition, Carmen Melendez Rivera, (creditor) through its undersigned counsel

    submit certification of Commonwealth of Puerto Rico Health Services and Facilities Administration. Letter of AEELA of benefits request of service years, counterfoil as payer Commonwealth of Puerto Rico, Retirement Plans Government of Puerto Rico informative return and Banco Popular Statement for evident of payment of AEELA.

3. This claim has similar asserted claims in the 179281-1 and 179281 claims. Please, see docket number 21310.

**By these reasons, the claim 179297 should be asserted by Commonwealth of Puerto Rico in Administrative claims or another other ways.**

    WHEREFORE the creditor Carmen Melendez Rivera respectfully prays that this motion be granted for the reason was filed, this Court takes notice of the above stated; asserted total amount claim of: $17, 157.08 for creditor Maria C. Figueroa Torres and another legal reason of this Honorable Judge.

    NOTICE: within fourteen days after service as evidenced by the certification and an additional three (3) days pursuant to Fed. R. Bank P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is fordidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may schedule a hearing.

CERTIFICATE OF SERVICE I hereby certify that same date, filed with the clerk of the Court using CM/ECF system and notice by electronic transmission -true and exact copy- was sent to the following persons/entities by the Bankruptcy Noticing Center to the Office of the United States Trustee:

I certificate also that claimant does not is a service member as required by § 201(b)(1) of the Service Members Civil Relief Act of 2003 ("SCRA").

RESPECTFULLY SUBMITTED.

In Ponce for San Juan, Puerto Rico this June 22, 2022.

/s/Vanessa Hernández Rodríguez, Esq.
Attorney for creditor
USDC-PR 306703
Street Aurora 4140, Suite 1
Ponce, Puerto Rico 00717-1203
Telephone number: (787) 840-0804
Cell phone: (787) 548-6208
Fax number: (787) 840-0804
E-mail: hernandezrodriguez.v@gmail.com