**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>Hon. Laura Taylor Swain |

**MOTION OF THE UNITED STATES TRUSTEE**
**FOR AMENDMENT OF THE THIRD AMENDED ORDER SETTING PROCEDURES**
**FOR INTERIM AND FINAL COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES OF PROFESSIONALS (ECF NO. 20546)**

Mary Ida Townson, the United States Trustee for Region 21 ("the United States Trustee"), hereby files this Motion for Amendment of the Third Amended Order Setting Procedures for Interim and Final Compensation and Reimbursement of Expenses of Professionals [ECF No. 20546] and sets forth as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Building Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

## RELIEF SOUGHT[2]

The Puerto Rico Recovery Accuracy in Disclosures Act of 2021 ("PRRADA") imposes the disclosure requirements that apply to professionals retained under sections 327, 1103, and 1104 of the Bankruptcy Code—namely, that a professional person publicly disclose all its connections to the debtor, creditors, and other parties involved in a bankruptcy case so that the Court, the United States Trustee, and parties in interest can determine whether the professional is disinterested and free from conflicts—on professional persons that are employed and seek payment of compensation from the estate in voluntary cases commenced under Title III of PROMESA. To begin this process, PRRADA directed the Oversight Board to establish a list of material interested parties (the "MIP List") that professionals must review for connections to make their disclosures. PRRADA unambiguously specifies both the categories of persons and entities the Oversight Board must include on the MIP List and the sole limit the Oversight Board may apply to exclude specific persons and entities from the MIP List. The Court approved the MIP List on March 30, 2022, and on April 12, 2022, the Court entered its Third Amended Order Setting Procedures for Interim and Final Compensation and Reimbursement of Expenses of Professionals ("Third Amended Order") [ECF No. 20546]. The Third Amended Order, among other things, set a deadline for Professionals to file PRRADA Disclosures by May 16, 2022, at 5:00 p.m. (Atlantic Standard Time) (Third Amended Order, ¶4.d.). That Order also requires the United States Trustee to review and comment informally on or object to any Professional's PRRADA Disclosures by June 30, 2022, *or such deadline as the Court may order*. (Third Amended Order, ¶4 e.i.). (emphasis added).

---

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them below.

2

For the reasons set forth below, the United States Trustee requests an extension of the deadlines imposed by the Third Amended Order.

## Factual Background

On May 3, 2017, the Oversight Board filed petitions to restructure the debts of the Commonwealth of Puerto Rico and several of its instrumentalities under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), H.R. 5268 114th Cong. (2016).[1] Title III is modeled on chapter 9 of the Code and incorporates many of its provisions. 48 U.S.C. § 2161.

On January 20, 2022, the President signed PRRADA into law. Pub. L. No. 117-82. PRRADA imposes the disclosure requirements that apply to professionals retained under sections 327, 1103, and 1114 of the Bankruptcy Code to professional persons that are employed and seek payment of compensation from the estate in voluntary cases commenced under Title III of PROMESA. Under Rule 2014(a) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") applicable to bankruptcy cases, a professional retention application must include a verified statement of an authorized representative of the professional person that discloses all connections of the professional with a wide variety of entities that will or may play a role in the chapter 11 case. The verified statement enables the court, the United States Trustee, and parties in interest to determine if the professional meets the requirements for employment under 11 U.S.C. § 327(a), specifically that it be disinterested and that it does not hold or represent an interest adverse to the estate. Sections 316 and 317 of PROMESA (48 U.S.C. §§ 2176, 2177) require the filing of interim and final fee applications by estate and official committee professionals, but, prior to PRRADA, there was no requirement that professionals under PROMESA file retention applications. As a result, there were no disclosures from the

professionals that could be reviewed to assure that the professionals were disinterested and did

not suffer from disabling conflicts.

To begin the process of imposing disclosure requirements on professionals in PROMESA

Title III cases, section 2(c) of PRRADA requires the Oversight Board to establish a "Material

List of Interested Parties" subject to bankruptcy court approval and the rights of the United

States Trustee and other parties in interest to be heard on the list. PRRADA § 2(c). Professionals

seeking compensation must then review and disclose their connections against that list. Section

2(c)(2) sets forth the categories of persons and entities the Oversight Board must include on the

MIP List.

On January 21, 2022, the Court entered an order directing the Oversight Board, the

United States Trustee, and the Fee Examiner (the "Conferring Parties") to meet and confer

regarding PRRADA and respond in writing to various questions and issues it posed. See *Order

Directing Parties to Meet and Confer Regarding the Enactment of the Puerto Rico Recovery

Accuracy in Disclosures Act* [ECF No. 19859]. On January 31, 2022, the Conferring Parties filed

a joint informative motion responding to these questions and describing certain other issues that

could potentially arise under PRRADA. *See Joint Informative Motion of Financial Oversight

and Management Board for Puerto Rico, Fee Examiner, and U.S. Trustee in Compliance with

Court Order Regarding Enactment of the Puerto Rico Recovery Accuracy in Disclosures Act*

[ECF No. 19964]. Thereafter, on February 2, 2022, the Court entered the PRRADA Order,

directing the Oversight Board to file a motion by February 22, 2022, seeking approval of the

MIP List and suggesting a dollar amount threshold for claims to be included on such list [ECF

No. 19980], which the Oversight Board did [ECF No. 20194]. The Court approved the MIP List

on March 30, 2022 [ECF No. 20467].

The Oversight Board and the Fee Examiner filed a Joint Motion for the Entry of an Order

Further Amending Procedures for Submitting and Considering Compensation and

Reimbursement of Expenses of Professionals [ECF No. 20245]. In connection with that motion,

the Court entered the Third Amended Order [ECF No. 20546].

After the entry of the Third Amended Order, professionals on the MIP List began to file

their PRRADA Disclosures. So far, approximately 40 professionals have filed PRRADA

Disclosures or sought extensions of time to do so. Additionally, there are approximately 17

professionals on the MIP List who have not yet filed PRRADA Disclosures.

As the PRRADA Disclosures were being filed, the United States Trustee immediately

undertook the process of reviewing those disclosures. As part of that process the United States

Trustee informally sought supplemental disclosures and information from the parties who filed

their disclosures. The United States Trustee is pleased to report that the parties have generally

participated in the disclosure process on a cooperative basis. Notwithstanding the consensual

manner on which the disclosure process is unfolding, the United States Trustee has determined

that the review process will not be completed prior to the June 30, 2022, deadline imposed by the

Third Amended Order. Also, several parties have requested extension of the deadlines from the

United States Trustee to supplement their disclosures in accordance with the United States

Trustee's requests. For these reasons it is clear that the United States Trustee will not complete

the review process prior to the June 30, 2022, deadline and an extension of that deadline will

help avoid unnecessary litigation and be necessary and beneficial to the parties and the estates.

## RELIEF SOUGHT

Paragraph 4.e.i. of the Third Amended Order contemplates that the Court may modify the

deadline for the United States Trustee to review and comment informally on or object to any

5

professional's PRRADA Disclosures. The United States Trustee requests additional time to comply with the obligations imposed by the Third Amended Order. The United States Trustee respectfully requests:  (i) those parties on the MIP List as hired professionals but who have not yet filed disclosures shall have until July 15, 2022, to file the PRRADA Disclosures; (ii) that notwithstanding the terms and provisions of the Third Amended Order, the United States Trustee shall have an additional 45 days, until August 15, 2022, or such other deadline as the Court may order, to review, comment informally on or object to any professional's PRRADA disclosures; (iii) that those professionals hired after the Third Amended Order shall file PRRADA disclosures on or before July 30, 2022, or within 45 days of their hiring - whichever is later, and the United States Trustee shall have an additional 45 days, until September 15, 2022, or within 45 days of such professional filing their PRRADA disclosures - whichever is later, or such other deadline as the Court may order, to review and comment informally on or object to the PRRADA Disclosures, or to file a PRRADA Objection; and (iv) to the extent not otherwise sought herein, the U.S. Trustee may enter into a consensual extension or extensions, where reasonably necessary, from such professionals as may be determined are required to file a PRRADA Disclosure.

**CONTINUED ON NEXT PAGE**

**CONCLUSION**

Based upon the foregoing, the United States Trustee requests that the Court enter an order

in the attached form *Amending the Third Amended Order Dated April 12, 2022, Setting*

*Procedures for Interim and Final Compensation and Reimbursement of Expenses of*

*Professionals* [ECF No. 20546]*,* and granting such further relief as may be just and proper.

Dated:  San Juan, Puerto Rico
        June 22, 2022

Respectfully submitted,

MARY IDA TOWNSON
UNITED STATES TRUSTEE, Region 21

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444
Fax: (787) 729-7449

(Electronically Filed)


By:   s/ Julio E. Guzmán-Carcache
      Trial Attorney
      USDC-PR No. 230104
      Julio.Guzman@usdoj.gov