# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**Re: ECF No.** _____<br><br>Hon. Laura Taylor Swain |

### ORDER ON MOTION OF THE UNITED STATES TRUSTEE
### FOR AMENDMENT OF THE THIRD AMENDED ORDER SETTING PROCEDURES
### FOR INTERIM AND FINAL COMPENSATION AND REIMBURSEMENT
### OF EXPENSES OF PROFESSIONALS (ECF NO. 20546)

Upon the *Motion of the United States Trustee to Amend the Third Amended Order Dated April 12, 2022, Setting Procedures for Interim and Final Compensation and Reimbursement of Expenses of Professionals (ECF NO. 20546)* (Docket Entry No. _____) (the "**Motion**")[2], and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Building Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion and the Third Amended Order Dated April 12, 2022, Setting Procedures for Interim and Final Compensation and Reimbursement of Expenses of Professionals (ECF NO. 20546).

the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue is proper pursuant to PROMESA section 307(a); and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their creditors, and other parties in interest; and the Court having found that the United States Trustee provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**:

1. The Motion is granted as set forth herein.

2. Those parties on the MIP List as hired professionals, but who have not yet filed PRRADA disclosures, shall have until July 15, 2022, to file the PRRADA Disclosures.

3. Notwithstanding the terms and provisions of the Third Amended Order, the United States Trustee shall have an additional 45 days, until August 15, 2022, or such other deadline as the Court may order, to review, comment informally on or object to any Professional's PRRADA disclosures (a "PRRADA Objection").

4. Those professionals hired after the Third Amended Order shall file PRRADA disclosures on or before July 30, 2022, or within 45 days of their hiring - whichever is later, and the United States Trustee shall have an additional 45 days, until September 15, 2022, or within 45 days of such professional filing their PRRADA disclosures - whichever is later, or such other

deadline as the Court may order, to review and comment informally on or object to the PRRADA disclosures, or to file a PRRADA Objection.

       5.       To the extent not otherwise provided herein, the U.S. Trustee may enter into a consensual extension or extensions, where reasonably necessary, from such professionals as may be determined are required to file a PRRADA Disclosure.

       6.       This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: June __, 2022

_____
Laura Taylor Swain
United States District Judge