# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | **PROMESA**<br>**Title III** |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | **No. 17 BK 3283-LTS** |
| As a representative of | **(Jointly Administered)** |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | **Re:** ECF Dkt. Nos. 8180, 12847, 15765, 16282, 17357, 19223, 19518 |
| **Debtors.**[1] | <u>**Case No. 17-3566**</u> Dkt. Nos. 658, 864, 1070, 1117 |
| | <u>**Case No. 17-3567**</u> Dkt. Nos. 615, 766, 965, 999 |
| | <u>**Case No. 17-4780**</u> Dkt. Nos. 1489, 1965, 2373, 2425, 2670 |
| | **Hearing date**: June 29, 2022, at 9:30 a.m. (AST) |

## FEE EXAMINER'S REPORT ON UNCONTESTED PROFESSIONAL FEE MATTERS AND PRRADA STATUS FOR CONSIDERATION IN CONNECTION WITH THE JUNE 29, 2022, OMNIBUS HEARING

**I.      STATUS REPORT ON INTERIM AND FINAL FEE REVIEW AND RECOMMENDATION PROCESS POST- PLAN CONFIRMATION**

**II.     SUMMARY OF UNCONTESTED FEE APPLICATIONS FOR THE THIRTEENTH INTERIM (JUNE 1, 2021-SEPTEMBER 30, 2021) AND PRIOR COMPENSATION PERIODS**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

III.    **NOTICE OF DEFERRAL OF SPECIFIC FEE APPLICATIONS FOR
CONSIDERATION AT THE AUGUST 17, 2022, OMNIBUS HEARING OR
A LATER DATE**

TO:    HON. LAURA TAYLOR SWAIN,
       UNITED STATES DISTRICT JUDGE

**UPDATE ON FEE REVIEW AND APPROVAL PROCESS IN LIGHT OF PRRADA
DISCLOSURE FILINGS**

This Court entered the *Third Amended Order Setting Procedures for Interim and Final*

*Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 20546] (the "**Third**

**Amended Compensation Order**") on April 12, 2022.  The new and renewed disclosures

required by the *Puerto Rico Recovery Accuracy in Disclosures Act*, Pub. L. No. 117-82

("**PRRADA**"), were due on May 16, 2022. *See Order Approving List of Material Interested*

*Parties Pursuant to the Puerto Rico Recovery Accuracy in Disclosures Act* [Dkt. No. 20467].  To

date, all but four professionals still providing services in these cases have filed PRRADA

disclosures and three of those have obtained extensions from the Court until June 30, 2022, to do

so. [Dkt. Nos. 20801, 20851, 21112].

The statute suspended the fee application process until professionals had filed

Bankruptcy Rule 2014 statements subject to U.S. Trustee review.  Accordingly, most

professionals now have resumed filing interim fee applications pursuant to the schedule in the

Third Amended Compensation Order, which anticipates reporting on professional fee

applications for the **Fourteenth Interim Fee Period** (October 1, 2021-January 31, 2022) for the

September 21, 2022, omnibus hearing.  This supplemental report addresses previously deferred

interim fee applications for interim periods through and including the **Thirteenth Interim Fee**

**Period** (June 1-September 30, 2021), which were unaffected by the PRRADA disclosure

process.

## THIRTEENTH INTERIM (AND PRIOR) FEE PERIOD APPLICATIONS

With this report, the Fee Examiner:

--Recommends Court approval of the interim fee applications
detailed on **Exhibit A**; and

--Notifies the Court, consistent with paragraphs 2.h and 2.k of the
Third Amended Compensation Order, that the Fee Examiner and
the applicants listed on **Exhibit B** and **Exhibit C** are in productive
discussions and—to continue their dialogue—have agreed to
adjourn their consideration to the August 17, 2022, omnibus
hearing, or another date convenient for the Court.

**Exhibit A** lists 19 interim fee applications recommended for the Court's approval with

adjustment.  **Exhibit B** identifies those pending interim applications recommended for deferral,

including those filed after the Fee Examiner's deadlines or initially supported by incomplete data

or documentation but before PRRADA's enactment on January 20, 2022.  **Exhibit C** lists one

remaining final COFINA fee application recommended for deferral.

## RELIEF REQUESTED

Once again in the continued absence of any objection, the Fee Examiner recommends

that the Court approve, under PROMESA sections 316 and 317, the applications listed on

**Exhibit A** and permit the deferral of the applications listed on **Exhibits B** and **C** to the omnibus

hearing scheduled for August 17, 2022, or a later date.  Attached to this report as **Attachment 1**

is a proposed order consistent with the recommendations above, should the Court wish to enter it

in advance of the upcoming omnibus hearing.

Dated:  June 22, 2022.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing report

with the Clerk of the Court using the CM/ECF system that will send notification of such filing to

all attorneys of record registered in the use of the CM/ECF system.

EDGE Legal Strategies, PSC

_s/Eyck O. Lugo_

Eyck O. Lugo
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Telephone: (787) 522-2000
Facsimile: (787) 522-2010

*Puerto Rico Counsel for Fee Examiner*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Brady C. Williamson (*Pro Hac Vice*)
*Fee Examiner*

Katherine Stadler (*Pro Hac Vice*)
*Counsel for the Fee Examiner*

27383285.3

4

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

Sixth - Thirteenth Fee Period Applications Recommended:

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | **Sixth Interim Fee Period (February 1 - May 31, 2019)** | | | | | | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | | |
| 1-a | O'Melveny & Myers [Dkt. No. 8180] | 2/1 - 5/31/2019 | $ 2,873,762.15 | $ 55,478.49 | $ 244,200.68 | $ 2,201.94 | | $ 2,818,283.66 | $ 241,998.74 |
| | *Counsel to AAFAF - HTA* | | | | | | | | |
| 1-b | O'Melveny & Myers [17-3567 Dkt. No. 615] | 2/1 - 5/31/2019 | $ 85,817.14 | $ 1,656.72 | $ 1,037.31 | $ 9.35 | | $ 84,160.42 | $ 1,027.96 |
| | *Counsel for AAFAF - ERS* | | | | | | | | |
| 1-c | O'Melveny & Myers [17-3566 Dkt. No. 658] | 2/1 - 5/31/2019 | $ 2,292,671.25 | $ 44,260.43 | $ 64,457.00 | $ 581.20 | | $ 2,248,410.82 | $ 63,875.80 |
| | *Counsel to AAFAF - PREPA* | | | | | | | | |
| 1-d | O'Melveny & Myers [17-4780 Dkt. No. 1489] | 2/1 - 5/31/2019 | $ 4,809,921.59 | $ 92,856.40 | $ 129,968.65 | $ 1,171.92 | | $ 4,717,065.19 | $ 128,796.73 |
| | **Eighth Interim Fee Period (October 1, 2019 - January 31, 2020)** | | | | | | | | |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | | |
| 2-a | Brown Rudnick LLP [Dkt. No. 12847] | 10/1/2019 - 1/31/2020 | $ 643,562.50 | $ 13,218.31 | $ 40,133.81 | $ 882.66 | FN1 | $ 630,344.19 | $ 39,251.15 |
| | *Claims Counsel to FOMB - ERS* | | | | | | | | |
| 2-b | Brown Rudnick LLP [17-3566 Dkt. No. 864] | 10/1/2019 - 1/31/2020 | $ 178,082.50 | $ 3,657.69 | $ 598.20 | $ 13.16 | FN1 | $ 174,424.81 | $ 585.04 |
| | *Claims Counsel to FOMB - HTA* | | | | | | | | |
| 2-c | Brown Rudnick LLP [17-3567 Dkt. No. 766] | 10/1/2019 - 1/31/2020 | $ 2,885.00 | $ 59.26 | $ - | $ - | FN1 | $ 2,825.74 | $ - |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | | |
| 2-d | Brown Rudnick LLP [17-4780 Dkt. No. 1965] | 10/1/2019 - 1/31/2020 | $ 261,844.00 | $ 5,378.09 | $ 2,889.11 | $ 63.54 | FN1 | $ 256,465.91 | $ 2,825.57 |
| | **Ninth Interim Fee Period (February 1, 2020 - May 31, 2020)** | | | | | | | | |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | | |
| 3-a | Brown Rudnick LLP [Dkt. No. 15765] | 2/1 - 5/31/2020 | $ 514,656.00 | $ 10,570.67 | $ 2,767.12 | $ 60.86 | FN1 | $ 504,085.33 | $ 2,706.26 |
| | *Claims Counsel to FOMB - ERS* | | | | | | | | |
| 3-b | Brown Rudnick LLP [17-3566 Dkt. No. 1070] | 2/1 - 5/31/2020 | $ 373,027.50 | $ 7,661.72 | $ 7,554.43 | $ 166.14 | FN1 | $ 365,365.78 | $ 7,388.29 |
| | *Claims Counsel to FOMB - HTA* | | | | | | | | |
| 3-c | Brown Rudnick LLP [17-3567 Dkt. No. 965] | 2/1 - 5/31/2020 | $ 1,471.00 | $ 30.21 | $ - | $ - | FN1 | $ 1,440.79 | $ - |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | | |
| 3-d | Brown Rudnick LLP [17-4780 Dkt. No. 2373] | 2/1 - 5/31/2020 | $ 28,170.00 | $ 578.59 | $ - | $ - | FN1 | $ 27,591.41 | $ - |
| | **Tenth Interim Fee Period (June 1, 2020 - September 30, 2020)** | | | | | | | | |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | | |
| 4-a | Brown Rudnick LLP [Dkt. No. 16282] | 6/1 - 9/30/2020 | $ 400,158.00 | $ 8,218.96 | $ 2,923.99 | $ 64.31 | FN1 | $ 391,939.04 | $ 2,859.68 |
| | *Claims Counsel to FOMB - ERS* | | | | | | | | |
| 4-b | Brown Rudnick LLP [17-3566 Dkt. No. 1117] | 6/1 - 9/30/2020 | $ 194,704.00 | $ 3,999.08 | $ 195,408.96 | $ 4,297.63 | FN1 | $ 190,704.92 | $ 191,111.33 |
| | *Claims Counsel to FOMB - HTA* | | | | | | | | |
| 4-c | Brown Rudnick LLP [17-3567 Dkt. No. 999] | 6/1 - 9/30/2020 | $ 162.00 | $ 3.33 | $ - | $ - | FN1 | $ 158.67 | $ - |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | | |
| 4-d | Brown Rudnick LLP [17-4780 Dkt. No. 2425] | 6/1 - 9/30/2020 | $ 54,363.00 | $ 1,116.58 | $ 71.33 | $ 1.57 | FN1 | $ 53,246.42 | $ 69.76 |
| | **Twelfth Interim Fee Period (February 1, 2021 - May 31, 2021)** | | | | | | | | |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | | |
| 5 | Marini Pietrantoni Muniz LLC [Dkt. No. 17357] | 2/1 - 5/31/2021 | $ 380,863.00 | $ 2,451.68 | $ 5,054.48 | $ - | | $ 378,411.32 | $ 5,054.48 |
| | **Thirteenth Interim Fee Period (June 1, 2021 - September 30, 2021)** | | | | | | | | |
| | *Puerto Rico Counsel to PREPA* | | | | | | | | |
| 6 | Diaz & Vazquez Law Firm, P.S.C. [Dkt. No. 19518 AND 17-4780 Dkt No. 2670] | 6/1 - 9/30/2021 | $ 2,348,212.50 | $ 21,290.00 | $ 17,024.79 | $ 5,241.20 | FN2 | $ 2,326,922.50 | $ 11,783.59 |

**EXHIBIT A**

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Sixth - Thirteenth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Puerto Rico Counsel to AAFAF* | | | | | | | |
| 7 | **Marini Pietrantoni Muniz LLC [Dkt. No. 19223]** | 6/1 - 9/30/2021 | $   422,971.50 | $     1,567.38 | $   3,741.12 | $     280.60 | $   421,404.12 | $   3,460.52 |

**FN1** - Brown Rudnick LLP's Seventh Fee Period applications were previously recommended for Court approval [Dkt. No. 20408] with the Fee Examiner's initially proposed adjustments, and the Court ordered those adjustments [Dkt. No. 20412]. The professional subsequently provided information to the Fee Examiner relating to the Seventh Fee Period. The adjustments recommended for approval in this report and exhibit include credits due to the professional as a result of that additional information.

**FN2** - Diaz Vazquez's requested fees are $100 more than the underlying documentation support. The Fee Examiner's Recommended Fee Adjustments column also includes a $100 reduction on that basis.

as of 6/22/2022

EXHIBIT B

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fifth - Thirteenth Fee Period Applications Deferred:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | **Fifth Interim Fee Period (October 1, 2018 - January 31, 2019)** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 1-a | **Ankura Consulting Group, LLC [Dkt. No. 8454]** | 10/1/2018 - 1/31/2019 | $ 3,223,148.50 | | $ 181,809.03 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 1-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1137]** | 10/1/2018 - 1/31/2019 | $ 3,080,936.50 | | $ 228,902.66 | | | |
| | *Debtors' Consultant* | | | | | | | |
| 2 | **Deloitte Consulting LLP [Dkt. No. 9275]** | 10/01/2018 - 1/31/2019 | $ 1,757,608.44 | | $ 304,050.65 | | | |
| | **Sixth Interim Fee Period (February 1 - May 31, 2019)** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 3-a | **Ankura Consulting Group, LLC [Dkt. No. 12180]** | 2/1 - 5/31/2019 | $ 4,069,840.50 | | $ 219,612.81 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 3-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1604]** | 2/1 - 5/31/2019 | $ 2,890,183.50 | | $ 276,996.38 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 4 | **Citigroup Global Markets Inc. [Dkt. No. 14523]** | 2/1 - 5/31/2019 | $ 4,300,000.00 | | $ 26,187.61 | | | |
| | *Counsel to FOMB* | | | | | | | |
| 5 | **Gierbolini & Carroll Law Offices, PSC [Dkt. No. 8016]** | 2/1 - 5/31/2019 | $ 19,504.00 | | $ 520.00 | | | |
| | *Special Counsel to FOMB - PREPA* | | | | | | | |
| 6 | **Nixon Peabody LLP [Dkt. No. 9538]** | 2/1 - 5/31/2019 | $ 371,931.00 | | $ - | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 7 | **PJT Partners LP [Dkt. No. 8014]** | 2/1 - 5/31/2019 | $ 5,000,000.00 | | $ 333.16 | | | |
| | *Seventh Interim Fee Period (June 1 - September 30, 2019)* | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 8-a | **Ankura Consulting Group, LLC [Dkt. No. 13725]** | 6/1 - 9/30/2019 | $ 5,355,672.59 | | $ 309,366.13 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 8-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1788]** | 6/1 - 9/30/2019 | $ 2,778,349.50 | | $ 230,089.53 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 9 | **Citigroup Global Markets Inc. [Dkt. No. 16155]** | 6/1 - 9/30/2019 | $ 4,705,000.00 | | $ 813,391.60 | | | |
| | *Special Counsel to FOMB - PREPA* | | | | | | | |
| 10 | **Nixon Peabody LLP [Dkt. No. 9539]** | 6/1 - 9/30/2019 | $ 80,805.00 | | $ - | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 11-a | **O'Melveny & Myers [Dkt. No. 9332]** | 6/1 - 9/30/2019 | $ 5,369,124.54 | | $ 183,905.55 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 11-b | **O'Melveny & Myers [17-3567 Dkt. No. 657]** | 6/1 - 9/30/2019 | $ 58,957.87 | | $ 2,178.58 | | | |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 11-c | **O'Melveny & Myers [17-3566 Dkt. No. 724]** | 6/1 - 9/30/2019 | $ 512,322.11 | | $ 56,015.15 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 11-d | **O'Melveny & Myers [Dkt. No. 9354 and 17-04780 Dkt. No. 1786]** | 6/1 - 9/30/2019 | $ 3,574,768.47 | | $ 126,501.00 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 12 | **PJT Partners LP [Dkt. No. 9215]** | 6/1 - 9/30/2019 | $ 5,000,000.00 | | $ 6,980.89 | | | |
| | **Eighth Interim Fee Period (October 1, 2019 - January 31, 2020)** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 13-a | **Ankura Consulting Group, LLC [Dkt. No. 14031]** | 10/1/2019 - 1/31/2020 | $ 4,568,311.20 | | $ 226,836.98 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 13-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1977]** | 10/1/2019 - 1/31/2020 | $ 2,129,389.00 | | $ 170,218.54 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 14 | **Citigroup Global Markets Inc. [Dkt. No. 16156]** | 10/1/2019 - 1/31/2020 | $ 4,840,000.00 | | $ 1,206.00 | | | |

26919378.1

as of 6/22/2022

EXHIBIT B

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fifth - Thirteenth Fee Period Applications Deferred:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Special Counsel to FOMB - PREPA* | | | | | | | |
| 15 | **Nixon Peabody LLP [Dkt. No. 13600]** | 10/1/2019 - 1/31/2020 | $ 80,352.00 | | $ - | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 16-a | **O'Melveny & Myers [Dkt. No. 12907]** | 10/1/2019 - 1/31/2020 | $ 3,667,195.71 | | $ 161,626.21 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 16-b | **O'Melveny & Myers [17-3567 Dkt. No.770]** | 10/1/2019 - 1/31/2020 | $ 193,824.05 | | $ 3,277.17 | | | |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 16-c | **O'Melveny & Myers [17-3566 Dkt. No. 873]** | 10/1/2019 - 1/31/2020 | $ 1,825,934.30 | | $ 46,865.14 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 16-d | **O'Melveny & Myers [17-04780 Dkt. No. 1970]** | 10/1/2019 - 1/31/2020 | $ 2,610,546.25 | | $ 145,263.53 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 17 | **PJT Partners LP [Dkt. No. 12401 ]** | 10/1/2019 - 1/31/2020 | $ 5,000,000.00 | | $ 19,449.79 | | | |
| | **Ninth Interim Fee Period (February 1, 2020 - May 31, 2020)** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 18-a | **Ankura Consulting Group, LLC [Dkt. No. 14924]** | 2/1 - 5/31/2020 | $ 4,634,422.41 | | $ 62,803.01 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 18-b | **Ankura Consulting Group, LLC [Dkt. No. 15472 and 17-4780 Dkt. No. 2343]** | 2/1 - 5/31/2020 | $ 2,151,665.50 | | $ 50,582.41 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 19 | **Citigroup Global Markets Inc. [Dkt. No. 16157]** | 2/1 - 5/31/2020 | $ 4,840,000.00 | | $ 9,354.30 | | | |
| | *Special Counsel to FOMB - PREPA* | | | | | | | |
| 20 | **Nixon Peabody LLP [Dkt. No. 15553]** | 2/1 - 5/31/2020 | $ 145,126.50 | | $ - | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 21-a | **O'Melveny & Myers [Dkt. No. 14179]** | 2/1 - 5/31/2020 | $ 7,065,558.67 | | $ 211,500.79 | | | |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 21-b | **O'Melveny & Myers [17-3566 Dkt. No. 967]** | 2/1 - 5/31/2020 | $ 2,486,200.45 | | $ 51,467.03 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 21-c | **O'Melveny & Myers [17-3567 Dkt. No. 920]** | 2/1 - 5/31/2020 | $ 135,148.72 | | $ 4,217.61 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 21-d | **O'Melveny & Myers [17-4780 Dkt. No. 2175]** | 2/1 - 5/31/2020 | $ 1,036,139.40 | | $ 129,247.99 | | | |
| | *Local Counsel to the FOMB* | | | | | | | |
| 22 | **O'Neill & Borges LLC [Dkt. No. 16782]** | 2/1 - 5/31/2020 | $ 455,558.85 | | $ 509.09 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 23 | **PJT Partners LP [Dkt. No. 14041 ]** | 2/1 - 5/31/2020 | $ 5,000,000.00 | | $ 30,021.86 | | | |
| | **Tenth Interim Fee Period (June 1, 2020 - September 30, 2020)** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 24-a | **Ankura Consulting Group, LLC [Dkt. No. 18095]** | 6/1 - 9/30/2020 | $ 5,079,515.26 | | $ - | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 24-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 2377]** | 6/1 - 9/30/2020 | $ 2,119,759.50 | | $ - | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 25 | **Citigroup Global Markets Inc. [Dkt. No. 16158]** | 6/1 - 9/30/2020 | $ 4,840,000.00 | | $ 10,606.80 | | | |
| | *Special Counsel to FOMB - PREPA* | | | | | | | |
| 26 | **Nixon Peabody LLP [Dkt. No. 15554]** | 6-1 - 9/30/2020 | $ 350,033.00 | | $ - | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 27-a | **O'Melveny & Myers LLP [Dkt. No. 15477]** | 6/1 - 9/30/2020 | $ 3,523,753.04 | | $ 210,123.92 | | | |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 27-b | **O'Melveny & Myers LLP [Dkt. No. 15481 and 17-3566 Dkt. No. 1048]** | 6/1 - 9/30/2020 | $ 1,426,389.95 | | $ 74,371.80 | | | |

as of 6/22/2022

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fifth - Thirteenth Fee Period Applications Deferred:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 27-c | **O'Melveny & Myers LLP [Dkt. No. 15482 and 17-3567 Dkt. No. 952]** | 6/1 - 9/30/2020 | $ 88,672.00 | | $ 2,182.88 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 27-d | **O'Melveny & Myers LLP [17-4780 Dkt. No. 2487]** | 6/1 - 9/30/2020 | $ 795,045.59 | | $ 129,247.99 | | | |
| | *Local Counsel to the FOMB* | | | | | | | |
| 28 | **O'Neill & Borges LLC [Dkt. No. 17660]** | 6/1 - 9/30/2020 | $ 283,425.75 | | $ 3,968.93 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 29 | **PJT Partners LP [Dkt. No. 15577]** | 6/1 - 9/30/2020 | $ 5,000,000.00 | | $ 2,426.81 | | | |
| | **Eleventh Interim Fee Period (October 1, 2020 - January 31, 2021)** | | | | | | | |
| | *Financial Advisors - Commonwealth* | | | | | | | |
| 30-a | **Ankura Consulting Group, LLC [Dkt. No. 18168]** | 10/1/2020 - 1/31/2021 | $ 4,613,452.36 | | $ 68,005.73 | | | |
| | *Financial Advisors - PREPA* | | | | | | | |
| 30-b | **Ankura Consulting Group, LLC [Dkt. No. 17831]** | 10/1/2020 - 1/31/2021 | $ 1,850,867.90 | | $ 36,019.70 | | | |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | |
| 31-a | **Brown Rudnick LLP [Dkt. No. 17447]** | 10/1/2020 - 1/31/2021 | $ 612,405.00 | | $ 2,238.65 | | | |
| | *Claims Counsel to FOMB - ERS* | | | | | | | |
| 31-b | **Brown Rudnick LLP [17-3566 Dkt. No. 1186]** | 10/1/2020 - 1/31/2021 | $ 43,511.00 | | $ 10,535.60 | | | |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | |
| 31-c | **Brown Rudnick LLP [17-4780 Dkt. No. 2564]** | 10/1/2020 - 1/31/2021 | $ 29,826.00 | | $ 34.17 | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 32-a | **O'Melveny & Myers LLP [Dkt. No. 16768]** | 10/1/2020 - 1/31/2021 | $ 3,401,048.00 | | $ 181,441.88 | | | |
| | *Counsel to AAFAF - ERS* | | | | | | | |
| 32-b | **O'Melveny & Myers LLP [Dkt. No. 16769]** | 10/1/2020 - 1/31/2021 | $ 712,225.00 | | $ 93,367.41 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 32-c | **O'Melveny & Myers LLP [Dkt. No. 16770]** | 10/1/2020 - 1/31/2021 | $ 73,920.50 | | $ 4,409.76 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 32-d | **O'Melveny & Myers LLP [17-4780 Dkt. No. 2488]** | 10/1/2020 - 1/31/2021 | $ 458,356.00 | | $ 148,074.10 | | | |
| | *Local Counsel to the FOMB* | | | | | | | |
| 33 | **O'Neill & Borges LLC [Dkt. No. 18127]** | 10/1/2020 - 1/31/2021 | $ 328,468.50 | | $ 3,894.86 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 34 | **PJT Partners LP [Dkt. No. 16945]** | 10/1/2020 - 1/31/2021 | $ 5,000,000.00 | | $ - | | | |
| | *Counsel to Debtors - Commonwealth* | | | | | | | |
| 35-a | **Proskauer Rose LLP [Dkt. No. 17587]** | 10/1/2020 - 1/31/2021 | $ 11,164,006.40 | | $ 438,081.14 | | | |
| | *Counsel to Debtors - ERS* | | | | | | | |
| 35-b | **Proskauer Rose LLP [Dkt. No. 17589 and 17-3566 Dkt. No. 1194]** | 10/1/2020 - 1/31/2021 | $ 1,308,558.00 | | $ 141,875.63 | | | |
| | *Counsel to Debtors - HTA* | | | | | | | |
| 35-c | **Proskauer Rose LLP [Dkt. No. 17591 and 17-3567 Dkt. No. 1056]** | 10/1/2020 - 1/31/2021 | $ 1,790,417.60 | | $ 78,072.78 | | | |
| | *Counsel to Debtors - PBA* | | | | | | | |
| 35-d | **Proskauer Rose LLP [Dkt. No. 17596 and 19-5523 Dkt. No. 166]** | 10/1/2020 - 1/31/2021 | $ 12,769.50 | | $ 344.00 | | | |
| | *Counsel to Debtors - PREPA* | | | | | | | |
| 35-e | **Proskauer Rose LLP [Dkt. No. 17592 and 17-4780 Dkt. No. 2573]** | 10/1/2020 - 1/31/2021 | $ 3,859,914.50 | | $ 129,277.60 | | | |
| | **Twelfth Interim Fee Period (February 1, 2021 - May 31, 2021)** | | | | | | | |
| | *Financial Advisors - PREPA* | | | | | | | |
| 36 | **Ankura Consulting Group, LLC [Dkt. No. 19189, 19634 and 17-4780 Dkt. No. 2650]** | 2/1/2021 - 5/31/2021 | $ 5,901,035.25 | | $ 196,557.40 | | | |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fifth - Thirteenth Fee Period Applications Deferred:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Economic Consultant to Proskauer Rose LLP as Counsel to FOMB - AAFAF* | | | | | | | |
| 37 | **Brattle Group, Inc., The [Dkt. No. 17393]** | 2/1/2021 - 5/31/2021 | $ 90,518.62 | | $ - | | | |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | |
| 38-a | **Brown Rudnick LLP [Dkt. No. 17740]** | 2/1/2021 - 5/31/2021 | $ 537,973.00 | | $ 2,328.07 | | | |
| | *Claims Counsel to FOMB - ERS* | | | | | | | |
| 39-b | **Brown Rudnick LLP [17-3566 Dkt. No. 1208]** | 2/1/2021 - 5/31/2021 | $ 57,377.00 | | $ 5,493.50 | | | |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | |
| 39-c | **Brown Rudnick LLP [17-4780 Dkt. No. 2592]** | 2/1/2021 - 5/31/2021 | $ 8,687.00 | | $ - | | | |
| | *Local Counsel to the FOMB* | | | | | | | |
| 40 | **O'Neill & Borges LLC [Dkt. No. 19412]** | 2/1/2021 - 5/31/2021 | $ 310,184.10 | | $ 7,080.85 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 41 | **PJT Partners LP [Dkt. No. 19494]** | 2/1/2021 - 5/31/2021 | $ 5,000,000.00 | | $ - | | | |
| | *Counsel to Debtors - Commonwealth* | | | | | | | |
| 42-a | **Proskauer Rose LLP [Dkt. No. 19689]** | 2/1/2021 - 5/31/2021 | $ 17,771,894.20 | | $ 972,661.56 | | | |
| | *Counsel to Debtors - ERS* | | | | | | | |
| 42-b | **Proskauer Rose LLP [Dkt. No. 19696 and 17-3566 Dkt. No. 1294]** | 2/1/2021 - 5/31/2021 | $ 412,901.90 | | $ 25,150.15 | | | |
| | *Counsel to Debtors - HTA* | | | | | | | |
| 42-c | **Proskauer Rose LLP [Dkt. No. 19694 and 17-3567 Dkt. No. 1120]** | 2/1/2021 - 5/31/2021 | $ 1,189,185.20 | | $ 39,430.16 | | | |
| | *Counsel to Debtors - PBA* | | | | | | | |
| 42-d | **Proskauer Rose LLP [Dkt. No. 19692 and 19-5523 Dkt. No. 267]** | 2/1/2021 - 5/31/2021 | $ 29,993.10 | | $ - | | | |
| | *Counsel to Debtors - PREPA* | | | | | | | |
| 42-e | **Proskauer Rose LLP [Dkt. No. 19690 and 17-4780 Dkt. No. 2678]** | 2/1/2021 - 5/31/2021 | $ 5,901,381.30 | | $ 184,992.83 | | | |
| | **Thirteenth Interim Fee Period (June 1, 2021 - September 30, 2021)** | | | | | | | |
| | *Economic Consultant to Proskauer Rose LLP as Counsel to FOMB - Commonwealth* | | | | | | | |
| 43-a | **Brattle Group, Inc., The [Dkt. No. 19275]** | 6/1/2021 - 9/30/2021 | $ 629,297.06 | | $ 1,500.00 | | | |
| | *Economic Consultant to Proskauer Rose LLP as Counsel to FOMB - Assessment of House Bill 3* | | | | | | | |
| 43-b | **Brattle Group, Inc., The [Dkt. No. 19272]** | 6/1/2021 - 9/30/2021 | $ 24,491.70 | | $ - | | | |
| | *Economic Consultant to Proskauer Rose LLP as Counsel to FOMB - Title III Expert Support* | | | | | | | |
| 43-c | **Brattle Group, Inc., The [Dkt. No. 19273]** | 6/1/2021 - 9/30/2021 | $ 503,859.50 | | $ 2,552.70 | | | |
| | *Economic Consultant to Proskauer Rose LLP as Counsel to FOMB - Healthcare Acts* | | | | | | | |
| 43-d | **Brattle Group, Inc., The [Dkt. No. 19274]** | 6/1/2021 - 9/30/2021 | $ 1,372.50 | | $ - | | | |
| | *Claims Counsel to the FOMB - Commonwealth* | | | | | | | |
| 44-a | **Brown Rudnick LLP [Dkt. No. 19321]** | 6/1/2021 - 9/30/2021 | $ 465,491.50 | | $ 1,409.10 | | | |
| | *Claims Counsel to the FOMB - ERS* | | | | | | | |
| 44-b | **Brown Rudnick LLP [17-3566 Dkt. No. 1263]** | 6/1/2021 - 9/30/2021 | $ 800.00 | | $ - | | | |
| | *Claims Counsel to the FOMB - PREPA* | | | | | | | |
| 44-c | **Brown Rudnick LLP [17-4780 Dkt. No. 2658]** | 6/1/2021 - 9/30/2021 | $ 91,691.00 | | $ 904.90 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 45 | **PJT Partners LP [Dkt. No. 19805]** | 6/1/2021 - 9/30/2021 | $ 5,000,000.00 | | $ - | | | |

as of 6/22/2022

**EXHIBIT C**

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**FINAL Fee Applications Deferred:**

| | Applicant | Compensation Period | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Final Fees Recommended for Approval | Final Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Counsel to AAFAF - COFINA* | | | | | | | |
| 1 | **O'Melveny & Myers [17-3284 Dkt. No. 640]** | 5/5/2017 - 2/12/2019 | $ 8,674,704.03 | | $ 78,506.01 | | | |

# ATTACHMENT 1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | **PROMESA**<br>**Title III** |
| **THE FINANCIAL OVERSIGHT AND**<br>**MANAGEMENT BOARD FOR PUERTO RICO,** | **No. 17 BK 3283-LTS** |
| As a representative of | **(Jointly Administered)** |
| **THE COMMONWEALTH OF PUERTO RICO**<br>*et al.*, | **Re:** ECF Dkt. Nos. 8180, 12847, 15765,<br>16282, 17357, 19223, 19518 |
| **Debtors.**[1] | <u>**Case No. 17-3566**</u> Dkt. Nos. 658, 864,<br>1070, 1117<br><u>**Case No. 17-3567**</u> Dkt. Nos. 615, 766, 965,<br>999<br><u>**Case No. 17-4780**</u> Dkt. Nos. 1489, 1965,<br>2373, 2425, 2670 |

## <u>OMNIBUS ORDER AWARDING:  INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE THIRTEENTH INTERIM (JUNE 1, 2021 – SEPTEMBER 30, 2021) AND PRIOR COMPENSATION PERIODS</u>

This matter coming before the Court on the interim fee applications (together Docket

Entry Nos. 8180, 12847, 15765, 16282, 17357, 19223, 19518 [Case No. 17-3283]; 658, 864,

1070, 1117  [Case No. 17-3566]; 615, 766, 965, 999 [Case No. 17-3567]; and 1489, 1965, 2373,

2425, 2670 [Case No. 17-4780],  the ("**Applications**")), all as indicated as "Recommended for

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the:  (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Approval" on the attached **Exhibit A**, pursuant to sections 316 and 317 of the Puerto Rico

Oversight, Management, and Economic Stability Act ("PROMESA), Pub. L. No. 114-187,

§§ 316, 317, 130 Stat., 549, 584-85 (2016), and Rule 2016 of the Local Rules of Bankruptcy

Practice and Procedure of the U.S. Bankruptcy Court for the District of Puerto Rico, for the

interim allowance of certain fees, including all holdbacks and expenses incurred by the

Applicants for the specific period of time set forth in each of the Applications (the

"**Compensation Periods**"); filed in accordance with the *Order Setting Procedures for Interim

Compensation and Reimbursement of Expenses for Professionals* [Dkt. No. 1150] (the "**Interim

Compensation Order**"); the *First Amended Order Setting Procedures for Interim Compensation

and Reimbursement of Expenses of Professionals* [Dkt. No. 1715] (the "**First Amended Interim

Compensation Order**"); the *Second Amended Order Setting Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 3269] (the "**Second

Amended Interim Compensation Order**"); the *Third Amended Order Setting Procedures for

Interim and Final Compensation and Reimbursement of Expenses of Professionals* [Dkt. No.

20546] (the "**Third Amended Interim Compensation Order**"); the *Order Pursuant to

PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee

Examiner and Related Relief* [Dkt. No. 1416] (the "**Fee Examiner Order**"); and the *First

Amended Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code

Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 3324] (the "**First

Amended Fee Examiner Order**"); and the Court having reviewed the Applications and/or the

report filed by the Fee Examiner with respect to the Applications [*see* Dkt. No. _____]; and the

Court finding that:  (a) the Court has jurisdiction over this matter pursuant to PROMESA

section 306(a); and (b) notice of the Applications and the hearing thereon being adequate under

the circumstances; and (c) all parties with notice of the Applications having been afforded the

opportunity to be heard on the Applications;

IT IS HEREBY ORDERED THAT:

1.      The Applications are GRANTED on an interim basis as set forth on the attached

**Exhibit A**.

2.      Each of the Applicants is allowed (a) interim compensation for services rendered

during the Compensation Periods and (b) interim reimbursement for actual and necessary

expenses incurred during the Compensation Periods, each in the respective and adjusted amounts

set forth on the attached **Exhibit A**, including, except as otherwise indicated, any and all

holdbacks.

3.      To the extent not already paid pursuant to the Interim Compensation Order, the

Debtors are hereby authorized and directed to pay each of the Applicants 100 percent of the fees

and 100 percent of the expenses listed on **Exhibit A** under the columns "Interim Fees

Recommended for Approval" and "Interim Expenses Recommended for Approval," respectively,

for services rendered and expenses incurred during the Compensation Periods.

4.      Pursuant to the Fee Examiner's report, the interim fee applications listed on

**Exhibit B** and the final application listed on **Exhibit C** of the report [Docket Entry Nos. 640

[Case No. 17-3284] 724, 873, 967, 1048, 1186, 1194, 1208, 1263, 1294 [Case No. 17-3566] 657,

770, 920, 952, 1056, 1120, [Case No. 17-3567], 1137, 1604, 1786, 1788, 1970, 1977, 2175,

2343, 2377, 2564, 2573, 2592, 2650, 2658, 2678, [Case No. 17-4780], 166, 267 [Case

No. 19-5523], 8014, 8016, 8454, 9215, 9275, 9332, 9354, 9538, 9539, 12180, 12401, 12907,

13600, 13725, 14031, 14041, 14179, 14523, 14924, 15472, 15477, 15481, 15482, 15553, 15554,

15577, 16155, 16156, 16157, 16158, 16768, 16769, 16770, 16782, 16945, 17393, 17447, 17587,

17589, 17591, 17592, 17596, 17660, 17740, 17831, 18095, 18127, 18168, 19189, 19272, 19273,

19274, 19275, 19321, 19412, 19494, 19634, 19689, 19690, 19692, 19694, 19696, 19805,

[Case No. 17-3283] remain adjourned for consideration at a later hearing date.

5.      This Order resolves Docket Entry Nos. 8180, 12847, 15765, 16282, 17357,

19223, 19518 [Case No. 17-3283]; 658, 864, 1070, 1117  [Case No. 17-3566]; 615, 766, 965,

999 [Case No. 17-3567]; and 1489, 1965, 2373, 2425, 2670 [Case No. 17-4780].

SO ORDERED.

Dated:  June _____, 2022

_____
LAURA TAYLOR SWAIN
United States District Judge

27385216.1

**EXHIBIT A**

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Sixth - Thirteenth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | **Sixth Interim Fee Period (February 1 - May 31, 2019)** | | | | | | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | | |
| 1-a | O'Melveny & Myers [Dkt. No. 8180] | 2/1 - 5/31/2019 | $ 2,873,762.15 | $ 55,478.49 | $ 244,200.68 | $ 2,201.94 | | $ 2,818,283.66 | $ 241,998.74 |
| | *Counsel to AAFAF - HTA* | | | | | | | | |
| 1-b | O'Melveny & Myers [17-3567 Dkt. No. 615] | 2/1 - 5/31/2019 | $ 85,817.14 | $ 1,656.72 | $ 1,037.31 | $ 9.35 | | $ 84,160.42 | $ 1,027.96 |
| | *Counsel for AAFAF - ERS* | | | | | | | | |
| 1-c | O'Melveny & Myers [17-3566 Dkt. No. 658] | 2/1 - 5/31/2019 | $ 2,292,671.25 | $ 44,260.43 | $ 64,457.00 | $ 581.20 | | $ 2,248,410.82 | $ 63,875.80 |
| | *Counsel to AAFAF - PREPA* | | | | | | | | |
| 1-d | O'Melveny & Myers [17-4780 Dkt. No. 1489] | 2/1 - 5/31/2019 | $ 4,809,921.59 | $ 92,856.40 | $ 129,968.65 | $ 1,171.92 | | $ 4,717,065.19 | $ 128,796.73 |
| | **Eighth Interim Fee Period (October 1, 2019 - January 31, 2020)** | | | | | | | | |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | | |
| 2-a | Brown Rudnick LLP [Dkt. No. 12847] | 10/1/2019 - 1/31/2020 | $ 643,562.50 | $ 13,218.31 | $ 40,133.81 | $ 882.66 | FN1 | $ 630,344.19 | $ 39,251.15 |
| | *Claims Counsel to FOMB - ERS* | | | | | | | | |
| 2-b | Brown Rudnick LLP [17-3566 Dkt. No. 864] | 10/1/2019 - 1/31/2020 | $ 178,082.50 | $ 3,657.69 | $ 598.20 | $ 13.16 | FN1 | $ 174,424.81 | $ 585.04 |
| | *Claims Counsel to FOMB - HTA* | | | | | | | | |
| 2-c | Brown Rudnick LLP [17-3567 Dkt. No. 766] | 10/1/2019 - 1/31/2020 | $ 2,885.00 | $ 59.26 | $ - | $ - | FN1 | $ 2,825.74 | $ - |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | | |
| 2-d | Brown Rudnick LLP [17-4780 Dkt. No. 1965] | 10/1/2019 - 1/31/2020 | $ 261,844.00 | $ 5,378.09 | $ 2,889.11 | $ 63.54 | FN1 | $ 256,465.91 | $ 2,825.57 |
| | **Ninth Interim Fee Period (February 1, 2020 - May 31, 2020)** | | | | | | | | |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | | |
| 3-a | Brown Rudnick LLP [Dkt. No. 15765] | 2/1 - 5/31/2020 | $ 514,656.00 | $ 10,570.67 | $ 2,767.12 | $ 60.86 | FN1 | $ 504,085.33 | $ 2,706.26 |
| | *Claims Counsel to FOMB - ERS* | | | | | | | | |
| 3-b | Brown Rudnick LLP [17-3566 Dkt. No. 1070] | 2/1 - 5/31/2020 | $ 373,027.50 | $ 7,661.72 | $ 7,554.43 | $ 166.14 | FN1 | $ 365,365.78 | $ 7,388.29 |
| | *Claims Counsel to FOMB - HTA* | | | | | | | | |
| 3-c | Brown Rudnick LLP [17-3567 Dkt. No. 965] | 2/1 - 5/31/2020 | $ 1,471.00 | $ 30.21 | $ - | $ - | FN1 | $ 1,440.79 | $ - |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | | |
| 3-d | Brown Rudnick LLP [17-4780 Dkt. No. 2373] | 2/1 - 5/31/2020 | $ 28,170.00 | $ 578.59 | $ - | $ - | FN1 | $ 27,591.41 | $ - |
| | **Tenth Interim Fee Period (June 1, 2020 - September 30, 2020)** | | | | | | | | |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | | |
| 4-a | Brown Rudnick LLP [Dkt. No. 16282] | 6/1 - 9/30/2020 | $ 400,158.00 | $ 8,218.96 | $ 2,923.99 | $ 64.31 | FN1 | $ 391,939.04 | $ 2,859.68 |
| | *Claims Counsel to FOMB - ERS* | | | | | | | | |
| 4-b | Brown Rudnick LLP [17-3566 Dkt. No. 1117] | 6/1 - 9/30/2020 | $ 194,704.00 | $ 3,999.08 | $ 195,408.96 | $ 4,297.63 | FN1 | $ 190,704.92 | $ 191,111.33 |
| | *Claims Counsel to FOMB - HTA* | | | | | | | | |
| 4-c | Brown Rudnick LLP [17-3567 Dkt. No. 999] | 6/1 - 9/30/2020 | $ 162.00 | $ 3.33 | $ - | $ - | FN1 | $ 158.67 | $ - |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | | |
| 4-d | Brown Rudnick LLP [17-4780 Dkt. No. 2425] | 6/1 - 9/30/2020 | $ 54,363.00 | $ 1,116.58 | $ 71.33 | $ 1.57 | FN1 | $ 53,246.42 | $ 69.76 |
| | **Twelfth Interim Fee Period (February 1, 2021 - May 31, 2021)** | | | | | | | | |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | | |
| 5 | Marini Pietrantoni Muniz LLC [Dkt. No. 17357] | 2/1 - 5/31/2021 | $ 380,863.00 | $ 2,451.68 | $ 5,054.48 | $ - | | $ 378,411.32 | $ 5,054.48 |
| | **Thirteenth Interim Fee Period (June 1, 2021 - September 30, 2021)** | | | | | | | | |
| | *Puerto Rico Counsel to PREPA* | | | | | | | | |
| 6 | Diaz & Vazquez Law Firm, P.S.C. [Dkt. No. 19518 AND 17-4780 Dkt No. 2670] | 6/1 - 9/30/2021 | $ 2,348,212.50 | $ 21,290.00 | $ 17,024.79 | $ 5,241.20 | FN2 | $ 2,326,922.50 | $ 11,783.59 |

as of 6/22/2022

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Sixth -  Thirteenth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Puerto Rico Counsel to AAFAF* | | | | | | | |
| 7 | **Marini Pietrantoni Muniz LLC [Dkt. No. 19223]** | 6/1 - 9/30/2021 | $ 422,971.50 | $ 1,567.38 | $ 3,741.12 | $ 280.60 | $ 421,404.12 | $ 3,460.52 |

**FN1** - Brown Rudnick LLP's Seventh Fee Period applications were previously recommended for Court approval [Dkt. No. 20408] with the Fee Examiner's initially proposed adjustments, and the Court ordered those adjustments [Dkt. No. 20412].  The professional subsequently provided information to the Fee Examiner relating to the Seventh Fee Period.  The adjustments recommended for approval in this report and exhibit include credits due to the professional as a result of that additional information.

**FN2** - Diaz Vazquez's requested fees are $100 more than the underlying documentation support.  The Fee Examiner's Recommended Fee Adjustments column also includes a $100 reduction on that basis.