**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br><br>　　　　　　　　Debtors.[1] | PROMESA Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |

**INFORMATIVE MOTION REGARDING U.S. BANK'S
APPEARANCE AT JUNE 29-30, 2020, OMNIBUS HEARING**

To the Honorable United States District Court Judge Laura Taylor Swain:

U.S. Bank Trust National Association and U.S. Bank National Association (together "U.S. Bank") hereby submits this informative motion in response to the Court's *Order Regarding Procedures for June 29-30, 2022, Omnibus Hearing* [ECF No. 21264] and respectfully states as follows:

1. Robin Keller from the New York, New York office of Hogan Lovells US LLP will appear on behalf of U.S. Bank, at the June 29-30, 2022 Omnibus Hearing (the "Hearing").

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801)

2.  U.S. Bank does not intend to present any argument during the hearing, but reserves the right to be heard on any matter raised by any party at the Hearing as may concern U.S. Bank related to the Title III Cases or the interests of U.S. Bank.

**RESPECTFULLY SUBMITTED,** in San Juan, Puerto Rico, this 23rd day of June 2022.
[*Remainder of page left intentionally blank*]

| | |
|---|---|
| Dated: June 23, 2022 | By: /s/ Eric a. Tulla |

**RIVERA, TULLA AND FERRER, LLC**
Eric A. Tulla
USDC-DPR No. 118313
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787) 753-0438
Fax: (787)767-5784 (787) 766-0409
etulla@ riveratulla.com

and

**HOGAN LOVELLS US LLP**
Ronald J. Silverman, Esq.
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
ronald.silverman@hoganlovells.com

*Counsel to U.S. Bank Trust National Association and U.S. Bank National Association*

### CERTIFICATE OF SERVICE

I hereby certify that this 23rd day of June 2022 I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

San Juan, Puerto Rico

By: /s/Eric A. Tulla
Eric A. Tulla

\\NY - 021918/000014 - 10564285 v1

**EXHIBIT A**
PARTY APPEARANCE SHEET

| Name of Party | U.S. Bank Trust National Association and U.S. Bank National Association |
|---|---|
| Party Name Abbreviation (For Use with Zoom) | U.S. Bank |
| Attorney Appearance (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number,<br>• Docket Entry No. for the Attorney's Notice of Appearance, and<br>• Zoom Screen Name | Robin Keller, Esq.<br><br>robin.keller@hoganlovells.com<br><br>Hogan Lovells US LLP<br><br>Telephone: (212) 909-0640<br><br>Docket Entry No. 274<br><br>US Bank/Keller, Robin/Hogan Lovells US LLP |

4

\\NY - 021918/000014 - 10564285 v1