**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br><br>**Re: ECF No. 21264** |

**INFORMATIVE MOTION REGARDING ATTENDANCE AT**
**JUNE 29-30, 2022, OMNIBUS HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through the undersigned counsel, hereby states and prays as follows:

1. The undersigned, appearing in this proceeding on behalf of AAFAF, hereby respectfully submit this informative motion in response to the Court's order (the "Order") entered on June 17, 2022 [ECF No. 21264].

2. Luis C. Marini-Biaggi and/or Carolina Velaz-Rivero of Marini Pietrantoni Muñiz LLC will appear, via videoconferencing technology, at the June 29-30, 2022 hearing (the "Hearing"), and seek to be heard to address questions and comments, if any, related to the June

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Building Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS). (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

Status Report of AAFAF[2], reserving the right to be heard on any other matter presented to the Court and to respond to any statements made by any party in connection with the above captioned Title III cases to the extent it impacts the interests of AAFAF or the elected Government of Puerto Rico or any instrumentality thereof.

3. John Rapisardi, Peter Friedman, Maria J. DiConza and/or Elizabeth McKeen of O'Melveny & Myers LLP will appear, via videoconferencing technology, at the Hearing and reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases to the extent it impacts the interests of AAFAF or the elected Government of Puerto Rico or any instrumentality thereof.

4. Further, counsels Marini, Velaz, Rapisardi, Friedman, DiConza and McKeen, hereby submit their Party Appearance Cover Sheet as **Exhibit A** to this motion.

**WHEREFORE**, AAFAF respectfully requests that the Court take notice of the foregoing.

Dated: June 23, 2022
San Juan, Puerto Rico

Respectfully submitted,

| **O'MELVENY & MYERS LLP** | **MARINI PIETRANTONI MUÑIZ LLC** |
|---|---|
| */s/ John J. Rapisardi* | */s/ Luis C. Marini-Biaggi* |
| John J. Rapisardi | Luis C. Marini-Biaggi |
| Maria J. DiConza | USDC No. 222301 |
| Elizabeth McKeen | Carolina Velaz-Rivero |
| (Admitted *Pro Hac Vice*) | USDC No. 300913 |
| 7 Times Square | 250 Ponce de León Ave., Suite 900 |
| New York, NY 10036 | San Juan, Puerto Rico 00918 |
| Telephone: (212) 326-2000 | Telephone: (787) 705-2171 |
| Facsimile: (212) 326-2061 | Facsimile: (787) 936-7494 |
| Email: jrapisardi@omm.com | |
| mdiconza@omm.com | *Attorneys for the Puerto Rico Fiscal Agency* |
| emckeen@omm.com | *and Financial Advisory Authority* |

---

[2] As directed in ¶ 7 of the Order.

-and-

Peter Friedman
(Admitted *Pro Hac Vice*)
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: pfriedman@omm.com

*Attorneys for the Puerto Rico Fiscal Agency
and Financial Advisory Authority*