# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | PROMESA <br> Title III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS <br><br> (Jointly Administered) |
| As a representative of | |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*, | Re: Dkt. No. 21264 <br><br> **Hearing date:** June 29, 2022 at 9:30 a.m. (Atlantic Standard Time) |
| **Debtors.**[1] | |

## INFORMATIVE MOTION OF THE FEE EXAMINER PURSUANT TO ORDER REGARDING PROCEDURES FOR JUNE 29, 2022, OMNIBUS HEARING

By his counsel, the Fee Examiner appointed in these proceedings files this Informative Motion pursuant to the *Order Regarding Procedures for June 29-30, 2022, Omnibus Hearing* [Dkt. No. 21264]. The Fee Examiner's Party Appearance Cover Sheet is attached to this Informative Motion as **Exhibit A**. The Fee Examiner further states that:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. On June 22, 2022, the Fee Examiner filed the *Fee Examiner's Report on Uncontested Professional Fee Matters and PRRADA Status for Consideration in Connection with the June 29, 2022 Omnibus Hearing* [Dkt. No. 21317] (the "**Status Report**").

2. The Status Report outlines the Fee Examiner's recommendations for the Court's approval, with adjustments and on an uncontested basis, of a group of interim applications for the Thirteenth Interim Compensation Period (June 1, 2021-September 30, 2021) and prior interim fee periods—all filed prior to the enactment of the *Puerto Rico Recovery Accuracy in Disclosures Act*, Pub. L. No. 117-82 ("**PRRADA**").

3. The Status Report attached a proposed order approving the uncontested fee applications (the "Proposed Order"). Counsel also submitted the Proposed Order to chambers in MS Word format pursuant to the *Sixteenth Amended Case Management and Administrative Procedures* [Dkt. No. 20190-1].

4. Pursuant to the *Third Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 20546] (the "**Third Amended Compensation Order**") if no objections are timely filed, fee applications may be approved by Court order without a hearing, *id.* at 2(j), and the Court has done so in the past.

5. Contemporaneously with the Fee Examiner's filing of the Status Report, the United States Trustee for Region 21 filed the *Motion of the United States Trustee for Amendment of the Third Amended Order Setting Procedures for Interim and Final Compensation and Reimbursement of Expenses of Professionals (ECF No. 20546)* [Dkt. No. 21316] (the "**U.S. Trustee Motion**") requesting an extension of the PRRADA disclosure and related deadlines. The Fee Examiner has no objection to this request, and will file a separate response stating as such. Nothing in the U.S. Trustee Motion affects the relief requested in the Status Report.

6. The Fee Examiner and counsel plan to appear at the Zoom omnibus hearing and will be prepared to respond to questions from the Court, if any, regarding the Status Report or the U.S. Trustee Motion. In the absence of such questions, the Fee Examiner and counsel do not anticipate a speaking role at the hearing.

Dated this 23rd day of June 2022.

WE HEREBY CERTIFY that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

EDGE Legal Strategies, PSC

  *s/ Eyck O. Lugo*
Eyck O. Lugo
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Telephone: (787) 522-2000
Facsimile: (787) 522-2010
*Puerto Rico Counsel for Fee Examiner*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler (*Pro Hac Vice*)

*Counsel for the Fee Examiner*

3

**EXHIBIT A**
FEE EXAMINER'S PARTY APPEARANCE SHEET

| Name of Party | Fee Examiner |
|---|---|
| Party Name Abbreviation (For Use with Zoom) | Fee Examiner |
| Omnibus Hearing Participants<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name<br>• Email<br>• Law Firm<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See May Omnibus Hearing Procedures Order, ¶ 8(a)) | Brady C. Williamson<br>bwilliam@gklaw.com<br><br>Katherine Stadler<br>kstadler@gklaw.com<br><br>Godfrey & Kahn, S.C.<br>(608) 284-2636 (Mr. Williamson)<br>(608) 284-2654 (Ms. Stadler)<br><br>*See Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(a) Appointing a Fee Examiner and Related Relief* [Dkt. No. 1416]<br><br>Zoom Screen Names:<br>Fee Examiner/Williamson, Brady/Godfrey & Kahn, S.C.<br><br>Fee Examiner/Stadler, Katherine/Godfrey & Kahn, S.C.<br><br>Eyck O. Lugo<br>elugo@edgelegalpr.com<br><br>EDGE Legal Strategies, PSC<br>(787) 522-2000<br><br>*See Order Authorizing the Employment of Edge Legal Strategies, PSC as Local Counsel to the Fee Examiner* [Dkt. No. 1992]<br><br>Zoom Screen Name:<br>Fee Examiner, Lugo, Eyck/EDGE Legal Strategies, PSC |

27392788.1