# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>Debtors | 3:17 BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |
| ADRIÁN MERCADO JIMÉNEZ, *at al*<br>Movant<br><br>IN RE: PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY<br><br>Debtors-Respondent | CASE NO. 17-03567 (LTS)<br><br>PROMESA Title III<br><br>CLAIM NO. 44390 |

## MOTION REQUESTING LATE FILING

**COMES NOW,** respondents, **TERESA VIZCARRONDO TORO, ADRIÁN MERCADO JIMÉNEZ Y SU SOCIEDAD LEGAL DE GANANCIALES,** and very respectfully ALLEGE and PRAY:

1. That on June 9, 2022, herein appearing party send by mail the corresponding Response.

2. That on June 10, 2022, said Response was received by the Court Clerk's office. (Exhibit A)

3. That on June 10, 2022, the Clerk of Court sent to herein appearing party Notice of Defective Pleading by mail (Exhibit B).

4. That said Notice was received by herein appearing party on June 17, 2022.

5. Said notice stated that herein appearing party must submit a corrected pleading a) filed electronically and b) Heather/caption to comply with Order filed in case No. 17-BK-3283 at Docket 1417.

6. After receiving the above-mentioned Docket herein appearing party in food faith believes is now in compliance.

7. It is requested from this Honorable Court that the Corrected Response be allowed. No harm has been suffered by any party by this late filing.

**WHEREFORE**, it is respectfully requested from this Honorable Court that this late filing be allowed.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a copy of this motion was electronically filed by Movant, Adrián Mercado Jiménez, using the CM/ECF system, which will send notification to all the parties which have made an electronic appearance in this case.

In Guaynabo, Puerto Rico on this 21th day of June 2022.

<u>**s/RICARDO PASCUAL-VILLARONGA**</u>
**USDC-PR-209402**
**RICARDO PASCUAL LAW OFFICES, PSC.**
PMB 479
1353 Ave. Luis Vigoreaux

Guaynabo, PR. 00966

Tel.: (787) 510-4883

Fax: (787) 273-1540

E-Mail: ripascual36@gmail.com