UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA TITLE III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, at al., | This filing relates to HTA. 17 BK-03567 Teresa Vizcarrondo Toro, Adrián Mercado Jiménez y su Sociedad Legal de Gananciales |
| Debtors | CLAIM #44390 |

## RESPONSE

**COMES NOW**, respondents, **TERESA VIZCARRONDO TORO, ADRIÁN MERCADO JIMÉNEZ Y SU SOCIEDAD LEGAL DE GANANCIALES**, and very respectfully ALLEGE and PRAY:

1. That respondents filed on May 30, 2018, in the above captioned matter Proof of Claim (enclosed as Exhibit I).

2. Said Proof of Claim at page 3 exposes that in Puerto Rico case TS/SJ 2011-0240 HTA left the expropriated real estate enclosed (enclavada).

3. Herein appearing party owns 25% of the 40-acre enclosed parcel known as Perseverancia P-2 "C" (Exhibit II).

4. None of the other co-owners filed Proof of Claim.

5. That this parcel of land has been enclosed (enclavada) since, at least, August 1, 2011, depriving herein appearing party of any use of the property.

6. That on May 31, 2022, herein appearing party received notice titled "IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASONG LISTED BELOW". (Exhibit III)

7. The reason given by the HTA seeking to disallow this party's claim is misleading at the very least, as it does not address the reason for the claim, only mention certain amounts paid by the expropriation of other parts of the parcel.

8. Appearing party received the funds there mentioned, but the HTA never complied with the agreement reached so that the parcel will have proper access.

9. Enclosed e-mails sent to HTA on January 20 and 31, 2022 pertaining to this situation which were never acknowledged. (Exhibit IV and V)

10. Enclosed 10 pictures taken on or about January 30, 2022, showing the fully enclosed parcel of land. (Exhibit VI)

11. The request to disallow the present claim by HTA is completely irrelevant to the claim and misleading to this Honorable Court as mentioned above.

12. Damages suffered by herein appearing party are continuous, at present are calculated in a sum no less than $100,000.00 as punitive and/or regular damages.

13. The cost of filing this motion with all the study and review involved took 12 hours x $400.00 equals $5,200.00, which should be reimbursed to the herein appearing party. The undersigned is an attorney admitted to practice in Puerto Rico on September 30, 1963, and in this Honorable Court on July 24, 1964

3

**WHEREFORE**, it is respectfully REQUESTED FROM THIS Honorable Court that Orders HTA to provide an immediate access to the parcel of land belonging to respondents, award $100,000.00 in damages, punitive or otherwise, to the herein appearing party, and also Order HTA to reimburse herein appearing party $5,200.00 for costs as the HTA's seek to disallow respondants claim as frivolous, filed as bad faith or negligently, and totally irrelevant, plus attorney's fees.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 9 day of June 2022.

*[signature]*

**ADRIÁN MERCADO**
USDC-PR 111304
PO Box 9023980
San Juan, PR 00902-3980
TEL.: (787) 273-0611
MOB.: (787) 567-0025
E-Mail: amercado@mercadosotolaw.com

**CERTIFY** that copy of this motion has been sent by Priority Mail on this date to: 1) **Clerk's Office**, United States District Court, Room 150 Federal Building, San Juan, Puerto Rico 00918-1767; 2) **Counsel for the Oversight Board, Proskauer Rose LLP, Attn: Martin J. Bienenstock and Brian S. Rosen** to Eleven Time Square, New York, New York 10036-8299; 3) **Counsel for the Creditors' Committee, Paul Hastings LLP, Attn. Luc A. Despins, James Bliss, James Worthington and G. Alexander Bongartz** to 200 Park Avenue, New York, New York 10166.