# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>Debtors | 3:17 BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |
| ADRIÁN MERCADO JIMÉNEZ, *at al*<br>Movant<br><br>IN RE: PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY<br><br>Debtors-Respondent | CASE NO. 17-03567 (LTS)<br><br>PROMESA Title III<br><br>CLAIM NO. 44390 |

## CORRECTED RESPONSE

**COMES NOW,** respondents, **TERESA VIZCARRONDO TORO, ADRIÁN MERCADO JIMÉNEZ Y SU SOCIEDAD LEGAL DE GANANCIALES,** and very respectfully ALLEGE and PRAY:

1. This filing relates to HTA. 17BK-03567 Teresa Vizcarrondo Toro, Adrián Mercado Jiménez y su Sociedad Legal de Gananciales CLAIM #44390.

2. That respondents filed on May 30, 2018, in the above captioned matter Proof of Claim (enclosed as Exhibit I).

3. Said Proof of Claim at page 3 exposes that in Puerto Rico case TS/SJ 2011-0240 HTA left the expropriated real estate enclosed (enclavada).

4. Herein appearing party owns 25% of the 40-acre enclosed parcel known as Perseverancia P-2 "C" (Exhibit II).

5. None of the other co-owners filed Proof of Claim.

6. That this parcel of land has been enclosed (enclavada) since, at least, August 1, 2011, depriving herein appearing party of any use of the property.

7. That on May 31, 2022, herein appearing party received notice titled "IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASONG LISTED BELOW". (Exhibit III)

8. The reason given by the HTA seeking to disallow this party's claim is misleading at the very least, as it does not address the reason for the claim, only mention certain amounts paid by the expropriation of other parts of the parcel.

9. Appearing party received the funds there mentioned, but the HTA never complied with the agreement reached so that the parcel will have proper access.

10. Enclosed e-mails sent to HTA on January 20 and 31, 2022 pertaining to this situation which were never acknowledged. (Exhibit IV and V)

11. Enclosed ten pictures taken on or about January 30, 2022, showing the fully enclosed parcel of land. (Exhibit VI)
12. The request to disallow the present claim by HTA is completely irrelevant to the claim and misleading to this Honorable Court as mentioned above.
13. Damages suffered by herein appearing party are continuous, at present are calculated in a sum no less than $100,000.00 as punitive and/or regular damages.
14. The cost of filing this motion with all the study and review involved took 12 hours x $400.00 equals $5,200.00, which should be reimbursed to the herein appearing party. The undersigned is an attorney admitted to practice in Puerto Rico on September 30, 1963, and in this Honorable Court on July 24, 1964.

**WHEREFORE**, it is respectfully requested from this Honorable Court that Orders HTA to provide an immediate access to the parcel of land belonging to respondents, award $100,000.00 in damages, punitive or otherwise, to the herein appearing party, and also Order HTA to reimburse herein appearing party $5,200.00 for costs as the HTA's seek to disallow respondants claim as frivolous, filed as bad faith or negligently, and totally irrelevant, plus attorney's fees.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a copy of this motion was electronically filed by Movant, Adrián Mercado Jiménez, using the CM/ECF system, which will send

notification to all the parties which have made an electronic appearance in this case.

In Guaynabo, Puerto Rico on this 21th day of June 2022.

**s/RICARDO PASCUAL-VILLARONGA**
**USDC-PR-209402**
**RICARDO PASCUAL LAW OFFICES, PSC.**
PMB 479
1353 Ave. Luis Vigoreaux
Guaynabo, PR. 00966
Tel.: (787) 510-4883
Fax: (787) 273-1540
E-Mail: ripascual36@gmail.com

1802.001