# LUIS REYES VAZQUEZ, LLC
### ESTUDIOS Y SEGUROS DE TITULOS

JAN 1 8 2017

CONDOMINIO EL CENTRO II OFICINA 254, SAN JUAN, PUERTO RICO 00918
TEL.: (787) 753-0570 • 753-1011 / TELEFAX: (787) 758-4445 • 753-4005 / E-mail: lrvtitle@prtc.net

## CERTIFICADO DE ESTUDIO DE TITULO

Exhibit II

SOLICITANTE: LCDO. ADRIAN MERCADO     REGISTRO: PONCE II
ATENCIÓN: MERCADO & SOTO    ROSA VELAZCO
REF: FINCA 14953// PARCELAS 021-01 Y 021-04

El que suscribe **CERTIFICA**:

**PRIMERO:** Que ha examinado todos los libros del Registro de la Propiedad y demás récords públicos relativos a la descripción, títulos y cargas de la propiedad descrita a continuación:

-----PARCELA P-2AC. RUSTICA: Radicada en dos Barrios Canas y Mayüeyes del término municipal de Ponce, compuesto de cincuenta y seis cuerdas y treinta y uno setenta y nueves milésimas de cuerdas. (56.3179cdas), equivalentes a doscientos veintiún mil trescientos cincuenta y uno punto cinco mil ciento ochenta y un metros cuadrados (221,351.5181 m/c) de las cuales quince punto trece dieciocho cuerdas (15.1318 cdas.) son de terrenos llanos y cuarenta y uno punto dieciocho sesenta y una cuerdas (41.1861 cdas.) son de terrenos escarpados estando divididos los terrenos llanos de los terrenos escarpados por la porción Camino" estando compuesta la presente porción de las siguientes porciones: "PORCIÓN"P-2A 2 "RUSTICA: Parcela identificada como P-2 "A" Llana en el plano de segregación, radicado en los barrios Canas y Magüeyes del término municipal de Ponce, con un área superficial de quince punto mil trescientos dieciocho cuerdas (15.1318 cdas.) equivalente a cincuenta y nueve mil cuatrocientos setenta y cuatro punto cero quinientos veintiuno metros cuadrados (59,474.0521 m/c). En lindes por el **NORTE**, en cuatrocientos veintinueve punto trescientos ochenta y dos metros (429.382 mts) con la parcela P-2 B" Llana del plano de seguridad; por el **SUR**, en tres alineaciones en cuatrocientos diez y nueve punto doscientos noventa y nueve metros (419.299 mts.) con la Hacienda Persovelasur, de wrishing y compañia; por el **ESTE**, en cuatro alineaciones con ciento sesenta y dos punto cuatrocientos treinta y un metros (162.431 mts) con el Río Canas; y por el **OESTE**, en ciento cuarenta y cinco punto setecientos cincuenta y uno metros (145.751 mts) con Parcela Camino" Esta porción esta identificada en el plano de segregación como Parcela P-2 A" Llana. "Porción "B: Rustica compuesta de cuarenta y una cuerda mil ochocientos sesenta y un milésimas (41.1861cdas) de terreno escarpados, equivalentes a ciento sesenta y uno mil doscientos setenta y siete punto cuatro mil seiscientos setenta metros cuadrados que radica en los barrios Canas y Magüeyes del término municipal de Ponce, colinda por el norte en quinientos veintitrés punto quinientos treinta y ocho metros (523.538 mts) con la parcela P-2 B" escarpada del plano de segregación: por el sur en Seis alineaciones, en doscientos cuatro punto ochocientos cuarenta y nueve (204.849 mts), con la Carretera Estatal número ciento treinta y dos y en trescientos sesenta punto quinientos ochenta y ocho, (360.588 mts) con la Parcela P-1 escarpada del plano de segregación y con dos alineaciones en cuatrocientos noventa y cuatro punto quinientos treinta metros (494.530 mts.) con la Parcela P-2 "A" escarpada del plano de segregación: por el Este en quinientos noventa y nueve punto setecientos ochenta metros (599.780 mts), con la Parcela P-1 escarpada del plnao de segregación y en ciento cuarenta y cinco punto doscientos sesenta y tres metros (145.263 mts). con la parcela Camino" y por el Oeste, en trescientos setenta y nueve punto seiscientos ocho metros.) (379.608 mts)   Parcela P-2 "B" escarpada del plano de segregación. Esta Porción está identificada en el plano de segregación como Parcela P-2 "C" escarpada.



---No consta presentado, ni segregada las Parcelas #021—01 y #021-04 en el Registro.

S̶e̶ ̶s̶e̶g̶r̶e̶g̶a̶ de la finca #46,406, hoy #243 inscrito al folio #127 del tomo #678 de Ponce II