Exhibit III

## IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| TERESA VIZCARRONDO TORO, ADRIAN MERCADO JIMENEZ Y SU SOCIEDAD LEGAL DE GANANCIALES | 44390 | 5/30/2018 | Puerto Rico Highways and Transportation Authority | $100,000.00 |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | Proof of Claim asserts claim related to litigation case KEF-2011-0240. Partial settlement was entered in the case, with respect to this creditor, and HTA deposited funds with the Commonwealth court in compliance with the stipulation. The funds were withdrawn, in a total amount of $31,641.32, on 2/15/2015, 2/7/2019 and 8/12/2019. | | | |

## SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| TERESA VIZCARRONDO TORO, ADRIAN MERCADO JIMENEZ Y SU SOCIEDAD LEGAL DE GANANCIALES | 44390 | 5/30/2018 | Puerto Rico Highways and Transportation Authority | $100,000.00 |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | La Evidencia de Reclamo invoca un reclamo vinculado al litigio KEF-2011-0240. Se dictó un acuerdo parcial en el caso, con respecto al acreedor, y la ACT depositó los fondos ante el tribunal del Estado Libre Asociado para cumplir con la estipulación. Se retiraron fondos por un total de $31.641,32, el 15/2/2015, el 7/2/2019 y el 12/8/2019. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico. Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).