# Gmail

Adrian Mercado <amercado@mercadosotolaw.com>

## K EF2011-0240
1 message

Exhibit IV

**Adrian Mercado** <amercado@mercadosotolaw.com>  
To: lcda.anitacortescenteno@gmail.com  
Cc: Isis Ramirez-Salcedo <isisramirezlaw@gmail.com>

Thu, Jan 20, 2022 at 1:39 PM

Anita ,saludos y felicidades en el 2022  
Anita ,este caso lo que tiene es una Sentencia Administrativa Parcial  
del 23 de enero 2019 Se dicto para fines administrativos solamente.  
No adjudica los meritos de los planteamientos,ni las reclamaciones formuladas.  
Aqui ,la finca quedo enclavada y El Peticionario acordo corregir esa situacion  
Hubo vista ocular.  
Al dia de hoy nada ha ocurrido con lo acordado  
Es necesario reunirnos en tu oficina con la Lcda Isis Ramirez y resolver esta situacion lo antes posible  
La semana entrante yo puedo 24,25,26,27pm y 28  
Danos fecha,gracias  
Adrian Mercado  
Parte con Interes