Exhibit V

 Gmail

Adrian Mercado <amercado@mercadosotolaw.com>

## K EF2011-0240
1 message

**Adrian Mercado** <amercado@mercadosotolaw.com>  Mon, Jan 31, 2022 at 11:22 AM
To: lcda.anitacortescenteno@gmail.com
Cc: Isis Ramirez-Salcedo <isisramirezlaw@gmail.com>

Anita, buenos dias, en relacion al caso del epigrafe sirva la presente para
solicitar nuevamente una reunion urgente en tus oficinas pues mi propiedad continua ENCLAVADA privandome de todo uso y disfrute de la misma
Lcda Ramirez desea estar presente en dicha reunion pues sus clientes estan
afectados igualmente
Tengo disponibles martes pm, miercoles y jueves todo el dia y viernes am
Gracias por tu atencion
Adrian Mercado
Parte con Interes