6/8/22, 4:39 PM  Case:17-03283-LTS Doc#:21326-6 Filed:06/23/22 Entered:06/23/22 15:27:33  Desc: pictures  Exhibit VI  Page 1 of 10

Exhibit II (10 pictures)



















