UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |

<u>MEDIATION TEAM'S NOTICE AND REQUEST FOR APPROVAL OF
SECOND EXTENSION OF TERMINATION DATE OF MEDIATION</u>

PLEASE TAKE NOTICE that, on April 8, 2022, the Court entered an order (the "**Appointment Order**")[2] appointing a Mediation Team comprised of the Honorable Shelley C.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Appointment Order.

Chapman as lead mediator, the Honorable Robert D. Drain, and the Honorable Brendan L. Shannon (collectively, the "**Mediation Team**") to facilitate confidential negotiations among the Mediation Parties (and any other Mediation Party added in the Mediation Team's discretion) regarding the Mediation Topics (the "**Mediation**"). On the same date, the Court entered its Order Establishing the Terms and Conditions of Mediation (the "**Terms and Conditions Order**").

PLEASE TAKE FURTHER NOTICE that Paragraph 3 of the Terms and Conditions Order provides, in pertinent part, that "[u]nless, in the determination of the Mediation Team, a resolution has been reached in the Mediation before such time, the Mediation shall terminate on **June 1, 2022 at 11:59 p.m. (Atlantic Standard Time)** (the "**Termination Date**"); provided, that the Mediation Team may extend the Termination Date based on its assessment of the material progress of the Mediation but in no event shall extend the Termination Date beyond **July 1, 2022 at 11:59 p.m. (Atlantic Standard Time)** without this Court's approval after notice of such proposed extension to parties in interest; provided, further that the Termination Date may be extended by the Mediation Team for purposes of its involvement in any secondary or drafting terms."

PLEASE TAKE FURTHER NOTICE that on May 26, 2022, pursuant to Paragraph 3 of the Terms and Conditions Order, the Mediation Team filed a Notice of Extension of Termination Date of Mediation extending the Termination Date to July 1, 2022.

PLEASE TAKE FURTHER NOTICE that, pursuant to Paragraph 3 of the Terms and Conditions Order, the Mediation Team has determined that it would be beneficial to the mediation process for the Mediation Team to continue facilitating negotiations among Mediation Parties and, therefore, requests that this Honorable Court approve a second extension of the Termination Date to **August 1, 2022** at 11:59 p.m. (Atlantic Standard Time).

PLEASE TAKE FURTHER NOTICE that the Mediation Team reserves the right to seek further extensions of the Termination Date with approval of the Court after notice of such

proposed extensions to interested parties, as permitted in Paragraph 3 of the Terms and Conditions Order.

Dated: June 23, 2022                  /s/ Shelley C. Chapman
SHELLEY C. CHAPMAN
United States Bankruptcy Judge

/s/ Brendan L. Shannon
BRENDAN L. SHANNON
United States Bankruptcy Judge

/s/ Robert D. Drain
ROBERT D. DRAIN
United States Bankruptcy Judge

AND NOW, this \_\_\_\_ day of June, 2022, the Mediation Team's Notice and Request for Approval of Second Extension of Termination Date of Mediation is hereby APPROVED and the Termination Date is extended to August 1, 2022 at 11:59 p.m. (Atlantic Standard Time).

HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE