**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. 20605 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>Re: ECF No. 2785 |

**URGENT MOTION OF FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR ORDER EXTENDING MEDIATION
TERMINATION DATE AND RELATED PATH FORWARD DEADLINE**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To The Honorable United States District Court Judge Laura Taylor Swain:

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as Title III representative of the Puerto Rico Electric Power Authority ("PREPA" or the "Debtor") in this Title III case pursuant to section 315(b) of the *Puerto Rico Oversight, Management and Economic Stability Act* ("PROMESA"),[2] respectfully submits this urgent motion (the "Urgent Motion") for an order extending through and including August 1, 2022, (i) the Termination Date (as defined below) for mediation, and (ii) the deadline for the Oversight Board to comply with certain directives in the Court's May 27 Order,[3] and represents as follows:

## RELIEF REQUESTED

1. The Oversight Board respectfully requests the Court to enter an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order") extending through August 1, 2022 (i) the Termination Date (defined below), and (ii) the current July 1, 2022 deadline for the Oversight Board to file either (a) a plan of adjustment, (b) a term sheet for a plan of adjustment, (c) a litigation schedule, or (d) a declaration and memorandum of law showing cause why the Court should not consider dismissal of PREPA's Title III case, set forth in the Court's May 27 Order. The proposed extension of the Termination Date (defined below) mirrors the extension timeline requested by the Mediation Team. Additionally, the following parties have either consented or confirmed they have no objection to the extension: (a) AAFAF, (b) the Ad Hoc Group of PREPA Bondholders (c) National Public Finance Guarantee Corp. ("National"),

---

[2] PROMESA is codified at 48 U.S.C §§ 2101–2241.

[3] *See Order Granting Urgent Motion of Financial Oversight and Management Board to Extend June 1, 2022 Deadline* [ECF No. 2827] (the "May 27 Order"), extending through July 1, 2022, the deadlines set forth in the *Order Granting Urgent Consensual Motion of Financial Oversight and Management Board to Extend May 2, 2022 Deadline* [ECF No, 2785] (the "April 25 Order"), and initially established in the *Order Denying Urgent Motion of the Ad Hoc Group of PREPA Bondholders to Appoint a Mediator and Impose Deadlines for a PREPA Plan of Adjustment and Directing Additional Consultation and Filings* [ECF No. 2748] (the "March 8 Order").

2

(d) Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, "Assured"), and (e) PREPA's fuel line lenders. Syncora Guarantee, Inc. ("Syncora"), La Union de Trabajadores de La Industria Electrica y Riego ("UTIER"), and PREPA's retirement system ("SREAEE") have not yet indicated whether they consent. The Official Committee of Unsecured Claimholders (the "UCC") objects to the extension.

## BACKGROUND

2. On March 8, 2022, the Court entered the March 8 Order directing the Oversight Board to file an indication of its proposed path forward to conclude PREPA's Title III case by May 2, 2022 (as amended or modified from time to time, the "Path Forward Deadline"), including by filing a proposed plan, a plan term sheet, a litigation schedule, or a brief showing cause why PREPA's Title III case should not be dismissed. *See* March 8 Order, ¶¶ 12–13. The first three options were to be accompanied by either a confirmation timetable or litigation schedule. *Id.*

3. On April 8, 2022, the Court entered the *Order Appointing Mediation Team* [ECF No. 2772] (the "Appointment Order") appointing a team of judicial mediators (the "Mediation Team") to facilitate consensual resolution of the issues in PREPA's Title III Case. The Mediation Team is led by Judge Shelley C. Chapman, joined by Judge Robert D. Drain and Judge Brendan L Shannon. Appointment Order, ¶ 2. The Court also designated the following parties as mediation parties (the "Mediation Parties"): (a) the Oversight Board, (b) AAFAF, (c) the Ad Hoc Group of PREPA Bondholders (d) National, (e) Assured, (f) Syncora, (g) UTIER, (h) SREAEE, (i) the UCC, and (j) PREPA's fuel line lenders. *Id.*

4. That same day, the Court entered the *Order Establishing the Terms and Conditions of Mediation* [ECF No. 2773] (the "Terms and Conditions Order," and together with the Appointment Order, the "Mediation Orders") directing that mediation shall terminate on June 1,

3

2022, at 11:59 p.m. (Atlantic Standard Time), unless extended to July 1, 2022 (as applicable, the "Termination Date"). The Termination Date may be extended past July 1, 2022, with the "Court's approval after notice of such proposed extension to parties in interest." Terms and Conditions Order, ¶ 3.

5. On May 26, 2022, the Mediation Team filed the *Notice of Extension of Termination Date of Mediation* [ECF No. 2823] ("Mediation Extension Notice"), extending the Termination Date to July 1, 2022 at 11:59 p.m. (Atlantic Standard Time).

6. Upon the motion of the Oversight Board, because the Terms and Conditions Order provided an initial Termination Date for mediation of June 1, 2022, the Court entered the April 25 Order, extending the Path Forward Deadline to June 1, 2022. Following the filing of the Mediation Extension Notice and on further motion of the Oversight Board, the Court entered the May 27 Order, extending the Path Forward Deadline through July 1, 2022.

7. On June 23, 2022, the Mediation Team filed the *Mediation Team's Notice and Request for Approval of Second Extension of Termination Date of Mediation* [ECF No. 2860] (the "Second Extension Motion"), requesting the Court approve the extension of the Termination Date through August 1, 2022.

**BASIS FOR RELIEF**

8. Since the entry of the Mediation Orders, including during the most-recent extension of the Termination Date, the Mediation Team and the Mediation Parties have engaged in numerous mediation sessions. Mediation remains ongoing as the parties continue to engage constructively to determine whether a consensual plan of adjustment is attainable. While no resolution has been reached to date—and it is premature to predict whether the mediation will ultimately be successful, partially successful, or unsuccessful—the mediation continues in good faith and requires

4

additional time. Accordingly, in support of the mediation process and the Mediation Team's request in the Second Extension Motion, the Oversight Board respectfully requests the Court extend the Termination Date and the Path Forward Deadline through August 1, 2022.

9. Extending the Termination Date and the Path Forward Deadline for an additional month would provide the Mediation Parties and the Mediation Team more time to conduct mediation without litigation. As previously stated by the UCC, it believes its constituency is better off if the legal issues are narrowed sooner rather than later. Because all parties know any settlement will have to be approvable over any potential objection, the Oversight Board submits that the parties should be allowed to continue the mediation without the distractions and costs of litigation.

## Certification of Compliance with
## Local Rule 9013-1 and the Sixteenth Amended Case Management Procedures

10. Pursuant to Paragraph 1.H of the *Sixteenth Amended Notice, Case Management and Administrative Procedures* [Case No. 17-BK-3283-LTS, ECF No. 20190-1] (the "Case Management Procedures"), the Oversight Board hereby certifies it has carefully examined the matter and concluded there is a true need for an urgent motion; it has not created the urgency through any lack of due diligence; has made a bona fide effort to resolve the matter; has made reasonable, good-faith communications in an effort to resolve or narrow the issues that are being brought to the Court, and, except as otherwise described herein, no party opposes the relief requested herein.

## NOTICE

11. Contemporaneously with filing the Urgent Motion, the Oversight Board is providing notice of this Urgent Motion in accordance with the Case Management Procedures to the following parties: (a) the Office of the United States Trustee for the District of Puerto Rico;

5

(b) the indenture trustees and/or agents, as applicable, for PREPA's bonds; (c) the administrative agent(s) for lenders under that certain Credit Agreement, dated as of May 4, 2012, among PREPA, Scotiabank de Puerto Rico, and the lenders party thereto, as amended, and that certain Trade Finance Facility Agreement, dated as July 20, 2012; (d) the statutory unsecured claimholders' committee appointed in this Title III Case; (e) the Office of the United States Attorney for the District of Puerto Rico; (f) counsel to AAFAF; (g) the Puerto Rico Department of Justice; (h) all parties filing a notice of appearance in this Title III case; and (i) all other Mediation Parties. A copy of the Motion is also available on the Debtor's case website at https://cases.ra.kroll.com/puertorico/.

12.  The Oversight Board submits that, in light of the nature of the relief requested herein, no other or further notice need be given.

WHEREFORE the Oversight Board requests the Court enter the Proposed Order and grant it such other and further relief as is just.

| | |
|---|---|
| Dated: June 24, 2022<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>*/s/ Paul V. Possinger*<br>Martin J. Bienenstock<br>Paul V. Possinger<br>Ehud Barak<br>Daniel S. Desatnik<br>(Admitted *Pro Hac Vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br>Email: mbienenstock@proskauer.com<br>        ppossinger@proskauer.com<br>        ebarak@proskauer.com<br>        ddesatnik@proskauer.com |

*Attorneys for the Financial Oversight and Management Board as representative for PREPA*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com

*Co-Attorney for the Financial Oversight and Management Board as representative for PREPA*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

/s/ *Hermann D. Bauer*
Hermann D. Bauer

# **EXHIBIT A**

**Proposed Order**

Case:17-03283-LTS Doc#:21333 Filed:06/24/22 Entered:06/24/22 09:50:39 Desc: Main
Document Page 9 of 12

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF Nos. _____ |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>　　Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>Re: ECF Nos. _____ |

**[PROPOSED] ORDER GRANTING URGENT MOTION OF
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR ORDER EXTENDING
MEDIATION TERMINATION DATE AND RELATED PATH FORWARD DEADLINE**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon the *Urgent Motion of Financial Oversight and Management Board to Extend Mediation Termination Date and Path Forward Deadline* (Docket Entry No. ____ in Case No. 17-3283 and Docket Entry No. ____ in Case No. 17-4780, the "Urgent Motion");[2] and the Court having found the Oversight Board provided adequate and appropriate notice of the Urgent Motion under the circumstances and that no other or further notice is required; and upon the record herein, after due deliberation thereon, the Court having found good and sufficient cause exists for granting the relief set forth herein:

1. The Urgent Motion is **GRANTED** as set forth herein.

2. The Court extends through **August 1, 2022** the (i) Termination Date for mediation, and (ii) deadline for the Oversight Board to file either (a) a plan of adjustment, (b) a term sheet for a plan of adjustment, (c) a litigation schedule, or (d) a declaration and memorandum of law showing cause as to why the Court should not consider dismissal of PREPA's Title III case, as set forth in the Court's May 27 Order.

3. The Termination Date may be further extended only upon this Court's approval after notice of such additional proposed extension to parties in interest; provided, however, the Termination Date may be extended by the Mediation Team for purposes of its involvement in any secondary or drafting items.

4. This Order shall take immediate effect and be enforceable upon its entry.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Urgent Motion.

5. The Court shall retain jurisdiction to hear and determine all matters arising from implementation of this Order.

Dated: _____, 2022

                                                        SO ORDERED:

                                                        _____
                                                        HONORABLE LAURA TAYLOR SWAIN
                                                        United States District Judge