UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER ON MOTION OF THE UNITED STATES TRUSTEE FOR AMENDMENT OF
THE THIRD AMENDED ORDER SETTING PROCEDURES FOR INTERIM AND FINAL
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS (ECF NO. 20546)

Upon the *Motion of the United States Trustee to Amend the Third Amended Order Setting Procedures for Interim and Final Compensation and Reimbursement of Expenses of Professionals (ECF No. 20546)* (Docket Entry No. 21316 in Case No. 17-3283) (the "Motion"),[2] and the Court having found it has subject matter jurisdiction over this matter

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion and the *Third Amended Order Setting Procedures for Interim and*

pursuant to PROMESA section 306(a); and it appearing that venue is proper pursuant to PROMESA section 307(a); and the Court having found that the United States Trustee provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted as set forth herein.

2. Those parties on the MIP List as hired professionals, but who have not yet filed PRRADA disclosures, shall have until July 15, 2022, to file the PRRADA disclosures.

3. Notwithstanding the terms and provisions of the Third Amended Order, the United States Trustee shall have until August 15, 2022, to review, comment informally on, or object to any Professional's PRRADA disclosures (a "PRRADA Objection").

4. Those professionals hired after the Third Amended Order shall file PRRADA disclosures on or before either July 30, 2022, or within forty-five (45) days of their hiring—whichever is later, and the United States Trustee shall have until either September 15, 2022, or within forty-five (45) days of such professional filing their PRRADA disclosures—whichever is later, to review and comment informally on or object to the PRRADA disclosures, or to file a PRRADA Objection.

5. To the extent not otherwise provided herein, the U.S. Trustee may agree to one consensual extension of up to sixty (60) days, where reasonably necessary, to such professionals

---

*Final Compensation and Reimbursement of Expenses of Professionals.* (Docket Entry No. 20546 in Case No. 17-3283 (the "Third Amended Order").)

as may be determined are required to file a PRRADA disclosure.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

7. This Order resolves Docket Entry No. 21316 in Case No. 17-3283.

SO ORDERED.

Dated: June 24, 2022

                                              /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            United States District Judge