Junio 15/2022
Caso # 17-03283
# reclamación 171966

A quien pueda interesar.

Adjunto copias de los documentos originales enviados a:

Commonwealth Center Information
Information Processing
Grand Central Station
PO Box 4708
New York 10163 4708

Fecha de envio — 12/02/2021
Tracking number— EI 1703672530 US
Carta Fechada — Dic./1/2021
Caso # 17-03283
reclamación - 171966
Caso referente a Miguel Angel Feliciano Felix

Ramona Gonzalez Rodriguez RGR

Ramona Gonzalez Rodriguez RGR
06/16/2022

## ANEXO C

### Notificación

Diciembre/1/2021
Caso No. 17-03283
reclamación: 171966

A quien pueda interesar,

Me dirijo a ustedes en relación a la Reclamación no. 171966 a nombre de mi persona, Ramona González Rodríguez, viuda del Sr. Miguel Angel Feliciano Felix NSS 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, quien trabajo desde la decada de los años 1970's para la Central Roig en Yabucoa, P.R.; la cual fue adquirida por la Autoridad de Tierra de P.R. en el año 1972 hasta los años 1900s, cuando fue cerrada; poco tiempo después fue re-abierta con el nombre de: La Corporación Azucarera de P.R., la cual cerro operaciones aproximadamente a fines de de la decada de los 90's o a principio de los 2,000 quizás 2001. Entiendo que en el 2001 no estoy segura, pero él estuvo laborando hasta el cierre final es lo que entiendo.

Yo, Ramona González Rodríguez NSS xxx-xx-3746 como viuda deseo continuar con la Reclamación No. 171966 por concepto de salarios impagos, por el derecho que me da, el haber sido esposa legal y ahora viuda del Sr. Miguel Angel Feliciano Felix, quien laboro aproximadamente de 27 a 29 años en el mismo lugar; aunque con diferentes nombres (Hago referencia a lo que aun se menciona como la Antigua Central Roig y cuyos nombres menciono en el primer párrafo) y no recibió salarios a los cuales tenia pleno derecho. Es de mi entender que por derecho me corresponden y los cuales reclamo como viuda en la reclamación No. 171966 añado como esposa legal y ahora viuda que soy del Sr. Miguel Angel Feliciano Felix.

No poseo ningun tipo de documentación sobre las compañias antes mencionadas, ni número de teléfono. La falta de docu-

mentación, se debe al tiempo, vivo fuera de P.R. y perdidas de documentos. Algunos documentos son retenido como la tarjeta del Seg. Social y Lic. de Perrito electricista.

Atentamente, RGR.
Ramona González Rodríguez
Viuda de Miguel Angel
Feliciano Felix

RGR iniciales
por corregir
errones

NSS número
del Seguro
Social

Adjunto copias de
identificación mía
y relación con
Miguel Angel Feliciano
Felix

Ver 1era página explicativa
RGR
Ramona González Rodríguez