U.S. POSTAGE PAID
FCM LETTER
CLEVELAND, OH
44144
JUN 16, 22
AMOUNT
**$7.38**
R2303S102069-33

00918
1000

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal (Federal Building)
San Juan, Puerto Rico 00918-1767

RECEIVED 2022 JUN 24 PM 1:32

Ramona González Rodríguez
4233 Fulton Parkway Apt. 128
Cleveland, Ohio 44144

CERTIFIED MAIL