Caso No. 17-03283
#reclamación 171966

A quien pueda interesar,

Favor añadir esta documentación a mi caso.
Caso NO. 17-03283
número de reclamacion: 171966

Please attach this documents at my case.
Case number: 17-03283
Claim number: 171966

Ramona González Rodríguez

Lic. de conducir Vigente,
Certificado de defunción
Certificado de matrimonio
Cert. de Nac de Ramona González Rodriguez