Ramona Gonzalez Rodriguez
633 Fulton Parkway Apt 128
Cleveland, Ohio 44144

7022 0410 0000 8130 4978

CERTIFIED MAIL

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
Sala 150 Edificio Federal (Federal Building)
San Juan, Puerto Rico 00918-1767

U.S. POSTAGE PAID
FCM LETTER
CLEVELAND, OH
41144
JUN 17, 22
AMOUNT
$7.58
R2303S102069-33