## Joann Martinez

| | |
|---|---|
| **From:** | Margarita Torres |
| **Sent:** | Friday, September 24, 2021 10:47 AM |
| **To:** | Beatrice Quiñones |
| **Cc:** | Joann Martinez |
| **Subject:** | Cheque Clerk of the USDC |

Saludos Beatrice!

Según discutido, esta es la información para que por favor prepares un cheque para el pago de 2 mociones Pro-Hac Vice que se radicaron anoche en Promesa, una para Sunni Beville, Esq. y otro para Tristan Axelrod, Esq. Te acompaño para tu fácil referencia y records, copia de los documentos.

Puede ser un solo cheque a favor de:

**Clerk of the USDC**

Por la cantidad de **$600.00** (esto incluye ambos pagos)

Y en la referencia puedes poner **Pro Hac Vice Sunni Beville y Tristan Axelrod**

Si tienes dudas, me dejas saber,

Gracias,

M-

**Margarita Torres**
Head Legal Assistant
T: 787-919-0995
E: mtorres@estrellallc.com

## ESTRELLA LLC

7327

Please detach and retain this portion of the check for your records.

Payee: Clerk U.S. District Court

Check: 7327

Date: 9/24/2021     Amount: $600.00

| Our Reference | Date | Type | Your Reference | Amount | Discount | Net Amount |
|---|---|---|---|---|---|---|
| AP-02607 | 9/24/2021 | Invoice | Pro Hac Vice Sunni Beville y T | 600.00 | 0.00 | 600.00 |

