

# INVOICE
EIN: 66-081-8961

**RITA**
Urb. Crown Hills
138 Winston Churchill, PMB 628
San Juan,  00926-6013
Puerto Rico

787-969-6676
info@ritapr.com

---

BILL TO
**Estrella LLC**
Margarita  Torres

787-977-5050
mtorres@estrellallc.com

| | |
|---|---|
| **Invoice Number:** | 7122 |
| **Invoice Date:** | June 15, 2021 |
| **Payment Due:** | July 15, 2021 |
| **Amount Due (USD):** | **$2,214.14** |

| Product | Quantity | Price | Amount |
|---|---|---|---|
| **Traducción**<br>JURISPRUDENCIA | 33424 | $0.15 | $5,013.60 |

Documentos:
Colón Colón v Mun de Arecibo
Mun de Quebradillas v Corp Salud Larres
Ortiz - Mun de Guayama
Alco Corp v Mun de Toa Alta
Rodriguez Ramos v ELA

| | |
|---|---|
| **Subtotal:** | $5,013.60 |
| Sales Tax  4%: | $200.54 |
| **Total:** | $5,214.14 |
| Payment on August 7, 2021 using a cheque: | $3,000.00 |
| **Amount Due (USD):** | **$2,214.14** |