**OGMA Language Studio**
PO Box 366764
San Juan, PR  00936
+1787 3083880
cbauza@ogmals.com



**BILL TO**
Margarita Torres
Estrella LLC

**INVOICE 3N-093021-2**

**DATE** 09/30/2021   **TERMS** Net 30

**DUE DATE** 10/30/2021

| DATE | ITEM | WORD COUNT | RATE | AMOUNT |
|---|---|---|---|---|
| 09/17/2021 | **Translation**<br>Court Certified translation ES to EN<br>Agency Request - Policia de Puerto Rico<br>(3 pages) | 3 | 65.00 | 195.00T |
| 09/23/2021 | **Translation**<br>Certified translation EN to ES<br>Agency Request - Policia de Puerto Rico<br>(3 pages) | 3 | 65.00 | 195.00T |

Preferred payment method: Direct Deposit
Checking Account | Banco Popular de PR
Acct. no. 030069424
Routing no. 021502011

SUBTOTAL   390.00
TAX   15.60
TOTAL   405.60

**TOTAL DUE**   **$405.60**