UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**AMENDED NOTICE OF REMOVAL OF CERTAIN CLAIMS FROM ADMINISTRATIVE CLAIMS RECONCILIATION AND ALTERNATIVE DISPUTE RESOLUTION**

To the Honorable United States District Judge Laura Taylor Swain:

1. On March 12, 2020, the Court entered the *Order (A) Authorizing Administrative Reconciliation Of Claims, (B) Approving Additional Form Of Notice, and (C) Granting Related Relief* [ECF No. 12274] (the "ACR Order"), authorizing the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Public Buildings Authority

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567- LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK- 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

("PBA," and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors") to resolve certain Pension/Retiree Claims, Tax Refund Claims, Public Employee Claims, and Grievance Claims (each as defined in the ACR Order) utilizing the Debtors' existing administrative reconciliation processes ("Administrative Claims Reconciliation").

2. Pursuant to the ACR Order, the Debtors have filed twenty-three notices transferring claims into Administrative Claims Reconciliation (as defined in the ACR Order), (collectively, the "ACR Transfer Notices"), and have transferred approximately 44,704 claims (collectively, the "ACR Designated Claims"), into Administrative Claims Reconciliation.

3. On April 1, 2020, this Court entered the *Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12576] (the "ADR Order"). The ADR Order authorized the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors") to resolve general unsecured claims using the procedures approved by the court in the ADR Order ("ADR Procedures").

4. Pursuant to the ADR Order, the Debtors have filed twenty-three notices transferring claims into the ADR Procedures (as defined in the ADR Order), (collectively, the "ADR Notices"), and have transferred approximately 960 claims (collectively, the "ADR Designated Claims") into the ADR Procedures.

5. In light of information received from the claimants following the transfer of claims, the Debtors determined that certain ACR Designated Claims and ADR Designated Claims were most efficiently resolved via omnibus objections. On May 13, 2022, the Debtors filed *Notice of Removal*

*of Claims from Administrative Claims Reconciliation and Alternative Dispute Resolution* [ECF No. 20778] (the "Notice of Removal"), removing from the ACR Procedures the claims identified on **Exhibit A** thereto, and removing from the ADR Procedures the claim identified on **Exhibit B** thereto.

6. Exhibit B to the Notice of Removal inadvertently included two claims, Proof of Claims Nos. 11497 and 11790. Accordingly, the Debtors hereby submit an amended Notice of Removal with a corrected Exhibit B in clean and redline.

| | |
|---|---|
| Dated: June 24, 2022<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>/s/ *Hermann D. Bauer*<br>Hermann D. Bauer<br>USDC No. 215205<br>Carla García Benítez<br>USDC No. 203708<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br><br>*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Puerto Rico Electric Power Authority, and Puerto Rico Public Buildings Authority*<br><br>/s/ *Brian S. Rosen*<br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Co-Attorneys for the Financial Oversight and Management Board for the Puerto Rico, as representative for the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Puerto Rico Electric Power Authority, and Puerto Rico Public Buildings Authority* |

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 121790 | ALICEA CRUZ, ADA E | Commonwealth of Puerto Rico | $ - |
| 95339 | CAMPOS, LYDIA | Commonwealth of Puerto Rico | $ - |
| 49494 | COLLAZO OCASIO, ERANIO DE J. | Commonwealth of Puerto Rico | $ - |
| 78824 | COLON LOZADA, EMILY | Commonwealth of Puerto Rico | $ - |
| 16070 | ESCUDERO ORTIZ, JUDITH | Commonwealth of Puerto Rico | $ - |
| 32686 | MELENDEZ RIVERA, IVETTE | Commonwealth of Puerto Rico | $ - |
| 77585 | MOLINA RUIZ, LILIA | Commonwealth of Puerto Rico | $ - |
| 79691 | PEREZ SANTIAGO , MARTHA E | Commonwealth of Puerto Rico | $ - |
| 23633 | RAMIREZ LOZANO, EVELYN | Commonwealth of Puerto Rico | $ - |
| 33322 | REYES ORTIZ, SONIA | Commonwealth of Puerto Rico | $ - |
| 75940 | RIVERA ORTIZ, MICAEL | Commonwealth of Puerto Rico | $ - |
| 151076 | MONTALVO ROQUE, ALICIA | Commonwealth of Puerto Rico | $ - |

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 121790 | ALICEA CRUZ, ADA E | Commonwealth of Puerto Rico | $ - |
| 95339 | CAMPOS, LYDIA | Commonwealth of Puerto Rico | $ - |
| 49494 | COLLAZO OCASIO, ERANIO DE J. | Commonwealth of Puerto Rico | $ - |
| 78824 | COLON LOZADA, EMILY | Commonwealth of Puerto Rico | $ - |
| 16070 | ESCUDERO ORTIZ, JUDITH | Commonwealth of Puerto Rico | $ - |
| 32686 | MELENDEZ RIVERA, IVETTE | Commonwealth of Puerto Rico | $ - |
| 77585 | MOLINA RUIZ, LILIA | Commonwealth of Puerto Rico | $ - |
| 79691 | PEREZ SANTIAGO , MARTHA E | Commonwealth of Puerto Rico | $ - |
| 23633 | RAMIREZ LOZANO, EVELYN | Commonwealth of Puerto Rico | $ - |
| 33322 | REYES ORTIZ, SONIA | Commonwealth of Puerto Rico | $ - |
| 75940 | RIVERA ORTIZ, MICAEL | Commonwealth of Puerto Rico | $ - |
| 151076 | MONTALVO ROQUE, ALICIA | Commonwealth of Puerto Rico | $ - |
| ~~11497~~ | ~~Members of Sucesion Yesmin Galib~~ | ~~Puerto Rico Electric Power Authority~~ | ~~$53,706.38~~ |
| ~~11790~~ | ~~Valdivieso, Jorge Lucas P.~~ | ~~Puerto Rico Electric Power Authority~~ | ~~$53,706.38~~ |