## **Exhibit A**

Proposed Order

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |  |
|---|---|---|
| ------------------------------------------------------------x | : | |
| *In re* | : | |
| | : | PROMESA |
| THE FINANCIAL OVERSIGHT AND | : | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | : | |
| | : | |
| as representative of | : | Case No. 17-BK-3283 (LTS) |
| | : | |
| THE COMMONWEALTH OF PUERTO RICO, | : | (Jointly Administered) |
| *et al.*, | : | |
| | : | |
| Debtors.¹ | : | |
| ------------------------------------------------------------x | | |

**ORDER AUTHORIZING CORPORACION DE SERVICIOS EDUCATIVOS DE YABUCOA, INC., AS ADMINISTRATIVE AGENT, TO FILE SPANISH DOCUMENT AND <u>TO FILE CERTIFIED ENGLISH TRANSLATION</u>**

1. On June 24, 2022, Corporacion de Servicios Educativos de Yabucoa, Inc., (<u>"COSEY"),</u> as Administrative Agent, filed a *Motion for Leave to File Spanish Document and To File Certified English Translation By July 8, 2022* (the "<u>Motion</u>"). The Motion is granted. COSEY must file translation of the document originally filed in Spanish with this Court by July 8, 2022.

SO ORDERED.

Dated: _____, 2022

_____
LAURA TAYLOR SWAIN
United States District Judge

---

¹ The Debtors in these title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).