**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO <u>et al.</u>,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |

ORDER GRANTING URGENT MOTION FOR EXTENSION OF
RESPONSE DEADLINES AND RESCHEDULING OF HEARING DATE

Upon the *Urgent Motion for Extension of Response Deadlines and Rescheduling of*

*Hearing Date*, dated June 23, 2022 (Docket Entry No. 21330)[2] (the "Extension Motion")[3]

requesting the extension of briefing deadlines and rescheduling of the hearing date with respect to

the following Administrative Expense Motions: *Evertec's Motion for Allowance of an*

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Last Four Digits of Federal Tax ID: 3801) (Last Four Digits of Federal Tax ID: 3801) (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     All docket entry references are to entries in Case No. 17-3283, unless otherwise specified.

[3]     Capitalized terms used but not otherwise defined herein have the meanings given to them in the Extension Motion.

*Administrative Expense Claim* (Docket Entry No. 317 in Case No. 19-5523 and Docket Entry No. 21187 in Case No. 17-3283), *Orlando Santiago Amador's Motion for Allowance and Payment of Administrative Expense Claim* (Docket Entry No. 21207), *MCG's Motion for Allowance and Payment of Administrative Expense Claim* (Docket Entry No. 21208), *Cosey's Motion for Allowance and Payment of Administrative Expense Claim* (Docket Entry No. 21209), *Ricoh Puerto Rico, Inc's Motion for Allowance and Payment of Administrative Expense Claim in the Sum of $4,864,017.20* (Docket Entry No. 21191), *Plaintiff Blanca Iris Marrero's Motion for Allowance and Payment of Administrative Expense Claim* (Docket Entry No. 21192), *Application for Allowance and Payment of Administrative Expense Claims Filed by Group Wage Creditors in the Litigation Caption Madeline Acevedo Camacho v. the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico* (Docket Entry No. 21194), *Application for Allowance of Administrative Priority Claims and Requesting an Order for Immediate Payment filed by Judgment Claimants Case Carmen Socoro Cruz Hernandez et al. v the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico* (Docket Entry No. 21195), *Application for Allowance of Payment Post Petition Administrative Claims Pursuant to Section 503(b)(1)(A)(i) of the Bankruptcy Code filed by Group Wage Creditors in the Litigation Caption Francisco Beltran Cintron et al. v. the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico and Reservation of Rights* (Docket Entry No. 21224), *Application for Allowance of Administrative Expense Priority Payment Pursuant to Section 503(b)(1)(A)(i) of the Bankruptcy Code filed by Group Wage Creditors in the Litigation Caption Abraham Gimenez (1,046 Plaintiffs) v. the Department of Transportation and Public Works and Reservation of Rights* (Docket Entry No. 21227), *Motion Requesting Allowance and Payment of Administrative Expense Claim filed by Pablo Melani Curra and Diana Velez Martinez* (Docket Entry No. 21229), *Application for*

*Allowance of Payment of Post-Petition Administrative Expense Priority Claims, Filed by the*

*Group in Litigation Caption Acevedo Arocho et al. v. Departamento Hacienda and Reservation of*

*Rights* (Docket Entry No. 21230) (collectively, the "Administrative Expense Motions"); and the

Court having found that the Oversight Board provided adequate and appropriate notice of the

Extension Motion under the circumstances and that no other or further notice is required; and the

Court having reviewed the Extension Motion; and the Court having determined that the factual

bases set forth in the Extension Motion establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1.      The Extension Motion is granted as set forth herein.

2.      The deadline to respond to the Administrative Expense Motions shall be extended

to **July 28, 2022**, at **4:00 p.m. (American Standard Time)**.

3.      The deadline for Movants to file a reply shall be extended to **August 4, 2022**,

at **4:00 p.m. (American Standard Time)**.

4.      The Administrative Expense Motions will be heard in connection with the

omnibus hearing scheduled for **September 21, 2022**.

5.      This Order resolves Docket Entry No. 21330 in Case No. 17-3283.


SO ORDERED.

Dated: June 24, 2022

                                         /s/Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        United States District Judge