**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**TWELFTH ALTERNATIVE DISPUTE**
**RESOLUTION STATUS NOTICE**

To the Honorable United States District Judge Laura Taylor Swain:

    1.    On April 1, 2020, this Court entered the *Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12576] (the "ADR Order"). The ADR Order authorized the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors") to resolve

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567- LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK- 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

general unsecured claims using the procedures approved by the court in the ADR Order ("ADR Procedures").

2. Pursuant to Section 7(d) of the ADR Procedures, the Debtors hereby respectfully submit this *Twelfth Alternative Dispute Resolution Status Notice* and the attached Exhibit A (together, the "Twelfth Status Notice"). The Twelfth Status Notice provides an update to the Court regarding claims transferred into the ADR Procedures.[2]

3. The Debtors shall serve copies of this Twelfth Status Notice upon the claimants of the ADR Designated Claims and the Master Service List (as defined by the *Sixteenth Amended Case Management Procedures* [Case No. 17-3283, ECF No. 20190-1]). This notice is also available on the Debtors' case website at https://cases.primeclerk.com/puertorico.

[*Remainder of Page Intentionally Left Blank*]

---

[2] *See First Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 13609], *Second Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 14090], *Third Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 14521], *Fourth Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 14786], *Fifth Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 15085], *Sixth Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 15114], *Seventh Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 15217], *Eighth Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 15533], *Ninth Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 15720], *Tenth Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 15861]; *Amended Eleventh Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 16540]; *Twelfth Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 16517]; *Thirteenth Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 16767]; *Fourteenth Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 17208]; *Fifteenth Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 17832]; *Sixteenth Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 18259]; *Seventeenth Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 19169]; *Eighteenth Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 19594]; *Nineteenth Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 19671]; *Twentieth Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 20012]; *Twenty-First Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 20241]; *Twenty-Second Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 20688]; and *Twenty-Third Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 20779].

|  |  |
|---|---|
| Dated: June 24, 2022<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>/s/ *Hermann D. Bauer*<br>Hermann D. Bauer<br>USDC No. 215205<br>Carla García Benítez<br>USDC No. 203708<br>Gabriel A. Miranda<br>USDC No. 306704<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br><br>*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Puerto Rico Electric Power Authority, and Puerto Rico Public Buildings Authority*<br><br>/s/ *Martin J. Bienenstock*<br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Co-Attorneys for the Financial Oversight and Management Board for the Puerto Rico, as representative for the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Puerto Rico Electric Power Authority, and Puerto Rico Public Buildings Authority* |