# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 81405 | ANTONIA RUIZ TORRES SUCECION JUAN JACOB RIVERA ROSADO | Public Employee & Union Grievance | $0.00 |
| 63977 | ARMANDO JOSE MALDONADO CRIADO-EN CARACTER DE HEREDERO-SUCESION CARMEN N. CRIADO CRIADO | Public Employee & Union Grievance | $17,700.00 |
| 5673 | BELTRAN RODRIGUEZ, MILAGROS | Public Employee, Pension/Retiree & Union Grievance | $0.00 |
| 113334 | CARRERO JUSINO, MIGUEL | Public Employee | $0.00 |
| 94835 | CHAPMAN RIVERA, JORGE E | Pension/Retiree | $0.00 |
| 163908 | CRUZ GOMEZ, ROSALIA | Public Employee | $0.00 |
| 135288 | FELICIANO APONTE, REGALADA | Public Employee & Pension/Retiree | $0.00 |
| 142420 | FELICIANO APONTE, REGALADA | Public Employee & Pension/Retiree | $0.00 |
| 111774 | FELICIANO APONTE, REGALADA | Public Employee & Union Grievance | $0.00 |
| 86604 | FOURNIER ARCE, ROSA | Public Employee & Union Grievance | $15,000.00 |
| 16543 [1] | FRANCO SOTO, MARIA | Pension/Retiree | $80,000.00 |
| 5999 | GARCIA BELTRAN, JOSE A | Public Employee & Pension/Retiree | $0.00 |
| 3446 | GARCIA BELTRAN, LUIS A | Public Employee & Pension/Retiree | $0.00 |
| 3265 | GARCIA SANTIAGO, ANGEL | Public Employee & Pension/Retiree | $0.00 |

1 Claim was previously transferred to ADR. Upon further review, it was determined the claim should be recategorized as a Public Employee and/or Pension Claim and reviewed as part of the ACR process.         1

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 6047 | GARCIA SANTIAGO, ANGEL L | Public Employee & Pension/Retiree | $0.00 |
| 5679 | GARCIA SANTIAGO, ANGEL L | Public Employee, Pension/Retiree & Union Grievance | $0.00 |
| 179676 | INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW) | Union Grievance | $0.00 |
| 131270 | JOSE LUIS ALVAREZ VALLE - SOLE INHERITOR OF THE LATE DAVID ALVAREZ VALLE | Public Employee & Pension/Retiree | $100,000.00 |
| 6767 | LEON TEXEIRA, LUDGERIA | Pension/Retiree | $0.00 |
| 155120 | LUIS A. OLIVERA FRATICELLI- EMPLEADO FALLECIDO, CARMEN I. MARTINEZ MUNIZ VDA, VLADIMIR, LUIS A., KANYRA OLIVERA MARTINEZ (HIJOS) | Public Employee | $0.00 |
| 113072 | MADERA PACHECO, ANA E. | Public Employee & Pension/Retiree | $0.00 |
| 116718 | RODRIGUEZ CARABALLO, VICTORIA | Public Employee & Pension/Retiree | $0.00 |
| 99083 | VAQUERIA TRES MONJITAS, INC. | Tax Claim | $201,264.70 |
| 120458 | VELEZ CANDELARIO; ROSEMARY ALFONSO-VELEZ, MYRNA ALFONSO-VELEZ, SHIRLEY ALFONSO-VELEZ, HEREDAS DE ROSALINA | Public Employee & Pension/Retiree | $0.00 |

1 Claim was previously transferred to ADR. Upon further review, it was determined the claim should be recategorized as a Public Employee and/or Pension Claim and reviewed as part of the ACR process.