IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, ET AL.<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS |

### NOTICE OF APPEARANCE

To the Clerk of the Court:

Please enter the appearance of the undersigned as co-counsel for PV Properties (Windmar Renewable Energy, Inc.).

I HEREBY CERTIFY: that on this same date I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 25th day of June, 2022.

*S/Guillermo Ramos Luiña*
GUILLERMO RAMOS LUIÑA
USDC-PR 204007
gramlui@yahoo.com

P. O. Box 22763, UPR Station
San Juan, PR 00931-2763
Tel. (787) 620-0527
Fax (787) 620-0039