IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>Debtors | PROMESA<br>TITLE III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Case No. 17 BK 04780 |

**INFORMATIVE MOTION OF PV PROPERTIES (WINDMAR RENEWABLE ENERGY, INC.) REGARDING THE JUNE 29-30 OMNIBUS HEARING**

To the Honorable Unites States District Court Judge Laura Taylor Swain:

PV Properties (Windmar) hereby submits this informative motion in compliance with the Court's Order Regarding Procedures for June 29-30, 2022, Omnibus Hearing ("Order") and respectfully states as follows:

Fernando E. Agrait will speak on behalf of PV Properties (Windmar) at the June 29-30 Omnibus Hearing in connection with PV Properties (Windmar) Motion for Lift of Stay, [Docket Entry 2779].

As directed by the Court's Order, we attach hereto the Party Appearance Cover Sheet as Exhibit A.

Dated: June 25, 2021.

| | |
|---|---|
| *S/Guillermo Ramos Luiña* | *S/Fernando E. Agrait* |
| GUILLERMO RAMOS LUIÑA | FERNANADO E. AGARIT |
| USDC-PR 204007 | USDC-PR127212 |
| gramlui@yahoo.com | agraitfe@agraitlawpr.com |
| | |
| P. O. Box 22763, UPR Station | 701 Ave. Ponce de León, Ste. 414 |
| San Juan, PR 00931-2763 | San Juan, Puerto Rico 00907 |
| Tel. (787) 620-0527 | Tels. 787-725-3390/3391 |
| Fax (787) 620-0039 | Fax 787-724-0353 |

# EXHIBIT A

EXHIBIT A
PARTY APPEARANCE SHEET

| Name of Party | PV Properties/Windmar Renewable Energy, Inc. |
|---|---|
| Party Name Abbreviation (For Use with Zoom) | PV Properties |
| Omnibus Hearing Participant<br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br> • Email,<br>• Law Firm,<br>• Phone Number and<br>• Docket Entry No. for the Attorney's<br>Notice of Appearance | Fernando E. Agrait<br>agraitfe@agraitlawpr.com<br>Fernando E. Agrait Law Office<br>Notice of Appearance |
| Motion of Lift of Stay - Docket Entry No.2779 | PV Properties is appearing in favor of lifting the stay to claim that PREPA cannot use non acquired REC's to comply with the Renewable Portfolio Standard as it is doing |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of June 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will notify all counsel of record.

*/s/Guillermo Ramos Luiña*