UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION OF COBRA ACQUISITIONS LLC REGARDING ITS REQUEST TO BE HEARD AT THE JUNE 29-30, 2022 OMNIBUS HEARING**

Cobra Acquisitions LLC ("Cobra"), by and through its undersigned counsel, submits this informative motion in response to the *Order Regarding Procedures for June 29-30, 2022, Omnibus Hearing* (Docket No. 21264, Case No. 17-3283) (the "Order"), and respectfully states as follows:

1. Abid Qureshi of Akin Gump Strauss Hauer & Feld LLP will appear via Zoom on behalf of Cobra at the omnibus hearing on June 29, 2022 and seek to be heard on *Cobra Acquisitions LLC's Motion to Lift Stay Order* (Docket No. 21145, Case No. 17-3283).

2. Cobra reserves its right to be heard on any matter presented to the Court and to respond to any statements made by any party related to the above-captioned Title III cases, or any

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

adversary proceeding pending in the Title III cases, to the extent it impacts the rights, claims, or interests of Cobra.

[*Signature page follows*]

DATED: June 27, 2022

Respectfully submitted,

| | |
|---|---|
| REICHARD & ESCALERA, LLC | AKIN GUMP STRAUSS HAUER & FELD LLP |
| /s/ Rafael Escalera Rodríguez<br>Rafael Escalera Rodríguez<br>USDC-PR No. 122609<br>escalera@reichardescalera.com | Thomas P. McLish (*pro hac vice*)<br>tmclish@akingump.com |
| /s/Sylvia M. Arizmendi<br>Sylvia M. Arizmendi<br>USDC-PR No. 210714<br>arizmendis@reichardescalera.com | Scott M. Heimberg (*pro hac vice*)<br>sheimberg@akingump.com<br><br>Allison S. Thornton (*pro hac vice*)<br>athornton@akingump.com |
| /s/ Carlos R. Rivera Ortiz<br>Carlos R. Rivera Ortiz<br>USDC-PR No. 303409<br>feliciano@reichardescalera.com | 2001 K Street, N.W.<br>Washington, DC 20006<br>Tel: (202) 887-4000<br>Fax: (202) 887-4288 |
| /s/ Jose R. Feliciano Boada<br>Jose R. Feliciano Boada<br>USDC-PR No. 307908<br>feliciano@reichardescalera.com | and<br><br>Ira S. Dizengoff (*pro hac vice*)<br>Philip C. Dublin (*pro hac vice*)<br>Abid Qureshi (*pro hac vice* pending)<br>idizengoff@akingump.com<br>pdublin@akingump.com<br>aqureshi@akingump.com |
| 255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan, PR 00917-1913<br>Telephone: (787) 777-8888 | Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002 |

**CERTIFICATE OF SERVICE**

We hereby certify that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the parties of record.

*/s/ Carlos R. Rivera Ortiz*
USDC-PR 303409

## Exhibit A

**Party Appearance Cover Sheet**

| **Name of Party** | Cobra Acquisitions LLC |
|---|---|
| **Party Name Abbreviation** | Cobra |
| **Attorney(s) Representing Party** | Name: Abid Qureshi<br>Email: aqureshi@akingump.com<br>Firm: Akin Gump Strauss Hauer & Feld LLP<br>Phone Number: 212-872-8027<br>Zoom Screen Name: Abid Qureshi |