UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER CONCERNING EXTENSION OF TIME TO FILE
ENGLISH TRANSLATIONS OF SPANISH LANGUAGE EXHIBITS

Upon consideration of *MCG's Motion for Leave to File Spanish Document and Request Term to File English Translation at Docket No. 21208* (Docket Entry No. 21341 in Case No. 17-3283) and *COSEY's Motion for Leave to File Spanish Document and Request Term to File English Translation at Docket No. 21209* (Docket Entry No. 21346 in Case No. 17-3283), filed by, respectively, MCG and the Able Child ("MCG") and the Corporación de Servicios Educativos de Yabucoa, Inc. ("COSEY"), it is hereby ORDERED that MCG must file certified English translations of Exhibits 1, 2, 3, 4, and 5 to *MCG's Motion for Allowance and Payment of Administrative Expense Claim* (Docket Entry No. 21208 in Case No. 17-3283) and COSEY must file certified English translations of Exhibits 2, 3, and 4 to *COSEY's Motion for Allowance and Payment of Administrative Expense Claim* (Docket No. 21209 in Case No. 17-3283) by **July 8, 2022**, at **5:00 p.m. (Atlantic Standard Time)**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Order resolves Docket Entry Nos. 21341 and 21346 in Case No. 17-3283.

SO ORDERED.

Dated: June 27, 2022

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge