In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Sixth - Thirteenth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Sixth Interim Fee Period (February 1 - May 31, 2019)* | | | | | | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | | |
| 1-a | **O'Melveny & Myers [Dkt. No. 8180]** | 2/1 - 5/31/2019 | $ 2,873,762.15 | $ 55,478.49 | $ 244,200.68 | $ 2,201.94 | | $ 2,818,283.66 | $ 241,998.74 |
| | *Counsel to AAFAF - HTA* | | | | | | | | |
| 1-b | **O'Melveny & Myers [17-3567 Dkt. No. 615]** | 2/1 - 5/31/2019 | $ 85,817.14 | $ 1,656.72 | $ 1,037.31 | $ 9.35 | | $ 84,160.42 | $ 1,027.96 |
| | *Counsel for AAFAF - ERS* | | | | | | | | |
| 1-c | **O'Melveny & Myers [17-3566 Dkt. No. 658]** | 2/1 - 5/31/2019 | $ 2,292,671.25 | $ 44,260.43 | $ 64,457.00 | $ 581.20 | | $ 2,248,410.82 | $ 63,875.80 |
| | *Counsel to AAFAF - PREPA* | | | | | | | | |
| 1-d | **O'Melveny & Myers [17-4780 Dkt. No. 1489]** | 2/1 - 5/31/2019 | $ 4,809,921.59 | $ 92,856.40 | $ 129,968.65 | $ 1,171.92 | | $ 4,717,065.19 | $ 128,796.73 |
| | *Eighth Interim Fee Period (October 1, 2019 - January 31, 2020)* | | | | | | | | |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | | |
| 2-a | **Brown Rudnick LLP [Dkt. No. 12847]** | 10/1/2019 - 1/31/2020 | $ 643,562.50 | $ 13,218.31 | $ 40,133.81 | $ 882.66 | FN1 | $ 630,344.19 | $ 39,251.15 |
| | *Claims Counsel to FOMB - ERS* | | | | | | | | |
| 2-b | **Brown Rudnick LLP [17-3566 Dkt. No. 864]** | 10/1/2019 - 1/31/2020 | $ 178,082.50 | $ 3,657.69 | $ 598.20 | $ 13.16 | FN1 | $ 174,424.81 | $ 585.04 |
| | *Claims Counsel to FOMB - HTA* | | | | | | | | |
| 2-c | **Brown Rudnick LLP [17-3567 Dkt. No. 766]** | 10/1/2019 - 1/31/2020 | $ 2,885.00 | $ 59.26 | $ - | $ - | FN1 | $ 2,825.74 | $ - |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | | |
| 2-d | **Brown Rudnick LLP [17-4780 Dkt. No. 1965]** | 10/1/2019 - 1/31/2020 | $ 261,844.00 | $ 5,378.09 | $ 2,889.11 | $ 63.54 | FN1 | $ 256,465.91 | $ 2,825.57 |
| | *Ninth Interim Fee Period (February 1, 2020 - May 31, 2020)* | | | | | | | | |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | | |
| 3-a | **Brown Rudnick LLP [Dkt. No. 15765]** | 2/1 - 5/31/2020 | $ 514,656.00 | $ 10,570.67 | $ 2,767.12 | $ 60.86 | FN1 | $ 504,085.33 | $ 2,706.26 |
| | *Claims Counsel to FOMB - ERS* | | | | | | | | |
| 3-b | **Brown Rudnick LLP [17-3566 Dkt. No. 1070]** | 2/1 - 5/31/2020 | $ 373,027.50 | $ 7,661.72 | $ 7,554.43 | $ 166.14 | FN1 | $ 365,365.78 | $ 7,388.29 |
| | *Claims Counsel to FOMB - HTA* | | | | | | | | |
| 3-c | **Brown Rudnick LLP [17-3567 Dkt. No. 965]** | 2/1 - 5/31/2020 | $ 1,471.00 | $ 30.21 | $ - | $ - | FN1 | $ 1,440.79 | $ - |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | | |
| 3-d | **Brown Rudnick LLP [17-4780 Dkt. No. 2373]** | 2/1 - 5/31/2020 | $ 28,170.00 | $ 578.59 | $ - | $ - | FN1 | $ 27,591.41 | $ - |
| | *Tenth Interim Fee Period (June 1, 2020 - September 30, 2020)* | | | | | | | | |
| | *Claims Counsel to FOMB - Commonwealth* | | | | | | | | |
| 4-a | **Brown Rudnick LLP [Dkt. No. 16282]** | 6/1 - 9/30/2020 | $ 400,158.00 | $ 8,218.96 | $ 2,923.99 | $ 64.31 | FN1 | $ 391,939.04 | $ 2,859.68 |
| | *Claims Counsel to FOMB - ERS* | | | | | | | | |
| 4-b | **Brown Rudnick LLP [17-3566 Dkt. No. 1117]** | 6/1 - 9/30/2020 | $ 194,704.00 | $ 3,999.08 | $ 195,408.96 | $ 4,297.63 | FN1 | $ 190,704.92 | $ 191,111.33 |
| | *Claims Counsel to FOMB - HTA* | | | | | | | | |
| 4-c | **Brown Rudnick LLP [17-3567 Dkt. No. 999]** | 6/1 - 9/30/2020 | $ 162.00 | $ 3.33 | $ - | $ - | FN1 | $ 158.67 | $ - |
| | *Claims Counsel to FOMB - PREPA* | | | | | | | | |
| 4-d | **Brown Rudnick LLP [17-4780 Dkt. No. 2425]** | 6/1 - 9/30/2020 | $ 54,363.00 | $ 1,116.58 | $ 71.33 | $ 1.57 | FN1 | $ 53,246.42 | $ 69.76 |
| | *Twelfth Interim Fee Period (February 1, 2021 - May 31, 2021)* | | | | | | | | |
| | *Puerto Rico Counsel to AAFAF* | | | | | | | | |
| 5 | **Marini Pietrantoni Muniz LLC [Dkt. No. 17357]** | 2/1 - 5/31/2021 | $ 380,863.00 | $ 2,451.68 | $ 5,054.48 | $ - | | $ 378,411.32 | $ 5,054.48 |
| | *Thirteenth Interim Fee Period (June 1, 2021 - September 30, 2021)* | | | | | | | | |
| | *Puerto Rico Counsel to PREPA* | | | | | | | | |
| 6 | **Diaz & Vazquez Law Firm, P.S.C. [Dkt. No. 19518 AND 17-4780 Dkt No. 2670]** | 6/1 - 9/30/2021 | $ 2,348,212.50 | $ 21,290.00 | $ 17,024.79 | $ 5,241.20 | FN2 | $ 2,326,922.50 | $ 11,783.59 |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Sixth - Thirteenth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Puerto Rico Counsel to AAFAF* | | | | | | | | |
| 7 | **Marini Pietrantoni Muniz LLC [Dkt. No. 19223]** | 6/1 - 9/30/2021 | $ 422,971.50 | $ 1,567.38 | $ 3,741.12 | $ 280.60 | | $ 421,404.12 | $ 3,460.52 |

**FN1** - Brown Rudnick LLP's Seventh Fee Period applications were previously recommended for Court approval [Dkt. No. 20408] with the Fee Examiner's initially proposed adjustments, and the Court ordered those adjustments [Dkt. No. 20412]. The professional subsequently provided information to the Fee Examiner relating to the Seventh Fee Period. The adjustments recommended for approval in this report and exhibit include credits due to the professional as a result of that additional information.

**FN2** - Diaz Vazquez's requested fees are $100 more than the underlying documentation support. The Fee Examiner's Recommended Fee Adjustments column also includes a $100 reduction on that basis.

26919378.1

as of 6/22/2022