**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR THE HEARING ON JUNE 29–30, 2022 AT 9:30 A.M. AST**

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, June 29, 2022**, from 9:30 a.m. to 12:50 p.m., resume, if necessary, from 2:10 p.m. to 5:00 p.m., and continue, if necessary, **Thursday, June 30, 2022**, beginning at 9:30 a.m. **(Atlantic Standard Time)** |
| | Honorable Laura Taylor Swain, United States District Judge |
| | Honorable Judith G. Dein, United States Magistrate Judge |
| **Location of Hearing:** | **The Hearing will be conducted virtually via videoconferencing and telephonic platforms.** |
| | Attorney Participation:  Pursuant to the *Order Regarding Procedures for June 29–30, 2022, Omnibus Hearing* [Case No. 17-3283, ECF No. 21264], attached to this Agenda as **Exhibit A** (the "Procedures Order"), attorneys who have entered an appearance in the Title III cases |

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

and **wish to participate as speakers** in the proceedings must file an Informative Motion in accordance with paragraphs 3 and 4 of the Procedures Order and, upon receipt of an invitation to register their appearance from the Court, must respond to the invitation to register for Zoom access.  The FOMB and AAFAF may each register up to four attorney appearances per day, and all other parties shall be limited to two attorney appearances per day.

Attorneys, Members of the Public and Press:  Attorneys and members of the public and press **may listen to (but not view or participate in)** the proceedings by dialing (888) 363-4749 and entering the access code (7214978) and security code (8566) when prompted.

**Copies of Documents:**    Copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.ra.kroll.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

## I.   STATUS REPORTS

1.   **Report from the Oversight Board.**

Description:  Pursuant to the Procedures Orders, the Financial Oversight and Management Board for Puerto Rico (the "FOMB" or "Oversight Board") will file a written Status Report prior to the hearing.  The FOMB will report on (i) the general status and activities of the Oversight Board, including measures taken in response to the COVID-19 pandemic, (ii) the general status of relations among the Oversight Board and the Commonwealth and federal governments, (iii) the general status of the ADR and ACR processes, including the anticipated number of matters to be directed into the ADR process and anticipated timetable for initiation of ADR procedures with respect to such matters, and (iv) the anticipated timing and volume of objections to claims.

Speakers: Should the Court have questions or comments regarding the FOMB's Status Report, the names of counsel who intend to speak on the Status Report are Martin J. Bienenstock and Brian S. Rosen.

2.   **Report from AAFAF.**

Description: Pursuant to the Procedures Orders, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") will file a written Status Report prior to the hearing.  AAFAF will provide a general status report on its status and activities, including an overview of the Commonwealth's ongoing response to the COVID-19 pandemic.

Speakers: Should the Court have questions or comments regarding AAFAF's Status Report, the name of counsel who intends to speak on the Status Report are Luis C. Marini-Biaggi and/or Carolina Velaz Rivero.

## II.   CONTESTED MATTERS

1.  **Four Hundred Fifty-Eighth Omnibus Objection to Claims.** Four Hundred Fifty-Eighth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Misclassified Claims **[Case No. 17-3283, ECF No. 20789]**

   Objection Deadline:  June 13, 2022 at 4:00 p.m. (Atlantic Standard Time)

   Reply Deadline: June 22, 2022 at 4:00 p.m. (Atlantic Standard Time)

   Responses:
   A.  Ferrovial Agroman, LLC and Ferrovial Agroman[,] S.A.'s Response to the Four Hundred Fifty-Eight[h] Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Misclassified Claims **[Case No. 17-3283, ECF No. 21159]**

   Replies, Joinders & Statements:
   A.  Reply of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Response Filed by Claimants Ferrovial Agroman, LLC and Ferrovial Agroman, S.A. [ECF No. 21159] to the Four Hundred Fifty-Eighth Omnibus Objection (Substantive) to Misclassified Claims **[Case No. 17-3283, ECF No. 21295]**

   Status:  This matter is going forward.

   Estimated Time Required:  5 minutes.

   Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:
   A.  Movants:
       1.  **FOMB**: Laura Stafford and/or Brian S. Rosen, 5 minutes

2.  **Four Hundred Sixty-Eighth Omnibus Objection to Claims.** Four Hundred Sixty-Eighth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Subsequently Amended Claims **[Case No. 17-3283, ECF No. 20799]**

   Objection Deadline:  June 13, 2022 at 4:00 p.m. (Atlantic Standard Time)

   Reply Deadline: June 22, 2022 at 4:00 p.m. (Atlantic Standard Time)

Responses:

    A.  Response to "Four Hundred Sixty-Eight Omnibus Objection (Non-Substantive) of Puerto Rico Electric[] Power Authority to Be [sic] Subsequently Amended Claims," filed by Isla del Río, Inc. **[Case No. 17-3283, ECF No. 21228]**

Replies, Joinders & Statements:

    A.  Reply of the Puerto Rico Electric Power Authority to Response Filed by Claimant Isla Del Río, Inc. [ECF No. 21228] to the Four Hundred Sixty-Eighth Omnibus Objection (Non-Substantive) to Subsequently Amended Claims **[Case No. 17-3283, ECF No. 21296]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A.  Movants:
        1.  **FOMB**: Laura Stafford and/or Brian S. Rosen, 3 minutes
    B.  Objecting Parties:
        1.  **Isla Del Río, Inc.**: Eduardo J. Capdevila, 5 minutes
    C.  Movants:
        1.  **FOMB**: Laura Stafford and/or Brian S. Rosen, 2 minutes

3.  **Cobra Acquisitions Motion to Lift Stay Order**.  Cobra Acquisitions LLC's Motion to Lift Stay Order **[Case No. 17-3283, ECF No. 21145]**

Description:  Motion by Cobra Acquisitions LLC for entry of an order lifting the stay applicable to its Motion for Allowance and Payment of Administrative Expense Claims [Case No. 17-BK-3283, ECF No. 8789].

Objection Deadline: June 14, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:

    A.  Joint Objection of the Financial Oversight and Management Board for Puerto Rico, Puerto Rico Electric Power Authority, and Puerto Rico Fiscal Agency and Financial Advisory Authority to Cobra Acquisitions LLC's Motion for Stay Relief **[Case No. 17-3283, ECF No. 21241]**

Reply, Joinder & Statement Deadlines:  June 21, 2022 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 22, 2022 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:

    A.  Cobra Acquisitions LLC's Reply in Support of Motion to Lift The Stay Order **[Case No. 17-3283, ECF No. 21286]**

Related Documents:
    A. Cobra Acquisitions LLC's Motion for Allowance and Payment of Administrative
       Expense Claims **[Case No. 17-3283, ECF No. 8789]**

    B. Order Granting Joint Urgent Motion of the Oversight Board, PREPA, and AAFAF
       to Extend All Applicable Deadlines to Cobra Acquisition LLC's Motion for
       Allowance and Payment of Administrative Expense Claims **[Case No. 17-3283,
       ECF No. 8886]**

    C. Order Denying Cobra Acquisitions LLC's Motion to Lift the Stay Order **[Case No.
       17-3283, ECF No. 17729]**

    D. Order Setting Deadline for Further Status Report **[Case No. 17-3283, ECF No.
       19897]**

Status:  This matter is going forward.

Estimated Time Required:  20 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below, in the order in which the parties shall
present argument:
    A. Movants:
        1. **Cobra**: Abid Qureshi, 8 minutes
    B. Objecting Parties:
        1. **FOMB**: Scott P. Cooper, 10 minutes
    C. Movants:
        1. **Cobra**: Abid Qureshi, 2 minutes

4. **PV Properties, Inc.'s Motion for Relief from Stay**.  PV Properties, Inc.'s Motion for
   Relief from the Automatic Stay **[Case No. 17-4780, ECF No. 2779]**

Description:  Motion by PV Properties, Inc. for an order allowing it relief from the
automatic stay to pursue condemnation proceedings by filing of a complaint against
PREPA for PREPA's alleged inverse condemnation of the PV Properties, Inc.'s renewable
energy credits.

Objection Deadline: June 9, 2022 at 5:00 p.m. (Atlantic Standard Time).

Responses:
    A. Opposition of the Puerto Rico Electric Power Authority to PV Properties, Inc.'s
       Motion for Relief from the Automatic Stay under 11 USC §§ 362(b)(4) & 362
       (d)(1) **[Case No. 17-3283, ECF No. 21164; Case No. 17-4780, ECF No. 2843]**

Reply, Joinder & Statement Deadlines:  June 23, 2022 at 5:00 p.m. (Atlantic Standard
Time).

5

Replies, Joinders & Statements:
  A.  None.

Related Documents:
  A.  Urgent Uncontested Motion for Extension of Opposition Deadline **[Case No. 17-4780, ECF No. 2792]**

  B.  Order Granting Urgent Uncontested Motion for Extension of Opposition Deadline **[Case No. 17-4780, ECF No. 2794]**

  C.  Order to Supplement Briefing of PV Properties, Inc.'s Motion for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 21268; Case No. 17-4780, ECF No. 2856]**

  D.  Joint Report in Compliance with Order to Supplement Briefing **[Case No. 17-4780, ECF No. 2868]**

Status:  This matter is going forward.

Estimated Time Required:  14 minutes.

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument:
  A.  Movants:
      1.  **PV Properties**: Fernando Agrait, 4 minutes
  B.  Objecting Parties:
      1.  **FOMB**: Daniel Desatnik, 7 minutes
  C.  Movants:
      1.  **PV Properties**: Fernando Agrait, 3 minutes

## III.   **ADJOURNED MATTERS**

1.  **Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service**.  Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 168885) **[Case No. 17-3283, ECF No. 7419; Case No. 17-3284, ECF No. 643]**

    Description:  AAFAF, on behalf of itself and the Puerto Rico Sales Tax Financing Corporation ("COFINA"), objects to proofs of claim filed by the United States Department of the Treasury/Internal Revenue Service (Claims No. 168648 and 16885) against COFINA.

    Objection Deadline:  October 25, 2019 at 4:00 p.m. (Atlantic Standard Time).

6

Responses:
    A.  United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim **[Case No. 17-3283, ECF No. 8993; Case No. 17-3284, ECF No. 686]**

Reply, Joinder & Statement Deadlines: December 24, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  COFINA's Reply to the United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 8993] **[Case No. 17-3283, ECF No. 9649; Case No. 17-3284, ECF No. 693]**

Related Documents:
    A.  Stipulation and Agreed Order (A) Withdrawing Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 168648 and 168885); (B) Deeming Previously Filed Objection to Apply to Amended IRS Proof of Claim (Claim No. 169423); (C) Extending Deadline to Respond to the Objection; and (D) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 7927; Case No. 17-3284, ECF No. 662]**

    B.  Stipulation and Agreed Order (A) Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 169423); and (B) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8466; Case No. 17-3284, ECF No. 666]**

    C.  Stipulation and Agreed Order (A) Further Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim No. 169423); and (B) Further Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8688; Case No. 17-3284, ECF No. 678]**

    D.  Informative Motion Regarding Extension of United States' Deadline to Respond to Claim Objection **[Case No. 17-3283, ECF No. 8839; Case No. 17-3284, ECF No. 684]**

    E.  Informative Motion Regarding Extension of COFINA's Deadline to Reply to United States' Response to Claim Objection **[Case No. 17-3283, ECF No. 9330; Case No. 17-3284, ECF No. 688]**

    F.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 10021; Case No. 17-3284, ECF No. 695]**

    G.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 12550; Case No. 17-3284, ECF No. 702]**

7

H.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 13122; Case No. 17-3284, ECF No. 709]**

I.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 13589; Case No. 17-3284, ECF No. 712]**

J.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 14223; Case No. 17-3284, ECF No. 715]**

K.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 14768; Case No. 17-3284, ECF No. 719]**

L.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15320; Case No. 17-3284, ECF No. 722]**

M.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15682; Case No. 17-3284, ECF No. 724]**

N.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15927; Case No. 17-3284, ECF No. 735]**

O.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 16574; Case No. 17-3284, ECF No. 743]**

P.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 16895; Case No. 17-3284, ECF No. 748]**

Q.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 17498; Case No. 17-3284, ECF No. 751]**

R.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 18304; Case No. 17-3284, ECF No. 756]**

S.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 19411; Case No. 17-3284, ECF No. 761]**

T.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection
to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-
3283, ECF No. 19922; Case No. 17-3284, ECF No. 764]**

U.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection
to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-
3283, ECF No. 20367; Case No. 17-3284, ECF No. 769]**

V.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection
to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-
3283, ECF No. 20757; Case No. 17-3284, ECF No. 771]**

W.  Informative Motion Regarding Adjournment of Hearing on COFINA's Objection
to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-
3283, ECF No. 21313; Case No. 17-3284, ECF No. 773]**

Status:  This matter has been adjourned to the August 17, 2022 omnibus hearing.

Estimated Time Required:  N/A.

2.  **PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power
Purchase and Operating Agreements.**  Omnibus Motion of Puerto Rico Electric Power
Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and
Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No.
15178; Case No. 17-4780, ECF No. 2296]**

Description:  Hearing on the portion of PREPA's motion for an order authorizing its
rejection of certain power purchase and operating agreements directed at the operational
power purchase and operating agreements with Windmar Renewable Energy, Inc. and
Windmar Renewable Energy, LLC.

Objection Deadline:  September 21, 2021 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A.  None.

Reply, Joinder & Statement Deadlines: September 28, 2021 at 4:00 p.m. (Atlantic Standard
Time) for all parties other than the Debtors or Statutory Committees and September 29,
2021 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
  A.  None.

Related Documents:
  A.  Declaration of Fernando M. Padilla in Respect of Omnibus Motion of Puerto Rico
    Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain

9

Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15179; Case No. 17-4780, ECF No. 2297]**

B.  Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15234; Case No. 17-4780, ECF No. 2307]**

C.  Order Granting Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15265; Case No. 17-4780, ECF No. 2309]**

D.  Certificate of No Objection Regarding Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15286; Case No. 17-4780, ECF No. 2312]**

E.  Order Granting in Part Omnibus Motion of Puerto Rico Electric Power Authority for (A) Approval of Its Rejection of Certain Power Purchase and Operating Agreements, and (B) Related Relief **[Case No. 17-3283, ECF No. 15313; Case No. 17-4780, ECF No. 2318]**

F.  Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15476; Case No. 17-4780, ECF No. 2344]**

G.  Order Granting Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15478; Case No. 17-4780, ECF No. 2345]**

H.  Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15579; Case No. 17-4780, ECF No. 2364]**

I.  Order Granting Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase

and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15582; Case No. 17-4780, ECF No. 2366]**

J.  Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15880; Case No. 17-4780, ECF No. 2379]**

K.  Order Granting Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15881; Case No. 17-4780, ECF No. 2380]**

L.  Order Adjourning in Part Omnibus Motion of the Puerto Rico Electric Power Authority for Entry of an Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 18133; Case No. 17-4780, ECF No. 2620]**

M.  Informative Motion Regarding Adjournment of Hearing on PREPA's Omnibus Motion of Puerto Rico Electric Authority for Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 18272; Case No. 17-4780, ECF No. 2623]**

Status:  This matter has been adjourned to the August 17, 2022 omnibus hearing.

Estimated Time Required:  N/A.

3.  **Community Health Foundation's Administrative Claim Motion.** Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 18602]**

Description:  Community Health Foundation of P.R. Inc.'s motion for an order allowing payment of post-petition wraparound payments for services provided to residents of Puerto Rico.

Objection Deadline: May 25, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A.  Objection of the Financial Oversight and Management Board for Puerto Rico to the Motion of Community Health Foundation of P.R. Inc. for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 21005]**

Reply, Joinder & Statement Deadlines: July 8, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:

    A.  None.

Related Documents:

    A.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19357]**

    B.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19370]**

    C.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19722]**

    D.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19733]**

    E.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20064]**

    F.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20066]**

    G.  Urgent Consensual Motion Seeking Adjournment of Hearing **[Case No. 17-3283, ECF No. 20206]**

    H.  Order Granting Urgent Consensual Motion Seeking Adjournment of Hearing **[Case No. 17-3283, ECF No. 20214]**

    I.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20283]**

    J.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20295]**

    K.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20556]**

    L.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20568]**

    M.  Declaration of Felmarie Cruz Morales in Respect of Objection of the Financial Oversight and Management Board for Puerto Rico **[Case No. 17-3283, ECF No. 21006]**

    N.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21110]**

O. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 21116]**

Status:  This matter has been adjourned to the August 17, 2022 omnibus hearing.

Estimated Time Required:  N/A.

4.  **Ricoh Puerto Rico Inc.'s Objection to Cure Amounts**. Ricoh Puerto Rico Inc.'s Motion Objecting Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19498]**

Description:  Objection by Ricoh Puerto Rico Inc. to cure costs related to executory contracts or unexpired leases to be assumed pursuant to the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated January 14, 2022 (ECF No. 19784 in Case No. 17-3283).

Reply Deadline:  August 10, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies:
A.  None.

Related Documents:
A.  Notice of Executory Contracts and Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19353]**

B.  Order Scheduling Hearing on Objections to Proposed Cure Amounts **[Case No. 17-3283, ECF No. 19523]**

C.  Urgent Consensual Motion for Extension of Response Deadline **[Case No. 17-3283, ECF No. 19811]**

D.  Order Granting Urgent Consensual Motion for Extension of Response Deadline **[Case No. 17-3283, ECF No. 19839]**

E.  Second Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 19892]**

F.  Order Granting the Second Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 19900]**

G.  Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20082]**

H.  Order Granting the Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20092]**

I.   Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20379]**

J.   Order Granting the Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20392]**

K.   Fifth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20745]**

L.   Order Granting the Fifth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20751]**

M.   Sixth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21297]**

N.   Order Granting the Sixth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21302]**

Status:  This matter has been adjourned to the August 17, 2022 omnibus hearing.

Estimated Time Required:  N/A.

5.   **Ramhil Developers Inc.'s Objection to Cure Amount**.   Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19807]**

Description:  Objection by Ramhil Developers Inc. to cure costs related to executory contracts or unexpired leases to be assumed pursuant to the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated January 14, 2022 (ECF No. 19784 in Case No. 17-3283).

Reply Deadline:  August 10, 2022 at 4:00 p.m. (Atlantic Standard Time).

Replies:
   A.   None.

Related Documents:
   A.   Notice of Executory Contracts and Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19353]**

   B.   Request for Leave to File Exhibits to Ramhil Developers Inc.'s Objection to Docket No. 19353 without Certified Translations and an Extension of Time to File the Same **[Case No. 17-3283, ECF No. 19808]**

   C.   Order Granting Request for Leave to File Exhibits to Ramhil Developers Inc.'s Objection to Docket No. 19353 without Certified Translations and an Extension of Time to File the Same **[Case No. 17-3283, ECF No. 19843]**

14

D. Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20082]**

E. Order Granting the Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20092]**

F. Urgent Motion Submitting Eleven (11) Certified Translations in Connection with *Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment* and Unopposed Request of Time Extension to File a Pending Translation **[Case No. 17-3283, ECF No. 20163]**

G. Order Granting Unopposed Request of Time Extension to File a Pending Translation **[Case No. 17-3283, ECF No. 20169]**

H. Motion Submitting Certified Translations in Connection with *Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment* **[Case No. 17-3283, ECF No. 20186]**

I. Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20379]**

J. Order Granting the Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20392]**

K. Fifth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20745]**

L. Order Granting the Fifth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20751]**

M. Sixth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21297]**

N. Order Granting the Sixth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21302]**

Status:  This matter has been adjourned to the August 17, 2022 omnibus hearing.

Estimated Time Required:  N/A.

6. **Debtors' Omnibus Objections to Claims.**

Related Documents:
A. Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the June 29, 2022 Omnibus Hearing to the August 17, 2022 Omnibus Hearing **[Case No. 17-3283, ECF No. 21338]** (the "Notice of Adjournment")

15

The following omnibus objections to claims were scheduled for hearing at the June 29, 2022, omnibus hearing but will be subject to forthcoming notices of presentment for final written orders of the Court.

Four Hundred Fiftieth [ECF No. 20781]; Four Hundred Fifty-First [ECF No. 20782]; Four Hundred Fifty-Second [ECF No. 20783]; Four Hundred Fifty-Fourth [ECF No. 20785]; Four Hundred Fifty-Fifth [ECF No. 20786]; Four Hundred Fifty-Sixth [ECF No. 20787]; Four Hundred Fifty-Seventh [ECF No. 20788]; Four Hundred Fifty-Ninth [ECF No. 20790]; Four Hundred Sixtieth [ECF No. 20791]; Four Hundred Sixty-First [ECF No. 20792]; Four Hundred Sixty-Second [ECF No. 20793]; Four Hundred Sixty-Third [ECF No. 20794]; Four Hundred Sixty-Fourth [ECF No. 20795]; Four Hundred Sixty-Sixth [ECF No. 20797]; and Four Hundred Sixty-Seventh [ECF No. 20798].

Pursuant to the Notice of Adjournment, the following omnibus objections to claims have been adjourned from the June 29, 2022 omnibus hearing to the August 17, 2022, omnibus hearing, solely with respect to the claims identified below:

Three Hundred Thirty-Fourth [ECF No. 17085] (Claim No. 174301); Three Hundred Thirty-Sixth [ECF No. 17101] (Claim No. 21597); Three Hundred Sixty-Third [ECF No. 17929] (Claim No. 10502); Three-Hundred Eighty-Seventh [ECF No. 17926] (Claim No. 177404); Three Hundred Ninety-First [ECF No. 17974] (Claim No. 20926); Three Hundred Ninety-Ninth [ECF No. 19548] (Claim Nos. 71072-1 and 175239-1); Four Hundredth [ECF No. 19549] (Claim No. 160874); Four Hundred Third [ECF No. 19552] (Claim Nos. 176183; 169481; 174504; 175048; 175054; 175966; 139162; 175627; 176233; 174895; 175486; 176410; 176160; 169726; 172218; 176316; 175529; 169432; 176244; 175574; 174471; 174107; 175665; 176310; 176046; 174966; 175171; 176054; and 175538); Four Hundred Fourth [ECF No. 19553] (Claim Nos. 177508; 178701; 178015; 177243; 177761; 177932; 179150; 176671; 177215; 177513; 177092; and 177099); Four Hundred Sixth [ECF No. 19555] (Claim No. 16103); Four Hundred Twelfth [ECF No. 19559] (Claim Nos. 176447; 176498; 177629; and 176450); Four Hundred Fourteenth [ECF No. 20040] (Claim Nos. 179649 and 179662); Four Hundred Twenty-Fifth [ECF No. 20051] (Claim No. 17048); Four Hundred Thirty-Second [ECF No. 20487] (Claim No. 15774); Four Hundred Thirty-Seventh [ECF No. 20495] (Claim Nos. 179730; 135965; 136952; 140056; 140270; and 140676); Four Hundred Thirty-Ninth [ECF No. 20497] (Claim Nos. 179635 and 31525); Four Hundred Forty-First [ECF No. 20499] (Claim No. 134043); Four Hundred Forty-Third [ECF No. 20501] (Claim Nos. 151713; 9891; 125306; 104914; 90011; and 80168); Four Hundred Forty-Seventh [ECF No. 20503] (Claim No. 505); and Four Hundred Forty-Eighth [ECF No. 20504] (Claim No. 17433); Four Hundred Fifty-Third [ECF No. 20784] (Claim No. 31895); Four Hundred Sixty-Fifth [ECF No. 20796] (Claim Nos. 17230 and 173831).

Estimated Time Required:  N/A.

[*Remainder of Page Intentionally Left Blank*]

Dated: June 27, 2022
        San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

*/s/  Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

**<u>Exhibit A</u>**

**Order Regarding Procedures for June 29–30, 2022 Omnibus Hearing**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:                                                                         PROMESA
                                                                               Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of                                                   No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                                                (Jointly Administered)
et al.,

                Debtors.[1]
-------------------------------------------------------------x

ORDER REGARDING PROCEDURES FOR JUNE 29-30, 2022, OMNIBUS HEARING

        The Court will conduct an omnibus hearing on certain motions in the above-

captioned cases and related adversary proceedings (the "Hearing") beginning at **9:30 a.m.**

**(Atlantic Standard Time)** on **June 29, 2022**.  The Hearing will be conducted on **June 29, 2022**,

from **9:30 a.m.** to **12:50 p.m. (Atlantic Standard Time)**, resume if necessary from **2:10 p.m.** to

**5:00 p.m**. **(Atlantic Standard Time)**, and continue if necessary on **June 30, 2022**, beginning at

**9:30 a.m. (Atlantic Standard Time)**.  In light of the ongoing COVID-19 public health crisis,

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case
        number and the last four (4) digits of each Debtor's federal tax identification number, as
        applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth")
        (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii)
        Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-
        BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways
        and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last
        Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
        Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-
        BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric
        Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits
        of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA")
        (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)
        (Title III case numbers are listed as Bankruptcy Case numbers due to software
        limitations).

the Court will conduct the Hearing virtually using videoconferencing and telephonic platforms as
set forth herein.  The Hearing shall be governed by the following procedures.

**Registration for Videoconference; Listen-In Facilities for Attorneys, Members of Public
and Press**

        1.    **Videoconferencing via Zoom**.  The Court will conduct the Hearing using the
audio and video features of the Zoom platform as a virtual courtroom.  An invitation to register
will be sent by the Court to participants who have registered their appearance by filing an
Informative Motion in accordance with paragraph 3 below.  Parties must respond to the
invitation to register for Zoom access and will automatically receive the link and relevant login
information to join the virtual proceeding.  To optimize performance of the Zoom platform and
in the interest of avoiding excessive billing of fees, the Financial Oversight and Management
Board for Puerto Rico (the "Oversight Board") and the Puerto Rico Fiscal Agency and Financial
Advisory Authority ("AAFAF") shall each be limited to four attorneys appearing in the Zoom
session at any given time, and each other Party (as defined in paragraph 3(a) below) will be
limited to two attorneys appearing in the Zoom session at any given time.  **Only persons who
are identified in properly submitted Zoom registration documents, including a Party
Appearance Sheet, will be permitted to appear at the Hearing**.  Recording and retransmission
of the proceedings by any means are prohibited.  All proceedings will be conducted in the
English language as required by law.  48 U.S.C. § 864.  No interpretation services will be
provided by the Court for the Hearing.

        2.    **Listen-Only Access to the Hearing**.  Attorneys, members of the public,
and press may **listen to but not view or participate in** the Hearing by dialing (888) 363-4749
and entering the access code (7214978) and security code (8566) when prompted.  This

telephonic access line for the press and the general public will be in listen-only mode at all times. Recording and further broadcasting of the proceedings by any means remain prohibited.

**3.      Registration to Participate in the Hearing via Zoom**.

a.  _Parties represented by counsel_.  Counsel for any party-in-interest (each, a "Party") that wishes to participate in the Hearing must register an appearance by filing an Informative Motion, no later than **June 23, 2022**, at **1:00 p.m. (Atlantic Standard Time)**, identifying (a) the Party for which they intend to appear, (b) the name(s) and email address(es) of the attorney(s) who will appear, and (c) the Hearing matter(s) in connection with which the party-in-interest may wish to be heard.  Counsel must annex a Party Appearance Cover Sheet (the form of which is attached as Exhibit A to this Order) as Exhibit A to the Informative Motion.

b.  _Parties not represented by counsel_.  Any individual Party not represented by counsel who wishes to participate in the Hearing must file an Informative Motion, no later than **June 23, 2022**, at **1:00 p.m. (Atlantic Standard Time)**, identifying (a) the Party name, (b) the name and email address of the individual appearing, and (c) the Hearing matter in connection with which the Party may wish to be heard.  Each Party must annex a Party Appearance Cover Sheet (the form of which is attached as Exhibit A to this Order) as Exhibit A to its Informative Motion.

**Pre-Hearing Filing Deadlines**

4.      **Party Informative Motion and Party Appearance Cover Sheet**.  In accordance with paragraph 3(a), a Party must file an informative motion by **June 23, 2022**, at **1:00 p.m. (Atlantic Standard Time)**.  Each Informative Motion must be accompanied by a

Party Appearance Cover Sheet, otherwise, the Party will not be registered to participate in the

proceedings via Zoom.

5.  **Agenda**.  An agenda outlining the matters to be addressed and the projected

timetable for the Hearing shall be filed by Debtors' counsel by **June 27, 2022**, in accordance

with the Sixteenth Amended Case Management Procedures.  (See Docket Entry No. 20190-1

§ III.M.)  The agenda shall also include (a) the names of the individuals who intend to appear

and speak on behalf of each relevant party in connection with each motion or report, (b) the order

in which the parties to the relevant motion shall present argument, and (c) time allocations for

each party.  Debtors' counsel shall file a revised agenda on **June 28, 2022**, if circumstances have

changed or if requested to do so by the Court.  Debtors' counsel shall email a proposed agenda,

including preliminary time allocations, to the Court by **June 24, 2022**, at **12:00 p.m. (Atlantic**

**Standard Time)**.

6.  **Exhibits or Demonstratives**.  To the extent that a Party intends to rely on

exhibits and/or demonstratives at the Hearing, it shall file a separate informative motion using

the Exhibit Cover Sheet (the form of which is attached as Exhibit B to this Order) by **3:00 p.m.**

**(Atlantic Standard Time)** on **June 27, 2022**.  The informative motion must (i) include the

Exhibit Cover Sheet and (ii) include each exhibit and/or demonstrative as a separate, text

searchable attachment.  The naming convention of each exhibit must adhere to the specifications

indicated on the Exhibit Cover Sheet.

7.  **Status Reports**.  Given the lack of physical public access to the Hearing and

to further promote transparency and public access to accurate and current information, the

Oversight Board and AAFAF shall file written status reports by **5:00 p.m. (Atlantic Standard**

**Time)** on **June 28, 2022**.  The Oversight Board's report shall address (a) the general status and

activities of the Oversight Board, including measures taken in response to the COVID-19

pandemic, (b) the general status of relations among the Oversight Board and the Commonwealth

and federal governments, (c) the general status of the ADR and ACR processes, including the

anticipated number of matters to be directed into the ADR process and anticipated timetable for

initiation of ADR procedures with respect to such matters, and (d) the anticipated timing and

volume of objections to claims.  AAFAF shall provide a general status report on its status and

activities, including an overview of the Commonwealth's ongoing response to the COVID-19

pandemic.  At the Hearing, the Court will ask counsel to the Oversight Board and AAFAF to

respond to questions and comments, if any, related to their respective status reports.

8.  **Courtroom Procedures**.  All persons granted remote access to the

proceedings are reminded of the general prohibition against photographing, recording, and

rebroadcasting of court proceedings.  Violation of this prohibition may result in sanctions,

including removal of court issued media credentials, restricted entry to future hearings, denial of

entry to future hearings, or any other sanctions deemed necessary by the Court.  The formalities

of a courtroom must be observed.  When appearing by Zoom, each counsel or pro se party must

be situated in such a manner as to be able to view the video screen and be seen by the Court.

Each Party's camera must be turned on when addressing the Court or examining a witness (if

necessary).  Those appearing by Zoom may be removed from the virtual courtroom if they do not

comply with this Order.  During the Hearing, individuals who are registered to participate via

Zoom are directed to observe the following rules:

a.  The following naming conventions must be used by Zoom participants for
admission to the Zoom virtual courtroom. For example:

i.  Attorney participants: [Party Represented (abbreviations may be
used)] / [Last Name of Attorney, First Name of Attorney] / [Law
Firm/Government Office].

       a. PARTY A / Doe, John / ABC Law Firm, or

       b. XYZ Agency/ Doe, Jane / Office of the ABC Government

   ii. <u>Pro se</u> participants: <u>Pro se</u> / [Last Name, First Name].

       a. For example: <u>Pro se</u> / Doe, Jane

b. Identify yourself if asked to do so.

c. Identify yourself by name each time you speak.

d. <u>Mute</u> yourself when you are not speaking to eliminate background noise.

e. Turn off your video unless you are speaking or otherwise directly involved in the argument or examination, unless the Court directs otherwise.

SO ORDERED.

Dated: June 16, 2022

                                   /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                                  United States District Judge

**EXHIBIT A**[1]

<u>PARTY APPEARANCE SHEET</u>

| | |
|---|---|
| Name of Party | |
| Party Name Abbreviation<br>  (For Use with Zoom[2]) | |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (<u>See</u> June Omnibus Hearing Procedures Order, ¶ 8(a))<br><br>or<br><br>Party-in-interest Not Represented by Counsel:<br><br>• Name, Email, Phone Number, Proof of Claim Number (if any) | |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the June Omnibus Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. | |

---

[1]     This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit A**.

[2]     <u>See</u> Hearing Procedures Order ¶ 8(a).

**EXHIBIT B**

PARTY EXHIBIT COVER SHEET

| | |
|---|---|
| Name of Party | |
| Relevant Agenda Matter | |
| Total Number of Exhibits Offered by the Party | |

| Exhibit Identifier[1] | Description of Exhibit |
|---|---|
| | |
| | |
| | |
| | |
| *If a Party files a supplemental Exhibit Cover Sheet, the Party must include the Docket Entry No. of the original exhibit cover sheet in the new filing which must be clearly marked as a "Supplemental" Exhibit Cover Sheet filing. | |

Pursuant to Bankruptcy Local Rule 9037-1(a),  parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a).

I, [*insert filing attorney name* or *name of Pro Se Party in Interest*], certify that I have attached each evidentiary document listed above as a separate exhibit to this cover sheet.

---

[1]     Each Exhibit should be named in sequential party-identified numbering (e.g., "FOMB Ex. 1" or "UCC Ex. A").