**AAFAF Weekly Reporting Dashboard**
06/28/2022

**COVID-19 Update as of June 25, 2022**

| Location | Total Completed | Total Cases[1] | Deaths | % Mortality |
|---|---|---|---|---|
| Puerto Rico | 968,969 | 901,279 | 4,532 | 0.5% |
| United States | 591,331,270 | 87,092,384 | 1,016,208 | 1.2% |



Total COVID-19 Puerto Rico Cases[1]

Hospitalizations as of 6/27: 326

(1) Graphic includes confirmed, probable, and suspected cases.



Current COVID-19 Puerto Rico Vaccinations[1]

31.50% of eligible population with vaccines

(1) Graphic illustrates number of individuals vaccinated as of June 27, 2022.

**Unemployment Initial Claims as of June 18, 2022[1]**

| Location | Cumulative 3/21/20-6/18/22 | Week Ended 6/18/2022 | Total | % New Claims |
|---|---|---|---|---|
| Puerto Rico | 542,013 | 2,715 | 544,728 | 0.5% |
| United States | 98,778,698 | 202,844 | 98,981,542 | 0.2% |



Puerto Rico Initial Unemployment Claims

Note: (1) Initial claims are not seasonally adjusted

**Airport Traffic**

| LMM | 2020 | 2021 | 2022 | Δ (22 to 20) | Δ (22 to 21) |
|---|---|---|---|---|---|
| January | 888,012 | 531,629 | 746,697 | -15.9% | 40.5% |
| February | 792,317 | 481,270 | 725,786 | -8.4% | 50.8% |
| March | 526,181 | 751,974 | 918,236 | 74.5% | 22.1% |
| April | 41,692 | 765,561 | 888,029 | 2030.0% | 16.0% |
| May | 79,906 | 896,041 | 943,866 | 1081.2% | 5.3% |
| June | 214,008 | 1,009,754 | 0 | -100.0% | -100.0% |
| July | 363,935 | 1,118,931 | 0 | -100.0% | -100.0% |
| August | 302,237 | 935,781 | 0 | -100.0% | -100.0% |
| September | 297,505 | 684,451 | 0 | -100.0% | -100.0% |
| October | 385,608 | 753,623 | 0 | -100.0% | -100.0% |
| November | 440,548 | 833,268 | 0 | -100.0% | -100.0% |
| December | 513,404 | 921,944 | 0 | -100.0% | -100.0% |

LMM Passenger Traffic (in thousands)

**TSA Cash Flow Actual vs. LP for July 1, 2021 to May 27, 2022 ($ in millions)**

| Inflows | FY 22 Actual | FY 22 LP | Variance |
|---|---|---|---|
| GF - Sales & Use Tax | 2,129.2 | 2,060.6 | 69 |
| GF - Rum Excise Tax | 288.6 | 193.3 | 95 |
| All Other GF & SRF | 11,571.1 | 9,907.8 | 1,663 |
| **Total (excl. FF)** | **13,989** | **12,162** | **1,827** |

Note: Suri Sweep Account Balance 5/27: $204.7 mm

**TSA Cash Flow Actual Results for July 1, 2021 to May 27, 2022 ($ in millions)**

| Inflows | FY2021 | FY2022 | Variance |
|---|---|---|---|
| GF - Sales & Use Tax | 2,055.5 | 2,129.2 | 74 |
| GF - Rum Excise Tax | 179.8 | 288.6 | 109 |
| All Other GF & SRF | 11,439.2 | 11,571.1 | 132 |
| **Total (excl. FF)** | **13,675** | **13,989** | **314** |

Note: Suri Sweep Account Balance 5/27: $204.7 mm

**Emergency Reserve Fund – Disbursements Update as of December 7, 2020 ($ in millions)**

| Measure | Cost Share FEMA/PR | Authorized Amount | Disbursed |
|---|---|---|---|
| FEMA Mission Assignment | 75/25 | 5.1 | - |
| Contracts/MOU | 75/25 | 4.9 | 4.9 |
| Purchase Orders | 75/25 | 52.6 | 52.6 |
| PR National Guard | 100/0 | 14.9 | 12.9 |
| **Total** | | **77.5** | **70.4** |

**Disaster Recovery – Disbursements Update as of June 20, 2022 ($ in millions)**

| Category | Disbursed | Obligated[1] | % Disbursed |
|---|---|---|---|
| FEMA Funds | 16,188 | 40,112 | 40% |
| Other Funds | 4,470 | 23,723 | 19% |
| **Total** | **20,658** | **63,835** | **32%** |

Note: (1) Obligated funding that has been distributed to Recipients, Subrecipients, and agencies Allocated funding that has been committed by Federal Agencies for distribution

**Coronavirus Relief Fund – Disbursements Update as of June 21, 2022 ($ in millions)**

| Category | Cost Plus Res. | Disbursed | Disb. & Oblig.[1] | Remaining[13] |
|---|---|---|---|---|
| Private Sector Payroll Protection Program | 56.3 | 56.3 | 56.3 | - |
| Assistance Program to Small Businesses | 121.3 | 121.3 | 121.3 | - |
| COVID-19 Testing and Contact Tracing Program | 192.9 | 184.2 | 184.2 | 8.8 |
| Allocation to Unemployment Trust Fund[2] | 300.0 | 292.1 | 292.1 | 7.9 |
| Assistance Program to Self-Employed Individuals | 189.4 | 189.4 | 189.4 | - |
| Transfer to the 78 Municipalities for Eligible Exp.[3] | 312.7 | 312.1 | 312.1 | 0.5 |
| Acquisition of Materials and PPE | 129.9 | 116.6 | 124.4 | 13.3 |
| Assistance Program to Private Hospitals[4] | 366.9 | 366.9 | 366.9 | 0.0 |
| Assistance Program to Medium Businesses | 12.6 | 12.6 | 12.6 | - |
| Emergency Assistance - Public Hospitals | 85.1 | 70.6 | 70.6 | 14.5 |
| Assistance Program to the Tourism Industry[5] | 84.0 | 84.0 | 84.0 | - |
| Remote Work Program of the Government of PR | 59.9 | 49.2 | 117.4 | 10.7 |
| Telemedicine Program in Puerto Rico | 40.0 | 36.1 | 40.0 | 3.9 |
| COVID-19 Emergency Expenses in Prisons | 9.8 | 9.8 | 9.8 | - |
| COVID-19 related Training & Workshops for SMEs[7] | 9.8 | 9.8 | 9.8 | - |
| Program of Assistance and Care - Homeless Pop. | 3.1 | 2.4 | 3.9 | 0.7 |
| Administrative Program Expenses - Reserve[3] | 16.3 | 16.3 | 16.3 | - |
| Reserve | 1.5 | | | 1.5 |
| FEMA Non-Fed Matching Funds Assist. Program-Reserve[8] | 33.1 | 30.1 | 30.1 | 3.0 |
| Public Safety Department- First Responders Payroll | 24.0 | 24.0 | 24.0 | - |
| Department of Natural and Environmental Resources (Reserve) | 0.1 | 0.1 | 0.1 | - |
| Public Building Authority (Reserve) | 5.0 | 1.5 | 1.5 | 3.5 |
| Department of Health (Reserve) | 5.0 | 5.0 | 5.0 | - |
| Public Safety Department (Reserve) | 0.7 | 0.7 | 0.7 | - |
| Puerto Rico Aqueduct and Sewer Authority  (Reserve) | 0.0 | | | 0.0 |
| Office for Socioeconomic and Community Development (Reserve | 0.0 | | | - |
| Puerto Rico Electric Power Authority (Reserve) | 10.3 | 0.0 | 10.3 | - |
| Governors Office | 0.0 | 0.0 | 0.0 | 0.0 |
| Student Technology Solutions Program-Reserve[1] | 87.9 | 87.5 | 87.5 | 0.4 |
| Business Interruption Grant Program[9] | 29.5 | 29.5 | 29.5 | - |
| Survivors of Domestic Violence and Abuse Program[10] | 3.9 | 3.4 | 3.4 | 0.5 |
| Centers for Diagnostics and Treatment Program[11] | 16.3 | 16.3 | 16.3 | 0.4 |
| Hazard Pay Program[12] | 19.8 | 19.8 | 19.8 | - |
| **Total** | **2,217.7** | **2,148.2** | **2,229.5** | **69.5** |

(1) STSP-R was funded by a distribution of $50,000,000 from the Reserve. $40,000,000 for The Remote Learning Solutions Program from the Reserve.
(2) Bank Transfer to the Department of Labor and Human Resources for $150,000,000
(3) Administrative Expenses Program-Reserve was funded by a distribution of $50,000,000 from the Reserve.
(4) Assistance Program to Private Hospitals was funded by a distribution of an additional amount of $150,000,000 from the Reserve
(5) "Transfer to 78 Municipalities for Eligible Expenses" was funded by a distribution of an additional amount of $100,000,000 from the Reserve.
(6) Federal Emergency Management Agency (FEMA) Non-Federal Matching Funds Assistance Program funded by a distribution of $50,000,000 from the Reserve
(7) To close "THE WORKSHOPS AND TRAINING PROGRAM FOR SMES PROGRAM" and allocate unused funds to "THE CORONAVIRUS RELIEF FUND RESERVE"
(8) In addition $50,000,000 for Assistance Program to the Tourism Industry from the Reserve.
(9) Business Interruption Grant Program was funded by a distribution of $65,000,000 from the Reserve.
(10) Survivors of Domestic Violence and Abuse Program was funded by a distribution of $2,000,000 from the Reserve
(11) Assistance Program to Centers for Diagnostics and Treatment was funded by a distribution of $23,000,000 from the Reserve
(12) Department of Public Safety Program for the Payment of Hazard Pay was funded by a distribution of $20,000,000 from the Reserve.
(13) The remaining balance presented may not reflect adjustments in progress in the PRIFAS financial system.

**Puerto Rico Unemployment Trust Fund - Balance as of May 2, 2022 ($ in millions)**

Balance as of 5/2: $302.7mm

**PR Local Stimulus Emergency Measures Package as of March 25, 2022 ($ in millions)**

| Concepts | Cost | Total Disbursed | Unused Balance | Extension Amount | Total Disbursed | Available Balance |
|---|---|---|---|---|---|---|
| Incremental FY 2021 Spending[1] | 500.0 | 471.0 | 29.0 | 20.5 | - | 20.5 |
| Available FY2020 GF Funding through reappor.[1] | 157.1 | 120.8 | 36.4 | 6.8 | 1.6 | 5.2 |
| U.S. Dept. of Education Funds | 130.6 | - | - | | | |
| **Total** | **787.7** | **591.8** | **65.4** | **27.4** | **1.6** | **25.8** |

*Note: (1) Detailed measures of Incremental FY 2020 Spending and Available FY2020 GF Funding through reapportionment shown below.*

*FY21 Remaining Balance only includes measures that have been extended.*

*(2) Total Disbursed includes FY20 and FY21 disbursements. Total Remaining is Cost less Total Disbursed.*

| PR Local Stimulus Emergency Package - Incremental FY 2021 Spending Measures | | | | Active Extension | | |
|---|---|---|---|---|---|---|
| Measures | Cost | Total Disbursed | Total Remaining | Extension Amount | Total Disbursed | Available Balance |
| Direct Payment to Self-Employed | 100.0 | 94.5 | 5.5 | - | - | - |
| Direct Payment to Small Businesses | 60.0 | 59.8 | 0.2 | - | - | - |
| Municipal firefighters | 0.4 | 0.3 | 0.1 | - | - | - |
| Municipal police | 11.8 | 11.2 | 0.6 | - | - | - |
| Bonus for Hacienda Internal Revenue Agents | 0.5 | 0.5 | 0.0 | - | - | - |
| Public Safety Investments | 20.0 | 9.4 | 10.6 | 10.6 | - | 10.6 |
| Emergency Management | 0.4 | 0.4 | 0.0 | - | - | - |
| Police Officers | 46.6 | 45.2 | 1.4 | - | - | - |
| Special Investigations Unit | 0.3 | 0.1 | 0.1 | - | - | - |
| Firefighters | 5.1 | 5.1 | 0.0 | - | - | - |
| 911 service | 0.5 | 0.5 | 0.0 | - | - | - |
| Forensics | 0.8 | 0.8 | - | - | - | - |
| EMS personnel | 2.0 | 1.7 | 0.3 | - | - | - |
| Bonus for Corrections Employees | 16.8 | 15.0 | 1.9 | - | - | - |
| Bonus for Court Staff | 0.8 | 0.8 | 0.0 | - | - | - |
| Materials for Department of Education | 124.3 | 122.2 | 2.1 | 9.4 | - | 9.4 |
| Cost of moratorium on tolls | 6.0 | 0.6 | 5.4 | - | - | - |
| UPR COVID-19 R&D | 1.7 | 1.2 | 0.5 | 0.5 | - | 0.5 |
| Support to the Municipalities | 100.1 | 100.1 | - | - | - | - |
| Reserve | 2.0 | 1.8 | 0.2 | - | - | - |
| **Total** | **500.0** | **471.0** | **29.0** | **20.5** | **-** | **20.5** |

| PR Local Stimulus Emergency Package - Available FY 2020 GF funding through reappor. Measures | | | | Active Extension | | |
|---|---|---|---|---|---|---|
| Measures | Cost | Total Disbursed | Total Remaining | Extension Amount | Total Disbursed | Available Balance |
| Dept. of Correctional Health nurses | 1.1 | 1.0 | 0.1 | - | - | - |
| Dept. of Correctional Health non-nurses | 0.5 | 0.4 | 0.1 | - | - | - |
| Public sector nurses | 23.2 | 14.9 | 8.3 | 0.1 | 0.1 | - |
| Private sector nurses | 73.4 | 73.3 | 0.1 | - | - | - |
| Professional services nurses | 22.6 | 13.8 | 8.8 | - | - | - |
| Technicians | 1.5 | 0.1 | 1.4 | - | - | - |
| Other bonuses | 4.8 | 4.2 | 0.6 | - | - | - |
| Public hospitals | 30.0 | 13.0 | 17.0 | 6.7 | 1.5 | 5.2 |
| **Total** | **157.1** | **120.8** | **36.4** | **6.8** | **1.6** | **5.2** |