UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| **THE FINANCIAL OVERSIGHT AND** | |
| **MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| **THE COMMONWEALTH OF PUERTO RICO,** *et al.*, | |
| Debtors.[1] | |

**UNOPPOSED MOTION BY GENOVESE, JOBLOVE & BATTISTA, P.A. FOR EXTENSION OF DEADLINE *NUNC PRO TUNC* TO FILE DISCLOSURES IN COMPLIANCE WITH THE REQUIREMENTS UNDER THE PUERTO RICO RECOVERY ACCURACY IN DISCLOSURES ACT (PRRADA), PUB. L. NO. 117-82**

To The Honorable United States District Court Judge Laura Taylor Swain:

Genovese, Joblove & Battista, P.A. ("**GJB**"), as former special litigation counsel to the Official Committee of Unsecured Creditors ("**UCC**"), in connection with the above-captioned title III cases (the "**Title III Cases**") and pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("**PROMESA**"), hereby files this motion requesting entry of an order substantially in form attached hereto as Exhibit "**A**", extending the deadline, *nunc pro tunc*, for GJB to file its disclosure (the "**Verified Statement**") pursuant to the requirements

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

set forth in the Puerto Rico Recovery Accuracy in Disclosures Act, Pub. L. No. 117-82 ("**PRRADA**") and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, and further pursuant to this honorable Court's *Order Approving List of Material Interested Parties Pursuant to the Puerto Rico Recovery Accuracy in Disclosures Act* (the "**PRRADA Order**") [Docket No. 20467]. In further support thereof, GJB states as follows:

## BACKGROUND

1. On February 2, 2022, this Court entered the *Order Concerning Compliance with the Puerto Rico Recovery Accuracy in Disclosures Act* [Docket No. 19980], directing the Oversight Board to file a motion seeking approval of a list of material interested parties for each Debtor (the "**Compliance Order**").

2. On February 22, 2022, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") filed its *Motion of Financial Oversight and Management Board for Puerto Rico Requesting Order Approving Proposed List of Material Interested Parties Pursuant to the Puerto Rico Recovery Accuracy in Disclosures Act* [Docket No. 20194], seeking Court approval of a list of material interested parties (the "**MIP List**") in accordance with the Court's Compliance Order.

3. On March 21, 2022, this Court entered its *Order Regarding Proposed List of Material Interested Parties Pursuant to the Puerto Rico Recovery Accuracy in Disclosures Act* [Docket No. 20419], directing the Oversight Board to expand and resubmit the MIP List to include holders of inactive claims.

4. On March 29, 2022, the Oversight Board filed the *Notice of Amended List of Material Interested Parties Pursuant to Puerto Rico Recovery Accuracy in Disclosures Act* [Docket No. 20458], which included an amended list of material interested parties with respect to

all Title III Cases (the "**Amended MIP List**").

5. On March 30, 2022, the Court entered the PRRADA Order, approving the Amended MIP List and directing all professionals listed therein to file the necessary disclosures under PRRADA by May 16, 2022.

## REQUEST FOR EXTENSION OF DEADLINE

6. On February 15, 2022, former GJB attorneys John Arrastia ("J. Arrastia"), Jesus Suarez ("J. Suarez") and Angelo Castaldi ("A. Castaldi") formed the law firm, Continental, PLLC ("Continental") and took over representation of the Committee as special litigation counsel. In connection with the foregoing, Arrastia, Suarez and Castaldi filed Notices of Appearance and Request for Notices and Papers [D.E. 20136]. On February 28, 2022, Continental filed their Informative Motion Regarding Change of Firm and Address, and Proposed Substitution of Counsel [Docket No. 20225]. As a result of the foregoing, GJB no longer is representing any party in these proceedings.

7. GJB has been diligently preparing its Verified Statement in order comply with PRRADA and the PRRADA Order; however, as a result of the departure of lead counsel in these proceedings GJB requires additional time to finalize its conflict checks to ensure the accuracy and completeness of the Supplemental Verified Statement.

8. Accordingly, GJB respectfully requests an extension of the deadline, *nunc pro tunc*, through and including July 15, 2022, to file its Supplemental Verified Statement in compliance with PRRADA.

9. The United States Trustee has no objection to this Motion and consents to the relief requested herein.

10. GJB has not made the request for relief sought in this Motion to this or any other

court.

## REQUESTED RELIEF

WHEREFORE, Genovese, Joblove & Battista, P.A. respectfully requests that this Court enter an order substantially in the form attached hereto as Exhibit "A" (i) granting this Motion; (ii) allowing GJB to file its Verified Statement no later than July 15, 2022; and (iii) for any other relief the Court deems just and proper.

Dated: June 28, 2022
Miami, Florida

/s/ *Mariaelena Gayo-Guitian*
John H. Genovese, Esq. (*Pro Hac Vice*)
Mariaelena Gayo-Guitian, Esq. (*Pro Hac Vice*)
Michael A. Friedman, Esq. (*Pro Hac Vice*)
GENOVESE, JOBLOVE & BATTISTA, P.A.
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Tel: 305-349-2300
jgenovese@gjb-law.com
mguitian@gjb-law.com
mfriedman@gjb-law.com

*Former Special Litigation Counsel to the Official Committee of Unsecured Creditors for all Title III Debtors (other than PBA and COFINA)*

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2022, this Motion was filed through the Court's CM/ECF system, which notifies all counsel of record.

**EXHIBT A**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| **THE FINANCIAL OVERSIGHT AND** | |
| **MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| **THE COMMONWEALTH OF PUERTO RICO,** *et al.*, | |
| Debtors.[2] | |

## ORDER GRANTING UNOPPOSED MOTION BY GENOVESE, JOBLOVE & BATTISTA, P.A. FOR EXTENSION OF DEADLINE *NUNC PRO TUNC* TO FILE DISCLOSURES IN COMPLIANCE WITH THE REQUIREMENTS UNDER THE PUERTO RICO RECOVERY ACCURACY IN DISCLOSURES ACT (PRRADA), PUB. L. NO. 117-82

THIS CAUSE, having come before the Court upon the *Unopposed Motion by Genovese, Joblove & Battista, P.A. for Extension of Deadline Nunc Pro Tunc to File Disclosures in Compliance with the Requirements Under the Puerto Rico Recovery Accuracy in Disclosures Act (PRRADA), Pub. L. No. 117-82* [Docket No.   ] (the "**Motion**"); and it appearing that venue is proper pursuant to PROMESA section 307(a); and the Court having found the requested relief in the Motion is in the best interests of the Debtors, their creditors, and the other parties in interest, it

---

[2] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

is hereby

        **ORDERED**

1. The Motion is GRANTED.

2. The deadline for Genovese, Joblove & Battista, P.A. to file its disclosures pursuant to the *Order Approving List of Material Interested Parties Pursuant to the Puerto Rico Recovery Accuracy in Disclosures Act* [Docket No. 20467] and the Puerto Rico Recovery Accuracy in Disclosures Act, Pub. L. No. 117-82, is extended through and including July 15, 2022.

3. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the enforcement of this Order.

    SO ORDERED.

Dated: _____, 2022  
San Juan, Puerto Rico

                                                                                                  _____  
                                                                                           LAURA TAYLOR SWAIN  
                                                                                           United States District Judge