# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | : |
| | : |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : PROMESA |
| | : Title III |
| as representative of | : |
| | : Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | : |
| | : (Jointly Administered) |
| Debtors.[1] | : |

---

## NOTICE OF APPEARANCE OF DRIVETRAIN, LLC, AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the Drivetrain, LLC ("Trustee"), in its capacity as the trustee of the Commonwealth Avoidance Actions Trust (the "Avoidance Actions Trust") hereby files, through its counsel, Paul Hastings LLP, and its local counsel, Casillas, Santiago & Torres LLC, this notice of appearance, and, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, which are made applicable to these cases by section 310 of PROMESA, requests that all notice given or required to be given in these cases be served upon:

| **PAUL HASTINGS LLP** | **CASILLAS, SANTIAGO & TORRES LLC** |
|---|---|
| Luc A. Despins, Esq. | |
| Nicholas A. Bassett, Esq. | Juan J. Casillas Ayala, Esq. |
| G. Alexander Bongartz, Esq. | Luis F. Llach Zúñiga, Esq. |
| 200 Park Avenue | Edna Tejeda Oyola, Esq. |
| New York, NY 10166 | Juan C. Nieves González, Esq. |

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.

| | |
|---|---|
| Telephone: (212) 318-6000 | El Caribe Office Building |
| Fax: (212) 319-4090 | 53 Palmeras Street, Ste. 1601 |
| lucdespins@paulhastings.com | San Juan, Puerto Rico 00901-2419 |
| nicholasbassett@paulhastings.com | Telephone: (787) 523-3434 |
| alexbongartz@paulhastings.com | jcasillas@cstlawpr.com |
| | lllach@cstlawpr.com |
| | etejeda@cstlawpr.com |
| | jnieves@cstlawpr.com |

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in this case or any related adversary proceeding and that such service be in accordance with the *Order Further Amending Case Management Procedures* [Docket No. 20190] as well as any other notice and case management procedures that may be adopted in the above-captioned case, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that the Trustee intends that neither this notice of appearance nor any former or later pleading, claim or suit shall waive the right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, or any other rights, claims, actions, defenses, set-offs, or recoupments to which the Trustee is or may be entitled under agreements in law or in equity.

*[Remainder of page intentionally left blank.]*

**THE UNDERSIGNED HEREBY CERTIFY** that on this same date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the case participants.

**RESPECTFULLY SUBMITTED.**

Dated: June 29, 2022
      San Juan, Puerto Rico

/s/ G. Alexander Bongartz

PAUL HASTINGS LLP
Luc A. Despins, Esq. *(Pro Hac Vice)*
Nicholas A. Bassett, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to Drivetrain, LLC, in its capacity as the trustee of the Commonwealth Avoidance Actions Trust*

- and -

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Luis F. Llach Zúñiga, Esq. (USDC – PR 223112)
Edna Tejeda Oyola (USDC – PR 219803)
Juan C. Nieves González, Esq. (USDC - PR 231707)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
lllach@cstlawpr.com
etejeda@cstlawpr.com
jnieves@cstlawpr.com

*Local counsel to Drivetrain, LLC, in its capacity as the trustee of the Commonwealth Avoidance Actions Trust*