UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO et al., | |
| Debtors.[1] | |

ORDER DENYING AS MOOT THE UNOPPOSED MOTION BY
GENOVESE, JOBLOVE & BATTISTA, P.A. FOR EXTENSION OF DEADLINE, *NUNC
PRO TUNC* TO FILE DISCLOSURES IN COMPLIANCE WITH THE REQUIREMENTS UNDER THE
PUERTO RICO RECOVERY ACCURACY IN DISCLOSURES ACT (PRRADA), PUB. L. NO. 117-82

Before the Court is the *Unopposed Motion by Genovese, Joblove & Battista, P.A. for Extension of Deadline Nunc Pro Tunc to File Disclosures in Compliance with the Requirements Under the Puerto Rico Recovery Accuracy in Disclosures Act (PRRADA), Pub. L. No. 117-82* (Docket Entry No. 21382 in Case No. 17-3283, the "Motion"), filed by Genovese, Joblove & Battista, P.A. ("GJB").

Through the Motion, GJB requests an extension to July 15, 2022, of the deadline to file its disclosure pursuant to the *Order Approving List of Material Interested Parties Pursuant to the Puerto Rico Recovery Accuracy in Disclosures Act* (Docket Entry No. 20467 in

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Case No. 17-3283) and the Puerto Rico Recovery Accuracy in Disclosures Act, Pub. L. No. 117-82 ("PRRADA").

On June 24, 2022, the Court entered the *Order on Motion of the United States Trustee to Amend the Third Amended Order Setting Procedures for Interim and Final Compensation and Reimbursement of Expenses of Professionals (ECF No. 20546)* (Docket Entry No. 21334 in Case No. 17-3283) (the "Amending Order").  As paragraph 2 of the Amending Order provides that "[t]hose parties on the MIP List as hired professionals, but who have not yet filed PRRADA disclosures, shall have until July 15, 2022, to file the PRRADA disclosures[,]" the relief requested in the Motion is hereby denied as moot.  (Amending Order ¶ 2.)

This Order resolves Docket Entry No. 21382 in Case No. 17-3283.

SO ORDERED.

Dated: June 30, 2022

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge