# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 9:34 AM (AST)
Ended: 11:12 AM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**          DATE:  June 29, 2022
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY:  Carmen Tacoronte
COURT REPORTER:  Amy Walker

| | |
|---|---|
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico et al., Debtors, | 3:17-BK-3283 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Electric Power Authority, Debtor. | 3:17-BK-4780 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |

**Omnibus Hearing held**.[1]

    **I.  STATUS REPORTS**

        1.  Report from the Financial Oversight and Management Board [Case No. 17-3283, ECF

---

[1] Agenda filed at Docket Entry No. 21368 in 3:17-BK-3283 (LTS).

No. 21377]

    a. A status report regarding the Puerto Rico Public Finance Corporation shall be submitted by August 1, 2022

2. Report from AAFAF [Case No. 17-3283, ECF No. 21376]

## II. CONTESTED MATTERS

1. Four Hundred Fifty-Eighth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 20789]

    a. Sustained as to Claims 24320 and 17738. The portions of the claims classified as secured were reclassified as general unsecured claims.

    b. FOMB to submit a comprehensive proposed order.

2. Four Hundred Sixty-Eighth Omnibus Objection to Claims. s [Case No. 17-3283, ECF No. 20799]

    a. Sustained as to Claim No. 11464. The claim was disallowed in its entirety as it was amended and superseded by Claim No. 179740

    b. FOMB to submit a comprehensive proposed order.

3. Cobra Acquisitions Motion to Lift Stay Order. [Case No. 17-3283, ECF No. 21145]

    a. Denied.

    b. Order to be issued.

    c. Further Status Report due by January 6, 2023 or, if earlier, 30 days following the issuance of a FEMA determination concerning the Second Contract.

4. PV Properties, Inc.'s Motion for Relief from Stay. [Case No. 17-4780, ECF No. 2779]

    a. Denied.

    b. Order to be issued.

## III. ADJOURNED MATTERS

1. Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service. [Case No. 17-

3283, ECF No. 7419; Case No. 17-3284, ECF No. 643]

5. PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power Purchase and Operating Agreements. [Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]

6. Community Health Foundation's Administrative Claim Motion. [Case No. 17-3283, ECF No. 18602]

7. Ricoh Puerto Rico Inc.'s Objection to Cure Amounts. [Case No. 17-3283, ECF No. 19498]

8. Ramhil Developers Inc.'s Objection to Cure Amount. [Case No. 17-3283, ECF No. 19807]

9. Debtors' Omnibus Objections to Claims.

**NEXT SCHEDULED HEARING:**

Pretrial Conference set for August 8, 2022, at 9:30 AM (AST) before Judge Laura Taylor Swain.

s/Carmen Tacoronte
Carmen Tacoronte
PROMESA Case Administrator