ING. LUIS A. RIVERA SIACA

Aged Receivables

As of Jun 6, 2022

**Exhibit B**

Filter Criteria includes: 1) IDs: DEPT. EDUCACION; 2) Includes Drop Shipments. Report order is by ID. Report

| Customer ID | Customer | Date | Invoice/CM # | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|---|
| DEPT. EDUCACION | DEPARTAMENTO DE EDU | 6/30/21 | DE 21-06 | | | | 7,641.74 | 7,641.74 |
| DEPT. EDUCACION | DEPARTAMENTO DE EDU | 7/31/21 | DE 21-07 | | | | 202,202.51 | 202,202.51 |
| DEPT. EDUCACION | DEPARTAMENTO DE EDU | 8/31/21 | DE 21-08 | | | | 202,202.51 | 202,202.51 |
| DEPT. EDUCACION | DEPARTAMENTO DE EDU | 9/30/21 | DE 21-09 | | | | 202,202.51 | 202,202.51 |
| DEPT. EDUCACION | DEPARTAMENTO DE EDU | 10/31/21 | DE 21-10 | | | | 202,202.51 | 202,202.51 |
| DEPT. EDUCACION | DEPARTAMENTO DE EDU | 11/30/21 | DE 21-11 | | | | 202,202.51 | 202,202.51 |
| DEPT. EDUCACION | DEPARTAMENTO DE EDU | 12/31/21 | DE 21-12 | | | | 202,202.51 | 202,202.51 |
| DEPT. EDUCACION | DEPARTAMENTO DE EDU | 1/31/22 | DE 21-13 | | | | 205,521.91 | 205,521.91 |
| DEPT. EDUCACION | DEPARTAMENTO DE EDU | 2/28/22 | DE 21-14 | | | | 208,255.25 | 208,255.25 |
| DEPT. EDUCACION | DEPARTAMENTO DE EDU | 3/31/22 | DE 21-15 | | | 208,255.25 | | 208,255.25 |
| DEPT. EDUCACION | DEPARTAMENTO DE EDU | 4/30/22 | DE 21-16 | | 208,255.25 | | | 208,255.25 |
| DEPT. EDUCACION | DEPARTAMENTO DE EDU | 5/31/22 | DE 21-17 | 208,255.25 | | | | 208,255.25 |
| DEPT. EDUCACION | DEPARTAMENTO DE EDUCACION | | | 208,255.25 | 208,255.25 | 208,255.25 | 1,634,633.96 | 2,259,399.71 |
| **Total Pisos 1 al 5** | | | | **208,255.25** | **208,255.25** | **208,255.25** | **1,634,633.96** | **2,259,399.71** |