# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et. al.*,<br><br>Debtor | PROMESA<br>Title III<br><br>No. 17-03283 -LTS<br><br>(Jointly Administered) |

## ORDER

The Court having considered Luis A. Rivera Siaca's ("LARS") motion for the Commonwealth of Puerto Rico (the "Commonwealth") to pay the administrative rent due under its unexpired nonresidential post-petition lease contract with LARS, as provided for in 11 U.S.C. §503(b), and good cause appearing therefor, the Commonwealth is hereby directed to pay LARS all post-petition rent due under contract number 081-2021-0148 between the Department of Education for the Commonwealth of Puerto Rico and LARS, corresponding to floors 1-5 and 150 parking spaces of LARS' building at Calle Calaf Number 34, San Juan, Puerto Rico.

Dated: _____, 2022

_____
Honorable Laura Taylor Swain
United States District Judge