# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK-3567-LTS |

## DEBTOR'S IDENTIFICATION OF EXPERT WITNESSES

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"),

as sole Title III representative of the Puerto Rico Highways and Transportation Authority ("HTA

or the "Debtor") pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Economic Stability Act* ("PROMESA"),[2] respectfully submits its identification of expert witnesses
(the "Expert Identification") in accordance with paragraphs 3 and 21 of the *Order Establishing
Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection
Therewith* [ECF No. 1249] entered on June 22, 2022 (the "Order") and Federal Rules of Civil
Procedure 26(a)(2)(A) and 26(a)(2)(C).

1.      The following witnesses may provide testimony on behalf of the Debtor in support
of confirmation of the *Third Amended Title III Plan of Adjustment of the Puerto Rico Highways
and Transportation Authority* [ECF No. 1240] (as it may be amended, modified, or supplemented,
the "Plan") pursuant to Federal Rule of Civil Procedure 26(a)(2)(C):[3]

        a.      David M. Brownstein, Managing Director at Citigroup, Inc.

        b.      Jay Herriman, Managing Director at Alvarez & Marsal North America,
LLC.

        c.      Ojas Shah, Partner at McKinsey & Company.

2.      The Oversight Board reserves the right to amend this Expert Identification in
accordance with the terms set forth in the Order.

*[Remainder of Page Intentionally Left Blank]*

---

[2]    PROMESA is codified at 48 U.S.C. §§ 2101–2241.

[3]    In accordance with paragraph 22 of the Order, the disclosures required for these witnesses under Federal Rule of
Civil Procedure 26(a)(2)(C) shall be served on July 12, 2022.

Dated: July 1, 2022
San Juan, Puerto Rico

Respectfully submitted,

/s/  Brian S. Rosen

Martin J. Bienenstock
Brian. S. Rosen
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtor*

/s/  Hermann D. Bauer

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtor*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

*/s/ Hermann D. Bauer*

Hermann D. Bauer
