| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 21531 | MENDOZA RUIZ, OREALIS | Commonwealth of Puerto Rico | $ - |
| 16416 | PADILLA ORTIZ, MARISEL | Commonwealth of Puerto Rico | $ - |
| 2410 | SANTINI MÉLENDEZ, EVELYN | Commonwealth of Puerto Rico | $ - |
| 108716 | PEREZ SANCHEZ , EVELYN | Commonwealth of Puerto Rico | $ - |