| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---:|
| 144912 | DEVARIE CORA, HERMINIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 102927 | TORRES CAMPUSANO, SONIA M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 103025 | LOPEZ ORTIZ, RUTH N. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 109312 | MEDINA RIVERA, NYDIA ANNIE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 127631 | ISAAC CANALES, OLGA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 131085 | MALDONADO ORTIZ, SONIA M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 142001 | TORRES CAMPUSANO, SONIA M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 143180 | HERNANDEZ MELENDEZ, ROSE M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 175689 | REYES NIEVES, NICOLAS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 38,250 |
| 40271 | HERNANDEZ, JESSICA FERNANDEZ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 52,800 |
| 48968 | COLLAZO MORINGLANE, WILLIAM O | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 49231 | ROSALY GERENA, DIONISIO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 7367 | MENDEZ PADILLA, LUIS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 27,080 |
| 89531 | ALVARADO COLON, MARIBEL | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 1,500 |
| 105579 | DOMINGUEZ GONZALEZ, ADA IRIS | Commonwealth of Puerto Rico | $ 19,687 |
| 106267 | LORENZO ALEVS, VICTOR | Commonwealth of Puerto Rico | $ 1,300 |
| 107940 | TORRES CAMPUSANO, MAGDALENA | Commonwealth of Puerto Rico | $ - |
| 119301 | LOPEZ ORTIZ, RUTH N | Commonwealth of Puerto Rico | $ - |
| 123483 | GONZALEZ MUNIZ, PAQUITA | Commonwealth of Puerto Rico | $ - |
| 126018 | TORRES CAMPUSANO, SONIA M. | Commonwealth of Puerto Rico | $ - |
| 129266 | PEREZ TORRES , FERNANDO. E. | Commonwealth of Puerto Rico | $ - |
| 130584 | GONZALEZ-MUNIZ, PAQUITA | Commonwealth of Puerto Rico | $ - |
| 130675 | MALDONADO RIVERA, MARIA DEL CARMEN | Commonwealth of Puerto Rico | $ - |
| 132847 | DIEZ DE ANDINO-RODRIGUEZ, MARIA S. | Commonwealth of Puerto Rico | $ 20,000 |
| 133878 | MALDONADO RIVERA, MARIA DEL CARMEN | Commonwealth of Puerto Rico | $ - |
| 138812 | ARILL TORRES, CARLOS M. | Commonwealth of Puerto Rico | $ 15,000 |
| 152879 | GONZALEZ - MUNIZ, PAQUITA | Commonwealth of Puerto Rico | $ - |
| 152966 | CARDINA RIVERA, WILMER A. | Commonwealth of Puerto Rico | $ - |
| 153104 | ALVARADO CINTRON, JOSE A. | Commonwealth of Puerto Rico | $ 3,600 |
| 156939 | RODRIGUEZ ESTRADA, INES | Commonwealth of Puerto Rico | $ 8,400 |
| 31399 | RIVERA VEGUILLA, MARIA T | Commonwealth of Puerto Rico | $ 5,938 |
| 36956 | CALDERIN GARCIA, MARIA M. | Commonwealth of Puerto Rico | $ - |
| 51198 | BARRETO RAMOS, JOSE R. | Commonwealth of Puerto Rico | $ 14,000 |
| 56649 | OSORIO ROSA, MARIS A | Commonwealth of Puerto Rico | $ - |
| 61973 | COLON COLON, NITZA M. | Commonwealth of Puerto Rico | $ - |
| 73184 | MARI GONZALEZ, IRAIDA O. | Commonwealth of Puerto Rico | $ - |
| 79637 | PEREZ SANTIAGO, MARTHA | Commonwealth of Puerto Rico | $ - |

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 79683 | PEREZ SANTIAGO, MARTHA E | Commonwealth of Puerto Rico | $ - |
| 81054 | HERNANDEZ COLON, NORMA | Commonwealth of Puerto Rico | $ 25,000 |
| 82795 | MARTINEZ RUIZ, GLORIA M. | Commonwealth of Puerto Rico | $ 30,000 |
| 83119 | MORALES ALVARADO, MIRIAM L. | Commonwealth of Puerto Rico | $ - |
| 84715 | CINTRON DIAZ, EFRAIN | Commonwealth of Puerto Rico | $ 5,800 |
| 84907 | HERNANDEZ COLON, NORMA | Commonwealth of Puerto Rico | $ 25,000 |
| 85382 | FARIA, CARMEN I. | Commonwealth of Puerto Rico | $ - |
| 86442 | HERNANDEZ COLON, NORMA | Commonwealth of Puerto Rico | $ 20,000 |
| 86488 | FIGUEROA FERNANDEZ, MARITZA E | Commonwealth of Puerto Rico | $ - |
| 91062 | MARI GONZALEZ, IRAIDA O. | Commonwealth of Puerto Rico | $ - |
| 97223 | PEREZ RODRIGUEZ, ROSANA | Commonwealth of Puerto Rico | $ - |
| 97579 | PEREZ SANTIAGO, MARTHA E. | Commonwealth of Puerto Rico | $ - |
| 101019 | PEREZ TORRES, FERNANDO E | Commonwealth of Puerto Rico | $ 39,600 |
| 149181 | PEREZ TORRES, FERNANDO E. | Commonwealth of Puerto Rico | $ - |
| 118508 | NIEVES DE SNYDER, DORIS N. | Commonwealth of Puerto Rico | $ - |
| 135489 | PADIN RODRIGUEZ, AIDA L. | Commonwealth of Puerto Rico | $ 5,670 |
| 140349 | PADIN-RODRIGUEZ, AIDA L. | Commonwealth of Puerto Rico | $ 5,670 |
| 151692 | DIAZ FEBO, LUZ O. | Commonwealth of Puerto Rico | $ - |
| 158080 | RIOS, YOLANDA ACEVEDO | Commonwealth of Puerto Rico | $ 4,200 |
| 158887 | ACEVEDO RIOS, YOLANDA | Commonwealth of Puerto Rico | $ 15,600 |
| 166183 | ADAMES LUGO, ROSA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 18,000 |
| 167729 | SANTOS CEDENO, BAUDILIA | Commonwealth of Puerto Rico | $ - |
| 67535 | MORENO SOTO, AURELIO | Commonwealth of Puerto Rico | $ 48,000 |
| 169996 | AROCHO RIVERA, HERIBERTO | Commonwealth of Puerto Rico | $ - |
| 178811 | SANTANA DIAZ, AUREA L. | Commonwealth of Puerto Rico | $ - |
| 29481 | CORDERO MALDONADO, MARIA DEL C | Commonwealth of Puerto Rico | $ 15,000 |
| 169151 | RODRIGUEZ ALOYO, JUSTINIANO | Commonwealth of Puerto Rico | $ - |
| 115744 | TORRES ROSARIO, NANCY | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 32,652 |
| 78765-1 | DIAZ MORALES, AZLIN | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 39,605 |
| 31975 | DE LOS SANTOS VALLES, MARCOS A | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 47926 | LUGO BEAUCHAMP, NIDYVETTE | Commonwealth of Puerto Rico | $ - |
| 11703 | MADERA ROSARIO, ELIEZER | Commonwealth of Puerto Rico | $ - |
| 2805 | ROBLES, CARLOS MALDONADO | Commonwealth of Puerto Rico | $ 11,515 |
| 27198 | SANTIAGO ROSADO, HERIBERTO | Commonwealth of Puerto Rico | $ - |
| 41575 | TORRES TRAVERSO, JOSE E | Commonwealth of Puerto Rico | $ - |
| 62584 | ACEVEDO RUIZ, ALEXANDER | Commonwealth of Puerto Rico | $ 22,238 |
| 41028 | ADORNO RODRIGUEZ, CARLOS M. | Commonwealth of Puerto Rico | $ 30,000 |

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 3514 | ALVARADO DAVILA, CHARLES | Commonwealth of Puerto Rico | $ 7,000 |
| 47975 | BEAUCHAMP, NIDYVETTE LUGO | Commonwealth of Puerto Rico | $ - |
| 47151 | BERRIOS FIGUEROA, LUIS A. | Commonwealth of Puerto Rico | $ 50,000 |
| 36789 | CALDERON GONZALEZ, MARTIN A | Commonwealth of Puerto Rico | $ - |
| 7445 | CARDONA MORALES, MYRTA | Commonwealth of Puerto Rico | $ 21,000 |
| 87568 | CEDENO RODRIGUEZ, GENARO M. | Commonwealth of Puerto Rico | $ - |
| 38353 | CHEVERE-SANCHEZ, JUAN P. | Commonwealth of Puerto Rico | $ 40,000 |
| 1127 | DEL RIO ROMAN, HECTOR J | Commonwealth of Puerto Rico | $ 15,000 |
| 15648 | DELGADO NAVARRO, BENITO | Commonwealth of Puerto Rico | $ 15,500 |
| 29111 | FIGUEROA GARCIA, NILSA | Commonwealth of Puerto Rico | $ - |
| 5695 | FRANCO VILLAFANE, ANTONIO | Commonwealth of Puerto Rico | $ - |
| 41431 | GONZALEZ-CARABALLO, SONIA N. | Commonwealth of Puerto Rico | $ 40,000 |
| 105028 | GREGORIO ANDUJAR, MENA | Commonwealth of Puerto Rico | $ - |
| 21747 | JIMENEZ PADRO, REINALDO | Commonwealth of Puerto Rico | $ 15,822 |
| 86947 | LEBRON MATIAS, DAMARIS E. | Commonwealth of Puerto Rico | $ 202,704 |
| 60177 | LOPEZ RIOS, FELIX M. | Commonwealth of Puerto Rico | $ 50,000 |
| 74681 | LOZADA OROZCO, RAFAEL A | Commonwealth of Puerto Rico | $ - |
| 48120 | LUGO BEAUCHAMP, NIDYVETTE | Commonwealth of Puerto Rico | $ - |
| 51497 | MARQUEZ-LECODE, KATHERINE | Commonwealth of Puerto Rico | $ 40,000 |
| 41277 | MATEO-TORRES, FELIX | Commonwealth of Puerto Rico | $ 40,000 |
| 171849 | MORALES RIVERA, RICARDO | Commonwealth of Puerto Rico | $ - |
| 161285 | NAVARRO ADORNO, VICTOR R | Commonwealth of Puerto Rico | $ 30,000 |
| 86574 | ORTIZ RAMOS, ISMAEL | Commonwealth of Puerto Rico | $ 2,135 |
| 61496 | PAGAN SALGADO, ROBERTO | Commonwealth of Puerto Rico | $ 12,404 |
| 79865 | RAMOS RODRIGUEZ, JAIME L | Commonwealth of Puerto Rico | $ - |
| 129457 | RIVERA RENTA, MANUEL A | Commonwealth of Puerto Rico | $ 12,000 |
| 166430 | ROCHE CONDE, JULIO A | Commonwealth of Puerto Rico | $ - |
| 167190 | ROCHE CONDE, JULIO A. | Commonwealth of Puerto Rico | $ - |
| 14800 | ROMAN CARRERO, ODILIO | Commonwealth of Puerto Rico | $ 30,000 |
| 113825 | ROSA CARDONA, JORGE | Commonwealth of Puerto Rico | $ 40,000 |
| 106353 | ROSARIO MEDINA, ALBERTO | Commonwealth of Puerto Rico | $ 55,872 |
| 87455 | ROSARIO SANTIAGO, GENOVES | Commonwealth of Puerto Rico | $ - |
| 174563 | ROSARIO SANTIAGO, GENOVES | Commonwealth of Puerto Rico | $ 98,400 |
| 79024 | RUIZ ACEVEDO, ANA I. | Commonwealth of Puerto Rico | $ - |
| 53263 | SOTO ALBARRAN, ALEX | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 26,112 |
| 154465 | TORRES DIAZ, JULIAN | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 46417 | TORRES TORRES, JORGE L | Commonwealth of Puerto Rico | $ 20,000 |

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---:|
| 47295 | TORRES-MOLINA, JUAN A. | Commonwealth of Puerto Rico | $ 40,000 |
| 49039 | GONZALEZ QUILES, LUIS A | Commonwealth of Puerto Rico | $ 20,000 |
| 156071 | GONZALEZ RAMOS, SONIA | Commonwealth of Puerto Rico | $ 12,600 |
| 53335 | MARTINEZ, HIRAM RIVERA | Commonwealth of Puerto Rico | $ - |