# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima sexagésima novena objeción global**

Cuadrigentésima Sexagésima Novena Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | ALVARADO COLON, MARIBEL<br>HC-73 BOX 5627<br>CAYEY, PR 00736 | 06/27/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 89531 | $1,500.00 | ALVARADO COLON, MARIBEL<br>HC-73 BOX 5627<br>CAYEY, PR 00736 | 06/27/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 102710 | $5,400.00* |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 2 | COLLAZO MORINGLANE, WILLIAM O<br>P.O.BOX 54<br>ARROYO, PR 00714-0054 | 06/05/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 48968 | Indeterminado* | COLLAZO MORINGLANE, WILLIAM O.<br>P.O. BOX 54<br>ARROYO, PR 00714-0054 | 06/05/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 46380 | Indeterminado* |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 3 | HERNANDEZ MELENDEZ, ROSE M.<br>BO. MULITAS<br>HC 5 BOX 6794<br>AGUAS BUENAS, PR 00703 | 06/28/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 143180 | Indeterminado* | HERNANDEZ MELENDEZ, ROSE<br>HC 5 BOX 6794<br>AGUAS BUENAS, PR 00703-9020 | 06/28/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 118133 | Indeterminado* |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 4 | HERNANDEZ, JESSICA FERNANDEZ<br>URB. MEDINA CALLE 5D 51<br>ISABELA, PR 00662 | 05/30/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 40271 | $52,800.00* | FERNANDEZ HERNANDEZ, JESSICA<br>URB. MEDINA, CALLE 5D #51<br>ISABELA, PR 00662 | 05/30/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 40332 | $52,800.00* |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

1

Cuadrigentésima Sexagésima Novena Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 5 | ISAAC CANALES, OLGA RUTA RURAL #1 BOX 35 E CAROLINA, PR 00983 | 06/28/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 127631 | Indeterminado* | ISAAC CANALES, OLGA RUTA RURAL #1 BOX 35E CAROLINA, PR 00983 | 06/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 147087 | Indeterminado* |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 6 | LOPEZ ORTIZ, RUTH N. URB. LAS MUESAS 32 RAFAEL C. NAVAS CAYEY, PR 00736 | 06/26/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103025 | Indeterminado* | LOPEZ ORTIZ, RUTH N. URB. LAS MUESAS 32 CALLE RAFAEL C. NAVAS CAYEY, PR 00736 | 06/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 142298 | Indeterminado* |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 7 | MALDONADO ORTIZ, SONIA M. URB. MARIA DEL CARMEN E-18 CALLE 8 COROZAL, PR 00783 | 06/28/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 131085 | Indeterminado* | MALDONADO ORTIZ, SONIA M. URB. MARIA DEL CARMEN E-18 CALLE 8 COROZAL, PR 00783 | 06/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 152575 | Indeterminado* |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 8 | MEDINA RIVERA, NYDIA ANNIE P.O. BOX 5397 CAGUAS, PR 00726 | 06/28/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 109312 | Indeterminado* | MEDINA RIVERA, NYDIA ANNIE PO BOX 5397 CAGUAS, PR 00726 | 06/25/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 89214 | $28,520.00* |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Sexagésima Novena Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 9 | MENDEZ PADILLA, LUIS<br>HC-04 BOX 7242<br>COROZAL, PR 00783-9620 | 04/13/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 7367 | $27,080.00 | MENDEZ PADILLA, LUIS A<br>HC 04 BOX 7242<br>COROZAL, PR 00783 | 04/13/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 7370 | $27,080.00* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | REYES NIEVES, NICOLAS<br>3201 PARKSIDE CT<br>WINTER PARK, FL 32792 | 09/18/20 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 175689 | $38,250.00 | REYES NIEVES, NICOLAS<br>3201 PARKSIDE CT<br>WINTER PARK, FL 32792 | 07/20/20 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 174160 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | ROSALY GERENA, DIONISIO<br>REPARTO DURAN<br>#6120 CALLE CIPRES<br>ISABELA, PR 00662 | 06/28/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 49231 | Indeterminado* | GERENA, DIONISIO ROSALY<br>DIONISIO ROSALY GERENA REPARTO DURÁN<br>#6120 CALLE CIPRÉS<br>ISABELA, PR 00662 | 06/29/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 90715 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | TORRES CAMPUSANO, SONIA M.<br>1244 MANUEL A.BARRETO<br>URB.SAN JOSE<br>MAYAGUEZ, PR 00682-1171 | 06/28/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 102927 | Indeterminado* | TORRES CAMPUSANO, SONIA M.<br>1244 MANUAL A. BARRETO<br>URB. SAN JOSE<br>MAYAGUEZ, PR 00682-1171 | 06/28/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 118718 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Sexagésima Novena Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 13 | TORRES CAMPUSANO, SONIA M. 1244 MANUAL A. BARRETO URB. SAN JOSE MAYAGUEZ, PR 00682-1171 | 06/28/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 142001 | Indeterminado* | TORRES CAMPUSANO, SONIA M. 1244 MANUAL A. BARRETO URB. SAN JOSE MAYAGUEZ, PR 00682-1171 | 06/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 118718 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

* Indica que la reclamación contiene montos por liquidar o indeterminados