# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima septuagésima objeción global**

Cuadrigentésima Septuagésima Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ALVARADO MERCADO, CAROL<br>VILLAS DE SAN BLAS #17<br>COAMO, PR 00769 | 03/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3458-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | AVILES, BLANCA E.<br>HC 1 BOX 2281<br>LAS MARIAS, PR 00670 | 02/03/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 173092-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | CARDONA RIVERA, WILMER A.<br>FOREST HILLS<br>CALLE 4 B-17<br>BAYAMON, PR 00959 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 102021-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Septuagésima Objeción Global

### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 4 | CINTRON CINTRON, ARNALDO LUIS<br>PO BOX 1201<br>SALINAS, PR 00751 | 06/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 94127-2 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | COLON OTERO, MYRNA LUZ<br>URB. RAMOS ANTONINI #9 CALLE A<br>CIDRA, PR 00739 | 09/21/2020 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 175868-1 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | MARTINEZ GARCIA, TERESITA<br>PO BOX 893<br>DORADO, PR 00646 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 101300-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Septuagésima Objeción Global

### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | MUNIZ RIVERA, CARMEN<br>101 CALLE MAYOR<br>PONCE, PR 00730 | 06/26/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 101261-1 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | ORTIZ GARCIA, NEFTALI<br>HC 0-1 BOX 7364<br>GUAYANILLA, PR 00656 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 133681-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | ORTIZ ORTIZ, NELSON ANIBAL<br>URB. HACIENDA CONCORDIA<br>#11112 CALLE AZALEA<br>SANTA ISABEL, PR 00757 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 117501-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Septuagésima Objeción Global

## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 10 | RUIZ DELGADO, MIGUEL<br>PO BOX 1056<br>MAUNABO, PR 00707 | 06/06/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 60978-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | VAZQUEZ ROMERO, ELSA<br>P.O. BOX 800270<br>COTO LAUREL, PR 00780-0270 | 06/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 105446-1 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | TOTAL | Indeterminado* |
|---|---|---|---|---|---|---|

\* Indica que la reclamación contiene montos por liquidar o indeterminados