# EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Seventy-First Omnibus Objection**

## Four Hundred Seventy-First Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | DIAZ MORALES, AZLIN QUINTAS BALWIN #50 AVE. A APT. 1206 BAYAMON, PR 00959 | 06/14/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 78765-1 | $39,604.74* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 179140 | $105,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

*Indicates claim contains unliquidated and/or undetermined amounts

1

## Four Hundred Seventy-First Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 2 | TORRES ROSARIO, NANCY<br>HC 2 BOX 9996<br>JUNCOS, PR 00777 | 06/07/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 115744 | $32,652.37 | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340<br>PO BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340<br>LCDA. IVONNE GONZALEZ MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 32044 | $50,000,000.00* |

Reason: This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

\* Indicates claim contains unliquidated and/or undetermined amounts