# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima septuagésima primera objeción global**

## Cuadrigentésima Septuagésima Primera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | DIAZ MORALES, AZLIN QUINTAS BALWIN #50 AVE. A APT. 1206 BAYAMON, PR 00959 | 06/14/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 78765-1 | $39,604.74* | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199 | $15,283,000.00* |
| | | | | | | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179140 | $105,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, presentados en nombre de todos los demandantes del pleito caratulado Francisco Beltrán Cintrón y otros contra el Departamento de Asuntos Familiares N.° KAC2009-0809 (los "Reclamos maestros de Beltrán Cintrón"), por el abogado que representa a los demandantes en dicho pleito. Los demandantes de este litigio son ex empleados del Departamento de Asuntos Familiares ("DOFA") que alegaron que este departamento retuvo de manera indebida una proporción de sus salarios y pagos de jubilación, como consecuencia del "Memorándum General" N.° 5-86 de la Oficina del Personal de Servicios Públicos. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

Cuadrigentésima Septuagésima Primera Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 2 | TORRES ROSARIO, NANCY<br>HC 2 BOX 9996<br>JUNCOS, PR 00777 | 06/07/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 115744 | $32,652.37 | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340<br>PO BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072 | $8,990,000.00* |
| | | | | | | MADELINE ACEVEDO CAMANCHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340<br>LCDA. IVONNE GONZALEZ MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 32044 | $50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, interpuestos en nombre de todos los demandantes del pleito caratulado Madeline Acevedo Camacho y otros contra el Departamento de Asuntos Familiares de Puerto Rico, N.° 2016-05-1340 (los "reclamos maestros de Acevedo Camacho"), por el abogado patrocinante de los demandantes en dicho pleito. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Serivcio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

* Indica que la reclamación contiene montos por liquidar o indeterminados