# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima septuagésima segunda objeción global**

## Cuadrigentésima Septuagésima Segunda Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | COLON SERRANO, GERARDO<br>HC 40 BOX 43626<br>SAN LORENZO, PR 00754 | 06/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 149084-1 | Indeterminado* |

Base para: El reclamo pretende invocar obligaciones asociadas al litigio denominado Frente Unido de Policías Organizados y otros contra el Departamento de Policía de Puerto Rico, Caso No. KAC-2007-4170 ("FUPO"). Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III. Además, si el Demandante fuera realmente una parte demandante de ese litigio, el reclamo constituiría un duplicado del Reclamo No. 161091, la Evidencia de Reclamo Maestra que se presentó en nombre de todos los demandantes asociados al litigio caratulado "FUPO".

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CRESPO PEREZ, EFRAIN<br>APARTADO 1050<br>ADJUNTAS, PR 00605 | 10/01/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 171253-1 | Indeterminado* |

Base para: El reclamo pretende reclamar obligaciones vinculadas al litigio caratulado Departamento de Correcciones y Rehabilitación, Caso No. KAC-1996-1381 ("Maldonado Colón"). Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III. Además, aun si el Demandante fuera, en efecto, demandante en ese litigio, el reclamo sería un duplicado del Reclamo No. 152372, la Evidencia de Reclamo maestra que se presentó en nombre de todos los demandantes vinculados al litigio identificado como Maldonado Colón.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | DIAZ LOPEZ, BRIAN A<br>BO. MONTONE I. SECTOR MIRAFLORES APT 824<br>LAS PIEDRAS, PR 00771 | 07/05/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 129553-1 | Indeterminado* |

Base para: El reclamo pretende invocar obligaciones asociadas al litigio denominado Frente Unido de Policías Organizados y otros contra el Departamento de Policía de Puerto Rico, Caso No. KAC-2007-4170 ("FUPO"). Sin embargo, según surge de la documentación presentada por el abogado que representa a todos los demandantes en el litigio, el Demandante no figura como demandante en ese litigio y, por lo tanto, carece de fundamento para invocar obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, la ATC, el ERS o algún otro deudor al amparo del Título III. Además, si el Demandante fuera realmente una parte demandante de ese litigio, el reclamo constituiría un duplicado del Reclamo No. 161091, la Evidencia de Reclamo Maestra que se presentó en nombre de todos los demandantes asociados al litigio caratulado "FUPO".

| | | | | | TOTAL | Indeterminado* |
|---|---|---|---|---|---|---|

\* Indica que la reclamación contiene montos por liquidar o indeterminados