# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima septuagésima tercera objeción global**

## Cuadrigentésima Septuagésima Tercera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO RUIZ, ALEXANDER<br>PO BOX 56<br>LARES, PR 00669 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 62584 | $22,237.61 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 2 | ADORNO RODRIGUEZ, CARLOS M.<br>QUINTAS DE MOROVIS<br>20 PASEO FELICIDAD<br>MOROVIS, PR 00687 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 41028 | $30,000.00 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 3 | ALVARADO DAVILA, CHARLES<br>17 VILLAS DE SAN BLAS<br>COAMO, PR 00769-2616 | 03/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3514 | $7,000.00 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 4 | BEAUCHAMP, NIDYVETTE LUGO<br>CALLE JULIO N MATOS<br>45 SAN JOSE<br>MAYAGUEZ, PR 00682 | 06/05/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 47975 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Septuagésima Tercera Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | BERRIOS FIGUEROA, LUIS A.<br>P.O. BOX 877<br>PATILLAS, PR 00723 | 06/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 47151 | $50,000.00* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | CALDERON GONZALEZ, MARTIN A<br>HC 2 BOX 70145<br>COMERIO, PR 00782 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 36789 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | CARDONA MORALES, MYRTA<br>HC 03 BOX 9307<br>MOCA, PR 06676 | 04/09/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7445 | $21,000.00 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | CEDENO RODRIGUEZ, GENARO M.<br>VILLA ALEGRE CALLE 9 F17<br>GURABO, PR 00778 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 87568 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

## Cuadrigentésima Septuagésima Tercera Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | CHEVERE-SANCHEZ, JUAN P. PO BOX 347 CIDRA, PR 00739-0347 | 06/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 38353 | $40,000.00* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | DE LOS SANTOS VALLES, MARCOS A 92 CORAL URB. BRISAS DEL MAR GUAYAMA, PR 00784 | 05/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 31975 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | DEL RIO ROMAN, HECTOR J PO BOX 1000 BAJADERO, PR 00616-1000 | 03/06/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 1127 | $15,000.00* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | DELGADO NAVARRO, BENITO VILLAS DEL SOL BUZON 25 TRUJILLO ALTO, PR 00976 | 05/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15648 | $15,500.00 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Septuagésima Tercera Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | FIGUEROA GARCIA, NILSA<br>URB BRISAS DEL MAR<br>N 17 CALLE 4<br>LUQUILLO, PR 00773 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29111 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | FRANCO VILLAFANE, ANTONIO<br>410 CALLE 4 QUINTAS DE CANOVANAS<br>CANOVANAS, PR 00729-3907 | 04/02/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5695 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 15 | GONZALEZ QUILES, LUIS A<br>URB. ESTANCIAS DEL JAVILLO<br>302 PASEO IRAK<br>ISABELA, PR 00662 | 06/06/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 49039 | $20,000.00 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 16 | GONZALEZ RAMOS, SONIA<br>CARR. 314 KM. 06<br>SAN GERMAN, PR 00683 | 07/05/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 156071 | $12,600.00* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

## Cuadrigentésima Septuagésima Tercera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 17 | GONZALEZ-CARABALLO, SONIA N. SIERRA ALTA J-201 BUZON 75 SAN JUAN, PR 00926 | 06/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 41431 | $40,000.00* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | GREGORIO ANDUJAR, MENA URB. LA VEGA CALLE C #28 VILLALBA, PR 00766 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 105028 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | JIMENEZ PADRO, REINALDO URB LOS JARDINES 301 CALLE REINJOE GARROCHALES, PR 00652 | 05/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 21747 | $15,822.10 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | LEBRON MATIAS, DAMARIS E. URB. EL COMANDANTE # 79 CALLE GERMAN BESOSA APT 4 CAROLINA, PR 00982 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 86947 | $202,704.00 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Septuagésima Tercera Objeción Global

## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 21 | LOPEZ RIOS, FELIX M. URB. VILLAS DE LAVADERO CALLE DUJO C-76 HORMIGUEROS, PR 00660 | 06/07/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 60177 | $50,000.00 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 22 | LOZADA OROZCO, RAFAEL A URB EXT EL VERDE 84 CALLE SATURNO CAGUAS, PR 00725 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 74681 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 23 | LUGO BEAUCHAMP, NIDYVETTE 45 SAN JOSE MAYAGUEZ, PR 00682 | 06/05/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 47926 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 24 | LUGO BEAUCHAMP, NIDYVETTE CJULIO R MATOS 45 SAN JOSE MAYAGUEZ, PR 00682 | 06/05/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 48120 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Septuagésima Tercera Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 25 | MADERA ROSARIO, ELIEZER<br>PO BOX 801<br>PATILLAS, PR 00723 | 05/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11703 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | MARQUEZ-LECODE, KATHERINE<br>CALLE WASHINGTON #169<br>URB. CASABLANCA<br>TOA ALTA, PR 00953 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 51497 | $40,000.00* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | MARTINEZ, HIRAM RIVERA<br>HC 02 BOX 3712<br>SANTA ISABEL, PR 00757 | 05/31/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 53335 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Septuagésima Tercera Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 28 | MATEO-TORRES, FELIX<br>CALLE 6 SO #1814<br>URB. VILLA MAGNA<br>SAN JUAN, PR 00921 | 06/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 41277 | $40,000.00* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | MORALES RIVERA, RICARDO<br>BOX 1014<br>PATILLAS, PR 00723 | 10/24/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 171849 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | NAVARRO ADORNO, VICTOR R<br>BO BARAHONA<br>351 CALLE M CACHO<br>MOROVIS, PR 00687 | 07/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 161285 | $30,000.00 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | ORTIZ RAMOS, ISMAEL<br>HC-01 BOX 17237<br>AGUADILLA, PR 00603-9349 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 86574 | $2,134.86 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Septuagésima Tercera Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 32 | PAGAN SALGADO, ROBERTO<br>EXT SANTA TERESITA<br>4214 CALLE SANTA MONICA<br>PONCE, PR 00730-4622 | 06/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 61496 | $12,404.00 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | RAMOS RODRIGUEZ, JAIME L<br>BO. GUAYABAL<br>SECTOR LAJITAS<br>JUANA DIAZ, PR 00795-9518 | 06/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 79865 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | RIVERA RENTA, MANUEL A<br>PO BOX 799<br>JUANA DIAZ, PR 00795 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 129457 | $12,000.00* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | ROBLES, CARLOS MALDONADO<br>HC 05 6006<br>AGUAS BUENAS, PR 00703 | 03/20/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2805 | $11,515.46 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Septuagésima Tercera Objeción Global

### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 36 | ROCHE CONDE, JULIO A<br>E-8 CALLE-5<br>SANTA ISABEL, PR 00757 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 166430 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | ROCHE CONDE, JULIO A.<br>E-8 CALLE 5<br>SANTA ISABEL, PR 00757 | 06/28/2018 | 17 BK 03284-LTS | El Estado Libre Asociado de Puerto Rico | 167190 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | ROMAN CARRERO, ODILIO<br>PO BOX 141303<br>ARECIBO, PR 00614-1303 | 05/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14800 | $30,000.00* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 | ROSA CARDONA, JORGE<br>14 CALLE AMERICO HERNANDEZ<br>MOCA, PR 00676 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 113825 | $40,000.00* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Septuagésima Tercera Objeción Global

## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 40 | ROSARIO MEDINA, ALBERTO<br>SAN LUIS 31 CALLE SAMARIA<br>AIBONITO, PR 00705 | 06/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 106353 | $55,872.00* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | ROSARIO SANTIAGO, GENOVES<br>HC-3 BOX 16018<br>YAUCO, PR 00698 | 07/27/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 174563 | $98,400.00 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | ROSARIO SANTIAGO, GENOVES<br>HC 03 BOX 16018<br>YAUCO, PR 00698 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 87455 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | RUIZ ACEVEDO, ANA I.<br>HC 58 BOX 14727<br>AGUADA, PR 00602 | 06/01/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 79024 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Septuagésima Tercera Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 44 | SANTIAGO ROSADO, HERIBERTO<br>HC02 BOX 3492<br>SANTA ISABEL, PR 00757 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27198 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | SOTO ALBARRAN, ALEX<br>HC 04 BOX 10739<br>UTUADO, PR 00641 | 06/27/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 53263 | $26,112.00 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | TORRES DIAZ, JULIAN<br>F 85 CALLE GARZA<br>URB LAGO ALTO<br>TRUJILLO ALTO, PR 00976 | 07/10/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 154465 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | TORRES TORRES, JORGE L<br>URB VISTA ALEGRE<br>215 CALLE ORQUIDEA<br>VILLALBA, PR 00766-3130 | 06/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 46417 | $20,000.00* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Septuagésima Tercera Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 48 | TORRES TRAVERSO, JOSE E<br>HC 03 BOX 33677<br>AGUADA, PR 00602 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 41575 | Indeterminado* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 49 | TORRES-MOLINA, JUAN A.<br>URB. VILLA GEORGETTI<br>44 CALLE IGUALDAD<br>BARCELONETA, PR 00617-2804 | 06/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 47295 | $40,000.00* |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con salarios presuntamente devengados, pero impagos, supuestamente adeudado por el Departamento de Policía de Puerto Rico. Sin embargo, los registros del Estado Libre Asociado indican que el demandante ya ha recibido un pago de salarios atrasados y firmado una eximición de responsabilidad y, por lo tanto, los Deudores no son responsables del reclamo pues se ha llegado a un acuerdo y liberación de responsabilidad.

| | | | | | TOTAL | $1,000,302.03* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados