# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Seventy-Fourth Omnibus Objection**

## Four Hundred Seventy-Fourth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | MENDOZA RUIZ, OREALIS<br>URB. LA RIVIERA<br>1267 C/54 SE<br>SAN JUAN, PR 00921 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21531 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | PADILLA ORTIZ, MARISEL<br>PO BOX 561136<br>GUAYANILLA, PR 00656 | 05/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16416 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 3 | PEREZ SANCHEZ, EVELYN<br>AQUEYBANA 704<br>PUERTO REAL<br>CABO ROJO, PR 00623 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 108716 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Seventy-Fourth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | SANTINI MÉLENDEZ, EVELYN<br>MIGNA RIVERA ORTIZ<br>CRUZ & RIVERA LAW OFFICES<br>PO BOX 768<br>COAMO, PR 00769 | 03/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2410 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | | TOTAL | Undetermined* |
|---|---|---|---|

*Indicates claim contains unliquidated and/or undetermined amounts