# **ANEXO A**

**Relación de reclamaciones objeto de la Cuadringentésima septuagésima cuarta objeción global**

Case:17-03283-LTS Doc#:21423-2 Filed:07/01/22 Entered:07/01/22 17:53:32 Desc: Anexo A Page 1 of 3

## Cuadrigentésima Septuagésima Cuarta Objeción Global

### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | MENDOZA RUIZ, OREALIS<br>URB. LA RIVIERA<br>1267 C/54 SE<br>SAN JUAN, PR 00921 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 21531 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación. | | | | | |
| 2 | PADILLA ORTIZ, MARISEL<br>PO BOX 561136<br>GUAYANILLA, PR 00656 | 05/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16416 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación. | | | | | |
| 3 | PEREZ SANCHEZ , EVELYN<br>AQUEYBANA 704<br>PUERTO REAL<br>CABO ROJO, PR 00623 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 108716 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Septuagésima Cuarta Objeción Global

### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 4 | SANTINI MÉLENDEZ, EVELYN<br>MIGNA RIVERA ORTIZ<br>CRUZ & RIVERA LAW OFFICES<br>PO BOX 768<br>COAMO, PR 00769 | 03/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2410 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende reclamar obligaciones relacionadas con litigios en curso; sin embargo, ni esta, ni la documentación de respaldo proporcionaban información suficiente para que los Deudores determinen si adeudan o no alguna obligación. Los Deudores han intentado de múltiples formas ponerse en contacto con el demandante por correo electrónico, correo postal o teléfono, pero el demandante o bien no ha respondido a los pedidos de los Deudores, o su respuesta sigue sin proporcionar información suficiente para que los Deudores comprendan si adeudan o no alguna obligación. | | | | | |
| | | | | | TOTAL | Indeterminado* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados