## <u>ANEXO A</u>

**Relación de reclamaciones objeto de la Cuadringentésima septuagésima séptima objeción global**

Cuadrigentésima Septuagésima Séptima Objeción Global

Anexo A: Reclamos por reducir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | ACEVEDO SEPULVEDA, MAGGIE ALTAVISTA CALLE 15 N12 PONCE, PR 00716 | 25273 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $542,745.72* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,342.88 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

Reclamo No. 25273, incluido también en el Anexo A de la Tricentésima Décimo Sexta Objeción Global, por reclamos para ser reclasificados

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | AGUILAR MARTINEZ, TIRSA ISABEL P.O BOX 1441 CABO ROJO, PR 00623 | 20921 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $499,513.82* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,359.12 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 3 | ALAME DA NAZARIO, ILIA M HC-01 BOX 3251 LAJAS, PR 00667 | 37185 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $330,324.48* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,429.88 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Septuagésima Séptima Objeción Global

Anexo A: Reclamos por reducir

| | | | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 4 | ALTRECHE ESPONDA, MERRY 351 AVE. MILITAR ISABELA, PR 00662 | 42321 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $367,188.62* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $943.33 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| 5 | APONTE RODRIGUEZ, IRISBEL PARC SAN ROMUALDO K-1 CARR. 102 KM.23.8 BUZON 1063 CABO ROJO, PR 00623 | 24859 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $336,942.86* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,241.74 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| 6 | AROCHO MUNOZ, EMILIA PO BOX 6802 MAYAGUEZ, PR 00681 | 33847 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $319,470.84* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,373.25 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

Cuadrigentésima Septuagésima Séptima Objeción Global

Anexo A: Reclamos por reducir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 7 | ARROYO RAMOS, NORMA IRIS<br>URB. ENSANCHE LLAVAT. ARGENTINA #101<br>MAYAGUEZ, PR 00682 | 27117 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $449,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,317.68 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 8 | ASENCIO VARGAS, ROBERTO<br>HC 01 BOX 7614<br>CABO ROJO, PR 00623 | 18206 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $451,056.88* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,122.58 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 9 | BAEZ BELEN, ESPERANZA<br>PO BOX 58<br>SABANA GRANDE, PR 00637-0058 | 34951 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $329,623.56* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,023.03 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Septuagésima Séptima Objeción Global

## Anexo A: Reclamos por reducir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 10 | BERMUDEZ CAPARETTI, NORMA CALLE 12 L 3 VISTA DEL RIO II ANASCO, PR 00610 | 29971 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $451,056.88* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,245.32 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 11 | BLONCOURT FLORES, IRIS N 3139 TILLERY DRIVE DELTONA, FL 32738 | 17669 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $330,324.48* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,429.88 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 12 | BORRERO VAZQUEZ, CARMEN  I CALLE MARGINAL 12 SUSUS BAJA SABANA SABANA GRANDE, PR 00637 | 92700 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $324,194.62* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,718.92 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

Cuadrigentésima Septuagésima Séptima Objeción Global

Anexo A: Reclamos por reducir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 13 | CARLO RUIZ, MARILYN 668 GLENDALE LN ORANGE PARK, FL 32065 | 34658 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $355,600.08* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,429.88 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 14 | CASTILLO ZAPATA, MAYRA O. HC-02 BOX 30940 CABO ROJO, PR 00623 | 29349 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $416,337.98* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $769.84 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 15 | CHAPARRO NIEVES, CELINES HC-03 BOX 32601 AGUADA, PR 00602 | 34686 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $319,470.84* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,429.88 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

Cuadrigentésima Septuagésima Séptima Objeción Global

Anexo A: Reclamos por reducir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 16 | CINTRON MILANES, CARMEN URB LA MILAGROSA CALLE ONIX H-7 SABANA GRANDE, PR 00637 | 19418 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $451,056.88* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,241.74 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 17 | CORDERO IRIZARRY, LYDIA I CALLE MARGINAL # 6, BARRIO SANTA ROSA HC 5 BOX 26259 LAJAS, PR 00667 | 23291 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $373,343.97* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,123.95 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 18 | CORTES RAMOS, ROBERTO 801 SUGAREE AVE APT 1210 AUSTIN, TX 78757-1568 | 34655 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $461,247.84* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $754.01 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Septuagésima Séptima Objeción Global

Anexo A: Reclamos por reducir

| | | | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 19 | CRUZ RAMIREZ, EILEEN Y VILLA LOS SANTOS CALLE 22-FF-16 ARECIBO, PR 00612 | 24827 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $324,194.61* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,718.92 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| 20 | ESCOBAR TORRES, EVELYN URBANIZAVION LAS AMERICAS CALLE BRASIL #8 AGUADILLA, PR 00603 | 47736 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $303,158.52* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,258.88 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| 21 | FERRER LARACUENTE, MARITZA CARR. BOQUERRON BUZON 342 CABO ROJO, PR 00623 | 34640 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $393,653.66* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,527.78 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Septuagésima Séptima Objeción Global

Anexo A: Reclamos por reducir

| | | | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 22 | FIGUEROA RAMIREZ, JULIO HC- 56 BOX 5013 AGUADO, PR 00602 | 13766 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $355,600.08* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,005.61 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 23 | FLORES DEL TORO, JULIA C URB MARGARITA A-1 CABO ROJO, PR 00623 | 24635 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $355,600.08* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,718.92 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 24 | FLORES RIVERA, MARIANITA CENTRO MEDICO MAYAGUEZ DEPARTAMENTO DE SALUD LAJAS, PR 00667-9771 | 48297 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $244,661.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,191.08 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

Cuadrigentésima Septuagésima Séptima Objeción Global

Anexo A: Reclamos por reducir

| | | | | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 25 | GARCIA VALENTIN, LUZ E. 129 COMUNIDAD SONUCO ISABELA, PR 00662 | 42792 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $366,011.92* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,295.82 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 26 | GARCIA VAZQUEZ, NANCY E. 57 SAN GERARDO, URB. VILLA SOL MAYAGUEZ, PR 00680 | 20243 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $280,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,554.19 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 27 | GONZALEZ ACEVEDO, MAYRA BO. GUATEMALA HC-7 BOX 76503 SAN SEBASTIAN, PR 00685 | 26894 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $451,056.28* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,151.84 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

Cuadrigentésima Septuagésima Séptima Objeción Global

Anexo A: Reclamos por reducir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 28 | GONZALEZ GONZALEZ, CORMEN S PO BOX 720947 ORLANDO, FL 32872 | 42779 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $319,470.84* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,402.09 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 29 | GONZALEZ VAZQUEZ, LORENZO HC 1 BOX 6236 BO NARANJO CARR 404 KM 4 HM 6 MOCA, PR 00716 | 29170 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $360,350.91* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $967.18 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 30 | GONZALEZ VAZQUEZ, RAMONITA 2711 SW 32ND ST. CAPE CORAL, FL 33914 | 58891 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $211,036.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $945.32 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

Cuadrigentésima Septuagésima Séptima Objeción Global

Anexo A: Reclamos por reducir

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | RECLAMOS MODIFICADOS ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 31 | GUIJARRO CALVINO, MARIA J MCKINLEY 152 MAYAGUEZ SAN JUAN, PR 00680 | 31782 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $355,600.08* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,554.19 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 32 | GUZMAN CORTES, LUZ E BO MORA SECTOR RODRIGUEZ #38 ISABELA, PR 00662 | 42816 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $367,188.82* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $943.33 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 33 | GUZMÁN CORTÉS, LUZ E. #38 SECTOR RODRÍGUEZ BO. MORA ISABELA, PR 00662 | 18995 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $367,188.62* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $943.33 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

Cuadrigentésima Septuagésima Séptima Objeción Global

Anexo A: Reclamos por reducir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 34 | IRIZARRY SEDA, LUZ E. P.O. BOX 101 LAJAS, PR 00667 | 51644 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $367,430.76* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,554.19 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 35 | ITURREGUI PAGÁN, SUCESIÓN JUAN R APARTADO POSTAL 7341 PONCE, PR 00732-7341 | 17690 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $349,716.60* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,690.93 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 36 | LARACUENTE FIGUEROA, NANCY E. CALLE ESTACION 66 CALLE RAMON VALDEZ MAYAGUEZ, PR 00680 | 35688 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $429,111.72* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $754.01 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

Cuadrigentésima Septuagésima Séptima Objeción Global

Anexo A: Reclamos por reducir

|  |  |  | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 37 | LEBRON PEREZ, PAULA HG BOX 26068 MAYAGUEZ, PR 00680 | 34664 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $451,056.88* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,111.92 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| 38 | LORENZO ANDRADE, HORTENSIA 10 ODIOT MACHADO MAYAGUEZ, PR 00682 | 44113 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $227,943.42* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $915.99 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| 39 | MARTINEZ MALAVE, JUANITA BELT ROAD 117 BASE RAMEY AGUADILLA, PR 00604 | 53674 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $353,008.80* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $967.18 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

Cuadrigentésima Septuagésima Séptima Objeción Global

Anexo A: Reclamos por reducir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 40 | MARTINEZ TORRES, GLADYS APARTADO 1417 CARR 362 BO CAIN ALTO SAN GERMAN, PR 00753 | 25680 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $306,238.22* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,295.82 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 41 | MATOS VALENTIN, MARISOL RR 02 BUZON 4680 ANASCO, PR 00610 | 39857 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $393,653.66* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $778.46 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 42 | MENDEZ RUIZ, SERAFINA HC 61 BOX 5404 AGUADA, PR 00602-9534 | 32560 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $490,304.16* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,111.92 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Septuagésima Séptima Objeción Global

Anexo A: Reclamos por reducir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 43 | MILAGROS LUNA SANTIAGO, MARTA URB. SANTA RITA 2 #1056 CALLA SAN MIGUEL COTO LAUREL, PR 00780-2892 | 19652 | El Estado Libre Asociado de Puerto Rico | 503(b)9 | $409,944.74* | El Estado Libre Asociado de Puerto Rico | 503(b)9 | $904.65 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 44 | MORAN VEGA, CARMEN L. LATORRE BUZON 82 COSA B-16 SABANA GRANDE, PR 00637 | 36234 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $261,812.73* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,043.86 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 45 | MORETTA, SONNY  H. 1065 AVE CORAZONES SUITE 211 MAYAGÜEZ, PR 00680 | 17017 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $490,304.16* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,552.25 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Septuagésima Séptima Objeción Global

Anexo A: Reclamos por reducir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 46 | NAZARIO MONTALVO, IVETTE PO BOX 473 SABANA GRANDE, PR 00637-0473 | 20427 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $343,102.46* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,204.65 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 47 | OLAN MORALES, WILSON HC 3 BOX 32551 AGUADA, PR 00602 | 31773 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $542,745.72* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,136.95 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 48 | PABON CORTES, VIVIAN SULTANA-TOLOSA 80 MAYAGUEZ, PR 00680-1404 | 34728 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $542,745.72* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,554.19 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

Cuadrigentésima Septuagésima Séptima Objeción Global

Anexo A: Reclamos por reducir

| | | | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 49 | PACHECO MORALES, ILEANA N-15 JUAN MORELL CAMPOS URB. BORINQEN PO BOX 947 CABO ROJO, PR 00623 | 27275 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $329,623.56* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,718.92 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | | | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| 50 | PALERMO RIVERA, MILAGROS CALLE MENA BUZON 32A MONTE GRANDE CABO ROJO SAN JUAN, PR 00623 | 37181 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $357,978.96* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,429.88 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | | | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| 51 | PEREIRA MARTINEZ, AIDA URB MONTERREY 841 CALLE ABACOA MAYAGUEZ, PR 00680 | 26851 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $295,486.62* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,136.95 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Septuagésima Séptima Objeción Global

Anexo A: Reclamos por reducir

| | | | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 52 | PEREZ AGOSTINI, EFRAIN IVAN BOMANI 138 ELENA SEGANA MAYAQUEZ, PR 00682 | 37182 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $321,114.81* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,554.19 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 53 | RAMIREZ ALAMEDA, ISRAEL P O BOX 496 LAJAS, PR 00667-0496 | 41040 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $336,942.86* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $754.01 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 54 | RAMOS CAMACHO, GILBERTO CALLE 14 CASA 35 PUERTO REAL CABO ROJO, PR 00907 | 35134 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $355,600.08* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,429.88 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Septuagésima Séptima Objeción Global

Anexo A: Reclamos por reducir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 55 | ROBLES RIVERA, MARIBEL JUAN VICENTY 94 MAYAGUEZ, PR 00708 | 28301 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $390,816.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,191.83 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 56 | RODRIGUEZ MARTINEZ, MARIBEL HC -02 BOX 14429 LAJAS, PR 00667 | 28249 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $394,816.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,718.92 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 57 | ROJAS HERNANDEZ, ELIZABETH BO. HUMATAS APTDO. 204 ANASCO, PR 00610 | 34926 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $237,569.40* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $940.80 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

Cuadrigentésima Septuagésima Séptima Objeción Global

Anexo A: Reclamos por reducir

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | RECLAMOS MODIFICADOS ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 58 | ROMAN RAMIREZ, IVELISSE BARRIO SUSUA ALTA LA PALMITA CARR 331 YAUCO, PR 00698 | 26137 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $451,056.88* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,191.04 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 59 | ROMAN VEGA, LUZ E. HC10 BOX 8054 SABANA GRANDE, PR 00637 | 61196 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $369,779.90* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,220.44 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 60 | ROSADO VEGA, LESDIANETTE BO. PI\ALES KM. 5.0 RR-01 BUZON 2433 ANASCO, PR 00610 | 29412 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $356,789.52* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,429.88 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

Cuadrigentésima Septuagésima Séptima Objeción Global

Anexo A: Reclamos por reducir

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| | | | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
| 61 | RUIZ GARCIA, MONSERRATE RR-04 BUZON 114 URB. SAGRADO CORAZON ANASCO, PR 00610 | 40197 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $427,433.76* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,179.77 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 62 | SANOGUEL VEGA, MIGDALIA CALLE # 6 CASA # 267 HC 01 BOX 4611 LA PARGUERA LAJAS, PR 00667 | 28855 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $419,171.40* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,295.82 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 63 | SANTIAGO RIVERA, NORMA IRIS APARTADO 476 CABO ROJO, PR 00623 | 37184 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $451,056.88* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,123.95 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Septuagésima Séptima Objeción Global

Anexo A: Reclamos por reducir

| | | | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 64 | SANTIAGO RODRIGUEZ, ZULMA COND. THE RESIDENCES @ PARQUE ESCORIAL APT.1-13  3500 BLVD MEDIA LUNA CAROLINA, PR 00987-5011 | 20309 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $499,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,185.80 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 65 | SEGARRA FERRER, DELMA EXT. CARBONELL CARR.102 BUZON 48 CABO ROJO, PR 00907 | 33583 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $319,470.84* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,429.88 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 66 | SEPULVEDA SEPULVEDA, LESBIA PO BOX 2622 SAN GERMAN, PR 00683-2622 | 35209 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $355,600.08* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,718.92 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Septuagésima Séptima Objeción Global

Anexo A: Reclamos por reducir

| | | | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 67 | SOTOMAYOR CLASS, NOEMI BOX 13355 ANASCO, PR 00610 | 20925 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $447,773.18* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $769.84 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 68 | TORRES PALMER, HENRIETTE PO BOX 6533 MAYAGUEZ, PR 00681-6533 | 39221 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $322,763.04* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,554.19 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 69 | TORRES TORRES, ANA EXT.SAN JOSE III CALLE 13 CC-3 BUZON 405 SABANA GRANDE, PR 00637 | 42317 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $289,225.08* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,090.85 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

Cuadrigentésima Septuagésima Séptima Objeción Global

## Anexo A: Reclamos por reducir

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| | | | **ALEGADOS** | | | **RECLAMOS MODIFICADOS** | | |
| 70 | TORRES VEGA, MARIA R HC 2 BOX 10769 YAUCO, PR 00698 | 32420 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $383,955.48* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,123.95 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 71 | VALENTIN CRUZ, WILSON HC-02 BOX 14429 LAJAS, PR 00667 | 25367 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $542,745.72* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $800.65 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 72 | VALENTIN, MARISOL MATOS RR5 BOX 4677 ANASCO, PR 00610 | 36839 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $393,653.66* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $778.46 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Septuagésima Séptima Objeción Global

Anexo A: Reclamos por reducir

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | RECLAMOS MODIFICADOS ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 73 | VALLE RUIZ, EVELYN URB SAN JOSE A-2 AGUADA, PR 00602 | 30920 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $451,056.88* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,295.82 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 74 | VALLES VEGA, MARÍA L. HC-10 BOX 7811 SABANA GRANDE, PR 00637 | 14050 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $376,512.95* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,417.05 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 75 | VARGAS PEREZ, CARMEN 428 CARR. # 112 ISABELA, PR 00662 | 42492 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $292,759.41* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,110.45 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Septuagésima Séptima Objeción Global

Anexo A: Reclamos por reducir

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| | | | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
| 76 | VARGAS RODRIGUEZ, MARITZA A 105 CALLE 5 URB. EL CONVENTO SAN GERMAN, PR 00683 | 44060 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $407,128.32* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,115.69 |
| | Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud. | | | | | | | |
| 77 | VAZQUEZ AYALA, BERNABELA HC-02 BUZON 8411 HORMIGUEROS, PR 00660 | 37249 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $242,667.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,024.01 |
| | Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud. | | | | | | | |
| 78 | VAZQUEZ SANCHEZ, MARTA HC02 BOX 11186 YAUCO, PR 00698 | 19897 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $410,135.90* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,191.08 |
| | Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud. | | | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Septuagésima Séptima Objeción Global

## Anexo A: Reclamos por reducir

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| | | | ALEGADOS | | | RECLAMOS MODIFICADOS | | |
| 79 | VAZQUEZ VAZQUEZ, YOLANDA N HC 10 BOX 7640 SABANA GRANDE, PR 00637 | 20970 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $542,745.72* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,160.32 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 80 | VEGA RAMOS, MARIA PO BOX 551 ANASCO, PR 00610 | 34602 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $380,909.66* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,399.83 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 81 | VELEZ PEREZ, AIDA BO COLOMBIA 62 ENSACHE MAYAGUEZ, PR 00680 | 30819 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $307,640.16* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,317.68 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Septuagésima Séptima Objeción Global

Anexo A: Reclamos por reducir

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | RECLAMOS MODIFICADOS ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 82 | VIDRO SANTANA, WANDA IVETTE HC 09 - BOX 4535 SABANA GRANDE, PR 00637 | 26127 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $499,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,220.44 |

Base para: La Evidencia de Reclamo invoca obligaciones asociadas con el litigio denominado Maggie Acevedo Sepulveda y otros contra el Departamento de Salud de Puerto Rico, número CC_2012-1050 (el "Litigio Acevedo Sepulveda"). Una sentencia de la Corte Suprema de Puerto Rico en el Litigio Acevedo Sepulveda determinó el pago de salarios atrasados y beneficios a los demandantes en el litigio. El Departamento de Salud realizó un cálculo de lo que adeudaba a cada demandante en virtud de la sentencia, con base en la información de sus libros y registros, y el reclamo de los demandantes excede esos cálculos. Como el reclamo no pretende invocar obligaciones adicionales fuera de las que se invocan en el Litigio Acevedo Sepulveda, el Reclamo debe reducirse para reflejar los montos adeudados al demandante en los libros y registros del Departamento de Salud.

| | | | TOTAL | | $31,082,371.23* | TOTAL | | $104,073.55 |

* Indica que la reclamación contiene montos por liquidar o indeterminados