# **ANEXO A**

**Relación de reclamaciones objeto de la Cuadringentésima septuagésima octava objeción global**

## Cuadrigentésima Septuagésima Octava Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN ENMENDADAS REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | DEVARIE CORA, HERMINIA CALLE CHARDON # 69 HC 01 BOX 5603 ARROYO, PR 00714 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 144912 | Indeterminado* | DEVARIE CORA, HERMINICA HC-1 BOX 5603 ARRAGO, PR 00714 | 10/15/19 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 171826 | Indeterminado* |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 2 | HB ARQUI PLANI ALFREDO M. HERRERA WEHBE CALLE LOS ANDES #1272 URBANIZACION MONTERREY SAN JUAN, PR 00926-1416 | 05/18/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 16721 | $34,513.00 | HB AEQUI PLANI CSP. (ALFREDO HERRERA) URB. MONTERREY 1272 CALLE ANDES SAN JUAN, PR 00926-1416 | 05/19/20 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 174017 | $34,513.67 |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados