# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima septuagésima quinta objeción global**

Cuadrigentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ALVARADO RIVERA, EASTERLING<br>URB.LLANOS DE STA.ISABEL C-4<br>SANTA ISABEL, PR 00757 | 08/12/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170208-1 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | | | |
| 2 | ALVAREZ BUZO, CRUZ CELIA<br>2669 CALLE CLAVELINO<br>URB LOS CAOBOS<br>PONCE, PR 00731-6034 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 42248-1 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Universidad de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | | | |
| 3 | AROCHO RIVERA, HERIBERTO<br>HC2 BOX 22781<br>SAN SEBASTIAN, PR 00685 | 07/30/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169996 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. | | | | | |
| 4 | AROCHO ROSADO, GUILLERMO<br>HC 07 BOX 76784<br>SAN SEBASTIAN, PR 00685 | 07/30/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170065-1 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

1

Cuadrigentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | CARRIL PEREZ, EDUARDO<br>H-C-6 BOX 17409<br>SAN SEBASTIAN, PR 00685 | 08/09/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170198-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | CARRILLO TORRES, ANGEL MANUEL<br>HC4-BOX 44181<br>LARES, PR 00669 | 08/07/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170167-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | CESAREO PINTO, ANTONIO<br>AVE.HOSTOS 100 URB.VALLE BELLO CHALETS A66<br>BAYAMON, PR 00956 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 22473-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Municipio de Toa Baja, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

# Cuadrigentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | CINTRON SANCHEZ, ALFREDO<br>BARRIO GUAYABAL SECTOR CUEVAS HC-01 BOX 4665<br>JUANA DIAZ, PR 00795 | 06/03/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169056-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | CORDERO MALDONADO, MARIA DEL C<br>URB. VILLAS DE LOIZA<br>D-34 CALLE 2<br>CANOVANAS, PR 00729 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29481 | $15,000.00* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Acueductos y Alcantarillados, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | COTTO LOZANO, RAFAEL<br>MARIO LGA I 24 SAN FENANDO ST.<br>CAGUAS, PR 00725 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 114894-1 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero el reclamo o la documentación de respaldo invocan, en parte, una obligación asociada a la Administración del Seguro Social, que es una agencia federal que no forma parte del Estado Libre Asociado o de los procedimientos iniciados al amparo del Título III, por pagos vinculados a beneficios del seguro social. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 11 | CRUZ HERNANDEZ, MARIA DEL CARMEN<br>PO BOX 1441<br>LAJAS, PR 00667 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 111969-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Compañía de Fomento Industrial, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | DEL CORDERO MALDONADO, MARIA<br>VILLAS DE LOIZA<br>D34 CALLE 2<br>CANOVANAS, PR 00729-4220 | 05/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 26179-1 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Acueductos y Alcantarillados, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | DIAZ LOPEZ, GLORIA<br>AVE. BOLIVIA 299 CIUDAD CRISTIANA<br>HUMACAO, PR 00791 | 11/14/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 172412-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

# Cuadrigentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | MALDONADO DIAZ, JAVIER<br>SECTOR-PONDE ROSA CALLE CARELO 811<br>PONCE, PR 00730-1810 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 106143-1 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero el reclamo o la documentación de respaldo invocan, en parte, una obligación asociada a la Administración del Seguro Social, que es una agencia federal que no forma parte del Estado Libre Asociado o de los procedimientos iniciados al amparo del Título III, por pagos vinculados a beneficios del seguro social. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 15 | MALDONADO HERNANDEZ, HEMBERTO<br>HC-01 BOX 3123<br>ADJUNTAS, PR 00601 | 07/06/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 151668-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Acueductos y Alcantarillados, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 16 | MENDEZ MUNIZ, RAMON<br>HC-6 BUZON 13048<br>SAN SEBASTIAN, PR 00685 | 07/23/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169874-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

# Cuadrigentésima Septuagésima Quinta Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 17 | MENDEZ ZAYAS, LUIS A<br>JARDA STO. DOMINGO<br>E-18 CALLE 4<br>JUANA DIAZ, PR 00795 | 07/30/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170028-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 18 | MOLANO BORRAS, MANUEL<br>URB. CUPEY GARDENS<br>0-15, CALLE 12<br>SAN JUAN, PR 00926 | 04/03/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 6519-1 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Acueductos y Alcantarillados, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | MONTALVO PITRE, EDWIN<br>HC-05 BOX 54824<br>BO POZAS<br>SAN SEBASTIAN, PR 00685 | 07/19/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169816-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

## Cuadrigentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 20 | MONTALVO PITRE, MIGUEL ANGEL<br>HC-05 BOX 54830<br>SAN SEBASTIAN, PR 00685 | 07/26/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169877-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | MORALES PAGAN, JEREMY<br>MANSIONES CAROLINA<br>C/LAUREL NN-18<br>CAROLINA, PR 00987 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 122217-2 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Municipio de Carolina Police, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | MUNIZ BATISTA, ANGEL A<br>HC-2 BOX 25521<br>SAN SEBASTIAN, PR 00685 | 07/23/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169857-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 23 | NIEVES MORALES, ANGEL ENRIQUE<br>HC-6 BOX 12923<br>SAN SEBASTIAN, PR 00685 | 08/09/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170199-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 24 | OQUENDO ACEVEDO, ISAAC<br>HC7 BOX 75002<br>SAN SEBASTIAN, PR 00685 | 07/11/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169640-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 25 | OQUENDO MUNIZ, ISAAC<br>HC7 BOX 75000<br>SAN SEBASTIAN, PR 00685 | 07/11/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169600-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

# Cuadrigentésima Septuagésima Quinta Objeción Global

## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 26 | OQUENDO MUNIZ, ISAAC<br>HC 7 BOX 75000<br>SAN SEBASTIAN, PR 00685 | 07/11/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169655-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | ORTIZ BORRERO, MIGUEL<br>HC 05 BUZON 51850<br>SAN SEBASTIAN, PR 00685 | 10/11/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 171703-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | ORTIZ CARTAGENA, LUIS<br>HC-01 BOX 4254<br>SALINAS, PR 00751 | 06/06/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169061-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

# Cuadrigentésima Septuagésima Quinta Objeción Global

## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 29 | PEREZ MAESTRE, RAMON<br>URB VILLA RITA CALLE 3 G8<br>SAN SEBASTIAN, PR 00685 | 07/24/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169866-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 30 | PEREZ MAESTRE, VIRGINIA<br>HC-7 BOX 7001<br>SAN SEBASTIAN, PR 00685 | 07/29/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170008-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 31 | PEREZ ROSADO, EDWIN<br>HC7-76341<br>SAN SEBASTIAN, PR 00685 | 07/19/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169739-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 32 | PEREZ VARGAS, EDWIN<br>HC7-BOX 76341<br>SAN SEBASTIAN, PR 00685 | 07/19/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169778-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | REYES RUIZ, RAMON<br>#347 CALLE BETANCES BO COKI<br>AGUIRRE, PR 00704 | 08/08/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170191-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | RIVERA LUGO, RAMON L.<br>APT. 800 346<br>COTO LAUREL, PR 00780 | 03/05/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 168221-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | RODRIGUEZ ALOYO, JUSTINIANO<br>H-C1 BOX 4419<br>ARROYO, PR 00714 | 06/07/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169151 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Septuagésima Quinta Objeción Global

### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 36 | RODRIGUEZ CARDONA, CALIXTO<br>HC3 BOX 33345<br>SAN SEBASTIAN, PR 00685 | 07/29/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170014-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 37 | RODRIGUEZ GAZTAMBIDE, MARIA E<br>5 WINDFLOWER WAY<br>WILLIAMSTOWN, MA 01267 | 06/14/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 50180-1 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Sistema de Retiro del Gobierno del Estado Libre Asociado de Puerto Rico, pero el reclamo o la documentación de respaldo invocan, en parte, una obligación vinculada a la Administración del Seguro Social, que es una agencia federal que no forma parte del Estado Libre Asociado o de los procedimientos iniciados al amparo del Título III, por pagos vinculados a beneficios del seguro social. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 38 | RODRIGUEZ PEREZ, SANTOS H<br>URB. EL MADRIGAL N35<br>PONCE, PR 00730 | 04/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7937-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Fondo de Seguro del Estado, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Septuagésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 39 | RODRIGUEZ TORRES, MARTA<br>HC 6 - BOX 65232<br>CAMUY, PR 00627 | 07/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 121531-1 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero el reclamo o la documentación de respaldo invocan, en parte, una obligación asociada a la Administración del Seguro Social, que es una agencia federal que no forma parte del Estado Libre Asociado o de los procedimientos iniciados al amparo del Título III, por pagos vinculados a beneficios del seguro social. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 40 | RODRIGUEZ-TORRES, MARTA<br>HC-6 BOX 65232<br>CAMUY, PR 00627 | 07/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 120463-1 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero el reclamo o la documentación de respaldo invocan, en parte, una obligación asociada a la Administración del Seguro Social, que es una agencia federal que no forma parte del Estado Libre Asociado o de los procedimientos iniciados al amparo del Título III, por pagos vinculados a beneficios del seguro social. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 41 | RODRIGUEZ-TORRES, MARTA<br>HC6 BOX 65232<br>CAMUY, PR 00627 | 07/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 122107-1 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero el reclamo o la documentación de respaldo invocan, en parte, una obligación asociada a la Administración del Seguro Social, que es una agencia federal que no forma parte del Estado Libre Asociado o de los procedimientos iniciados al amparo del Título III, por pagos vinculados a beneficios del seguro social. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Septuagésima Quinta Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 42 | SANCHEZ ORTIZ, JOHNNY<br>1502 - MOTT AVE APT. A-1H<br>FAR ROCKAWAY, NY 11691 | 05/20/2019 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 168645-1 | Indeterminado* |

Base para: La Evidencia de reclamo no presenta fundamentos para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | SANTANA DIAZ, AUREA L.<br>CALLE GRANATE #15 URB. VILLA BLANCA<br>CAGUAS, PR 00725 | 11/17/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 178811 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | SANTIAGO COTTO, ELBA I.<br>HC7 BOX 5245<br>JUANA DIAZ, PR 00795 | 09/20/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 171030-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | SERRANO JIMENEZ, JESUS<br>HC1 BOX 10141<br>SAN SEBASTIAN, PR 00685 | 07/22/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169897-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Septuagésima Quinta Objeción Global

### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 46 | SOSA ORTIZ, EDELMIRA<br>287 CALLE PABONA<br>COTO LAUREL, PR 00780 | 03/26/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 168366-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y Sugar Corporation, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | SOSTRE QUINONES, NOEMI<br>PO BOX 4244<br>VEGA BAJA, PR 00694 | 07/06/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 137762-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Municipio de Vega Baja, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | TORRES TORRES, PEDRO ANTONIO<br>BO, SALTOS II, 200 ACAPITO ROSADO APT. 2307<br>SABASTIAN, PR 00685 | 07/11/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169656-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Septuagésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 49 | VALENTIN SERRANO, ANGEL LUIS<br>PO BOX 3219<br>SAN SEBASTIAN, PR 00685 | 07/18/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169800-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 50 | VARGAS PEREZ, WILFREDO<br>HC4 BOX 45439<br>SAN SEBASTIAN, PR 00685 | 07/30/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170025-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 51 | VARGAS VAZQUEZ, ANEELMO<br>HC 7 BOX 71465<br>SAN SEBASTIAN, PR 00685 | 07/29/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 170058-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Septuagésima Quinta Objeción Global

### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 52 | VELEZ ARROYO, WILFREDO<br>HC-08 BOX 87102<br>SAN SEBASTIAN, PR 00685 | 07/18/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169773-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad de Tierras, Sugar Corporation, que no es parte de los procedimientos al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

|  |  | TOTAL | $15,000.00* |
|---|---|---|---|

\* Indica que la reclamación contiene montos por liquidar o indeterminados