# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima octogésima primera objeción global**

## Cuadrigentésima Octagésima Primera Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | 1RST QUALITY SERVICES CORP.<br>EDUARDO FERRER, ESQ.<br>PO BOX 194985<br>SAN JUAN, PR 00919-4985 | 05/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11390 | $1,273,076.31* |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III. | | | | | |
| 2 | ALCANTARA DE LOS SANTOS, DOMNINA<br>LCDO. MIGUEL A. OLMEDO OTERO<br>PMB 9 14<br>#138 WINSTON CHURCHILL AVE<br>SAN JUAN, PR 00926 | 05/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13376 | $210,000.00* |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio contra el Estado Libre Asociado. Sin embargo, los registros del caso indican que fue desestimado sin posibilidad de volver a presentarlo contra el Estado Libre Asociado. | | | | | |
| 3 | ARROYO BOLERIN, ANIBAL<br>PO BOX 9326<br>BAYAMON, PR 00960 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 51788 | $576,148.69* |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III. | | | | | |
| 4 | BLEST QUIROZ, JENNIFER<br>CALLE SALVEN 1705 URB. RIO PIEDRAS HEIGHTS<br>SAN JUAN, PR 00926 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 49126 | $561,725.79* |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Octagésima Primera Objeción Global

Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | CLIMENT GARCIA, LAURA E.<br>JORGE L. GUERRERO-CALDERON USDCPR 116806<br>301 CALLE RECINTO SURE, SUITE 502<br>SAN JUAN, PR 00901 | 05/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13068 | $392,956.07* |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III. | | | | | |
| 6 | COLON COLON, ARINDA<br>CIUDAD UNIVERSITARIA<br>CALLE 25 Y47<br>TRUJILLO ALTO, PR 00976 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 49385 | $269,845.78* |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III. | | | | | |
| 7 | CONTRERAS-LABOY, HARRY<br>LAW OFFICE OF ERICK MORALES-PEREZ<br>PO BOX 10409<br>SAN JUAN, PR 00922-0409 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 87436 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III. | | | | | |
| 8 | DAT@ACCESS COMUNICATIONS INC.<br>HÉCTOR FIGUEROA-VINCENTY<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 06/01/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34654 | $20,153.25 |
| | Base para: Según obra en los libros y registros del Estado Libre Asociado, las obligaciones invocadas se relacionan con montos ajenos al contrato aprobado, o respecto de los cuales no existía ningún contrato o bien las facturas nunca se recibieron; por lo tanto, no son adeudadas por la agencia del Estado Libre Asociado que se invoca. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Octagésima Primera Objeción Global

## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | DE JESUS SANCHEZ , MYRNA<br>HC 3 BOX 12342<br>CAROLINA, PR 00987 | 05/21/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 43519 | Indeterminado* |

Base para: La Evidencia del Reclamo pretende invocar una obligación fundada en procedimientos administrativos relacionados con la solicitud del demandante para que se le adjudique o modifique una pensión por incapacidad, pero los registros de las actuaciones indican que el procedimiento fue desestimado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | DÉBORAH RIVERA TORRES Y JUAN O CARLE, POR SÍ Y EN REPRESENTACIÓN DE LA SLG COMPUESTA POR AMBOS<br>MANUEL COBIÁN-ROIG, ESQ.<br>PO BOX 177<br>GUAYNABO, PR 00970 | 05/31/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 31043 | $175,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio.  Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | DIAZ GONZALEA, JOSE<br>RAMON MENDOZA ROSARIO<br>CALLE YUNQUESITO A-10 URB LOMAS DE CAROLINA<br>CAROLINA, PR 00987 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30817 | $250,000.00* |

Base para: La Evidencia de reclamo pretende invocar una obligación fundada en un litigio contra el Estado Libre Asociado.  Sin embargo, los registros del caso indican que fue desestimado sin posibilidad de volver a presentarse.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | ESCUDERO CRUZ, GRIZELLE<br>MANUEL COBIAN-ROIG, ESQ.<br>PO BOX 177<br>GUAYNABO, PR 00970 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28800 | $150,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio.  Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Octagésima Primera Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | ESPER MD, WILLIAM A / KEVIN J. MIKIELSKI D.O. OSTEOPATHIC CARDIOLOGY ASSOCIATES LLC<br>4002 SCHAPER AVE, SUITE A<br>ERIE, PA 16508 | 03/12/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2100 | $1,250.00 |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación con base en servicios médicos facturados a una compañía de seguros privada "Medicare y Mucho Más", pero no aporta fundamentos para invocar tal obligación contra el Estado Libre Asociado. | | | | | |
| 14 | ESTATE OF JOSE A. MENDEZ LOPEZ<br>P.O. BOX 9023472<br>SAN JUAN, PR 00902-3472 | 05/15/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 173980 | $954,752.00 |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III. | | | | | |
| 15 | FISA, S.E.<br>PO BOX 2286<br>GUAYAMA, PR 00785-2286 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28710 | $17,952.00 |
| | Base para: Según obra en los libros y registros del Estado Libre Asociado, las obligaciones invocadas se relacionan con montos ajenos al contrato aprobado, o respecto de los cuales no existía ningún contrato o bien las facturas nunca se recibieron; por lo tanto, no son adeudadas por la agencia del Estado Libre Asociado que se invoca. | | | | | |
| 16 | FULMORE & ASSOC CHIROPRACTIC HEALTH<br>ATTN MEDICAL RECORDS<br>1500 W GORE<br>ORLANDO, FL 32805 | 03/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2430 | $806.00 |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación con base en servicios médicos prestados fuera del Estado Libre Asociado, pero no aporta pruebas de que el paciente estuviera asegurado por el plan de salud del Estado Libre Asociado. En todo caso, el plan de salud del Estado Libre Asociado es administrado por la Administración de Servicios de Salud ("ASES") que no es un Deudor en el caso conforme al Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Octagésima Primera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 17 | JOSE A BATLLE OJEDA H/N/C JOSE A BATLLE & ASSOCIATES<br>EDGARDO L. RIVERA<br>PO BOX 360764<br>SAN JUAN, PR 00936 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 20202 | $2,712,923.30* |

Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | LEIDA PAGAN TORRES ON BEHALF OF THE PARTIES LISTED ON ATTACHMENT 1<br>URB. SULTANA<br>67 ALHAMBRA ST.<br>MAYAGUEZ, PR 00680 | 05/02/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10221 | $1,469,259.44* |

Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | LOPEZ SANTIAGO, ADA N.<br>#100 AVE. ESPIRITU SANTO APT. 8-203<br>CAGUAS, PR 00725 | 06/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 39308 | $358,248.82* |

Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | LUIS MANUEL RAMIREZ PEREZ & JOSE LUIS RAMIREZ REPEZ<br>JOSE LUIS RAMIREZ COLL<br>PO BOX 13128<br>SAN JUAN, PR 00908 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 87279 | $5,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Octagésima Primera Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 21 | MALDONADO, ANGEL L.<br>PO BOX 366966<br>SAN JUAN, PR 00936-6996 | 05/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18967 | $68,758.02* |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III. | | | | | |
| 22 | MATOS BELTRAN, MARED Z<br>PORTALES DE PARQUE ESCORIAL<br>APTO 10402<br>CAROLINA, PR 00987 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32453 | $92,950.00* |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III. | | | | | |
| 23 | MORALES LUGO, DAVID JAIME<br>358 STREET 18 VEREDAS<br>GURABO, PR 00778 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 102462 | $11,000.00* |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III. | | | | | |
| 24 | MORALES LUGO, DAVID JAMIE<br>358 STREET 18 VEREDAS<br>GURABO, PR 00778 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 104118 | $25,000.00* |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III. | | | | | |
| 25 | OLIVERAS VELAZQUEZ, AGLAED<br>PO BOX 8452<br>PONCE, PR 00732 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 128843 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

# Cuadrigentésima Octagésima Primera Objeción Global

## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 26 | ORENGO ROHENA, ROSA I.<br>CARLOS ALBERTO RUIZ, ESQ.<br>PO BOX 1298<br>CAGUAS, PR 00726-1298 | 07/09/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179444 | $310,685.09* |

Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | ORIENTAL BANK AS ASIGNEE OF FIDDLER GONZALEZ & RODRIGUEZ PSC<br>WILLIAM SANTIAGO SASTRE<br>PO BOX 79552<br>CAROLINA, PR 00984 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 86417 | $16,419.70* |

Base para: La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Universidad de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | ORTIZ RIVERA, DIANA<br>C/O RICARDO AGRAIT DEFILLO<br>SERVICIOS LEGALES DE PR<br>PO BOX 21370<br>SAN JUAN, PR 00928-1370 | 05/11/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 12972 | Indeterminado* |

Base para: La Evidencia del Reclamo pretende invocar una obligación fundada en procedimientos administrativos relacionados con la solicitud del demandante para que se le adjudique o modifique una pensión por incapacidad, pero los registros de las actuaciones indican que el procedimiento fue desestimado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | ORTIZ VEGA, RAMON A<br>PO BOX 6416<br>BAYAMON, PR 00960-5416 | 06/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 36444 | $43,926.40* |

Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Octagésima Primera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 30 | ORTIZ VEGA, RAMON A. HC 02 BOX 4493 COAMO, PR 00769 | 06/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 44383 | $43,926.40* |

Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III.

| 31 | PABÓN MARTÍNEZ, ARACELIS LCDO. ELÍAS DÁVILA BERRÍOS 6 CALLE ARECIBO SAN JUAN, PR 00917 | 03/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3215 | $75,000.00* |

Base para: La Evidencia de reclamo pretende invocar una obligación fundada en un litigio contra el Estado Libre Asociado. Sin embargo, los registros del caso indican que fue desestimado sin posibilidad de volver a presentarse.

| 32 | PAGAN FELICIANO, NORMA I BUENA VISTA 161 CALLE DECLET SAN JUAN, PR 00917 | 06/06/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 71295 | $20,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III.

| 33 | PETERSON, MARK 38020 DELAFIELD ROAD OCONOMOWOC, WI 53066 | 04/02/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 173030 | $52,366.00 |

Base para: La Evidencia de Reclamo pretende invocar una obligación de reembolso de gastos administrativos. Sin embargo, los libros y registros de los Deudores no indican que los servicios del demandante se obtuvieron en representación de los Deudores o a los fines de liquidar el patrimonio. Asimismo, las supuestas obligaciones invocadas por el Demandante no están reconocidas como gastos administrativos en 11 U.S.C. § 503.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Octagésima Primera Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 34 | RAMA CONSTRUCTION LLC<br>24 LA YUCA WARD<br>PONCE, PR 00731 | 05/01/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8627 | $1,189,401.86* |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III. | | | | | |
| 35 | READY & RESPOSIBLE SECURITY INC<br>PO BOX 270027<br>SAN JUAN, PR 00928-2827 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 21479 | $197,512.22* |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III. | | | | | |
| 36 | REYES RODRIGUEZ, ELIAS<br>502 DELMAR ST.<br>STERLING, CO 80751 | 04/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7961 | $103,000.00* |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III. | | | | | |
| 37 | RIVERA GONZALEZ, CARLOS F<br>URB EL MADRIGAL<br>H 18 CALLE 1<br>PONCE, PR 00730 | 06/05/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 47378 | $850.00* |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III. | | | | | |
| 38 | RIVERA LUCCA, FRANCISCO C.<br>PO BOX 560226<br>GUAYANILLA, PR 00656 | 04/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7171 | Indeterminado* |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III. | | | | | |

## Cuadrigentésima Octagésima Primera Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 39 | RIVERA SANCHEZ, MODESTO<br>PO BOX 1546<br>YAUCO, PR 00698-1546 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 141246 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | ROMAN QUINONES, GERARDO<br>HC 2 BOX 3494<br>PENUELAS, PR 00624 | 05/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 20291 | $12,000.00* |

Base para: La Evidencia del Reclamo pretende invocar una obligación fundada en procedimientos administrativos relacionados con la solicitud del demandante para que se le adjudique o modifique una pensión por incapacidad, pero los registros de las actuaciones indican que el procedimiento fue desestimado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | ROMAN QUINONES, GERARDO<br>HC 2 BOX 3494<br>PENUELAS, PR 00624 | 05/17/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 22542 | $25,000.00* |

Base para: La Evidencia del Reclamo pretende invocar una obligación fundada en procedimientos administrativos relacionados con la solicitud del demandante para que se le adjudique o modifique una pensión por incapacidad, pero los registros de las actuaciones indican que el procedimiento fue desestimado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | SANTIAGO RIVERA, NOEL<br>URB COUNTRY CLUB<br>955 CALLE DURBEC<br>SAN JUAN, PR 00924-3343 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 44955 | $22,342.28* |

Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | SERRANO VELEZ, ROBERT<br>184 CALLE CEDRO<br>HATILLO, PR 00659-2834 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35565 | $250,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Octagésima Primera Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 44 | SKYTEC INC.<br>500 ROAD 869, SUITE 501<br>CATANO, PR 00962-2011 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 20209 | $67,084.81 |

Base para: Según obra en los libros y registros del Estado Libre Asociado, las obligaciones invocadas se relacionan con montos ajenos al contrato aprobado, o respecto de los cuales no existía ningún contrato o bien las facturas nunca se recibieron; por lo tanto, no son adeudadas por la agencia del Estado Libre Asociado que se invoca.

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | WILLIAM MAURAS SANTIAGO Y MARÍA L. GORDGAS HERNAIZ<br>POR SÍ Y EN REPRESENTACIÓN DE LA SOCIEDAD LEGAL DE BIENES GANANCIALES COMPUESTA POR AMBOS<br>MANUEL COBIÁN-ROIG, ESQ.<br>PO BOX 177<br>GUAYNABO, PR 00970 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30361 | $500,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio contra el Estado Libre Asociado. Sin embargo, los registros del caso indican que se llegó a una resolución del caso y se desestimaron los reclamos contra el Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | WILLIAM, SANDERS<br>MIGUEL A. MONTALVO<br>171 CALLE DR. RAMON E. BETANCES SUR<br>MAYAGUEZ, PR 00680-4064 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17063 | $300,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación fundada en un litigio. Sin embargo, los expedientes del caso indican que la causa del demandante no se inició contra el Estado Libre Asociado o algún otro Deudor en el caso al amparo del Título III.

| | | | | | TOTAL | $12.826.320,23* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

11