**EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Seventy-Sixth Omnibus Objection**

Four Hundred Seventy-Sixth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ACEVEDO RIOS, YOLANDA<br>BRISAS DEL MAR<br>CALLE 8 F11<br>LUQUILLO, PR 00773 | 07/06/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 158887 | $15,600.00 | ACEVEDO RIOS, YOLANDA<br>BRISAS DEL MAR<br>CALLE 8 F11<br>LUQUILLO, PR 00773 | 07/06/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 152677 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 2 | ADAMES LUGO, ROSA<br>PO BOX 24<br>SABANA GRANDE, PR 00637-0024 | 06/20/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 166183 | $18,000.00 | ADAMES LUGO, ROSA<br>PO BOX 24<br>SABANA GRANDE, PR 00637-0024 | 07/06/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 140604 | $18,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 3 | ALVARADO CINTRON, JOSE A.<br>URB.MONSERRATE-MILLONARIOS #44<br>SAN GERMAN, PR 00683 | 07/05/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 153104 | $3,600.00 | ALVARADO CINTRON, JOSE A<br>URB LA MONSERRATE 44 MILLONARIOS<br>SAN GERMAN, PR 00683 | 07/05/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 152319 | $24,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 4 | ARILL TORRES, CARLOS M.<br>CALLE VALERIANO MUNOZ #3<br>ALTOS<br>SAN LORENZO, PR 00754 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 138812 | $15,000.00 | ARILL TORRES, CARLOS M.<br>CALLE VALERIANO MUNOZ #3<br>ALTOS<br>SAN LORENZO, PR 00754 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 117107 | $116.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Seventy-Sixth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | BARRETO RAMOS, JOSE R. 771 CASCADE LN. PRINCETON, TX 75407 | 06/26/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 51198 | $14,000.00 | BARRETO RAMOS , JOSE R. 771 CASCADE LN. PRINCETON, TX 75407 | 06/25/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 38321 | $7.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 6 | CALDERIN GARCIA, MARIA M. HC 04 BOX 4530 HUMACAO, PR 00791 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 36956 | Undetermined* | CALDERIN GARCIA, MARIA M. HC 04 BOX 4530 HUMACAO, PR 00791 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 37787 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 7 | CARDINA RIVERA, WILMER A. B-17 4 FOREST HILLS BAYAMON, PR 00959 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 152966 | Undetermined* | CARDONA RIVERA, WILMER A. FOREST HILLS CALLE 4 B-17 BAYAMON, PR 00959 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 102021 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 8 | CINTRON DIAZ, EFRAIN PO BOX 37-1695 CAYEY, PR 00737 | 06/25/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 84715 | $5,800.00 | CINTRON DIAZ , EFRAN PO BOX 37-1695 CAYEY, PR 00737 | 06/25/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 82238 | $4,650.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 9 | COLON COLON, NITZA M. APT.1004 OROCOVIS, PR 00720 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 61973 | Undetermined* | COLON COLON, NITZA M APT 1004 OROCOVIS, PR 00720 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 79412 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

2

Four Hundred Seventy-Sixth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 10 | DIAZ FEBO, LUZ O. 200-21 C/532 VILLA CAROLINA CAROLINA, PR 00985 | 07/06/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 151692 | Undetermined* | DIAZ FEBO, LUZ O. 200-21 C/532 VILLA CAROLINA CAROLINA, PR 00985 | 07/06/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 113361 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| 11 | DIEZ DE ANDINO-RODRIGUEZ, MARIA S. PO BOX 360515 SAN JUAN, PR 00936-0515 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 132847 | $20,000.00* | DIEZ DE ANDINO RODRIGUEZ, MARIA S 1676 CALLE SUNGARI SAN JUAN, PR 00926 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 146849 | $20,000.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| 12 | DOMINGUEZ GONZALEZ, ADA IRIS HC-01 BOX 24165 VEGA BAJA, PR 00693 | 07/03/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 105579 | $19,687.00* | DOMINGUEZ GONZALEZ, ADA IRIS HC-01 BOX 24165 VEGA BAJA, PR 00693 | 07/03/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 96598 | $4,350.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| 13 | EDGE LEGAL STRATEGIES, P.S.C 252 AVE. PONCEDE LEON, SUITE 1200 SAN JUAN, PR 00918 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 136492 | $19,194.70 | EDGE LEGAL STRATEGIES,PSC 252 AVE. PONCE LEON SUITE 1200 SAN JUAN, PR 00924 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 89863 | $19,194.70 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| 14 | FARIA, CARMEN I. 15 LUIS F DESSUS JUANA DIAZ, PR 00795 | 06/11/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 85382 | Undetermined* | FARIA, CARMEN I. 15 LUIS F DESSU'S JUANA DIAZ, PR 00795 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 107409 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

3

Four Hundred Seventy-Sixth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 15 | FIGUEROA FERNANDEZ, MARITZA E 6249 C/SAN ANDRES, URB. STA. TERESITA PONCE, PR 00730 | 06/25/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 86488 | Undetermined* | FIGUEROA FERNANDEZ, MARITZA E. #886, CALLE CORTADA, URB. CONSTANCIA PONCE, PR 00717-2202 | 06/25/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 88674 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 16 | GONZALEZ - MUNIZ, PAQUITA HC 61 BOX 34997 AQUADA, PR 00602 | 07/02/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 152879 | Undetermined* | GONZALEZ MUNIZ, PAQUITA HC 61 BOX 34997 AGUADA, PR 00602 | 07/02/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 146151 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 17 | GONZALEZ MUNIZ, PAQUITA HC 61 BOX 34997 AGUADA, PR 00602-9556 | 07/02/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 123483 | Undetermined* | GONZALEZ MUNIZ, PAQUITA HC 61 BOX 34997 AGUADA, PR 00602 | 07/02/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 146151 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 18 | GONZALEZ-MUNIZ, PAQUITA HC 61 BOX 34997 AGUADA, PR 00602 | 07/02/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 130584 | Undetermined* | GONZALEZ MUNIZ, PAQUITA HC 61 BOX 34997 AGUADA, PR 00602 | 07/02/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 146151 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 19 | HERNANDEZ COLON, NORMA PO BOX 150 OROCOVIS, PR 00720-0150 | 06/22/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 81054 | $25,000.00* | HERNANDEZ COLON, NORMA P.O. BOX 150 BROCOVIS, PR 00720 | 06/22/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 80379 | $15,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

4

Four Hundred Seventy-Sixth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 20 | HERNANDEZ COLON, NORMA<br>PO BOX 150<br>OROCOVIS, PR 00720 | 06/22/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 84907 | $25,000.00* | HERNANDEZ COLON, NORMA<br>P.O. BOX 150<br>BROCOVIS, PR 00720 | 06/22/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 80379 | $15,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 21 | HERNANDEZ COLON, NORMA<br>PO BOX 150<br>OROCOVIS, PR 00720 | 06/22/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 86442 | $20,000.00* | HERNANDEZ COLON, NORMA<br>P.O. BOX 150<br>BROCOVIS, PR 00720 | 06/22/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 80379 | $15,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 22 | LOPEZ ORTIZ, RUTH N<br>URB. LAS MUESAS 32 RAFAEL C. NAVAS<br>CAYEY, PR 00736 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 119301 | Undetermined* | LOPEZ ORTIZ, RUTH N.<br>URB. LAS MUESAS 32 CALLE RAFAEL C. NAVAS<br>CAYEY, PR 00736 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 142298 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 23 | LORENZO ALEVS, VICTOR<br>HC 03 BOX 6612<br>RINCON, PR 00677 | 06/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 106267 | $1,300.00* | LORENZO ALERS, VICTOR<br>HC03 BOX 6612<br>RINCON, PR 00677 | 06/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 112479 | $13,200.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 24 | MALDONADO RIVERA, MARIA DEL CARMEN<br>URB. MAGNOLIA GARDENS<br>O 19 - CALLE 18<br>BAYAMON, PR 00956 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 130675 | Undetermined* | MALDONADO RIVERA, MARIA DEL CARMEN<br>URB. MAGNOLIA GARDEN'S 019 - CALLE 18<br>BAYAMON, PR 00956 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 138860 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Seventy-Sixth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 25 | MALDONADO RIVERA, MARIA DEL CARMEN<br>URB. MAGNOLIA GARDEN'S<br>019 CALLE 18<br>BAYAMON, PR 00956 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 133878 | Undetermined* | MALDONADO RIVERA, MARIA DEL CARMEN<br>URB. MAGNOLA GARDEN'S 019 - CALLE 18<br>BAYAMON, PR 00956 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 138860 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 26 | MARI GONZALEZ, IRAIDA O.<br>URB. VALLE VERDE<br>D-10 CALLE 4<br>SAN GERMAN, PR 00683 | 06/25/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 73184 | Undetermined* | MARI GONZALEZ, IRAIDA O.<br>URB. CALLE VERDE<br>D-10 CALLE 4<br>SAN GERMAN, PR 00683 | 06/25/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 90628 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 27 | MARI GONZALEZ, IRAIDA O.<br>D-10 4 VALLE VERDE<br>SAN GERMAN, PR 00683 | 06/25/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 91062 | Undetermined* | MARI GONZALEZ, IRAIDA O.<br>URB. CALLE VERDE<br>D-10 CALLE 4<br>SAN GERMAN, PR 00683 | 06/25/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 90628 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 28 | MARTINEZ RUIZ, GLORIA M.<br>HC 7 BOX 27037<br>MAYAGUEZ, PR 00680 | 07/02/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 82795 | $30,000.00 | MARTINEZ RUIZ, GLORIA M<br>HC 7 BOX 27037<br>MAYAGUEZ, PR 00680 | 07/02/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 163869 | $30,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

\*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Seventy-Sixth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 29 | MORALES ALVARADO, MIRIAM L. PO BOX 991 OROCOVIS, PR 00720 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 83119 | Undetermined* | MORALES ALVARADO, MIRIAM L. BO. SALTOS CABRAS BOX 991 OROCOVIS, PR 00720 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 65798 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 30 | MORENO SOTO, AURELIO PO BOX 1512 SAN SEBASTIAN, PR 00685 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 67535 | $48,000.00 | MORENO SOTO, AURELIO PO BOX 1512 SAN SEBASTIAN, PR 00685 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 61451 | $9,500.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 31 | NIEVES DE SNYDER, DORIS N. 576 BALTAZAR JIMENEZ CAMUY, PR 00627 | 07/11/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 118508 | Undetermined* | NIEVES DE SNYDER, DORIS 576 BALTAZAR JIMENEZ CAMUY, PR 00627 | 07/11/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 119692 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 32 | OSORIO ROSA, MARIS A PO BOX 571 AGUAS BUENAS, PR 00703 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 56649 | Undetermined* | OSORIO ROSA, MARIA A. PO BOX 1441 AGUAS BUENAS, PR 00703 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 55797 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 33 | PADIN RODRIGUEZ, AIDA L. 75 CALLE LAMELA QUEBRADILLAS, PR 00678 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 135489 | $5,669.65* | PADIN RODRIGUEZ , AIDA L 75 CALLE LEMELA QUEBRADILLAS, PR 00678 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 143721 | $5,845.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Seventy-Sixth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 34 | PADIN-RODRIGUEZ, AIDA L. 75 CALLE LAMELA QUEBRADILLAS, PR 00678 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 140349 | $5,669.65* | PADIN RODRIGUEZ, AIDA L 75 CALLE LEMELA QUEBRADILLAS, PR 00678 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 143721 | $5,845.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 35 | PEREZ RODRIGUEZ, ROSANA VILLA DOS RIOS 2936 CALLE GUAMANI PONCE, PR 00730 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 97223 | Undetermined* | PEREZ RODRIGUEZ, ROSANA 2936 GUAMANI VILLA DOS RIOS PONCE, PR 00730 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 105476 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 36 | PEREZ SANTIAGO, MARTHA D11 CALLE 3 URB EL MADRIGAL PONCE, PR 00731-1410 | 06/20/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 79637 | Undetermined* | PEREZ SANTIAGO, MARTHA E D11 CALLE 3 EL MADRIGAL PONCE, PR 00731-1410 | 06/25/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 82292 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 37 | PEREZ SANTIAGO, MARTHA E. CALLE 3 D11 PONCE, PR 00731-1410 | 06/26/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 97579 | Undetermined* | PEREZ SANTIAGO, MARTHA E D11 CALLE 3 EL MADRIGAL PONCE, PR 00731-1410 | 06/25/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 82292 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Seventy-Sixth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 38 | PEREZ SANTIAGO, MARTHA E<br>D11 CALLE 3 URB EL MADIGAL<br>PONCE, PR 00731 | 06/21/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 79683 | Undetermined* | PEREZ SANTIAGO, MARTHA E<br>D11 CALLE 3 EL MADRIGAL<br>PONCE, PR 00731-1410 | 06/25/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 82292 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 39 | PEREZ TORRES , FERNANDO. E.<br>CALLE 114 URB. LOMAS<br>APT 963<br>JUANA DIAZ, PR 00795 | 06/26/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 129266 | Undetermined* | PEREZ TORRES, FERNANDO E<br>URB. LOMAS<br>CALLE 14 APTDO. 963<br>JUANA DIAZ, PR 00795 | 06/26/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 99337 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 40 | PEREZ TORRES, FERNANDO E<br>CALLE 14 URB. LOMAS<br>JUANA DIAZ, PR 00795 | 06/26/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 101019 | $39,600.00* | PEREZ TORRES, FERNANDO E<br>URB. LOMAS<br>CALLE 14 APTDO. 963<br>JUANA DIAZ, PR 00795 | 06/26/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 99337 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 41 | PEREZ TORRES, FERNANDO E.<br>CALLE 14 URB LOMAS<br>JUANA DIAZ, PR 00795 | 06/26/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 149181 | Undetermined* | PEREZ TORRES, FERNANDO E<br>URB. LOMAS<br>CALLE 14 APTDO. 963<br>JUANA DIAZ, PR 00795 | 06/26/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 99337 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Seventy-Sixth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 42 | RIOS, YOLANDA ACEVEDO<br>BRISAS DE MAR<br>CALLE 8 F 11<br>LUQUILLO, PR 00773 | 07/06/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 158080 | $4,200.00 | ACEVEDO RIOS, YOLANDA<br>BRISAS DEL MAR<br>CALLE 8 F11<br>LUQUILLO, PR 00773 | 07/06/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 152677 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 43 | RIVERA VEGUILLA, MARIA T<br>HC-08 BOX 2789<br>SABANA GRANDE, PR 00637 | 05/24/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 31399 | $5,937.88 | RIVERA, MARIA T<br>HC-08 BOX 2789<br>SABANA GRANDE, PR 00637-9607 | 05/26/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 23162 | $5,937.88 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 44 | RODRIGUEZ ESTRADA, INES<br>PO BOX 2903<br>MAYAGUEZ, PR 00681-2903 | 07/06/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 156939 | $8,400.00* | RODRIGUEZ ESTRADA, INES<br>PO BOX 2903<br>MAYAGUEZ, PR 00681-2903 | 07/06/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 130159 | $18,600.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 45 | SANTOS CEDENO, BAUDILIA<br>BOX 1546<br>YAUCO, PR 00698 | 06/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 167729 | Undetermined* | SANTOS RIVERA, BAUDILIA<br>PO BOX 1546<br>YAUCO, PR 00698-1546 | 06/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 135533 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 46 | TORRES CAMPUSANO, MAGDALENA<br>#27 VISTAMAR<br>URB. SAN JOSE<br>MAYAGUEZ, PR 00682 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 107940 | Undetermined* | TORRES CAMPUSANO, MAGDALENA<br>#27 VISTAMAR<br>URB. SAN JOSE<br>MAYAGUEZ, PR 00682 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 107707 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

10

Four Hundred Seventy-Sixth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 47 | TORRES CAMPUSANO, SONIA M. 1244 MANUEL A. BARRETO URB. SAN JOSE MAYAGUEZ, PR 00682-1171 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 126018 | Undetermined* | TORRES CAMPUSANO, SONIA M. 1244 MANUEL A. BARRETO URB. SAN JOSE MAYAGUEZ, PR 00682-1171 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 118718 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

*Indicates claim contains unliquidated and/or undetermined amounts