## **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Eighty-Third Omnibus Objection**

## FOUR HUNDRED EIGHTY THIRD OMNIBUS OBJECTION

### Exhibit A - No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | LUCIANO ARROYO FIGUEROA & MARIA C ORTIZ DELGADO<br>PO BOX 173<br>YABUCOA, PR 00767-0173 | 4/24/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 6986 | $60,000.00 |
| | Reason: The claim is based on an apparent alleged ownership interest in COFINA Bonds which have been satisfied, released, and/or discharged pursuant to the Settlement Order, Settlement Agreement, Amended Confirmation Order, and Plan. | | | | | |
| 2 | MARGARITA BLONDET SU SUCESION COMPUESTO POR MARIA I. RUBERT BLONDET, SONIA RUBERT BLONDET, MARGARITA RUBERT BLONDET, SONIA RUBERT, ADMINISTRADORA<br>LUIS P. COSTAS ELENA<br>34 ORGUIDEA, URB. SANTA MARIA<br>SAN JUAN, PR 00927 | 5/3/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 10510 | $642,000.00 |
| | Reason: As asserted by the Claimant, PREPA has occupied the land since 1984. PREPA has acquired such land by prescription, and no liabilities are therefore owed to claimant. | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.