# **ANEXO A**

**Relación de reclamaciones objeto de la Cuadringentésima octogésima tercera objeción global**

CUADRINGENTÉSIMA OCTOGÉSIMA TERCERA OBJECIÓN COLECTIVA

Anexo A – Ninguna Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 1 | LUCIANO ARROYO FIGUEROA & MARIA C ORTIZ DELGADO<br>PO BOX 173<br>YABUCOA, PR 00767-0173 | 4/24/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 6986 | $60,000.00 |
| | Base para: La demanda es basada en un aparente alegado de posesión de interés en los fondos COFINA cuyos han sido satisfechos, liberados, y/o descargados conforme a la Orden de Acuerdo, Acuerdo de Solución, Orden de Confirmación Enmendada, y Plan | | | | | |
| 2 | MARGARITA BLONDET SU SUCESION COMPUESTO POR MARIA I. RUBERT BLONDET, SONIA RUBERT BLONDET, MARGARITA RUBERT BLONDET, SONIA RUBERT, ADMINISTRADORA<br>LUIS P. COSTAS ELENA<br>34 ORGUIDEA, URB. SANTA MARIA<br>SAN JUAN, PR 00927 | 5/3/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 10510 | $642,000.00 |
| | Base para: Como afirma el demandante, PREPA a ocupado el terreno desde al 1984. PREPA a adquirido tal terreno por prescripción, y por lo tanto, no se debe ninguna responsabilidad al demandante. | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados