# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima septuagésima novena objeción global**

## Cuadrigentésima Septuagésima Novena Objeción Global

### Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ALVERIO DEL TORO, PROVIDENCIA<br>60 CALLE SANTIAGO IGLESIAS<br>APT. 426<br>SAN LORENZO, PR 00754 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 119984 | $6,919.00 |
| | Base para: La Evidencia de reclamo pretende reclamar obligaciones relacionadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar documentación de respaldo suficiente para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 2 | AMOR A LA FAMILIA INC<br>AKN COOP AMOR A LA TERCERA EDAD<br>PO BOX 6932<br>BAYAMON, PR 00960 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 39991 | $304,564.72 |
| | Base para: La Evidencia de reclamo pretende reclamar obligaciones relacionadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar documentación de respaldo suficiente para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 3 | BIGIO ROMERO, ARCADIO<br>LCDA. EVA BIGIO AGOSTO<br>MSC 112, URB. LA CUMBRE<br>273 SIERRA MORENA<br>SAN JUAN, PR 00926 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 78028 | $46,172.00 |
| | Base para: La Evidencia de reclamo pretende reclamar obligaciones relacionadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar documentación de respaldo suficiente para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |
| 4 | CARIBBEAN TEMPORARY SERVICES, LLC<br>PO BOX 11873<br>SAN JUAN, PR 00910-1873 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 33154 | $128,084.01 |
| | Base para: La Evidencia de reclamo pretende reclamar obligaciones relacionadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar documentación de respaldo suficiente para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Septuagésima Novena Objeción Global

Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | CINTRON ORTIZ, IRVIN E.<br>CIUDAD JARDIN JUNCOS<br>54 CALLE DAGUAO<br>JUNCOS, PR 00777 | 03/02/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 617 | $52.80* |

Base para: La Evidencia de reclamo pretende reclamar obligaciones relacionadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar documentación de respaldo suficiente para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | INTELUTIONS, INC.<br>PMB 367<br>35 CALLE JUAN BORBON<br>SUITE 67<br>GUAYNABO, PR 00969 | 05/02/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8862 | $12,450.00 |

Base para: La Evidencia de reclamo pretende reclamar obligaciones relacionadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar documentación de respaldo suficiente para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | LUCIE OLIVO RENTAL<br>PUERTO NUEVO 369 CALLE BALEARES<br>SAN JUAN, PR 00920-4010 | 06/06/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 48758 | $500.00 |

Base para: La Evidencia de reclamo pretende reclamar obligaciones relacionadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar documentación de respaldo suficiente para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | NIEVES MORALES, CARMEN M.<br>130 CALLE GORRION<br>CHALETS DE BAIROA<br>CAGUAS, PR 00727 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 79915 | $21,600.00 |

Base para: La Evidencia de reclamo pretende reclamar obligaciones relacionadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar documentación de respaldo suficiente para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Septuagésima Novena Objeción Global
## Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | ORTIZ RIVERA III, EDWIN<br>PO BOX 305<br>COAMO, PR 00769 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32889 | $201.85 |

Base para: La Evidencia de reclamo pretende reclamar obligaciones relacionadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar documentación de respaldo suficiente para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | RITZ, PIZARRAS<br>PROVIDENCIA ALVERIO DBA PIZARRA RITZ<br>BOX 426<br>SAN LORENZO, PR 00754 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 119067 | $900.00 |

Base para: La Evidencia de reclamo pretende reclamar obligaciones relacionadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar documentación de respaldo suficiente para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | RIVERA, CECILIA GARCIA<br>PO BOX 13071<br>SAN JUAN, PR 00908 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 48828 | $12,000.00 |

Base para: La Evidencia de reclamo pretende reclamar obligaciones relacionadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar documentación de respaldo suficiente para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | SOCIEDAD ESPECIAL DE PLAZA HATO ARRIBA<br>PO BOX 3005<br>SAN SEBASTIAN, PR 00685 | 03/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3319 | $23,640.00 |

Base para: La Evidencia de reclamo pretende reclamar obligaciones relacionadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar documentación de respaldo suficiente para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Septuagésima Novena Objeción Global

### Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | TIRADO MOREIRA, NORA<br>166 CALLE UNION<br>FAJARDO, PR 00738 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 99643 | $1,000.00 |

Base para: La Evidencia de reclamo pretende reclamar obligaciones relacionadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar documentación de respaldo suficiente para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | TRULY NOLEN PEST CONTROL & PREV<br>URB STA JUANITA<br>PMB 229 UUI CALLE 39<br>BAYAMON, PR 00956 | 06/05/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 46233 | $9,156.25 |

Base para: La Evidencia de reclamo pretende reclamar obligaciones relacionadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar documentación de respaldo suficiente para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | TRULY NOLEN PEST CONTROL & PREVENTION, INC<br>PMB 229 UU 1 CALLE # 39 SANTA JUANITA<br>BAYAMON, PR 00956 | 06/05/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 33244 | $3,165.00 |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas a la Autoridad de Carreteras y Transportación de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo suficientes para invocar un reclamo en contra de la citada Autoridad, de modo que los Deudores no pueden determinar si el demandante tiene o no un reclamo válido en contra de la Autoridad o de cualquiera de los otros deudores al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | ZORRILLA AUTO STORE<br>PO BOX 362367<br>SAN JUAN, PR 00936-2367 | 03/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3403 | $49,554.37 |

Base para: La Evidencia de reclamo pretende reclamar obligaciones relacionadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar documentación de respaldo suficiente para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Septuagésima Novena Objeción Global

### Anexo A - Reclamos deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 17 | ZORRILLA COMMERCIAL CORP<br>PO BOX 362367<br>SAN JUAN, PR 00936-2367 | 03/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3401 | $15,082.50 |

Base para: La Evidencia de reclamo pretende reclamar obligaciones relacionadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar documentación de respaldo suficiente para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | | | | | TOTAL | $635.042.50* |
|---|---|---|---|---|---|---|

\* Indica que la reclamación contiene montos por liquidar o indeterminados