# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima octogésima objeción global**

Cuadrigentésima Octava Objeción Global

Anexo A - Reclamos pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 05/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25660 | $14,728.00 |

Base para: El 31/5/2017, el 5/6/2017 y el 1/10/2019 se pagaron facturas por un total de $14,728.00 mediante cheques identificados con los números 00123111, 00124158 y 00253862.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | DAT@ACCESS<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/07/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10766 | $148,233.00 |

Base para: Se pagaron facturas por un total de $148,233.00 mediante cheque 00004957 con fecha 06/01/2018 y mediante transferencia electrónica 00000056 con fecha 02/04/2021.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | DAT@ACCESS COMMUNICATIONS INC.<br>HECTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/04/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9459 | $12,013.00 |

Base para: Se pagó una factura por un total de $12,013.00 mediante el cheque identificado con el número 046392.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | DAT@ACCESS COMMUNICATIONS, INC<br>HECTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/04/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9476 | $26,500.00 |

Base para: El 11/5/2018 y el 13/6/2018 se pagaron facturas por un total de $26,500 mediante transferencias electrónicas identificadas con los números 289802 y 00083802.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadrigentésima Octava Objeción Global

### Anexo A - Reclamos pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | FINCA LA MATILDE, INC.<br>EILEEN M. COFFEY<br>9166 CALLE MARINA<br>PONCE, PR 00717 | 05/07/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 12794 | $10,392.42* |

Base para: La Evidencia de Reclamo invoca un reclamo relacionado con el litigio KEF-2004-0377. En el marco de dicho caso, se dictó un fallo y la ACT depositó los fondos ante el tribunal del Estado Libre Asociado para cumplir con la resolución. Se han retirado todos los fondos depositados en la cuenta.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | FINCA PERSEVERANCIA, INC.<br>MARGARITA WILSON<br>9166 CALLE MARINA<br>PONCE, PR 00717 | 06/08/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 35047 | $415,436.07* |

Base para: La Evidencia de Reclamo invoca un reclamo relacionado con el litigio KEF-2011-0244. Se dictó una resolución modificada en el caso, con respecto al acreedor, y la ACT depositó los fondos ante el tribunal del Estado Libre Asociado para cumplir con la resolución. Los fondos se retiraron el 26/2/2014 y el 19/4/2021.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | HERNANDEZ RENTAS, LUIS A.<br>PO BOX 1958<br>LAS PIEDRAS, PR 00771 | 06/07/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 49585 | $64,477.87 |

Base para: El 15/9/2014, el 19/9/2014, el 19/9/2014 y el 27/8/2015 se pagaron facturas por un total de $64,477.87 mediante cheques identificados con los números 00505040, 00507002, 00507003 y 00620262.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | LAS MONJAS REALTY II, SE<br>G. CARLO-ALTIERI LAW OFFICES<br>254 CALLE SAN JOSE, THIRD FLOOR<br>SAN JUAN, PR 00901 | 06/06/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 36496 | $1,274,000.00* |

Base para: La Evidencia de Reclamo invoca un reclamo relacionado con los litigios KEF-2010-1332 y KEF-2016-0083. En el marco de dicho caso, se dictó un fallo y la ACT depositó los fondos ante el tribunal del Estado Libre Asociado para cumplir con la resolución.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Octava Objeción Global

Anexo A - Reclamos pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | MANDRY MERCADO, SUCESION PASTOR MARIA E. VICENS 9140 MARINA ST. SUITE 801 PONCE, PR 00717 | 06/08/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 41356 | $810,266.48* |

Base para: La Evidencia de Reclamo invoca un reclamo relacionado con el litigio KEF-2011-0244. En el marco de dicho caso, se dictó un fallo y la ACT depositó los fondos ante el tribunal del Estado Libre Asociado para cumplir con la resolución.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | NUSTREAM COMMUNICATION INC. HECTOR FIGUEROA VINCENTY ESQ. CALLE SAN FRANCISCO 310 STE. 32 SAN JUAN, PR 00901 | 04/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8778 | $9,000.00 |

Base para: El 6/4/2018 y el 8/5/2018 se pagaron facturas por un total de $9,000 mediante transferencias electrónicas identificadas con los números CPI8001289 y CPI8001471.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | SAAVEDRA CASTRO, IVETTE PO BOX 9021782 SAN JUAN, PR 00902-1782 | 06/11/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 82943 | $300,000.00* |

Base para: La Evidencia de Reclamo invoca un reclamo relacionado con el litigio KEF-2006-0464. En el marco de dicho caso, se dictó un acuerdo y la ACT depositó los fondos ante el tribunal del Estado Libre Asociado para cumplir con dicho acuerdo.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | SAAVEDRA CASTRO, JOSE MARTIN JUAN H SAAVEDRA CASTRO PO BOX 9021782 SAN JUAN, PR 00902-1782 | 06/11/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 78911 | $300,000.00* |

Base para: La Evidencia de Reclamo invoca un reclamo relacionado con el litigio KEF-2006-0464. En el marco de dicho caso, se dictó un acuerdo y la ACT depositó los fondos ante el tribunal del Estado Libre Asociado para cumplir con dicho acuerdo.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | SAAVEDRA CASTRO, JUAN H. PO BOX 9021782 SAN JUAN, PR 00902-1782 | 06/11/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 87042 | $300,000.00* |

Base para: La Evidencia de Reclamo invoca un reclamo relacionado con el litigio KEF-2006-0464. En el marco de dicho caso, se dictó un acuerdo y la ACT depositó los fondos ante el tribunal del Estado Libre Asociado para cumplir con dicho acuerdo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Octava Objeción Global

Anexo A - Reclamos pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | SAAVEDRA CASTRO, YVONNE<br>JUAN H. SAAVEDRA CASTRO<br>PO BOX 9021782<br>SAN JUAN, PR 00902-1782 | 06/11/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 61569 | $300,000.00* |
| | Base para: La Evidencia de Reclamo invoca un reclamo relacionado con el litigio KEF-2006-0464. En el marco de dicho caso, se dictó un acuerdo y la ACT depositó los fondos ante el tribunal del Estado Libre Asociado para cumplir con dicho acuerdo. | | | | | |
| 15 | ZLS DEVELOPMENT CORPORATION<br>C/O MR JORGE C VENEGAS HUDDERS<br>ABOGADO DEL ACREEDOR<br>PO BOX 361172<br>SAN JUAN, PR 00936-1172 | 05/29/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 30837 | $820,000.00* |
| | Base para: La Evidencia de Reclamo invoca un reclamo relacionado con el litigio KEF-2011-0345. Se dictó un acuerdo parcial en el caso, con respecto al acreedor, y la ACT depositó los fondos ante el tribunal del Estado Libre Asociado para cumplir con la estipulación. El 24/1/2017 y el 27/2/2020 se retiraron fondos por un total de $298,449.00. | | | | | |
| | | | | | TOTAL | $4,805,046.84* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

4