# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Eighty-Second Omnibus Objection**

# FOUR HUNDRED EIGHTY SECOND OMNIBUS OBJECTION

### Exhibit A – Partially Paid / Partially No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT | REMAINING CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ANALYTICAL ENVIRONMENTAL SERVICES INTERNATIONAL, INC., A/K/A ANALYTICAL ENVIRONMENTAL SERVICES INTERNATIONAL, INC. 611 CALLE MONSERRATE, 2DO PISO SAN JUAN, PR 00907 | 6/28/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 154756 | $16,380.19 | $11,286.25 | $162.75 | $4,931.19 |

Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a portion of the remaining liabilities asserted because those amounts were properly withheld pursuant to Puerto Rico tax law.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT | REMAINING CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 2 | BONNEVILLE CONTRACTING AND TECHNOLOGY GROUP, LLC 364 LAFAYETTE SAN JUAN, PR 00917-3113 | 6/25/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 48543 | $12,230.00 | $4,274.00 | $126.00 | $7,830.00 |

Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a portion of the remaining liabilities asserted because those amounts were properly withheld pursuant to Puerto Rico tax law.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT | REMAINING CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 3 | CONSOLIDATED WASTE SERVICES CO PO BOX 1322 GURABO, PR 00778 | 5/22/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 25324 | $22,475.41 | $2,620.00 | $0.00 | $19,855.41 |

Reason: Liabilities associated with the claim have been paid by PREPA in part.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT | REMAINING CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 4 | CONSOLIDATED WASTE SERVICES CO PO BOX 1322 GURABO, PR 00778 | 5/22/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 28126 | $15,704.53 | $2,910.00 | $260.00 | $12,534.53 |

Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a portion of the remaining liabilities asserted because the approved and paid invoice does not match with the asserted invoice.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT | REMAINING CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 5 | CONSOLIDATED WASTE SERVICES CO PO BOX 1322 GURABO, PR 00778 | 5/22/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 28143 | $25,320.05 | $5,020.00 | $0.00 | $20,300.05 |

Reason: Liabilities associated with the claim have been paid by PREPA in part.

\* - Indicates claim contains unliquidated and/or undetermined amounts.

FOUR HUNDRED EIGHTY SECOND OMNIBUS OBJECTION

Exhibit A – Partially Paid / Partially No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT | REMAINING CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 6 | CONSOLIDATED WASTE SERVICES CO<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 28154 | $53,982.29 | $40,650.82 | $143.75 | $13,187.72 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a portion of the remaining liabilities asserted because those amounts were properly removed from the invoice as government agencies are exempt from IVU | | | | | | | | |
| 7 | CONSOLIDATED WASTE SERVICES CO<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 30604 | $15,187.03 | $330.00 | $7.70 | $14,849.33 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a portion of the remaining liabilities asserted because those amounts were properly withheld pursuant to Puerto Rico tax law. | | | | | | | | |
| 8 | CONSOLIDATED WASTE SERVICES CO<br>PO BOX 1322<br>GURABO, PR 00778 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 38089 | $14,057.25 | $510.00 | $0.00 | $13,547.25 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. | | | | | | | | |
| 9 | CONSOLIDATED WASTE SERVICES CO<br>PO BOX 1322<br>GURABO, PR 00778 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 42243 | $24,858.98 | $18,500.00 | $162.50 | $6,196.48 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a portion of the remaining liabilities asserted because the approved and paid invoice does not match with the asserted invoice. | | | | | | | | |
| 10 | CONSOLIDATED WASTE SERVICES CO<br>PO BOX 1322<br>GURABO, PR 00778 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 42251 | $9,520.00 | $2,810.00 | $0.00 | $6,710.00 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

FOUR HUNDRED EIGHTY SECOND OMNIBUS OBJECTION

Exhibit A – Partially Paid / Partially No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT | REMAINING CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 11 | CONSOLIDATED WASTE SERVICES CO<br>PO BOX 1322<br>GURABO, PR 00778 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 47678 | $11,851.84 | $3,240.00 | $0.00 | $8,611.84 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. | | | | | | | | |
| 12 | DEYA ELEVATOR SERVICE INC.<br>GPO BOX 362411<br>SAN JUAN, PR 00936-2411 | 5/21/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 13775 | $70,583.92 | $48,251.63 | $12,013.29 | $10,319.00 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a portion of the remaining liabilities asserted because those amounts were (i) properly withheld pursuant to Puerto Rico tax law or (ii) a deduction identified on the approved and paid invoices. | | | | | | | | |
| 13 | ENVIRONICS ENGINEERING GROUP CORP | 6/12/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 63950 | $967,946.57 | $0.00 | $847,027.64 | $120,918.93 |
| | Reason: In response to a request for additional information sent to the Claimant, Claimant contends outstanding liabilities have been reduced to $120,918.93. | | | | | | | | |
| 14 | GUARAGUAO TRUCK SALES INC<br>PO BOX 3177<br>BAYAMON, PR 00960-3177 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 47629 | $95,958.69 | $72,111.14 | $5,989.95 | $17,857.60 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a portion of the remaining liabilities asserted because those amounts were (i) properly withheld pursuant to Puerto Rico tax law or (ii) a deduction identified on the approved and paid invoices. | | | | | | | | |
| 15 | INDUSA INDUSTRIAL SUPPLIES, INC.<br>PO BOX 19733<br>SAN JUAN, PR 00910 | 4/23/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 6796 | $68,607.88 | $21,230.36 | $504.00 | $46,873.52 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a portion of the remaining liabilities asserted because the claimant has not provided evidence to support asserted invoice amounts which contradict the invoice amounts included on the approved and paid invoices | | | | | | | | |
| 16 | INTERCONTINENTAL MARKETING GROUP. INC.<br>PO BOX 362497<br>SAN JUAN, PR 00936-2497 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 43076 | $35,298.51 | $1,255.00 | $0.00 | $34,043.51 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

## FOUR HUNDRED EIGHTY SECOND OMNIBUS OBJECTION

### Exhibit A – Partially Paid / Partially No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT | REMAINING CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 17 | J R INDUSTRIAL CONTRACTOS INC<br>PO BOX 10490<br>PONCE, PR 00732-0490 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 30155 | $70,009.24 | $20,576.65 | $313.35 | $49,119.24 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a portion of the remaining liabilities asserted because those amounts were properly withheld pursuant to Puerto Rico tax law. | | | | | | | | |
| 18 | MADERAS 3C IUC<br>PO BOX 11279<br>SAN JUAN, PR 00922-1279 | 7/12/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 161422 | $100,211.18 | $23,535.43 | $310.76 | $76,364.99 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a portion of the remaining liabilities asserted because those amounts were (i) properly withheld pursuant to Puerto Rico tax law or (ii) the approved and paid invoice does not match with the asserted invoice. | | | | | | | | |
| 19 | PEERLESS OIL & CHEMICALS, INC.<br>C/O JOSE F. CARDONA JIMENEZ, ESQ.<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | 5/17/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 166347 | $28,667.38 | $16,338.23 | $252.04 | $12,077.11 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a portion of the remaining liabilities asserted because (i) those amounts were associated with a deduction identified on the approved and paid invoices and/or (ii) the approved and paid invoice does not match with the asserted invoice. | | | | | | | | |
| 20 | READY & RESPONISBLE SECURITY INC.<br>URB. CARIBE, 1604 AVE. PONCE DE LEON<br>SAN JUAN, PR 00926-2723 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 156974 | $36,294.11 | $11,803.98 | $791.90 | $23,698.23 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a portion of the remaining liabilities asserted because those amounts were (i) properly withheld pursuant to Puerto Rico tax law and/or (ii) a deduction identified on the approved and paid invoices. | | | | | | | | |
| 21 | SERVICIOS SANITARIOS DE PURTO RICO INC<br>PO BOX 7569<br>PONCE, PR 00731 | 8/1/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 161928 | $63,841.15 | $279.00 | $52,409.66 | $11,152.49 |
| | Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a portion of the remaining liabilities asserted because those amounts were (i) properly withheld pursuant to Puerto Rico tax law or (ii) not supported by the asserted invoices included with the proof of claim | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

FOUR HUNDRED EIGHTY SECOND OMNIBUS OBJECTION

Exhibit A – Partially Paid / Partially No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT | REMAINING CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 22 | SIEMENS INDUSTRY, INC.<br>REED SMITH LLP, ATTN: CLAUDIA SPRINGER<br>1717 ARCH STREET, SUITE 3100<br>PHILADELPHIA, PA 19103 | 6/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 86146 | $153,065.32 | $124,003.01 | $5,070.14 | $23,992.17 |

Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a portion of the remaining liabilities asserted because those amounts were (i) properly withheld pursuant to Puerto Rico tax law and/or (ii) related to travel expenses that were not approved under the contract.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT | REMAINING CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 23 | UNIVERSAL PROTECTION AND MAINTENANCE CORP (UPM)<br>C/O JOSE R LEBRON DURAN<br>PO BOX 1578<br>GUAYNABO, PR 00970 | 3/12/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 2154 | $35,199.16 | $750.11 | $11.42 | $34,437.63 |

Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a portion of the remaining liabilities asserted because those amounts were properly withheld pursuant to Puerto Rico tax law.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT | REMAINING CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 24 | WDC PUERTO RICO, INC.<br>PO BOX 309<br>CAGUAS, PR 00726 | 5/25/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 28682 | $2,497,640.03 | $2,488,874.31 | $54.40 | $8,711.32 |

Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a portion of the remaining liabilities asserted because those amounts were (i) properly withheld pursuant to Puerto Rico tax law or (ii) a deduction identified on the approved and paid invoices.

\* - Indicates claim contains unliquidated and/or undetermined amounts.