# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima octogésima segunda objeción global**

# CUADRINGENTÉSIMA OCTOGÉSIMA SEGUNDA OBJECIÓN COLECTIVA

## Anexo A – Parcialmente Resueltas / Parcialmente Sin Reclamaciones de Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA | MONTO RESUELTO | SIN MONTO DE RESPONSABILIDAD | RECLAMACION RESTANTE O RECLAMO RESTANTE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ANALYTICAL ENVIRONMENTAL SERVICES INTERNATIONAL, INC., A/K/A ANALYTICAL ENVIRONMENTAL SERVICES INTERNATIONAL, INC. 611 CALLE MONSERRATE, 2DO PISO SAN JUAN, PR 00907 | 6/28/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 154756 | $16,380.19 | $11,286.25 | $162.75 | $4,931.19 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por una porción de la responsabilidad restante afirmada debido a que esos montos fueron retenidos conforme a las leyes de impuestos de Puerto Rico. | | | | | | | | |
| 2 | BONNEVILLE CONTRACTING AND TECHNOLOGY GROUP, LLC 364 LAFAYETTE SAN JUAN, PR 00917-3113 | 6/25/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 48543 | $12,230.00 | $4,274.00 | $126.00 | $7,830.00 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por una porción de la responsabilidad restante afirmada debido a que esos montos fueron retenidos conforme a las leyes de impuestos de Puerto Rico. | | | | | | | | |
| 3 | CONSOLIDATED WASTE SERVICES CO PO BOX 1322 GURABO, PR 00778 | 5/22/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 25324 | $22,475.41 | $2,620.00 | $0.00 | $19,855.41 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. | | | | | | | | |
| 4 | CONSOLIDATED WASTE SERVICES CO PO BOX 1322 GURABO, PR 00778 | 5/22/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 28126 | $15,704.53 | $2,910.00 | $260.00 | $12,534.53 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por una porción de la responsabilidad restante afirmada debido a que la factura aprobada y pagada no coincide con la factura apropiada. | | | | | | | | |
| 5 | CONSOLIDATED WASTE SERVICES CO PO BOX 1322 GURABO, PR 00778 | 5/22/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 28143 | $25,320.05 | $5,020.00 | $0.00 | $20,300.05 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. | | | | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

CUADRINGENTÉSIMA OCTOGÉSIMA SEGUNDA OBJECIÓN COLECTIVA

Anexo A – Parcialmente Resueltas / Parcialmente Sin Reclamaciones de Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA | MONTO RESUELTO | SIN MONTO DE RESPONSABILIDAD | RECLAMACION RESTANTE O RECLAMO RESTANTE |
|---|---|---|---|---|---|---|---|---|---|
| 6 | CONSOLIDATED WASTE SERVICES CO<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 28154 | $53,982.29 | $40,650.82 | $143.75 | $13,187.72 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por una porción de la responsabilidad restante afirmada debido a que esos montos fueron apropiadamente retirados de las facturas ya que, como agencias del gobierno, están exentas de IVU. | | | | | | | | |
| 7 | CONSOLIDATED WASTE SERVICES CO<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 30604 | $15,187.03 | $330.00 | $7.70 | $14,849.33 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por una porción de la responsabilidad restante afirmada debido a que esos montos fueron retenidos conforme a las leyes de impuestos de Puerto Rico. | | | | | | | | |
| 8 | CONSOLIDATED WASTE SERVICES CO<br>PO BOX 1322<br>GURABO, PR 00778 | 5/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 38089 | $14,057.25 | $510.00 | $0.00 | $13,547.25 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. | | | | | | | | |
| 9 | CONSOLIDATED WASTE SERVICES CO<br>PO BOX 1322<br>GURABO, PR 00778 | 5/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 42243 | $24,858.98 | $18,500.00 | $162.50 | $6,196.48 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por una porción de la responsabilidad restante afirmada debido a que la factura aprobada y pagada no coincide con la factura apropiada. | | | | | | | | |
| 10 | CONSOLIDATED WASTE SERVICES CO<br>PO BOX 1322<br>GURABO, PR 00778 | 5/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 42251 | $9,520.00 | $2,810.00 | $0.00 | $6,710.00 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. | | | | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

## CUADRINGENTÉSIMA OCTOGÉSIMA SEGUNDA OBJECIÓN COLECTIVA

### Anexo A – Parcialmente Resueltas / Parcialmente Sin Reclamaciones de Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA | MONTO RESUELTO | SIN MONTO DE RESPONSABILIDAD | RECLAMACION RESTANTE O RECLAMO RESTANTE |
|---|---|---|---|---|---|---|---|---|---|
| 11 | CONSOLIDATED WASTE SERVICES CO<br>PO BOX 1322<br>GURABO, PR 00778 | 5/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 47678 | $11,851.84 | $3,240.00 | $0.00 | $8,611.84 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. | | | | | | | | |
| 12 | DEYA ELEVATOR SERVICE INC.<br>GPO BOX 362411<br>SAN JUAN, PR 00936-2411 | 5/21/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 13775 | $70,583.92 | $48,251.63 | $12,013.29 | $10,319.00 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por una porción de la responsabilidad restante afirmada debido a que esos montos fueron (i) retenidos conforme a las leyes de impuestos de Puerto Rico o (ii) una deducción identificada en las facturas aprobadas y pagadas. | | | | | | | | |
| 13 | ENVIRONICS ENGINEERING GROUP CORP | 6/12/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 63950 | $967,946.57 | $0.00 | $847,027.64 | $120,918.93 |
| | Base para: En respuesta a una solicitud por información adicional enviada al demandante, el demandante sostiene responsabilidades pendientes han sido reducida a $120,918.93. | | | | | | | | |
| 14 | GUARAGUAO TRUCK SALES INC<br>PO BOX 3177<br>BAYAMON, PR 00960-3177 | 5/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 47629 | $95,958.69 | $72,111.14 | $5,989.95 | $17,857.60 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por una porción de la responsabilidad restante afirmada debido a que esos montos fueron (i) retenidos conforme a las leyes de impuestos de Puerto Rico o (ii) una deducción identificada en las facturas aprobadas y pagadas. | | | | | | | | |
| 15 | INDUSA INDUSTRIAL SUPPLIES, INC.<br>PO BOX 19733<br>SAN JUAN, PR 00910 | 4/23/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 6796 | $68,607.88 | $21,230.36 | $504.00 | $46,873.52 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por una porción de la responsabilidad asociada con la reclamación debido a que el demandante no ha proporcionado evidencia confirmando montos afirmados en la factura cuyos contradicen montos incluidos en las facturas aprobadas y pagadas. | | | | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

## CUADRINGENTÉSIMA OCTOGÉSIMA SEGUNDA OBJECIÓN COLECTIVA

### Anexo A – Parcialmente Resueltas / Parcialmente Sin Reclamaciones de Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA | MONTO RESUELTO | SIN MONTO DE RESPONSABILIDAD | RECLAMACION RESTANTE O RECLAMO RESTANTE |
|---|---|---|---|---|---|---|---|---|---|
| 16 | INTERCONTINENTAL MARKETING GROUP. INC.<br>PO BOX 362497<br>SAN JUAN, PR  00936-2497 | 5/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 43076 | $35,298.51 | $1,255.00 | $0.00 | $34,043.51 |

Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 17 | J R INDUSTRIAL CONTRACTOS INC<br>PO BOX 10490<br>PONCE, PR  00732-0490 | 5/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 30155 | $70,009.24 | $20,576.65 | $313.35 | $49,119.24 |

Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por una porción de la responsabilidad restante afirmada debido a que esos montos fueron retenidos conforme a las leyes de impuestos de Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18 | MADERAS 3C IUC<br>PO BOX 11279<br>SAN JUAN, PR  00922-1279 | 7/12/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 161422 | $100,211.18 | $23,535.43 | $310.76 | $76,364.99 |

Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por una porción de la responsabilidad restante afirmada debido a que esos montos fueron (i) retenidos conforme a las leyes de impuestos de Puerto Rico o (ii) la factura aprobada y pagada no coincide con la factura apropiada.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 19 | PEERLESS OIL & CHEMICALS, INC.<br>C/O JOSE F. CARDONA JIMENEZ, ESQ.<br>PO BOX 9023593<br>SAN JUAN, PR  00902-3593 | 5/17/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 166347 | $28,667.38 | $16,338.23 | $252.04 | $12,077.11 |

Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por una porción de la responsabilidad restante afirmada debido a que (i) esos montos fueron asociados a una deducción identificada en las facturas aprobadas y pagadas y/o (ii) la factura aprobada y pagada no coincide con la factura apropiada.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 20 | READY & RESPONISBLE SECURITY INC.<br>URB. CARIBE, 1604 AVE. PONCE DE LEON<br>SAN JUAN, PR  00926-2723 | 5/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 156974 | $36,294.11 | $11,803.98 | $791.90 | $23,698.23 |

Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por una porción de la responsabilidad restante afirmada debido a que esos montos fueron (i) retenidos conforme a las leyes de impuestos de Puerto Rico y/o (ii) una deducción identificada en las facturas aprobadas y pagadas.

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

CUADRINGENTÉSIMA OCTOGÉSIMA SEGUNDA OBJECIÓN COLECTIVA

Anexo A – Parcialmente Resueltas / Parcialmente Sin Reclamaciones de Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA | MONTO RESUELTO | SIN MONTO DE RESPONSABILIDAD | RECLAMACION RESTANTE O RECLAMO RESTANTE |
|---|---|---|---|---|---|---|---|---|---|
| 21 | SERVICIOS SANITARIOS DE PURTO RICO INC<br>PO BOX 7569<br>PONCE, PR  00731 | 8/1/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 161928 | $63,841.15 | $279.00 | $52,409.66 | $11,152.49 |

Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por una porción de la responsabilidad restante afirmada debido a que esos montos fueron (i) retenidos conforme a las leyes de impuestos de Puerto Rico o (ii) no son confirmados por los montos afirmados incluidos en la prueba de reclamación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA | MONTO RESUELTO | SIN MONTO DE RESPONSABILIDAD | RECLAMACION RESTANTE O RECLAMO RESTANTE |
|---|---|---|---|---|---|---|---|---|---|
| 22 | SIEMENS INDUSTRY, INC.<br>REED SMITH LLP, ATTN: CLAUDIA SPRINGER<br>1717 ARCH STREET, SUITE 3100<br>PHILADELPHIA, PA  19103 | 6/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 86146 | $153,065.32 | $124,003.01 | $5,070.14 | $23,992.17 |

Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por una porción de la responsabilidad restante afirmada debido a que esos montos fueron (i) retenidos conforme a las leyes de impuestos de Puerto Rico y/o (ii) relacionados a gastos de viajes que no fueron aprobados bajo el contrato.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA | MONTO RESUELTO | SIN MONTO DE RESPONSABILIDAD | RECLAMACION RESTANTE O RECLAMO RESTANTE |
|---|---|---|---|---|---|---|---|---|---|
| 23 | UNIVERSAL PROTECTION AND MAINTENANCE CORP (UPM)<br>C/O JOSE R LEBRON DURAN<br>PO BOX 1578<br>GUAYNABO, PR  00970 | 3/12/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 2154 | $35,199.16 | $750.11 | $11.42 | $34,437.63 |

Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por una porción de la responsabilidad restante afirmada debido a que esos montos fueron retenidos conforme a las leyes de impuestos de Puerto Rico.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA | MONTO RESUELTO | SIN MONTO DE RESPONSABILIDAD | RECLAMACION RESTANTE O RECLAMO RESTANTE |
|---|---|---|---|---|---|---|---|---|---|
| 24 | WDC PUERTO RICO, INC.<br>PO BOX 309<br>CAGUAS, PR  00726 | 5/25/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 28682 | $2,497,640.03 | $2,488,874.31 | $54.40 | $8,711.32 |

Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por una porción de la responsabilidad restante afirmada debido a que esos montos fueron (i) retenidos conforme a las leyes de impuestos de Puerto Rico o (ii) una deducción identificada en las facturas aprobadas y pagadas.

\* - Indica que la reclamación contiene montos por liquidar o indeterminados