# **EXHIBIT B**

**Declaration of Mark Shankweiler**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                                    Debtors.¹ | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to PREPA.** |

### DECLARATION OF MARK SHANKWEILER IN SUPPORT OF THE FOUR HUNDRED EIGHTY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO CLAIMS THAT ARE PARTIALLY SATISFIED AND PARTIALLY FOR AMOUNTS FOR WHICH PREPA IS NOT LIABLE

I, Mark Shankweiler, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am a Managing Director of Berkeley Research Group, LLC ("BRG"). The Financial Oversight and Management Board (the "Oversight Board") retained BRG to assist with,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*inter alia*, the claims reconciliation process for the Puerto Rico Electric Power Authority's ("PREPA") case filed pursuant to *the Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2] Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2. In my capacity as a Managing Director of BRG, I am one of the persons responsible for overseeing the claims reconciliation and objection process in PREPA's case filed pursuant to PROMESA. PREPA's ongoing claims reconciliation process involves the collective effort of a team of BRG employees, as well as Proskauer Rose LLP and O'Neill & Borges, LLC, counsel for the Oversight Board, the legal representative for PREPA.

3. I submit this declaration in support of the *Four Hundred Eighty-Second Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims That Are Partially Satisfied and Partially for Amounts for Which PREPA Is Not Liable* (the "Four Hundred Eighty-Second Omnibus Objection").[3] I have personally reviewed the Four Hundred Eighty-Second Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.

4. In preparation for filing the Four Hundred Eighty-Second Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the Four Hundred Eighty-Second Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel. These efforts resulted in the identification of the partially satisfied and partially no-liability claims, as identified in Exhibit A to the Four Hundred Eighty-Second Omnibus Objection.

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms used but not defined herein shall have the meanings set forth in the Four Hundred Eighty-Second Omnibus Objection.

2

5.      To the best of my knowledge, information, and belief, each of the claims identified on Exhibit A to the Four Hundred Eighty-Second Omnibus Objection (collectively, the "Claims to Be Partially Disallowed") purport to assert liability against PREPA based on a contract entered into by PREPA and/or an invoice issued by the claimant. To the best of my knowledge, information, and belief, PREPA's records show that a portion of the Claims to Be Partially Disallowed has been paid. Additionally, PREPA's records show that PREPA is not liable for another portion of the Claims to Be Disallowed due to (*i*) tax withholdings it remits to the Puerto Rico Treasury Department, and/or (*ii*) amounts that were either deducted from approved and paid invoices, or that are not reflected on corresponding invoices approved and paid by PREPA. Accordingly, to prevent multiple recoveries by the claimants, and/or recoveries by the claimants of amounts PREPA does not owe, PREPA requests that the Claims to Be Partially Disallowed be partially disallowed to the extent they have been satisfied. In addition, with respect to certain Claims to Be Partially Disallowed, PREPA requests that an additional portion of the claim be disallowed because, as set forth on Exhibit A hereto, PREPA is not liable for a portion of the liabilities asserted. The claimants will retain a remaining claim for the amount identified in the column titled "Remaining Claim" in **Exhibit A** to the Four Hundred Eighty-Second Omnibus Objection.

6.      Based on the foregoing, and to the best of my knowledge, information and belief, the information contained in the Four Hundred Eighty-Second Omnibus Objection and exhibits thereto is true and correct, and the relief requested therein is in the best interests of PREPA and its creditors.

7.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 1, 2022

By: /s/ *Mark Shankweiler*
Mark Shankweiler

4

# **ANEXO B**

**Declaración de Mark Shankweiler**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br><br>    como representante del <br><br> ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*., <br><br>                             Deudores.[1] | PROMESA <br> Título III <br><br> Número 17 BK 3283-LTS <br><br> (Administrado Conjuntamente) <br><br> **La presente radicación guarda relación con la AEE.** |

**DECLARACIÓN DE MARK SHANKWEILER EN APOYO DE LA CUADRINGENTÉSIMA OCTOGÉSIMA SEGUNDA OBJECIÓN GLOBAL (SUSTANTIVA) DE LA AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO A RECLAMACIONES QUE ESTÁN EN PARTE SATISFECHAS Y EN PARTE SON POR UNOS MONTOS POR LOS QUE LA AEE NO TIENE RESPONSABILIDAD**

Yo, Mark Shankweiler, conforme al Título 28 U.S.C. § 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi leal saber y entender:

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Número 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Número 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Número 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Número 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Número 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Número 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

1.  Soy director general de Berkeley Research Group, LLC ("BRG"). La Junta de Supervisión y Administración Financiera (la "Junta de Supervisión") contrató a BRG para que le ayudara, entre otras cosas, con el proceso de reconciliación de reclamaciones en relación con el caso de la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") radicado conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"). [2] Salvo disposición en contrario en la presente declaración, tengo conocimiento personal de los hechos aquí expuestos.

2.  En mi capacidad de director general de BRG, soy una de las personas responsables de supervisar el proceso de reconciliación y objeciones relativo a las reclamaciones en el marco del caso de la AEE radicado conforme a PROMESA. El proceso continuo de reconciliación de reclamaciones de la AEE implica un esfuerzo colectivo de un equipo de los empleados de BRG, así como de Proskauer Rose LLP y de O'Neill & Borges LLC, abogados de la Junta de Supervisión, el representante legal de la AEE.

3.  Realizo esta declaración en apoyo de la *Cuadringentésima octogésima segunda objeción global (sustantiva) de la Autoridad de Energía Eléctrica de Puerto Rico a Reclamaciones que están en parte satisfechas y en parte reclaman unos montos por los que la AEE no es responsable* (la "Cuadringentésima octogésima segunda objeción global"). [3] He revisado personalmente la Cuadringentésima octogésima segunda objeción global, y los anexos relativos a la misma, por lo que estoy familiarizado con la información que contienen.

4.  Durante el proceso de preparación para radicar la Cuadringentésima octogésima segunda objeción global, bajo mi dirección y/o supervisión, cada una de las reclamaciones

---

[2] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101 a 2241.

[3] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Cuadringentésima octogésima segunda objeción global.

2

controvertidas en la Cuadringentésima octogésima segunda objeción global fue examinada y analizada cuidadosamente de buena fe aplicando la debida diligencia por parte del personal pertinente. Dichos esfuerzos resultaron en la identificación de las reclamaciones parcialmente satisfechas y parcialmente no vinculadas con responsabilidad, según se identifica en el Anexo A de la Cuadringentésima octogésima segunda objeción global.

5. A mi leal saber y entender, cada una de las reclamaciones identificadas en el Anexo A de la Cuadringentésima octogésima segunda objeción global (conjuntamente, las "Reclamaciones que han de ser rechazadas parcialmente") pretende alegar responsabilidad contra la AEE sobre la base de un contrato celebrado por la AEE y/o una factura emitida por el reclamante. A mi leal saber y entender, los datos de la AEE indican que una parte de las Reclamaciones que han de ser rechazadas parcialmente ha sido pagada. Además, los datos de la AEE indican que la AEE no es responsable por otra parte de las Reclamaciones que han de ser rechazadas debido a *i*) retenciones de impuestos que remite al Departamento de Hacienda de Puerto Rico y/o *ii*) montos que fueron deducidos de las facturas aprobadas y pagadas o que no están reflejados en las facturas correspondientes aprobadas y pagadas por la AEE. En consecuencia, para evitar múltiples recuperaciones por parte de los reclamantes y/o recuperaciones por los reclamantes de montos que la AEE no adeuda, la AEE solicita que las Reclamaciones que han de ser rechazadas parcialmente sean rechazadas parcialmente en la medida en que hayan sido satisfechas. Además, en cuanto a determinadas Reclamaciones que han de ser rechazadas parcialmente, la AEE solicita que una parte adicional de la reclamación sea rechazada porque, como se expone en el Anexo A del presente documento, la AEE no es responsable por una parte de las responsabilidades alegadas. Los reclamantes conservarán una reclamación restante por el monto identificado en la columna

3

titulada "Reclamación Restante" en el **<u>Anexo A</u>** de la Cuadringentésima octogésima segunda objeción global.

6. Sobre la base de lo que antecede, y a mi leal saber y entender, la información contenida en la Cuadringentésima octogésima segunda objeción global y en sus anexos es veraz y correcta, y el remedio allí solicitado redunda en el mejor interés de la AEE y de sus acreedores.

7. Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi leal saber y entender.

Fecha: 1 de julio de 2022

Por: *[Firma en la versión en inglés]*
Mark Shankweiler

4