# **EXHIBIT D**

## **Proposed Order**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to PREPA.** |

**ORDER GRANTING FOUR HUNDRED EIGHTY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO CLAIMS THAT ARE PARTIALLY SATISFIED AND PARTIALLY FOR AMOUNTS FOR WHICH PREPA IS NOT LIABLE**

Upon the *Four Hundred Eighty-Second Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims That Are Partially Satisfied and Partially for Amounts for Which PREPA Is Not Liable* ("Four Hundred Eighty-Second Omnibus Objection")[2]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Eighty-Second Omnibus Objection.

filed by the Puerto Rico Electric Power Authority ("PREPA"), dated July 1, 2022, for entry of an

order reducing the amount of certain claims filed against PREPA on the basis that these claims are

partially satisfied and that PREPA has no liability for additional portions of the claims, as more

fully set forth in the Four Hundred Eighty-Second Omnibus Objection and supporting exhibits

thereto; and the Court having jurisdiction to consider the Four Hundred Eighty-Second Omnibus

Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and

venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Four

Hundred Eighty-Second Omnibus Objection having been provided to those parties identified

therein, and no other or further notice being required; and the Court having determined that the

claims identified in the column titled "Asserted" in Exhibit A to the Four Hundred Eighty-Second

Omnibus Objection (collectively, the "Claims to Be Partially Disallowed") having been found to

be satisfied in part; and the Court having determined that that other portions of the Claims to Be

Partially Disallowed seek recovery of amounts for which PREPA is not liable; and the Court

having determined that the relief sought in the Four Hundred Eighty-Second Omnibus Objection

is in the best interest of PREPA and its creditors, and all the parties in interest; and the Court

having determined that the legal and factual bases set forth in the Four Hundred Eighty-Second

Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefor, it is hereby

ORDERED that the Four Hundred Eighty-Second Omnibus Objection is

GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Partially Disallowed are hereby reduced and

disallowed to the extent they assert claims for amounts already paid and/or for which PREPA has

no liability, such that the Claims to Be Disallowed shall now only be considered claims asserting

the amount set forth in the column titled "Remaining Claim" in <u>Exhibit A</u> to the Four Hundred

Eighty-Second Omnibus Objection, respectively; and it is further

ORDERED that PREPA's right to object to the remaining portions of these claims,

as set forth in the column titled "Remaining Claim" in <u>Exhibit A</u> to the Four Hundred Eighty-

Second Omnibus Objection, is reserved; and it is further

ORDERED that Kroll is authorized and directed to delete and reduce the amount

asserted in the Partially Satisfied Claims by the disallowed portions (i.e., reducing the amount of

the claims to the amounts set forth in the column titled "Remaining Claim" in <u>Exhibit A</u> to the

Four Hundred Eighty-Second Omnibus Objection) from the official claims register in the PREPA

Title III Case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation, or enforcement of this Order

SO ORDERED

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

## **ANEXO D**

**Orden Propuesta**

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*.,<br><br>               Deudores.[1] | PROMESA<br>Título III<br><br>Número 17 BK 3283-LTS<br><br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con la AEE.** |

### ORDEN POR LA QUE SE CONCEDE LA CUADRINGENTÉSIMA OCTOGÉSIMA SEGUNDA OBJECIÓN GLOBAL (SUSTANTIVA) DE LA AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO A RECLAMACIONES QUE ESTÁN EN PARTE SATISFECHAS Y EN PARTE SON POR UNOS MONTOS POR LOS QUE LA AEE NO ES RESPONSABLE

Vista la *Cuadringentésima cuadragésima segunda objeción global (sustantiva) de la Autoridad de Energía Eléctrica de Puerto Rico a Reclamaciones que están en parte satisfechas y en parte son por unos montos por los que la AEE no es responsable* (la "<u>Cuadringentésima</u>

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "<u>ELA</u>") (Caso de Quiebra Número 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("<u>COFINA</u>") (Caso de Quiebra Número 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "<u>ACT</u>") (Caso de Quiebra Número 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "<u>SRE</u>") (Caso de Quiebra Número 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "<u>AEE</u>") (Caso de Quiebra Número 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "<u>AEP</u>", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "<u>Deudores</u>") (Caso de Quiebra Número 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

<u>octogésima segunda objeción global</u>")[2] radicada por la Autoridad de Energía Eléctrica de Puerto

Rico (la "<u>AEE</u>"), de fecha 1 de julio de 2022, en la que se solicita que se dicte una orden que

reduzca el monto de determinadas reclamaciones radicadas contra la AEE sobre la base de que

dichas reclamaciones están parcialmente satisfechas y que la AEE no es responsable por las partes

adicionales de la reclamación, según se expone con más detalle en la propia Cuadringentésima

octogésima segunda objeción global y en los anexos justificativos de la misma; y al tener el

Tribunal jurisdicción para atender la Cuadringentésima octogésima segunda objeción global y para

conceder el remedio en ella solicitado conforme a PROMESA, sección 306(a); y siendo la sede

judicial competente conforme a PROMESA, sección 307(a); y habiéndose efectuado, en tiempo y

forma, la notificación de la Cuadringentésima octogésima segunda objeción global a aquellas

partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y habiendo

determinado el Tribunal que las reclamaciones identificadas en la columna titulada "Alegadas" en

el <u>Anexo A</u> de la Cuadringentésima octogésima segunda objeción global (conjuntamente, las

"Reclamaciones que han de ser rechazadas parcialmente") han sido parcialmente satisfechas; y

habiendo determinado el Tribunal que otras partes de las Reclamaciones que han de ser rechazadas

parcialmente pretenden la recuperación de montos por los que la AEE no es responsable; y

habiendo determinado el Tribunal que el remedio solicitado en la Cuadringentésima octogésima

segunda objeción global redunda en el mejor interés de la AEE, de sus acreedores, así como de la

totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y

de derecho establecidas en la Cuadringentésima octogésima segunda objeción global establecen

---

[2]  Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que
les haya sido atribuido en la Cuadringentésima octogésima segunda objeción global.

una causa justificada para el remedio aquí concedido; y tras la debida deliberación y concurriendo suficientes motivos para ello, por medio de la presente,

SE ORDENA que SE CONCEDA la Cuadringentésima octogésima segunda objeción global, según se establece en el presente documento; además

SE ORDENA que las Reclamaciones que han de ser rechazadas parcialmente se reduzcan y rechacen en la medida en que aleguen reclamaciones por montos ya pagados y/o por los que la AEE no sea responsable, de tal manera que de aquí en adelante las Reclamaciones que han de ser rechazadas solo se consideren reclamaciones que alegan el monto que figura en la columna titulada "Reclamación Restante" en el Anexo A de la Cuadringentésima octogésima segunda objeción global, respectivamente; asimismo

SE ORDENA que el derecho de la AEE a oponerse a las partes restantes de dichas reclamaciones, conforme a lo estipulado en la columna titulada "Reclamación Restante" en el Anexo A de la Cuadringentésima octogésima segunda objeción global, quede reservado; también

SE ORDENA que Kroll quede autorizada, y reciba instrucciones, para eliminar y reducir el monto alegado en las Reclamaciones Parcialmente Satisfechas tomando en cuenta las partes rechazadas (esto es, adaptar el monto de las reclamaciones a los montos que se estipulan en la columna titulada "Reclamación Restante" en el Anexo A de la Cuadringentésima octogésima segunda objeción global) del registro oficial de reclamaciones en el marco del Caso de Título III de la AEE; y por último

SE ORDENA que este Tribunal conserve jurisdicción para atender y resolver la totalidad de las materias que surjan de, o en relación con, la implementación, interpretación o ejecución de la presente Orden.

ASÍ SE ESTABLECE.

Fecha: _____

_____

Su señoría, la juez Laura Taylor Swain
Juez de Distrito de los Estados Unidos
(*United States District Judge*)