IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT and MANAGEMENT BOARD for PUERTO RICO,<br>as representative of<br>THE Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority,<br>Debtors | PROMESA<br>TITLE III<br>NO. 17 BK 3283-LTS<br>(Jointly Administered) |

Moción Solicitud de Autorización para Continuación de Procedimientos de Reclamación contra los deudores El Estado Libre Asociado de Puerto Rico:

Al Honorable Tribunal:

Comparece Josué Torres Santiago, en adelante el peticionario, por derecho propio de forma pauperis y muy respetuosamente Expone, Alega y Solicita:

1-) Que los deudores el Estado Libre Asociado de Puerto Rico son parte de un Pleito Civil ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, que debido al caso de epígrafe Título III-Promesa, fue paralizado el caso de Josué Torres Santiago v. Estado Libre Asociado de Puerto Rico, Civil Núm.: 315-CV-1840-JAG

2-) Que el peticionario realizó los Trámites correspondientes tras la paralización del caso.

3-) Que por los medios noticiosos el peticionario adquirió conocimiento que los deudores el Estado Libre Asociado de Puerto Rico, estabilizó sus finanzas desde principios del presente Año.

4-) Que el peticionario muy respetuosamente le solicita y súplica a este Honorable Tribunal, su señoría,

(continua al Dorso)

Honorable Laura Taylor Swain, conceda a Lugar la Continuación de los procedimientos en el caso civil Núm.: 3:15-CV-1840-JAG, contra los deudores el Estado Libre Asociado de Puerto Rico conforme la Ley Promesa Titulo-III.

5.) Que el peticionario entiende y cree tiene derecho y meritos la reclamación a indemnización por parte de los deudores

Por todo lo cual muy respetuosamente se solicita y suplica a este Honorable Tribunal tome conocimiento de lo antes expuesto y declare Ha Lugar la continuacion de los procedimientos, con cualquier otro pronunciamiento que proceda en Derecho y Justicia.

Respetuosamente Sometido en Guayama, P.R, a 25-mayo de 2022.

/Josué Torres Santiago
Inst. Corr. Guayama-1000
2-H-109
PO Box 10009
Guayama, P.R., 00785