Josue Torres Santiago
Inst. Corr. Guayama
2-H-109
PO Box 10009
Guayama, P.R., 00785

RECEIVED & FILED
CLERK'S OFFICE
JUL - 1 2022
US DISTRICT COURT
SAN JUAN, PR

SAN JUAN PR 009
29 JUN 2022 PM 1 L

CLERK'S Office
UNITED States District Court
Room 150 Federal BLDG
San Juan, P.R, 00918-1767