In the UNITED STATES DISTRICT COURT
For The DISTRICT of PUERTO RICO

In re:

The Financial Oversight and Management Board for Puerto Rico, as representative of

The Commonwealth of Puerto Rico, the Employees Retirement System of the Government of The Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority,

Debtors

PROMESA
Title III

NO. 17 BK 3283-LTS

(Jointly Administered)

Mocion Para Solicitar Autorizacion para Continuacion de Procedimientos de Reclamacion contra los Deudores El Estado Libre Asociado de Puerto Rico:

Al Honorable Tribunal:

Comparece Josué Torres Santiago, el adelante el peticionario, por derecho propio, de forma pauperis y muy respetuosamente Expone, Alega y Solicita:

1-) Que los deudores el Estado Libre Asociado de Puerto Rico son parte de un pleito ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, que debido al caso de epigrafe de Titulo III-PROMESA, fue paralizado el caso de Josué Torres Santiago V. Estado Libre Asociado, civil Núm.: 3:16-CV-03189-PAD

2-) Que por medios noticiosos el peticionario advino en conocimiento que los deudores el Estado Libre Asociado de Puerto Rico, (E.L.A. de P.R.), estabilizo sus finanzas desde principios del presente año, es solvente.

3-) Que el peticionario realizo los Tramites correspon-

(continua al dorso)

dientes Tras la paralización del caso Núm: 3:16-CV-03189-PAD, conforme el Titulo-III Promesa.

4-) Que el peticionario presento varias mociones en relación para la continuación de la reclamación contra el Estado Libre Asociado de Puerto Rico, en el caso 3:16-CV-03189-PAD, se dicto orden a las mociones. (VER ANEXO)

5-) Que el peticionario le solicita y suplica a este Honorable Tribunal, su señoria, Honorable Laura Taylor Swain, conceda a Lugar la continuación de los procedimientos en el caso civil # 3:16-CV-03189-PAD, contra los Deudores el ESTADO Libre Asociado de Puerto Rico, conforme la Ley Promesa Titulo III.

6- Que el peticionario entiende y cree tiene derecho y meritos la reclamación a indemnización por parte de los deudores.

Por todo lo cual muy respetuosamente se solicita y suplica a este Honorable Tribunal Tome conocimiento de lo antes expuesto y Declare Ha Lugar la presente moción con cualquier otro pronunciamiento que proceda en derecho y Justicia.

Respetuosamente Sometido en Guayama, P.R., a 25 de Mayo de 2022

Josué Torres Santiago
Inst. Corr. Guayama-1000
2-H-109
PO Box 10009
Guayama, P.R; 00785