# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| | No. 17-bk-3283-LTS |
|      as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | |
|        Debtors. | |

## SUMMARY SHEET

**FOURTEENTH INTERIM APPLICATION OF ANDREW WOLFE, MACROECONOMIC CONSULTANT TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, FOR THE PERIOD OCTOBER 1, 2021-JANUARY 31, 2022**

| | |
|---|---|
| Applicant: | Andrew Wolfe |
| Authorized to provide services to: | The Financial Oversight and Management Board for Puerto Rico |
| Effective date of retention: | August 1, 2017 |
| Compensation period: | October 1, 2021-January 31, 2022 |
| Compensation requested: | $20,160 |
| Expenses requested: | $1,926.72 |
| Total requested: | $22,086.72 |

This is a: _ monthly    X interim    _final  application

## SUMMARY OF TIME RECORDED IN COMPENSATION PERIOD

| Name | Title | Hours Recorded | Hourly Rate | Total Fees |
|------|-------|----------------|-------------|------------|
| Andrew Wolfe | Macroeconomic Consultant | 67.2 | $300 | $20,160 |

## SUMMARY OF EXPENSES INCURRED IN COMPENSATION PERIOD

| Category | Amount |
|----------|--------|
| Legal Fees | $945 |
| Ground Transportation | $642 |
| Lodging | $339.72 |

**Total:** $1,926.72

## PRIOR INTERIM FEE APPLICATIONS

| Period Covered | Date Filed | Fees Requested | Expenses Requested | Order Entered | Fees Allowed | Expenses Allowed |
|----------------|------------|----------------|--------------------|--------------|--------------|------------------|
| 8/1/17-9/30/17 | 1/17/18 ECF #2259 | $50,000 | $7,526.14 | 4/17/18 ECF #2911 | $50,000 | $7,367.86 |
| 10/1/17-1/31/18 | 3/16/18 ECF #2718 | $100,000 | $12,391.30 | 11/9/18 ECF #4200 | $100,000 | $11,823.75 |
| 2/1/18-5/31/18 | 7/16/18 ECF #3521 | $100,000 | $13,157.16 | 11/9/18 ECF #4200 | $100,000 | $12,589.62 |
| 6/1/18-9/30/18 | 12/3/18 ECF #4393 | $100,000 | $3,136.00 | 3/14/19 ECF #5654 | $100,000 | $3,126.00 |
| 10/1/18-1/31/19 | 5/16/19 ECF #6982 | $100,000 | $3,235.85 | 7/23/19 ECF #8189 | $100,000 | $2,920.86 |
| 2/1/19-5/31/19 | 11/26/19 ECF #9333 | $100,000 | $858.88 | 3/6/20 ECF #12157 | $100,000 | $858.88 |
| 6/1/19-9/30/19 | 3/13/20 ECF #12293 | $100,000 | $2,925 | 6/1/20 ECF #13296 | $100,000 | $2,925 |
| 10/1/19-1/31/20 | 4/30/20 ECF #12992 | $66,300 | $2,250 | 12/8/20 ECF#15370 | $66,300 | $2,250 |
| 2/1/20-5/31/20 | 7/6/20 ECF#13557 | $90,500 | $2,769.84 | 10/26/20 ECF#14925 | $90,500 | $2,679.84 |
| 6/1/20-9/30/20 | 1/29/21 ECF#15776 | $55,950 | $2,835 | 3/8/21 ECF#15971 | $55,950 | $2,835 |
| 10/1/20-1/31/21 | 3/17/21 ECF#16094 | $30,429 | $720 | 8/3/21 ECF#17646 | $30,429 | $720 |
| 2/1/21-5/31/21 | 8/3/21 ECF#17654 | $59,250.10 | $1,080 | 10/4/21 ECF#18371 | $59,250.10 | $1,080 |
| 6/1/21-9/30/21 | 11/5/21 ECF#19086 | $55,405 | $1,530 | 1/28/22 ECF#19937 | $55,405 | $1,530 |

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| | No. 17-bk-3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | |
| Debtors.[1] | |

## FOURTEENTH INTERIM APPLICATION OF ANDREW WOLFE, MACROECONOMIC CONSULTANT TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, FOR THE PERIOD OCTOBER 1, 2021-JANUARY 31, 2022

Andrew Wolfe, macroeconomic consultant to The Financial Oversight and Management Board for Puerto Rico ("Oversight Board"), as representative of the Debtors under PROMESA section 315(b), submits his fourteenth interim application for allowance of compensation for services rendered from October 1, 2021-January 31, 2022 ("Compensation Period") in the amount of $20,160 and reimbursement of actual, necessary expenses incurred during such period in the amount of $1,926.72, totaling $22,086.72, pursuant to PROMESA sections 316-17, Rule 2016 and P.R. LBR 2016-1, and states:

---

[1] The Debtors in these Title III Cases, along with the last four digits of their respective Federal Tax ID numbers, are: The Commonwealth of Puerto Rico  (3481); Puerto Rico Sales Tax Financing Corporation (8474); Puerto Rico Highways and Transportation Authority (3808); Employees Retirement System of the Government of the Commonwealth of Puerto Rico (9686); and Puerto Rico Electric Power Authority (3747).

## JURISDICTION

1.      This Court has subject matter jurisdiction to consider this application, pursuant to PROMESA section 306(a).  Venue is proper in this district, pursuant to PROMESA section 307(a).

## BACKGROUND

2.      Pursuant to PROMESA section 315(b), the Oversight Board is the representative of each of the above-identified Debtors in its respective Title III case.

3.      Mr. Wolfe was engaged to provide macroeconomic consulting services in these Title III cases.

4.      Project Assignment #9 under the Independent Contractor Services Agreement, dated July 1, 2021, which cover Title III services rendered over the year following said date, provides for him to be paid $300/hour subject to a $25,000 monthly cap.  In addition, the agreement provides for reimbursement of expenses in accordance with the Oversight Board's reimbursement policy.[2]

5.      As set forth in the Project Assignment, Mr. Wolfe was engaged to, inter alia, evaluate the macroeconomic framework underlying fiscal plans and make recommendations to the Oversight Board; analyze fiscal projections included in the same; advise on additional policies that could be enacted, including structural reforms; assess debt sustainability; assist the Oversight Board's outside counsel with respect to potential litigation concerning fiscal plans; and advise on monitoring developments under a certified fiscal plan and assist in the monitoring process.

6.      Prior to his retirement in 2014, Mr. Wolfe was senior manager of the Western Hemisphere Department at the International Monetary Fund for 27 years.  He is presently an

---

[2] The Agreements and Project Assignment can be viewed at https://oversightboard.pr.gov/documents.

adjunct lecturer at American University in Washington, D.C.  He holds a Ph.D. in economics from

the University of Wisconsin and a B.S.E. in economics and engineering from the University of

Pennsylvania.

## BASIS FOR RELIEF REQUESTED

7.      PROMESA section 316(a) provides that this Court "may award to a professional

person employed by … the Oversight Board (in the Oversight Board's sole discretion) … (1)

reasonable compensation for actual, necessary services rendered by the professional, or attorney

and by any paraprofessional employed by any such person; and (2) reimbursement for actual,

necessary expenses."

8.      Pursuant to subdivision (c):

> In determining the amount of reasonable compensation to be
> awarded to a professional person, the court shall consider the nature,
> the extent, and the value of such services, taking into account all
> relevant factors, including—
>
> (1) the time spent on such services;
>
> (2) the rates charged for such services;
>
> (3) whether the services were necessary to the administration of, or
> beneficial at the time at which the service was rendered toward the
> completion of, a case under this chapter;
>
> (4) whether the services were performed within a reasonable
> amount of time commensurate with the complexity, importance, and
> nature of the problem, issue, or task addressed;
>
> (5) with respect to a professional person, whether the person is
> board certified or otherwise has demonstrated skill and experience
> in the restructuring field; and
>
> (6) whether the compensation is reasonable based on the customary
> compensation charged by comparably skilled practitioners in cases
> other than cases under this title or title 11, United States Code.

9.      PROMESA section 317 and the interim compensation order [ECF No. 3269] permit

professionals to apply for allowance of compensation and reimbursement of expenses on an

interim basis.

10.     Each factor set forth in section 316(c) supports allowance of the compensation

sought herein on an interim basis.

(a)     Time spent. Mr. Wolfe spent 67.2 hours working on Title III matters during

the Compensation Period.  Time detail is annexed hereto as Exhibit 1.

(b)     Rates charged.  As set forth in the Wolfe Certification (defined below),

the compensation sought is billed at rates no less favorable than those customarily employed by

him.

(c)     Whether Services were necessary or beneficial.  The services rendered were

necessary to the administration of these Title III cases, and beneficial when rendered.

(d)     Timeliness.  The services rendered were performed within a reasonable

amount of time, given their complexity and importance to these Title III cases.

(e)     Professional certifications; Restructuring Experience.   In addition to

holding a Ph.D. in economics, Mr. Wolfe has decades of experience at the IMF, and the

macroeconomic expertise sought by the Oversight Board and necessary to the success of these

cases.

11.     During the Compensation Period, Mr. Wolfe incurred reasonable and necessary

expenses in connection with his engagement. An itemization is annexed hereto as Exhibit 2.

12.     The certification required by P.R. LBR 2016-1(a)(4) and statement required by

Rule 2016(a) are included in Exhibit 3 hereto ("Wolfe Certification").

4

13.     Mr. Wolfe previously submitted monthly fee statements pursuant to the interim compensation order covering the period October 1, 2021-December 31, 2021, and no portion of the monthly fee statements was objected to.  A monthly fee statement covering the period January 1, 2022-January 31, 2022 has not been served as of the date hereof.

WHEREFORE, Mr. Wolfe requests an order allowing on an interim basis compensation for services rendered in the Compensation Period in the amount of $20,160 and reimbursement of expenses incurred in such period in the amount of $1,926.72, totaling $22,086.72, and granting such other and further relief as this Court deems just and proper.

Dated: July 6, 2022                           Respectfully submitted,

/s/ Andrew Wolfe
Andrew Wolfe
*Macroeconomic Consultant to The Financial Oversight and Management Board*

Prepared by:

/s/ Jeffrey Chubak
Jeffrey Chubak
AMINI LLC
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
jchubak@aminillc.com
*Attorneys for Andrew Wolfe*

5

## EXHIBIT 1

**Time Detail**

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**$25,000 fee for Monthly Retainer for 1/2-time Work. In September 21 days at 4 hours a day is:**   **84**   **hours.**   $   300.00

$25,000

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| October-21 | Title III | 10/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $   300.00 | Commonwealth | ME | Review of document on wage impact of LUMA requirements. |
| October-21 | Title III | 10/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Work with legal teams on Commonwealth debt | $   600.00 | Commonwealth | ME | Deposition prep with legal team. |
| October-21 | Title III | 10/3/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Work with legal teams on Commonwealth debt | $   150.00 | Commonwealth | ME | Deposition prep with legal team. |
| October-21 | Title III | 10/4/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.42 | Work with legal teams on Commonwealth debt | $   125.00 | Commonwealth | ME | Call with Veritext on deposition software |
| October-21 | Title III | 10/4/2021 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Work with legal teams on Commonwealth debt | $ 1,200.00 | Commonwealth | ME | Self review of depositon material. |
| October-21 | Title III | 10/5/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Commonwealth debt | $   300.00 | Commonwealth | ME | Deposition. |
| October-21 | Title III | 10/5/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.25 | Work with legal teams on Commonwealth debt | $    75.00 | Commonwealth | ME | Call with lawyers and McKinsey on pension calculation. |
| October-21 | Title III | 10/13/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Commonwealth debt | $   300.00 | Commonwealth | ME | Call with lawyers on BIT rebuttal. |
| October-21 | Title III | 10/13/2021 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Work with legal teams on Commonwealth debt | $ 1,200.00 | Commonwealth | ME | Follow up work on BIT rebuttal. |
| October-21 | Title III | 10/15/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.88 | Work with legal teams on Commonwealth debt | $   265.00 | Commonwealth | ME | Call with lawyers and McKinsey on BIT rebuttal. |
| October-21 | Title III | 10/15/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $   300.00 | Commonwealth | ME | Call with McKinsey on medicaid changes. |
| October-21 | Title III | 10/15/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.67 | Business operations--Fiscal plan review and updating for the Commonwealth | $   200.00 | Commonwealth | ME | Call with advisors on macro developments. |
| October-21 | Title III | 10/22/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.63 | Business operations--Fiscal plan review and updating for the Commonwealth | $   190.00 | Commonwealth | ME | Call with McKinsey on medicaid changes. |
| October-21 | Title III | 10/26/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Work with legal teams on Commonwealth debt | $   600.00 | Commonwealth | ME | Review of deposition transcript. |
| October-21 | Title III | 10/28/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $   300.00 | Commonwealth | ME | Work for CEO on trucking regulation. |
| October-21 | Title III | 10/29/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Commonwealth debt | $   300.00 | Commonwealth | ME | Finalization of deposition transcript. |

| | | | |
|---|---|---|---|
| Total | 21.350 | | $ 6,405.00 | $   6,405.00 |
| Share of the work on Prepa (legal) | 0.0% Work with legal teams on Prepa fiscal plan and debt | $0.00 | Commonwealth | $6,405.00 |
| Share of the work on Prepa (pricing and macro) | 79.9% Work with legal teams on Commonwealth debt | $5,115.00 | PREPA | $0.00 |
| Share of the work on the Commonwealth FP monitoring | 20.1% Business operations--Fiscal plan review and updating for the Commonwealth | $1,290.00 | | |
| Share of the work on the Commonwealth FP development | 0.0% Business operations--Fiscal plan development for the Commonwealth | $0.00 | | |
| Fiscal plans of other entities | 0.0% Business operations--Fiscal plan review and monitoring for Prepa | $0.00 | | |
| Fiscal plans of other entities | 0.0% Business operations--Fiscal plan  review and monitoring for Commonwealth entit | $0.00 | | |

**Days in Puerto Rico**    0.0 Puerto Rico

Checks    100.0%

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**$25,000 fee for Monthly Retainer for 1/2-time Work. In November 20 days at 4 hours a day is:**     **80**     **hours.**     $   300.00

$25,000

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| November-21 | Title III | 11/3/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.88 | Business operations--Fiscal plan review and updating for the Commonwealth | $   265.00 | Commonwealth | MD | Call with advisors on labor reform. |
| November-21 | Title III | 11/3/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.68 | Business operations--Fiscal plan review and updating for the Commonwealth | $   205.00 | Commonwealth | MD | Call with Brattle on labor reform. |
| November-21 | Title III | 11/4/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.25 | Work with legal teams on Commonwealth debt | $   375.00 | Commonwealth | MD | Prep with lawyers for testimony next week. |
| November-21 | Title III | 11/4/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Work with legal teams on Prepa fiscal plan and debt | $   150.00 | PREPA | MD | Best interest call with advisors on PREPA. |
| November-21 | Title III | 11/8/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.58 | Business operations--Fiscal plan review and updating for the Commonwealth | $   175.00 | Commonwealth | MD | Call with advisors on EODB reform. |
| November-21 | Title III | 11/8/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.12 | Business operations--Fiscal plan review and updating for the Commonwealth | $    35.00 | Commonwealth | MD | Call with advisors on power reform. |
| November-21 | Title III | 11/8/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.20 | Business operations--Fiscal plan review and updating for the Commonwealth | $    60.00 | Commonwealth | MD | Call with advisors on education reform. |
| November-21 | Title III | 11/8/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and updating for the Commonwealth | $   150.00 | Commonwealth | MD | Call with advisors on human capital reform. |
| November-21 | Title III | 11/9/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.83 | Business operations--Fiscal plan review and updating for the Commonwealth | $   250.00 | Commonwealth | MD | Call with advisors on proposed labor law. |
| November-21 | Title III | 11/9/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.17 | Work with legal teams on Commonwealth debt | $   350.00 | Commonwealth | MD | Prep with lawyers for testimony this week. |
| November-21 | Title III | 11/10/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.67 | Business operations--Fiscal plan review and updating for the Commonwealth | $   200.00 | Commonwealth | MD | Call with advisors on inflation modeling. |
| November-21 | Title III | 11/10/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and updating for the Commonwealth | $   150.00 | Commonwealth | MD | Call with advisors on labor reform modeling. |
| November-21 | Title III | 11/10/2021 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Work with legal teams on Commonwealth debt | $ 1,200.00 | Commonwealth | NY | Review of documents for testimony later this week. |
| November-21 | Title III | 11/11/2021 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Work with legal teams on Commonwealth debt | $ 1,200.00 | Commonwealth | NY | Review of documents for testimony later this week. |
| November-21 | Title III | 11/12/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Commonwealth debt | $   300.00 | Commonwealth | NY | Testimony |
| November-21 | Title III | 11/15/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $   300.00 | Commonwealth | MD | Work on building resiliency in the fiscal model. |
| November-21 | Title III | 11/15/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.33 | Business operations--Fiscal plan review and updating for the Commonwealth | $   100.00 | Commonwealth | MD | Call with advisors on inflation forecasts. |
| November-21 | Title III | 11/16/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $   300.00 | Commonwealth | MD | Work on a new fiscal template for upcoming fiscal plan. |
| November-21 | Title III | 11/16/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.33 | Business operations--Fiscal plan review and updating for the Commonwealth | $   700.00 | Commonwealth | MD | Call with McKinsey and CEO on fiscal plan updates. |
| November-21 | Title III | 11/16/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $   600.00 | Commonwealth | MD | Updating of monitoring tables. |
| November-21 | Title III | 11/17/2021 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 1,200.00 | Commonwealth | MD | Updating of monitoring tables. |
| November-21 | Title III | 11/17/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $   600.00 | Commonwealth | MD | Work on building resiliency in the fiscal model. |
| November-21 | Title III | 11/18/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $   300.00 | Commonwealth | MD | Call with government advisors on inflation modeling. |
| November-21 | Title III | 11/19/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $   300.00 | Commonwealth | MD | Call with government advisors on inflation modeling. |
| November-21 | Title III | 11/19/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.47 | Business operations--Fiscal plan review and updating for the Commonwealth | $   140.00 | Commonwealth | MD | Call with FOMB advisors on labor legislation. |
| November-21 | Title III | 11/24/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $   600.00 | Commonwealth | MD | Work on reviewing workforce development letter. |
| November-21 | Title III | 11/30/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.33 | Business operations--Fiscal plan review and updating for the Commonwealth | $   100.00 | Commonwealth | MD | Call with FOMB advisors on infrastructure modeling |

| | | | | | |
|---|---|---|---|---|---|
| Total | | 34.350 | | $ 10,305.00 | $   10,305.00 |
| Share of the work on Prepa (legal) | 1.5% | Work with legal teams on Prepa fiscal plan and debt | $150.00 | Commonwealth | $6,730.00 |
| Share of the work on Prepa (pricing and macro) | 33.2% | Work with legal teams on Commonwealth debt | $3,425.00 | PREPA | $3,575.00 |
| Share of the work on the Commonwealth FP monitoring | 65.3% | Business operations--Fiscal plan review and updating for the Commonwealth | $6,730.00 | | |
| Share of the work on the Commonwealth FP development | 0.0% | Business operations--Fiscal plan development for the Commonwealth | $0.00 | | |
| Fiscal plans of other entities | 0.0% | Business operations--Fiscal plan  review and monitoring for Prepa | $0.00 | | |
| Fiscal plans of other entities | 0.0% | Business operations--Fiscal plan  review and monitoring for Commonwealth entit | $0.00 | | |
| **Days in Puerto Rico** | **0.0** | Puerto Rico | | | |
| Checks | 100.0% | | | | |

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**$25,000 fee for Monthly Retainer for 1/2-time Work. In December 22 days at 4 hours a day is:**      **88**    **hours.**         $   300.00                                  **$25,000**

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| December-21 | Title III | 12/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $  600.00 | Commonwealth | MD | Work on updating inflation model. |
| December-21 | Title III | 12/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $  300.00 | Commonwealth | MD | Call with McKinsey and advisors on inflation modeling. |
| December-21 | Title III | 12/7/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $  600.00 | Commonwealth | MD | Review of status of labor market reforms. |
| December-21 | Title III | 12/7/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and updating for the Commonwealth | $  150.00 | Commonwealth | MD | Call with advisors on macro update. |
| December-21 | Title III | 12/13/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $  600.00 | Commonwealth | MD | Revision of accompanying note for revsied fiscal plan. |
| December-21 | Title III | 12/17/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.50 | Business operations--Fiscal plan review and updating for the Commonwealth | $  450.00 | Commonwealth | MD | FOMB public meeting. |

| | | | | | |
|---|---|---|---|---|---|
| Total | **9.000** | | $ 2,700.00 | $  2,700.00 | |
| Share of the work on Prepa (legal) | **0.0%** | Work with legal teams on Prepa fiscal plan and debt | $0.00 | | |
| Share of the work on Prepa (pricing and macro) | **0.0%** | Work with legal teams on Commonwealth debt | $0.00 | **Commonwealth** | $2,700.00 |
| Share of the work on the Commonwealth FP monitoring | **100.0%** | Business operations--Fiscal plan review and updating for the Commonwealth | $2,700.00 | **PREPA** | $0.00 |
| Share of the work on the Commonwealth FP development | **0.0%** | Business operations--Fiscal plan development for the Commonwealth | $0.00 | | |
| Fiscal plans of other entities | **0.0%** | Business operations--Fiscal plan  review and monitoring for Prepa | $0.00 | | |
| Fiscal plans of other entities | **0.0%** | Business operations--Fiscal plan  review and monitoring for Commonwealth entit | $0.00 | | |
| **Days in Puerto Rico** | **0.0** | Puerto Rico | | | |
| Checks | 100.0% | | | | |

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**$25,000 fee for Monthly Retainer for 1/2-time Work. In January 20 days at 4 hours a day is:**     **80**    **hours.**      $    300.00

                                                     **$25,000**

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| January-21 | Title III | 1/10/2022 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan development for the Commonwealth | $ 150.00 | Commonwealth | TX | Call with McKinsey on growth projections. |
| January-21 | Title III | 1/20/2022 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Call with Brattle and lawyers on labor law reform. |
| January-21 | Title III | 1/21/2022 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan development for the Commonwealth | $ 300.00 | Commonwealth | TX | Review of McKinsey growth projections. |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |
| January-21 | Title III | | Andrew Wolfe | Advisor to Board | $300 | | | $ - | Commonwealth | TX | |

| | | | | |
|---|---|---|---|---|
| **Total** | | **2.500** | | $ 750.00 | $ 750.00 |
| Share of the work on Prepa (legal) | **0.0%** | Work with legal teams on Prepa fiscal plan and debt | $0.00 | Commonwealth | $750.00 |
| Share of the work on Prepa (pricing and macro) | **0.0%** | Work with legal teams on Commonwealth debt | $0.00 | PREPA | $0.00 |
| Share of the work on the Commonwealth FP monitoring | **0.0%** | Business operations--Fiscal plan review and updating for the Commonwealth | $0.00 | | |
| Share of the work on the Commonwealth FP development | **100.0%** | Business operations--Fiscal plan development for the Commonwealth | $750.00 | | |
| Fiscal plans of other entities | **0.0%** | Business operations--Fiscal plan  review and monitoring for Prepa | $0.00 | | |
| Fiscal plans of other entities | **0.0%** | Business operations--Fiscal plan  review and monitoring for Commonwealth entit | $0.00 | | |
| **Days in Puerto Rico** | **0.0** | Puerto Rico | | | |
| Checks | 100.0% | | | | |

## **EXHIBIT 2**

**Expense Itemization**

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Debtor on behalf service rendered | Expense Description |
|---|---|---|---|---|---|---|---|---|---|
| 10322 | Title III | 10/17/2021 | Andrew Wolfe | Legal fees | | 1 | $0.00 | 100% Commonwealth | Legal fees from September |

TOTAL IN OCTOBER                                                                                         $0.00

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Debtor on behalf service rendered | Expense Description |
|---|---|---|---|---|---|---|---|---|---|
| 10322 | Title III | 11/17/2021 | Andrew Wolfe | Legal fees | | 1 | $0.00 | 100% Commonwealth | Legal fees from October |
| | Title III | 11/11/2021 | Andrew Wolfe | Travel | | 1 | $339.72 | 100% Commonwealth | Hotel in NYC for testimony on Plan certification. |
| | Title III | 11/11/2021 | Andrew Wolfe | Travel | | 1 | $642.00 | 100% Commonwealth | Round trip train fare to NYC for testimony. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TOTAL IN NOVEMBER | | | | | | | **$981.72** | |

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Debtor on behalf service rendered | Expense Description |
|---|---|---|---|---|---|---|---|---|---|
| 10322 | Title III | 12/9/2021 | Andrew Wolfe | Legal fees | $   855.00 | 1 | $855.00 | 100% Commonwealth | Legal fees from November |

TOTAL IN DECEMBER                                                                                                     **$855.00**

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Debtor on behalf service rendered | Expense Description |
|---|---|---|---|---|---|---|---|---|---|
| 11154 | Title III | 1/9/2022 | Andrew Wolfe | Legal fees | $   90.00 | 1 | $90.00 | 100% Commonwealth | Legal fees for December 2021. |

TOTAL IN JANUARY                                                                                                    **$90.00**

## **EXHIBIT 3**

**Certification of Andrew Wolfe**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| | No. 17-bk-3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | **CERTIFICATION OF ANDREW WOLFE** |
| Debtors. | |

I, Andrew Wolfe, hereby certify:

1.       I am a macroeconomic consultant to the Financial Oversight and Management Board for Puerto Rico, as representative of the Debtors in these Title III cases, and submit this certification in support of my fourteenth interim fee application.

2.       I have read the application.  To the best of my knowledge, information and belief formed after reasonable inquiry, the compensation and reimbursement of expenses sought therein conform with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the United States Trustee Guidelines, and the Puerto Rico Local Bankruptcy Rules.

3.       The compensation and reimbursement of expenses requested are billed at rates no less favorable to the Debtors than those customarily employed by me.

4.       No compensation previously received by me has been shared with any other person, and no agreement or understanding exists between me and any other person for sharing of compensation received or to be received for services rendered in or in connection with these Title III cases.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on July 6, 2022.

/s/ Andrew Wolfe