# **APPENDIX C**

**Invoices**



Public Finance Department
Municipal Securities Division

| | | |
|---|---|---|
| **To:** | Natalie Juresko<br>Executive Director<br>PR Financial Oversight and Management Board (PROMESA) | Invoice #: 1028_204 |
| **Date** | March 12, 2021 | |

## Fee Invoice

**Client Name:** PR Financial Oversight and Management Board (PROMESA)

**Project Description:** Financial Oversight Board of Puerto Rico

**Engagement Letter Date:** January 27, 2017

**Description of Services:** Strategic Advisory Services

**Amount Due:**

| | | |
|---|---|---|
| October 2020 (Title III - Mainland) | $ | 1,121,842.85 |
| October 2020 (Title III - Puerto Rico) | $ | 88,157.15 |
| **Total** | **$** | **1,210,000.00** |

**Payment Terms:** Please remit the Amount Due to **Citigroup Global Markets Inc** (tax ID #11-2418191) by wire transfer of funds, as follows:

| | |
|---|---|
| Bank: | Citibank, N.A. |
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007-13 (Must be included) |
| Reference: | Financial Oversight Board of Puerto Rico (Dafi: 47PC1046) |
| Attention: | Michael Tong (212-723-2987) |

**cc:** Michael Tong, Assistant Vice President
John C Gavin, Managing Director
Mike Leffler, Managing Director
James Castiglioni, Director

Citigroup Global Markets Inc.



Public Finance Department
Municipal Securities Division

**To:** Natalie Juresko
Executive Director
PR Financial Oversight and Management Board (PROMESA)

Invoice #: 1028_205

**Date** March 12, 2021

## Fee Invoice

**Client Name:** PR Financial Oversight and Management Board (PROMESA)

**Project Description:** Financial Oversight Board of Puerto Rico

**Engagement Letter Date:** January 27, 2017

**Description of Services:** Strategic Advisory Services

**Amount Due:**

| | |
|---|---:|
| November 2020 (Title III - Mainland) | $ 1,121,842.85 |
| November 2020 (Title III - Puerto Rico) | $ 88,157.15 |
| **Total** | **$ 1,210,000.00** |

**Payment Terms:** Please remit the Amount Due to **Citigroup Global Markets Inc**
(tax ID #11-2418191) by wire transfer of funds, as follows:

| | |
|---|---|
| Bank: | Citibank, N.A. |
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007-13 (Must be included) |
| Reference: | Financial Oversight Board of Puerto Rico (Dafi: 47PC1046) |
| Attention: | Michael Tong (212-723-2987) |

**cc:** Michael Tong, Assistant Vice President
John C Gavin, Managing Director
Mike Leffler, Managing Director
James Castiglioni, Director

Citigroup Global Markets Inc.



Public Finance Department
Municipal Securities Division

**To:** Natalie Juresko
Executive Director
PR Financial Oversight and Management Board (PROMESA)

Invoice #: 1028_206

**Date** March 12, 2021

## Fee Invoice

**Client Name:** PR Financial Oversight and Management Board (PROMESA)

**Project Description:** Financial Oversight Board of Puerto Rico

**Engagement Letter Date:** January 27, 2017

**Description of Services:** Strategic Advisory Services

**Amount Due:**

| | | |
|---|---|---:|
| December 2020 (Title III - Mainland) | $ | 1,121,842.85 |
| December 2020 (Title III - Puerto Rico) | $ | 88,157.15 |
| **Total** | **$** | **1,210,000.00** |

**Payment Terms:** Please remit the Amount Due to **Citigroup Global Markets Inc**
(tax ID #11-2418191) by wire transfer of funds, as follows:

| | |
|---|---|
| Bank: | Citibank, N.A. |
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007-13 (Must be included) |
| Reference: | Financial Oversight Board of Puerto Rico (Dafi: 47PC1046) |
| Attention: | Michael Tong (212-723-2987) |

**cc:** Michael Tong, Assistant Vice President
John C Gavin, Managing Director
Mike Leffler, Managing Director
James Castiglioni, Director

Citigroup Global Markets Inc.



Public Finance Department
Municipal Securities Division

| | | |
|---|---|---|
| **To:** | Natalie Juresko<br>Executive Director<br>PR Financial Oversight and Management Board (PROMESA) | Invoice #: 1028_211 |
| **Date** | November 16, 2021 | |

## Fee Invoice

**Client Name:** PR Financial Oversight and Management Board (PROMESA)

**Project Description:** Financial Oversight Board of Puerto Rico

**Engagement Letter Date:** January 27, 2017

**Description of Services:** Strategic Advisory Services

**Amount Due:**

| | | |
|---|---|---|
| January 2021 (Title III - Mainland) | $ | 968,000.00 |
| January 2021 (Title III - Puerto Rico) | $ | 242,000.00 |
| **Total** | **$** | **1,210,000.00** |

**Payment Terms:** Please remit the Amount Due to **Citigroup Global Markets Inc** (tax ID #11-2418191) by wire transfer of funds, as follows:

| | |
|---|---|
| Bank: | Citibank, N.A. |
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007-13 (Must be included) |
| Reference: | Financial Oversight Board of Puerto Rico (Dafi: 47PC1046) |
| Attention: | Michael Tong (212-723-2987) |

**cc:** Michael Tong, Assistant Vice President
John C Gavin, Managing Director
Mike Leffler, Managing Director
James Castiglioni, Director

Citigroup Global Markets Inc.