# **APPENDIX A**

**Time, Core Team**

**Citi Estimates for Hours Between January 2021 - June 2021**

| Name<br>Title<br>Years Experience<br>Location | Agg. | D. Brownstein<br>M. Director<br>30+<br>New York, NY | J. Gavin<br>M. Director<br>30+<br>San Juan, PR | D. Cohen<br>Director<br>30+<br>New York, NY | J. Castiglioni<br>Director<br>10+<br>New York, NY | D. Keca<br>AV. President<br>10+<br>New York, NY | D. Samad<br>Analyst<br>1<br>New York, NY | Various<br>Public Side<br>or Specialist<br>Employees** |
|---|---|---|---|---|---|---|---|---|
| January 2021 | 848 | 138 | 145 | 35 | 138 | 35 | 7 | 350 |
| February 2021 | 989 | 182 | 203 | 35 | 181 | 34 | 4 | 350 |
| March 2021 | 881 | 159 | 168 | 25 | 161 | 16 | 2 | 350 |
| April 2021 | 814 | 139 | 153 | 20 | 141 | 11 | - | 350 |
| May 2021 | 617 | 72 | 98 | 10 | 73 | 14 | - | 350 |
| June 2021 | 624 | 77 | 103 | 5 | 78 | 11 | - | 350 |
| **January 2021** | | | | | | | | |
|   Commonwealth (GO & GO Guar.) | | | | | | | | |
|     Title III (May 2017) | | | | | | | | |
|       Educate Board and Other Professionals on Muni Market | 8 | 2 | 2 | - | 2 | 2 | - | - |
|       Modeling & Review of Debt Restructuring Solutions | 17 | 1 | 1 | - | 10 | 5 | - | - |
|       Review multiple state and large municipality rating reports and compare to CW | 11 | - | 2 | - | 5 | 2 | 2 | - |
|       Prepare for and participate in Mediation sessions | 110 | 30 | 30 | 15 | 30 | 5 | - | - |
|       Prepare and present materials for onboarding new FOMB members | 36 | 10 | 10 | - | 10 | 4 | 2 | - |
|       Numerous presentations, meetings, strategy sessions and calls with FOMB | 35 | 10 | 10 | - | 10 | 5 | - | - |
|       Review CW Cash, bonds and possible CVI terms & present to FOMB | 8 | 2 | 2 | - | 2 | 2 | - | - |
|       Aid claims reconciliation team regarding a number of CUSIPS | 10 | - | - | - | 5 | 5 | - | - |
|       Catchall for hours not recorded for Core Team and specialist / public side aid*** | 258 | 20 | 20 | 5 | 5 | 5 | 3 | 175-225 |
|   PREPA | | | | | | | | |
|     Title III (July 2017) | | | | | | | | |
|       Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | - | 2 | - | - | - |
|       Modeling of Current RSA and Alternatives | 12 | 1 | 1 | - | 10 | - | - | - |
|       Multiple RSA Strategy discussions / Calls | 35 | 15 | 10 | 5 | 5 | - | - | - |
|       Review cash needs at PREPA for T&D contract | 12 | - | 5 | 5 | 2 | - | - | - |
|       Catchall for hours not recorded for Core Team and specialist / public side aid*** | 200 | 15 | 20 | 5 | 10 | - | - | 125-175 |
|   HTA / CCDA | | | | | | | | |
|     Title III (May 2017) | | | | | | | | |
|       Prepare for and participate in Mediation sessions | 45 | 15 | 15 | - | 15 | - | - | - |
|   ERS | | | | | | | | |
|     Title III (May 2017) | | | | | | | | |
|       Prepare for and participate in Mediation sessions | 45 | 15 | 15 | - | 15 | - | - | - |
| **February 2021** | | | | | | | | |
|   Commonwealth (GO & GO Guar.) | | | | | | | | |
|     Title III (May 2017) | | | | | | | | |
|       Educate Board and Other Professionals on Muni Market | 8 | 2 | 2 | - | 2 | 2 | - | - |
|       Modeling & Review of Debt Restructuring Solutions | 17 | 1 | 1 | - | 10 | 5 | - | - |
|       Review and help prepare PSA/POA blowout materials | 52 | 15 | 15 | - | 15 | 5 | 2 | - |
|       Prepare for and participate in Mediation sessions | 125 | 35 | 35 | 15 | 35 | 5 | - | - |
|       Numerous presentations, meetings, strategy sessions and calls with FOMB | 65 | 20 | 20 | - | 20 | 5 | - | - |
|       Review Commonwealth's HB120 bill and present findings to FOMB | 6 | - | 2 | - | 2 | 2 | - | - |
|       Aid claims reconciliation team regarding a number of CUSIPS | 10 | - | - | - | 5 | 5 | - | - |
|       Catchall for hours not recorded for Core Team and specialist / public side aid*** | 297 | 30 | 35 | 5 | 20 | 5 | 2 | 175-225 |
|   PREPA | | | | | | | | |
|     Title III (July 2017) | | | | | | | | |
|       Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | - | 2 | - | - | - |
|       Modeling of Current RSA and Alternatives | 13 | 2 | 1 | - | 10 | - | - | - |
|       Multiple RSA Strategy discussions / Calls | 55 | 20 | 20 | 5 | 10 | - | - | - |
|       Review cash needs at PREPA for T&D contract | 15 | - | 5 | 5 | 5 | - | - | - |
|       Catchall for hours not recorded for Core Team and specialist / public side aid*** | 210 | 20 | 25 | 5 | 10 | - | - | 125-175 |
|   HTA / CCDA | | | | | | | | |
|     Title III (May 2017) | | | | | | | | |
|       Prepare for and participate in Mediation sessions | 65 | 20 | 25 | - | 20 | - | - | - |
|   ERS | | | | | | | | |
|     Title III (May 2017) | | | | | | | | |
|       Prepare for and participate in Mediation sessions | 45 | 15 | 15 | - | 15 | - | - | - |
| **March 2021** | | | | | | | | |
|   Commonwealth (GO & GO Guar.) | | | | | | | | |
|     Title III (May 2017) | | | | | | | | |
|       Educate Board and Other Professionals on Muni Market | 8 | 2 | 2 | - | 2 | 2 | - | - |
|       Modeling & Review of Debt Restructuring Solutions | 12 | 1 | 1 | - | 10 | - | - | - |
|       Review various documents and presentations related to PSA blowout | 45 | 15 | 15 | - | 15 | - | - | - |

Citi Estimates for Hours Between January 2021 - June 2021

| Name<br>Title<br>Years Experience<br>Location | Agg. | D. Brownstein<br>M. Director<br>30+<br>New York, NY | J. Gavin<br>M. Director<br>30+<br>San Juan, PR | D. Cohen<br>Director<br>30+<br>New York, NY | J. Castiglioni<br>Director<br>10+<br>New York, NY | D. Keca<br>AV. President<br>10+<br>New York, NY | D. Samad<br>Analyst<br>1<br>New York, NY | Various<br>Public Side<br>or Specialist<br>Employees** |
|---|---|---|---|---|---|---|---|---|
| Numerous presentations, meetings, strategy sessions and calls with FOMB | 67 | 20 | 20 | 5 | 20 | 2 | - | - |
| Review analysis regarding CW debt sustainability analsyis | 6 | - | 2 | - | 2 | 2 | - | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 10 | - | - | - | 5 | 5 | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 292 | 25 | 30 | 5 | 25 | 5 | 2 | 175-225 |
| PREPA | | | | | | | | |
| Title III (July 2017) | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | - | 2 | - | - | - |
| Modeling of Current RSA and Alternatives | 15 | 4 | 1 | - | 10 | - | - | - |
| Multiple RSA Strategy discussions / Calls | 55 | 20 | 20 | 5 | 10 | - | - | - |
| Review cash needs at PREPA for T&D contract | 15 | - | 5 | 5 | 5 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 215 | 25 | 25 | 5 | 10 | - | - | 125-175 |
| HTA / CCDA | | | | | | | | |
| Title III (May 2017) | | | | | | | | |
| Prepare for and participate in Mediation sessions | 60 | 20 | 20 | - | 20 | - | - | - |
| ERS | | | | | | | | |
| Title III (May 2017) | | | | | | | | |
| Prepare for and participate in Mediation sessions | 45 | 15 | 15 | - | 15 | - | - | - |
| PRIFA | | | | | | | | |
| Title III (May 2017) | | | | | | | | |
| Prepare for and participate in Mediation sessions | 15 | 5 | 5 | - | 5 | - | - | - |
| PRASA | | | | | | | | |
| Not in Title III or Title VI | | | | | | | | |
| Review and analyze materials regarding PRASA Debt | 15 | 5 | 5 | - | 5 | - | - | - |
| April 2021 | | | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | | | |
| Title III (May 2017) | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 8 | 2 | 2 | - | 2 | 2 | - | - |
| Modeling & Review of Debt Restructuring Solutions | 12 | 1 | 1 | - | 10 | - | - | - |
| Review various documents and presentations related to PSA blowout | 45 | 15 | 15 | - | 15 | - | - | - |
| Numerous presentations, meetings, strategy sessions and calls with FOMB | 67 | 20 | 20 | 5 | 20 | 2 | - | - |
| Review and comment on various draft Fiscal Plans | 6 | - | 2 | - | 2 | 2 | - | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 5 | - | - | - | 5 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 280 | 20 | 30 | 5 | 20 | 5 | - | 175-225 |
| PREPA | | | | | | | | |
| Title III (July 2017) | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | - | 2 | - | - | - |
| Modeling of Current RSA and Alternatives | 15 | 4 | 1 | - | 10 | - | - | - |
| Multiple RSA Strategy discussions / Calls | 50 | 20 | 20 | - | 10 | - | - | - |
| Review cash needs at PREPA for T&D contract | 15 | - | 5 | 5 | 5 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 215 | 25 | 25 | 5 | 10 | - | - | 125-175 |
| HTA / CCDA | | | | | | | | |
| Title III (May 2017) | | | | | | | | |
| Prepare for and participate in Mediation sessions | 45 | 15 | 15 | - | 15 | - | - | - |
| ERS | | | | | | | | |
| Title III (May 2017) | | | | | | | | |
| Prepare for and participate in Mediation sessions | 15 | 5 | 5 | - | 5 | - | - | - |
| PRIFA | | | | | | | | |
| Not in Title III or Title VI | | | | | | | | |
| Prepare for and participate in Mediation sessions | 15 | 5 | 5 | - | 5 | - | - | - |
| PRASA | | | | | | | | |
| Not in Title III or Title VI | | | | | | | | |
| Review and analyze materials regarding PRASA Debt | 15 | 5 | 5 | - | 5 | - | - | - |
| May 2021 | | | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | | | |
| Title III (May 2017) | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 8 | 2 | 2 | - | 2 | 2 | - | - |
| Modeling & Review of Debt Restructuring Solutions | 7 | 1 | 1 | - | 5 | - | - | - |
| Numerous presentations, meetings, strategy sessions and calls with FOMB | 35 | 10 | 10 | 5 | 10 | - | - | - |
| Review and comment on various draft Fiscal Plans | 6 | - | 2 | - | 2 | 2 | - | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 5 | - | - | - | 5 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 255 | 15 | 25 | - | 5 | 10 | - | 175-225 |
| PREPA | | | | | | | | |

Citi Estimates for Hours Between January 2021 - June 2021

| Name<br>Title<br>Years Experience<br>Location | Agg. | D. Brownstein<br>M. Director<br>30+<br>New York, NY | J. Gavin<br>M. Director<br>30+<br>San Juan, PR | D. Cohen<br>Director<br>30+<br>New York, NY | J. Castiglioni<br>Director<br>10+<br>New York, NY | D. Keca<br>AV. President<br>10+<br>New York, NY | D. Samad<br>Analyst<br>1<br>New York, NY | Various<br>Public Side<br>or Specialist<br>Employees** |
|---|---|---|---|---|---|---|---|---|
| Title III (July 2017) | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | - | 2 | - | - | - |
| Modeling of Current RSA and Alternatives | 8 | 2 | 1 | - | 5 | - | - | - |
| Multiple RSA Strategy discussions / Calls | 30 | 10 | 10 | - | 10 | - | - | - |
| Review cash needs at PREPA for T&D contract | 12 | - | 10 | - | 2 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 175 | 5 | 10 | 5 | 5 | - | - | 125-175 |
| HTA / CCDA | | | | | | | | |
| Title III (May 2017) | | | | | | | | |
| Prepare for and participate in Mediation sessions | 25 | 10 | 10 | - | 5 | - | - | - |
| PRIDCO | | | | | | | | |
| Title VI | | | | | | | | |
| Prepare for and participate in Mediation sessions | 15 | 5 | 5 | - | 5 | - | - | - |
| PRIFA | | | | | | | | |
| Not in Title III or Title VI | | | | | | | | |
| Prepare for and participate in Mediation sessions | 15 | 5 | 5 | - | 5 | - | - | - |
| PRASA | | | | | | | | |
| Not in Title III or Title VI | | | | | | | | |
| Review and analyze materials regarding PRASA Debt | 15 | 5 | 5 | - | 5 | - | - | - |
| June 2021 | | | | | | | | |
| Commonwealth (GO & GO Guar.) | | | | | | | | |
| Title III (May 2017) | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 8 | 2 | 2 | - | 2 | 2 | - | - |
| Modeling & Review of Debt Restructuring Solutions | 7 | 1 | 1 | - | 5 | - | - | - |
| Numerous presentations, meetings, strategy sessions and calls with FOMB | 40 | 10 | 15 | 5 | 10 | - | - | - |
| Review and comment on various draft Fiscal Plans | 6 | - | 2 | - | 2 | 2 | - | - |
| Aid claims reconciliation team regarding a number of CUSIPS | 5 | - | - | - | 5 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 267 | 20 | 30 | - | 10 | 7 | - | 175-225 |
| PREPA | | | | | | | | |
| Title III (July 2017) | | | | | | | | |
| Educate Board and Other Professionals on Muni Market | 6 | 2 | 2 | - | 2 | - | - | - |
| Modeling of Current RSA and Alternatives | 8 | 2 | 1 | - | 5 | - | - | - |
| Multiple RSA Strategy discussions / Calls | 30 | 10 | 10 | - | 10 | - | - | - |
| Review cash needs at PREPA for T&D contract | 7 | - | 5 | - | 2 | - | - | - |
| Catchall for hours not recorded for Core Team and specialist / public side aid*** | 180 | 10 | 15 | - | 5 | - | - | 125-175 |
| PRIDCO | | | | | | | | |
| Title VI | | | | | | | | |
| Prepare for and participate in Mediation sessions | 15 | 5 | 5 | - | 5 | - | - | - |
| PRIFA | | | | | | | | |
| Not in Title III or Title VI | | | | | | | | |
| Prepare for and participate in Mediation sessions | 15 | 5 | 5 | - | 5 | - | - | - |
| PRASA | | | | | | | | |
| Not in Title III or Title VI | | | | | | | | |
| Review and analyze materials regarding PRASA Debt | 30 | 10 | 10 | - | 10 | - | - | - |

*As noted previously, Citi only submitted hours for certain members of its core team, as a result, this schedule does not fully reflect the totality of Citi personnel time committed to the firm's PROMESA FOMB assignments. To assist the Fee Examiner's review, we have added a column for the various industry specialists and "public side" employees who also devoted substantial time and expertise to the firm's FOMB assignments.
**Due to the fact that the specific individual specialists varied frequently depending on the specific PROMESA topics involved, we have labelled the "industry specialists and public side employees" column by job function and not by individual personnel name.
***For calculation purposes, the specialists and public side employees are estimated to have contributed approximately mid-point of the range of hours per month to Citi's work for the FOMB, with Citi estimating that the hours dedicated by these non-core team members had a range depending on the month. Once the various COFINA and Commonwealth and PREPA restructuring proposals, "blow out" notices, plan support agreements (PSAs and RSAs) and proposed plans of adjustment began to become public starting in early calendar year 2018, the involvement of Citi's public side employees, in-house counsel and industry specialists increased materially and that higher level of involvement has continued into 2020.