# APPENDIX C

**Invoices**



Public Finance Department
Municipal Securities Division

**To:**  Natalie Juresko
Executive Director
PR Financial Oversight and Management Board (PROMESA)

Invoice #: 1028_212

**Date**  November 16, 2021

---

**Fee Invoice**

**Client Name:**  PR Financial Oversight and Management Board (PROMESA)

**Project Description:**  Financial Oversight Board of Puerto Rico

**Engagement Letter Date:**  January 27, 2017

**Description of Services:**  Strategic Advisory Services

**Amount Due:**

| | |
|---|---:|
| February 2021 (Title III - Mainland) | $ 968,000.00 |
| February 2021 (Title III - Puerto Rico) | $ 242,000.00 |
| **Total** | **$ 1,210,000.00** |

**Payment Terms:**  Please remit the Amount Due to **Citigroup Global Markets Inc**
(tax ID #11-2418191) by wire transfer of funds, as follows:

| | |
|---|---|
| Bank: | Citibank, N.A. |
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007-13 (Must be included) |
| Reference: | Financial Oversight Board |
| | of Puerto Rico (Dafi: |
| | 47PC1046) |
| Attention: | Michael Tong (212-723-2987) |

**cc:**  Michael Tong, Assistant Vice President
John C Gavin, Managing Director
Mike Leffler, Managing Director
James Castiglioni, Director



Public Finance Department
Municipal Securities Division

**To:**     Natalie Juresko
            Executive Director
            PR Financial Oversight and Management Board (PROMESA)

Invoice #:  1028_213

**Date**    November 16, 2021

---

## Fee Invoice

**Client Name:**    PR Financial Oversight and Management Board (PROMESA)

**Project Description:**    Financial Oversight Board of Puerto Rico

**Engagement Letter Date:**    January 27, 2017

**Description of Services:**    Strategic Advisory Services

**Amount Due:**

| | |
|---|---:|
| March 2021 (Title III - Mainland) | $     968,000.00 |
| March 2021 (Title III - Puerto Rico) | $     242,000.00 |
| **Total** | **$   1,210,000.00** |

**Payment Terms:**    Please remit the Amount Due to **Citigroup Global Markets Inc**
                      (tax ID #11-2418191) by wire transfer of funds, as follows:

| | |
|---|---|
| Bank: | Citibank,  N.A. |
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007-13 (Must be included) |
| Reference: | Financial Oversight Board |
| | of Puerto Rico (Dafi: |
| | 47PC1046) |
| Attention: | Michael Tong (212-723-2987) |

**cc:**     Michael Tong, Assistant Vice President
            John C Gavin, Managing Director
            Mike Leffler, Managing Director
            James Castiglioni, Director



Public Finance Department
Municipal Securities Division

**To:**  Natalie Juresko
Executive Director
PR Financial Oversight and Management Board (PROMESA)

Invoice #: 1028_214

**Date**  November 16, 2021

## Fee Invoice

**Client Name:**  PR Financial Oversight and Management Board (PROMESA)

**Project Description:**  Financial Oversight Board of Puerto Rico

**Engagement Letter Date:**  January 27, 2017

**Description of Services:**  Strategic Advisory Services

**Amount Due:**

| | | |
|---|---|---:|
| April 2021 (Title III - Mainland) | $ | 968,000.00 |
| April 2021 (Title III - Puerto Rico) | $ | 242,000.00 |
| **Total** | **$** | **1,210,000.00** |

**Payment Terms:**  Please remit the Amount Due to **Citigroup Global Markets Inc**
(tax ID #11-2418191) by wire transfer of funds, as follows:

|  |  |
|---|---|
| Bank: | Citibank, N.A. |
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007-13 (Must be included) |
| Reference: | Financial Oversight Board |
| | of Puerto Rico (Dafi: |
| | 47PC1046) |
| Attention: | Michael Tong (212-723-2987) |

**cc:**  Michael Tong, Assistant Vice President
John C Gavin, Managing Director
Mike Leffler, Managing Director
James Castiglioni, Director



Public Finance Department
Municipal Securities Division

**To:**  Natalie Juresko
Executive Director
PR Financial Oversight and Management Board (PROMESA)

Invoice #:  1028_215

**Date**  November 16, 2021

---

### Fee Invoice

**Client Name:**  PR Financial Oversight and Management Board (PROMESA)

**Project Description:**  Financial Oversight Board of Puerto Rico

**Engagement Letter Date:**  January 27, 2017

**Description of Services:**  Strategic Advisory Services

| **Amount Due:** | | |
|---|---|---|
| May 2021 (Title III - Mainland) | $ | 968,000.00 |
| May 2021 (Title III - Puerto Rico) | $ | 242,000.00 |
| **Total** | **$** | **1,210,000.00** |

**Payment Terms:**  Please remit the Amount Due to **Citigroup Global Markets Inc**
(tax ID #11-2418191) by wire transfer of funds, as follows:

| | |
|---|---|
| Bank: | Citibank,  N.A. |
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007-13 (Must be included) |
| Reference: | Financial Oversight Board of Puerto Rico (Dafi: 47PC1046) |
| Attention: | Michael Tong (212-723-2987) |

**cc:**  Michael Tong, Assistant Vice President
John C Gavin, Managing Director
Mike Leffler, Managing Director
James Castiglioni, Director