## Statement of Account

## Invoices Pending

| Month | Region | Amount | Contract No. |
|---|---|---|---|
| February 2022 | Arecibo | $ 197,910.00 | 2022-EE0059 |
| March 2022 | Arecibo | $ 258,335.00 | 2022-EE0059 |
| March 2022 | Humacao | $ 93,330.00 | 2022-EE0059 |
| March 2022 | San German | $ 34,389.00 | 2022-EE0059 |
| Grand Total | --------------------- | $ 583,964.00 | 2022-EE0059 |

Certified to be a true and correct translation from its original.
Aída Torres, U.S.C.C.I.
Tel. 787-225-8218
aidatranslation@gmail.com