| | |
|---|---|
| Corporate Seal | GOVERNMENT OF PUERTO RICO |
| | DEPARTMENT OF EDUCATION |
| | Associate Secretary of Special Education |

## NOTICE

## REQUEST FOR PROPOSALS TO PROVIDE EDUCATIONAL AND RELATED SERVICES TO THE SPECIAL EDUCATION PROGRAM DURING FISCAL YEAR 2019-2020

The Associate Secretary of Special Education (SEE in Spanish) of the Department of Education has the commitment to provide educational and related services to the students of special education according to the eligibility criteria established in Law No. 51 of June 7, 1996, as amended, Act of Integral Educational Services for Persons with Impediments and Federal Law No. 108466, Individual with Disabilities Education Improvement Act. In harmony with its purposes, formal proposals are requested geared to offering: a) educational services; b) educational services and related services of therapeutic intervention; c) services related to initial and tri-annual evaluations; d) services related to therapeutic intervention and additional evaluations and reevaluations; to children and youngsters between the ages from three (3) to twenty one (21) years, during fiscal year 2019-2020. In turn a proposal is requested of independent specialist in the discipline of occupational therapy to offer e) supervision services to occupational therapy assistants in permanent positions at the Agency and evaluations.

The entities or the individuals that will be contracted to offer educational services and/or evaluation services and therapies must provide interventions or therapy services focused on the educational environment in the areas of psychology, speech language, occupational and physical with the finality of supporting the educational goals established in the Individualized Educational Program, based on the individual needs of the student and through prior authorization of the SEE or the authorized official. Among the services for which proposals are requested are the following:

1. **Educational services:** These services can include individualized services in small groups and educational services for children with special needs eligible for the services.

Certified to be a true and correct translation from its original.
Aída Torres, U.S.C.C.I.
Tel. 787-225-8218
aidatranslation@gmail.com

2

2. **Related services of evaluation and re-evaluation:**
   a. Initial evaluation - Is the evaluation in discipline of the health or related to the health, that is performed to establish a diagnosis on the primary impediment motive of registration for special educational services, which evidences adversely affecting the scholastic achievement of the student.
   b. Additional Evaluation - Is the evaluation in the discipline of health or related to the health that is performed to confirm the suspicion of a concomitant condition that could contribute to reducing the academic achievement of a student.
   c. Re-evaluation - Is the service that is defined as the process whereby there is compiled information on a person using formal, informal tests and other methods, including the analysis on the services provided in the discipline (time in service and strategies utilized), which analyze the pertinence and benefits on the continuity in the provision of the same, considering variables such as: origin and severity of the condition or impediment, level of operation, maintained operation, strategies of intervention used, presence of concomitant conditions, support of the home, capacity of self-correction, among others. This evaluation process is carried out after several years of service and proposes to give course to the offering of interventions related to the education, continuing with interventions motive for admission to the services focused on the educational needs of the student. This service will be requested considering the recommendation of the specialist that provides the services.
   d. Tri-annual Re-evaluation: Is a re-evaluation that is performed as a result of the process of Analysis of Existing Information, every three (3) years or before, if necessary, for the purpose of determining if the student continues being a child or a young person with impediments, as defined in the Federal Public Act 108-446 designated as Individuals with Disabilities Educational Improvement Act of 2004 (IDEA) and State, Law 51-1996, as amended, better known as Law of Integrated Educational Services

Certified to be a true and correct translation from its original.
Aída Torres, U.S.C.C.I.
Tel. 787-225-8218
aidatranslation@gmail.com

3

for Handicapped Persons. This service will be requested after the consideration of the information available to identify educational needs and actual educational function, to determine that, as a result of the impediment, the student needs special educational services and related services and to determine the necessary modifications so that the student will achieve their annual goals and participate, as far as is appropriate, in the general curriculum.

3. **Related intervention services:** Practices focused on the educational services, which in the different disciplines of related services, are constructed in operational goals and objectives, regarding the interests and abilities of the persons, geared to producing specific conducts, to facilitate the cognitive, physical/motor, speech and language, social/emotional and self-help development of a student, and with the finality of generating functionality and supporting the special educational services. The following modalities are offered:

   a. <u>Intervention of a consultive nature:</u> The specialist provides consultive services to the personnel of the school, parents or other professionals. The specialist analyzes, adapts, modifies and creates appropriate educational materials, observes in the classroom and meets with the teacher in order to assist the same with the planning and the follow-up of the progress of the student. This model includes providing information and demonstration of effective instruction and provide procedures of facilitation to the teacher and the parents.
   b. <u>Integrated intervention in the classroom:</u> The teacher and the specialists (several) work jointly together with each professional to work with their area of specialization.
   c. <u>Direct group intervention:</u> It is offered outside of the classroom to homogenous groups of students. They are grouped in the disciplines according to their needs from two to five students.
   d. <u>Direct individual intervention</u>: It is offered outside of the classroom

Certified to be a true and correct translation from its original.
Aída Torres, U.S.C.C.I.
Tel. 787-225-8218
aidatranslation@gmail.com

4

  in proportion of one to one in the intervention session. The specialist offers specialized instruction mostly directed to specific abilities. It can be considered in terms of time recommended, not of frequency.

 e. <u>Complementary collaborative intervention:</u> The specialist intervenes with the student, in the classroom, with the teacher as a special instructor. The teacher presents the curricular contents while the specialist assists the students that have recommended therapy services. The specialist collaborates in the classroom to intervene in the exercise of the tasks and when the children present difficulties. This model should be combined with individual or group intervention. Under this model the frequency is not necessarily established, just the time of weekly duration of the service, which combines different modalities. Nor is there necessarily established a specific day of offering.

 F. <u>Instructional intervention:</u> The specialist intervenes once (1) or twice (2) a month with the student, gradually reducing this focus during the year, pursuant to the needs of teachers, parents and students. In this process the teacher and/or parents are instructed so that they will apply the strategies used and the procedures demonstrated, towards the achievement of the objectives of intervention and PEI, which are similar.

These services will be offered to the students of the Special Education Program, referred by the Associate Secretary of Special Education or his/her authorized representative. The same must be offered, in first instance, in the school where the student receives the educational service. In those cases where a determined therapy service cannot be offered at the school, the service may be provided in another location, taking into consideration different options: Special Education Service Centers, any installation of the state or municipal government, at the Office of the Superintendent of Schools of the district, and at the private offices of the providers.

The eligible entities to present proposals can be entities with and without being for

Certified to be a true and correct translation from its original.
Aída Torres, U.S.C.C.I.
Tel. 787-225-8218
aidatranslation@gmail.com


5

profit that demonstrate integrity, commitment, experience and compliance with the public policy and with previous executions, as well as technical and financial resources. The professionals that render services must have their corresponding professional licenses in: psychology, occupational therapy, physical therapy and pathology of speaking and of language, among others.  Furthermore, there will also be considered the quality of the services rendered with the capacity of the proponent to: evidence the improvement in the educational achievement of the students; the positive impact of the services through the analysis of prognosis; focusing the treatment in evidencing the advantages in the provision of the services; and through the compliance with the public policy of the Agency.

The persons interested in submitting proposals may receive the corresponding information from the Associate Secretary of Special Education (new headquarters of the Department of Education, 150 Federico Costa Street, Industrial Urb. Tres Monjitas), after the School of Law of the Interamerican University in Hato Rey) as of March 20, 2019,.  In turn they may obtain it by accessing the following electronic address: https://ee-propuestas.dde.pr/

The proposals will be submitted on line on or before Friday, April 30, 2019.  **No proposals will be accepted with a date after the one stated.**  The proposals must be directed to Atty. Eliezer Ramos Pares, Associate Secretary of Special Education.

To obtain additional information you may communicate with telephone number 787-773-2288 or the e-mail address: Maria L. Soto Serrano (soto.mari@de.pr.gov).

<div style="text-align:center">

Julia. B. Keleher, Ed. D.
Secretary

</div>

P.O. Box 190759, San Juan, P.R. 00919-0750* Tel. 787.773.5800 DE DEPARTMENT OF EDUCATION

___

The Department of Education does not discriminate in any manner due to age, race, color, sex, birth, condition as a veteran, political or religious ideology, social origin or condition, sexual orientation of gender identity, incapacity or physical or mental impediment; nor for being a victim of domestic violence, sexual aggression or stalking.

Certified to be a true and correct translation from its original.
Aída Torres, U.S.C.C.I.
Tel. 787-225-8218
aidatranslation@gmail.com