# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre __Reynaldo Vega Vargas__

Dirección Postal __P.O Box 812__
__Juana Díaz, Puerto Rico__
__00795__

Teléfono de contacto res. __—__     cel. __787-223-5670__

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el _____ de _Marzo_ de _1987_ hasta el _____ de _Presente_ de _____. Culmine mi laborar como _Empalmador 3_ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Reynaldo Vega Vargas_
Nombre en letra de molde

_Reynaldo Vega Vargas_  8-15-2020
Firma

P.D.: El Fundamento de mi reclamo es por un dinero adeudado por conceptos de amentos, de leyes que se firmaron durante mis años de servicio cuando P.R.T.C era una agencia del gobierno de Puerto Rico. Por lo tanto no estoy de acuerdo que se desestime mi reclamo.
Att. Reynaldo Vega Vargas

R.V.V

Nota: Envié estos documentos ahora porque carta llegó tarde.