

RECURSOS HUMANOS
DEPARTAMENTO DE COMPENSACION Y BENEFICIOS DE EMPLEADOS
SECCION DE RECORDS

## CERTIFICACION DE EMPLEO

| | |
|---|---|
| Nombre del Empleado | : REYNALDO VEGA VARGAS |
| Número del Empleado | : 0009643 |
| Puesto | : EMPALMADOR II |
| Fecha de Ingreso | : 03/09/1987 |
| Departamento | : DIV-OPERS CAMPO I/S-PONCE |
| Salario | : $43,264.00    ANUAL |
| Status del Empleado | : REGULAR    Jornada: COMPLETA |
| Status de Nómina | : NO EXENTO |
| Car Allowance YTD | : $0.00 |

Esta certificación tiene sello oficial al relieve que confirma como correcta la información obtenida de los récords de personal del empleado. En Guaynabo, Puerto Rico a  10 de agosto de 2020

SUPERVISOR / RECORDS DEL EMPLEADO
O SU REPRESENTANTE

Teléfono: (787) 706-6355, 706-6342
Email: certificacion_empleo@claropr.com