Reynaldo Vega Vargas
P.O Box 812
Juana Diaz P.R 00795





Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767