# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### COSEY'S MOTION FOR EXTENSION OF TME TO FILE CERTIFIED ENGLISH TRANSLATION AT DOCKET NO. 21209

TO THE HONORABLE LAURA TAYLOR
SWAIN, UNITED STATES DISTRICT JUDGE:

COMES NOW, Corporacion de Servicios Educativos de Yabucoa, Inc., ("COSEY"), by and through the undersigned legal counsel, and respectfully submits COSEY's Motion for Leave to File Spanish Document and Request Extension of Term to File Certified English Translation at Docket No. 21209 (the "Motion") and very respectfully avers and prays as follows:

1. COSEY by and through its attorneys, filed *COSEY's Motion for Allowance and Payment of Administrative Expense Claim* [Docket No. 21209], which appends a Spanish documents, as Exhibits 2, 3, and 4. COSEY hereby moves for leave to file Exhibits 2, 3, and 4 in its original Spanish language and for leave to file a certified English translation by July 8, 2022

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).
.

1

pursuant to Local District Court Rule 5(g).

2. On June 24, 2022, COSEY filed *COSEY's Motion for Leave to File Spanish Document and Request Term to File Certified English Translation at Docket No. 21209.* [Docket No. 21346]

3. Furthermore, COSEY request a short extension of term of seven (7) days to submit the corresponding Certified English Translation.

**WHEREFORE**, the herein appearing party respectfully requests the Honorable Court to grant the requested extension of time, until July 15, 2022.

**I HEREBY CERTIFY** that on this date, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Dated: July 8, 2022.

Respectfully submitted,

S/ **Alexis A. Betancourt Vincenty**
Alexis A. Betancourt Vincenty
USDC-PR No. 301304
Lugo Mender Group, LLC
100 Carr. 165 Suite 501
Guaynbao, P.R. 00968-8052
Tel. (787) 707-0404
Fax (787) 707-0412
a_betancourt@lugomender.com

2