UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO et al., | (Jointly Administered) |
| Debtors.[1] | |

ORDER CONCERNING EXTENSION OF TIME TO FILE
ENGLISH TRANSLATIONS OF SPANISH LANGUAGE EXHIBITS

Upon consideration of *COSEY's Motion for Extension of T[i]me to File Certified English Translation at Docket No. 21209* (Docket Entry No. 21466 in Case No. 17-3283) (the "Extension Motion"), filed by the Corporación de Servicios Educativos de Yabucoa, Inc. ("COSEY"); and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue in this district is proper pursuant to PROMESA section 307(a); and the Court having found that the Parties provided adequate and appropriate notice of the Extension Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Extension Motion; and the Court having determined that the factual bases set forth in the Extension Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

therefor, it is hereby ORDERED that:

1. The Extension Motion is granted as set forth herein.

2. The deadline for COSEY to file certified English translations of Exhibits 2, 3, and 4 to *COSEY's Motion for Allowance and Payment of Administrative Expense Claim* (Docket No. 21209 in Case No. 17-3283) shall be extended by seven (7) days to **July 15, 2022**, at **5:00 p.m. (Atlantic Standard Time)**.

3. This Order resolves Docket Entry No. 21466 in Case No. 17-3283.

SO ORDERED.

Dated: July 8, 2022

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge