**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**COSEY'S MOTION SUBMITTING**
**CERTIFIED ENGLISH TRANSLATION OF EXHIBITS AT DOCKET NO. 21209**

TO THE HONORABLE LAURA TAYLOR
SWAIN, UNITED STATES DISTRICT JUDGE:

COMES NOW, Corporacion de Servicios Educativos de Yabucoa, Inc., ("COSEY"), by and through the undersigned legal counsel, and respectfully submits COSEY's Motion for Leave to File Spanish Document and Request Extension of Term to File Certified English Translation at Docket No. 21209 (the "Motion") and very respectfully avers and prays as follows:

1. COSEY includes herein identifying those exhibits which have been translated by a certified professional and related to the *COSEY's Motion for Allowance and Payment of Administrative Expense Claim* [Docket No. 21209] Exhibits 2, 3, and 4.

2. The certified English translations that are being submitted as Exhibit 3 & 4 herein

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).
.

1

were prepared by the U.S. Certified Court Interpreter Aida Torres.

3. The Exhibit 2 were provided by COSEY and is included herein.

**WHEREFORE**, COSEY's respectfully prays this Court takes notice of the certified English Translation to the "*COSEY's Motion for Allowance and Payment of Administrative Expense Claim"* filed at [Docket No. 21209].

**I HEREBY CERTIFY** that on this date, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Dated: July 12, 2022.

Respectfully submitted,     S/ **Alexis A. Betancourt Vincenty**
Alexis A. Betancourt Vincenty
USDC-PR No. 301304
Lugo Mender Group, LLC
100 Carr. 165 Suite 501
Guaynbao, P.R. 00968-8052
Tel. (787) 707-0404
Fax (787) 707-0412
a_betancourt@lugomender.com