# ANNEX #1

## LETTER FROM THE SOLICITOR GENERAL, ELIZABETH B. PRELOGAR WAIVING CONTESTING CERTIORI #21-6910

IN THE SUPREME COURT OF THE UNITED STATES

CRUZADO-LAUREANO, JUAN MANUAL
Petitioner

vs.

No: 21-6910

W. STEPHEN MULDROW

## WAIVER

The Government hereby waives its right to file a response to the petition in this case, unless requested to do so by the Court.

ELIZABETH B. PRELOGAR
Solicitor General
Counsel of Record

January 26, 2022

cc:

JUAN MANUAL CRUZALDO-
LAUREANO
PO BOX 405
VEGA ALTA, PR 00692