# EXHIBIT A[1]

PARTY APPEARANCE SHEET

| Name of Party | | Is the party attending the Confirm. Hearing, Omnibus Hearing, **or** Both? |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person – PR **or** CourtSolutions Speaking Line[2] |
| | Name | |
| | Law Firm | |
| | Email | |
| | Phone Number | |
| | Docket Entry No. of Notice of Appearance | |
| ATTORNEY 2 | Appearance Method | In Person – PR **or** CourtSolutions Speaking Line |
| | Name | |
| | Law Firm | |
| | Email | |
| | Phone Number | |
| | Docket Entry No. of Notice of Appearance | |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes.<br><br>Name<br>Observation Method<br>• CourtSolutions Listen Only<br>• In Person – PR<br>• In Person – NY<br>Law Firm<br>Email<br>Phone Number | |
| Pursuant to the Hearing Procedures Order ¶ 1, in-person participation by counsel will be prioritized in the following manner: the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be permitted 4 attorneys present in Courtroom 3 in San Juan, and each other party-in-interest shall be permitted 2 attorneys present in Courtroom 3 in San Juan. | | |

---

[1] This Party Appearance Sheet must be attached to a party in interest's Informative Motion as **Exhibit A**.

[2] Pursuant to the Hearing Procedures Order ¶ 2, attorneys intending to participate by CourtSolutions must also separately register on the CourtSolutions website.

> Space permitting, additional attorneys who wish to view but not participate in the Confirmation Hearing or August Omnibus Hearing may gain admittance to the live courtroom (Courtroom 3 in San Juan), or the live feed which will broadcasted in Courtroom 17C in New York on a first-come first-served basis. All attorneys who wish to observe in person must be listed on this appearance sheet.