# EXHIBIT B[1]
## PARTY WITNESS COVER SHEET

| | |
|---|---|
| Name of Party | |
| Does the Party intend to offer a witness? | |
| Total Number of Witnesses | |

| Witness Name | Expert or Fact Witness | Is interpreter required? (Proponent of witness must provide certified interpreter)* | Scope of Testimony |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

*The Court does not provide interpreters for witness testimony.

---

[1] This Party Witness Cover Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit B**.