UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,
Debtors[1]

PROMESA
TITLE III
Case No. 17-BK-3283
(LTS)
RE: ECF Nos. 21194, 21232

## MOTION SUBMITTING CERTIFIED TRANSLATIONS OF JUDGMENTS ENTERED BY THE COURT OF FIRST INSTANCE OF PUERTO RICO IN CASE No. K AC 1991-0665 AND RELATED DOCUMENTS

**To the Honorable United States District Court Judge Laura Taylor Swain:**

**COME NOW,** the group creditors in the litigation captioned Madeline Acevedo-Camacho et als v Family Department, ARV and AIJ, CASP Case No. 2016-05-1340, (the "Movant's"), by and through the undersigned attorney, to respectfully state, allege and pray:

1. The appearing Movants filed an Application for Allowance and Payment of Administrative Expense Priority Claims at ECF number 21194.

2. The Movants filed a motion at ECF number 21232 requesting leave to file the Judgments entered by the Court of First Instance of Puerto Rico in case No.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

K AC 1991-0665 in the Spanish language and requested a 30- day term to file the certified translations.

3. In compliance with PR-Local District Court Rule 5, the Movants hereby submit the certified translation of the Amend Judgment and Partial Judgment approving new pay scales, entered by the Court of First Instance of Puerto Rico in case NO. K AC 1991-0665, and that are included as Exhibits 1-A and 1- B, and the Stipulation entered in case No. K AC 2007-0214, included as Exhibit 3, in support of the Motion for allowance and Payment of Administrative Priority claims.

**WHEREFORE**, the Movant's respectfully pray for this Honorable Court to take notice of the filing of the certified translations of the Judgments entered by the Court of First Instance of Puerto Rico and the stipulation of reference.

**RESPECTFULLY SUBMITTED**.

I HEREBY CERTIFY, that on this date, in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), we electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to counsels of record.

Dated: July 12, 2022, in San Juan, Puerto Rico,.

ATTORNEY FOR GROUP CREDITORS

By: *ISl IVONNE GONZALEZ-MORALES*
IVONNE GONZALEZ-MORALES
USDC NUM: 202701
PO BOX 9021828
SAN JUAN, PR 00902-1828
Tel. (787) 410-0119
E-mail: ivonnegm@prw.net