| EXHIBIT B |
|---|
| **SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION FOR FEE PERIOD** |

| Name | Title or Position | Department | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|
| Juan J. Casillas | Partner | Labor and Litigation | 1997 | $109,620.00 | 406.00 | $270.00 | 0 |
| Luis F. Llach | Partner | Labor and Litigation | 2004 | $35,100.00 | 130.00 | $270.00 | 0 |
| Luis L. Torres | Partner | Corporate and Taxes | 1997 | $1,674.00 | 6.20 | $270.00 | 0 |
| | | **Total Partner:** | | **$146,394.00** | **542.20** | | |
| Luis Ramos | Member | Labor and Litigation | 2002 | $15,012.00 | 55.60 | $270.00 | 1 |
| | | **Total Partner:** | | **$15,012.00** | **55.60** | | |
| Edna Tejeda | Counsel | Labor and Litigation | 2001 | $10,530.00 | 40.50 | $260.00 | 0 |
| Juan R. Gonzalez | Counsel | Labor and Litigation | 1985 | $5,382.00 | 20.70 | $260.00 | 0 |
| Rene Comas | Counsel | Labor and Litigation | 1997 | $2,262.00 | 8.70 | $260.00 | 0 |
| | | **Total Counsel:** | | **$18,174.00** | **69.90** | | |

| Cristina Fernández | Junior Partner | Labor and Litigation | 2015 | $32,808.00 | 136.70 | $240.00 | |
|---|---|---|---|---|---|---|---|
| Juan Nieves | Junior Partner | Labor and Litigation | 2012 | $47,064.00 | 196.10 | $240.00 | 1 |
| Juan Nieves | Junior Partner | Labor and Litigation | 2012 | $144.00 | 1.20 | $120.00 | |
| Natalia Del Nido | Junior Partner | Labor and Litigation | 2011 | $1,920.00 | 8.00 | $240.00 | 1 |
| Natalia Palmer | Junior Partner | Corporate and Taxes | 2009 | $1,752.00 | 7.30 | $240.00 | 0 |
| | | **Total Junior Partner:** | | **$83,688.00** | **349.30** | | |
| Cristina Fernández | Senior Associate | Labor and Litigation | 2015 | $14,780.00 | 73.90 | $200.00 | 2 |
| | | **Total Senior Associate:** | | **$14,780.00** | **73.90** | | |
| Paralegal Services | Paralegal | Labor and Litigation | | $2,679.00 | 28.20 | $95.00 | 0 |
| | | **Total Paraprofessional:** | | **$2,679.00** | **28.20** | | |
| | **Total:** | | | **$280,727.00** | **1,119.10** | | |
| | **Blended Rate:** | | | | | **$250.85** | |
| | **Blended Rate Excluding Paraprofessionals:** | | | | | **$254.88** | |