# EXHIBIT D

# SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| | EXHIBIT D-1 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET | | | | | | | | | |
| **Task Code and Project Category** | **Budgeted Hours** | | | | | **Billed Hours** | | | | |
| | **Feb-22** | **Mar-22** | **Apr-22** | **May-22** | **Total** | **Feb-22** | **Mar-22** | **Apr-22** | **May-22** | **Total** |
| B110 Case Administration | 15.00 | 10.00 | 8.00 | 10.00 | 43.00 | 11.20 | 10.40 | 2.70 | 14.50 | 38.80 |
| B112 General Creditor Inquiries | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B113 Pleadings Review | 65.00 | 70.00 | 65.00 | 68.00 | 268.00 | 47.30 | 62.90 | 65.00 | 70.10 | 245.30 |
| B120 Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B130 Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B140 Relief from Stay / Adequate Protection Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 15.00 | 10.00 | 10.00 | 12.00 | 47.00 | 1.90 | 4.80 | 4.40 | 4.80 | 15.90 |
| B155 Court Hearings | 10.00 | 10.00 | 10.00 | 10.00 | 40.00 | 8.70 | 3.20 | 0.00 | 0.40 | 12.30 |
| B160 Employment / Fee Applications | 3.00 | 18.00 | 3.00 | 3.00 | 27.00 | 0.00 | 17.50 | 0.00 | 4.30 | 21.80 |
| B161 Budgeting (Case) | 2.00 | 2.00 | 2.00 | 2.00 | 8.00 | 2.90 | 2.30 | 1.70 | 0.60 | 7.50 |
| B165 Fee and Employment Applications of Other Professionals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B170 Fee and Employment Objections | 1.00 | 2.00 | 2.00 | 2.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B180 Avoidance Action | 35.00 | 50.00 | 30.00 | 0.00 | 115.00 | 35.00 | 53.30 | 0.10 | 0.00 | 88.40 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B185 Assumption / Rejection of Leases and Contracts | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B190 Other Contested Matters | 35.00 | 38.00 | 35.00 | 35.00 | 143.00 | 34.10 | 41.90 | 35.00 | 43.10 | 154.10 |
| B191 General Litigation | 55.00 | 55.00 | 55.00 | 70.00 | 235.00 | 58.00 | 53.60 | 55.00 | 71.30 | 237.90 |
| B195 Non-Working Travel | 5.00 | 5.00 | 5.00 | 5.00 | 20.00 | 1.20 | 0.00 | 0.00 | 0.00 | 1.20 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B220 Employee Benefits / Pensions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B230 Financing / Cash Collections | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B231 Security Document Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B261 Investigations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B310 Claims Administration and Objections | 5.00 | 35.00 | 25.00 | 120.00 | 185.00 | 5.70 | 35.40 | 56.20 | 105.90 | 203.20 |
| B312 Objections to Claims | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B320 Plan and Disclosure Statement | 15.00 | 80.00 | 75.00 | 20.00 | 190.00 | 15.20 | 0.60 | 58.70 | 8.70 | 83.20 |
| B420 Restructurings | 5.00 | 8.00 | 8.00 | 60.00 | 81.00 | 0.00 | 9.10 | 0.40 | 0.00 | 9.50 |
| **TOTAL HOURS** | **266.00** | **393.00** | **333.00** | **417.00** | **1,409.00** | **221.20** | **295.00** | **279.20** | **323.70** | **1,119.10** |
| **TOTAL FEES** | **$67,032.00** | **$99,036.00** | **$82,917.00** | **$103,833.00** | **$352,818.00** | **$53,991.00** | **$72,337.00** | **$72,349.50** | **$82,049.50** | **$280,727.00** |

2

## FURTHER BREAKDOWN OF COMPENSATION REQUESTED BY PROJECT CATEGORY AND BY MATTER

### General (Matter ID: 396-00002)

| Task Code and Project Category | Hours | Amount |
|---|---:|---:|
| B110   - Case Administration | 30.10 | $6,202.00 |
| B113   - Pleadings Review | 215.30 | $54,885.00 |
| B150   - Meetings of and Communications with Creditors | 10.30 | $2,781.00 |
| B155   - Court Hearings | 10.90 | $2,733.00 |
| B160   - Fee/Employment Applications | 3.30 | $891.00 |
| B180   - Avoidance Action | 3.50 | $945.00 |
| B190   - Other Contested Matters | 22.10 | $5,547.50 |
| B191   - General Litigation | 22.00 | $5,796.00 |
| B320   - Plan and Disclosure Statement | 8.30 | $2,241.00 |
| **Total** | **325.80** | **$82,021.50** |

### PREPA (Matter ID: 396-00006)

| Task Code | Hours | Amount |
|---|---:|---:|
| B110   - Case Administration | 1.10 | $267.50 |
| B113   - Pleadings Review | 22.50 | $5,932.00 |
| B150   - Meetings of and Communications with Creditors | 2.10 | $567.00 |
| B155   - Court Hearings | 1.40 | $336.00 |
| B190   - Other Contested Matters | 56.00 | $13,446.50 |
| B191   - General Litigation | 87.10 | $21,904.00 |
| B310   - Claims Administration and Objections | 0.20 | $54.00 |
| B320   - Plan and Disclosure Statement | 44.30 | $11,426.00 |
| B420   - Restructurings | 9.50 | $2,223.00 |
| **Total** | **224.20** | **$56,156.00** |

### HTA (Matter ID: 396-00007)

| Task Code | Hours | Amount |
|---|---:|---:|
| B110   - Case Administration | 0.90 | $243.00 |
| B113   - Pleadings Review | 5.90 | $1,590.00 |
| B150   - Meetings of and Communications with Creditors | 3.50 | $782.50 |
| B190   - Other Contested Matters | 7.90 | $2,133.00 |
| B191   - General Litigation | 31.40 | $7,477.00 |
| B310   - Claims Administration and Objections | 0.30 | $81.00 |
| B320   - Plan and Disclosure Statement | 29.60 | $7,440.00 |
| **Total** | **79.50** | **$19,746.50** |

**Fee Application (Matter ID: 396-00015)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110   - Case Administration | 0.10 | $9.50 |
| B160   - Fee/Employment Applications | 18.50 | $4,050.00 |
| B161   - Budgeting (Case) | 7.50 | $2,025.00 |
| **Total** | **26.10** | **$6,084.50** |

**Claims Review (Matter ID: 396-00017)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110   - Case Administration | 1.00 | $261.00 |
| B190   - Other Contested Matters | 42.00 | $11,132.00 |
| B191   - General Litigation | 64.70 | $15,904.00 |
| B195   - Non-Working Travel | 1.20 | $144.00 |
| B310   - Claims Administration and Objections | 199.00 | $50,117.00 |
| B320   - Plan and Disclosure Statement | 0.40 | $102.00 |
| **Total** | **308.30** | **$77,660.00** |

**Avoidance Actions (Matter ID: 396-00018)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110   - Case Administration | 5.60 | $1,512.00 |
| B113   - Pleadings Review | 1.60 | $423.00 |
| B180   - Avoidance Action | 84.90 | $21,186.50 |
| B190   - Other Contested Matters | 26.10 | $6,807.00 |
| B191   - General Litigation | 32.70 | $7,980.00 |
| B310   - Claims Administration and Objections | 3.70 | $988.00 |
| B320   - Plan and Disclosure Statement | 0.60 | $162.00 |
| **Total** | **155.20** | **$39,058.50** |

# EXHIBIT D-2

## SUMMARY OF EXPENSES BY CATEGORY

| Category | Amount |
|---|---:|
| Conference Calls Expense | $30.51 |
| Delivery Expense | $73.00 |
| Outside Photocopying Expense | $2,620.92 |
| Photocopies Expense | $1,431.10 |
| Postage Expense | $780.31 |
| Transcription of Hearings | $2,418.90 |
| **Total** | **$7,354.74** |