# EXHIBIT E

## BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR

### February 2022 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $42,275.00 | $38,047.50 | $1,739.83 | $39,787.33 |
| PREPA | $2,469.00 | $2,222.10 | $0.00 | $2,222.10 |
| HTA | $9,247.00 | $8,322.30 | $0.00 | $8,322.30 |
| ERS | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$53,991.00** | **$48,591.90** | **$1,739.83** | **$50,331.73** |

### March 2022 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $55,905.00 | $50,314.50 | $5,039.58 | $55,354.08 |
| PREPA | $16,000.00 | $14,400.00 | $536.10 | $14,936.10 |
| HTA | $432.00 | $388.80 | $0.00 | $388.80 |
| ERS | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$72,337.00** | **$65,103.30** | **$5,575.68** | **$70,678.98** |

**April 2022 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $47,012.50 | $42,311.25 | $2.53 | $42,313.78 |
| PREPA | $21,017.00 | $18,915.30 | $0.00 | $18,915.30 |
| HTA | $4,320.00 | $3,888.00 | $0.00 | $3,888.00 |
| ERS | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$72,349.50** | **$65,114.55** | **$2.53** | **$65,117.08** |

**May 2022 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $59,632.00 | $53,668.80 | $36.20 | $53,705.00 |
| PREPA | $16,670.00 | $15,003.00 | $0.50 | $15,003.50 |
| HTA | $5,747.50 | $5,172.75 | $0.00 | $5,172.75 |
| ERS | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$82,049.50** | **$73,844.55** | **$36.70** | **$73,881.25** |