# SCHEDULE 1

## MONTHLY STATEMENTS COVERED IN APPLICATION

### (attached hereto)

| Date Submitted | Monthly Period Covered | Requested Fees (90%) | Requested Expenses (100%) | Fees Paid | Expenses Paid | 10% Fee Holdback |
|---|---|---|---|---|---|---|
| **Interim Fee Period: January 16, 2021 through April 15, 2022** | | | | | | |
| 5/4/22 | 1/16/22 - 2/15/22 | $4,500.00 | $0.00 | $4,500.00 | $0.00 | $500.00 |
| 6/16/22 | 2/16/22 - 3/15/22 | $4,500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| 6/22/22 | 3/16/22 - 4/15/22 | $4,500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| **Total** | | **$18,000.00** | **$0.00** | **$4,500.00** | **$0.00** | **$2,000.00** |



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 2/16/2022 | 2022-0071 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

**Project:** 4 - UNSECURED FEES

Job #

**Description** | **Amount**

CLIENT: UCC
PRODUCT: MONTHLY FEE

JANUARY 16, 2022 TO FEBRUARY 15, 2022

FEE MENSUAL: 5,000.00

- Monitoring
   a. Clippings with their translation of article/news related to matters of the Committee.
   b. Spent around 1.0 hour doing these clippings/translations and sending them to the UCC
      Estimated hours on this: 15 hours

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 3/16/2022 | 2022-0115 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>FEBRUARY 16, 2022 TO MARCH 15, 2022<br><br>FEE MENSUAL:<br><br>- Communications strategies<br>Work with members of the committee in establish some strategies for a approach to the member of the House of representatives<br>    Estimated hours: 4<br><br>- Monitoring<br>  a. Clippings with their translation of article/news related to matters of the Committee.<br>  b. Spent around 1.0 hour doing these clippings/translations and sending them to the UCC<br>    Estimated hours on this: 10 | 5,000.00 |

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 4/18/2022 | 2022-0171 |

P.O. No.

**Bill To:**

UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>MARCH 16, 2022 TO APRIL 15, 2022<br><br>FEE MENSUAL: | 5,000.00 |

Monitoring
 - a. Clippings with their translation of article/news related to matters of the Committee.
    Estimated hours on this: 15 hours

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209