**Exhibit A**

**Summary of Fees Incurred by Professional**

| EXHIBIT A: SUMMARY OF FEES INCURRED BY PROFESSIONAL | | | | |
|---|---|---|---|---|
| **Professional** | **Position** | **Billing Rate** | **Hours** | **100% of Fees** |
| Martinez, Scott | Director | $ 945.00 | 341.9 | $ 323,095.50 |
| Deichmann, Eric | Director | $ 840.00 | 15.6 | 13,104.00 |
| Kardos, Elizabeth S | Director | $ 750.00 | 1.0 | 750.00 |
| Praga, Deborah | Senior Vice President | $ 655.00 | 12.9 | 8,449.50 |
| Saydah, Heather | Senior Vice President | $ 510.00 | 14.1 | 7,191.00 |
| Filler, Brooke | Vice President | $ 485.00 | 0.3 | 145.50 |
| Braverman, Jennifer | Vice President | $ 460.00 | 60.1 | 27,646.00 |
| **Total** | | | **445.9** | **$ 380,381.50** |