**Exhibit B**

**Summary of Hours and Fees by Project Category**

| EXHIBIT B: SUMMARY OF FEES INCURRED DURING THE INTERIM PERIOD BY PROJECT CATEGORY | | | |
|---|---|---|---|
| **Matter Category** | **Description** | **Hours** | **100% Fees** |
| 20000797P00001.1.1 | Planning & Coordination / Case Management | - | $ - |
| 20000797P00001.1.2 | Meetings and Communications with Committee Members and/or Professionals | 25.4 | 24,003.00 |
| 20000797P00001.1.3 | Communication with Interested Parties | 17.3 | 16,348.50 |
| 20000797P00001.1.4 | Liquidity and Cash Management | 26.5 | 25,042.50 |
| 20000797P00001.1.5 | Fiscal Plan and Related Budgets Analysis and Assessment | 7.1 | 6,709.50 |
| 20000797P00001.1.6 | Financial and Other Diligence | 10.0 | 9,450.00 |
| 20000797P00001.1.7 | Sales of Assets | - | - |
| 20000797P00001.1.8 | Due Diligence of Commonwealth Assets | - | - |
| 20000797P00001.1.9 | Debt Capacity | - | - |
| 20000797P00001.1.10 | Investments in Puerto Rico, Including Public-Private Partnerships | - | - |
| 20000797P00001.1.11 | Plan of Adjustment Review and Negotiations | 20.9 | 19,750.50 |
| 20000797P00001.1.12 | Litigation Support and Claims Analysis | 23.3 | 22,018.50 |
| 20000797P00001.1.13 | Testimony / Court Appearance | 5.4 | 5,103.00 |
| 20000797P00001.1.14 | Expert Reports | - | - |
| 20000797P00001.1.15 | Pension Matters | 1.9 | 1,795.50 |
| 20000797P00001.1.16 | Retention | 83.0 | 42,917.50 |
| 20000797P00001.1.17 | Fee Statements and Fee Applications | 31.1 | 25,551.00 |
| 20000797P00001.1.18 | PREPA Title III | 127.7 | 119,038.50 |
| 20000797P00001.1.19 | HTA Title III | 66.3 | 62,653.50 |
| 20000797P00001.1.20 | ERS Title III | - | - |
| **Total** | | **445.9** | **$ 380,381.50** |