## Exhibit A

**Professional Fees - services performed outside Puerto Rico**

| Employee | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Julia Frayer | *Managing Director* | 38.40 | $ 900.00 | $ 34,560.00 |
| Julia Frayer - travel time | *Managing Director* | 10.00 | $ 450.00 | $ 4,500.00 |
| Gabriel Roumy | *Managing Consultant* | 34.70 | $ 635.00 | $ 22,034.50 |
| Gabriel Roumy - travel time | *Managing Consultant* | 10.00 | $ 317.50 | $ 3,175.00 |
| Victor Chung | *Managing Consultant* | 4.90 | $ 635.00 | $ 3,111.50 |
| Ryan Ngai | *Research Associate* | 111.80 | $ 325.00 | $ 36,335.00 |
| Luke Marham | *Research Associate* | 29.70 | $ 325.00 | $ 9,652.50 |
| **Subtotal Professional Fees** | | **239.50** | | **$ 113,368.50** |

**Professional Fees - services performed in Puerto Rico**

| Employee | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Julia Frayer | *Managing Director* | 22.10 | $ 900.00 | $ 19,890.00 |
| Gabriel Roumy | *Managing Consultant* | 26.50 | $ 635.00 | $ 16,827.50 |
| **Subtotal Professional Fees** | | **48.60** | | **$ 36,717.50** |
| **Total Professional Fees** | | **288.10** | | **$ 150,086.00** |