**Exhibit B**

[remainder of page intentionally left blank]

## Julia Frayer

| Date | Total hrs | Activities |
|---|---|---|
| 28-Apr | 0.2 | call with PH, reach out to Zolfo for new information |
| 29-Apr | 1.8 | review files sent over by Zolfo |
| 2-May | 2.0 | review of ▮▮▮, kick off ▮▮▮ |
| 10-May | 1.3 | call internally to kick off call and review materials sent over by Alex Bongartz (PH) |
| 11-May | 0.3 | plan for call with PH |
| 11-May | 0.8 | external kick-off call hosted by Alex Bongartz (PH) and Luc Despins (PH) |
| 11-May | 0.3 | internal post-call debrief with LEI |
| 12-May | 0.5 | identify ▮▮▮ |
| 12-May | 0.2 | brief call with Luc Despins (PH) |
| 12-May | 1.2 | review ▮▮▮ |
| 13-May | 1.0 | due diligence: informational call with Zolfo |
| 13-May | 0.8 | call with Fred Dellorfano (M Solar) and Luc Despins (PH) |
| 13-May | 0.1 | emails read from Luc Despins (PH) and responses from FOMB |
| 13-May | 0.1 | internal check in with Gabriel Roumy (LEI) |
| 15-May | 0.1 | call with Luc Despins (PH) |
| 15-May | 0.1 | compose email for Ankura contacts |
| 16-May | 0.1 | set up call with Ankura |
| 16-May | 0.5 | review data from ▮▮▮; update log |
| 16-May | 0.8 | due diligence: call with Ankura |
| 16-May | 0.8 | prep for tomorrow's meeting with Fred Dellorfano (M Solar) |
| 17-May | 2.5 | review new materials |
| 17-May | 1.8 | meeting with Fred Dellorfano (M Solar) @ LEI's Boston offices |
| 17-May | 0.5 | post-call internal debrief |
| 17-May | 0.5 | call with Alex Bongartz (PH) on admin requirements |
| 17-May | 0.2 | call with Luc Despins (PH) to discuss progress |
| 17-May | 0.5 | talk with Gabriel Roumy (LEI) about ▮▮▮ |
| 18-May | 0.1 | chat with Zolfo re: Ankura call |
| 18-May | 0.1 | set up call with former FOMB staff |
| 19-May | 0.2 | call with Fred Dellorfano (M Solar), follow up email |
| 19-May | 0.5 | schedule trip to San Juan |
| 19-May | 0.1 | call Dennis (Ankura) |
| 19-May | 1.0 | internal call on ▮▮▮ |
| 20-May | 1.1 | due diligence: interview former FOMB staff |
| 20-May | 0.5 | internal project management meeting |
| 20-May | 1.5 | quick call with Luc Despins (PH); iron out schedule with internal team for due diligence trip |
| 21-May | 0.2 | Call with Alex Bongartz (PH) re: admin - budget process |
| 21-May | 0.1 | email Alex Bongartz (PH) |
| 22-May | 1.3 | review ▮▮▮; prep for meetings next week |
| 23-May | 5.0 | travel time (transfers+flight) |
| 23-May | 1.0 | due diligence: mtg with service providers to C&I and IPPs* |
| 23-May | 3.0 | review ▮▮ and develop ▮▮* |
| 23-May | 0.3 | correspond with PH* |
| 23-May | 2.0 | due diligence: mtg with IPP developpers and advisors* |
| 24-May | 0.3 | correspondence - request add't mtg (Ankura, PRMA, Tradewinds)* |
| 24-May | 0.5 | analyze ▮▮* |
| 24-May | 0.8 | review the ▮▮ in progress (LEI)* |
| 24-May | 4.5 | due diligence: mtgs with IPP developpers and advisors and vendors* |
| 24-May | 0.8 | review slides for FOMB meeting next day* |
| 25-May | 4.0 | due diligence: mtgs withh electricity customers and representatives* |
| 25-May | 1.0 | prepare for call with Mediation Team* |
| 25-May | 0.5 | call with PH prior to FOMB call* |
| 25-May | 0.3 | review the ▮▮ in progress (LEI)* |

| Date | Hours | Description |
|---|---|---|
| 25-May | 1.2 | Mediation Team call (McKinsey/FOMB presentation)* |
| 25-May | 0.4 | debrief after FOMB call* |
| 26-May | 1.5 | due diligence: call with Ankura (with internal debrief afterwards)* |
| 27-May | 5.0 | travel time (transfers+flight) |
| 27-May | 0.8 | develop ▮▮▮▮ |
| 28-May | 1.5 | review slides for Committee meeting |
| 28-May | 0.5 | correspond with Alex Bongartz (PH) re: call with McKinsey |
| 29-May | 2.0 | prep for meeting with McKinsey |
| 30-May | 1.0 | call with PH, Proskauer, McKinsey, Ankura staff - discuss ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 31-May | 0.5 | call with PH |
| 31-May | 1.9 | internal call and review slides for Committee |
| 31-May | 0.1 | admin - budget and invoice prep |
| 31-May | 2.3 | revise Committee slides and ▮▮▮▮▮ discuss internally |
| 31-May | 0.2 | respond to customer outreach; other meetings setup |
| 31-May | 2.0 | additional ▮▮▮▮▮▮▮▮▮▮▮ |
|  | **70.50** |  |

*services performed in Puerto Rico

# Gabriel Roumy

| Date | Total hrs | Activities |
|---|---|---|
| 10-May | 2.30 | review ▮▮▮; internal call |
| 10-May | 0.80 | admin - seting up internal folders, hours tracking |
| 11-May | 0.80 | external kick-off call hosted by Alex Bongartz (PH) and Luc Despins (PH) |
| 11-May | 0.30 | internal post-call debrief with LEI |
| 12-May | 1.00 | internal call - updating ▮▮ |
| 12-May | 0.20 | identify due diligence topics for discussions around ▮▮ |
| 12-May | 0.50 | review ▮▮ |
| 13-May | 1.00 | due diligence: informational call with Zolfo |
| 13-May | 2.00 | review ▮▮, ▮ and related documents |
| 13-May | 0.10 | check in with Julia Frayer (LEI) |
| 16-May | 0.80 | due diligence: call with Ankura |
| 16-May | 0.50 | review ▮▮ |
| 16-May | 3.00 | prepare agenda/slides ahead of meeting with Fred Dellorfano (M Solar) in Boston |
| 17-May | 1.50 | prepare due diligence tasks for internal review |
| 17-May | 1.00 | review ▮▮ |
| 17-May | 0.50 | call Julia Frayer (LEI) re: ▮▮ |
| 17-May | 1.80 | meeting with Fred Dellorfano (M Solar) @ LEI's Boston offices (attend virtually) |
| 17-May | 0.50 | post-call internal debrief |
| 17-May | 0.30 | review docs sent by M Solar |
| 18-May | 0.50 | call with Luke Markham (LEI) to discuss ▮▮ |
| 19-May | 0.50 | schedule trip |
| 19-May | 1.00 | internal call on ▮▮ |
| 19-May | 0.60 | discuss ▮▮ |
| 20-May | 1.00 | prepare draft budget, letter, discuss with Julia Frayer (LEI) |
| 20-May | 1.10 | due diligence: interview former FOMB staff |
| 21-May | 0.60 | revise budget & letter |
| 23-May | 5.00 | travel time (BILLED 50%) |
| 23-May | 1.00 | due diligence: mtg with service providers to C&I and IPPs* |
| 23-May | 2.00 | Review ▮▮* |
| 23-May | 2.00 | due diligence: mtg with IPP developpers and advisors * |
| 23-May | 1.10 | admin - travel and expense receipts, log time* |
| 24-May | 0.50 | ▮ questions* |
| 24-May | 2.00 | Review ▮▮ (Luke Markhan (LEI)), ▮▮ (Ryan Ngai (LEI))* |
| 24-May | 4.50 | due diligence: mtgs with IPP developpers and advisors and vendors* |
| 24-May | 0.80 | review slides for FOMB meeting next day* |
| 25-May | 4.00 | due diligence: mtgs withh electricity customers and representatives* |
| 25-May | 1.20 | Mediation Team call (McKinsey/FOMB presentation)* |
| 25-May | 0.50 | call with PH prior to FOMB call* |
| 25-May | 0.40 | debrief after FOMB call* |
| 25-May | 1.00 | prepare for call with Mediation Team* |
| 26-May | 1.50 | due diligence: call with Ankura (with internal debrief afterwards)* |
| 27-May | 4.00 | preparation of presentation materials and ▮▮ for Committee meeting* |
| 27-May | 5.00 | travel time + transfers (BILLED 50%) |
| 30-May | 1.00 | call with PH, Proskauer, McKinsey, Ankura staff - discuss ▮▮ |
| 31-May | 0.50 | internal debrief after call |
| 31-May | 1.00 | internal call to discuss progress on ▮▮ and ▮▮ |
| 31-May | 7.00 | refinement of presentation materials and ▮▮ for Committee meeting |
| 31-May | 1.00 | reviewing ▮▮ and ▮▮ |
| | **71.20** | |

*services performed in Puerto Rico

## Victor Chung

| Date | Total hrs | Activities |
|---|---|---|
| 2-May | 0.9 | review of ▮ and estimate ▮ |
| 12-May | 0.7 | review ▮ with internal team members |
| 20-May | 1.8 | review ▮ ; communicate with Julia Frayer (LEI) |
| 25-May | 0.9 | call with Ryan Ngai (LEI) on ▮ |
| 26-May | 0.6 | additional research on ▮ |
| | **4.90** | |

## Ryan Ngai

| Date | Total hrs | Activities |
|---|---|---|
| 10-May | 1.90 | review initial package of information ( ) |
| 10-May | 0.50 | internal call |
| 11-May | 0.80 | external kick-off call hosted by Alex Bongartz (PH) and Luc Despins (PH) |
| 11-May | 0.30 | internal post-call debrief with LEI |
| 11-May | 5.80 | create work plan around |
| 12-May | 0.70 | internal call with Victor Chung (LEI) on |
| 12-May | 6.90 | continued reviewing |
| 13-May | 6.80 | continued reviewing |
| 13-May | 1.00 | due diligence: informational call with Zolfo |
| 16-May | 5.70 | updating |
| 16-May | 0.80 | due diligence: call with Ankura |
| 16-May | 0.50 | post-call debrief |
| 17-May | 5.90 | updating |
| 17-May | 1.80 | meeting with Fred Dellorfano (M Solar) @ LEI's Boston offices (attend virtually) |
| 17-May | 0.50 | post-call internal debrief |
| 18-May | 7.70 | updating |
| 19-May | 5.80 | updating |
| 19-May | 1.00 | internal call on |
| 20-May | 1.10 | due diligence: interview former FOMB staff |
| 20-May | 5.90 | updating |
| 24-May | 7.90 | updating |
| 25-May | 1.00 | internal call with Victor Chung (LEI) on |
| 25-May | 8.60 | updating |
| 26-May | 1.50 | due diligence: call with Ankura (with internal debrief afterwards) |
| 26-May | 8.10 | updating |
| 27-May | 7.80 | updating ; researching |
| 30-May | 7.70 | research on |
| 31-May | 1.00 | internal call to discuss progress on |
| 31-May | 6.80 | revising ; researching |
| | **111.80** | |

## Luke Markham

| Date | Total hrs | Activities |
|---|---|---|
| 18-May | 3.90 | conduct ███████ ; call with Gabriel Roumy (LEI) |
| 19-May | 3.70 | continue ███████ |
| 19-May | 1.00 | internal call on ███████ |
| 20-May | 2.80 | continue with ███ |
| 20-May | 1.00 | due diligence: interview former FOMB staff |
| 23-May | 0.40 | continue with ███ |
| 24-May | 1.80 | continue with ███ |
| 26-May | 1.40 | due diligence: call with Ankura (with internal debrief afterwards) |
| 27-May | 4.60 | continue with ███ |
| 30-May | 0.80 | continue with ███ |
| 31-May | 0.90 | internal call to discuss ███████████████ |
| 31-May | 7.40 | continue with ███ |
|  | **29.70** |  |