## Exhibit C

**Reimbursable Expenses**
| | | |
|---|---|---:|
| Travel Expenses | $ | 5,197.45 |
| Data Acquisition | $ | 2,806.61 |
| **Total Reimbursable Expenses** | **$** | **8,004.06** |