**Exhibit D**
Reimbursable Expenses

| Date | Employee | Trip | Vendor | Expense Description | Amt Actual | Amt Charged | Receipt Y/N |
|---|---|---|---|---|---:|---:|:---:|
| 19-May | Gabriel Roumy | May-22 San Juan, PR Trip | Biron | Misc: Biron - COVID test to enter USA | $ 95.29 | $ 95.29 | Y |
| 20-May | Gabriel Roumy | May-22 San Juan, PR Trip | Pieper Travel Agency | Airfare: Flight Travel Agency Service Fee | $ 20.00 | $ 20.00 | Y |
| 20-May | Gabriel Roumy | May-22 San Juan, PR Trip | Air Canada Airlines | Airfare: Flight YUL - BOS Connection - ECONOMY | $ 318.43 | $ 318.43 | Y |
| 23-May | Gabriel Roumy | May-22 San Juan, PR Trip | Uber | Transportation: taxi to airport in Boston Gabriel | $ 46.91 | $ 46.91 | Y |
| 23-May | Julia Frayer | May-22 San Juan, PR Trip | Lyft | Transportation: taxi to airport in Boston Julia | $ 103.68 | $ 75.00 | Y |
| 23-May | Julia Frayer | May-22 San Juan, PR Trip | AC Hotel Marriott | Hotel: AC Condado Hotel: 4 nights | $ 1,912.57 | $ 1,200.00 | Y |
| 23-May | Gabriel Roumy | May-22 San Juan, PR Trip | AC Hotel Marriott | Hotel: AC Condado Hotel: 4 nights | $ 1,912.57 | $ 1,200.00 | Y |
| 23-May | Julia Frayer | May-22 San Juan, PR Trip | Jetblue Airlines | Airfare: Flight 261 BOS - SJU (RT) - ECONOMY | $ 835.70 | $ 835.70 | Y |
| 23-May | Gabriel Roumy | May-22 San Juan, PR Trip | Pieper Travel Agency | Airfare: Flight Travel Agency Service Fee | $ 20.00 | $ 20.00 | Y |
| 23-May | Gabriel Roumy | May-22 San Juan, PR Trip | Jetblue Airlines | Airfare: Flight 261 BOS - SJU - ECONOMY | $ 189.80 | $ 189.80 | Y |
| 23-May | Julia Frayer | May-22 San Juan, PR Trip | Domino Pizza | Meals: Dinner Julia | $ 4.38 | $ 4.38 | Y |
| 24-May | Gabriel Roumy | May-22 San Juan, PR Trip | AC Hotel Marriott | Meals: Breakfast Gabriel | $ 20.16 | $ 20.16 | Y |
| 24-May | Julia Frayer | May-22 San Juan, PR Trip | Pinky's Condado | Meals: Breakfast at Pinky Julia | $ 9.90 | $ 9.90 | Y |
| 24-May | Julia Frayer | May-22 San Juan, PR Trip | Luisa Restaurant | Meals: Dinner - 2 people - Julia, Gabriel | $ 129.47 | $ 80.00 | Y |
| 24-May | Julia Frayer | May-22 San Juan, PR Trip | Uber | Transportation: to meeting | $ 13.75 | $ 13.75 | Y |
| 25-May | Julia Frayer | May-22 San Juan, PR Trip | Pinky's Condado | Meals: Breakfast at Pinky Julia | $ 13.91 | $ 13.91 | Y |
| 25-May | Gabriel Roumy | May-22 San Juan, PR Trip | AC Hotel Marriott | Meals: Breakfast at AC Kitchen Gabriel | $ 24.37 | $ 24.37 | Y |
| 25-May | Julia Frayer | May-22 San Juan, PR Trip | AC Hotel Marriott | Meals: Lunch at AC Kitchen - Julia and Gabriel | $ 48.73 | $ 48.73 | Y |
| 25-May | Julia Frayer | May-22 San Juan, PR Trip | Casita Mexicana | Meals: Dinner - 3 people - Julia, Gabriel, Client | $ 91.95 | $ 71.10 | Y |
| 26-May | Gabriel Roumy | May-22 San Juan, PR Trip | AC Hotel Marriott | Meals: Breakfast at AC Kitchen Gabriel | $ 20.66 | $ 20.66 | Y |
| 26-May | Julia Frayer | May-22 San Juan, PR Trip | Uber | Transportation: to meeting | $ 6.15 | $ 6.15 | Y |
| 26-May | Julia Frayer | May-22 San Juan, PR Trip | Galeria Exodo | Meals: Breakfast - Julia | $ 35.68 | $ 35.68 | Y |
| 26-May | Julia Frayer | May-22 San Juan, PR Trip | La Hacienda Condado | Meals: Lunch - 2 people - Julia, Gabriel | $ 60.83 | $ 60.83 | Y |
| 26-May | Julia Frayer | May-22 San Juan, PR Trip | iSushi Asian Bistro | Meals: Dinner - 2 people - Julia, Gabriel | $ 59.21 | $ 59.21 | Y |
| 27-May | Julia Frayer | May-22 San Juan, PR Trip | Uber | Transportation: to airport for return to Boston | $ 22.43 | $ 22.43 | Y |
| 27-May | Julia Frayer | May-22 San Juan, PR Trip | ATR Car Services | Transportation: BOS Logan Airport to home | $ 141.85 | $ 75.00 | Y |
| 27-May | Julia Frayer | May-22 San Juan, PR Trip | Marini Farm | Meals: Lunch - Julia | $ 64.67 | $ 40.00 | Y |
| 27-May | Gabriel Roumy | May-22 San Juan, PR Trip | Uber | Transportation: SJU airport cab | $ 22.92 | $ 22.92 | Y |
| 27-May | Gabriel Roumy | May-22 San Juan, PR Trip | Peiper Travel Agency | Airfare: Flight Travel Agency Service Fee | $ 20.00 | $ 20.00 | Y |
| 27-May | Gabriel Roumy | May-22 San Juan, PR Trip | American Airlines | Airfare: Flight 1528 SJU - YUL (PHL Connection) | $ 442.60 | $ 442.60 | Y |
| 27-May | Gabriel Roumy | May-22 San Juan, PR Trip | Gustos | Meals: Breakfast Gabriel | $ 10.33 | $ 10.33 | Y |
| 27-May | Gabriel Roumy | May-22 San Juan, PR Trip | Le Bus | Meals: Lunch Gabriel | $ 17.39 | $ 17.39 | Y |
| 28-May | Gabriel Roumy | May-22 San Juan, PR Trip | May-22 San Juan, PR Trip | Transportation: Uber - MTL airport cab | $ 76.82 | $ 76.82 | Y |
| | | | | **Total** | **$ 6,813.11** | **$ 5,197.45** | |