# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
----------------------------------------------------------------- x
                                        :
In re:                                  :
                                        :
THE FINANCIAL OVERSIGHT AND             :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :  Title III
                                        :
           as representative of         :  Case No. 17-BK-3283 (LTS)
                                        :
THE COMMONWEALTH OF PUERTO RICO, et al.,:  (Jointly Administered)
                                        :
           Debtors.[1]                  :
----------------------------------------------------------------- x
```

## ORDER GRANTING FIRST INTERIM FEE APPLICATION OF LONDON ECONOMICS INTERNATIONAL LLC, AS FINANCIAL ADVISOR TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM APRIL 26, 2022 THROUGH MAY 31, 2022

Upon consideration of the application (the "Application")[2] of London Economics

International LLC ("LEI"), as financial advisor to the Official Committee of Unsecured

Creditors (the "Committee") in PREPA's Title III Case, for an order pursuant to sections 316

and 317 of PROMESA, and section 503(b)(1), of the Bankruptcy Code made applicable to these

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233) (Last Four Digits of Federal Tax ID: 3801).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

cases by section 301(a) of PROMESA, Bankruptcy Rule 2016, and Local Rule 2016-1, for

allowance of compensation and reimbursement of expenses for the period from April 26, 2022

through May 31, 2022, the Court hereby FINDS AND DETERMINES that (i) the Court has

jurisdiction to consider the Application and the relief requested therein pursuant to section 306(a)

of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA;

(iii) due and proper notice of the Application has been provided under the particular

circumstances and no other or further notice need be provided; (iv) any objections to the

Application having been resolved; (v) all persons with standing having been afforded the

opportunity to be heard on the Application; and after due deliberation and sufficient cause

appearing therefor, it is hereby **ORDERED THAT:**

1.      The Application is granted on an interim basis.

2.      LEI's claims for fees and expenses for services rendered during the Application

Period and reimbursement for actual and necessary expenses incurred during the Application

Period are hereby allowed in the amounts of $150,086.00 and $8,004.06, respectively.

3.      For the avoidance of doubt, nothing here modifies the Retention Order.

4.      To the extent the amounts described in paragraph 2 hereof have not already been

paid pursuant to the Interim Compensation Order, the Debtors are directed to pay LEI the

outstanding fees and expenses promptly, but no later than fourteen days from the date of this

Order.

5.      This Court shall retain jurisdiction to hear and determine all matters arising from

the implementation of this Order.

6.      The Committee and LEI are authorized and empowered to take all necessary

actions to implement the relief granted in this Order.

7.     Notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062,

9014, or otherwise, the terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

8.     All time periods set forth in this Order shall be calculated in accordance with

Bankruptcy Rule 9006(a).

Dated:

_____
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE