## **EXHIBIT A**

**RECEIPTS OF M SOLAR GENERATING, LLC
DURING APPLICATION PERIOD**

# CREDITORS COMMITTEE EXPENSE REPORT

NAME: Fred M. DellaFano, Jr.

COMPANY: M Solar Generating, LLC

ADDRESS: 10 Shipyard Dr. Unit 500, Hingham, MA 02043

PERIOD COVERED FROM: 5/23/22 TO: 5/26/22

| DATE | CITY VISITED | PURPOSE OF TRIP | PARKING | MILES (53.5 cents per mile) | AIRFARE (coach) | TAXI OR LIMO | LODGING | MEALS | MISC (specify) |
|---|---|---|---|---|---|---|---|---|---|
| 5/23/22 | San Juan PR | See below | | | 499.60 | | 300.00 | 40.00 | |
| 5/24/22 | | | | | | | 300.00 | 40.00 | |
| 5/25/22 | | | | | | | 300.00 | 40.00 | |
| | | | | | | | | 37.00 | |
| TOTALS | | | $ | $ | $499.60 | $ | $900.00 | $157.00 | $ |

ADDITIONAL INFORMATION: Accompanied Julia Frayer and Gabriel Roumy of London Economics International on trip to Puerto Rico to introduce them to businesses and individuals doing business with PREPA

ATTACH ALL RECEIPTS

Fred M. DellaFano Jr.
6-9-22

TOTAL DUE: $ 1,556.60

# Itinerary confirmation

Report Website Problem ↓
Download to calendar    PRINT ITINERARY

## You're all set to jet!

## Confirmation code: BXUBLP

MANAGE BOOKING >

## Travelers

**Mr. FRED Michael DELLORFANO**

| Flight | | |
|---|---|---|
| Ticket number | 2792193228921 | |
| Frequent Flyer | JetBlue - TrueBlue - 2087751230 * | |
| | BOS → SJU | SJU → BOS |
| Seat | 18C | 3D |
| Checked Baggage Allowance | 2 bags | 2 bags |

## Your flights

| Boston, MA (BOS) | San Juan, PR (SJU) | Flight 261 | Fare: Blue |
|---|---|---|---|
| Mon May 23 2022, **8:49 AM** | Mon May 23 2022, **12:49 PM** | JetBlue | Nonstop |
| A321 | | | |

| San Juan, PR (SJU) | Boston, MA (BOS) | Flight 262 | Fare: Blue |
|---|---|---|---|
| Thu May 26 2022, **1:58 PM** | Thu May 26 2022, **6:05 PM** | JetBlue | Nonstop |
| A321 | | | |

## Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $440.00 | $59.60 | $499.60 | x 1 | $499.60 USD |

Total fare:    $499.60 USD

## Extras

+ Seats

+ Bags

+ Even More Speed

# Hilton
## HOTELS & RESORTS

CARIBE HILTON
1 SAN GERONIMO GROUNDS
SAN JUAN, PR 00901
Puerto Rico
TELEPHONE 787-721-0303 • FAX 787 722 2910
Reservations
www.hilton.com or 1 800 HILTONS

DELLORFANO, FRED

80 FIRST ST

BRIDGEWATER MA 02324
UNITED STATES OF AMERICA

| | |
|---|---|
| Room Number | 1463/K1FV |
| Arrival Date | 5/23/2022 10:12:00 PM |
| Departure Date | 5/26/2022 |
| Adult/Child | 1/0 |
| ID | JMOJICA |
| Room Rate | 359.00 |
| AL | |
| Hilton Honors # | 537112902 GOLD |
| VAT # | |
| Folio No/Che | 1786544 A |

Confirmation Number 3259001287

CARIBE HILTON 5/25/2022 2:34:00 AM

| DATE | DESCRIPTION | Cashier | REF NO | GUEST CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 5/23/2022 | USA PARKING SELF SELF PARKING | JAPONTE1 | 16106774 | $22.42 | | |
| 5/23/2022 | MUNICIPAL SALES TAX | JAPONTE1 | 16106774 | $0.22 | | |
| 5/23/2022 | STATE SALES TAX | JAPONTE1 | 16106774 | $2.35 | | |
| 5/23/2022 | GUEST ROOM | JAPONTE1 | 16106775 | $359.00 | | |
| 5/23/2022 | ROOM TAX | JAPONTE1 | 16106775 | $32.31 | | |
| 5/23/2022 | RESORT CHARGE-42 | JAPONTE1 | 16106775 | $42.00 | | |
| 5/23/2022 | ROOM TAX ON RC | JAPONTE1 | 16106775 | $3.78 | | |
| 5/24/2022 | NECTAR - SIMPHONY #1629 | LINTR | 16108115 | $4.00 | | |
| 5/24/2022 | USA PARKING SELF SELF PARKING | JAPONTE1 | 16110262 | $22.42 | | |
| 5/24/2022 | MUNICIPAL SALES TAX | JAPONTE1 | 16110262 | $0.22 | | |
| 5/24/2022 | STATE SALES TAX | JAPONTE1 | 16110262 | $2.35 | | |
| 5/24/2022 | GUEST ROOM | JAPONTE1 | 16110263 | $359.00 | | |
| 5/24/2022 | ROOM TAX | JAPONTE1 | 16110263 | $32.31 | | |
| 5/24/2022 | RESORT CHARGE-42 | JAPONTE1 | 16110263 | $42.00 | | |
| 5/24/2022 | ROOM TAX ON RC | JAPONTE1 | 16110263 | $3.78 | | |
| 5/25/2022 | NECTAR - SIMPHONY #1782 | LINTR | 16111502 | $15.85 | | |
| 5/25/2022 | USA PARKING SELF SELF PARKING | JMOJICA | 16113593 | $22.42 | | |
| 5/25/2022 | MUNICIPAL SALES TAX | JMOJICA | 16113593 | $0.22 | | |
| 5/25/2022 | STATE SALES TAX | JMOJICA | 16113593 | $2.35 | | |
| 5/25/2022 | GUEST ROOM | JMOJICA | 16113594 | $359.00 | | |
| 5/25/2022 | ROOM TAX | JMOJICA | 16113594 | $32.31 | | |
| 5/25/2022 | RESORT CHARGE-42 | JMOJICA | 16113594 | $42.00 | | |

80 FIRST ST

BRIDGEWATER MA 02324
UNITED STATES OF AMERICA

| | |
|---|---|
| Arrival Date | 5/23/2022 10:12:00 PM |
| Departure Date | 5/26/2022 |
| Adult/Child | 1/0 |
| ID | JMOJICA |
| Room Rate | 359.00 |
| AL | |
| Hilton Honors # | 537112902 GOLD |
| VAT # | |
| Folio No/Che | 1786544 A |

Confirmation Number 3259001287

CARIBE HILTON 5/25/2022 2:34:00 AM

| DATE | DESCRIPTION | Cashier | REF NO | GUEST CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 5/25/2022 | ROOM TAX ON RC | JMOJICA | 16113594 | $3.78 | | |
| | WILL BE SETTLED TO MC*3028 | | | | | $1,406.09 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com

Thank you for choosing Hilton. You'll get more when you book directly with us - more destinations, more points, and more value. Book your next stay at hilton.com.

MEALS

### Receipt 1 — Rustica Lolas

ATH — A TODA HORA

RUSTICA LOLAS
1 CALLE LOS ROSALES CARIBE HILTON LOBBY
SAN JUAN

DATE May 24,22   TIME 19:14:41   HOST ATH
BATCH 000085   TERMINAL ID 30PT0463   MERCHANT ID 454910672492
TABLE ID: 2097176 (Table 2/)

PAY AT TABLE

MC   XXXXXXXXXXXX3028 (C)

AUTH. CODE: 032521   INVOICE: 000425   TRACE: 000568

AMOUNT:   $   50.74
TIP :     $    9.40
TOTAL :   $   60.14

MASTERCARD
AID: A0000000041010   AC: F9651100E50273C4
UN: 8D98E403 TVR: 0000000000 TSI: E800

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio

---

### Receipt 2 — Ice Cream & Cookie Co.

ICE CREAM & COOKIE CO.
1 SAN GERONIMO ST
SAN JUAN, PR 00901240I
7879600000

Cashier: Ice Cream & Cookie

Transaction 200024

CREDIT CARD SALE
MASTERCARD 3028                  $93.60

24-May-2022 10:03:29A
$93.60 | Method: EMV
MASTERCARD
XXXXXXXXXXXX3028
FRED DELIORFANO
Reference ID: 214400769079
Auth ID: 098732
MID: ****************4619
AID: A0000000041010
SIGNATURE VERIFIED

Order Info
Subtotal           $72.90
State Tax           $4.37
City Tax            $0.73
Tips               $15.60
Total              $93.60

Total              $78.00
Tip                $15.60

Order OSQS3X/41JXP2

---

### Receipt 3 — Da Luigi Rest Italiano

ATH — A TODA HORA

DA LUIGI REST ITALIANO
104 CALLE DIEZ DE ANDINO
SAN JUAN

DATE May 23,22   TIME 21:29:21   HOST ATH
BATCH 000098   TERMINAL ID 30V406595   MERCHANT ID 454910672492

SALE

MC   XXXXXXXXXXXX3028 (C)

AUTH. CODE: 076722   INVOICE: 000712   TRACE: 000712

AMOUNT 1: $    0.00
AMOUNT 2: $  291.18
STATE TAX: $   0.00
REDUCED STATE TAX: $ 17.47
MUNICIPAL TAX: $  2.91

SUBTOTAL: $  311.56
TIP :     $   62.20
TOTAL :   $  373.76

MASTERCARD
AID: A0000000041010   AC: C7B83FD1D9EBE14
UN: A2518151 TVR: 0000008000 TSI: E800

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CONTROL: UC7UE-6PS9S

CUSTOMER COPY
Gracias por su patrocinio

---

### Receipt 4 — Global Lounge

ATH — A TODA HORA

GLOBAL LOUNGE OF SJU LL
AEROPUERTO LMM TERM C AREA ESTERIL PSO 3
CAROLINA

DATE May 26,22   TIME 10:49:36   HOST ATH
BATCH 000028   TERMINAL ID 30A15799   MERCHANT ID 454918659887J

SALE

MC   XXXXXXXXXXXX3028 (C)

AUTH. CODE: 079402   INVOICE: 000063   TRACE: 000110

AMOUNT:   $   33.19
STATE TAX: $    3.48
REDUCED STATE TAX: $ 0.00
MUNICIPAL TAX: $  0.33

SUBTOTAL: $   37.00
TIP :     $ _____
TOTAL :   $ _____

MASTERCARD
AID: A0000000041010   AC: 880FB9AC155A8E1C
UN: DE4341A3 TVR: 0000008000 TSI: E800

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CONTROL: 88MQT-WYR1L

CUSTOMER COPY
Gracias por su patrocinio