**EXHIBIT D**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

# EXHIBIT D-1

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | February 2022 | March 2022 | April 2022 | May 2022 | Total | February 2022 | March 2022 | April 2022 | May 2022 | Total |
| B110 | Case Administration | 40 | 40 | 40 | 50 | 170 | 22.00 | 15.60 | 13.30 | 21.90 | 72.80 |
| B112 | General Creditor Inquiries | 5 | 5 | 5 | 5 | 20 | 0.00 | 0.30 | 0.30 | 0.00 | 0.60 |
| B113 | Pleadings Review | 10 | 10 | 10 | 10 | 40 | 23.40 | 12.90 | 12.70 | 14.70 | 63.70 |
| B120 | Asset Analysis and Recovery | 2 | 2 | 0 | 0 | 4 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B130 | Asset Disposition | 2 | 2 | 0 | 0 | 4 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B140 | Relief from Stay / Adequate Protection Proceedings | 5 | 5 | 5 | 5 | 20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B150 | Meetings of Creditors' Committee and Communications with Creditors | 20 | 25 | 25 | 50 | 120 | 70.50 | 80.70 | 47.60 | 87.30 | 286.10 |
| B155 | Court Hearings (including Preparation for Court Hearings) | 10 | 10 | 10 | 10 | 40 | 12.20 | 7.40 | 0.00 | 6.90 | 26.50 |
| B160 | Employment / Fee Applications (Paul Hastings) | 25 | 40 | 50 | 75 | 190 | 103.20 | 84.80 | 62.90 | 31.60 | 282.50 |
| B161 | Budgeting (Case) | 1 | 1 | 1 | 1 | 4 | 0.90 | 0.40 | 0.50 | 0.80 | 2.60 |
| B165 | Employment / Fee Applications (Other Professionals) | 5 | 5 | 5 | 5 | 20 | 0.70 | 9.50 | 24.10 | 33.20 | 67.50 |
| B170 | Fee and Employment Objections | 2 | 2 | 2 | 2 | 8 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | February 2022 | March 2022 | April 2022 | May 2022 | Total | February 2022 | March 2022 | April 2022 | May 2022 | Total |
| B180 | Avoidance Action Analysis | 10 | 10 | 0 | 0 | **20** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B185 | Assumption / Rejection of Leases and Contracts | 2 | 2 | 0 | 0 | **4** | 0.00 | 0.00 | 0.00 | 5.10 | **5.10** |
| B190 | Other Contested Matters (including GDB restructuring) | 5 | 5 | 5 | 10 | **25** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B191 | General Litigation | 20 | 20 | 20 | 20 | **80** | 6.00 | | 0.20 | 1.70 | **7.90** |
| B195 | Non-Working Travel[1] | 0 | 0 | 0 | 0 | **0** | 0.00 | 7.50 | 0.00 | 0.00 | **7.50** |
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 0 | 0 | 0 | 0 | **0** | 3.30 | 0.50 | 0.00 | 0.70 | **4.50** |
| B220 | Employee Benefits / Pensions | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.20 | **0.20** |
| B222 | Union Issues | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B230 | Financing / Cash Collections | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B231 | Security Document Analysis | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B240 | Tax Issues | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 5 | 5 | 5 | 5 | **20** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B261 | Investigations | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B310 | Claims Administration and Objections | 30 | 50 | 50 | 50 | **180** | 6.70 | 38.60 | 23.60 | 4.50 | **73.40** |

---

[1] The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

2

| U.S. Trustee Task Code and Project Category | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | February 2022 | March 2022 | April 2022 | May 2022 | Total | February 2022 | March 2022 | April 2022 | May 2022 | Total |
| B320 Plan and Disclosure Statement | 100 | 500 | 500 | 200 | **1,300** | 312.00 | 133.30 | 62.40 | 95.00 | **602.70** |
| B420 Restructuring | 40 | 50 | 100 | 600 | **790** | 86.10 | 236.60 | 428.50 | 303.50 | **1054.70** |
| **TOTAL HOURS** | **339** | **789** | **833** | **1,098** | **3,059** | **647.00** | **628.10** | **676.10** | **607.10** | **2558.30** |
| **TOTAL FEES** | $379,680.00[2] | $883,680.00[2] | $932,960.00[2] | $1,229,760.00[2] | $3,426,080.002 | $669,026.50 | $708,904.00 | $815,119.00 | $722,034.00 | $2,915,083.50 |
| *MINUS 20% REDUCTION*[3] | ($75,936.00) | ($176,736.00) | ($186,592.00) | ($245,952.00) | ($685,216.00) | ($133,805.30) | ($141,780.80) | ($163,023.80) | ($144,406.80) | ($583,016.70) |
| **TOTAL FEES (NET OF REDUCTION)** | $303,744.00 | $706,944.00 | $746,368.00 | $983,808.00 | $2,740,864.00 | $535,221.20 | $567,123.20 | $652,095.20 | $577,627.20 | $2,332,066.80 |

---

[2] The Total Estimated Fees are calculated based on a blended hourly rate of $1,120, $1,120, $1,120, and $1,120 for the Paul Hastings attorneys who are expected to work on this matter in February, March, April, and May, respectively. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time. However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% reduction, would be approximately $896, $896, $896, and $896, respectively.

3

# SUMMARY OF COMPENSATION REQUESTED AS COMPARED TO SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE

| U.S. Trustee Task Code and Project Category | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | February 2022 | March 2022 | April 2022 | May 2022 | Total | February 2022 | March 2022 | April 2022 | May 2022 | Total |
| **Omnibus Claims Objection** | | | | | | | | | | |
| B310    Claims Administration and Objections | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** |
| **GO Lien Challenges** | | | | | | | | | | |
| B191    General Litigation | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** |
| **Garden Variety Avoidance Actions** | | | | | | | | | | |
| B191    General Litigation | 10 | 10 | 0 | 0 | **20** | 1.6 | 0 | 0 | 0 | **1.6** |
| **Stayed Co-Plaintiff Adversary Proceedings** | | | | | | | | | | |
| B191    General Litigation | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** |
| **ERS Lien Adversary Proceedings** | | | | | | | | | | |
| B191    General Litigation | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** |
| **TOTAL HOURS** | **10** | **10** | **0** | **0** | **20** | **1.6** | **0** | **0** | **0** | **1.6** |

**FURTHER BREAKDOWN OF COMPENSATION REQUESTED
BY PROJECT CATEGORY AND BY MATTER[1]**

*Official Committee of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110  Case Administration | 70.20 | $71,165.00 |
| B112  General Creditor Inquiries | 0.30 | $358.50 |
| B113  Pleadings Review | 63.40 | $46,096.50 |
| B150  Meetings of and Communications with Creditors | 226.50 | $217,235.00 |
| B155  Court Hearings | 26.50 | $29,575.00 |
| B160  Employment / Fee Applications (Paul Hastings) | 282.50 | $238,310.50 |
| B161  Budgeting (Case) | 2.10 | $3,097.50 |
| B165  Employment / Fee Applications (Other Professionals) | 39.30 | $44,888.50 |
| B210  Debtors' Financial Information and Operations/Fiscal Plan | 0.70 | $1,032.50 |
| B310  Claims Administration and Objections | 38.80 | $44,284.00 |
| B320  Plan and Disclosure Statement (including Business Plan) | 140.50 | $184,720.00 |
| **TOTAL** | **890.80** | **$880,763.00** |

*Communications with Creditors (other than Committee Members) / Website (Matter ID 00004)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B112  General Creditor Inquiries | 0.30 | $442.50 |
| **TOTAL** | **0.30** | **$442.50** |

*PREPA (Matter ID 00006)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---|---|
| B110  Case Administration | 0.90 | $225.00 |
| B113  Pleadings Review | 0.30 | $75.00 |

---

[1] The fees set forth on this Exhibit D-1 do **not** take into account Paul Hastings' agreement to reduce its fees by an amount equal to 20% of its total case fees, with the precise fees to be waived to attain the 20% reduction to be designated by Paul Hastings (in its sole discretion) in connection with the final fee application process.

5

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---|---|
| B161 Budget | 0.50 | $737.50 |
| B165 Fee/Employment Applications for Other Professionals | 28.20 | $30,062.00 |
| B191 General Litigation | 0.20 | $295.00 |
| B195 Non-Working Travel | 7.50 | $6,375.00 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 0.60 | $885.00 |
| B220 Employee Benefits/Pensions | 0.20 | $295.00 |
| B310 Claims Administration and Objections | 31.50 | $35,908.00 |
| B320 Plan and Disclosure Statement (including Business Plan) | 1.70 | $1,530.00 |
| B420 Restructuring | 341.70 | $428,836.50 |
| **TOTAL** | **413.30** | **$505,224.00** |

*HTA (Matter ID 00007)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110 Case Administration | 1.70 | $425.00 |
| B185 Assumption/Rejection of Lases and Contracts | 5.10 | $7,262.50 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 3.20 | $4,032.50 |
| B310 Claims Administration and Objections | 3.10 | $3,407.50 |
| B320 Plan and Disclosure Statement (including Business Plan) | 460.50 | $549,480.00 |
| **TOTAL** | **473.60** | **$564,607.50** |

*Other Adversary Proceedings (Matter ID 00009)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B191 General Litigation | 7.70 | $9,215.50 |
| **TOTAL** | **7.70** | **$9,215.50** |

*Mediation (Matter ID 00010)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B420 Restructuring | 713.00 | $887,690.50 |

6

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| **TOTAL** | **713.00** | **$887,690.50** |

*Creditors Committee Meetings (Matter ID 00012)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B150   Meetings of and Communications with Creditors | 59.60 | $67,140.50 |
| **TOTAL** | **59.60** | **$67,140.00** |

7

# EXHIBIT D-2

## SUMMARY OF EXPENSE REIMBURSEMENTS REQUESTED BY CATEGORY

| Category | Amount |
|---|---|
| Airfare | $539.00 |
| Travel Expenses - Taxi / Ground Transportation | $276.22 |
| Courier Services | $236.53 |
| Computer Search | $25,078.54 |
| In-house Black and White Reproduction Charges (17,155 copies at $0.08 per page) | $1,372.40 |
| In-house Color Reproduction Charges (115 copies at $0.25 per page) | $28.75 |
| Outside Professional Services | $1,444.00 |
| Postage/Express Mail | $3,414.19 |
| **TOTAL** | **$32,389.63** |