# EXHIBIT E

## BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR AND BY WHETHER SERVICES WERE RENDERED IN PUERTO RICO OR OUTSIDE PUERTO RICO

### February 2022 Fee Statement

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $199,547.38 | $159,637.90 | $3,033.26 | $162,671.16 |
| Total for HTA (all outside of Puerto Rico) | $296,911.50 | $237,529.20 | $4,295.29 | $241,824.49 |
| Total for ERS (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for PREPA (all outside of Puerto Rico) | $115,918.00 | $92,734.40 | $0.00 | $92,734.40 |
| **Grand Total for all Debtors (net of credits)** | **$612,376.88** | **$489,901.50** | **$7,328.55** | **$497,230.05** |

**March 2022 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $327,425.00 | $261,940.00 | $1,908.38 | $263,848.38 |
| Total for HTA (all outside of Puerto Rico) | $60,665.00 | $48,532.00 | $492.36 | $49,024.36 |
| Total for ERS (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for PREPA | $320,814.00 | $256,651.20 | $3,795.71 | $260,446.91 |
| (a) Service Rendered Outside of Puerto Rico | *$310,954.00* | *$248,763.20* | *$3,795.71* | *$252,558.91* |
| (b) Services Rendered in Puerto Rico | *$9,860.00* | *$7,888.00* | *$0.00* | *$7,888.00* |
| **Grand Total for all Debtors** | **$708,904.00** | **$567,123.20** | **$6,196.45** | **$573,319.65** |

2

**April 2022 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $167,060.50 | $133,648.40 | $1,705.96 | $135,354.36 |
| Total for HTA (all outside of Puerto Rico) | $75,983.50 | $60,786.80 | $429.96 | $61,216.76 |
| Total for ERS (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for PREPA (all outside of Puerto Rico) | $572,075.00 | $457,660.00 | $7,500.37 | $465,160.37 |
| **Grand Total for all Debtors** | **$815,119.00** | **$652,095.20** | **$9,636.29** | **$661,731.49** |

**May 2022 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $206,879.00 | $165,503.20 | $6,192.17 | $171,695.37 |
| Total for HTA (all outside of Puerto Rico) | $131,047.50 | $104,838.00 | $117.03 | $104,955.03 |
| Total for ERS (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for PREPA (all outside of Puerto Rico) | $384,107.50 | $307,286.00 | $2,919.14 | $310,205.14 |
| **Grand Total for all Debtors** | **$722,034.00** | **$577,627.20** | **$9,228.34** | **$586,855.54** |