**EXHIBIT A**

<u>PARTY APPEARANCE SHEET</u>

| Name of Party | | Ambac Assurance Corporation ("Ambac")<br><br>Attending both the HTA Confirmation Hearing and August Omnibus Hearing |
|---|---|---|
| ATTORNEY 1 | Appearance Method | CourtSolutions Speaking Line |
| | Name | Dennis F. Dunne |
| | Law Firm | Milbank LLP |
| | Email | ddunne@milbank.com |
| | Phone Number | (212) 530-5770 |
| | Docket Entry No. of Notice of Appearance | ECF No. 54 |
| ATTORNEY 2 | Appearance Method | In Person |
| | Name | Atara Miller |
| | Law Firm | Milbank LLP |
| | Email | amiller@milbank.com |
| | Phone Number | (212) 530-5421 |
| | Docket Entry No. of Notice of Appearance | ECF No. 76 |
| ADDITIONAL ATTORNEY OBSERVATION | Name | Grant Mainland |
| | Observation Method | CourtSolutions Listen-Only Line |
| | Law Firm | Milbank LLP |
| | Email | gmainland@milbank.com |
| | Phone Number | (212) 530-5251 |