UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3567-LTS |
| PUERTO RICO HIGHWAYS AND<br>TRANSPORTATION AUTHORITY, | |
| Debtor. | |

-------------------------------------------------------------x

ORDER REGARDING PROCEDURES FOR MEMBERS OF THE PUBLIC TO REQUEST
TO SPEAK AT THE HEARING ON CONFIRMATION OF HTA PLAN OF ADJUSTMENT

---

[1] The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Court will hear argument and receive evidence in connection with the request of the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") for approval of the *Third Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority* (Docket Entry No. 21267 in Case No. 17-3283, as may be supplemented or amended, the "HTA Plan of Adjustment") at a hearing beginning on **August 17, 2022** (the "Confirmation Hearing").  During the first day of the Confirmation Hearing, the Court will set aside time during which members of the public will have an opportunity to address the Court briefly on their views concerning the proposed HTA Plan of Adjustment.  Members of the public interested in addressing the Court on **August 17, 2022**, may request permission to appear and speak by completing a registration form at the following website:

https://www.surveymonkey.com/r/promesa-prose-hta-20220817.

Due to time constraints, the Court will randomly select up to eight individuals who have completed a registration form to participate in the Confirmation Hearing.  All requests to participate in the Confirmation Hearing as a member of the public must be submitted through the website link by **July 27, 2022**, at **5:00 p.m. (Atlantic Standard Time)**.  Members of the public who are selected will be notified promptly of their selection at the email addresses they have provided in the online registration form.  **Selected participants must confirm their attendance by responding promptly to the email from the Court**.  Only members of the public who are selected and who confirm their intention to attend the Confirmation Hearing by the stated deadline will be permitted to participate during the public participation portion of the Confirmation Hearing.

Participants will be required to appear in person at the Clemente Ruiz Nazario United States Courthouse, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767, at the appointed time and will be afforded up to ten minutes each (including any

time required for interpretation of remarks made in Spanish) to address the Court. A certified Spanish interpreter will be provided. Remote participation (by phone or Zoom) is not permitted.

Participants must comply with the relevant COVID-19 protocols[2] (including applicable masking and social distancing requirements) upon arrival at the Clemente Ruiz Nazario United States Courthouse.

A Spanish translation of this Order is attached hereto as Exhibit A.


SO ORDERED.

Dated: July 18, 2022

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] The most recent COVID-19 protocols for the District Court for the District of Puerto Rico can be found here: https://www.prd.uscourts.gov/covid-19-pandemic-orders-and-important-information.