# Exhibit A

Traducción al español / Spanish Translation

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

---

| | |
|---|---|
| In re: | PROMESA |
| | Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | |
| como representante del | Núm. 17 BK 3283-LTS |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO et al., | (Administrado Conjuntamente) |
| Deudores.[1] | |

---

| | |
|---|---|
| In re: | PROMESA |
| | Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | |
| como representante de la | Núm. 17 BK 3567-LTS |
| AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO, | |
| Deudor. | |

---

[1] Los Deudores en estos casos bajo el Título III, junto con el número de caso en quiebra de cada Deudor y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado ") (Caso de quiebra No. 17BK 3283-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 8474); (iii) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 9686); (iv) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3808); (v) Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (últimos cuatro dígitos del número de identificación contributiva federal: 3747); y (vi) Autoridad de Edificios Públicos ("AEPAEP") (Caso de quiebra No. 19-BK-5523-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3801) (Los casos del Título III aparecen con sus números de Caso de Quiebra debido a limitaciones del programa informático).

ORDEN SOBE PROCEDIMIENTOS PARA QUE EL PÚBLICO PUEDAN SOLICITAR UN TURNO
PARA HABLAR DURANTE LA VISTA DE CONFIRMACIÓN DEL PLAN DE AJUSTE DE LA ACT

El Tribunal escuchará argumentos y recibirá pruebas en cuanto a la solicitud presentada a la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") para la aprobación de un *Tercer Plan de Ajuste Enmendado bajo el Título III para la Autoridad de Carreteras y Transportación* (Documento en Autos Núm. 21267 en el Caso Núm. 17-3283, conforme pueda suplementarse o enmendarse, el "Plan de Ajuste de la ACT"), durante una vista que habrá de comenzar el **17 de agosto de 2022** (la "Vista de Confirmación"). Durante el primer día de la Vista de Confirmación, el Tribunal reservará un tiempo para que el público pueda dirigirse al Tribunal brevemente y exponer sus puntos de vista sobre el Plan de Ajuste propuesto por la ACT. Aquellas personas del público que interesen dirigirse al Tribunal el **17 de agosto de 2022** pueden llenar un formulario en este portal https://www.surveymonkey.com/r/promesa-prose-hta-20220817 solicitando permiso para comparecer y hablar.

Dadas las limitaciones de tiempo, el Tribunal seleccionará al azar un máximo de ocho personas entre aquellas que hayan llenado el formulario de inscripción, para que puedan participar en la Vista de Confirmación. Todas las solicitudes del público para participar en la Vista de Confirmación tienen que presentarse a más tardar el **27 de julio de 2022**, a las **5:00 p.m. (hora del Atlántico)** a través de la página en internet. Las personas seleccionadas recibirán una notificación en la dirección de correo electrónico suministrada en el formulario de inscripción que hayan llenado en línea. **Los participantes seleccionados deberán confirmar sin demora su asistencia mediante respuesta al correo electrónico que hayan recibido del Tribunal**. Durante ese tiempo reservado para intervenciones del público en el transcurso de la Vista de Confirmación, solamente se le permitirá participar a aquellas personas del público que se hayan seleccionado de

antemano y hayan respondido dentro de la fecha límite expresando su intención de asistir a la Vista de Confirmación.

Los participantes tendrán que comparecer en persona en el Edificio Federal Clemente Ruiz Nazario, Calle Carlos Chardón #150, Tribunal Federal, San Juan, Puerto Rico 00918-1767, a la hora citada y tendrán hasta diez minutos cada uno, incluyendo el tiempo que pueda tomar la interpretación de sus comentarios si se dirigen al Tribunal en español. Habrá intérpretes con certificación federal disponibles. No se permitirá la participación remota, ya sea por teléfono o por Zoom.

Los participantes deberán cumplir con los protocolos[2] pertinentes para el COVID-19 (incluyendo cualquier requisito sobre el uso de mascarillas y distancia personal en espacios públicos) al llegar al Tribunal Federal en el Edificio Clemente Ruiz Nazario.

Se adjunta una traducción al español de esta Orden, identificada como Anejo A.

ASÍ SE ORDENA.

Fecha: 18 de julio de 2022

       /f/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Juez de Distrito de los Estados Unidos

---

[2] En el siguiente enlace podrá encontrar los protocolos más recientes implementador por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico: https://www.prd.uscourts.gov/covid-19-pandemic-orders-and-important-information.