EN EL TRIBUNAL SUPREMO DE PUERTO RICO
SALA DE DESPACHO I

| | | |
|---|---|---|
| Sucesión Salvador Eduardo Mandry Dones y otros<br><br>Recurridos<br><br>v.<br><br>Estado Libre Asociado de Puerto Rico y otros<br><br>Peticionarios | | CC-2021-0762 |

Sala de Despacho integrada por la Jueza Presidenta Oronoz Rodríguez, la Jueza Asociada señora Pabón Charneco y los Jueces Asociados señor Rivera García y señor Estrella Martínez.

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 10 de junio de 2022.

Atendida la *Segunda moción de reconsideración* presentada por la parte peticionaria, se provee **no ha lugar**. Aténgase a lo resuelto por este Tribunal.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo