# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| The Financial Oversight and Management Board for Puerto Rico, | No. 17 BK 3283 (LTS) |
| As representative of | (Jointly Administered) |
| The Commonwealth of Puerto Rico, the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority | |
| Debtors | |

## ORDER

The Court has considered Sucesión Pastor Mandry Mercado's *Motion Adding To Sucesión Pastor Mandry Mercado's Prime Clerk Claim Number 179550 The Resolution of the Supreme Court of Puerto Rico and Certified Translation Thereof, Denying The Commonwealth of Puerto Rico's Second Motion to Reconsider Its Petition For Certiorari*, requesting that it be made part of Claim Number 179550 and that Claim Number 6272 be considered withdrawn as a duplicate of Claim Number 179550, and good cause appearing therefor, it is hereby directed that the resolution of the Supreme Court and its certified translation to the English language entered in Case Number CC-2021-0762 be attached to Claim Number 179550 and that Claim Number 6272 be deemed withdrawn.

Dated: _____, 2022

_____
Honorable Laura Taylor Swain
United States District Judge