UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**MOTION SUBMITTING DOCUMENTS**

**TO THE HONORABLE DISTRICT COURT:**

COME NOW, Ivelisse Calderón-Alibrán and Carlos Torres Viada (collectively, "Moving Parties") as parties in interest, by and through the undersigned counsel, and respectfully state as follows:

1. On June 13, 2022, the Moving Parties submitted their *Urgent Motion for Extension of Administrative Expense Claim Bar Date and Proper Service of Process and Request to be Heard*. **[Docket No. 21217]** ("Urgent Motion"). The *Urgent Motion* had various exhibits. Of those, Exhibits 1 and 3 were filed in their original Spanish language.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. On the same date, the Moving Parties filed a *Motion for Leave to file Documents in the Spanish Language and Request for an Extension of time to File Certified Translation* ("Motion for Leave"). **[Docket Entry 21220]** On June 15, 2022, this Honorable Court issued an order granting leave to file the translations by July 5, 2022, at 5:00 pm. **[Docket Entry 21245]**

3. On July 5, 2022, the Moving Parties filed a *Motion for Extension of time to file Certified Translation and Request for withdrawal of Exhibit*. **[Docket Entry 21437]**

4. On July 6, 2022, this Honorable Court issued an order granting motion for extension of time to file the translations by July 20, 2022. **[Docket Entry 21452]**

5. The Moving Parties hereby submit the Certified Translation Exhibit 1 of the *Urgent Motion.* **[See Exhibit A.]**

WHEREFORE, the Moving Parties respectfully request that this Honorable Court take notice of above stated.

RESPECTFULLY SUBMITTED.

In Ponce, Puerto Rico, this 18th day of July 2022.

**WE HEREBY CERTIFY** that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and attorneys of record.

*/s/Rolando Emmanuelli-Jiménez*
Rolando Emmanuelli-Jiménez, Esq.
USDC: 214105

*/s/Jessica E. Méndez-Colberg*
Jessica E. Méndez-Colberg, Esq.
USDC: 302108

*/s/ Zoé C. Negrón-Comas*
Zoé C. Negrón-Comas, Esq.
USDC: 308702

BUFETE EMMANUELLI, C.S.P.
P.O. Box 10779
Ponce, Puerto Rico 00732
Tel.: 787-848-0666
Fax: 1-787-841-1435
E-mail: rolando@emmanuelli.law
jessica@emmanuelli.law
zoe@emmanuelli.law
*Counsel to Moving Parties*