María A. Clemente Rosa
Condominio Astralis  9546
Calle Díaz Way, Apt. 311 Torre #6
Carolina, P.R. 00979

RECEIVED
2022 JUL 14  PM 2 25
CLERK'S OFFICE
U.S. DISTRICT



U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00918
JUL 12 22
AMOUNT
**$3.36**
1000        00918        R2305M147814-17

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767