# EXHIBIT B

**SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY PROFESSIONAL BY LOCATION**
**FOR THE PERIOD FEBRUARY 1, 2022 TO MAY 31, 2022**

| Professional | Position | Blended Billing Rate | Mainland Hours | Mainland Fees | On-island Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|---|
| Gumbs, Sean | Senior Managing Director | $ 1,200 | 49.0 | $ 58,800.00 | - | $ - | 49.0 | $ 58,800.00 |
| Heeren, Ana | Senior Managing Director | 970 | 3.0 | 2,910.00 | - | - | 3.0 | 2,910.00 |
| Hu, Ji Yon | Senior Managing Director | 1,050 | 5.3 | 5,565.00 | - | - | 5.3 | 5,565.00 |
| Sombuntham, Natalie | Director | 865 | 146.5 | 126,722.50 | - | - | 146.5 | 126,722.50 |
| Guminski, Henry | Senior Consultant | 395 | 0.8 | 316.00 | - | - | 0.8 | 316.00 |
| Balzac Delgado, Jean | Consultant | 440 | 49.8 | 21,912.00 | - | - | 49.8 | 21,912.00 |
| Van Velkinburgh, Sara | Consultant | 370 | 3.2 | 1,184.00 | - | - | 3.2 | 1,184.00 |
| Hellmund-Mora, Marili | Manager | 300 | 8.3 | 2,490.00 | - | - | 8.3 | 2,490.00 |
| **SUBTOTAL** | | | **265.9** | **$ 219,899.50** | **-** | **$ -** | **265.9** | **$ 219,899.50** |
| Less: 50% discount for non-working travel time | | | | - | | - | | - |
| **GRAND TOTAL** | | | | **$ 219,899.50** | | **$ -** | | **$ 219,899.50** |