# EXHIBIT C

**SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY TASK CODE BY LOCATION**
**FOR THE PERIOD FEBRUARY 1, 2022 TO MAY 31, 2022**

| Task Code | Task Description | Mainland Hours | Mainland Fees | On-island Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|
| 4 | Analysis of the Fiscal Plan – General / Revenues | 86.7 | 56,378.50 | - | - | 86.7 | 56,378.50 |
| 10 | Case Management | 2.6 | 1,873.00 | - | - | 2.6 | 1,873.00 |
| 16 | Analysis and Review of the Plan of Adjustment | 18.4 | 16,723.50 | - | - | 18.4 | 16,723.50 |
| 17 | Analysis of Pension and Retiree Related Liabilities | 97.4 | 96,646.00 | - | - | 97.4 | 96,646.00 |
| 18 | General Mtgs with Retiree Cmte & Cmte Professionals | 15.7 | 14,448.50 | - | - | 15.7 | 14,448.50 |
| 23 | Firm Retention | 15.4 | 10,960.50 | - | - | 15.4 | 10,960.50 |
| 24 | Preparation of Fee Application | 26.5 | 21,685.50 | - | - | 26.5 | 21,685.50 |
| 27 | Strategic Communications | 3.2 | 1,184.00 | - | - | 3.2 | 1,184.00 |
| | **SUBTOTAL** | **265.9** | **$ 219,899.50** | **-** | **$ -** | **265.9** | **$ 219,899.50** |
| | Less: 50% discount for non-working travel time | | - | | - | | - |
| | **GRAND TOTAL** | | **$ 219,899.50** | | **$ -** | | **$ 219,899.50** |