# EXHIBIT D

**DETAILED TIME RECORDS FOR FTI CONSULTING, INC. PERFORMED ON THE MAINLAND U.S. FOR THE PERIOD FEBRUARY 1, 2022 TO MAY 31, 2022**

EXHIBIT D
THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283
DETAIL OF MAINLAND TIME ENTRIES
FOR THE PERIOD FEBRUARY 1, 2022 TO FEBRUARY 28, 2022

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 4 | 2/1/2022 | Balzac Delgado, Jean | 0.5 | Correspond with N. Sombuntham (FTI) ▓▓▓ |
| 4 | 2/1/2022 | Balzac Delgado, Jean | 1.6 | Review ▓▓▓ |
| 4 | 2/1/2022 | Sombuntham, Natalie | 1.2 | Prepare ▓▓▓ |
| 4 | 2/1/2022 | Sombuntham, Natalie | 1.1 | Continue to review ▓▓▓ |
| 4 | 2/2/2022 | Balzac Delgado, Jean | 2.3 | Perform ▓▓▓ |
| 4 | 2/2/2022 | Balzac Delgado, Jean | 2.2 | Analyze ▓▓▓ |
| 4 | 2/3/2022 | Balzac Delgado, Jean | 3.2 | Prepare ▓▓▓ |
| 4 | 2/4/2022 | Balzac Delgado, Jean | 0.8 | Participate in meeting with N. Sombuntham (FTI) ▓▓▓ |
| 4 | 2/4/2022 | Balzac Delgado, Jean | 2.1 | Draft ▓▓▓ |
| 4 | 2/4/2022 | Sombuntham, Natalie | 0.8 | Participate on call with J. Balzac (FTI) re: ▓▓▓ |
| 4 | 2/4/2022 | Sombuntham, Natalie | 1.1 | Review ▓▓▓ |
| 4 | 2/7/2022 | Balzac Delgado, Jean | 2.2 | Update ▓▓▓ |
| 4 | 2/7/2022 | Balzac Delgado, Jean | 2.1 | Continue to update ▓▓▓ |
| 4 | 2/8/2022 | Balzac Delgado, Jean | 3.3 | Analyze ▓▓▓ |
| 4 | 2/8/2022 | Balzac Delgado, Jean | 2.2 | Analyze ▓▓▓ |
| 4 | 2/9/2022 | Balzac Delgado, Jean | 3.4 | Analyze ▓▓▓ |
| 4 | 2/9/2022 | Balzac Delgado, Jean | 0.6 | Participate on call with N. Sombuntham (FTI) ▓▓▓ |
| 4 | 2/9/2022 | Sombuntham, Natalie | 0.5 | Participate on call with J. Balzac (FTI) ▓▓▓ |
| 4 | 2/10/2022 | Balzac Delgado, Jean | 3.2 | Draft ▓▓▓ |
| 4 | 2/10/2022 | Balzac Delgado, Jean | 2.1 | Continue to create ▓▓▓ |
| 4 | 2/10/2022 | Sombuntham, Natalie | 1.2 | Review ▓▓▓ |
| 4 | 2/11/2022 | Balzac Delgado, Jean | 2.4 | Incorporate ▓▓▓ |
| 4 | 2/11/2022 | Balzac Delgado, Jean | 2.8 | Continue to edit ▓▓▓ |
| 4 | 2/11/2022 | Balzac Delgado, Jean | 1.8 | Create ▓▓▓ |
| 4 | 2/11/2022 | Sombuntham, Natalie | 1.1 | Perform ▓▓▓ |

EXHIBIT D
THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283
DETAIL OF MAINLAND TIME ENTRIES
FOR THE PERIOD FEBRUARY 1, 2022 TO FEBRUARY 28, 2022

MAINLAND

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 4 | 2/12/2022 | Sombuntham, Natalie | 3.4 | Review ▇ |
| 4 | 2/12/2022 | Sombuntham, Natalie | 3.2 | Draft ▇ |
| 4 | 2/13/2022 | Sombuntham, Natalie | 0.4 | Participate on call with S. Gumbs (FTI) ▇ |
| 4 | 2/13/2022 | Sombuntham, Natalie | 2.4 | Incorporate ▇ |
| 4 | 2/14/2022 | Balzac Delgado, Jean | 2.6 | Draft ▇ |
| 4 | 2/14/2022 | Balzac Delgado, Jean | 2.3 | Translate ▇ |
| 4 | 2/14/2022 | Balzac Delgado, Jean | 3.1 | Continue to translate ▇ |
| 4 | 2/14/2022 | Gumbs, Sean | 0.8 | Review ▇ |
| 4 | 2/14/2022 | Sombuntham, Natalie | 1.3 | Review ▇ |
| 4 | 2/14/2022 | Sombuntham, Natalie | 1.4 | Review ▇ |
| 4 | 2/15/2022 | Sombuntham, Natalie | 0.6 | Review ▇ |
| 4 | 2/16/2022 | Sombuntham, Natalie | 0.8 | Prepare ▇ |
| 4 | 2/17/2022 | Sombuntham, Natalie | 1.3 | Review ▇ |
| 4 | 2/17/2022 | Sombuntham, Natalie | 0.4 | Verify ▇ |
| 4 | 2/21/2022 | Gumbs, Sean | 0.6 | Review ▇ |
| 4 | 2/21/2022 | Sombuntham, Natalie | 1.3 | Update ▇ |
| 4 | 2/23/2022 | Gumbs, Sean | 0.8 | Review ▇ |
| 4 | 2/24/2022 | Sombuntham, Natalie | 2.2 | Review ▇ |
| 4 | 2/25/2022 | Gumbs, Sean | 0.3 | Review ▇ |
| 4 | 2/25/2022 | Sombuntham, Natalie | 2.0 | Listen in on FOMB's 33rd public hearing re: FY22 amended budget and FY22 amended HTA fiscal plan. |
| 4 | 2/25/2022 | Sombuntham, Natalie | 1.2 | Review ▇ |
| **4 Total** | | | **78.2** | |
| 10 | 2/14/2022 | Sombuntham, Natalie | 0.3 | Prepare the March 2022 fee budget. |
| **10 Total** | | | **0.3** | |

EXHIBIT D
THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283
DETAIL OF MAINLAND TIME ENTRIES
FOR THE PERIOD FEBRUARY 1, 2022 TO FEBRUARY 28, 2022

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 2/2/2022 | Sombuntham, Natalie | 1.0 | Participate on call with Jenner and Bennazar █ |
| 17 | 2/2/2022 | Sombuntham, Natalie | 1.2 | Review █ |
| 17 | 2/2/2022 | Sombuntham, Natalie | 0.4 | Prepare █ |
| 17 | 2/7/2022 | Sombuntham, Natalie | 1.0 | Participate on call with Jenner and Bennazar █ |
| 17 | 2/7/2022 | Sombuntham, Natalie | 1.2 | Review █ |
| 17 | 2/7/2022 | Sombuntham, Natalie | 1.1 | Review █ |
| 17 | 2/10/2022 | Sombuntham, Natalie | 1.7 | Review █ |
| 17 | 2/15/2022 | Gumbs, Sean | 0.5 | Participate on call █ |
| 17 | 2/15/2022 | Gumbs, Sean | 0.4 | Review █ |
| 17 | 2/15/2022 | Sombuntham, Natalie | 1.2 | Draft █ |
| 17 | 2/16/2022 | Gumbs, Sean | 0.6 | Review █ |
| 17 | 2/16/2022 | Gumbs, Sean | 0.3 | Call █ |
| 17 | 2/16/2022 | Gumbs, Sean | 0.4 | Correspond with Jenner and Bennazar regarding █ |
| 17 | 2/16/2022 | Sombuntham, Natalie | 0.4 | Incorporate █ |
| 17 | 2/17/2022 | Gumbs, Sean | 0.5 | Participate █ |
| 17 | 2/17/2022 | Sombuntham, Natalie | 1.0 | Participate on call with Jenner and Bennazar █ |
| 17 | 2/17/2022 | Sombuntham, Natalie | 1.1 | Review █ |
| 17 | 2/18/2022 | Gumbs, Sean | 0.4 | Correspond with Jenner and Bennazar █ |
| 17 | 2/18/2022 | Gumbs, Sean | 0.8 | Commence review █ |
| 17 | 2/18/2022 | Sombuntham, Natalie | 0.8 | Review █ |
| 17 | 2/18/2022 | Sombuntham, Natalie | 0.7 | Review █ |
| 17 | 2/21/2022 | Gumbs, Sean | 0.6 | Correspond with counsel █ |
| 17 | 2/21/2022 | Gumbs, Sean | 1.2 | Participate in call with Jenner and Bennazar █ |
| 17 | 2/21/2022 | Gumbs, Sean | 0.9 | Review █ |
| 17 | 2/21/2022 | Sombuntham, Natalie | 1.2 | Participate on call with Jenner and Bennazar █ |

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 1, 2022 TO FEBRUARY 28, 2022**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 2/21/2022 | Sombuntham, Natalie | 1.4 | Review ▓ |
| 17 | 2/21/2022 | Sombuntham, Natalie | 1.6 | Research ▓ |
| 17 | 2/22/2022 | Gumbs, Sean | 0.8 | Review ▓ |
| 17 | 2/22/2022 | Gumbs, Sean | 0.4 | Correspond with Jenner and Bennazar ▓ |
| 17 | 2/22/2022 | Gumbs, Sean | 0.8 | Review ▓ |
| 17 | 2/22/2022 | Sombuntham, Natalie | 2.2 | Update ▓ |
| 17 | 2/23/2022 | Gumbs, Sean | 2.2 | Participate in call with Jenner and Bennazar ▓ |
| 17 | 2/23/2022 | Sombuntham, Natalie | 2.2 | Participate ▓ |
| 17 | 2/23/2022 | Sombuntham, Natalie | 0.6 | Review ▓ |
| 17 | 2/23/2022 | Sombuntham, Natalie | 0.6 | Review ▓ |
| 17 | 2/23/2022 | Sombuntham, Natalie | 0.8 | Review ▓ |
| 17 | 2/24/2022 | Gumbs, Sean | 0.6 | Review ▓ |
| 17 | 2/25/2022 | Gumbs, Sean | 0.4 | Correspond with Jenner and Bennazar ▓ |
| 17 | 2/28/2022 | Sombuntham, Natalie | 0.7 | Review ▓ |
| 17 | 2/28/2022 | Sombuntham, Natalie | 1.4 | Review ▓ |
| **17 Total** | | | **37.3** | |

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 1, 2022 TO FEBRUARY 28, 2022**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 2/14/2022 | Gumbs, Sean | 0.3 | Correspond with Jenner and Bennazar ▇ |
| 18 | 2/16/2022 | Gumbs, Sean | 0.6 | Prepare ▇ |
| 18 | 2/17/2022 | Balzac Delgado, Jean | 3.0 | Participate in committee meeting ▇ |
| 18 | 2/17/2022 | Gumbs, Sean | 2.9 | Participate in committee meeting ▇ |
| 18 | 2/17/2022 | Heeren, Ana | 3.0 | Participate in committee meeting ▇ |
| 18 | 2/17/2022 | Hu, Ji Yon | 3.0 | Participate in committee meeting ▇ |
| 18 | 2/17/2022 | Sombuntham, Natalie | 2.9 | Participate in committee meeting ▇ |
| **18 Total** | | | **15.7** | |
| 24 | 2/1/2022 | Hu, Ji Yon | 0.7 | Review and comment on letter to fee examiner re: 13th interim fee application. |
| 24 | 2/4/2022 | Hellmund-Mora, Marili | 0.6 | Update the December Fee Statement exhibits. |
| 24 | 2/7/2022 | Hellmund-Mora, Marili | 0.5 | Finalize the December Fee Statement. |
| 24 | 2/7/2022 | Sombuntham, Natalie | 0.4 | Finalize and serve the December Fee Statement. |
| 24 | 2/7/2022 | Sombuntham, Natalie | 0.4 | Finalize the response to the Fee Examiner's letter re: 13th Interim Fee Application. |
| 24 | 2/14/2022 | Hu, Ji Yon | 0.4 | Review fee examiner's response and communicate with team. |
| 24 | 2/16/2022 | Sombuntham, Natalie | 0.4 | Correspond with the team re: Fee Examiner's letter on the 13th interim fee application and proposed reductions. |
| 24 | 2/16/2022 | Sombuntham, Natalie | 0.4 | Update schedule of fees billed and collections tracker for the proposed reduction in the 13th interim fee application. |
| 24 | 2/22/2022 | Hu, Ji Yon | 0.3 | Communicate with fee examiner re: Thirteenth Interim Fee Application. |
| 24 | 2/25/2022 | Sombuntham, Natalie | 0.4 | Prepare schedule of collections and billings to update for recent payments in preparation for the upcoming interim fee application. |
| 24 | 2/25/2022 | Sombuntham, Natalie | 0.3 | Coordinate the billing and payment of sub-retained communications vendors invoices. |
| **24 Total** | | | **4.8** | |
| 27 | 2/1/2022 | Van Velkinburgh, Sara | 1.9 | Listen in ▇ |
| 27 | 2/3/2022 | Van Velkinburgh, Sara | 1.3 | Finalize ▇ |
| **27 Total** | | | **3.2** | |
| **Grand Total** | | | **139.5** | |

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2022 TO MARCH 31, 2022**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 4 | 3/2/2022 | Sombuntham, Natalie | 0.7 | Update ▉ |
| 4 | 3/9/2022 | Sombuntham, Natalie | 1.3 | Update ▉ |
| 4 | 3/17/2022 | Gumbs, Sean | 0.6 | Review ▉ |
| **4 Total** | | | **2.6** | |
| 10 | 3/3/2022 | Guminski, Henry | 0.8 | Coordinate decommission of Relativity workspace per N. Sombuntham (FTI)'s request. |
| 10 | 3/14/2022 | Sombuntham, Natalie | 0.3 | Update the latest schedule of billings and collections in advance of the effective date. |
| 10 | 3/15/2022 | Sombuntham, Natalie | 0.3 | Draft and serve the April budget. |
| 10 | 3/15/2022 | Sombuntham, Natalie | 0.3 | Coordinate the remittance of sub-retained vendor fee payments. |
| 10 | 3/31/2022 | Sombuntham, Natalie | 0.2 | Prepare and serve the May fee budget. |
| **10 Total** | | | **1.9** | |
| 16 | 3/3/2022 | Sombuntham, Natalie | 1.2 | Research ▉ |
| 16 | 3/4/2022 | Hu, Ji Yon | 0.2 | Review ▉ |
| 16 | 3/9/2022 | Sombuntham, Natalie | 2.1 | Review ▉ |
| 16 | 3/11/2022 | Gumbs, Sean | 0.3 | Review ▉ |
| 16 | 3/11/2022 | Sombuntham, Natalie | 2.2 | Update ▉ |
| 16 | 3/11/2022 | Sombuntham, Natalie | 1.2 | Review ▉ |
| 16 | 3/14/2022 | Sombuntham, Natalie | 2.6 | Review ▉ |
| 16 | 3/15/2022 | Sombuntham, Natalie | 3.4 | Review ▉ |
| 16 | 3/15/2022 | Sombuntham, Natalie | 0.6 | Review ▉ |
| 16 | 3/16/2022 | Gumbs, Sean | 0.4 | Review ▉ |
| 16 | 3/16/2022 | Gumbs, Sean | 0.6 | Review ▉ |
| **16 Total** | | | **14.8** | |

1 of 4

EXHIBIT D
THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283
DETAIL OF MAINLAND TIME ENTRIES
FOR THE PERIOD MARCH 1, 2022 TO MARCH 31, 2022

MAINLAND

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 3/1/2022 | Gumbs, Sean | 1.1 | Call with Jenner and Bennazar to ▉ |
| 17 | 3/1/2022 | Gumbs, Sean | 0.7 | Review ▉ |
| 17 | 3/1/2022 | Gumbs, Sean | 0.7 | Review ▉ |
| 17 | 3/1/2022 | Sombuntham, Natalie | 1.2 | Review ▉ |
| 17 | 3/1/2022 | Sombuntham, Natalie | 0.4 | Correspond with Marchand ▉ |
| 17 | 3/1/2022 | Sombuntham, Natalie | 1.0 | Participate on call with Jenner and Bennazar re ▉ |
| 17 | 3/2/2022 | Gumbs, Sean | 0.5 | Participate in call with stakeholders ▉ |
| 17 | 3/2/2022 | Sombuntham, Natalie | 0.7 | Participate on call with Jenner and Bennazar ▉ |
| 17 | 3/2/2022 | Sombuntham, Natalie | 0.8 | Review ▉ |
| 17 | 3/3/2022 | Gumbs, Sean | 0.8 | Correspond with Jenner and Bennazar ▉ |
| 17 | 3/3/2022 | Gumbs, Sean | 0.8 | Review ▉ |
| 17 | 3/4/2022 | Gumbs, Sean | 0.4 | Review ▉ |
| 17 | 3/4/2022 | Gumbs, Sean | 0.6 | Review ▉ |
| 17 | 3/4/2022 | Sombuntham, Natalie | 1.3 | Review ▉ |
| 17 | 3/5/2022 | Gumbs, Sean | 0.9 | Review ▉ |
| 17 | 3/5/2022 | Gumbs, Sean | 0.4 | Call with R. Gordon (Jenner) ▉ |
| 17 | 3/5/2022 | Gumbs, Sean | 0.7 | Review ▉ |
| 17 | 3/6/2022 | Gumbs, Sean | 0.7 | Correspond with R. Gordon (Jenner) ▉ |
| 17 | 3/6/2022 | Gumbs, Sean | 0.6 | Review ▉ |
| 17 | 3/7/2022 | Gumbs, Sean | 1.3 | Participate on call ▉ |
| 17 | 3/7/2022 | Gumbs, Sean | 0.5 | Call ▉ |
| 17 | 3/7/2022 | Gumbs, Sean | 1.0 | Call with Jenner and Bennazar ▉ |
| 17 | 3/7/2022 | Sombuntham, Natalie | 1.4 | Participate on call ▉ |
| 17 | 3/7/2022 | Sombuntham, Natalie | 0.7 | Review ▉ |
| 17 | 3/7/2022 | Sombuntham, Natalie | 1.4 | Participate on call with Jenner and Bennazar ▉ |
| 17 | 3/8/2022 | Gumbs, Sean | 0.6 | Participate (partial) on call with Jenner and Bennazar to ▉ |
| 17 | 3/8/2022 | Gumbs, Sean | 1.0 | Call ▉ |
| 17 | 3/8/2022 | Gumbs, Sean | 1.0 | Call ▉ |

EXHIBIT D
THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283
DETAIL OF MAINLAND TIME ENTRIES
FOR THE PERIOD MARCH 1, 2022 TO MARCH 31, 2022

MAINLAND

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 3/8/2022 | Gumbs, Sean | 0.4 | Review ▓ |
| 17 | 3/8/2022 | Gumbs, Sean | 0.6 | Review ▓ |
| 17 | 3/8/2022 | Gumbs, Sean | 0.5 | Review ▓ |
| 17 | 3/8/2022 | Sombuntham, Natalie | 0.8 | Participate on call with Jenner and Bennazar ▓ |
| 17 | 3/8/2022 | Sombuntham, Natalie | 0.9 | Participate on call ▓ |
| 17 | 3/8/2022 | Sombuntham, Natalie | 1.7 | Participate on call ▓ |
| 17 | 3/8/2022 | Sombuntham, Natalie | 1.8 | Review ▓ |
| 17 | 3/9/2022 | Gumbs, Sean | 0.5 | Review ▓ |
| 17 | 3/9/2022 | Gumbs, Sean | 0.6 | Review ▓ |
| 17 | 3/9/2022 | Gumbs, Sean | 0.4 | Review ▓ |
| 17 | 3/9/2022 | Gumbs, Sean | 0.3 | Call ▓ |
| 17 | 3/9/2022 | Sombuntham, Natalie | 0.5 | Participate on call with C. Wedoff (Jenner) ▓ |
| 17 | 3/9/2022 | Sombuntham, Natalie | 1.3 | Participate on call with Jenner and Bennazar ▓ |
| 17 | 3/9/2022 | Sombuntham, Natalie | 0.7 | Review ▓ |
| 17 | 3/9/2022 | Sombuntham, Natalie | 0.9 | Review ▓ |
| 17 | 3/10/2022 | Gumbs, Sean | 0.7 | Review ▓ |
| 17 | 3/10/2022 | Gumbs, Sean | 0.5 | Review ▓ |
| 17 | 3/10/2022 | Sombuntham, Natalie | 0.4 | Participate on call with C. Wedoff (Jenner) ▓ |
| 17 | 3/10/2022 | Sombuntham, Natalie | 3.4 | Draft ▓ |
| 17 | 3/10/2022 | Sombuntham, Natalie | 1.2 | Perform ▓ |
| 17 | 3/10/2022 | Sombuntham, Natalie | 0.6 | Review ▓ |
| 17 | 3/11/2022 | Gumbs, Sean | 0.4 | Review ▓ |
| 17 | 3/11/2022 | Sombuntham, Natalie | 0.8 | Review ▓ |
| 17 | 3/11/2022 | Sombuntham, Natalie | 0.6 | Review ▓ |

EXHIBIT D
THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283
DETAIL OF MAINLAND TIME ENTRIES
FOR THE PERIOD MARCH 1, 2022 TO MARCH 31, 2022

MAINLAND

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 3/14/2022 | Gumbs, Sean | 0.3 | Review ██████ |
| 17 | 3/14/2022 | Sombuntham, Natalie | 1.2 | Perform ██████ |
| 17 | 3/14/2022 | Sombuntham, Natalie | 0.6 | Review ██████ |
| 17 | 3/15/2022 | Sombuntham, Natalie | 0.4 | Review ██████ |
| 17 | 3/16/2022 | Gumbs, Sean | 0.3 | Correspond with R. Gordon (Jenner) ██████ |
| 17 | 3/21/2022 | Gumbs, Sean | 0.7 | Review ██████ |
| 17 | 3/25/2022 | Gumbs, Sean | 2.0 | Participate in meeting ██████ |
| **17 Total** | | | **49.2** | |
| 24 | 3/2/2022 | Sombuntham, Natalie | 0.4 | Update the tracker of billing and collections in preparation for the interim fee application and coordinate invoicing and payment of sub-retained vendor fees. |
| 24 | 3/3/2022 | Gumbs, Sean | 0.4 | Review and provide comments to January Fee statement. |
| 24 | 3/4/2022 | Sombuntham, Natalie | 2.8 | Prepare the draft exhibits to the January Fee Statement. |
| 24 | 3/7/2022 | Sombuntham, Natalie | 3.3 | Prepare draft exhibits and 14th interim fee application. |
| 24 | 3/8/2022 | Hellmund-Mora, Marili | 0.5 | Update and finalize the December fee statement. |
| 24 | 3/8/2022 | Sombuntham, Natalie | 0.7 | Prepare exhibits for sub-retained vendor to be incorporated into the January Fee Statement. |
| 24 | 3/11/2022 | Sombuntham, Natalie | 0.7 | Incorporate edits and revisions into the draft 14th Interim Fee Application. |
| 24 | 3/14/2022 | Hellmund-Mora, Marili | 0.6 | Update and finalize the January fee statement. |
| 24 | 3/14/2022 | Sombuntham, Natalie | 0.3 | Correspond with Jenner to coordinate the 14th interim fee application process and PRRADA disclosure. |
| 24 | 3/14/2022 | Sombuntham, Natalie | 0.4 | Finalize and serve the January Fee Statement. |
| 24 | 3/16/2022 | Sombuntham, Natalie | 0.6 | Review the PRRADA act and order to determine required disclosures before filing the interim fee application. |
| 24 | 3/16/2022 | Sombuntham, Natalie | 0.6 | Incorporate edits to the 14th interim fee application based on comments from counsel and finalize unfiled version. |
| 24 | 3/31/2022 | Sombuntham, Natalie | 1.9 | Prepare the draft February Fee Statement exhibits. |
| 24 | 3/31/2022 | Sombuntham, Natalie | 0.4 | Coordinate payment and remittance of sub-retained vendor invoices. |
| **24 Total** | | | **13.6** | |
| **Grand Total** | | | **82.1** | |

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2022 TO APRIL 30, 2022**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 4/26/2022 | Gumbs, Sean | 1.0 | Review ▓▓▓▓▓▓▓▓▓▓▓▓ |
| **16 Total** | | | **1.0** | |
| 17 | 4/27/2022 | Sombuntham, Natalie | 0.8 | Review ▓▓▓▓▓▓▓▓▓▓ |
| **17 Total** | | | **0.8** | |
| 23 | 4/11/2022 | Sombuntham, Natalie | 0.4 | Review additional material interested parties list for PRRADA disclosure. |
| 23 | 4/19/2022 | Hellmund-Mora, Marili | 2.1 | Prepare list of parties in interest for the supplemental conflict check. |
| 23 | 4/20/2022 | Hellmund-Mora, Marili | 1.7 | Incorporate revisions to the list of parties in interest for the supplemental conflict check. |
| 23 | 4/20/2022 | Sombuntham, Natalie | 0.4 | Correspond with Jenner re: PRRADA conflicts check process and inquiries. |
| 23 | 4/21/2022 | Hellmund-Mora, Marili | 1.2 | Incorporate updates to the supplemental conflict check. |
| 23 | 4/27/2022 | Sombuntham, Natalie | 1.1 | Review preliminary results of the conflict checks for PRRADA disclosure. |
| **23 Total** | | | **6.9** | |
| 24 | 4/18/2022 | Gumbs, Sean | 0.4 | Review February 2022 fee statement, provide comments to N. Sombuntham (FTI). |
| 24 | 4/21/2022 | Sombuntham, Natalie | 2.1 | Prepare draft March 2022 fee statement exhibits. |
| 24 | 4/27/2022 | Sombuntham, Natalie | 0.4 | Coordinate remittance of sub-retained vendor fees as well as reductions per the 13th interim fee application compensation order. |
| 24 | 4/27/2022 | Sombuntham, Natalie | 0.4 | Reconcile recent collections and billings in advance of final fee application preparation. |
| **24 Total** | | | **3.3** | |
| **Grand Total** | | | **12.0** | |

EXHIBIT D
THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283
DETAIL OF MAINLAND TIME ENTRIES
FOR THE PERIOD MAY 1, 2022 TO MAY 31, 2022

MAINLAND

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 4 | 5/4/2022 | Sombuntham, Natalie | 1.1 | Review ▮ |
| 4 | 5/11/2022 | Sombuntham, Natalie | 1.4 | Review ▮ |
| 4 | 5/17/2022 | Gumbs, Sean | 0.7 | Review ▮ |
| 4 | 5/17/2022 | Sombuntham, Natalie | 1.1 | Continue to review ▮ |
| 4 | 5/17/2022 | Sombuntham, Natalie | 0.4 | Correspond with S. Gumbs (FTI) ▮ |
| 4 | 5/18/2022 | Sombuntham, Natalie | 1.2 | Review ▮ |
| **4 Total** | | | **5.9** | |
| 10 | 5/11/2022 | Sombuntham, Natalie | 0.4 | Prepare and serve the June fee budget. |
| **10 Total** | | | **0.4** | |
| 16 | 5/4/2022 | Sombuntham, Natalie | 1.4 | Review ▮ |
| 16 | 5/16/2022 | Sombuntham, Natalie | 1.2 | Research ▮ |
| **16 Total** | | | **2.6** | |
| 17 | 5/4/2022 | Sombuntham, Natalie | 0.6 | Review ▮ |
| 17 | 5/19/2022 | Sombuntham, Natalie | 1.7 | Review ▮ |
| 17 | 5/23/2022 | Gumbs, Sean | 1.0 | Participate on call ▮ |
| 17 | 5/23/2022 | Sombuntham, Natalie | 0.9 | Participate on call ▮ |
| 17 | 5/23/2022 | Sombuntham, Natalie | 1.7 | Commence review ▮ |
| 17 | 5/24/2022 | Gumbs, Sean | 0.7 | Review ▮ |
| 17 | 5/25/2022 | Gumbs, Sean | 1.0 | Continue to review ▮ |
| 17 | 5/25/2022 | Sombuntham, Natalie | 0.9 | Participate on call with S. Gumbs (FTI) ▮ |
| 17 | 5/25/2022 | Sombuntham, Natalie | 1.6 | Review ▮ |
| **17 Total** | | | **10.1** | |

1 of 2

EXHIBIT D
THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283
DETAIL OF MAINLAND TIME ENTRIES
FOR THE PERIOD MAY 1, 2022 TO MAY 31, 2022

MAINLAND

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 23 | 5/3/2022 | Sombuntham, Natalie | 0.6 | Review previously filed declarations and exhibits disclosing results of conflict checks to ensure no unnecessary replication in the PRRADA disclosure. |
| 23 | 5/4/2022 | Sombuntham, Natalie | 0.7 | Perform follow-up inquiry and diligence based on the results of the PRRADA conflict checks. |
| 23 | 5/4/2022 | Sombuntham, Natalie | 0.4 | Correspond with C. Wedoff (Jenner) to coordinate PRRADA declaration draft and disclosure. |
| 23 | 5/9/2022 | Gumbs, Sean | 0.6 | Review draft of FTI disclosure. |
| 23 | 5/9/2022 | Hu, Ji Yon | 0.5 | Review PRRADA disclosure declaration draft and provide comments.. |
| 23 | 5/9/2022 | Sombuntham, Natalie | 1.6 | Draft the PRRADA disclosure and exhibit. |
| 23 | 5/9/2022 | Sombuntham, Natalie | 0.6 | Perform follow-up inquiry re: results of the conflict checks for the PRRADA declaration. |
| 23 | 5/9/2022 | Sombuntham, Natalie | 0.6 | Incorporate edits and revisions into the draft PRRADA declaration. |
| 23 | 5/10/2022 | Gumbs, Sean | 0.4 | Review internal counsel comments re: FTI disclosure, discuss same with team. |
| 23 | 5/10/2022 | Hu, Ji Yon | 0.2 | Correspond with team re: draft PRRADA disclosure declaration draft. |
| 23 | 5/10/2022 | Sombuntham, Natalie | 0.4 | Review internal legal counsel's proposed edits and revisions to the draft PRRADA declaration to provide comments. |
| 23 | 5/10/2022 | Sombuntham, Natalie | 0.6 | Incorporate the team's edits and comments into the draft PRRADA declaration. |
| 23 | 5/10/2022 | Sombuntham, Natalie | 0.4 | Correspond with C. Wedoff (Jenner) re: PRRADA declaration questions and follow-up. |
| 23 | 5/16/2022 | Sombuntham, Natalie | 0.9 | Finalize the PRRADA disclosure declaration in preparation for filing. |
| **23 Total** | | | **8.5** | |
| 24 | 5/4/2022 | Sombuntham, Natalie | 1.2 | Prepare draft exhibits to the April Fee Statement. |
| 24 | 5/4/2022 | Sombuntham, Natalie | 0.4 | Reconcile recent billings and collections for the 13th interim fee application holdback amount to prepare for final fee application preparation. |
| 24 | 5/4/2022 | Sombuntham, Natalie | 0.4 | Correspond with sub-retained vendor re: remittance process and amount given voluntary reduction on the 13th interim fee application. |
| 24 | 5/4/2022 | Sombuntham, Natalie | 0.6 | Finalize the February and March Fee Statements in preparation of service to notice parties. |
| 24 | 5/5/2022 | Gumbs, Sean | 0.3 | Review April Fee Statement. |
| 24 | 5/6/2022 | Hellmund-Mora, Marili | 0.6 | Update and finalize the February Fee Statement. |
| 24 | 5/6/2022 | Hellmund-Mora, Marili | 0.5 | Update and finalize the March Fee Statement. |
| 24 | 5/16/2022 | Sombuntham, Natalie | 0.3 | Correspond with C. Wedoff (Jenner) re: timing for the filing of the 14th interim fee application after the PRRADA declaration is filed. |
| 24 | 5/16/2022 | Sombuntham, Natalie | 0.2 | Send notice of no objection on the February and March fee statements. |
| 24 | 5/18/2022 | Sombuntham, Natalie | 0.3 | Correspond with C. Wedoff (Jenner) to coordinate the filing of the 14th interim fee application. |
| **24 Total** | | | **4.8** | |
| **Grand Total** | | | **32.3** | |