# EXHIBIT E

**DETAILED TIME RECORDS FOR FTI CONSULTING, INC. PERFORMED
ON THE ISLAND FOR THE PERIOD FEBRUARY 1, 2022 TO MAY 31, 2022**

**EXHIBIT E**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF ON-ISLAND TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 1, 2022 TO FEBRUARY 28, 2022**

**ON-ISLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| | | | | |

**NOT APPLICABLE IN THIS MONTH**

**EXHIBIT E**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF ON-ISLAND TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2022 TO MARCH 31, 2022**

**ON-ISLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| | | | **NOT APPLICABLE IN THIS MONTH** | |

1 of 1

**EXHIBIT E**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF ON-ISLAND TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2022 TO APRIL 30, 2022**

**ON-ISLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| | | | **NOT APPLICABLE IN THIS MONTH** | |

**EXHIBIT E**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF ON-ISLAND TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2022 TO MAY 31, 2022**

**ON-ISLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| | | | | |

**NOT APPLICABLE IN THIS MONTH**