# EXHIBIT G

**DETAILED EXPENSE RECORDS FOR FTI CONSULTING,
INC. FOR THE PERIOD FEBRUARY 1, 2022 TO MAY 31, 2022**

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD FEBRUARY 1, 2022 TO FEBRUARY 28, 2022**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|--------------|--------------|----------------|--------|

**NOT APPLICABLE IN THIS MONTH**

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD MARCH 1, 2022 TO MARCH 31, 2022**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|--------------|----------------|--------|
| | | **NOT APPLICABLE IN THIS MONTH** | | |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD APRIL 1, 2022 TO APRIL 30, 2022**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|--------------|----------------|--------|
| | | | **NOT APPLICABLE IN THIS MONTH** | |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD MAY 1, 2022 TO MAY 31, 2022**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|--------------|----------------|--------|
| | | | **NOT APPLICABLE IN THIS MONTH** | |