TRIBUNAL DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el asunto de:<br>JUNTA DE SUPERVISION Y ADMINISTRACION FINANCIERA PUERTO RICO<br><br>como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO<br>Y OTROS,<br><br>DEUDORES | PROMESA, Titulo III<br><br>Num. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>La presente radicación guarda relación con el ELA, la ACT y el SRE.<br>Proof of claim: 91518 |

REPLICA

**AL HONORABLE TRIBUNAL:**

COMPARECE la parte demandante, **DAISY RODRIGUEZ RIVERA**, que suscribe, y muy respetuosamente, Expone, Alega y Solicita:

1. La parte demandante, Daisy Rodríguez Rivera cuya dirección física y postal es Urbanización Los Maestros, calle Salvador Lugo 31, Adjuntas P.R. 00737-0545 y numero de teléfono es 787-341-9448.

2. El proof of claim NO. es 915818

3. Que la Sra. Daisy Rodríguez Rivera recibió una notificación indeterminable en relación al monto de la reclamación alegada contra el Deudor, Sistema de Retiro de los Empelados del Gobierno del Estado Libre Asociado de Puerto Rico.

4. Que la base para esa determinación fue: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación valida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III.

5. Que la fecha límite para radicar y notificar una réplica se cumplió el 26 de noviembre de 2019 a las 4:00pm (AST).

6. Que la Sra. Daisy Rodríguez Rivera no tenía conocimiento que la fecha previamente mencionada era la fecha limite para radicar y notificar la réplica.

7. Que por esta razón y consciente de la fecha limite la Sra. Daisy Rodríguez Rivera somete la documentación pertinente para poder demostrar que debe ser elegible para un monto de su reclamación alegada.

**POR TODO LO CUAL,** la parte demandante muy respetuosamente solicita de este Honorable Tribunal que declare CON LUGAR la presente Replica y ordene a la parte demandada determinar un monto de la reclamación alegada y proceder al pago para **Daisy Rodríguez Rivera.**

En Adjuntas, Puerto Rico, a 9 de julio de 2022

_(firma)_

Daisy Rodriguez Rivera



# CERTIFICACION

Certificamos que DAISY RODRIGUEZ GONZALEZ, disfruta beneficios de PENSION POR MERITO de este Sistema de Retiro. La misma fue efectiva el 27 de marzo de 1999. En la actualidad recibe una anualidad ascendente a $7,328.16 pagadera en mensualidades de $610.68.

Además, tiene derecho a un bono de medicamentos de $100.00, un aguinaldo de navidad de $200.00 y una aportación para plan médico de $100.00 mensuales.

Esta certificación se expide hoy 12 de julio de 2022, en San Juan, Puerto Rico.

Certifico correcto,

*Lumarie Figueroa Vazquez*

Lumarie Figueroa Vazquez
Gerente Auxiliar
División de Asuntos de Pensionados

Número de Evidencia de Reclamación: 21518

Reclamante: Daisy Rodriguez Rivera

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

## Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Cuestionario

1. ¿Cuál es el fundamento de su reclamación?

   ☑ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☑ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda): undetermined

Número de Evidencia de Reclamación: 91518
Reclamante: DAISY RODRIGUEZ Rivera

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

  ☐ No. Pase a la Pregunta 4.

  ✓ Sí. Responda preguntas 3(a)-(d).

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Departamento de Educación

3(b). Identifique las fechas de su empleo con relación a su reclamación: 1972 from May 1999

3(c). Últimos cuatro dígitos de su número de seguro social: 7155

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

  ✓ Jubilación
  ✓ Salarios impagos
  ☐ Días por enfermedad
  ☐ Queja con el sindicato
  ☐ Vacaciones
  ✓ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

Pasos por años de servicio. Ley 96 aumento de costo de vida & Ley 164 Silo Calderon & Ley 89 Romero & Ley 34, Ley 80 & todas las demas.

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

  ☐ No.
  ✓ Sí. Responda Preguntas 4(a)-(f).

4(a). Identifique el departamento o agencia que es parte de esta acción. Employees Retirement System of the Goverment of the Commonwealth of P.R.

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: United States District Court District of Puerto Rico

4(c). Número de caso: 17BK 03566 - LTS

4(d). Título, epígrafe, o nombre del caso: Promesa Title III

Número de Evidencia de Reclamación: 91518
Reclamante: DAISY Rodriguez Rivera

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_pendiente de resolución_

4(f). ¿Tiene usted una sentencia impaga? Sí / No  (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_____

3

DAISY RODRIGUEZ RIVERA
Urb. Los maestros
Calle Salvador Lugo 31
Adjuntas PR 00737-0545





U.S. POSTAGE PAID
FCM LG ENV
ADJUNTAS, PR
00601
JUL 13, 22
AMOUNT
$1.44
R2305K134902-1

Secretaría (CLERK'S OFFICE)
Tribunal de Distrito de los EU
Room 150 Federal Building
San Juan, PR 00918-1767