UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>　　Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |

ORDER DENYING PRO HAC VICE APPLICATIONS SUBMITTED BY JANELLE REYES-MAISONET

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Before the Court is the *Application for Admission Pro Hac Vice* for attorney Sarah S. Borders (Docket Entry No. 20704 in Case No. 17-3283 and Docket Entry No. 2799 in Case No. 17-4780) and for attorney Miguel Cadavid (Docket Entry No. 20705 in Case No. 17-3283 and Docket Entry No. 2800 in Case No. 17-4780) (together, the "Motions"). The Court has also received and reviewed the *Notice of Appearance* (Docket Entry No. 20703 in Case No. 17-3283 and Docket Entry No. 2798 in Case No. 17-4780) (the "Notice") of attorney Janelle Reyes-Maisonet of the San Juan firm Sánchez LRV LLC who states that "she will be appearing on behalf of King & Spalding LLP solely for purposes of filing fee applications in the above-captioned Title III cases." (Notice at 2.)

Rule 83A(f) of the Local Rules for the United States District Court for the District of Puerto Rico provides that an attorney "may apply for permission to appear as attorney of record in a particular case or proceeding" and requires, among other things, applicants "designate a member of the bar of this court as local counsel." The Motions state "applicant has been retained … by the Puerto Rico Electric Power Authority" (Motions ¶ 3), the docket text for the Motions lists Movant as making the filing on behalf of King & Spalding LLP rather than the Puerto Rico Electric Power Authority ("PREPA"). Movant subsequently filed a *Certificate of Service* wherein Movant identifies herself as "Counsel for King & Spalding LLP." (Docket Entry No. 20822 in Case No. 17-3283.)

On May 13, 2022, the Court directed Movant to submit an informative motion by May 16, 2022, to clarify "which entity will be represented by Ms. Borders and Mr. Cadavid, and who will serve as their local counsel in compliance with rule 2090-1(c) of the District of Puerto Rico Local Bankruptcy Rules and with rule 83A(f) of the District of Puerto Rico Local Civil Rules." (*Order Concerning Pro Hac Vice Applications Submitted by Janelle Reyes-Maisonet*, Docket Entry No. 20769 in Case No. 17-3283 and Docket Entry No. 2805 in Case No. 17-4780.) The Court further warned that "failure to do so could result in the denial of either or both [Motions]." (Id.)

The Motions do not identify which entity (King & Spalding LLP or PREPA) will be represented by Ms. Borders and Mr. Cadavid, and who will serve as local counsel for the entity. Additionally, Movant did not comply with this Court's order to submit an informative motion to clarify these issues.

Accordingly, the Motions are denied. This Order resolves Docket Entry Nos. 20704 and 20705 in Case No. 17-3283 and Docket Entry Nos. 2799 and 2800 in Case No. 17-4780.

SO ORDERED.

Dated: July 19, 2022

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge