IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------- x
                                                                :
In re:                                                          :  PROMESA
                                                                :  Title III
THE FINANCIAL OVERSIGHT AND                                     :
MANAGEMENT BOARD FOR PUERTO RICO                                :  Case No. 17-bk-3283 (LTS)
                                                                :
                                                                :  (Jointly Administered)
    as representative of                                        :
                                                                :
THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]                   :
                                                                :
    Debtors.                                                    :
                                                                :
--------------------------------------------------------------- x

NOTICE OF FILING OF SUPPLEMENTAL DECLARATION
OF JOFF MITCHELL OF ZOLFO COOPER, LLC

**PLEASE TAKE NOTICE** that on July 11, 2017 the Official Committee of Unsecured Creditors of all title III Debtors (other than PBA and COFINA) (the "Committee") filed the *Application of Official Committee of Unsecured Creditors of Commonwealth of Puerto Rico for Entry of Order Authorizing Employment and Retention of Zolfo Cooper, LLC as Financial Advisor Effective as of June 27, 2017* (the "Application") [Docket No. 615], and an order was entered by the Court approving the Application on August 10, 2017 [Docket No. 1001].

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17- BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE FURTHER NOTICE** that on September 14, 2017, the Committee filed the *Notice of Filing of Supplemental Declaration of Carol Flaton in Furtherance of Application of Official Committee of Unsecured Creditors of Commonwealth of Puerto Rico for Entry of Order Authorizing Employment and Retention of Zolfo Cooper, LLC as Financial Advisor, Effective as of June 27, 2017* (the "Second Supplemental Declaration) [Docket No. 1304].

**PLEASE TAKE FURTHER NOTICE** that on November 14, 2017, the Committee filed the *Notice of Filing of Supplemental Declaration of Carol Flaton in Furtherance of Application of Official Committee of Unsecured Creditors of Commonwealth of Puerto Rico for Entry of Order Authorizing Employment and Retention of Zolfo Cooper, LLC as Financial Advisor, Effective as of June 27, 2017* (the "Third Supplemental Declaration") [Docket No. 1769].

**PLEASE TAKE FURTHER NOTICE** that on November 6, 2018, the Committee filed the *Notice of Filing of Supplemental Declaration of Carol Flaton in Furtherance of Application of Official Committee of Unsecured Creditors of Commonwealth of Puerto Rico for Entry of Order Authorizing Employment and Retention of Zolfo Cooper, LLC as Financial Advisor, Effective as of June 27, 2017* ("Fourth Supplemental Declaration") [Docket No. 4189].

**PLEASE TAKE FURTHER NOTICE** that on December 11, 2018, the Committee filed the *Notice of Filing of Supplemental Declaration of Carol Flaton of Zolfo Cooper, LLC* ("Fifth Supplemental Declaration") [Docket No. 4445].

**PLEASE TAKE FURTHER NOTICE** that on May 1, 2019, the Committee filed the *Notice of Filing of Supplemental Declaration of Carol Flaton of Zolfo Cooper, LLC* ("Sixth Supplemental Declaration") [Docket No. 6780].

**PLEASE TAKE FURTHER NOTICE** that on July 1, 2019, the Committee filed the *Notice of Filing of Supplemental Declaration of Joff Mitchell of Zolfo Cooper, LLC* ("Seventh Supplemental Declaration") [Docket No. 7778].

**PLEASE TAKE FURTHER NOTICE** that on April 29, 2020, the Committee filed the *Notice of Filing of Supplemental Declaration of Joff Mitchell of Zolfo Cooper, LLC* ("Eighth Supplemental Declaration") [Docket No. 12988].

**PLEASE TAKE FURTHER NOTICE** that on July 27, 2020, the Committee filed the *Notice of Filing of Supplemental Declaration of Joff Mitchell of Zolfo Cooper, LLC* ("Ninth Supplemental Declaration") [Docket No. 13848].

**PLEASE TAKE FURTHER NOTICE** that on November 9, 2020, the Committee filed the *Notice of Filing of Supplemental Declaration of Joff Mitchell of Zolfo Cooper, LLC* ("Tenth Supplemental Declaration") [Docket No. 15040].

**PLEASE TAKE FURTHER NOTICE** that on May 4, 2021, the Committee filed the *Notice of Filing of Supplemental Declaration of Joff Mitchell of Zolfo Cooper, LLC* ("Eleventh Supplemental Declaration") [Docket No. 16679].

**PLEASE TAKE FURTHER NOTICE** that on March 4, 2022, the Committee filed the *Notice of Filing of Supplemental Declaration of Joff Mitchell of Zolfo Cooper, LLC* ("Twelfth Supplemental Declaration") [Docket No. 20263].

**PLEASE TAKE FURTHER NOTICE** that on May 16, 2022, in accordance with the *Order Approving List of Material Interested Parties Pursuant to the Puerto Rico Recovery Accuracy in Disclosures Act* [Docket No. 20467], the Committee filed the *Notice of Filing of*

3

*Supplemental Declaration of Joff Mitchell of Zolfo Cooper, LLC* ("Thirteenth Supplemental Declaration") [Docket No. 20828].

**PLEASE TAKE FURTHER NOTICE** that in response to questions raised by the United States Trustee (the "U.S. Trustee") in an email dated June 10, 2022 regarding Zolfo Cooper's PRRADA disclosures and previous disclosures filed in the PROMESA cases, attached hereto as Exhibit A is the *Notice of Filing of Supplemental Declaration of Joff Mitchell of Zolfo Cooper, LLC* ("Fourteenth Supplemental Declaration").

Dated: July 19, 2022                  /s/ G. Alexander Bongartz

PAUL HASTINGS LLP
Luc. A. Despins, Esq. (Pro Hac Vice)
James R. Bliss, Esq. (Pro Hac Vice)
Nicholas A. Bassett, Esq. (Pro Hac Vice)
G. Alexander Bongartz, Esq. (Pro Hac Vice)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com
*Counsel to the Official Committee of Unsecured Creditors*

- and -

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, PR 00919-5075

        Tel.: (787) 523-3434
        Fax: (787) 523-3433
        jcasillas@cstlawpr.com
        ifernandez@cstlawpr.com
        jnieves@cstlawpr.com
        cfernandez@cstlawpr.com
        *Local Counsel to the Official Committee of Unsecured Creditors*