Estimated Hearing Date:_____, 2022 at _____.m. (Atlantic Standard Time)
Objection Deadline:_____, 2022 at 4:00 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*,

     Debtor. [1]

------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

## SUMMARY SHEET ACCOMPANYING SEVENTH INTERIM FEE APPLICATION OF MCKINSEY & COMPANY PUERTO RICO CONSULTING, INC. AS CONSULTING SERVICES PROVIDER TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTORS, THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD FROM FEBRUARY 1, 2022 THROUGH MARCH 15, 2022

| | |
|---|---|
| Name of Applicant: | McKinsey & Company Puerto Rico Consulting, Inc. ("McKinsey Puerto Rico") |
| Authorized to Provide Services to: | The Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtors Pursuant to PROMESA Section 315(b) |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2022 through March 15, 2022 |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Monthly Fee Statements Subject to Seventh Interim Fee Request: | Thirty-Second Monthly Fee Statement for Compensation for Services Rendered From February 1, 2022 through February 28, 2022 dated June 30, 2022 |
| | Thirty-Third Monthly Fee Statement for Compensation for Services Rendered From March 1, 2022 through March 15, 2022 dated June 30, 2022 |
| Total Fees Requested for Seventh Interim Compensation Period: | **$1,560,000.00** |
| Total Expenses Requested for Seventh Interim Compensation Period: | **$0.00**[2] |
| Total Fees and Expenses Requested for Seventh Interim Compensation Period: | **$1,560,000.00** |
| Total Requested Seventh Interim Compensation Period Fees and Expenses Paid to Date: | **$0.00** |
| Total Fees and Expenses Subject to an Objection: | **$0.00** |
| Type of Application: | **Seventh Interim Fee Application: Commonwealth Title III Support** |

---

[2] McKinsey Puerto Rico provides services on a fixed fee basis, and as such, seeks no reimbursement of expenses.

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*,

          Debtor.[3]

-----------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

**SEVENTH INTERIM FEE APPLICATION OF MCKINSEY & COMPANY PUERTO RICO CONSULTING, INC. AS CONSULTING SERVICES PROVIDER TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTORS, THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD FROM FEBRUARY 1, 2022 THROUGH MARCH 15, 2022**

McKinsey & Company Puerto Rico Consulting, Inc. ("McKinsey Puerto Rico"), strategic

consultants to the Debtors in the above-captioned cases, respectfully represents:

**INTRODUCTION**

1.   By this seventh interim fee application (the "Seventh Interim Fee Application"), McKinsey

     Puerto Rico seeks the allowance and payment of compensation for professional services related

---

[3] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

to Commonwealth Title III support rendered pursuant to the *Second Amended Order Setting
Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket
No. 3269] (the "Interim Compensation Order"), the applicable provisions of Title 11 of the
United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the
"Bankruptcy Rules"), the Local Bankruptcy Rules of the United States Bankruptcy Court for the
District of Puerto Rico (the "Local Rules") and Appendix B of the *U.S. Trustee's Guidelines for
Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11
U.S.C. §330 by Attorneys in Large Chapter 11 Cases Effective as of November 1, 2013* (the "U.S.
Trustee Guidelines," and together with the Interim Compensation Order, the Bankruptcy Code,
the Bankruptcy Rules and the Local Rules, the "Code and Rules"). Pursuant to the Code and
Rules, the Certification of Thomas Dohrmann, President of McKinsey Puerto Rico, regarding
compliance with the statutory and legal authority cited above is attached hereto as Exhibit A.

2.  By this Seventh Interim Fee Application, McKinsey Puerto Rico seeks allowance and payment
    of compensation for professional services rendered by McKinsey Puerto Rico for the period from
    February 1, 2022 through March 15, 2022 (the "Compensation Period") pursuant to the
    "Commonwealth Title III Support" Scope of Work of the Consulting Agreements, as defined in
    paragraph 10 and attached hereto as Exhibit B, in the aggregate amount of $1,560,000.00
    representing 100% of fees incurred during the Compensation Period. McKinsey Puerto Rico
    submits that allowance and payment of this amount are fully warranted given the actual and
    necessary services rendered to the Debtor by McKinsey Puerto Rico, as described in this Seventh
    Interim Fee Application.

4

## BACKGROUND AND JURISDICTION

3.   On May 3, 2017 (the "Petition Date"), the Commonwealth of Puerto Rico (as herein defined), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), filed a petition (the "Petition") with the United States District Court for the District of Puerto Rico (the "Court") under Title III of PROMESA.

4.   On May 5, 2017, the Puerto Rico Sales Tax Financing Corporation ("COFINA," and together with the Commonwealth (the "Commonwealth") of Puerto Rico, the "Debtors"), by and through the Oversight Board, as COFINA's representative pursuant to PROMESA section 315(b), filed a petition ("COFINA's Petition," and together with the Commonwealth's Petition, the "Petitions") with the Court under Title III or PROMESA. The filings of the Petitions constitute orders for relief under Title III of PROMESA.

5.   On May 9, 2017, the Debtor filed a motion seeking the joint administration of the Title III cases (the "Title III Cases") for procedural purposes only, pursuant to PROMESA section 304(g) and Bankruptcy Rule 1015, made applicable to these Title III Cases by PROMESA section 310. On June 1, 2017, the Court ordered that the cases be consolidated for procedural purposes and be jointly administered.

6.   On June 15, 2017, an Official Committee of Unsecured Creditors and an Official Committee of Retirees were appointed in the Title III Cases by the United States Trustee for Region 21.

7.   On November 8, 2017, the Court entered *the First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, which directs that professionals in the Title III Cases be paid interim compensation and outlines the procedures by

which professionals are to submit, at four-month intervals, "an application for interim Court approval and allowance of the payment of compensation."

8. On June 6, 2018, the Court entered *the Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, which amended certain provisions regarding the procedures by which professionals are to submit, at four-month intervals, "an application for interim Court approval and allowance of the payment of compensation."

9. This Court has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a). Venue is proper in this district pursuant to PROMESA section 307(a).

## THE RETENTION OF MCKINSEY PUERTO RICO

10. On or about July 1, 2019, McKinsey Puerto Rico[4] and the Oversight Board entered into a contract setting forth consulting services that McKinsey Puerto Rico would provide in support of the Title III proceedings. Effective July 1, 2020, McKinsey Puerto Rico and the Oversight Board entered into a renewed consulting agreement (amended as of October 15, 2020) (the "2020-2021 Consulting Agreement"), and subsequently renewed the consulting agreement again as of July 1, 2021 (along with a February 1, 2021 amendment) (the "2021-2022 Consulting Agreement," and together with the 2020-2021 Consulting Agreement, the "Consulting Agreements," each attached hereto as Exhibit B).[5] The scope of work under the Consulting Agreements is divided into three (3) distinct workstreams: (i) Commonwealth Title III Support; (ii) Title III Support for

---

[4] As agreed with the Oversight Board, McKinsey Puerto Rico became the entity providing services as of July 1, 2019. The previous entity that provided services to the Oversight Board was an affiliate, McKinsey & Company, Inc. Washington D.C. ("McKinsey Washington").

[5] The rate structure set forth in the 2021-2022 Consulting Agreement applies to all fees requested by McKinsey Puerto Rico for the Seventh Interim Compensation Period.

PREPA; and (iii) Title III Support for HTA. This Seventh Interim Fee Application concerns the first workstream, namely Commonwealth Title III Support.[6]

11. Consistent with how McKinsey Washington, the previous entity that provided services to the Oversight Board, serves clients and prices its engagements both for the public and private sectors, McKinsey Puerto Rico's fee structure under the Consulting Agreements for services related to Commonwealth Title III support was constructed on a monthly firm fixed price basis at the same rates as those charged by McKinsey Washington, as set forth below for the Compensation Period:

| Period of Performance | Fee |
|---|---|
| February 2022 | $1,040,000.00 |
| March 2022 | $1,040,000.00[7] |

12. These monthly rates are similar to rates that McKinsey Washington charges for professional services rendered in comparable matters. Such fees are reasonable based on the customary compensation in a competitive market.

13. There is no agreement or understanding between McKinsey Puerto Rico and any other nonaffiliated person for the sharing of compensation to be received for services rendered in the Title III Cases.

---

[6] McKinsey Puerto Rico will be serving separate Seventh Interim Fee Applications for compensation for services rendered pursuant to the other two (2) workstreams under the Consulting Agreements at the appropriate time.

[7] The fixed fee for March 2022 was prorated from March 1, 2022 through March 15, 2022 in the amount of $520,000.00.

14. All services performed by McKinsey Puerto Rico for which fees are requested herein were performed or incurred for and on behalf of the Debtor and were not for any other person or entity.

**<u>SUMMARY DESCRIPTION OF SERVICES PERFORMED –
COMMONWEALTH TITLE III SUPPORT</u>**

15. Set forth below is a brief summary of the principal matters on which McKinsey Puerto Rico provided services in connection with Commonwealth Title III support during the Compensation Period, along with a list of the McKinsey Puerto Rico professionals who performed services during that period. In addition to this summary, comprehensive details setting forth the day-to-day activities performed and deliverables provided by McKinsey Puerto Rico professionals are included in McKinsey Puerto Rico's Monthly Fee Statements (McKinsey Puerto Rico's Thirty-Second Fee Statement for Compensation For Services Rendered from February 1, 2022 through February 28, 2022: Commonwealth Title III Support (the "<u>Thirty-Second Monthly Fee Statement: Commonwealth Title III Support</u>"); and McKinsey Puerto Rico's Thirty-Third Monthly Fee Statement for Compensation For Services Rendered from March 1, 2022 through March 15, 2022: Commonwealth Title III Support (the "<u>Thirty-Third Monthly Fee Statement: Commonwealth Title III Support</u>"), attached hereto as <u>Exhibit C</u>.

*February 2022:*

McKinsey Puerto Rico supported the Financial Oversight and Management Board (FOMB) with matters related to the Fiscal Plan, including leading Fiscal Plan modeling and integration as well as providing targeted expertise in key Fiscal Plan domains.

McKinsey Puerto Rico's work on the Fiscal Plan centered on supporting the creation of the Fiscal Plan data room version, including finalizing and conducting quality control reviews, as well

as starting the process of setting up a new interim working Fiscal Plan model. McKinsey Puerto Rico also supported capability building on the Fiscal Plan, and updated materials and helped deliver training on Revenues and Expenditures to FOMB associates.

During February 2022, McKinsey Puerto Rico also provided targeted expertise in key Fiscal Plan domains. This included supporting the FOMB Health team on questions related to the MCO contract Amendment S, potential draft legislation, and the impact of drug rebate programs on public health expenditures, as well as working with auditors on the Government audited financial statements for 2019 and answering questions about Fiscal Plan revenue and expenditure projections.

The McKinsey Puerto Rico personnel who provided services related to the Commonwealth Title III support are set forth below:

Bertil Chappuis (Senior Partner – part time – overall strategic direction);

Thomas Dohrmann (Senior Partner – part time – overall strategic direction);

Jonathan Davis (Partner – part time – content director on Fiscal Plan Macro, revenues and structural reforms);

Ojas Shah (Partner – part time – engagement director focused on restructuring and liquidity topics; content director on Fiscal Plan expenditures);

Todd Winter  (Partner – part time – content director on healthcare and education);

Juan Rebolledo (Associate Partner – part time – engagement director focused on the Fiscal Plan and content director on implementation of Fiscal-Plan related topics);

Rico Garcia  Ondarza (Engagement Manager – full time – focused on the Fiscal Plan and restructuring expenditures);

Justin Collins (Engagement Manager – full time – focused on restructuring processes);

Sophie Weihmann ((Engagement Manager – full time – focused on Fiscal Plan topics);

Malik Jabati (Business Analyst – full time – focused on Medicaid);

Dylan Smith (Associate – full time – focused on macro, revenues and Fiscal Plan model);

Erica Wang (Business Analyst – full time – focused on macro, revenues and Fiscal Plan document);

Beatriz Ramirez ((Business Analyst – full time – focused on expenditures); and

Victoria Sabo (Business Analyst – full time – focused on Medicaid).

The core activities and deliverables related to the Commonwealth Title III support during February 2022 included:

- ■ Provide support on Fiscal Plan modeling and integration to enable continuity on underlying logic and assumptions
  - – Data room version of Fiscal Plan model was created to facilitate use by creditors and Puerto Rico government advisors
  - – Provided support on various Fiscal Plan related ad-hoc requests, such as helping clarify questions from agencies and other FOMB advisors

- ■ Simplify Fiscal Plan processes and continue to build FOMB staff capabilities to further the goal of FOMB leading Fiscal Plan process
  - – Conducted onboarding sessions for new associate on FOMB Health team (including review of Medicaid model within Fiscal Plan and key analyses)
  - – Held capability session with revenue associates on key updates in Fiscal Plan model
  - – Updated onboarding materials for Revenues and Expenditures trainings sessions for FOMB associates
  - – Implemented split of Certified Fiscal Plan model to support transition of Expenditures to different FOMB advisor team and conducted sessions to initiated formal handover

- ■ Provide targeted expertise in key Fiscal Plan domains
  - – Conducted scenario analysis of potential General Funds freed up from Medicaid if proposed legislation was being adopted
  - – Examined Medicaid enrollment trajectory since the onset of COVID-19 relative to U.S. Mainland
  - – Reviewed draft modified accrual revenue certification submitted by the Government

    –    Worked with auditors to help reconcile 2019 financial statements with Fiscal Plan revenue and expenditure projections

    –    Provided technical advice relating to Fiscal Plan to FOMB and advisor teams drafting FY22 budget amendment

***March 2022:***

During the first half of March, McKinsey Puerto Rico supported the Financial Oversight and Management Board (FOMB) with matters related to the Fiscal Plan, including leading Fiscal Plan modeling and integration as well as providing targeted expertise in key Fiscal Plan domains.

McKinsey Puerto Rico's work on the Fiscal Plan focused on finalizing and validating the split model (separating the Fiscal Plan model into an expenditure model, to be handed over to another FOMB advisor team, and a macro/revenue-side model used for overall surplus calculation), as well as on identifying and prioritizing potential model updates to simplify and overall continuously improve the model. McKinsey Puerto Rico also supported FOMB and co-advisors with the audit of FY2019 financial statements and reconciliation with the Fiscal Plan.

During the first half of March, McKinsey Puerto Rico also provided targeted expertise in key Fiscal Plan domains. This included reviewing potential effects of pending national and local legislation, including House Bill 827 and the Omnibus Bill, as well as analyzing the potential impact of the MCO contract Amendment S on Medicaid for FY2022 and FY2023 and conducting trend analysis on FY2021 and FY2022 year-to-date disbursements of Disaster Relief Funds.

The McKinsey Puerto Rico personnel who provided services related to the Commonwealth Title III support are set forth below:

Thomas Dohrmann (Senior Partner – part time – overall strategic direction);

Jonathan Davis (Partner – part time – content director on Fiscal Plan Macro, revenues and

structural reforms);

Ojas Shah (Partner – part time – engagement director focused on restructuring and liquidity topics; content director on Fiscal Plan expenditures);

Todd Winter (Partner – part time – content director on healthcare and education);

Juan Rebolledo (Associate Partner – part time – engagement director focused on Fiscal Plan and content director on implementation of Fiscal Plan-related topics);

Sophie Weihmann ((Engagement Manager – full time – focused on restructuring processes);

Dylan Smith (Associate – full time – focused on macro, revenues and Fiscal Plan model);

Erica Wang (Business Analyst – full time – focused on macro, revenues and Fiscal Plan document);

Beatriz Ramirez ((Business Analyst – full time – focused on expenditures); and

Victoria Sabo (Business Analyst – full time – focused on Medicaid).

The core activities and deliverables related to the Commonwealth Title III support during the first half of March 2022 included:

- ■   Provide support on Fiscal Plan modeling and integration to enable continuity on underlying logic and assumptions
    - –   Finalized and validated split model (separating Fiscal Plan into macro/revenue side model and expenditure model)
    - –   Supported FOMB and FOMB advisors on audit of FY2019 financial statements and reconciliation with Fiscal Plan
    - –   Identified initial priority updates/potential simplifications to Fiscal Plan model and began implementation into model
    - –   Responded to questions and other Fiscal Plan related queries from FOMB and FOMB advisors (e.g., questions on historically conditionally allocable revenues, breakdown of other General Fund revenues, and Incentive Fund adjustments)

- ■   Simplify Fiscal Plan processes and continue to build FOMB staff capabilities to further the goal of FOMB leading Fiscal Plan process

- – Initiated discussions with FOMB co-advisors on handover of expenditure workstream and expenditure-side of split model as well as potential operating model with co-advisor (including split model)
- – Conducted several capability sessions with Health team to align on scenario analyses based on Fiscal Plan
- – Coordinated debrief/tutorial on CVIs with FOMB team and FOMB advisors
- ■ Provide targeted expertise in key Fiscal Plan domains
  - – Continued to monitor and analyze national and local economic and policy decisions for potential implications on Fiscal Plan projections, including House Bill 827 (CRIM revenues) and Omnibus Bill (Fiscal Plan and Medicaid)
  - – Reviewed MCO contract (Amendment S) submission with Puerto Rico Health Insurance Administration and analyzed impact to Medicaid for FY22 and FY23 under various scenarios

- ■ Support in restructuring activities
  - – Supported legal team with Fiscal Plan related questions that may arise during Certified Fiscal Plan confirmation litigation

## SUMMARY OF PROFESSIONAL COMPENSATION REQUESTED

### Interim Fee Applications

16. On July 21, 2020, pursuant to the Interim Compensation Order, McKinsey Washington filed its Seventh Interim Fee Application, covering the compensation period from June 1, 2019 through June 30, 2019 [Docket No. 13756].

17. On July 21, 2020, pursuant to the Interim Compensation Order, McKinsey Puerto Rico filed its First Interim Fee Application, covering the compensation period from July 1, 2019 through May 31, 2020 [Docket No. 13759].[8]

---

[8] McKinsey Puerto Rico's interim fee applications are summarized as follows:

| McKinsey Workstream | First Interim Fee Application | Second Interim Fee Application | Third Interim Fee Application | Fourth Interim Fee Application | Fifth Interim Fee Application | Sixth Interim Fee Application | Seventh Interim Fee Application |
|---|---|---|---|---|---|---|---|
| Commonwealth | $15,138,625.00 | $4,728,300.00 | $3,711,250.00 | $5,492,500.00 | $5,670,000.00 | $5,322,500.00 | $1,560,000.00 |
| PREPA | $7,907,000.00 | $2,074,926.00 | $1,205,465.00 | $1,306,100.00 | $1,306,100.00 | $1,661,050.00 | N/A |
| HTA | $3,329,500.00 | $1,197,400.00 | $1,139,850.00 | $1,240,000.00 | $1,240,000.00 | $1,185,000.00 | N/A |
| **Total** | **$26,375,125.00** | **$8,000,626.00** | **$6,056,565.00** | **$8,038,600.00** | **$8,216,100.00** | **$8,168,550.00** | **$1,560,000.00** |

18. On October 26, 2020, this Court approved McKinsey Washington's Seventh Interim Fee Application and McKinsey Puerto Rico's First Interim Fee Application in their entirety [Docket No. 14925]. To date, McKinsey Puerto Rico has been paid, on an interim basis, one hundred (100%) percent of its fees requested pursuant to the First Interim Fee Application.

19. On December 16, 2020, pursuant to the Interim Compensation Order, McKinsey Puerto  and filed its Second Interim Fee Application, covering the compensation period from June 1, 2020 through September 30, 2020 [Docket No. 15459].

20. On March 8, 2021, this Court approved McKinsey Puerto Rico's Second Interim Fee Application in its entirety [Docket No. 15971]. To date, McKinsey Puerto Rico has been paid, on an interim basis, one hundred (100%) percent of its fees requested pursuant to the Second Interim Fee Application.

21. On April 15, 2021, pursuant to the Interim Compensation Order, McKinsey Puerto Rico filed its Third Interim Fee Application, covering the compensation period from October 1, 2020 through January 31, 2021 [Docket No. 16446].

22. On October 4, 2021, this Court approved McKinsey Puerto Rico's Third Interim Fee Application in its entirety [Docket No. 18371]. To date, McKinsey Puerto Rico has been paid, on an interim basis, one hundred (100%) percent of its fees requested pursuant to the Third Interim Fee Application.

23. On August 31, 2021, pursuant to the Interim Compensation Order, McKinsey Puerto Rico filed its Fourth Interim Fee Application, covering the compensation period from February 1, 2021 through May 31, 2021 [Docket No. 18003].

24. On October 21, 2021, this Court approved McKinsey Puerto Rico's Fourth Interim Fee Application in its entirety [Docket No. 18625]. To date, McKinsey Puerto Rico has been paid,

on an interim basis, one hundred (100%) percent of its fees requested pursuant to the Fourth Interim Fee Application.

25. On June 10, 2022, pursuant to the Interim Compensation Order, McKinsey Puerto Rico filed its Fifth Interim Fee Application, covering the compensation period from June 1, 2021 through September 30, 2021.  To date, McKinsey Puerto Rico has been paid, on an interim basis, ninety (90%) percent of its fees requested pursuant to the Fifth Interim Fee Application.

26. On June 10, 2022, pursuant to the Interim Compensation Order, McKinsey Puerto Rico filed its Sixth Interim Fee Application, covering the compensation period from October 1, 2021 through January 31, 2022.  To date, McKinsey Puerto Rico has been paid, on an interim basis, ninety (90%) percent of its fees requested pursuant to the Sixth Interim Fee Application.

27. On July 19, 2022, pursuant to the Interim Compensation Order, McKinsey Puerto Rico filed its Seventh Interim Fee Application, covering the compensation period from February 1, 2022 through March 15, 2022.  To date, McKinsey Puerto Rico has not been paid any amount of its fees requested pursuant to the Seventh Interim Fee Application.

**Monthly Fee Statements**

28. On June 30, 2022, pursuant to the Interim Compensation Order, McKinsey Puerto Rico served on the Notice Parties (as defined therein) the Thirty-Second Monthly Fee Statement for services rendered from February 1, 2022 through February 28, 2022 under the Commonwealth Title III Support workstream (the "Thirty-Second Monthly Fee Period").

29.  As reflected in the Thirty-Second Monthly Fee Statement: Commonwealth Title III Support, during the Thirty-Second Monthly Fee Period, McKinsey Puerto Rico incurred $1,040,000.00 in fees related to Commonwealth Title III Support and sought payment of ninety (90%) percent of such fees ($936,000.00) in accordance with the Interim Compensation Order.

30. On June 30, 2022, pursuant to the Interim Compensation Order, McKinsey Puerto Rico served on the Notice Parties (as defined therein) the Thirty-Third Monthly Fee Statement for services rendered from March 1, 2022 through March 15, 2022 under the Commonwealth Title III Support workstream (the "Thirty-Third Monthly Fee Period").

31. As reflected in the Thirty-Third Monthly Fee Statement: Commonwealth Title III Support, during the Thirty-Third Monthly Fee Period, McKinsey Puerto Rico incurred $520,000.00 in fees related to Commonwealth Title III Support and sought payment of ninety (90%) percent of such fees ($468,000.00) in accordance with the Interim Compensation Order.

32. To date, McKinsey Puerto Rico has been paid a total of $37,826,201.20[9] for services rendered under the Commonwealth Title III Support workstream.  To date, McKinsey Puerto Rico has not received any payment of its fees requested for services rendered during the Compensation Period.

33. Pursuant to this Seventh Interim Fee Application, McKinsey Puerto Rico seeks an interim allowance and payment of $1,560,000.00, representing one hundred (100%) percent of its total fees incurred during the Compensation Period, less statutory fees.

## **THE REQUESTED COMPENSATION SHOULD BE ALLOWED**

34. Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 to govern the Court's award of such compensation. Section 330 of the Bankruptcy Code provides that a court may award a professional "reasonable compensation for actual necessary services rendered ... and

---

[9] The amounts paid (if any) are "net" of any amounts withheld for tax purposes or the statutory contribution of 1.5% of McKinsey Puerto Rico's professional fees to be deposited in the General Fund.

reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).  Section 330 sets forth

the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded ..., the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including-
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;
>
> (C)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title 11 U.S.C. § 330(a)(3).

35.  As demonstrated by this Seventh Interim Fee Application and the exhibits attached hereto, the

services that McKinsey Puerto Rico rendered during the Compensation Period were reasonable,

necessary and appropriate. McKinsey Puerto Rico expended its time economically and without

unnecessary duplication of effort. In addition, the work conducted was carefully assigned to

appropriate professionals, according to the experience and level of knowledge required for each

particular task. Accordingly, approval of the compensation sought herein is warranted.

## **CONCLUSION**

WHEREFORE, McKinsey Puerto Rico respectfully requests that the Court enter an order

awarding McKinsey Puerto Rico an interim allowance for the Compensation Period in the total

amount of $1,560,000.00, directing the Debtor to pay McKinsey Puerto Rico such interim fees in

the amount of $1,560,000,00 and granting such other relief as this Court deems just and proper.

Dated: July 19, 2022                          McKinsey & Company Puerto Rico
                                              Consulting, Inc.


                                              ____ */s/ Thomas Dohrmann* _____
                                              Thomas Dohrmann, President
                                              McKinsey & Company Puerto Rico Consulting, Inc.
                                              1225 Ave Juan Ponce de Leon
                                              San Juan, Puerto Rico 00907
                                              PH-786
                                              Email: Thomas_Dohrmann@mckinsey.com

                                              *Strategic Consultant to the Debtor*

## Certificate of Service

1. Notice of this Seventh Interim Fee Application has been or will be provided by overnight delivery or e-mail to:

   i.   attorneys for the Oversight Board, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, Attn: Martin J. Bienenstock, Esq. (mbienenstock@proskauer.com) and Ehud Barak, Esq. (ebarak@proskauer.com), and Proskauer Rose LLP, 70 West Madison Street, Chicago, IL 60602, Attn: Paul V. Possinger, Esq. (ppossinger@proskauer.com);

   ii.  attorneys for the Oversight Board, O'Neill & Borges LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918, Attn: Hermann D. Bauer, Esq. (hermann.bauer@oneillborges.com);

   iii. attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), Suzzanne Uhland, Esq. (suhland@omm.com), and Diana M. Perez, Esq. (dperez@omm.com);

   iv.  attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, Marini Pietrantoni Muñiz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave, San Juan, PR 00917, Attn: Luis C. Marini-Biaggi, Esq. (lmarini@mpmlawpr.com) and Carolina Velaz-Rivero Esq. (cvelaz@mpmlawpr.com);

   v.   the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico), Attn: Monsita Lecaroz (monsita.lecaroz@usdoj.gov);

   vi.  attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc. A Despins, Esq. (lucdespins@paulhastings.com);

   vii. attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com);

   viii. attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq.

(rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com), and Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner.com) and Melissa Root, Esq. (mroot@jenner.com);

ix.     attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar-Zequeira, Esq. (ajb@bennazar.org);

x.      the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax Policy (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Assistant Secretary of Internal Revenue and Tax Policy (francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda.pr.gov);

xi.     attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com); and

xii.    attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler (BWilliamson@gklaw.com; KStadler@gklaw.com).

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*,

          Debtors.

-----------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

**CERTIFICATION OF THOMAS DOHRMANN IN SUPPORT OF SEVENTH INTERIM
FEE APPLICATION OF MCKINSEY & COMPANY PUERTO RICO CONSULTING,
INC. AS CONSULTING SERVICES PROVIDER TO THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF
DEBTORS, THE COMMONWEALTH OF PUERTO RICO FOR THE PERIOD
FROM FEBRUARY 1, 2022 THROUGH MARCH 15, 2022**

I, Thomas Dohrmann, certify as follows:

1.     I am President of McKinsey & Company Puerto Rico Consulting, Inc. ("McKinsey Puerto Rico"). I submit this certification with respect to the seventh interim fee application of McKinsey Puerto Rico as consulting services provider in the above-captioned case (the "Seventh Interim Fee Application") for the allowance of compensation for professional services rendered during the relevant application period.

2.     I make this certification in accordance with the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on June 6, 2018 [Docket No. 3269] (the "Interim Compensation Order").

3.     In connection therewith, I hereby certify that:

    (a) I have read the Seventh Interim Fee Application;

    (b) To the best of my knowledge, information and belief formed after reasonable inquiry, the fees sought in the Seventh Interim Fee Application are in substantial compliance with the Interim Compensation Order and the United States Trustee Guidelines for

Reviewing Applications for Compensation and Reimbursement of Expenses Filed
Under 11 U.S.C. § 330, adopted on January 30, 1996; and

(c) The Debtor, the United States Trustee, the Official Committee of Unsecured
Creditors and the Official Committee of Retirees of the Debtor have been provided
with a copy of the Seventh Interim Fee Application simultaneously with the filing
thereof, and will have at least ten (10) days to review such Seventh Interim Fee
Application prior to any objection deadline with respect thereto.


Dated:        July 19, 2022
              San Juan, Puerto Rico


                              _____/s/ Thomas Dohrmann_____
                              Thomas Dohrmann, President
                              McKinsey & Company Puerto Rico Consulting, Inc.
                              1225 Ave Juan Ponce de Leon
                              San Juan, Puerto Rico 00907
                              PH-786
                              Email: Thomas_Dohrmann@mckinsey.com

# EXHIBIT B



**INDEPENDENT CONTRACTOR SERVICES AGREEMENT**
**McKinsey & Company Puerto Rico Consulting, Inc.**

**Title III Support**

**EFFECTIVE DATE: July 1, 2021**

THIS INDEPENDENT CONTRACTOR SERVICES AGREEMENT (the "**Agreement**") is made by and between THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO (the "**Board**") created by the Puerto Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. chapter 20 ("**PROMESA**"), and McKinsey & Company Puerto Rico Consulting, Inc. (the "**Contractor**"). The Board and Contractor hereby agree as follows:

**1.      Engagement of Services.** The Board may offer Project Assignments to Contractor in the form attached to this Agreement as ***Exhibit A*** ("***Project Assignment***"). Subject to the terms of this Agreement, Contractor will render the services set forth in Project Assignment(s) accepted by Contractor by the completion dates set forth therein.

**2.      Compensation.** The Board will pay or will authorize payment to Contractor the fees set forth in each Project Assignment for services rendered pursuant to this Agreement. Contractor is responsible for all reasonable expenses incurred in the performance of services under this Agreement. Contractor will be reimbursed only for expenses which are expressly provided for in a Project Assignment or which have been approved in advance in writing by the Board. Contractor must furnish all documentation for authorized expenses the Board reasonably requests. Payment of Contractor's fees and expenses will be in accordance with terms and conditions set forth in the applicable Project Assignment. Upon termination of this Agreement for any reason, Contractor will be paid fees on the basis stated in the Project Assignment(s) for work which has been completed.

**3.      Independent Contractor Relationship.**

**3.1**      Contractor's relationship with the Board is that of an independent contractor, and nothing in this Agreement is intended to, or should be construed to create a partnership, agency, joint venture or employment relationship. Contractor is not authorized to make any representation, contract or commitment on behalf of the Board unless specifically requested or authorized in writing to do so by the Board.

**3.2**      Contractor shall be responsible for exercising independent discretion and judgment to achieve the results specified in this Agreement and in any Project Assignments, and no member, officer, agent or employee of the Board shall have the authority to direct Contractor as to the manner or means employed to achieve such results.

**3.3**    Contractor shall be responsible for providing all tools and equipment necessary to perform services under this Agreement and any Project Assignments. Contractor shall bear all expenses associated with the provision of services under this Agreement and in any Project Assignments, except as otherwise agreed to pursuant to Section 2 of this Agreement.

**3.4**    Contractor will not be entitled to any of the benefits that the Board may make available to its employees, including, but not limited to, group health or life insurance, or retirement benefits.

**3.5**    Contractor is solely responsible for, and will file, on a timely basis, all tax returns and payments required to be filed with, or made to, any applicable tax authority with respect to the performance of services and receipt of fees under this Agreement.

**3.6**    Contractor's compensation may be subject to withholding by the Board for the payment of any applicable income taxes. In no event will the Contractor be entitled to a gross up from the Board to cover any taxes or withholdings to which the Contractor may be subject. The Board will furnish Contractor with evidence of any tax withheld by the Board.

**3.7**    Any employees or agents of Contractor shall be the sole responsibility of Contractor, and shall not be employees or agents of, or paid by, the Board. Neither the Contractor nor its employees or agents are entitled to invoke against the Board any of the laws or protections that may apply to employees of the United States government or the Commonwealth of Puerto Rico. Contractor shall have full liability for the acts of its employees and agents. Contractor shall bear all expenses associated with the employment of such individuals, and assume sole responsibility for compliance with applicable laws, rules, regulations and orders regarding Contractor's employees.

**3.8**    Contractor is responsible for properly and thoroughly completing the Contractor Certification Requirements set forth in *Appendix C* hereto and for following the Board Expense Reimbursement Policy, guidelines and reporting requirements set forth in *Appendix D* hereto, as such Appendixes and forms may from time to time be amended.

**4.**    **Nondisclosure.**

**4.1**    **Recognition of Board's Rights; Nondisclosure.** Contractor understands and acknowledges that the Board has a protectable interest in its Confidential Information (defined below). At all times during the term of this Agreement and thereafter, Contractor will hold in strictest confidence and will not disclose, use, lecture upon or publish any of the Board's Confidential Information, except as such disclosure, use or publication (i) may be required in connection with Contractor's services for the Board or (ii) may be required by law, regulation, or legal process provided that Contractor provides reasonable advance notice to the Board, or unless the Board expressly authorizes such in writing. Contractor will obtain the Board's written approval before publishing or submitting for publication any material (written, verbal, or otherwise) that relates to Contractor's services for the Board and/or incorporates any Confidential Information. Contractor hereby assigns to the Board any rights Contractor may have or acquire in such Confidential Information and recognizes that all Confidential Information

2

shall be the sole property of the Board and its assigns. Contractor will take all reasonable precautions to prevent the inadvertent or accidental disclosure of Confidential Information.

4.2     **Confidential Information.** The term "**Confidential Information**" shall mean any and all confidential and/or proprietary knowledge, data or information of or used by the Board, whether having existed, now existing, or to be developed during the term of this Agreement. By way of illustration but not limitation, "**Confidential Information**" includes (a) trade secrets, inventions, mask works, ideas, processes, formulas, source and object codes, data, programs, other works of authorship, know-how, improvements, discoveries, developments, designs and techniques and any other proprietary technology and all Proprietary Rights therein (hereinafter collectively referred to as "**Inventions**"); (b) information regarding research, analysis, development, business plans, budgets and unpublished financial statements, licenses, prices and costs, margins, credit terms, forecasts, future plans and potential strategies, financial projections and business strategies, operational plans, financing and capital-raising plans, activities and agreements, internal services and operational manuals, methods of conducting Board business, suppliers and supplier information, and purchasing; (c) information regarding any of the Board's contractors, or representatives and their services, including names, representatives, proposals, bids, contracts and their contents and parties, the type and quantity of products and services received by the Board, and other non-public information relating to Board contractors, or representatives; and (d) information regarding personnel, employee lists, compensation, and employee skills. Notwithstanding the foregoing, it is understood that, at all such times, Contractor is free to use information which is generally known publicly or in the trade or industry through no breach of this Agreement or other act or omission by Contractor.

4.3     **Third Party Information.** Contractor understands, in addition, that the Board has received and in the future, will receive from third parties, including the Commonwealth of Puerto Rico, confidential and/or proprietary knowledge, data, or information ("**Third Party Information**") subject to a duty on the Board's part to maintain the confidentiality of such information and to use it only for certain limited purposes. During the term of this Agreement and thereafter, Contractor will hold any Third Party Information disclosed by the Board or obtained in connection with its work in the strictest confidence and will not disclose to anyone (other than Board members and personnel who need to know such information in connection with their work for the Board) or use, except in connection with Contractor's services for the Board, Third Party Information unless expressly authorized by the Executive Director or a member of the Board in writing. Contractor shall comply with all applicable laws, rules, and regulations concerning confidentiality.

4.4     **Term of Nondisclosure Restrictions.** Contractor understands that Confidential Information and Third-Party Information is never to be used or disclosed by Contractor, as provided in this Section 4. If, however, a court decides that this Section 4 or any of its provisions is unenforceable for lack of reasonable temporal limitation and the Agreement or its restriction(s) cannot otherwise be enforced, Contractor and the Board agree that the two (2) year period after the termination of this Agreement shall be the temporal limitation relevant to the contested restriction, provided, however, that this sentence shall not apply to trade secrets protected without temporal limitation under applicable law.

3

**4.5     No Improper Use of Information.** During the term of this Agreement, Contractor will not improperly use or disclose any Confidential Information of any person or entity to whom Contractor has an obligation of confidentiality, and Contractor will not bring onto the premises of the Board any documents or any property belonging to any person or entity to whom Contractor has an obligation of confidentiality unless consented to in writing by that person or entity. During Contractor's engagement as an independent contractor performing services for the Board, Contractor may also have access to "Inside" or non-public information about one or more companies associated with the Board's work. Use of "Inside," Confidential Information or Third-Party Information in making any investment is absolutely prohibited, and Contractor represents and warrants that Contractor will comply with all applicable securities laws and regulations.

**4.6     Disclosure of Contractor Materials; Publicity.** The Board understands and acknowledges that Contractor's work for the Board is confidential and for the Board's internal use only; provided, however, that the Board may disclose such work to the extent such disclosure is necessary or desirable to carry out the Board's statutory duties or in response to a legal proceeding. Except as provided in the preceding sentence, the Board agrees that it will not disclose Contractor's name in relation to any disclosure of work hereunder without Contractor's consent. Contractor will not disclose the Deliverables to any third parties without the Board's prior written permission or as may be required by law, regulation, or legal process. Contractor further agrees not to use the Board's name in any communication with any third party without the Board's prior written permission, including in press releases or other public announcements. If the Board receives a public records request for Deliverables or other documents containing Contractor information, the Board will allow Contractor the ability to review the documents prior to disclosure to advise if the documents contain information subject to any exception or exemption to the relevant public records laws.

**5.     Records.** To the extent that Contractor is required to develop, review and/or analyze Confidential Information or Third-Party Information, Contractor further shall store and maintain all Confidential Information in a secure place. Such material shall at all times remain the exclusive property of the Board and/or the applicable third party, unless otherwise agreed to in writing by a Board member or the Board's Executive Director.

**6.     Return of Board Property.** On the earlier of termination of this Agreement or a request by the Board's Executive Director, Contractor shall return to the Board all the Board property which Contractor obtained from the Board or created in the course of any Project Assignment (except that Contractor may keep one copy of all such materials it has prepared), including any Confidential Information and Third-Party Information. Contractor acknowledges that all such property shall at all times remain the exclusive property of the Board, unless otherwise agreed to in writing by a Board member or the Board's Executive Director.

7. **No Conflict of Interest.**

7.1 **Upon Signing of Agreement and Semi-Annually Thereafter.** At the execution of this Agreement, Contractor, on behalf of itself, its Material Affiliates[1] and its direct and indirect subsidiaries shall make the Contractor Conflict of Interest Certifications set forth in Appendix B hereto[2] and shall thereafter make similar Contractor Conflict of Interest Certifications periodically as of every July 1st and January 1st of each year of service under this Agreement and any related Project Assignments. In the event Contractor or any of its affiliates publicly files a Securities and Exchange Form ADV or Department of Labor Form 5500, Contractor shall share such filings with the Board on or around the time of each such filing. Finally, it is of paramount importance to the Board that Contractor and its affiliates other than MIO Partners Inc. ("MIO")[3] disclose to the Board any of their direct or indirect investments in Puerto Rico public debt instruments of any kind including such instruments issued by any Interested Party[4] that is a Puerto Rico governmental instrumentality. While such investments may not always constitute a potential or actual conflict of interest, the Board requires such disclosure to ascertain whether or not such an investment by the Contractor or its affiliates (other than MIO) could represent a conflict of interest and/or require other action or remediation.

In addition to such disclosures, Contractor shall also make disclosures regarding any information barrier relating to MIO, that establish, to the satisfaction of the Board, that the employees of Contractor and its affiliates other than MIO do not have knowledge of,[5] or control over, the investment activity of MIO. Upon the execution of this Agreement, Contractor will identify and provide to the Board a list of all of MIO's direct connections to any Interested Party in the PROMESA proceedings based upon a search of (i) the names of MIO's third-party managers; (ii) the names of third-party funds in which MIO-controlled vehicles have made investments; (iii) securities or other instrument-level investments made at the discretion of MIO; (iv) financial counterparties of MIO or MIO-controlled vehicles; and (v) the names of service

---

[1] For purposes of this Agreement, Material Affiliates shall constitute any affiliate of McKinsey that has lent a consultant to the Contractor's Service Team. The Contractor's Service Team is comprised of the consultants that directly provide the services for which the Board has retained Contractor. The search performed by Contractor in order to prepare the Contractor Conflict of Interest Certifications and related disclosures involves a search of (i) each client engagement where time was charged by a consulting professional belonging to Contractor or a Material Affiliate, (ii) each client engagement opened for which the project office (i.e., the project GOC code) is a part of Contractor or a Material Affiliate, and (iii) ordinary course vendor and banking relationships of Contractor or a Material Affiliate, in each case, for any matches with any Interested Party as defined below.

[2] The Certifications shall contain disclosures typically made by McKinsey pursuant to the Baker Protocol and additional information requested by the Board under this Agreement.

[3] Disclosures relating to MIO shall be as indicated in the paragraph below.

[4] Interested Party is defined as any entity appearing on the most updated version of Schedule A to this Agreement, as provided by the Board to Contractor.

[5] Beyond publicly available information and the other types of information identified in the Final Investigative Report of the Special Counsel to the Financial Oversight and Management Board for Puerto Rico, *In re The Fin. Oversight & Mgmt. Board for Puerto Rico*, No. 17-03283 (LTS) (D.P.R. Feb. 18, 2019), Dkt. 5154.

providers/vendors to MIO. It is acknowledged that this search will not identify (i) security or instrument- level investments made by third-party managed funds in which MIO-controlled vehicles have made investments and over which MIO has no investment discretion; or (ii) security or instrument-level investments made by third-party managers retained by MIO to exercise sole investment discretion over a separately managed account inside of an MIO-controlled vehicle. For the purposes of this Agreement, the Board shall assume that such security or instrument-level holdings exist. In addition, in the event Contractor or any of its affiliates publicly files a Securities and Exchange Form ADV or Department of Labor Form 5500, Contractor shall identify for the Board, at or around the time of each such filing, any Interested Party identified in those filings, if such connection has not already been disclosed in connection with McKinsey's Contractor Conflict of Interest Certifications. Further, as of the effective date of the Agreement, Contractor represents that neither MIO nor any MIO-controlled vehicle holds an interest in Puerto Rico debt instruments of any kind that were obtained directly by MIO through the exercise of its own investment discretion, and that MIO currently maintains a policy (and will maintain a policy during the term of this Agreement) that prohibits MIO from exercising its investment discretion to obtain a direct interest in municipal debt instruments, which includes Puerto Rico debt instruments. Contractor further represents that, as of the effective date of the Agreement, MIO does not pursue as an investment strategy for any MIO-controlled vehicle making investments with third-party managers or third-party funds for the purpose of obtaining or increasing exposure specifically to Puerto Rico debt instruments. For the avoidance of doubt, MIO retains full discretion to make any investment it deems to be in the best interest of the funds and plans that it manages, subject to the foregoing policy.

      **7.2**    **During the Term of this Agreement.** During the term of this Agreement, Contractor shall not (and shall cause its Material Affiliates and its direct and indirect subsidiaries not to) accept work from, enter into a contract with, or accept an obligation from any existing or future potential clients that may hold material claims or are otherwise participating in proceedings under PROMESA involving the Commonwealth of Puerto Rico or any of its covered instrumentalities, where such contract or obligation would be inconsistent or incompatible with Contractor's obligations or the scope of services rendered for the Board under this Agreement or any Project Assignment, and in no event shall Contractor's Service Team provide services for any such existing or future potential clients. Upon receipt of Contractor's periodic Contractor Conflict of Interest Certifications, the Board may request, and Contractor shall provide, information reasonably necessary to determine whether Contractor has any relationship that would be inconsistent or incompatible with Contractor's obligations or the scope of services rendered for the Board. Contractor shall not (and shall cause each of its Material Affiliates and its direct and indirect subsidiaries not to) take actions during the term of this Agreement or any Project Assignment that would constitute or could create the appearance of a conflict of interest with the Board's mission or the work performed by the Contractor for the Board. Contractor, on behalf of itself and its Material Affiliates and its direct and indirect subsidiaries, represents that Contractor's performance of all the terms of this Agreement and any accepted Project Assignment does not and will not breach any agreement or obligation of any kind made prior to the execution of this Agreement, including any noncompete agreement or any agreement to keep in confidence information acquired by Contractor in confidence or in trust. Contractor, on behalf of itself and its Material Affiliates and its direct and indirect subsidiaries, represents that none of them have entered into, and shall not enter into, any agreement either written or oral in conflict herewith. During the term of this Agreement and all related Project

Assignments, Contractor shall inform the Board, in a proactive manner and as soon as Contractor becomes aware of it, of any new or ongoing actual or potential conflict of interest or any appearance thereof that Contractor (or any of its Material Affiliates and its direct and indirect subsidiaries) encounters in the ordinary course of its work.

      **7.3    Indemnification.** Contractor shall indemnify the Board from any and all loss or liability incurred by reason of the alleged breach by Contractor of any services agreement with any third party. Contractor, after the termination of this Agreement, shall not provide services on the matters on which Contractor was engaged to others having interests adverse to the Board's interests as described in 7.2 above.

      **7.4    Other.** From time to time, the Board may request that the Contractor explain in detail what its conflict of interest policy and conflict mitigation procedures are and it shall be the responsibility of Contractor to explain in appropriate and relevant detail to the Board why something that may appear to be a conflict of interest is not an actual or potential conflict of interest or appearance of a conflict of interest. The Board will be the final arbiter of whether a particular set of facts presents a Contractor conflict of interest. Simultaneously with the certifications it makes under Sections 7.1 and 7.2 hereunder, Contractor shall furnish the Board with a list of its Material Affiliates with a brief description of each affiliation.

      **8.    Compliance with Laws, Regulations, and Contractor Code of Conduct.** While providing services for the Board, Contractor shall comply with all applicable laws, rules and regulations, as well as all applicable Board policies and rules, including without limitation the Board's Contractor Code of Conduct and its disclosure certification. A copy of the Contractor Code of Conduct and its Contractor Code of Conduct Disclosure Certification is attached as *Appendix A* hereto.

      **9.    Term and Termination.**

      **9.1    Term.** Unless earlier terminated as provided in this Agreement or by mutual written agreement of the parties, this Agreement shall expire on June 30, 2022. The parties may renew the Agreement for an additional time period by mutual, written agreement prior to the expiration of the term.

      **9.2    Termination by Board.** The Board may terminate this Agreement or any Project Assignment upon the earlier of (i) thirty (30) days written notice or (ii) Contractor's material breach of either Section 4 ("Nondisclosure") or section 1 0 ("Noninterference with Business") of this Agreement. Termination shall neither eliminate accrued amounts owing to Contractor nor any amounts owing to the Board due to Contractor's breach.

      **9.3    Termination by Contractor.** Contractor may terminate this Agreement or any Project Assignment upon thirty (30) days written notice in the event of a material breach by the Board of this Agreement or any Project Assignment.

      **9.4    Survival.** The rights and obligations contained in Sections 4 ("Non-Disclosure") of this Agreement and 10 ("Noninterference with Business") shall survive the termination or expiration of this Agreement regardless of the reason, and the assignment of this Agreement by the Board to any successor in interest or other assignee.

**10.    Noninterference with Business.** During this Agreement, and for a period of two (2) years immediately following its termination, Contractor shall not interfere with the business or activities of the Board in any manner. By way of example and not of limitation, no member of Contractor's Service Team shall:

        **10.1**    solicit, induce, encourage, or participate in soliciting, inducing, or encouraging any employee of the Board to terminate his or her relationship with the Board;

        **10.2**    hire, or employ, or attempt to hire or employ any person employed by the Board or who has left the employment of the Board within the preceding six (6) months or discuss any potential employment or business association with such person, even if Contractor does not initiate the discussion or seek out the contact;

        **10.3**    solicit, induce or attempt to induce any consultant or independent contractor with whom Contractor had direct or indirect contact or whose identity Contractor learned as a result of Contractor's engagement with the Board, to terminate, diminish, or materially alter in a manner harmful to the Board its relationship with the Board; or

        **10.4**    for two years after the termination of this Agreement, represent or provide assistance pertaining directly to matters on which Contractor was engaged hereunder to any other entity or person having interests adverse to the Board's interests.

**11.    Successors and Assigns.** Contractor may not subcontract or otherwise delegate its obligations under this Agreement without the prior written consent of the Executive Director of the Board. Subject to the foregoing, this Agreement will be for the benefit of the Board's successors and assigns and will be binding on Contractor's assignees. Notwithstanding the foregoing, nothing in this Agreement shall prevent Contractor from utilizing Contractor's employees to perform services under the Agreement or any Project Assignment.

**12.    Indemnification.** Contractor shall indemnify and hold harmless the Board and its members, officers, directors and employees from (a) all taxes, penalties and interest the Board may be required to pay as a result of Contractor or any of Contractor's personnel being deemed an employee of the Board; (b) any other tax liability or payments related to or resulting from this Agreement or the services rendered by Contractor for the Board; (c) any claims, losses, actions (including attorney's fees) or liability resulting from or related to any negligent action taken or omitted by Contractor or any of its personnel. In no event will either party be liable to each other for any consequential, indirect, exemplary, special or incidental damages arising from or relating to this Agreement. Each party's total cumulative liability to the other party in connection with this Agreement, whether in contract or tort or otherwise, will not exceed the aggregate amount of three [3] times fees and expenses owed by the Board to Contractor for services performed under this Agreement.

**13.    Non-Disparagement.** Contractor will not, during the term of the Agreement, and for two (2) years thereafter, disparage the Board, its members, officers, or employees. Contractor shall indemnify and hold the Board, its members, officers, directors, and shareholders harmless from and against any and all losses, claims, damages, or expenses, (including attorneys' and

experts' fees) arising from or growing out of any disparaging statement made by Contractor in violation of this Section 13.

14.    **Reasonableness of Restrictions.**

14.1    Contractor has read this entire Agreement and understands it. Contractor acknowledges the restrictions contained in this Agreement are reasonable, proper, and necessitated by the Board's legitimate business interests.

14.2    In the event that a court finds this Agreement, or any of its restrictions, to be ambiguous, unenforceable, or invalid, Contractor and the Board agree that this Agreement will be automatically modified to provide the Board with the maximum protection of its business interests allowed by law and Contractor shall be bound by this Agreement as modified.

15.    **Legal and Equitable Remedies.**

15.1    Contractor acknowledges it may be impossible to assess the damages caused by Contractor's violation of Sections 4 ("Non-Disclosure") and 10 ("Noninterference with Business") of this Agreement. Any threatened or actual violation of such Sections of this Agreement will constitute immediate and irreparable injury to the Board and the Board shall have the right to enforce those Sections of this Agreement by injunction, specific performance or other equitable relief, without bond and without prejudice to any other rights and remedies that the Board may have for a breach or threatened breach of those Sections or any other Section of this Agreement.

15.2    If the Board is successful in whole or in part in any legal or equitable action against Contractor under this Agreement, the Board shall be entitled to payment of all costs, including reasonable attorneys' fees, from Contractor.

15.3    In the event the Board enforces this Agreement through a court order, the restrictions of Section 10 shall remain in effect for a period of twelve (12) months from the effective date of the Order enforcing the Agreement.

16.    **Notices.** Any notices required or permitted hereunder shall be given to the Board at its primary office location, at Contractor's address as listed below, or at such other address as the party shall specify in writing. Such notice shall be deemed given upon personal delivery to the appropriate address or three (3) days after the date of mailing if sent by certified or registered mail.

17.    **Governing Law; Consent to Personal Jurisdiction; Waiver of Jury Trial.** This Agreement shall be governed by the laws of the Commonwealth of Puerto Rico independent of its choice of law principles. This Agreement is not a United States government contract or contract of the Commonwealth of Puerto Rico. Consequently, United States and Commonwealth contracting and contract protest laws do not apply to this Agreement. Any action against the Board shall be brought in accordance with PROMESA § 106. Contractor hereby expressly consents to the personal jurisdiction and venue of the federal court in Puerto Rico. The Board and Contractor each waive all rights to jury trial under Commonwealth of Puerto Rico law and federal law.

**18.     Severability.** In case any one or more of the provisions, subsections, or sentences contained in this Agreement shall, for any reason, be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect the other provisions of this Agreement, and this Agreement shall be construed as if such invalid, illegal or unenforceable provision had never been contained herein. Moreover, if any one or more of the provisions contained in this Agreement shall for any reason be held to be excessively broad as to duration, geographical scope, activity or subject, it shall be construed by limiting and reducing it, so as to be enforceable to the extent compatible with the applicable law as it shall then appear.

**19.     Waiver.** No waiver by the Board of any breach of this Agreement shall be a waiver of any preceding or succeeding breach. No waiver by the Board of any right under this Agreement shall be construed as a waiver of any other right. The Board shall not be required to give notice to enforce strict adherence to all terms of this Agreement. Nothing herein waives any exemption from liability or other rights of the Board under PROMESA.

**20.     Entire Agreement.** This Agreement is the final, complete and exclusive agreement of the parties with respect to the subject matter hereof and supersedes and merges all prior discussions between the parties. No modification of or amendment to this Agreement, nor any waiver of any rights under this Agreement, will be effective unless in writing and signed by the party to be charged.

[*Signature Page Follows*]

10

**In Witness Whereof,** the parties have executed this Agreement as of the date first written above.

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

By: _Natalie A. Jaresko_____

Name: Natalie A. Jaresko_____

Title: Executive Director_____

MCKINSEY & COMPANY PUERTO RICO
CONSULTING INC

By: _Thomas Dohrmann_____

Name: Thomas Dohrmann_____

Title: President_____

Address:  1200 19th St., NW, Suite 1100
          Washington, DC 20036

11

**ATTACHMENT 1**
**Amended Project Assignment for**
**Commonwealth Title III Support**

**Context:**

McKinsey's support continues to evolve as the Oversight Board staff has grown.  Over the last several years, the support model has increasingly focused on capability building for and knowledge transfer to Board staff, while still providing the Board with expert-based support on more complex issues across a wide range of topics related to the Commonwealth as well as its instrumentalities.  The scope below furthers and accelerates this important transition for the long-term sustainability of the Oversight Board.

**Services:**

In regards to support for the Commonwealth Title III proceedings, from **July 2021 through June 2022** the scope of work shall be amended and replaced as follows:

**Activities:**

*Provide support on fiscal plan modeling and integration to enable continuity on underlying logic and assumptions*
- Provide support to Board staff on further development, refinement or updates to fiscal plan and/or models
- Provide factual inputs and advice to the responsible Board staff members as they assemble materials for Board consideration on matters related to the Commonwealth Fiscal Plan
- Review and provide feedback to the Oversight Board, and other advisors on matters related to Plan(s) of Adjustment, Disclosure Statements, and other submissions related to the Title III proceedings
- Support Board staff in their coordination with government advisors and government representatives on development, review and Oversight Board certification of any revised/new fiscal plan(s) and/or supporting materials
- Provide analyses on the evolving fiscal landscape post COVID-19 recession, including impacts on government spending and revenues, federal and local economic support programs, and impacts on natural disaster-related recovery spending

*Simplify fiscal plan processes and continue to build FOMB staff capabilities to further the goal of FOMB leading fiscal plan processes*
- Building upon progress achieved in building FOMB staff capabilities in FY2021, work with Oversight Board executive leadership to identify remaining gaps and develop plan to address
- Develop and deliver agreed upon training and capability building to further enable FOMB staff development and management of core fiscal plan processes
- Work with Oversight Board staff and co-advisors to identify options to streamline fiscal plan maintenance processes and associated financial models, and implement selected option(s)

*Provide targeted expertise in key Fiscal Plan domains*
- Provide analyses and expert support to Oversight Board executive leadership on federal and local government health care revenues and expenditures, including analyses of government data on enrollment and actual expenditures, as well as long-term trends (in coordination with the Board's actuarial advisor)
- Provide support and guidance to Oversight Board staff related to agency-specific reforms, fiscal plan measures and associated implementation milestones
- Review liquidity analyses provided by the Government, and provide feedback for Board staff

consideration, in coordination with other Oversight Board advisors

- Support FOMB full-time associates across fiscal plan topics where there is a need for onboarding, consultation on complex fiscal plan analyses, or as a second set of eyes on materials that FOMB associates develop in their day-to-day work

*Support restructuring and Plan of Adjustment process*

- Prepare content for and participate in cross advisor meetings
- Support FOMB stakeholder interactions in furtherance of Plan of Adjustment
- Prepare content and analyses and work alongside Oversight Board, government and stakeholders advisors with regards to development of plan(s) of adjustment, disclosure statements, and other submissions related to the Title III proceedings
- Lead preparation of "best interests" analyses in coordination with other Oversight Board advisors
- Prepare analyses, support Oversight Board counsel and lead coordination of information diligence related to potential litigation involving the certified Fiscal Plan and/or other CW Title III matters
- Provide expert testimony on the Fiscal Plan as well as analytical support for such expert testimony, as mutually agreed by the Parties

**Project management:**

At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**

McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| Months prior to Plan of Adjustment confirmation *(expected to include months from July 2021 - December 2021)* | $1,417,500 / month |
| Balance of Fiscal Year *(expected January 2022 – June 2022)* | $1,040,000 / month |

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each calendar month following the month during which the services were performed.

**ATTACHMENT 2**
**Project Assignment for Title III**
**Support for PREPA**

**Context:**

McKinsey's support continues to evolve as the Oversight Board staff has grown.  Over the last several years, the support model has increasingly focused on capability building for and knowledge transfer to Board staff, while still providing the Board with expert-based support on more complex issues across a wide range of topics related to PREPA.  The scope below furthers and accelerates this important transition for the long-term sustainability of the Oversight Board.

**Services:**

In regards to support for the PREPA Title III proceedings, from **July 2021 to June 2022** the scope of work shall be as follows:

**Activities:**
*Provide support on fiscal plan modeling and integration to enable continuity on underlying logic and assumptions*
- Support Board staff with context, facts, data, and analyses to support development of any revised/new fiscal plans for PREPA
- Provide context and factual support for the translation of the Fiscal Plan into the FY2023 budget for PREPA
- Review and provide feedback on submissions related to the Title III proceedings as related to the Fiscal Plan

*Simplify fiscal plan processes and continue to enable FOMB staff with the goal of FOMB leading fiscal plan process in Spring 2021 with lower reliance on McKinsey support*
- Working with Oversight Board executive leadership, refine approach to enabling Board staff to fully manage the Fiscal Plan update and maintenance process, including milestones and capabilities required
- Refine training materials and conduct capability building activities to enable this approach over the first half of Fiscal Year 2022
- Work with Oversight Board staff and co-advisors to identify options to streamline fiscal plan maintenance processes and associated financial models, and implement selected option(s)

*Provide targeted expertise in key Fiscal Plan domains*
- Develop affordability study (in coordination with technical advisors)
- Provide Board leadership and staff expert advice on topics critical to the PREPA Fiscal Plan, including generation planning, energy efficiency, distributed generation, capex delivery, operational improvement and financial projections

*Support restructuring and Plan of Adjustment process*
- Prepare content for and participate in cross advisor meetings
- Support FOMB stakeholder interactions in furtherance of any potential Plan of Adjustment
- Prepare content and analyses and work alongside Oversight Board, government and stakeholder advisors with regards to development of any potential Plan(s) of Adjustment, Disclosure Statements, and other submissions related to the Title III proceedings
- Lead preparation of "best interests" analyses in coordination with other Oversight Board advisors
- Prepare analyses, support Oversight Board counsel and lead coordination of information diligence related to potential litigation involving the certified Fiscal Plan and/or other PREPA Title III matters
- Provide expert testimony on the Fiscal Plan as well as analytical support for such expert

testimony, as mutually agreed by the Parties

**Project management:**

At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**

McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| July 2021- December 2021 | $326,525 / month |
| January 2021 - June 2022 | $740,000 / month |

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each calendar month following the month during which the services were performed.

**ATTACHMENT 3**
**Project Assignment for Title III**
**Support for HTA**

**Services:**

In regards to support for the HTA Title III proceedings, from **July 2021 to June 2022** the scope of work shall be as follows:

**Activities:**

- Support Oversight Board staff as they lead the HTA working group for Title III, including expert advice, preparation of analyses, and help with templates and tools
- Support Board staff as they refine or update the transformation plan and/or models for HTA for Title III. Provide targeted expert support on topics that could include:
  – Optimizing capex program priorities and efficiency measures, including prioritization approach, benchmark performance, delivery efficiency and impact on system outcomes
  – Opportunities to increase revenues, focused on toll fares, fines, and additional revenue opportunities (e.g., ancillary revenue)
  – Enhanced performance of the transit system and its performance and fiscal outcomes
  – Action plans to implement all measures identified in the Fiscal Plans with additional measures to achieve Fiscal Plan targets
  – Governance and management plans to enable delivery of actions
  – Clear timelines for delivery of the plan
- Support Board staff with expertise and materials on rationalizing infrastructure delivery, including the fiscal plan implications of a re-organization of HTA to operate as a toll-credit facility, optimal organizational ownership for current HTA assets, concrete plans for reorganization and implementation plans
- Review and provide feedback on submissions related to the Title III proceedings, including Plan of Adjustment, financial disclosures, implementation plans as it relates to the Fiscal Plan
- Lead preparation of "best interests" analysis in coordination with other Oversight Board advisors
- Prepare analyses and advise Board staff on matters related to liquidity of HTA
- Support Oversight Board staff as they prepare for public facing engagement on topics related to HTA's Fiscal Plan

**Project management:**
At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**
McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
| --- | --- |
| July 2021 - June 2022 | $310,000 / month |

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each

calendar month following the month during which the services were performed.

## APPENDIX A

## [CONTRACTOR CODE OF CONDUCT]

The Financial Oversight and Management Board for Puerto Rico (the "Board") is committed to ethical and lawful behavior, and to acting professionally and fairly in all of its business dealings and relationships. The Board seeks to maintain high ethical standards and to comply with all applicable laws and regulations. The Board expects its contractors, consultants, and representatives to embrace this commitment to ethical and lawful behavior by complying with and training its employees on the Board's Contractor Code of Conduct. The Board also expects its contractors to have their own codes of conduct that ensure ethical business conduct and practices.

I.      Compliance with the Contractor Code of Conduct

All contractors, consultants, and representatives and their employees, agents, and subcontractors (collectively referred to as "Contractors") must adhere to this Code of Conduct while conducting business with or on behalf of the Board. Contractors must promptly inform the Executive Director, the General Counsel, or a member of the Board when any situation develops that causes, or may cause, the Contractor to violate any provision of this Code of Conduct. Although Contractors are expected to self-monitor and demonstrate their compliance with this Code of Conduct, the Board may audit Contractors and/or inspect Contractors' facilities and records to confirm compliance.

The Board may require the immediate removal from any project or engagement of any contractor representative(s) or personnel who behave in a manner that is unlawful or inconsistent with this Code of Conduct or any Board policy. Compliance with this Code of Conduct, as well as attendance at any training on this Code of Conduct as may be offered by the Board, is required in addition to any other contractual obligations a contractor may have to the Board.

II.      Legal and Regulatory Compliance Practices

Contractors must conduct their business activities on behalf of the Board in full compliance with the letter and spirit of all applicable laws and regulations.

- Anti-Corruption. The Board takes a zero-tolerance approach to bribery and corruption, and it requires its Contractors to do the same. Contractors must not participate in bribes or kickbacks of any kind, whether in dealings with the Board, government and public officials, or individuals in the private sector. Contractors must also comply with all applicable anti-corruption and anti-money laundering laws, as well as laws governing gifts and payments to public officials, political campaign contribution and lobbying laws, and other related regulations. In particular, Contractors must not:

  o   Offer, promise, or allow anything of value (including travel, gifts, hospitality expenses, and charitable donations) to be given on behalf of the Board to influence a business or government decision, gain an improper

A-1

advantage, or otherwise improperly promote the interests of the Board in any respect;

o    Offer, promise, or allow anything of value to be given to a Board member or employee to influence a Board decision or otherwise gain an improper advantage; or

o    Ask for or accept anything of value which the Contractor knows or suspects is being offered to influence a Board decision or otherwise obtain an improper advantage in connection with the Contractor's work with or on behalf of the Board.

- Antitrust/Fair Business Practices. Contractors must conduct their business in full compliance with antitrust and fair competition laws that govern the jurisdictions in which they conduct business. Contractors must also uphold all standards of fair dealing and abide by all fair business practices, including truthful and accurate advertising.

- Trade. Contractors shall comply with all applicable trade controls, as well as any applicable export, re-export, and import laws and regulations. Contractors must not knowingly employ or do business with anyone reasonably suspected of being connected with criminal or terrorist activities or who is otherwise subject to applicable trade sanctions.

- Freedom from Unlawful Harassment and Discrimination. Contractors shall provide a workplace free from harassment and/or discrimination in hiring, compensation, access to training, promotion, termination, and/or retirement on the basis of race, color, creed, religion, sex, gender identity or expression, sexual orientation, pregnancy, status as a parent, age, marital status, national origin, ancestry, citizenship status, physical or mental disability or serious medical condition, protected genetic information, political beliefs, status as a veteran, or any other characteristic protected by law. Contractors shall further prohibit any form of reprisal or retaliation against any employee for reporting harassment or discrimination in good faith or for participating in good faith in a harassment or discrimination investigation.

- Wages, Benefits and Working Hours. Contractors must comply with local applicable laws regarding wages, overtime hours and mandated benefits. Contractors must also communicate with workers about compensation, including any overtime pay, in a timely and honest manner.

- Freely Chosen Employment. No Contractor shall use any form of indentured, slave, or forced labor, including involuntary prison labor. Contractors are also prohibited from supporting or engaging in any form of human trafficking of involuntary labor through threat, force, fraudulent claims, or other coercion.

- Child Labor. Contractors shall comply with all local and national minimum working age laws or regulations and not use child labor. All employees shall be age 18 and over unless: (i) a country's legal age for employment or age for completing compulsory education is under 18; and (ii) the work is non-hazardous.

III.  Business Practices and Ethics

Contractors must conduct their business interactions and activities with integrity.

- Honesty and Integrity. Contractors must at all times be honest, direct, and truthful in discussions with the Board, its staff and agents, regulatory agency representatives, and government officials.

- Business and Financial Records. The Board expects Contractors to timely, honestly, and accurately record and report all business information, including without limitation any invoices for payment, and comply with all applicable laws regarding their creation, completion, accuracy, retention, and disposal. All invoices must be (i) timely submitted, (ii) itemized, (iii) supported by appropriate documentation, and (iv) must comply with all other requirements as set out in the relevant contract(s).

- Conflicts of Interest. On behalf of itself and its affiliates and direct or indirect subsidiaries, Contractors shall scrupulously avoid any conflict, real or perceived, direct or indirect, between their own individual, professional, or business interests and the interests of the Board. Among other things, Contractors must not deal directly with any Board member or ex officio member or employee whose spouse, domestic partner, or other family member or relative is associated with and/or holds any ownership or other financial interest in the contractor. In the course of negotiating the contractor agreement or performing the contractor's obligations, dealing directly with a contractor personnel's spouse, domestic partner, or other family member or relative employed by the Board is also prohibited. Complying with this requirement includes, but is not limited to, each contractor's completion of the Contractor Conflict of Interest Disclosure Certification attached as Appendix B hereto.

- Gifts and Entertainment. Contractors should avoid any actions with Board members or ex officio members or employees during any contractor selection or re-selection process that could give others the impression of favoritism or other improper advantage. Furthermore, Contractors should not offer, and Board members, ex officio members, and employees must not accept, gifts or entertainment that might compromise, or appear to compromise, the Board member or employee's judgment or independence. Even a well-intentioned gift might constitute or be perceived to be a bribe under certain circumstances or create a conflict of interest or the appearance of a conflict of interest. Board employees are required to conduct all business and interactions with Contractors in strict compliance with the applicable provisions of the Board's business ethics and conflict of interest policies.

A-3

- Confidentiality, Privacy and Data Security. Contractors shall, at all times while they are engaged by the Board and thereafter, (i) hold all proprietary and confidential information of the Board in strictest confidence, (ii) not use or disclose for any purpose any proprietary and confidential information of the Board to any person, business or entity, except as specifically authorized in writing by the Board, and (iii) not disclose for any purpose any non-public information concerning their retention by the Board or their services for the Board, except as specifically authorized in writing by the Board. Contractors shall abide by all Board requirements and procedures for protecting the proprietary and confidential information of the Board, including signing and abiding by the Board's confidentiality agreements. Contractors who handle proprietary and confidential information on behalf of the Board or belonging to the Board must apply and maintain sufficient privacy and information security safeguards. Contractors shall also be subject to an information and data security assessment.

- Media. Contractors are prohibited from speaking to the press or making any public statements, oral or written, concerning their work for or on behalf of the Board without the express written authorization of the Board.

- Reporting Concerns. Contractors shall maintain a hotline or other reporting system for their workers to confidentially and anonymously report any information or concerns about suspected non-compliance or violations of law or improper conduct by any contractor employee or agent without threat of reprisal, intimidation or harassment. If concerns are reported, Contractors shall promptly and thoroughly investigate any such report and take corrective action as necessary and appropriate.

[Signature Page Follows]

A-4

I certify by my signature below that I have received and reviewed, and am authorized on Contractor's behalf to agree that Contractor shall abide by this Code of Conduct:


Contractor Name:    <u>McKinsey & Company Puerto Rico Consulting, Inc.</u>


<u>                                       </u>      <u>June 30, 2021</u>
Signature of Contractor Authorized Representative      Date


<u>Thomas Dohrmann, President, McKinsey & Company Puerto Rico Consulting, Inc.</u>
Printed Name and Title of Contractor Authorized Representative

A-5

## APPENDIX B

## CONTRACTOR CONFLICT OF INTEREST DISCLOSURE CERTIFICATION

All contractors, consultants, and or experts ("Contractors") interested in conducting business with the Financial Oversight and Management Board for Puerto Rico (the "Board") must complete and return this Contractor Conflict of Interest Disclosure Form to be eligible for a contract award. Disclosing a potential conflict of interest will not automatically disqualify the Contractor. The potential conflict of interest will be investigated to determine whether it precludes the contract award. In the event, however, that the Contractor does not disclose potential conflicts of interest and they are discovered by the Board, the Contractor will be barred from doing business with the Board.

Please note that all Contractors must comply with the Board's Contractor Code of Conduct as stated within the certification section below.

**No Conflict of Interest**: Except as otherwise fully disclosed below (attach additional pages as needed), the Contractor affirms, on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, to the best of its knowledge, information and belief, and based upon its most recent bi-annual disclosures as of January 1, 2021, that no Interested Party (as defined in Schedule A hereto), nor any person associated with any Interested Party, is an employee, Director or Trustee, Officer or consultant to/of, or has any financial interest, direct or indirect, in the Contractor, or has received or will receive any financial benefit, directly or indirectly, from the Contractor or from the contract associated with this certification.

For the purposes of this certification, "associated" persons include: a spouse, domestic partner, child, parent or sibling of an Interested Party; a person with whom an Interested Party has a business or other financial relationship, including but not limited to employees of an Interested Party and/or a spouse, domestic partner, child, parent or sibling of such employees; and each firm in which an Interested Party has a present or potential interest.

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 1 | Is any Interested Party, or any person associated with any Interested Party, associated with any employee, Director or Trustee, Officer or consultant to/of the Contractor? | | X |
| If you answered "yes" to Question 1, please identify the names of the persons who are associated and describe the nature of their association below:<br><br>Although Contractor understands this question 1 is intended only to capture connections constituting adverse interests to the Board, Contractor has been providing and will continue to provide to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties. | | | |

| No. | To the best of your knowledge: | YES | NO |
|---|---|---|---|
| 2 | Does any Interested Party, or any person associated with an Interested Party, have an ownership interest in the Contractor's company? | | X |

If you answered "yes" to Question 2, please identify the name(s) of the person(s) who has/have such an ownership interest and describe the nature of the interest:

For completeness, McKinsey & Co. Inc. appears as an Interested Party as a result of McKinsey's work under the prior contract that this Agreement replaces. No Interested Party, other than McKinsey & Co., Inc., has any ownership interest in the Contractor.

| No. | To the best of your knowledge: | YES | NO |
|---|---|---|---|
| 3 | Has any Interested Party, or any person associated with an Interested Party, received, or will any Interested Party, or any person associated with an Interested Party receive, a financial benefit from the Contractor or from this contract? | | X |

If you answered "yes" to Question 3, please identify the name(s) of the person(s) who have received o will receive such a financial benefit and describe the nature of the benefit below:

Although Contractor understands that this question 3 is not intended to capture, e.g., client or ordinary-course vendor and banking relationships that are unrelated to this Agreement, Contractor has been providing and will continue to provide to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|---|---|---|---|
| 4 | Is any Interested Party, or any person associated with an Interested Party, contemporaneously employed or prospectively to be employed with the Contractor? | | X |

If you answered "yes" to Question 4, please identify the name(s) and title(s) of the person(s) who are or will be so employed below:

Although Contractor understands that this question 4 is not intended to capture, e.g., ordinary-course vendor and banking relationships, Contractor has been providing and will continue to provide to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|---|---|---|---|
| 5 | Is any Interested Party, or any person associated with an Interested Party, acting as a consultant for the Contractor? | | X |

B-2

If you answered "yes" to Question 5, please identify the name(s) of the person(s) acting as a consultant and describe the nature of his/her/their consulting services below:

Although Contractor understands that this question 5 is not intended to capture, e.g., ordinary-course vendor and banking relationships, Contractor has been providing and will continue to provide to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|-----|--------------------------------|-----|-----|
| 6 | Has the Contractor provided, or will the Contractor provide, any gifts or hospitality of any dollar value or any other gratuities to any Interested Party or elected official to obtain or maintain a contract? | | X |

If you answered "yes" to Question 6, please describe the nature of such gifts, other gratuities below including (1) the recipient(s) of such gifts, hospitality, (2) the date(s) on which such gifts, hospitality or other gratuities were provided; exact (if possible) or approximate dollar value of such gifts hospitality, or other gratuities.

Although Contractor understands that this question 6 is not intended to capture, e.g., client or ordinary-course vendor and banking relationships that are unrelated to this Agreement, Contractor has been providing and will continue to provide to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties. Further, McKinsey's firm-wide Anti-Corruption Policy prohibits all partners and employees of McKinsey, and other parties working on McKinsey's behalf, from giving, paying, promising, offering, or authorizing the payment of anything of value directly or indirectly to any party, including any government official, to persuade that party to help McKinsey (or anyone else) secure an improper advantage.

| No. | To the best of your knowledge: | YES | NO |
|-----|--------------------------------|-----|-----|
| 7 | Has any Interested Party, or any person associated with an Interested Party, provided any gifts of any dollar value or any other gratuities to Contractor? | | X |

If you answered "yes" to Question 7, please describe the nature of such gifts, hospitality, or other gratuities below, including (1) the recipient(s) of such gifts, hospitality, or other gratuities, (2) the date(s) on which such gifts, hospitality or other gratuities were provided; and (3) the exact (if possible) or approximate dollar value of such gifts, hospitality, or other gratuities:

Although Contractor understands that this question 7 is not intended to capture, e.g., client or ordinary-course vendor and banking relationships that are unrelated to this Agreement, Contractor has been providing and will continue to provide to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

B-3

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 8 | Has the Contractor or any if its Material Affiliates or direct or indirect subsidiaries made any investments in any public debt obligations of the Commonwealth of Puerto Rico or any of its instrumentalities? | | X |
| If you answered "yes" to Question 8, please describe the nature of such public debt investments<br><br>With respect to MIO Partners, Inc., see Section 7.1 of the contract associated with this certification. In addition, as discussed in the Final Investigative Report of the Special Counsel to the Financial Oversight and Management Board for Puerto Rico, MIO previously held an investment in COFINA bonds, which was disposed of by April 2018. | | | |

Contractor Name:     McKinsey & Company Puerto Rico Consulting, Inc.

_Dmitry Krivin_                                  8/31/2021
Signature of Contractor Authorized Representative          Date

Dmitry Krivin

Printed Name and Title of Contractor Authorized Representative

B-4

Name

65 Infanteria Shopping Center, LLC

800 Ponce De Leon Corp.

911 Emergency System Bureau

9-1-1 Service Governing Board

A & E GROUP, CORP.

A C R Systems

A New Vision in Educational Services and Materials, Inc.

A&S Legal Studio, PSC

A.J. AMADEO MURGA LAW OFFICES

Abacus Educational Services, Corp.

Abbvie Corp.

Abengoa Puerto Rico, S.E.

Abengoa S.A.

Abila, Inc.

Abimael Portalatiin Rosario

Abraham Garcia Roman

Abreu-Ruiz, Edwin

Academia CEIP

Acosta & Ramirez

ACP Master, Ltd

Action To Build Changes Corp.

Ada R. Valdivieso

Adalberto E. Moret Rivera

Additional (Electronic) Lottery

Adirondack Holdings I LLC

Adirondack Holdings II LLC

ADM. SERVICIOS GENERALES

Admin for Socioeconomic Develop of the Family

Administración De Seguros De Salud De Puerto Rico

Administration for Integral Development of Childhood

Adolfo E. Santiago Santiago

Adrian Mercado Jimenez

Adriana Irizarry

ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC

ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA, P.S.C.

Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC

Advocacy for Persons with Disabilities of the CW of PR

AES Puerto Rico, L.P.

AFCG Inc. d/b/a Arroyo-Flores Consulting Group, Inc.

AFICA

AGM PROPERTIES CORPORATION

Agricultural Enterprises Development Administration

Aguirre Offshore Gasport, LLC

Aida A. Cruz Vidal

Aida Rossy Clemente

AIG Insurance Company

Aileen Schmidt Rodriguez

AKIN GUMP STRAUSS HAUER & FELD LLP

Alan Friedman

Alan Rodríguez Pérez

ALB PR Investments, LLC

Albert B. Shehadi

Alberto J. Pico, Jr.

Aldarondo & López-Bras, P.S.C.

Alejandro Camporreale Mundo

Alejandro Estrada Maisonet

Alejandro Figueroa

Alemar-Sanchez, Emanuelle

Alexander Shub

Alexandra Bigas Valedon

Alfa Y Omega

Alianza Comunitaria Ambientalista del Sureste, Inc.

Allan R. Bonin

Alma Elias Rev. Trust

Almeida & Dávila, P.S.C.

Alpha Guards Management

Altair Global

Altair Global Credit Opportunities Fund (A), LLC

Altol Chemical Environemntal Laboratory Inc. D/B/A Alchem Laboratory

Altol Environmental Services, Inc.

Alvarez & Marsal

Alvarez-Estrella, Douglas

Alvin Marrero-Mendez

Alys Collazo Bougeois

Amado Ravelo Guerrero

Amar Educational Services Inc.

Amarilis Ruiz Roman

Ambac Assurance Corporation

Ambassador Veterans Services of Puerto Rico L.L.C.

AMC Consulting Services

America Aponte & Assoc. Corp.

American Century Investment Management, Inc.

American Enterprise Investment Services Inc.

American Federation of State, County and Municipal Employees

American Federation of State, County and Municipal Employees International Union, AFL-CIO

American Federation of Teachers, AFL-CIO

American Modern Home Insurance Company

AmeriCorps

AmeriNational Community Services, LLC

Amigos del Rio Guaynabo, Inc.

Ana Figueroa Colón

Ana I. Iturregui Margarida

Ana J. Matosantos, Member of the Board

Ana M. Emanuelli

Ana R. Lopez

Ana T. Colmenero

ANB Bank

Anchorage Capital Group, L.L.C.

Andalusian Global Designated Activity Company

Andres Fortuna Evangelista

Andres Fortuna Garcia

Andrés L. Córdova

Andres Matos Figueroa

Andrew G. Biggs, Member of the Board

Andrew Jimenez LLC

Andrew Jimenez-Cancel

Andrew M. Minster

Andrew P. Davis

Andrew P. Davis and Jessica G. Davis, Trustees U/A 8/18/15: Andrew P Davis 2015 Grat I

Andrew Wolfe

Angel A. Rodriguez Gonzalez

Angel D. Cintron Vega

Angel L Martinez-Alvarez

Angel L. Llamas

Angel R. Figueroa Jaramillo

Ángel Rodríguez Rivera

Angel Ruiz Rivera

Angelo, Gordon & Co., L.P.

Angely M. Aponte-Pagán

Anibal Sanz Gonzalez

Ankura Consulting Group, Inc.

Anna Elias

Annabell C. Segarra

Anne Catesby Jones

Anne Farley

Annette Mary Blasini Batista

Antilles Power Depot, Inc.

Antonetti Montalvo & Ramirez Coll

Antonia Fuentes-Gonzalez

Antonia Rita Blasini Batista

Antonio Cosme-Calderon

Antonio De La Cruz Miranda

Antonio Fuentes-González

Antonio L. Medina, Member of the Board

Antonio Martin Cervera

Antonio Monroig Malatrassi

Antonio Santos Bayron

Antonio Vega-Fernández

APCO Worldwide, LLC

Apex Clearing Corporation

APEX GENERAL CONTRACTORS, LLC,

Aponte-Diaz, Harriet

Aquasur Corporation

Arc American, Inc.

Arcadia Irizarry, Marinelle

Arcos Dorados Puerto Rico LLC

Ariel Colon Clavell

Ariel Ferdman

Arieta & Son Assurance Corporation

Aristeia Capital, L.L.C.

Aristeia Horizons, L.P.

Arlene Irizarry Rivera

Armada Productions Corp.

Arnaldo Cruz Igartua

Arnaldo Hernandez Mendez

Arnaldo Ortiz-Ortiz

Arroyo & Rios Law Offices, PSC

Arthur J. González, Member of the Board

Arthur Samodovitz

Arturo Ortiz

Arturo Pico Vidal

Arturo Suarez Lopez

Arturo Suarez Perez

ASM BLMIS Claims LLC

Asociacion Azucarera Cooperativa Lafayette

Asociación de Empleados del Estado Libre Asociade

Asociacion de Empleados Gerenciales del Fondo del Seguor del Estado Corp

ASOCIACION DE INNSPECTORES DE JUEGOS DE AZAR

Asociación de Jubilados de la Judicatura de Puerto Rico, Inc.

Asociación de Maestros de Puerto Rico

Asociación de Maestros de Puerto Rico Local Sindical

Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc.

Asociacion de Salud Primaria de Puerto Rico

Asociación de Suscripción Conjunta

Asociacion Puertorriquena de la Judicatura

Asociación Puertorriqueña de Profesores Universitarios

Associated Branches Ports

Association of Gaming Inspectors

Assured Guaranty Corporation

Assured Guaranty Municipal Corporation

Astrid Vazquez Gonzalez

Atkins Caribe, LLP

Atlantic Medical Center, Inc.

Augusto P. Conte Matos

Augusto R Palmer Arrache

Aurelius Capital Management, LP

Aurelius Capital Master, Ltd.

Aurelius Convergence Master, Ltd

Aurelius Investment, LLC

Aurelius Opportunities Fund, LLC

Automobile Accidents Compensation Administration

Autonomous Municipality of Ponce

Autonomous Municipality of San Juan

Autonomy Capital (Jersey) LP

Autonomy Master Fund Limited

Autopistas de PR, LLC

Autopistas Metropolitanas de Puerto Rico, LLC

Autoridad de Energía Eléctrica de Puerto Rico

Avanti Technologies Inc.

Avanzatec LLC

Awilda Gonzalez

Awilda O. Martinez-Sanchez

Awilda Valle

Aymara Vazquez Casas

Bacardi Corporation

Bacardi International Limited

Backyard Bondholders

Badillo Saatchi & Saatchi, Inc.

Bahia Park S.E., B.P. S.E.

Banco Popular de Puerto Rico

Banco Popular De Puerto Rico As Trustee For Popular Balanced IRA Trust Fund

Banco Santander Puerto Rico

Bank of America

Bank of America Merrill Lynch

Bank of New York Mellon

Barbara T. Doan Grandchildrens Trust

Barclays Capital

Barclays Capital Inc./LE

Bard Shannon Limited

Barnes & Thornburg, LLP

Barreras, Inc.

Baxter Sales and Distribution Puerto Rico Corp.

BB&T Securities, LLC

Beanstalk Innovation Puerto Rico LLC

Beatriz Nieves-Lpez

BEC Co, Inc. d/b/a Empacadora Hill Brothers

Behzad Aalaei

Belk & Grovas Law Offices

Bella Export Corporation

Bella International, LLC

Bella Retail Group, LLC

Bellver Espinosa Law Offices

Beltrán Cintrón

bengoa Puerto Rico, S.E., Abengoa, S.A.

Bennazar, García & Milián, CSP

Bermúdez Díaz & Sánchez LLP

Bermudez, Longo, Diaz-Mosso, LLC

Bernal-Cruz, Victorino

Bernice Beauchamp-Velazquez

Bernstein, Shur, Sawyer & Nelson, P.A.

Bettina M. Whyte

Betty E. Rosa, Member of the Board

BI Incorporated

Bianca Convention Center, Inc.

Bio-Medical Applications of Puerto Rico, Inc.

Bio-Nuclear of Puerto Rico, Inc.

Black Diamond Credit Strategies Master Fund, Ltd.

BlackRock Financial Management, Inc.

Blanca Fernandez Paoli

Blanca Goldikener

Blanca M. Ramirez Feliciano

Blanca Paniagua

BlueMountain Capital Management, LLC

BMO Capital Markets

BMO Capital Markets GKST, Inc.

BNP Paribas Securities Corp./Prime Brokerage

BNP Paribas, New York Branch/BNP Paribas Prime

BNP Paribas, New York Branch/Custody/Client Assets

BNY Mellon

BNY Mellon / Nomura Int'l PLC Repo

BNY Mellon / POP Sec

BNYMellon/RE DBTC Americas / Deutsche Bk London

BNYMellon/RE DBTC Americas/Deutsche BK

BNYMellon/RE Midcap Spdrs

BNYMellon/RE OZ Omnibus DTC Account

BNYMellon/RE The Prudential Investment

BNYMellon/Wealth Management

Bobonis, Bobonis & Rodriguez Poventud

BofA Securities

Bonistas del Patio

Bonnin Investment Corp.

Bosque Modelo de Puerto Rico

Bracewell, LLP

Branch Banking and Trust Company

Brenda C. Gonzalez Castillo

Brenda Marrero & Associates, Inc

Brian L. Murphy

Brigade Capital Management, LP

Brigade Distressed Value Master Fund Ltd.

Brigade Leveraged Capital Structures Fund Ltd.

Bristol-Myers Squibb Puerto Rico, Inc.

Brookfield Asset Management Private Institutional Capital Adviser (Credit) LLC

Brown Brothers Harriman & Co.

Brown Rudnick LLP

Bruce Robert Wiederspiel

Brunnemer Children's GST Inv Trust UAD 12/20/01

Buchalter, A Professional Corporation

Bufete Emmanuelli, C.S.P.

Bufete Rodríguez Miranda, C.S.P.

Bureau of Special Investigations

Bures-Martinez, Luis

BUTLER SNOW LLP

Butler Snow, LLP

C. Conde & Assoc.

C.L. King & Associates, Inc.

Cabrera & Ramos Transporte, Inc.

Cadwalader, Wickersham & Taft, LLP

Calderon-Garcia, Marta

Camacho-Geck, Maribel

Camino Cipres LLC

Camino Roble LLC

Campofresco, Corp.

Camuy Health Center, Inc.

Camuy Health Services, Inc.

Canary SC Master Fund, L.P.

Cancio Covas & Santiago, LLP

Cancio, Nadal & Rivera, LLC

Cancio, Nadal, Rivera & Diaz, PSC

Candlewood Constellation SPC Ltd., acting for and on behalf of Candlewood Puerto Rico SP

Candlewood Investment Group, LP

Cantor Clearing Services

Cantor Fitzgerald & Co.

Cantor-Katz Collateral Monitor LLC

Cantor-Katz Collateral Monitor, LLC

Canyon Balanced Master Fund, Ltd.

Canyon Blue Credit Investment Fund L.P.

Canyon Capital Advisors LLC

Canyon Distressed Opportunity Investing Fund II, L.P.

Canyon Distressed Opportunity Master Fund II, L.P.

Canyon NZ-DOF Investing, L.P.

Canyon Value Realization Fund, L.P.

Canyon Value Realization Mac 18 Ltd.

Canyon-ASP Fund, L.P.

Canyon-GRF Master Fund II, L.P.

Canyon-SL Value Fund, L.P.

Capítulo de Retirados de SPU

Cardiovascular Center Corporation of Puerto Rico and the Caribbean

Cardona-Jimenez Law Offices, PSC

Careers, Inc.

Caribbean Airport Facilities, Inc.

Caribbean City Builders, Inc.

Caribbean Data System, Inc.

Caribbean Educational Services, Inc.

Caribbean Hospital Corporation

Caribbean Investment Center, Inc.

Caribbean Temporary Services, Inc.

Caribe Grolier, Inc.

Caribe Tecno, Inc.

Caribean Cinema of Guaynabo, Corp.

Carla Molina Barrios by herself and in representation of her son Yariel Tolentino Molina

Carla T. Rodríguez Bernier

Carlos A. Arroyo Aguirrechea

Carlos A. Cintron Garcia

Carlos A. Ponce De Leon

Carlos A. Quilichini Paz

Carlos A. Robles

Carlos Alsina Batista Law Offices, PSC

Carlos E. Cardona-Fernández

Carlos E. Iturregui Margarida

Carlos E. Rivera-Justiniano

Carlos Fernandez-Nadal, Esq

Carlos Guzman-Nieves

Carlos Ifarraguerri Gomez, MD

CARLOS J. MÉNDEZ-NÚÑEZ

Carlos J. Weber Seda

Carlos Lopez-Lay

Carlos Luis Merced-Centeno

Carlos M. Amador

Carlos M. Benítez, Inc

Carlos M. Garcia

Carlos M. Vergne Law Offices

Carlos Otero Ortega

Carlos Pérez Molina

Carlos R. Machin

Carlos R. Mendez & Associates

Carlos Reyes

Carlos Rodríguez Vidal

Carlos Valdes de Llauger

Carmen Casanova de Roig

Carmen Castro de Valdes

Carmen D. Jimenez Gandara Estate

Carmen D. Serrano Torres

Carmen Del R Garcia Roman

Carmen E. Ramirez

CARMEN FELICIANO VARGAS

Carmen G. Golderos Rodriguez

Carmen Geigel

Carmen Ilenna Rivera Cintron

Carmen Iris Rivera Cosme

Carmen Maria Davila

Carmen Nunez

Carmen Rodriguez Colon

Carmen Rosa

Carmen Rosa Pola

Carmen W. Nigaglioni

Carmen Yolanda Rivera Torres

Carnegie Learning, Inc.

Carribean Restaurant Inc.

Carvajal Educacion, Inc.

Casa Grande Interactive Communications, Inc.

Case Solutions, LLC

Casellas Alcover & Burgos, PSC

Casillas, Santiago & Torres, LLC

Catalinas Cinema, Corp.

Catharine M. Bonin

CCHPR Hospitality, Inc

CD Builders, Inc.

Celia Fernandez De Gutierrez

Center for Research, Education and Medical Services for Diabetes

Centerbridge Partners, L.P.

Centro Avanzado Patologia & Terapia Del Habla, Inc.

Centro de Desarollo, Inc.

Centro de Medicina Familiar Julio Palmieri Ferri, Inc.

Centro de Orientacion y Ayuda Psiquiztrica, Inc.

Centro De Patologia Del Habla Y Audicion LLC

Centro de Periodismo Investigativo Inc.

Centro de Salud de Lares, Inc.

Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc.

Centro de Servicios Primarios de Salud de Patillas, Inc.

Centro de Terapia Integral Crecemos, CSP

Centro Del Sur Mall, LLC

Centro Interdisciplinario del Aprendizaje, Inc.

Centro Medico Del Turabo, Inc.

Centro Psicologico del Sur Este P.S.C.

Centro Sicoterapeutico Multidisciplinario Incorporado

César Caminero Ramos

Cesar Castillo, Inc.

Cetera Investment Services LLC

Charles A. Cuprill, PSC, Law Offices

Charles L. Perkins, Sr.

Charles Schwab & Co., Inc.

Charlie Hernandez Law Offices

Chavez-Colon, Carla

Chelo's Auto Parts

Chief Judge Barbara J. Houser

Chief of Staff

Chiesa Shahinian & Giantomasi PC

Child Support Administration

Childcare and Childhood Integral Development Administration

Choate, Hall & Stewart, LLP

Christain Sobrino, Ex Officio Member of the Board

Christian Sobrino Vega

Ciales Primary Health Care Services, Inc.

Ciales Primary Health Center, Inc.

Cintron-Garcia Law

Citibank, N.A.

Citibank/The Citigroup Private Bank/Trust

Citigroup Global Markets Inc.

Citigroup Global Markets Inc./Salomon Brothers

Citigroup Global Markets, Inc./Correspondent Clearing

Citigroup Inc.

Citizen's Advocate Office (Ombudsman)

City National Bank

Civil Rights Commission

Claren Road Credit Master Fund, Ltd.

Claren Road Credit Opportunities Master Fund, Ltd.

Clarissa M. Vinas Miranda

Claudia Vincenty Guzman

Clearing LLC

18

Clinica de Terapias Pediatricas, Inc.

Clinica Terapeutica del Norte Inc.

Coalicion de Organizaciones Anti Incineracion, Inc.

Cobián Roig Law Offices

Cobra Acquisitions LLC

Cohen, Weiss and Simon, LLP

COLÓN RAMÍREZ, LLC

Com Est Elec Y/O Francheska Ortiz Bonnet

Comerica Bank

Comite Dialogo Ambiental, Inc.

Comite Yabucoeno Pro-Calidad de Vida, Inc.

Commerce Bank

Commonwealth Election Commission

Commonwealth of Puerto Rico

Commonwealth of Puerto Rico Regional Center Corporation

Community Cornerstones, Inc.

Company for the Integral Development of Cantera's Peninsula

Company for the Integral Development of the "Península de Cantera"

Compass Bank/Trust Division

Comprehensive Health Service, Inc.

Computer Learning Centers, Inc.

Computer Network Systems Corp.

Concilio de Salud Integral de Loiza, Inc.

Conjugal Partnership Crespo-Colon

Consejo de Salud de la Comunidad de la Playa de Ponce, Inc (MED CENTRO INC.)

Consejo de Salud de la Comunidad de la Playa de Ponce, Inc.

Conservatory of Music

Consolidated Waste Services LLC

Constellation Capital Management, LLC

Constructora Santiago II, Corp.

Continental Casualty Co.

Contributions to Municipalities (CRIM)

Controller's Office

Convention Center District Authority (PRCCDA)

Conway MacKenzie, Inc.

COOLEY LLP

Coop A/C Roosevelt Roads

Coop A/C San Rafael

Cooper Power Systems, LLC

Cooperativa A/C La Comeriena

Cooperativa A/C Roosevelt Roads

Cooperativa A/C Vegabajeña

Cooperativa de A/C Aguas Buenas

Cooperativa De A/C Aibonitena

Cooperativa de A/C Camuy

Cooperativa de A/C Jesus Obrero

Cooperativa De A/C La Sagrada Familia

Cooperativa de A/C Maunabo

Cooperativa de A/C Morevena

Cooperativa de A/C Oriental

Cooperativa De A/C Saulo D Rodriguez

Cooperativa de Ahorro & Credito San Rafael

Cooperativa De Ahorro Y Credito Abraham Rosa

Cooperativa de Ahorro y Credito Candelcoop

Cooperativa De Ahorro Y Credito De Aguada

Cooperativa de Ahorro y Credito De Aguadilla

Cooperativa de Ahorro y Credito de Caparra

Cooperativa de Ahorro y Credito de Ciales

Cooperativa de Ahorro y Credito de Empleadoes Municipales de Guaynabo (a/k/a MUNICOOP)

Cooperativa De Ahorro Y Credito De Empleados De La Autoridad De Energia Electrica

Cooperativa de Ahorro y Credito de Empleados de la Corporacion del Fondo del Seguro del Estado

Cooperativa de Ahorro y Credito de Hatillo

Cooperativa De Ahorro y Crédito De Isabela

Cooperativa de Ahorro y Crédito de Juana Díaz

Cooperativa de Ahorro y Credito de la Federacion de Maestros de PR

Cooperativa De Ahorro Y Credito De Lares

Cooperativa De Ahorro Y Credito De Lares Y Region Central

Cooperativa de Ahorro y Credito de Oficiales de Custodia de PR

Cooperativa de Ahorro y Crédito de Rincón

Cooperativa de Ahorro y Crédito de Santa Isabel

Cooperativa de Ahorro y Credito de Yauco

Cooperativa de Ahorro y Credito del Valenciano

Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía

Cooperativa De Ahorro Y Credito El Valenciano

Cooperativa De Ahorro Y Credito Isla Coop

Cooperativa de Ahorro y Crédito Jayucoop

Cooperativa de Ahorro y Credito Lomas Verdes

COOPERATIVA DE AHORRO Y CREDITO ORIENTAL

Cooperativa De Ahorro Y Credito Padre Salvador Ruffolo

Cooperativa de Ahorro Y Credito San Jose

Cooperativa de Ahorro y Crédito Vega Alta

Cooperativa de Ahorro Y Credito Vegabajena

Cooperativa De Ahorro Y Credito Zeno Gandia

Cooperativa de Farmacias Puertorriqueñas (COOPHARMA)

Cooperativa de Seguros Múltiples de Puerto Rico

Cooperative Development Commission

COR Clearing LLC

Corbin Opportunity Fund, L.P.

Cordova & Dick LLC

Córdova & Dick, LLC

Core Laboratories N.V. D/B/A/ Saybolt

Corp for the Industries of Blind, Mentally Retarded, and Other Disabled People of Puerto Rico

Corporacion De Servicios De Salud Y Medicina De Avanzada

Corporacion de Servicios Integrales de Salud Area de Barranquitas, Comerio, Corozal Naranjito y Orocovis, Inc.

Corporacion de Servicios Medicos Primarios y Prevencion de Hatillo, Inc.

Corporacion Marcaribe Investment (Marcaribe)

Corporación Publica para la Supervisión y Seguro de Cooperativas de Puerto Rico ("COSSEC")

Corporate Research and Training, Inc.

Corporation for the "Caño Martin Peña" Project

Corporation of Industries for the Blind and Mentally Retarded and Incapacitated Persons of Puerto Rico

Corps of Firefighters Bureau

Corps of Medical Emergencies Bureau

Correa Acevedo & Abesada Law Offices, PSC

CORRECTION CORPORATION OF AMERICA

Correctional Health

CORTLAND CAPITAL MARKET SERVICES LLC

COSSMA

Costa Pacheco, Dennis

Costa Salud, Inc.

Coto & Associates

Coto Laurel Solar Farm, Inc.

Court of Appeals

Court of First Instance

Cowell Weedon & Co.

Creative Educational & Psychological Services, Inc.

Credit Opportunities Fund (A), LLC

Credit Suisse Securities (USA) LLC

Crescent 1, L.P.

Crews And Associates, Inc.

Criminal Justice Information System

Crowell Weedon & Co

Crown Managed Accounts for and on behalf of Crown/PW SP

CRS Master Fund, L.P.

CRUFON CONSTRUCTION CORP

Cruz-Rodriguez, Yanira

Cruz-Sanabri, Arnaldo

CSA Architects & Engineers, LLP

Culebra Conservation and Development Authority

culptor SC II, LP (f/k/a OZSC II L.P.)

Cynthia Cruz Emmanuelli

Cyrus Capital Partners, L.P.

Cyrus Opportunities Master Fund II, Ltd.

Cyrus Select Opportunities Master Fund, Ltd

Cyrus Special Strategies Master Fund, L.P.

D Lerner Associates

D T Doan

D. A. Davidson & Co.

Dalmau Botello, Nathalie

Daniel Almeida Medina

Daniel M. McDermott

Daniel Molina López, Esq.

Datas Access Communication Inc.

Davenport & Company LLC

David A. Skeel Jr., Member of the Board

David Backens

David Carrion Baralt

David J. Gaynor Tee U/A Dtd 02/23/2005 David J. Gaynor Trust

Davidson Kempner Capital Management LP

Davidson Kempner Distressed Opportunities Fund LP

Davidson Kempner Distressed Opportunities International Ltd.

Davidson Kempner Institutional Partners, L.P.

Davidson Kempner International, Ltd.

Davidson Kempner Partners

Davis Polk & Wardwell LLP

De Diego Law Offices, PSC

Debevoise & Plimpton, LLP

Decagon Holdings 1, L.L.C.

Decagon Holdings 10, L.L.C.

Decagon Holdings 2, L.L.C.

Decagon Holdings 3, L.L.C.

Decagon Holdings 4, L.L.C.

Decagon Holdings 5, L.L.C.

Decagon Holdings 6, L.L.C.

Decagon Holdings 7, L.L.C.

Decagon Holdings 8, L.L.C.

Decagon Holdings 9, L.L.C.

Dechert, LLP

Del Valle Group, SP

Del Valle-Catoni, Natalia

Delgado & Fernandez, LLC

Delgado Miranda Law Offices, LLC

Delgado-Morales, Maria de Lourdes

Delia E. Vizcarrondo

Delsa B. Minster

Departamento de Justicia de Puerto Rico

Department of Agriculture

Department of Consumer Affairs

Department of Correction and Rehabilitation

Department of Defense

Department of Economic Development and Commerce

Department of Education

Department of Energy

Department of Family

Department of Health

Department of Homeland Security

Department of Housing

Department of Housing and Urban Development

Department of Human and Health Services

Department of Justice

Department of Justice - Office of General Solicitor

Department of Justice - Office of the Inspector General

Department of Labor and Human Resources

Department of Natural and Environmental Resources

Department of Public Safety

Department of Sports and Recreation

Department of State

Department of the Family

Department of the Interior

Department of Transportation

Department of Transportation and Public Works

Department of Treasury

Department of Veterans Affairs

Depository Trust Company

Dept of Economic Development and Commerce

DEPTO TRABAJO Y RECURSOS HUMANOS

Desarrollo Comunicologico de Arecibo Inc.

Destilerias Serralles, Inc.

Deutsche Bank Securities Inc.

Development & Construction Law Group, LLC

DEYA ELEVATOR SERVICE INC

Diabel Del C. Colon Lugo

Diana Guzman Webb

Diana I. Madera Heredia

Diana Iris Morales Lopez

Diana Rosa Jirau Rovira

Diane Silverman

Diaz Soto Law Office

DiCicco Gulman and Company

Didacticos, Inc.

Diego Corral González

Distribuidora Blanco, Inc.

Distribuidora Lebron Inc.

DLA Piper (Puerto Rico), LLC

DLA Piper, LLP (US)

Doctor's Center Hospital, Inc.

Domingo Buono Ruiz

Donald L. McDonald

Donna A. Maldonado-Rivera

Doral Financial Corporation

Dr. Carlos Suarez Vazquez

Dr. Katherine Betts-Martin

DRC CORPORATION

Drivetrain, LLC, as the Creditors' Trustee for Doral Financial Corporation

Duff & Phelps LLC

Dulce M. De Hostos

E*Trade Securities LLC

E. Cardona & Asociados, Inc.

Earle PR Investments LLC

Eastern America Insurance Agency, Inc.

EcoEléctrica, L.P.

Ecolift Corporation

Economic and Statistics Administrations

Economic Development Bank for Puerto Rico

Edda M. Arroyo Matos

Edgar Donnenech

Edgar M. Esquilin Monge

Edgardo Barreto Law Office

Edgardo Muñoz, PSC

Edge Legal Strategies, PSC

Edgordo Seda Arroyo

Ediciones Santillana, Inc.

EDIFICIO BULA, INC.

Editorial Panamericana, Inc.

EDN Consulting Group, LLC

Edna Rozas

EDUARDO ARTAU GOMEZ

Eduardo Bhatia Gautier

Educational Consultants, P.S.C.

Educational Development Group Inc.

Educree: Consultores Educativos Inc.

Edward D. Jones & Corp.

Edward Valdes Llauger

Edward Zayas

Edwin F. Alicea Liciaga

Edwin F. Rodriguez

Edwin Maldonado Santiago

EFFRON DORADO SE

EGJ Health Consulting LLC

Eileen Maria Coffey

Eje Puerto Rico, Inc.

El Koury-Francisco, Jaime A

El Puente de Williamsburg, Inc. - Enlace de Accion Climatica

Elderly and Retired People Advocate Office

Elián N. Escalante De Jesús, Esq.

Elias E Hijos, Inc.

Elias Sánchez-Sifonte

Eliezer Santana Baez

Elizabeth Gonzalez

Elizabeth L. Anderson

Elizabeth L. Anderson (Revocable Trust 10/22/2012)

Elizabeth Leitzes

Ellen Levine

Ellen Metzger

Ellen Winslow

Eloy Gutierrez

Elsie C. Brugueras

Elvira A. Gautier Carbonell

Emergency and Disaster Management Bureau

Emergency Management and Disaster Admin Agency

Emergency Medical Services Corps

Emilio Colón Beltrán

Emilio Miranda-Ramirez

Emma M. De Muniz

Emmanuel Aponte-Colon

Emmanuel Rodríguez Collazo

Emmanuel Rodriguez-Vazquez

Employees' Retirement System (ERS)

Employment and Training Enterprises Corporation

Empresas Arr Inc.

Empresas Loyola, Inc.

Emso Asset Management Limited

Encanto Restaurants, Inc.

Encody Inc.

Enelia Russe

Enelida Rodriguez

Energy Affairs Office

Energy Commission

England, National Association

Enrique Alfonso Sabater

Enrique Carrillo

Enrique Castillo Toro

Enrique Vazquez Quintana

Enrique Vazquez Quintana

Enterprise Services Caribe, LLC

Environmental Protection Agency

Environmental Quality Board

EP Canyon Ltd.

Epiq Systems

Erasto Zayas López

erfecto Crespo Bermudez

Eric Pérez Torres

Ernesto L. Ramirez Torres

Ernesto Zayas Lopez

Ernst & Young

Ernst & Young Puerto Rico, LLC

ESC Group, Inc.

Estate of Carlos A. Quilichini Roig

Estate of Carmen D. Jimenez-Gandara

Estate of Delia Hernandez

Estate of Edward P. Giaimo, Jr.

Estate of Jose A. Roman-Toledo

Estate of Onelia Alicea

Estela Del Valle Rullan

Estrada Bus Line, Inc.

Estrella, LLC

Estudios Tecnicos, Inc.

Evelyn Ramirez Garraton

Evertec Group, LLC

Evertec, Inc.

Evertee Group LLC

Excalibur Technologies Corp.

Excelerate Energy Puerto Rico, LLC

Explora Centro Academico Y Terapeutico LLC

Faccio & Pabon Roca

Facsimile Paper Connection Corp.

Fact Enterprises LLC

Faegre Baker Daniels, LLP

Family and Children Administration

Farm Insurance Corporation of Puerto Rico

Farmstead Capital Management, LLC

FCO Advisors LP

FCO Special Opportunities (A1) LP

FCO Special Opportunities (D1) LP

FCO Special Opportunities (E1) LLC

FCO Special Opportunities (E1) LLC – Master Series 1 Fundamental Credit Opportunities
Master Fund LP

FDR 1500 Corp

Federación de Maestros de Puerto Rico

Federal Affairs Administration

Federal Communications Commission (FCC)

Federal Emergency Management Agency (FEMA)

Federal Home Loan Mortgage Corporation

Fegan Scott LLC

Feldesman Tucker Leifer Fidell, LLP

Félix J. Montañez-Miranda

Fernández Cuyar Rovira & Plá LLC

Fernando Perez Gutierrez

Ferraiuoli, LLC

Ferrari Law, PSC

Ferrovial Agroman, SA

Ferrovial Agroman, SA & TEC General Contractors, Corp.

Fidecoop, Cooperativa De Ahorro Y Credito De Rincon

Fideicomiso Blanco Bou

Fideicomiso Del Valle Martinez II

Fideicomiso Encarlan III

Fideicomiso Hernandez Castrodad

Fideicomiso Lugo Rivera

Fideicomiso Mercado Riera

Fideicomiso Plaza

Fidelity and Deposit Co. of Maryland

Fiduciary SSB

Fifth Third Bank

Figueroa y Morgade Law

Figueroa-Alvarenga, Marcelo Rene

Figueroa-Ramirez, Alejandro

Filsinger Energy Partners, Inc

Financial Guaranty Insurance Company

Finca Matilde, Inc.

Finca Perseverancia, Inc.

Fine Arts Center Corporation

Fir Tree Capital Opportunity Master Fund III, LP

Fir Tree Capital Opportunity Master Fund, LP

Fir Tree Partners

Fir Tree Value Master Fund, LP

First Hospital Panamericano, Inc.

FIRST MEDICAL HEALTH PLAN, INC.

First Pacific Advisors, LLC

First Southwest Company

First Transit of Puerto Rico, Inc

Fiscal Agency and Financial Advisory Authority

Flor Zayas De Navarro

Florence Quilichini Paz

Foley & Lardner LLP

Fondo de Inversión y Desarrollo Cooperativo, Inc.

Forcelink Corp.

Forculus Communications, LLC

Forculus Strategic Communications, LLC

Fore Multi Strategy Master Fund, Ltd.

Forensics Science Bureau

Fortuño Law

Foundation Capital

FP + 1, LLC

FPA Crescent Fund, a Series of FPA Funds Trust

FPA Global Opportunity Fund, a Series of FPA Hawkeye Fund, LLC

FPA Hawkeye Fund, a Series of FPA Hawkeye Fund, LLC

FPA Select Drawdown Fund L.P.

FPA Select Fund, L.P.

FPA Value Partners Fund, a Series of FPA Hawkeye Fund, LLC

Frances Bothwell del Toro

Frances Bragan Valldejuly

Francisco Brigantty

Francisco Diaz Lopez

Francisco González Law Office

Francisco Leoni Charles

Francisco Levy Hijo, Inc.

Francisco Pares Alicea

Francois May

Franklin Advisers, Inc.

Franklin Mutual Advisers LLC

Fred A. Levine

Frente Unido de Policias Organizados

Frente Unido de Policias, Concilio Nacional de Policias

Fridma Corporation

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

FT COC (E) Holdings, LLC

FT SOF IV Holdings, LLC

FTI Consulting, Inc.

Fuentes-Ramirez, Ricardo

Fundador Albarran Irizarry

Fundamental Credit Opportunities Master Fund LP

Funeraria Shalom Memorial Inc.

Fusion Works, Inc.

G RG ENGINEERING S E

G. Carlo-Altieri Law Offices, LLC

Gabriel Albarran-Buono

GAM Realty LLC

Gamaliel Sánchez Pellot

Garay Massey Law Office

Garcia-Arregui & Fullana PSC

Garcia-Noya, Ana

Garffer & Jusino Attorneys at Law

GDB Public Entity Trust

GEC Risk Advisory, LLC

Genaro Herrera Dos Reis

General Court of Justice

General Investment LLC

General Services Administration

GENESIS SECURITY SERVICES INC

Genesis Security Services, Inc.

Genovese Joblove & Batista, P.A.

GENOVESE JOBLOVE & BATTISTA, P.A

George E. Reed Jr.

George K. Baum & Company

Gerald Leitzes

Gerard Ramos-Martin

Gerardo Ferracane

Gerena Law Office

Germán Ojeda

Germán Torres Berrios

German Uribe

Gerryanne Ramos

Gersh International PR, LLC

Gerson Gonzalez-Ricano

GF Solutions, Inc.

GG ALTERNATIVE ENERGY CORP

Gibson, Dunn & Crutcher, LLP

Gierbolini & Carroll Law Offices, P.S.C.

Gila, LLC

GILBERTO ARES CANDELARIA

Gilberto Rosario-Vicente

Gilda P. Rovira

Ginorly Maldonado

Girard Manufacturing, Inc.

Gladys B. Suarez Dominguez

Gladys Garcia-Rubiera

Glenda Colon-Figueroa

Glendon Opportunities Fund, L.P.

Global Flexible Fund, a Sub-Fund of Nedgroup Investment Funds PLC

Gloria M. Esteva Marqués

Gloribel Gonzalez Maldonado

GM Security Technologies, Inc.

GMO Credit Opportunities Fund, L.P.

GMO Global Real Return (UCITS) Fund, a sub-fund of GMO Funds plc

GMO Implementation Fund, a series of GMO Trust GMO Credit Opportunities Fund, L.P.

GMS Group, LLC

Godreau & Gonzalez Law, LLC

GoldenTree Asset Management LP

Goldman Antonetti & Cordova, LLC

Goldman Sachs & Co.

Goldman Sachs Asset Management, LP

Goldman, Antonetti & Cordova, LLC

González López & López Adames LLC

Gonzalez Munoz Law Offices, PSC

Gonzalez Padin Realty Company, Inc.

Gonzalez-Bermudez, Siumell

Gonzalez-Pabon, Rolando

Goodwin Procter LLP

Gordel Capital Limited

Gov. Alejandro García Padilla, Ex-Officio Member of the Board

Gov. Pedro Pierluisi Urrutia,, Ex Officio Member of the Board

Governing Board of the University of Puerto Rico

Government Development Bank for Puerto Rico

Government Employee Retirement System (ERS)

Government Ethics Office

Grace Arroyo Negron

Grainger Caribe, Inc.

Great Educational Services Corporation

Greenberg Traurig, LLP

Grisell Cuevas-Rodriguez

GS Fajardo Solar LLC

GT Fixed Income Fund LP

Guardiola- Torres, Elisa

Guillermo Irizarry

Guillermo Marxuach

Guillermo Ramos Luiña

Guilloty-Sanchez, Reinaldo

Gui-Mer-Fe Inc.

Guy G. Gebhardt

Hacienda

Haddock Acevedo

Hagens Berman Sobol Shapiro LLP

HALS, PSC

Harriet Aponte

Harry Anduze

Harry Anduze Montano Law Offices

Hato Rey Cinema Corp.

Haydee Lopez-Duprey

HDI Global Insurance Company

Health Advocate Office

Health Insurance Administration (ASES)

Hector Figueroa Vincenty

Hector L. Rivera Rosario

Hector M. Correa Correa

Hector X. Perez

Heidrick & Struggles

Helvia Cruz Ybarra

Henessy Ravelo Jaquez

Henry H. Rexach

Heriberto Marín Centeno

Heriberto Mattei Torres

Heriberto Nieves Dominguez

Hermandad de Empleados del Fondo del Seguro del Estado, Inc.

Hermanos Torres Torres, Inc.

Hernandez & Rodriguez Law Offices

Hernandez Quinones, Fausto

Hernandez-Maldonado, Eduardo

Hernandez-Oharriz & Santiago Law Firm, PSC

Hewlett Packard Puerto Rico, BV LLC

Hickey-Morales, Yamir

Highfields Capital I LP

Highfields Capital II LP

Highfields Capital III LP

Hilda A. Izquierdo Stella

Hilda O. Cartagena

Hilliard, Lyons LLC

Hilltop Securities Inc.

Hiram Perez Soto

Hogan Lovells US, LLP

Holland & Knight, LLP

Home Medical Equipment Inc.

Hon. Luis G. Fortuño

Hon. Rafael Hernández-Montañez

Honorable Rosanna López León

Horizon Energy LLC

Horse Racing Administration

Horse Racing Industry and Sport Administration

Hospira Puerto Rico, LLC

Hospital General Castañer, Inc.

Hospital San Juan Capestrano, Inc

House of Representatives

Housing Financing Authority (HFA)

HPM Foundation, Inc.

Huellas Therapy Corp.

Hugo L. Quilichini

Human Rights Commission

Hunton Andrews Kurth LLP

I.D.E.A., Inc.

Ian Melmed

IDSC LLC d/b/a Infrastructure Opportunity Fund

IKON Solutions, Inc.

Ileana Ortiz-Santiago

Ilia M. Perez

IMO Investment S.E., et al.

INCOM INVESTMENTS CORP.

Independent Consumer Protection Office

Independent Union Authority of Acueductis

Indian Harbor Insurance Company

Indiano & Williams, PSC

Industria Lechera de Puerto Rico, Inc. ("Indulac")

Industrial Commission

Industrial Development Company (PRIDCO)

Industrial Tax Exemption Office

Ines Mejias

Infrastructure Financing Authority

Inglesea Capital LLC

Ingrid L. Carlson

Inmobiliaria Levy, inc.

Inmobiliaria San Alberto, Inc.

Innovative Solutions Inc.

Insight Management Group, Inc.

Inspectorate America Corporation

Institucion Educativa Nets, LLC

Institute of Forensic Sciences

Institute of Puerto Rican Culture

Institute of Statistics

Institutional Trust of the National Guard of Puerto Rico

Instituto de Competitividad Y Sostenibilidad Ecomomica de Puerto Rico

Insular Union of Industrial Workers and Electrical Constructions, Union Workers Housing Bank,

Integra Design Group PSC

Integrand Assurance Company

Intelutions, Inc.

Interactive Brokers Retail Equity Clearing

Interamerican Turnkey Development Co., Inc.

Interamericas Turnkey, Inc.

Internal Revenue Service

International Automotive Distributors Group, LLC

International Business Machines Corporation

International Surveillance Services Corporation

Intervoice Communication of Puerto Rico Inc.

Intl FCStone Financial Inc.

Invesco Advisers, Inc.

Invesco/Oppenheimer Funds

Investigation, Processing and Appellate Commission

Iris I. Cantres Quinones

Irizarry-Fernandez, Natalia

Irmita Guzman De Amador

Isla del Río, Inc

Isla Lab Products, LLC

Ismael L. Purcell Soler

Ismael Marrero Rolon

Ismael Vincenty Perez

Israel Roldán González & Isis Aimée Roldán Márquez

Ivan Ayala

Ivan Fuentes Vazquez

Ivan Montalvo

Ivelisse Albarran JNT TEN

Ivelisse Buono

Ivelisse Buono Albarran

Ivette Bonet Rivera

Ivonne González-Morales

Ivonne Ramirez-Aneses

Ivonne T. Vidal

J. Jaramillo Insurance, Inc.

J.F. Educational Services Inc.

J.P. Morgan Chase & Co.

J.P. Morgan Securities LLC

J.P. Morgan Securities LLC/JPMC aka or fka J.P. Morgan

Jacana Holdings I LLC

Jacana Holdings II LLC

Jacana Holdings III LLC

Jacana Holdings IV LLC

Jacana Holdings V LLC

Jack Goldikener

Jack Katz

Jaime A. El Koury, General Counsel of the Board

Jaime B. Fuster Estate, Comprised By Maria J. Zalduondo Viera and Jaime and Maria L. Fuster
Zalduondo

Jaime Banchs Pieretti

Jaime Ortiz Rodriguez

Jaime Rodríguez Avilés

Jake Gartman

James B. Moore

James E. Olsen

James Law Offices

Jane A. Becker Whitaker, Esq.

Janney Montgomery Scott LLC

Jaresko, Natalie

Javier A. Aponte Machado

Javier Andino-Gaudin

Javier Capestany

Javier Cerra Fernandez M.D.

Javier Córdova Iturregui

Javier Mandry-Mercado

Javier Perez-Rivera

Jayson O. Padilla

Jean C. Garcia

Jean Philip Gauthier Law Offices

Jeanette Torres Camacho

Jefferies Group LLC

Jeffries, LLC

Jenner & Block, LLP

Jennifer Jean Stitt

Jeronimo Esteve Abril

Jessica G. Davis

Jessica G. Davis and Andrew P. Davis, Trustees U/A 8/18/15: Jessica G. Davis 2015 Grat 1

Jessica M. Quilichini Ortiz

Jesus Lacen Guanill, Bereida Guanill Navarro, Gabriela Guanill, Elizabeth Navarro Guanill, Estefani Lacen, Betzaida Lacen Guanill, Jeremy Lacen Villanueva, and Wilfredo Dávila Serrano

JESÚS M. RIVERA DELGADO

Jesús M. Rodríguez Rosa

Jiménez, Graffam & Lausell

JLG CONSULTING ENGINEERING, P.S.C.

JLM Transporte, Inc.

JNL Multi-Manager Alternative Fund, a Series of JNL Services Trust

Jo Ellen Bleiweiss Revocable Trust

Joana Rodriguez

Joaquin Gutierrez Fernandez

Joel Isander Cuadrado Delgado

Joel R. Almodovar Rivera

John C. Gartland and Katherine A. Gartland Trust UA 03/01/2016

John D. Goeke

John E. Nixon, Member of the Board

John G. Sanchez Santos

John Hancock Investments

John J. Hefler and Elena A. Hefler as Trustees for the Hefler Family Trust

John Rojas Velez

John Santos Russo

Johnjavi Corporation

Johnson Controls, Inc.

Jolyne D'Ambrosio

Jones Day

Jordi Bofill

Jorge I. Quinones

Jorge Lucas Pérez Valdivieso Torruella

Jorge Luis Guerrero-Calderon

Jorge P. Sala Colon

Jorge Plard

Jorge R. Quintana-Lajara

Jorge Valdes Llauger

Jose A. Cepeda Retirement Plan Represented By UBS Trust Company Of PR

Jose A. Cuevas Sanchez

Jose A. Leon Rosario

Jose Alberto Maymo Azize

Jose Angel Almodovar Collazo

Jose Angel Rey

Jose B. Carrión III, Member of the Board

Jose C. Diaz Vega

Jose E. Franco Gomez

José E. Janer Velázquez

Jose Enrique Ortiz Rivera

Jose F. Rodriguez

Jose Francisco Gonzalez-Heres

Jose Lopez Medina

José Luis Barrios-Ramos

José Luis Cumbas Torres

Jose M. Bonnin

José Marin

Jose N. Rivera Vilar

José Orbi

José Ortíz Bibiloni

Jose R. Cardona Jiminan

José R. González, Member of the Board

Jose R. Mendez Bonnin

Jose R. Portilla

Jose R. Toro Rivera

Jose Ramon Gonzalez Passalacqua

Jose Ramon Rivera Rivera

Jose Santiago, Inc.

Jose W. Cartagena

Josefina Guinot Melendez

Josefina Maristany

Josefina Varela Gonzalez

Joshua Gonze

Josue Aquino-Colon

Josue Ismael Saavedra

Josue Ismael Saavedra Vera

JPMorgan Chase Bank, N.A./Custodial Trust Company

JPMorgan Chase Bank, National Association

JPMorgan Chase Bank/Correspondence Clearing

JRAF Law Firm, PSC

JRJ Consultants & Legal Advisors, LLLC

Juan A. Hernández Rivera, Esq.

Juan Alberto Santiago Meléndez

Juan Alberto Torres Berrios

Juan B. Soto Law Offices, PSC

Juan Buono Alcaraz

Juan C. Leon Santiago

Juan C. Rodriguez Centeno

Juan G. Ortiz de la Renta

Juan L. Santa Hernandez

Juan M. Lopez Calderon

Juan Marroig

Juan Ortiz

Juan R. Figueroa Laugier

Juan Ramón Rivera Font, Esq.

Juan Reines Ortiz Retirement Plan Represented by UBS Trust Company of PR

Juan Vazquez Crespo

Juarbe-Laffitte, Michael

Judge Christopher M. Klein

Judge Judith G. Dein

Judge Laura Taylor Swain

Judge Nancy Friedman Atlas

Judge Roberta A. Colton

Judge Thomas L. Ambro

Judge Victor Marrero

Judiciary Retirement System

Julia Margarita Gonzalez Passalacqua

Julie I. Escudero

Julio A. Rivera Gonzalez

Julio E Leandry-Hernández

Julio Guzman Carcache

Julio H. Sepulveda Ramos

Julio Rancel López

Julitzamary Soto Torres , Julianys Mercados Soto, and Julia Torres Olivencia

Junior Bus Line, Inc.

Junta del Centro de Salud Comunal Dr. Jose S. Belaval, Inc.

Jusino-Carattini, Sophia Victoria

Justin Peterson, Member of the Board

Kane Russell Coleman Logan PC

Kanoso Auto Sales Inc.

Karen Forman

Karen Odalys Fuentes Rivera

Karen Rutledge

KARIMAR CONSTRUCTION INC

Karl Walder

Karon LLC

Kasowitz Benson Torres LLP

Katherine Emile Ramos

Kathleen A. McDonough

Kathy Karen Key Trust

KDC Solar, LLC

Keila Robles Figueroa

Keiry Williamson

Kelly Services Puerto Rico

Kelly Services, Inc.

Kerenny Torres

Keybanc Cap Mkts Inc.

Keybank National Association

Kid's Therapy Services, Inc.

Klee, Tuchin, Bogdanoff & Stern, LLP

Klumper-Astor, Lauren

Knighthead Capital Management, LLC

Kobre & Kim, LLP

KPMG, LLC

Kramer Levin Naftalis & Frankel, LLP

Kristine K. Sneeringer Trust

Kroma Advertising, Inc.

Kyle Rifkind

L.L.A.C., Inc.

La Sucesion De Norman Eugene Parkhurst Rodriguez, Compuesta Por Sus Unicos Y Universales
Herederos Norman Parkhurst Valderas, Francis Parkhurst Valderas, Bryant Parkhurst Valderas Y
Su Viuda Carmen P.

Labor Development Administration

Labor Relations Board

Laboratorios Ramirez Inc.

Laguna Ray, L.L.C.

Land Administration

Land Authority of Puerto Rico

LANDRAU RIVERA & ASSOC.

Lannan Foundation

Larry Hamilton

Las Americas Investment Group

Las Monjas Realty II, SE

Latham & Watkins LLP

Latimer-Rivera, Ricardo

Laura E. Climent Garcia

Law Firm of Fernando E. Agrait

Law Office Aníbal Acevedo-Vilá

Law Office of Frank Pola, Jr.

Law Offices of Giselle López Soler

LAW OFFICES OF HERRERO III & ASSOCIATES, P.S.C.

Law Offices of John E. Mudd

Law Offices of Michael Craig McCall

Law Offices Wolf Popper P.S.C.

Lawful Constitutional Debt Coalition

Lawrence B. Dvores

Lazard Cap Mkts LLC

Learning Alliance LLC

Ledesma & Vargas, LLC

Lee Properties, Inc.

Legal Aid Clinic, UIA

Legal Partners, PSC

Legislative Assembly

Lemuel Negrón Colón

Leslie Jay Bonilla Sauder

Leslie Rubero Multi Services

Levy Echeandia Trust

Lex Claims, LLC

Lex Services PSC

Liana Rivera Olivieri

Liberty Cablevision of Puerto Rico, LLC

Lida Orta Anés

Lideliz Candelario Candelario

Liedo Alberto Pico Jr.

Light Gas Corporation

Lighthouse Translations

Lilliam Janey Disla Mencia

Lillian Guzman

Linares Palacios Law Offices

Linda Nealy

Linkactiv, Inc.

Lisa Shub

Litman Gregory Masters Alternative Strategies Fund, a Series of Litman Gregory Funds Trust

Lizette M. Abraham

Lizette Rexach Feliciano

Lloyd's Syndicates MIT 3210, KLN 510, MMX 2010, CSL 1084, TMK 1880, AML 2001, and BRT 2987 Subscribing to Policy No. B080414390F14

Lloyd's Syndicates MSP 318, WRB 1967, and AGM 2488 Subscribing to Policy No. B0804Q11263F14

LMA SPC for and on behalf of Map 98 Segregated Portfolio

LMAP 903 Limited

Local Redevelopment Authority of the Lands and Facilities of Naval Station Roosevelt Roads

Lolita Gandarilla de Casasnovas

Longo En-tech Puerto Rico, Inc.

López Sánchez & Pirillo, LLC

Lopez-Correa, Yarlier

Lopez-Fuentes, Maria

Lopez-Molina, Ivaniella

Lopez-Silvero Matos, Aviel

Lord Electric Company of Puerto Rico

Louis Jules Marin

Lourdes Arce Rivera

Lourdes Morales

Lourdes Perdigon

LPL Financial Corporation

LS Innovative Education Center, Inc.

LS Institutional High Income Fund

LS Strategic Income Fund

Lucas Pérez Valdivieso Torruella

Lugo Mender Group, LLC

Lugo-Emanuelli Law Offices

Lugo-Lewis, Bianca

Luis A Rivera Siaca

Luis A. Marquez Garcia

Luis A. Toro Perez M.D.

Luis Baerga

Luis E. Almeida Marin

Luis Enrique Vazquez-Zayas

Luis F. Gonzalez-Colon

Luis Fred Salgado, Esq.

Luis G. Lajara Borelli

Luis Garraton Martin

LUIS J. COSTAS-RUSSELL

Luis J. Torruella

Luis M. Olazabal

Luis Modesto Rodríguez Rivera

Luis Montes-Valentin

Luis Polanco, Angela Bautista-Nuez, Rosana Polanco, Ana Digna Tavarez

Luis R. Rivera

Luis R. Santini Gaudier

Luis R. Santini-Gaudier

Luis Santini Lopez

Luis T. Toro Ramos

Luisa Murray Soto

Luskin Stern & Eisler LLP

Luz D. Millan

Luz Iraida Rodriguez De Vazquez

Luz J. Pasarell

Luz M Arroyo

Luz M. Arroyo Rivera

Luz M. Carrasquillo Flores

Luz Pizarro-Correa

Lydia Pellot

Lynette Castillo

M Solar Generating, LLC

M.H. Davidson & Co.

M.L. & R.E. Law Firm

MACAM S.E.

Magdalena Maldonado Rivera

Maldonado, Karen

Maldonado-Rivera, Valerie

Maldonado-Rodriguez, Ginorly

Malgor & Co. Inc.

Management Consultants & Computer Services. Inc

Mangual's Office Cleaning Service Inc.

Manpower

ManpowerGroup, Inc.

Manuel A. Quilichini Teissonniere

Manuel Dos Santos

Manuel Natal-Albelo

Manufacturers And Traders Trust Company

Mapfre Praico Insurance Company

MAPFRE-PRAICO INSURANCE COMPANY

Marathon Asset Management, LP

Marble Ridge Capital LP

Marchand ICS Group

Marcia Gil Caraballo

Marco A. Albarran Portilla

Marco A. Albarran TC

Marcos A. Lopez

Marcos A. Roman-Lopez

Marcos De Dragoni

Margarita Guzman

Margarita Hurtado Arroyo

Margarita Maria Vincenty

MARGARITA WILSON MERCADO

MARGARO LOPEZ, INC.

María A. Martínez

Maria Aguayo De Dragoni

Maria Baco Alfaro

Maria Carmen Prats TIC

María Colón Crispin

Maria Consuelo Figueroa Torres

Maria D. Giannirakis

Maria Del C. Castro Rivera

Maria del C. López

Maria Del C. Reyes Madrazo

Maria Dolores Rodriguez Becerra

Maria E. Frontera Aymat

María E. Vicéns Rivera

María Elena Alonso Fuentes

María Fernanda Vélez Pastrana

Maria I. Rivera Sanchez Retirement Plan, Represented By UBS Trust Company Of PR

Maria Ines Suarez Perez-Guerra

Maria Isabel Suarez

Maria Ivonne Viguie-Fernandez

Maria Judith Diaz

Maria Judith Marchand-Sanchez

María Luisa Vélez Quiñones

Maria M. Candelas Guzman

Maria M. Freiria Garraton

Maria M. Morris Dapena

Maria Mendez Crespo

Maria R. Piza

Maria Rodriguez Hernandez

Maria Teresa San Miguel

Maria Teresita Martin

María Y. Viguie Fernández

Maria-Ines Suarez Perez-Guerra

Mariani Franco Law, P.S.C.

Mariano E. Gonzalez Diez

Maribel Flores Martin

Marichal, Hernandez, Santiago & Juarbe, LLC

Marichal, Hernández, Santiago & Juarbe, LLC

Marie Algarín Serrano

Mariloly Orozco

Marilyn Chinea

Marini Pietrantoni Muñiz, LLC

Mario B. Munoz Torres

Maritime Shipping Authority

Maritza Maldonado Lopez

Maritza Nieves Torres

Marjorie Casillas Hernandez

Mark Elliott

Markel Europe

Marlene Jaquez Urea

Marta Calderon

Marta L. Loubriel

Marta M. Toro Lopez

Martami, Inc

Martin J. Wah Reyes

Martín Peña Canal ENLACE Project Corporation

Martinez-Alvarez, Menendez Cortada & Lefranc Romero, PSC

Marylin Gonzalez Toro

Maslon LLP

Mason Capital Management, LLC

Mason Capital Master Fund, L.P.

Master Link Corp.

Matos-Nieves, Melanie

Matthew May

Matthias Rieker

Mauricio Shub

Maximiliano Trujillo-Gonzalez, Esq.

Mayaguez Cinema, Corp.

Mayaguezanos por la Salud y el Ambiente, Inc.

Mayra Gardon Stella

Mayra Grajalsperez

Mayra I. Ramos Roman

Mayra Lopez-Duprey

Mayra Olavarría Cruz

MBIA Insurance Corporation

MBIA, Inc.

MC-21 LLC

MCCONNELL VALDÉS LLC

McConnell Valdés, LLC

MCD Law, LLC

McDermott Will and Emery

McGuire Woods, LLC

McKinsey & Company, Inc.

MCP Holdings Master LP

MCS Advantage, Inc.

MCS Health Management Options, Inc.

MCS Life Insurance Company

MCZY Bus Services Inc.

Medical Card System, Inc.

Medical Services Administration (ASEM)

Medicoop

Melmed Investment Group

Members of Sucesión Pastor Mandry Nones

Mendez & Co. Inc.

Mendez-David, Carlos

Mental Health and Addiction Services Administration

Mental Health Services and Addiction Control Administration

Merced Capital, L.P.

Merced Partners IV, L.P.

Merced Partners Limited Partnership

Merced Partners V, L.P.

Mercedes J. Almeyda Domenech

Mercedes Vicente Benitez

Merck Sharp & Dohme (I.A.) LLC

Merin Lizzette Boada Molina

Merrill Lynch Capital Services, Inc.

Merrill Lynch Pierce Fenner & Smith/Fixed Income

Merrill Lynch, Pierce Fenner & Smith Safekeeping

Merrill Lynch, Pierce, Fenner & Smith Incorporated

Mesirow Financial, Inc.

Metric Engineering, Inc.

Metro Center Associates

Metro Pavia Health System

MGIC Indemnity Corporation

Michael A. Gonzalez Vega

Michael E. Danuz Reyes

Michael J. Brown

Michael J. Seralles

Michael Melendez

Michica International Co., Inc.

Microsoft Corporation

Migrant Health Center, Inc.

Miguel A. Beauchamps Ramos

Miguel Ángel Serrano-Urdaz

Miguel Fabre

Miguel Ortiz

Miguel Palou Sabater

Miguel Pomales Castro

Milagros Acevedo

Milagros Ayoroa Santaliz

Milagros Castells Santiago

Milagros Del C. Aponte Hernandez

Milagros Mendez Arvelo

MILBANK LLP

Milbank, Tweed, Hadley & McCloy LLP

Miranda Cruz & Associates, PSC

Miranda-Giribaldi, Jan

Mirela Roznovschi

Miriam Sanchez Lebron

Mitchell De Jesus-Soto

Mitchell F. Winslow

Mitsubishi Motor Sales of Caribbean, Inc

Mitsubishi u/f/j Trust & Banking Corporation, New York

MMM Healthcare, Inc.

MMM Healthcare, LLC

Model Forest

Monarch Alternative Capital LP

Monarch Alternative Solutions Master Fund Ltd

Monarch Capital Master Partners II LP

Monarch Capital Master Partners III LP

Monarch Capital Master Partners IV LP

Monarch Debt Recovery Master Fund Ltd.

Monarch Recovery Ltd.

Monarch Special Opportunities Master Fund Ltd.

Monitor SN

Monserrate Simonet & Gierbolini, LLC

Monsita Lecaroz Arribas

Montilla-Alvarado, Camelia

Moore & Van Allen PLLC

Moore Irrevocable Trust U\A 12/8/87, James B. Moore Trustee, a trust and its trustee

Moore Revocable Trust USA 12/8/87

Moraima S. Ríos-Robles

Morell, Bauzá, Cartagena & Dapena

Morgan Keegan & Co

Morgan Stanley

Morgan Stanley & Co. LLC

Morgan Stanley Smith Barney LLC

Morgan Stanley Wealth Management (On Behalf Of Sakamoto-Hata Living Trust)

Morgan, Lewis & Bockius LLP

Morovis Community Health Center, Inc.

Morrison & Foerster LLP

MOVIMIENTO DE CONCERTACION CIUDADANA INC.

MPR Investors LLC

MR LUIS DUPREY-RIVERA

Mudanzas Torres, Inc.

Multi Clean Services Inc.

Munger Tolles & Olson LLP

Municipal Revenue Collection Center

Municipalities of Caguas

Municipalities of San Juan

Municipality of Adjuntas

Municipality of Aguada

Municipality of Aguadilla

Municipality of Aguas Buenas

Municipality of Aibonito

Municipality of Añasco

Municipality of Arecibo

Municipality of Arroyo

Municipality of Barceloneta

Municipality of Barranquitas

Municipality of Bayamón

Municipality of Cabo Rojo

Municipality of Caguas

Municipality of Camuy

Municipality of Canóvanas

Municipality of Carolina

Municipality of Cataño

Municipality of Cayey

Municipality of Ceiba

Municipality of Ciales

Municipality of Cidra

Municipality of Coamo

Municipality of Comerío

Municipality of Corozal

Municipality of Culebra

Municipality of Dorado

Municipality of Fajardo

Municipality of Florida

Municipality of Guánica

Municipality of Guayama

Municipality of Guayanilla

Municipality of Guaynabo

Municipality of Gurabo

Municipality of Hatillo

Municipality of Hormigueros

Municipality of Humacao

Municipality of Isabela

Municipality of Jayuya

Municipality of Juana Díaz

Municipality of Juncos

Municipality of Lajas

Municipality of Lares

Municipality of Las Marías

Municipality of Las Piedras

Municipality of Loiza

Municipality of Luquillo

Municipality of Manatí

Municipality of Maricao

Municipality of Maunabo

Municipality of Mayagüez

Municipality of Moca

Municipality of Morovis

Municipality of Naguabo

Municipality of Naranjito

Municipality of Orocovis

Municipality of Patillas

Municipality of Peñuelas

Municipality of Ponce

Municipality of Quebradillas

Municipality of Rincón

Municipality of Rio Grande

Municipality of Sabana Grande

Municipality of Salinas

Municipality of San Germán

Municipality of San Juan

Municipality of San Lorenzo

Municipality of San Sebastián

Municipality of Santa Isabel

Municipality of Toa Alta

Municipality of Toa Baja

Municipality of Trujillo Alto

Municipality of Utuado

Municipality of Vega Alta

Municipality of Vega Baja

Municipality of Vieques

Municipality of Villalba

Municipality of Yabucoa

Municipality of Yauco

MUNIZ BURGOS CONTRACTORS, CORP.

Muniz Melendez Investments Corp.

Muñoz Benitez Brugueras & Cruz

Musical Arts and Stagecraft Corporation

Musical Arts Corporation

Myrta Lopez-Molina

N. Harris Computer Corporation

Nancy J. Gargula, United States Trustee for Region 21

Nancy Pujals

Narciso Camejo Gonzalez

Natalie Jaresko, Executive Director & Interim Revitalization Coordinator

National College of Business and Technology Company, Inc.

National Copier & Office Supplies, Inc.

National Financial Services LLC

National Guard of Puerto Rico

National Public Finance Guarantee Corporation

Natixls Investmemt Fund UK ICVC- LS Strategic Income Fund

Natural Resources Administration

Navarro-Cabrer Law Offices

Nazario Briceño Law Offices, LLC

Neftalí Soto Santiago

Nelson D. Rosario Garcia

NELSON ROBLES-DIAZ LAW OFFICES, P.S.C.

NeoMed Center, Inc.

Netwave Equipment Corp.

Nevares, Sanchez-Alvarez & Cancel PSC

Newtyn Partners, LP

Newtyn TE Partners LP

Next Level Learning, Inc.

Nextgen Healthcare, Inc.

Nexvel Consulting LLC

NIBA International Corp.

Nicolás Iturregui Margarita

Nidco Management Group Retirement Plan, Represented By UBS Trust Company Of PR

Nilda Navarro-Cabrer

Nokota Capital Master Fund, L.P.

Norberto Tomassini

Norma Bernier Casanova

Northern Trust Company/Future Fund Accounts

Northern Trust Company/OCH-ZIFF Capital Management

Norton Rose Fulbright US LLP

NTT Data Eas, Inc.

Nustream Communications Corp

Nuveen Asset Management, LLC

Nydia E. Chéverez Rodríguez

Nydia F. Morales

Nydia M. Morales

Nydia Z. Jimenez Sanchez

O'Neill & Borges, LLC

Oaktree Huntington Investment Fund II, LP

Oaktree Opportunities Fund IX (Parallel 2), L.P.

Oaktree Opportunities Fund IX (Parallel), LP

Oaktree Opportunities Fund IX Delaware, L.P.

Oaktree Opportunities Fund IX, L.P.

Oaktree Opportunities Fund X (Parallel 2), LP

Oaktree Opportunities Fund X (Parallel), LP

Oaktree Opportunities Fund X Holdings (Delaware), L.P.

Oaktree Opportunities Fund X, LP

Oaktree Opps X Holdo Ltd.

Oaktree Value Opportunities Fund Holdings, L.P.

Oaktree Value Opportunities Fund, L.P.

Oaktree-Forrest Multi-Strategy, L.L.C.

Oaktree-Forrest Multi-Strategy, LLC (Series B)

Oaktree-Forrest Strategy, LLC (Series B)

Oceana Master Fund Ltd.

Ocher Rose, L.L.C.

Off Hill Strategies, LLC

Office for Community and Socioeconomic Development of Puerto Rico

Office of Administration and Transformation of Human Resources in the Government of Puerto Rico

Office of Court Administration

Office of Electoral Comptroller

Office of Government Ethics of Puerto Rico

Office of Industrial Tax Exemption

Office of Legislative Services

Office of Management and Budget

Office of Municipal Management

Office of the Commissioner of Financial Institutions

Office of the Commissioner of Insurance

Office of the Comptroller

Office of the Financial Institutions Commissioner

Office of the Governor

Office of the Inspector General

Office of the OMBUDSMAN

Office of the OMBUDSMAN - Elders and Pensioners

Office of the OMBUDSMAN - Patients and Health

Office of the OMBUDSMAN - Persons with Disabilities

Office of the OMBUDSMAN - Veterans

Office of the OMBUDSMAN - Women

Office of the Solicitor - Special Independent Prosecutor

Official Committee of Retired Employees of Puerto Rico

Ojeda-Bracero, German

Olazabal-Infante, Luis

Old Bellows Partners LP

Olga I. Trinidad Nieves

Olga M. Rabell Rosa

Olimac Manufacturing Corporation

Oliveras & Ortiz Law Offices, PSC

Olivieri-Geigel & Co.

Omar Cuadrado

O'Melveny & Myers, LLP

O'Neill Security & Consultant Serv Inc.

Oppenheimer & Co. Inc.

Oppenheimer Funds, Inc.

Opps Culebra Holdings, L.P.

Optionsxpress, Inc.

Oracle America, Inc.

Oracle Caribbean, Inc.

Orben Irizarry Robles

Oriana Energy LLC

Oriental Bank

Orlando Arroyo-Morales

Orlando Fernández Law Offices

Orlando Ortiz-Cintron, Esq.

Orlando Torres Berrios

ORONOZ & ORONOZ

Orrick, Herrington & Sutcliffe, LLP

Ortega-Cabrera, Minerva

Ortiz-Menes, Arturo

Ortiz-Torres, Camila

Oscar A. Remus Abreu

Oscar F. Arroyo Oliveras

Oscar Gonzalez Badillo

Oscar X. Ocasio Gonzalez

Osvaldo Antommattei Frontera

Osvaldo Toledo Martinez, Esq.

Otero and Associates

OZ Credit Opportunities Master Fund, Ltd.

OZ Enhanced Master Fund, Ltd.

OZ GC Oppporunities Master Fund, Ltd

OZ Management II, LP

OZ Management LP

OZ Master Fund, Ltd.

OZSC II, L.P.

P. R. Used Oil Collectors, Inc.

P. Schoenfeld Asset Management LP

Pablo Del Valle Rivera

Padial-Guzman, Ana

Pan Amerircan Grain Co., Inc.

Panaderia la Sevillana, Inc.

Pandora Select Partners, L.P.

Pandora Select Partners, LP as Transferee of Syncora Guarantee Inc.

Parole Board

Partnerre Ireland Insurance DAC

Patricia Hixson

Patricia L. Seifert

Pattern Energy Group, Inc.

Pattern Santa Isabel LLC

Paul Davis

Paul Hastings, LLP

Paul, Weiss, Rifkind, Wharton & Garrison, LLP

Pavia & Lazaro, PSC

PBJL Energy Corporation

PDCM Associates, SE

Peaje Investments, LLC

Pearson Education, Inc.

Pearson Pem P.R., Inc.

Pedro A. Vargas-Fontánez

Pedro Carbonera Pardo

Pedro Cid Martinez

Pedro Iturregui Margarida

Pedro L. Casasnovas Balado

Pedro Manuel Vincenty Guzman

Pedro Nicot Santana, Esq.

Pedro R. Callazo

Pedro Rodriguez Tirado

Peerless Oil & Chemicals, Inc.

Pelican Fund LP

Pension Trustee Advisors, Inc.

Pentwater Merger Arbitrage Master Fund Ltd.

People Television, Inc.

Pereira Vazquez, Taina

Perez-Delgado, Madelyn

Perez-Perez, Paola

Perfect Cleaning Services, Inc.

Performance Chemicals Company, Inc.

Perkins Coie LLP

Permal Stone Lion Fund Ltd

Permits Management Office

Perrinjaquet-Cruz, Olivier

Pershing LLC

Personnel Recruiting Services, Corp.

Peter C. Hein

PFZ Properties, Inc.

Phoenix Management Services, LLC

Phyllis A. Hemmerly

Physician HMO Inc.

Picó & Blanco, LLC

Pietrantoni Méndez & Alvarez LLC

Pilar O. Bonnin

Pinehurst Partners, L.P.

Piper Jaffrey & Co

PJT Partners

Plan de Salud Menonita, Inc.

Planning Board

Plaza Escorial Cinema, Corp.

PLC Law

PLUMBING & SEWER CLEANING RUS CORP.

Plummer, Jacqueline Renée Ann

PNC Bank, National Association

POLYMER INDUSTRIES INC

Ponce De Leon Gun Shop Inc.

Ponce Port Authority

Popular Auto, LLC

Popular High Grade Fixed Income Fund, Inc.

Popular Income Plus Fund, Inc.

Popular Securities, LLC

Popular, Inc.

Populicom, Inc.

Port of the Americas Authority

Ports Authority

Postage By Phone Reserve Account

PR and the Caribbean Cardiovascular Center Corp

PR Aqueduct and Sewer Authority

PR Federal Affairs Administration

PR Infrastructure Finance Authority

PR Maritime Shipping Authority

PR Medical Services Administration

Pretrial Services Program

Prime Clerk, LLC

Prime Seg 15/00

Printech, Inc.

Prisma SPC Holdings Ltd - Segregated Portfolio AG

Procesos de Informatica, Inc.

Professional Consulting Psychoeducational Services, LLC

Professional Records and Information Management, Inc.

Program of Youth Affairs

Promotions & Direct, Inc.

Proskauer Rose, LLP

Prosol-Utier

Prospero Tire Export, Inc.

Providencia Cotto Perez

PRV Law Office

PSV & Co, PSC

Public Broadcasting Corporation

Public Building Authority

Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives

Public Corporation for the Supervision and Insurance of Cooperatives of Puerto Rico

Public Housing Administration

Public Service Appellate Commission

Public Service Commission

Public Service Regulatory Board

Public-Private Partnership Authority

Puerto Nuevo Security Guards, Inc.

Puerto Rico AAA Portfolio Bond Fund II, Inc.

Puerto Rico AAA Portfolio Bond Fund, Inc.

Puerto Rico AAA Portfolio Target Maturity Fund, Inc.

Puerto Rico and Municipal Islands Transport Authority

Puerto Rico Aqueduct and Sewer Authority

Puerto Rico Bathroom Remodeling, Inc.

Puerto Rico Conservatory of Music Corporation

Puerto Rico Convention Center District Authority

Puerto Rico Council on Education

Puerto Rico Department of Justice

Puerto Rico Education Council

Puerto Rico Electric Power Authority

Puerto Rico Energy Administration

Puerto Rico Energy Bureau

Puerto Rico Energy Commission

Puerto Rico Firefighter Corps

Puerto Rico Fiscal Agency and Financial Advisory Authority

Puerto Rico Fixed Income Fund II, Inc.

Puerto Rico Fixed Income Fund III, Inc.

Puerto Rico Fixed Income Fund IV, Inc.

Puerto Rico Fixed Income Fund V, Inc.

Puerto Rico Fixed Income Fund VI, Inc.

Puerto Rico Fixed Income Fund, Inc.

Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.

Puerto Rico Health Insurance Administration

Puerto Rico Highways and Transportation Authority

Puerto Rico Horse Owners Assocation, Inc.

Puerto Rico Industrial Development Company

PUERTO RICO INDUSTRIAL DEVELOPMENT COMPANY (PRIDCO)

Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities
Financing Authority

Puerto Rico Infrastructure Finance Authority

Puerto Rico Integrated Transit Authority

Puerto Rico Investors Bond Fund I, Inc.

Puerto Rico Investors Tax- Free Fund III, Inc.

Puerto Rico Investors Tax- Free Fund Inc. II

Puerto Rico Investors Tax- Free Fund IV, Inc.

Puerto Rico Investors Tax- Free Fund V, Inc.

Puerto Rico Investors Tax- Free Fund VI, Inc.

Puerto Rico Investors Tax- Free Fund, Inc.

Puerto Rico Investors Tax-Free Fund V, Inc.

Puerto Rico Investors Tax-Free Fund, Inc.

Puerto Rico Land Administration

Puerto Rico Legal Advocates, PSC

Puerto Rico Maritime Shipping Authority

Puerto Rico Medical Defense Insurance Company

Puerto Rico Medical Services Administration

Puerto Rico Metropolitan Bus Authority

Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.

Puerto Rico Municipal Finance Agency

Puerto Rico National Guard

Puerto Rico Police Bureau

Puerto Rico Ports Authority

Puerto Rico Public Broadcasting Corporation

Puerto Rico Public Buildings Authority

Puerto Rico Public Private Partnerships Authority

Puerto Rico Sales Tax Financing Corporation

Puerto Rico School of Plastic Arts

Puerto Rico Supplies Group Inc.

Puerto Rico Telephone Authority

Puerto Rico Telephone Company d/b/a Claro

Puerto Rico Telephone Company, Inc.

Puerto Rico Tourism Company

Puerto Rico Trade and Export Company

PV Properties, Inc.

PWCM Master Fund Ltd

Quality & Reliable Services Inc.

Quality Equipment, Inc.

Quality Systems, Inc.

QUEST DIAGNOSTICS OF PUERTO RICO, INC.,

Quinn Emanuel Urquhart & Sullivan, LLP

Quinones Vargas Law Offices

Quinones-Salim, Jose

QUINTERO CONSTRUCTION S E

R Hughes and J Hughes TTee Hughes Family Trust

R. Cordova Trabajadores Sociales C S P

R. Hughes and J. Hughes Ttee Hughes Family Trust

Radames Muniz

Rae Marie Dougan

Rafael A. Ortiz-Mendoza

Rafael A. Quinones Soto

Rafael Bonilla Rivera

Rafael Bracero Torres

Rafael Cavo Santoni

Rafael Enrique Ducos Bravo

Rafael Hernandez Barreras

Rafael Rodriguez Quintana

RAFAEL ROMAN-JIMENEZ

Rafaela Fernandez

Ralphi E. Dominicci Rivera

Rama Construction LLC

Ramirez & Co.

Ramirez and Co., Inc.

Ramirez Bus Line Inc.

Ramirez-Cisneros, Daniel

Ramón A. Bonilla Martínez

Ramon Colon-Gonzalez

Ramon M. Ruiz Comas

Ramón M. Ruiz, Interim Executive Director of the Board

Ramon Ruiz Comas

Ramon Torres Rodriguez, Esq.

Ramón Vidal Nadal

Ramone E. Morales dba Morales Distributors

Ramos & Ramos Realty Inc

Ramos Collazo, Rolando

Ramos Gonzalez & Toyos Olascoaga, CSP

Rancel Bus Service, Inc.

Raoul Smyth

Raul A Darauche Andujar

Raúl E. Casasnovas Balado

Raul Jaime Vila Selles

Raul Ramirez

Raylin Bus Line Corp.

Raymond James

Raymond James & Associates, Inc.

Raymond Rivera Morales

RB Law Offices

RBC Capital Markets, LLC

RBC Dominion Securities Inc./CDS**

Ready & Responsible Security, Inc.

Redwood Master Fund, Ltd

Reed Smith, LLP

Regions Bank

REICHARD & ESCALERA

REICHARD & ESCALERA LLC

Reichard & Escalera, LLC

Reinaldo Vincenty Perez

Reliable Equipment Corporation

Reliable Health Services Corp.

Rene Patricio Lopez-Duprey

Rene Pinto-Lugo

Rene Rios Pena

Rene Torres Ortiz

Reno & Cavanaugh, PLLC

ReSun (Barceloneta), LCC

Retirement Association of AEE

Rexach & Picó, CSP

Rexach Hermanos, Inc.

Reyes Contractor Group, Inc.

Rhonda M. Castillo Gammill

Ricardo Alegria

RICARDO ANTONIO ROSSELLÓ NEVARES

Ricardo Estrada Maisonet

Ricardo L. Castillo Filippetti, Esq.

Ricardo L. Ortiz-Colón, Esq.

Ricardo Levy Echeandia and Lourdes Arce Rivera, abd Laura Levy

Ricardo R. Fuentes

Ricardo Rosello Nevares

Richard D. Seifert

Richard F. Levy Echeandia

Richard W. Knapp Credit Shelter Trust S/B/O Margaret A. Knapp 07/28/2016

Richards Kibbe & Orbe LLP

Rickenbach Ojeda Attorneys at Law PSC

Ricoh Puerto Rico, Inc.

Rieker, Matthias

Rifkind, Kyle

Rincon Health Center, Inc.

Rio Grande Community Health Center, Inc.

Rio Hondo Cinema, Corp.

Rios-Munoz, Vivian

River Canyon Fund Management, LLC

Rivera Colón, Rivera Torres & Rios Berly, PSC

Rivera, Tulla and Ferrer, LLC

RJ Hughes Sbtulwt Re Hughes UAD 05/28/2012 Robert B. Hughes TTee

RM Children's Trust

Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP

Robert B. Faber

Robert Kazmierski

Robert Ramos Martin

Robert W. Baird & Co. Incorporated

Robert Wong

Roberto del Toro Morales

Roberto Luis Camacho Jusino

Roberto Maldonado Law Office

Roberto Marrero Diaz

Roberto Perez Colon

Roberto Quiles

Roberto Torres Lugo

Robles-Cruz, Carlos

Roche Diagnostics Corporation

Rochelle McCullough, LLP

Rock Solid Technologies, Inc.

Rocket Learning, LLC

Rocket Teacher Training, LLC

Rodriguez Banchs, CSP

Rodriguez Marxuach Law Offices, PSC

RODRÍGUEZ MARXUACH, PSC

Rodriguez-Alvarez, Amaury

Rodriguez-Burns, Francisco

Rodriguez-Nieves, Joana

Rodriguez-Parissi & Co., C.S.P.

Rolon Nieves, Veronica

Ronald Klempner

Ronald Ramos

Ronald Ramos Martin

Roosevelt & Cross

Roosevelt Roads Naval Station Redevelopment

Ropes & Gray LLP

Rosa E. Lespier Santiago

Rosa M. Aguayo Pacheco

Rosa M. Pierluisi

Rosa Rosario De Morales

Rosalina Ortiz De Jesus

Rosario Colon, Ryan

Rosario Pacheco

Rosario-De Jesus, Paola

Rosa-Schellhorn, Benjamin

Rose Marie Flores-Perez

Rosemarie Vizcarrondo

Rosendo E. Miranda López, Esq.

Roshell Soto Garcia

Rossana Lopez Leon

Rosso Group, Inc.

Rosso-Tridas, Lizzie

Rothschild & Co US Inc.

Roy Robertson

RPP Law, PSC

RRW I LLC

Ruiz-Morales, Carla Paola

Ruth Valdes de Adsuar

S & L Development S.E.

S.H.V.P. Motor Corp.

Sabiamed Corporation

Saldaña & Saldaña Egozcue, PSC

Saldaña, Carvajal & Vélez-Rivé, PSC

Salichs Pou & Associates, PSC

Salud Integral en la Montana

Salvador Rovira Rodriguez

Sammy Baez-Figueroa

Samuel A. Pena Ortiz

Samuel Gracia-Gracia

Samuel Rodriguez Claudio

Sanabria Bauermeister Garcia & Berio

Sanchez Pirillo LLC

Sandra Ayala Cruz

Sandra Maclay De Serralles

Sanford C. Bernstein & Co., LLC

Sanjenis-Cardona, Alejandro

Santander Asset Management, LLC

Santander Securities, LLC

Santi Law Office

Santiago Ramirez, Ana Maria

Santin-Martinez, Cristina

SANTOS BERRIOS LAW OFFICE LLC

Santos Gonzalez Morales

Santos Mulero Sierra

Santos-Sanchez, Cesar

Sara E. De Jesus De Pico

Sarlaw LLC

Saybolt LP

SB Special Situation Master Fund SPC, Segregated Portfolio D

SCHOENFELD Asset Management LP

School of Plastic Arts

Schulete Roth & Zabel LLP

SCHULTE ROTH & ZABEL LLP

Sciemus Limited

Scoggin International Fund Ltd.

Scoggin Management LP

Scoggin Worldwide Fund Ltd.

Scotia MSD

Scotiabank de Puerto Rico

Scottrade, Inc.

Sculptor Capital LP (f/k/a OZ Management LP)

Sculptor Capital Management

Sculptor Credit Opportunities Master Fund, Ltd. (f/k/a OZ Credit Opportunities Master Fund, Ltd.),

Sculptor Enhanced Master Fund, Ltd. (f/k/a OZ Enhanced Mater Fund, Ltd.),

Sculptor GC Opportunities Master Fund, Ltd. (f/k/a OZ GC Opportunities Master Fund, Ltd.)

Sculptor Master Fund, Ltd. (f/k/a OZ Master Fund, Ltd.),

Sebastian Negron

Securities & Exchange Commission

Seda & Perez Ochoa, PSC

SEDA & PÉREZ-OCHOA, P.S.C.

Segal Consulting

Seguros Colon Colon, Inc.

SEI Private Trust Company

SEI Private Trust Company/C/O GWP

SEIU Local 1199/Union General de Trabajadores

SEIU Local 1996/Sindicato Puertoriqueno de Trabajadores y Trabajadores

Semper Innova Corporation

Senate

Senator Global Opportunity Master Fund LP

Senator Investment Group LP

Sepulvado & Maldonado, PSC

Sepulvado Maldonado & Couret

Sepulveda-Echegaray, Eric

Serengeti Asset Management, LP

Sergio Rodriguez

Service Employees International Union

Service Employees International Union and United Auto Workers International Union

Service Group Consultant Inc.

Servicio de Transportacion Juan Carlos Inc.

Servicios Profesionales Integrados a la Salud, Inc.

Servidores Publicos Unidos de Puerto Rico

Servidores Públicos Unidos, AFSCME Council 95

Sesco Technology Solutions, LLC

Shalini Gupta

Shearman & Sterling LLP

Sheppard Mullin Richter & Hampton LLP

Shindler Anderson & Goplerud, P.C.

Sidley Austin LLP

Siemens Corporation

Siemens Transportation Partnership Puerto Rico, S.E.

Sierra Club Puerto Rico, Inc.

Sign Language Interpreters, Inc.

Silver Point Capital Fund, L.P.

Silver Point Capital Offshore Master Fund, L.P.

Silver Point Capital, L.P.

Silvia Batista Castresana

Silvia Consuelo Blasini Batista

Simpson Thacher & Bartlett LLP

Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica (SREAEE)

Sistema Universidad Ana G Mendez

Skadden, Arps, Slate, Meagher & Floam LLP

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Skanska USA Building Inc.

SKY HIGH ELEVATORS CORP

SL Liquidation Fund LP

SL Puerto Rico Fund II LP

SL Puerto Rico Fund LP

Small Business Administration

Socioeconomic Development of the Family Administration

Socio-Economic Development Office

Softek, Inc.

Sola Ltd

Solid Waste Authority

Solomon Page

Solus Alternative Asset Management LP

Solus Opportunities Fund 5 LP

Solymar Castillo Morales

Somos, Inc.

Sonia Ivette Carrasquillo Calderón

Sonnedix USA Services Limited

Sophie Aalaei

South Parcel of Puerto Rico, SE

Southwest Securities, Inc.

Special Claims Committee of the Financial Oversight and Management Board

Special Communities Perpetual Trust

Special Independent Prosecutor Panel

SSB - Blackrock Institutional Trust

SSB - Trust Custody

SSB&T Co/Client Custody Services

SSM & Associates, Inc.

St. James Security Services, LLC

State Elections Commission

State Historic Conservation Office

State Historic Preservation Office

State Insurance Fund Corporation

State Office of Energy Public Policy

State Street Bank & Trust/State Street TotalETF

State Street Bank and Trust Company

Statistics Institute of PR

Stephen S. McMillin

Stephens Inc.

Stericycle

Sterne, Agee & Leach, Inc.

Stifel, Nicolaus & Company, Incorporated

Stockcross Financial Services, Inc.

Stoever Glass & Co.

Stone Lion IE, a fund of Permal Account Platform ICAV

Stone Lion L.P

Stradling Yocca Carlson & Rauth, PC

Strategic Income Fund-MMHF

Stroock & Stroock & Lavan, LLP

Stuart Dwork

Sucesión Díaz Bonet compuesta por sus herederos

Sucesion Francisco Xavier Gonzalez Goenaga

Sucesion Mandry Mercado

Sucesión Pastor Mandry Mercado

Sucesión Sastre Wirshing

SUCN Oscar Rodriguez Crespo

Sucre Concepcion, Gerardo Javier

Suiza Dairy Corporation

Super Asphalt Pavement Corporation

Super Plastico, Inc.

Superintendent of the Capitol

Supreme Court

Susman Godfrey LLP

Suzette Abraham

Suzette Abraham Vizcarrando

Suzuki del Caribe, Inc.

SV Credit, L.P.

Sweney Cartwright Co

Sylvia I. Martinez Calimano

Syncora Capital Assurance, Inc.

Syncora Guarantee Inc.

T R C Companies

Taconic Capital Advisors L.P.

Taconic Capital Advisors, L.P.

Taconic Master Fund 1.5 L.P.

Taconic Opportunity Master Fund L.P.

Tactical Equipment Consultants, Inc.

Tallaboa Industrial Deveopment, Inc.

Taller de Desarollo Infantil y Prescolar Chiquirimundi Inc.

Tamrio, Inc.

TARGET ENGINEERING S E

Tasman Fund LP

Tatito Transport Service Inc.

Tax-Free Puerto Rico Fund II, Inc.

Tax-Free Puerto Rico Fund, Inc.

Tax-Free Puerto Rico Target Maturity Fund, Inc.

TCM Capital

TD Ameritrade Clearing, Inc.

TD Prime Services LLC

Teachers' Retirement System

TEC Contractors, LLC

TEC General Contractors, Corp.

Telecommunications Bureau

Telecommunications Regulatory Board

Telefonica Larga Distancia de Puerto Rico, Inc.

Tens Development, L.L.C.

Teresa N. Fortuna Garcia

Teresa R. Miller

Thamari Gonzalez Martinez

the Asociación de Maestros de Puerto Rico

The Bank of New York Mellon

The Bank of New York Mellon, As Trustee, Under the Trust Agreement Dated March 1, 2015
Between the Puerto Rico Infrastructure Authority and the Bank of New York Mellon, and Fir
Tree Inc. As Successor in Interest, To RBC Municipal Markets, LLC, As Owner Representative
Under the Noteholder Agreement Dated March 1, 2015 Relating To Puerto Rico Infrastructure
Authority Dedicated Tax Revenue Bond Anticipation Notes Series 2015

The Bank of New York Mellon/FMS Bonds, Inc.

The Bank of New York Mellon/Mellon Trust of New England, National Association

The Bank of New York Mellon/Nomura Bank Int'l PLC

The Bank of New York/FMSBonds, Inc.

The Bank of New York/Popular Securities, Inc.

The Bank of Nova Scotia

The Belaval Burger Grandchildren Trust, represented by UBS Trust Company of Puerto Rico

The Boston Consulting Group, Inc.

The Canyon Value Realization Master Fund, L.P.

The Children's Trust Fund

The Estate of Daniela Moure

The Estate of Yesmin Galib Frau composed by Yesmin Marie, Lucas P., María Teresa and María Cristina Leonor Valdivieso Galib

The Estates of Gabriel Fuentes Vázquez and Evangelina Benejam-Otero, Comprised by Gabriel, Jorge L. and Jose R. Fuentes-Benejam

The Financial Attorneys, P.S.C.

The Garffer Group of Legal Advisors, LLC

The Hector L. Gonzalez Cruz Retirement Plan, represented by UBS Trust Company of Puerto Rico

The Hefler Family Trust

The Huntington National Bank

The Jesus Golderos Trust

The Law Offices of Andres W. Lopez, P.S.C.

The Madeline Torres Figueroa Retirement Plan, Represented By UBS Trust Company of Puerto Rico

The Northern Trust Company

The Official Committee of Unsecured Creditors

The Unitech Engineering Group, S.E.

The Värde Skyway Master Fund, L.P.

Thelma Vidal

Thomas Quinn

THOMAS RIVERA-SCHATZ

Tilden Park Capital Management LP

Tilden Park Investment Master Fund LP

Timber Hill LLC

Tito Ramirez Bus Service Inc.

Tomas Correa Acevedo

TORO COLÓN MULLET P.S.C.

Toro, Colon, Mullet, Rivera & Sifre, P.S.C.

Total Petroleum Puerto Rico Corp.

Tourism Company

Tradewinds Energy Barceloneta, LLC.

Tradewinds Energy Vega Baja, LLC

Traditional Lottery

Traffic Safety Commission

Trafigura Argentina S.A.

Trafigura Beheer B.V.

Trafigura Limited

Trafigura Trading LLC

Transcore Atlantic, Inc.

Transit Safety Commission

Transportation and Public Works

Transporte Escolar S S Inc.

Transporte Sonnel Inc.

Transporte Urbina Inc.

Trent and Jodene Lareau Revocable Trust

Trinity Metal Roof and Steel Structure Corp.

Trinity Services I, LLC

Triple - S Salud, Inc.

Truenorth Corp.

Tson-Kuang Wu and Mu-Niau Wu Tr, Wu Trust UA 04-27-1999

U.S. Bank National Association as Trsutee

U.S. Bank Trust National Association

U.S. Department of Justice, Civil Division

UBARRI & ROMÁN LAW OFFICE

UBS Financial Services Inc

UBS Financial Services Inc.

UBS Financial Services, Inc. of Puerto Rico

UBS IRA Select Growth & Income Puerto Rico Fund

UBS Securities LLC

UBS Trust Company

UBS Trust Company of Puerto Rico

Ultra Master LTD

Ultra NB LLC

Ulysses Offshore Fund, Ltd.

Ulysses Partners, LP

UMB Bank, National Association

Unemployment Insurance Fund

UNETE

Union Bank & Trust Company

Union Bank, N.A.

UNION DE EMPLEADOS DE OFICINA COMERCIO Y RAMAS ANEXAS, PUERTOS

UNION DE EMPLEADOS DE OFICINA Y PROFESIONALES DE LA AUTORIDAD DE
EDIFICIOS PUBLICOS

UNION DE EMPLEADOS PROFESIONALES INDEPENDIENTES

Union de Medicos de la Corporacion del Fondo del Seguro del Estado Corp.

Unión de Trabajadores de la Industria Eléctrica y Riego

Union De Trabajadores Trabajadores de La Industria Electrica Y Riego, Inc.

Union Employees Office Commerce

Union Holdings, Inc.

UNION INDEPENDIENTE DE EMPLEADOS DE LA AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS

UNION INSULAR DE TRABAJADORES INDUSTRIALES Y CONSTRUCCIONES
ELECTRICAS INC.

UNION NACIONAL DE EDUCADORES Y TRABAJADORES DE LA EDUCACION

Union of Office Employees and Professionals of AEP

Union of Professional Employees Independent

United Auto Workers International Union

United States Attorney for the Southern District of New York

United States Department Of Agriculture - Rural Development

United States Department of Justice

United States District Court, District of Massachusetts

United States of America

United States Postal Services

United Surety & Indemnity Company

Universal Care Corp. (Unicare)

Universal Group, Inc.

Universal Insurance Company

Universal Life Insurance Company

Universidad Central del Caribe, Inc.

Universidad Interamericana, Inc.

University of Puerto Rico

University of Puerto Rico Comprehensive Cancer Center

UPR Comprehensive Cancer Center

US Army Corps of Engineers

US Attorney for the District of Puerto Rico

US Bank National Association

US Bank Trust, National Association

US Department of Agriculture

US Department of Commerce

US Department of Education

US Department of Health and Services

US Department of Justice

US Department of Labor

US Trustee for the District of Puerto Rico

USAA Invest Mgmt Co

USAA Investment Management Company

VAB Financial

Valdes Ortiz Law Offices, PA

Valdes-Valderrama, Julio

Valentin Morales Camacho

Valenzuela-Alvarado, LLC

Valmont Industries, Inc.

Value Sales Corporation

VAMOS Citizens' Concertacion Movement

Vanguard Marketing Corporation

Värde Credit Partners Master, L.P.

Värde Investment Partners (Offshore) Master, L.P.

Värde Investment Partners, L.P.

Värde Partners, Inc.

Vargas-Villegas, Carlos

Vazquez Y Pagan Bus Line, Inc.

Velazquez-Negron, Paola

Velez-Lugo, Alexandra

Veronica Ferraiuoli Hornedo

Veterans Advocate Office

Víctor Calderón Cestero

Victor L. Ortiz Perez

Victor M. Rivera

Victor R. Merle Vargas

Victor Santiago Frontera

Vidal, Nieves & Bauza LLC

VIIV Healthcare Puerto Rico, LLC

Vilarino & Associates, LLC

Vilma Teresa Torres López

Vilmarie Ayala Cruz

Viñas Law Office, LLC

Virgilio Fernando Acevedo Rivera

Virginia Selden

Vision Financial Markets LLC

Vitol S.A.

Vitol, Inc.

Vivian Hernandez Vinas

Vivian Purcell

Viviana Ortiz Mercado

VMC Motor Corp.

Vocational Rehabilitation Administration

Voya Institutional Trust Company

Voz Activa, Inc.

VR Advisory Services, LTD.

VR Global Partners, L.P.

Wachtell, Lipton, Rosen & Katz

Wal-Mart Puerto Rico Inc.

Walter Alomar Jiménez

Walter Pomales

Walter R. Martinez Rodriguez

Warlander Asset Management, LP

Warren Min

Wedbush Securities Inc.

WEG Electric Corp.

Weil, Gotshal & Manges, LLP

Weinstein-Bacal, Miller & Vega, P.S.C.

Wells Fargo / Safekeep

Wells Fargo Bank, N.A./Sig

Wells Fargo Bank, National Association

Wells Fargo Clearing Services LLC AKA or FKA First Clearing LLC

Wells Fargo Municipal Bond Fund

Wells Fargo Securities, LLC

Wells Fargo Wisconsin Tax Free Fund

Wells Fargo/SafeKeep

Wesbanco Bank, Inc.

West Corporation

Western Surety Company and Continental Casualty Company

WF Computer Services, Inc.

White & Case, LLP

White Box Advisors LLC

Whitebox Advisors LLC

Whitebox Asymmetric Partners, LP

Whitebox Asymmetric Partners, LP as Transferee of Syncora Guarantee Inc.

Whitebox Caja Blance Fund, LP as Transferee of Syncora Guarantee Inc.

Whitebox GT Fund, LP as Transferee of Syncora Guarantee Inc.

Whitebox Institutional Partners, L.P.

Whitebox MultiStrategy Partners, L.P.

Whitebox Multi-Strategy Partners, LP as Transferee of Syncora Guarantee Inc.

Whitebox Term Credit Fund I L.P

Whitefish Energy Holdings, LLC

Whitefort Capital Master Fund, LP

Whitehaven Asset Management, LP

Wide Range Corp.

Wilbert Lopez Moreno & Asociados

Wilfredo Vazquez Olivencia

William Blair & Company, L.L.C.

William Cruz Soto

William D. Dougan JR Ten WRAS

William M. Vidal-Carvajal Law Office, P.S.C.

William Medina-Ruiz

William Rifkin

William Rivera Transport Service Inc.

William Santiago-Sastre, Esq.

William Shuzman

William Soto Santiago

Williams & Jensen, PLLC

Willkie Farr & Gallagher, LLP

WILLKIE, FARR & GALLAGHER LLP

Wilson Rivera Ortiz

Windmar Renewable Energy SE

Windmar Renewable Energy, Inc.

Winston & Strawn LLP

Wollmuth Maher & Deutsch LLP

Women's Advocate Office

WorldNet Telecommunications, Inc.

Wynndalco Enterprises, LLC

Xerox Corporation

Xiomara Bermudez Rios

Xiomara Rivera-Cruz

Yanmarie Socarras

Yarely Lugo Rosa

YASHEI ROSARIO

YFN Yabucoa Solar, LLC

Yohana De Jesús Berríos

Yolanda Cano- Ángeles

Young Conaway Stargatt & Taylor, LLP

Yvonne Baerga Varela

Zapata-Colon, Ana

Zapata-Hernandez, Hilton

Zayas-Torres, Edward

Zoe Partners LP

Zolfo Cooper, LLC

Zoraida Buxó Santiago

## <u>APPENDIX C</u>

### [<u>CONTRACTOR CERTIFICATION REQUIREMENT</u>]

The following certification shall be provided to the Oversight Board by each Contractor under contracts submitted for review:

1.      The Contractor's subcontractor(s) in connection with the contract is (are) the following:

2.      Neither the Contractor nor any of its owners, directors, officials or employees, has agreed to share or give a percentage of the Contractor's compensation under the contract to, or otherwise compensate, any third party, whether directly or indirectly, in connection with the procurement, negotiation, execution or performance of the contract, except as follows:

(Name of individual or firm, including names of principals or owners of the latter) (Principal terms and conditions of the compensation sharing arrangement)

3.      To the best knowledge of the signatory (after due investigation), no person has unduly intervened in the procurement, negotiation or execution of the contract, for its own benefit or that of a third person, in contravention of applicable law.

4.      To the best knowledge of the signatory (after due investigation), no person has: (i) offered, paid, or promised to pay money to; (ii) offered, given, or promised to give anything of value to; or (iii) otherwise influenced any public official or employee with the purpose of securing any advantages, privileges or favors for the benefit of such person in connection with the contract (such as the execution of a subcontract with Contractor, beneficial treatment under the contract, or the written or unwritten promise of a gift, favor, or other monetary or non-monetary benefit).

5.      Neither the Contractor, nor any of its owners, directors, officials or employees or, to the best of its knowledge (after due investigation), its representatives or sub-Contractors, has required, directly or indirectly, from third persons to take any action with the purpose of influencing any public official or employee in connection with the procurement, negotiation or execution of the contract.

The above certifications shall be signed by the Chief Executive Officer (or other officer with equivalent position or authority to issue such certifications) of the Contractor.

In the event that a Contractor is not able to provide any of the above certifications, such Contractor shall provide a written statement setting forth the reasons therefor.

[Signature Page Follows]

C-1

I certify by my signature below that I have received and reviewed, and am authorized on Contractor's behalf to agree that Contractor shall abide by this Contractor Certification Requirement:

Contractor Name: <u>McKinsey & Company Puerto Rico Consulting, Inc.</u>

<u>                                           </u>          <u>June 30, 2021</u>

Signature of Contractor Authorized Representative     Date

<u>Thomas Dohrmann, President, McKinsey & Company Puerto Rico Consulting, Inc.</u>

Printed Name and Title of Contractor Authorized Representative

C-2

## APPENDIX D

## [FOMB EXPENSE REIMBURSEMENT]

**Financial Oversight and Management Board for Puerto Rico**
*June 30, 2017*

**Expense Reimbursement Policy**

### 1.  Introduction

The Board of Members of the Financial Oversight and Management Board for Puerto Rico ("the Board") recognizes that board members, officers, staff, and contractors* of the Board may be required to travel or incur in other expenses from time to time to conduct Board business.

The Reimbursed Expenses Policy (the "Policy") is designed to govern the reimbursement of reasonable, defined expenses incurred on authorized Board activities.  Consequently, all reimbursed expenses must be consistent with a business objective and carried out in a timely and cost-effective manner.

This Policy applies to board members, officers, staff, and contractors* who incur authorized and approved travel and other expense items in the context of the Board's business. While exceptions are not normally permitted, there is clear recognition of certain special business needs.  In any such exceptional situations, all board members, officers, staff, and contractors* are expected to apply a high degree of common sense and good judgment.

### 2.  Purpose of the Policy

The purpose of this policy is to ensure that (a) adequate cost controls are in place, (b) travel and other expenditures are appropriate, and (c) to provide a uniform and consistent approach for the timely reimbursement of authorized expenses incurred by the Board. It is the policy of the Board to reimburse only reasonable and necessary expenses incurred by board members, officers, staff, and contractors.

### 3.  Principles of the Policy

The Policy aims to provide a flexible framework for travel and other expenses based on the following principles:

**3.1**    This Policy applies to board members, officers, staff, and contractors* undertaking  travel  other expenses on  Board business and for the purposes of this Policy, the term "staff" shall mean employees of the Board.

**3.2**    It is the responsibility of board members, officers, staff, and contractors* to ensure the selection of the most direct and economical travel options and that all expenses are attributable to a valid Board business purpose.

**3.3**    Board members, officers, staff, and contractors* shall be entitled to reimbursement of expenses on production of supporting vouchers and invoices meeting the requirements of an "Accountable Plan" provided under Regulation No. 8297 dated December 18, 2012 issued by the Puerto Rico Department of Treasury. No expense reimbursement will be allowed for amounts in excess of actual expenditures incurred. No expense reimbursement will be allowed for estimates of expenditures incurred. This includes coach-class airfare or train fare (or business class train fare if rates are comparable); and hotels and transportation (e.g. taxis).

**3.4**    It is the responsibility of the Board members, officers, staff, and contractors* to obtain travel authorization from the Chairman of the Board, the Executive Director or Authorized Representative prior to organizing or incurring any travel costs [See Appendix A for Authorization Authority]. Expense reimbursement is subject to having received prior authorization. Exceptions shall be made under the consideration of the Chairman, Executive Director or Authorized Representative.

**3.5**    The use of video and telephone conferencing instead of travel should always be considered to reduce travel expenses.

## 4. Travel Expenses

### 4.1 Air Travel

**4.1.1**    Costs for air travel will be reimbursed on an actual cost incurred basis.

**4.1.2**    For all flights, board members, officers, staff, and contractors* are required to travel in a cabin class no higher than premium economy class and, when possible, the cheapest fare in this class.

**4.1.3**    Flights should be booked to provide the best value/lowest cost and fit between cost and convenience. Board staff shall book flights through the Board's Executive Assistant. Board members may book flights through the Board's Executive Assistant or independently. Board contractors must book flights independently, though they are allowed to consult the Board's Executive Assistant on fares the board members, officers, and staff are using.

**4.1.4**    The Board will not reimburse costs incurred due to deviations from the most direct routes taken for personal travel reasons.  In such cases, if the Board purchased the ticket, the traveler must reimburse the Board for any additional costs over and above the authorized travel.

**4.1.5**   Any alteration to original travel plans must be justified and approved in accordance with the Policy.

## 4.2 Train Travel

**4.2.1**   The Board may reimburse travelers for their economy train fares or business class train fares when those fares are comparable to the equivalent, economy class airfare on the same route.

**4.2.2**   Board staff shall book trains through the Board's Executive Assistant. Board Members may book trains through the Board's Executive Assistant or independently. Board contractors must book trains independently, though they are allowed to consult the Board's Executive Assistant on fares the board members, officers, and staff are using.

## 4.3 Hotels and Lodging

**4.3.1**   Accommodation costs may be reimbursed by the Board. Board members, officers, staff, and contractors should not exceed cost of accommodation per night published in the U.S. Government GSA Per Diem Rates (https://www.gsa.gov/perdiem), unless approved by the Chairman or his authorized representative.

**4.3.2**   Board staff shall book hotels through the Board's Executive Assistant. Board members may book hotels through the Board's Executive Assistant or independently. Board contractors must book hotels independently, though they are allowed to consult the Board's Executive Assistant on fares the Board members, officers, and staff are using.

## 4.4 Transportation

**4.4.1**   Transportation costs during trips associated to Board business will be reimbursed. Board members, officers, and staff* can expense the following transportation costs: 1) transportation to and from the airport / train station and 2) transportation to and from the meeting location. Transportation costs cover taxi services or equivalent (e.g. Uber, Lyft or any other transportation means).

## 4.5 Business Meals

**4.5.1**   When travelling to a location other than the Board members, officers, staff, and contractors'* local city, business meals are reimbursable based on the following limits:

- Breakfast: $15; Lunch: $25; Dinner: $40
- Snack expenses are reimbursable when they replace a meal.

**4.5.2**   If meals are provided during the meeting, only meals not provided can be expensed.

## 5.   Other Expenses

**5.1** Other expenses are reimbursable provided they are legitimate, necessary and reasonable expenses directly connected with or pertaining to the Board, such as office supplies, printing and reproduction, telephone calls, and messengers, among other.

## 6.  Reimbursement of Expense

**6.1** Travel arrangements are authorized in advance through the completion and approval of a travel authorization email and the validation of a travel plan between the traveler and the designated approver [See Appendix A].

**6.2** Expenses are reimbursed through the completion, approval, and validation of expense report [See Appendix B] that the members, officers, and staff must submit to the designated approver [See Appendix C].

**6.3** Expense claims should be submitted immediately following and, where possible, no more than 10 days after the completion of each trip, but at least a monthly.

**6.4** In rare circumstances, and on an exceptional basis, reimbursement in excess of stated limits may be provided when lodging options are not available below. In such rare circumstances, the need for higher reimbursement shall be indicated on the attached reimbursement form and justified in writing by the members, officers, and staff.  Reimbursement will be limited to the following:

- Lodging: average rate for available 3-star hotels listed for the applicable metropolitan area on Expedia;

The Chairman of the Board or his authorized representative will have sole discretion to approve or deny such expenditures.

**6.5** Receipts are required for all expenditures billed, such as airfare and hotel charges. No expense in excess of $25.00 will be reimbursed to Board members, officers, staff and contractors unless the individual requesting reimbursement submits with the Expense Report written itemized receipts from each contractor (not a credit card receipt or statement) showing the contractor's name, a description of the services provided (if not otherwise obvious), the date, and the total expenses. If a receipt is not available, a full explanation of the expense and the reason for the missing receipt is required.

**6.6** Alcoholic beverages will not be reimbursed under any circumstance.

**APPENDIX A: Authorization Authority**

| Expense to be Incurred By: | Authorization From: |
|---|---|
| Board Member | Chairman or Authorized Representative |
| Board Staff | Executive Director or Authorized Representative |
| Board contractors | Executive Director or Authorized Representative |
| Executive Director | Chairman or Authorized Representative |
| Chairman | N/A |

**APPENDIX B: Expense Report**

**Financial Management and Oversight Board for Puerto Rico**

*To be completed by* members, officers, and staff *and submitted to designated approver*

| DATE | DESCRIPTION | AIR FARE | GROUND FARE | HOTEL | MEALS | OTHER | TOTAL (1) |
|------|-------------|----------|-------------|-------|-------|-------|-----------|
|      |             |          |             |       |       |       | $      - |
|      |             |          |             |       |       |       | $      - |
|      |             |          |             |       |       |       | $      - |
|      |             |          |             |       |       |       | $      - |
|      |             |          |             |       |       |       | $      - |
|      |             |          |             |       |       |       | $      - |
|      |             |          |             |       |       |       | $      - |
|      |             |          |             |       |       |       | $      - |
|      |             |          |             |       |       |       | $      - |
|      |             |          |             |       |       |       | $      - |
|      |             |          |             |       |       |       | $      - |
|      |             |          |             |       |       |       | $      - |
|      |             |          |             |       |       |       | $      - |
|      |             |          |             |       |       |       | $      - |
|      |             |          |             |       |       |       | $      - |
|      |             |          |             |       |       |       | $      - |
|      |             |          |             |       |       |       | $      - |
|      |             |          |             |       |       |       | $      - |
|      |             |          |             |       |       |       | $      - |
|      |             |          |             |       |       |       | $      - |
|      |             |          |             |       |       |       | $      - |
|      |             |          |             |       |       |       | $      - |
|      |             |          |             |       |       |       | $      - |
| TOTAL |            | $        | $           | $     | $     | $     | $      - |

Signature:_____     Date:_____

Approved by:_____     Date:_____

**(1) SUBMIT RECEIPTS FOR THE AMOUNTS TO BE REIMBURSED.**

**APPENDIX C: Expense Report Approval Authority**

| Expense Incurred By: | Expense Approved By: |
|---|---|
| Board Member | Chairman or Authorized Representative |
| Board Personnel | Executive Director or Authorized Representative |
| Board Advisors | Executive Director or Authorized Representative |
| Executive Director | Chairman or Authorized Representative |
| Chairman | Executive Director or Authorized Representative |

[*Signature Page Follows*]

I certify by my signature below that I have received and reviewed, and am authorized on Contractor's behalf to agree that Contractor shall abide by this Expense Reimbursement Policy:

Contractor Name: __McKinsey & Company Puerto Rico Consulting, Inc.__

_____            __June 30, 2021__
Signature of Contractor Authorized Representative        Date

Thomas Dohrmann, President, McKinsey & Company Puerto Rico Consulting, Inc.
Printed Name and Title of Contractor Authorized Representative

# EXHIBIT C

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

      Debtors.[1]

-----------------------------------------------------------x

PROMESA

Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### THIRTY-SECOND MONTHLY FEE STATEMENT OF MCKINSEY & COMPANY PUERTO RICO CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTORS, THE COMMONWEALTH OF PUERTO RICO
### FOR THE PERIOD FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022

| | |
|---|---|
| Name of Professional: | McKinsey & Company Puerto Rico Consulting, Inc. ("McKinsey Puerto Rico") |
| Authorized to Provide Services to: | The Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtors Pursuant to PROMESA Section 315(b) |
| Period for which compensation and reimbursement is sought: | February 1, 2022 – February 28, 2022 |
| Amount of compensation sought as actual, reasonable and necessary: | **$1,040,000.00** |
| Amount of expense reimbursement sought as actual, reasonable and necessary[2]: | **$0.00** |
| Type of Fee Statement: | Thirty-second Monthly Fee Statement: Commonwealth Title III Support[3] |

---

1 The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2 McKinsey Puerto Rico provides services on a fixed fee basis, and as such, seeks no reimbursement of expenses.

3 Notice of this Thirty-second Monthly Fee Statement (as defined herein) has been served in accordance with the Interim Compensation Procedures (as defined herein) and objections to payment of the amounts described in this Thirty-second Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Procedures.

1.  Pursuant to the *Interim Compensation Procedures*, first entered by the Court on November 8, 2017 [*First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* Docket Number 1715] and amended on June 6, 2018 [*Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* Docket Number 3269] (the "Interim Compensation Procedures"), the applicable provisions of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules"), McKinsey & Company Puerto Rico Consulting, Inc. ("McKinsey Puerto Rico"), strategic consultants to The Financial Oversight And Management Board For Puerto Rico (the "Debtors" or the "Board"), hereby serves this Thirty-second Monthly Fee Statement for the allowance of compensation for reasonable and necessary strategic consulting services and support that McKinsey Puerto Rico provided during the month of February 2022 (the "Fee Period") pursuant to the "Commonwealth Title III Support" Scope of Work ("Commonwealth Title III Scope of Work") of the consulting agreement entered into between McKinsey Puerto Rico and the Board in support of the Title III proceedings (with an effective date of July 1, 2021) ( the "Consulting Agreement") and attached hereto as <u>Exhibit A</u>. Pursuant to the Interim Compensation Procedures, a Certification of Thomas Dohrmann, President of McKinsey Puerto Rico, regarding compliance with the statutory and legal authority cited above is attached hereto as <u>Exhibit B</u>, and a Certification of David Skeel, FOMB Chairman, authorizing the submission of this Thirty-second Monthly Fee Statement, is attached as <u>Exhibit C</u>.

2.  By this Thirty-second Monthly Fee Statement: Commonwealth Title III Support, McKinsey Puerto Rico seeks allowance of compensation for services rendered under the Consulting

Agreement during the Fee Period in the amount of $936,000.00 (which equals 90% of the compensation sought herein, in accordance with Section 2.c of the Interim Compensation Order).

### Summary of Services Rendered During the Fee Period

3.   During the Fee Period, McKinsey Puerto Rico provided a focused range of professional services as requested by the Board and reflected in the Commonwealth Title III Scope of Work.[4]

4.   Included at Exhibit D is a detailed description of McKinsey Puerto Rico's scope of services, deliverables and team member activities, pursuant to the Commonwealth Title III Scope of Work during the Fee Period. Exhibit D also specifically identifies the McKinsey Puerto Rico team members who performed services during the Fee Period.

5.   Included at Exhibit E is a copy of McKinsey Puerto Rico's monthly invoice for fees incurred during the Fee Period pursuant to the Commonwealth Title III Scope of Work. As reflected in Exhibit E, McKinsey Puerto Rico incurred $1,040,000.00 in fees during the Fee Period, and now seeks reimbursement for 90% of such fees ($936,000.00).

6.   McKinsey Puerto Rico's fees – as agreed-upon in the Consulting Agreement and reflected in the invoice – are commensurate with the services performed.

7.   The efforts expended by McKinsey Puerto Rico during the Fee Period have been commensurate with the size and complexity of these cases. In rendering these services, McKinsey Puerto Rico has made every effort to maximize the benefit to the Debtors, to work

---

[4] McKinsey Puerto Rico is simultaneously serving separate monthly fee statements for services rendered pursuant to the other two (2) Scopes of Work under the Consulting Agreement.

3

efficiently with the other professionals employed in these cases, and to leverage staff appropriately in order to minimize duplication of effort.

8. McKinsey Puerto Rico respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Board in these cases to date are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at the time at which such services were rendered; and (c) the value of such services.

### **Representations**

9. While every effort has been made to include all fees incurred by McKinsey Puerto Rico during the Fee Period, some fees may not be included in this Thirty-second Monthly Fee Statement: Commonwealth Title III Support due to certain unavoidable delays caused by accounting and processing during the Fee Period. McKinsey Puerto Rico reserves the right to make further application(s) for allowance of such fees not included herein. Subsequent fee statements and applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Interim Compensation Procedures.

### **Notice**

10. Notice of this Thirty-second Monthly Fee Statement: Commonwealth Title III Support has been or will be provided by overnight delivery or e-mail to:

    i.    attorneys for the Oversight Board, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, Attn: Martin J. Bienenstock, Esq. (mbienenstock@proskauer.com) and Ehud Barak, Esq. (ebarak@proskauer.com), and Proskauer Rose LLP, 70 West Madison Street, Chicago, IL 60602, Attn: Paul V. Possinger, Esq. (ppossinger@proskauer.com);

    ii.    attorneys for the Oversight Board, O'Neill & Borges LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918, Attn: Hermann D. Bauer, Esq. (hermann.bauer@oneillborges.com);

4

iii. attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), Suzzanne Uhland, Esq. (suhland@omm.com), and Diana M. Perez, Esq. (dperez@omm.com);

iv. attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, Marini Pietrantoni Muñiz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave, San Juan, PR 00917, Attn: Luis C. Marini-Biaggi, Esq. (lmarini@mpmlawpr.com) and Carolina Velaz-Rivero Esq. (cvelaz@mpmlawpr.com);

v. the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (In re: Commonwealth of Puerto Rico), Attn: Monsita Lecaroz (monsita.lecaroz@usdoj.gov);

vi. attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc. A Despins, Esq. (lucdespins@paulhastings.com);

vii. attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com);

viii. attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq. (rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com), and Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner.com) and Melissa Root, Esq. (mroot@jenner.com);

ix. attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar-Zequeira, Esq. (ajb@bennazar.org);

x. the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez, Acting Deputy Secretary of the Treasury (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Secretary of the Treasury (francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda.pr.gov);

5

xi.    attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce
de León Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn:
Eyck O. Lugo (elugo@edgelegalpr.com); and

xii.   attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main
Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler
(KStadler@gklaw.com).

WHEREFORE, McKinsey Puerto Rico respectfully requests payment by the Debtors of

$936,000.00 representing 90% of its fees incurred during the Fee Period and requested herein.

Dated:        June 30, 2022
McKinsey & Company Puerto Rico Consulting, Inc.
Washington DC

_s/ Thomas Dohrmann_____
Thomas Dohrmann
President
McKinsey & Company Puerto Rico Consulting, Inc.
1200 19th St NW #1000
Washington, DC 20036
Telephone: (202) 662-3100
Email: Thomas_Dohrmann@McKinsey.com

*Strategic Consultant to the Debtors*

6

# **EXHIBIT A**

## *Consulting Agreement*



## INDEPENDENT CONTRACTOR SERVICES AGREEMENT
### McKinsey & Company Puerto Rico Consulting, Inc.

### Title III Support

### EFFECTIVE DATE: July 1, 2021

THIS INDEPENDENT CONTRACTOR SERVICES AGREEMENT (the "**Agreement**") is made by and between THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO (the "**Board**") created by the Puerto Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. chapter 20 ("**PROMESA**"), and McKinsey & Company Puerto Rico Consulting, Inc. (the "**Contractor**"). The Board and Contractor hereby agree as follows:

**1.     Engagement of Services.** The Board may offer Project Assignments to Contractor in the form attached to this Agreement as *Exhibit A* ("*Project Assignment*"). Subject to the terms of this Agreement, Contractor will render the services set forth in Project Assignment(s) accepted by Contractor by the completion dates set forth therein.

**2.     Compensation.** The Board will pay or will authorize payment to Contractor the fees set forth in each Project Assignment for services rendered pursuant to this Agreement. Contractor is responsible for all reasonable expenses incurred in the performance of services under this Agreement. Contractor will be reimbursed only for expenses which are expressly provided for in a Project Assignment or which have been approved in advance in writing by the Board. Contractor must furnish all documentation for authorized expenses the Board reasonably requests. Payment of Contractor's fees and expenses will be in accordance with terms and conditions set forth in the applicable Project Assignment. Upon termination of this Agreement for any reason, Contractor will be paid fees on the basis stated in the Project Assignment(s) for work which has been completed.

**3.     Independent Contractor Relationship.**

**3.1     **Contractor's relationship with the Board is that of an independent contractor, and nothing in this Agreement is intended to, or should be construed to create a partnership, agency, joint venture or employment relationship. Contractor is not authorized to make any representation, contract or commitment on behalf of the Board unless specifically requested or authorized in writing to do so by the Board.

**3.2     **Contractor shall be responsible for exercising independent discretion and judgment to achieve the results specified in this Agreement and in any Project Assignments, and no member, officer, agent or employee of the Board shall have the authority to direct Contractor as to the manner or means employed to achieve such results.

**3.3**     Contractor shall be responsible for providing all tools and equipment necessary to perform services under this Agreement and any Project Assignments. Contractor shall bear all expenses associated with the provision of services under this Agreement and in any Project Assignments, except as otherwise agreed to pursuant to Section 2 of this Agreement.

**3.4**     Contractor will not be entitled to any of the benefits that the Board may make available to its employees, including, but not limited to, group health or life insurance, or retirement benefits.

**3.5**     Contractor is solely responsible for, and will file, on a timely basis, all tax returns and payments required to be filed with, or made to, any applicable tax authority with respect to the performance of services and receipt of fees under this Agreement.

**3.6**     Contractor's compensation may be subject to withholding by the Board for the payment of any applicable income taxes. In no event will the Contractor be entitled to a gross up from the Board to cover any taxes or withholdings to which the Contractor may be subject. The Board will furnish Contractor with evidence of any tax withheld by the Board.

**3.7**     Any employees or agents of Contractor shall be the sole responsibility of Contractor, and shall not be employees or agents of, or paid by, the Board. Neither the Contractor nor its employees or agents are entitled to invoke against the Board any of the laws or protections that may apply to employees of the United States government or the Commonwealth of Puerto Rico. Contractor shall have full liability for the acts of its employees and agents. Contractor shall bear all expenses associated with the employment of such individuals, and assume sole responsibility for compliance with applicable laws, rules, regulations and orders regarding Contractor's employees.

**3.8**     Contractor is responsible for properly and thoroughly completing the Contractor Certification Requirements set forth in ***Appendix C*** hereto and for following the Board Expense Reimbursement Policy, guidelines and reporting requirements set forth in ***Appendix D*** hereto, as such Appendixes and forms may from time to time be amended.

**4.**     **Nondisclosure.**

**4.1**     **Recognition of Board's Rights; Nondisclosure.** Contractor understands and acknowledges that the Board has a protectable interest in its Confidential Information (defined below). At all times during the term of this Agreement and thereafter, Contractor will hold in strictest confidence and will not disclose, use, lecture upon or publish any of the Board's Confidential Information, except as such disclosure, use or publication (i) may be required in connection with Contractor's services for the Board or (ii) may be required by law, regulation, or legal process provided that Contractor provides reasonable advance notice to the Board, or unless the Board expressly authorizes such in writing. Contractor will obtain the Board's written approval before publishing or submitting for publication any material (written, verbal, or otherwise) that relates to Contractor's services for the Board and/or incorporates any Confidential Information. Contractor hereby assigns to the Board any rights Contractor may have or acquire in such Confidential Information and recognizes that all Confidential Information

2

shall be the sole property of the Board and its assigns. Contractor will take all reasonable precautions to prevent the inadvertent or accidental disclosure of Confidential Information.

**4.2** **Confidential Information.** The term "**Confidential Information**" shall mean any and all confidential and/or proprietary knowledge, data or information of or used by the Board, whether having existed, now existing, or to be developed during the term of this Agreement. By way of illustration but not limitation, "**Confidential Information**" includes (a) trade secrets, inventions, mask works, ideas, processes, formulas, source and object codes, data, programs, other works of authorship, know-how, improvements, discoveries, developments, designs and techniques and any other proprietary technology and all Proprietary Rights therein (hereinafter collectively referred to as "**Inventions**"); (b) information regarding research, analysis, development, business plans, budgets and unpublished financial statements, licenses, prices and costs, margins, credit terms, forecasts, future plans and potential strategies, financial projections and business strategies, operational plans, financing and capital-raising plans, activities and agreements, internal services and operational manuals, methods of conducting Board business, suppliers and supplier information, and purchasing; (c) information regarding any of the Board's contractors, or representatives and their services, including names, representatives, proposals, bids, contracts and their contents and parties, the type and quantity of products and services received by the Board, and other non-public information relating to Board contractors, or representatives; and (d) information regarding personnel, employee lists, compensation, and employee skills. Notwithstanding the foregoing, it is understood that, at all such times, Contractor is free to use information which is generally known publicly or in the trade or industry through no breach of this Agreement or other act or omission by Contractor.

**4.3** **Third Party Information.** Contractor understands, in addition, that the Board has received and in the future, will receive from third parties, including the Commonwealth of Puerto Rico, confidential and/or proprietary knowledge, data, or information ("**Third Party Information**") subject to a duty on the Board's part to maintain the confidentiality of such information and to use it only for certain limited purposes. During the term of this Agreement and thereafter, Contractor will hold any Third Party Information disclosed by the Board or obtained in connection with its work in the strictest confidence and will not disclose to anyone (other than Board members and personnel who need to know such information in connection with their work for the Board) or use, except in connection with Contractor's services for the Board, Third Party Information unless expressly authorized by the Executive Director or a member of the Board in writing. Contractor shall comply with all applicable laws, rules, and regulations concerning confidentiality.

**4.4** **Term of Nondisclosure Restrictions.** Contractor understands that Confidential Information and Third-Party Information is never to be used or disclosed by Contractor, as provided in this Section 4. If, however, a court decides that this Section 4 or any of its provisions is unenforceable for lack of reasonable temporal limitation and the Agreement or its restriction(s) cannot otherwise be enforced, Contractor and the Board agree that the two (2) year period after the termination of this Agreement shall be the temporal limitation relevant to the contested restriction, provided, however, that this sentence shall not apply to trade secrets protected without temporal limitation under applicable law.

3

**4.5     No Improper Use of Information.** During the term of this Agreement, Contractor will not improperly use or disclose any Confidential Information of any person or entity to whom Contractor has an obligation of confidentiality, and Contractor will not bring onto the premises of the Board any documents or any property belonging to any person or entity to whom Contractor has an obligation of confidentiality unless consented to in writing by that person or entity. During Contractor's engagement as an independent contractor performing services for the Board, Contractor may also have access to "Inside" or non-public information about one or more companies associated with the Board's work. Use of "Inside," Confidential Information or Third-Party Information in making any investment is absolutely prohibited, and Contractor represents and warrants that Contractor will comply with all applicable securities laws and regulations.

**4.6     Disclosure of Contractor Materials; Publicity.** The Board understands and acknowledges that Contractor's work for the Board is confidential and for the Board's internal use only; provided, however, that the Board may disclose such work to the extent such disclosure is necessary or desirable to carry out the Board's statutory duties or in response to a legal proceeding. Except as provided in the preceding sentence, the Board agrees that it will not disclose Contractor's name in relation to any disclosure of work hereunder without Contractor's consent. Contractor will not disclose the Deliverables to any third parties without the Board's prior written permission or as may be required by law, regulation, or legal process. Contractor further agrees not to use the Board's name in any communication with any third party without the Board's prior written permission, including in press releases or other public announcements. If the Board receives a public records request for Deliverables or other documents containing Contractor information, the Board will allow Contractor the ability to review the documents prior to disclosure to advise if the documents contain information subject to any exception or exemption to the relevant public records laws.

**5.     Records.** To the extent that Contractor is required to develop, review and/or analyze Confidential Information or Third-Party Information, Contractor further shall store and maintain all Confidential Information in a secure place. Such material shall at all times remain the exclusive property of the Board and/or the applicable third party, unless otherwise agreed to in writing by a Board member or the Board's Executive Director.

**6.     Return of Board Property.** On the earlier of termination of this Agreement or a request by the Board's Executive Director, Contractor shall return to the Board all the Board property which Contractor obtained from the Board or created in the course of any Project Assignment (except that Contractor may keep one copy of all such materials it has prepared), including any Confidential Information and Third-Party Information. Contractor acknowledges that all such property shall at all times remain the exclusive property of the Board, unless otherwise agreed to in writing by a Board member or the Board's Executive Director.

4

7.      **No Conflict of Interest.**

       7.1      **Upon Signing of Agreement and Semi-Annually Thereafter.** At the execution of this Agreement, Contractor, on behalf of itself, its Material Affiliates[1] and its direct and indirect subsidiaries shall make the Contractor Conflict of Interest Certifications set forth in Appendix B hereto[2] and shall thereafter make similar Contractor Conflict of Interest Certifications periodically as of every July 1st and January 1st of each year of service under this Agreement and any related Project Assignments. In the event Contractor or any of its affiliates publicly files a Securities and Exchange Form ADV or Department of Labor Form 5500, Contractor shall share such filings with the Board on or around the time of each such filing. Finally, it is of paramount importance to the Board that Contractor and its affiliates other than MIO Partners Inc. ("MIO")[3] disclose to the Board any of their direct or indirect investments in Puerto Rico public debt instruments of any kind including such instruments issued by any Interested Party[4] that is a Puerto Rico governmental instrumentality. While such investments may not always constitute a potential or actual conflict of interest, the Board requires such disclosure to ascertain whether or not such an investment by the Contractor or its affiliates (other than MIO) could represent a conflict of interest and/or require other action or remediation.

       In addition to such disclosures, Contractor shall also make disclosures regarding any information barrier relating to MIO, that establish, to the satisfaction of the Board, that the employees of Contractor and its affiliates other than MIO do not have knowledge of,[5] or control over, the investment activity of MIO. Upon the execution of this Agreement, Contractor will identify and provide to the Board a list of all of MIO's direct connections to any Interested Party in the PROMESA proceedings based upon a search of (i) the names of MIO's third-party managers; (ii) the names of third-party funds in which MIO-controlled vehicles have made investments; (iii) securities or other instrument-level investments made at the discretion of MIO; (iv) financial counterparties of MIO or MIO-controlled vehicles; and (v) the names of service

---

[1]    For purposes of this Agreement, Material Affiliates shall constitute any affiliate of McKinsey that has lent a consultant to the Contractor's Service Team. The Contractor's Service Team is comprised of the consultants that directly provide the services for which the Board has retained Contractor. The search performed by Contractor in order to prepare the Contractor Conflict of Interest Certifications and related disclosures involves a search of (i) each client engagement where time was charged by a consulting professional belonging to Contractor or a Material Affiliate, (ii) each client engagement opened for which the project office (i.e., the project GOC code) is a part of Contractor or a Material Affiliate, and (iii) ordinary course vendor and banking relationships of Contractor or a Material Affiliate, in each case, for any matches with any Interested Party as defined below.

[2]    The Certifications shall contain disclosures typically made by McKinsey pursuant to the Baker Protocol and additional information requested by the Board under this Agreement.

[3]    Disclosures relating to MIO shall be as indicated in the paragraph below.

[4]    Interested Party is defined as any entity appearing on the most updated version of Schedule A to this Agreement, as provided by the Board to Contractor.

[5]    Beyond publicly available information and the other types of information identified in the Final Investigative Report of the Special Counsel to the Financial Oversight and Management Board for Puerto Rico, *In re The Fin. Oversight & Mgmt. Board for Puerto Rico*, No. 17-03283 (LTS) (D.P.R. Feb. 18, 2019), Dkt. 5154.

providers/vendors to MIO. It is acknowledged that this search will not identify (i) security or instrument- level investments made by third-party managed funds in which MIO-controlled vehicles have made investments and over which MIO has no investment discretion; or (ii) security or instrument-level investments made by third-party managers retained by MIO to exercise sole investment discretion over a separately managed account inside of an MIO-controlled vehicle. For the purposes of this Agreement, the Board shall assume that such security or instrument-level holdings exist. In addition, in the event Contractor or any of its affiliates publicly files a Securities and Exchange Form ADV or Department of Labor Form 5500, Contractor shall identify for the Board, at or around the time of each such filing, any Interested Party identified in those filings, if such connection has not already been disclosed in connection with McKinsey's Contractor Conflict of Interest Certifications. Further, as of the effective date of the Agreement, Contractor represents that neither MIO nor any MIO-controlled vehicle holds an interest in Puerto Rico debt instruments of any kind that were obtained directly by MIO through the exercise of its own investment discretion, and that MIO currently maintains a policy (and will maintain a policy during the term of this Agreement) that prohibits MIO from exercising its investment discretion to obtain a direct interest in municipal debt instruments, which includes Puerto Rico debt instruments. Contractor further represents that, as of the effective date of the Agreement, MIO does not pursue as an investment strategy for any MIO-controlled vehicle making investments with third-party managers or third-party funds for the purpose of obtaining or increasing exposure specifically to Puerto Rico debt instruments. For the avoidance of doubt, MIO retains full discretion to make any investment it deems to be in the best interest of the funds and plans that it manages, subject to the foregoing policy.

        **7.2**    **During the Term of this Agreement.** During the term of this Agreement, Contractor shall not (and shall cause its Material Affiliates and its direct and indirect subsidiaries not to) accept work from, enter into a contract with, or accept an obligation from any existing or future potential clients that may hold material claims or are otherwise participating in proceedings under PROMESA involving the Commonwealth of Puerto Rico or any of its covered instrumentalities, where such contract or obligation would be inconsistent or incompatible with Contractor's obligations or the scope of services rendered for the Board under this Agreement or any Project Assignment, and in no event shall Contractor's Service Team provide services for any such existing or future potential clients. Upon receipt of Contractor's periodic Contractor Conflict of Interest Certifications, the Board may request, and Contractor shall provide, information reasonably necessary to determine whether Contractor has any relationship that would be inconsistent or incompatible with Contractor's obligations or the scope of services rendered for the Board. Contractor shall not (and shall cause each of its Material Affiliates and its direct and indirect subsidiaries not to) take actions during the term of this Agreement or any Project Assignment that would constitute or could create the appearance of a conflict of interest with the Board's mission or the work performed by the Contractor for the Board. Contractor, on behalf of itself and its Material Affiliates and its direct and indirect subsidiaries, represents that Contractor's performance of all the terms of this Agreement and any accepted Project Assignment does not and will not breach any agreement or obligation of any kind made prior to the execution of this Agreement, including any noncompete agreement or any agreement to keep in confidence information acquired by Contractor in confidence or in trust. Contractor, on behalf of itself and its Material Affiliates and its direct and indirect subsidiaries, represents that none of them have entered into, and shall not enter into, any agreement either written or oral in conflict herewith. During the term of this Agreement and all related Project

Assignments, Contractor shall inform the Board, in a proactive manner and as soon as Contractor becomes aware of it, of any new or ongoing actual or potential conflict of interest or any appearance thereof that Contractor (or any of its Material Affiliates and its direct and indirect subsidiaries) encounters in the ordinary course of its work.

      **7.3**    **Indemnification.** Contractor shall indemnify the Board from any and all loss or liability incurred by reason of the alleged breach by Contractor of any services agreement with any third party. Contractor, after the termination of this Agreement, shall not provide services on the matters on which Contractor was engaged to others having interests adverse to the Board's interests as described in 7.2 above.

      **7.4**    **Other.** From time to time, the Board may request that the Contractor explain in detail what its conflict of interest policy and conflict mitigation procedures are and it shall be the responsibility of Contractor to explain in appropriate and relevant detail to the Board why something that may appear to be a conflict of interest is not an actual or potential conflict of interest or appearance of a conflict of interest. The Board will be the final arbiter of whether a particular set of facts presents a Contractor conflict of interest. Simultaneously with the certifications it makes under Sections 7.1 and 7.2 hereunder, Contractor shall furnish the Board with a list of its Material Affiliates with a brief description of each affiliation.

    **8.**    **Compliance with Laws, Regulations, and Contractor Code of Conduct.** While providing services for the Board, Contractor shall comply with all applicable laws, rules and regulations, as well as all applicable Board policies and rules, including without limitation the Board's Contractor Code of Conduct and its disclosure certification. A copy of the Contractor Code of Conduct and its Contractor Code of Conduct Disclosure Certification is attached as *Appendix A* hereto.

    **9.**    **Term and Termination.**

      **9.1**    **Term.** Unless earlier terminated as provided in this Agreement or by mutual written agreement of the parties, this Agreement shall expire on June 30, 2022. The parties may renew the Agreement for an additional time period by mutual, written agreement prior to the expiration of the term.

      **9.2**    **Termination by Board.** The Board may terminate this Agreement or any Project Assignment upon the earlier of (i) thirty (30) days written notice or (ii) Contractor's material breach of either Section 4 ("Nondisclosure") or section 1 0 ("Noninterference with Business") of this Agreement. Termination shall neither eliminate accrued amounts owing to Contractor nor any amounts owing to the Board due to Contractor's breach.

      **9.3**    **Termination by Contractor.** Contractor may terminate this Agreement or any Project Assignment upon thirty (30) days written notice in the event of a material breach by the Board of this Agreement or any Project Assignment.

      **9.4**    **Survival.** The rights and obligations contained in Sections 4 ("Non-Disclosure") of this Agreement and 10 ("Noninterference with Business") shall survive the termination or expiration of this Agreement regardless of the reason, and the assignment of this Agreement by the Board to any successor in interest or other assignee.

**10.     Noninterference with Business.** During this Agreement, and for a period of two (2) years immediately following its termination, Contractor shall not interfere with the business or activities of the Board in any manner. By way of example and not of limitation, no member of Contractor's Service Team shall:

**10.1**     solicit, induce, encourage, or participate in soliciting, inducing, or encouraging any employee of the Board to terminate his or her relationship with the Board;

**10.2**     hire, or employ, or attempt to hire or employ any person employed by the Board or who has left the employment of the Board within the preceding six (6) months or discuss any potential employment or business association with such person, even if Contractor does not initiate the discussion or seek out the contact;

**10.3**     solicit, induce or attempt to induce any consultant or independent contractor with whom Contractor had direct or indirect contact or whose identity Contractor learned as a result of Contractor's engagement with the Board, to terminate, diminish, or materially alter in a manner harmful to the Board its relationship with the Board; or

**10.4**     for two years after the termination of this Agreement, represent or provide assistance pertaining directly to matters on which Contractor was engaged hereunder to any other entity or person having interests adverse to the Board's interests.

**11.     Successors and Assigns.** Contractor may not subcontract or otherwise delegate its obligations under this Agreement without the prior written consent of the Executive Director of the Board. Subject to the foregoing, this Agreement will be for the benefit of the Board's successors and assigns and will be binding on Contractor's assignees. Notwithstanding the foregoing, nothing in this Agreement shall prevent Contractor from utilizing Contractor's employees to perform services under the Agreement or any Project Assignment.

**12.     Indemnification.** Contractor shall indemnify and hold harmless the Board and its members, officers, directors and employees from (a) all taxes, penalties and interest the Board may be required to pay as a result of Contractor or any of Contractor's personnel being deemed an employee of the Board; (b) any other tax liability or payments related to or resulting from this Agreement or the services rendered by Contractor for the Board; (c) any claims, losses, actions (including attorney's fees) or liability resulting from or related to any negligent action taken or omitted by Contractor or any of its personnel. In no event will either party be liable to each other for any consequential, indirect, exemplary, special or incidental damages arising from or relating to this Agreement. Each party's total cumulative liability to the other party in connection with this Agreement, whether in contract or tort or otherwise, will not exceed the aggregate amount of three [3] times fees and expenses owed by the Board to Contractor for services performed under this Agreement.

**13.     Non-Disparagement.** Contractor will not, during the term of the Agreement, and for two (2) years thereafter, disparage the Board, its members, officers, or employees. Contractor shall indemnify and hold the Board, its members, officers, directors, and shareholders harmless from and against any and all losses, claims, damages, or expenses, (including attorneys' and

8

experts' fees) arising from or growing out of any disparaging statement made by Contractor in violation of this Section 13.

14.  **Reasonableness of Restrictions.**

14.1   Contractor has read this entire Agreement and understands it. Contractor acknowledges the restrictions contained in this Agreement are reasonable, proper, and necessitated by the Board's legitimate business interests.

14.2   In the event that a court finds this Agreement, or any of its restrictions, to be ambiguous, unenforceable, or invalid, Contractor and the Board agree that this Agreement will be automatically modified to provide the Board with the maximum protection of its business interests allowed by law and Contractor shall be bound by this Agreement as modified.

15.  **Legal and Equitable Remedies.**

15.1   Contractor acknowledges it may be impossible to assess the damages caused by Contractor's violation of Sections 4 ("Non-Disclosure") and 10 ("Noninterference with Business") of this Agreement. Any threatened or actual violation of such Sections of this Agreement will constitute immediate and irreparable injury to the Board and the Board shall have the right to enforce those Sections of this Agreement by injunction, specific performance or other equitable relief, without bond and without prejudice to any other rights and remedies that the Board may have for a breach or threatened breach of those Sections or any other Section of this Agreement.

15.2   If the Board is successful in whole or in part in any legal or equitable action against Contractor under this Agreement, the Board shall be entitled to payment of all costs, including reasonable attorneys' fees, from Contractor.

15.3   In the event the Board enforces this Agreement through a court order, the restrictions of Section 10 shall remain in effect for a period of twelve (12) months from the effective date of the Order enforcing the Agreement.

16.  **Notices.** Any notices required or permitted hereunder shall be given to the Board at its primary office location, at Contractor's address as listed below, or at such other address as the party shall specify in writing. Such notice shall be deemed given upon personal delivery to the appropriate address or three (3) days after the date of mailing if sent by certified or registered mail.

17.  **Governing Law; Consent to Personal Jurisdiction; Waiver of Jury Trial.** This Agreement shall be governed by the laws of the Commonwealth of Puerto Rico independent of its choice of law principles. This Agreement is not a United States government contract or contract of the Commonwealth of Puerto Rico. Consequently, United States and Commonwealth contracting and contract protest laws do not apply to this Agreement. Any action against the Board shall be brought in accordance with PROMESA § 106. Contractor hereby expressly consents to the personal jurisdiction and venue of the federal court in Puerto Rico. The Board and Contractor each waive all rights to jury trial under Commonwealth of Puerto Rico law and federal law.

**18.    Severability.** In case any one or more of the provisions, subsections, or sentences contained in this Agreement shall, for any reason, be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect the other provisions of this Agreement, and this Agreement shall be construed as if such invalid, illegal or unenforceable provision had never been contained herein. Moreover, if any one or more of the provisions contained in this Agreement shall for any reason be held to be excessively broad as to duration, geographical scope, activity or subject, it shall be construed by limiting and reducing it, so as to be enforceable to the extent compatible with the applicable law as it shall then appear.

**19.    Waiver.** No waiver by the Board of any breach of this Agreement shall be a waiver of any preceding or succeeding breach. No waiver by the Board of any right under this Agreement shall be construed as a waiver of any other right. The Board shall not be required to give notice to enforce strict adherence to all terms of this Agreement. Nothing herein waives any exemption from liability or other rights of the Board under PROMESA.

**20.    Entire Agreement.** This Agreement is the final, complete and exclusive agreement of the parties with respect to the subject matter hereof and supersedes and merges all prior discussions between the parties. No modification of or amendment to this Agreement, nor any waiver of any rights under this Agreement, will be effective unless in writing and signed by the party to be charged.

[*Signature Page Follows*]

**In Witness Whereof,** the parties have executed this Agreement as of the date first written above.

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

By: _____

Name: Natalie A. Jaresko

Title: Executive Director

MCKINSEY & COMPANY PUERTO RICO
CONSULTING INC

By: _____

Name: Thomas Dohrmann

Title: President

Address:  1200 19th St., NW, Suite 1100
Washington, DC 20036

11

**ATTACHMENT 1**
**Amended Project Assignment for**
**Commonwealth Title III Support**

**Context:**

McKinsey's support continues to evolve as the Oversight Board staff has grown.  Over the last several years, the support model has increasingly focused on capability building for and knowledge transfer to Board staff, while still providing the Board with expert-based support on more complex issues across a wide range of topics related to the Commonwealth as well as its instrumentalities.  The scope below furthers and accelerates this important transition for the long-term sustainability of the Oversight Board.

**Services:**

In regards to support for the Commonwealth Title III proceedings, from **July 2021 through June 2022** the scope of work shall be amended and replaced as follows:

**Activities:**

*Provide support on fiscal plan modeling and integration to enable continuity on underlying logic and assumptions*
- Provide support to Board staff on further development, refinement or updates to fiscal plan and/or models
- Provide factual inputs and advice to the responsible Board staff members as they assemble materials for Board consideration on matters related to the Commonwealth Fiscal Plan
- Review and provide feedback to the Oversight Board, and other advisors on matters related to Plan(s) of Adjustment, Disclosure Statements, and other submissions related to the Title III proceedings
- Support Board staff in their coordination with government advisors and government representatives on development, review and Oversight Board certification of any revised/new fiscal plan(s) and/or supporting materials
- Provide analyses on the evolving fiscal landscape post COVID-19 recession, including impacts on government spending and revenues, federal and local economic support programs, and impacts on natural disaster-related recovery spending

*Simplify fiscal plan processes and continue to build FOMB staff capabilities to further the goal of FOMB leading fiscal plan processes*
- Building upon progress achieved in building FOMB staff capabilities in FY2021, work with Oversight Board executive leadership to identify remaining gaps and develop plan to address
- Develop and deliver agreed upon training and capability building to further enable FOMB staff development and management of core fiscal plan processes
- Work with Oversight Board staff and co-advisors to identify options to streamline fiscal plan maintenance processes and associated financial models, and implement selected option(s)

*Provide targeted expertise in key Fiscal Plan domains*
- Provide analyses and expert support to Oversight Board executive leadership on federal and local government health care revenues and expenditures, including analyses of government data on enrollment and actual expenditures, as well as long-term trends (in coordination with the Board's actuarial advisor)
- Provide support and guidance to Oversight Board staff related to agency-specific reforms, fiscal plan measures and associated implementation milestones
- Review liquidity analyses provided by the Government, and provide feedback for Board staff

consideration, in coordination with other Oversight Board advisors
- Support FOMB full-time associates across fiscal plan topics where there is a need for onboarding, consultation on complex fiscal plan analyses, or as a second set of eyes on materials that FOMB associates develop in their day-to-day work

*Support restructuring and Plan of Adjustment process*
- Prepare content for and participate in cross advisor meetings
- Support FOMB stakeholder interactions in furtherance of Plan of Adjustment
- Prepare content and analyses and work alongside Oversight Board, government and stakeholders advisors with regards to development of plan(s) of adjustment, disclosure statements, and other submissions related to the Title III proceedings
- Lead preparation of "best interests" analyses in coordination with other Oversight Board advisors
- Prepare analyses, support Oversight Board counsel and lead coordination of information diligence related to potential litigation involving the certified Fiscal Plan and/or other CW Title III matters
- Provide expert testimony on the Fiscal Plan as well as analytical support for such expert testimony, as mutually agreed by the Parties

**Project management:**

At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**

McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| Months prior to Plan of Adjustment confirmation *(expected to include months from July 2021 - December 2021)* | $1,417,500 / month |
| Balance of Fiscal Year *(expected January 2022 – June 2022)* | $1,040,000 / month |

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each calendar month following the month during which the services were performed.

**ATTACHMENT 2**
**Project Assignment for Title III**
**Support for PREPA**

**Context:**

McKinsey's support continues to evolve as the Oversight Board staff has grown.  Over the last several years, the support model has increasingly focused on capability building for and knowledge transfer to Board staff, while still providing the Board with expert-based support on more complex issues across a wide range of topics related to PREPA.  The scope below furthers and accelerates this important transition for the long-term sustainability of the Oversight Board.

**Services:**

In regards to support for the PREPA Title III proceedings, from **July 2021 to June 2022** the scope of work shall be as follows:

**Activities:**

*Provide support on fiscal plan modeling and integration to enable continuity on underlying logic and assumptions*

- Support Board staff with context, facts, data, and analyses to support development of any revised/new fiscal plans for PREPA
- Provide context and factual support for the translation of the Fiscal Plan into the FY2023 budget for PREPA
- Review and provide feedback on submissions related to the Title III proceedings as related to the Fiscal Plan

*Simplify fiscal plan processes and continue to enable FOMB staff with the goal of FOMB leading fiscal plan process in Spring 2021 with lower reliance on McKinsey support*

- Working with Oversight Board executive leadership, refine approach to enabling Board staff to fully manage the Fiscal Plan update and maintenance process, including milestones and capabilities required
- Refine training materials and conduct capability building activities to enable this approach over the first half of Fiscal Year 2022
- Work with Oversight Board staff and co-advisors to identify options to streamline fiscal plan maintenance processes and associated financial models, and implement selected option(s)

*Provide targeted expertise in key Fiscal Plan domains*

- Develop affordability study (in coordination with technical advisors)
- Provide Board leadership and staff expert advice on topics critical to the PREPA Fiscal Plan, including generation planning, energy efficiency, distributed generation, capex delivery, operational improvement and financial projections

*Support restructuring and Plan of Adjustment process*

- Prepare content for and participate in cross advisor meetings
- Support FOMB stakeholder interactions in furtherance of any potential Plan of Adjustment
- Prepare content and analyses and work alongside Oversight Board, government and stakeholder advisors with regards to development of any potential Plan(s) of Adjustment, Disclosure Statements, and other submissions related to the Title III proceedings
- Lead preparation of "best interests" analyses in coordination with other Oversight Board advisors
- Prepare analyses, support Oversight Board counsel and lead coordination of information diligence related to potential litigation involving the certified Fiscal Plan and/or other PREPA Title III matters
- Provide expert testimony on the Fiscal Plan as well as analytical support for such expert

testimony, as mutually agreed by the Parties

**Project management:**

At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**

McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| July 2021- December 2021 | $326,525 / month |
| January 2021 - June 2022 | $740,000 / month |

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each calendar month following the month during which the services were performed.

**ATTACHMENT 3**
**Project Assignment for Title III**
**Support for HTA**

**Services:**

In regards to support for the HTA Title III proceedings, from **July 2021 to June 2022** the scope of work shall be as follows:

**Activities:**

- Support Oversight Board staff as they lead the HTA working group for Title III, including expert advice, preparation of analyses, and help with templates and tools
- Support Board staff as they refine or update the transformation plan and/or models for HTA for Title III. Provide targeted expert support on topics that could include:
  - Optimizing capex program priorities and efficiency measures, including prioritization approach, benchmark performance, delivery efficiency and impact on system outcomes
  - Opportunities to increase revenues, focused on toll fares, fines, and additional revenue opportunities (e.g., ancillary revenue)
  - Enhanced performance of the transit system and its performance and fiscal outcomes
  - Action plans to implement all measures identified in the Fiscal Plans with additional measures to achieve Fiscal Plan targets
  - Governance and management plans to enable delivery of actions
  - Clear timelines for delivery of the plan
- Support Board staff with expertise and materials on rationalizing infrastructure delivery, including the fiscal plan implications of a re-organization of HTA to operate as a toll-credit facility, optimal organizational ownership for current HTA assets, concrete plans for reorganization and implementation plans
- Review and provide feedback on submissions related to the Title III proceedings, including Plan of Adjustment, financial disclosures, implementation plans as it relates to the Fiscal Plan
- Lead preparation of "best interests" analysis in coordination with other Oversight Board advisors
- Prepare analyses and advise Board staff on matters related to liquidity of HTA
- Support Oversight Board staff as they prepare for public facing engagement on topics related to HTA's Fiscal Plan

**Project management:**
At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**
McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| July 2021 - June 2022 | $310,000 / month |

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each

calendar month following the month during which the services were performed.

# APPENDIX A

## [CONTRACTOR CODE OF CONDUCT]

The Financial Oversight and Management Board for Puerto Rico (the "Board") is committed to ethical and lawful behavior, and to acting professionally and fairly in all of its business dealings and relationships. The Board seeks to maintain high ethical standards and to comply with all applicable laws and regulations. The Board expects its contractors, consultants, and representatives to embrace this commitment to ethical and lawful behavior by complying with and training its employees on the Board's Contractor Code of Conduct. The Board also expects its contractors to have their own codes of conduct that ensure ethical business conduct and practices.

I.      Compliance with the Contractor Code of Conduct

All contractors, consultants, and representatives and their employees, agents, and subcontractors (collectively referred to as "Contractors") must adhere to this Code of Conduct while conducting business with or on behalf of the Board. Contractors must promptly inform the Executive Director, the General Counsel, or a member of the Board when any situation develops that causes, or may cause, the Contractor to violate any provision of this Code of Conduct. Although Contractors are expected to self-monitor and demonstrate their compliance with this Code of Conduct, the Board may audit Contractors and/or inspect Contractors' facilities and records to confirm compliance.

The Board may require the immediate removal from any project or engagement of any contractor representative(s) or personnel who behave in a manner that is unlawful or inconsistent with this Code of Conduct or any Board policy. Compliance with this Code of Conduct, as well as attendance at any training on this Code of Conduct as may be offered by the Board, is required in addition to any other contractual obligations a contractor may have to the Board.

II.     Legal and Regulatory Compliance Practices

Contractors must conduct their business activities on behalf of the Board in full compliance with the letter and spirit of all applicable laws and regulations.

- Anti-Corruption. The Board takes a zero-tolerance approach to bribery and corruption, and it requires its Contractors to do the same. Contractors must not participate in bribes or kickbacks of any kind, whether in dealings with the Board, government and public officials, or individuals in the private sector. Contractors must also comply with all applicable anti-corruption and anti-money laundering laws, as well as laws governing gifts and payments to public officials, political campaign contribution and lobbying laws, and other related regulations. In particular, Contractors must not:

  o   Offer, promise, or allow anything of value (including travel, gifts, hospitality expenses, and charitable donations) to be given on behalf of the Board to influence a business or government decision, gain an improper

A-1

advantage, or otherwise improperly promote the interests of the Board in any respect;

- o Offer, promise, or allow anything of value to be given to a Board member or employee to influence a Board decision or otherwise gain an improper advantage; or

- o Ask for or accept anything of value which the Contractor knows or suspects is being offered to influence a Board decision or otherwise obtain an improper advantage in connection with the Contractor's work with or on behalf of the Board.

- Antitrust/Fair Business Practices. Contractors must conduct their business in full compliance with antitrust and fair competition laws that govern the jurisdictions in which they conduct business. Contractors must also uphold all standards of fair dealing and abide by all fair business practices, including truthful and accurate advertising.

- Trade. Contractors shall comply with all applicable trade controls, as well as any applicable export, re-export, and import laws and regulations. Contractors must not knowingly employ or do business with anyone reasonably suspected of being connected with criminal or terrorist activities or who is otherwise subject to applicable trade sanctions.

- Freedom from Unlawful Harassment and Discrimination. Contractors shall provide a workplace free from harassment and/or discrimination in hiring, compensation, access to training, promotion, termination, and/or retirement on the basis of race, color, creed, religion, sex, gender identity or expression, sexual orientation, pregnancy, status as a parent, age, marital status, national origin, ancestry, citizenship status, physical or mental disability or serious medical condition, protected genetic information, political beliefs, status as a veteran, or any other characteristic protected by law. Contractors shall further prohibit any form of reprisal or retaliation against any employee for reporting harassment or discrimination in good faith or for participating in good faith in a harassment or discrimination investigation.

- Wages, Benefits and Working Hours. Contractors must comply with local applicable laws regarding wages, overtime hours and mandated benefits. Contractors must also communicate with workers about compensation, including any overtime pay, in a timely and honest manner.

- Freely Chosen Employment. No Contractor shall use any form of indentured, slave, or forced labor, including involuntary prison labor. Contractors are also prohibited from supporting or engaging in any form of human trafficking of involuntary labor through threat, force, fraudulent claims, or other coercion.

- Child Labor. Contractors shall comply with all local and national minimum working age laws or regulations and not use child labor. All employees shall be age 18 and over unless: (i) a country's legal age for employment or age for completing compulsory education is under 18; and (ii) the work is non-hazardous.

III.   <u>Business Practices and Ethics</u>

Contractors must conduct their business interactions and activities with integrity.

- Honesty and Integrity. Contractors must at all times be honest, direct, and truthful in discussions with the Board, its staff and agents, regulatory agency representatives, and government officials.

- Business and Financial Records. The Board expects Contractors to timely, honestly, and accurately record and report all business information, including without limitation any invoices for payment, and comply with all applicable laws regarding their creation, completion, accuracy, retention, and disposal. All invoices must be (i) timely submitted, (ii) itemized, (iii) supported by appropriate documentation, and (iv) must comply with all other requirements as set out in the relevant contract(s).

- Conflicts of Interest. On behalf of itself and its affiliates and direct or indirect subsidiaries, Contractors shall scrupulously avoid any conflict, real or perceived, direct or indirect, between their own individual, professional, or business interests and the interests of the Board. Among other things, Contractors must not deal directly with any Board member or ex officio member or employee whose spouse, domestic partner, or other family member or relative is associated with and/or holds any ownership or other financial interest in the contractor. In the course of negotiating the contractor agreement or performing the contractor's obligations, dealing directly with a contractor personnel's spouse, domestic partner, or other family member or relative employed by the Board is also prohibited. Complying with this requirement includes, but is not limited to, each contractor's completion of the Contractor Conflict of Interest Disclosure Certification attached as Appendix B hereto.

- Gifts and Entertainment. Contractors should avoid any actions with Board members or ex officio members or employees during any contractor selection or re-selection process that could give others the impression of favoritism or other improper advantage. Furthermore, Contractors should not offer, and Board members, ex officio members, and employees must not accept, gifts or entertainment that might compromise, or appear to compromise, the Board member or employee's judgment or independence. Even a well-intentioned gift might constitute or be perceived to be a bribe under certain circumstances or create a conflict of interest or the appearance of a conflict of interest. Board employees are required to conduct all business and interactions with Contractors in strict compliance with the applicable provisions of the Board's business ethics and conflict of interest policies.

A-3

- Confidentiality, Privacy and Data Security. Contractors shall, at all times while they are engaged by the Board and thereafter, (i) hold all proprietary and confidential information of the Board in strictest confidence, (ii) not use or disclose for any purpose any proprietary and confidential information of the Board to any person, business or entity, except as specifically authorized in writing by the Board, and (iii) not disclose for any purpose any non-public information concerning their retention by the Board or their services for the Board, except as specifically authorized in writing by the Board. Contractors shall abide by all Board requirements and procedures for protecting the proprietary and confidential information of the Board, including signing and abiding by the Board's confidentiality agreements. Contractors who handle proprietary and confidential information on behalf of the Board or belonging to the Board must apply and maintain sufficient privacy and information security safeguards. Contractors shall also be subject to an information and data security assessment.

- Media. Contractors are prohibited from speaking to the press or making any public statements, oral or written, concerning their work for or on behalf of the Board without the express written authorization of the Board.

- Reporting Concerns. Contractors shall maintain a hotline or other reporting system for their workers to confidentially and anonymously report any information or concerns about suspected non-compliance or violations of law or improper conduct by any contractor employee or agent without threat of reprisal, intimidation or harassment. If concerns are reported, Contractors shall promptly and thoroughly investigate any such report and take corrective action as necessary and appropriate.

[Signature Page Follows]

A-4

I certify by my signature below that I have received and reviewed, and am authorized on Contractor's behalf to agree that Contractor shall abide by this Code of Conduct:


Contractor Name: ___McKinsey & Company Puerto Rico Consulting, Inc._____

_____     ___June 30, 2021___
Signature of Contractor Authorized Representative     Date


Thomas Dohrmann, President, McKinsey & Company Puerto Rico Consulting, Inc.
_____
Printed Name and Title of Contractor Authorized Representative

A-5

**APPENDIX B**

**CONTRACTOR CONFLICT OF INTEREST DISCLOSURE CERTIFICATION**

All contractors, consultants, and or experts ("Contractors") interested in conducting business with the Financial Oversight and Management Board for Puerto Rico (the "Board") must complete and return this Contractor Conflict of Interest Disclosure Form to be eligible for a contract award. Disclosing a potential conflict of interest will not automatically disqualify the Contractor. The potential conflict of interest will be investigated to determine whether it precludes the contract award. In the event, however, that the Contractor does not disclose potential conflicts of interest and they are discovered by the Board, the Contractor will be barred from doing business with the Board.

Please note that all Contractors must comply with the Board's Contractor Code of Conduct as stated within the certification section below.

**No Conflict of Interest**: Except as otherwise fully disclosed below (attach additional pages as needed), the Contractor affirms, on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, to the best of its knowledge, information and belief, and based upon its most recent bi-annual disclosures as of January 1, 2021, that no Interested Party (as defined in Schedule A hereto), nor any person associated with any Interested Party, is an employee, Director or Trustee, Officer or consultant to/of, or has any financial interest, direct or indirect, in the Contractor, or has received or will receive any financial benefit, directly or indirectly, from the Contractor or from the contract associated with this certification.

For the purposes of this certification, "associated" persons include: a spouse, domestic partner, child, parent or sibling of an Interested Party; a person with whom an Interested Party has a business or other financial relationship, including but not limited to employees of an Interested Party and/or a spouse, domestic partner, child, parent or sibling of such employees; and each firm in which an Interested Party has a present or potential interest.

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 1 | Is any Interested Party, or any person associated with any Interested Party, associated with any employee, Director or Trustee, Officer or consultant to/of the Contractor? | | X |
| If you answered "yes" to Question 1, please identify the names of the persons who are associated and describe the nature of their association below:<br><br>Although Contractor understands this question 1 is intended only to capture connections constituting adverse interests to the Board, Contractor has been providing and will continue to provide to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties. | | | |

| No. | To the best of your knowledge: | YES | NO |
|---|---|---|---|
| 2 | Does any Interested Party, or any person associated with an Interested Party, have an ownership interest in the Contractor's company? | | X |

If you answered "yes" to Question 2, please identify the name(s) of the person(s) who has/have such an ownership interest and describe the nature of the interest:

For completeness, McKinsey & Co. Inc. appears as an Interested Party as a result of McKinsey's work under the prior contract that this Agreement replaces. No Interested Party, other than McKinsey & Co., Inc., has any ownership interest in the Contractor.

| No. | To the best of your knowledge: | YES | NO |
|---|---|---|---|
| 3 | Has any Interested Party, or any person associated with an Interested Party, received, or will any Interested Party, or any person associated with an Interested Party receive, a financial benefit from the Contractor or from this contract? | | X |

If you answered "yes" to Question 3, please identify the name(s) of the person(s) who have received o will receive such a financial benefit and describe the nature of the benefit below:

Although Contractor understands that this question 3 is not intended to capture, e.g., client or ordinary-course vendor and banking relationships that are unrelated to this Agreement, Contractor has providing and will continue to provide to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|---|---|---|---|
| 4 | Is any Interested Party, or any person associated with an Interested Party, contemporaneously employed or prospectively to be employed with the Contractor? | | X |

If you answered "yes" to Question 4, please identify the name(s) and title(s) of the person(s) who are or will be so employed below:

Although Contractor understands that this question 4 is not intended to capture, e.g., ordinary-course vendor and banking relationships, Contractor has been providing and will continue to provide to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|---|---|---|---|
| 5 | Is any Interested Party, or any person associated with an Interested Party, acting as a consultant for the Contractor? | | X |

B-2

If you answered "yes" to Question 5, please identify the name(s) of the person(s) acting as a consultant and describe the nature of his/her/their consulting services below:

Although Contractor understands that this question 5 is not intended to capture, e.g., ordinary-course vendor and banking relationships, Contractor has been providing and will continue to provide to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 6 | Has the Contractor provided, or will the Contractor provide, any gifts or hospitality of any dollar value or any other gratuities to any Interested Party or elected official to obtain or maintain a contract? | | X |

If you answered "yes" to Question 6, please describe the nature of such gifts, other gratuities below including (1) the recipient(s) of such gifts, hospitality, (2) the date(s) on which such gifts, hospitality or other gratuities were provided; exact (if possible) or approximate dollar value of such gifts hospitality, or other gratuities.

Although Contractor understands that this question 6 is not intended to capture, e.g., client or ordinary-course vendor and banking relationships that are unrelated to this Agreement, Contractor has been providing and will continue to provide to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties. Further, McKinsey's firm-wide Anti-Corruption Policy prohibits all partners and employees of McKinsey, and other parties working on McKinsey's behalf, from giving, paying, promising, offering, or authorizing the payment of anything of value directly or indirectly to any party, including any government official, to persuade that party to help McKinsey (or anyone else) secure an improper advantage.

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 7 | Has any Interested Party, or any person associated with an Interested Party, provided any gifts of any dollar value or any other gratuities to Contractor? | | X |

If you answered "yes" to Question 7, please describe the nature of such gifts, hospitality, or other gratuities below, including (1) the recipient(s) of such gifts, hospitality, or other gratuities, (2) the date(s) on which such gifts, hospitality or other gratuities were provided; and (3) the exact (if possible) or approximate dollar value of such gifts, hospitality, or other gratuities:

Although Contractor understands that this question 7 is not intended to capture, e.g., client or ordinary-course vendor and banking relationships that are unrelated to this Agreement, Contractor has been providing and will continue to provide to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

B-3

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 8 | Has the Contractor or any if its Material Affiliates or direct or indirect subsidiaries made any investments in any public debt obligations of the Commonwealth of Puerto Rico or any of its instrumentalities? | | X |
| If you answered "yes" to Question 8, please describe the nature of such public debt investments | | | |
| With respect to MIO Partners, Inc., see Section 7.1 of the contract associated with this certification. In addition, as discussed in the Final Investigative Report of the Special Counsel to the Financial Oversight and Management Board for Puerto Rico, MIO previously held an investment in COFINA bonds, which was disposed of by April 2018. | | | |

Contractor Name:    McKinsey & Company Puerto Rico Consulting, Inc.

Signature of Contractor Authorized Representative

8/31/2021

Date

Dmitry Krivin

Printed Name and Title of Contractor Authorized Representative

B-4

Name

65 Infanteria Shopping Center, LLC

800 Ponce De Leon Corp.

911 Emergency System Bureau

9-1-1 Service Governing Board

A & E GROUP, CORP.

A C R Systems

A New Vision in Educational Services and Materials, Inc.

A&S Legal Studio, PSC

A.J. AMADEO MURGA LAW OFFICES

Abacus Educational Services, Corp.

Abbvie Corp.

Abengoa Puerto Rico, S.E.

Abengoa S.A.

Abila, Inc.

Abimael Portalatiin Rosario

Abraham Garcia Roman

Abreu-Ruiz, Edwin

Academia CEIP

Acosta & Ramirez

ACP Master, Ltd

Action To Build Changes Corp.

Ada R. Valdivieso

Adalberto E. Moret Rivera

Additional (Electronic) Lottery

Adirondack Holdings I LLC

Adirondack Holdings II LLC

ADM. SERVICIOS GENERALES

Admin for Socioeconomic Develop of the Family

Administración De Seguros De Salud De Puerto Rico

Administration for Integral Development of Childhood

Adolfo E. Santiago Santiago

Adrian Mercado Jimenez

Adriana Irizarry

ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC

ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA, P.S.C.

Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC

Advocacy for Persons with Disabilities of the CW of PR

AES Puerto Rico, L.P.

AFCG Inc. d/b/a Arroyo-Flores Consulting Group, Inc.

AFICA

AGM PROPERTIES CORPORATION

Agricultural Enterprises Development Administration

Aguirre Offshore Gasport, LLC

Aida A. Cruz Vidal

Aida Rossy Clemente

AIG Insurance Company

Aileen Schmidt Rodriguez

AKIN GUMP STRAUSS HAUER & FELD LLP

Alan Friedman

Alan Rodríguez Pérez

ALB PR Investments, LLC

Albert B. Shehadi

Alberto J. Pico, Jr.

Aldarondo & López-Bras, P.S.C.

Alejandro Camporreale Mundo

Alejandro Estrada Maisonet

Alejandro Figueroa

Alemar-Sanchez, Emanuelle

Alexander Shub

Alexandra Bigas Valedon

Alfa Y Omega

Alianza Comunitaria Ambientalista del Sureste, Inc.

Allan R. Bonin

Alma Elias Rev. Trust

Almeida & Dávila, P.S.C.

Alpha Guards Management

Altair Global

Altair Global Credit Opportunities Fund (A), LLC

Altol Chemical Environemntal Laboratory Inc. D/B/A Alchem Laboratory

Altol Environmental Services, Inc.

Alvarez & Marsal

Alvarez-Estrella, Douglas

Alvin Marrero-Mendez

Alys Collazo Bougeois

Amado Ravelo Guerrero

Amar Educational Services Inc.

Amarilis Ruiz Roman

Ambac Assurance Corporation

Ambassador Veterans Services of Puerto Rico L.L.C.

AMC Consulting Services

America Aponte & Assoc. Corp.

American Century Investment Management, Inc.

American Enterprise Investment Services Inc.

American Federation of State, County and Municipal Employees

American Federation of State, County and Municipal Employees International Union, AFL-CIO

American Federation of Teachers, AFL-CIO

American Modern Home Insurance Company

AmeriCorps

AmeriNational Community Services, LLC

Amigos del Rio Guaynabo, Inc.

Ana Figueroa Colón

Ana I. Iturregui Margarida

Ana J. Matosantos, Member of the Board

Ana M. Emanuelli

Ana R. Lopez

Ana T. Colmenero

ANB Bank

Anchorage Capital Group, L.L.C.

Andalusian Global Designated Activity Company

Andres Fortuna Evangelista

Andres Fortuna Garcia

Andrés L. Córdova

Andres Matos Figueroa

Andrew G. Biggs, Member of the Board

Andrew Jimenez LLC

Andrew Jimenez-Cancel

Andrew M. Minster

Andrew P. Davis

Andrew P. Davis and Jessica G. Davis, Trustees U/A 8/18/15: Andrew P Davis 2015 Grat I

Andrew Wolfe

Angel A. Rodriguez Gonzalez

Angel D. Cintron Vega

Angel L Martinez-Alvarez

Angel L. Llamas

Angel R. Figueroa Jaramillo

Ángel Rodríguez Rivera

Angel Ruiz Rivera

Angelo, Gordon & Co., L.P.

Angely M. Aponte-Pagán

Anibal Sanz Gonzalez

Ankura Consulting Group, Inc.

Anna Elias

Annabell C. Segarra

Anne Catesby Jones

Anne Farley

Annette Mary Blasini Batista

Antilles Power Depot, Inc.

Antonetti Montalvo & Ramirez Coll

Antonia Fuentes-Gonzalez

Antonia Rita Blasini Batista

Antonio Cosme-Calderon

Antonio De La Cruz Miranda

Antonio Fuentes-González

Antonio L. Medina, Member of the Board

Antonio Martin Cervera

Antonio Monroig Malatrassi

Antonio Santos Bayron

Antonio Vega-Fernández

APCO Worldwide, LLC

Apex Clearing Corporation

APEX GENERAL CONTRACTORS, LLC,

Aponte-Diaz, Harriet

Aquasur Corporation

Arc American, Inc.

Arcadia Irizarry, Marinelle

Arcos Dorados Puerto Rico LLC

Ariel Colon Clavell

Ariel Ferdman

Arieta & Son Assurance Corporation

Aristeia Capital, L.L.C.

Aristeia Horizons, L.P.

Arlene Irizarry Rivera

Armada Productions Corp.

Arnaldo Cruz Igartua

Arnaldo Hernandez Mendez

Arnaldo Ortiz-Ortiz

Arroyo & Rios Law Offices, PSC

Arthur J. González, Member of the Board

Arthur Samodovitz

Arturo Ortiz

Arturo Pico Vidal

Arturo Suarez Lopez

Arturo Suarez Perez

ASM BLMIS Claims LLC

Asociacion Azucarera Cooperativa Lafayette

Asociación de Empleados del Estado Libre Asociade

Asociacion de Empleados Gerenciales del Fondo del Seguor del Estado Corp

ASOCIACION DE INNSPECTORES DE JUEGOS DE AZAR

Asociación de Jubilados de la Judicatura de Puerto Rico, Inc.

Asociación de Maestros de Puerto Rico

Asociación de Maestros de Puerto Rico Local Sindical

Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc.

Asociacion de Salud Primaria de Puerto Rico

Asociación de Suscripción Conjunta

Asociacion Puertorriquena de la Judicatura

Asociación Puertorriqueña de Profesores Universitarios

Associated Branches Ports

Association of Gaming Inspectors

Assured Guaranty Corporation

Assured Guaranty Municipal Corporation

Astrid Vazquez Gonzalez

Atkins Caribe, LLP

Atlantic Medical Center, Inc.

Augusto P. Conte Matos

Augusto R Palmer Arrache

Aurelius Capital Management, LP

Aurelius Capital Master, Ltd.

Aurelius Convergence Master, Ltd

Aurelius Investment, LLC

Aurelius Opportunities Fund, LLC

Automobile Accidents Compensation Administration

Autonomous Municipality of Ponce

Autonomous Municipality of San Juan

Autonomy Capital (Jersey) LP

Autonomy Master Fund Limited

Autopistas de PR, LLC

Autopistas Metropolitanas de Puerto Rico, LLC

Autoridad de Energía Eléctrica de Puerto Rico

Avanti Technologies Inc.

Avanzatec LLC

Awilda Gonzalez

Awilda O. Martinez-Sanchez

Awilda Valle

Aymara Vazquez Casas

Bacardi Corporation

Bacardi International Limited

Backyard Bondholders

Badillo Saatchi & Saatchi, Inc.

Bahia Park S.E., B.P. S.E.

Banco Popular de Puerto Rico

Banco Popular De Puerto Rico As Trustee For Popular Balanced IRA Trust Fund

Banco Santander Puerto Rico

Bank of America

Bank of America Merrill Lynch

Bank of New York Mellon

Barbara T. Doan Grandchildrens Trust

Barclays Capital

Barclays Capital Inc./LE

Bard Shannon Limited

Barnes & Thornburg, LLP

Barreras, Inc.

Baxter Sales and Distribution Puerto Rico Corp.

BB&T Securities, LLC

Beanstalk Innovation Puerto Rico LLC

9

Beatriz Nieves-Lpez

BEC Co, Inc. d/b/a Empacadora Hill Brothers

Behzad Aalaei

Belk & Grovas Law Offices

Bella Export Corporation

Bella International, LLC

Bella Retail Group, LLC

Bellver Espinosa Law Offices

Beltrán Cintrón

bengoa Puerto Rico, S.E., Abengoa, S.A.

Bennazar, García & Milián, CSP

Bermúdez Díaz & Sánchez LLP

Bermudez, Longo, Diaz-Mosso, LLC

Bernal-Cruz, Victorino

Bernice Beauchamp-Velazquez

Bernstein, Shur, Sawyer & Nelson, P.A.

Bettina M. Whyte

Betty E. Rosa, Member of the Board

BI Incorporated

Bianca Convention Center, Inc.

Bio-Medical Applications of Puerto Rico, Inc.

Bio-Nuclear of Puerto Rico, Inc.

Black Diamond Credit Strategies Master Fund, Ltd.

BlackRock Financial Management, Inc.

Blanca Fernandez Paoli

Blanca Goldikener

Blanca M. Ramirez Feliciano

Blanca Paniagua

BlueMountain Capital Management, LLC

BMO Capital Markets

BMO Capital Markets GKST, Inc.

BNP Paribas Securities Corp./Prime Brokerage

BNP Paribas, New York Branch/BNP Paribas Prime

BNP Paribas, New York Branch/Custody/Client Assets

BNY Mellon

BNY Mellon / Nomura Int'l PLC Repo

BNY Mellon / POP Sec

BNYMellon/RE DBTC Americas / Deutsche Bk London

BNYMellon/RE DBTC Americas/Deutsche BK

BNYMellon/RE Midcap Spdrs

BNYMellon/RE OZ Omnibus DTC Account

BNYMellon/RE The Prudential Investment

BNYMellon/Wealth Management

Bobonis, Bobonis & Rodriguez Poventud

BofA Securities

Bonistas del Patio

Bonnin Investment Corp.

Bosque Modelo de Puerto Rico

Bracewell, LLP

Branch Banking and Trust Company

Brenda C. Gonzalez Castillo

Brenda Marrero & Associates, Inc

Brian L. Murphy

Brigade Capital Management, LP

Brigade Distressed Value Master Fund Ltd.

Brigade Leveraged Capital Structures Fund Ltd.

Bristol-Myers Squibb Puerto Rico, Inc.

Brookfield Asset Management Private Institutional Capital Adviser (Credit) LLC

Brown Brothers Harriman & Co.

Brown Rudnick LLP

Bruce Robert Wiederspiel

Brunnemer Children's GST Inv Trust UAD 12/20/01

Buchalter, A Professional Corporation

Bufete Emmanuelli, C.S.P.

Bufete Rodríguez Miranda, C.S.P.

Bureau of Special Investigations

Bures-Martinez, Luis

BUTLER SNOW LLP

Butler Snow, LLP

C. Conde & Assoc.

C.L. King & Associates, Inc.

Cabrera & Ramos Transporte, Inc.

Cadwalader, Wickersham & Taft, LLP

Calderon-Garcia, Marta

Camacho-Geck, Maribel

Camino Cipres LLC

Camino Roble LLC

Campofresco, Corp.

Camuy Health Center, Inc.

Camuy Health Services, Inc.

Canary SC Master Fund, L.P.

Cancio Covas & Santiago, LLP

Cancio, Nadal & Rivera, LLC

Cancio, Nadal, Rivera & Diaz, PSC

Candlewood Constellation SPC Ltd., acting for and on behalf of Candlewood Puerto Rico SP

Candlewood Investment Group, LP

Cantor Clearing Services

Cantor Fitzgerald & Co.

Cantor-Katz Collateral Monitor LLC

Cantor-Katz Collateral Monitor, LLC

Canyon Balanced Master Fund, Ltd.

Canyon Blue Credit Investment Fund L.P.

Canyon Capital Advisors LLC

Canyon Distressed Opportunity Investing Fund II, L.P.

Canyon Distressed Opportunity Master Fund II, L.P.

Canyon NZ-DOF Investing, L.P.

Canyon Value Realization Fund, L.P.

Canyon Value Realization Mac 18 Ltd.

Canyon-ASP Fund, L.P.

Canyon-GRF Master Fund II, L.P.

Canyon-SL Value Fund, L.P.

Capítulo de Retirados de SPU

Cardiovascular Center Corporation of Puerto Rico and the Caribbean

Cardona-Jimenez Law Offices, PSC

Careers, Inc.

Caribbean Airport Facilities, Inc.

Caribbean City Builders, Inc.

Caribbean Data System, Inc.

Caribbean Educational Services, Inc.

Caribbean Hospital Corporation

Caribbean Investment Center, Inc.

Caribbean Temporary Services, Inc.

Caribe Grolier, Inc.

Caribe Tecno, Inc.

Caribean Cinema of Guaynabo, Corp.

Carla Molina Barrios by herself and in representation of her son Yariel Tolentino Molina

Carla T. Rodríguez Bernier

Carlos A. Arroyo Aguirrechea

Carlos A. Cintron Garcia

Carlos A. Ponce De Leon

Carlos A. Quilichini Paz

Carlos A. Robles

Carlos Alsina Batista Law Offices, PSC

Carlos E. Cardona-Fernández

Carlos E. Iturregui Margarida

Carlos E. Rivera-Justiniano

Carlos Fernandez-Nadal, Esq

Carlos Guzman-Nieves

Carlos Ifarraguerri Gomez, MD

CARLOS J. MÉNDEZ-NÚÑEZ

Carlos J. Weber Seda

Carlos Lopez-Lay

Carlos Luis Merced-Centeno

Carlos M. Amador

Carlos M. Benítez, Inc

Carlos M. Garcia

Carlos M. Vergne Law Offices

Carlos Otero Ortega

Carlos Pérez Molina

Carlos R. Machin

Carlos R. Mendez & Associates

Carlos Reyes

Carlos Rodríguez Vidal

Carlos Valdes de Llauger

Carmen Casanova de Roig

Carmen Castro de Valdes

Carmen D. Jimenez Gandara Estate

Carmen D. Serrano Torres

Carmen Del R Garcia Roman

Carmen E. Ramirez

CARMEN FELICIANO VARGAS

Carmen G. Golderos Rodriguez

Carmen Geigel

Carmen Ilenna Rivera Cintron

Carmen Iris Rivera Cosme

Carmen Maria Davila

Carmen Nunez

Carmen Rodriguez Colon

Carmen Rosa

Carmen Rosa Pola

Carmen W. Nigaglioni

Carmen Yolanda Rivera Torres

Carnegie Learning, Inc.

Carribean Restaurant Inc.

Carvajal Educacion, Inc.

Casa Grande Interactive Communications, Inc.

Case Solutions, LLC

Casellas Alcover & Burgos, PSC

Casillas, Santiago & Torres, LLC

Catalinas Cinema, Corp.

Catharine M. Bonin

CCHPR Hospitality, Inc

CD Builders, Inc.

Celia Fernandez De Gutierrez

Center for Research, Education and Medical Services for Diabetes

Centerbridge Partners, L.P.

Centro Avanzado Patologia & Terapia Del Habla, Inc.

Centro de Desarollo, Inc.

Centro de Medicina Familiar Julio Palmieri Ferri, Inc.

Centro de Orientacion y Ayuda Psiquiztrica, Inc.

Centro De Patologia Del Habla Y Audicion LLC

Centro de Periodismo Investigativo Inc.

Centro de Salud de Lares, Inc.

Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc.

Centro de Servicios Primarios de Salud de Patillas, Inc.

Centro de Terapia Integral Crecemos, CSP

Centro Del Sur Mall, LLC

Centro Interdisciplinario del Aprendizaje, Inc.

Centro Medico Del Turabo, Inc.

Centro Psicologico del Sur Este P.S.C.

Centro Sicoterapeutico Multidisciplinario Incorporado

César Caminero Ramos

Cesar Castillo, Inc.

Cetera Investment Services LLC

Charles A. Cuprill, PSC, Law Offices

Charles L. Perkins, Sr.

Charles Schwab & Co., Inc.

Charlie Hernandez Law Offices

Chavez-Colon, Carla

Chelo's Auto Parts

Chief Judge Barbara J. Houser

Chief of Staff

Chiesa Shahinian & Giantomasi PC

Child Support Administration

Childcare and Childhood Integral Development Administration

Choate, Hall & Stewart, LLP

Christain Sobrino, Ex Officio Member of the Board

Christian Sobrino Vega

Ciales Primary Health Care Services, Inc.

Ciales Primary Health Center, Inc.

Cintron-Garcia Law

Citibank, N.A.

Citibank/The Citigroup Private Bank/Trust

Citigroup Global Markets Inc.

Citigroup Global Markets Inc./Salomon Brothers

Citigroup Global Markets, Inc./Correspondent Clearing

Citigroup Inc.

Citizen's Advocate Office (Ombudsman)

City National Bank

Civil Rights Commission

Claren Road Credit Master Fund, Ltd.

Claren Road Credit Opportunities Master Fund, Ltd.

Clarissa M. Vinas Miranda

Claudia Vincenty Guzman

Clearing LLC

Clinica de Terapias Pediatricas, Inc.

Clinica Terapeutica del Norte Inc.

Coalicion de Organizaciones Anti Incineracion, Inc.

Cobián Roig Law Offices

Cobra Acquisitions LLC

Cohen, Weiss and Simon, LLP

COLÓN RAMÍREZ, LLC

Com Est Elec Y/O Francheska Ortiz Bonnet

Comerica Bank

Comite Dialogo Ambiental, Inc.

Comite Yabucoeno Pro-Calidad de Vida, Inc.

Commerce Bank

Commonwealth Election Commission

Commonwealth of Puerto Rico

Commonwealth of Puerto Rico Regional Center Corporation

Community Cornerstones, Inc.

Company for the Integral Development of Cantera's Peninsula

Company for the Integral Development of the "Península de Cantera"

Compass Bank/Trust Division

Comprehensive Health Service, Inc.

Computer Learning Centers, Inc.

Computer Network Systems Corp.

Concilio de Salud Integral de Loiza, Inc.

Conjugal Partnership Crespo-Colon

Consejo de Salud de la Comunidad de la Playa de Ponce, Inc (MED CENTRO INC.)

Consejo de Salud de la Comunidad de la Playa de Ponce, Inc.

Conservatory of Music

Consolidated Waste Services LLC

Constellation Capital Management, LLC

Constructora Santiago II, Corp.

Continental Casualty Co.

Contributions to Municipalities (CRIM)

Controller's Office

Convention Center District Authority (PRCCDA)

Conway MacKenzie, Inc.

COOLEY LLP

Coop A/C Roosevelt Roads

Coop A/C San Rafael

Cooper Power Systems, LLC

Cooperativa A/C La Comeriena

Cooperativa A/C Roosevelt Roads

Cooperativa A/C Vegabajeña

Cooperativa de A/C Aguas Buenas

Cooperativa De A/C Aibonitena

Cooperativa de A/C Camuy

Cooperativa de A/C Jesus Obrero

Cooperativa De A/C La Sagrada Familia

Cooperativa de A/C Maunabo

Cooperativa de A/C Morevena

Cooperativa de A/C Oriental

Cooperativa De A/C Saulo D Rodriguez

Cooperativa de Ahorro & Credito San Rafael

Cooperativa De Ahorro Y Credito Abraham Rosa

Cooperativa de Ahorro y Credito Candelcoop

Cooperativa De Ahorro Y Credito De Aguada

Cooperativa de Ahorro y Credito De Aguadilla

Cooperativa de Ahorro y Credito de Caparra

Cooperativa de Ahorro y Credito de Ciales

Cooperativa de Ahorro y Credito de Empleadoes Municipales de Guaynabo (a/k/a MUNICOOP)

Cooperativa De Ahorro Y Credito De Empleados De La Autoridad De Energia Electrica

Cooperativa de Ahorro y Credito de Empleados de la Corporacion del Fondo del Seguro del
Estado

Cooperativa de Ahorro y Credito de Hatillo

Cooperativa De Ahorro y Crédito De Isabela

Cooperativa de Ahorro y Crédito de Juana Díaz

Cooperativa de Ahorro y Credito de la Federacion de Maestros de PR

Cooperativa De Ahorro Y Credito De Lares

Cooperativa De Ahorro Y Credito De Lares Y Region Central

Cooperativa de Ahorro y Credito de Oficiales de Custodia de PR

Cooperativa de Ahorro y Crédito de Rincón

Cooperativa de Ahorro y Crédito de Santa Isabel

Cooperativa de Ahorro y Credito de Yauco

Cooperativa de Ahorro y Credito del Valenciano

Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía

Cooperativa De Ahorro Y Credito El Valenciano

Cooperativa De Ahorro Y Credito Isla Coop

Cooperativa de Ahorro y Crédito Jayucoop

Cooperativa de Ahorro y Credito Lomas Verdes

COOPERATIVA DE AHORRO Y CREDITO ORIENTAL

Cooperativa De Ahorro Y Credito Padre Salvador Ruffolo

Cooperativa de Ahorro Y Credito San Jose

Cooperativa de Ahorro y Crédito Vega Alta

Cooperativa de Ahorro Y Credito Vegabajena

Cooperativa De Ahorro Y Credito Zeno Gandia

Cooperativa de Farmacias Puertorriqueñas (COOPHARMA)

Cooperativa de Seguros Múltiples de Puerto Rico

Cooperative Development Commission

COR Clearing LLC

Corbin Opportunity Fund, L.P.

Cordova & Dick LLC

Córdova & Dick, LLC

Core Laboratories N.V. D/B/A/ Saybolt

Corp for the Industries of Blind, Mentally Retarded, and Other Disabled People of Puerto Rico

Corporacion De Servicios De Salud Y Medicina De Avanzada

Corporacion de Servicios Integrales de Salud Area de Barranquitas, Comerio, Corozal Naranjito y Orocovis, Inc.

Corporacion de Servicios Medicos Primarios y Prevencion de Hatillo, Inc.

Corporacion Marcaribe Investment (Marcaribe)

Corporación Publica para la Supervisión y Seguro de Cooperativas de Puerto Rico ("COSSEC")

Corporate Research and Training, Inc.

Corporation for the "Caño Martin Peña" Project

Corporation of Industries for the Blind and Mentally Retarded and Incapacitated Persons of Puerto Rico

Corps of Firefighters Bureau

Corps of Medical Emergencies Bureau

Correa Acevedo & Abesada Law Offices, PSC

CORRECTION CORPORATION OF AMERICA

Correctional Health

CORTLAND CAPITAL MARKET SERVICES LLC

COSSMA

Costa Pacheco, Dennis

Costa Salud, Inc.

Coto & Associates

Coto Laurel Solar Farm, Inc.

Court of Appeals

Court of First Instance

Cowell Weedon & Co.

Creative Educational & Psychological Services, Inc.

Credit Opportunities Fund (A), LLC

Credit Suisse Securities (USA) LLC

Crescent 1, L.P.

Crews And Associates, Inc.

Criminal Justice Information System

Crowell Weedon & Co

Crown Managed Accounts for and on behalf of Crown/PW SP

CRS Master Fund, L.P.

CRUFON CONSTRUCTION CORP

Cruz-Rodriguez, Yanira

Cruz-Sanabri, Arnaldo

CSA Architects & Engineers, LLP

Culebra Conservation and Development Authority

culptor SC II, LP (f/k/a OZSC II L.P.)

Cynthia Cruz Emmanuelli

Cyrus Capital Partners, L.P.

Cyrus Opportunities Master Fund II, Ltd.

Cyrus Select Opportunities Master Fund, Ltd

Cyrus Special Strategies Master Fund, L.P.

D Lerner Associates

D T Doan

D. A. Davidson & Co.

Dalmau Botello, Nathalie

Daniel Almeida Medina

Daniel M. McDermott

Daniel Molina López, Esq.

Datas Access Communication Inc.

Davenport & Company LLC

David A. Skeel Jr., Member of the Board

David Backens

David Carrion Baralt

David J. Gaynor Tee U/A Dtd 02/23/2005 David J. Gaynor Trust

Davidson Kempner Capital Management LP

Davidson Kempner Distressed Opportunities Fund LP

Davidson Kempner Distressed Opportunities International Ltd.

Davidson Kempner Institutional Partners, L.P.

Davidson Kempner International, Ltd.

Davidson Kempner Partners

Davis Polk & Wardwell LLP

De Diego Law Offices, PSC

Debevoise & Plimpton, LLP

Decagon Holdings 1, L.L.C.

Decagon Holdings 10, L.L.C.

Decagon Holdings 2, L.L.C.

Decagon Holdings 3, L.L.C.

Decagon Holdings 4, L.L.C.

Decagon Holdings 5, L.L.C.

Decagon Holdings 6, L.L.C.

Decagon Holdings 7, L.L.C.

Decagon Holdings 8, L.L.C.

Decagon Holdings 9, L.L.C.

Dechert, LLP

Del Valle Group, SP

Del Valle-Catoni, Natalia

Delgado & Fernandez, LLC

Delgado Miranda Law Offices, LLC

Delgado-Morales, Maria de Lourdes

Delia E. Vizcarrondo

Delsa B. Minster

Departamento de Justicia de Puerto Rico

Department of Agriculture

Department of Consumer Affairs

Department of Correction and Rehabilitation

Department of Defense

Department of Economic Development and Commerce

Department of Education

Department of Energy

Department of Family

Department of Health

Department of Homeland Security

Department of Housing

Department of Housing and Urban Development

Department of Human and Health Services

Department of Justice

Department of Justice - Office of General Solicitor

Department of Justice - Office of the Inspector General

Department of Labor and Human Resources

Department of Natural and Environmental Resources

Department of Public Safety

Department of Sports and Recreation

Department of State

Department of the Family

Department of the Interior

Department of Transportation

Department of Transportation and Public Works

Department of Treasury

Department of Veterans Affairs

Depository Trust Company

Dept of Economic Development and Commerce

DEPTO TRABAJO Y RECURSOS HUMANOS

Desarrollo Comunicologico de Arecibo Inc.

Destilerias Serralles, Inc.

Deutsche Bank Securities Inc.

Development & Construction Law Group, LLC

DEYA ELEVATOR SERVICE INC

Diabel Del C. Colon Lugo

Diana Guzman Webb

Diana I. Madera Heredia

Diana Iris Morales Lopez

Diana Rosa Jirau Rovira

Diane Silverman

Diaz Soto Law Office

DiCicco Gulman and Company

Didacticos, Inc.

Diego Corral González

Distribuidora Blanco, Inc.

Distribuidora Lebron Inc.

DLA Piper (Puerto Rico), LLC

DLA Piper, LLP (US)

Doctor's Center Hospital, Inc.

Domingo Buono Ruiz

Donald L. McDonald

Donna A. Maldonado-Rivera

Doral Financial Corporation

Dr. Carlos Suarez Vazquez

Dr. Katherine Betts-Martin

DRC CORPORATION

Drivetrain, LLC, as the Creditors' Trustee for Doral Financial Corporation

Duff & Phelps LLC

Dulce M. De Hostos

E*Trade Securities LLC

E. Cardona & Asociados, Inc.

Earle PR Investments LLC

Eastern America Insurance Agency, Inc.

EcoEléctrica, L.P.

Ecolift Corporation

Economic and Statistics Administrations

Economic Development Bank for Puerto Rico

Edda M. Arroyo Matos

Edgar Donnenech

Edgar M. Esquilin Monge

Edgardo Barreto Law Office

Edgardo Muñoz, PSC

Edge Legal Strategies, PSC

Edgordo Seda Arroyo

Ediciones Santillana, Inc.

EDIFICIO BULA, INC.

Editorial Panamericana, Inc.

EDN Consulting Group, LLC

Edna Rozas

EDUARDO ARTAU GOMEZ

Eduardo Bhatia Gautier

Educational Consultants, P.S.C.

Educational Development Group Inc.

Educree: Consultores Educativos Inc.

Edward D. Jones & Corp.

Edward Valdes Llauger

Edward Zayas

Edwin F. Alicea Liciaga

Edwin F. Rodriguez

Edwin Maldonado Santiago

EFFRON DORADO SE

EGJ Health Consulting LLC

Eileen Maria Coffey

Eje Puerto Rico, Inc.

El Koury-Francisco, Jaime A

El Puente de Williamsburg, Inc. - Enlace de Accion Climatica

Elderly and Retired People Advocate Office

Elián N. Escalante De Jesús, Esq.

Elias E Hijos, Inc.

Elias Sánchez-Sifonte

Eliezer Santana Baez

Elizabeth Gonzalez

Elizabeth L. Anderson

Elizabeth L. Anderson (Revocable Trust 10/22/2012)

Elizabeth Leitzes

Ellen Levine

Ellen Metzger

Ellen Winslow

Eloy Gutierrez

Elsie C. Brugueras

Elvira A. Gautier Carbonell

Emergency and Disaster Management Bureau

Emergency Management and Disaster Admin Agency

Emergency Medical Services Corps

Emilio Colón Beltrán

Emilio Miranda-Ramirez

Emma M. De Muniz

Emmanuel Aponte-Colon

Emmanuel Rodríguez Collazo

Emmanuel Rodriguez-Vazquez

Employees' Retirement System (ERS)

Employment and Training Enterprises Corporation

Empresas Arr Inc.

Empresas Loyola, Inc.

Emso Asset Management Limited

Encanto Restaurants, Inc.

Encody Inc.

Enelia Russe

Enelida Rodriguez

Energy Affairs Office

Energy Commission

England, National Association

Enrique Alfonso Sabater

Enrique Carrillo

Enrique Castillo Toro

Enrique Vazquez Quintana

Enrique Vazquez Quintana

Enterprise Services Caribe, LLC

Environmental Protection Agency

Environmental Quality Board

EP Canyon Ltd.

Epiq Systems

Erasto Zayas López

erfecto Crespo Bermudez

Eric Pérez Torres

Ernesto L. Ramirez Torres

Ernesto Zayas Lopez

Ernst & Young

Ernst & Young Puerto Rico, LLC

ESC Group, Inc.

Estate of Carlos A. Quilichini Roig

Estate of Carmen D. Jimenez-Gandara

Estate of Delia Hernandez

Estate of Edward P. Giaimo, Jr.

Estate of Jose A. Roman-Toledo

Estate of Onelia Alicea

Estela Del Valle Rullan

Estrada Bus Line, Inc.

Estrella, LLC

Estudios Tecnicos, Inc.

Evelyn Ramirez Garraton

Evertec Group, LLC

Evertec, Inc.

Evertee Group LLC

Excalibur Technologies Corp.

Excelerate Energy Puerto Rico, LLC

Explora Centro Academico Y Terapeutico LLC

Faccio & Pabon Roca

Facsimile Paper Connection Corp.

Fact Enterprises LLC

Faegre Baker Daniels, LLP

Family and Children Administration

Farm Insurance Corporation of Puerto Rico

Farmstead Capital Management, LLC

FCO Advisors LP

FCO Special Opportunities (A1) LP

FCO Special Opportunities (D1) LP

FCO Special Opportunities (E1) LLC

FCO Special Opportunities (E1) LLC – Master Series 1 Fundamental Credit Opportunities
Master Fund LP

FDR 1500 Corp

Federación de Maestros de Puerto Rico

Federal Affairs Administration

Federal Communications Commission (FCC)

Federal Emergency Management Agency (FEMA)

Federal Home Loan Mortgage Corporation

Fegan Scott LLC

Feldesman Tucker Leifer Fidell, LLP

Félix J. Montañez-Miranda

Fernández Cuyar Rovira & Plá LLC

Fernando Perez Gutierrez

Ferraiuoli, LLC

Ferrari Law, PSC

Ferrovial Agroman, SA

Ferrovial Agroman, SA & TEC General Contractors, Corp.

Fidecoop, Cooperativa De Ahorro Y Credito De Rincon

Fideicomiso Blanco Bou

Fideicomiso Del Valle Martinez II

Fideicomiso Encarlan III

Fideicomiso Hernandez Castrodad

Fideicomiso Lugo Rivera

Fideicomiso Mercado Riera

Fideicomiso Plaza

Fidelity and Deposit Co. of Maryland

Fiduciary SSB

Fifth Third Bank

Figueroa y Morgade Law

Figueroa-Alvarenga, Marcelo Rene

Figueroa-Ramirez, Alejandro

Filsinger Energy Partners, Inc

Financial Guaranty Insurance Company

Finca Matilde, Inc.

Finca Perseverancia, Inc.

Fine Arts Center Corporation

Fir Tree Capital Opportunity Master Fund III, LP

Fir Tree Capital Opportunity Master Fund, LP

Fir Tree Partners

Fir Tree Value Master Fund, LP

First Hospital Panamericano, Inc.

FIRST MEDICAL HEALTH PLAN, INC.

First Pacific Advisors, LLC

First Southwest Company

First Transit of Puerto Rico, Inc

Fiscal Agency and Financial Advisory Authority

Flor Zayas De Navarro

Florence Quilichini Paz

Foley & Lardner LLP

Fondo de Inversión y Desarrollo Cooperativo, Inc.

Forcelink Corp.

Forculus Communications, LLC

Forculus Strategic Communications, LLC

Fore Multi Strategy Master Fund, Ltd.

Forensics Science Bureau

Fortuño Law

Foundation Capital

FP + 1, LLC

FPA Crescent Fund, a Series of FPA Funds Trust

FPA Global Opportunity Fund, a Series of FPA Hawkeye Fund, LLC

FPA Hawkeye Fund, a Series of FPA Hawkeye Fund, LLC

FPA Select Drawdown Fund L.P.

FPA Select Fund, L.P.

FPA Value Partners Fund, a Series of FPA Hawkeye Fund, LLC

Frances Bothwell del Toro

Frances Bragan Valldejuly

Francisco Brigantty

Francisco Diaz Lopez

Francisco González Law Office

Francisco Leoni Charles

Francisco Levy Hijo, Inc.

Francisco Pares Alicea

Francois May

Franklin Advisers, Inc.

Franklin Mutual Advisers LLC

Fred A. Levine

Frente Unido de Policias Organizados

Frente Unido de Policias, Concilio Nacional de Policias

Fridma Corporation

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

FT COC (E) Holdings, LLC

FT SOF IV Holdings, LLC

FTI Consulting, Inc.

Fuentes-Ramirez, Ricardo

Fundador Albarran Irizarry

Fundamental Credit Opportunities Master Fund LP

Funeraria Shalom Memorial Inc.

Fusion Works, Inc.

G RG ENGINEERING S E

G. Carlo-Altieri Law Offices, LLC

Gabriel Albarran-Buono

GAM Realty LLC

Gamaliel Sánchez Pellot

Garay Massey Law Office

Garcia-Arregui & Fullana PSC

Garcia-Noya, Ana

Garffer & Jusino Attorneys at Law

GDB Public Entity Trust

GEC Risk Advisory, LLC

Genaro Herrera Dos Reis

General Court of Justice

General Investment LLC

General Services Administration

GENESIS SECURITY SERVICES INC

Genesis Security Services, Inc.

Genovese Joblove & Batista, P.A.

GENOVESE JOBLOVE & BATTISTA, P.A

George E. Reed Jr.

George K. Baum & Company

Gerald Leitzes

Gerard Ramos-Martin

Gerardo Ferracane

Gerena Law Office

Germán Ojeda

Germán Torres Berrios

German Uribe

Gerryanne Ramos

Gersh International PR, LLC

Gerson Gonzalez-Ricano

GF Solutions, Inc.

GG ALTERNATIVE ENERGY CORP

Gibson, Dunn & Crutcher, LLP

Gierbolini & Carroll Law Offices, P.S.C.

Gila, LLC

GILBERTO ARES CANDELARIA

Gilberto Rosario-Vicente

Gilda P. Rovira

Ginorly Maldonado

Girard Manufacturing, Inc.

Gladys B. Suarez Dominguez

Gladys Garcia-Rubiera

Glenda Colon-Figueroa

Glendon Opportunities Fund, L.P.

Global Flexible Fund, a Sub-Fund of Nedgroup Investment Funds PLC

Gloria M. Esteva Marqués

Gloribel Gonzalez Maldonado

GM Security Technologies, Inc.

GMO Credit Opportunities Fund, L.P.

GMO Global Real Return (UCITS) Fund, a sub-fund of GMO Funds plc

GMO Implementation Fund, a series of GMO Trust GMO Credit Opportunities Fund, L.P.

GMS Group, LLC

Godreau & Gonzalez Law, LLC

GoldenTree Asset Management LP

Goldman Antonetti & Cordova, LLC

Goldman Sachs & Co.

Goldman Sachs Asset Management, LP

Goldman, Antonetti & Cordova, LLC

González López & López Adames LLC

Gonzalez Munoz Law Offices, PSC

Gonzalez Padin Realty Company, Inc.

Gonzalez-Bermudez, Siumell

Gonzalez-Pabon, Rolando

Goodwin Procter LLP

Gordel Capital Limited

Gov. Alejandro García Padilla, Ex-Officio Member of the Board

Gov. Pedro Pierluisi Urrutia,, Ex Officio Member of the Board

Governing Board of the University of Puerto Rico

Government Development Bank for Puerto Rico

Government Employee Retirement System (ERS)

Government Ethics Office

Grace Arroyo Negron

Grainger Caribe, Inc.

Great Educational Services Corporation

Greenberg Traurig, LLP

Grisell Cuevas-Rodriguez

GS Fajardo Solar LLC

GT Fixed Income Fund LP

Guardiola- Torres, Elisa

Guillermo Irizarry

Guillermo Marxuach

Guillermo Ramos Luiña

Guilloty-Sanchez, Reinaldo

Gui-Mer-Fe Inc.

Guy G. Gebhardt

Hacienda

Haddock Acevedo

Hagens Berman Sobol Shapiro LLP

HALS, PSC

Harriet Aponte

Harry Anduze

Harry Anduze Montano Law Offices

Hato Rey Cinema Corp.

Haydee Lopez-Duprey

HDI Global Insurance Company

Health Advocate Office

Health Insurance Administration (ASES)

Hector Figueroa Vincenty

Hector L. Rivera Rosario

Hector M. Correa Correa

Hector X. Perez

Heidrick & Struggles

Helvia Cruz Ybarra

Henessy Ravelo Jaquez

Henry H. Rexach

Heriberto Marín Centeno

Heriberto Mattei Torres

Heriberto Nieves Dominguez

Hermandad de Empleados del Fondo del Seguro del Estado, Inc.

Hermanos Torres Torres, Inc.

Hernandez & Rodriguez Law Offices

Hernandez Quinones, Fausto

Hernandez-Maldonado, Eduardo

Hernandez-Oharriz & Santiago Law Firm, PSC

Hewlett Packard Puerto Rico, BV LLC

Hickey-Morales, Yamir

Highfields Capital I LP

Highfields Capital II LP

Highfields Capital III LP

Hilda A. Izquierdo Stella

Hilda O. Cartagena

Hilliard, Lyons LLC

Hilltop Securities Inc.

Hiram Perez Soto

Hogan Lovells US, LLP

Holland & Knight, LLP

Home Medical Equipment Inc.

Hon. Luis G. Fortuño

Hon. Rafael Hernández-Montañez

Honorable Rosanna López León

Horizon Energy LLC

Horse Racing Administration

Horse Racing Industry and Sport Administration

Hospira Puerto Rico, LLC

Hospital General Castañer, Inc.

Hospital San Juan Capestrano, Inc

House of Representatives

Housing Financing Authority (HFA)

HPM Foundation, Inc.

Huellas Therapy Corp.

Hugo L. Quilichini

Human Rights Commission

Hunton Andrews Kurth LLP

I.D.E.A., Inc.

Ian Melmed

IDSC LLC d/b/a Infrastructure Opportunity Fund

IKON Solutions, Inc.

Ileana Ortiz-Santiago

Ilia M. Perez

IMO Investment S.E., et al.

INCOM INVESTMENTS CORP.

Independent Consumer Protection Office

Independent Union Authority of Acueductis

Indian Harbor Insurance Company

Indiano & Williams, PSC

Industria Lechera de Puerto Rico, Inc. ("Indulac")

Industrial Commission

Industrial Development Company (PRIDCO)

Industrial Tax Exemption Office

Ines Mejias

Infrastructure Financing Authority

Inglesea Capital LLC

Ingrid L. Carlson

Inmobiliaria Levy, inc.

Inmobiliaria San Alberto, Inc.

Innovative Solutions Inc.

Insight Management Group, Inc.

Inspectorate America Corporation

Institucion Educativa Nets, LLC

Institute of Forensic Sciences

Institute of Puerto Rican Culture

Institute of Statistics

Institutional Trust of the National Guard of Puerto Rico

Instituto de Competitividad Y Sostenibilidad Ecomomica de Puerto Rico

Insular Union of Industrial Workers and Electrical Constructions, Union Workers Housing Bank,

Integra Design Group PSC

Integrand Assurance Company

Intelutions, Inc.

Interactive Brokers Retail Equity Clearing

Interamerican Turnkey Development Co., Inc.

Interamericas Turnkey, Inc.

Internal Revenue Service

International Automotive Distributors Group, LLC

International Business Machines Corporation

International Surveillance Services Corporation

Intervoice Communication of Puerto Rico Inc.

Intl FCStone Financial Inc.

Invesco Advisers, Inc.

Invesco/Oppenheimer Funds

Investigation, Processing and Appellate Commission

Iris I. Cantres Quinones

Irizarry-Fernandez, Natalia

Irmita Guzman De Amador

Isla del Río, Inc

Isla Lab Products, LLC

Ismael L. Purcell Soler

Ismael Marrero Rolon

Ismael Vincenty Perez

Israel Roldán González & Isis Aimée Roldán Márquez

Ivan Ayala

Ivan Fuentes Vazquez

Ivan Montalvo

Ivelisse Albarran JNT TEN

Ivelisse Buono

Ivelisse Buono Albarran

Ivette Bonet Rivera

Ivonne González-Morales

Ivonne Ramirez-Aneses

Ivonne T. Vidal

J. Jaramillo Insurance, Inc.

J.F. Educational Services Inc.

J.P. Morgan Chase & Co.

J.P. Morgan Securities LLC

J.P. Morgan Securities LLC/JPMC aka or fka J.P. Morgan

Jacana Holdings I LLC

Jacana Holdings II LLC

Jacana Holdings III LLC

Jacana Holdings IV LLC

Jacana Holdings V LLC

Jack Goldikener

Jack Katz

Jaime A. El Koury, General Counsel of the Board

Jaime B. Fuster Estate, Comprised By Maria J. Zalduondo Viera and Jaime and Maria L. Fuster
Zalduondo

Jaime Banchs Pieretti

Jaime Ortiz Rodriguez

Jaime Rodríguez Avilés

Jake Gartman

James B. Moore

James E. Olsen

James Law Offices

Jane A. Becker Whitaker, Esq.

Janney Montgomery Scott LLC

Jaresko, Natalie

Javier A. Aponte Machado

Javier Andino-Gaudin

Javier Capestany

Javier Cerra Fernandez M.D.

Javier Córdova Iturregui

Javier Mandry-Mercado

Javier Perez-Rivera

Jayson O. Padilla

Jean C. Garcia

Jean Philip Gauthier Law Offices

Jeanette Torres Camacho

Jefferies Group LLC

Jeffries, LLC

Jenner & Block, LLP

Jennifer Jean Stitt

Jeronimo Esteve Abril

Jessica G. Davis

Jessica G. Davis and Andrew P. Davis, Trustees U/A 8/18/15: Jessica G. Davis 2015 Grat 1

Jessica M. Quilichini Ortiz

Jesus Lacen Guanill, Bereida Guanill Navarro, Gabriela Guanill, Elizabeth Navarro Guanill,
Estefani Lacen, Betzaida Lacen Guanill, Jeremy Lacen Villanueva, and Wilfredo Dávila Serrano

JESÚS M. RIVERA DELGADO

Jesús M. Rodríguez Rosa

Jiménez, Graffam & Lausell

JLG CONSULTING ENGINEERING, P.S.C.

JLM Transporte, Inc.

JNL Multi-Manager Alternative Fund, a Series of JNL Services Trust

Jo Ellen Bleiweiss Revocable Trust

Joana Rodriguez

Joaquin Gutierrez Fernandez

Joel Isander Cuadrado Delgado

Joel R. Almodovar Rivera

John C. Gartland and Katherine A. Gartland Trust UA 03/01/2016

John D. Goeke

John E. Nixon, Member of the Board

John G. Sanchez Santos

John Hancock Investments

John J. Hefler and Elena A. Hefler as Trustees for the Hefler Family Trust

John Rojas Velez

John Santos Russo

Johnjavi Corporation

Johnson Controls, Inc.

Jolyne D'Ambrosio

Jones Day

Jordi Bofill

Jorge I. Quinones

Jorge Lucas Pérez Valdivieso Torruella

Jorge Luis Guerrero-Calderon

Jorge P. Sala Colon

Jorge Plard

Jorge R. Quintana-Lajara

Jorge Valdes Llauger

Jose A. Cepeda Retirement Plan Represented By UBS Trust Company Of PR

Jose A. Cuevas Sanchez

Jose A. Leon Rosario

Jose Alberto Maymo Azize

Jose Angel Almodovar Collazo

Jose Angel Rey

Jose B. Carrión III, Member of the Board

Jose C. Diaz Vega

Jose E. Franco Gomez

José E. Janer Velázquez

Jose Enrique Ortiz Rivera

Jose F. Rodriguez

Jose Francisco Gonzalez-Heres

Jose Lopez Medina

José Luis Barrios-Ramos

José Luis Cumbas Torres

Jose M. Bonnin

José Marin

Jose N. Rivera Vilar

José Orbi

José Ortíz Bibiloni

Jose R. Cardona Jiminan

José R. González, Member of the Board

Jose R. Mendez Bonnin

Jose R. Portilla

Jose R. Toro Rivera

Jose Ramon Gonzalez Passalacqua

Jose Ramon Rivera Rivera

Jose Santiago, Inc.

Jose W. Cartagena

Josefina Guinot Melendez

Josefina Maristany

Josefina Varela Gonzalez

Joshua Gonze

Josue Aquino-Colon

Josue Ismael Saavedra

Josue Ismael Saavedra Vera

JPMorgan Chase Bank, N.A./Custodial Trust Company

JPMorgan Chase Bank, National Association

JPMorgan Chase Bank/Correspondence Clearing

JRAF Law Firm, PSC

JRJ Consultants & Legal Advisors, LLLC

Juan A. Hernández Rivera, Esq.

Juan Alberto Santiago Meléndez

Juan Alberto Torres Berrios

Juan B. Soto Law Offices, PSC

Juan Buono Alcaraz

Juan C. Leon Santiago

Juan C. Rodriguez Centeno

Juan G. Ortiz de la Renta

Juan L. Santa Hernandez

Juan M. Lopez Calderon

Juan Marroig

Juan Ortiz

Juan R. Figueroa Laugier

Juan Ramón Rivera Font, Esq.

Juan Reines Ortiz Retirement Plan Represented by UBS Trust Company of PR

Juan Vazquez Crespo

Juarbe-Laffitte, Michael

Judge Christopher M. Klein

Judge Judith G. Dein

Judge Laura Taylor Swain

Judge Nancy Friedman Atlas

Judge Roberta A. Colton

Judge Thomas L. Ambro

Judge Victor Marrero

Judiciary Retirement System

Julia Margarita Gonzalez Passalacqua

Julie I. Escudero

Julio A. Rivera Gonzalez

Julio E Leandry-Hernández

Julio Guzman Carcache

Julio H. Sepulveda Ramos

Julio Rancel López

Julitzamary Soto Torres , Julianys Mercados Soto, and Julia Torres Olivencia

Junior Bus Line, Inc.

Junta del Centro de Salud Comunal Dr. Jose S. Belaval, Inc.

Jusino-Carattini, Sophia Victoria

Justin Peterson, Member of the Board

Kane Russell Coleman Logan PC

Kanoso Auto Sales Inc.

Karen Forman

Karen Odalys Fuentes Rivera

Karen Rutledge

KARIMAR CONSTRUCTION INC

Karl Walder

Karon LLC

Kasowitz Benson Torres LLP

Katherine Emile Ramos

Kathleen A. McDonough

Kathy Karen Key Trust

KDC Solar, LLC

Keila Robles Figueroa

Keiry Williamson

Kelly Services Puerto Rico

Kelly Services, Inc.

Kerenny Torres

Keybanc Cap Mkts Inc.

Keybank National Association

Kid's Therapy Services, Inc.

Klee, Tuchin, Bogdanoff & Stern, LLP

Klumper-Astor, Lauren

Knighthead Capital Management, LLC

Kobre & Kim, LLP

KPMG, LLC

Kramer Levin Naftalis & Frankel, LLP

Kristine K. Sneeringer Trust

Kroma Advertising, Inc.

Kyle Rifkind

L.L.A.C., Inc.

La Sucesion De Norman Eugene Parkhurst Rodriguez, Compuesta Por Sus Unicos Y Universales
Herederos Norman Parkhurst Valderas, Francis Parkhurst Valderas, Bryant Parkhurst Valderas Y
Su Viuda Carmen P.

Labor Development Administration

Labor Relations Board

Laboratorios Ramirez Inc.

Laguna Ray, L.L.C.

Land Administration

Land Authority of Puerto Rico

LANDRAU RIVERA & ASSOC.

Lannan Foundation

Larry Hamilton

Las Americas Investment Group

Las Monjas Realty II, SE

Latham & Watkins LLP

Latimer-Rivera, Ricardo

Laura E. Climent Garcia

Law Firm of Fernando E. Agrait

Law Office Aníbal Acevedo-Vilá

Law Office of Frank Pola, Jr.

Law Offices of Giselle López Soler

LAW OFFICES OF HERRERO III & ASSOCIATES, P.S.C.

Law Offices of John E. Mudd

Law Offices of Michael Craig McCall

Law Offices Wolf Popper P.S.C.

Lawful Constitutional Debt Coalition

Lawrence B. Dvores

Lazard Cap Mkts LLC

Learning Alliance LLC

Ledesma & Vargas, LLC

Lee Properties, Inc.

Legal Aid Clinic, UIA

Legal Partners, PSC

Legislative Assembly

Lemuel Negrón Colón

Leslie Jay Bonilla Sauder

Leslie Rubero Multi Services

Levy Echeandia Trust

Lex Claims, LLC

Lex Services PSC

Liana Rivera Olivieri

Liberty Cablevision of Puerto Rico, LLC

Lida Orta Anés

Lideliz Candelario Candelario

Liedo Alberto Pico Jr.

Light Gas Corporation

Lighthouse Translations

Lilliam Janey Disla Mencia

Lillian Guzman

Linares Palacios Law Offices

Linda Nealy

Linkactiv, Inc.

Lisa Shub

Litman Gregory Masters Alternative Strategies Fund, a Series of Litman Gregory Funds Trust

Lizette M. Abraham

Lizette Rexach Feliciano

Lloyd's Syndicates MIT 3210, KLN 510, MMX 2010, CSL 1084, TMK 1880, AML 2001, and BRT 2987 Subscribing to Policy No. B080414390F14

Lloyd's Syndicates MSP 318, WRB 1967, and AGM 2488 Subscribing to Policy No. B0804Q11263F14

LMA SPC for and on behalf of Map 98 Segregated Portfolio

LMAP 903 Limited

Local Redevelopment Authority of the Lands and Facilities of Naval Station Roosevelt Roads

Lolita Gandarilla de Casasnovas

Longo En-tech Puerto Rico, Inc.

López Sánchez & Pirillo, LLC

Lopez-Correa, Yarlier

Lopez-Fuentes, Maria

Lopez-Molina, Ivaniella

Lopez-Silvero Matos, Aviel

Lord Electric Company of Puerto Rico

Louis Jules Marin

Lourdes Arce Rivera

Lourdes Morales

Lourdes Perdigon

LPL Financial Corporation

LS Innovative Education Center, Inc.

LS Institutional High Income Fund

LS Strategic Income Fund

Lucas Pérez Valdivieso Torruella

Lugo Mender Group, LLC

Lugo-Emanuelli Law Offices

Lugo-Lewis, Bianca

Luis A Rivera Siaca

Luis A. Marquez Garcia

Luis A. Toro Perez M.D.

Luis Baerga

Luis E. Almeida Marin

Luis Enrique Vazquez-Zayas

Luis F. Gonzalez-Colon

Luis Fred Salgado, Esq.

Luis G. Lajara Borelli

Luis Garraton Martin

LUIS J. COSTAS-RUSSELL

Luis J. Torruella

Luis M. Olazabal

Luis Modesto Rodríguez Rivera

Luis Montes-Valentin

Luis Polanco, Angela Bautista-Nuez, Rosana Polanco, Ana Digna Tavarez

Luis R. Rivera

Luis R. Santini Gaudier

Luis R. Santini-Gaudier

Luis Santini Lopez

Luis T. Toro Ramos

Luisa Murray Soto

Luskin Stern & Eisler LLP

Luz D. Millan

Luz Iraida Rodriguez De Vazquez

Luz J. Pasarell

Luz M Arroyo

Luz M. Arroyo Rivera

Luz M. Carrasquillo Flores

Luz Pizarro-Correa

Lydia Pellot

Lynette Castillo

M Solar Generating, LLC

M.H. Davidson & Co.

M.L. & R.E. Law Firm

MACAM S.E.

Magdalena Maldonado Rivera

Maldonado, Karen

Maldonado-Rivera, Valerie

Maldonado-Rodriguez, Ginorly

Malgor & Co. Inc.

Management Consultants & Computer Services. Inc

Mangual's Office Cleaning Service Inc.

Manpower

ManpowerGroup, Inc.

Manuel A. Quilichini Teissonniere

Manuel Dos Santos

Manuel Natal-Albelo

Manufacturers And Traders Trust Company

Mapfre Praico Insurance Company

MAPFRE-PRAICO INSURANCE COMPANY

Marathon Asset Management, LP

Marble Ridge Capital LP

Marchand ICS Group

Marcia Gil Caraballo

Marco A. Albarran Portilla

Marco A. Albarran TC

Marcos A. Lopez

Marcos A. Roman-Lopez

Marcos De Dragoni

Margarita Guzman

Margarita Hurtado Arroyo

Margarita Maria Vincenty

MARGARITA WILSON MERCADO

MARGARO LOPEZ, INC.

María A. Martínez

Maria Aguayo De Dragoni

Maria Baco Alfaro

Maria Carmen Prats TIC

María Colón Crispin

Maria Consuelo Figueroa Torres

Maria D. Giannirakis

Maria Del C. Castro Rivera

Maria del C. López

Maria Del C. Reyes Madrazo

Maria Dolores Rodriguez Becerra

Maria E. Frontera Aymat

María E. Vicéns Rivera

María Elena Alonso Fuentes

María Fernanda Vélez Pastrana

Maria I. Rivera Sanchez Retirement Plan, Represented By UBS Trust Company Of PR

Maria Ines Suarez Perez-Guerra

Maria Isabel Suarez

Maria Ivonne Viguie-Fernandez

Maria Judith Diaz

Maria Judith Marchand-Sanchez

María Luisa Vélez Quiñones

Maria M. Candelas Guzman

Maria M. Freiria Garraton

Maria M. Morris Dapena

Maria Mendez Crespo

Maria R. Piza

Maria Rodriguez Hernandez

Maria Teresa San Miguel

Maria Teresita Martin

María Y. Viguie Fernández

Maria-Ines Suarez Perez-Guerra

Mariani Franco Law, P.S.C.

Mariano E. Gonzalez Diez

Maribel Flores Martin

Marichal, Hernandez, Santiago & Juarbe, LLC

Marichal, Hernández, Santiago & Juarbe, LLC

Marie Algarín Serrano

Mariloly Orozco

Marilyn Chinea

Marini Pietrantoni Muñiz, LLC

Mario B. Munoz Torres

Maritime Shipping Authority

Maritza Maldonado Lopez

Maritza Nieves Torres

Marjorie Casillas Hernandez

Mark Elliott

Markel Europe

Marlene Jaquez Urea

Marta Calderon

Marta L. Loubriel

Marta M. Toro Lopez

Martami, Inc

Martin J. Wah Reyes

Martín Peña Canal ENLACE Project Corporation

Martinez-Alvarez, Menendez Cortada & Lefranc Romero, PSC

Marylin Gonzalez Toro

Maslon LLP

Mason Capital Management, LLC

Mason Capital Master Fund, L.P.

Master Link Corp.

Matos-Nieves, Melanie

Matthew May

Matthias Rieker

Mauricio Shub

Maximiliano Trujillo-Gonzalez, Esq.

Mayaguez Cinema, Corp.

Mayaguezanos por la Salud y el Ambiente, Inc.

Mayra Gardon Stella

Mayra Grajalsperez

Mayra I. Ramos Roman

Mayra Lopez-Duprey

Mayra Olavarría Cruz

MBIA Insurance Corporation

MBIA, Inc.

MC-21 LLC

MCCONNELL VALDÉS LLC

McConnell Valdés, LLC

MCD Law, LLC

McDermott Will and Emery

McGuire Woods, LLC

McKinsey & Company, Inc.

MCP Holdings Master LP

MCS Advantage, Inc.

MCS Health Management Options, Inc.

MCS Life Insurance Company

MCZY Bus Services Inc.

Medical Card System, Inc.

Medical Services Administration (ASEM)

Medicoop

Melmed Investment Group

Members of Sucesión Pastor Mandry Nones

Mendez & Co. Inc.

Mendez-David, Carlos

Mental Health and Addiction Services Administration

Mental Health Services and Addiction Control Administration

Merced Capital, L.P.

Merced Partners IV, L.P.

Merced Partners Limited Partnership

Merced Partners V, L.P.

Mercedes J. Almeyda Domenech

Mercedes Vicente Benitez

Merck Sharp & Dohme (I.A.) LLC

Merin Lizzette Boada Molina

Merrill Lynch Capital Services, Inc.

Merrill Lynch Pierce Fenner & Smith/Fixed Income

Merrill Lynch, Pierce Fenner & Smith Safekeeping

Merrill Lynch, Pierce, Fenner & Smith Incorporated

Mesirow Financial, Inc.

Metric Engineering, Inc.

Metro Center Associates

Metro Pavia Health System

MGIC Indemnity Corporation

Michael A. Gonzalez Vega

Michael E. Danuz Reyes

Michael J. Brown

Michael J. Seralles

Michael Melendez

Michica International Co., Inc.

Microsoft Corporation

Migrant Health Center, Inc.

Miguel A. Beauchamps Ramos

Miguel Ángel Serrano-Urdaz

Miguel Fabre

Miguel Ortiz

Miguel Palou Sabater

Miguel Pomales Castro

Milagros Acevedo

Milagros Ayoroa Santaliz

Milagros Castells Santiago

Milagros Del C. Aponte Hernandez

Milagros Mendez Arvelo

MILBANK LLP

Milbank, Tweed, Hadley & McCloy LLP

Miranda Cruz & Associates, PSC

Miranda-Giribaldi, Jan

Mirela Roznovschi

Miriam Sanchez Lebron

Mitchell De Jesus-Soto

Mitchell F. Winslow

Mitsubishi Motor Sales of Caribbean, Inc

Mitsubishi u/f/j Trust & Banking Corporation, New York

MMM Healthcare, Inc.

MMM Healthcare, LLC

Model Forest

Monarch Alternative Capital LP

Monarch Alternative Solutions Master Fund Ltd

Monarch Capital Master Partners II LP

Monarch Capital Master Partners III LP

Monarch Capital Master Partners IV LP

Monarch Debt Recovery Master Fund Ltd.

Monarch Recovery Ltd.

Monarch Special Opportunities Master Fund Ltd.

Monitor SN

Monserrate Simonet & Gierbolini, LLC

Monsita Lecaroz Arribas

Montilla-Alvarado, Camelia

Moore & Van Allen PLLC

Moore Irrevocable Trust U\A 12/8/87, James B. Moore Trustee, a trust and its trustee

Moore Revocable Trust USA 12/8/87

Moraima S. Ríos-Robles

Morell, Bauzá, Cartagena & Dapena

Morgan Keegan & Co

Morgan Stanley

Morgan Stanley & Co. LLC

Morgan Stanley Smith Barney LLC

Morgan Stanley Wealth Management (On Behalf Of Sakamoto-Hata Living Trust)

Morgan, Lewis & Bockius LLP

Morovis Community Health Center, Inc.

Morrison & Foerster LLP

MOVIMIENTO DE CONCERTACION CIUDADANA INC.

MPR Investors LLC

MR LUIS DUPREY-RIVERA

Mudanzas Torres, Inc.

Multi Clean Services Inc.

Munger Tolles & Olson LLP

Municipal Revenue Collection Center

Municipalities of Caguas

Municipalities of San Juan

Municipality of Adjuntas

Municipality of Aguada

Municipality of Aguadilla

Municipality of Aguas Buenas

Municipality of Aibonito

Municipality of Añasco

Municipality of Arecibo

Municipality of Arroyo

Municipality of Barceloneta

Municipality of Barranquitas

Municipality of Bayamón

Municipality of Cabo Rojo

Municipality of Caguas

Municipality of Camuy

Municipality of Canóvanas

Municipality of Carolina

Municipality of Cataño

Municipality of Cayey

Municipality of Ceiba

Municipality of Ciales

Municipality of Cidra

Municipality of Coamo

Municipality of Comerío

Municipality of Corozal

Municipality of Culebra

Municipality of Dorado

Municipality of Fajardo

Municipality of Florida

Municipality of Guánica

Municipality of Guayama

Municipality of Guayanilla

Municipality of Guaynabo

Municipality of Gurabo

Municipality of Hatillo

Municipality of Hormigueros

Municipality of Humacao

Municipality of Isabela

Municipality of Jayuya

Municipality of Juana Díaz

Municipality of Juncos

Municipality of Lajas

Municipality of Lares

Municipality of Las Marías

Municipality of Las Piedras

Municipality of Loiza

Municipality of Luquillo

Municipality of Manatí

Municipality of Maricao

Municipality of Maunabo

Municipality of Mayagüez

Municipality of Moca

Municipality of Morovis

Municipality of Naguabo

Municipality of Naranjito

Municipality of Orocovis

Municipality of Patillas

Municipality of Peñuelas

Municipality of Ponce

Municipality of Quebradillas

Municipality of Rincón

Municipality of Rio Grande

Municipality of Sabana Grande

Municipality of Salinas

Municipality of San Germán

Municipality of San Juan

Municipality of San Lorenzo

Municipality of San Sebastián

Municipality of Santa Isabel

Municipality of Toa Alta

Municipality of Toa Baja

Municipality of Trujillo Alto

Municipality of Utuado

Municipality of Vega Alta

Municipality of Vega Baja

Municipality of Vieques

Municipality of Villalba

Municipality of Yabucoa

Municipality of Yauco

MUNIZ BURGOS CONTRACTORS, CORP.

Muniz Melendez Investments Corp.

Muñoz Benitez Brugueras & Cruz

Musical Arts and Stagecraft Corporation

Musical Arts Corporation

Myrta Lopez-Molina

N. Harris Computer Corporation

Nancy J. Gargula, United States Trustee for Region 21

Nancy Pujals

Narciso Camejo Gonzalez

Natalie Jaresko, Executive Director & Interim Revitalization Coordinator

National College of Business and Technology Company, Inc.

National Copier & Office Supplies, Inc.

National Financial Services LLC

National Guard of Puerto Rico

National Public Finance Guarantee Corporation

Natixls Investmemt Fund UK ICVC- LS Strategic Income Fund

Natural Resources Administration

Navarro-Cabrer Law Offices

Nazario Briceño Law Offices, LLC

Neftalí Soto Santiago

Nelson D. Rosario Garcia

NELSON ROBLES-DIAZ LAW OFFICES, P.S.C.

NeoMed Center, Inc.

Netwave Equipment Corp.

Nevares, Sanchez-Alvarez & Cancel PSC

Newtyn Partners, LP

Newtyn TE Partners LP

Next Level Learning, Inc.

Nextgen Healthcare, Inc.

Nexvel Consulting LLC

NIBA International Corp.

Nicolás Iturregui Margarita

Nidco Management Group Retirement Plan, Represented By UBS Trust Company Of PR

Nilda Navarro-Cabrer

Nokota Capital Master Fund, L.P.

Norberto Tomassini

Norma Bernier Casanova

Northern Trust Company/Future Fund Accounts

Northern Trust Company/OCH-ZIFF Capital Management

Norton Rose Fulbright US LLP

NTT Data Eas, Inc.

Nustream Communications Corp

Nuveen Asset Management, LLC

Nydia E. Chéverez Rodríguez

Nydia F. Morales

Nydia M. Morales

Nydia Z. Jimenez Sanchez

O'Neill & Borges, LLC

Oaktree Huntington Investment Fund II, LP

Oaktree Opportunities Fund IX (Parallel 2), L.P.

Oaktree Opportunities Fund IX (Parallel), LP

Oaktree Opportunities Fund IX Delaware, L.P.

Oaktree Opportunities Fund IX, L.P.

Oaktree Opportunities Fund X (Parallel 2), LP

Oaktree Opportunities Fund X (Parallel), LP

Oaktree Opportunities Fund X Holdings (Delaware), L.P.

Oaktree Opportunities Fund X, LP

Oaktree Opps X Holdo Ltd.

Oaktree Value Opportunities Fund Holdings, L.P.

Oaktree Value Opportunities Fund, L.P.

Oaktree-Forrest Multi-Strategy, L.L.C.

Oaktree-Forrest Multi-Strategy, LLC (Series B)

Oaktree-Forrest Strategy, LLC (Series B)

Oceana Master Fund Ltd.

Ocher Rose, L.L.C.

Off Hill Strategies, LLC

Office for Community and Socioeconomic Development of Puerto Rico

Office of Administration and Transformation of Human Resources in the Government of Puerto Rico

Office of Court Administration

Office of Electoral Comptroller

Office of Government Ethics of Puerto Rico

Office of Industrial Tax Exemption

Office of Legislative Services

Office of Management and Budget

Office of Municipal Management

Office of the Commissioner of Financial Institutions

Office of the Commissioner of Insurance

Office of the Comptroller

Office of the Financial Institutions Commissioner

Office of the Governor

Office of the Inspector General

Office of the OMBUDSMAN

Office of the OMBUDSMAN - Elders and Pensioners

Office of the OMBUDSMAN - Patients and Health

Office of the OMBUDSMAN - Persons with Disabilities

Office of the OMBUDSMAN - Veterans

Office of the OMBUDSMAN - Women

Office of the Solicitor - Special Independent Prosecutor

Official Committee of Retired Employees of Puerto Rico

Ojeda-Bracero, German

Olazabal-Infante, Luis

Old Bellows Partners LP

Olga I. Trinidad Nieves

Olga M. Rabell Rosa

Olimac Manufacturing Corporation

Oliveras & Ortiz Law Offices, PSC

Olivieri-Geigel & Co.

Omar Cuadrado

O'Melveny & Myers, LLP

O'Neill Security & Consultant Serv Inc.

Oppenheimer & Co. Inc.

Oppenheimer Funds, Inc.

Opps Culebra Holdings, L.P.

Optionsxpress, Inc.

Oracle America, Inc.

Oracle Caribbean, Inc.

Orben Irizarry Robles

Oriana Energy LLC

Oriental Bank

Orlando Arroyo-Morales

Orlando Fernández Law Offices

Orlando Ortiz-Cintron, Esq.

Orlando Torres Berrios

ORONOZ & ORONOZ

Orrick, Herrington & Sutcliffe, LLP

Ortega-Cabrera, Minerva

Ortiz-Menes, Arturo

Ortiz-Torres, Camila

Oscar A. Remus Abreu

Oscar F. Arroyo Oliveras

Oscar Gonzalez Badillo

Oscar X. Ocasio Gonzalez

Osvaldo Antommattei Frontera

Osvaldo Toledo Martinez, Esq.

Otero and Associates

OZ Credit Opportunities Master Fund, Ltd.

OZ Enhanced Master Fund, Ltd.

OZ GC Opppportunities Master Fund, Ltd

OZ Management II, LP

OZ Management LP

OZ Master Fund, Ltd.

OZSC II, L.P.

P. R. Used Oil Collectors, Inc.

P. Schoenfeld Asset Management LP

Pablo Del Valle Rivera

Padial-Guzman, Ana

Pan Amerircan Grain Co., Inc.

Panaderia la Sevillana, Inc.

Pandora Select Partners, L.P.

Pandora Select Partners, LP as Transferee of Syncora Guarantee Inc.

Parole Board

Partnerre Ireland Insurance DAC

Patricia Hixson

Patricia L. Seifert

Pattern Energy Group, Inc.

Pattern Santa Isabel LLC

Paul Davis

Paul Hastings, LLP

Paul, Weiss, Rifkind, Wharton & Garrison, LLP

Pavia & Lazaro, PSC

PBJL Energy Corporation

PDCM Associates, SE

Peaje Investments, LLC

Pearson Education, Inc.

Pearson Pem P.R., Inc.

Pedro A. Vargas-Fontánez

Pedro Carbonera Pardo

Pedro Cid Martinez

Pedro Iturregui Margarida

Pedro L. Casasnovas Balado

Pedro Manuel Vincenty Guzman

Pedro Nicot Santana, Esq.

Pedro R. Callazo

Pedro Rodriguez Tirado

Peerless Oil & Chemicals, Inc.

Pelican Fund LP

Pension Trustee Advisors, Inc.

Pentwater Merger Arbitrage Master Fund Ltd.

People Television, Inc.

Pereira Vazquez, Taina

Perez-Delgado, Madelyn

Perez-Perez, Paola

Perfect Cleaning Services, Inc.

Performance Chemicals Company, Inc.

Perkins Coie LLP

Permal Stone Lion Fund Ltd

Permits Management Office

Perrinjaquet-Cruz, Olivier

Pershing LLC

Personnel Recruiting Services, Corp.

Peter C. Hein

PFZ Properties, Inc.

Phoenix Management Services, LLC

Phyllis A. Hemmerly

Physician HMO Inc.

Picó & Blanco, LLC

Pietrantoni Méndez & Alvarez LLC

Pilar O. Bonnin

Pinehurst Partners, L.P.

Piper Jaffrey & Co

PJT Partners

Plan de Salud Menonita, Inc.

Planning Board

Plaza Escorial Cinema, Corp.

PLC Law

PLUMBING & SEWER CLEANING RUS CORP.

Plummer, Jacqueline Renée Ann

PNC Bank, National Association

POLYMER INDUSTRIES INC

Ponce De Leon Gun Shop Inc.

Ponce Port Authority

Popular Auto, LLC

Popular High Grade Fixed Income Fund, Inc.

Popular Income Plus Fund, Inc.

Popular Securities, LLC

Popular, Inc.

Populicom, Inc.

Port of the Americas Authority

Ports Authority

Postage By Phone Reserve Account

PR and the Caribbean Cardiovascular Center Corp

PR Aqueduct and Sewer Authority

PR Federal Affairs Administration

PR Infrastructure Finance Authority

PR Maritime Shipping Authority

PR Medical Services Administration

Pretrial Services Program

Prime Clerk, LLC

Prime Seg 15/00

Printech, Inc.

Prisma SPC Holdings Ltd - Segregated Portfolio AG

Procesos de Informatica, Inc.

Professional Consulting Psychoeducational Services, LLC

Professional Records and Information Management, Inc.

Program of Youth Affairs

Promotions & Direct, Inc.

Proskauer Rose, LLP

Prosol-Utier

Prospero Tire Export, Inc.

Providencia Cotto Perez

PRV Law Office

PSV & Co, PSC

Public Broadcasting Corporation

Public Building Authority

Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives

Public Corporation for the Supervision and Insurance of Cooperatives of Puerto Rico

Public Housing Administration

Public Service Appellate Commission

Public Service Commission

Public Service Regulatory Board

Public-Private Partnership Authority

Puerto Nuevo Security Guards, Inc.

Puerto Rico AAA Portfolio Bond Fund II, Inc.

Puerto Rico AAA Portfolio Bond Fund, Inc.

Puerto Rico AAA Portfolio Target Maturity Fund, Inc.

Puerto Rico and Municipal Islands Transport Authority

Puerto Rico Aqueduct and Sewer Authority

Puerto Rico Bathroom Remodeling, Inc.

Puerto Rico Conservatory of Music Corporation

Puerto Rico Convention Center District Authority

Puerto Rico Council on Education

Puerto Rico Department of Justice

Puerto Rico Education Council

Puerto Rico Electric Power Authority

Puerto Rico Energy Administration

Puerto Rico Energy Bureau

Puerto Rico Energy Commission

Puerto Rico Firefighter Corps

Puerto Rico Fiscal Agency and Financial Advisory Authority

Puerto Rico Fixed Income Fund II, Inc.

Puerto Rico Fixed Income Fund III, Inc.

Puerto Rico Fixed Income Fund IV, Inc.

Puerto Rico Fixed Income Fund V, Inc.

Puerto Rico Fixed Income Fund VI, Inc.

Puerto Rico Fixed Income Fund, Inc.

Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.

Puerto Rico Health Insurance Administration

Puerto Rico Highways and Transportation Authority

Puerto Rico Horse Owners Assocation, Inc.

Puerto Rico Industrial Development Company

PUERTO RICO INDUSTRIAL DEVELOPMENT COMPANY (PRIDCO)

Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities
Financing Authority

Puerto Rico Infrastructure Finance Authority

Puerto Rico Integrated Transit Authority

Puerto Rico Investors Bond Fund I, Inc.

Puerto Rico Investors Tax- Free Fund III, Inc.

Puerto Rico Investors Tax- Free Fund Inc. II

Puerto Rico Investors Tax- Free Fund IV, Inc.

Puerto Rico Investors Tax- Free Fund V, Inc.

Puerto Rico Investors Tax- Free Fund VI, Inc.

Puerto Rico Investors Tax- Free Fund, Inc.

Puerto Rico Investors Tax-Free Fund V, Inc.

Puerto Rico Investors Tax-Free Fund, Inc.

Puerto Rico Land Administration

Puerto Rico Legal Advocates, PSC

Puerto Rico Maritime Shipping Authority

Puerto Rico Medical Defense Insurance Company

Puerto Rico Medical Services Administration

Puerto Rico Metropolitan Bus Authority

Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.

Puerto Rico Municipal Finance Agency

Puerto Rico National Guard

Puerto Rico Police Bureau

Puerto Rico Ports Authority

Puerto Rico Public Broadcasting Corporation

Puerto Rico Public Buildings Authority

Puerto Rico Public Private Partnerships Authority

Puerto Rico Sales Tax Financing Corporation

Puerto Rico School of Plastic Arts

Puerto Rico Supplies Group Inc.

Puerto Rico Telephone Authority

Puerto Rico Telephone Company d/b/a Claro

Puerto Rico Telephone Company, Inc.

Puerto Rico Tourism Company

Puerto Rico Trade and Export Company

PV Properties, Inc.

PWCM Master Fund Ltd

Quality & Reliable Services Inc.

Quality Equipment, Inc.

Quality Systems, Inc.

QUEST DIAGNOSTICS OF PUERTO RICO, INC.,

Quinn Emanuel Urquhart & Sullivan, LLP

Quinones Vargas Law Offices

Quinones-Salim, Jose

QUINTERO CONSTRUCTION S E

R Hughes and J Hughes TTee Hughes Family Trust

R. Cordova Trabajadores Sociales C S P

R. Hughes and J. Hughes Ttee Hughes Family Trust

Radames Muniz

Rae Marie Dougan

Rafael A. Ortiz-Mendoza

Rafael A. Quinones Soto

Rafael Bonilla Rivera

Rafael Bracero Torres

Rafael Cavo Santoni

Rafael Enrique Ducos Bravo

Rafael Hernandez Barreras

Rafael Rodriguez Quintana

RAFAEL ROMAN-JIMENEZ

Rafaela Fernandez

Ralphi E. Dominicci Rivera

Rama Construction LLC

Ramirez & Co.

Ramirez and Co., Inc.

Ramirez Bus Line Inc.

Ramirez-Cisneros, Daniel

Ramón A. Bonilla Martínez

Ramon Colon-Gonzalez

Ramon M. Ruiz Comas

Ramón M. Ruiz, Interim Executive Director of the Board

Ramon Ruiz Comas

Ramon Torres Rodriguez, Esq.

Ramón Vidal Nadal

Ramone E. Morales dba Morales Distributors

Ramos & Ramos Realty Inc

Ramos Collazo, Rolando

Ramos Gonzalez & Toyos Olascoaga, CSP

Rancel Bus Service, Inc.

Raoul Smyth

Raul A Darauche Andujar

Raúl E. Casasnovas Balado

Raul Jaime Vila Selles

Raul Ramirez

Raylin Bus Line Corp.

Raymond James

Raymond James & Associates, Inc.

Raymond Rivera Morales

RB Law Offices

RBC Capital Markets, LLC

RBC Dominion Securities Inc./CDS**

Ready & Responsible Security, Inc.

Redwood Master Fund, Ltd

Reed Smith, LLP

Regions Bank

REICHARD & ESCALERA

REICHARD & ESCALERA LLC

Reichard & Escalera, LLC

Reinaldo Vincenty Perez

Reliable Equipment Corporation

Reliable Health Services Corp.

Rene Patricio Lopez-Duprey

Rene Pinto-Lugo

Rene Rios Pena

Rene Torres Ortiz

Reno & Cavanaugh, PLLC

ReSun (Barceloneta), LCC

Retirement Association of AEE

Rexach & Picó, CSP

Rexach Hermanos, Inc.

Reyes Contractor Group, Inc.

Rhonda M. Castillo Gammill

Ricardo Alegria

RICARDO ANTONIO ROSSELLÓ NEVARES

Ricardo Estrada Maisonet

Ricardo L. Castillo Filippetti, Esq.

Ricardo L. Ortiz-Colón, Esq.

Ricardo Levy Echeandia and Lourdes Arce Rivera, abd Laura Levy

Ricardo R. Fuentes

Ricardo Rosello Nevares

Richard D. Seifert

Richard F. Levy Echeandia

Richard W. Knapp Credit Shelter Trust S/B/O Margaret A. Knapp 07/28/2016

Richards Kibbe & Orbe LLP

Rickenbach Ojeda Attorneys at Law PSC

Ricoh Puerto Rico, Inc.

Rieker, Matthias

Rifkind, Kyle

Rincon Health Center, Inc.

Rio Grande Community Health Center, Inc.

Rio Hondo Cinema, Corp.

Rios-Munoz, Vivian

River Canyon Fund Management, LLC

Rivera Colón, Rivera Torres & Rios Berly, PSC

Rivera, Tulla and Ferrer, LLC

RJ Hughes Sbtulwt Re Hughes UAD 05/28/2012 Robert B. Hughes TTee

RM Children's Trust

Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP

Robert B. Faber

Robert Kazmierski

Robert Ramos Martin

Robert W. Baird & Co. Incorporated

Robert Wong

Roberto del Toro Morales

Roberto Luis Camacho Jusino

Roberto Maldonado Law Office

Roberto Marrero Diaz

Roberto Perez Colon

Roberto Quiles

Roberto Torres Lugo

Robles-Cruz, Carlos

Roche Diagnostics Corporation

Rochelle McCullough, LLP

Rock Solid Technologies, Inc.

Rocket Learning, LLC

Rocket Teacher Training, LLC

Rodriguez Banchs, CSP

Rodriguez Marxuach Law Offices, PSC

RODRÍGUEZ MARXUACH, PSC

Rodriguez-Alvarez, Amaury

Rodriguez-Burns, Francisco

Rodriguez-Nieves, Joana

Rodriguez-Parissi & Co., C.S.P.

Rolon Nieves, Veronica

Ronald Klempner

Ronald Ramos

Ronald Ramos Martin

Roosevelt & Cross

Roosevelt Roads Naval Station Redevelopment

Ropes & Gray LLP

Rosa E. Lespier Santiago

Rosa M. Aguayo Pacheco

Rosa M. Pierluisi

Rosa Rosario De Morales

Rosalina Ortiz De Jesus

Rosario Colon, Ryan

Rosario Pacheco

Rosario-De Jesus, Paola

Rosa-Schellhorn, Benjamin

Rose Marie Flores-Perez

Rosemarie Vizcarrondo

Rosendo E. Miranda López, Esq.

Roshell Soto Garcia

Rossana Lopez Leon

Rosso Group, Inc.

Rosso-Tridas, Lizzie

Rothschild & Co US Inc.

Roy Robertson

RPP Law, PSC

RRW I LLC

Ruiz-Morales, Carla Paola

Ruth Valdes de Adsuar

S & L Development S.E.

S.H.V.P. Motor Corp.

Sabiamed Corporation

Saldaña & Saldaña Egozcue, PSC

Saldaña, Carvajal & Vélez-Rivé, PSC

Salichs Pou & Associates, PSC

Salud Integral en la Montana

Salvador Rovira Rodriguez

Sammy Baez-Figueroa

Samuel A. Pena Ortiz

Samuel Gracia-Gracia

Samuel Rodriguez Claudio

Sanabria Bauermeister Garcia & Berio

Sanchez Pirillo LLC

Sandra Ayala Cruz

Sandra Maclay De Serralles

Sanford C. Bernstein & Co., LLC

Sanjenis-Cardona, Alejandro

Santander Asset Management, LLC

Santander Securities, LLC

Santi Law Office

Santiago Ramirez, Ana Maria

Santin-Martinez, Cristina

SANTOS BERRIOS LAW OFFICE LLC

Santos Gonzalez Morales

Santos Mulero Sierra

Santos-Sanchez, Cesar

Sara E. De Jesus De Pico

Sarlaw LLC

Saybolt LP

SB Special Situation Master Fund SPC, Segregated Portfolio D

SCHOENFELD Asset Management LP

School of Plastic Arts

Schulete Roth & Zabel LLP

SCHULTE ROTH & ZABEL LLP

Sciemus Limited

Scoggin International Fund Ltd.

Scoggin Management LP

Scoggin Worldwide Fund Ltd.

Scotia MSD

Scotiabank de Puerto Rico

Scottrade, Inc.

Sculptor Capital LP (f/k/a OZ Management LP)

Sculptor Capital Management

Sculptor Credit Opportunities Master Fund, Ltd. (f/k/a OZ Credit Opportunities Master Fund,
Ltd.),

Sculptor Enhanced Master Fund, Ltd. (f/k/a OZ Enhanced Mater Fund, Ltd.),

Sculptor GC Opportunities Master Fund, Ltd. (f/k/a OZ GC Opportunities Master Fund, Ltd.)

Sculptor Master Fund, Ltd. (f/k/a OZ Master Fund, Ltd.),

Sebastian Negron

Securities & Exchange Commission

Seda & Perez Ochoa, PSC

SEDA & PÉREZ-OCHOA, P.S.C.

Segal Consulting

Seguros Colon Colon, Inc.

SEI Private Trust Company

SEI Private Trust Company/C/O GWP

SEIU Local 1199/Union General de Trabajadores

SEIU Local 1996/Sindicato Puertoriqueno de Trabajadores y Trabajadores

Semper Innova Corporation

Senate

Senator Global Opportunity Master Fund LP

Senator Investment Group LP

Sepulvado & Maldonado, PSC

Sepulvado Maldonado & Couret

Sepulveda-Echegaray, Eric

Serengeti Asset Management, LP

Sergio Rodriguez

Service Employees International Union

Service Employees International Union and United Auto Workers International Union

Service Group Consultant Inc.

Servicio de Transportacion Juan Carlos Inc.

Servicios Profesionales Integrados a la Salud, Inc.

Servidores Publicos Unidos de Puerto Rico

Servidores Públicos Unidos, AFSCME Council 95

Sesco Technology Solutions, LLC

Shalini Gupta

Shearman & Sterling LLP

Sheppard Mullin Richter & Hampton LLP

Shindler Anderson & Goplerud, P.C.

Sidley Austin LLP

Siemens Corporation

Siemens Transportation Partnership Puerto Rico, S.E.

Sierra Club Puerto Rico, Inc.

Sign Language Interpreters, Inc.

Silver Point Capital Fund, L.P.

Silver Point Capital Offshore Master Fund, L.P.

Silver Point Capital, L.P.

Silvia Batista Castresana

Silvia Consuelo Blasini Batista

Simpson Thacher & Bartlett LLP

Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica (SREAEE)

Sistema Universidad Ana G Mendez

Skadden, Arps, Slate, Meagher & Floam LLP

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Skanska USA Building Inc.

SKY HIGH ELEVATORS CORP

SL Liquidation Fund LP

SL Puerto Rico Fund II LP

SL Puerto Rico Fund LP

Small Business Administration

Socioeconomic Development of the Family Administration

Socio-Economic Development Office

Softek, Inc.

Sola Ltd

Solid Waste Authority

Solomon Page

Solus Alternative Asset Management LP

Solus Opportunities Fund 5 LP

Solymar Castillo Morales

Somos, Inc.

Sonia Ivette Carrasquillo Calderón

Sonnedix USA Services Limited

Sophie Aalaei

South Parcel of Puerto Rico, SE

Southwest Securities, Inc.

Special Claims Committee of the Financial Oversight and Management Board

Special Communities Perpetual Trust

Special Independent Prosecutor Panel

SSB - Blackrock Institutional Trust

SSB - Trust Custody

SSB&T Co/Client Custody Services

SSM & Associates, Inc.

St. James Security Services, LLC

State Elections Commission

State Historic Conservation Office

State Historic Preservation Office

State Insurance Fund Corporation

State Office of Energy Public Policy

State Street Bank & Trust/State Street TotalETF

State Street Bank and Trust Company

Statistics Institute of PR

Stephen S. McMillin

Stephens Inc.

Stericycle

Sterne, Agee & Leach, Inc.

Stifel, Nicolaus & Company, Incorporated

Stockcross Financial Services, Inc.

Stoever Glass & Co.

Stone Lion IE, a fund of Permal Account Platform ICAV

Stone Lion L.P

Stradling Yocca Carlson & Rauth, PC

Strategic Income Fund-MMHF

Stroock & Stroock & Lavan, LLP

Stuart Dwork

Sucesión Díaz Bonet compuesta por sus herederos

Sucesion Francisco Xavier Gonzalez Goenaga

Sucesion Mandry Mercado

Sucesión Pastor Mandry Mercado

Sucesión Sastre Wirshing

SUCN Oscar Rodriguez Crespo

Sucre Concepcion, Gerardo Javier

Suiza Dairy Corporation

Super Asphalt Pavement Corporation

Super Plastico, Inc.

Superintendent of the Capitol

Supreme Court

Susman Godfrey LLP

Suzette Abraham

Suzette Abraham Vizcarrando

Suzuki del Caribe, Inc.

SV Credit, L.P.

Sweney Cartwright Co

Sylvia I. Martinez Calimano

Syncora Capital Assurance, Inc.

Syncora Guarantee Inc.

T R C Companies

Taconic Capital Advisors L.P.

Taconic Capital Advisors, L.P.

Taconic Master Fund 1.5 L.P.

Taconic Opportunity Master Fund L.P.

Tactical Equipment Consultants, Inc.

Tallaboa Industrial Deveopment, Inc.

Taller de Desarollo Infantil y Prescolar Chiquirimundi Inc.

Tamrio, Inc.

TARGET ENGINEERING S E

Tasman Fund LP

Tatito Transport Service Inc.

Tax-Free Puerto Rico Fund II, Inc.

Tax-Free Puerto Rico Fund, Inc.

Tax-Free Puerto Rico Target Maturity Fund, Inc.

TCM Capital

TD Ameritrade Clearing, Inc.

TD Prime Services LLC

Teachers' Retirement System

TEC Contractors, LLC

TEC General Contractors, Corp.

Telecommunications Bureau

Telecommunications Regulatory Board

Telefonica Larga Distancia de Puerto Rico, Inc.

Tens Development, L.L.C.

Teresa N. Fortuna Garcia

Teresa R. Miller

Thamari Gonzalez Martinez

the Asociación de Maestros de Puerto Rico

The Bank of New York Mellon

The Bank of New York Mellon, As Trustee, Under the Trust Agreement Dated March 1, 2015
Between the Puerto Rico Infrastructure Authority and the Bank of New York Mellon, and Fir
Tree Inc. As Successor in Interest, To RBC Municipal Markets, LLC, As Owner Representative
Under the Noteholder Agreement Dated March 1, 2015 Relating To Puerto Rico Infrastructure
Authority Dedicated Tax Revenue Bond Anticipation Notes Series 2015

The Bank of New York Mellon/FMS Bonds, Inc.

The Bank of New York Mellon/Mellon Trust of New England, National Association

The Bank of New York Mellon/Nomura Bank Int'l PLC

The Bank of New York/FMSBonds, Inc.

The Bank of New York/Popular Securities, Inc.

The Bank of Nova Scotia

The Belaval Burger Grandchildren Trust, represented by UBS Trust Company of Puerto Rico

The Boston Consulting Group, Inc.

The Canyon Value Realization Master Fund, L.P.

The Children's Trust Fund

The Estate of Daniela Moure

The Estate of Yesmin Galib Frau composed by Yesmin Marie, Lucas P., María Teresa and María Cristina Leonor Valdivieso Galib

The Estates of Gabriel Fuentes Vázquez and Evangelina Benejam-Otero, Comprised by Gabriel, Jorge L. and Jose R. Fuentes-Benejam

The Financial Attorneys, P.S.C.

The Garffer Group of Legal Advisors, LLC

The Hector L. Gonzalez Cruz Retirement Plan, represented by UBS Trust Company of Puerto Rico

The Hefler Family Trust

The Huntington National Bank

The Jesus Golderos Trust

The Law Offices of Andres W. Lopez, P.S.C.

The Madeline Torres Figueroa Retirement Plan, Represented By UBS Trust Company of Puerto Rico

The Northern Trust Company

The Official Committee of Unsecured Creditors

The Unitech Engineering Group, S.E.

The Värde Skyway Master Fund, L.P.

Thelma Vidal

Thomas Quinn

THOMAS RIVERA-SCHATZ

Tilden Park Capital Management LP

Tilden Park Investment Master Fund LP

Timber Hill LLC

Tito Ramirez Bus Service Inc.

Tomas Correa Acevedo

TORO COLÓN MULLET P.S.C.

Toro, Colon, Mullet, Rivera & Sifre, P.S.C.

Total Petroleum Puerto Rico Corp.

Tourism Company

Tradewinds Energy Barceloneta, LLC.

Tradewinds Energy Vega Baja, LLC

Traditional Lottery

Traffic Safety Commission

Trafigura Argentina S.A.

Trafigura Beheer B.V.

Trafigura Limited

Trafigura Trading LLC

Transcore Atlantic, Inc.

Transit Safety Commission

Transportation and Public Works

Transporte Escolar S S Inc.

Transporte Sonnel Inc.

Transporte Urbina Inc.

Trent and Jodene Lareau Revocable Trust

Trinity Metal Roof and Steel Structure Corp.

Trinity Services I, LLC

Triple - S Salud, Inc.

Truenorth Corp.

Tson-Kuang Wu and Mu-Niau Wu Tr, Wu Trust UA 04-27-1999

U.S. Bank National Association as Trsutee

U.S. Bank Trust National Association

U.S. Department of Justice, Civil Division

UBARRI & ROMÁN LAW OFFICE

UBS Financial Services Inc

UBS Financial Services Inc.

UBS Financial Services, Inc. of Puerto Rico

UBS IRA Select Growth & Income Puerto Rico Fund

UBS Securities LLC

UBS Trust Company

UBS Trust Company of Puerto Rico

Ultra Master LTD

Ultra NB LLC

Ulysses Offshore Fund, Ltd.

Ulysses Partners, LP

UMB Bank, National Association

Unemployment Insurance Fund

UNETE

Union Bank & Trust Company

Union Bank, N.A.

UNION DE EMPLEADOS DE OFICINA COMERCIO Y RAMAS ANEXAS, PUERTOS

UNION DE EMPLEADOS DE OFICINA Y PROFESIONALES DE LA AUTORIDAD DE
EDIFICIOS PUBLICOS

UNION DE EMPLEADOS PROFESIONALES INDEPENDIENTES

Union de Medicos de la Corporacion del Fondo del Seguro del Estado Corp.

Unión de Trabajadores de la Industria Eléctrica y Riego

Union De Trabajadores Trabajadores de La Industria Electrica Y Riego, Inc.

Union Employees Office Commerce

Union Holdings, Inc.

UNION INDEPENDIENTE DE EMPLEADOS DE LA AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS

UNION INSULAR DE TRABAJADORES INDUSTRIALES Y CONSTRUCCIONES
ELECTRICAS INC.

UNION NACIONAL DE EDUCADORES Y TRABAJADORES DE LA EDUCACION

Union of Office Employees and Professionals of AEP

Union of Professional Employees Independent

United Auto Workers International Union

United States Attorney for the Southern District of New York

United States Department Of Agriculture - Rural Development

United States Department of Justice

United States District Court, District of Massachusetts

United States of America

United States Postal Services

United Surety & Indemnity Company

Universal Care Corp. (Unicare)

Universal Group, Inc.

Universal Insurance Company

Universal Life Insurance Company

Universidad Central del Caribe, Inc.

Universidad Interamericana, Inc.

University of Puerto Rico

University of Puerto Rico Comprehensive Cancer Center

UPR Comprehensive Cancer Center

US Army Corps of Engineers

US Attorney for the District of Puerto Rico

US Bank National Association

US Bank Trust, National Association

US Department of Agriculture

US Department of Commerce

US Department of Education

US Department of Health and Services

US Department of Justice

US Department of Labor

US Trustee for the District of Puerto Rico

USAA Invest Mgmt Co

USAA Investment Management Company

VAB Financial

Valdes Ortiz Law Offices, PA

Valdes-Valderrama, Julio

Valentin Morales Camacho

Valenzuela-Alvarado, LLC

Valmont Industries, Inc.

Value Sales Corporation

VAMOS Citizens' Concertacion Movement

Vanguard Marketing Corporation

Värde Credit Partners Master, L.P.

Värde Investment Partners (Offshore) Master, L.P.

Värde Investment Partners, L.P.

Värde Partners, Inc.

Vargas-Villegas, Carlos

Vazquez Y Pagan Bus Line, Inc.

Velazquez-Negron, Paola

Velez-Lugo, Alexandra

Veronica Ferraiuoli Hornedo

Veterans Advocate Office

Víctor Calderón Cestero

Victor L. Ortiz Perez

Victor M. Rivera

Victor R. Merle Vargas

Victor Santiago Frontera

Vidal, Nieves & Bauza LLC

VIIV Healthcare Puerto Rico, LLC

Vilarino & Associates, LLC

Vilma Teresa Torres López

Vilmarie Ayala Cruz

Viñas Law Office, LLC

Virgilio Fernando Acevedo Rivera

Virginia Selden

Vision Financial Markets LLC

Vitol S.A.

Vitol, Inc.

Vivian Hernandez Vinas

Vivian Purcell

Viviana Ortiz Mercado

VMC Motor Corp.

Vocational Rehabilitation Administration

Voya Institutional Trust Company

Voz Activa, Inc.

VR Advisory Services, LTD.

VR Global Partners, L.P.

Wachtell, Lipton, Rosen & Katz

Wal-Mart Puerto Rico Inc.

Walter Alomar Jiménez

Walter Pomales

Walter R. Martinez Rodriguez

Warlander Asset Management, LP

Warren Min

Wedbush Securities Inc.

WEG Electric Corp.

Weil, Gotshal & Manges, LLP

Weinstein-Bacal, Miller & Vega, P.S.C.

Wells Fargo / Safekeep

Wells Fargo Bank, N.A./Sig

Wells Fargo Bank, National Association

Wells Fargo Clearing Services LLC AKA or FKA First Clearing LLC

Wells Fargo Municipal Bond Fund

Wells Fargo Securities, LLC

Wells Fargo Wisconsin Tax Free Fund

Wells Fargo/SafeKeep

Wesbanco Bank, Inc.

West Corporation

Western Surety Company and Continental Casualty Company

WF Computer Services, Inc.

White & Case, LLP

White Box Advisors LLC

Whitebox Advisors LLC

Whitebox Asymmetric Partners, LP

Whitebox Asymmetric Partners, LP as Transferee of Syncora Guarantee Inc.

Whitebox Caja Blance Fund, LP as Transferee of Syncora Guarantee Inc.

Whitebox GT Fund, LP as Transferee of Syncora Guarantee Inc.

Whitebox Institutional Partners, L.P.

Whitebox MultiStrategy Partners, L.P.

Whitebox Multi-Strategy Partners, LP as Transferee of Syncora Guarantee Inc.

Whitebox Term Credit Fund I L.P

Whitefish Energy Holdings, LLC

Whitefort Capital Master Fund, LP

Whitehaven Asset Management, LP

Wide Range Corp.

Wilbert Lopez Moreno & Asociados

Wilfredo Vazquez Olivencia

William Blair & Company, L.L.C.

William Cruz Soto

William D. Dougan JR Ten WRAS

William M. Vidal-Carvajal Law Office, P.S.C.

William Medina-Ruiz

William Rifkin

William Rivera Transport Service Inc.

William Santiago-Sastre, Esq.

William Shuzman

William Soto Santiago

Williams & Jensen, PLLC

Willkie Farr & Gallagher, LLP

WILLKIE, FARR & GALLAGHER LLP

Wilson Rivera Ortiz

Windmar Renewable Energy SE

Windmar Renewable Energy, Inc.

Winston & Strawn LLP

Wollmuth Maher & Deutsch LLP

Women's Advocate Office

WorldNet Telecommunications, Inc.

Wynndalco Enterprises, LLC

Xerox Corporation

Xiomara Bermudez Rios

Xiomara Rivera-Cruz

Yanmarie Socarras

Yarely Lugo Rosa

YASHEI ROSARIO

YFN Yabucoa Solar, LLC

Yohana De Jesús Berríos

Yolanda Cano- Ángeles

Young Conaway Stargatt & Taylor, LLP

Yvonne Baerga Varela

Zapata-Colon, Ana

Zapata-Hernandez, Hilton

Zayas-Torres, Edward

Zoe Partners LP

Zolfo Cooper, LLC

Zoraida Buxó Santiago

**APPENDIX C**

**[CONTRACTOR CERTIFICATION REQUIREMENT]**

The following certification shall be provided to the Oversight Board by each Contractor under contracts submitted for review:

1.      The Contractor's subcontractor(s) in connection with the contract is (are) the following:

2.      Neither the Contractor nor any of its owners, directors, officials or employees, has agreed to share or give a percentage of the Contractor's compensation under the contract to, or otherwise compensate, any third party, whether directly or indirectly, in connection with the procurement, negotiation, execution or performance of the contract, except as follows:

(Name of individual or firm, including names of principals or owners of the latter) (Principal terms and conditions of the compensation sharing arrangement)

3.      To the best knowledge of the signatory (after due investigation), no person has unduly intervened in the procurement, negotiation or execution of the contract, for its own benefit or that of a third person, in contravention of applicable law.

4.      To the best knowledge of the signatory (after due investigation), no person has: (i) offered, paid, or promised to pay money to; (ii) offered, given, or promised to give anything of value to; or (iii) otherwise influenced any public official or employee with the purpose of securing any advantages, privileges or favors for the benefit of such person in connection with the contract (such as the execution of a subcontract with Contractor, beneficial treatment under the contract, or the written or unwritten promise of a gift, favor, or other monetary or non-monetary benefit).

5.      Neither the Contractor, nor any of its owners, directors, officials or employees or, to the best of its knowledge (after due investigation), its representatives or sub-Contractors, has required, directly or indirectly, from third persons to take any action with the purpose of influencing any public official or employee in connection with the procurement, negotiation or execution of the contract.

The above certifications shall be signed by the Chief Executive Officer (or other officer with equivalent position or authority to issue such certifications) of the Contractor.

In the event that a Contractor is not able to provide any of the above certifications, such Contractor shall provide a written statement setting forth the reasons therefor.

[Signature Page Follows]

C-1

I certify by my signature below that I have received and reviewed, and am authorized on Contractor's behalf to agree that Contractor shall abide by this Contractor Certification Requirement:

Contractor Name:      <u>McKinsey & Company Puerto Rico Consulting, Inc.</u>

<u>_Thomas M Dohrmann_</u>                              <u>June 30, 2021</u>
Signature of Contractor Authorized Representative      Date

<u>Thomas Dohrmann, President, McKinsey & Company Puerto Rico Consulting, Inc.</u>
Printed Name and Title of Contractor Authorized Representative

C-2

## APPENDIX D

## [FOMB EXPENSE REIMBURSEMENT]

**Financial Oversight and Management Board for Puerto Rico**
*June 30, 2017*

**Expense Reimbursement Policy**

### 1. Introduction

The Board of Members of the Financial Oversight and Management Board for Puerto Rico ("the Board") recognizes that board members, officers, staff, and contractors* of the Board may be required to travel or incur in other expenses from time to time to conduct Board business.

The Reimbursed Expenses Policy (the "Policy") is designed to govern the reimbursement of reasonable, defined expenses incurred on authorized Board activities. Consequently, all reimbursed expenses must be consistent with a business objective and carried out in a timely and cost-effective manner.

This Policy applies to board members, officers, staff, and contractors* who incur authorized and approved travel and other expense items in the context of the Board's business. While exceptions are not normally permitted, there is clear recognition of certain special business needs. In any such exceptional situations, all board members, officers, staff, and contractors* are expected to apply a high degree of common sense and good judgment.

### 2. Purpose of the Policy

The purpose of this policy is to ensure that (a) adequate cost controls are in place, (b) travel and other expenditures are appropriate, and (c) to provide a uniform and consistent approach for the timely reimbursement of authorized expenses incurred by the Board. It is the policy of the Board to reimburse only reasonable and necessary expenses incurred by board members, officers, staff, and contractors.

### 3. Principles of the Policy

The Policy aims to provide a flexible framework for travel and other expenses based on the following principles:

**3.1**      This Policy applies to board members, officers, staff, and contractors* undertaking travel other expenses on Board business and for the purposes of this Policy, the term "staff" shall mean employees of the Board.

**3.2**   It is the responsibility of board members, officers, staff, and contractors* to ensure the selection of the most direct and economical travel options and that all expenses are attributable to a valid Board business purpose.

**3.3**   Board members, officers, staff, and contractors* shall be entitled to reimbursement of expenses on production of supporting vouchers and invoices meeting the requirements of an "Accountable Plan" provided under Regulation No. 8297 dated December 18, 2012 issued by the Puerto Rico Department of Treasury. No expense reimbursement will be allowed for amounts in excess of actual expenditures incurred. No expense reimbursement will be allowed for estimates of expenditures incurred. This includes coach-class airfare or train fare (or business class train fare if rates are comparable); and hotels and transportation (e.g. taxis).

**3.4**   It is the responsibility of the Board members, officers, staff, and contractors* to obtain travel authorization from the Chairman of the Board, the Executive Director or Authorized Representative prior to organizing or incurring any travel costs [See Appendix A for Authorization Authority]. Expense reimbursement is subject to having received prior authorization. Exceptions shall be made under the consideration of the Chairman, Executive Director or Authorized Representative.

**3.5**   The use of video and telephone conferencing instead of travel should always be considered to reduce travel expenses.

## 4.  Travel Expenses

### 4.1 Air Travel

**4.1.1**   Costs for air travel will be reimbursed on an actual cost incurred basis.

**4.1.2**   For all flights, board members, officers, staff, and contractors* are required to travel in a cabin class no higher than premium economy class and, when possible, the cheapest fare in this class.

**4.1.3**   Flights should be booked to provide the best value/lowest cost and fit between cost and  convenience. Board staff shall book flights through the Board's Executive Assistant. Board members may book flights through the Board's Executive Assistant or independently. Board contractors must book flights independently, though they are allowed to consult the Board's Executive Assistant on fares the board members, officers, and staff are using.

**4.1.4**   The Board will not reimburse costs incurred due to deviations from the most direct routes taken for personal travel reasons.  In such cases, if the Board purchased the ticket, the traveler must reimburse the Board for any additional costs over and above the authorized travel.

**4.1.5**   Any alteration to original travel plans must be justified and approved in accordance with the Policy.

## 4.2 Train Travel

**4.2.1**   The Board may reimburse travelers for their economy train fares or business class train fares when those fares are comparable to the equivalent, economy class airfare on the same route.

**4.2.2**   Board staff shall book trains through the Board's Executive Assistant. Board Members may book trains through the Board's Executive Assistant or independently. Board contractors must book trains independently, though they are allowed to consult the Board's Executive Assistant on fares the board members, officers, and staff are using.

## 4.3 Hotels and Lodging

**4.3.1**   Accommodation costs may be reimbursed by the Board. Board members, officers, staff, and contractors should not exceed cost of accommodation per night published in the U.S. Government GSA Per Diem Rates (https://www.gsa.gov/perdiem), unless approved by the Chairman or his authorized representative.

**4.3.2**   Board staff shall book hotels through the Board's Executive Assistant. Board members may book hotels through the Board's Executive Assistant or independently. Board contractors must book hotels independently, though they are allowed to consult the Board's Executive Assistant on fares the Board members, officers, and staff are using.

## 4.4 Transportation

**4.4.1**   Transportation costs during trips associated to Board business will be reimbursed. Board members, officers, and staff* can expense the following transportation costs: 1) transportation to and from the airport / train station and 2) transportation to and from the meeting location. Transportation costs cover taxi services or equivalent (e.g. Uber, Lyft or any other transportation means).

## 4.5 Business Meals

**4.5.1**   When travelling to a location other than the Board members, officers, staff, and contractors'* local city, business meals are reimbursable based on the following limits:

- Breakfast: $15; Lunch: $25; Dinner: $40
- Snack expenses are reimbursable when they replace a meal.

**4.5.2**   If meals are provided during the meeting, only meals not provided can be expensed.

## 5.  Other Expenses

**5.1** Other expenses are reimbursable provided they are legitimate, necessary and reasonable expenses directly connected with or pertaining to the Board, such as office supplies, printing and reproduction, telephone calls, and messengers, among other.

## 6.  Reimbursement of Expense

**6.1** Travel arrangements are authorized in advance through the completion and approval of a travel authorization email and the validation of a travel plan between the traveler and the designated approver [See Appendix A].

**6.2** Expenses are reimbursed through the completion, approval, and validation of expense report [See Appendix B] that the members, officers, and staff must submit to the designated approver [See Appendix C].

**6.3** Expense claims should be submitted immediately following and, where possible, no more than 10 days after the completion of each trip, but at least a monthly.

**6.4** In rare circumstances, and on an exceptional basis, reimbursement in excess of stated limits may be provided when lodging options are not available below. In such rare circumstances, the need for higher reimbursement shall be indicated on the attached reimbursement form and justified in writing by the members, officers, and staff.  Reimbursement will be limited to the following:

- Lodging: average rate for available 3-star hotels listed for the applicable metropolitan area on Expedia;

The Chairman of the Board or his authorized representative will have sole discretion to approve or deny such expenditures.

**6.5** Receipts are required for all expenditures billed, such as airfare and hotel charges. No expense in excess of $25.00 will be reimbursed to Board members, officers, staff and contractors unless the individual requesting reimbursement submits with the Expense Report written itemized receipts from each contractor (not a credit card receipt or statement) showing the contractor's name, a description of the services provided (if not otherwise obvious), the date, and the total expenses. If a receipt is not available, a full explanation of the expense and the reason for the missing receipt is required.

**6.6** Alcoholic beverages will not be reimbursed under any circumstance.

**APPENDIX A: Authorization Authority**

| Expense to be Incurred By: | Authorization From: |
|---|---|
| Board Member | Chairman or Authorized Representative |
| Board Staff | Executive Director or Authorized Representative |
| Board contractors | Executive Director or Authorized Representative |
| Executive Director | Chairman or Authorized Representative |
| Chairman | N/A |

**APPENDIX B: Expense Report**

**Financial Management and Oversight Board for Puerto Rico**

*To be completed by* members, officers, and staff *and submitted to designated approver*

| DATE | DESCRIPTION | AIR FARE | GROUND FARE | HOTEL | MEALS | OTHER | TOTAL (1) |
|------|-------------|----------|-------------|-------|-------|-------|-----------|
| | | | | | | | $       - |
| | | | | | | | $       - |
| | | | | | | | $       - |
| | | | | | | | $       - |
| | | | | | | | $       - |
| | | | | | | | $       - |
| | | | | | | | $       - |
| | | | | | | | $       - |
| | | | | | | | $       - |
| | | | | | | | $       - |
| | | | | | | | $       - |
| | | | | | | | $       - |
| | | | | | | | $       - |
| | | | | | | | $       - |
| | | | | | | | $       - |
| | | | | | | | $       - |
| | | | | | | | $       - |
| | | | | | | | $       - |
| | | | | | | | $       - |
| | | | | | | | $       - |
| | | | | | | | $       - |
| | | | | | | | $       - |
| | | | | | | | $       - |
| | | | | | | | $       - |
| TOTAL | | $ | $ | $ | $ | $ | $       - |

Signature:_____          Date:_____

Approved by:_____          Date:_____

**(1) SUBMIT RECEIPTS FOR THE AMOUNTS TO BE REIMBURSED.**

**APPENDIX C: Expense Report Approval Authority**

| Expense Incurred By: | Expense Approved By: |
|---|---|
| Board Member | Chairman or Authorized Representative |
| Board Personnel | Executive Director or Authorized Representative |
| Board Advisors | Executive Director or Authorized Representative |
| Executive Director | Chairman or Authorized Representative |
| Chairman | Executive Director or Authorized Representative |

[*Signature Page Follows*]

I certify by my signature below that I have received and reviewed, and am authorized on Contractor's behalf to agree that Contractor shall abide by this Expense Reimbursement Policy:

Contractor Name: McKinsey & Company Puerto Rico Consulting, Inc.

_____     June 30, 2021
Signature of Contractor Authorized Representative     Date


Thomas Dohrmann, President, McKinsey & Company Puerto Rico Consulting, Inc.
Printed Name and Title of Contractor Authorized Representative

# EXHIBIT B

***Certification of McKinsey Puerto Rico President
Thomas Dohrmann***

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### CERTIFICATION OF THOMAS DOHRMANN

I, Thomas Dohrmann, hereby declare the following under penalty of perjury:

1.     I am providing consulting services on behalf of McKinsey & Company Puerto Rico Consulting, Inc. related to the above-captioned Title III case;

2.     I have been involved in, and managed the provision of professional services rendered by McKinsey Puerto Rico as strategic consultant to The Financial Oversight And Management Board For Puerto Rico, as representative of Debtors and am generally familiar with the work performed by the Partners, managers, associates, and other persons in the Firm;

3.     The facts set forth in the foregoing Thirty-second Monthly Fee Statement: Commonwealth Title III Support are true and correct to the best of my knowledge, information, and belief;

4.     I have reviewed the Interim Compensation Procedures and believe that McKinsey Puerto Rico's Thirty-second Monthly Fee Statement: Commonwealth Title III Support complies therewith; and

5.     In accordance with Section 11.a. of the Interim Compensation Procedures, I hereby certify as follows:

        i.     No public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the Consulting Agreement (the contract) that is the basis of this invoice;

ii.     The only consideration for providing services under the Consulting Agreement (the contract) is the payment agreed upon with the authorized representatives of the Debtor;

iii.    The amount of this invoice is reasonable;

iv.     The services were rendered, and the corresponding payment has not been made; and

v.      To the best of my knowledge, McKinsey Puerto Rico does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:      June 30, 2022
            Washington, DC


            _s/Thomas Dohrmann_
            Thomas Dohrmann
            President
            McKinsey & Company Puerto Rico Consulting, Inc.

# **EXHIBIT C**

## *Certification of FOMB Chairman David Skeel*

**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.

Debtors.

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**CERTIFICATION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
FOR PUERTO RICO AUTHORIZING SUBMISSION OF MCKINSEY & COMPANY
PUERTO RICO CONSULTING, INC.'S
<u>MONTHLY FEE STATEMENTS FOR THE MONTH OF FEBRUARY 2022</u>**

In accordance with the Second Amended Order Setting Procedures for Interim Compensation and
Reimbursement of Expenses of Professionals [Docket Number 3269, June 6, 2018] ("Interim
Compensation Procedures"), I hereby certify as follows:

1.   I am the Executive Director of The Financial Oversight And Management Board For Puerto
     Rico ("FOMB");

2.   On my authorization, FOMB entered into a consulting agreement with McKinsey &
     Company Puerto Rico Consulting, Inc. ("McKinsey Puerto Rico") for consulting services
     in support of the Title III proceedings, which has an Effective Date of July 1, 2021 (the
     "Consulting Agreement");

3.   McKinsey Puerto Rico has satisfactorily performed and fulfilled its obligations under the
     Consulting Agreement for the services provided in February 2022 under each of the three
     (3) Project Assignments of the Consulting Agreement, namely "Commonwealth Title III
     Support", "Title III Support for PREPA", and "Title III Support for HTA"; now, therefore,

4.      Pursuant to Section 11.b. of the Interim Compensation Procedures, McKinsey Puerto Rico is hereby authorized to submit its Monthly Fee Statements for the allowance of compensation for reasonable and necessary strategic consulting services and support provided during the month of February 2022, pursuant to each of the three (3) Project Assignments of the Consulting Agreement, as may be modified by the Amendments, namely "Commonwealth Title III Support", "Title III Support for PREPA", and "Title III Support for HTA."

Dated: March 24, 2022

David Skeel
_____
David Skeel, Chairman
The Financial Oversight and
Management Board For Puerto Rico

# EXHIBIT D

## Title III Support for Commonwealth

### February 2022

**Summary of Work**

McKinsey Puerto Rico supported the Financial Oversight and Management Board (FOMB) with matters related to the Fiscal Plan, including leading Fiscal Plan modeling and integration as well as providing targeted expertise in key Fiscal Plan domains.

McKinsey Puerto Rico's work on the Fiscal Plan centered on supporting the creation of the Fiscal Plan data room version, including finalizing and conducting quality control reviews, as well as starting the process of setting up a new interim working Fiscal Plan model. McKinsey also supported capability building on the Fiscal Plan, and updated materials and helped deliver training on Revenues and Expenditures to FOMB associates.

During February, McKinsey Puerto Rico also provided targeted expertise in key Fiscal Plan domains. This included supporting the FOMB Health team on questions related to the MCO contract Amendment S, potential draft legislation, and the impact of drug rebate programs on public health expenditures, as well as working with auditors on the Government audited financial statements for 2019 and answering questions about Fiscal Plan revenue and expenditure projections.

**McKinsey Puerto Rico's Commonwealth Title III Team Detailed Activities by Deliverable**

- Provide support on Fiscal Plan modeling and integration to enable continuity on underlying logic and assumptions
  - Data room version of Fiscal Plan model was created to facilitate use by creditors and Puerto Rico government advisors
  - Provided support on various Fiscal Plan related ad-hoc requests, such as helping clarify questions from agencies and other FOMB advisors
- Simplify Fiscal Plan processes and continue to build FOMB staff capabilities to further the goal of FOMB leading Fiscal Plan process
  - Conducted onboarding sessions for new associate on FOMB Health team (including review of Medicaid model within Fiscal Plan and key analyses)
  - Held capability session with revenue associates on key updates in Fiscal Plan model
  - Updated onboarding materials for Revenues and Expenditures trainings sessions for FOMB associates
  - Implemented split of Certified Fiscal Plan model to support transition of Expenditures to different FOMB advisor team and conducted sessions to initiated formal handover
- Provide targeted expertise in key Fiscal Plan domains
  - Conducted scenario analysis of potential General Funds freed up from Medicaid if proposed legislation was being adopted

- Examined Medicaid enrollment trajectory since the onset of COVID-19 relative to U.S. Mainland
- Reviewed draft modified accrual revenue certification submitted by the Government
- Worked with auditors to help reconcile 2019 financial statements with Fiscal Plan revenue and expenditure projections
- Provided technical advice relating to Fiscal Plan to FOMB and advisor teams drafting FY22 budget amendment

**McKinsey Puerto Rico's Commonwealth Title III Team Detail and Contributions**

The McKinsey team was led by Bertil Chappuis, Thomas Dohrmann, Jonathan Davis, Ojas Shah, Todd Wintner, and Juan Rebolledo who provided overall strategic guidance and expert input and coordination. The working team consisted of three Engagement Managers (Justin Collins, Rico Garcia, and Sophie Weihmann), one Associate (Dylan Smith) and four Analysts (Malik Jabati, Erica Wang, Beatriz Ramirez, and Victoria Sabo).

■ **Bertil Chappuis** (Senior Partner – part time – overall strategic direction)

*Week of February 1st to 6th*
- Participated in FOMB Board call with advisors to discuss Executive Director transition
- Provided guidance on preparation of data room version of Certified Fiscal Plan model

*Week of February 7th to 13th*
- Participated in FOMB Board call with Executive Director
- Participated in weekly Board update

*Week of February 14th to 20th*
- Participated in weekly Board update
- Provided input on process of splitting Fiscal Plan Model responsibilities with another FOMB advisor

*Week of February 21st to 28th*
- Participated in Board strategy session
- Joined FOMB public board meeting

■ **Thomas Dohrmann** (Senior Partner – part time – overall strategic direction)

*Week of February 1st to 6th*
- Reviewed summary of accomplishments provided by Board staff and provided feedback

*Week of February 7th to 13th*
- Reviewed response and analyses in response to questions from FOMB staff related to the impact of labor reform initiatives on Fiscal Plan financial projections
- Provided feedback and guidance to team on go forward fiscal plan process post POA

*Week of February 14th to 20th*

- Participated in progress review meeting with senior FOMB staff to review priorities post-POA confirmation

■ **Jonathan Davis** (Partner – part time – content director on Fiscal Plan Macro, revenues, and structural reforms)

*Week of February 1st to 6th*
- Provided input to FOMB staff on questions related to inflation projections in the fiscal plan
- Reviewed summary of accomplishments provided by Board staff and provided feedback
- Conducted initial review of Certified Fiscal Plan model to assess presentational and documentation changes needed
- Participated in conference call with AAFAF, Hacienda, and advisors related to modified accrual revenue estimates and presented Fiscal Plan approach

*Week of February 7th to 13th*
- Prepared response and analyses in response to questions from FOMB staff and economics team related to the impact of labor reform initiatives on Fiscal Plan financial projections
- Participated in conference call with Board economics team related to labor reform initiatives
- Conducted additional review of Certified Fiscal Plan model and provided feedback on presentational and documentation considerations
- Reviewed Government submission of modified accrual revenue forecast and provided feedback to FOMB staff

*Week of February 14th to 20th*
- Held progress review meeting with senior FOMB staff to review priorities post-POA confirmation
- Reviewed Government submission of draft modified accrual revenue certification and provided input to FOMB staff
- Participated in multiple working sessions on reconciliation of Fiscal Plan projections with amended FY22 budget

*Week of February 21st to 28th*
- Reviewed and provided feedback on supporting details provided by Hacienda related to FY22 modified accrual revenue forecast certification
- Participated in multiple working sessions with auditors working on the Government audited financial statements for 2019 to answer questions about Fiscal Plan revenue and expenditure projections
- Led working sessions to assemble information and analyses requested by the audit team

■ **Ojas Shah** (Partner – part time – engagement director focused on restructuring and liquidity topics; content director on Fiscal Plan expenditures)

*Week of February 1st to 6th*
- Conducted review of Certified Fiscal Plan model to provide comments for future updates

- Participates in team working sessions regarding impacts of Medicaid decisions and assumptions to fiscal plan
- Participated in FOMB advisor call to align on go forward priorities

### Week of February 7th to 13th
- Participated in weekly call with Oversight Board Staff and Board members
- Participated in team working sessions on refinements to fiscal plan model

### Week of February 21st to 28th
- Participated in working sessions with auditors working on the Government audited financial statements for 2019
- Participate in FOMB Board strategy session
- Participate in call with Ankura regarding fiscal plan assumptions

- **Todd Winter** (Partner – part time – content director on healthcare and education)

  ### Week of February 1st to 6th
  - Joined call with Board and legal advisors to discuss response from Government related to Fiscal Plan compliance and recent healthcare regulations
  - Joined call with Board and government to discuss assumptions related to government scoring of recent healthcare regulations
  - Joined multiple calls with FOMB and co-advisors to discuss budget implications related to recently Certified Fiscal Plan
  - Reviewed team analysis related to potential impacts of potential changes in drug rebate programs on the public health expenditures

  ### Week of February 7th to 13th
  - Reviewed and provided feedback on legal memorandum related to potential Fiscal Plan impacts from proposed healthcare legislation involving the government health plan
  - Supported team in reviewing latest CMS national enrollment survey data to understand potential implications for ongoing enrollment spikes and subsequent fiscal impacts on the government health plan
  - Joined multiple calls with FOMB and co-advisors to discuss budget implications related to recently Certified Fiscal Plan
  - Reviewed additional Fiscal Plan model simplification and clarification changes

  ### Week of February 14th to 20th
  - Supported team in analyzing recent federal data release related to public health programs and identify potential implications for FOMB ongoing Fiscal Plan efforts
  - Joined multiple calls with team, FOMB and co-advisors in reconciling Fiscal Plan model with projected agency budget related to public health expenditures
  - Discussed with team revised operating model for future Fiscal Plan updates across McKinsey and co-advisors

  ### Week of February 21st to 28th
  - Joined call with Government and FOMB to discuss critical process updates related to both short-term and long-term managed care contracts and understand potential impacts related to the certified Fiscal Plan

- Discussed with FOMB team implications of recent government implementation reporting as related to Fiscal Plan compliance
- Supported team in preparing to analyze new actuarial rate projects as related to Fiscal Plan compliance

■ **Juan Rebolledo** (Associate Partner – part time – engagement director focused on Fiscal Plan and content director on implementation of Fiscal Plan-related topics)

### *Week of February 1st to 6th*
- Reviewed Certified Fiscal Plan model to identify potential presentational changes needed for clarity of use
- Reviewed summary of accomplishments provided by Board staff
- Coordinated strategy for splitting the Fiscal Plan model for use in future certifications

### *Week of February 7th to 13th*
- Reviewed teams changes to the Certified Fiscal Plan model to verify they were only presentational in nature and provided more clarity for ease of use
- Participated in multiple working sessions on reconciliation of Fiscal Plan projections with amended FY22 budget

### *Week of February 14th to 20th*
- Made final review for publication of Certified Fiscal Plan data room version which included only presentational changes for ease of use
- Participated in multiple working sessions on reconciliation of Fiscal Plan projections with amended FY22 budget
- Led meeting on generating revised operating model for future Fiscal Plan updates across McKinsey and co-advisors
- Reviewed and pressure-tested team responses to FOMB specific questions on Certified Fiscal Plan
- Reviewed Expenditures Fiscal Plan model training presentation to be used by FOMB Fiscal Plan lead

### *Week of February 21st to 28th*
- Participated in multiple working sessions with auditors working on the Government audited financial statements for 2019 to answer questions about Fiscal Plan revenue and expenditure projections
- Reviewed material prepared in response to questions from FOMB associates regarding expenditures measures and investments

■ **Rico Garcia Ondarza** (Engagement Manager – full time – focused on the Fiscal Plan and restructuring processes)

### *Week of February 1st to 6th*
- Participated in meeting with FOMB Health lead and ASES to discuss update to MCO contract amendment
- Reviewed and provided feedback on various Fiscal Plan and pension trust scenarios relating to Medicaid Drug Rebate Sharing Program

- Reviewed and provided feedback on responses to questions from FOMB staff pertaining to measures and investments in Certified Fiscal Plan
- Conducted quality control and shared Fiscal Plan model with Government and other FOMB advisors
- Reviewed and provided feedback on reapportionment requests related to Medicaid as part of post-certification budget process
- Provided guidance on Certified Fiscal Plan model split in preparation for eventual transition of the Expenditures workstream

***Week of February 7th to 13th***
- Reviewed and provided feedback on Medicaid enrollment analysis for Puerto Rico and U.S. mainland
- Participated in working and capability building sessions with FOMB Health team
- Provided feedback and conducted quality control checks on draft version of Certified Fiscal Plan model for creditor data room
- Reviewed and provided feedback on various salary increase modeling scenarios / analyses
- Prepared draft post-Fiscal Plan certification priorities
- Provided guidance and clarified key questions pertaining to the Expenditures workstream transition to other FOMB advisors

- **Justin Collins** (Engagement Manager – part time – focused on restructuring processes)

  ***Week of February 1st to 6th***
  - Reviewed and provided feedback on materials for meeting with FOMB revenues team
  - Provided guidance on approach to developing version of Certified Fiscal Plan model for creditor data room

  ***Week of February 7th to 13th***
  - Reviewed and provided feedback on summary of key reference items related to Fiscal Plan PoA calculations to support future client and advisor requests
  - Supported expense analysis in response to question from the FOMB Executive Director

- **Sophie Weihmann** (Engagement Manager – full time – focused on fiscal plan topics)

  ***Week of February 1st to 6th***
  - Participated in meeting with FOMB Health lead and ASES to discuss update to MCO contract/PMPM rate
  - Reviewed critical changes in latest Fiscal Plan to revenue calculations with FOMB team
  - Reviewed analysis of potential impact of not joining Medicaid Drug Rebate Sharing Program on federal funding and General Fund surplus
  - Assisted FOMB Health lead in verifying investments for UPR Cancer Center

  ***Week of February 7th to 13th***
  - Provided input to Medicaid enrollment analysis examining enrollment trajectory since the onset of COVID-19 in Puerto Rico relative to U.S. mainland

- Participated in working session with FOMB Health team and helped review Medicaid scenario analysis in light of potential legislative changes
- Supported analysis examining impact of salary increases for PRDE employees
- Provided feedback on data room version of Certified Fiscal Plan

### Week of February 14th to 20th

- Participated in working session and capability building with FOMB Health team, onboarding a new FOMB associate to the Fiscal Plan model for Medicaid
- Reviewed updated onboarding materials on Revenues and Expenditures for new FOMB associates
- Assisted in an analysis examining the impact certain measures in the Fiscal Plan Model
- Provided guidance on validating functionality of split Fiscal Plan model

### Week of February 21st to 28th

- Participated in working session and capability building with FOMB Health team, focused on calculation of weighted federal matching percentage
- Helped prepare for and participated in call with FOMB Health team and ASES to discuss update on MCO contract amendment
- Supported team in preparing transition of expenditures to different FOMB advisor team (including reviewing potential operating model)
- Reviewed and helped prioritize updates and adjustments to be integrated into interim working model of Fiscal Plan

- **Malik Jabati** (Business Analyst – full time – focused on Medicaid)

### Week of February 1st to 6th

- Reviewed and provided feedback on FOMB Health team budget and implementation priorities
- Organized and participated in working session with FOMB Health team to identify incremental and recurring healthcare-related investments
- Analyzed surplus impact of potential increased Medicaid federal funding to assist in Board planning and decision-making
- Analyzed incremental surplus impact of Puerto Rico's inclusion into the Medicaid Drug Rebate Program to support fiscal forecasting
- Participated in working session with FOMB, government, and advisors to understand timing and potential impact of amended Medicaid care management contracts
- Reviewed reapportionment requests related to Puerto Rico's Medicaid program

### Week of February 7th to 13th

- Participated in working session with FOMB Health team to review effect of changes in federal funding and rebate totals on Commonwealth surplus
- Reviewed and provided feedback on analysis of enrollment change in Puerto Rico's Medicaid program during the COVID pandemic
- Supported identification and sizing of savings due to measures related to the consolidation of the Commonwealth's Health agencies
- Reviewed and edited Medicaid and macroeconomic tabs in the Fiscal Plan model to be released to government entities

- **Dylan Smith** (Associate – full time – focused on macro, revenues and Fiscal Plan model)

  *Week of February 1st to 6th*
  - Participated in meetings with FOMB revenue team to review Jan 22 Certified Fiscal Plan figures and source data requested by investors
  - Received and responded to external questions relating to the Jan 22 Certified Fiscal Plan
  - Capability building: Conducted workshop on revenues portion of the FY22 Certified Fiscal Plan with FOMB revenues team

  *Week of February 7th to 13th*
  - Prepared Fiscal Plan Model for data room submission
  - Assisted with responses to ad-hoc requests from client teams
  - Received and responded to external questions relating to the Jan 22 Certified Fiscal Plan

  *Week of February 14th to 20th*
  - Finalized Fiscal Plan model for data room publication
  - Assisted with responses to ad-hoc requests from client teams
  - Received and responded to external questions relating to the Jan 22 Certified Fiscal Plan
  - Supported FOMB and advisor analysis of CVIs in response to investor requests
  - Assisted with development of split model for handover of expenditures workstream to different advisor

  *Week of February 21st to 28th*
  - Updated Jan 22 Certified Fiscal Plan model for use in internal scenario analysis
  - Received and responded to external questions relating to the Jan 22 Certified Fiscal Plan
  - Assisted with development of split model for handover of expenditures workstream to different advisor
  - Supported FOMB and advisor analysis of CVIs in response to investor requests

- **Erica Wang** (Business Analyst – full time – focused on macro, revenues and Fiscal Plan document)

  *Week of February 1st to 6th*
  - Prepared materials for FOMB Revenue group touchpoint by summarizing General Fund revenue updates, focusing on methodological changes and surplus impact of Rum tax, Partnerships and Crudita
  - Participated in multiple FOMB Revenue group touchpoints, including discussions on potential discrepancies between AAFAF and FOMB revenue figures
  - Participated in capability-building session with FOMB Revenue group focused on the Fiscal Plan model
  - Connected with FOMB Fiscal Plan lead about follow-ups from Fiscal Plan certification, including ensuring Fiscal Plan was properly distributed to stakeholders

  *Week of February 7th to 13th*
  - Participated in FOMB Revenue group touchpoint, including discussing next steps to identify unallocated SUT

- Prepared summary sheet of Fiscal Plan model Plan of Adjustment tab, to be shared with other FOMB advisors as helpful
- Prepared pages on impact of HB-3 bill on human capital structural reforms
- Analyzed impact of HB-3 bill on overall Puerto Rico real GNP in 2051, to be validated with other FOMB advisors' results and models

***Week of February 14th to 20th***
- Led working session between FOMB Revenue group and other FOMB advisors to discuss next steps for the unallocated SUT spend in FY21 actuals
- Updated Revenues Fiscal Plan model training presentation to be used by FOMB Fiscal Plan lead
- Provided input regarding Disaster Relief Funding for Expenditures Fiscal Plan Model training presentation to be used by FOMB Fiscal Plan lead
- Participated in working session between FOMB advisors and FOMB Municipal Affairs & Legislative Review Director regarding Hacienda's potential move to accrual-based accounting

***Week of February 21st to 28th***
- Led touchpoint with FOMB Fiscal Plan Lead to discuss process updates and next steps for Fiscal Plan Model training presentations
- Led touchpoint with FOMB Revenues team to discuss Hacienda's forecast distribution and status update on CVI support
- Updated FOMB version of post-measures revenues projections for FY2022 and FY2023 to more accurately reflect gas measures
- Coordinated meeting with FOMB Revenues team and FOMB advisors to conduct CVI briefing / tutorial session

- **Beatriz Ramirez** (Business Analyst – full time – focused on expenditures)

  ***Week of February 1st to 6th***
  - Worked on the division of the current Fiscal Plan Model into a Revenues, Macro and Medicaid Model, and an Expenditures Model
  - Supported FOMB Associate regarding allocations for the Cancer Center in the Fiscal Plan
  - Collaborated with FOMB advisors on a request regarding the URP budget implementation

  ***Week of February 7th to 13th***
  - Analyzed impact of a salary increase for all PRDE employees starting in FY23
  - Reviewed and provided feedback on the data room version of the Fiscal Plan model to be shared with investors
  - Started the creation of the new Measures List based on the 2022 Certified Fiscal Plan
  - Worked on requests regarding the 2022 Fiscal Plan implications for the Commissioner of Financial Institutions and the Economic Development Bank

  ***Week of February 14th to 20th***
  - Updated Measures List based on 2022 Fiscal Plan

- Ran scenarios on the split Fiscal Plan model to verify its validity
- Updated the Expenditures presentation of the Fiscal Plan model training materials
- Responded to requests regarding the 2022 Fiscal Plan implications for the Automobile Accident Compensation Administration, Medicaid Reserve Fund, and the payroll freeze measure

*Week of February 21st to 28th*
- Completed updating the Expenditures presentation of the Fiscal Plan model training materials
- Developed presentation for the Expenditures workstream transition
- Collaborated with FOMB team on information about the OCFO investments from 2022 Fiscal Plan
- Incorporated feedback into the split Fiscal Plan model and ran scenarios to verify its validity
- Developed presentation for agencies training materials

- **Victoria Sabo** (Business Analyst – full time – focused on Medicaid)

  *Week of February 1st to 6th*
  - Participated in check-in call with FOMB Health Lead
  - Analyzed implications of Puerto Rico not joining the Medical Drug Rebate Program on General Fund surplus
  - Conducted analysis to assess implications of Medical Drug Rebate Program on Puerto Rico pension funding
  - Participated in working session with FOMB Health team and ASES on MCO contract
  - Held working session with the Health team to align on status and verification plan for the ASES- MCO amendment to be proposed

  *Week of February 7th to 13th*
  - Led check-in with Health team, discussing amendment and reapportionment updates as well as legislation impact
  - Calculated impact of possible future legislation on Medicaid program and on overall surplus
  - Led capability building session with Health team focused on walking through model updates and steps for calculating impacts of legislation
  - Provided input on approximate savings for Health agencies outlined in the Certified Fiscal Plan from implementing consolidation measures
  - Analyzed enrollment changes from the mainland and from Puerto Rico throughout the COVID-19 pandemic time period

  *Week of February 14th to 20th*
  - Led check-in with Health team, discussing amendment review process updates
  - Onboarded new Health team associate by walking through and explaining the Medicaid Fiscal Plan details and discussing how to analyze data inputs on enrollment and Medicaid cost received from ASES and their advisors
  - Researched impact of federal continuing resolution to Puerto Rico's budget and Medicaid funding

- Continued analyzing Medicaid enrollment changes within Puerto Rico throughout the COVID-19 pandemic, involving correlations with unemployment and considering how enrollment might be affected after the Public Health Emergency ends
- Researched Puerto Rico Poverty Line and its effects on Medicaid enrollment
- Created model for Health team to use to calculate weighted Federal Medical Assistance Percentages
- Supported update of Expenditure onboarding materials as it relates to Medicaid for internal FOMB training session

### Week of February 21st to 28th

- Led check-in with Health team, discussing amendment review process updates as well as analysis on Medicaid enrollment trajectory
- Created onboarding materials to walk Health team through underlying logic in Medicaid Fiscal Plan model
- Led onboarding session with new Health team associate and walked through remainder of the Medicaid Fiscal Plan details and the underlying logic of the 2022 Certified Fiscal Plan model
- Finalized Medicaid updates on Expenditure and revenue presentations to be provided to the FOMB as internal onboarding documents
- Walked through detailed calculations for verifying Medicaid enrollment numbers and calculations for weighted federal matching percentages in preparations for receiving updated amendment numbers to analyze in the coming week

# **EXHIBIT E**

## *February 2022 Invoice*

# McKinsey&Company

The Financial Oversight and
Management Board for Puerto Rico
PO Box 195556
San Juan, Puerto Rico 00919-5556

ATTN: Promesa Assistant

accountspayable@promesa.gov

**Invoice No: PRC-3497UJ-654**

Consulting Agreement
Client for Strategic Consulting support related to the
Title III Cases
Effective Agreement Date: July 1, 2021

Invoice Date: 3/29/2022

Net 30

**FFP Payment Schedule for Commonwealth Services**

**Invoice PoP:** February 1, 2022 – February 28, 2022

| | |
|---|---|
| Gross invoice amount for services performed inside Puerto Rico | $ - |
| Gross invoice amount for services performed outside Puerto Rico | $ 1,040,000.00 |
| **Sub-total** | $ 1,040,000.00 |
| SUT1 | Exempt |
| SUT2 | Exempt |
| **Total Invoice Payable** | $ 1,040,000.00 |

**Total Invoice:**   **$1,040,000.00**

**McKinsey reserves the right to reissue an invoice to account for changes in applicable taxes.
Please wire transfer payment to:**

| | |
|---|---|
| **Account Name** | ███████████ |
| **Account Number** | ██████ |
| **Currency** | ███ |
| **Branch** | ████████ |
| **ABA** | ███████ |
| **SWIFT:** | ██████ |

**Please reference the invoice number and invoice date on your remittance advice**.

For advice or questions on remittances, please contact ████████████████

McKinsey & Company Puerto Rico Consulting Inc.
1225 Ave Juan Ponce de Leon, San Juan, Puerto Rico, 00907 PH-786

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

       Debtors.[1]

-----------------------------------------------------------x

PROMESA

Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## THIRTY-THIRD MONTHLY FEE STATEMENT OF MCKINSEY & COMPANY PUERTO RICO CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTORS, THE COMMONWEALTH OF PUERTO RICO
## FOR THE PERIOD MARCH 1, 2022 THROUGH MARCH 15, 2022

| | |
|---|---|
| Name of Professional: | McKinsey & Company Puerto Rico Consulting, Inc. ("McKinsey Puerto Rico") |
| Authorized to Provide Services to: | The Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtors Pursuant to PROMESA Section 315(b) |
| Period for which compensation and reimbursement is sought: | March 1, 2022 – March 15, 2022 |
| Amount of compensation sought as actual, reasonable and necessary: | **$520,000.00** |
| Amount of expense reimbursement sought as actual, reasonable and necessary[2]: | **$0.00** |
| Type of Fee Statement: | Thirty-third Monthly Fee Statement: Commonwealth Title III Support[3] |

---

1 The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2 McKinsey Puerto Rico provides services on a fixed fee basis, and as such, seeks no reimbursement of expenses.

3 Notice of this Thirty-third Monthly Fee Statement (as defined herein) has been served in accordance with the Interim Compensation Procedures (as defined herein) and objections to payment of the amounts described in this Thirty-third Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Procedures.

1.   Pursuant to the *Interim Compensation Procedures*, first entered by the Court on November 8,
2017 [*First Amended Order Setting Procedures for Interim Compensation and Reimbursement
of Expenses of Professionals,* Docket Number 1715] and amended on June 6, 2018 [*Second
Amended Order Setting Procedures for Interim Compensation and Reimbursement of
Expenses of Professionals,* Docket Number 3269] (the "Interim Compensation Procedures"),
the applicable provisions of the United States Code (the "Bankruptcy Code"), the Federal
Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Bankruptcy Rules for
the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules"),
McKinsey & Company Puerto Rico Consulting, Inc. ("McKinsey Puerto Rico"), strategic
consultants to The Financial Oversight And Management Board For Puerto Rico (the
"Debtors" or the "Board"), hereby serves this Thirty-third Monthly Fee Statement for the
allowance of compensation for reasonable and necessary strategic consulting services and
support that McKinsey Puerto Rico provided during the month of March 2022 (the "Fee
Period") pursuant to the "Commonwealth Title III Support" Scope of Work ("Commonwealth
Title III Scope of Work") of the consulting agreement entered into between McKinsey Puerto
Rico and the Board in support of the Title III proceedings (with an effective date of July 1,
2021) ( the "Consulting Agreement") and attached hereto as <u>Exhibit A</u>. Pursuant to the Interim
Compensation Procedures, a Certification of Thomas Dohrmann, President of McKinsey
Puerto Rico, regarding compliance with the statutory and legal authority cited above is attached
hereto as <u>Exhibit B</u>, and a Certification of David Skeel, FOMB Chairman, authorizing the
submission of this Thirty-third Monthly Fee Statement, is attached as <u>Exhibit C</u>.

2.   By this Thirty-third Monthly Fee Statement: Commonwealth Title III Support, McKinsey
Puerto Rico seeks allowance of compensation for services rendered under the Consulting

Agreement during the Fee Period in the amount of $468,000.00 (which equals 90% of the compensation sought herein, in accordance with Section 2.c of the Interim Compensation Order).

## Summary of Services Rendered During the Fee Period

3.  During the Fee Period, McKinsey Puerto Rico provided a focused range of professional services as requested by the Board and reflected in the Commonwealth Title III Scope of Work.[4]

4.  Included at Exhibit D is a detailed description of McKinsey Puerto Rico's scope of services, deliverables and team member activities, pursuant to the Commonwealth Title III Scope of Work during the Fee Period. Exhibit D also specifically identifies the McKinsey Puerto Rico team members who performed services during the Fee Period.

5.  Included at Exhibit E is a copy of McKinsey Puerto Rico's monthly invoice for fees incurred during the Fee Period pursuant to the Commonwealth Title III Scope of Work. As reflected in Exhibit E, McKinsey Puerto Rico incurred $520,000.00 in fees during the Fee Period, and now seeks reimbursement for 90% of such fees ($468,000.00).

6.  McKinsey Puerto Rico's fees – as agreed-upon in the Consulting Agreement and reflected in the invoice – are commensurate with the services performed.

7.  The efforts expended by McKinsey Puerto Rico during the Fee Period have been commensurate with the size and complexity of these cases. In rendering these services, McKinsey Puerto Rico has made every effort to maximize the benefit to the Debtors, to work

---

[4] McKinsey Puerto Rico is simultaneously serving separate monthly fee statements for services rendered pursuant to the other two (2) Scopes of Work under the Consulting Agreement.

efficiently with the other professionals employed in these cases, and to leverage staff appropriately in order to minimize duplication of effort.

8. McKinsey Puerto Rico respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Board in these cases to date are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at the time at which such services were rendered; and (c) the value of such services.

## **Representations**

9. While every effort has been made to include all fees incurred by McKinsey Puerto Rico during the Fee Period, some fees may not be included in this Thirty-third Monthly Fee Statement: Commonwealth Title III Support due to certain unavoidable delays caused by accounting and processing during the Fee Period. McKinsey Puerto Rico reserves the right to make further application(s) for allowance of such fees not included herein. Subsequent fee statements and applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Interim Compensation Procedures.

## **Notice**

10. Notice of this Thirty-third Monthly Fee Statement: Commonwealth Title III Support has been or will be provided by overnight delivery or e-mail to:

    i.    attorneys for the Oversight Board, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, Attn: Martin J. Bienenstock, Esq. (mbienenstock@proskauer.com) and Ehud Barak, Esq. (ebarak@proskauer.com), and Proskauer Rose LLP, 70 West Madison Street, Chicago, IL 60602, Attn: Paul V. Possinger, Esq. (ppossinger@proskauer.com);

    ii.    attorneys for the Oversight Board, O'Neill & Borges LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918, Attn: Hermann D. Bauer, Esq. (hermann.bauer@oneillborges.com);

4

iii.    attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), Suzzanne Uhland, Esq. (suhland@omm.com), and Diana M. Perez, Esq. (dperez@omm.com);

iv.    attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, Marini Pietrantoni Muñiz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave, San Juan, PR 00917, Attn: Luis C. Marini-Biaggi, Esq. (lmarini@mpmlawpr.com) and Carolina Velaz-Rivero Esq. (cvelaz@mpmlawpr.com);

v.    the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (In re: Commonwealth of Puerto Rico), Attn: Monsita Lecaroz (monsita.lecaroz@usdoj.gov);

vi.    attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc. A Despins, Esq. (lucdespins@paulhastings.com);

vii.    attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com);

viii.    attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq. (rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com), and Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner.com) and Melissa Root, Esq. (mroot@jenner.com);

ix.    attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar-Zequeira, Esq. (ajb@bennazar.org);

x.    the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez, Acting Deputy Secretary of the Treasury (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Secretary of the Treasury (francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda.pr.gov);

xi.      attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce
         de León Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn:
         Eyck O. Lugo (elugo@edgelegalpr.com); and

xii.     attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main
         Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler
         (KStadler@gklaw.com).

WHEREFORE, McKinsey Puerto Rico respectfully requests payment by the Debtors of

$468,000.00 representing 90% of its fees incurred during the Fee Period and requested herein.


Dated:         June 30, 2022
               McKinsey & Company Puerto Rico Consulting, Inc.
               Washington DC



                              _s/ Thomas Dohrmann_____
                              Thomas Dohrmann
                              President
                              McKinsey & Company Puerto Rico Consulting, Inc.
                              1200 19th St NW #1000
                              Washington, DC 20036
                              Telephone: (202) 662-3100
                              Email: Thomas_Dohrmann@McKinsey.com

                              *Strategic Consultant to the Debtors*

# EXHIBIT A

## *Consulting Agreement*



## INDEPENDENT CONTRACTOR SERVICES AGREEMENT
### McKinsey & Company Puerto Rico Consulting, Inc.

### Title III Support

### EFFECTIVE DATE: July 1, 2021

THIS INDEPENDENT CONTRACTOR SERVICES AGREEMENT (the "**Agreement**") is made by and between THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO (the "**Board**") created by the Puerto Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. chapter 20 ("**PROMESA**"), and McKinsey & Company Puerto Rico Consulting, Inc. (the "**Contractor**"). The Board and Contractor hereby agree as follows:

1. **Engagement of Services.** The Board may offer Project Assignments to Contractor in the form attached to this Agreement as *Exhibit A* ("*Project Assignment*"). Subject to the terms of this Agreement, Contractor will render the services set forth in Project Assignment(s) accepted by Contractor by the completion dates set forth therein.

2. **Compensation.** The Board will pay or will authorize payment to Contractor the fees set forth in each Project Assignment for services rendered pursuant to this Agreement. Contractor is responsible for all reasonable expenses incurred in the performance of services under this Agreement. Contractor will be reimbursed only for expenses which are expressly provided for in a Project Assignment or which have been approved in advance in writing by the Board. Contractor must furnish all documentation for authorized expenses the Board reasonably requests. Payment of Contractor's fees and expenses will be in accordance with terms and conditions set forth in the applicable Project Assignment. Upon termination of this Agreement for any reason, Contractor will be paid fees on the basis stated in the Project Assignment(s) for work which has been completed.

3. **Independent Contractor Relationship.**

    3.1    Contractor's relationship with the Board is that of an independent contractor, and nothing in this Agreement is intended to, or should be construed to create a partnership, agency, joint venture or employment relationship. Contractor is not authorized to make any representation, contract or commitment on behalf of the Board unless specifically requested or authorized in writing to do so by the Board.

    3.2    Contractor shall be responsible for exercising independent discretion and judgment to achieve the results specified in this Agreement and in any Project Assignments, and no member, officer, agent or employee of the Board shall have the authority to direct Contractor as to the manner or means employed to achieve such results.

**3.3** Contractor shall be responsible for providing all tools and equipment necessary to perform services under this Agreement and any Project Assignments. Contractor shall bear all expenses associated with the provision of services under this Agreement and in any Project Assignments, except as otherwise agreed to pursuant to Section 2 of this Agreement.

**3.4** Contractor will not be entitled to any of the benefits that the Board may make available to its employees, including, but not limited to, group health or life insurance, or retirement benefits.

**3.5** Contractor is solely responsible for, and will file, on a timely basis, all tax returns and payments required to be filed with, or made to, any applicable tax authority with respect to the performance of services and receipt of fees under this Agreement.

**3.6** Contractor's compensation may be subject to withholding by the Board for the payment of any applicable income taxes. In no event will the Contractor be entitled to a gross up from the Board to cover any taxes or withholdings to which the Contractor may be subject. The Board will furnish Contractor with evidence of any tax withheld by the Board.

**3.7** Any employees or agents of Contractor shall be the sole responsibility of Contractor, and shall not be employees or agents of, or paid by, the Board. Neither the Contractor nor its employees or agents are entitled to invoke against the Board any of the laws or protections that may apply to employees of the United States government or the Commonwealth of Puerto Rico. Contractor shall have full liability for the acts of its employees and agents. Contractor shall bear all expenses associated with the employment of such individuals, and assume sole responsibility for compliance with applicable laws, rules, regulations and orders regarding Contractor's employees.

**3.8** Contractor is responsible for properly and thoroughly completing the Contractor Certification Requirements set forth in ***Appendix C*** hereto and for following the Board Expense Reimbursement Policy, guidelines and reporting requirements set forth in ***Appendix D*** hereto, as such Appendixes and forms may from time to time be amended.

**4.** **Nondisclosure.**

**4.1** **Recognition of Board's Rights; Nondisclosure.** Contractor understands and acknowledges that the Board has a protectable interest in its Confidential Information (defined below). At all times during the term of this Agreement and thereafter, Contractor will hold in strictest confidence and will not disclose, use, lecture upon or publish any of the Board's Confidential Information, except as such disclosure, use or publication (i) may be required in connection with Contractor's services for the Board or (ii) may be required by law, regulation, or legal process provided that Contractor provides reasonable advance notice to the Board, or unless the Board expressly authorizes such in writing. Contractor will obtain the Board's written approval before publishing or submitting for publication any material (written, verbal, or otherwise) that relates to Contractor's services for the Board and/or incorporates any Confidential Information. Contractor hereby assigns to the Board any rights Contractor may have or acquire in such Confidential Information and recognizes that all Confidential Information

shall be the sole property of the Board and its assigns. Contractor will take all reasonable precautions to prevent the inadvertent or accidental disclosure of Confidential Information.

**4.2    Confidential Information.** The term "**Confidential Information**" shall mean any and all confidential and/or proprietary knowledge, data or information of or used by the Board, whether having existed, now existing, or to be developed during the term of this Agreement. By way of illustration but not limitation, "**Confidential Information**" includes (a) trade secrets, inventions, mask works, ideas, processes, formulas, source and object codes, data, programs, other works of authorship, know-how, improvements, discoveries, developments, designs and techniques and any other proprietary technology and all Proprietary Rights therein (hereinafter collectively referred to as "**Inventions**"); (b) information regarding research, analysis, development, business plans, budgets and unpublished financial statements, licenses, prices and costs, margins, credit terms, forecasts, future plans and potential strategies, financial projections and business strategies, operational plans, financing and capital-raising plans, activities and agreements, internal services and operational manuals, methods of conducting Board business, suppliers and supplier information, and purchasing; (c) information regarding any of the Board's contractors, or representatives and their services, including names, representatives, proposals, bids, contracts and their contents and parties, the type and quantity of products and services received by the Board, and other non-public information relating to Board contractors, or representatives; and (d) information regarding personnel, employee lists, compensation, and employee skills. Notwithstanding the foregoing, it is understood that, at all such times, Contractor is free to use information which is generally known publicly or in the trade or industry through no breach of this Agreement or other act or omission by Contractor.

**4.3    Third Party Information.** Contractor understands, in addition, that the Board has received and in the future, will receive from third parties, including the Commonwealth of Puerto Rico, confidential and/or proprietary knowledge, data, or information ("**Third Party Information**") subject to a duty on the Board's part to maintain the confidentiality of such information and to use it only for certain limited purposes. During the term of this Agreement and thereafter, Contractor will hold any Third Party Information disclosed by the Board or obtained in connection with its work in the strictest confidence and will not disclose to anyone (other than Board members and personnel who need to know such information in connection with their work for the Board) or use, except in connection with Contractor's services for the Board, Third Party Information unless expressly authorized by the Executive Director or a member of the Board in writing. Contractor shall comply with all applicable laws, rules, and regulations concerning confidentiality.

**4.4    Term of Nondisclosure Restrictions.** Contractor understands that Confidential Information and Third-Party Information is never to be used or disclosed by Contractor, as provided in this Section 4. If, however, a court decides that this Section 4 or any of its provisions is unenforceable for lack of reasonable temporal limitation and the Agreement or its restriction(s) cannot otherwise be enforced, Contractor and the Board agree that the two (2) year period after the termination of this Agreement shall be the temporal limitation relevant to the contested restriction, provided, however, that this sentence shall not apply to trade secrets protected without temporal limitation under applicable law.

**4.5     No Improper Use of Information.** During the term of this Agreement, Contractor will not improperly use or disclose any Confidential Information of any person or entity to whom Contractor has an obligation of confidentiality, and Contractor will not bring onto the premises of the Board any documents or any property belonging to any person or entity to whom Contractor has an obligation of confidentiality unless consented to in writing by that person or entity. During Contractor's engagement as an independent contractor performing services for the Board, Contractor may also have access to "Inside" or non-public information about one or more companies associated with the Board's work. Use of "Inside," Confidential Information or Third-Party Information in making any investment is absolutely prohibited, and Contractor represents and warrants that Contractor will comply with all applicable securities laws and regulations.

**4.6     Disclosure of Contractor Materials; Publicity.** The Board understands and acknowledges that Contractor's work for the Board is confidential and for the Board's internal use only; provided, however, that the Board may disclose such work to the extent such disclosure is necessary or desirable to carry out the Board's statutory duties or in response to a legal proceeding. Except as provided in the preceding sentence, the Board agrees that it will not disclose Contractor's name in relation to any disclosure of work hereunder without Contractor's consent. Contractor will not disclose the Deliverables to any third parties without the Board's prior written permission or as may be required by law, regulation, or legal process. Contractor further agrees not to use the Board's name in any communication with any third party without the Board's prior written permission, including in press releases or other public announcements. If the Board receives a public records request for Deliverables or other documents containing Contractor information, the Board will allow Contractor the ability to review the documents prior to disclosure to advise if the documents contain information subject to any exception or exemption to the relevant public records laws.

**5.     Records.** To the extent that Contractor is required to develop, review and/or analyze Confidential Information or Third-Party Information, Contractor further shall store and maintain all Confidential Information in a secure place. Such material shall at all times remain the exclusive property of the Board and/or the applicable third party, unless otherwise agreed to in writing by a Board member or the Board's Executive Director.

**6.     Return of Board Property.** On the earlier of termination of this Agreement or a request by the Board's Executive Director, Contractor shall return to the Board all the Board property which Contractor obtained from the Board or created in the course of any Project Assignment (except that Contractor may keep one copy of all such materials it has prepared), including any Confidential Information and Third-Party Information. Contractor acknowledges that all such property shall at all times remain the exclusive property of the Board, unless otherwise agreed to in writing by a Board member or the Board's Executive Director.

## 7.    No Conflict of Interest.

**7.1    Upon Signing of Agreement and Semi-Annually Thereafter.** At the execution of this Agreement, Contractor, on behalf of itself, its Material Affiliates[1] and its direct and indirect subsidiaries shall make the Contractor Conflict of Interest Certifications set forth in Appendix B hereto[2] and shall thereafter make similar Contractor Conflict of Interest Certifications periodically as of every July 1st and January 1st of each year of service under this Agreement and any related Project Assignments. In the event Contractor or any of its affiliates publicly files a Securities and Exchange Form ADV or Department of Labor Form 5500, Contractor shall share such filings with the Board on or around the time of each such filing. Finally, it is of paramount importance to the Board that Contractor and its affiliates other than MIO Partners Inc. ("MIO")[3] disclose to the Board any of their direct or indirect investments in Puerto Rico public debt instruments of any kind including such instruments issued by any Interested Party[4] that is a Puerto Rico governmental instrumentality. While such investments may not always constitute a potential or actual conflict of interest, the Board requires such disclosure to ascertain whether or not such an investment by the Contractor or its affiliates (other than MIO) could represent a conflict of interest and/or require other action or remediation.

In addition to such disclosures, Contractor shall also make disclosures regarding any information barrier relating to MIO, that establish, to the satisfaction of the Board, that the employees of Contractor and its affiliates other than MIO do not have knowledge of,[5] or control over, the investment activity of MIO. Upon the execution of this Agreement, Contractor will identify and provide to the Board a list of all of MIO's direct connections to any Interested Party in the PROMESA proceedings based upon a search of (i) the names of MIO's third-party managers; (ii) the names of third-party funds in which MIO-controlled vehicles have made investments; (iii) securities or other instrument-level investments made at the discretion of MIO; (iv) financial counterparties of MIO or MIO-controlled vehicles; and (v) the names of service

---

[1]    For purposes of this Agreement, Material Affiliates shall constitute any affiliate of McKinsey that has lent a consultant to the Contractor's Service Team. The Contractor's Service Team is comprised of the consultants that directly provide the services for which the Board has retained Contractor. The search performed by Contractor in order to prepare the Contractor Conflict of Interest Certifications and related disclosures involves a search of (i) each client engagement where time was charged by a consulting professional belonging to Contractor or a Material Affiliate, (ii) each client engagement opened for which the project office (i.e., the project GOC code) is a part of Contractor or a Material Affiliate, and (iii) ordinary course vendor and banking relationships of Contractor or a Material Affiliate, in each case, for any matches with any Interested Party as defined below.

[2]    The Certifications shall contain disclosures typically made by McKinsey pursuant to the Baker Protocol and additional information requested by the Board under this Agreement.

[3]    Disclosures relating to MIO shall be as indicated in the paragraph below.

[4]    Interested Party is defined as any entity appearing on the most updated version of Schedule A to this Agreement, as provided by the Board to Contractor.

[5]    Beyond publicly available information and the other types of information identified in the Final Investigative Report of the Special Counsel to the Financial Oversight and Management Board for Puerto Rico, *In re The Fin. Oversight & Mgmt. Board for Puerto Rico*, No. 17-03283 (LTS) (D.P.R. Feb. 18, 2019), Dkt. 5154.

providers/vendors to MIO. It is acknowledged that this search will not identify (i) security or instrument- level investments made by third-party managed funds in which MIO-controlled vehicles have made investments and over which MIO has no investment discretion; or (ii) security or instrument-level investments made by third-party managers retained by MIO to exercise sole investment discretion over a separately managed account inside of an MIO-controlled vehicle. For the purposes of this Agreement, the Board shall assume that such security or instrument-level holdings exist. In addition, in the event Contractor or any of its affiliates publicly files a Securities and Exchange Form ADV or Department of Labor Form 5500, Contractor shall identify for the Board, at or around the time of each such filing, any Interested Party identified in those filings, if such connection has not already been disclosed in connection with McKinsey's Contractor Conflict of Interest Certifications. Further, as of the effective date of the Agreement, Contractor represents that neither MIO nor any MIO-controlled vehicle holds an interest in Puerto Rico debt instruments of any kind that were obtained directly by MIO through the exercise of its own investment discretion, and that MIO currently maintains a policy (and will maintain a policy during the term of this Agreement) that prohibits MIO from exercising its investment discretion to obtain a direct interest in municipal debt instruments, which includes Puerto Rico debt instruments. Contractor further represents that, as of the effective date of the Agreement, MIO does not pursue as an investment strategy for any MIO-controlled vehicle making investments with third-party managers or third-party funds for the purpose of obtaining or increasing exposure specifically to Puerto Rico debt instruments. For the avoidance of doubt, MIO retains full discretion to make any investment it deems to be in the best interest of the funds and plans that it manages, subject to the foregoing policy.

**7.2     During the Term of this Agreement.** During the term of this Agreement, Contractor shall not (and shall cause its Material Affiliates and its direct and indirect subsidiaries not to) accept work from, enter into a contract with, or accept an obligation from any existing or future potential clients that may hold material claims or are otherwise participating in proceedings under PROMESA involving the Commonwealth of Puerto Rico or any of its covered instrumentalities, where such contract or obligation would be inconsistent or incompatible with Contractor's obligations or the scope of services rendered for the Board under this Agreement or any Project Assignment, and in no event shall Contractor's Service Team provide services for any such existing or future potential clients. Upon receipt of Contractor's periodic Contractor Conflict of Interest Certifications, the Board may request, and Contractor shall provide, information reasonably necessary to determine whether Contractor has any relationship that would be inconsistent or incompatible with Contractor's obligations or the scope of services rendered for the Board. Contractor shall not (and shall cause each of its Material Affiliates and its direct and indirect subsidiaries not to) take actions during the term of this Agreement or any Project Assignment that would constitute or could create the appearance of a conflict of interest with the Board's mission or the work performed by the Contractor for the Board. Contractor, on behalf of itself and its Material Affiliates and its direct and indirect subsidiaries, represents that Contractor's performance of all the terms of this Agreement and any accepted Project Assignment does not and will not breach any agreement or obligation of any kind made prior to the execution of this Agreement, including any noncompete agreement or any agreement to keep in confidence information acquired by Contractor in confidence or in trust. Contractor, on behalf of itself and its Material Affiliates and its direct and indirect subsidiaries, represents that none of them have entered into, and shall not enter into, any agreement either written or oral in conflict herewith. During the term of this Agreement and all related Project

Assignments, Contractor shall inform the Board, in a proactive manner and as soon as Contractor becomes aware of it, of any new or ongoing actual or potential conflict of interest or any appearance thereof that Contractor (or any of its Material Affiliates and its direct and indirect subsidiaries) encounters in the ordinary course of its work.

      **7.3**    **Indemnification.** Contractor shall indemnify the Board from any and all loss or liability incurred by reason of the alleged breach by Contractor of any services agreement with any third party. Contractor, after the termination of this Agreement, shall not provide services on the matters on which Contractor was engaged to others having interests adverse to the Board's interests as described in 7.2 above.

      **7.4**    **Other.** From time to time, the Board may request that the Contractor explain in detail what its conflict of interest policy and conflict mitigation procedures are and it shall be the responsibility of Contractor to explain in appropriate and relevant detail to the Board why something that may appear to be a conflict of interest is not an actual or potential conflict of interest or appearance of a conflict of interest. The Board will be the final arbiter of whether a particular set of facts presents a Contractor conflict of interest. Simultaneously with the certifications it makes under Sections 7.1 and 7.2 hereunder, Contractor shall furnish the Board with a list of its Material Affiliates with a brief description of each affiliation.

      **8.**    **Compliance with Laws, Regulations, and Contractor Code of Conduct.** While providing services for the Board, Contractor shall comply with all applicable laws, rules and regulations, as well as all applicable Board policies and rules, including without limitation the Board's Contractor Code of Conduct and its disclosure certification. A copy of the Contractor Code of Conduct and its Contractor Code of Conduct Disclosure Certification is attached as *Appendix A* hereto.

      **9.**    **Term and Termination.**

      **9.1**    **Term.** Unless earlier terminated as provided in this Agreement or by mutual written agreement of the parties, this Agreement shall expire on June 30, 2022. The parties may renew the Agreement for an additional time period by mutual, written agreement prior to the expiration of the term.

      **9.2**    **Termination by Board.** The Board may terminate this Agreement or any Project Assignment upon the earlier of (i) thirty (30) days written notice or (ii) Contractor's material breach of either Section 4 ("Nondisclosure") or section 1 0 ("Noninterference with Business") of this Agreement. Termination shall neither eliminate accrued amounts owing to Contractor nor any amounts owing to the Board due to Contractor's breach.

      **9.3**    **Termination by Contractor.** Contractor may terminate this Agreement or any Project Assignment upon thirty (30) days written notice in the event of a material breach by the Board of this Agreement or any Project Assignment.

      **9.4**    **Survival.** The rights and obligations contained in Sections 4 ("Non-Disclosure") of this Agreement and 10 ("Noninterference with Business") shall survive the termination or expiration of this Agreement regardless of the reason, and the assignment of this Agreement by the Board to any successor in interest or other assignee.

**10.** **Noninterference with Business.** During this Agreement, and for a period of two (2) years immediately following its termination, Contractor shall not interfere with the business or activities of the Board in any manner. By way of example and not of limitation, no member of Contractor's Service Team shall:

**10.1** solicit, induce, encourage, or participate in soliciting, inducing, or encouraging any employee of the Board to terminate his or her relationship with the Board;

**10.2** hire, or employ, or attempt to hire or employ any person employed by the Board or who has left the employment of the Board within the preceding six (6) months or discuss any potential employment or business association with such person, even if Contractor does not initiate the discussion or seek out the contact;

**10.3** solicit, induce or attempt to induce any consultant or independent contractor with whom Contractor had direct or indirect contact or whose identity Contractor learned as a result of Contractor's engagement with the Board, to terminate, diminish, or materially alter in a manner harmful to the Board its relationship with the Board; or

**10.4** for two years after the termination of this Agreement, represent or provide assistance pertaining directly to matters on which Contractor was engaged hereunder to any other entity or person having interests adverse to the Board's interests.

**11.** **Successors and Assigns.** Contractor may not subcontract or otherwise delegate its obligations under this Agreement without the prior written consent of the Executive Director of the Board. Subject to the foregoing, this Agreement will be for the benefit of the Board's successors and assigns and will be binding on Contractor's assignees. Notwithstanding the foregoing, nothing in this Agreement shall prevent Contractor from utilizing Contractor's employees to perform services under the Agreement or any Project Assignment.

**12.** **Indemnification.** Contractor shall indemnify and hold harmless the Board and its members, officers, directors and employees from (a) all taxes, penalties and interest the Board may be required to pay as a result of Contractor or any of Contractor's personnel being deemed an employee of the Board; (b) any other tax liability or payments related to or resulting from this Agreement or the services rendered by Contractor for the Board; (c) any claims, losses, actions (including attorney's fees) or liability resulting from or related to any negligent action taken or omitted by Contractor or any of its personnel. In no event will either party be liable to each other for any consequential, indirect, exemplary, special or incidental damages arising from or relating to this Agreement. Each party's total cumulative liability to the other party in connection with this Agreement, whether in contract or tort or otherwise, will not exceed the aggregate amount of three [3] times fees and expenses owed by the Board to Contractor for services performed under this Agreement.

**13.** **Non-Disparagement.** Contractor will not, during the term of the Agreement, and for two (2) years thereafter, disparage the Board, its members, officers, or employees. Contractor shall indemnify and hold the Board, its members, officers, directors, and shareholders harmless from and against any and all losses, claims, damages, or expenses, (including attorneys' and

experts' fees) arising from or growing out of any disparaging statement made by Contractor in violation of this Section 13.

14.     **Reasonableness of Restrictions.**

14.1    Contractor has read this entire Agreement and understands it. Contractor acknowledges the restrictions contained in this Agreement are reasonable, proper, and necessitated by the Board's legitimate business interests.

14.2    In the event that a court finds this Agreement, or any of its restrictions, to be ambiguous, unenforceable, or invalid, Contractor and the Board agree that this Agreement will be automatically modified to provide the Board with the maximum protection of its business interests allowed by law and Contractor shall be bound by this Agreement as modified.

15.     **Legal and Equitable Remedies.**

15.1    Contractor acknowledges it may be impossible to assess the damages caused by Contractor's violation of Sections 4 ("Non-Disclosure") and 10 ("Noninterference with Business") of this Agreement. Any threatened or actual violation of such Sections of this Agreement will constitute immediate and irreparable injury to the Board and the Board shall have the right to enforce those Sections of this Agreement by injunction, specific performance or other equitable relief, without bond and without prejudice to any other rights and remedies that the Board may have for a breach or threatened breach of those Sections or any other Section of this Agreement.

15.2    If the Board is successful in whole or in part in any legal or equitable action against Contractor under this Agreement, the Board shall be entitled to payment of all costs, including reasonable attorneys' fees, from Contractor.

15.3    In the event the Board enforces this Agreement through a court order, the restrictions of Section 10 shall remain in effect for a period of twelve (12) months from the effective date of the Order enforcing the Agreement.

16.     **Notices.** Any notices required or permitted hereunder shall be given to the Board at its primary office location, at Contractor's address as listed below, or at such other address as the party shall specify in writing. Such notice shall be deemed given upon personal delivery to the appropriate address or three (3) days after the date of mailing if sent by certified or registered mail.

17.     **Governing Law; Consent to Personal Jurisdiction; Waiver of Jury Trial.** This Agreement shall be governed by the laws of the Commonwealth of Puerto Rico independent of its choice of law principles. This Agreement is not a United States government contract or contract of the Commonwealth of Puerto Rico. Consequently, United States and Commonwealth contracting and contract protest laws do not apply to this Agreement. Any action against the Board shall be brought in accordance with PROMESA § 106. Contractor hereby expressly consents to the personal jurisdiction and venue of the federal court in Puerto Rico. The Board and Contractor each waive all rights to jury trial under Commonwealth of Puerto Rico law and federal law.

**18.**      **Severability.** In case any one or more of the provisions, subsections, or sentences contained in this Agreement shall, for any reason, be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect the other provisions of this Agreement, and this Agreement shall be construed as if such invalid, illegal or unenforceable provision had never been contained herein. Moreover, if any one or more of the provisions contained in this Agreement shall for any reason be held to be excessively broad as to duration, geographical scope, activity or subject, it shall be construed by limiting and reducing it, so as to be enforceable to the extent compatible with the applicable law as it shall then appear.

**19.**      **Waiver.** No waiver by the Board of any breach of this Agreement shall be a waiver of any preceding or succeeding breach. No waiver by the Board of any right under this Agreement shall be construed as a waiver of any other right. The Board shall not be required to give notice to enforce strict adherence to all terms of this Agreement. Nothing herein waives any exemption from liability or other rights of the Board under PROMESA.

**20.**      **Entire Agreement.** This Agreement is the final, complete and exclusive agreement of the parties with respect to the subject matter hereof and supersedes and merges all prior discussions between the parties. No modification of or amendment to this Agreement, nor any waiver of any rights under this Agreement, will be effective unless in writing and signed by the party to be charged.

[*Signature Page Follows*]

10

**In Witness Whereof,** the parties have executed this Agreement as of the date first written above.

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

By: _____

Name: Natalie A. Jaresko

Title: Executive Director

MCKINSEY & COMPANY PUERTO RICO
CONSULTING INC

By: _____

Name: Thomas Dohrmann

Title: President

Address:   1200 19th St., NW, Suite 1100
                  Washington, DC 20036

11

**ATTACHMENT 1**
**Amended Project Assignment for**
**Commonwealth Title III Support**

**Context:**

McKinsey's support continues to evolve as the Oversight Board staff has grown.  Over the last several years, the support model has increasingly focused on capability building for and knowledge transfer to Board staff, while still providing the Board with expert-based support on more complex issues across a wide range of topics related to the Commonwealth as well as its instrumentalities.  The scope below furthers and accelerates this important transition for the long-term sustainability of the Oversight Board.

**Services:**

In regards to support for the Commonwealth Title III proceedings, from **July 2021 through June 2022** the scope of work shall be amended and replaced as follows:

**Activities:**

*Provide support on fiscal plan modeling and integration to enable continuity on underlying logic and assumptions*
- Provide support to Board staff on further development, refinement or updates to fiscal plan and/or models
- Provide factual inputs and advice to the responsible Board staff members as they assemble materials for Board consideration on matters related to the Commonwealth Fiscal Plan
- Review and provide feedback to the Oversight Board, and other advisors on matters related to Plan(s) of Adjustment, Disclosure Statements, and other submissions related to the Title III proceedings
- Support Board staff in their coordination with government advisors and government representatives on development, review and Oversight Board certification of any revised/new fiscal plan(s) and/or supporting materials
- Provide analyses on the evolving fiscal landscape post COVID-19 recession, including impacts on government spending and revenues, federal and local economic support programs, and impacts on natural disaster-related recovery spending

*Simplify fiscal plan processes and continue to build FOMB staff capabilities to further the goal of FOMB leading fiscal plan processes*
- Building upon progress achieved in building FOMB staff capabilities in FY2021, work with Oversight Board executive leadership to identify remaining gaps and develop plan to address
- Develop and deliver agreed upon training and capability building to further enable FOMB staff development and management of core fiscal plan processes
- Work with Oversight Board staff and co-advisors to identify options to streamline fiscal plan maintenance processes and associated financial models, and implement selected option(s)

*Provide targeted expertise in key Fiscal Plan domains*
- Provide analyses and expert support to Oversight Board executive leadership on federal and local government health care revenues and expenditures, including analyses of government data on enrollment and actual expenditures, as well as long-term trends (in coordination with the Board's actuarial advisor)
- Provide support and guidance to Oversight Board staff related to agency-specific reforms, fiscal plan measures and associated implementation milestones
- Review liquidity analyses provided by the Government, and provide feedback for Board staff

consideration, in coordination with other Oversight Board advisors
- Support FOMB full-time associates across fiscal plan topics where there is a need for onboarding, consultation on complex fiscal plan analyses, or as a second set of eyes on materials that FOMB associates develop in their day-to-day work

*Support restructuring and Plan of Adjustment process*
- Prepare content for and participate in cross advisor meetings
- Support FOMB stakeholder interactions in furtherance of Plan of Adjustment
- Prepare content and analyses and work alongside Oversight Board, government and stakeholders advisors with regards to development of plan(s) of adjustment, disclosure statements, and other submissions related to the Title III proceedings
- Lead preparation of "best interests" analyses in coordination with other Oversight Board advisors
- Prepare analyses, support Oversight Board counsel and lead coordination of information diligence related to potential litigation involving the certified Fiscal Plan and/or other CW Title III matters
- Provide expert testimony on the Fiscal Plan as well as analytical support for such expert testimony, as mutually agreed by the Parties

**Project management:**

At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**

McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| Months prior to Plan of Adjustment confirmation *(expected to include months from July 2021 - December 2021)* | $1,417,500 / month |
| Balance of Fiscal Year *(expected January 2022 – June 2022)* | $1,040,000 / month |

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each calendar month following the month during which the services were performed.

**ATTACHMENT 2**
**Project Assignment for Title III**
**Support for PREPA**

**Context:**

McKinsey's support continues to evolve as the Oversight Board staff has grown. Over the last several years, the support model has increasingly focused on capability building for and knowledge transfer to Board staff, while still providing the Board with expert-based support on more complex issues across a wide range of topics related to PREPA. The scope below furthers and accelerates this important transition for the long-term sustainability of the Oversight Board.

**Services:**

In regards to support for the PREPA Title III proceedings, from **July 2021 to June 2022** the scope of work shall be as follows:

**Activities:**
*Provide support on fiscal plan modeling and integration to enable continuity on underlying logic and assumptions*
- Support Board staff with context, facts, data, and analyses to support development of any revised/new fiscal plans for PREPA
- Provide context and factual support for the translation of the Fiscal Plan into the FY2023 budget for PREPA
- Review and provide feedback on submissions related to the Title III proceedings as related to the Fiscal Plan

*Simplify fiscal plan processes and continue to enable FOMB staff with the goal of FOMB leading fiscal plan process in Spring 2021 with lower reliance on McKinsey support*
- Working with Oversight Board executive leadership, refine approach to enabling Board staff to fully manage the Fiscal Plan update and maintenance process, including milestones and capabilities required
- Refine training materials and conduct capability building activities to enable this approach over the first half of Fiscal Year 2022
- Work with Oversight Board staff and co-advisors to identify options to streamline fiscal plan maintenance processes and associated financial models, and implement selected option(s)

*Provide targeted expertise in key Fiscal Plan domains*
- Develop affordability study (in coordination with technical advisors)
- Provide Board leadership and staff expert advice on topics critical to the PREPA Fiscal Plan, including generation planning, energy efficiency, distributed generation, capex delivery, operational improvement and financial projections

*Support restructuring and Plan of Adjustment process*
- Prepare content for and participate in cross advisor meetings
- Support FOMB stakeholder interactions in furtherance of any potential Plan of Adjustment
- Prepare content and analyses and work alongside Oversight Board, government and stakeholder advisors with regards to development of any potential Plan(s) of Adjustment, Disclosure Statements, and other submissions related to the Title III proceedings
- Lead preparation of "best interests" analyses in coordination with other Oversight Board advisors
- Prepare analyses, support Oversight Board counsel and lead coordination of information diligence related to potential litigation involving the certified Fiscal Plan and/or other PREPA Title III matters
- Provide expert testimony on the Fiscal Plan as well as analytical support for such expert

testimony, as mutually agreed by the Parties

**Project management:**

At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**

McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| July 2021- December 2021 | $326,525 / month |
| January 2021 - June 2022 | $740,000 / month |

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each calendar month following the month during which the services were performed.

**ATTACHMENT 3**
**Project Assignment for Title III**
**Support for HTA**

**Services:**

In regards to support for the HTA Title III proceedings, from **July 2021 to June 2022** the scope of work shall be as follows:

**Activities:**

- Support Oversight Board staff as they lead the HTA working group for Title III, including expert advice, preparation of analyses, and help with templates and tools
- Support Board staff as they refine or update the transformation plan and/or models for HTA for Title III. Provide targeted expert support on topics that could include:
  - Optimizing capex program priorities and efficiency measures, including prioritization approach, benchmark performance, delivery efficiency and impact on system outcomes
  - Opportunities to increase revenues, focused on toll fares, fines, and additional revenue opportunities (e.g., ancillary revenue)
  - Enhanced performance of the transit system and its performance and fiscal outcomes
  - Action plans to implement all measures identified in the Fiscal Plans with additional measures to achieve Fiscal Plan targets
  - Governance and management plans to enable delivery of actions
  - Clear timelines for delivery of the plan
- Support Board staff with expertise and materials on rationalizing infrastructure delivery, including the fiscal plan implications of a re-organization of HTA to operate as a toll-credit facility, optimal organizational ownership for current HTA assets, concrete plans for reorganization and implementation plans
- Review and provide feedback on submissions related to the Title III proceedings, including Plan of Adjustment, financial disclosures, implementation plans as it relates to the Fiscal Plan
- Lead preparation of "best interests" analysis in coordination with other Oversight Board advisors
- Prepare analyses and advise Board staff on matters related to liquidity of HTA
- Support Oversight Board staff as they prepare for public facing engagement on topics related to HTA's Fiscal Plan

**Project management:**
At the end of each month, McKinsey will provide a draft list of priority activities and deliverables that represent the bulk of the effort for that month, consistent with the scope above, for the subsequent month. The Oversight Board will provide timely feedback for discussion and mutual agreement.

**Fees and Invoicing:**
McKinsey will be compensated on a firm fixed price basis, and will submit invoices monthly for services provided during that month, as set forth in the payment schedule below:

| Period of Performance | Fee |
|---|---|
| July 2021 - June 2022 | $310,000 / month |

McKinsey will submit invoices (Monthly Fee Statement) on a monthly basis, on or before the 25th day of each

calendar month following the month during which the services were performed.

**APPENDIX A**

**[CONTRACTOR CODE OF CONDUCT]**

The Financial Oversight and Management Board for Puerto Rico (the "Board") is committed to ethical and lawful behavior, and to acting professionally and fairly in all of its business dealings and relationships. The Board seeks to maintain high ethical standards and to comply with all applicable laws and regulations. The Board expects its contractors, consultants, and representatives to embrace this commitment to ethical and lawful behavior by complying with and training its employees on the Board's Contractor Code of Conduct. The Board also expects its contractors to have their own codes of conduct that ensure ethical business conduct and practices.

I.      Compliance with the Contractor Code of Conduct

All contractors, consultants, and representatives and their employees, agents, and subcontractors (collectively referred to as "Contractors") must adhere to this Code of Conduct while conducting business with or on behalf of the Board. Contractors must promptly inform the Executive Director, the General Counsel, or a member of the Board when any situation develops that causes, or may cause, the Contractor to violate any provision of this Code of Conduct. Although Contractors are expected to self-monitor and demonstrate their compliance with this Code of Conduct, the Board may audit Contractors and/or inspect Contractors' facilities and records to confirm compliance.

The Board may require the immediate removal from any project or engagement of any contractor representative(s) or personnel who behave in a manner that is unlawful or inconsistent with this Code of Conduct or any Board policy. Compliance with this Code of Conduct, as well as attendance at any training on this Code of Conduct as may be offered by the Board, is required in addition to any other contractual obligations a contractor may have to the Board.

II.     Legal and Regulatory Compliance Practices

Contractors must conduct their business activities on behalf of the Board in full compliance with the letter and spirit of all applicable laws and regulations.

- Anti-Corruption. The Board takes a zero-tolerance approach to bribery and corruption, and it requires its Contractors to do the same. Contractors must not participate in bribes or kickbacks of any kind, whether in dealings with the Board, government and public officials, or individuals in the private sector. Contractors must also comply with all applicable anti-corruption and anti-money laundering laws, as well as laws governing gifts and payments to public officials, political campaign contribution and lobbying laws, and other related regulations. In particular, Contractors must not:

  o   Offer, promise, or allow anything of value (including travel, gifts, hospitality expenses, and charitable donations) to be given on behalf of the Board to influence a business or government decision, gain an improper

A-1

advantage, or otherwise improperly promote the interests of the Board in any respect;

o   Offer, promise, or allow anything of value to be given to a Board member or employee to influence a Board decision or otherwise gain an improper advantage; or

o   Ask for or accept anything of value which the Contractor knows or suspects is being offered to influence a Board decision or otherwise obtain an improper advantage in connection with the Contractor's work with or on behalf of the Board.

- Antitrust/Fair Business Practices. Contractors must conduct their business in full compliance with antitrust and fair competition laws that govern the jurisdictions in which they conduct business. Contractors must also uphold all standards of fair dealing and abide by all fair business practices, including truthful and accurate advertising.

- Trade. Contractors shall comply with all applicable trade controls, as well as any applicable export, re-export, and import laws and regulations. Contractors must not knowingly employ or do business with anyone reasonably suspected of being connected with criminal or terrorist activities or who is otherwise subject to applicable trade sanctions.

- Freedom from Unlawful Harassment and Discrimination. Contractors shall provide a workplace free from harassment and/or discrimination in hiring, compensation, access to training, promotion, termination, and/or retirement on the basis of race, color, creed, religion, sex, gender identity or expression, sexual orientation, pregnancy, status as a parent, age, marital status, national origin, ancestry, citizenship status, physical or mental disability or serious medical condition, protected genetic information, political beliefs, status as a veteran, or any other characteristic protected by law. Contractors shall further prohibit any form of reprisal or retaliation against any employee for reporting harassment or discrimination in good faith or for participating in good faith in a harassment or discrimination investigation.

- Wages, Benefits and Working Hours. Contractors must comply with local applicable laws regarding wages, overtime hours and mandated benefits. Contractors must also communicate with workers about compensation, including any overtime pay, in a timely and honest manner.

- Freely Chosen Employment. No Contractor shall use any form of indentured, slave, or forced labor, including involuntary prison labor. Contractors are also prohibited from supporting or engaging in any form of human trafficking of involuntary labor through threat, force, fraudulent claims, or other coercion.

A-2

- Child Labor. Contractors shall comply with all local and national minimum working age laws or regulations and not use child labor. All employees shall be age 18 and over unless: (i) a country's legal age for employment or age for completing compulsory education is under 18; and (ii) the work is non-hazardous.

III.    <u>Business Practices and Ethics</u>

Contractors must conduct their business interactions and activities with integrity.

- Honesty and Integrity. Contractors must at all times be honest, direct, and truthful in discussions with the Board, its staff and agents, regulatory agency representatives, and government officials.

- Business and Financial Records. The Board expects Contractors to timely, honestly, and accurately record and report all business information, including without limitation any invoices for payment, and comply with all applicable laws regarding their creation, completion, accuracy, retention, and disposal. All invoices must be (i) timely submitted, (ii) itemized, (iii) supported by appropriate documentation, and (iv) must comply with all other requirements as set out in the relevant contract(s).

- Conflicts of Interest. On behalf of itself and its affiliates and direct or indirect subsidiaries, Contractors shall scrupulously avoid any conflict, real or perceived, direct or indirect, between their own individual, professional, or business interests and the interests of the Board. Among other things, Contractors must not deal directly with any Board member or ex officio member or employee whose spouse, domestic partner, or other family member or relative is associated with and/or holds any ownership or other financial interest in the contractor. In the course of negotiating the contractor agreement or performing the contractor's obligations, dealing directly with a contractor personnel's spouse, domestic partner, or other family member or relative employed by the Board is also prohibited. Complying with this requirement includes, but is not limited to, each contractor's completion of the Contractor Conflict of Interest Disclosure Certification attached as Appendix B hereto.

- Gifts and Entertainment. Contractors should avoid any actions with Board members or ex officio members or employees during any contractor selection or re-selection process that could give others the impression of favoritism or other improper advantage. Furthermore, Contractors should not offer, and Board members, ex officio members, and employees must not accept, gifts or entertainment that might compromise, or appear to compromise, the Board member or employee's judgment or independence. Even a well-intentioned gift might constitute or be perceived to be a bribe under certain circumstances or create a conflict of interest or the appearance of a conflict of interest. Board employees are required to conduct all business and interactions with Contractors in strict compliance with the applicable provisions of the Board's business ethics and conflict of interest policies.

A-3

- Confidentiality, Privacy and Data Security. Contractors shall, at all times while they are engaged by the Board and thereafter, (i) hold all proprietary and confidential information of the Board in strictest confidence, (ii) not use or disclose for any purpose any proprietary and confidential information of the Board to any person, business or entity, except as specifically authorized in writing by the Board, and (iii) not disclose for any purpose any non-public information concerning their retention by the Board or their services for the Board, except as specifically authorized in writing by the Board. Contractors shall abide by all Board requirements and procedures for protecting the proprietary and confidential information of the Board, including signing and abiding by the Board's confidentiality agreements. Contractors who handle proprietary and confidential information on behalf of the Board or belonging to the Board must apply and maintain sufficient privacy and information security safeguards. Contractors shall also be subject to an information and data security assessment.

- Media. Contractors are prohibited from speaking to the press or making any public statements, oral or written, concerning their work for or on behalf of the Board without the express written authorization of the Board.

- Reporting Concerns. Contractors shall maintain a hotline or other reporting system for their workers to confidentially and anonymously report any information or concerns about suspected non-compliance or violations of law or improper conduct by any contractor employee or agent without threat of reprisal, intimidation or harassment. If concerns are reported, Contractors shall promptly and thoroughly investigate any such report and take corrective action as necessary and appropriate.

[Signature Page Follows]

A-4

I certify by my signature below that I have received and reviewed, and am authorized on Contractor's behalf to agree that Contractor shall abide by this Code of Conduct:

Contractor Name:    <u>McKinsey & Company Puerto Rico Consulting, Inc.</u>

<u>Signature of Contractor Authorized Representative</u>       <u>June 30, 2021</u>
Signature of Contractor Authorized Representative       Date

<u>Thomas Dohrmann, President, McKinsey & Company Puerto Rico Consulting, Inc.</u>
Printed Name and Title of Contractor Authorized Representative

A-5

**APPENDIX B**

**CONTRACTOR CONFLICT OF INTEREST DISCLOSURE CERTIFICATION**

All contractors, consultants, and or experts ("Contractors") interested in conducting business with the Financial Oversight and Management Board for Puerto Rico (the "Board") must complete and return this Contractor Conflict of Interest Disclosure Form to be eligible for a contract award. Disclosing a potential conflict of interest will not automatically disqualify the Contractor. The potential conflict of interest will be investigated to determine whether it precludes the contract award. In the event, however, that the Contractor does not disclose potential conflicts of interest and they are discovered by the Board, the Contractor will be barred from doing business with the Board.

Please note that all Contractors must comply with the Board's Contractor Code of Conduct as stated within the certification section below.

**No Conflict of Interest**: Except as otherwise fully disclosed below (attach additional pages as needed), the Contractor affirms, on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, to the best of its knowledge, information and belief, and based upon its most recent bi-annual disclosures as of January 1, 2021, that no Interested Party (as defined in Schedule A hereto), nor any person associated with any Interested Party, is an employee, Director or Trustee, Officer or consultant to/of, or has any financial interest, direct or indirect, in the Contractor, or has received or will receive any financial benefit, directly or indirectly, from the Contractor or from the contract associated with this certification.

For the purposes of this certification, "associated" persons include: a spouse, domestic partner, child, parent or sibling of an Interested Party; a person with whom an Interested Party has a business or other financial relationship, including but not limited to employees of an Interested Party and/or a spouse, domestic partner, child, parent or sibling of such employees; and each firm in which an Interested Party has a present or potential interest.

| No. | To the best of your knowledge: | YES | NO |
|---|---|---|---|
| 1 | Is any Interested Party, or any person associated with any Interested Party, associated with any employee, Director or Trustee, Officer or consultant to/of the Contractor? | | X |
| If you answered "yes" to Question 1, please identify the names of the persons who are associated and describe the nature of their association below: Although Contractor understands this question 1 is intended only to capture connections constituting adverse interests to the Board, Contractor has been providing and will continue to provide to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties. | | | |

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 2 | Does any Interested Party, or any person associated with an Interested Party, have an ownership interest in the Contractor's company? | | X |

If you answered "yes" to Question 2, please identify the name(s) of the person(s) who has/have such an ownership interest and describe the nature of the interest:

For completeness, McKinsey & Co. Inc. appears as an Interested Party as a result of McKinsey's work under the prior contract that this Agreement replaces. No Interested Party, other than McKinsey & Co., Inc., has any ownership interest in the Contractor.

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 3 | Has any Interested Party, or any person associated with an Interested Party, received, or will any Interested Party, or any person associated with an Interested Party receive, a financial benefit from the Contractor or from this contract? | | X |

If you answered "yes" to Question 3, please identify the name(s) of the person(s) who have received o will receive such a financial benefit and describe the nature of the benefit below:

Although Contractor understands that this question 3 is not intended to capture, e.g., client or ordinary-course vendor and banking relationships that are unrelated to this Agreement, Contractor has providing and will continue to provide to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 4 | Is any Interested Party, or any person associated with an Interested Party, contemporaneously employed or prospectively to be employed with the Contractor? | | X |

If you answered "yes" to Question 4, please identify the name(s) and title(s) of the person(s) who are or will be so employed below:

Although Contractor understands that this question 4 is not intended to capture, e.g., ordinary-course vendor and banking relationships, Contractor has been providing and will continue to provide to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 5 | Is any Interested Party, or any person associated with an Interested Party, acting as a consultant for the Contractor? | | X |

If you answered "yes" to Question 5, please identify the name(s) of the person(s) acting as a consultant and describe the nature of his/her/their consulting services below:

Although Contractor understands that this question 5 is not intended to capture, e.g., ordinary-course vendor and banking relationships, Contractor has been providing and will continue to provide to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 6 | Has the Contractor provided, or will the Contractor provide, any gifts or hospitality of any dollar value or any other gratuities to any Interested Party or elected official to obtain or maintain a contract? | | X |

If you answered "yes" to Question 6, please describe the nature of such gifts, other gratuities below including (1) the recipient(s) of such gifts, hospitality, (2) the date(s) on which such gifts, hospitality or other gratuities were provided; exact (if possible) or approximate dollar value of such gifts hospitality, or other gratuities.

Although Contractor understands that this question 6 is not intended to capture, e.g., client or ordinary-course vendor and banking relationships that are unrelated to this Agreement, Contractor has been providing and will continue to provide to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties. Further, McKinsey's firm-wide Anti-Corruption Policy prohibits all partners and employees of McKinsey, and other parties working on McKinsey's behalf, from giving, paying, promising, offering, or authorizing the payment of anything of value directly or indirectly to any party, including any government official, to persuade that party to help McKinsey (or anyone else) secure an improper advantage.

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 7 | Has any Interested Party, or any person associated with an Interested Party, provided any gifts of any dollar value or any other gratuities to Contractor? | | X |

If you answered "yes" to Question 7, please describe the nature of such gifts, hospitality, or other gratuities below, including (1) the recipient(s) of such gifts, hospitality, or other gratuities, (2) the date(s) on which such gifts, hospitality or other gratuities were provided; and (3) the exact (if possible) or approximate dollar value of such gifts, hospitality, or other gratuities:

Although Contractor understands that this question 7 is not intended to capture, e.g., client or ordinary-course vendor and banking relationships that are unrelated to this Agreement, Contractor has been providing and will continue to provide to the Board disclosures on behalf of itself, its Material Affiliates and its direct and indirect subsidiaries, of their connections to Interested Parties.

| No. | To the best of your knowledge: | YES | NO |
|-----|-------------------------------|-----|-----|
| 8 | Has the Contractor or any if its Material Affiliates or direct or indirect subsidiaries made any investments in any public debt obligations of the Commonwealth of Puerto Rico or any of its instrumentalities? | | X |
| If you answered "yes" to Question 8, please describe the nature of such public debt investments  With respect to MIO Partners, Inc., see Section 7.1 of the contract associated with this certification. In addition, as discussed in the Final Investigative Report of the Special Counsel to the Financial Oversight and Management Board for Puerto Rico, MIO previously held an investment in COFINA bonds, which was disposed of by April 2018. | | | |

Contractor Name:    McKinsey & Company Puerto Rico Consulting, Inc.

_Dmitry Krivn_ (signature)

Signature of Contractor Authorized Representative

8/31/2021

Date

Dmitry Krivin

Printed Name and Title of Contractor Authorized Representative

B-4

Name

65 Infanteria Shopping Center, LLC

800 Ponce De Leon Corp.

911 Emergency System Bureau

9-1-1 Service Governing Board

A & E GROUP, CORP.

A C R Systems

A New Vision in Educational Services and Materials, Inc.

A&S Legal Studio, PSC

A.J. AMADEO MURGA LAW OFFICES

Abacus Educational Services, Corp.

Abbvie Corp.

Abengoa Puerto Rico, S.E.

Abengoa S.A.

Abila, Inc.

Abimael Portalatiin Rosario

Abraham Garcia Roman

Abreu-Ruiz, Edwin

Academia CEIP

Acosta & Ramirez

ACP Master, Ltd

Action To Build Changes Corp.

Ada R. Valdivieso

Adalberto E. Moret Rivera

Additional (Electronic) Lottery

Adirondack Holdings I LLC

Adirondack Holdings II LLC

ADM. SERVICIOS GENERALES

Admin for Socioeconomic Develop of the Family

Administración De Seguros De Salud De Puerto Rico

Administration for Integral Development of Childhood

Adolfo E. Santiago Santiago

Adrian Mercado Jimenez

Adriana Irizarry

ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC

ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA, P.S.C.

Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC

Advocacy for Persons with Disabilities of the CW of PR

AES Puerto Rico, L.P.

AFCG Inc. d/b/a Arroyo-Flores Consulting Group, Inc.

AFICA

AGM PROPERTIES CORPORATION

Agricultural Enterprises Development Administration

Aguirre Offshore Gasport, LLC

Aida A. Cruz Vidal

Aida Rossy Clemente

AIG Insurance Company

Aileen Schmidt Rodriguez

AKIN GUMP STRAUSS HAUER & FELD LLP

Alan Friedman

Alan Rodríguez Pérez

ALB PR Investments, LLC

Albert B. Shehadi

Alberto J. Pico, Jr.

Aldarondo & López-Bras, P.S.C.

Alejandro Camporreale Mundo

Alejandro Estrada Maisonet

Alejandro Figueroa

Alemar-Sanchez, Emanuelle

Alexander Shub

Alexandra Bigas Valedon

Alfa Y Omega

Alianza Comunitaria Ambientalista del Sureste, Inc.

Allan R. Bonin

Alma Elias Rev. Trust

Almeida & Dávila, P.S.C.

Alpha Guards Management

Altair Global

Altair Global Credit Opportunities Fund (A), LLC

Altol Chemical Environemntal Laboratory Inc. D/B/A Alchem Laboratory

Altol Environmental Services, Inc.

Alvarez & Marsal

Alvarez-Estrella, Douglas

Alvin Marrero-Mendez

Alys Collazo Bougeois

Amado Ravelo Guerrero

Amar Educational Services Inc.

Amarilis Ruiz Roman

Ambac Assurance Corporation

Ambassador Veterans Services of Puerto Rico L.L.C.

AMC Consulting Services

America Aponte & Assoc. Corp.

American Century Investment Management, Inc.

American Enterprise Investment Services Inc.

American Federation of State, County and Municipal Employees

American Federation of State, County and Municipal Employees International Union, AFL-CIO

American Federation of Teachers, AFL-CIO

American Modern Home Insurance Company

AmeriCorps

AmeriNational Community Services, LLC

Amigos del Rio Guaynabo, Inc.

Ana Figueroa Colón

Ana I. Iturregui Margarida

Ana J. Matosantos, Member of the Board

Ana M. Emanuelli

Ana R. Lopez

Ana T. Colmenero

ANB Bank

Anchorage Capital Group, L.L.C.

Andalusian Global Designated Activity Company

Andres Fortuna Evangelista

Andres Fortuna Garcia

Andrés L. Córdova

Andres Matos Figueroa

Andrew G. Biggs, Member of the Board

Andrew Jimenez LLC

Andrew Jimenez-Cancel

Andrew M. Minster

Andrew P. Davis

Andrew P. Davis and Jessica G. Davis, Trustees U/A 8/18/15: Andrew P Davis 2015 Grat I

Andrew Wolfe

Angel A. Rodriguez Gonzalez

Angel D. Cintron Vega

Angel L Martinez-Alvarez

Angel L. Llamas

Angel R. Figueroa Jaramillo

Ángel Rodríguez Rivera

Angel Ruiz Rivera

Angelo, Gordon & Co., L.P.

Angely M. Aponte-Pagán

Anibal Sanz Gonzalez

Ankura Consulting Group, Inc.

Anna Elias

Annabell C. Segarra

Anne Catesby Jones

Anne Farley

Annette Mary Blasini Batista

Antilles Power Depot, Inc.

Antonetti Montalvo & Ramirez Coll

Antonia Fuentes-Gonzalez

Antonia Rita Blasini Batista

Antonio Cosme-Calderon

Antonio De La Cruz Miranda

Antonio Fuentes-González

Antonio L. Medina, Member of the Board

Antonio Martin Cervera

Antonio Monroig Malatrassi

Antonio Santos Bayron

Antonio Vega-Fernández

APCO Worldwide, LLC

Apex Clearing Corporation

APEX GENERAL CONTRACTORS, LLC,

Aponte-Diaz, Harriet

Aquasur Corporation

Arc American, Inc.

Arcadia Irizarry, Marinelle

Arcos Dorados Puerto Rico LLC

Ariel Colon Clavell

Ariel Ferdman

Arieta & Son Assurance Corporation

Aristeia Capital, L.L.C.

Aristeia Horizons, L.P.

Arlene Irizarry Rivera

Armada Productions Corp.

Arnaldo Cruz Igartua

Arnaldo Hernandez Mendez

Arnaldo Ortiz-Ortiz

Arroyo & Rios Law Offices, PSC

Arthur J. González, Member of the Board

Arthur Samodovitz

Arturo Ortiz

Arturo Pico Vidal

Arturo Suarez Lopez

Arturo Suarez Perez

ASM BLMIS Claims LLC

Asociacion Azucarera Cooperativa Lafayette

Asociación de Empleados del Estado Libre Asociade

Asociacion de Empleados Gerenciales del Fondo del Seguor del Estado Corp

ASOCIACION DE INNSPECTORES DE JUEGOS DE AZAR

Asociación de Jubilados de la Judicatura de Puerto Rico, Inc.

Asociación de Maestros de Puerto Rico

Asociación de Maestros de Puerto Rico Local Sindical

Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc.

Asociacion de Salud Primaria de Puerto Rico

Asociación de Suscripción Conjunta

Asociacion Puertorriquena de la Judicatura

Asociación Puertorriqueña de Profesores Universitarios

Associated Branches Ports

Association of Gaming Inspectors

Assured Guaranty Corporation

Assured Guaranty Municipal Corporation

Astrid Vazquez Gonzalez

Atkins Caribe, LLP

Atlantic Medical Center, Inc.

Augusto P. Conte Matos

Augusto R Palmer Arrache

Aurelius Capital Management, LP

Aurelius Capital Master, Ltd.

Aurelius Convergence Master, Ltd

Aurelius Investment, LLC

Aurelius Opportunities Fund, LLC

Automobile Accidents Compensation Administration

Autonomous Municipality of Ponce

Autonomous Municipality of San Juan

Autonomy Capital (Jersey) LP

Autonomy Master Fund Limited

Autopistas de PR, LLC

Autopistas Metropolitanas de Puerto Rico, LLC

Autoridad de Energía Eléctrica de Puerto Rico

Avanti Technologies Inc.

Avanzatec LLC

Awilda Gonzalez

Awilda O. Martinez-Sanchez

Awilda Valle

Aymara Vazquez Casas

Bacardi Corporation

Bacardi International Limited

Backyard Bondholders

Badillo Saatchi & Saatchi, Inc.

Bahia Park S.E., B.P. S.E.

Banco Popular de Puerto Rico

Banco Popular De Puerto Rico As Trustee For Popular Balanced IRA Trust Fund

Banco Santander Puerto Rico

Bank of America

Bank of America Merrill Lynch

Bank of New York Mellon

Barbara T. Doan Grandchildrens Trust

Barclays Capital

Barclays Capital Inc./LE

Bard Shannon Limited

Barnes & Thornburg, LLP

Barreras, Inc.

Baxter Sales and Distribution Puerto Rico Corp.

BB&T Securities, LLC

Beanstalk Innovation Puerto Rico LLC

Beatriz Nieves-Lpez

BEC Co, Inc. d/b/a Empacadora Hill Brothers

Behzad Aalaei

Belk & Grovas Law Offices

Bella Export Corporation

Bella International, LLC

Bella Retail Group, LLC

Bellver Espinosa Law Offices

Beltrán Cintrón

bengoa Puerto Rico, S.E., Abengoa, S.A.

Bennazar, García & Milián, CSP

Bermúdez Díaz & Sánchez LLP

Bermudez, Longo, Diaz-Mosso, LLC

Bernal-Cruz, Victorino

Bernice Beauchamp-Velazquez

Bernstein, Shur, Sawyer & Nelson, P.A.

Bettina M. Whyte

Betty E. Rosa, Member of the Board

BI Incorporated

Bianca Convention Center, Inc.

Bio-Medical Applications of Puerto Rico, Inc.

Bio-Nuclear of Puerto Rico, Inc.

Black Diamond Credit Strategies Master Fund, Ltd.

BlackRock Financial Management, Inc.

Blanca Fernandez Paoli

Blanca Goldikener

Blanca M. Ramirez Feliciano

Blanca Paniagua

BlueMountain Capital Management, LLC

BMO Capital Markets

BMO Capital Markets GKST, Inc.

BNP Paribas Securities Corp./Prime Brokerage

BNP Paribas, New York Branch/BNP Paribas Prime

BNP Paribas, New York Branch/Custody/Client Assets

BNY Mellon

BNY Mellon / Nomura Int'l PLC Repo

BNY Mellon / POP Sec

BNYMellon/RE DBTC Americas / Deutsche Bk London

BNYMellon/RE DBTC Americas/Deutsche BK

BNYMellon/RE Midcap Spdrs

BNYMellon/RE OZ Omnibus DTC Account

BNYMellon/RE The Prudential Investment

BNYMellon/Wealth Management

Bobonis, Bobonis & Rodriguez Poventud

BofA Securities

Bonistas del Patio

Bonnin Investment Corp.

Bosque Modelo de Puerto Rico

Bracewell, LLP

Branch Banking and Trust Company

Brenda C. Gonzalez Castillo

Brenda Marrero & Associates, Inc

Brian L. Murphy

Brigade Capital Management, LP

Brigade Distressed Value Master Fund Ltd.

Brigade Leveraged Capital Structures Fund Ltd.

Bristol-Myers Squibb Puerto Rico, Inc.

Brookfield Asset Management Private Institutional Capital Adviser (Credit) LLC

Brown Brothers Harriman & Co.

Brown Rudnick LLP

Bruce Robert Wiederspiel

Brunnemer Children's GST Inv Trust UAD 12/20/01

Buchalter, A Professional Corporation

Bufete Emmanuelli, C.S.P.

Bufete Rodríguez Miranda, C.S.P.

Bureau of Special Investigations

Bures-Martinez, Luis

BUTLER SNOW LLP

Butler Snow, LLP

C. Conde & Assoc.

C.L. King & Associates, Inc.

Cabrera & Ramos Transporte, Inc.

Cadwalader, Wickersham & Taft, LLP

Calderon-Garcia, Marta

Camacho-Geck, Maribel

Camino Cipres LLC

Camino Roble LLC

Campofresco, Corp.

Camuy Health Center, Inc.

Camuy Health Services, Inc.

Canary SC Master Fund, L.P.

Cancio Covas & Santiago, LLP

Cancio, Nadal & Rivera, LLC

Cancio, Nadal, Rivera & Diaz, PSC

Candlewood Constellation SPC Ltd., acting for and on behalf of Candlewood Puerto Rico SP

Candlewood Investment Group, LP

Cantor Clearing Services

Cantor Fitzgerald & Co.

Cantor-Katz Collateral Monitor LLC

Cantor-Katz Collateral Monitor, LLC

Canyon Balanced Master Fund, Ltd.

Canyon Blue Credit Investment Fund L.P.

Canyon Capital Advisors LLC

Canyon Distressed Opportunity Investing Fund II, L.P.

Canyon Distressed Opportunity Master Fund II, L.P.

Canyon NZ-DOF Investing, L.P.

Canyon Value Realization Fund, L.P.

Canyon Value Realization Mac 18 Ltd.

Canyon-ASP Fund, L.P.

Canyon-GRF Master Fund II, L.P.

Canyon-SL Value Fund, L.P.

Capítulo de Retirados de SPU

Cardiovascular Center Corporation of Puerto Rico and the Caribbean

Cardona-Jimenez Law Offices, PSC

Careers, Inc.

Caribbean Airport Facilities, Inc.

Caribbean City Builders, Inc.

Caribbean Data System, Inc.

Caribbean Educational Services, Inc.

Caribbean Hospital Corporation

Caribbean Investment Center, Inc.

Caribbean Temporary Services, Inc.

Caribe Grolier, Inc.

Caribe Tecno, Inc.

Caribean Cinema of Guaynabo, Corp.

Carla Molina Barrios by herself and in representation of her son Yariel Tolentino Molina

Carla T. Rodríguez Bernier

Carlos A. Arroyo Aguirrechea

Carlos A. Cintron Garcia

Carlos A. Ponce De Leon

Carlos A. Quilichini Paz

Carlos A. Robles

Carlos Alsina Batista Law Offices, PSC

Carlos E. Cardona-Fernández

Carlos E. Iturregui Margarida

Carlos E. Rivera-Justiniano

Carlos Fernandez-Nadal, Esq

Carlos Guzman-Nieves

Carlos Ifarraguerri Gomez, MD

CARLOS J. MÉNDEZ-NÚÑEZ

Carlos J. Weber Seda

Carlos Lopez-Lay

Carlos Luis Merced-Centeno

Carlos M. Amador

Carlos M. Benítez, Inc

Carlos M. Garcia

Carlos M. Vergne Law Offices

Carlos Otero Ortega

Carlos Pérez Molina

Carlos R. Machin

Carlos R. Mendez & Associates

Carlos Reyes

Carlos Rodríguez Vidal

Carlos Valdes de Llauger

Carmen Casanova de Roig

Carmen Castro de Valdes

Carmen D. Jimenez Gandara Estate

Carmen D. Serrano Torres

Carmen Del R Garcia Roman

Carmen E. Ramirez

CARMEN FELICIANO VARGAS

Carmen G. Golderos Rodriguez

Carmen Geigel

Carmen Ilenna Rivera Cintron

Carmen Iris Rivera Cosme

Carmen Maria Davila

Carmen Nunez

Carmen Rodriguez Colon

Carmen Rosa

Carmen Rosa Pola

Carmen W. Nigaglioni

Carmen Yolanda Rivera Torres

Carnegie Learning, Inc.

Carribean Restaurant Inc.

Carvajal Educacion, Inc.

Casa Grande Interactive Communications, Inc.

Case Solutions, LLC

Casellas Alcover & Burgos, PSC

Casillas, Santiago & Torres, LLC

Catalinas Cinema, Corp.

Catharine M. Bonin

CCHPR Hospitality, Inc

CD Builders, Inc.

Celia Fernandez De Gutierrez

Center for Research, Education and Medical Services for Diabetes

Centerbridge Partners, L.P.

Centro Avanzado Patologia & Terapia Del Habla, Inc.

Centro de Desarollo, Inc.

Centro de Medicina Familiar Julio Palmieri Ferri, Inc.

Centro de Orientacion y Ayuda Psiquiztrica, Inc.

Centro De Patologia Del Habla Y Audicion LLC

Centro de Periodismo Investigativo Inc.

Centro de Salud de Lares, Inc.

Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc.

Centro de Servicios Primarios de Salud de Patillas, Inc.

Centro de Terapia Integral Crecemos, CSP

Centro Del Sur Mall, LLC

Centro Interdisciplinario del Aprendizaje, Inc.

Centro Medico Del Turabo, Inc.

Centro Psicologico del Sur Este P.S.C.

Centro Sicoterapeutico Multidisciplinario Incorporado

César Caminero Ramos

Cesar Castillo, Inc.

Cetera Investment Services LLC

Charles A. Cuprill, PSC, Law Offices

Charles L. Perkins, Sr.

Charles Schwab & Co., Inc.

Charlie Hernandez Law Offices

Chavez-Colon, Carla

Chelo's Auto Parts

Chief Judge Barbara J. Houser

Chief of Staff

Chiesa Shahinian & Giantomasi PC

Child Support Administration

Childcare and Childhood Integral Development Administration

Choate, Hall & Stewart, LLP

Christain Sobrino, Ex Officio Member of the Board

Christian Sobrino Vega

Ciales Primary Health Care Services, Inc.

Ciales Primary Health Center, Inc.

Cintron-Garcia Law

Citibank, N.A.

Citibank/The Citigroup Private Bank/Trust

Citigroup Global Markets Inc.

Citigroup Global Markets Inc./Salomon Brothers

Citigroup Global Markets, Inc./Correspondent Clearing

Citigroup Inc.

Citizen's Advocate Office (Ombudsman)

City National Bank

Civil Rights Commission

Claren Road Credit Master Fund, Ltd.

Claren Road Credit Opportunities Master Fund, Ltd.

Clarissa M. Vinas Miranda

Claudia Vincenty Guzman

Clearing LLC

Clinica de Terapias Pediatricas, Inc.

Clinica Terapeutica del Norte Inc.

Coalicion de Organizaciones Anti Incineracion, Inc.

Cobián Roig Law Offices

Cobra Acquisitions LLC

Cohen, Weiss and Simon, LLP

COLÓN RAMÍREZ, LLC

Com Est Elec Y/O Francheska Ortiz Bonnet

Comerica Bank

Comite Dialogo Ambiental, Inc.

Comite Yabucoeno Pro-Calidad de Vida, Inc.

Commerce Bank

Commonwealth Election Commission

Commonwealth of Puerto Rico

Commonwealth of Puerto Rico Regional Center Corporation

Community Cornerstones, Inc.

Company for the Integral Development of Cantera's Peninsula

Company for the Integral Development of the "Península de Cantera"

Compass Bank/Trust Division

Comprehensive Health Service, Inc.

Computer Learning Centers, Inc.

Computer Network Systems Corp.

Concilio de Salud Integral de Loiza, Inc.

Conjugal Partnership Crespo-Colon

Consejo de Salud de la Comunidad de la Playa de Ponce, Inc (MED CENTRO INC.)

Consejo de Salud de la Comunidad de la Playa de Ponce, Inc.

Conservatory of Music

Consolidated Waste Services LLC

Constellation Capital Management, LLC

Constructora Santiago II, Corp.

Continental Casualty Co.

Contributions to Municipalities (CRIM)

Controller's Office

Convention Center District Authority (PRCCDA)

Conway MacKenzie, Inc.

COOLEY LLP

Coop A/C Roosevelt Roads

Coop A/C San Rafael

Cooper Power Systems, LLC

Cooperativa A/C La Comeriena

Cooperativa A/C Roosevelt Roads

Cooperativa A/C Vegabajeña

Cooperativa de A/C Aguas Buenas

Cooperativa De A/C Aibonitena

Cooperativa de A/C Camuy

Cooperativa de A/C Jesus Obrero

Cooperativa De A/C La Sagrada Familia

Cooperativa de A/C Maunabo

Cooperativa de A/C Morevena

Cooperativa de A/C Oriental

Cooperativa De A/C Saulo D Rodriguez

Cooperativa de Ahorro & Credito San Rafael

Cooperativa De Ahorro Y Credito Abraham Rosa

Cooperativa de Ahorro y Credito Candelcoop

Cooperativa De Ahorro Y Credito De Aguada

Cooperativa de Ahorro y Credito De Aguadilla

Cooperativa de Ahorro y Credito de Caparra

Cooperativa de Ahorro y Credito de Ciales

Cooperativa de Ahorro y Credito de Empleadoes Municipales de Guaynabo (a/k/a MUNICOOP)

Cooperativa De Ahorro Y Credito De Empleados De La Autoridad De Energia Electrica

Cooperativa de Ahorro y Credito de Empleados de la Corporacion del Fondo del Seguro del Estado

Cooperativa de Ahorro y Credito de Hatillo

Cooperativa De Ahorro y Crédito De Isabela

Cooperativa de Ahorro y Crédito de Juana Díaz

Cooperativa de Ahorro y Credito de la Federacion de Maestros de PR

Cooperativa De Ahorro Y Credito De Lares

Cooperativa De Ahorro Y Credito De Lares Y Region Central

Cooperativa de Ahorro y Credito de Oficiales de Custodia de PR

Cooperativa de Ahorro y Crédito de Rincón

Cooperativa de Ahorro y Crédito de Santa Isabel

Cooperativa de Ahorro y Credito de Yauco

Cooperativa de Ahorro y Credito del Valenciano

Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía

Cooperativa De Ahorro Y Credito El Valenciano

Cooperativa De Ahorro Y Credito Isla Coop

Cooperativa de Ahorro y Crédito Jayucoop

Cooperativa de Ahorro y Credito Lomas Verdes

COOPERATIVA DE AHORRO Y CREDITO ORIENTAL

Cooperativa De Ahorro Y Credito Padre Salvador Ruffolo

Cooperativa de Ahorro Y Credito San Jose

Cooperativa de Ahorro y Crédito Vega Alta

Cooperativa de Ahorro Y Credito Vegabajena

Cooperativa De Ahorro Y Credito Zeno Gandia

Cooperativa de Farmacias Puertorriqueñas (COOPHARMA)

Cooperativa de Seguros Múltiples de Puerto Rico

Cooperative Development Commission

COR Clearing LLC

Corbin Opportunity Fund, L.P.

Cordova & Dick LLC

Córdova & Dick, LLC

Core Laboratories N.V. D/B/A/ Saybolt

Corp for the Industries of Blind, Mentally Retarded, and Other Disabled People of Puerto Rico

Corporacion De Servicios De Salud Y Medicina De Avanzada

Corporacion de Servicios Integrales de Salud Area de Barranquitas, Comerio, Corozal Naranjito y Orocovis, Inc.

Corporacion de Servicios Medicos Primarios y Prevencion de Hatillo, Inc.

Corporacion Marcaribe Investment (Marcaribe)

Corporación Publica para la Supervisión y Seguro de Cooperativas de Puerto Rico ("COSSEC")

Corporate Research and Training, Inc.

Corporation for the "Caño Martin Peña" Project

Corporation of Industries for the Blind and Mentally Retarded and Incapacitated Persons of
Puerto Rico

Corps of Firefighters Bureau

Corps of Medical Emergencies Bureau

Correa Acevedo & Abesada Law Offices, PSC

CORRECTION CORPORATION OF AMERICA

Correctional Health

CORTLAND CAPITAL MARKET SERVICES LLC

COSSMA

Costa Pacheco, Dennis

Costa Salud, Inc.

Coto & Associates

Coto Laurel Solar Farm, Inc.

Court of Appeals

Court of First Instance

Cowell Weedon & Co.

Creative Educational & Psychological Services, Inc.

Credit Opportunities Fund (A), LLC

Credit Suisse Securities (USA) LLC

Crescent 1, L.P.

Crews And Associates, Inc.

Criminal Justice Information System

Crowell Weedon & Co

Crown Managed Accounts for and on behalf of Crown/PW SP

CRS Master Fund, L.P.

CRUFON CONSTRUCTION CORP

Cruz-Rodriguez, Yanira

Cruz-Sanabri, Arnaldo

CSA Architects & Engineers, LLP

Culebra Conservation and Development Authority

culptor SC II, LP (f/k/a OZSC II L.P.)

Cynthia Cruz Emmanuelli

Cyrus Capital Partners, L.P.

Cyrus Opportunities Master Fund II, Ltd.

Cyrus Select Opportunities Master Fund, Ltd

Cyrus Special Strategies Master Fund, L.P.

D Lerner Associates

D T Doan

D. A. Davidson & Co.

Dalmau Botello, Nathalie

Daniel Almeida Medina

Daniel M. McDermott

Daniel Molina López, Esq.

Datas Access Communication Inc.

Davenport & Company LLC

David A. Skeel Jr., Member of the Board

David Backens

David Carrion Baralt

David J. Gaynor Tee U/A Dtd 02/23/2005 David J. Gaynor Trust

Davidson Kempner Capital Management LP

Davidson Kempner Distressed Opportunities Fund LP

Davidson Kempner Distressed Opportunities International Ltd.

Davidson Kempner Institutional Partners, L.P.

Davidson Kempner International, Ltd.

Davidson Kempner Partners

Davis Polk & Wardwell LLP

De Diego Law Offices, PSC

Debevoise & Plimpton, LLP

Decagon Holdings 1, L.L.C.

Decagon Holdings 10, L.L.C.

Decagon Holdings 2, L.L.C.

Decagon Holdings 3, L.L.C.

Decagon Holdings 4, L.L.C.

Decagon Holdings 5, L.L.C.

Decagon Holdings 6, L.L.C.

Decagon Holdings 7, L.L.C.

Decagon Holdings 8, L.L.C.

Decagon Holdings 9, L.L.C.

Dechert, LLP

Del Valle Group, SP

Del Valle-Catoni, Natalia

Delgado & Fernandez, LLC

Delgado Miranda Law Offices, LLC

Delgado-Morales, Maria de Lourdes

Delia E. Vizcarrondo

Delsa B. Minster

Departamento de Justicia de Puerto Rico

Department of Agriculture

Department of Consumer Affairs

Department of Correction and Rehabilitation

Department of Defense

Department of Economic Development and Commerce

Department of Education

Department of Energy

Department of Family

Department of Health

Department of Homeland Security

Department of Housing

Department of Housing and Urban Development

Department of Human and Health Services

Department of Justice

Department of Justice - Office of General Solicitor

Department of Justice - Office of the Inspector General

Department of Labor and Human Resources

Department of Natural and Environmental Resources

Department of Public Safety

Department of Sports and Recreation

Department of State

Department of the Family

Department of the Interior

Department of Transportation

Department of Transportation and Public Works

Department of Treasury

Department of Veterans Affairs

Depository Trust Company

Dept of Economic Development and Commerce

DEPTO TRABAJO Y RECURSOS HUMANOS

Desarrollo Comunicologico de Arecibo Inc.

Destilerias Serralles, Inc.

Deutsche Bank Securities Inc.

Development & Construction Law Group, LLC

DEYA ELEVATOR SERVICE INC

Diabel Del C. Colon Lugo

Diana Guzman Webb

Diana I. Madera Heredia

Diana Iris Morales Lopez

Diana Rosa Jirau Rovira

Diane Silverman

Diaz Soto Law Office

DiCicco Gulman and Company

Didacticos, Inc.

Diego Corral González

Distribuidora Blanco, Inc.

Distribuidora Lebron Inc.

DLA Piper (Puerto Rico), LLC

DLA Piper, LLP (US)

Doctor's Center Hospital, Inc.

Domingo Buono Ruiz

Donald L. McDonald

Donna A. Maldonado-Rivera

Doral Financial Corporation

Dr. Carlos Suarez Vazquez

Dr. Katherine Betts-Martin

DRC CORPORATION

Drivetrain, LLC, as the Creditors' Trustee for Doral Financial Corporation

Duff & Phelps LLC

Dulce M. De Hostos

E*Trade Securities LLC

E. Cardona & Asociados, Inc.

Earle PR Investments LLC

Eastern America Insurance Agency, Inc.

EcoEléctrica, L.P.

Ecolift Corporation

Economic and Statistics Administrations

Economic Development Bank for Puerto Rico

Edda M. Arroyo Matos

Edgar Donnenech

Edgar M. Esquilin Monge

Edgardo Barreto Law Office

Edgardo Muñoz, PSC

Edge Legal Strategies, PSC

Edgordo Seda Arroyo

Ediciones Santillana, Inc.

EDIFICIO BULA, INC.

Editorial Panamericana, Inc.

EDN Consulting Group, LLC

Edna Rozas

EDUARDO ARTAU GOMEZ

Eduardo Bhatia Gautier

Educational Consultants, P.S.C.

Educational Development Group Inc.

Educree: Consultores Educativos Inc.

Edward D. Jones & Corp.

Edward Valdes Llauger

Edward Zayas

Edwin F. Alicea Liciaga

Edwin F. Rodriguez

Edwin Maldonado Santiago

EFFRON DORADO SE

EGJ Health Consulting LLC

Eileen Maria Coffey

Eje Puerto Rico, Inc.

El Koury-Francisco, Jaime A

El Puente de Williamsburg, Inc. - Enlace de Accion Climatica

Elderly and Retired People Advocate Office

Elián N. Escalante De Jesús, Esq.

Elias E Hijos, Inc.

Elias Sánchez-Sifonte

Eliezer Santana Baez

Elizabeth Gonzalez

Elizabeth L. Anderson

Elizabeth L. Anderson (Revocable Trust 10/22/2012)

Elizabeth Leitzes

Ellen Levine

Ellen Metzger

Ellen Winslow

Eloy Gutierrez

Elsie C. Brugueras

Elvira A. Gautier Carbonell

Emergency and Disaster Management Bureau

Emergency Management and Disaster Admin Agency

Emergency Medical Services Corps

Emilio Colón Beltrán

Emilio Miranda-Ramirez

Emma M. De Muniz

Emmanuel Aponte-Colon

Emmanuel Rodríguez Collazo

Emmanuel Rodriguez-Vazquez

Employees' Retirement System (ERS)

Employment and Training Enterprises Corporation

Empresas Arr Inc.

Empresas Loyola, Inc.

Emso Asset Management Limited

Encanto Restaurants, Inc.

Encody Inc.

Enelia Russe

Enelida Rodriguez

Energy Affairs Office

Energy Commission

England, National Association

Enrique Alfonso Sabater

Enrique Carrillo

Enrique Castillo Toro

Enrique Vazquez Quintana

Enrique Vazquez Quintana

Enterprise Services Caribe, LLC

Environmental Protection Agency

Environmental Quality Board

EP Canyon Ltd.

Epiq Systems

Erasto Zayas López

erfecto Crespo Bermudez

Eric Pérez Torres

Ernesto L. Ramirez Torres

Ernesto Zayas Lopez

Ernst & Young

Ernst & Young Puerto Rico, LLC

ESC Group, Inc.

Estate of Carlos A. Quilichini Roig

Estate of Carmen D. Jimenez-Gandara

Estate of Delia Hernandez

Estate of Edward P. Giaimo, Jr.

Estate of Jose A. Roman-Toledo

Estate of Onelia Alicea

Estela Del Valle Rullan

Estrada Bus Line, Inc.

Estrella, LLC

Estudios Tecnicos, Inc.

Evelyn Ramirez Garraton

Evertec Group, LLC

Evertec, Inc.

Evertee Group LLC

Excalibur Technologies Corp.

Excelerate Energy Puerto Rico, LLC

Explora Centro Academico Y Terapeutico LLC

Faccio & Pabon Roca

Facsimile Paper Connection Corp.

Fact Enterprises LLC

Faegre Baker Daniels, LLP

Family and Children Administration

Farm Insurance Corporation of Puerto Rico

Farmstead Capital Management, LLC

FCO Advisors LP

FCO Special Opportunities (A1) LP

FCO Special Opportunities (D1) LP

FCO Special Opportunities (E1) LLC

FCO Special Opportunities (E1) LLC – Master Series 1 Fundamental Credit Opportunities
Master Fund LP

FDR 1500 Corp

Federación de Maestros de Puerto Rico

Federal Affairs Administration

Federal Communications Commission (FCC)

Federal Emergency Management Agency (FEMA)

Federal Home Loan Mortgage Corporation

Fegan Scott LLC

Feldesman Tucker Leifer Fidell, LLP

Félix J. Montañez-Miranda

Fernández Cuyar Rovira & Plá LLC

Fernando Perez Gutierrez

Ferraiuoli, LLC

Ferrari Law, PSC

Ferrovial Agroman, SA

Ferrovial Agroman, SA & TEC General Contractors, Corp.

Fidecoop, Cooperativa De Ahorro Y Credito De Rincon

Fideicomiso Blanco Bou

Fideicomiso Del Valle Martinez II

Fideicomiso Encarlan III

Fideicomiso Hernandez Castrodad

Fideicomiso Lugo Rivera

Fideicomiso Mercado Riera

Fideicomiso Plaza

Fidelity and Deposit Co. of Maryland

Fiduciary SSB

Fifth Third Bank

Figueroa y Morgade Law

Figueroa-Alvarenga, Marcelo Rene

Figueroa-Ramirez, Alejandro

Filsinger Energy Partners, Inc

Financial Guaranty Insurance Company

Finca Matilde, Inc.

Finca Perseverancia, Inc.

Fine Arts Center Corporation

Fir Tree Capital Opportunity Master Fund III, LP

Fir Tree Capital Opportunity Master Fund, LP

Fir Tree Partners

Fir Tree Value Master Fund, LP

First Hospital Panamericano, Inc.

FIRST MEDICAL HEALTH PLAN, INC.

First Pacific Advisors, LLC

First Southwest Company

First Transit of Puerto Rico, Inc

Fiscal Agency and Financial Advisory Authority

Flor Zayas De Navarro

Florence Quilichini Paz

Foley & Lardner LLP

Fondo de Inversión y Desarrollo Cooperativo, Inc.

Forcelink Corp.

Forculus Communications, LLC

Forculus Strategic Communications, LLC

Fore Multi Strategy Master Fund, Ltd.

Forensics Science Bureau

Fortuño Law

Foundation Capital

FP + 1, LLC

FPA Crescent Fund, a Series of FPA Funds Trust

FPA Global Opportunity Fund, a Series of FPA Hawkeye Fund, LLC

FPA Hawkeye Fund, a Series of FPA Hawkeye Fund, LLC

FPA Select Drawdown Fund L.P.

FPA Select Fund, L.P.

FPA Value Partners Fund, a Series of FPA Hawkeye Fund, LLC

Frances Bothwell del Toro

Frances Bragan Valldejuly

Francisco Brigantty

Francisco Diaz Lopez

Francisco González Law Office

Francisco Leoni Charles

Francisco Levy Hijo, Inc.

Francisco Pares Alicea

Francois May

Franklin Advisers, Inc.

Franklin Mutual Advisers LLC

Fred A. Levine

Frente Unido de Policias Organizados

Frente Unido de Policias, Concilio Nacional de Policias

Fridma Corporation

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

FT COC (E) Holdings, LLC

FT SOF IV Holdings, LLC

FTI Consulting, Inc.

Fuentes-Ramirez, Ricardo

Fundador Albarran Irizarry

Fundamental Credit Opportunities Master Fund LP

Funeraria Shalom Memorial Inc.

Fusion Works, Inc.

G RG ENGINEERING S E

G. Carlo-Altieri Law Offices, LLC

Gabriel Albarran-Buono

GAM Realty LLC

Gamaliel Sánchez Pellot

Garay Massey Law Office

Garcia-Arregui & Fullana PSC

Garcia-Noya, Ana

Garffer & Jusino Attorneys at Law

GDB Public Entity Trust

GEC Risk Advisory, LLC

Genaro Herrera Dos Reis

General Court of Justice

General Investment LLC

General Services Administration

GENESIS SECURITY SERVICES INC

Genesis Security Services, Inc.

Genovese Joblove & Batista, P.A.

GENOVESE JOBLOVE & BATTISTA, P.A

George E. Reed Jr.

George K. Baum & Company

Gerald Leitzes

Gerard Ramos-Martin

Gerardo Ferracane

Gerena Law Office

Germán Ojeda

Germán Torres Berrios

German Uribe

Gerryanne Ramos

Gersh International PR, LLC

Gerson Gonzalez-Ricano

GF Solutions, Inc.

GG ALTERNATIVE ENERGY CORP

Gibson, Dunn & Crutcher, LLP

Gierbolini & Carroll Law Offices, P.S.C.

Gila, LLC

GILBERTO ARES CANDELARIA

Gilberto Rosario-Vicente

Gilda P. Rovira

Ginorly Maldonado

Girard Manufacturing, Inc.

Gladys B. Suarez Dominguez

Gladys Garcia-Rubiera

Glenda Colon-Figueroa

Glendon Opportunities Fund, L.P.

Global Flexible Fund, a Sub-Fund of Nedgroup Investment Funds PLC

Gloria M. Esteva Marqués

Gloribel Gonzalez Maldonado

GM Security Technologies, Inc.

GMO Credit Opportunities Fund, L.P.

GMO Global Real Return (UCITS) Fund, a sub-fund of GMO Funds plc

GMO Implementation Fund, a series of GMO Trust GMO Credit Opportunities Fund, L.P.

GMS Group, LLC

Godreau & Gonzalez Law, LLC

GoldenTree Asset Management LP

Goldman Antonetti & Cordova, LLC

Goldman Sachs & Co.

Goldman Sachs Asset Management, LP

Goldman, Antonetti & Cordova, LLC

González López & López Adames LLC

Gonzalez Munoz Law Offices, PSC

Gonzalez Padin Realty Company, Inc.

Gonzalez-Bermudez, Siumell

Gonzalez-Pabon, Rolando

Goodwin Procter LLP

Gordel Capital Limited

Gov. Alejandro García Padilla, Ex-Officio Member of the Board

Gov. Pedro Pierluisi Urrutia,, Ex Officio Member of the Board

Governing Board of the University of Puerto Rico

Government Development Bank for Puerto Rico

Government Employee Retirement System (ERS)

Government Ethics Office

Grace Arroyo Negron

Grainger Caribe, Inc.

Great Educational Services Corporation

Greenberg Traurig, LLP

Grisell Cuevas-Rodriguez

GS Fajardo Solar LLC

GT Fixed Income Fund LP

Guardiola- Torres, Elisa

Guillermo Irizarry

Guillermo Marxuach

Guillermo Ramos Luiña

Guilloty-Sanchez, Reinaldo

Gui-Mer-Fe Inc.

Guy G. Gebhardt

Hacienda

Haddock Acevedo

Hagens Berman Sobol Shapiro LLP

HALS, PSC

Harriet Aponte

Harry Anduze

Harry Anduze Montano Law Offices

Hato Rey Cinema Corp.

Haydee Lopez-Duprey

HDI Global Insurance Company

Health Advocate Office

Health Insurance Administration (ASES)

Hector Figueroa Vincenty

Hector L. Rivera Rosario

Hector M. Correa Correa

Hector X. Perez

Heidrick & Struggles

Helvia Cruz Ybarra

Henessy Ravelo Jaquez

Henry H. Rexach

Heriberto Marín Centeno

Heriberto Mattei Torres

Heriberto Nieves Dominguez

Hermandad de Empleados del Fondo del Seguro del Estado, Inc.

Hermanos Torres Torres, Inc.

Hernandez & Rodriguez Law Offices

Hernandez Quinones, Fausto

Hernandez-Maldonado, Eduardo

Hernandez-Oharriz & Santiago Law Firm, PSC

Hewlett Packard Puerto Rico, BV LLC

Hickey-Morales, Yamir

Highfields Capital I LP

Highfields Capital II LP

Highfields Capital III LP

Hilda A. Izquierdo Stella

Hilda O. Cartagena

Hilliard, Lyons LLC

Hilltop Securities Inc.

Hiram Perez Soto

Hogan Lovells US, LLP

Holland & Knight, LLP

Home Medical Equipment Inc.

Hon. Luis G. Fortuño

Hon. Rafael Hernández-Montañez

Honorable Rosanna López León

Horizon Energy LLC

Horse Racing Administration

Horse Racing Industry and Sport Administration

Hospira Puerto Rico, LLC

Hospital General Castañer, Inc.

Hospital San Juan Capestrano, Inc

House of Representatives

Housing Financing Authority (HFA)

HPM Foundation, Inc.

Huellas Therapy Corp.

Hugo L. Quilichini

Human Rights Commission

Hunton Andrews Kurth LLP

I.D.E.A., Inc.

Ian Melmed

IDSC LLC d/b/a Infrastructure Opportunity Fund

IKON Solutions, Inc.

Ileana Ortiz-Santiago

Ilia M. Perez

IMO Investment S.E., et al.

INCOM INVESTMENTS CORP.

Independent Consumer Protection Office

Independent Union Authority of Acueductis

Indian Harbor Insurance Company

Indiano & Williams, PSC

Industria Lechera de Puerto Rico, Inc. ("Indulac")

Industrial Commission

Industrial Development Company (PRIDCO)

Industrial Tax Exemption Office

Ines Mejias

Infrastructure Financing Authority

Inglesea Capital LLC

Ingrid L. Carlson

Inmobiliaria Levy, inc.

Inmobiliaria San Alberto, Inc.

Innovative Solutions Inc.

Insight Management Group, Inc.

Inspectorate America Corporation

Institucion Educativa Nets, LLC

Institute of Forensic Sciences

Institute of Puerto Rican Culture

Institute of Statistics

Institutional Trust of the National Guard of Puerto Rico

Instituto de Competitividad Y Sostenibilidad Ecomomica de Puerto Rico

Insular Union of Industrial Workers and Electrical Constructions, Union Workers Housing Bank,

Integra Design Group PSC

Integrand Assurance Company

Intelutions, Inc.

Interactive Brokers Retail Equity Clearing

Interamerican Turnkey Development Co., Inc.

Interamericas Turnkey, Inc.

Internal Revenue Service

International Automotive Distributors Group, LLC

International Business Machines Corporation

International Surveillance Services Corporation

Intervoice Communication of Puerto Rico Inc.

Intl FCStone Financial Inc.

Invesco Advisers, Inc.

Invesco/Oppenheimer Funds

Investigation, Processing and Appellate Commission

Iris I. Cantres Quinones

Irizarry-Fernandez, Natalia

Irmita Guzman De Amador

Isla del Río, Inc

Isla Lab Products, LLC

Ismael L. Purcell Soler

Ismael Marrero Rolon

Ismael Vincenty Perez

Israel Roldán González & Isis Aimée Roldán Márquez

Ivan Ayala

Ivan Fuentes Vazquez

Ivan Montalvo

Ivelisse Albarran JNT TEN

Ivelisse Buono

Ivelisse Buono Albarran

Ivette Bonet Rivera

Ivonne González-Morales

Ivonne Ramirez-Aneses

Ivonne T. Vidal

J. Jaramillo Insurance, Inc.

J.F. Educational Services Inc.

J.P. Morgan Chase & Co.

J.P. Morgan Securities LLC

J.P. Morgan Securities LLC/JPMC aka or fka J.P. Morgan

Jacana Holdings I LLC

Jacana Holdings II LLC

Jacana Holdings III LLC

Jacana Holdings IV LLC

Jacana Holdings V LLC

Jack Goldikener

Jack Katz

Jaime A. El Koury, General Counsel of the Board

Jaime B. Fuster Estate, Comprised By Maria J. Zalduondo Viera and Jaime and Maria L. Fuster
Zalduondo

Jaime Banchs Pieretti

Jaime Ortiz Rodriguez

Jaime Rodríguez Avilés

Jake Gartman

James B. Moore

James E. Olsen

James Law Offices

Jane A. Becker Whitaker, Esq.

Janney Montgomery Scott LLC

Jaresko, Natalie

Javier A. Aponte Machado

Javier Andino-Gaudin

Javier Capestany

Javier Cerra Fernandez M.D.

Javier Córdova Iturregui

Javier Mandry-Mercado

Javier Perez-Rivera

Jayson O. Padilla

Jean C. Garcia

Jean Philip Gauthier Law Offices

Jeanette Torres Camacho

Jefferies Group LLC

Jeffries, LLC

Jenner & Block, LLP

Jennifer Jean Stitt

Jeronimo Esteve Abril

Jessica G. Davis

Jessica G. Davis and Andrew P. Davis, Trustees U/A 8/18/15: Jessica G. Davis 2015 Grat 1

Jessica M. Quilichini Ortiz

Jesus Lacen Guanill, Bereida Guanill Navarro, Gabriela Guanill, Elizabeth Navarro Guanill,
Estefani Lacen, Betzaida Lacen Guanill, Jeremy Lacen Villanueva, and Wilfredo Dávila Serrano

JESÚS M. RIVERA DELGADO

Jesús M. Rodríguez Rosa

Jiménez, Graffam & Lausell

JLG CONSULTING ENGINEERING, P.S.C.

JLM Transporte, Inc.

JNL Multi-Manager Alternative Fund, a Series of JNL Services Trust

Jo Ellen Bleiweiss Revocable Trust

Joana Rodriguez

Joaquin Gutierrez Fernandez

Joel Isander Cuadrado Delgado

Joel R. Almodovar Rivera

John C. Gartland and Katherine A. Gartland Trust UA 03/01/2016

John D. Goeke

John E. Nixon, Member of the Board

John G. Sanchez Santos

John Hancock Investments

John J. Hefler and Elena A. Hefler as Trustees for the Hefler Family Trust

John Rojas Velez

John Santos Russo

Johnjavi Corporation

Johnson Controls, Inc.

Jolyne D'Ambrosio

Jones Day

Jordi Bofill

Jorge I. Quinones

Jorge Lucas Pérez Valdivieso Torruella

Jorge Luis Guerrero-Calderon

Jorge P. Sala Colon

Jorge Plard

Jorge R. Quintana-Lajara

Jorge Valdes Llauger

Jose A. Cepeda Retirement Plan Represented By UBS Trust Company Of PR

Jose A. Cuevas Sanchez

Jose A. Leon Rosario

Jose Alberto Maymo Azize

Jose Angel Almodovar Collazo

Jose Angel Rey

Jose B. Carrión III, Member of the Board

Jose C. Diaz Vega

Jose E. Franco Gomez

José E. Janer Velázquez

Jose Enrique Ortiz Rivera

Jose F. Rodriguez

Jose Francisco Gonzalez-Heres

Jose Lopez Medina

José Luis Barrios-Ramos

José Luis Cumbas Torres

Jose M. Bonnin

José Marin

Jose N. Rivera Vilar

José Orbi

José Ortíz Bibiloni

Jose R. Cardona Jiminan

José R. González, Member of the Board

Jose R. Mendez Bonnin

Jose R. Portilla

Jose R. Toro Rivera

Jose Ramon Gonzalez Passalacqua

Jose Ramon Rivera Rivera

Jose Santiago, Inc.

Jose W. Cartagena

Josefina Guinot Melendez

Josefina Maristany

Josefina Varela Gonzalez

Joshua Gonze

Josue Aquino-Colon

Josue Ismael Saavedra

Josue Ismael Saavedra Vera

JPMorgan Chase Bank, N.A./Custodial Trust Company

JPMorgan Chase Bank, National Association

JPMorgan Chase Bank/Correspondence Clearing

JRAF Law Firm, PSC

JRJ Consultants & Legal Advisors, LLLC

Juan A. Hernández Rivera, Esq.

Juan Alberto Santiago Meléndez

Juan Alberto Torres Berrios

Juan B. Soto Law Offices, PSC

Juan Buono Alcaraz

Juan C. Leon Santiago

Juan C. Rodriguez Centeno

Juan G. Ortiz de la Renta

Juan L. Santa Hernandez

Juan M. Lopez Calderon

Juan Marroig

Juan Ortiz

Juan R. Figueroa Laugier

Juan Ramón Rivera Font, Esq.

Juan Reines Ortiz Retirement Plan Represented by UBS Trust Company of PR

Juan Vazquez Crespo

Juarbe-Laffitte, Michael

Judge Christopher M. Klein

Judge Judith G. Dein

Judge Laura Taylor Swain

Judge Nancy Friedman Atlas

Judge Roberta A. Colton

Judge Thomas L. Ambro

Judge Victor Marrero

Judiciary Retirement System

Julia Margarita Gonzalez Passalacqua

Julie I. Escudero

Julio A. Rivera Gonzalez

Julio E Leandry-Hernández

Julio Guzman Carcache

Julio H. Sepulveda Ramos

Julio Rancel López

Julitzamary Soto Torres , Julianys Mercados Soto, and Julia Torres Olivencia

Junior Bus Line, Inc.

Junta del Centro de Salud Comunal Dr. Jose S. Belaval, Inc.

Jusino-Carattini, Sophia Victoria

Justin Peterson, Member of the Board

Kane Russell Coleman Logan PC

Kanoso Auto Sales Inc.

Karen Forman

Karen Odalys Fuentes Rivera

Karen Rutledge

KARIMAR CONSTRUCTION INC

Karl Walder

Karon LLC

Kasowitz Benson Torres LLP

Katherine Emile Ramos

Kathleen A. McDonough

Kathy Karen Key Trust

KDC Solar, LLC

Keila Robles Figueroa

Keiry Williamson

Kelly Services Puerto Rico

Kelly Services, Inc.

Kerenny Torres

Keybanc Cap Mkts Inc.

Keybank National Association

Kid's Therapy Services, Inc.

Klee, Tuchin, Bogdanoff & Stern, LLP

Klumper-Astor, Lauren

Knighthead Capital Management, LLC

Kobre & Kim, LLP

KPMG, LLC

Kramer Levin Naftalis & Frankel, LLP

Kristine K. Sneeringer Trust

Kroma Advertising, Inc.

Kyle Rifkind

L.L.A.C., Inc.

La Sucesion De Norman Eugene Parkhurst Rodriguez, Compuesta Por Sus Unicos Y Universales
Herederos Norman Parkhurst Valderas, Francis Parkhurst Valderas, Bryant Parkhurst Valderas Y
Su Viuda Carmen P.

Labor Development Administration

Labor Relations Board

Laboratorios Ramirez Inc.

Laguna Ray, L.L.C.

Land Administration

Land Authority of Puerto Rico

LANDRAU RIVERA & ASSOC.

Lannan Foundation

Larry Hamilton

Las Americas Investment Group

Las Monjas Realty II, SE

Latham & Watkins LLP

Latimer-Rivera, Ricardo

Laura E. Climent Garcia

Law Firm of Fernando E. Agrait

Law Office Aníbal Acevedo-Vilá

Law Office of Frank Pola, Jr.

Law Offices of Giselle López Soler

LAW OFFICES OF HERRERO III & ASSOCIATES, P.S.C.

Law Offices of John E. Mudd

Law Offices of Michael Craig McCall

Law Offices Wolf Popper P.S.C.

Lawful Constitutional Debt Coalition

Lawrence B. Dvores

Lazard Cap Mkts LLC

Learning Alliance LLC

Ledesma & Vargas, LLC

Lee Properties, Inc.

Legal Aid Clinic, UIA

Legal Partners, PSC

Legislative Assembly

Lemuel Negrón Colón

Leslie Jay Bonilla Sauder

Leslie Rubero Multi Services

Levy Echeandia Trust

Lex Claims, LLC

Lex Services PSC

Liana Rivera Olivieri

Liberty Cablevision of Puerto Rico, LLC

Lida Orta Anés

Lideliz Candelario Candelario

Liedo Alberto Pico Jr.

Light Gas Corporation

Lighthouse Translations

Lilliam Janey Disla Mencia

Lillian Guzman

Linares Palacios Law Offices

Linda Nealy

Linkactiv, Inc.

Lisa Shub

Litman Gregory Masters Alternative Strategies Fund, a Series of Litman Gregory Funds Trust

Lizette M. Abraham

Lizette Rexach Feliciano

Lloyd's Syndicates MIT 3210, KLN 510, MMX 2010, CSL 1084, TMK 1880, AML 2001, and BRT 2987 Subscribing to Policy No. B080414390F14

Lloyd's Syndicates MSP 318, WRB 1967, and AGM 2488 Subscribing to Policy No. B0804Q11263F14

LMA SPC for and on behalf of Map 98 Segregated Portfolio

LMAP 903 Limited

Local Redevelopment Authority of the Lands and Facilities of Naval Station Roosevelt Roads

Lolita Gandarilla de Casasnovas

Longo En-tech Puerto Rico, Inc.

López Sánchez & Pirillo, LLC

Lopez-Correa, Yarlier

Lopez-Fuentes, Maria

Lopez-Molina, Ivaniella

Lopez-Silvero Matos, Aviel

Lord Electric Company of Puerto Rico

Louis Jules Marin

Lourdes Arce Rivera

Lourdes Morales

Lourdes Perdigon

LPL Financial Corporation

LS Innovative Education Center, Inc.

LS Institutional High Income Fund

LS Strategic Income Fund

Lucas Pérez Valdivieso Torruella

Lugo Mender Group, LLC

Lugo-Emanuelli Law Offices

Lugo-Lewis, Bianca

Luis A Rivera Siaca

Luis A. Marquez Garcia

Luis A. Toro Perez M.D.

Luis Baerga

Luis E. Almeida Marin

Luis Enrique Vazquez-Zayas

Luis F. Gonzalez-Colon

Luis Fred Salgado, Esq.

Luis G. Lajara Borelli

Luis Garraton Martin

LUIS J. COSTAS-RUSSELL

Luis J. Torruella

Luis M. Olazabal

Luis Modesto Rodríguez Rivera

Luis Montes-Valentin

Luis Polanco, Angela Bautista-Nuez, Rosana Polanco, Ana Digna Tavarez

Luis R. Rivera

Luis R. Santini Gaudier

Luis R. Santini-Gaudier

Luis Santini Lopez

Luis T. Toro Ramos

Luisa Murray Soto

Luskin Stern & Eisler LLP

Luz D. Millan

Luz Iraida Rodriguez De Vazquez

Luz J. Pasarell

Luz M Arroyo

Luz M. Arroyo Rivera

Luz M. Carrasquillo Flores

Luz Pizarro-Correa

Lydia Pellot

Lynette Castillo

M Solar Generating, LLC

M.H. Davidson & Co.

M.L. & R.E. Law Firm

MACAM S.E.

Magdalena Maldonado Rivera

Maldonado, Karen

Maldonado-Rivera, Valerie

Maldonado-Rodriguez, Ginorly

Malgor & Co. Inc.

Management Consultants & Computer Services. Inc

Mangual's Office Cleaning Service Inc.

Manpower

ManpowerGroup, Inc.

Manuel A. Quilichini Teissonniere

Manuel Dos Santos

Manuel Natal-Albelo

Manufacturers And Traders Trust Company

Mapfre Praico Insurance Company

MAPFRE-PRAICO INSURANCE COMPANY

Marathon Asset Management, LP

Marble Ridge Capital LP

Marchand ICS Group

Marcia Gil Caraballo

Marco A. Albarran Portilla

Marco A. Albarran TC

Marcos A. Lopez

Marcos A. Roman-Lopez

Marcos De Dragoni

Margarita Guzman

Margarita Hurtado Arroyo

Margarita Maria Vincenty

MARGARITA WILSON MERCADO

MARGARO LOPEZ, INC.

María A. Martínez

Maria Aguayo De Dragoni

Maria Baco Alfaro

Maria Carmen Prats TIC

María Colón Crispin

Maria Consuelo Figueroa Torres

Maria D. Giannirakis

Maria Del C. Castro Rivera

Maria del C. López

Maria Del C. Reyes Madrazo

Maria Dolores Rodriguez Becerra

Maria E. Frontera Aymat

María E. Vicéns Rivera

María Elena Alonso Fuentes

María Fernanda Vélez Pastrana

Maria I. Rivera Sanchez Retirement Plan, Represented By UBS Trust Company Of PR

Maria Ines Suarez Perez-Guerra

Maria Isabel Suarez

Maria Ivonne Viguie-Fernandez

Maria Judith Diaz

Maria Judith Marchand-Sanchez

María Luisa Vélez Quiñones

Maria M. Candelas Guzman

Maria M. Freiria Garraton

Maria M. Morris Dapena

Maria Mendez Crespo

Maria R. Piza

Maria Rodriguez Hernandez

Maria Teresa San Miguel

Maria Teresita Martin

María Y. Viguie Fernández

Maria-Ines Suarez Perez-Guerra

Mariani Franco Law, P.S.C.

Mariano E. Gonzalez Diez

Maribel Flores Martin

Marichal, Hernandez, Santiago & Juarbe, LLC

Marichal, Hernández, Santiago & Juarbe, LLC

Marie Algarín Serrano

Mariloly Orozco

Marilyn Chinea

Marini Pietrantoni Muñiz, LLC

Mario B. Munoz Torres

Maritime Shipping Authority

Maritza Maldonado Lopez

Maritza Nieves Torres

Marjorie Casillas Hernandez

Mark Elliott

Markel Europe

Marlene Jaquez Urea

Marta Calderon

Marta L. Loubriel

Marta M. Toro Lopez

Martami, Inc

Martin J. Wah Reyes

Martín Peña Canal ENLACE Project Corporation

Martinez-Alvarez, Menendez Cortada & Lefranc Romero, PSC

Marylin Gonzalez Toro

Maslon LLP

Mason Capital Management, LLC

Mason Capital Master Fund, L.P.

Master Link Corp.

Matos-Nieves, Melanie

Matthew May

Matthias Rieker

Mauricio Shub

Maximiliano Trujillo-Gonzalez, Esq.

Mayaguez Cinema, Corp.

Mayaguezanos por la Salud y el Ambiente, Inc.

Mayra Gardon Stella

Mayra Grajalsperez

Mayra I. Ramos Roman

Mayra Lopez-Duprey

Mayra Olavarría Cruz

MBIA Insurance Corporation

MBIA, Inc.

MC-21 LLC

MCCONNELL VALDÉS LLC

McConnell Valdés, LLC

MCD Law, LLC

McDermott Will and Emery

McGuire Woods, LLC

McKinsey & Company, Inc.

MCP Holdings Master LP

MCS Advantage, Inc.

MCS Health Management Options, Inc.

MCS Life Insurance Company

MCZY Bus Services Inc.

Medical Card System, Inc.

Medical Services Administration (ASEM)

Medicoop

Melmed Investment Group

Members of Sucesión Pastor Mandry Nones

Mendez & Co. Inc.

Mendez-David, Carlos

Mental Health and Addiction Services Administration

Mental Health Services and Addiction Control Administration

Merced Capital, L.P.

Merced Partners IV, L.P.

Merced Partners Limited Partnership

Merced Partners V, L.P.

Mercedes J. Almeyda Domenech

Mercedes Vicente Benitez

Merck Sharp & Dohme (I.A.) LLC

Merin Lizzette Boada Molina

Merrill Lynch Capital Services, Inc.

Merrill Lynch Pierce Fenner & Smith/Fixed Income

Merrill Lynch, Pierce Fenner & Smith Safekeeping

Merrill Lynch, Pierce, Fenner & Smith Incorporated

Mesirow Financial, Inc.

Metric Engineering, Inc.

Metro Center Associates

Metro Pavia Health System

MGIC Indemnity Corporation

Michael A. Gonzalez Vega

Michael E. Danuz Reyes

Michael J. Brown

Michael J. Seralles

Michael Melendez

Michica International Co., Inc.

Microsoft Corporation

Migrant Health Center, Inc.

Miguel A. Beauchamps Ramos

Miguel Ángel Serrano-Urdaz

Miguel Fabre

Miguel Ortiz

Miguel Palou Sabater

Miguel Pomales Castro

Milagros Acevedo

Milagros Ayoroa Santaliz

Milagros Castells Santiago

Milagros Del C. Aponte Hernandez

Milagros Mendez Arvelo

MILBANK LLP

Milbank, Tweed, Hadley & McCloy LLP

Miranda Cruz & Associates, PSC

Miranda-Giribaldi, Jan

Mirela Roznovschi

Miriam Sanchez Lebron

Mitchell De Jesus-Soto

Mitchell F. Winslow

Mitsubishi Motor Sales of Caribbean, Inc

Mitsubishi u/f/j Trust & Banking Corporation, New York

MMM Healthcare, Inc.

MMM Healthcare, LLC

Model Forest

Monarch Alternative Capital LP

Monarch Alternative Solutions Master Fund Ltd

Monarch Capital Master Partners II LP

Monarch Capital Master Partners III LP

Monarch Capital Master Partners IV LP

Monarch Debt Recovery Master Fund Ltd.

Monarch Recovery Ltd.

Monarch Special Opportunities Master Fund Ltd.

Monitor SN

Monserrate Simonet & Gierbolini, LLC

Monsita Lecaroz Arribas

Montilla-Alvarado, Camelia

Moore & Van Allen PLLC

Moore Irrevocable Trust U\A 12/8/87, James B. Moore Trustee, a trust and its trustee

Moore Revocable Trust USA 12/8/87

Moraima S. Ríos-Robles

Morell, Bauzá, Cartagena & Dapena

Morgan Keegan & Co

Morgan Stanley

Morgan Stanley & Co. LLC

Morgan Stanley Smith Barney LLC

Morgan Stanley Wealth Management (On Behalf Of Sakamoto-Hata Living Trust)

Morgan, Lewis & Bockius LLP

Morovis Community Health Center, Inc.

Morrison & Foerster LLP

MOVIMIENTO DE CONCERTACION CIUDADANA INC.

MPR Investors LLC

MR LUIS DUPREY-RIVERA

Mudanzas Torres, Inc.

Multi Clean Services Inc.

Munger Tolles & Olson LLP

Municipal Revenue Collection Center

Municipalities of Caguas

Municipalities of San Juan

Municipality of Adjuntas

Municipality of Aguada

Municipality of Aguadilla

Municipality of Aguas Buenas

Municipality of Aibonito

Municipality of Añasco

Municipality of Arecibo

Municipality of Arroyo

Municipality of Barceloneta

Municipality of Barranquitas

Municipality of Bayamón

Municipality of Cabo Rojo

Municipality of Caguas

Municipality of Camuy

Municipality of Canóvanas

Municipality of Carolina

Municipality of Cataño

Municipality of Cayey

Municipality of Ceiba

Municipality of Ciales

Municipality of Cidra

Municipality of Coamo

Municipality of Comerío

Municipality of Corozal

Municipality of Culebra

Municipality of Dorado

Municipality of Fajardo

Municipality of Florida

Municipality of Guánica

Municipality of Guayama

Municipality of Guayanilla

Municipality of Guaynabo

Municipality of Gurabo

Municipality of Hatillo

Municipality of Hormigueros

Municipality of Humacao

Municipality of Isabela

Municipality of Jayuya

Municipality of Juana Díaz

Municipality of Juncos

Municipality of Lajas

Municipality of Lares

Municipality of Las Marías

Municipality of Las Piedras

Municipality of Loiza

Municipality of Luquillo

Municipality of Manatí

Municipality of Maricao

Municipality of Maunabo

Municipality of Mayagüez

Municipality of Moca

Municipality of Morovis

Municipality of Naguabo

Municipality of Naranjito

Municipality of Orocovis

Municipality of Patillas

Municipality of Peñuelas

Municipality of Ponce

Municipality of Quebradillas

Municipality of Rincón

Municipality of Rio Grande

Municipality of Sabana Grande

Municipality of Salinas

Municipality of San Germán

Municipality of San Juan

Municipality of San Lorenzo

Municipality of San Sebastián

Municipality of Santa Isabel

Municipality of Toa Alta

Municipality of Toa Baja

Municipality of Trujillo Alto

Municipality of Utuado

Municipality of Vega Alta

Municipality of Vega Baja

Municipality of Vieques

Municipality of Villalba

Municipality of Yabucoa

Municipality of Yauco

MUNIZ BURGOS CONTRACTORS, CORP.

Muniz Melendez Investments Corp.

Muñoz Benitez Brugueras & Cruz

Musical Arts and Stagecraft Corporation

Musical Arts Corporation

Myrta Lopez-Molina

N. Harris Computer Corporation

Nancy J. Gargula, United States Trustee for Region 21

Nancy Pujals

Narciso Camejo Gonzalez

Natalie Jaresko, Executive Director & Interim Revitalization Coordinator

National College of Business and Technology Company, Inc.

National Copier & Office Supplies, Inc.

National Financial Services LLC

National Guard of Puerto Rico

National Public Finance Guarantee Corporation

Natixls Investmemt Fund UK ICVC- LS Strategic Income Fund

Natural Resources Administration

Navarro-Cabrer Law Offices

Nazario Briceño Law Offices, LLC

Neftalí Soto Santiago

Nelson D. Rosario Garcia

NELSON ROBLES-DIAZ LAW OFFICES, P.S.C.

NeoMed Center, Inc.

Netwave Equipment Corp.

Nevares, Sanchez-Alvarez & Cancel PSC

Newtyn Partners, LP

Newtyn TE Partners LP

Next Level Learning, Inc.

Nextgen Healthcare, Inc.

Nexvel Consulting LLC

NIBA International Corp.

Nicolás Iturregui Margarita

Nidco Management Group Retirement Plan, Represented By UBS Trust Company Of PR

Nilda Navarro-Cabrer

Nokota Capital Master Fund, L.P.

Norberto Tomassini

Norma Bernier Casanova

Northern Trust Company/Future Fund Accounts

Northern Trust Company/OCH-ZIFF Capital Management

Norton Rose Fulbright US LLP

NTT Data Eas, Inc.

Nustream Communications Corp

Nuveen Asset Management, LLC

Nydia E. Chéverez Rodríguez

Nydia F. Morales

Nydia M. Morales

Nydia Z. Jimenez Sanchez

O'Neill & Borges, LLC

Oaktree Huntington Investment Fund II, LP

Oaktree Opportunities Fund IX (Parallel 2), L.P.

Oaktree Opportunities Fund IX (Parallel), LP

Oaktree Opportunities Fund IX Delaware, L.P.

Oaktree Opportunities Fund IX, L.P.

Oaktree Opportunities Fund X (Parallel 2), LP

Oaktree Opportunities Fund X (Parallel), LP

Oaktree Opportunities Fund X Holdings (Delaware), L.P.

Oaktree Opportunities Fund X, LP

Oaktree Opps X Holdo Ltd.

Oaktree Value Opportunities Fund Holdings, L.P.

Oaktree Value Opportunities Fund, L.P.

Oaktree-Forrest Multi-Strategy, L.L.C.

Oaktree-Forrest Multi-Strategy, LLC (Series B)

Oaktree-Forrest Strategy, LLC (Series B)

Oceana Master Fund Ltd.

Ocher Rose, L.L.C.

Off Hill Strategies, LLC

Office for Community and Socioeconomic Development of Puerto Rico

Office of Administration and Transformation of Human Resources in the Government of Puerto
Rico

Office of Court Administration

Office of Electoral Comptroller

Office of Government Ethics of Puerto Rico

Office of Industrial Tax Exemption

Office of Legislative Services

Office of Management and Budget

Office of Municipal Management

Office of the Commissioner of Financial Institutions

Office of the Commissioner of Insurance

Office of the Comptroller

Office of the Financial Institutions Commissioner

Office of the Governor

Office of the Inspector General

Office of the OMBUDSMAN

Office of the OMBUDSMAN - Elders and Pensioners

Office of the OMBUDSMAN - Patients and Health

Office of the OMBUDSMAN - Persons with Disabilities

Office of the OMBUDSMAN - Veterans

Office of the OMBUDSMAN - Women

Office of the Solicitor - Special Independent Prosecutor

Official Committee of Retired Employees of Puerto Rico

Ojeda-Bracero, German

Olazabal-Infante, Luis

Old Bellows Partners LP

Olga I. Trinidad Nieves

Olga M. Rabell Rosa

Olimac Manufacturing Corporation

Oliveras & Ortiz Law Offices, PSC

Olivieri-Geigel & Co.

Omar Cuadrado

O'Melveny & Myers, LLP

O'Neill Security & Consultant Serv Inc.

Oppenheimer & Co. Inc.

Oppenheimer Funds, Inc.

Opps Culebra Holdings, L.P.

Optionsxpress, Inc.

Oracle America, Inc.

Oracle Caribbean, Inc.

Orben Irizarry Robles

Oriana Energy LLC

Oriental Bank

Orlando Arroyo-Morales

Orlando Fernández Law Offices

Orlando Ortiz-Cintron, Esq.

Orlando Torres Berrios

ORONOZ & ORONOZ

Orrick, Herrington & Sutcliffe, LLP

Ortega-Cabrera, Minerva

Ortiz-Menes, Arturo

Ortiz-Torres, Camila

Oscar A. Remus Abreu

Oscar F. Arroyo Oliveras

Oscar Gonzalez Badillo

Oscar X. Ocasio Gonzalez

Osvaldo Antommattei Frontera

Osvaldo Toledo Martinez, Esq.

Otero and Associates

OZ Credit Opportunities Master Fund, Ltd.

OZ Enhanced Master Fund, Ltd.

OZ GC Oppportunities Master Fund, Ltd

OZ Management II, LP

OZ Management LP

OZ Master Fund, Ltd.

OZSC II, L.P.

P. R. Used Oil Collectors, Inc.

P. Schoenfeld Asset Management LP

Pablo Del Valle Rivera

Padial-Guzman, Ana

Pan Amerircan Grain Co., Inc.

Panaderia la Sevillana, Inc.

Pandora Select Partners, L.P.

Pandora Select Partners, LP as Transferee of Syncora Guarantee Inc.

Parole Board

Partnerre Ireland Insurance DAC

Patricia Hixson

Patricia L. Seifert

Pattern Energy Group, Inc.

Pattern Santa Isabel LLC

Paul Davis

Paul Hastings, LLP

Paul, Weiss, Rifkind, Wharton & Garrison, LLP

Pavia & Lazaro, PSC

PBJL Energy Corporation

PDCM Associates, SE

Peaje Investments, LLC

Pearson Education, Inc.

Pearson Pem P.R., Inc.

Pedro A. Vargas-Fontánez

Pedro Carbonera Pardo

Pedro Cid Martinez

Pedro Iturregui Margarida

Pedro L. Casasnovas Balado

Pedro Manuel Vincenty Guzman

Pedro Nicot Santana, Esq.

Pedro R. Callazo

Pedro Rodriguez Tirado

Peerless Oil & Chemicals, Inc.

Pelican Fund LP

Pension Trustee Advisors, Inc.

Pentwater Merger Arbitrage Master Fund Ltd.

People Television, Inc.

Pereira Vazquez, Taina

Perez-Delgado, Madelyn

Perez-Perez, Paola

Perfect Cleaning Services, Inc.

Performance Chemicals Company, Inc.

Perkins Coie LLP

Permal Stone Lion Fund Ltd

Permits Management Office

Perrinjaquet-Cruz, Olivier

Pershing LLC

Personnel Recruiting Services, Corp.

Peter C. Hein

PFZ Properties, Inc.

Phoenix Management Services, LLC

Phyllis A. Hemmerly

Physician HMO Inc.

Picó & Blanco, LLC

Pietrantoni Méndez & Alvarez LLC

Pilar O. Bonnin

Pinehurst Partners, L.P.

Piper Jaffrey & Co

PJT Partners

Plan de Salud Menonita, Inc.

Planning Board

Plaza Escorial Cinema, Corp.

PLC Law

PLUMBING & SEWER CLEANING RUS CORP.

Plummer, Jacqueline Renée Ann

PNC Bank, National Association

POLYMER INDUSTRIES INC

Ponce De Leon Gun Shop Inc.

Ponce Port Authority

Popular Auto, LLC

Popular High Grade Fixed Income Fund, Inc.

Popular Income Plus Fund, Inc.

Popular Securities, LLC

Popular, Inc.

Populicom, Inc.

Port of the Americas Authority

Ports Authority

Postage By Phone Reserve Account

PR and the Caribbean Cardiovascular Center Corp

PR Aqueduct and Sewer Authority

PR Federal Affairs Administration

PR Infrastructure Finance Authority

PR Maritime Shipping Authority

PR Medical Services Administration

Pretrial Services Program

Prime Clerk, LLC

Prime Seg 15/00

Printech, Inc.

Prisma SPC Holdings Ltd - Segregated Portfolio AG

Procesos de Informatica, Inc.

Professional Consulting Psychoeducational Services, LLC

Professional Records and Information Management, Inc.

Program of Youth Affairs

Promotions & Direct, Inc.

Proskauer Rose, LLP

Prosol-Utier

Prospero Tire Export, Inc.

Providencia Cotto Perez

PRV Law Office

PSV & Co, PSC

Public Broadcasting Corporation

Public Building Authority

Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives

Public Corporation for the Supervision and Insurance of Cooperatives of Puerto Rico

Public Housing Administration

Public Service Appellate Commission

Public Service Commission

Public Service Regulatory Board

Public-Private Partnership Authority

Puerto Nuevo Security Guards, Inc.

Puerto Rico AAA Portfolio Bond Fund II, Inc.

Puerto Rico AAA Portfolio Bond Fund, Inc.

Puerto Rico AAA Portfolio Target Maturity Fund, Inc.

Puerto Rico and Municipal Islands Transport Authority

Puerto Rico Aqueduct and Sewer Authority

Puerto Rico Bathroom Remodeling, Inc.

Puerto Rico Conservatory of Music Corporation

Puerto Rico Convention Center District Authority

Puerto Rico Council on Education

Puerto Rico Department of Justice

Puerto Rico Education Council

Puerto Rico Electric Power Authority

Puerto Rico Energy Administration

Puerto Rico Energy Bureau

Puerto Rico Energy Commission

Puerto Rico Firefighter Corps

Puerto Rico Fiscal Agency and Financial Advisory Authority

Puerto Rico Fixed Income Fund II, Inc.

Puerto Rico Fixed Income Fund III, Inc.

Puerto Rico Fixed Income Fund IV, Inc.

Puerto Rico Fixed Income Fund V, Inc.

Puerto Rico Fixed Income Fund VI, Inc.

Puerto Rico Fixed Income Fund, Inc.

Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.

Puerto Rico Health Insurance Administration

Puerto Rico Highways and Transportation Authority

Puerto Rico Horse Owners Assocation, Inc.

Puerto Rico Industrial Development Company

PUERTO RICO INDUSTRIAL DEVELOPMENT COMPANY (PRIDCO)

Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities
Financing Authority

Puerto Rico Infrastructure Finance Authority

Puerto Rico Integrated Transit Authority

Puerto Rico Investors Bond Fund I, Inc.

Puerto Rico Investors Tax- Free Fund III, Inc.

Puerto Rico Investors Tax- Free Fund Inc. II

Puerto Rico Investors Tax- Free Fund IV, Inc.

Puerto Rico Investors Tax- Free Fund V, Inc.

Puerto Rico Investors Tax- Free Fund VI, Inc.

Puerto Rico Investors Tax- Free Fund, Inc.

Puerto Rico Investors Tax-Free Fund V, Inc.

Puerto Rico Investors Tax-Free Fund, Inc.

Puerto Rico Land Administration

Puerto Rico Legal Advocates, PSC

Puerto Rico Maritime Shipping Authority

Puerto Rico Medical Defense Insurance Company

Puerto Rico Medical Services Administration

Puerto Rico Metropolitan Bus Authority

Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.

Puerto Rico Municipal Finance Agency

Puerto Rico National Guard

Puerto Rico Police Bureau

Puerto Rico Ports Authority

Puerto Rico Public Broadcasting Corporation

Puerto Rico Public Buildings Authority

Puerto Rico Public Private Partnerships Authority

Puerto Rico Sales Tax Financing Corporation

Puerto Rico School of Plastic Arts

Puerto Rico Supplies Group Inc.

Puerto Rico Telephone Authority

Puerto Rico Telephone Company d/b/a Claro

Puerto Rico Telephone Company, Inc.

Puerto Rico Tourism Company

Puerto Rico Trade and Export Company

PV Properties, Inc.

PWCM Master Fund Ltd

Quality & Reliable Services Inc.

Quality Equipment, Inc.

Quality Systems, Inc.

QUEST DIAGNOSTICS OF PUERTO RICO, INC.,

Quinn Emanuel Urquhart & Sullivan, LLP

Quinones Vargas Law Offices

Quinones-Salim, Jose

QUINTERO CONSTRUCTION S E

R Hughes and J Hughes TTee Hughes Family Trust

R. Cordova Trabajadores Sociales C S P

R. Hughes and J. Hughes Ttee Hughes Family Trust

Radames Muniz

Rae Marie Dougan

Rafael A. Ortiz-Mendoza

Rafael A. Quinones Soto

Rafael Bonilla Rivera

Rafael Bracero Torres

Rafael Cavo Santoni

Rafael Enrique Ducos Bravo

Rafael Hernandez Barreras

Rafael Rodriguez Quintana

RAFAEL ROMAN-JIMENEZ

Rafaela Fernandez

Ralphi E. Dominicci Rivera

Rama Construction LLC

Ramirez & Co.

Ramirez and Co., Inc.

Ramirez Bus Line Inc.

Ramirez-Cisneros, Daniel

Ramón A. Bonilla Martínez

Ramon Colon-Gonzalez

Ramon M. Ruiz Comas

Ramón M. Ruiz, Interim Executive Director of the Board

Ramon Ruiz Comas

Ramon Torres Rodriguez, Esq.

Ramón Vidal Nadal

Ramone E. Morales dba Morales Distributors

Ramos & Ramos Realty Inc

Ramos Collazo, Rolando

Ramos Gonzalez & Toyos Olascoaga, CSP

Rancel Bus Service, Inc.

Raoul Smyth

Raul A Darauche Andujar

Raúl E. Casasnovas Balado

Raul Jaime Vila Selles

Raul Ramirez

Raylin Bus Line Corp.

Raymond James

Raymond James & Associates, Inc.

Raymond Rivera Morales

RB Law Offices

RBC Capital Markets, LLC

RBC Dominion Securities Inc./CDS**

Ready & Responsible Security, Inc.

Redwood Master Fund, Ltd

Reed Smith, LLP

Regions Bank

REICHARD & ESCALERA

REICHARD & ESCALERA LLC

Reichard & Escalera, LLC

Reinaldo Vincenty Perez

Reliable Equipment Corporation

Reliable Health Services Corp.

Rene Patricio Lopez-Duprey

Rene Pinto-Lugo

Rene Rios Pena

Rene Torres Ortiz

Reno & Cavanaugh, PLLC

ReSun (Barceloneta), LCC

Retirement Association of AEE

Rexach & Picó, CSP

Rexach Hermanos, Inc.

Reyes Contractor Group, Inc.

Rhonda M. Castillo Gammill

Ricardo Alegria

RICARDO ANTONIO ROSSELLÓ NEVARES

Ricardo Estrada Maisonet

Ricardo L. Castillo Filippetti, Esq.

Ricardo L. Ortiz-Colón, Esq.

Ricardo Levy Echeandia and Lourdes Arce Rivera, abd Laura Levy

Ricardo R. Fuentes

Ricardo Rosello Nevares

Richard D. Seifert

Richard F. Levy Echeandia

Richard W. Knapp Credit Shelter Trust S/B/O Margaret A. Knapp 07/28/2016

Richards Kibbe & Orbe LLP

Rickenbach Ojeda Attorneys at Law PSC

Ricoh Puerto Rico, Inc.

Rieker, Matthias

Rifkind, Kyle

Rincon Health Center, Inc.

Rio Grande Community Health Center, Inc.

Rio Hondo Cinema, Corp.

Rios-Munoz, Vivian

River Canyon Fund Management, LLC

Rivera Colón, Rivera Torres & Rios Berly, PSC

Rivera, Tulla and Ferrer, LLC

RJ Hughes Sbtulwt Re Hughes UAD 05/28/2012 Robert B. Hughes TTee

RM Children's Trust

Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP

Robert B. Faber

Robert Kazmierski

Robert Ramos Martin

Robert W. Baird & Co. Incorporated

Robert Wong

Roberto del Toro Morales

Roberto Luis Camacho Jusino

Roberto Maldonado Law Office

Roberto Marrero Diaz

Roberto Perez Colon

Roberto Quiles

Roberto Torres Lugo

Robles-Cruz, Carlos

Roche Diagnostics Corporation

Rochelle McCullough, LLP

Rock Solid Technologies, Inc.

Rocket Learning, LLC

Rocket Teacher Training, LLC

Rodriguez Banchs, CSP

Rodriguez Marxuach Law Offices, PSC

RODRÍGUEZ MARXUACH, PSC

Rodriguez-Alvarez, Amaury

Rodriguez-Burns, Francisco

Rodriguez-Nieves, Joana

Rodriguez-Parissi & Co., C.S.P.

Rolon Nieves, Veronica

Ronald Klempner

Ronald Ramos

Ronald Ramos Martin

Roosevelt & Cross

Roosevelt Roads Naval Station Redevelopment

Ropes & Gray LLP

Rosa E. Lespier Santiago

Rosa M. Aguayo Pacheco

Rosa M. Pierluisi

Rosa Rosario De Morales

Rosalina Ortiz De Jesus

Rosario Colon, Ryan

Rosario Pacheco

Rosario-De Jesus, Paola

Rosa-Schellhorn, Benjamin

Rose Marie Flores-Perez

Rosemarie Vizcarrondo

Rosendo E. Miranda López, Esq.

Roshell Soto Garcia

Rossana Lopez Leon

Rosso Group, Inc.

Rosso-Tridas, Lizzie

Rothschild & Co US Inc.

Roy Robertson

RPP Law, PSC

RRW I LLC

Ruiz-Morales, Carla Paola

Ruth Valdes de Adsuar

S & L Development S.E.

S.H.V.P. Motor Corp.

Sabiamed Corporation

Saldaña & Saldaña Egozcue, PSC

Saldaña, Carvajal & Vélez-Rivé, PSC

Salichs Pou & Associates, PSC

Salud Integral en la Montana

Salvador Rovira Rodriguez

Sammy Baez-Figueroa

Samuel A. Pena Ortiz

Samuel Gracia-Gracia

Samuel Rodriguez Claudio

Sanabria Bauermeister Garcia & Berio

Sanchez Pirillo LLC

Sandra Ayala Cruz

Sandra Maclay De Serralles

Sanford C. Bernstein & Co., LLC

Sanjenis-Cardona, Alejandro

Santander Asset Management, LLC

Santander Securities, LLC

Santi Law Office

Santiago Ramirez, Ana Maria

Santin-Martinez, Cristina

SANTOS BERRIOS LAW OFFICE LLC

Santos Gonzalez Morales

Santos Mulero Sierra

Santos-Sanchez, Cesar

Sara E. De Jesus De Pico

Sarlaw LLC

Saybolt LP

SB Special Situation Master Fund SPC, Segregated Portfolio D

SCHOENFELD Asset Management LP

School of Plastic Arts

Schulete Roth & Zabel LLP

SCHULTE ROTH & ZABEL LLP

Sciemus Limited

Scoggin International Fund Ltd.

Scoggin Management LP

Scoggin Worldwide Fund Ltd.

Scotia MSD

Scotiabank de Puerto Rico

Scottrade, Inc.

Sculptor Capital LP (f/k/a OZ Management LP)

Sculptor Capital Management

Sculptor Credit Opportunities Master Fund, Ltd. (f/k/a OZ Credit Opportunities Master Fund, Ltd.),

Sculptor Enhanced Master Fund, Ltd. (f/k/a OZ Enhanced Mater Fund, Ltd.),

Sculptor GC Opportunities Master Fund, Ltd. (f/k/a OZ GC Opportunities Master Fund, Ltd.)

Sculptor Master Fund, Ltd. (f/k/a OZ Master Fund, Ltd.),

Sebastian Negron

Securities & Exchange Commission

Seda & Perez Ochoa, PSC

SEDA & PÉREZ-OCHOA, P.S.C.

Segal Consulting

Seguros Colon Colon, Inc.

SEI Private Trust Company

SEI Private Trust Company/C/O GWP

SEIU Local 1199/Union General de Trabajadores

SEIU Local 1996/Sindicato Puertoriqueno de Trabajadores y Trabajadores

Semper Innova Corporation

Senate

Senator Global Opportunity Master Fund LP

Senator Investment Group LP

Sepulvado & Maldonado, PSC

Sepulvado Maldonado & Couret

Sepulveda-Echegaray, Eric

Serengeti Asset Management, LP

Sergio Rodriguez

Service Employees International Union

Service Employees International Union and United Auto Workers International Union

Service Group Consultant Inc.

Servicio de Transportacion Juan Carlos Inc.

Servicios Profesionales Integrados a la Salud, Inc.

Servidores Publicos Unidos de Puerto Rico

Servidores Públicos Unidos, AFSCME Council 95

Sesco Technology Solutions, LLC

Shalini Gupta

Shearman & Sterling LLP

Sheppard Mullin Richter & Hampton LLP

Shindler Anderson & Goplerud, P.C.

Sidley Austin LLP

Siemens Corporation

Siemens Transportation Partnership Puerto Rico, S.E.

Sierra Club Puerto Rico, Inc.

Sign Language Interpreters, Inc.

Silver Point Capital Fund, L.P.

Silver Point Capital Offshore Master Fund, L.P.

Silver Point Capital, L.P.

Silvia Batista Castresana

Silvia Consuelo Blasini Batista

Simpson Thacher & Bartlett LLP

Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica (SREAEE)

Sistema Universidad Ana G Mendez

Skadden, Arps, Slate, Meagher & Floam LLP

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Skanska USA Building Inc.

SKY HIGH ELEVATORS CORP

SL Liquidation Fund LP

SL Puerto Rico Fund II LP

SL Puerto Rico Fund LP

Small Business Administration

Socioeconomic Development of the Family Administration

Socio-Economic Development Office

Softek, Inc.

Sola Ltd

Solid Waste Authority

Solomon Page

Solus Alternative Asset Management LP

Solus Opportunities Fund 5 LP

Solymar Castillo Morales

Somos, Inc.

Sonia Ivette Carrasquillo Calderón

Sonnedix USA Services Limited

Sophie Aalaei

South Parcel of Puerto Rico, SE

Southwest Securities, Inc.

Special Claims Committee of the Financial Oversight and Management Board

Special Communities Perpetual Trust

Special Independent Prosecutor Panel

SSB - Blackrock Institutional Trust

SSB - Trust Custody

SSB&T Co/Client Custody Services

SSM & Associates, Inc.

St. James Security Services, LLC

State Elections Commission

State Historic Conservation Office

State Historic Preservation Office

State Insurance Fund Corporation

State Office of Energy Public Policy

State Street Bank & Trust/State Street TotalETF

State Street Bank and Trust Company

Statistics Institute of PR

Stephen S. McMillin

Stephens Inc.

Stericycle

Sterne, Agee & Leach, Inc.

Stifel, Nicolaus & Company, Incorporated

Stockcross Financial Services, Inc.

Stoever Glass & Co.

Stone Lion IE, a fund of Permal Account Platform ICAV

Stone Lion L.P

Stradling Yocca Carlson & Rauth, PC

Strategic Income Fund-MMHF

Stroock & Stroock & Lavan, LLP

Stuart Dwork

Sucesión Díaz Bonet compuesta por sus herederos

Sucesion Francisco Xavier Gonzalez Goenaga

Sucesion Mandry Mercado

Sucesión Pastor Mandry Mercado

Sucesión Sastre Wirshing

SUCN Oscar Rodriguez Crespo

Sucre Concepcion, Gerardo Javier

Suiza Dairy Corporation

Super Asphalt Pavement Corporation

Super Plastico, Inc.

Superintendent of the Capitol

Supreme Court

Susman Godfrey LLP

Suzette Abraham

Suzette Abraham Vizcarrando

Suzuki del Caribe, Inc.

SV Credit, L.P.

Sweney Cartwright Co

Sylvia I. Martinez Calimano

Syncora Capital Assurance, Inc.

Syncora Guarantee Inc.

T R C Companies

Taconic Capital Advisors L.P.

Taconic Capital Advisors, L.P.

Taconic Master Fund 1.5 L.P.

Taconic Opportunity Master Fund L.P.

Tactical Equipment Consultants, Inc.

Tallaboa Industrial Deveopment, Inc.

Taller de Desarollo Infantil y Prescolar Chiquirimundi Inc.

Tamrio, Inc.

TARGET ENGINEERING S E

Tasman Fund LP

Tatito Transport Service Inc.

Tax-Free Puerto Rico Fund II, Inc.

Tax-Free Puerto Rico Fund, Inc.

Tax-Free Puerto Rico Target Maturity Fund, Inc.

TCM Capital

TD Ameritrade Clearing, Inc.

TD Prime Services LLC

Teachers' Retirement System

TEC Contractors, LLC

TEC General Contractors, Corp.

Telecommunications Bureau

Telecommunications Regulatory Board

Telefonica Larga Distancia de Puerto Rico, Inc.

Tens Development, L.L.C.

Teresa N. Fortuna Garcia

Teresa R. Miller

Thamari Gonzalez Martinez

the Asociación de Maestros de Puerto Rico

The Bank of New York Mellon

The Bank of New York Mellon, As Trustee, Under the Trust Agreement Dated March 1, 2015
Between the Puerto Rico Infrastructure Authority and the Bank of New York Mellon, and Fir
Tree Inc. As Successor in Interest, To RBC Municipal Markets, LLC, As Owner Representative
Under the Noteholder Agreement Dated March 1, 2015 Relating To Puerto Rico Infrastructure
Authority Dedicated Tax Revenue Bond Anticipation Notes Series 2015

The Bank of New York Mellon/FMS Bonds, Inc.

The Bank of New York Mellon/Mellon Trust of New England, National Association

The Bank of New York Mellon/Nomura Bank Int'l PLC

The Bank of New York/FMSBonds, Inc.

The Bank of New York/Popular Securities, Inc.

The Bank of Nova Scotia

The Belaval Burger Grandchildren Trust, represented by UBS Trust Company of Puerto Rico

The Boston Consulting Group, Inc.

The Canyon Value Realization Master Fund, L.P.

The Children's Trust Fund

The Estate of Daniela Moure

The Estate of Yesmin Galib Frau composed by Yesmin Marie, Lucas P., María Teresa and María Cristina Leonor Valdivieso Galib

The Estates of Gabriel Fuentes Vázquez and Evangelina Benejam-Otero, Comprised by Gabriel, Jorge L. and Jose R. Fuentes-Benejam

The Financial Attorneys, P.S.C.

The Garffer Group of Legal Advisors, LLC

The Hector L. Gonzalez Cruz Retirement Plan, represented by UBS Trust Company of Puerto Rico

The Hefler Family Trust

The Huntington National Bank

The Jesus Golderos Trust

The Law Offices of Andres W. Lopez, P.S.C.

The Madeline Torres Figueroa Retirement Plan, Represented By UBS Trust Company of Puerto Rico

The Northern Trust Company

The Official Committee of Unsecured Creditors

The Unitech Engineering Group, S.E.

The Värde Skyway Master Fund, L.P.

Thelma Vidal

Thomas Quinn

THOMAS RIVERA-SCHATZ

Tilden Park Capital Management LP

Tilden Park Investment Master Fund LP

Timber Hill LLC

Tito Ramirez Bus Service Inc.

Tomas Correa Acevedo

TORO COLÓN MULLET P.S.C.

Toro, Colon, Mullet, Rivera & Sifre, P.S.C.

Total Petroleum Puerto Rico Corp.

Tourism Company

Tradewinds Energy Barceloneta, LLC.

Tradewinds Energy Vega Baja, LLC

Traditional Lottery

Traffic Safety Commission

Trafigura Argentina S.A.

Trafigura Beheer B.V.

Trafigura Limited

Trafigura Trading LLC

Transcore Atlantic, Inc.

Transit Safety Commission

Transportation and Public Works

Transporte Escolar S S Inc.

Transporte Sonnel Inc.

Transporte Urbina Inc.

Trent and Jodene Lareau Revocable Trust

Trinity Metal Roof and Steel Structure Corp.

Trinity Services I, LLC

Triple - S Salud, Inc.

Truenorth Corp.

Tson-Kuang Wu and Mu-Niau Wu Tr, Wu Trust UA 04-27-1999

U.S. Bank National Association as Trsutee

U.S. Bank Trust National Association

U.S. Department of Justice, Civil Division

UBARRI & ROMÁN LAW OFFICE

UBS Financial Services Inc

UBS Financial Services Inc.

UBS Financial Services, Inc. of Puerto Rico

UBS IRA Select Growth & Income Puerto Rico Fund

UBS Securities LLC

UBS Trust Company

UBS Trust Company of Puerto Rico

Ultra Master LTD

Ultra NB LLC

Ulysses Offshore Fund, Ltd.

Ulysses Partners, LP

UMB Bank, National Association

Unemployment Insurance Fund

UNETE

Union Bank & Trust Company

Union Bank, N.A.

UNION DE EMPLEADOS DE OFICINA COMERCIO Y RAMAS ANEXAS, PUERTOS

UNION DE EMPLEADOS DE OFICINA Y PROFESIONALES DE LA AUTORIDAD DE
EDIFICIOS PUBLICOS

UNION DE EMPLEADOS PROFESIONALES INDEPENDIENTES

Union de Medicos de la Corporacion del Fondo del Seguro del Estado Corp.

Unión de Trabajadores de la Industria Eléctrica y Riego

Union De Trabajadores Trabajadores de La Industria Electrica Y Riego, Inc.

Union Employees Office Commerce

Union Holdings, Inc.

UNION INDEPENDIENTE DE EMPLEADOS DE LA AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS

UNION INSULAR DE TRABAJADORES INDUSTRIALES Y CONSTRUCCIONES
ELECTRICAS INC.

UNION NACIONAL DE EDUCADORES Y TRABAJADORES DE LA EDUCACION

Union of Office Employees and Professionals of AEP

Union of Professional Employees Independent

United Auto Workers International Union

United States Attorney for the Southern District of New York

United States Department Of Agriculture - Rural Development

United States Department of Justice

United States District Court, District of Massachusetts

United States of America

United States Postal Services

United Surety & Indemnity Company

Universal Care Corp. (Unicare)

Universal Group, Inc.

Universal Insurance Company

Universal Life Insurance Company

Universidad Central del Caribe, Inc.

Universidad Interamericana, Inc.

University of Puerto Rico

University of Puerto Rico Comprehensive Cancer Center

UPR Comprehensive Cancer Center

US Army Corps of Engineers

US Attorney for the District of Puerto Rico

US Bank National Association

US Bank Trust, National Association

US Department of Agriculture

US Department of Commerce

US Department of Education

US Department of Health and Services

US Department of Justice

US Department of Labor

US Trustee for the District of Puerto Rico

USAA Invest Mgmt Co

USAA Investment Management Company

VAB Financial

Valdes Ortiz Law Offices, PA

Valdes-Valderrama, Julio

Valentin Morales Camacho

Valenzuela-Alvarado, LLC

Valmont Industries, Inc.

Value Sales Corporation

VAMOS Citizens' Concertacion Movement

Vanguard Marketing Corporation

Värde Credit Partners Master, L.P.

Värde Investment Partners (Offshore) Master, L.P.

Värde Investment Partners, L.P.

Värde Partners, Inc.

Vargas-Villegas, Carlos

Vazquez Y Pagan Bus Line, Inc.

Velazquez-Negron, Paola

Velez-Lugo, Alexandra

Veronica Ferraiuoli Hornedo

Veterans Advocate Office

Víctor Calderón Cestero

Victor L. Ortiz Perez

Victor M. Rivera

Victor R. Merle Vargas

Victor Santiago Frontera

Vidal, Nieves & Bauza LLC

VIIV Healthcare Puerto Rico, LLC

Vilarino & Associates, LLC

Vilma Teresa Torres López

Vilmarie Ayala Cruz

Viñas Law Office, LLC

Virgilio Fernando Acevedo Rivera

Virginia Selden

Vision Financial Markets LLC

Vitol S.A.

Vitol, Inc.

Vivian Hernandez Vinas

Vivian Purcell

Viviana Ortiz Mercado

VMC Motor Corp.

Vocational Rehabilitation Administration

Voya Institutional Trust Company

Voz Activa, Inc.

VR Advisory Services, LTD.

VR Global Partners, L.P.

Wachtell, Lipton, Rosen & Katz

Wal-Mart Puerto Rico Inc.

Walter Alomar Jiménez

Walter Pomales

Walter R. Martinez Rodriguez

Warlander Asset Management, LP

Warren Min

Wedbush Securities Inc.

WEG Electric Corp.

Weil, Gotshal & Manges, LLP

Weinstein-Bacal, Miller & Vega, P.S.C.

Wells Fargo / Safekeep

Wells Fargo Bank, N.A./Sig

Wells Fargo Bank, National Association

Wells Fargo Clearing Services LLC AKA or FKA First Clearing LLC

Wells Fargo Municipal Bond Fund

Wells Fargo Securities, LLC

Wells Fargo Wisconsin Tax Free Fund

Wells Fargo/SafeKeep

Wesbanco Bank, Inc.

West Corporation

Western Surety Company and Continental Casualty Company

WF Computer Services, Inc.

White & Case, LLP

White Box Advisors LLC

Whitebox Advisors LLC

Whitebox Asymmetric Partners, LP

Whitebox Asymmetric Partners, LP as Transferee of Syncora Guarantee Inc.

Whitebox Caja Blance Fund, LP as Transferee of Syncora Guarantee Inc.

Whitebox GT Fund, LP as Transferee of Syncora Guarantee Inc.

Whitebox Institutional Partners, L.P.

Whitebox MultiStrategy Partners, L.P.

Whitebox Multi-Strategy Partners, LP as Transferee of Syncora Guarantee Inc.

Whitebox Term Credit Fund I L.P

Whitefish Energy Holdings, LLC

Whitefort Capital Master Fund, LP

Whitehaven Asset Management, LP

Wide Range Corp.

Wilbert Lopez Moreno & Asociados

Wilfredo Vazquez Olivencia

William Blair & Company, L.L.C.

William Cruz Soto

William D. Dougan JR Ten WRAS

William M. Vidal-Carvajal Law Office, P.S.C.

William Medina-Ruiz

William Rifkin

William Rivera Transport Service Inc.

William Santiago-Sastre, Esq.

William Shuzman

William Soto Santiago

Williams & Jensen, PLLC

Willkie Farr & Gallagher, LLP

WILLKIE, FARR & GALLAGHER LLP

Wilson Rivera Ortiz

Windmar Renewable Energy SE

Windmar Renewable Energy, Inc.

Winston & Strawn LLP

Wollmuth Maher & Deutsch LLP

Women's Advocate Office

WorldNet Telecommunications, Inc.

Wynndalco Enterprises, LLC

Xerox Corporation

Xiomara Bermudez Rios

Xiomara Rivera-Cruz

Yanmarie Socarras

Yarely Lugo Rosa

YASHEI ROSARIO

YFN Yabucoa Solar, LLC

Yohana De Jesús Berríos

Yolanda Cano- Ángeles

Young Conaway Stargatt & Taylor, LLP

Yvonne Baerga Varela

Zapata-Colon, Ana

Zapata-Hernandez, Hilton

Zayas-Torres, Edward

Zoe Partners LP

Zolfo Cooper, LLC

Zoraida Buxó Santiago

## **APPENDIX C**

### **[CONTRACTOR CERTIFICATION REQUIREMENT]**

The following certification shall be provided to the Oversight Board by each Contractor under contracts submitted for review:

1.      The Contractor's subcontractor(s) in connection with the contract is (are) the following:

2.      Neither the Contractor nor any of its owners, directors, officials or employees, has agreed to share or give a percentage of the Contractor's compensation under the contract to, or otherwise compensate, any third party, whether directly or indirectly, in connection with the procurement, negotiation, execution or performance of the contract, except as follows:

(Name of individual or firm, including names of principals or owners of the latter) (Principal terms and conditions of the compensation sharing arrangement)

3.      To the best knowledge of the signatory (after due investigation), no person has unduly intervened in the procurement, negotiation or execution of the contract, for its own benefit or that of a third person, in contravention of applicable law.

4.      To the best knowledge of the signatory (after due investigation), no person has: (i) offered, paid, or promised to pay money to; (ii) offered, given, or promised to give anything of value to; or (iii) otherwise influenced any public official or employee with the purpose of securing any advantages, privileges or favors for the benefit of such person in connection with the contract (such as the execution of a subcontract with Contractor, beneficial treatment under the contract, or the written or unwritten promise of a gift, favor, or other monetary or non-monetary benefit).

5.      Neither the Contractor, nor any of its owners, directors, officials or employees or, to the best of its knowledge (after due investigation), its representatives or sub-Contractors, has required, directly or indirectly, from third persons to take any action with the purpose of influencing any public official or employee in connection with the procurement, negotiation or execution of the contract.

The above certifications shall be signed by the Chief Executive Officer (or other officer with equivalent position or authority to issue such certifications) of the Contractor.

In the event that a Contractor is not able to provide any of the above certifications, such Contractor shall provide a written statement setting forth the reasons therefor.

[Signature Page Follows]

C-1

I certify by my signature below that I have received and reviewed, and am authorized on Contractor's behalf to agree that Contractor shall abide by this Contractor Certification Requirement:

Contractor Name:     <u>McKinsey & Company Puerto Rico Consulting, Inc.</u>

<u>                                                  </u>     <u>June 30, 2021</u>
Signature of Contractor Authorized Representative     Date

<u>Thomas Dohrmann, President, McKinsey & Company Puerto Rico Consulting, Inc.</u>
Printed Name and Title of Contractor Authorized Representative

C-2

## APPENDIX D

## [FOMB EXPENSE REIMBURSEMENT]

**Financial Oversight and Management Board for Puerto Rico**
*June 30, 2017*

**Expense Reimbursement Policy**

## 1.  Introduction

The Board of Members of the Financial Oversight and Management Board for Puerto Rico ("the Board") recognizes that board members, officers, staff, and contractors* of the Board may be required to travel or incur in other expenses from time to time to conduct Board business.

The Reimbursed Expenses Policy (the "Policy") is designed to govern the reimbursement of reasonable, defined expenses incurred on authorized Board activities.   Consequently, all reimbursed expenses must be consistent with a business objective and carried out in a timely and cost-effective manner.

This Policy applies to board members, officers, staff, and contractors* who incur authorized and approved travel and other expense items in the context of the Board's business. While exceptions are not normally permitted, there is clear recognition of certain special business needs.  In any such exceptional situations, all board members, officers, staff, and contractors* are expected to apply a high degree of common sense and good judgment.

## 2.  Purpose of the Policy

The purpose of this policy is to ensure that (a) adequate cost controls are in place, (b) travel and other expenditures are appropriate, and (c) to provide a uniform and consistent approach for the timely reimbursement of authorized expenses incurred by the Board. It is the policy of the Board to reimburse only reasonable and necessary expenses incurred by board members, officers, staff, and contractors.

## 3.  Principles of the Policy

The Policy aims to provide a flexible framework for travel and other expenses based on the following principles:

**3.1**      This Policy applies to board members, officers, staff, and contractors* undertaking  travel other expenses on  Board business and for the purposes of this Policy, the term "staff" shall mean employees of the Board.

**3.2**     It is the responsibility of board members, officers, staff, and contractors* to ensure the selection of the most direct and economical travel options and that all expenses are attributable to a valid Board business purpose.

**3.3**     Board members, officers, staff, and contractors* shall be entitled to reimbursement of expenses on production of supporting vouchers and invoices meeting the requirements of an "Accountable Plan" provided under Regulation No. 8297 dated December 18, 2012 issued by the Puerto Rico Department of Treasury. No expense reimbursement will be allowed for amounts in excess of actual expenditures incurred. No expense reimbursement will be allowed for estimates of expenditures incurred. This includes coach-class airfare or train fare (or business class train fare if rates are comparable); and hotels and transportation (e.g. taxis).

**3.4**     It is the responsibility of the Board members, officers, staff, and contractors* to obtain travel authorization from the Chairman of the Board, the Executive Director or Authorized Representative prior to organizing or incurring any travel costs [See Appendix A for Authorization Authority]. Expense reimbursement is subject to having received prior authorization. Exceptions shall be made under the consideration of the Chairman, Executive Director or Authorized Representative.

**3.5**     The use of video and telephone conferencing instead of travel should always be considered to reduce travel expenses.

## 4.  Travel Expenses

### 4.1 Air Travel

**4.1.1**   Costs for air travel will be reimbursed on an actual cost incurred basis.

**4.1.2**   For all flights, board members, officers, staff, and contractors* are required to travel in a cabin class no higher than premium economy class and, when possible, the cheapest fare in this class.

**4.1.3**   Flights should be booked to provide the best value/lowest cost and fit between cost and convenience. Board staff shall book flights through the Board's Executive Assistant. Board members may book flights through the Board's Executive Assistant or independently. Board contractors must book flights independently, though they are allowed to consult the Board's Executive Assistant on fares the board members, officers, and staff are using.

**4.1.4**   The Board will not reimburse costs incurred due to deviations from the most direct routes taken for personal travel reasons.  In such cases, if the Board purchased the ticket, the traveler must reimburse the Board for any additional costs over and above the authorized travel.

**4.1.5**   Any alteration to original travel plans must be justified and approved in accordance with the Policy.

## 4.2 Train Travel

**4.2.1**   The Board may reimburse travelers for their economy train fares or business class train fares when those fares are comparable to the equivalent, economy class airfare on the same route.

**4.2.2**   Board staff shall book trains through the Board's Executive Assistant. Board Members may book trains through the Board's Executive Assistant or independently. Board contractors must book trains independently, though they are allowed to consult the Board's Executive Assistant on fares the board members, officers, and staff are using.

## 4.3 Hotels and Lodging

**4.3.1**   Accommodation costs may be reimbursed by the Board. Board members, officers, staff, and contractors should not exceed cost of accommodation per night published in the U.S. Government GSA Per Diem Rates (https://www.gsa.gov/perdiem), unless approved by the Chairman or his authorized representative.

**4.3.2**   Board staff shall book hotels through the Board's Executive Assistant. Board members may book hotels through the Board's Executive Assistant or independently. Board contractors must book hotels independently, though they are allowed to consult the Board's Executive Assistant on fares the Board members, officers, and staff are using.

## 4.4 Transportation

**4.4.1**   Transportation costs during trips associated to Board business will be reimbursed. Board members, officers, and staff* can expense the following transportation costs: 1) transportation to and from the airport / train station and 2) transportation to and from the meeting location. Transportation costs cover taxi services or equivalent (e.g. Uber, Lyft or any other transportation means).

## 4.5 Business Meals

**4.5.1**   When travelling to a location other than the Board members, officers, staff, and contractors'* local city, business meals are reimbursable based on the following limits:

- Breakfast: $15; Lunch: $25; Dinner: $40
- Snack expenses are reimbursable when they replace a meal.

**4.5.2**   If meals are provided during the meeting, only meals not provided can be expensed.

## 5.   Other Expenses

**5.1** Other expenses are reimbursable provided they are legitimate, necessary and reasonable expenses directly connected with or pertaining to the Board, such as office supplies, printing and reproduction, telephone calls, and messengers, among other.

## 6.   Reimbursement of Expense

**6.1** Travel arrangements are authorized in advance through the completion and approval of a travel authorization email and the validation of a travel plan between the traveler and the designated approver [See Appendix A].

**6.2** Expenses are reimbursed through the completion, approval, and validation of expense report [See Appendix B] that the members, officers, and staff must submit to the designated approver [See Appendix C].

**6.3** Expense claims should be submitted immediately following and, where possible, no more than 10 days after the completion of each trip, but at least a monthly.

**6.4** In rare circumstances, and on an exceptional basis, reimbursement in excess of stated limits may be provided when lodging options are not available below. In such rare circumstances, the need for higher reimbursement shall be indicated on the attached reimbursement form and justified in writing by the members, officers, and staff.  Reimbursement will be limited to the following:

- Lodging: average rate for available 3-star hotels listed for the applicable metropolitan area on Expedia;

The Chairman of the Board or his authorized representative will have sole discretion to approve or deny such expenditures.

**6.5** Receipts are required for all expenditures billed, such as airfare and hotel charges. No expense in excess of $25.00 will be reimbursed to Board members, officers, staff and contractors unless the individual requesting reimbursement submits with the Expense Report written itemized receipts from each contractor (not a credit card receipt or statement) showing the contractor's name, a description of the services provided (if not otherwise obvious), the date, and the total expenses. If a receipt is not available, a full explanation of the expense and the reason for the missing receipt is required.

**6.6** Alcoholic beverages will not be reimbursed under any circumstance.

**APPENDIX A: Authorization Authority**

| Expense to be Incurred By: | Authorization From: |
| --- | --- |
| Board Member | Chairman or Authorized Representative |
| Board Staff | Executive Director or Authorized Representative |
| Board contractors | Executive Director or Authorized Representative |
| Executive Director | Chairman or Authorized Representative |
| Chairman | N/A |

**APPENDIX B: Expense Report**

**Financial Management and Oversight Board for Puerto Rico**

*To be completed by* members, officers, and staff *and submitted to designated approver*

| DATE | DESCRIPTION | AIR FARE | GROUND FARE | HOTEL | MEALS | OTHER | TOTAL (1) |
|------|-------------|----------|-------------|-------|-------|-------|-----------|
| | | | | | | | $        - |
| | | | | | | | $        - |
| | | | | | | | $        - |
| | | | | | | | $        - |
| | | | | | | | $        - |
| | | | | | | | $        - |
| | | | | | | | $        - |
| | | | | | | | $        - |
| | | | | | | | $        - |
| | | | | | | | $        - |
| | | | | | | | $        - |
| | | | | | | | $        - |
| | | | | | | | $        - |
| | | | | | | | $        - |
| | | | | | | | $        - |
| | | | | | | | $        - |
| | | | | | | | $        - |
| | | | | | | | $        - |
| | | | | | | | $        - |
| | | | | | | | $        - |
| | | | | | | | $        - |
| | | | | | | | $        - |
| | | | | | | | $        - |
| | | | | | | | $        - |
| TOTAL | | $ | $ | $ | $ | $ | $        - |

Signature:_____        Date:_____

Approved by:_____        Date:_____

**(1) SUBMIT RECEIPTS FOR THE AMOUNTS TO BE REIMBURSED.**

**APPENDIX C: Expense Report Approval Authority**

| Expense Incurred By: | Expense Approved By: |
|---|---|
| Board Member | Chairman or Authorized Representative |
| Board Personnel | Executive Director or Authorized Representative |
| Board Advisors | Executive Director or Authorized Representative |
| Executive Director | Chairman or Authorized Representative |
| Chairman | Executive Director or Authorized Representative |

[*Signature Page Follows*]

I certify by my signature below that I have received and reviewed, and am authorized on Contractor's behalf to agree that Contractor shall abide by this Expense Reimbursement Policy:

Contractor Name: McKinsey & Company Puerto Rico Consulting, Inc.


Signature of Contractor Authorized Representative

June 30, 2021

Date


Thomas Dohrmann, President, McKinsey & Company Puerto Rico Consulting, Inc.

Printed Name and Title of Contractor Authorized Representative

# **EXHIBIT B**

### ***Certification of McKinsey Puerto Rico President Thomas Dohrmann***

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

                Debtors.

-------------------------------------------------------------x

PROMESA
Title III


No. 17 BK 3283-LTS

(Jointly Administered)

### CERTIFICATION OF THOMAS DOHRMANN

I, Thomas Dohrmann, hereby declare the following under penalty of perjury:

1.     I am providing consulting services on behalf of McKinsey & Company Puerto Rico Consulting, Inc. related to the above-captioned Title III case;

2.     I have been involved in, and managed the provision of professional services rendered by McKinsey Puerto Rico as strategic consultant to The Financial Oversight And Management Board For Puerto Rico, as representative of Debtors and am generally familiar with the work performed by the Partners, managers, associates, and other persons in the Firm;

3.     The facts set forth in the foregoing Thirty-third Monthly Fee Statement: Commonwealth Title III Support are true and correct to the best of my knowledge, information, and belief;

4.     I have reviewed the Interim Compensation Procedures and believe that McKinsey Puerto Rico's Thirty-third Monthly Fee Statement: Commonwealth Title III Support complies therewith; and

5.     In accordance with Section 11.a. of the Interim Compensation Procedures, I hereby certify as follows:

      i.     No public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the Consulting Agreement (the contract) that is the basis of this invoice;

ii.    The only consideration for providing services under the Consulting Agreement (the contract) is the payment agreed upon with the authorized representatives of the Debtor;

iii.   The amount of this invoice is reasonable;

iv.    The services were rendered, and the corresponding payment has not been made; and

v.     To the best of my knowledge, McKinsey Puerto Rico does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:      June 30, 2022
            Washington, DC




            _s/Thomas Dohrmann_
            Thomas Dohrmann
            President
            McKinsey & Company Puerto Rico Consulting, Inc.

# **EXHIBIT C**

## ***Certification of FOMB Chairman David Skeel***

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.

              Debtors.

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
## FOR PUERTO RICO AUTHORIZING SUBMISSION OF MCKINSEY & COMPANY
## PUERTO RICO CONSULTING, INC.'S
## <u>MONTHLY FEE STATEMENTS FOR THE MONTH OF MARCH 2022</u>

In accordance with the Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket Number 3269, June 6, 2018] ("Interim Compensation Procedures"), I hereby certify as follows:

1.     I am the Executive Director of The Financial Oversight And Management Board For Puerto Rico ("FOMB");

2.     On my authorization, FOMB entered into a consulting agreement with McKinsey & Company Puerto Rico Consulting, Inc. ("McKinsey Puerto Rico") for consulting services in support of the Title III proceedings, which has an Effective Date of July 1, 2021 (the "Consulting Agreement");

3.     McKinsey Puerto Rico has satisfactorily performed and fulfilled its obligations under the Consulting Agreement for the services provided in March 2022 under each of the three (3) Project Assignments of the Consulting Agreement, namely "Commonwealth Title III Support", "Title III Support for PREPA", and "Title III Support for HTA"; now, therefore,

4.      Pursuant to Section 11.b. of the Interim Compensation Procedures, McKinsey Puerto Rico is hereby authorized to submit its Monthly Fee Statements for the allowance of compensation for reasonable and necessary strategic consulting services and support provided during the month of March 2022, pursuant to each of the three (3) Project Assignments of the Consulting Agreement, as may be modified by the Amendments, namely "Commonwealth Title III Support", "Title III Support for PREPA", and "Title III Support for HTA."

Dated: March 31, 2022

David Skeel

David Skeel, Chairman
The Financial Oversight and
Management Board For Puerto Rico

# EXHIBIT D

## Title III Support for Commonwealth

### March 2022 (first half)

**Summary of Work**

McKinsey Puerto Rico supported the Financial Oversight and Management Board (FOMB) with matters related to the Fiscal Plan, including leading Fiscal Plan modeling and integration as well as providing targeted expertise in key Fiscal Plan domains.

McKinsey Puerto Rico's work on the Fiscal Plan focused on finalizing and validating the split model (separating the Fiscal Plan model into an expenditure model, to be handed over to another FOMB advisor team, and a macro/revenue-side model used for overall surplus calculation), as well as on identifying and prioritizing potential model updates to simplify and overall continuously improve the model. McKinsey also supported FOMB and co-advisors with the audit of FY2019 financial statements and reconciliation with the Fiscal Plan.

During the first half of March, McKinsey Puerto Rico also provided targeted expertise in key Fiscal Plan domains. This included reviewing potential effects of pending national and local legislation, including House Bill 827 and the Omnibus Bill, as well as analyzing the potential impact of the MCO contract Amendment S on Medicaid for FY2022 and FY2023 and conducting trend analysis on FY2021 and FY2022 year-to-date disbursements of Disaster Relief Funds.

**McKinsey Puerto Rico's Commonwealth Title III Team Detailed Activities by Deliverable**

- Provide support on Fiscal Plan modeling and integration to enable continuity on underlying logic and assumptions
  - Finalized and validated split model (separating Fiscal Plan into macro/revenue side model and expenditure model)
  - Supported FOMB and FOMB advisors on audit of FY2019 financial statements and reconciliation with Fiscal Plan
  - Identified initial priority updates/potential simplifications to Fiscal Plan model and began implementation into model
  - Responded to questions and other Fiscal Plan related queries from FOMB and FOMB advisors (e.g., questions on historically conditionally allocable revenues, breakdown of other General Fund revenues, and Incentive Fund adjustments)
- Simplify Fiscal Plan processes and continue to build FOMB staff capabilities to further the goal of FOMB leading Fiscal Plan process
  - Initiated discussions with FOMB co-advisors on handover of expenditure workstream and expenditure-side of split model as well as potential operating model with co-advisor (including split model)
  - Conducted several capability sessions with Health team to align on scenario analyses based on Fiscal Plan
  - Coordinated debrief/tutorial on CVIs with FOMB team and FOMB advisors

- ■ Provide targeted expertise in key Fiscal Plan domains
  - – Continued to monitor and analyze national and local economic and policy decisions for potential implications on Fiscal Plan projections, including House Bill 827 (CRIM revenues) and Omnibus Bill (Fiscal Plan and Medicaid)
  - – Reviewed MCO contract (Amendment S) submission with Puerto Rico Health Insurance Administration and analyzed impact to Medicaid for FY22 and FY23 under various scenarios
- ■ Support in restructuring activities
  - – Supported legal team with Fiscal Plan related questions that may arise during Certified Fiscal Plan confirmation litigation

**McKinsey Puerto Rico's Commonwealth Title III Team Detail and Contributions**

The McKinsey team was led by Thomas Dohrmann, Jonathan Davis, Ojas Shah, Todd Wintner, and Juan Rebolledo who provided overall strategic guidance and expert input and coordination. The working team consisted of one Engagement Manager (Sophie Weihmann), one Associate (Dylan Smith) and three Analysts (Erica Wang, Beatriz Ramirez, and Victoria Sabo).

- ■ **Thomas Dohrmann** (Senior Partner – part time – overall strategic direction)

  *Week of March 1st to 6th*
  - Provided guidance on reconciliation of financials from Audit team with Fiscal Plan

  *Week of March 7th to 13th*
  - Reviewed proposed operating model with FOMB co-advisors after handover of expenditure workstream/model

- ■ **Jonathan Davis** (Partner – part time – content director on Fiscal Plan macroeconomics, revenues, and structural reforms)

  *Week of March 1st to 6th*
  - Led technical briefing for FOMB Audit team preparing 2019 financial statements on fiscal plan revenue projections
  - Led working sessions to assemble follow-up information requested by FOMB Audit team related to fiscal plan revenue projections
  - Reviewed and provided feedback to advisors working team on approach to updating structure of the fiscal plan model to carve out a standalone expenditure's module

  *Week of March 7th to 13th*
  - Led working sessions to assemble follow-up information requested by FOMB Audit team related to fiscal plan revenue projections
  - Provided next tranche of resulting analysis to FOMB Audit team and answered follow-up questions
  - Reviewed latest year-to-date revenue actuals and worked with advisors to clarify classification of revenue lines

*Week of March 14th to 15th*
- Led working sessions to assemble follow-up information requested by FOMB audit team related to fiscal plan revenue projections
- Led follow up conference call with FOMB Audit team to walk through details of fiscal plan revenue projections

■ **Ojas Shah** (Partner – part time – engagement director focused on restructuring and liquidity topics; content director on Fiscal Plan expenditures)

*Week of March 1st to 6th*
- Participated in briefing for FOMB Audit team regarding 2019 financial statements comparison to fiscal plan revenue projections
- Participated in discussion with Ankura team regarding fiscal plan revenue assumptions
- Participated in discussion with EY and FOMB team regarding CVI calculations
- Participated in weekly FOMB board call

*Week of March 7th to 13th*
- Participated in working sessions to assemble follow-up information requested by FOMB Audit team related to fiscal plan revenue projections
- Participated in weekly FOMB board call
- Participate in working session with McKinsey team related to fiscal plan topics

■ **Todd Winter** (Partner – part time – content director on healthcare and education)

*Week of March 7th to 13th*
- Supported team in modelling likely fiscal impacts of the 2022 Omnibus law on Puerto Rico's public health care program
- Oversaw development of materials to update FOMB staff (and potentially Board) on potential changes, including critical assumptions and policy decisions Board may need to make to understand full fiscal impacts
- Worked with team to review data submissions related to pending MCO contract amendment, as well as to understand potential downstream implications on fiscal compliance for FY22 and FY23

*Week of March 14th to 15th*
- Continued to support team in modelling likely fiscal impacts of the 2022 Omnibus law on Puerto Rico's public health care program, with particularly focus on FY23

■ **Juan Rebolledo** (Associate Partner – part time – engagement director focused on Fiscal Plan and content director on implementation of Fiscal Plan-related topics)

*Week of March 1st to 6th*
- Reviewed team analysis on follow up information requested by the audit team related to fiscal plan revenue projections
- Reviewed and provided feedback on potential future Fiscal Plan updates and opportunities for model improvement or simplification
- Supported analysis of Disaster Relief Funding FY2021 and FY2022 YTD disbursements compared to 2022 CFP projections

- Reviewed distinct operating models to work with FOMB advisors with the new expenditures module

**Week of March 7th to 13th**
- Participated in working sessions to assemble follow up information requested by the audit team related to fiscal plan revenue projections
- Supported FOMB advisors regarding specific questions on agency transfers in the fiscal plan as they prepare for Budget certification

**Week of March 14th to 15th**
- Held meeting with CoS and Head of HR to discuss module for supporting Senior Associates at FOMB
- Participated in working sessions to assemble follow up information requested by the audit team related to fiscal plan revenue projections
- Participated in follow up conference call with Gov't audit team to walk through details of fiscal plan revenue projections
- Reviewed and provided feedback on team analysis of Disaster Relief Funding FY2021 and FY2022 YTD disbursements compared to 2022 CFP projections
- Supported FOMB team on a request regarding Incentive Funds

- **Sophie Weihmann** (Engagement Manager – full time – focused on restructuring processes)

  **Week of March 1st to 6th**
  - Supported Health team with MCO contract Amendment S analysis (including for example review of key changes relative to prior contract and quantitative analysis of financial impact of updated PMPM rates)
  - Provided feedback on analysis of difference of Hacienda actuals in auditor's financial statements and 2019 numbers in Fiscal Plan
  - Prepared and facilitated discussion with other FOMB advisors to align on operating model for expenditure transition from McKinsey to other advisor team
  - Helped onboard new Healthcare associate, including detailed walk-through of Medicaid tab in Fiscal Plan
  - Provided input on and helped prioritize compilation of potential future Fiscal Plan updates and opportunities for model improvement or simplification

  **Week of March 7th to 13th**
  - Supported preparation of materials and training session with Health team on rebate-sharing methodology for Medicaid program
  - Provided input on analysis of Omnibus Bill changes and impact on Medicaid program, including in conjunction with MCO contract Amendment S
  - Helped draft summary of impact from Omnibus Bill on Medicaid for Executive Director
  - Provided guidance on validating functionality of split model
  - Reviewed analysis on Disaster Relief Funding disbursements (FY2021 and FY2022 year-to-date)

  **Week of March 14th to 15th**
  - Participated in check-in with Health team to discuss potential effects of Omnibus Bill on FY22 and FY23 for Medicaid/ASES

- Helped conduct scenario analysis of impact from Omnibus Bill for different potential Medicaid program sizes

■ **Dylan Smith** (Associate – full time – focused on macroeconomics, revenues and Fiscal Plan model)

*Week of March 1st to 6th*
- Reviewed and provided feedback on process for Congressional Budget Office data update ahead of expected publication in March
- Collated list of potential model updates, including simplifications, model improvements and data updates to be implemented in coming months

*Week of March 7th to 13th*
- Supported FOMB Expenditures team in partnership with co-advisor
- Split January 2022 Certified Fiscal Plan model and made coding changes required for handover to other FOMB advisor team
- Conducted robustness tests on split version of the Fiscal Plan model
- Led analysis by revenues and macro workstream team members
- Reviewed and provided feedback to various ad-hoc requests from FOMB revenue team

*Week of March 14th to 15th*
- Developed materials for expenditures shift of responsibilities to co-advisor
- Led expenditures handover session with co-advisor
- Directed analysis by team members on revenues and macroeconomic workstream
- Reviewed and provided feedback to various ad-hoc requests from FOMB revenue team

■ **Erica Wang** (Business Analyst – full time – focused on macroeconomics, revenues and Fiscal Plan document)

*Week of March 1st to 6th*
- Led briefing session on revenues analysis training materials for FOMB Fiscal Plan Lead
- Continued analysis of Disaster Relief Funding FY2021 and FY2022 year-to-date disbursements, compared to 2022 Certified Fiscal Plan projections
- Directed reconciliation of FY2019 revenues in auditor's financial statement and 2022 Certified Fiscal Plan by verifying main general fund revenues categories
- Organized CVI briefing / tutorial with FOMB team, including coordination among advisors and clarifying expectations with FOMB

*Week of March 7th to 13th*
- Continued reconciliation of FY2019 revenues in auditor's financial statement and 2022 Certified Fiscal Plan by correcting other general fund line items
- Organized and led meeting with advisors to understand potential impacts of CRIM House Bill 827 on revenues for Certified Fiscal Plan
- Designed workshop session with FOMB to discuss portion of Lottery funds transferred to Commonwealth / other entities

*Week of March 14th to 15th*
- Reviewed and provided feedback on FOMB Fiscal Plan Lead's question regarding Electronic Lottery fund projections in the Fiscal Plan model

- Participated in working group sessions with auditors to resolve FY2019 revenues audit
- Engaged in working group sessions with FOMB and other advisors on Other HTA and Incentive Fund revenue lines

■ **Beatriz Ramirez** (Business Analyst – full time – focused on expenditures)

***Week of March 1st to 6th***
- Reviewed advisor training protocol and materials

***Week of March 7th to 13th***
- Collaborated with FOMB team to respond to request for information on Enterprise Funds
- Supported FOMB team with a training on expenditures workstream
- Developed instructions to split Fiscal Plan model, aiding transition of expenditures responsibility to co-advisors

***Week of March 14th to 15th***
- Supported other co-advisors on a request for information regarding interagency transfers
- Collaborated with FOMB team on request regarding Incentive Funds
- Participated in meetings with co-advisors to align on expenditures transition timeline and key elements

■ **Victoria Sabo** (Business Analyst – full time – focused on Medicaid)

***Week of March 1st to 6th***
- Led capability-building session with the FOMB Health team to explain the logic behind calculations for Medicaid in Certified Fiscal Plan
- Reviewed and provided feedback on new MCO Contract Actuarial Certification submission, noting key changes since last submission
- Created presentation to explain qualitative factors that impact changes in per-member-per-month rates and the quantitative weights on rates
- Began analysis on cost estimates from new MCO contract and differences from current assumptions in the 2022 Certified Fiscal Plan
- Led conversation with FOMB Health team on plan for pressure-testing the MCO contract submission
- Compiled questions with FOMB Health team to be sent to Puerto Rico Health Insurance Administration regarding their submission of new MCO contract rates and coverage

***Week of March 7th to 13th***
- Led check-in with FOMB Health team to discuss MCO Contract Amendment S and consolidate questions to send to Puerto Rico Health Insurance Administration
- Prepared materials for and led capability session for the FOMB Health team on rebate sharing methodology and calculation within the larger Medicaid Fiscal Plan model
- Created presentation to send to FOMB Executive Director, explaining March 2022 Omnibus bill effects on the FY2022 Medicaid program funding
- Performed analysis to determine effects of March 2022 Omnibus legislation on Medicaid funding for FY2022 and FY2023
- Continued to analyze the effects of the March 2022 Omnibus legislation in conjunction with the change of rates in the proposed MCO Contract Amendment S

***Week of March 14th to 15th***

- Led FOMB Health team discussion on details of budget implications brought by Omnibus Bill
- Discussed scenarios for FY22 general funds required by Medicaid program based on potential extension of Public Health Emergency
- Refined calculations for amount of general funds necessary to update Medicaid program sizes found in MCO Contract Amendment S, both FY22 and FY23

# **EXHIBIT E**

## *March 1, 2022 – March 15, 2022 Invoice*

## McKinsey&Company

The Financial Oversight and
Management Board for Puerto Rico
PO Box 195556
San Juan, Puerto Rico 00919-5556

ATTN: Promesa Assistant

accountspayable@promesa.gov

**Invoice No: PRC-3497UJ-724**

Consulting Agreement
Client for Strategic Consulting support related to the
Title III Cases
Effective Agreement Date: July 1, 2021

Invoice Date: 6/6/2022

Net 30

**FFP Payment Schedule for Commonwealth Services**

**Invoice PoP:** March 1, 2022 – March 15, 2022

| | | |
|---|---|---|
| Gross invoice amount for services performed inside Puerto Rico | $ | - |
| Gross invoice amount for services performed outside Puerto Rico | $ | 520,000.00 |
| Sub-total | $ | 520,000.00 |
| SUT1 | | Exempt |
| SUT2 | | Exempt |
| Total Invoice Payable | $ | 520,000.00 |

**Total Invoice:**    **$520,000.00**

**McKinsey reserves the right to reissue an invoice to account for changes in applicable taxes.
Please wire transfer payment to:**

| Account Name | ███████ |
|---|---|
| Account Number | ███ |
| Currency | ██ |
| Branch | ████ |
| ABA | ███ |
| SWIFT: | ██ |

**Please reference the invoice number and invoice date on your remittance advice.**

For advice or questions on remittances, please contact ██████

McKinsey & Company Puerto Rico Consulting Inc.
1225 Ave Juan Ponce de Leon, San Juan, Puerto Rico, 00907 PH-786