UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER SCHEDULING BRIEFING OF MOTION ADDING TO SUCESIÓN PASTOR MANDRY
MERCADO'S PRIME CLERK CLAIM NUMBER 179550 THE RESOLUTION OF THE SUPREME COURT
OF PUERTO RICO AND CERTIFIED TRANSLATION THEREOF, DENYING THE COMMONWEALTH
OF PUERTO RICO'S SECOND MOTION TO RECONSIDER ITS PETITION FOR CERTIORARI

The Court has received and reviewed the *Motion Adding to Sucesión Pastor Mandry Mercado's Prime Clerk Claim Number 179550 the Resolution of the Supreme Court of Puerto Rico and Certified Translation Thereof, Denying the Commonwealth of Puerto Rico's Second Motion to Reconsider Its Petition for Certiorari* (Docket Entry No. 21534 in Case No. 17-3283, the "Motion"), filed by Sucesión Pastor Mandry Mercado (excepting Javier Mandry Mercado) (the "Movant").

Responsive papers to the Motion, if any, must be filed by **August 1, 2022, at 5:00 p.m. (Atlantic Standard Time)**. Movant's reply papers must be filed by **August 8, 2022, at 5:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the Motion on submission, unless the Court determines that a hearing is necessary.

SO ORDERED.

Dated: July 20, 2022

       /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).