Plaintiffs in Maggie Acevedo Sepúlveda vs Departamento de Salud
CC-2012-1050
Case in CASP 2000-06-1639
Page 1

| Name | Claim # | Name | Claim # |
|---|---|---|---|
| Acevedo Sepúlveda Maggie | 25273 | Lebrón Pérez, Paula | 34664 |
| Aguilar Martínez, Tirsa Isabel | 20921 | Lorenzo Andrade, Hortensia | 44113 |
| Alameda Nazario, Ilia | 37185 | Martínez Malavé, Juanita | 53674 |
| Altreche Esponda, Merry | 42321 | Martínez Torres, Gladys | 25680 |
| Aponte Rodríguez, Irisbel | 24859 | Matos Valentín, Marisol | 39857 |
| Arocho Muñoz, Emilia | 33847 | Méndez Ruiz, Serafina | 32560 |
| Arroyo Ramos, Norma | 27117 | Milagros Luna Santiago, Marta | 19652 |
| Asencio Vargas, Roberto | 18206 | Morán Vega, Carmen L | 36234 |
| Báez Belén, Esperanza | 34951 | Moretta, Sonny H | 17017 |
| Bermúdez Caparetti, Norma | 29971 | Nazario Montalvo, Ivette | 20427 |
| Bloncourt Flores, Iris | 17669 | Olán Morales, Wilson | 31773 |
| Borrero Vázquez, Carmen | 92700 | Pabón Cortés, Vivian | 34728 |
| Carlo Ruiz, Marilyn | 34658 | Pacheco Morales, Ileana | 27275 |
| Castillo Zapata, Mayra | 29349 | Palermo Rivera, Milagros | 37181 |
| Chaparro Nieves, Celinés | 34686 | Pereira Martínez, Aida | 26851 |
| Cintrón Milanés, Carmen | 19418 | Pérez Agostini, Efraín | 37182 |
| Cordero Irizarry, Lydia I | 23291 | Ramírez Alameda, Israel | 41040 |
| Cortés Ramos, Roberto | 34655 | Ramos Camacho, Gilberto | 35134 |
| Cruz Ramírez, Eileen Y | 24827 | Robles Rivera, Maribel | 28301 |
| Escobar Torres, Evelyn | 47736 | Rodríguez Martínez, Elizabeth | 34926 |
| Ferrer Laracuente, Maritza | 34640 | Román Ramírez, Ivelisse | 26137 |
| Figueroa Ramírez, Julio | 13766 | Román Vega, Luz E | 61196 |
| Flores Del Toro, Julia | 24635 | Rosado Vega, Lesdianette | 29412 |
| Flores Rivera, Marianita | 48297 | Ruiz García, Monserrate | 40197 |
| García Vazquez, Nancy | 20243 | Sanoguel Vega, Migdalia | 28855 |
| González Acevedo, Mayra | 26894 | Santiago Rivera, Norma Iris | 37184 |
| González González, Carmen S | 42779 | Santiago Rodríguez, Zulma | 20309 |
| González Vázquez, Lorenzo | 29170 | Segarra Ferrer, Delma | 33583 |
| González Vázquez, Ramonita | 58891 | Sepúlveda Sepúlveda, Lesbia | 35209 |
| Guijarro Calvino, María J | 31782 | Sotomayor Class, Noemí | 20925 |
| Guzmán Cortés, Luz E | 42816 | Torres Palmer, Henriette | 39221 |
| Guzmán Cortés, Luz E | 18995 | Torres Torres, Ana | 42317 |
| Irizarry Seda, Luz E | 51644 | Torres Vega, María, R | 32420 |
| Iturregui Pagán, Sucn. Juan R | 17690 | Valentín, Marisol | 36839 |
| Laracuente Figueroa, Nancy E | 35688 | Valle Ruiz, Evelyn | 30920 |

Plaintiffs in Maggie Acevedo Sepúlveda vs Departamento de Salud
CC-2012-1050
Case in CASP 2000-06-1639
Page 2

| Name | Claim # | Name | Claim # |
|---|---|---|---|
| Valles Vega, María L | 14050 | | |
| Vargas Pérez, Carmen | 42492 | | |
| Vargas Rodríguez, Maritza | 44060 | | |
| Vázquez Ayala, Bernabela | 37249 | | |
| Vázquez Sánchez, Marta | 19897 | | |
| Vázquez Vázquez, Yolanda N | 20970 | | |
| Vega Ramos, María | 34602 | | |
| Vélez Pérez, Aida | 30819 | | |
| Vidró Santana, Wanda | 26127 | | |