## List of Plaintiff on Case Maggie Acevedo Sepúlveda vs Departamento de Salud

| Num. | Name | Position | Hosp. |
|---|---|---|---|
| 1 | Aida I. Pereira Martínez | Enfermera II | May. |
| 2 | Aida I. Vélez Perez | Enfermera II | May. |
| 3 | Alexis Ortíz Silva | Enf. Pract. | May. |
| 4 | Aleida Ivette García Arce | Enfermera I | May. |
| 5 | Amalia Estrella Pérez | Enfermera II | May. |
| 6 | Ana M. Elías Feliciano | Tecn. Pat. II | May. |
| 7 | Ana Lydia Sanabria Morales | Enf. Pract. | May. |
| 8 | Ana Torres Torres | Enf. Pract. | May. |
| 9 | Basilio A. Padilla Rivera | Asist. Ortop. II | May. |
| 10 | Bernabela Vázquez Ayala | Enf. Pract. | May. |
| 11 | Carmen A. Padilla Acosta | Enf. Pract. | May. |
| 12 | Carmen Cintrón Milanes | Enfermera II | May. |
| 13 | Carmen I. Borrero Vázquez | Tec. Med. III | May. |
| 14 | Carmen I. Sanabria Gracia | Enf. Pract. | May. |
| 15 | Carmen L. Flores Ojeda | Enfermera II | May. |
| 16 | Carmen L. Mora Vega | Enf. Pract. | May. |
| 17 | Carmen M. Negrón García | Enfermera II | May. |
| 18 | Carmen S. González González | Enfermera IV | May. |
| 19 | Carmen Vargas Pérez | Enf. Pract. | May. |
| 20 | Celines Chaparro Nieves | Tec. Med. I | May. |
| 21 | Claribel Crespo Roman | Enfermera II | May. |
| 22 | Deborah L. Rivera Figueroa | Enfermera II | May. |
| 23 | Delma I. Segarra Ferrer | Tec. Med. I | May. |
| 24 | Doris Santos Vélez | Enf. Pract. | May. |
| 25 | Efrain I. Perez Agostini | Tec. Med. II | May. |
| 26 | Eileen Y. Cruz Ramirez | Tec. Med. III | May. |
| 27 | Elba E. Medina Quintana |  | Pon. |
| 28 | Elizabeth Rios Pou | Trab. Lav. | May. |
| 29 | Elizabeth Rojas Hernández | Enf. Pract. | May. |

| Num. | Name | Position | Hosp. |
|---|---|---|---|
| 30 | Emilia Arocho Muñíz | Enfermera III | May. |
| 31 | Emily Diaz Acevedo | Enfermera II | May. |
| 32 | Eneida Valentín Pérez | Enf. Pract. | May. |
| 33 | Esperanza Báez Belén | Tec. Med. V | May. |
| 34 | Esther Martínez Negrón | Aux. de Lab. | May. |
| 35 | Evelyn Escobar Torres | Enfermera II | May. |
| 36 | Evelyn Valle Ruiz | Enfermera II | May. |
| 37 | Gladys Martínez Torres | Enfermera II | May. |
| 38 | Gloribel Ramírez Morales | Tec. Med. I | May. |
| 39 | Henriette Torres Palmer | Tec. Med. II | May. |
| 40 | Hilda I. Bonet Acosta | Enfermera II | May. |
| 41 | Hortensia Lorenzo Andrade | Tec. Med. III | May. |
| 42 | Ileana Pacheco Morales | Tec. Med. III | May. |
| 43 | Ilia M. Alameda Nazario | Tec. Med. I | May. |
| 44 | Iris N. Bloncourt Flores | Tec. Med. I | May. |
| 45 | Iris Sierra González | Enf. Pract. | |
| 46 | Irisbel Aponte Rodriguez | Enfermera II | May. |
| 47 | Isidora Ortíz Ortíz | Enf. Pract. | May. |
| 48 | Israel Ramírez Alameda | Aux. de Lab. | May. |
| 49 | Ivelisse Román Ramírez | Enfermera II | May. |
| 50 | Ivette Nazario Montalvo | Enfermera IV | May. |
| 51 | Jackeline Calero Gonzalez | Enfermera II | May. |
| 52 | Jannette Lopez Pérez | Enfermera II | May. |
| 53 | Jeraldine Martínez Cordero | Enfermera II | May. |
| 54 | Jessica Zapata Garcia | Enfermera II | May. |
| 55 | Jorge A. Martínez Martínez | Aux. de Lab. | May. |
| 56 | Juan E. Millán | Tec. Méd. III | May. |
| 57 | Juan R. Iturregui Pagán | Médico V | May. |
| 58 | Juana Serrano Toledo | Enf. Pract. | May. |
| 59 | Juanita Martínez Malavé | Enf. Pract. | |
| 60 | Julia C. Flores Del Toro | Tec. Med. III | May. |
| 61 | Julio Figueroa Ramírez | Enfermero I | May. |
| 62 | Lic. Cynthia L. Torres Gonzalez | Enfermera II | May. |
| 63 | Lic. Maria J. Guijarro Calviño | Tec. Med. II | May. |

| Num. | Name | Position | Hosp. |
|---|---|---|---|
| 64 | Lic. Marilyn Carlo Ruiz | Tec. Med. I | May. |
| 65 | Nancy E. García Vázquez | Tec. Med. II | May. |
| 66 | Lesbia Sepúlveda Sepúlveda | Tec. Med. III | May. |
| 67 | Lic. Carlos Ramírez Villarín | Tec. Med. III | May. |
| 68 | Lic. Gilberto Ramos Camacho | Tec. Med. I | May. |
| 69 | Lesdiannette Rosado Vega | Tec. Med. I | May. |
| 70 | Lic. Milagros Palermo Rivera | Tec. Med. I | May. |
| 71 | Lic. Mildred Montañez Rivera | Tec. Med. III | May. |
| 72 | Lic. Nancy Perez Zapata | Tec. Med. III | May. |
| 73 | Lorenzo JR González Vázquez | Enf. Pract. | May. |
| 74 | Lucila Rosado Vega | Enfermera IV | May. |
| 75 | Luis A. Vega Sein | Aux. de Hosp. | May. |
| 76 | Luis F. Feliciano Vega | Enfermero II | May. |
| 77 | Luz E. García Valentín | Enfermera II | May. |
| 78 | Luz E. Guzmán Cortés | Tec. de Rad. I | May. |
| 79 | Luz E. Irizarry Seda | Tec. Med. II | May. |
| 80 | Luz E. Roman Vega | Enfermera II | May. |
| 81 | Lydia Ivette Cordero Irizarry | Enfermera II | May. |
| 82 | Lydia Torres Rios | Enf. Pract. | May. |
| 83 | Madeline Gutierrez Pabón | Tec. Med. III | May. |
| 84 | Maggie Acevedo Sepúlveda | Enfermera IV | Pon. |
| 85 | Margarita Nadal Cruz | Enfermera II | May. |
| 86 | María A. Perdomo Segarra | Enf. Pract. | May. |
| 87 | María Del C. Rodriguez Vélez | Enfermera II | May. |
| 88 | María L. Rodriguez Pagán | Enfermera II | May. |
| 89 | María L. Valles Vega | Enfermera III | May. |
| 90 | María M. Crespo Arvelo | Enfermera II | May. |
| 91 | María M. Vega Ramos | Enfermera IV | May. |
| 92 | María R. Torres Vega | Enfermera II | May. |
| 93 | Marianita Flores Rivera | Enfermera II | May. |
| 94 | Maribel Centeno Troche | Enf. Pract. | May. |
| 95 | Maribel Cotto Ramos | Enfermera II | May. |
| 96 | Maribel Pardos Soto | Aux. de Hosp. | May. |
| 97 | Maribel Robles Rivera | Enfermera II | May. |

| Num. | Name | Position | Hosp. |
|---|---|---|---|
| 98 | Maribel Rodriguez Martínez | Tec. Med. III | May. |
| 99 | Marisol Matos Valentín | Aux. de Hosp. | May. |
| 100 | Maritza I. Ferrer Laracuente | Tec. Med. I | May. |
| 101 | Maritza Vargas Rodriguez | Enfermera II | May. |
| 102 | Mery N. Altreche Esponda | Tec. de Rad. I | May. |
| 103 | Marta E. Ruiz Franco | Tec. Med. I | May. |
| 104 | Marta Luna Santiago | Enfermra Pra. | Pon. |
| 105 | Marta Rosa Troche | Enfermera II | May. |
| 106 | Marta Vázquez Sánchez | Enfermera II | May. |
| 107 | Mayra González Acevedo | Enfermera II | May. |
| 108 | Mayra O. Castillo Zapata | Aux. de Lab. | May. |
| 109 | Migdalia Méndez Acevedo | Enfermera I | May. |
| 110 | Migdalia Sanoguel Vega | Enfermera III | May. |
| 111 | Milagros Tirado Mercado | Tec. Elect. | May. |
| 112 | Minerva Gonzalez Beltran | Enfermera II | May. |
| 113 | Miriam Cardona Gonzalez | Enfermera II | May. |
| 114 | Monserrate Ruiz Garcia | Enfermera IV | May. |
| 115 | Myrtha Rafaela Cedeño Ruiz | Enfermera II | May. |
| 116 | Nancy Laracuente Figueroa | Aux. de Lab. | May. |
| 117 | Nancy López Sánchez | Enf. Pract. | May. |
| 118 | Neisy Rodriguez Pagán | Enfermera II | May. |
| 119 | Nilda Rodriguez Madera | Enfermera II | May. |
| 120 | Nelsa Badillo Ortiz | Enf. Pract. | May. |
| 121 | Noemí Sotomayor Class | Aux. de Lab. | May. |
| 122 | Norma A. Mercado Romero | Enfermera III | May. |
| 123 | Norma Bermúdez Capacetti | Enfermera II | May. |
| 124 | Norma Iris Arroyo Ramos | Enfermera II | May. |
| 125 | Norma Iris Santiago Rivera | Enfermera II | May. |
| 126 | Paula Lebrón Pérez | Enfermera II | May. |
| 127 | Porfírio Martínez Carmenaty | Enfermero III | May. |
| 128 | Radamés Camacho Ortiz | Enf. Pract. | May. |
| 129 | Rafael Ruiz Martínez | Enfermero II | May. |
| *130 | Ramonita Gonzalez Vazquez | Trabajador I | May. |
| 131 | Roberto Asencio Vargas | Enfermero II | May. |

| Num. | Name | Position | Hosp. |
|---|---|---|---|
| 132 | Roberto Cortés Ramos | Aux. de Lab. | May. |
| 133 | Rosa A. Cruz Bonilla | Enfermera II | May. |
| 134 | Rosalinda Ortiz Muñoz | Tec. Med. I | May. |
| 135 | Sandra I. Torres Cáceres | Enfermera II | May. |
| 136 | Serafina Mendez Ruiz | Enfermera II | May. |
| 137 | Sonia I. Guzmán Vega | Enf. Pract. | May. |
| 138 | Sonia N. Acosta Rivera | Enfermera II | May. |
| 139 | Sonny H. Moretta Cabrera | Medico V | May. |
| 140 | Tirsa I. Aguilar Martínez | EnfermeraIV | May. |
| 141 | Vickmary Sepúlveda Santiago |  | Pon. |
| 142 | Vivían Pabón Cortés | Tec. Med. II | May. |
| 143 | Wanda I. Vidró Santana | Enfermera II | May. |
| 144 | William González Esgulín | Enfermero II | May. |
| 145 | William Ortiz Ramos | Enf. Pract. | May. |
| 146 | Wilson Olán Morales | Enfermero II | May. |
| 147 | Wilson Valentín Cruz | Aux. de Lab. | May. |
| 148 | Yimazoa Vargas Serrano | Enfermera II | May. |
| 149 | Yolanda Prosper De La Cruz | Enfermera II | May. |
| 150 | Yolanda N. Vázquez Vázquez | Enfermera II | May. |
| 151 | Zenaida Rodriguez Cardona | Enfermera II | May. |
| 153 | Zulma I. Vega Santiago | Enfermera II | May. |
| 154 | Zulma Santiago Rodriguez | Enfermera IV | May. |