# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br>Debtors. | NO. 17-BK-3283 (LTS)<br><br>PROMESA TITLE III<br><br>(Jointly Administered) |

## ORDER GRANTING APPEARANCE OF COUNSEL TO CONTINUE REPRESENTING THE CERTIFIED PLAINTIFFS' CLASS TO ENFORCE COMPLIANCE OF TERMS OF STIPULATION

The *Motion of Re Appearance of Counsel on Behalf of Plaintiffs' Class to Enforce Terms of Stipulation* filed by Antonio J Amado Murga, counsel for the Certified Plaintiffs' Class in case Gladys García Rubiera, etc., v. Hon. Luis G. Fortuño, et al, Civil No. 02-1179 (GAG) is hereby GRANTED and counsel is allowed to continue the proceedings to enforce said compliance.

SO ORDERED.

DATED:

LAURA TAYLOR SWAIN
United States District Judge