# GOBIERNO DE PUERTO RICO
Departamento de Hacienda

VÍA CORREO ELECTRÓNICO
rmiranda@justicia.pr.gov

15 de octubre de 2021

**Lcda. Rahyxa Y. Miranda Grajales**
Directora de Asuntos Legales
División de Asuntos Civiles y Daños y Perjuicios
Secretaría Auxiliar de lo Civil
Departamento de Justicia

**Re: Certificación – Número de reclamaciones sometidas y procesadas para fines del Caso Civil KDP-2001-1441, Gladys García Rubiera v. ASC**

Estimada licenciada Miranda Grajales:

Reciba un cordial saludo del equipo del Departamento de Hacienda. Adjunto información solicitada para fines del Caso Civil KDP-2001-1441, Gladys García Rubiera v. ASC. Esto con relación al proceso de reembolso del pago duplicado de primas del seguro obligatorio dispuesto en el Artículo 6(m) de la Ley Núm. 235-1995, según enmendada, conocida como "Ley de Seguro de Responsabilidad Obligatorio para Vehículos de Motor".

En esta tabla se desglosa, del número total de reclamaciones de reembolso sometidas y procesadas en el Departamento de Hacienda, aquellas que fueron aprobadas y denegadas para pago. Además, desglosamos entre aquellas que fueron sometidas tanto física como electrónicamente.

| Acciones | Trámite Manual | Trámite Electrónico | Reclamaciones Recibidas y Procesadas |
|----------|----------------|---------------------|--------------------------------------|
| Aprobadas | 69,521 | 14,015 | 83,536 |
| Denegadas | 61 | 4,395 | 4,456 |
| Total | 69,582 | 18,410 | 87,992 |

Por consiguiente, certifico, a mi mejor entender y conocimiento, que la información incluida en la tabla adjunta es correcta.

En San Juan, Puerto Rico, hoy 15 de octubre de 2021.

Lcdo. José F. Chaves Ortiz
Secretario Auxiliar
Oficina de Asuntos Legales

Edif. Intendente Ramírez, 10 Paseo Covandonga , PO Box 9024140 San Juan, PR  00902-4140

787-721-2020    @    sechacienda@hacienda.pr.gov    Hacienda.gobierno.pr



**CERTIFIED TRANSLATION:**

GOVERMENT OF PUERTO RICO
Department of the Treasury

VIA ELECTRONIC MAIL
rmiranda@justicia.pr.gov

October 15, 2021

**Rahyxa Y. Miranda Grajales, Esq.**
Director of Legal Affairs
Civil and Damages Division
Office of Civil Affairs
Department of Justice

**Re: Certification - Number of claims submitted and processed under Civil Case KDP-2001-1441,
Gladys García Rubiera v. ASC**

Dear Ms. Miranda Grajales:

Greetings from the staff of the Department of the Treasury. Enclosed is the information requested regarding Civil Case KDP-2001-1441, Gladys García Rubiera v. ASC. This is in regards to the process of reimbursement of the duplicate payment of the compulsory insurance premiums provided for in Article 6(m) of Act No. 235 of 1995, as amended, known as the "Compulsory Motor Vehicle Liability Insurance Act".

The following table is a breakdown of the total number of claims for reimbursement submitted and processed at the Department of the Treasury, the ones approved and those that were denied for payment. In addition, we break down those that were submitted both on paper and electronically.

| Action | Submitted on Paper | Submitted Electronically | Claims Received and Processed |
|--------|--------------------|--------------------------|-------------------------------|
| Approved | 69,521 | 14,015 | 83,536 |
| Denied | 61 | 4,395 | 4,456 |
| Total | 69,582 | 18,410 | 87,992 |

Therefore, I certify, to the best of my knowledge and belief, that the information contained in the foregoing table is correct.

In San Juan, Puerto Rico, this October 15, 2021.

[Signed]
José F. Chaves Ortiz
Assistant Clerk
Office of Civil Affairs



Edif. Intendente Ramírez, 10 Paseo Covandonga , PO Box 9024140 San Juan, PR  00902-4140

📞 787-721-2020    ✉ sechacienda@hacienda.pr.gov    🌐 Hacienda.gobierno.pr

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS