# GOBIERNO DE PUERTO RICO
## Departamento de Justicia

Hon. Pedro Pierluisi Urrutia
Gobernador

Hon. Domingo Emanuelli Hernández
Secretario de Justicia

29 de marzo de 2022

**Lcdo. Antonio Amadeo Murga**
**ajamadeo@gmail.com**
1225 Ponce de León
VIG Tower, Ste. 904
San Juan, PR 00907-3915

**Lcdo. Mario Oronoz Rodríguez**
**mmo@oronozlaw.com**
Urb. Torrimar
K4 Calle Bambú
Guaynabo, PR 00966;

Re:   **Gladys García Rubiera v. Asociación de Suscripción Conjunta, et als.**
**Civil Núm. KDP2001-1441 – Informe de Solicitudes de Reembolso**

Estimados Compañeros:

Saludos cordiales. El pasado 15 de marzo de 2022 recibimos vía correo electrónico comunicación con respecto, en apretada síntesis, a la no aceptación del método de pago electrónico adoptado por el Departamento de Hacienda para el cumplimiento con la Estipulación alcanzada en el caso de referencia y suscrita el 29 de marzo de 2016 por ambas partes (en adelante la "Estipulación"). Dicha comunicación responde a dos correos electrónicos enviados por ELA/Hacienda y los cuales detallaron las gestiones que se han estado realizando para el trámite de los pagos a los reclamantes.

Según su interpretación de la Estipulación, la cual rechazamos, el Departamento de Hacienda está en incumplimiento bajo la misma debido a que alegadamente requiere "una nueva solicitud de reembolso y anula para efecto del pago las 83,536 solicitudes de pagos presentadas". Además, alegan que el ELA "pretende enmendar "motu proprio" la Estipulación y por tanto la Sentencia". Finalmente, en su misiva, nos solicitan que proveamos la siguiente información: nombre de todos los reclamantes cuyas

P.O. Box 9020192, San Juan, Puerto Rico 00902-0192; Calle Teniente César González 677 esq. Ave. Jesús T. Piñero, San Juan, PR 00919

☎ 787.201.8900    🌐 www.justicia.pr.gov



reclamaciones fueron aprobadas, nombre de los reclamantes cuyas reclamaciones fueron rechazadas, evidencia de la notificación a los reclamantes y listado de todas las reclamaciones pagadas.

De entrada, rechazamos cualquier alegación de incumplimiento o enmienda "motu proprio" a la Estipulación suscrita por las partes, para lo cual, el ELA se reserva todos sus derechos. A esos efectos, reiteramos que el personal del Departamento de Hacienda está en cumplimiento con las directrices del caso de referencia, para lo que se refiere a la tramitación de las solicitudes de reembolso, no solo según los estipulado en el 2016, sino en cumplimiento con el dictamen en el caso *In re: Commonwealth of Puerto Rico*, case no. 17BK3283LTS *"ORDER APPROVING ASSUMPTION OF SETTLEMENT AGREEMENTS WITH GARCÍA RUBIERA CLASS PLAINTIFFS"*, *"*MEMORANDUM OPINION REGARDING MOTION OF THE COMMONWEALTH OF PUERTO RICO PURSUANT TO BANKRUPTCY CODESECTION 365 FOR ENTRY OF AN ORDER APPROVING ASSUMPTION OF SETTLEMENT AGREEMENTS WITH GARCÍA RUBIERA CLASS PLAINTIFF*"*, "STIPULATION RESOLVING MOTION REQUESTING RELIEF OF STAY UNDER 362(D)(1) OF THE BANKRUPTCY CODE [ECF NO. 2434]", Documentos 17185-17186-14855-1, del caso número 17-03283.    Sin embargo, y con el propósito de que no haya duda con respecto a la información brindada, procederemos a aclarar los señalamientos alegados en su misiva del 15 de marzo de 2022. De un análisis de los documentos antes mencionados y en referencia al método y otros asuntos relacionados a los **pagos** a los reclamantes, ver inciso D de la Estipulación, "Order", "Memorandum" y "Stipulation", les aclaramos lo siguiente:

- No hay estipulado un método de pago (cheque o electrónico).
- ELA-Hacienda debe notificar ("send notice") a los dueños de vehículos o reclamantes si la reclamación fue rechazada y las razones en **120 días a partir de Junio 29, 2021.** De no **notificarse** en ese término se entenderán válidas. Véase, "Order" a la pág. 6, inciso 3.
- ELA-Hacienda debe hacer los pagos a aquellos reclamantes, que procedan, luego de evaluada la solicitud de reembolso.

Es decir, que la gestión que el Departamento de Hacienda ha llevado a cabo para procesar los pagos a los reclamantes por la vía electrónica no solo es compatible con la Estipulación, ya que el método de pago no fue objeto del acuerdo, sino que responde a una sana administración de fondos públicos en el uso de las herramientas tecnológicas que agilicen y aseguren los referidos desembolsos. Específicamente, la Estipulación hace referencia a la información necesaria para hacer los reclamos. Sin embargo, en cuanto a los pagos, una vez evaluada la procedencia de la reclamación, solo indica

Página -3-

que "no contendrán cómputos de interés alguno". Ver inciso D (v) de la Estipulación. Por lo que, la información que le brindamos en torno al método electrónico de pago y las diversas publicaciones que el Departamento de Hacienda ha realizado en distintos medios de comunicación, para divulgar dicho método, de ninguna forma altera o enmienda la Estipulación. Así pues, el Departamento de Hacienda requiere que los reclamantes ofrezcan información para el procesamiento del pago, no para procesar la reclamación. Dicha información será ingresada en una plataforma virtual a la cual los reclamantes accederían para ingresar sus datos financieros que permitieran el desembolso de los fondos. Lo anterior trata de un proceso electrónico de pago en cumplimiento con la política pública del Gobierno de Puerto Rico y su Departamento de Hacienda en fomentar el uso de la tecnología para el desembolso de fondos públicos y establecer la transferencia electrónica como método de pago. (Ver Anejo- CC1300-01-21)

Finalmente, con relación a la información solicitada y la cual entendemos les es necesaria para asegurar el cumplimiento del inciso F-Honorarios de Abogado, estamos en el proceso de su recopilación y les será enviada en o antes del 30 de abril de 2022. Sin embargo, hemos de destacar que, a través de nuestras comunicaciones electrónicas del 7 de marzo de 2022, ofrecimos la información final del número de reclamaciones recibidas y rechazadas, junto con el estatus del proceso de pago en cumplimiento con el inciso F(iii) de la Estipulación. Véase, como Anejo 2 a esta carta, dicha comunicación electrónica. Además, les recordamos que el ELA/Hacienda consignó en agosto de 2021 un cheque por la cantidad de novecientos mil dólares ($900,000) en pago de honorarios y en cumplimiento total del inciso F(ii) de la Estipulación.

Cordialmente,

**Rahyxa Y. Miranda Grajales**
Secretaria Auxiliar de lo Civil
Departamento de Justicia
Tel. (787) 721-2900 Exts. 1445 / 1450
Correo-e: rmiranda@justicia.pr.gov

cc.     Lcdo. José Chaves
        Director
        División Legal, Depto. Hacienda

**Gobierno de Puerto Rico**
**DEPARTAMENTO DE HACIENDA**
**Área de Contabilidad Central del Gobierno**

**Carta Circular**
**Núm. 1300-01-21**

**Año Fiscal 2020-2021**
**7 de julio de 2020**

**A los Secretarios de Gobierno y
Directores de Dependencias del
Gobierno de Puerto Rico**

**Asunto:   Pago Electrónico a los Suplidores
del Gobierno de Puerto Rico,
entidades públicas y privadas, y
otros**

Estimados señores:

La Ley Núm. 103 de 25 de mayo de 2006, según enmendada, conocida como la "Ley para la Reforma Fiscal del Gobierno del Estado Libre Asociado de Puerto Rico", dispone en el Artículo 19 que será política pública del Gobierno de Puerto Rico incentivar el desarrollo de la tecnología estimulando que todo desembolso de fondos públicos se realice mediante métodos electrónicos.

En cumplimiento con las disposiciones de esta ley, el Departamento de Hacienda emitió la CC 1300-02-20, Registro de Suplidores del Gobierno en el Portal de Pagos Electrónicos del Gobierno de Puerto Rico, con el propósito de recordarles a las agencias que se requiere que toda entidad pública o privada y todos los Suplidores de las agencias del Gobierno de Puerto Rico deberán registrarse en el sistema electrónico del Gobierno para recibir los desembolsos mediante el mecanismo de transferencia electrónica (EFT). El proceso de rechazo del pago electrónico a los suplidores está reglamentado en la CC 1300-02-14, Transferencia Electrónica Rechazada.

Esta Carta Circular se emite con el propósito de informarles que el Departamento de Hacienda (Departamento) ha establecido como política pública que el método principal de pago es la transferencia electrónica (EFT) y solo se autorizará el pago mediante cheque a modo de excepción, según se dispone en esta Carta Circular y/o previa autorización del (la) Secretario(a) Auxiliar del Área del Tesoro.

CC 1300-01-21
7 de julio de 2020
Página 2

Toda agencia o entidad cuyos fondos están bajo la custodia del Secretario de Hacienda y sus pagos se efectúen a través del Departamento tendrá que asegurarse que sus suplidores, empleados y demás entidades públicas y privadas o individuos a los que les emiten pagos se registren en el portal electrónico de Registro de Pago Electrónico para Suplidores para que el Departamento pueda efectuar los mismos mediante EFT.

Para el registro de pago electrónico para suplidores en el sistema central del Departamento, tendrán que instruir a sus suplidores a acceder a la siguiente dirección: **https://arra.hacienda.pr.gov/suplidoresweb/**, y proveer las siguientes instrucciones:

Instrucciones para completar la solicitud

- Asegúrese de tener un correo electrónico activo antes de comenzar.

- Debe estar activo en el Registro de Suplidores del sistema financiero central del Departamento, PRIFAS. Tenga a la mano su ID de Suplidor, el sistema verificará que este valor y su nombre concuerde con el registrado en el sistema financiero. Puede verificar su identificación actual revisando un talonario de cheque emitido por el Departamento desde este sistema para el pago de bienes o servicios ofrecidos por usted a las entidades gubernamentales que utilizan nuestro sistema financiero.



- Tener a la mano un cheque cancelado para ser digitalizado, también le identificará su número de cuenta y el número de ruta y tránsito de la institución financiera.

- En el caso de tener únicamente cuenta de ahorro, deberá poseer una certificación del banco donde provea su nombre, número de cuenta, ruta y tránsito. Deberá digitalizar la misma para acompañarla como evidencia en la solicitud electrónica.

- Como parte del proceso, con los datos ingresados la aplicación completará el Modelo SC 733, Autorización y Acuerdo para Pago Electrónico de Suplidores, el cual tienen que firmar y digitalizar para ser incluido con su solicitud; así como el cheque cancelado. El acceso a una impresora y un escáner será necesario. De no poseer este equipo, la agencia a la que brinda servicios podría asistirle en esta tarea.

Las agencias del Gobierno Central que tienen sistemas financieros separados al sistema central del Departamento, tendrán la responsabilidad de proveerle instrucciones a sus suplidores, empleados y demás entidades públicas y privadas o individuos a los que les efectúen pagos respecto a los trámites que deban realizar para que se les pague por transferencia electrónica.

CC 1300-01-21
7 de julio de 2020
Página 3

Dentro del ciclo de pago, las excepciones al proceso de emisión de pagos por EFT son las siguientes:

1. pagos que deban ser consignados en algún tribunal federal o estatal, conforme a orden emitida por dicho foro judicial;

2. pagos al *US Postal Service*;

3. pagos a favor del Secretario de Hacienda para la adquisición del Comprobante de Rentas Internas que cubre el cargo adicional especial de $2 a beneficio del Centro de Trauma del Centro Médico en el proceso de renovación de marbetes;

4. pagos de becas a estudiantes;

5. obligaciones patronales con cargo a la Asignación Especial para Gastos Administrativos durante el Año Electoral y al Fondo Especial para el Financiamiento de Campañas Electorales:

   - Retención de Servicios Profesionales
   - Retención de Contribución sobre Ingresos
   - Seguro Social y Medicare
   - Desempleo Estatal (SUTA)
   - Seguro de Incapacidad (SINOT)
   - Desempleo Federal (FUTA)
   - Fondo del Seguro del Estado



6. pagos emitidos al *Internal Revenue Service* por deudas de suplidores.

7. pagos por cesiones de crédito a instituciones bancarias.

Cualquier otra excepción que se solicite para emitir pagos por cheque tendrá que ser autorizada por el (la) Secretario(a) Auxiliar del Área del Tesoro. La agencia o entidad gubernamental solicitará la emisión del cheque mediante comunicación escrita enviada a través del siguiente correo electrónico: pagoselectronicos@hacienda.pr.gov. En la referida comunicación especificarán el pago que solicitan se emita por cheque, nombre de la entidad o persona a favor de la cual se realizará el pago, la cantidad y el concepto del pago. Además, tendrá que explicar con claridad la razón o razones que justifiquen la emisión del pago mediante cheque. Las agencias no deberán aprobar comprobantes de pago (*vouchers*) con método de pago de cheque si el (la) Secretario(a) Auxiliar del Área del Tesoro no lo ha autorizado.

CC 1300-01-21
7 de julio de 2020
Página 4

De igual forma, las agencias del Gobierno Central que tienen sistemas financieros separados al sistema central del Departamento deberán solicitar la emisión del cheque mediante comunicación escrita al Área del Tesoro, según establecido anteriormente.

Lo indicado en esta Carta Circular se adopta como parte de la política pública de fomentar el uso de la tecnología para el desembolso de fondos públicos y se establece la transferencia electrónica (EFT) como principal método de pago en su operación. El interés del Departamento es continuar mejorando los procesos de desembolso para que los pagos puedan efectuarse de forma más eficiente y ágil para el beneficio de todos.

Todas las agencias tienen que dar fiel cumplimiento a los requerimientos de esta Carta Circular.

Para aclarar cualquier duda relacionada a esta Carta Circular deberán escribir a la siguiente dirección electrónica: **SuplidoresPaginaWeb@hacienda.pr.gov**

El texto de esta Carta Circular está disponible en nuestra página de Internet en la dirección:   http://www.hacienda.pr.gov/sobre-hacienda/publicaciones/contabilidad-central/cartas-circulares-de-contabilidad-central.

Será responsabilidad de las agencias hacer llegar las disposiciones de esta Carta Circular al personal de las oficinas de finanzas, contabilidad y otras relacionadas a los pagos.

Cordialmente,

Francisco Parés III

Francisco Parés Alicea
Secretario

**Rahyxa Miranda Grajales**

| | |
|---|---|
| **From:** | Rahyxa Miranda Grajales |
| **Sent:** | Monday, March 7, 2022 9:30 AM |
| **To:** | Mario M. Oronoz; Antonio J. Amadeo Murga |
| **Subject:** | RE: GARCIA RUBIERA V MASJ |

**Estimados compañeros:**

**A continuación la información recibida de parte del Departamento de Hacienda, respecto a los pagos en el caso de referencia. Estoy a la espera se me informe culminación del módulo de pagos por parte del personal técnico del Departamento de Hacienda. En otro correo electrónico les detallaré información de las 4,456 reclamaciones rechazadas. Cualquier duda o comentario quedo a su orden.**

"Saludos, en solicitud de una actualización de los pagos que se hayan realizado a los reclamantes, en el caso de reembolso de primas dobles es pertinente aclarar que, a raíz del levante del *stay* provocado por el proceso de Título III según las disposiciones de la ley PROMESA, el Departamento de Hacienda ha trabajado arduamente para llevar a cabo la programación necesaria en nuestros sistemas, que permita el desembolso eficaz de los fondos, salvaguardando la responsabilidad que nos requiere un deber de cuidado como custodio de los mismos.

Luego de una serie de reuniones concertadas con el propósito de prepararnos para el desembolso de los fondos, el 18 de agosto de 2021 se presentó el ambiente de prueba.  Esto es, la etapa inicial de la plataforma virtual a la cual los reclamantes accederían para ingresar sus datos financieros que permitieran el desembolso de los fondos.  En síntesis, y respecto a dicha plataforma, se preparó un módulo en Colecturía Virtual donde el reclamante ingresa la información de su cuenta bancaria para recibir el depósito del pago (nombre y apellidos del custodio de la cuenta, número de ruta y tránsito, número de cuenta). De igual modo, se discutió el tema de las reclamaciones rechazadas y su proceso de notificación, a tenor con el término brindado por el tribunal para ello.

En reunión de 8 de septiembre de 2021, se nos indicó que el Portal de Colecturía Virtual se encontraba en la etapa final de la configuración para los reclamantes. Una vez se corrieron las pruebas necesarias, se procedió a certificar el mismo. El portal se accede a través del siguiente enlace:

https://colecturiavirtual.hacienda.pr.gov/portal/

Paralelo a la plataforma de pago, estuvimos trabajando con las reclamaciones a considerarse como rechazadas.  Luego de varias discusiones, el 19 de octubre de 2021, sostuvimos una reunión final para culminar la discusión sobre el envío de las notificaciones para las reclamaciones que serían rechazadas.

Es menester aclarar que las razones para que no proceda una reclamación, por lo cual procede el rechazo de la misma, son las siguientes:

1. De la información entregada por Asociación de Suscripción Conjunta al Departamento de Hacienda, no existe registro de la información contenida en la solicitud del reclamante.

2. Según los archivos del Departamento de Hacienda, se emitió cheque de pago previo a la radicación de la demanda de clase, para la tablilla y año reclamado.

3. Año reclamado duplicado, según listado provisto por la Asociación de Suscripción Conjunta.

De igual modo, existe otro grupo de reclamantes para quienes el sistema puede rechazar la reclamación hasta que provea toda la información relevante, tal como:

1. Nombre completo

2. Número de seguro social completo

3. Número de tablilla

4. Número de serie "vin number"

5. Nombre compañía aseguradora

6. Número de póliza

7. Año a solicitar el reembolso

Para el proceso de notificación de esas reclamaciones denegadas, de la base de datos de nuestro sistema que procesa las reclamaciones relacionadas a la demanda, se realizó una extracción de todas las reclamaciones denegadas con un correo electrónico válido, provisto por el reclamante.  Las reclamaciones con dirección electrónica válida extraídas, totalizaron 3,597 reclamaciones, de un total de 4,456 reclamaciones denegadas.

Las 859 reclamaciones que no contaban con una dirección electrónica válida fueron referidas al Área de Seguros Públicos del Departamento de Hacienda, para que se imprimiera la notificación de denegación, desde la aplicación, y que las mismas fueran enviadas por correo postal.

Para aquellas reclamaciones aprobadas y validadas, es menester que los reclamantes accedan a nuestra plataforma para ingresar su información bancaria para la realización de la transferencia de los fondos.  Esto es, mediante el uso del módulo en Colecturía Virtual indicado previamente.

El 27 de octubre de 2021, se publicó un anuncio en El Nuevo Día sobre el proceso de cobro. El mismo incluye información sobre el enlace, así como qué información es pertinente para completar el proceso.  El anuncio publicado es el siguiente:



El 29 de octubre de 2021, se circuló arte de anuncio en nuestra página virtual, para darle publicidad al proceso, en la que se incluye instrucciones para el registro.  Al acceder a nuestra página principal en http://hacienda.gobierno.pr, se puede ver la publicación en el recuadro grande de anuncios en movimiento.  Puede ver un ejemplo de la publicación a continuación:



El 5 de noviembre de 2021, como parte de la campaña de publicidad para llevar la información sobre la plataforma, se realizaron publicaciones en distintas plataformas digitales, incluyendo Facebook y Twitter. Para efectos demostrativos, incluimos el mensaje en la cuenta de Twitter del Departamento sobre el proceso de reembolso:



Debemos aclarar que, a pesar de que el módulo para la entrada de datos está completado y en funcionamiento, el módulo de pagos, uno interno operacional, se encuentra en la etapa de verificación y de pruebas.  De igual modo, las interfaces con el Banco Popular de Puerto Rico, la Administración de Sustento de Menores y el Sistema Unificado de Rentas Internas se encuentran en la etapa de pruebas.

Estamos trabajando arduamente para completar estos procesos, de modo que podamos realizar el pago de los fondos con agilidad.  Ahora bien, aclaramos que, a pesar del despliegue en los medios de los accesos para que los reclamantes indiquen su información bancaria, a 20 de enero de 2022 sólo habíamos recibido la información de 271 reclamantes, para un total a pagar de $70,166.25 relativos a 682 reclamaciones.

Por lo tanto, una vez culminemos con el módulo de pago, adviértase que sólo estaremos en posición de emitir los desembolsos a los reclamantes que cumplieron con el proceso. Continuaremos desplegando la información, con el objetivo de que los reclamantes puedan completar el módulo de información que nos permita realizar eventualmente el correspondiente desembolso."

Cordialmente,

**Lcda. Rahyxa Y. Miranda Grajales**
Directora de Asuntos Legales
División de Asuntos Civiles y Daños y Perjuicios
Secretaría Auxiliar de lo Civil
Departamento de Justicia
Tel. 787-721-2900, Ext. 1425
E-mail. rmiranda@justicia.pr.gov

Calle Teniente César González #677

Esq. Ave. Jesús T. Piñeiro
San Juan, PR  00919

PO Box 9020192
San Juan, PR  00902-0192



NOTA DE CONFIDENCIALIDAD: Lo anterior constituye información confidencial y privilegiada entre el remitente y el destinatario. Cualquier uso de esta por persona que no sea el destinatario está prohibido. Si usted recibió este mensaje por error, proceda a borrar el mismo con todas las copias que posea y a notificar al remitente.
CONFIDENTIALITY NOTE: The above is confidential and privileged information between sender and recipient. Any use of it by anyone other than the intended recipient is prohibited. If you received this message in error, proceed to delete the same with all possessing copies and notify the sender.

**From:** Mario M. Oronoz <mmo@oronozlaw.com>
**Sent:** Saturday, March 5, 2022 10:00 AM
**To:** Rahyxa Miranda Grajales <rmiranda@justicia.pr.gov>; Antonio J. Amadeo Murga <ajamadeo@gmail.com>
**Subject:** GARCIA RUBIERA V MASJ

Saludos compañera:

Hace varias semanas le solicite me informara cuando el Departamento de Hacienda comenzaría los pagos en devolución de las primas pagada duplicadas. Le refirió la solicitud al Departamento, pero no hemos recibido ninguna información. Agradeceré nos provea la información solicitada.

Atentamente,

Mario M Oronoz

**Rahyxa Miranda Grajales**

| | |
|---|---|
| **From:** | Rahyxa Miranda Grajales |
| **Sent:** | Monday, March 7, 2022 9:49 AM |
| **To:** | Mario M. Oronoz; Antonio J. Amadeo Murga |
| **Subject:** | Garcia Rubiera-Proyecto Plataforma SRO - Demanda Clase - Solicitud del Tribunal de Justicia - Data de Reclamaciones Denegadas. |

**Saludos, el equipo técnico del Departamento de Hacienda informó el conteo y desglose detallado de las solicitudes denegadas. A continuación, un panorama general de dichas solicitudes. No obstante, estoy a la espera de un reporte detallado de cada solicitud.**

"Confirmamos, actividad en el proceso de evaluación de reclamaciones. Al parecer unos 410 casos de los que habían sido denegados fueron actualizados en el sistema, y ahora los mismos aparecen como aprobados para pago. De los **4,556** que se certificaron al momento de emitir las notificaciones estos **410** se aprobaron para pago por lo que el sistema presenta solo unas **4,146** reclamaciones denegadas.

De los **4,156** casos que actualmente están denegados en sistema **3,607** casos fueron denegados porque ASC no envió rembolso para esos casos. Aunque estos individuos emitieron una reclamación, según ASC ellos no tenían una duplicidad en la prima del seguro. Los restantes **539** casos, fueron denegados porque en sistema se encontró ya una solicitud para el mismo vehículo y el mismo año. Dicho más sencillo tenían reclamaciones duplicadas.

A continuación, proveemos una tabla con los detalles porcentuales."

| Razón de Denegación | Casos | Porciento del Total |
|---|---|---|
| Prima No Duplicada (Según ASC) | 3,607 | 87% |
| Reclamación Duplicada en Sistema | 539 | 13% |
| Total Reclamaciones Denegadas | 4,146 | 100% |

**Cualquier duda o comentario quedo a la orden.**

**Cordialmente,**

**Lcda. Rahyxa Y. Miranda Grajales**
Directora de Asuntos Legales
División de Asuntos Civiles y Daños y Perjuicios
Secretaría Auxiliar de lo Civil
Departamento de Justicia
Tel. 787-721-2900, Ext. 1425
E-mail. rmiranda@justicia.pr.gov

Calle Teniente César González #677
Esq. Ave. Jesús T. Piñeiro
San Juan, PR 00919

PO Box 9020192
San Juan, PR 00902-0192



NOTA DE CONFIDENCIALIDAD: Lo anterior constituye información confidencial y privilegiada entre el remitente y el destinatario. Cualquier uso de esta por persona que no sea el destinatario está prohibido. Si usted recibió este mensaje por error, proceda a borrar el mismo con todas las copias que posea y a notificar al remitente.

CONFIDENTIALITY NOTE: The above is confidential and privileged information between sender and recipient. Any use of it by anyone other than the intended recipient is prohibited. If you received this message in error, proceed to delete the same with all possessing copies and notify the sender.

**CERTIFIED TRANSLATION:**

## GOVERNMENT OF PUERTO RICO
### Department of Justice

Hon. Pedro Pierluisi Urrutia
Governor

Hon. Domingo Emanuelli Hernández
Secretary of Justice

March 29, 2022

**Antonio Amadeo Murga, Esq.**
**aiamadeo@gmail.com**
1225 Ponce de Leon
VIG Tower, Ste. 904
San Juan, PR 00907-3915

**Mario Oronoz Rodríguez, Esq.**
**mmo@oronozlaw.com**
Urb. Torrimar
K4 Calle
Bambú
Guaynabo, PR 00966;

Re:   **Gladys García Rubiera v. Joint Underwriting Association, et al.**
      **Civil No. KDP2001-1441- Reimbursement Claims Report**

Dear brother counsel:

Greetings. On March 15, 2022, we received an e-mail communication regarding, in brief summary, the non-acceptance of the electronic payment method adopted by the Department of the Treasury to comply with the Stipulation reached in the referenced case and executed on March 29, 2016 by both parties (hereinafter, the "Stipulation"). Said communication responds to two e-mails sent by the Commonwealth/Treasury detailing the actions that have been carried out for processing the payments to the claimants.

According to your interpretation of the Stipulation, which we reject, the Treasury Department is in default under the Stipulation because it allegedly requires "a new application for reimbursement and nullifies for payment purposes the 83,536 applications submitted". You further allege that the Commonwealth "intends to amend 'motu proprio' the Stipulation and therefore the Judgment". Lastly, in your letter, you request that we provide the following information: name of all claimants

P.O. Box 9020192, San Juan, Puerto Rico 00902-0192; Calle Teniente Cesar Gonzalez 677 esq. Ave. Jesus T. Pinero, San Juan, PR 00919

787.201.8900      www.justicia.pr.gov

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

whose claims were approved, name of claimants whose claims were rejected, proof of notice to claimants, and list of all claims paid.

At the outset, we reject any allegation of non-compliance or "motu proprio" amendment to the Stipulation entered into by the parties, for which the Commonwealth reserves all its rights. To those effects, we reiterate that personnel of the Treasury Department are in compliance with the guidelines of the referenced case with respect to the processing of applications for reimbursement, not only according to those stipulated in 2016, but in compliance with the ruling in the case *In re: Commonwealth of Puerto Rico,* case no. 17BK3283LTS *"ORDER APPROVING ASSUMPTION OF SETTLEMENT AGREEMENTS WITH GARCÍA RUB/ERA CLASS PLAINTIFFS",* "MEMORANDUM OPINION REGARDING MOTION OF THE COMMONWEAL TH OF PUERTO RICO PURSUANT TO BANKRUPTCY CODESECTION 365 FOR ENTRY OF AN ORDER APPROVING ASSUMPTION OF SETTLEMENT AGREEMENTS WITH GARCIA RUBIERA CLASS PLAINTIFF", "STIPULATION RESOLVING MOTION REQUESTING RELIEF OF STAY UNDER 362(D)(l) OF THE BANKRUPTCY CODE [ECFNO. 2434]", Docs. 1 7185-17186-14855-1, Case No. 17-03283.   However, in order that there may be no doubt as to the information provided, we will now proceed to clarify the allegations made in your letter of March 15, 2022. From an analysis of the aforementioned documents and in reference to the method and other matters related to the payments to the claimants, refer to Section D of the Stipulation, "Order", "Memorandum" and "Stipulation", we clarify the following:

- There is no stipulated method of payment (check or electronic).
- The Commonwealth-Treasury shall notify ("send notice") the vehicle owners or claimants if the claim was rejected and the reasons for the rejection within 120 days from June 29, 2021. Failure to notify within that time will be deemed valid. See, "Order" on page 6, section 3.
- The Commonwealth-Treasury must make payments to those claimants, as appropriate, after evaluating the claim for reimbursement.

In other words, that the efforts made by the Department of the Treasury to process payments to claimants electronically is not only compatible with the Stipulation, since the method of payment was not the subject of the agreement, but also responds to a sound administration of public funds in the use of technological tools that expedite and ensure the referred disbursements. Specifically, the Stipulation refers to the information necessary to file the claims. Nevertheless, with respect to payments, once the merits of the claim have been evaluated, it only states that "shall not contain any computation of  interest". See, section D (v) of the Stipulation. Therefore, the information we provide regarding the electronic payment method and the different publications that the Treasury Department has published in different media to disclose said method in no way alters or amends the Stipulation. Thus, the Treasury Department requires

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

Page -3-

claimants to provide information for processing the payment, not for processing the claim.

Such information will be entered into a virtual platform that claimants would access to enter their financial data to allow disbursement of the funds. This is an electronic payment process in compliance with the public policy of the Government of Puerto Rico and its Department of the Treasury to encourage the use of technology for the disbursement of public funds and to establish electronic transfer as a method of payment (See Attachment CC1300-01-21).

Lastly, with respect to the information requested and which we understand is necessary to ensure compliance with subsection F-Attorney Fees, we are in the process of compiling it and it will be sent to you on or before April 30, 2022. However, it should be noted that, through our electronic communications of March 7, 2022, we provided final information on the number of claims received and rejected, along with the status of the payment process in compliance with subsection F(iii) of the Stipulation. See, as Attachment 2 to this letter, such electronic communication. In addition, may we remind you that in August, 2021, the Commonwealth/Treasury deposited a check in the amount of Nine Hundred Thousand Dollars ($900,000) in payment of fees and in full compliance with subsection F(ii) of the Stipulation.

Cordially yours,

[Signed]
Rahyxa Y. Miranda Grajales
Office of Civil Affairs
Department of Justice
Tel: (787) 721-2900 Exts. 1445/1450
E-mail: rmiranda@justicia.pr.gov

Cc: José Chaves
Director
Legal Division, Dep. of the Treasury

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

<u>**CERTIFIED TRANSLATION**</u>:

**Government of Puerto Rico
DEPARTMENT OF THE TREASURY
Government Central Accounting Area**

**Circular Letter
No. 1300-01-21**

**Fiscal Year 2020-2021
July 7, 2020**

**To Government Secretaries and Department Directors of the Government of Puerto Rico**

**Subject:  Electronic Payment to Suppliers of the Government of Puerto Rico, public and private entities, and - others**

Dear all:

Article 19 of Act No. 103 of May 25, 2006, as amended, known as the "Commonwealth of Puerto Rico Government Fiscal Reform Act of 2006", provides that it shall be the public policy of the Government of Puerto Rico to create incentives for the development of technology by promoting that every disbursement of public funds is conducted through electronic means.

In compliance with the provisions of this Act, the Department of the Treasury issued CC 1300-02-20, Registration of Government Suppliers in the Electronic Payment Portal of the Government of Puerto Rico, to remind agencies that all public or private entities and all suppliers of the agencies of the Government of Puerto Rico must register with the Government's electronic system in order to receive disbursements through electronic funds transfer (EFT). The process for suppliers to refuse electronic payments is regulated in CC 1300-02-14, Refused Electronic Transfers.

This Circular Letter is issued to inform you that the Department of the Treasury (Department) has established as public policy that the primary method of payment is electronic funds transfer (EFT) and payment by check will only be authorized as an exception, as provided in this Circular Letter and/or with the prior authorization of the Assistant Secretary of the Treasury Area.

I, Gladys Rodríguez-F2ornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CC 1300-01-21
July, 7 2020
Page 2

Every agency or entity whose funds are under the custody of the Secretary of the Treasury and whose payments are made through the Department will have to ensure that its suppliers, employees, and other public and private entities or individuals to whom they issue payments are registered in the online Suppliers Electronic Payment Registry so that the Department may issue such payments through EFT.

The agency or entity shall direct its suppliers to register in the electronic payment registry of the Department's central system by accessing the following address: **https://arra.hacienda.pr.gov/suplidoresweb/** and provide the following instructions:

Instructions to fill out the application

- Be sure to have an active email address before getting started.

- Must be active in the Supplier Registry of the Puerto Rico Integrated Financial Accounting System (PRIFAS). Have your Supplier ID on hand, the system will verify that this number and your name match the one registered in the financial system. You can verify your current ID by reviewing a check stub issued by the Department from this system for payment of goods or services provided by you to government entities through our financial system.

- Have a canceled check on hand to be digitalized, which also identifies your account number, as well as routing and transit number of the financial institution.

- In the case of having only a savings account, have a certification from the bank with the name, account number, routing and transit. This must be digitalized to accompany it as evidence in the electronic application.

- As part of the process, the application will complete Form SC 733, Authorization and Agreement for Supplier Electronic Payment, which the applicant must sign and scan to include with their application, together with the canceled check. Access to a printer and scanner will be required. If this equipment is not available, then the agency to which services are provided may be able to assist with this task.

All Central Government agencies that have financial systems separate from the Department's central system shall be responsible for providing instructions to their suppliers, employees, and other public and private entities or individuals to whom they make payments regarding the procedures to be followed in order to be paid through electronic transfer.

I, Gladys Rodríguez-F2ornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CC 1300-01-21
July, 7 2020
Page 3

Within the payment cycle, exceptions to EFT payments are the following:

1. payments that must be deposited in a federal or state court, pursuant to an order issued by such court;

2. payments to the US Postal Service*;*

3. payments in favor of the Secretary of the Treasury for the acquisition of the Internal Revenue Voucher that covers the special additional charge of $2 for the benefit of the Trauma Center of the Medical Center when renewing the vehicle registration sticker;

4. payments of scholarships to students;

5. employer obligations under the Special Allocation for Administrative Expenses during the Electoral Year and the Special Fund for Financing Electoral Campaigns;

   - Professional Services Withholding
   - Income Tax Withholding
   - Social Security and Medicare
   - State Unemployment (SUTA)
   - Temporary Non Occupational Disability Insurance (SINOT)
   - Federal Unemployment (FUTA)
   - State Insurance Fund

6. payments issued to the Internal Revenue Service for supplier debts;

7. payments for assignments of receivables to banking institutions.

Any other exception requested to issue payments by check must be authorized by the Assistant Secretary of the Treasury. The government agency or entity shall request the issuance of the check by means of written communication via the following e-mail: **pagoselectronicos@hacienda.pr.gov**. In said communication, it shall be specified the payment requested to be issued by check, the name of the entity or person in favor of whom the payment is to be made, the amount, and the concept of the payment. In addition, the reason or reasons justifying the issuance of the payment by check must be clearly explained. Agencies shall not approve vouchers with a check payment method if the Assistant Secretary of the Treasury has not authorized it.

I, Gladys Rodríguez-F2ornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CC 1300-01-21
July, 7 2020
Page 4

Likewise, the Central Government agencies that have financial systems separate from the central system of the Department shall request the issuance of the check by means of written communication to the Treasury Area, as established above.

The provisions of this Circular Letter are adopted as part of the public policy to encourage the use of technology for the disbursement of public funds and establish electronic funds transfer (EFT) as the main payment method in its operations. The Department's interest is to continue improving the disbursement processes so that payments may be made in a more efficient and streamlined manner for the benefit of all.

All agencies shall strictly comply with the requirements set forth in this Circular Letter.

Any questions regarding this Circular Letter should be sent to the following e-mail address: **SuplidoresPaginaWeb@hacienda.pr.gov**.

The text of this Circular Letter is available on our website at the following address: http://www.hacienda.pr.gov/sobre-hacienda/publicaciones/contabilidad-central/cartas-circulares-de-contabilidad-central.

It shall be the responsibility of the agencies to communicate the provisions of this Circular Letter to the finance, accounting, and other payment-related personnel.

Cordially,

[Signed]
Francisco Parés Alicea
Secretary

I, Gladys Rodríguez-F2ornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

**CERTIFIED TRANSLATION:**

**Rahyxa Miranda Grajales**

| | |
|---|---|
| **From:** | Rahyxa Miranda Grajales |
| **Sent:** | Monday, March 7, 2022 9:30 AM |
| **To:** | Mario M. Oronoz; Antonio J. Amadeo Murga |
| **Subject:** | RE: GARCIA RUBIERA V MASJ |

**Dear brother counsel:**

**The following is the information received from the Department of the Treasury regarding the payments in the referenced case. I am waiting to be informed of the completion of the payment module by the technical staff of the Department of the Treasury. In another e-mail, I will provide you with information on the 4,456 rejected claims. If you have any questions or comments, please do not hesitate to contact me.**

"Greetings, upon request for an update on the payments made to claimants in the case of reimbursement of double premiums, we must clarify that, as a result of the lift of the stay created by the Title III process according to the provisions of the PROMESA Act, the Department of the Treasury has worked hard to implement the necessary software in our systems to allow for the efficient disbursement of the funds, while safeguarding the responsibility required of us as the custodian of the funds.

After a series of meetings to prepare for the disbursement of funds, the test environment was presented on August 18, 2021. That is, the initial stage of the virtual platform that claimants will access to enter their financial data to enable the disbursement of funds. In short, a module was prepared in the Colecturía Virtual site where the claimant enters his/her bank account information to receive the payment deposit (name and surname of the account custodian, routing and transit number, account number). Likewise, the issue of rejected claims and their notification process was discussed, under the term provided by the court for this purpose.

In a meeting held on September 8, 2021, we were informed that the Colecturía Virtual site was in the final stage of configuration for the claimants. Once the necessary testing was completed, we proceeded to certify it. The site can be accessed using the following link:

https://colecturiavirtual.hacienda.pr.gov/portal/

Concurrently with the payment platform, we were working with the claims to be considered as rejected. After several discussions, on October 19, 2021, we held a final meeting to conclude the discussion on sending notifications for claims to be rejected.

It should be clarified that the reasons for a claim not to proceed, and therefore its rejection, are the following:

1. Of the information provided by the Joint Underwriting Association to the Department of the Treasury, there is no record of the information contained in the claimant's request.

2. According to the records of the Department of the Treasury, a payment check was issued before the class action lawsuit was filed, for the license plate and the year claimed.

3. Duplicate year claimed, according to the list provided by the Joint Underwriting Association.

Similarly, there is another group of claimants for whom the system may reject the claim until all relevant information is provided, such as:

1. Full name

2. Complete Social Security Number

3. License Plate Number

4. Vin Number

5. Name of Insurance Company

6. Insurance Policy Number

7. Year of reimbursement requested

I, Gladys Rodríguez-F2ornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

For the notification process of the denied claims, an extract of all denied claims with a valid e-mail address provided by the claimant was performed from the database of our claims processing system. Claims with a valid e-mail address extracted totaled 3,597 claims out of a total of 4,456 denied claims.

The 859 claims that did not have a valid e-mail address were referred to the Public Insurance Area of the Department of the Treasury so that the notice of denial could be printed from the application and sent by mail.

For those claims approved and validated, the claimants must access our platform to enter their bank information for the transfer of funds. This is through the Colecturía Virtual module previously indicated.

On October 27, 2021, a notice was published in El Nuevo Día regarding the collection process. It includes information about the link, as well as what information is pertinent to completing the process. The published notice is the following:



On October 29, 2021, part of this notice was posted on our virtual page, to advertise the process, which includes instructions for registration. By accessing our home page at http://hacienda.gobierno.pr, you can see the publication in the large moving ad box. You can see an example of the publication below:

I, Gladys Rodríguez-F2ornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS



On November 5, 2021, as part of the public outreach campaign to spread the word about the platform, posts were made on various digital platforms, including Facebook and Twitter. For demonstration purposes, we include the message on the Department's Twitter account regarding the reimbursement process:

I, Gladys Rodríguez-F2ornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS



**Dpto. de Hacienda**
@DptoHacienda

Aviso Importante: Notificación a la
Clase sobre Reembolso de Pago
Doble de Prima del **Seguro**
Compulsorio: Periodo 1998-2010





2:05 PM · 11/5/21 · Twitter Web App

12 Retweets 44 Likes

Tweet your reply

It should be clarified that, although the data entry module is completed and operational, the payment module, which is an internal operational module, is in the verification and testing stage. Likewise, the interfaces with Banco Popular de Puerto Rico, the Child Support Administration, and the Unified Internal Revenue System (SURI) are in the testing stage.

We are working hard to complete these processes so that we can promptly make the payment of the funds. However, we would like to clarify that, despite the media coverage of the access points for claimants to provide their banking information, as of January 20, 2022, we had only received information from 271 claimants, for a total payment of $70,166.25 for 682 claims.

Therefore, once we complete the payment module, please note that we will only be in a position to issue disbursements to claimants who have complied with the process. We will continue to display the information so that claimants can complete the information module that will allow us to eventually make the corresponding disbursement."

**Cordially,**

**Rahyxa Y. Miranda Grajales, Esq.**
Director of Legal Affairs
Civil and Damages Division
Office of Civil Affairs
Department of Justice
Tel. 787-721-2900, Ext. 1425
E-mail. rmiranda@justicia.pr.gov

Calle Teniente Cesar Gonzalez #677

I, Gladys Rodríguez-F2ornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

Esq. Ave. Jesus T. Piñero
San Juan, PR  00919

PO Box 9020192
San Juan, PR  00902-0192



NOTA DE CONFIDENCIALIDAD: Lo anterior constituye infonnación confidencial y privilegiada entre el remitente y el destinatario. Cualquier uso de esta por persona que no sea el destinatario está prohibido. Si usted recibió este mensaje por error, proceda a borrar el mismo con todas las copias que posea y a notificar al remitente.
CONFIDENTIALITY NOTE: The above is confidential and privileged information between sender and recipient. Any use of it by anyone other than the intended recipient is prohibited. If you received this message in error, proceed to delete the same with all possessing copies and notify the sender.

**From:** Mario M. Oronoz <mmo@oronozlaw.com>
**Sent:** Saturday, March 5, 2022 10:00 AM
**To:** Rahyxa Miranda Grajales <rmiranda@justicia.pr.gov>; Antonio J. Amadeo Murga <ajamadeo@gmail.com>
**Subject:** GARCIA RUBIERA V MASJ

Hello sister counsel:

Several weeks ago I requested you to inform me when the Department of the Treasury would begin refunding the duplicate premiums paid. You referred the request to the Department, but we have not received any information. I would appreciate it if you could provide us with the requested information.

Cordially,

Mario M. Oronoz

I, Gladys Rodríguez-F2ornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

### Rahyxa Miranda Grajales

| | |
|---|---|
| **From:** | Rahyxa Miranda Grajales |
| **Sent** | Monday, March 7, 2022 9:49 AM |
| **To:** | Mario M. Oronoz; Antonio J. Amadeo Murga |
| **Subject:** | García Rubiera-Proyecto Plataforma SRO – Class Action Suit - Solicitud del Tribunal de Justicia - Data de Reclamaciones Denegadas. |

**Greetings, the technical team of the Treasury Department reported the tally and detailed breakdown of applications denied. Below is an overview of these applications. However, I am awaiting a detailed report on each application.**

"We confirm the activity in the claims evaluation process. It seems that 410 of the cases that had been denied were updated in the system, and now appear as approved for payment. Of the **4,556** that were certified at the time the notices were issued, these **410** were approved for payment, so the system now shows only **4,146** denied claims.

Of the **4,156** cases currently denied in the system, **3,607** cases were denied because ASC did not send reimbursement for those cases. Although these individuals issued a claim, according to ASC they did not have a duplicate insurance premium. The remaining **539** cases were denied because the system already found a claim for the same vehicle and the same year. Simply put, they had duplicate claims.

The following is a table with the percentage details."

| Reason for the Denial | Cases | Percentage of Total |
|---|---|---|
| Unduplicated Premium | 3,607 | 87% |
| Duplicate Claim in System | 539 | 13% |
| Total Claims Denied | 4,146 | 100% |

**If you have any questions or comments, feel free to contact me.**

**Cordially,**

**Rahyxa Y. Miranda Grajales, Esq.**
Director of Legal Affairs
Civil and Damages Division
Office of Civil Affairs
Department of Justice
Tel. 787-721-2900, Ext. 1425
E-mail. rmiranda@justicia.pr.gov

Calle Teniente César González #677
Esq. Ave. Jesus T. Piñero San
Juan, PR  00919

PO Box 9020192
San Juan, PR  00902-0192



NOTA DE CONFIDENCIALIDAD: Lo anterior constituye infonnaci6n confidencial y privilegiada en1re el remitente y el destinatario. Cualquier uso de esta por persona que no sea el destinatario está prohibido. Si usted recibi6 este mensaje por error, proceda a borrar el mismo con todas las copias que posea ya notificar al remitente.

I, Gladys Rodríguez-F2ornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CONFIDENTIALITY NOTE: The above is confidential and privileged information between sender and recipient. Any use of it by anyone other than the intended recipient is prohibited. If you received this message in error, proceed to delete the same with all possessing copies and notify the sender.

I, Gladys Rodríguez-F2ornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS