| Modelo SC 4250<br>Rev. 26 ago 16  | Estado Libre Asociado de Puerto Rico<br>**DEPARTAMENTO DE HACIENDA**<br>Área de Seguros Públicos<br><br>**SOLICITUD DE REEMBOLSO DE PRIMA DUPLICADA DEL SEGURO COMPULSORIO** |
|---|---|

## INFORMACIÓN DEL SOLICITANTE

| Nombre | Inicial | Apellido Paterno | Apellido Materno* | Número de Seguro Social* |
|---|---|---|---|---|
| | | | | |

| Dirección Postal* | Correo Electrónico | Teléfono |
|---|---|---|
| | | |

## DECLARACIÓN DEL SOLICITANTE

EL SUSCRIBIENTE ES EL DUEÑO DEL (DE LOS) VEHÍCULO(S) DESCRITO(S) A CONTINUACIÓN Y BAJO PENA DE PERJURIO, ARTÍCULO 274 DEL CÓDIGO PENAL DE PUERTO RICO, Y LOS ARTÍCULOS 27.190 Y 27.220 DEL CÓDIGO DE SEGUROS DE PUERTO RICO, DECLARA QUE:

a) Es o era el dueño del (de los) vehículo(s) descrito(s) a continuación, pagó una póliza de seguro privada y la póliza de seguro compulsorio al Departamento de Hacienda por dicho(s) vehículo(s).

b) El suscribiente no ha sido reembolsado, ni ha recibido crédito de la póliza de seguro compulsorio aplicable al (a los) vehículo(s) aquí descrito(s).

c) El suscribiente aparece en las listas de dueños de vehículos con derecho a reembolso enviados por la Asociación de Suscripción Conjunta del Seguro de Responsabilidad Obligatorio al Departamento de Hacienda correspondientes a los años 1998 al 2010.

d) El suscribiente solicita el reembolso del pago del seguro compulsorio.

## INFORMACIÓN CORRESPONDIENTE AL (A LOS) VEHÍCULO(S) POR EL (LOS) CUAL(ES) SE SOLICITA REEMBOLSO
(Puede utilizar páginas adicionales si es necesario)

| Número de Tablilla | Número de Identificación del Vehículo (VIN)* | Compañía Aseguradora* | Número de Póliza* | Año Reclamado* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARACIÓN Y FIRMA

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta solicitud, y que la misma es cierta, correcta y completa.

| Firma del Solicitante | Fecha de Solicitud |
|---|---|
| | |

* Información Requerida

Período de Conservación: Seis (6) años o una intervención del Contralor, lo que ocurra primero.

**Model S C 4250**
Rev. 26 Aug 16



Commonwealth of Puerto Rico
**DEPARTMENT OF THE TREASURY**
Public Insurance Area

**REQUEST FOR REIMBURSEMENT OF DUPLICATE COMPULSORY INSURANCE PREMIUMS**

| APPLICANT'S INFORMATION |||||
|---|---|---|---|---|
| Name | Initial | Last Name | Second Last Name* | Social Security Number * |
| Mailing Address* ||| E-mail | Telephone Number |

**APPLICANT'S STATEMENT**

**THE UNDERSIGNED IS THE OWNER OF THE VEHICLE(S) DESCRIBED BELOW AND UNDER PENALTY OF PERJURY, ARTICLE 274 OF THE PENAL CODE OF PUERTO RICO, AND ARTICLES 27.190 AND 27.220 OF THE INSURANCE CODE OF PUERTO RICO, DECLARES THAT:**

a) Is or was the owner of the vehicle(s) described below, paid a private insurance policy and the compulsory insurance policy to the Department of Revenue for said vehicle(s).

b) The undersigned has not been reimbursed, nor has received credit from the compulsory insurance policy applicable to the vehicle(s) described herein.

c) The undersigned appears on the lists of vehicle owners entitled for reimbursement sent by the Joint Underwriting Association for Compulsory Liability Insurance to the Department of the Treasury for the years 1998 to 2010.

d) The undersigned requests reimbursement for the payment of the compulsory insurance.

**INFORMATION RELATING TO THE VEHICLE(S) FOR WHICH REIMBURSEMENT(S) IS REQUESTED**
*(Use additional pages if necessary)*

| License Plate Number | Vehicle Identification Number (VIN)* | Insurance Company | Policy Number | Year Claimed* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**STATEMENT AND SIGNATURE**

I declare under penalty of perjury that I have examined the information contained in this request, and that the same is true, correct and complete.

| Applicant's Signature | Date of Request |
|---|---|
| | |

• Information Required

Conservation Period: Six (6) years or intervention by the Comptroller, whichever occurs first.

---

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS