# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283 (LTS) |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et. als.* | |
| Debtors | |
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17 BK 4780 (LTS) |
| As representative of | (Jointly Administered) |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

COMES NOW, Luis P. Costas Elena ("Claimant") through his undersigned counsel, and respectfully states and requests:

1. Claimant is a creditor in Case No. 17 BK 4780 (LTS).

2. On February 19, 2018, Claimant filed Prime Clerk Claim Number 505 as an

unsecured claim for $36,475.00.

3. Claimant has retained the undersigned law firm to join Daniel Román, Esq. in his representation in Case No. 17 BK 4780 (LTS).

4. Consequently, it is requested that all notices required to be issued in said case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and copy of all documents which may be filed, be served on Claimant through the undersigned law firm.

**WHEREFORE**, it is respectfully requested that all notices required to be issued in this case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and copy of all documents which may be filed, be served on Claimant through the undersigned law firm.

San Juan, Puerto Rico, this 21ˢᵗ day of July 2022

**s/CHARLES A. CUPRILL-HERNÁNDEZ**
**USDC-PR 114312**
Charles A. Cuprill, P.S.C. Law Offices
356 Fortaleza Street, Second Floor
San Juan, PR 00901
Tel.: 787-977-0515
Fax: 787-977-0518
E-mail: ccuprill@cuprill.com