IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO**, as representative of<br><br>**COMMONWEALTH OF PUERTO RICO.**[1]<br><br>**Debtor** | CASE NO.: 17-03283 (LTS)<br><br>TITLE III; PUERTO RICO OVERSIGHT, MANGEMENT AND ECONOMIC STABILITY ACT (PROMESA) |

**MOTION TO INFORM APPEARANCE OF CANTOR-KATZ COLLATERAL MONITOR LLC AT HEARING ON CONFIRMATION OF HTA PLAN OF ADJUSTMENT AND AUGUST 17-18, 2022, OMNIBUS HEARING**

**TO THE HONORABLE COURT:**

**COME NOW** Cantor-Katz Collateral Monitor LLC, a Delaware limited liability company which serves as the collateral monitor for Wilmington Trust, N.A. in connection with the new bonds issued by the GDB Debt Recovery Authority (the "DRA") pursuant to the *Government Development Bank for Puerto Rico Debt Restructuring Act*, Act No. 109-2017, as amended by Act No. 147-2018 and the approved Qualifying Modification for the Government Development Bank for Puerto Rico[2] under Title VI of the *Puerto Rico Oversight, Management and Economic Stability Act* (the "Collateral Monitor"), by and through the undersigned legal counsel, hereby submits this

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) and (vi) Puerto Rico Building Authority ("PBA") Bankruptcy Case No.: 19-BK-5523 (LTS) (Last Four Digits of Federal Tax ID: 3801).

[2] *See* Dkt. No. 270 of Civil Case No. 18-01561 (LTS).

motion to inform (the "Informative Motion") pursuant to this Honorable Court's *Order Regarding Procedures For Hearing on Confirmation of HTA Plan of Adjustment and August 17-18, 2022, Omnibus Hearing* [Dkt. No. 21494] (the "Procedures Order"),[3] and respectfully states as follows:

1. Two or fewer of Douglas S. Mintz, Peter J. Amend and/or Kelly V. Knight of Schulte Roth & Zabel LLP will appear on behalf of the Collateral Monitor at the Hearings via CourtSolutions. As required by the Procedures Order, a Party Appearance Sheet is annexed hereto as Exhibit A.

2. Furthermore, the Collateral Monitor reserves the right to be heard and present oral argument to address any matter identified in the agenda to be filed by the Oversight Board in connection with the Hearings, or raised by any party at the Hearings related to the Title III cases or any adversary proceeding which may affect the interests of the DRA. The Collateral Monitor reserves the right to amend this Informative Motion as needed.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 22nd day of July, 2022.

*[Remainder of page intentionally left blank]*

---

[3] Capitalized terms used herein and otherwise not defined shall have the meaning ascribed to such term in the Procedures Order.

**WE HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties appearing in said system including the US Trustee and to all those parties registered to receive notice within the electronic notification service.

**C. CONDE & ASSOC. LAW OFFICES**

By: */s/ Carmen D. Conde Torres*
Carmen D. Conde Torres
(USDC No. 207312)

By: *Luisa S. Valle Castro*
Luisa S. Valle Castro
USDC No.: 215611

254 San José Street
Suite 5
San Juan, PR 00901-1523
Tel. 787-729-2900
Fax. 787-729-2203
E-Mail: condecarmen@condelaw.com

*-and-*

**SCHULTE ROTH & ZABEL LLP**

By: */s/ Douglas S. Mintz*
Douglas S. Mintz (admitted *pro hac vice*)
901 15th Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 729-7470
Facsimile: (202) 730-4520
E-mail: douglas.mintz@srz.com

and

Douglas Koff (admitted *pro hac vice*)
Taleah E. Jennings (admitted *pro hac vice*)
Abbey Walsh (admitted *pro hac vice*)
Peter Amend (admitted *pro hac vice*)
Kelly V. Knight (*pro hac vice* pending)
919 Third Avenue

                    New York, N.Y. 10022
                    Telephone: (212) 756-2000
                    E-mail: douglas.koff@srz.com
                              taleah.jennings@srz.com
                              abbey.walsh@srz.com
                              peter.amend@srz.com
                              kelly.knight@srz.com

***Attorneys for Cantor-Katz Collateral Monitor LLC, as Collateral Monitor for GDB Debt Recovery Authority***

# EXHIBIT A[1]

## PARTY APPEARANCE SHEET

| Name of Party | **Cantor-Katz Collateral Monitor LLC** | Is the party attending the Confirm. Hearing, Omnibus Hearing, **or** Both?<br>**Both** |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person – PR **or** CourtSolutions Speaking Line[2]<br>**CourtSolutions Speaking Line** |
| | Name | **Douglas S. Mintz** |
| | Law Firm | **Schulte Roth & Zabel LLP** |
| | Email | **douglas.mintz@srz.com** |
| | Phone Number | **(212) 756-2000** |
| | Docket Entry No. of Notice of Appearance | **6976** |
| ATTORNEY 2 | Appearance Method | In Person – PR **or** CourtSolutions Speaking Line<br>**CourtSolutions Speaking Line** |
| | Name | **Peter J. Amend** |
| | Law Firm | **Schulte Roth & Zabel LLP** |
| | Email | **peter.amend@srz.com** |
| | Phone Number | **(212) 756-2000** |
| | Docket Entry No. of Notice of Appearance | **6976** |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes.<br><br>Name<br>Observation Method<br>• CourtSolutions Listen Only<br>• In Person – PR<br>• In Person – NY<br>Law Firm<br>Email<br>Phone Number | **Kelly V. Knight**<br>**CourtSolutions Listen Only**<br>**kelly.knight@srz.com**<br>**Schulte Roth & Zabel LLP**<br>**(212) 756-2466**<br><br>**Paulina Piasecki**<br>**CourtSolutions Listen Only**<br>**paulina.piasecki@srz.com**<br>**Schulte Roth & Zabel LLP**<br>**(212) 756-2466** |
| Pursuant to the Hearing Procedures Order ¶ 1, in-person participation by counsel will be prioritized in the following manner: the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each | | |

---

[1] This Party Appearance Sheet must be attached to a party in interest's Informative Motion as **Exhibit A**.
[2] Pursuant to the Hearing Procedures Order ¶ 2, attorneys intending to participate by CourtSolutions must also separately register on the CourtSolutions website.

| |
|---|
| be permitted 4 attorneys present in Courtroom 3 in San Juan, and each other party-in-interest shall be permitted 2 attorneys present in Courtroom 3 in San Juan. |
| Space permitting, additional attorneys who wish to view but not participate in the Confirmation Hearing or August Omnibus Hearing may gain admittance to the live courtroom (Courtroom 3 in San Juan), or the live feed which will broadcasted in Courtroom 17C in New York on a first-come first-served basis. All attorneys who wish to observe in person must be listed on this appearance sheet. |

**EXHIBIT B**[1]

PARTY WITNESS COVER SHEET

N/A

| Name of Party | |
|---|---|
| Does the Party intend to offer a witness? | |
| Total Number of Witnesses | |

| Witness Name | Expert or Fact Witness | Is interpreter required? (Proponent of witness must provide certified interpreter)* | Scope of Testimony |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

*The Court does not provide interpreters for witness testimony.

---

[1] This Party Witness Cover Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit B**.

**EXHIBIT C**[1]

PARTY EXHIBIT COVER SHEET

**N/A**

| | |
|---|---|
| Name of Party | |
| Does the Party intend to offer evidence? | |
| Docket Entry No. for Party Exhibit List | |

| Exhibit Identifier[2] | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a).

---

[1] This Party Exhibit Cover Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit C**.

[2] Each Exhibit should be named in sequential party-identified numbering (e.g., "FOMB Ex. 1" or "UCC Ex. A").