UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

BUILDERS HOLDING CO. CORP.

Debtor

CASE NO. 16-06643 (EAG)

CHAPTER 11

## ORDER DIRECTING PAYMENT
## OF CONSTRUCTION FUNDS DIRECTLY TO SURETY

Upon the order entered on October 7, 2016 granting use of cash collateral by, and/or approving post-petition credit to, **BUILDERS HOLDING CO. CORP.**, the debtor and debtor-in-possession in the above-captioned Chapter 11 case (the "Debtor"), (also doing business as **CD BUILDERS, INC.** and **CDC MAINTENANCE GROUP, CORP.**)[22], IT IS HEREBY ORDERED that **PR HIGHWAY AUTHORITY** owner of *Project AC-300045 REEMPL PUENTE 1022 QUEBRADA MABU*, shall make all payments for work-in-progress, retainages or any other concept due and owing to the afore mentioned Debtor directly to **MAPFRE Praico Insurance Company** (the "Surety"). If by check, the same shall be made to the order of: **MAPFRE Praico Insurance Company PO BOX 70333, San Juan PR 00936-8333**; if by electronic means, the transfer shall be made pursuant to the following instructions:

| ABA | 2215714415 |
|---|---|
| BENEFICIARY BANK | ORIENTAL BANK |
| | 254 MUÑOZ RIVERA AVE |
| | SAN JUAN PR |
| BENEFICIARY CUSTOMER | MAPFRE PRAICO INSURANCE COMPANY |
| BENEFICIARY ACCOUNT | 1960334177 |

DATED: November 23, 2016

/s/ EDWARD A. GODOY
US BANKRUPTCY JUDGE

---

[22] On June 24, 2016, the Debtor, CD Builders, Inc. ("CD") and CDC Maintenance Group, Corp. ("CDC"), executed an Agreement of Consolidation. In this Agreement, CD and CDC consolidated and merged with the Debtor into a single corporate entity, Debtor became the surviving corporation, received all of the assets and assumed all of the liabilities of CD and CDC.