## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| | No. 17 BK 3283-LTS |
|    as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, et al., | |
|    Debtors. | |
| IN RE: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| | No. 17 BK 3567-LTS |
|    as representative of | |
| PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY | |
|    Debtor | |

### INFORMATIVE MOTION

TO THE HONORABLE COURT:

     COMES NOW, Mapfre PRAICO Insurance Company ("Mapfre"), through the undersigned counsel and respectfully informs:

     1.    On July 22, 2022, Mapfre filed an objection to confirmation of the Plan of Adjustment presented by the Financial Oversight and Management Board for Puerto Rico on behalf of the Puerto Rico Highways and Transportation Authority.

2. The undersigned wishes to participate at the Final Pre-trial Conference and Confirmation Hearing on the Plan.

3. Accordingly, the undersigned hereby attaches as **Exhibit A** its Party Appearance Sheet.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 22nd day of July 2022.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**SALDAÑA, CARVAJAL & VÉLEZ-RIVÉ, PSC**
166 Avenida de la Constitución
San Juan, Puerto Rico 00901
Tel.: 787-289-9250; Fax: 787-289-9253

*s/ José A. Sánchez-Girona*
José A. Sánchez-Girona
USDC-PR No. 222310
E-mail: jsanchez@scvrlaw.com