# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## INFORMATIVE MOTION
## OF FINANCIAL GUARANTY INSURANCE COMPANY
## FOR APPEARANCE AT THE AUGUST 8, 2022 PRETRIAL CONFERENCE

To the Honorable United States District Judge Laura Taylor Swain:

Financial Guaranty Insurance Company ("**FGIC**"), by and through its attorneys, Rexach & Picó, CSP and Butler Snow LLP, files this *Informative Motion of Financial Guaranty Insurance Company for Appearance at the August 8, 2022, Pretrial Conference.* In support of the Motion, FGIC respectfully states as follows:

1. Maria E. Picó and Martin A. Sosland intend to participate on behalf of FGIC at the Hearing[1] conducted by the Court by videoconferencing via Zoom. Attached as Exhibit A is the Party Appearance Sheet.

2. Ms. Picó and Mr. Sosland will be available to address any matters and to respond to any questions raised by the Court or to any statements of any party that affect the interests of FGIC.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms as in that certain *Order Regarding Procedures for August 8, 202, Pretrial Conference* [Case No. 17-3283, Dkt. # 21493] (the "***Order***").

65058238.v1

Dated: July 26, 2022.

Respectfully submitted,

REXACH & PICÓ, CSP

By: */s/ María E. Picó*
María E. Picó
USDC-PR 123214
802 Ave. Fernández Juncos
San Juan PR 00907-4315
Telephone: (787) 723-8520
Facsimile: (787) 724-7844
E-mail: mpico@rexachpico.com

BUTLER SNOW LLP

By: */s/ Martin A. Sosland*
Martin A. Sosland (*pro hac vice*)
2911 Turtle Creek, Suite 1400
Dallas, TX 75219
Telephone: (469) 680-5502
Facsimile: (469) 680-5501
E-mail: martin.sosland@butlersnow.com

James E. Bailey III (*pro hac vice*)
Adam M. Langley (*pro hac vice)*
6075 Poplar Ave., Suite 500
Memphis, TN 38119
Telephone: (901) 680-7347
Facsimile: (615) 680-7201
E-mail: jeb.bailey@butlersnow.com
adam.langley@butlersnow.com

*Attorneys for Financial Guaranty Insurance Company*

65058238.v1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: July 26, 2022.

                    Respectfully submitted,

                    By: */s/ Martin A. Sosland*
                         Martin A. Sosland

                    *Attorney for Financial Guaranty Insurance Company*

**EXHIBIT A**[1]

<u>PARTY APPEARANCE SHEET</u>

| | |
|---|---|
| Name of Party | Financial Guaranty Ins. Co. |
| Party Name Abbreviation (For Use with Zoom[2]) | FGIC |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<ul><li>Name,</li><li>Email,</li><li>Law Firm,</li><li>Phone Number</li><li>Docket Entry No. for the Attorney's Notice of Appearance</li><li>Zoom Screen Name (<u>See</u> Pretrial Conference Procedures Order ¶ 6(a))</li></ul>or<br>Party-in-interest Not Represented by Counsel:<ul><li>Name, Email, Phone Number, Proof of Claim Number (if any)</li></ul> | María E. Picó<br>mpico@rexachpico.com<br>REXACH & PICÓ, CSP<br>Telephone: (787) 723-8520<br>Notice of Appearance Dkt. No. 101<br>Zoom Screen Name: FGIC/ Picó, Maria/Rexach & Picó<br><br>Martin A. Sosland<br>martin.sosland@butlersnow.com<br>Butler Snow LLP<br>Telephone: (469) 680-5502<br>PHV Dkt No. 150<br>Zoom Screen Name: FGIC/ Sosland, Martin/Butler Snow |
| Plan Objection Docket Entry No. | |
| Witness List Docket Entry No. | |
| Exhibit List Docket Entry No. | |
| Other Statement Docket Entry No. | |
| If a Party files a supplemental Party Appearance Cover Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the Pretrial Conference Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time.<br><br>Parties-in-interest not appearing by counsel must have filed a written objection on behalf of him or herself and/or a statement of support in relation to plan confirmation consistent with either the (1) *Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith*, and/or (2) the Confirmation Hearing Procedures Order. | |

---

[1] This Party Appearance Sheet must be attached to a party-in-interest's Pretrial Informative Motion as **Exhibit A**.

[2] <u>See</u> Pretrial Conference Procedures Order ¶ 6(a).