21-julio/2022

Secretaría (Clerk's office)
Tribunal de Distrito de los
Estados Unidos (United States District
Court)

Estado Libre Asociado de Puerto
Rico, Caso Núm 17 BK 3283-LTS

Relacionado a reclamación
84345-1

Objeción a rechazo de evidencia
donde informa parte de proce-
dimientos, indicando que
solo trabaje en Hospital del
Distrito de Ponce por tal
razón les estoy enviando
evidencia de continuidad
de pagos Estado Libre Asociado
de Puerto Rico les envío
informe de sueldos en fecha
1980 al 1985.

Espero evalúen este caso

Gracias
Bennette [signature]