## Informe de Sueldos y Deducciones — 1

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| BENIVETTE RENTAS CRUZ | REDACTED | 31 12 81 | 080489 | 75900167 |

### DEDUCCIONES

#### ESPECIFICAS — ACUMULADO DURANTE EL AÑO NATURAL

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORRO | ASOCIACION DE EMPLEADOS SEGURO |
|---|---|---|---|---|---|
| 30933 | 53575 | 54712 | | | |

#### MES CORRIENTE

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | AHORRO | SEGURO |
|---|---|---|---|---|---|
| 2817 | 4489 | 4725 | 7930 | 2025 | |

#### MISCELANEAS

| CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| SUELDO BRUTO DEVENGADO (ACUMULADO) | SUELDO TRIBUTABLE SEGURO SOCIAL (ACUMULADO) | SUELDO TRIBUTABLE SEGURO SOCIAL (MES) | SUELDO BRUTO DEVENGADO (MES) | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 805597 | 805597 | 67500 | 67500 | 22700 | 21986 | 22814 |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
VEASE CLAVES AL DORSO

---

## INFORME DE SUELDOS Y DEDUCCIONES — 2

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| BENIVETTE RENTAS CRUZ | REDACTED | 30 04 80 | 068809 | 71808292 |

### DEDUCCIONES

#### ESPECIFICAS — ACUMULADO DURANTE EL AÑO NATURAL

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | AHORRO | SEGURO |
|---|---|---|---|---|---|
| 871 | 3556 | | | | |

#### MES CORRIENTE

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | AHORRO | SEGURO |
|---|---|---|---|---|---|
| 871 | 3556 | | | | |

#### MISCELANEAS

| CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|
| 56 | 1839 | 16 | 25100 | | | | |

NO ES NEGOCIABLE

| SUELDO BRUTO DEVENGADO (ACUM) | SUELDO TRIBUTABLE SEGURO SOCIAL (ACUM) | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1RA QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 58011 | 58011 | 58011 | 58011 | 00 | 29527 | 28484 |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
VEASE CLAVES AL DORSO

---

## INFORME DE SUELDOS Y DEDUCCIONES — 3

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| BENIVETTE RENTAS CRUZ | REDACTED | 31 12 80 | 050204 | 73436489 |

### DEDUCCIONES

#### ESPECIFICAS — ACUMULADO DURANTE EL AÑO NATURAL

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | AHORRO | SEGURO |
|---|---|---|---|---|---|
| | 1575 | | | | |

#### MES CORRIENTE

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | AHORRO | SEGURO |
|---|---|---|---|---|---|
| | 1575 | | | | |

#### MISCELANEAS

| CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

NO ES NEGOCIABLE

| SUELDO BRUTO DEVENGADO (ACUM) | SUELDO TRIBUTABLE SEGURO SOCIAL (ACUM) | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1RA QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 25696 | 25696 | 25696 | 25696 | 12000 | 1575 | 12121 |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
VEASE CLAVES AL DORSO

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| BENIVETTE RENTAS CRUZ | REDACTED | 31 12 85 | 048586 | 566281872 |

| ESPECIFICAS ||| DEDUCCIONES |||| MISCELANEAS |||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS || CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL ||| | AHORROS | SEGURO | | | | | | |
| 56875 | 70560 | 68376 | | | | 07 | 4811 | 81 | 625 | | |
| MES CORRIENTE |||||||||||||
| 4626 | 5739 | 5698 | | 2442 | | | | | | | |
| 100800 | 100800 | 81400 | 81400 | 28700 | 23941 | 28759 |
| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
| ACUMULADO DURANTE EL AÑO NATURAL || | MES CORRIENTE |||

VEASE CLAVES AL DORSO

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| BENIVETTE RENTAS CRUZ | REDACTED | 31 12 84 | 049332 | 539298918 |

| ESPECIFICAS ||| DEDUCCIONES |||| MISCELANEAS |||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS || CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| ACUMULADO DURANTE EL AÑO NATURAL ||| | AHORROS | SEGURO | | | | | | |
| 53876 | 65768 | 67032 | | | | 07 | 5010 | 81 | 625 | | |
| MES CORRIENTE |||||||||||||
| 4626 | 5454 | 5698 | 1500 | 2442 | | | | | | | |
| 98160 | 98160 | 81400 | 81400 | 28000 | 25355 | 28045 |



VEASE CLAVES AL DORSO

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| BENIVETTE RENTAS CRUZ | REDACTED | 31 07 83 | 032535 | 501793398 |

| ESPECIFICAS ||| DEDUCCIONES |||| MISCELANEAS |||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS || CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
| | | | | AHORROS | SEGURO | BE | 8000 | 07 | 3105 | | |
| 24681 | 34639 | 35280 | | | | | | | | | |
| MES CORRIENTE |||||||||||||
| 4399 | 5360 | 5040 | 1000 | 2160 | | | | | | | |
| 51700 | 51700 | 80000 | 80000 | 26800 | 21064 | 32136 |

VEASE CLAVES AL DORSO

### INFORME DE SUELDOS Y DEDUCCIONES

| NOMBRE | IDENTIFICACION | PERIODO QUE TERMINA EN | NUMERO DE COMPROBANTE | NUMERO DE CHEQUE |
|---|---|---|---|---|
| BENIVETTE RENTAS CRUZ | REDACTED | 31 12 82 | 047619 | 78333096 |

| ESPECIFICAS ||| DEDUCCIONES |||| MISCELANEAS ||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS || CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE | |
| ACUMULADO DURANTE EL AÑO NATURAL ||| | AHORRO | SEGURO | 07 | 3105 | | | | | |
| 44881 | 60702 | 61740 | | | | | | | | | | |
| MES CORRIENTE |||||||||||||
| 3425 | 4824 | 5040 | | 2160 | | | | | | | | |
| 90600 | 90600 | 72000 | 72000 | 26700 | 18554 | | 26746 |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
VEASE CLAVES AL DORSO