Berenette Ventura B
Urbaes Abolidas
Calle 5-B-31
Villalba, P.R.

U.S. POSTAGE PAID
FCM LETTER
VILLALBA, PR
00766
JUL 21, 22
AMOUNT
$7.85
R2305K131643-02

00918

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States District Court)
#150 Avenida Chardón
Edificio Federal (Federal Building)
San Juan, Puerto Rico 00918

CERTIFIED MAIL

7019 2970 0000 3458 4461

RETURN RECEIPT REQUESTED