UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**TWELFTH ADMINISTRATIVE CLAIMS RECONCILIATION STATUS NOTICE**

To the Honorable United States District Judge Laura Taylor Swain:

1. On March 12, 2020, this Court entered the *Order (A) Authorizing Administrative Reconciliation of Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12274] (the "ACR Order"). The ACR Order authorized the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Public Buildings Authority

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567- LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK- 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

("PBA," and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors") to resolve certain Pension/Retiree Claims, Tax Refund Claims, Public Employee Claims, and Grievance Claims (each as defined in the ACR Order) using the Debtors' existing administrative reconciliation processes ("Administrative Claims Reconciliation") in accordance with the procedures contained in Exhibit A to the ACR Order (the "ACR Procedures").

2. Pursuant to Paragraph 5 of the ACR Procedures, the Debtors hereby respectfully submit their *Twelfth Administrative Claims Reconciliation Status Notice*, attached hereto as Exhibit A (the "Twelfth ACR Status Notice"). The Twelfth ACR Status Notice provides an update to the Court regarding the status of claims transferred into the ACR Procedures.[2] *See* ACR Procedures at ¶ 5. Please note that unless otherwise stated, any ACR Designated Claims marked as "resolved" in the Debtors' *First Administrative Claims Reconciliation Status Notice* [ECF No. 14515], *Second Administrative Claims Reconciliation Status Notice* [ECF No. 15367], *Third Administrative Claims Reconciliation Status Notice* [ECF No. 15812], *Fourth Administrative Claims Reconciliation Status Notice* [ECF No. 16322], *Fifth Administrative Claims Reconciliation Status Notice* [ECF No. 15086], *Sixth Administrative Claims Reconciliation Notice* [ECF No. 17659], *Seventh Administrative Claims Reconciliation Status Notice* [ECF No. 18363], *Eighth Administrative Claims Reconciliation Status Notice* [ECF No. 19381], *Ninth Administrative Claims Reconciliation Status Notice* [ECF No. 19945], *Tenth Administrative Claims Reconciliation Status Notice* [ECF No. 20461], or *Eleventh Administrative Claims Reconciliation Status Notice* [ECF No. 21048] are not separately listed in this Twelfth ACR Status Notice.

3. The Debtors shall serve copies of this notice upon the claimants associated with the

---

[2] Pursuant to the ACR Order, the Debtors have filed twenty-four notices transferring claims into Administrative Claims Reconciliation (as defined in the ACR Order), (collectively, the "ACR Transfer Notices"), and have transferred approximately 44,728 claims (collectively, the "ACR Designated Claims"), into Administrative Claims Reconciliation.

2

ACR Designated Claims listed in Exhibit A and upon the Master Service List (as defined by the *Sixteenth Amended Case Management Procedures* [Case No. 17-3283, ECF No. 20190-1]). This notice is also available on the Debtors' case website at https://cases.primeclerk.com/puertorico.

| | |
|---|---|
| Dated: July 26, 2022<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>/s/ *Hermann D. Bauer*<br>Hermann D. Bauer<br>USDC No. 215205<br>Carla García Benítez<br>USDC No. 203708<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br><br>*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Puerto Rico Electric Power Authority, and Puerto Rico Public Buildings Authority*<br><br>/s/ *Martin J. Bienenstock*<br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>Laura Stafford (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Co-Attorneys for the Financial Oversight and Management Board for the Puerto Rico, as representative for the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Puerto Rico Electric Power Authority, and Puerto Rico* |

*Public Buildings Authority*

4