**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

**INFORMATIVE MOTION OF THE BANK OF NEW YORK MELLON REGARDING APPEARANCE AT HEARING ON CONFIRMATION OF HTA PLAN OF ADJUSTMENT AND AUGUST 17-18, 2022 OMNIBUS HEARING**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17- BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Bank of New York Mellon ("BNYM"), in its capacity as fiscal agent under Resolution No. 68-18 adopted June 13, 1968, and Resolution No. 98-06 adopted February 26, 1998, by the Puerto Rico Highways and Transportation Authority, through its undersigned counsel, hereby submits this informative motion and party appearance sheet in accordance with the Court's July 13, 2022 *Order Regarding Procedures for Hearing on Confirmation of HTA Plan of Adjustment and August 17-18, 2022, Omnibus Hearing* [Doc. No. 1270] setting forth guidelines for parties wishing to appear at the hearing on August 17, 2022, from 9:30 a.m. to 12:50 p.m. (Atlantic Standard Time), and if necessary, from 2:10 p.m. to 5:00 p.m. (Atlantic Standard Time), and continue, if necessary, on August 18, 2022, beginning at 9:30 a.m. (Atlantic Standard Time) (the "Hearing").

1. Jared S. Roach of Reed Smith LLP will appear on behalf of BNYM at the Hearing via CourtSolutions Speaking Line.

2. BNYM does not intend to present opening argument, cross-examine any declarant, or present live rebuttal testimony at the Hearing, but reserves the right to be heard on any matter presented to the Court and to respond to any statement made by any party related to the Title III Cases and/or any adversary proceeding pending in the Title III Cases to the extent it impacts the rights, claims, or interests of BNYM.

3. Mr. Roach will be available to address any matters and to respond to any questions raised by the Court or to any statements of any party that affect the interests of BNYM.

4. BNYM's Party Appearance Sheet is attached hereto as **Exhibit A**.

Dated: July 27, 2022
       San Juan, Puerto Rico

Respectfully submitted,

**SEPULVADO, MALDONADO & COURET**

By: */s/ Albéniz Couret-Fuentes*
Albéniz Couret-Fuentes
USDC-PR Bar No. 222207
304 Ponce de León Ave. – Suite 990
San Juan, PR 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: acouret@smclawpr.com

**REED SMITH LLP**
Luke A. Sizemore (*Pro Hac Vice*)
Jared S. Roach (*Pro Hac Vice*)
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email: lsizemore@reedsmith.com
Email: jroach@reedsmith.com

*Counsel to The Bank of New York Mellon, in its capacity as Fiscal Agent*

**EXHIBIT A**
PARTY APPEARANCE SHEET

| **Name of Party** | | The Bank of New York Mellon<br><br>Attending the Confirmation Hearing **and** the Omnibus Hearing |
|---|---|---|
| **ATTORNEY 1** | Appearance Method | CourtSolutions Speaking Line[2] |
| | Name | Jared S. Roach |
| | Law Firm | Reed Smith LLP |
| | Email | jroach@reedsmith.com |
| | Phone Number | 412.288.3277 |
| | Docket Entry No. of Notice of Appearance | Doc. No. 8515 (*Motion for Admission* Pro Hac Vice *of Jared Roach*); Doc. No. 8525 (*Order Granting Motion for Admission* Pro Hac Vice *of Jared Roach*) |
| **ATTORNEY 2** | Appearance Method | N/A |
| | Name | N/A |
| | Law Firm | N/A |
| | Email | N/A |
| | Phone Number | N/A |
| | Docket Entry No. of Notice of Appearance | N/A |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes.<br>Name<br>Observation Method<br>Law Firm<br>Email<br>Phone Number | N/A |
| Pursuant to the Hearing Procedures Order ¶ 1, in-person participation by counsel will be prioritized in the following manner: the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be permitted 4 attorneys present in Courtroom 3 in San Juan, and each other party-in-interest shall be permitted 2 attorneys present in Courtroom 3 in San Juan.<br>Space permitting, additional attorneys who wish to view but not participate in the Confirmation Hearing or August Omnibus Hearing may gain admittance to the live courtroom (Courtroom 3 in San Juan), or the live feed which will broadcasted in Courtroom 17C in New York on a firstcome first-served basis. All attorneys who wish to observe in person must be listed on this appearance sheet. | | |

---

[2] Pursuant to the Hearing Procedures Order ¶ 2, attorneys intending to participate by CourtSolutions must also separately register on the CourtSolutions website