**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

**INFORMATIVE MOTION OF THE BANK OF NEW YORK MELLON REGARDING APPEARANCE AT THE AUGUST 8, 2022 PRE-TRIAL CONFERENCE**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17- BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Bank of New York Mellon ("BNYM"), in its capacity as fiscal agent under Resolution No. 68-18 adopted June 13, 1968, and Resolution No. 98-06 adopted February 26, 1998, by the Puerto Rico Highways and Transportation Authority, through its undersigned counsel, hereby submits this informative motion and party appearance sheet in accordance with the Court's July 13, 2022 *Order Regarding Procedures for August 8, 2022 Pretrial Conference* [Doc. No. 1269] setting forth guidelines for parties wishing to appear at the hearing on August 8, 2022, from 9:30 a.m. to 12:50 p.m. (Atlantic Standard Time), and if necessary, from 2:10 p.m. to 5:00 p.m. (Atlantic Standard Time) (the "Hearing").

1. Jared S. Roach of Reed Smith LLP will appear on behalf of BNYM at the Hearing via Zoom. His email address is jroach@reedsmith.com.

2. BNYM reserves the right to be heard on any matter presented to the Court, including and to respond to any statement made by any party related to the Title III Cases and/or any adversary proceeding pending in the Title III Cases to the extent it impacts the rights, claims, or interests of BNYM.

3. Mr. Roach will be available to address any matters and to respond to any questions raised by the Court or to any statements of any party that affect the interests of BNYM.

4. BNYM's Party Appearance Sheet is attached hereto as **Exhibit A**.

| | |
|---|---|
| Dated: July 27, 2022<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>**SEPULVADO, MALDONADO & COURET**<br><br>By: */s/ Albéniz Couret-Fuentes*<br>Albéniz Couret-Fuentes<br>USDC-PR Bar No. 222207<br>304 Ponce de León Ave. – Suite 990<br>San Juan, PR 00918<br>Telephone: (787) 765-5656<br>Facsimile: (787) 294-0073<br>Email: acouret@smclawpr.com<br><br>**REED SMITH LLP**<br>Luke A. Sizemore (*Pro Hac Vice*)<br>Jared S. Roach (*Pro Hac Vice*)<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222<br>Telephone: (412) 288-3131<br>Facsimile: (412) 288-3063<br>Email: lsizemore@reedsmith.com<br>Email: jroach@reedsmith.com<br><br>*Counsel to The Bank of New York Mellon, in its capacity as Fiscal Agent* |

# EXHIBIT A
## PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party | The Bank of New York Mellon |
| Party Name Abbreviation (For Use with Zoom) | BNYM |
| **Attorney Appearance** (provide the listed information for each attorney who may appear for the Party):<br><br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name | **Name: Jared S. Roach**<br><br>Name: Jared S. Roach<br>Email: jroach@reedsmith.com<br>Law Firm: Reed Smith LLP<br>Phone No. 412.288.3277<br>Notice of Appearance: Doc. No. 8515 (*Motion for Admission* Pro Hac Vice *of Jared Roach*); Doc. No. 8525 (*Order Granting Motion for Admission* Pro Hac Vice *of Jared Roach*)<br>Zoom Screen Name: BNYM / Roach, Jared / Reed Smith LLP |
| Plan Objection Docket Entry No. | N/A |
| Witness List Docket Entry No. | N/A |
| Exhibit List Docket Entry No. | N/A |
| Other Statement Docket Entry No. | N/A |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the Pretrial Conference Procedures Order 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time.<br><br>Parties-in-interest not appearing by counsel must have filed a written objection on behalf of him or herself and/or a statement of support in relation to plan confirmation consistent with either the (1) Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith, and/or (2) the Confirmation Hearing Procedures Order. | |