# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>Case No. 17 BK 3567-LTS |

## MOTION OF ASSURED GUARANTY CORP. AND ASSURED GUARANTY MUNICIPAL CORP. SUBMITTING EXHIBIT LIST IN CONNECTION WITH CONFIRMATION OF HTA PLAN OF ADJUSTMENT

Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, "Assured") hereby submit this Motion Submitting Exhibit List in Connection with Confirmation

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

of the HTA Plan of Adjustment pursuant to the Order Regarding Procedures for Hearing on Confirmation of HTA Plan of Adjustment August 17-18, 2022 Omnibus Hearing (the "Hearing Procedures Order," ECF No. 21494)[2].

Assured reserves all rights, including the right to use exhibits identified on other parties' exhibits lists, the right to use additional exhibits for cross-examination or rebuttal if necessary, and the right to revise, amend, and/or supplement this list, for reasons including but not limited to the confirmation hearing is adjourned or if the Plan is modified.

| Exhibit No. | Description |
|---|---|
| Assured's Ex. 1 | Insurance Policy Number 31145AC1 |
| Assured's Ex. 2 | Insurance Policy Number 31145AF1 |
| Assured's Ex. 3 | Insurance Policy Number 31145AE1 |
| Assured's Ex. 4 | Insurance Policy Number 31145AD1 |
| Assured's Ex. 5 | Insurance Policy Number SM-2007-106 |
| Assured's Ex. 6 | Insurance Policy Number 208186 |
| Assured's Ex. 7 | Insurance Policy Number 28452 |
| Assured's Ex. 8 | Insurance Policy Number CIFGNA-562 |
| Assured's Ex. 9 | Insurance Policy Number SM-2007-53 |
| Assured's Ex. 10 | Insurance Policy Number 314216-B1 |
| Assured's Ex. 11 | Insurance Policy Number SM-2007-101 |
| Assured's Ex. 12 | Insurance Policy Number 314216-B2 |
| Assured's Ex. 13 | Insurance Policy Number SM-2007-54 |
| Assured's Ex. 14 | Insurance Policy Number 314216-A1 |
| Assured's Ex. 15 | Insurance Policy Number SM-2007-10 |
| Assured's Ex. 16 | Insurance Policy Number SM-2007-12 |
| Assured's Ex. 17 | Insurance Policy Number 314216-D1 |
| Assured's Ex. 18 | Insurance Policy Number D-2007-27 |
| Assured's Ex. 19 | Insurance Policy Number 314216-E1 |
| Assured's Ex. 20 | Insurance Policy Number D-2007-27 |
| Assured's Ex. 21 | Insurance Policy Number 314216-C1 |
| Assured's Ex. 22 | Insurance Policy Number FMNI-0301-08148-NY |
| Assured's Ex. 23 | Insurance Policy Number SM-2008-347 |
| Assured's Ex. 24 | Insurance Policy Number SM-2007-267 |

---

[2] "ECF No." refers to documents filed in Case No. 17-BK-3283-LTS, unless otherwise noted.

Dated: July 27, 2022
      New York, New York

| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
|---|---|
| By: /s/ *Heriberto Burgos Pérez* <br>    Heriberto Burgos Pérez <br>    USDC-PR No. 204,809 <br>    Ricardo F. Casellas-Sánchez <br>    USDC-PR No. 203,114 <br>    Diana Pérez-Seda <br>    USDC–PR No. 232,014 <br>    P.O. Box 364924 <br>    San Juan, PR 00936-4924 <br>    Tel.: (787) 756-1400 <br>    Fax: (787) 756-1401 <br>    E-mail: hburgos@cabprlaw.com <br>              rcasellas@cabprlaw.com <br>              dperez@cabprlaw.com <br><br> *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | By: /s/ *Howard R. Hawkins, Jr.* <br>    Howard R. Hawkins, Jr.* <br>    Mark C. Ellenberg* <br>    Casey J. Servais* <br>    William J. Natbony* <br>    Thomas J. Curtin* <br>    200 Liberty Street <br>    New York, New York 10281 <br>    Tel.: (212) 504-6000 <br>    Fax: (212) 406-6666 <br>    Email: howard.hawkins@cwt.com <br>             mark.ellenberg@cwt.com <br>             casey.servais@cwt.com <br>             bill.natbony@cwt.com <br>             thomas.curtin@cwt.com <br><br> * Admitted pro hac vice <br><br> *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

**CERTIFICATE OF SERVICE**

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, the 27th day of July, 2022.

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
* Admitted pro hac vice