**<u>Assured's Exhibit 12</u>**

April 17, 2007

## ENDORSEMENT NO. 2
## TO FINANCIAL GUARANTY INSURANCE POLICY

**FINANCIAL SECURITY ASSURANCE INC.**

| | |
|---|---|
| Obligor: | Puerto Rico Highways and Transportation Authority |
| Policy No.: | 314216B-N |
| Obligations: | Transportation Revenue Refunding Bonds (Series N) 5.500%Maturing on July 1, 2025 |
| Principal Amount: | $17,480,000.00 |
| Date of Issuance: | April 17, 2007 |

1. The principal amount of the Obligations to be covered by the Policy is increased from $8,740,000.00 to $17,480,000.00 by this Endorsement No. 2.

IN WITNESS WHEREOF, FINANCIAL SECURITY ASSURANCE INC. has caused this Endorsement No. 2 to be executed by its Authorized Officer this 17th day of April, 2007.

FINANCIAL SECURITY ASSURANCE INC.

By _____
Title  Managing Director