**Assured's Exhibit 16**

**ASSURED GUARANTY**

Assured Guaranty Corp.
1325 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
TEL-212.974.0100 FAX-212.581.3268
www.assuredguaranty.com

|  |  |
|---|---|
| DATE: | March 06, 2007 |
| SETTLEMENT DATE: | March 06, 2007 |
| ATTENTION: | Bernard Castello - Citigroup Global Markets, Inc. |
| NAME OF ISSUER: | Puerto Rico Highways and Transportation Authority |
| NAME OF BONDS: | Transportation Revenue Refunding Bonds Series N |
| POLICY NUMBER: | SM-2007-012 |
| ORIGINAL CUSIP: | 745190ZL5 |
| ENHANCED CUSIP: | 745190E87 |
| INSURED PAR: | $10,000,000 |
| PREMIUM PAYMENT DUE: | $232,496.52 |

Premium Payment due on or before settlement date from above date.

Re: AGC Partial Maturity Policy Issuance

The policy for the above referenced Partial Maturity policy issued by AGC will be delivered upon receipt of premium payment. Please provide AGC with a wire reference number when premium is sent.

Premium Payment Instructions:

Assured Guaranty Corp. Premium
US Dollar Instructions:
Bank : JP Morgan Chase New York
ABA # : 021-000-021
Account Name : Assured Guaranty Corp. - Premium
Account Number : 323-355919
Reference : Please note Policy Number of Trade

If you have any questions, please call Judy Ramirez at (212) 261-5567.

Municipal Bond Partial Maturity
Secondary Market Insurance Policy



| Issuer: | Each of the Issuers described in AGC Schedule A hereto | Policy Number: | SM-2007-012 |
|---|---|---|---|
| Bonds: | Each of the Bonds described in AGC Schedule A hereto | Effective Date: | March 06, 2007 |
| Term: | The period from and including the Effective Date to and including the date on which all Insured Payments (including Avoided Payments) have been paid. | Premium: | The premium listed in AGC Schedule A hereto |

Assured Guaranty Corp. ("AGC"), a Maryland insurance company, in consideration of the payment of the premium and subject to the terms of this Policy, hereby unconditionally and irrevocably agrees to pay to The Bank of New York, as custodian (the "Custodian") of Bonds held pursuant to the Custody Agreement dated as of June 12, 2003 between AGC and the Custodian (the "Custody Agreement"), that portion of the principal and interest on the principal amount set forth on AGC Schedule A (the "Insured Payments") of the above described debt obligations (the "Bonds") which shall become Due for Payment but shall be unpaid by reason of Nonpayment by the Issuer.

AGC will make such payments to the Custodian on the date such principal or interest becomes Due for Payment or on the Business Day next following the day on which AGC shall have Received a completed Claim Form and Instrument of Assignment for Custodian (in the form set forth in Exhibit D of the Custody Agreement and in accordance with the Notice provisions set forth in the Custody Agreement), whichever is later. Upon such disbursement, AGC shall become the owner of the Bond, appurtenant coupon or right to payment of principal or interest on such Bond and shall be fully subrogated to all of the Custodian's rights and the rights of the owner of the Insured Custody Certificate thereunder, including the right to payment thereof.

This Policy is non-cancelable for any reason. The premium on this Policy is not refundable for any reason, including the payment of the Bonds prior to maturity. This Policy does not insure against loss of any prepayment premium which may at the time be payable with respect to any Bond or the failure of the Custodian to remit amounts received hereunder to the owner of an Insured Custody Certificate. No payment shall be made under this Policy with respect to a Bond if the owner of the Insured Custody Certificate evidencing ownership of such Bonds or if the holder or owner of such Bond is the Issuer of such Bond.

"Due for Payment" means, when referring to the principal of a Bond, the stated maturity date thereof, or the date on which the same shall have been duly called for mandatory sinking fund redemption and does not refer to any earlier date on which payment is due by reason of call for redemption (other than by mandatory sinking fund redemption), acceleration or other advancement of maturity (unless AGC in its sole discretion elects to make any principal payment, in whole or in part, on such earlier date) and means, when referring to interest on a Bond, the stated date for payment of interest. "Nonpayment" in respect of a Bond means the failure of the Issuer to have provided sufficient funds to the paying agent of such Bond for payment in full of all principal and interest Due for Payment on such Bond. It is further understood that the term "Nonpayment" in respect of a Bond includes any payment of principal or interest Due for

DOCSNY1:964601.4
9933-3 ABS

Payment which was made to the Custodian by or on behalf of the Issuer which has been recovered from the Custodian or an owner of an Insured Custody Certificate to which such payment was remitted by the Custodian, pursuant to the United States Bankruptcy Code by a trustee in bankruptcy in accordance with a final, nonappealable order of a court having competent jurisdiction (such recovered amount, an "Avoided Payment"). "Notice" and "Receipt" shall have the meanings set forth in Section 6.06 of the Custody Agreement. "Business Day" means any day other than (i) a Saturday or Sunday; (ii) any day on which the offices of the Custodian or AGC are closed; or (iii) any day on which banking institutions are authorized or required by law, executive order or governmental decree to be closed in New York City or Maryland. "Insured Custody Certificate" means Insured Custody Certificate issued pursuant to the Custody Agreement.

This Policy may not be assigned except to a successor Custodian appointed in accordance with the Custody Agreement.

This Policy will be governed by, and shall be construed in accordance with, the laws of the State of New York (other than with respect to its conflicts of laws principles).

The insurance provided by this Policy is not covered by the New York Property/Casualty Insurance Security Fund (New York Insurance Code, Article 76).

IN WITNESS WHEREOF, AGC has caused this Policy to be affixed with its corporate seal and to be signed by its duly authorized officer to become effective and binding upon AGC by virtue of such signature.

Effective Date: March 06, 2007

ASSURED GUARANTY CORP.

By: _____
Name: John Sidney Trahan
Title: Managing Director

Signature attested to by:

_____
Counsel

DOCSNY1:964601.4
9933-3 ABS

Municipal Bond Partial Maturity
Secondary Market Insurance Policy



AGC Schedule A - Modified

| | |
|---|---|
| Initial Insurance Beneficiary: | Citigroup Global Markets, Inc. |
| Settlement Date: | March 06, 2007 |
| Date of Policy: | March 06, 2007 |
| Policy Number: | SM-2007-012 |
| Insured Par Value: | $10,000,000 |
| Maturity Par Value: | $51,580,000 |
| Full Name of Issuer: | Puerto Rico Highways and Transportation Authority |
| Full Name of Bonds: | Transportation Revenue Refunding Bonds Series N |
| Interest Rate (1): | 5.500% |
| Dated Date: | March 06, 2007 |
| Stated Maturity Date of Bonds: | July 01, 2029 |
| Interest Payment Dates: | Semi-Annual commencing July 01, 2007 |
| Original CUSIP Numbe: | 745190ZL5 |
| Enhanced CUSIP Number: | 745190E87 |
| Book Entry ("BE") or Insured Custody Certificate ("ICC") : | BE |
| Premium Payment Date: | March 06, 2007 |

(1) If variable rate is applicable, briefly describe method.

Municipal Bond Partial Maturity
Secondary Market Insurance Policy



AGC Schedule A - Modified

| | |
|---|---|
| Initial Insurance Beneficiary: | Citigroup Global Markets, Inc. |
| Settlement Date: | March 06, 2007 |
| Date of Policy: | March 06, 2007 |
| Policy Number: | SM-2007-012 |
| Insured Par Value: | $10,000,000 |
| Maturity Par Value: | $51,580,000 |
| Full Name of Issuer: | Puerto Rico Highways and Transportation Authority |
| Full Name of Bonds: | Transportation Revenue Refunding Bonds Series N |
| Interest Rate (1): | 5.500% |
| Dated Date: | March 06, 2007 |
| Stated Maturity Date of Bonds: | July 01, 2029 |
| Interest Payment Dates: | Semi-Annual commencing July 01, 2007 |
| Original CUSIP Numbe: | 745190ZL5 |
| Enhanced CUSIP Number: | 745190E87 |
| Book Entry ("BE") or Insured Custody Certificate ("ICC") : | BE |
| Premium Payment Date: | March 06, 2007 |

(1) If variable rate is applicable, briefly describe method.

Municipal Bond Partial Maturity
Secondary Market Insurance Policy



AGC Schedule A

| | |
|---|---|
| Initial Insurance Beneficiary: | Citigroup Global Markets, Inc. |
| Settlement Date: | March 06, 2007 |
| Date of Policy: | March 06, 2007 |
| Policy Number: | SM-2007-012 |
| Insured Par Value: | $10,000,000 |
| Maturity Par Value: | $51,580,000 |
| Full Name of Issuer: | Puerto Rico Highways and Transportation Authority |
| Full Name of Bonds: | Transportation Revenue Refunding Bonds Series N |
| Interest Rate (1): | 5.500% |
| Dated Date: | March 06, 2007 |
| Stated Maturity Date of Bonds: | July 01, 2029 |
| Interest Payment Dates: | Semi-Annual commencing July 01, 2007 |
| Original CUSIP Numbe: | 745190ZL5 |
| Enhanced CUSIP Number: | 745190E87 |
| Book Entry ("BE") or Insured Custody Certificate ("ICC"): | BE |
| Premium Rate: | 99.35 basis points |
| Insurance Premium: | $221,309.02 |
| Total Premium Due (2): | $232,496.52 |
| Premium Payment Date: | March 06, 2007 |

(1) If variable rate is applicable, briefly describe method.
(2) Total payment is insurance premium plus all applicable fees.

DOCSNY1:964601.4
9933-3 ABS