# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>          Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>          Debtor. | PROMESA Title III<br><br>Case No. 17 BK 3567-LTS<br><br>**This Court Filing Relates Only to HTA's Title III Case (Case No. 17-BK-3567-LTS)** |

# STATEMENT IN SUPPORT AND RESERVATION OF RIGHTS OF NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION WITH RESPECT TO THE THIRD AMENDED TITLE III PLAN OF ADJUSTMENT OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

National Public Finance Guarantee Corporation ("National") hereby submits this statement in support and reservation of rights with respect to the *Third Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority* (ECF No. 21267, the "Plan")[2] and respectfully states as follows:

## STATEMENT IN SUPPORT AND RESERVATION OF RIGHTS

1.      On June 17, 2022, the Oversight Board filed the Plan.  On June 22, 2022, the Court entered the *Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures* (ECF No. 21293, the "DS Order").  On July 13, 2022, the Court entered the *Order Regarding Procedures for Hearing on Confirmation of HTA Plan of Adjustment and August 17–18, 2022, Omnibus Hearing* (ECF No. 21494, the "Hearing Procedures Order").

2.      The DS Order establishes (i) July 27, 2022 as the deadline by which creditors must file objections to the Plan, and (ii) August 7, 2022 as the deadline by which the Debtor and other parties in interest must file replies to such objections.  *See* DS Order ¶¶ 23, 26. The Hearing Procedures Order requires counsel for parties-in-interest that have "filed an objection to or statement in support of confirmation of the Plan" to file an informative motion in order to participate at the Confirmation Hearing.  *See* Hearing Procedures Order ¶ 6(a).

---

[2]   Unless otherwise indicated, ECF numbers refer to the docket in Case Number 17-3283-LTS. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

3.      National is a party to the HTA/CCDA Plan Support Agreement, as defined in the Plan, and supports confirmation of the Plan consistent with the HTA/CCDA Plan Support Agreement.

4.      National hereby reserves all of its rights with respect to the Plan (including the Plan Supplement), including its rights to be heard at any contested confirmation hearing and to respond to any objections to the settlement with the HTA bondholders and to the Plan more generally.  To the extent that any response to filed objections is necessary, National will file such response no later than August 7, 2022, which is the deadline for the Debtor and other parties in interest to file replies in support of confirmation of the Plan.

*[Remainder of page intentionally left blank]*

Dated: July 27, 2022                Respectfully submitted,

**ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC**

By: /s/ *Eric Pérez-Ochoa*
    Eric Pérez-Ochoa
    (USDC-PR No. 206314)
    Email: epo@amgprlaw.com

By: /s/ *Luis A. Oliver-Fraticelli*
    Luis A. Oliver-Fraticelli
    (USDC-PR No. 209204)
    Email: loliver@amgprlaw.com

By: */s/ Alexandra Casellas-Cabrera*
    Alexandra Casellas-Cabrera
    (USDC-PR No. 301010)
    Email: acasellas@amgprlaw.com

    208 Ponce de Leon Ave., Suite 1600
    San Juan, PR 00936
    Telephone: (787) 756-9000
    Facsimile: (787) 756-9010

*Attorneys for National Public Finance
Guarantee Corp.*

**WEIL, GOTSHAL & MANGES LLP**

By: /s/ *Robert S. Berezin*
    Jonathan D. Polkes (admitted *pro hac vice*)
    Gregory Silbert (admitted *pro hac vice*)
    Robert S. Berezin (admitted *pro hac vice*)
    Kelly DiBlasi (admitted *pro hac vice*)
    767 Fifth Avenue
    New York, NY 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007
    Email: jonathan.polkes@weil.com
        gregory.silbert@weil.com
        robert.berezin@weil.com
        kelly.diblasi@weil.com

    Gabriel A. Morgan (admitted *pro hac vice*)
    700 Louisiana Street, Suite 1700
    Houston, TX 77002
    Telephone: (713) 546-5000
    Facsimile: (713) 224-9511
    Email: gabriel.morgan@weil.com

*Attorneys for National Public Finance Guarantee
Corp.*

**<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that I caused this document to be filed electronically with the Clerk

of the Court using the CM/ECF System, which will send notification of such filing to all parties

of record in the captioned case.

At San Juan, Puerto Rico, the 27 day of July, 2022.

        By: _/s/ *Eric Pérez-Ochoa*_____