# Debtor's Ex. 7

**Debtor's Ex. 7**

# FINANCIAL OVERSIGHT & MANAGEMENT BOARD
# FOR PUERTO RICO



Members
Andrew G. Biggs
Arthur J. González
Antonio L. Medina
John E. Nixon
Justin M. Peterson
Betty A. Rosa

David A. Skeel, Jr.
Chair

**BY ELECTRONIC MAIL**

June 30, 2022

Honorable Pedro R. Pierluisi Urrutia
Governor
Commonwealth of Puerto Rico

Dear Governor Pierluisi Urrutia:

Pursuant to the Resolution, a copy of which is attached hereto as **Exhibit A** (the "Resolution"), adopted by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), and in accordance with Section 202(e)(4) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), the Oversight Board hereby issues to the Governor this compliance certification that the fiscal year 2023 budget for the Puerto Rico Highways and Transportation Authority ("HTA") identified in **Exhibit 1** hereto, as developed by the Oversight Board pursuant to PROMESA section 202(c)(2), is a compliant budget as set forth in the Resolution.

The Oversight Board looks forward to working with the Commonwealth and HTA to accomplish the requirements and goals of PROMESA for the benefit of the people of Puerto Rico.

Sincerely,

*David Skeel*

David A. Skeel, Jr.

Andrew G. Biggs
Arthur J. González
Antonio L. Medina
John E. Nixon
Justin M. Peterson
Betty A. Rosa

CC: Mr. Jaime A. El Koury
     Hon Omar Marrero Díaz
     Mr. Edwin González Montalvo
     HTA Governing Board

**EXHIBIT A**

FINANCIAL OVERSIGHT AND MANAGEMENT OVERSIGHT BOARD
FOR PUERTO RICO

**June 30, 2022**

RESOLUTION CERTIFYING FISCAL YEAR 2023 BUDGET FOR HTA

WHEREAS, on June 30, 2016, the federal Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA") was enacted; and

WHEREAS, Section 101 of PROMESA created the Financial Oversight and Management Board for Puerto Rico ("the Board"); and

WHEREAS, on February 22, 2022, pursuant to Section 201(d)(2) of PROMESA, the Board certified a revised fiscal plan for HTA; and

WHEREAS, Section 202(c) of PROMESA establishes a multi-step procedure for the development, review, and approval of budgets for covered instrumentalities of the Commonwealth of Puerto Rico, such as the Puerto Rico Highways and Transportation Authority ("HTA"), providing that (i) the Governor must submit a proposed budget to the Board; (ii) the Board must review the proposed budget and determine, in the Board's sole discretion, either that the proposed budget complies with the applicable fiscal plan or that it does not, in which case the Board must issue a notice of violation and recommended revisions, giving the Governor an opportunity to correct the violations; (iii) the Governor may then submit a revised proposed budget; and (iv) if the Governor fails timely to submit a proposed budget that the Board determines in its sole discretion is a compliant budget, the Board shall develop and submit to the Governor its own compliant budget; and

WHEREAS, by letter dated May 10, 2022, the Board, pursuant to Section 202(a) of PROMESA, provided notice of the schedule for developing, submitting, approving, and certifying a fiscal year 2023 budget for HTA, which schedule was subsequently revised by the Board; and

WHEREAS, on May 29, 2022, pursuant to Section 202(c)(1) of PROMESA, the Governor submitted a proposed fiscal year 2023 budget for HTA; and

WHEREAS, on June 10, 2022, pursuant to Section 202(c)(1)(B) of PROMESA, the Board provided the Governor a notice of violation for corrective actions of the proposed fiscal year 2023 budget for HTA; and

WHEREAS, on June 17, 2022, pursuant to Section 202(c)(1) of PROMESA, the Governor submitted a revised proposed fiscal year 2023 budget for HTA; and

WHEREAS, the Board thereafter determined that the revised proposed fiscal year 2023 budget for HTA did not reflect a compliant budget as required by Section 202(c)(2) of PROMESA; and

1

HTA_CONF 00015883

WHEREAS, the Board has developed a revised, compliant fiscal year 2023 budget for HTA for submission to the Governor pursuant to Sections 202(c)(2) and 202(e)(4) of PROMESA, which budget is attached hereto as Exhibit 1 (the "2023 Compliant HTA Budget");

NOW, THEREFORE, IT IS HEREBY RESOLVED THAT, pursuant to Sections 202(c)(2) and 202(e)(4) of PROMESA, the Board shall submit to the Governor the 2023 Compliant HTA Budget, and such budget shall be (i) deemed to be approved by the Governor, (ii) the subject of a compliance certification to be issued by the Board to the Governor, and (iii) in full force and effect beginning on July 1, 2022.

2

# EXHIBIT 1 – REVENUES BUDGET
# PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY

**Section I. -** Budget Overview

| In $ thousands | FY23 Budget |
|---|---|
| Toll Fare & Fine Revenues | 219,215 |
| Transit Revenues & Other Operating Income | 15,541 |
| Operating FTA funds | 20,000 |
| Operating Commonwealth Transfer | 178,777 |
| **Total Operating Revenues** | **433,532** |
| Commonwealth CapEx Funds | 111,474 |
| Federal CapEx Funds | 377,005 |
| **Total Capital Revenues** | **488,479** |
| **Total Consolidated Revenues** | **922,011** |
| Payroll & Pension Costs | 59,052 |
| Toll Highways Administration and Maintenance Costs | 48,744 |
| Tren Urbano & Feeder Bus Costs | 83,972 |
| Other Operating Costs | 41,111 |
| **Total Operating Expenses** | **232,879** |
| Federal Highway Construction Program Costs | 268,945 |
| Non-Federal Highway Construction Program Costs | 93,477 |
| Emergency Repair Construction Program Costs | 72,412 |
| Transit Construction Program Costs | 39,753 |
| Other Capital Costs | 60,170 |
| **Total Capital Expenses** | **534,757** |
| Reserve Deposits | 100,383 |
| **Total Reserve Deposits** | **100,383** |
| **Total Consolidated Expenses** | **868,019** |
| **Balance** | **53,992** |

1

HTA_CONF 00015885

## TOLL FARE & FINE REVENUES

| In $ thousands | FY23 Budget |
|---|---|
| Toll fare revenue from existing toll rates | 149,794 |
| Toll fare revenue from increased toll rates | 18,622 |
| Toll fare revenues from dynamic toll lanes ("DTL") | 5,566 |
| Toll fare revenues from bi-directional tolling | 2,287 |
| **Total Toll Fare Revenues** | **176,270** |
| Toll fine revenue from existing fine rates | 36,784 |
| Toll fine revenue from tiered fine rates | 6,161 |
| **Total Toll Fine Revenues** | **42,945** |
| **Total Toll Fare & Fine Revenues** | **219,215** |

## TRANSIT REVENUES & OTHER OPERATING INCOME

| In $ thousands | FY23 Budget |
|---|---|
| Tren Urbano fare revenue | 4,426 |
| Feeder Bus fare revenue | 574 |
| Bus Rapid Transit "BRT" fare revenue | 100 |
| **Total Transit Revenue** | **5,100** |
| Other Operating income | 10,441 |
| **Total Other Operating Income** | **10,441** |
| Operating FTA funds | 20,000 |
| **Total Operating FTA Funds** | **20,000** |
| **Total Transit Revenues & Other Operating Income** | **35,541** |

## OPERATING COMMONWEATH ("CW") TRANSFER

| In $ thousands | Fiscal Plan Projections |
|---|---|
| Operating CW transfer | 178,777 |
| **Total Operating CW Transfer** | **178,777** |

## COMMONWEALTH ("CW") CAPEX FUNDS

| In $ thousands | FY23 Budget |
|---|---|
| CW CapEx appropriation | 53,761 |
| Rollover state CapEx funds | 57,713 |
| **Total CW Capex Funds** | **111,474** |

2

HTA_CONF 00015886

## FEDERAL CAPEX FUNDS

| In $ thousands | FY23 Budget |
|---|---|
| FHWA Regular Funds | 207,289 |
| FHWA "IIJA" Highway Funds | 16,656 |
| FHWA "IIJA" Bridge Funds | 45,000 |
| **Total Non-ER FHWA Funds** | **268,945** |
| FHWA Emergency Funds | 51,758 |
| FEMA Emergency Funds | 16,949 |
| **Total Federal Emergency Funds** | **68,707** |
| FTA Regular Funds | 37,753 |
| FTA "IIJA" Funds | 1,600 |
| **Total Transit Federal Funds** | **39,353** |
| **Total Federal CapEx Funds** | **377,005** |

## PAYROLL & PENSION COSTS

| In $ thousands | FY23 Budget |
|---|---|
| Main salaries - non-construction | 10,375 |
| Healthcare costs - non-construction | 2,329 |
| Christmas bonus - non-construction | 167 |
| Early retirement costs - non-construction | 6,101 |
| Other labor costs - non-construction | 1,649 |
| Hiring initiatives – non-construction | 2,214 |
| **Total non-construction salaries & related benefits** | **22,834** |
| Main salaries - transit | 375 |
| Healthcare costs - transit | 75 |
| Christmas bonus - transit | 5 |
| Other labor costs - transit | 39 |
| **Total transit salaries & related benefits** | **494** |
| Pensions contributions | 35,724 |
| Administrative costs | - |
| **Total pension costs** | **35,724** |
| **Total Payroll & Pensions Costs** | **59,052** |
| ***Total Payroll & Pension Cost – Including construction payroll*** | **88,059** |

3

HTA_CONF 00015887

## TOLL HIGHWAY ADMINISTRATION AND MAINTENANCE COSTS

| In $ thousands | FY23 Budget |
|---|---|
| Variable electronic toll collection fees | 24,000 |
| Highway electricity costs | 4,108 |
| Highway Insurance Cost | 2,921 |
| Other toll highway administration & maintenance costs | 17,715 |
| **Total Toll Highways Administration and Maintenance Costs** | **48,744** |

## TREN URABANO & FEEDER BUS COSTS

| In $ thousands | FY23 Budget |
|---|---|
| Base fee for Tren Urbano operating contract | 50,921 |
| Other costs under Tren Urbano operating contract | 1,500 |
| Tren Urbano insurance costs | 8,730 |
| Tren Urbano electricity costs | 9,824 |
| Other regular Tren Urbano costs | 69 |
| COVID-19 special costs | 550 |
| **Total Tren Urbano Costs** | **71,594** |
| Base fee for Feeder Bus operating contract | 10,004 |
| Other costs under Feeder Bus operating contract | 709 |
| Bus rapid transit costs | 1,467 |
| COVID-19 special costs | 198 |
| **Total Feeder Bus Costs** | **12,378** |
| **Total Tren Urbano & Feeder Bus Costs** | **83,972** |

## OTHER OPERATING COSTS

| In $ thousands | FY23 Budget |
|---|---|
| Operational ROW payments | 5,613 |
| Non-Title III Professional Service Fees | 9,956 |
| Title III Professional Service Fees | 10,000 |
| Discretionary fund management team | 300 |
| Electricity costs | 943 |
| Water supply costs | 514 |
| Other operating costs | 13,786 |
| **Total Other Operating Costs** | **41,111** |

4

HTA_CONF 00015888

## FEDERAL HIGHWAY CONSTRUCTION PROGRAM COSTS

| In $ thousands | FY23 Budget |
|---|---|
| Hard costs for regular federal highway construction | 244,450 |
| **Total federal highway construction hard costs** | **244,450** |
| Federal soft costs for planning & compliance | 24,495 |
| **Total federal highway construction soft costs** | **24,495** |
| **Total Federal Highway Construction Costs** | **268,945** |

## NON-FEDERAL HIGHWAY CONSTRUCTION PROGRAM COSTS

| In $ thousands | FY23 Budget |
|---|---|
| Hard costs for Abriendo Caminos projects - Phase III | 10,991 |
| Hard costs for other non-federal highway construction projects | 34,117 |
| Local construction costs | 9,500 |
| **Total non-federal highway construction hard costs** | **54,607** |
| Soft costs for Abriendo Caminos projects - Phase III | 1,384 |
| Non-federal funded project-linked soft costs | 26,685 |
| CDBG-DR/MIT state soft costs | 7,500 |
| Capital ROW payments | 3,300 |
| **Total non-federal highway construction soft costs** | **38,869** |
| **Total Non-Federal Highway Construction Costs** | **93,477** |

## EMERGENCY REPAIR CONSTRUCTION PROGRAM COSTS

| In $ thousands | FY23 Budget |
|---|---|
| FHWA funded emergency repair costs | 51,758 |
| FEMA funded emergency repair costs | 16,949 |
| Local emergency repair costs | 3,705 |
| **Total Emergency Repair Costs** | **72,412** |

## TRANSIT CONSTRUCTION PROGRAM COSTS

| In $ thousands | FY23 Budget |
|---|---|
| Transit construction costs | 39,753 |
| **Total Transit Construction Costs** | **39,753** |

5

HTA_CONF 00015889

## OTHER CAPITAL COSTS

| In $ thousands | FY23 Budget |
|---|---|
| Main salaries - construction | 17,487 |
| Healthcare costs - construction | 4,554 |
| Christmas bonus - construction | 326 |
| Other labor costs - construction | 2,719 |
| Critical workers program - construction | 1,536 |
| Student internship program - construction | 22 |
| Hiring initiative - construction | 2,364 |
| **Total construction salaries & related benefits** | **29,007** |
| Toll optimization costs | 27,088 |
| **Total toll optimization costs** | **27,088** |
| Other construction program costs | 1,575 |
| Metropistas broadband project | 2,500 |
| **Total other construction program costs** | **4,075** |
| **Total Other Capital Costs** | **60,170** |

## RESERVE DEPOSITS

| In $ thousands | FY23 Budget |
|---|---|
| Reserve deposits for other operating reserve | 86,983 |
| Reserve deposits for unforeseen non-Title III litigation costs | 6,000 |
| Reserve deposits for revision to employee classifications | 7,400 |
| **Total Reserve Deposits** | **100,383** |

6

HTA_CONF 00015890

## EXHIBIT 1 – REVENUES BUDGET (*cont.*)

## ENFORCEMENT OF THE PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY FY23 BUDGET

**Section II** - All appropriations and expenditures authorized in any prior fiscal year are terminated and no disbursement of public funds may be covered by such expenditure authorizations, except: (1) expenditures to carry out capital improvements that have been accounted for and kept on the books; (2) capital expenditures and equipment expenditures with procurement cycles that extend beyond the end of the fiscal year that have been accounted for and kept on the books; (3) the portion of any other expenditures authorized in the Puerto Rico Highway and Transportation Authority ("HTA") Certified Budget for the fiscal year 2022; and (4) the portion of the appropriations authorized for fiscal year 2022 that have been encumbered on or before June 30 of such fiscal year. This restriction on expenditures authorized in any prior fiscal year shall not apply to: (i) programs financed in whole or part with federal funds; (ii) orders by the United States district court with jurisdiction over all matters under Title III of PROMESA; and (iii) matters pertaining to any consent decree or injunction, or an administrative order or settlement entered into with a Federal Agency, with respect to Federal programs. In addition, the foregoing exceptions to the restrictions on expenditures authorized in any prior fiscal year are conditioned on the prior written approval of the Oversight Board.

**Section III** - The funds allocated to the "Reserve deposits for unforeseen non-Title III litigation costs" budget lines in Section 1 are to be kept in an interest-bearing account (separate from other accounts currently in use by HTA to conduct day-to-day operations). The Executive Director shall make monthly deposits (equal to 1/12th of the total amount) to fund the account as established in Section 1 up to the amounts provided therein. Any expenditure or use of the funds from the reserve account must be made in response to circumstances beyond HTA's control which cause HTA to miss revenue targets and/or exceed expenditure targets. Such expenditures will require prior express and written authorization from the Oversight Board.

**Section IV** - The funds deposited to the "Reserve deposits for emergencies and unforeseen events" account are to be kept in an interest-bearing account (separate from other accounts currently in use by HTA to conduct day-to-day operations). Any expenditure or use of the funds from the reserve account must be made in response to circumstances beyond HTA's control which cause HTA to miss revenue targets and/or exceed expenditure targets. Such expenditures will require prior express and written authorization from the Oversight Board.

**Section V** – The funds allocated for "Reserve deposits for revision to employee classifications" are to be kept in an interest-bearing account, separate from all other accounts currently in use by HTA, for the sole purpose of funding HTA's Employee Reclassification Program. Any expenditure or use of the funds within such separate account will require prior express and written authorization from the Oversight Board.

**Section VI** - The funds allocated under the "Other Operating Reserve" are to be kept in an interest-bearing account, separate from all other accounts currently in use by HTA. Such account must be funded in compliance with the requirements set forth in the HTA Plan of Adjustment and New HTA Bonds Indenture and is to be used for the sole purpose of meeting the obligations specified in each of the HTA Plan of Adjustment and New HTA Bonds Indenture.

HTA_CONF 00015891

**Section VII** - On or before August 30, 2022, the Executive Director of HTA will provide to the Oversight Board a certification indicating whether there are any unused amounts of the fiscal year 2022 certified budget for items (1), (2). (3), and (4) of Section 2 and, if so, an itemization of such unused amounts.

**Section VIII** - Notwithstanding any other statement, no unused budget allotments from any previous fiscal year shall be used by HTA to fund current fiscal year expenditures, except as otherwise expressly authorized in writing by the Oversight Board after June 30, 2022.

**Section IX** - The appropriations approved in this budget may only be reprogrammed with the prior express written approval of the Oversight Board. For the avoidance of doubt, this prohibition includes any reprogramming of any amount, line item or expenditure provided in this budget, regardless of whether it is an intra-agency reprogramming. Reprogramming, also known as reapportionments, may be made into spend concepts and/or objects not explicitly listed in the FY2023 certified budget resolution as long as such requests are submitted to and approved in writing by the Oversight Board.

**Section X** - Pursuant to Section 203 of PROMESA, HTA must submit to the Oversight Board, no later than 15 days after the last day of each month of FY2023, a budget to actual report, along with an explanation of relevant variances as provided in the certified Fiscal Plan. The Oversight Board may determine to provide HTA a template to be used for such reporting, in which case any quarterly budget to actual reports submitted by HTA must be submitted consistent with such reporting template.

**Section XI** - The Executive Director of HTA shall be responsible for not spending or encumbering during FY2023 any amount that exceeds the authorized budget amounts. This prohibition applies to every budget amount authorized herein, including amounts for payroll and related costs. The Executive Director of HTA shall also certify to the Oversight Board by August 30, 2022, that no amount was spent or encumbered that exceeded the authorized budget amount in the certified budget for fiscal year 2022.

**Section XII** - The Oversight Board reserves the right to, in its sole discretion, issue a notice to the Governor, pursuant to PROMESA Section 202(a), setting forth a schedule for revising HTA's budget.

**Section XIII** - In conjunction with the reports required in these sections, a certification to the Oversight Board must be included stating (1) that no authorized budget amount of any previous fiscal year (except for those covered by the exceptions mentioned herein) has been used to cover any expenditure unless authorized by the express written approval of the Oversight Board.

**Section XIV** – The HTA Budget for FY2023 shall take effect on July 1, 2022.

HTA_CONF 00015892