# Debtor's Ex. 11

Debtor's Ex. 11



# FINANCIAL OVERSIGHT & MANAGEMENT BOARD
# FOR PUERTO RICO

Members
Andrew G. Biggs
Arthur J. González
Antonio L. Medina
John E. Nixon
Justin M. Peterson
Betty A. Rosa

David A. Skeel, Jr.
Chair

Natalie A. Jaresko
Executive Director

**BY ELECTRONIC MAIL**

February 22, 2022

The Honorable Pedro Pierluisi Urrutia
Governor of Puerto Rico

The Honorable José Luis Dalmau Santiago
President of the Senate of Puerto Rico

The Honorable Rafael Hernández Montañez
Speaker of the House of Representatives of Puerto Rico

Dear Governor Pierluisi Urrutia, President Dalmau Santiago and Speaker Hernández
Montañez:

Pursuant to a Unanimous Written Consent ("UWC"), a copy of which is attached hereto as Exhibit
A, adopted by the Financial Oversight and Management Board for Puerto Rico (the "Oversight
Board"), and section 202(e)(3) of the Puerto Rico Oversight, Management, and Economic Stability
Act ("PROMESA"), the Oversight Board hereby issues to the Governor and the Legislature this
compliance certification that the Fiscal Year 2022 Amended Territory Budget of the
Commonwealth of Puerto Rico, as developed by the Oversight Board pursuant to section
202(d)(2), consisting of the document attached hereto as Exhibit 1, is a compliant budget as set
forth in the UWC.

The Oversight Board looks forward to continuing working with you to accomplish the
requirements and goals of PROMESA for the benefit of the people of Puerto Rico.

Sincerely,

David Skeel

David A. Skeel, Jr.

HTA_CONF 00015857

Honorable Pierluisi Urrutia
Honorable Luis Dalmau Santiago
Honorable Hernández Montañez
February 22, 2022
Page 2 of 2

Andrew G. Biggs
Arthur J. González
Antonio L. Medina
John E. Nixon
Justin M. Peterson
Betty A. Rosa

CC:     Ms. Natalie A. Jaresko
        Hon. Omar Marrero Diaz

HTA_CONF 00015858

## Exhibit 1

GOVERNMENT OF PUERTO RICO

February 21, 2022

## JOINT RESOLUTION

To include as part of the General Budget of Expenses of the Government of Puerto Rico for Fiscal Year 2022, a budget appropriation of $23,394,504,916 that includes the payments set forth in the Plan of Adjustment confirmed by the Title III Court in compliance with the provisions of the federal statute known as the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA); to amend the Joint Resolution of the General Budget for Fiscal Year 2022 to appropriate funds from General Fund of the State Treasury for the operating expenses of the Government of Puerto Rico for the fiscal year ending June 30, 2022; use funds to enable the Department of Treasury for payments as set forth in the Plan of Adjustment; provide that, in the event the final amounts are lower than expected, any unused appropriations are to be returned to the General Fund; to require the Department of Treasury to submit to the Oversight Board the amounts and supporting calculations to finalize certain payments; and for other related purposes.

STATEMENT OF MOTIVES

In 2016, Puerto Rico faced an unsustainable burden of more than $70 billion in debt and over $50 billion in unfunded pension liabilities, which led the Government of Puerto Rico to default for the first time in its history and lose access to capital markets. That same year, the United States Congress passed the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), to allow Puerto Rico to restructure its debt, achieve fiscal responsibility, and regain access to capital markets.

[INTENTIONALLY LEFT BLANK]

1

PROMESA established the Financial Oversight and Management Board for Puerto Rico ("FOMB") and provides a mechanism for the FOMB to negotiate with creditors on behalf of Puerto Rico to adjust the debt to sustainable levels. In accordance with the provisions of PROMESA, the FOMB submitted to the Title III Court the Joint Plan of Adjustment ("POA"), to restructure the debt of the Commonwealth, the Employees Retirement Systems, and the Public Buildings Authority and Qualifying Modifications under Title VI of PROMESA to restructure debts of the Convention Center District Authority ("CCDA") and the Puerto Rico Infrastructure Finance Authority (collectively, the "Qualifying Modifications"). On January 18, 2022, the Title III Court confirmed the POA and on January 20, 20022, the Court approved the Qualifying Modifications, officially concluding the restructuring of the debt of the Government of Puerto Rico and those governmental units that are subject to the POA and Qualifying Modifications, and providing the basis for a future of economic stability.

In total, the agreements included in the POA and Qualifying Modifications reduce the Government's public debt by approximately 50%. In other words, the public debt would be reduced from approximately $70 billion to $34 billion, and the Commonwealth's General Obligation ("GO") debt and Public Buildings Authority debt guaranteed by the Commonwealth would be reduced from $18.8 billion to $7.4 billion. In turn, the annual payment of Puerto Rico's public debt would be reduced from an average of $2.5 billion to $1.15 billion. Likewise, the annual debt service of the Commonwealth would be reduced from approximately 28% to 7% of the total revenues of the Government. This represents the largest municipal debt restructuring in American history.

To achieve this reduction in government debt, the POA requires the Central Government to issue new GO bonds and to create contingent value instruments. The Puerto Rico Legislative Assembly passed Act 53-2021, known as the "Ending Puerto Rico's Bankruptcy Act," with bipartisan support to enable the foregoing. In addition, the POA and Qualifying Modifications require the Government to make a series of payments to creditors on the effective date of the same, as well as on other dates in Fiscal Year 2022 and subsequent Fiscal Years. This Joint Resolution has the objective of appropriating the necessary funds for the Government to make the payments required under the POA and Qualifying Modifications, in accordance with the terms established therein. This will allow the Government of Puerto Rico to finally exit its restructuring proceeding and regain access to the capital markets, and to make much needed investments to improve our infrastructure and the quality of the services it is called upon to provide.

The Legislative Assembly recognizes that time is of the essence in adopting this Joint Resolution. Expeditiously authorizing the payments set forth herein and consummating the POA is a critical step to ending a problematic chapter in Puerto Rico's history and is equally important to our future. Any delay in emerging from the

HTA_CONF 00015860

PROMESA restructuring proceeding will add additional costs, hamper our future growth and delay much needed investments in Puerto Rico.

Based on the foregoing, this Legislative Assembly adopts this Joint Resolution in order to appropriate unused cash accumulated from prior fiscal years totaling $10,886,989,453, in compliance with the provisions of the POA, and to amend the Joint Resolution of the General Fund Budget for Fiscal Year 2021-2022 certified on June 30, 2021 from $10,112,390,000 to $12,507,515,463.

*BE IT RESOLVED BY THE PUERTO RICO LEGISLATIVE ASSEMBLY:*

1    Section 1.- It is hereby appropriated as part of the General Budget of Expenses of

2    the Government of Puerto Rico for Fiscal Year 2021-2022, the amount of $10,886,989,453

3    for the purposes and from the sources detailed below. Capitalized terms used herein are

4    as defined in the POA:

5    I. Appropriations from prior fiscal years cash under the custody of the Department of

6    Treasury

7    A. Debt service

8    i.    For the payment of Allowed Vintage

9         CW Bond Claims to be paid on

10        the effective date of the

11        POA, and subject to

12        the right of election set forth in

13        Section 19.2 of the POA                                    $1,940,413,573

14   ii.   For the payment of Allowed

15        2011 CW Bond Claims to be

16        paid on the effective date

3

| 1 | | of the POA, and | |
| 2 | | subject to the right of election | |
| 3 | | set forth in Section 34.2 of the POA | $148,833,731 |
| 4 | iii. | For the payment of Allowed | |
| 5 | | 2011 CW Series D/E/PIB | |
| 6 | | Bond Claims to be paid on | |
| 7 | | the effective date of the POA, and | |
| 8 | | subject to the right of election | |
| 9 | | set forth in Section 40.2 of the POA | $211,355,036 |
| 10 | iv. | For the payment of Allowed 2012 | |
| 11 | | CW Bond Claims to be paid | |
| 12 | | on the effective date of the POA, and | |
| 13 | | subject to the right of election | |
| 14 | | set forth in Section 44.2 of the POA | $909,912,680 |
| 15 | v. | For the payment of Allowed 2014 | |
| 16 | | CW Bond Claims to be paid on | |
| 17 | | the effective date of the POA, | |
| 18 | | and subject to the right of election | |
| 19 | | set forth in Section 50.2 of the POA | $1,213,478,877 |
| 20 | vi. | For the payment of Vintage | |
| 21 | | Allowed CW Guarantee Bond Claims | |
| 22 | | To be paid on the effective date | |

4

| | | | |
|---|---|---|---|
| 1 | | of the POA | $653,782,174 |
| 2 | vii. | For the payment of Allowed  Vintage | |
| 3 | | PBA Bond Claims to be paid | |
| 4 | | on the effective date of the POA | $611,331,186 |
| 5 | viii. | For the payment of Allowed 2011 CW | |
| 6 | | Guarantee Bond Claims to be paid | |
| 7 | | on the effective date of the POA, | |
| 8 | | and subject  to the right of election | |
| 9 | | set forth in Section 38.2 of the POA | $323,523,903 |
| 10 | ix. | For the payment of Allowed 2011 PBA | |
| 11 | | Bond Claims to be paid on the | |
| 12 | | effective date of  the POA | $306,768,912 |
| 13 | x. | For the payment of Allowed 2012 CW | |
| 14 | | Guarantee Bond Claims to be | |
| 15 | | paid on the effective date of the POA, | |
| 16 | | and subject to the right of election set | |
| 17 | | forth in Section 48.2 of the POA | $149,700,027 |
| 18 | xi. | For the payment of Allowed 2012 PBA | |
| 19 | | Bond Claims to be paid on the effective | |
| 20 | | date of the POA | $154,899,902 |
| 21 | xii. | For the payment of Allowed PBA/DRA | |
| 22 | | Secured Claims to be paid | |

5

| | | | |
|---|---|---|---|
| 1 | | on the effective date of the POA | $6,865,330 |
| 2 | xiii. | For the payment of GO and PBA | |
| 3 | | Restriction Fees to be paid | |
| 4 | | on the effective date of the POA | $232,871,901 |
| 5 | xiv. | For the payment of GO and PBA | |
| 6 | | Consummation Costs to be paid | |
| 7 | | within 10 business days of the effective | |
| 8 | | date of the POA | $176,682,903 |
| 9 | xv. | For the payment of Retail Support | |
| 10 | | Fees to be paid on the effective | |
| 11 | | date of the POA | $50,000,000 |
| 12 | xvi. | For the payment of Clawback | |
| 13 | | Structuring Fees for Assured Guaranty | |
| 14 | | to be paid in accordance with | |
| 15 | | Section 1.302 of the  POA | $39,300,000 |
| 16 | xvii. | For the payment of Clawback | |
| 17 | | Structuring Fee for National Public | |
| 18 | | Finance Guarantee to be paid in | |
| 19 | | accordance with Section 1.302 of the | |
| 20 | | POA | $19,300,000 |
| 21 | xviii. | For the payment of Allowed PRIFA Bonds | |
| 22 | | Claims to be paid on the | |

6

| | | | |
|---|---|---|---|
| 1 | | effective date of the POA | $193,500,000 |
| 2 | xix. | For the payment of PRIFA | |
| 3 | | Structuring Fees for | |
| 4 | | Ambac Assurance to be paid in | |
| 5 | | accordance with Section 6.2 of the | |
| 6 | | FGIC and Ambac | |
| 7 | | Plan Support Agreement | $34,750,000 |
| 8 | xx. | For the payment of PRIFA | |
| 9 | | Structuring Fees for FGIC | |
| 10 | | to be paid in accordance with | |
| 11 | | Section 6.2 of the FGIC and | |
| 12 | | Ambac Plan Support Agreement | $21,750,000 |
| 13 | xxi. | For the payment of PRIFA Plan | |
| 14 | | Support Agreement Restriction | |
| 15 | | Fees to be paid in accordance with | |
| 16 | | Section 6.1 of the FGIC and | |
| 17 | | Ambac Plan Support Agreement | $10,000,000 |
| 18 | xxii. | For the payment of ERS | |
| 19 | | Bondholders Cash Consideration | |
| 20 | | to be paid on the effective date | |
| 21 | | of the Plan of Adjustment | $373,000,000 |
| 22 | xxiii. | For the payment of ERS | |

7

| | | | |
|---|---|---|---|
| 1 | | Bondholders Restriction Fee | |
| 2 | | to be paid on the effective date | |
| 3 | | of the POA | $75,000,000 |
| 4 | xxiv. | For the payment of ERS | |
| 5 | | Bondholders Additional | |
| 6 | | Restriction Fee to be paid on | |
| 7 | | the effective date | |
| 8 | | of the POA | $2,250,000 |
| 9 | xxv. | For the payment of CCDA Bonds | |
| 10 | | Cash Consideration to be paid in | |
| 11 | | Accordance with the HTA/CCDA | |
| 12 | | Related Plan Support Agreement and | |
| 13 | | CCDA Qualifying Modification | $97,000,000 |
| 14 | xxvi. | For the payment of CCDA | |
| 15 | | Consummation Costs to be paid | |
| 16 | | In accordance with Section 3.8 of | |
| 17 | | the POA | $15,000,000 |
| 18 | xxvii. | For the payment to the bondholders of PFC | |
| 19 | | to be paid if a qualifying modification for | |
| 20 | | PFC is approved by the Court | $12,500,000 |
| 21 | xxviii. | For the payment to Oriental Bank for | |
| 22 | | payment under the Settlement Agreement | |

8

| | | | |
|---|---|---|---|
| 1 | | between the Puerto Rico Metropolitan Bus | |
| 2 | | Authority, subject to approval under | |
| 3 | | section 207 of PROMESA | <u>$4,000,000</u> |
| 4 | | **Subtotal** | **$7,987,770,134** |
| 5 | | B. Court judgements and indemnifications | |
| 6 | i. | For the funding of Allowed PBA General | |
| 7 | | Unsecured Claims to be paid | |
| 8 | | in accordance with Section 17.1 | |
| 9 | | of the POA | $17,689,988 |
| 10 | ii. | For the payment of Allowed PBA/DRA | |
| 11 | | Unsecured Claims to be paid | |
| 12 | | on the effective date of the POA | $13,867,894 |
| 13 | iii. | For the payment of Allowed System 2000 | |
| 14 | | Participant Claims to be paid in | |
| 15 | | accordance with Section 55.10 | |
| 16 | | of the POA | $1,376,958,081 |
| 17 | iv. | For the funding of GUC Reserve | |
| 18 | | inclusive of the Avoidance Actions Trust | |
| 19 | | and Allowed Convenience Claims | |
| 20 | | to be paid in accordance with | |
| 21 | | Sections 1.163, 1.354, 62.3, and 78.11 | |
| 22 | | of the POA | $575,000,000 |

9

1      v.     For the funding of ACR Reserve

2              to be paid on the effective date

3              of the POA           $229,000,000

4      vi.    For the payment of the AFSCME

5              Support Fee to be paid on the effective

6              date of the POA          $5,000,000

7      vii.   For the payment of the Professional Fees

8              representing AFSCME to be paid

9              on or after the effective date

10             of the POA           $5,000,000

11    viii.  For the payment of 330 Med Centers

12            Claims to be paid in accordance with

13            Section 60.1 of the POA     $146,791,886

14    ix.    For the payment of Act 1 and Act 447

15            Beneficiary Claims to be paid on

16            the effective date of the

17            POA           $100,000,000

18    x.     For the payment of Allowed Dairy Producers

19            Claims to be paid in accordance

20            with Section 57.1 of the POA   $31,161,820

21    xi.    For the payment of

22            the Initial Deposit to the Pension

10

HTA_CONF 00015868

1  Trust to be paid on the effective date of

2  the POA                                           $5,000,000

3  xii.  For the payment of ERS

4  General Unsecured Creditors Pool

5  to be paid on the effective date of

6  the POA, and subject

7  to the election set forth in Section 70.1(b)       $500,000

8  xiii.  For the funding of Allowed Eminent Domain

9  Claims of the Commonwealth and the Public Buildings

10  Authority to be paid in accordance with

11  Section 58.1 and 77.1 of the POA                  $344,949,651

12  xiv.  For the funding of Allowed Cure Amounts for

13  Unexpired Leases to be paid in accordance

14  with Section 76.1 of the POA                      $7,800,000

15  xv.  For the funding of Allowed Administrative

16  Expense Claims to be paid in accordance

17  with Section 1.52 of the POA                     $30,500,000

18  **Subtotal**                                 **$2,889,219,319**

19  C. Payroll and related costs

20  i.  For the payment of signing bonuses

21  and the Additional Fee to be disbursed as a

22  cash bonus to AFSCME Represented Employees

11

1          to be paid on or after the effective date

2          of the POA                          $10,000,000

3          **Subtotal**                      **$10,000,000**

4         **Total  Unused Cash Appropriated**

5         **from Prior Fiscal Years**         **$10,886,989,453**

6

7   II. The Joint Resolution of the General Fund Budget for Fiscal Year 2021-2022 certified on

8   June 30, 2021 is amended from $10,112,390,000 to $12,507,515,463.

9        A.  The following appropriations are hereby adjusted from The Joint Resolution of

10         the General Fund Budget for Fiscal Year 2021-2022 certified on June 30, 2021,

11         as   follows.   Additionally,   approximately   $48,770,000   of   funds   were

12         reapportioned in Fiscal Year 2022 across various agencies which remain in the

13         Amended Budget for Fiscal Year 2021-2022.

| Agency | Concept/Object | FY22 Certified Budget | FY22 Amended Budget |
|---|---|---|---|
| Puerto Rico Health Insurance Administration | Social well-being for Puerto Rico - To pay for health insurance as provided in Law 72-1993, as amended | $1,522,721,000 | $696,985,000 |
| Appropriations under the custody of the OMB | Social well-being for Puerto Rico - To pay for health insurance as provided in Law 72-1993, as amended | $100,246,000 | $0 |
| Appropriations under the custody of the Treasury | Appropriations to non-governmental entities - Contributions to rum producers related to the "rum cover-over" | $157,382,000 | $175,528,000 |

HTA_CONF 00015870

| Agency | Concept/Object | FY22 Certified Budget | FY22 Amended Budget |
|---|---|---|---|
| | collected by the US Treasury | | |
| Appropriations under the custody of the Treasury | Appropriations to non-governmental entities - FEDE portion of corporate income taxes and non-resident withholdings in the Economic Incentive Fund, pursuant to law 60-2019 | $64,872,000 | $71,872,000 |
| Appropriations under the custody of the Treasury | Social well-being for Puerto Rico - For each municipality's Municipal Improvement Fund, as provided by Law 18-2014, to be distributed pursuant to Law 1-2011 | $25,917,000 | $27,909,000 |
| Appropriations under the custody of the Treasury | Social well-being for Puerto Rico - For each municipality's Municipal Development Fund, as provided by Law 18-2014, to be distributed pursuant to Law 1-2011 | $51,835,000 | $55,817,000 |
| Appropriations under the custody of the Treasury | Debt Service - For each municipality's Municipal Redemption Fund, as provided by Law 18-2014, to be distributed pursuant to Law 1-2011 | $0 | $55,817,000 |
| Appropriations under the custody of the Office of Management & Budget | Federal Fund Matching - Cost share of public assistance | $0 | $10,750,000 |
| Department of Education | Payroll and related costs - Salaries for School personnel | $654,974,000 | $669,235,000 |
| Appropriations under the custody of the OMB | Capital expenditures - Unallocated capital expenditures | $33,284,000 | $40,414,000 |

13

HTA_CONF 00015871

1

2        Further, the Other Operating Expenses cost concept in the following agencies

3        is hereby increased from The Joint Resolution of the General Fund Budget for

4        Fiscal Year 2021-2022 certified on June 30, 2021, by the amounts shown below:

| Agency | Cost Concept | Incremental Appropriation |
|---|---|---|
| Department of Education | Other Operating Expenses | $13,202,000 |
| Department of Health | Other Operating Expenses | $12,123,000 |
| Family and Children Administration | Other Operating Expenses | $5,764,000 |
| Department of Correction and Rehabilitation | Other Operating Expenses | $3,279,000 |
| Puerto Rico Department of Treasury | Other Operating Expenses | $3,254,000 |
| Mental Health and Drug Addiction Services Administration | Other Operating Expenses | $2,998,000 |
| Puerto Rico Police Bureau | Other Operating Expenses | $2,775,000 |
| Puerto Rico Technology and Innovation Services | Other Operating Expenses | $1,957,000 |
| Correctional Health | Other Operating Expenses | $1,433,000 |
| Administration for Socioeconomic Development of the Family | Other Operating Expenses | $1,375,000 |
| Retirement Board of the Government of Puerto Rico | Other Operating Expenses | $1,328,000 |
| Department of Natural and Environmental Resources | Other Operating Expenses | $1,231,000 |
| Puerto Rico Department of Agriculture | Other Operating Expenses | $757,000 |
| Puerto Rico Public Private Partnership Authority | Other Operating Expenses | $726,000 |

14

| Vocational Rehabilitation Administration | Other Operating Exepenses | $590,000 |
|---|---|---|

B. Appropriations under the custody of the Office of Management & Budget ("OMB")

    i.     Payroll and related costs

          a.     Former PREPA Employees' Payroll        $22,150,000

          b.     Former PREPA Employee Pension        $14,107,000

    ii.     Social well-being for Puerto Rico

          a.     Police Retirement Act 106

                Defined Contribution        <u>$269,330,000</u>

                **Subtotal**        **$305,587,000**

C. Appropriations for the Legislature

    i.     Undistributed appropriations to the House

          of Representatives of Puerto Rico        $4,500,000

    ii.     Undistributed appropriations to the Senate

          of Puerto Rico        $3,000,000

    iii.    For the creation of a Congressional

          Budget Office within Legislative Assembly        <u>$1,500,000</u>

                **Subtotal**        **$9,000,000**

D. Appropriations under the custody of the Treasury

    i.     Debt Service

          a.     For the payment of New GO Bonds –

HTA_CONF 00015873

| | | | |
|---|---|---|---|
| 1 | | Capital Investment Bonds to be paid | |
| 2 | | in accordance with Section 74.1 | |
| 3 | | of the POA | $684,278,300 |
| 4 | b. | For the payment of New GO Bonds – | |
| 5 | | 5.0% Capital Appreciation Bonds to be | |
| 6 | | paid in accordance with Section 74.1 | |
| 7 | | of the POA | $105,968,972 |
| 8 | c. | For the payment of Sales and Use Taxes | |
| 9 | | Contingent Value Instrument to be paid | |
| 10 | | in accordance with Exhibit J | |
| 11 | | of the POA | $223,949,000 |
| 12 | d. | For the payment of Rum Contingent | |
| 13 | | Value Instrument to be paid | |
| 14 | | in accordance with Exhibit M | |
| 15 | | of the POA | <u>$5,236,191</u> |
| 16 | | **Subtotal** | **$1,019,432,463** |
| 17 | ii. | Court judgements and indemnifications | |
| 18 | a. | For the payment of Administrative | |
| 19 | | Professional Fees to be paid | |
| 20 | | in accordance with Section 92.12 | |
| 21 | | of the POA | $13,200,000 |
| 22 | b. | For the funding of Loan to HTA | |

16

HTA_CONF 00015874

| | | | |
|---|---|---|---|
| 1 | | to be provided and repaid | |
| 2 | | in accordance with terms | |
| 3 | | to be agreed upon with the | |
| 4 | | Oversight Board | $314,000,000 |
| 5 | c. | For the contribution to the Pension | |
| 6 | | Reserve Trust | $1,420,936,000 |
| 7 | | **Subtotal** | **$1,748,136,000** |
| 8 | iii. | Payroll and related costs | |
| 9 | a. | For the payment of AFSCME | |
| 10 | | Upside Bonus to be paid in | |
| 11 | | accordance with Exhibit G-19 | |
| 12 | | of the POA | $18,312,000 |
| 13 | | **Subtotal** | **$18,312,000** |

14 **Total Joint Resolution of the General Fund Budget**

15 **for Fiscal Year 2021-2022**                                    **$12,507,515,463**

16      Section 2.- The amount of one hundred million dollars ($100,000,000) per year from

17 Fiscal Year 2023 to Fiscal Year 2025, and the amount of seventy-five million dollars

18 ($75,000,000) for Fiscal Year 2026, from the General Fund is hereby appropriated to enable

19 the Department of Treasury to fund the GUC Reserve, inclusive of the Avoidance Actions

20 Trust and Allowed Convenience Claims to be paid in accordance with Sections 1.163,

21 1.354, 62.3, and 78.11 of the POA.

HTA_CONF 00015875

1    Section 3.- The amount of forty-eight million nine-hundred and thirty thousand

2    six-hundred twenty-nine dollars ($48,930,629) per year for Fiscal Years 2023 and 2024,

3    from the General Fund, is hereby appropriated to enable the Department of Treasury to

4    cover the payment of 330 Med Centers Claims to be paid in accordance with Section 60.1

5    of the POA.

6    Section 4.- The amount of ten million three-hundred and eighty-seven thousand

7    two-hundred seventy-three dollars ($10,387,273) per year for Fiscal Years 2023 and 2024,

8    from the General Fund, is hereby appropriated to the Department of Treasury for the

9    payment of Dairy Producers Claims to be paid in accordance with Section 57.1 of the

10   POA.

11   Section 5.- In the event that the final amounts to be paid are lower than the

12   amounts appropriated herein, any unused appropriations are to be returned to the

13   General Fund (Treasury Single Account).

14   Section 6.- The ACR Reserve, Administrative Expense Claims, Eminent Domain

15   Claims, PBA General Unsecured Claims, and ERS General Unsecured Creditors Pool

16   appropriations remain in effect until June 30, 2027. Quarterly reporting on resolution

17   and/or payment of any such claims is to be provided by the party responsible for such

18   resolution or payment to the Oversight Board for review.

19   Section 7.- The Secretary of Treasury is hereby authorized to use the funds set aside

20   in the Tourism Company accounts as of the Plan effective date to pay the CCDA Bonds

21   Cash Consideration and CCDA Consummation Costs, as detailed in the HTA/CCDA

22   Related Plan Support Agreement. Any excess amounts remaining after those payments

18

1    are made shall be utilized to pay the Clawback Structuring Fees for Assured Guaranty

2    and National Public Finance Guarantee in accordance with Section 1.302 of the POA.

3          Section 8.- The Department of Treasury shall submit to the Calculation Agent the

4    information necessary to determine payment for the Upside Participation Bonus, Pension

5    Reserve Trust, Sales and Use Tax Contingent Value Instrument, and Rum Tax Contingent

6    Value Instrument in accordance with the requirements of the applicable Calculation

7    Agent Agreement.  The Calculation Agent will determine the Upside Participation Bonus,

8    Pension Reserve Trust, Sales and Use Tax Contingent Value Instrument, and Rum Tax

9    Contingent Value Instrument in accordance with the requirements of the applicable

10   Calculation Agent Agreement. The appropriation for the Sales and Use Contingent Value

11   Instrument and Rum Tax Contingent Value Instrument is hereby extended until

12   November 1, 2022.

13         Section 9.- In accordance with Section 103 of Act 53-2021, the Governor, the

14   Secretary of Treasury, and any other Governor's Designee (as defined in Act 53-2021), are

15   each hereby authorized to execute, on behalf of the Commonwealth of Puerto Rico, the

16   Pension Reserve Deed of Trust to establish the Pension Reserve Trust, as required by

17   Section 83.1 of the Plan of Adjustment, and to take any other action that may be required

18   in order to implement its provisions; provided that the execution of such deed by any one

19   of such officials shall be sufficient. The appropriation for the Pension Reserve Trust

20   Contribution is hereby extended until November 1, 2022.

21         Section 10 - The appropriation for the AFSCME Upside Bonus is hereby extended

22   until December 1, 2022.Section 11.- The final payment amount to Oriental Bank pursuant

19

1    to the Settlement Agreement between Oriental Bank and the Puerto Rico Metropolitan

2    Bus Authority is subject to Oversight Board approval.

3          Section 12.- The Former PREPA Employees' Payroll funds held under the custody

4    of the Office of Management and Budget ("OMB") are to be allocated by OMB to those

5    government entities that received former PREPA employees and demonstrated that they

6    are unable to cover those expenses with their current budget. However, those funds shall

7    only be released after the OMB provides a detailed report to the Oversight Board of the

8    employees transferred from the Puerto Rico Electric Power Authority ("PREPA") to such

9    other government entities. Government entities that may receive these funds are required

10    to provide a full roster with all active employees to the Oversight Board. Such roster must

11    identify any employee transferred from PREPA to the respective government entity.

12          Section 13.- The PREPA Employee Pension funds held under the custody of OMB

13    shall only be released after AAFAF provides, to the satisfaction of the Oversight Board,

14    the following documentation to the Oversight Board:

15        a.  A formal written legal opinion from AAFAF or internal or outside counsel to

16             AAFAF or the Government of Puerto Rico identifying the legal basis on which

17             former PREPA employees transferred to the Commonwealth may continue to

18             participate in the PREPA Employees Retirement System ("PREPA ERS"), as

19             opposed to being enrolled in the Commonwealth Act 106 Defined Contribution

20             plan, including the Government's ability or obligation to assume the PREPA

21             ERS employer contributions for mobilized employees. The legal opinion must

22             also identify whether a distinction should be made between employees with

HTA_CONF 00015878

1  ten (10) or more years of PREPA service and employees with less than ten (10)

2  years of PREPA service for purposes of determining eligibility to continue

3  participating in the PREPA ERS after mobilization, including identifying

4  whether continuing participation in the PREPA ERS is a vested right under Act

5  120-2018, as amended by Act 17-2019, and whether such right also applies to

6  employees with less than ten (10) years of PREPA service (who would not have

7  been vested in their PREPA ERS pension benefit prior to the mobilization date).

8 b. Identification of the point in time at which these contributions will be made

9  and how these contributions will be transferred to and accepted by PREPA

10  ERS.

11 c. A financial model with the basis for the calculation of such contributions (with

12  supporting source documentation) and an estimate of the approximate cost.

13 d. Confirmation that any pension reform measures applied to PREPA ERS would

14  also be applied to mobilized employees.

15 Section 14.- The Police Retirement Funds held under the custody of OMB shall

16 only be released upon approval from the Oversight Board.

17 Section 15 - The Secretary of the Treasury is hereby authorized, on behalf of the

18 Government of Puerto Rico, to make one or more loans or extend one or more credit

19 facilities to the Puerto Rico Highways and Transportation Authority ("HTA"), pursuant

20 to those agreed upon terms and conditions, to satisfy payments required in accordance

21 with the POA, Confirmation Order, and Section 1(II)(D)(ii)(c) of this Joint Resolution.

22 HTA is also hereby authorized to receive the proceeds of such loan or credit facility,

HTA_CONF 00015879

1   which shall be repaid pursuant to the terms and conditions agreed to with the Secretary

2   of the Treasury.  Terms and conditions of the loan to HTA are subject to approval by the

3   Oversight Board.

4        Section 16.- All other provisions in the Joint Resolution of the General Fund Budget

5   for Fiscal Year 2021-2022 certified on June 30, 2021 not amended herein shall remain in

6   full effect.

7        Section 17.- This Joint Resolution shall be adopted in both of Puerto Rico's official

8   languages, Spanish and English. If in the interpretation or application of this Act any

9   conflict arises between the English and Spanish texts, the English text shall govern.

10        Section 18.- Severability.

11        If any clause, paragraph, subparagraph, sentence, word, letter, article, provision,

12   section, subsection, title, chapter, subchapter, heading, or part of this Joint Resolution,

13   were to be annulled or declared unconstitutional, the order to such effect will neither

14   affect nor invalidate the remainder of this Joint Resolution. The effect of such an order

15   shall be limited to the clause, paragraph, subparagraph, sentence, word, letter, article,

16   provision, section, subsection, title, chapter, subchapter, heading, or part of this Joint

17   Resolution so annulled or declared unconstitutional. If the application to a person or

18   circumstance of any clause, paragraph, subparagraph, sentence, word, letter, article,

19   provision, section, subsection, title, chapter, subchapter, heading, or part of this Joint

20   Resolution, were to be annulled or declared unconstitutional, the order to such effect will

21   neither affect nor invalidate the application of the remainder of this Joint Resolution to

22   such persons or circumstances to which it may be validly applied. It is the express and

HTA_CONF 00015880

1   unequivocal intent of this Legislative Assembly that the courts of law enforce the

2   provisions and application of this Joint Resolution to the greatest possible extent, even if

3   any of its parts is annulled, invalidated, affected or declared unconstitutional, or even if

4   the application thereof to any person or circumstance is annulled, invalidated or declared

5   unconstitutional. This Legislative Assembly would have passed this Joint Resolution

6   regardless of the ruling on severability that a Court may issue.

7        Section 19.- This Joint Resolution shall take effect immediately after enactment.

23