# Debtor's Ex. 17

**Debtor's Ex. 17**



# Highways and Transportation Authority
## Minimum Cash Analysis
July 22, 2022

HTA_CONF 00018315

# Three approaches were considered to determine a minimum cash range of $98-107 million



| Methodology | Range | Description | Recommendation |
|---|---|---|---|
| **1. Operating Cash** | | | |
| GFOA Recommendation | $10m – $60m (highlighted $30m–$45m) | GFOA's best practice is **45 - 60 days** of operating expenses, dependent on the level of subsidization from the General Fund. This is approximately **$33 - $44 million** for HTA. | **$36 million** |
| Transit Comparables | $10m – $60m (highlighted $22m–$44m) | Using comparable transit systems, the average operating cash policies are between **30 – 60 days**. This is approximately **$22 - $44 million** for HTA. | |
| **2. Capital Cash** | | | |
| Reimbursement Process | $30m – $80m (highlighted ~$63m) | HTA's average reimbursement period for federally funded capex is 1 month and for Commonwealth funded: 4 months. Applying HTA's fiscal plan capex, split by federal and local funding sources, results in minimum capital cash of **$63 million**. | **$63 million** |
| **1. Operating + 2. Capital Cash Recommendation** | | | **$98 million** |
| **3. Total Cash Recommendation** | | | **$107 million** |
| Peer Comparables | $0m – $400m (highlighted ~$67m–$348m) | The total cash held by 8 peers (including State DOT's and road/tollway authorities) indicate a total cash range of **1 to 7 months** of total expenditures (equivalent to $67 million - $348 million). The median of this range is **1.9 months** or approximately **$107 million.** | |

Note: Analysis to be used in the HTA Best Interest Test.

2

# Peer cash and expenditure benchmark data suggest HTA's minimum cash balance may be approximately $107 million



| | Cash Balance | Total Expenditures | Cash over Total Expenditures |
|---|---|---|---|
| MA | $768M | $7.88B | 1.2 months |
| IL | $838M | $6.91B | 1.5 months |
| ID | $107M | $737M | 1.7 months |
| AZ | $565M | $3.85B | 1.8 months |
| GA[1] | $74.0M | $450M | 2.0 months |
| WI | $852M | $2.67B | 3.8 months |
| FL[2] | $599M | $1.58B | 4.5 months |
| OH | $1.62B | $3.21B | 6.1 months |
| **Median** | **$684M** | **$2.94B** | **1.9 months** |

Applying the median of 1.9 months of total expenditures to HTA's fiscal plan 5-year average fiscal plan total expenditures indicates a cash balance of **$107 million**.



1. Georgia State Road and Tollway Authority
2. Florida's Turnpike System
Source: State/Authority Audited Comprehensive Financial Statements & Performance Reports

3