# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>　　　　　　　Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

**MOTION OF THE HTA INSURED BONDHOLDER GROUP SUBMITTING EXHIBIT LIST IN CONNECTION WITH CONFIRMATION OF HTA PLAN OF ADJUSTMENT**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("**COFINA**") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("**HTA**") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("**ERS**") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("**PREPA**") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("**PBA**") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Franklin Advisers, Inc. and Nuveen Asset Management (collectively, the "**HTA Insured Bondholder Group**"), by and through their undersigned counsel, hereby submit this Motion Submitting Exhibit List in Connection with Confirmation of the HTA Plan of Adjustment pursuant to the Order Regarding Procedures for Hearing on Confirmation of HTA Plan of Adjustment August 17-18, 2022 Omnibus Hearing (the "**Hearing Procedures Order**," ECF No. 21494 in Case No. 17-BK-3283-LTS).

The HTA Insured Bondholder Group reserves all rights, including the right to use exhibits identified on other parties' exhibits lists, the right to use additional exhibits for cross-examination or rebuttal if necessary, and the right to revise, amend, and/or supplement this list, for reasons including but not limited to adjournment of the confirmation hearing or modification of the Plan.

| Exhibit No. | Description |
|---|---|
| 1 | Puerto Rico Highways and Transportation Authority Official Statement, dated February 15, 2007 |

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

| | |
|---|---|
| Dated: San Juan, Puerto Rico<br>July 27, 2022 | Resepectfully Submitted, |

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.**<br>P.O. Box 195383<br>San Juan, PR 00919-5383<br>Tel.: (787) 751-8999<br>Fax: (787) 763-7760<br><br>/s/ Manuel Fernández-Bared<br>MANUEL FERNÁNDEZ-BARED<br>USDC-PR No. 204204<br>E-mail: mfb@tcm.law<br><br>/s/ Linette Figueroa-Torres<br>LINETTE FIGUEROA-TORRES<br>USDC-PR No. 227104<br>E-mail: lft@tcm.law<br><br>/s/ Nayda Perez-Roman<br>NAYDA PEREZ-ROMAN<br>USDC–PR No. 300208<br>E-mail: nperez@tcm.law<br><br>*Counsel for the HTA Insured Bondholder Group* | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>2000 K Street NW, 4th Floor<br>Washington, D.C. 20006<br>Tel.: (202) 775-4500<br>Fax: (202) 775-4510<br><br>/s/ Matthew M. Madden<br>MATTHEW M. MADDEN*<br>Email: mmadden@kramerlevin.com<br><br>*Pro Hac Vice Application Forthcoming*<br><br>**KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 715-9100<br>Fax: (212) 715-8000<br><br>DOUGLAS BUCKLEY**<br>Email: dbuckley@kramerlevin.com<br><br>**Admitted Pro Hac Vice*<br><br>*Counsel for the HTA Insured Bondholder Group* |