# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al*.,

      Debtors.[1]

   PROMESA
   Title III

   Case No. 17-BK-3283 (LTS)

   (Jointly Administered)

-------------------------------------------------------------------- x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

PUERTO RICO HIGHWAYS AND TRANSPORTATION
AUTHORITY,

      Debtor.

   PROMESA
   Title III

   Case No. 17-BK-3567 (LTS)

-------------------------------------------------------------------- x

## INFORMATIVE MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING HEARING ON CONFIRMATION OF HTA PLAN OF ADJUSTMENT AND AUGUST 17-18, 2022, OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Official Committee of Unsecured Creditors of all Title III Debtors (the

"Committee")[2] hereby submits this informative motion in response to the Court's *Order*

*Regarding Procedures for Hearing on Confirmation of HTA Plan of Adjustment and August 17-*

*18, 2022, Omnibus Hearing* [Case No. 17-3283, Docket No. 21494] (the "Scheduling Order")

and respectfully states as follows:

1.      Luc A. Despins and G. Alexander Bongartz of Paul Hastings LLP will appear on

behalf of the Committee at the Hearing (as defined in the Scheduling Order), and reserve the

right to address, as necessary, the following matters:

(a)     *Third Amended Title III Plan of Adjustment of the Puerto Rico Highways and*
        *Transportation Authority* [Case No. 17-3283, Docket No. 21271, Case No. 17-
        3567, Docket No. 1242];

        (i)     *Reservation of Rights of Official Committee of Unsecured Creditors*
                *Regarding Confirmation of Third Amended Title III Plan of Adjustment for*
                *Puerto Rico Highways and Transportation Authority* [Case No. 17-3283,
                Docket No. 21614, Case No. 17-3567, Docket No. 1296];

(b)     *Debtors' Motion for an Order Extending the Deadline to File Objections to*
        *Proofs of Claim* [Docket No. 21601];

(c)     *Status Report to be filed by the Oversight Board;*

(d)     *Status Report to be filed by AAFAF;*

(e)     Any objections, responses, statements, joinders, or replies to any of the foregoing;
        and

---

[2]     The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and
        COFINA.

(f)     Any statements made by any party in connection with the Title III cases or any

adversary proceeding pending therein.

2.     In addition, Mr. Juan J. Casillas Ayala of Casillas, Santiago & Torres LLC and

one of his co-counsel will also be attending, on behalf of the Committee, the Hearing virtually.

*[Remainder of page intentionally left blank.]*

3

WHEREFORE, the Committee respectfully requests that the Court take notice of the above.

Dated: July 27, 2022

*/s/ Luc A. Despins*

PAUL HASTINGS LLP
Luc. A. Despins, Esq. (Pro Hac Vice)
James R. Bliss, Esq. (Pro Hac Vice)
Nicholas A. Bassett, Esq. (Pro Hac Vice)
G. Alexander Bongartz, Esq. (Pro Hac Vice)
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and -

*/s/ Juan J. Casillas Ayala*

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*

EXHIBIT A
PARTY APPEARANCE SHEET

| Name of Party | Creditors' Committee | Attending the Confirmation Hearing and Omnibus Hearing. |
|---|---|---|
| ATTORNEY 1 | Appearance Method | CourtSolutions Speaking Line |
| | Name | Luc A. Despins |
| | Law Firm | Paul Hastings LLP |
| | Email | lucdespins@paulhastings.com |
| | Phone Number | (212) 318-6001 |
| | Docket Entry No. of Notice of Appearance | 494 |
| ATTORNEY 2 | Appearance Method | In Person – Puerto Rico |
| | Name | G. Alexander Bongartz |
| | Law Firm | Paul Hastings LLP |
| | Email | alexbongartz@paulhastings.com |
| | Phone Number | (212) 318-6472 |
| | Docket Entry No. of Notice of Appearance | 494 |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes. Name<br><br>Observation Method<br><br>• CourtSolutions Listen Only<br>• In Person – PR<br>• In Person – NY<br>Law Firm<br>Email<br>Phone Number | |

1

**EXHIBIT B**
PARTY WITNESS COVER SHEET

| Name of Party | | | **Creditors' Committee** |
|---|---|---|---|
| Does the Party intend to offer a witness? | | | **N/A** |
| Total Number of Witnesses | | | |
| Witness Name | Expert or Fact Witness | Is interpreter required? (Proponent of witness must provide certified interpreter)* | Scope of Testimony |
| | | | |
| | | | |
| | | | |
| | | | |

*

1

**EXHIBIT C**
<u>PARTY EXHIBIT COVER SHEET</u>

| Name of Party | | **Creditors' Committee** |
|---|---|---|
| Does the Party intend to offer evidence? | | **N/A** |
| Docket Entry No. for Party Exhibit List | | |
| Exhibit Identifier | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
| | | |
| | | |
| | | |
| | | |
| Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a). | | |

1