# Debtor's Ex. 46

**Debtor's Ex. 46**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JANET VÁZQUEZ-VELÁZQUEZ, et al.,

Plaintiffs,

v.

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY, et al.,

Defendants.

CIVIL NO.: 15-1727 (MEL)

**JUDGMENT**

Pursuant to the Opinions and Orders issued by the court (ECF Nos. 56, 155, 170, 211), judgment is hereby entered for Defendants and against Plaintiffs.

In light of the court's opinion and order GRANTING IN PART AND DENYING IN PART Defendants' motion to dismiss (ECF No. 56), Plaintiff Employees' spouses' and the conjugal partnerships' claims pursuant to Title 42, United State Code, Section 1983 alleging that Defendants violated their rights of procedural due process and substantive due process under the Fourteenth Amendment Due Process Clause, as well as their rights under the Takings Clause of the Fifth Amendment, Equal Protection Clause of the Fourteenth Amendment, and the Contract Clause in Article 1, Section 10, Clause 1 of the Constitution of the United States are DISMISSED WITH PREJUDICE. ECF No. 56, at 21-22. Plaintiff Employees' claims that Defendants violated their rights under the substantive due process clause, takings clause, and equal protection clause are also DISMISSED WITH PREJUDICE. ECF No. 56, at 22.

In view that Plaintiffs informed (ECF Nos. 152, 162) that they are voluntarily desisting from pursuing their Puerto Rico law claims under Title 29, Annotated Laws of Puerto Rico, Section

HTA_CONF 00016979

250, et seq. ("Law 180") and Title 29, Annotated Laws of Puerto Rico, Section 146, et seq. ("Law 100"), said claims are DISMISSED WITH PREJUDICE. ECF Nos. 155, 170.

In light of the court's opinion and order GRANTING IN PART AND DENYING IN PART Defendants' motion for summary judgment (ECF No. 211), Plaintiff Employees' claims that Defendants violated their rights under the Fourteenth Amendment Procedural Due Process Clause and Contract Clause in Article I, Section 10, Clause 1 of the Constitution of the United States are DISMISSED WITH PREJUDICE. Having declined to exercise supplemental jurisdiction over Plaintiffs' Puerto Rico law claims pursuant to Title 31, Annotated Laws of Puerto Rico, Section 5141 ("Article 1802"), these claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9th day of August, 2021.

s/Marcos E. López
U.S. Magistrate Judge

HTA_CONF 00016980