**EXHIBIT A**
PARTY APPEARANCE SHEET

| Name of Party | **Avoidance Actions Trustee** | Attending the Confirmation Hearing and Omnibus Hearing. |
|---|---|---|
| ATTORNEY 1 | Appearance Method | CourtSolutions Speaking Line |
| | Name | Nicholas A. Bassett |
| | Law Firm | Paul Hastings LLP |
| | Email | nicholasbassett@paulhastings.com |
| | Phone Number | (202) 551-1902 |
| | Docket Entry No. of Notice of Appearance | 21383 |
| ATTORNEY 2 | Appearance Method | |
| | Name | |
| | Law Firm | |
| | Email | |
| | Phone Number | |
| | Docket Entry No. of Notice of Appearance | |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes. Name<br><br>Observation Method<br><br>- CourtSolutions Listen Only<br>- In Person – PR<br>- In Person – NY<br><br>Law Firm<br>Email<br>Phone Number | |

1