**EXHIBIT B**
PARTY WITNESS COVER SHEET

| Name of Party | | | **Avoidance Actions Trustee** |
|---|---|---|---|
| Does the Party intend to offer a witness? | | | N/A |
| Total Number of Witnesses | | | |
| Witness Name | Expert or Fact Witness | Is interpreter required? (Proponent of witness must provide certified interpreter)* | Scope of Testimony |
| | | | |
| | | | |
| | | | |
| | | | |

\*