# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

### INFORMATIVE MOTION
### OF FINANCIAL GUARANTY INSURANCE COMPANY'S APPEARANCE AT HEARING ON CONFIRMATION OF HTA PLAN OF ADJUSTMENT AND AT AUGUST 17-18, 2022 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

Financial Guaranty Insurance Company ("**FGIC**"), by and through its attorneys, Rexach & Picó, CSP and Butler Snow LLP, files this *Informative Motion of Financial Guaranty Insurance Company's Appearance at Hearing on Confirmation of HTA Plan of Adjustment and at August 17-18, 2022, Omnibus Hearing*. In support of the Motion, FGIC respectfully states as follows:

1. Maria E. Picó and Martin A. Sosland intend to appear on behalf of FGIC at the Hearing[1] in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. Attached as Exhibit A is the Party Appearance Sheet.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms as in that certain *Order Regarding Procedures for Hearing on Confirmation of HTA Plan of Adjustment and August 17-18, 2022, Omnibus Hearing* [Case No. 17-3283, Dkt. # 21494] (the "***Order***").

65059460.v1

2. Ms. Picó and Mr. Sosland will appear in support of confirmation of the HTA Plan of Adjustment. They also will be available to address any matters and to respond to any questions raised by the Court or to any statements of any party that affect the interests of FGIC.

Dated: July 28, 2022.

Respectfully submitted,

REXACH & PICÓ, CSP

By: /s/ *María E. Picó*
    María E. Picó
    USDC-PR 123214
    802 Ave. Fernández Juncos
    San Juan PR 00907-4315
    Telephone: (787) 723-8520
    Facsimile: (787) 724-7844
    E-mail: mpico@rexachpico.com

BUTLER SNOW LLP

By: /s/ *Martin A. Sosland*
    Martin A. Sosland (*pro hac vice*)
    2911 Turtle Creek, Suite 1400
    Dallas, TX 75219
    Telephone: (469) 680-5502
    Facsimile: (469) 680-5501
    E-mail: martin.sosland@butlersnow.com

    James E. Bailey III (*pro hac vice*)
    Adam M. Langley (*pro hac vice*)
    6075 Poplar Ave., Suite 500
    Memphis, TN 38119
    Telephone: (901) 680-7347
    Facsimile: (615) 680-7201
    E-mail: jeb.bailey@butlersnow.com
    adam.langley@butlersnow.com

*Attorneys for Financial Guaranty Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: July 28, 2022.

                    Respectfully submitted,

                    By: */s/ Martin A. Sosland*
                          Martin A. Sosland

                    *Attorney for Financial Guaranty Insurance Company*

3

65059460.v1

# EXHIBIT A[1]

## PARTY APPEARANCE SHEET

| Name of Party | | Financial Guaranty Ins. Co. | Is the party attending the Confirm. Hearing, Omnibus Hearing, **or** Both? |
|---|---|---|---|
| ATTORNEY 1 | Appearance Method | | In Person – PR **or** CourtSolutions Speaking Line[2] |
| | Name | Maria E. Picó | |
| | Law Firm | Rexach & Pico, CSP | |
| | Email | mpico@rexachpico.com | |
| | Phone Number | (787) 723-8520 | |
| | Docket Entry No. of Notice of Appearance | 101 | |
| ATTORNEY 2 | Appearance Method | | In Person – PR **or** CourtSolutions Speaking Line |
| | Name | Martin A. Sosland | |
| | Law Firm | Butler Snow LLP | |
| | Email | martin.sosland@butlersnow.com | |
| | Phone Number | (469) 680-5502 | |
| | Docket Entry No. of Notice of Appearance | 150 | |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes. Name Observation Method <ul><li>CourtSolutions Listen Only</li><li>In Person – PR</li><li>In Person – NY</li></ul> Law Firm Email Phone Number | | |
| Pursuant to the Hearing Procedures Order ¶ 1, in-person participation by counsel will be prioritized in the following manner: the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be permitted 4 attorneys present in Courtroom 3 in San Juan, and each other party-in-interest shall be permitted 2 attorneys present in Courtroom 3 in San Juan. | | | |

---

[1] This Party Appearance Sheet must be attached to a party in interest's Informative Motion as **Exhibit A**.

[2] Pursuant to the Hearing Procedures Order ¶ 2, attorneys intending to participate by CourtSolutions must also separately register on the CourtSolutions website.

> Space permitting, additional attorneys who wish to view but not participate in the Confirmation Hearing or August Omnibus Hearing may gain admittance to the live courtroom (Courtroom 3 in San Juan), or the live feed which will broadcasted in Courtroom 17C in New York on a first-come first-served basis. All attorneys who wish to observe in person must be listed on this appearance sheet.