**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | |
| | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.,* | (Jointly Administered) |
| Debtors.[1] | |
| In re: | |
| | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3567-LTS |
| THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, | (Jointly Administered) |
| Debtor. | **Re: ECF No. 1270** |

**INFORMATIVE MOTION REGARDING ATTENDANCE AT (I) HEARING
ON CONFIRMATION OF THIRD AMENDED TITLE III PLAN OF ADJUSTMENT
OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY
AND (II) OMNIBUS HEARING ON AUGUST 17-18, 2022**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747), and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801).

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through the undersigned counsel, hereby states and prays as follows:

1. The undersigned, appearing in this proceeding on behalf of AAFAF, hereby respectfully submit this informative motion in response to the Court's order entered on July 13, 2022 [Case No. 17-03567, ECF No. 1270] *Regarding Procedures for Hearing On Confirmation of HTA Plan of Adjustment and August 17-18, 2022, Omnibus Hearing* (the "Order") for the confirmation of the *Third Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority* (the "Plan"), beginning on August 17, 2022 (the "Confirmation Hearing") and the omnibus hearing on certain motions in the above-captioned cases and related adversary proceedings to be commenced immediately upon the conclusion of the Confirmation Hearing (the "Omnibus Hearing" and together with the Confirmation Hearing, the "Hearings")[2].

2. In compliance with the Order's instructions for registration to participate at the Hearings, AAFAF hereby informs as follows:

3. Peter Friedman and/or Maria DiConza of O'Melveny & Myers LLP will appear, in person, at the Hearings, **(i)** reserving the right to be heard on any other matter presented to the Court and to respond to any statements made by any party in connection with the above captioned Title III cases to the extent it impacts the interests of AAFAF or the elected Government of Puerto Rico or any instrumentality thereof, and **(ii)** prepared to respond to any questions and comments of the Court, if any, pursuant to Paragraph 8.b. of the Order.

---

[2] Counsels listed in the party appearance sheet submitted as **Exhibit A** to this motion intend to appear both at the Confirmation Hearing and the Omnibus Hearing.

4.      Luis C. Marini-Biaggi and/or Carolina Velaz-Rivero of Marini Pietrantoni Muñiz

LLC will appear, in person, at the Hearing, seek to be heard in connection with AAFAF's general

status report to be filed in compliance with Paragraph 8.b. of the Order to the extent the Court has

any questions and reserve the right to be heard on any matter presented to the Court and to respond

to any statements made by any party in connection with the above-captioned Title III cases to the

extent it impacts the interests of AAFAF or the elected Government of Puerto Rico or any

instrumentality thereof.

5.      Further, counsels Marini, Velaz, Friedman and DiConza, hereby submit their Party

Appearance Cover Sheet as **Exhibit A** to this motion.

WHEREFORE, AAFAF respectfully requests that the Court take notice of the foregoing.

Dated:  July 28, 2022
        San Juan, Puerto Rico

Respectfully submitted,

**O'MELVENY & MYERS LLP**

*/s/ Peter Friedman*
Maria J. DiConza
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: mdiconza@omm.com

-and-

Peter Friedman
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: pfriedman@omm.com

*Attorneys for the Puerto Rico Fiscal
Agency and Financial Advisory
Authority*

*/s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Carolina Velaz-Rivero
USDC No. 300913
**MARINI PIETRANTONI MUÑIZ LLC**
250 Ponce de León Ave.
Suite 900
San Juan, Puerto Rico 00918
Tel: (787) 705-2171
Fax: (787) 936-7494

*Attorneys for the Puerto Rico Fiscal Agency
and Financial Advisory Authority*