EXHIBIT A[1]

<u>PARTY APPEARANCE SHEET</u>

| Name of Party | AAFAF | Is the party attending the Confirm. Hearing, Omnibus Hearing, <u>or</u> Both? Appearing at Both |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person – PR **or** CourtSolutions Speaking Line[2]  In Person |
| | Name | Peter Friedman and/or Maria DiConza |
| | Law Firm | O'Melveny & Myers LLP |
| | Email | pfriedman@omm.com and mdiconza@omm.com |
| | Phone Number | (202) 383-5300 and (212) 326-2144 |
| | Docket Entry No. of Notice of Appearance | PHV Admissions - Docket Nos. 153 and 6110 in Title III Case of Commonwealth of Puerto Rico |
| ATTORNEY 2 | Appearance Method | In Person – PR **or** CourtSolutions Speaking Line  In person |
| | Name | Luis C. Marini-Biaggi and/or Carolina Velaz-Rivero |
| | Law Firm | Marini Pietrantoni Muñiz, LLC |
| | Email | lmarini@mpmlawpr.com and cvelaz@mpmlawpr.com |
| | Phone Number | (787) 705-2171 |
| | Docket Entry No. of Notice of Appearance | Docket Nos. 2682 and 2683 in Title III Case of Commonwealth of Puerto Rico |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes.<br><br>Name<br>Observation Method<br>• CourtSolutions Listen Only<br>• In Person – PR<br>• In Person – NY<br>Law Firm<br>Email<br>Phone Number | |
| Pursuant to the Hearing Procedures Order ¶ 1, in-person participation by counsel will be prioritized in the following manner: the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be permitted 4 attorneys present in Courtroom 3 in San Juan, and each other party-in-interest shall be permitted 2 attorneys present in Courtroom 3 in San Juan. | | |

---

[1] This Party Appearance Sheet must be attached to a party in interest's Informative Motion as **Exhibit A**.

[2] Pursuant to the Hearing Procedures Order ¶ 2, attorneys intending to participate by CourtSolutions must also separately register on the CourtSolutions website.

220713 EXHIBIT A. APPEARANCE SHEET CH ORD     VERSION JULY 13, 2022     1

Space permitting, additional attorneys who wish to view but not participate in the Confirmation Hearing or August Omnibus Hearing may gain admittance to the live courtroom (Courtroom 3 in San Juan), or the live feed which will broadcasted in Courtroom 17C in New York on a first-come first-served basis. All attorneys who wish to observe in person must be listed on this appearance sheet.