EXHIBIT B[1]

PARTY WITNESS COVER SHEET

| Name of Party | | | AAFAF | |
|---|---|---|---|---|
| Does the Party intend to offer a witness? | | | N/A | |
| Total Number of Witnesses | | | | |
| Witness Name | Expert or Fact Witness | Is interpreter required? (Proponent of witness must provide certified interpreter)* | Scope of Testimony | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*The Court does not provide interpreters for witness testimony.

---

[1] This Party Witness Cover Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit B**.