# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br><br><br>No. 17 BK 3567-LTS<br><br>(Jointly Administered)<br><br>**Re: ECF No. 1269** |

**INFORMATIVE MOTION REGARDING ATTENDANCE AT PRETRIAL CONFERENCE IN CONNECTION WITH REQUEST FOR CONFIRMATION OF THIRD AMENDED TITLE III PLAN OF ADJUSTMENT OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ON AUGUST 8, 2022**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747), and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801).

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through the undersigned counsel, hereby states and prays as follows:

1. The undersigned, appearing in this proceeding on behalf of AAFAF, hereby respectfully submit this informative motion in response to the Court's order (the "Pretrial Conference Order") entered on July 13, 2022 [Case No. 17-03567, ECF No. 1269] *Regarding Procedures for August 8, 2022, Pretrial Conference* (the "Pretrial Conference") in connection with the request of the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") for approval of the *Third Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority* (the "Plan").

2. In compliance with the Pretrial Conference Order's instructions for registration to participate at the Pretrial Conference, AAFAF hereby informs as follows:

3. Peter Friedman and/or Maria J. DiConza of O'Melveny & Myers LLP will appear, via videoconferencing technology, at the Pretrial Conference and reserves the right to be heard on any other matter presented to the Court and to respond to any statements made by any party in connection with the above captioned Title III cases to the extent it impacts the interests of AAFAF or the elected Government of Puerto Rico or any instrumentality thereof.

4. Luis C. Marini-Biaggi and/or Carolina Velaz-Rivero of Marini Pietrantoni Muñiz LLC will appear, via videoconferencing technology, at the Hearing and reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases to the extent it impacts the interests of AAFAF or the elected Government of Puerto Rico or any instrumentality thereof.

5. Further, counsels Marini, Velaz, Friedman and DiConza, hereby submit their Party Appearance Cover Sheet as **Exhibit A** to this motion.

**WHEREFORE**, AAFAF respectfully requests that the Court take notice of the foregoing.

Dated: July 28, 2022
       San Juan, Puerto Rico

Respectfully submitted,

| | |
|---|---|
| **O'MELVENY & MYERS LLP** | */s/ Luis C. Marini-Biaggi* |
| | Luis C. Marini-Biaggi |
| */s/ Peter Friedman* | USDC No. 222301 |
| Maria J. DiConza | Carolina Velaz-Rivero |
| 7 Times Square | USDC No. 300913 |
| New York, NY 10036 | **MARINI PIETRANTONI MUÑIZ LLC** |
| Telephone: (212) 326-2000 | 250 Ponce de León Ave. |
| Facsimile: (212) 326-2061 | Suite 900 |
| Email: mdiconza@omm.com | San Juan, Puerto Rico 00918 |
| | Tel: (787) 705-2171 |
| -and- | Fax: (787) 936-7494 |
| | |
| Peter Friedman | *Attorneys for the Puerto Rico Fiscal Agency* |
| 1625 Eye Street, NW | *and Financial Advisory Authority* |
| Washington, DC 20006 | |
| Telephone: (202) 383-5300 | |
| Facsimile: (202) 383-5414 | |
| Email: pfriedman@omm.com | |
| | |
| *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* | |

3