**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>     as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br>     Debtors.[1] | PROMESA <br> Title III <br><br> Case No. 17-03283 (LTS) <br><br> (Jointly Administered) |
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>     as representative of <br><br> THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, <br><br>     Debtor. | PROMESA <br> Title III <br><br> Case No. 17-03567 (LTS) |

**INFORMATIVE MOTION REGARDING
NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION'S
APPEARANCE AT AUGUST 17–18 HTA CONFIRMATION HEARING
AND AUGUST OMNIBUS HEARING**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE NOTICE** that Kelly DiBlasi and/or Robert Berezin from Weil, Gotshal & Manges LLP, and Eric Pérez-Ochoa from Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C. will appear on behalf of National Public Finance Guarantee Corporation ("National") at the August 17–18, 2022 HTA Confirmation Hearing and August Omnibus Hearing (the "Hearings"), which will be held at the United States District Court for the District of Puerto Rico, at 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767, and telephonically via CourtSolutions. Kelly DiBlasi, Robert Berezin, and Eric Pérez-Ochoa will attend either in person in San Juan or telephonically via CourtSolutions.[2] National's legal representatives reserve the right to be heard on any matter raised by any party at the Hearings related to the Title III cases, any adversary proceeding pending in the Title III cases, or the interests of National. National reserves the right to amend this informative motion as needed, including the Exhibits attached hereto. National's Party Appearance Cover Sheet is attached hereto as **Exhibit A**, National's Witness Cover Sheet is attached hereto as **Exhibit B**, and National's Exhibit Cover Sheet is attached hereto as **Exhibit C**.

**RESPECTFULLY SUBMITTED**, this 28 day of July, 2022.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

---

[2] In compliance with ¶ 1 of the *Order Regarding Procedures for Hearing on Confirmation of HTA Plan of Adjustment and August 17–18, 2022, Omnibus Hearing* (ECF No. 21494), only two attorneys will attend the hearing in the San Juan courthouse at any given time.

| | |
|---|---|
| **ADSUAR MUÑIZ GOYCO**<br>**SEDA & PÉREZ-OCHOA, P.S.C.**<br>PO BOX 70294<br>San Juan, PR 00936<br>Telephone: 787.756.9000<br>Facsimile: 787.756.9010<br>Email: epo@amgprlaw.com<br>loliver@amgprlaw.com<br>acasellas@amgprlaw.com<br><br>By: */s/ Eric Pérez-Ochoa*<br>Eric Pérez-Ochoa<br>USDC-PR No. 206314<br><br>*/s/ Luis Oliver-Fraticelli*<br>Luis Oliver-Fraticelli<br>USDC-PR No. 209204<br><br>*/s/ Alexandra Casellas-Cabrera*<br>Alexandra Casellas-Cabrera<br>USDC-PR No. 301010 | **WEIL, GOTSHAL & MANGES LLP**<br>Kelly DiBlasi (admitted *pro hac vice*)<br>Jonathan Polkes (admitted *pro hac vice*)<br>Gregory Silbert (admitted *pro hac vice*)<br>Robert Berezin (admitted *pro hac vice*)<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Email: kelly.diblasi@weil.com<br>jonathan.polkes@weil.com<br>gregory.silbert@weil.com<br>robert.berezin@weil.com<br><br>Gabriel A. Morgan (admitted *pro hac vice*)<br>700 Louisiana Street, Suite 1700<br>Houston, TX 77002<br>Telephone: (713) 546-5000<br>Facsimile: (713) 224-9511<br>Email: gabriel.morgan@weil.com |

# EXHIBIT A
## PARTY APPEARANCE COVER SHEET

| Name of Party | | National Public Finance Guarantee Corporation<br><br>Attending both the HTA Confirmation Hearing and August Omnibus Hearing |
|---|---|---|
| Attorney 1 | Appearance Method | In Person–PR or CourtSolutions Speaking Line |
| | Name | Robert Berezin |
| | Law Firm | Weil, Gotshal & Manges LLP |
| | Email | robert.berezin@weil.com |
| | Phone Number | (212) 310-8000 |
| | Docket Entry No. of Notice of Appearance | ECF No. 18829 |
| Attorney 2 | Appearance Method | In Person–PR or CourtSolutions Speaking Line |
| | Name | Kelly DiBlasi |
| | Law Firm | Weil, Gotshal & Manges LLP |
| | Email | kelly.diblasi@weil.com |
| | Phone Number | (212) 310-8000 |
| | Docket Entry No. of Notice of Appearance | ECF No. 18829 |
| Attorney 3 | Appearance Method | In Person–PR or CourtSolutions Speaking Line |
| | Name | Eric Pérez-Ochoa |
| | Law Firm | Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C. |
| | Email | epo@amgprlaw.com |
| | Phone Number | (787) 756-9000 |
| | Docket Entry No. of Notice of Appearance | ECF No. 30 |
| Additional Attorney Observation | Name | Austin Crabtree |
| | Observation Method | CourtSolutions Listen-Only Line |
| | Law Firm | Weil, Gotshal & Manges LLP |
| | Email | austin.crabtree@weil.com |
| | Phone Number | (212) 310-8000 |

**EXHIBIT B**
<u>PARTY WITNESS COVER SHEET</u>

| Name of Party | National Public Finance Guarantee Corporation |
|---|---|
| Does the Party intend to offer a witness? | No<br><br>National reserves the right to amend this exhibit as necessary, including to respond to objections |
| Total Number of Witnesses | N/A |

| Witness Name | Expert or Fact Witness | Is interpreter required? (Proponent of witness must provide certified interpreter)* | Scope of Testimony |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

**EXHIBIT C**
PARTY EXHIBIT COVER SHEET

| | |
|---|---|
| Name of Party | National Public Finance Guarantee Corporation |
| Does the Party intend to offer evidence? | No<br><br>National reserves the right to amend this exhibit as necessary, including to respond to objections |
| Docket Entry No. for Party Exhibit List | ECF No. 21626 |

| Exhibit Identifier | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
|---|---|---|
| N/A | N/A | N/A |