# **EXHIBIT A**

# EXHIBIT A

PARTY APPEARANCE SHEET

| Name of Parties | Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (the "Assured Entities") | Both Confirm. Hearing and Omnibus Hearing |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person – PR |
| | Name | **Casey J. Servais** |
| | Law Firm | Cadwalader, Wickersham & Taft LLP |
| | Email | casey.servais@cwt.com |
| | Phone Number | (212) 504-6193 |
| | Docket Entry No. of Notice of Appearance | ECF No. 143 |
| ATTORNEY 2 | Appearance Method | Either in Person in PR or via CourtSolutions Speaking Line |
| | Name | **William J. Natbony** |
| | Law Firm | Cadwalader, Wickersham & Taft LLP |
| | Email | bill.natbony@cwt.com |
| | Phone Number | (212) 504 6351 |
| | Docket Entry No. of Notice of Appearance | ECF No. 3676 |
| ATTORNEY 3 | Appearance Method | Either in Person in PR or via CourtSolutions Speaking Line |
| | Name | **Mark C. Ellenberg** |
| | Law Firm | Cadwalader, Wickersham & Taft LLP |
| | Email | mark.ellenberg@cwt.com |
| | Phone Number | (202) 862-2238 |
| | Docket Entry No. of Notice of Appearance | ECF No. 138 |