**EXHIBIT B**

# EXHIBIT B

PARTY WITNESS COVER SHEET

| Name of Party | | Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | |
|---|---|---|---|
| Does the Party intend to offer a witness? | | No | |
| Total Number of Witnesses | | N/A | |
| Witness Name | Expert or Fact Witness | Is interpreter required? (Proponent of witness must provide certified interpreter) | Scope of Testimony |
| N/A | N/A | N/A | N/A |