**EXHIBIT C**

# EXHIBIT C

Party Exhibit Cover Sheet[1]

| Name of Party | | Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (the "Assured Entities") |
|---|---|---|
| Does the Party intend to offer evidence? | | Yes (as needed) |
| Docket Entry No. for Party Exhibit List | | 21608 in 17-3283 and 1294 in 17-3567 |
| Exhibit Identifier | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
| Assured's Exhibit 1 | 21608-1/1294-1 | No |
| Assured's Exhibit 2 | 21608-2/1294-2 | No |
| Assured's Exhibit 3 | 21608-3/1294-3 | No |
| Assured's Exhibit 4 | 21608-4/1294-4 | No |
| Assured's Exhibit 5 | 21608-5/1294-5 | No |
| Assured's Exhibit 6 | 21608-6/1294-6 | No |
| Assured's Exhibit 7 | 21608-7/1294-7 | No |
| Assured's Exhibit 8 | 21608-8/1294-8 | No |
| Assured's Exhibit 9 | 21608-9/1294-9 | No |
| Assured's Exhibit 10 | 21608-10/1294-10 | No |
| Assured's Exhibit 11 | 21608-11/1294-11 | No |
| Assured's Exhibit 12 | 21608-12/1294-12 | No |
| Assured's Exhibit 13 | 21608-13/1294-13 | No |
| Assured's Exhibit 14 | 21608-14/1294-14 | No |
| Assured's Exhibit 15 | 21608-15/1294-15 | No |
| Assured's Exhibit 16 | 21608-16/1294-16 | No |
| Assured's Exhibit 17 | 21608-17/1294-17 | No |
| Assured's Exhibit 18 | 21608-18/1294-18 | No |
| Assured's Exhibit 19 | 21608-19/1294-19 | No |
| Assured's Exhibit 20 | 21608-20/1294-20 | No |
| Assured's Exhibit 21 | 21608-21/1294-21 | No |
| Assured's Exhibit 22 | 21608-22/1294-22 | No |
| Assured's Exhibit 23 | 21608-23/1294-23 | No |
| Assured's Exhibit 24 | 21608-24/1294-24 | No |
| Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a). | | |

---

[1] Assured reserves all rights, including the right to use exhibits identified on other parties' exhibits lists, the right to use additional exhibits for cross-examination or rebuttal if necessary, and the right to revise, amend, and/or supplement this list, for reasons including but not limited to the confirmation hearing is adjourned or if the Plan is modified.