# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>   Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

### INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT THE HEARING ON CONFIRMATION OF HTA PLAN OF ADJUSTMENT AND AUGUST 17-18, 2022 OMNIBUS HEARING

Franklin Advisers, Inc. and Nuveen Asset Management (collectively, the "**HTA Insured Bondholder Group**"), submits this informative motion in response to the Court's *Order Regarding Procedures for Hearing on Confirmation of HTA Plan of Adjustment and August 17-*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("**COFINA**") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("**HTA**") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("**ERS**") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("**PREPA**") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("**PBA**") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*18, 2022, Omnibus Hearing* (the "**Order**") setting forth guidelines for parties wishing to be heard at the hearing on confirmation of the HTA plan of adjustment and the August 17-18, 2022 omnibus hearing (the "**Hearing**").

1. Matthew M. Madden and Douglas Buckley of Kramer Levin Naftalis & Frankel LLP and Manuel Fernández-Bared and Linette Figueroa-Torres of Toro Colón Mullet P.S.C. will appear on behalf of the HTA Insured Bondholder Group at the Hearing.

2. Messrs. Madden and Buckley will speak on behalf of the HTA Insured Bondholder Group in connection with the *Limited Objection of the HTA Insured Bondholder Group to the Third Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority* and also reserve the right to be heard on any matter raised by any party at the Hearing related to the Title III cases, or any adversary proceeding pending in the Title III Cases, or the interests of the HTA Insured Bondholder Group.

3. Mr. Fernández-Bared and Ms. Figueroa-Torres do not intend to speak at the hearing but request to be present in the courtroom in San Juan with Messrs. Madden and Buckley.

*[Remainder of Page Intentionally Left Blank]*

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today July 28, 2022.

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.**<br>P.O. Box 195383<br>San Juan, PR 00919-5383<br>Tel.: (787) 751-8999<br>Fax: (787) 763-7760<br><br>*/s/ Manuel Fernández-Bared*<br>MANUEL FERNÁNDEZ-BARED<br>USDC-PR No. 204,204<br>E-mail: mfb@tcm.law<br><br>*/s/ Linette Figueroa-Torres*<br>LINETTE FIGUEROA-TORRES<br>USDC-PR No. 227,104<br>E-mail: lft@tcm.law<br><br>*/s/ Nayda Perez-Roman*<br>NAYDA PEREZ-ROMAN<br>USDC–PR No. 300,208<br>E-mail: nperez@tcm.law<br><br>*Counsel for the HTA Insured Bondholder Group* | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>2000 K Street NW, 4th Floor<br>Washington, D.C. 20006<br>Tel.: (202) 775-4500<br>Fax: (202) 775-4510<br><br>*/s/ Matthew M. Madden*<br>MATTHEW M. MADDEN\*<br>Email: mmadden@kramerlevin.com<br><br>*\* Pro Hac Vice Application Forthcoming*<br><br>**KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 715-9100<br>Fax: (212) 715-8000<br><br>*/s/ Douglas Buckley*<br>DOUGLAS BUCKLEY\*\*<br>Email: dbuckley@kramerlevin.com<br><br>*\*\*Admitted Pro Hac Vice*<br><br>*Counsel for the HTA Insured Bondholder Group* |

**EXHIBIT A**

**EXHIBIT A**
<u>PARTY APPEARANCE SHEET</u>

| Name of Party | | Attending the Confirmation Hearing. |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In person - PR |
| | Name | Matthew M. Madden |
| | Law Firm | Kramer Levin Naftalis & Frankel LLP |
| | Email | mmadden@kramerlevin.com |
| | Phone Number | (212) 775-4500 |
| | Docket Entry No. of Notice of Appearance | 1310 |
| ATTORNEY 2 | Appearance Method | In person - PR |
| | Name | Douglas Buckley |
| | Law Firm | Kramer Levin Naftalis & Frankel LLP |
| | Email | dbuckley@kramerlevin.com |
| | Phone Number | (212) 715-9201 |
| | Docket Entry No. of Notice of Appearance | 1310 |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes.<br>Name<br>Observation Method<br>• CourtSolutions Listen Only<br>• In Person – PR<br>• In Person – NY Law Firm<br>Email<br>Phone Number | Manuel Fernández-Bared<br>In Person - PR<br>Toro Colón Mullet P.S.C.<br>mfb@tcm.law<br>(787) 751-8999 |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes.<br>Name<br>Observation Method<br>• CourtSolutions Listen Only<br>• In Person – PR<br>• In Person – NY Law Firm<br>Email<br>Phone Number | Linette Figueroa-Torres<br>In Person - PR<br>Toro Colón Mullet P.S.C.<br>lft@tcm.law<br>(787) 751-8999 |
| Pursuant to the Hearing Procedures Order ¶ 1, in-person participation by counsel will be prioritized in the following manner: the Financial Oversight and Management Board for | | |

- 6 -

> Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be permitted 4 attorneys present in Courtroom 3 in San Juan, and each other party-in-interest shall be permitted 2 attorneys present in Courtroom 3 in San Juan.
>
> Space permitting, additional attorneys who wish to view but not participate in the Confirmation Hearing or August Omnibus Hearing may gain admittance to the live courtroom (Courtroom 3 in San Juan), or the live feed which will broadcasted in Courtroom 17C in New York on a firstcome first-served basis. All attorneys who wish to observe in person must be listed on this appearance sheet.

## **EXHIBIT B**

# EXHIBIT B
## PARTY WITNESS COVER SHEET

| Name of Party | | HTA Insured Bondholder Group | |
|---|---|---|---|
| Does the Party intend to offer a witness | | No | |
| Total Number of Witnesses | | N/A | |
| Witness Name | Expert or Fact Witness | Is interpreter required? (Proponent of witness must provide certified interpreter) | Scope of Testimony |
| N/A | N/A | N/A | N/A |

**EXHIBIT C**

**EXHIBIT C**
PARTY EXHIBIT COVER SHEET[2]

| Name of Party | HTA Insured Bondholder Group ("HTA IBG") |
|---|---|
| Does the Party intend to offer evidence? | Yes (as needed) |
| Docket Entry No. for Party Exhibit List | 21619- in 17-3283 |
| Exhibit Identifier / Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
| HTA IBG's Exhibit 1 / 21619-1 | No |
| Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a). ||

---

[2] The HTA Insured Bondholder Group reserves all rights, including the right to use exhibits identified on other parties' exhibits lists, the right to use additional exhibits for cross-examination or rebuttal if necessary, and the right to revise, amend, and/or supplement this list, for reasons including but not limited to adjournment of the confirmation hearing or modification of the Plan