UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>　　　　　　Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

**INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE
HEARD AT THE HEARING ON CONFIRMATION OF HTA PLAN
OF ADJUSTMENT AND AUGUST 17-18, 2022 OMNIBUS HEARING**

The Ad Hoc Group of PREPA Bondholders ("**Ad Hoc Group**") submits this informative motion in response to the Court's *Order Regarding Procedures for Hearing on Confirmation of HTA Plan of Adjustment and August 17- 18, 2022, Omnibus Hearing* (the "**Order**") setting forth

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("**COFINA**") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("**HTA**") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("**ERS**") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("**PREPA**") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("**PBA**") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

guidelines for parties wishing to be heard at the hearing on confirmation of the HTA plan of adjustment and the August 17-18, 2022 omnibus hearing (the "**Hearings**").

1. Alice J. Byowitz and Natan Hamerman of Kramer Levin Naftalis & Frankel LLP will appear on behalf of the Ad Hoc Group at the Hearings.

2. Ms. Byowitz and Mr. Hamerman do not intend to speak on behalf of the Ad Hoc Group but reserve the right to be heard on any matter raised by any party at the Hearing related to the Title III cases, or any adversary proceeding pending in the Title III Cases, or the interests of the Ad Hoc Group.

*[Remainder of Page Intentionally Left Blank]*

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today July 28, 2022.

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.**<br>P.O. Box 195383<br>San Juan, PR 00919-5383<br>Tel.: (787) 751-8999<br>Fax: (787) 763-7760<br><br>*/s/ Manuel Fernández-Bared*<br>MANUEL FERNÁNDEZ-BARED<br>USDC-PR No. 204,204<br>E-mail: mfb@tcm.law<br><br>*/s/ Linette Figueroa-Torres*<br>LINETTE FIGUEROA-TORRES<br>USDC-PR No. 227,104<br>E-mail: lft@tcm.law<br><br>*/s/ Nayda Perez-Roman*<br>NAYDA PEREZ-ROMAN<br>USDC–PR No. 300,208<br>E-mail: nperez@tcm.law<br><br>*Counsel for the Ad Hoc Group of PREPA Bondholders* | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 715-9100<br>Fax: (212) 715-8000<br><br>*/s/ Alice J. Byowitz*<br>AMY CATON*<br>THOMAS MOERS MAYER*<br>ALICE J. BYOWITZ*<br>NATAN HAMERMAN<br>Email: acaton@kramerlevin.com<br>       tmayer@kramerlevin.com<br>       abyowitz@kramerlevin.com<br>       nhamerman@kramerlevin.com<br><br>*\*Admitted Pro Hac Vice*<br><br>*Counsel for the Ad Hoc Group of PREPA Bondholders* |

**EXHIBIT A**

**EXHIBIT A**
PARTY APPEARANCE SHEET

| Name of Party | | Attending the Confirmation Hearing and Omnibus Hearing. |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person - PR |
| | Name | Alice J. Byowitz |
| | Law Firm | Kramer Levin Naftalis & Frankel LLP |
| | Email | abyowitz@kramerlevin.com |
| | Phone Number | (212) 715-9201 |
| | Docket Entry No. of Notice of Appearance | 73 |
| ATTORNEY 2 | Appearance Method | CourtSolutions Speaking Line |
| | Name | Natan Hamerman |
| | Law Firm | Kramer Levin Naftalis & Frankel LLP |
| | Email | nhamerman@kramerlevin.com |
| | Phone Number | (212) 715-9201 |
| | Docket Entry No. of Notice of Appearance | 73 |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes. Name Observation Method • CourtSolutions Listen Only • In Person – PR • In Person – NY Law Firm Email Phone Number | |
| Pursuant to the Hearing Procedures Order ¶ 1, in-person participation by counsel will be prioritized in the following manner: the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be permitted 4 attorneys present in Courtroom 3 in San Juan, and each other party-in-interest shall be permitted 2 attorneys present in Courtroom 3 in San Juan. Space permitting, additional attorneys who wish to view but not participate in the Confirmation Hearing or August Omnibus Hearing may gain admittance to the live courtroom (Courtroom 3 in San Juan), or the live feed which will broadcasted in Courtroom 17C in New York on a firstcome first-served basis. All attorneys who wish to observe in person must be listed on this appearance sheet. | | |