# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** ) | **PROMESA** |
| ) | **Title III** |
| ) | |
| **THE FINANCIAL OVERSIGHT AND** ) | **No. 17 BK 3283-LTS** |
| **MANAGEMENT BOARD FOR PUERTO RICO,** ) | |
| ) | **(Jointly Administered)** |
| ) | |
| As a representative of ) | |
| ) | |
| **THE COMMONWEALTH OF PUERTO RICO** ) | Re: Dkt. No. 21494 |
| ***et al.*,** ) | |
| ) | **Hearing date:** August 17, 2022 at 9:30 a.m. |
| ) | (Atlantic Standard Time) |
| **Debtors.**[1] ) | |
| ) | |

## INFORMATIVE MOTION OF THE FEE EXAMINER PURSUANT TO ORDER REGARDING PROCEDURES FOR HEARING ON CONFIRMATION OF HTA PLAN OF ADJUSTMENT AND AUGUST 17-18, OMNIBUS HEARING

By his counsel, the Fee Examiner appointed in these proceedings files this Informative Motion pursuant to the *Order Regarding Procedures for Hearing on Confirmation of HTA Plan of Adjustment and August 17-18, 2022, Omnibus Hearing* [Dkt. No. 21494]. The Fee Examiner's Party Appearance Cover Sheet is attached to this Informative Motion as **Exhibit A**.[2] The Fee Examiner further states that:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The required Exhibits B (the Party Witness Cover Sheet) and Exhibit C (the Part Exhibit Cover Sheet) are not applicable to the Fee Examiner's appearance.

1. On or before August 10, 2022 the Fee Examiner intends to file the *Fee Examiner's Report on Uncontested Professional Fee Matters and PRRADA Status for Consideration in Connection with the August 17-18, 2022 Omnibus Hearing* [Dkt. No. ___] (the "**Status Report**"), which will outline the Fee Examiner's recommendations for the Court's approval, with adjustments and on an uncontested basis, of a group of interim applications for the Thirteenth Interim Compensation Period (June 1, 2021-September 30, 2021) and prior interim fee periods—all filed prior to the enactment of the *Puerto Rico Recovery Accuracy in Disclosures Act*, Pub. L. No. 117-82 ("**PRRADA**").

2. The Status Report will attach a proposed order approving the uncontested fee applications (the "**Proposed Compensation Order**"). Counsel will also submit the Proposed Compensation Order to chambers in MS Word format pursuant to the *Sixteenth Amended Case Management and Administrative Procedures* [Dkt. No. 20190-1].

3. Pursuant to the *Third Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 20546] (the "**Third Amended Compensation Order**") if no objections are timely filed, fee applications may be approved by Court order without a hearing, *id.* at 2(j), and the Court has done so in the past.

4. On July 25, 2022, the Fee Examiner filed the *Ninth Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from October 1, 2021 Through March 31, 2022* [Dkt. No. 21592] (the "**Ninth Fee Application**"). Exhibit I to the Ninth Fee Application is a proposed order (the "**Ninth Fee Application Order**") allowing the Ninth Interim Fee Application, which the Court

may elect to enter upon the expiration of the notice period for the Ninth Fee Application—August 16, 2022.

5. The Fee Examiner plans to register for a live participation line to attend, via CourtSolutions, the August 17-18, 2022 hearings. Puerto Rico counsel for the Fee Examiner will appear in person. If the Court enters the Proposed Compensation Order and the Ninth Fee Application Order, the Fee Examiner will convert his appearance from live participation to listen only participation.

Dated this 28th day of July 2022.

WE HEREBY CERTIFY that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

EDGE Legal Strategies, PSC

*s/ Eyck O. Lugo*
Eyck O. Lugo
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Telephone: (787) 522-2000
Facsimile: (787) 522-2010
*Puerto Rico Counsel for Fee Examiner*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler (*Pro Hac Vice*)

*Counsel for the Fee Examiner*

**EXHIBIT A**
FEE EXAMINER'S PARTY APPEARANCE SHEET

| Name of Party | Fee Examiner | Is the party attending the Confirm. Hearing, Omnibus Hearing, or Both? |
|---|---|---|
| ATTORNEY 1 | Appearance Method | Omnibus hearing only-CourtSolutions Speaking Line |
| | Brady C. Williamson | |
| | Godfrey & Kahn, S.C. | |
| | bwilliamson@gklaw.com | |
| | (608) 284-2636 | |
| | *See Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(a) Appointing a Fee Examiner and Related Relief* [Dkt. No. 1416] | |
| ATTORNEY 2 | Appearance Method | Omnibus hearing only-In Person-PR |
| | Eyck O. Lugo | |
| | EDGE Legal Strategies, PSC | |
| | elugo@edgelegalpr.com | |
| | (787) 522-2000 | |
| | *See Order Authorizing the Employment of Edge Legal Strategies, PSC as Local Counsel to the Fee Examiner* [Dkt. No. 1992] | |
| | | |
| | | |
| | | |
| | | |

4

**EXHIBIT B**
FEE EXAMINER'S PARTY APPEARANCE SHEET

N/A

**EXHIBIT C**
<u>FEE EXAMINER'S PARTY EXHIBIT COVER SHEET</u>

N/A