# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283 (LTS) |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et. als.* <br><br> Debtors[1] | **This filing relates to Proof of Claim Number 505 filed in Case No. 17 BK 3283** |
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17 BK 4780 (LTS) |
| As representative of | (Jointly Administered) |
| PUERTO RICO ELECTRIC POWER AUTHORITY, <br><br> Debtor | |

## INFORMATIVE MOTION REGARDING OMNIBUS HEARING OF
## AUGUST 17-18, 2022

---

[1] [1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**TO THE HONORABLE COURT:**

COMES NOW, Luis P. Costas Elena ("Claimant") through his undersigned counsel, and respectfully states and requests:

Claimant hereby submits this informative motion in response to the Court's *Order Regarding Procedures for Hearing on Confirmation of HTA Plan of Adjustment and August 17- 18, 2022, Omnibus Hearing* [Case No. 17-3283, **Docket No. 21494**] (the "Scheduling Order") and respectfully states as follows:

(a) Charles A. Cuprill Hernández of Charles A. Cuprill P.S.C. Law Offices will appear on behalf of Claimant at the Hearing and reserves the right to address, as necessary any matters regarding Claimant's proof of claim number 505 and Debtor's objection (**Docket No. 20503** in Case No. 17-3283) and Claimant's response (**Docket No. 20649** in Case No. 17-3283) thereto.

**WHEREFORE**, it is respectfully requested that the Court take notice of the above.

San Juan, Puerto Rico, this 28th day of July 2022

*s*/**CHARLES A. CUPRILL-HERNÁNDEZ**
**USDC-PR 114312**
Charles A. Cuprill, P.S.C. Law Offices
356 Fortaleza Street, Second Floor
San Juan, PR 00901
Tel.: 787-977-0515
Fax: 787-977-0518
E-mail: ccuprill@cuprill.com