**EXHIBIT A**
PARTY APPEARANCE SHEET

| Name of Party | | Luis P. Costas Elena | Attending the Confirmation Hearing and Omnibus Hearing. |
|---|---|---|---|
| ATTORNEY 1 | Appearance Method | CourtSolutions Speaking Line | |
| | Name | Charles A. Cuprill Hernández | |
| | Law Firm | Charles A. Cuprill P.S.C. Law Offices | |
| | Email | cacuprill@cuprill.com | |
| | Phone Number | 787-977-0515 | |
| | Docket Entry No. of Notice of Appearance | Docket No. 21568 in Case No. 17-03283; and Docket No. 2897 in Case No. 17-04780 | |
| ATTORNEY 2 | Appearance Method | | |
| | Name | | |
| | Law Firm | | |
| | Email | | |
| | Phone Number | | |
| | Docket Entry No. of Notice of Appearance | | |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes. Name<br><br>Observation Method<br><br>• CourtSolutions Listen Only<br>• In Person – PR<br>• In Person – NY<br>Law Firm<br>Email<br>Phone Number | | |

1

**EXHIBIT B**
<u>PARTY WITNESS COVER SHEET</u>

| Name of Party | | | **Creditors' Committee** |
|---|---|---|---|
| Does the Party intend to offer a witness? | | | **N/A** |
| Total Number of Witnesses | | | |
| Witness Name | Expert or Fact Witness | Is interpreter required? (Proponent of witness must provide certified interpreter)* | Scope of Testimony |
| | | | |
| | | | |
| | | | |
| | | | |

\*

**EXHIBIT C**
<u>PARTY EXHIBIT COVER SHEET</u>

| Name of Party | | **Creditors' Committee** |
|---|---|---|
| Does the Party intend to offer evidence? | | **N/A** |
| Docket Entry No. for Party Exhibit List | | |
| Exhibit Identifier | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
| | | |
| | | |
| | | |
| | | |
| Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a). | | |