UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING URGENT CONSENSUAL MOTION
FOR FURTHER EXTENSION OF RESPONSE DEADLINES

Through the *Urgent Consensual Motion for Further Extension of Response Deadlines*, dated July 28, 2022 (Docket Entry No. 21628)[2] (the "Extension Motion")[3] the Oversight Board requests the extension of briefing deadlines with respect to certain, but not all, of the Administrative Expense Motions with respect to which briefing deadlines were previously

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Last Four Digits of Federal Tax ID: 3801) (Last Four Digits of Federal Tax ID: 3801) (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] All docket entry references are to entries in Case No. 17-3283, unless otherwise specified.

[3] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Extension Motion.

extended by the *Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date* (Docket Entry No. 21348). For the sake of clarity, extensions of the briefing schedules have been requested with respect to the following Administrative Expense Motions (the "Applicable Motions"):

| Docket Entry No. | The Applicable Motions (Extension Requested by Docket Entry No. 21628) |
|---|---|
| 21187 | *Evertec's Motion for Allowance of an Administrative Expense Claim*[4] |
| 21191 | *Ricoh Puerto Rico, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim in the Sum of $4,864,017.20* |
| 21192 | *Plaintiff Blanca Iris Marrero's Motion for Allowance and Payment of Administrative Expense Claim* |
| 21207 | *Orlando Santiago Amador's Motion for Allowance and Payment of Administrative Expense Claim* |
| 21208 | *MCG's Motion for Allowance and Payment of Administrative Expense Claim* |
| 21209 | *COSEY's Motion for Allowance and Payment of Administrative Expense Claim* |
| 21229 | *Motion Requesting Allowance and Payment of Administrative Expense Claim Filed by Pablo Melani Curra and Diana Velez Martinez* |

Extensions have not been requested with respect to the following Administrative Expense Motions:

| Docket Entry No. | Extension Not Requested by Docket Entry No. 21628 |
|---|---|
| 21194 | *Application for Allowance and Payment of Administrative Expense Claims Filed by Group Wage Creditors in the Litigation Caption Madeline Acevedo Camacho v. the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico* |

---

[4] Docket Entry No. 317 in Case No. 19-5523.

| | |
|---|---|
| 21195 | *Application for Allowance of Administrative Priority Claims and Requesting an Order for Immediate Payment Filed by Judgment Claimants Case Carmen Socoro Cruz Hernandez et al. v the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico* |
| 21224 | *Application for Allowance of Payment Post Petition Administrative Claims Pursuant to Section 503(b)(1)(a)(i) of the Bankruptcy Code Filed by Group Wage Creditors in the Litigation Caption Francisco Beltran Cintron et al. v. the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico and Reservation of Rights* |
| 21227 | *Application for Allowance of Administrative Expense Priority Payment Pursuant to Section 503(b)(1)(a)(i) of the Bankruptcy Code Filed by Group Wage Creditors in the Litigation Caption Abraham Gimenez (1,046 Plaintiffs) v. the Department of Transportation and Public Works and Reservation of Rights* |
| 21230 | *Application for Allowance of Payment of Post-Petition Administrative Expense Priority Claims, Filed by the Group in Litigation Caption Acevedo Arocho et al. v the Departamento Hacienda and Reservation of Rights* |

Accordingly, the Court having found that the Oversight Board provided adequate and appropriate notice of the Extension Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Extension Motion; and the Court having determined that the factual bases set forth in the Extension Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Extension Motion is granted as set forth herein.

2. The deadline to respond to the Applicable Motions shall be extended to **August 26, 2022**, at **4:00 p.m. (Atlantic Standard Time)**.

3. The deadline for Movants to reply shall be extended to **September 2, 2022**, at **4:00 p.m. (Atlantic Standard Time)**.

4. This Order resolves Docket Entry No. 21628 in Case No. 17-3283.

SO ORDERED.

Dated: July 29, 2022

                                                                  /s/Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge