# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>Related to ECF Nos. 21605 and 21607 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS<br><br>Related to ECF Nos. 1288 and 1289 |

## CERTIFICATE OF SERVICE

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17- BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

I hereby certify that:

1. A true and correct copy of the *Informative Motion of The Bank of New York Mellon Regarding Appearance at the Hearing on Confirmation of HTA Plan of Adjustment and August 17-18, 2022 Omnibus Hearing* [**Case No. 17-3283, Docket No. 21605; Case No. 17-3567, Docket No. 1288**]; and *Informative Motion of The Bank of New York Mellon Regarding Appearance at the August 8, 2022 Pre-Trial Conference* [**Case No. 17-3283, Docket No. 21607; Case No. 17-3567, Docket No. 1289**] was served on July 27, 2022 via:

    a. the Court's CM/ECF system;

    b. e-mail upon the parties listed on the service list attached hereto as **Exhibit A**; and

    c. first class mail upon the parties listed on the service list attached hereto as **Exhibit B**.

Dated: July 29, 2022                    **REED SMITH LLP**

                             By: /s/ *Jared S. Roach*
                                   Jared S. Roach (*Pro Hac Vice*)
                                   225 Fifth Avenue, Suite 1200
                                   Pittsburgh, PA 15222
                                   Telephone: (412) 288-3131
                                   Facsimile: (412) 288-3063
                                   Email: jroach@reedsmith.com

                                   *Counsel to The Bank of New York Mellon, in its capacity as Fiscal Agent*

# EXHIBIT A

| | |
|---|---|
| rebecabarnes@bufetebarnes.com | cvelaz@mpmlawpr.com |
| rburgos@adameslaw.com | mmuniz@mpmlawpr.com |
| finanzas@asg.pr.gov | rlm@martilaw.com |
| epo@amgprlaw.com | jnazario@martilaw.com |
| loliver@amgprlaw.com | fjramos@martilaw.com |
| acasellas@amgprlaw.com | jnazario@martilaw.com |
| epo@amgprlaw.com | Clark.whitmore@maslon.com |
| larroyo@amgprlaw.com | Brian.klein@maslon.com |
| acasellas@amgprlaw.com | Jason.reed@maslon.com |
| loliver@amgprlaw.com | Ana.chilingarishvili@maslon.com |
| pjime@icepr.com | bill.pentelovitch@maslon.com |
| daniel.bustos@excelerateenergy.com | john.duffey@maslon.com |
| idizengoff@akingump.com | maxtruj@gmail.com |
| pdublin@akingump.com | julia.mignuccisanchez@gmail.com |
| sbaldini@akingump.com | lfr@mcvpr.com |
| bkahn@akingump.com | nzt@mcvpr.com |
| tmclish@akingump.com | aaa@mcvpr.com |
| sheimberg@akingump.com | ezm@mcvpr.com |
| athornton@akingump.com | rcq@mcvpr.com |
| Rivalberto@gmail.com | ajc@mcvpr.com |
| icastro@alblegal.net | MPC@mcvpr.com |
| storres@alblegal.net | jam@mcvpr.com |
| ealdarondo@alblegal.net | gpv@mcvpr.com |
| drodriguez.alb@gmail.com | lpp@mcvpr.com |
| alexandra.bigas@gmail.com | ajg@mcvpr.com |
| acasepr@gmail.com | its@mcvpr.com |
| ealmeida@almeidadavila.com | lpf@mcvpr.com |
| zdavila@almeidadavila.com | nzt@mcvpr.com |
| enrique.almeida@almeidadavila.com | aaa@mcvpr.com |
| jrivlin@afscme.org | ezm@mcvpr.com |
| tpaterson@afscme.org | rcq@mcvpr.com |
| martz@afscme.org | ajc@mcvpr.com |
| mfredericks@amerinatls.com | MPC@mcvpr.com |
| fdearmas@ciacpr.com | jam@mcvpr.com |
| acordova@juris.inter.edu | gpv@mcvpr.com |
| Jramirez@amrclaw.com | lpp@mcvpr.com |
| Kellyrivero@hotmail.com | ajg@mcvpr.com |
| ccabrera@amrclaw.com | its@mcvpr.com |
| antoniofuentesgonzalez@yahoo.com | harlawpr@gmail.com |

| | |
|---|---|
| mrios@arroyorioslaw.com | bqwhite@mwe.com |
| jfigueroa@arroyorioslaw.com | fperlman@mwe.com |
| asociacióngerencialescfse@gmail.com | amccollough@mcguirewoods.com |
| Marieli.Paradizo@ponce.pr.gov | asoutherling@mcguirewoods.com |
| julian.fernandez@metropistas.com | jfelicianoacosta@mcguirewoods.com |
| gonzalo.alcalde@metropistas.com | serrano.urdaz.law@hotmail.com |
| yanira.belen@metropistas.com | ddunne@milbank.com |
| julian.fernandez@metropistas.com | amiller@milbank.com |
| gonzalo.alcalde@metropistas.com | gmainland@milbank.com |
| yanira.belen@metropistas.com | jhughes2@milbank.com |
| orlando.gonzalez@publicisone.com | johring@milbank.com |
| david.powlen@btlaw.com | sanchez.lebron501@gmail.com |
| kevin.collins@btlaw.com | dmonserrate@msglawpr.com |
| antonio.bauza@bioslawpr.com | fgierbolini@msglawpr.com |
| gsilva@bioslawpr.com | msimonet@msglawpr.com |
| belkgrovas@gmail.com | rschell@msglawpr.com |
| ajb@bennazar.org | luislluberas@mvalaw.com |
| bgm.csp@bennazar.org | ramon.dapena@mbcdlaw.com |
| hector.mayol@bennazar.org | ramon.dapena@mbcdlaw.com |
| francisco.delcastillo@bennazar.org | ivan.llado@mbcdlaw.com |
| ajb@bennazar.org | ramon.dapena@mbcdlaw.com |
| bgm.csp@bennazar.org | victor.quinones@mbcdlaw.com |
| hector.mayol@bennazar.org | ivan.llado@mbcdlaw.com |
| francisco.delcastillo@bennazar.org | kurt.mayr@morganlewis.com |
| rdiaz@bdslawpr.com | david.lawton@morganlewis.com |
| rosemary.phillips@bnymellon.com | JPeck@mofo.com |
| cbg@bobonislaw.com | GLee@mofo.com |
| efl@bobonislaw.com | jpeck@mofo.com |
| sbest@brownrudnick.com | glee@mofo.com |
| bchew@brownrudnick.com | jnewton@mofo.com |
| sbeville@brownrudnick.com | lhughes@mofo.com |
| taxelrod@brownrudnick.com | akissner@mofo.com |
| schristianson@buchalter.com | jpalmore@mofo.com |
| vbantnerpeo@buchalter.com | jbrugue@mbbclawyers.com |
| rolando@bufete-emmanuelli.com | man@nblawpr.com |
| notificaciones@bufete-emmanuelli.com | nroblesdiaz@gmail.com |
| wilbert_lopez@yahoo.com | info@NSACLAW.com |
| remmanuelli@me.com | anevares@nsaclaw.com |
| rolando@bufete-emmanuelli.com | lcancel@nsaclaw.com |
| notificaciones@bufete-emmanuelli.com | ifullana@gaflegal.com |
| wilbert_lopez@yahoo.com | hermann.bauer@oneillborges.com |

- 2 -

| | |
|---|---|
| ignacio@bufetefernandezalcaraz.com | ubaldo.fernandez@oneillborges.com |
| mcrm100@msn.com | Carla.garcia@oneillborges.com |
| mitch.carrington@butlersnow.com | gabriel.miranda@oneillborges.com |
| adam.langley@butlersnow.com | carlos.valldejuly@oneillborges.com |
| jeb.bailey@butlersnow.com | nrivera@oeg.pr.gov |
| chris.maddux@butlersnow.com | robert.graham@offitkurman.com |
| mitch.carrington@butlersnow.com | l.ortizsegura@ploolaw.com |
| martin.sosland@butlersnow.com | lawrog@gmail.com |
| Chris.Maddux@butlersnow.com | emckeen@omm.com |
| Mitch.Carrington@butlersnow.com | apavel@omm.com |
| candice.carson@butlersnow.com | jrapisardi@omm.com |
| stan.ladner@butlersnow.com | pfriedman@omm.com |
| condecarmen@condelaw.com | dperez@omm.com |
| ls.valle@condelaw.com | dcantor@omm.com |
| notices@condelaw.com | mdiconza@omm.com |
| howard.hawkins@cwt.com | wsushon@omm.com |
| mark.ellenberg@cwt.com | mkremer@omm.com |
| thomas.curtin@cwt.com | golivera@omm.com |
| casey.servais@cwt.com | roppenheimer@omm.com |
| bill.natbony@cwt.com | mpocha@omm.com |
| jaclyn.hall@cwt.com | pfriedman@omm.com |
| Jared.Stanisci@cwt.com | ofernandez@oflawoffice.com |
| mark.ellenberg@cwt.com | mmo@oronozlaw.com |
| ioliver@ccsllp.com | TRowe@orrick.com |
| cvilaro@ccsllp.com | gonzalezbadillo@gmail.com |
| Adiaz@cnrd.com | toledo.bankruptcy@gmail.com |
| Kbolanos@cnrd.com | Otero_and_assoc@hotmail.com |
| avalencia@cnrd.com | daniel.elkort@patternenergy.com |
| crivera@cnr.law | lucdespins@paulhastings.com |
| jf@cardonalaw.com | andrewtenzer@paulhastings.com |
| delapena.sylvia@gmail.com | jamesbliss@paulhastings.com |
| carla.rodriguezbernier@yahoo.com | jamesworthington@paulhastings.com |
| quilichinipazc@microjuris.com | anthonybuscarino@paulhastings.com |
| carloscardonafe@hotmail.com | alexbongartz@paulhastings.com |
| lcdo.carlos.e.riverajustiniano@gmail.com | nicholasbassett@paulhastings.com |
| carlosfernandez@cfnlaw.com | arosenberg@paulweiss.com |
| carlosvergne@aol.com | rrosen@paulweiss.com |
| hburgos@cabprlaw.com | wrieman@paulweiss.com |
| rcasellas@cabprlaw.com | kkimpler@paulweiss.com |
| dperez@cabprlaw.com | kzeituni@paulweiss.com |
| dbatlle@cstlawpr.com | gpavia@pavialazaro.com |

- 3 -

emontull@cstlawpr.com
ltorres@cstlawpr.com
jcasillas@cstlawpr.com
jnieves@cstlawpr.com
lramos@cstlawpr.com
lllach@cstlawpr.com
SwainDPRCorresp@nysd.uscourts.gov
cacuprill@cuprill.com
garciamirandalaw@gmail.com
cgarcia@garciariveralaw.com
ccuprill@cuprill.com
charliehernandezlaw@gmail.com
rnies@csglaw.com
gspadoro@csglaw.com
mlepelstat@csglaw.com
mcaruso@csglaw.com
softedal@choate.com
mbarulli@choate.com
jsantiago@choate.com
dgooding@choate.com
cintrongarcialaw@gmail.com
gmchg24@gmail.com
eduardo@cobianroig.com
pdechiara@cwsny.com
fecolon@colonramirez.com
fecolon@colonramirez.com
valvarados@gmail.com
ausubopr88@gmail.com
jlopez@constructorasantiago.com
jarrastia@continentalpllc.com
jsuarez@continentalpllc.com
acastaldi@continentalpllc.com
reed.smith@cooley.com
bmd@bmdcounselors.com
bmd@bmdcounselors.com
bmd@cordovadick.com
bmd@cordovadick.com
ra@calopsc.com
scriado@calopsc.com
rvalentin@calopsc.com
ejcr@corretjerlaw.com

gerardopavialaw@msn.com
peajeinfo@dechert.com
pevarfon@gmail.com
luis.vazquez@peerlessoil.com
geisenberg@perkinscoie.com
petercheinsr@gmail.com
mmercado@mercado-echegaray-law.com
margaritalmercado@gmail.com
oramos@pmalaw.com
mtrelles@pmalaw.com
lramos@plclawpr.com
bjquintana@quintanapr.com
erovira@polymerpr.com
gpaz@populicom.com
puertoricoteam@primeclerk.com
serviceqa@primeclerk.com
gbrenner@proskauer.com
ckass@proskauer.com
rkim@proskauer.com
mbienenstock@proskauer.com
ppossinger@proskauer.com
ebarak@proskauer.com
sratner@proskauer.com
tmungovan@proskauer.com
bbobroff@proskauer.com
mfirestein@proskauer.com
lrappaport@proskauer.com
cfebus@proskauer.com
kperra@proskauer.com
jerichman@proskauer.com
jalonzo@proskauer.com
JLevitan@proskauer.com
BRosen@proskauer.com
dmunkittrick@proskauer.com
wdalsen@proskauer.com
MHackett@proskauer.com
lstafford@proskauer.com
ppossinger@proskauer.com
sweise@proskauer.com
LRappaport@proskauer.com
mfirestein@proskauer.com

- 4 -

| | |
|---|---|
| rco@crlawpr.com | prosol@utier.org |
| rco@crlawpr.com | prodriguez@prvlaw.com |
| carlos.iguina@multinationalpr.com | penagaricanobrownusdc@gmail.com |
| dmolinalaw@gmail.com | Javier.Tirado@aafaf.pr.gov |
| davidcarrionb@aol.com | Rocio.Valentin@aafaf.pr.gov |
| donald.bernstein@davispolk.com | fsilva@claropr.com |
| brian.resnick@davispolk.com | susheelkirpalani@quinnemanuel.com |
| angela.libby@davispolk.com | ericwinston@quinnemanuel.com |
| jcdeliz@delizlegal.com | danielsalinas@quinnemanuel.com |
| jcdeliz@doingbusinesspr.com | erickay@quinnemanuel.com |
| wssbankruptcy@gmail.com | johnshaffer@quinnemanuel.com |
| cabruens@debevoise.com | matthewscheck@quinnemanuel.com |
| eworenklein@debevoise.com | zacharyrussell@quinnemanuel.com |
| aceresney@debevoise.com | vcandelario@qaclaw.com |
| lzornberg@debevoise.com | damarisqv@bufetequinones.com |
| allan.brilliant@dechert.com | rafael.ortiz.mendoza@gmail.com |
| eric.brunstad@dechert.com | rtorres@torresrodlaw.com |
| stuart.steinberg@dechert.com | rgtolaw@gmail.com |
| michael.doluisio@dechert.com | rgtolaw@gmail.com |
| rlatorre@delvallegroup.net | ytoyos@ramostoyoslaw.com |
| hreynolds@delvallegroup.net | erb@rodriguezbinetlaw.com |
| afernandez@delgadofernandez.com | dschlecker@reedsmith.com |
| delgadomirandalaw@gmail.com | kgwynne@reedsmith.com |
| wburgos@justicia.pr.gov | lsizemore@reedsmith.com |
| lypagan@trabajo.pr.gov | jroach@reedsmith.com |
| gramlui@yahoo.com | vizcarrondo@reichardescalera.com |
| rcastellanos@devconlaw.com | vizcarrondo@reichardescalera.com |
| ventas@deya.com | escalera@reichardescalera.com |
| kbolanos@diazvaz.law | arizmendis@reichardescalera.com |
| diazsotolaw@gmail.com | vizcarrondo@reichardescalera.com |
| corraldieg@gmail.com | fvander@reichardescalera.com |
| mariana.muniz@dlapiper.com | riverac@reichardescalera.com |
| jose.sosa@dlapiper.com | cdavila@reichardescalera.com |
| brett.ingerman@US.dlapiper.com | maria.baco@msn.com |
| richard.chesley@dlapiper.com | mpico@rexachpico.com |
| rachel.albanese@dlapiper.com | prcr@mcvpr.com |
| Donna.Maldonado@popular.com | rhoncat@netscape.net |
| carloslsuarez@gmail.com | filippetti_r@hotmail.com |
| jfnevares-law@microjuris.com | castilloricardo977@gmail.com |
| edgardo_barreto@yahoo.com | ortizcolonricardo@gmail.com |
| emunozPSC@gmail.com | rortiz@rloclaw.onmicrosoft.com |

| | |
|---|---|
| dortiz@elpuente.us | Dzinman@perkinscoie.com |
| elian.escalante@gmail.com | nrickenbach@rickenbachpr.com |
| Regan.Michael@epa.gov | victorriverarios@rcrtrblaw.com |
| wmarcari@ebglaw.com | victor.rivera@rcrtrblaw.com |
| escanellas@prtc.net | etulla@riveratulla.com |
| cetj@maaspr.com | marivera@riveratulla.com |
| agestrella@estrellallc.com | romn1960@gmail.com |
| kcsuria@estrellallc.com | estudiolegalrivera2@gmail.com |
| fojeda@estrellallc.com | buzz.rochelle@romclaw.com |
| Rafael.Echevarria@evertecinc.com | kdm@romclaw.com |
| lpabonroca@microjuris.com | rosasegui@yahoo.com |
| clarisasola@hotmail.com | mrm@rmlawpr.com |
| lpabonroca@microjuris.com | mrm@rmlawpr.com |
| clarisasola@hotmail.com | Driemeier@ropesgray.com |
| Rina.Longo@FaegreDrinker.com | Daniel.Egan@ropesgray.com |
| pjime@icepr.com | gregg.galardi@ropesgray.com |
| legal.fmpr@gmail.com | r.miranda@rmirandalex.net |
| beth@feganscott.com | rprats@rpplaw.com |
| jfeldesman@FTLF.com | carlos.lugo@saldanalaw.com |
| fmontanezmiran@yahoo.com | hector.saldana@saldanalaw.com |
| rcamara@ferraiuoli.com | lsaldana@scvrlaw.com |
| scolon@ferraiuoli.com | arotger@scvrlaw.com |
| cflaw.bk@gmail | jsanchez@scvrlaw.com |
| n.tactuk@ferrovial.com | jsalichs@splawpr.com |
| figueroaymorgadelaw@yahoo.com | avb@sbgblaw.com |
| msmall@foley.com | avb@sbgblaw.com |
| tdolcourt@foley.com | jsanabria@sbgblaw.com |
| bkfilings@fortuno-law.com | jdavila@sbgblaw.com |
| bufetefrgonzalez@gmail.com | gviviani@sanpir.com |
| gacarlo@carlo-altierilaw.com | jreyes@sanpir.com |
| gaclegal@gmail.com | jsanchez@sanpir.com |
| gacarlo@carlo-altierilaw.com | alavergne@sanpir.com |
| juans@prtc.net | santilawoffice@yahoo.com |
| ifullana@gaflegal.com | santosberriosbk@gmail.com |
| contact@genesissecuritypr.com | sramirez@sarlaw.com |
| jgenovese@gjb-law.com | douglas.mintz@srz.com |
| mguitian@gjb-law.com | peter.amend@srz.com |
| jarrastia@gjb-law.com | michael.cook@srz.com |
| jlgere@gmail.com | eric.prather@srz.com |
| courtneyrcarroll@gierbolinicarroll.com | thomas.mott@srz.com |
| miguelgierbolini@gierbolinicarroll.com | Rgf@mcvpr.com |

- 6 -

| | |
|---|---|
| dg@g-glawpr.com | secbankruptcy@sec.gov |
| rgv@g-glawpr.com | NYROBankruptcy@sec.gov |
| rgv@g-glawpr.com | bankruptcynoticeschr@sec.gov |
| crodriguez-vidal@gaclaw.com | epo@amgprlaw.com |
| scastillo@gaclaw.com | emaldonado@smclawpr.com |
| marielopad@gmail.com | acouret@smclawpr.com |
| Jnieves@gonzalezmunozlaw.com | adeliz@smclawpr.com |
| cbrown@goodwinlaw.com | jsantos@smclawpr.com |
| Huttonj@gtlaw.com | FSosnick@Shearman.com |
| Haynesn@gtlaw.com | LLarose@sheppardmullin.com |
| fingerk@gtlaw.com | NBhatt@sheppardmullin.com |
| haynesn@gtlaw.com | goplerud@sagwlaw.com |
| gramlui@yahoo.com | howie@sagwlaw.com |
| MARKV@HBSSLAW.com | jmenen6666@gmail.com |
| steve@hbsslaw.com | bfriedman@stblaw.com |
| ygc@rclopr.com | nbaker@stblaw.com |
| ygc1@prtc.net | jyoungwood@stblaw.com |
| handuze@microjuris.com | david.elbaum@stblaw.com |
| jmoralesb@microjuris.com | MARIAE.HERNANDEZ@prepa.com |
| corraldieg@gmail.com | MARIAE.HERNANDEZ@prepa.com |
| hernandezrodriguezlaw@gmail.com | carmen.herrero@prepa.com |
| ehernandez@lawservicespr.com | Paul.lockwood@skadden.com |
| robin.keller@hoganlovells.com | shana.elberg@skadden.com |
| ronald.silverman@hoganlovells.com | bramstrochlic@skadden.com |
| michael.hefter@hoganlovells.com | skyhighelevators@gmail.com |
| sara.posner@hoganlovells.com | pglassman@sycr.com |
| pieter.vantol@hoganlovells.com | cmechling@stroock.com |
| jesus.cuza@hklaw.com | smillman@stroock.com |
| bos-bankruptcy@hklaw.com | kpasquale@stroock.com |
| mvega@senado.pr.gov | cmechling@stroock.com |
| rrich2@huntonak.com | smillman@stroock.com |
| Mimi.M.Wong@irscounsel.treas.gov | khansen@stroock.com |
| Mimi.M.Wong@irscounsel.treas.gov | jcanfield@stroock.com |
| Thomas.M.Rath@IRSCOUNSEL.TREAS.gov | akaplan@susmangodfrey.com |
| janebeckerwhitaker@gmail.com | mkelso@susmangodfrey.com |
| irg@roldanlawpr.com | nmanne@susmangodfrey.com |
| irm@roldanlawpr.com | kzuniga@susmangodfrey.com |
| glenncarljameslawoffices@gmail.com | jlopez@constructorasantiago.com |
| mroot@jenner.com | tanairapadilla@yahoo.com |
| csteege@jenner.com | rebecabarnes@bufetebarnes.com |
| rgordon@jenner.com | Saultoledo22@yahoo.com |

rlevin@jenner.com
cwedoff@jenner.com
csteege@jenner.com
info@jesusriveradelgado.com
rrivera@jgl.com
apico@jgl.com
rrivera@jgl.com
jlg@joselgarcia.com
brosenblum@jonesday.com
bheifetz@jonesday.com
cdipompeo@jonesday.com
bbennett@jonesday.com
iperez@jonesday.com
jareeder@jonesday.com
tuttieguerrero@yahoo.com
jpsala_pr@yahoo.com
salalawyers@yahoo.com
jorgequintanalajara@gmail.com
barrios.jl@outlook.com
barrios.jl@outlook.com
jwc@jwcartagena.com
riveraroman@hotmail.com
javrua@gmail.com
juan@jahrlaw.com
jsoto@jbsblaw.com
cortequiebra@yahoo.com
ileanaortix@outlook.com
phammer@krcl.com
jesther27@aol.com
santos.giancarlo@gmail.com
dkaron@karonllc.com
amishaan@kasowitz.com
ckelly@kasowitz.com
asteinberg@kslaw.com
sdavidson@kslaw.com
swisotzkey@kmksc.com
rbillings@kmksc.com
aperez@kpmg.com
Lnegron@kpmg.com
acaton@kramerlevin.com
tmayer@kramerlevin.com

luis.bautista@scotiabank.com
Mcantor4@mac.com
rich.katz@torquepointllc.com
rfc@thefinancialattorneys.com
andres@awllaw.com
edgardo@therivera.group
mvega@vega-rivera.com
edgardo@therivera.group
mvega@vega-rivera.com
Mfb@tcmrslaw.com
Lft@tcmrslaw.com
nperez@tcmrslaw.com
jvankirk@tcmrslaw.com
Paula.Flowers@TransCore.com
Beverly.freeney@usbank.com
rebecca.cutri-kohart@usdoj.gov
rebecca.cutri-kohart@usdoj.gov
Thomas.g.ward@usdoj.gov
doman@ubarri-romanlaw.com
unionecfse@yahoo.com
migade19@hotmail.com
jaimeenriquecruzalvarez@gmail.com
christopher.connolly@usdoj.gov
Bradley.Humphreys@usdoj.gov
velez.hector@epa.gov
mark.gallagher@usdoj.gov
matthew.troy@usdoj.gov
stephen.pezzi@usdoj.gov
matthew.troy@usdoj.gov
stephen.pezzi@usdoj.gov
jessica.cole@usdoj.gov
deindprcorresp@mad.uscourts.gov
rtoro@universalpr.com
wardlow.w.benson@usdoj.gov
USTP.Region21@usdoj.gov
hvaldes@v-olaw.com
jeva@valenzuelalaw.net
jose.enrico.valenzuela1@gmail.com
hernandezrodriguez.v@gmail.com
vero@ferraiuoli.pr
hvicente@vclawpr.com

- 8 -

| | |
|---|---|
| dblabey@kramerlevin.com | victor@calderon-law.com |
| dbuckley@kramerlevin.com | jvilarino@vilarinolaw.com |
| nhamerman@kramerlevin.com | jvilarino@vilarinolaw.com |
| abyowitz@kramerlevin.com | ramonvinas@vinasllc.com |
| ghorowitz@kramerlevin.com | ramonvinas@vinasllc.com |
| boneill@kramerlevin.com | Rgmason@wlrk.com |
| nlandrau@landraulaw.com | Arwolf@wlrk.com |
| adam.goldberg@lw.com | Eakleinhaus@wlrk.com |
| liza.burton@lw.com | AKHerring@wlrk.com |
| christopher.harris@lw.com | kelly.diblasi@weil.com |
| jeff.bjork@lw.com | gabriel.morgan@weil.com |
| michael.reiss@lw.com | jonathan.polkes@weil.com |
| michael.reiss@lw.com | gregory.silbert@weil.com |
| agraitfe@agraitlawpr.com | robert.berezin@weil.com |
| acevedovila1@gmail.com | swb@wbmvlaw.com |
| pola@frankpolajr.com | sawbacal@aol.com |
| herreroiLLL@herrerolaw.com | pwm@wbmvlaw.com |
| janebeckerwhitaker@yahoo.com | prwolverine@gmail.com |
| craigmcc@me.com | jvv@wbmvlaw.com |
| carlosalbertoruizquiebras@gmail.com | javier.a.vega@gmail.com |
| norbertocolonalvarado@yahoo.com | gkurtz@whitecase.com |
| fpabon@lvvlaw.com | jcunningham@whitecase.com |
| rrodriguez@juris.inter.edu | brian.pfeiffer@whitecase.com |
| suarezcobo@gmail.com | michele.meises@whitecase.com |
| dvelawoffices@gmail.com | jzakia@whitecase.com |
| abhishek.kalra@lehmanholdings.com | jcunningham@whitecase.com |
| lemuel.law@gmail.com | fdelahoz@whitecase.com |
| ivandialo2001@yahoo.com | csloane@whitecase.com |
| alinares2020@yahoo.com | jgreen@whitecase.com |
| loomislegal@gmail.co | wilbert_lopez@yahoo.com |
| alavergne@lsplawpr.com | william.m.vidal@gmail.com |
| jsanchez@lsplawpr.com | wssbankruptcy@gmail.com |
| alavergne@lsplawpr.com | wssbankruptcy@gmail.com |
| wlugo@lugomender.com | mstancil@willkie.com |
| lawlugo1@gmail.com | chardman@winston.com |
| luisfredsalgado@hotmail.com | jmotto@winston.com |
| vegaramosluis@gmail.com | ldelgado@winston.com |
| jorge@mlrelaw.com | JLawlor@wmd-law.com |
| emil@mlrelaw.com | jpatton@ycst.com |
| rdesoto@mapfrepr.com | rbrady@ycst.com |
| mfvelezquiebras@gmail.com | mneiburg@ycst.com |

- 9 -

marianifrancolaw@gmail.com
jnegron@mhlex.com
rsantiago@mhlex.com
lmarini@mpmlawpr.com
jcasillas@cstlawpr.com
jnieves@cstlawpr.com
etejeda@cstlawpr.com
ifullana@gaflegal.com
herreroiLLL@herrerolaw.com
john.shaffer@quinnemanuel.com
johnshaffer@quinnemanuel.com

carlos.negron@altolenterprises.com
cl@carloslamoutte.com
zoe@emmanuelli.law
hector@elbufetedelpueblo.com
lllach@cstlawpr.com
erin.brady@hoganlovells.com
puertoricoteam@primeclerk.com
serviceqa@primeclerk.com
jreyes@sanchezlrv.com
jessica@emmanuelli.law
jnovas1@gmail.com

**EXHIBIT B**

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|
| Alan Friedman | | 124 Lander Ave. | | Staten Island | NY | 10314 |
| AmeriCorps | Attn: Sonali Nijhawan | 1201 New York Ave., NW | | Washington | DC | 20525 |
| Antilles Power Depot, Inc. | Attn: Raymond Texidor | PO Box 810190 | | Carolina | PR | 00981-0190 |
| Autopistas de PR, LLC | Attn: Xavier Carol | PO Box 29227 | | San Juan | PR | 00929-0227 |
| Autopistas de PR, LLC | Attn: Xavier Carol | Urb. Matienzo Cintron | Calle Montellano 518 | San Juan | PR | 00923 |
| Banco Popular de Puerto Rico, as Trustee | | Popular Fiduciary Services, Popular Center North Building | #209 Munoz Rivera, Ave, 2nd Level | Hato Rey | PR | 00918 |
| Bank of New York Mellon as PRIFA Indenture Trustee Pursuant to the Trust Agreement Dated as of March 1, 2015 | | 225 Fifth Ave, Suite 1200 | | Pittsburgh | PA | 15222 |
| Candlewood Investment Group, LP | | 555 Theodore Fremd Avenue, Suite C-303 | | Rye | NY | 10580 |
| Carlos Alsina Batista Law Offices, PSC | Attn: Carlos C. Alsina Batista | 1519 Ponce De León Ave. | Firstbank Bldng., Suite 513 | San Juan | PR | 00909 |

- 2 -

| | | | | | | |
|---|---|---|---|---|---|---|
| Chambers of Honorable Laura Taylor Swain | Daniel Patrick Moynihan Courthouse | United States District Court | 500 Pearl St., Suite 3212 | New York | NY | 10007-1312 |
| Cohen, Weiss and Simon LLP | Attn: Hiram M. Arnaud | 900 Third Ave | 21st Floor | New York | NY | 10022 |
| Cooperativa De A/C Aibonitena | | 100 Calle Jose C. Vazquez | | Aibonito | PR | 00705 |
| Cooperativa De Ahorro Y Credito De Lares | Attn: Enrique M. Almeida Bernal, Esq. | PO Box 19757 | | San Juan | PR | 00919 |
| Correction Corporation of America | Attn: President or General Counsel | 10 Burton Hills Boulevard | | Nashville | TN | 37215 |
| Coto & Associates | Attn: Gladira Robles-Santiago | MCS Plaza, Suite 800 | 255 Ponce de León Ave. | Hato Rey | PR | 00918 |
| Coto & Associates | Attn: Gladira Robles-Santiago | PO Box 71449 | | San Juan | PR | 00936-8549 |
| Davidson Kempner Capital Management LP | | 520 Madison Avenue | 30th Floor | New York | NY | 10022 |
| Departamento de Justicia de Puerto Rico | | Apartado 9020192 | | San Juan | PR | 00902-0192 |
| Department of Defense (DOD) | Attn: Lloyd J. Austin III | 1400 Defense Pentagon | | Washington | DC | 20301-1400 |
| Department of Energy (DOE) | Attn: Jennifer M. Granholm | 1000 Independence Ave., SW | | Washington | DC | 20585 |
| Department of Homeland Security (DHS) | Attn: Alejandro Mayorkas | Secretary of Homeland Security | | Washington | DC | 20528-0075 |

- 2 -

| | | | | | |
|---|---|---|---|---|---|
| Department of Housing and Urban Development (HUD) | Attn: Marcia L. Fudge | 451 7th Street., SW | Washington | DC | 20410 |
| Department of Human and Health Services | Attn: Xavier Becerra | 200 Independence Ave, SW | Washington | DC | 20201 |
| Department of the Interior (DOI) | Attn: Deb Haaland | 1849 C St., NW | Washington | DC | 20240 |
| Department of Transportation (DOT) | Attn: Pete Buttigieg | 1200 New Jersey Ave., SE | Washington | DC | 20590 |
| Department of Veterans Affairs (VA) | Attn: Denis Richard McDonough | 810 Vermont Ave., NW | Washington | DC | 20420 |
| Estates of Yesmin Galib and Lucas Valdivieso Torruella | Attn: Yesmin Marie Valdivieso Galib; Lucas Valdivieso Galib; Maria Teresa Valdivieso Galib and Maria Cristina Valdivieso Galib | PO Box 7351 | Ponce | PR | 00732-7352 |
| Federal Communications Commission (FCC) | Attn: Jessica Rosenworcel | 45 L Street NE | Washington | DC | 20554 |
| Federal Emergency Management Agency (FEMA) | Attn: Deanne Criswell | 500 C St., SW | Washington | DC | 20472 |
| Fir Tree Partners | | 55 West 46th Street, 29th Floor | New York | NY | 10036 |

- 3 -

| Name | Attn | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| FPA Select Drawdown Fund L.P. | | 250 West 55th Street | | New York | NY | 10019 |
| Fuentes Law Offices, LLC | Attn: Alexis Fuentes Hernández | PO Box 9022266 | | San Juan | PR | 00902-2726 |
| G RG Engineering S E | Attn: President or General Counsel | Urb. Belisa 1515 Calle Bori | | San Juan | PR | 00927 |
| Goldentree Asset Management LP | | 300 Park Avenue, 20th Floor | | New York | NY | 10022 |
| Governing Board of the Puerto Rico Electric Power Authority | Ralph A. Kreil-Rivera, President | 1110 Ponce de Leon Ave. | | San Juan | PR | 00907 |
| Integrand Assurance Company | | PO Box 70128 | | San Juan | PR | 00936-8128 |
| Isla del Rio Inc. | Attn: President or General Counsel | PO Box 7351 | | Ponce | PR | 00732-7352 |
| Ismael Vincenty Perez | | Apt 6105 350 Via Aventura | | Trujillo Alto | PR | 00976 |
| Jack Katz | | ESJ Towers | 6165 Isla Verde Ave | Carolina | PR | 00979-5729 |
| Jaime B. Fuster Estate, Comprised By Maria J. Zalduondo Viera and Jaime and Maria L. Fuster Zalduondo | | PO Box 363101 | | San Juan | PR | 00936 |
| Jaime Rodríguez Avilés | | 128 Apartamento 201 | Edificio Bernardo Torres, Sector La Trocha | Yauco | PR | 00698 |

- 4 -

| | | | | | | |
|---|---|---|---|---|---|---|
| Jones Day | Attn: James M. Gross | 250 Vesey Street | | New York | NY | 10281 |
| Junta de Síndicos del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica | Sistema de Retiro AEE | PO Box 13978 | | San Juan | PR | 00908-3978 |
| Kanoso Auto Sales Inc. | Attn: Jose A. Crespo Gonzalez, President | PO Box 1446 | | San German | PR | 00683 |
| Law Offices of John E. Mudd | Attn: John E. Mudd | PO Box 194134 | | San Juan | PR | 00919 |
| Lcdo Jorge Lucas Valdivieso Torruella | | PO Box 7351 | | Ponce | PR | 00732-7352 |
| Liberty Cablevision of Puerto Rico, LLC | Attn: Alexandra Verdiales | PO Box 192296 | | San Juan | PR | 00919-2296 |
| LUMA Energy ServCo, LLC | Wayne Stensby as Chief Executive Director and President | 644 Fernández Juncos Ave. | Suite 301 | San Juan | PR | 00907 |
| Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | Triple S Plaza, 1510 F.D. Roosevelt Ave. | 9th Floor, Suite 9 B1 | Guaynabo | PR | 00968 |
| McNamee Lochner P.C. | Attn: General Counsel | 20 Corporate Woods Blvd | Ste 4 | Albany | NY | 12211-2396 |
| Muniz Burgos Contractors, Corp. | Attn: President or General Counsel | Condominio Parque De Las Fuentes PH204 | 680 Calle Cesar Gonzalez | San Juan | PR | 00918-3912 |
| Oppenheimerfunds Inc. | | 350 Linden Oaks | | Rochester | NY | 14625 |

- 5 -

| | | | | | | |
|---|---|---|---|---|---|---|
| Pablo Del Valle Rivera | | PO Box 2319 | | Toa Baja | PR | 00951-2319 |
| Pedro Nicot Santana, Esq. | | PO Box 360486 | | San Juan | PR | 00936-0486 |
| Picó & Blanco, LLC | Attn: Ana M. del Toro Sabater, Esq. | District View Plaza, Penthouse | 644 Fernandez Juncos Avenue | San Juan | PR | 00907 |
| Puerto Rico Electric Power Authority | Attn: Office Of The General Counsel | PO Box 364267 | | San Juan | PR | 00936-4267 |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Omar Marrero-Díaz as Executive Director | Government Center Roberto Sánchez Vilella (Minillas) | De Diego Ave. Stop 22 | San Juan | PR | 00907 |
| Puerto Rico Hospital Supply | | Call Box 158 | | Carolina | PR | 00986-0158 |
| Puerto Rico Industrial Development Company | Attn: Gabriel Maldonado | PO Box 362350 | | San Juan | PR | 00936-2350 |
| Puerto Rico Public Private Partnership Authority | Fermín Fontanés-Gómez, as Executive Director | Government Center Roberto Sánchez Vilella (Minillas) | De Diego Ave. Stop 22 | San Juan | PR | 00907 |
| Quintero Construction S E | Attn: President or General Counsel | Carr 734 Km 0.5 Bo Arenas | | Cidra | PR | 00739 |
| Reed Smith, LLP | Attn: Claudia Springer | Three Logan Square | 1717 Arch Street, Suite 3100 | Philadelphia | PA | 19103 |
| Reinaldo Vincenty Perez | | 917 Calle Isaura Arnau | | San Juan | PR | 00924 |
| Reliable Equipment Corporation | Attn: Marylin Del Valle, | PO Box 2316 | | Toa Baja | PR | 00951-2316 |

- 6 -

| | | | | | | |
|---|---|---|---|---|---|---|
| | General Manager, Reliable Equipment Corporation | | | | | |
| Santander Asset Management, LLC | | GAM Tower, 2nd Floor, 2 Tabonuco Street | | Guaynabo | PR | 06968 |
| Scotiabank de Puerto Rico | | GA 20 Calle Paseo del Parque | Garden Hills Sur | Guaynabo | PR | 00969 |
| Secretary of Justice, Hon. Domingo Emmanuelli-Hernandez | Hon. Pedro R. Pierluisi-Urrutia | Calle Olimpo, Esq. Axtmayer | Pda. 11, Miramar | San Juan | PR | 00907 |
| Sepulvado Maldonado & Couret | Attn: Albéniz Couret Fuentes | 304 Ponce de Leon Ave. | Ste 990 | San Juan | PR | 00918 |
| Small Business Administration (SBA) | Attn: Dilawar Syed | 409 3rd St., SW | | Washington | DC | 20416 |
| SOMOS, Inc. | | 1605 Ponce De Leon Avenue | Suite 300, San Martin Bldg. | San Juan | PR | 00909 |
| Sucesion Francisco Xavier Gonzalez Goenaga | | PO Box 364643 | | San Juan | PR | 00936 |
| The American Federation of Teachers (AFT) | Attn: Mark Richard | 555 New Jersey Ave., NW | 11th Floor | Washington | DC | 20001 |
| The Commonwealth of Puerto Rico | Office of the Governor | La Fortaleza | 63 Calle Fortaleza | San Juan | PR | 00901 |
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado | | PO Box 70344, CMM33 | | San Juan | PR | 00936-8344 |

- 7 -

| Name | Attn | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Unitech Engineering | Attn: Ramón Ortiz Carro | Urb Sabanera | 40 Camino de la Cascada | Cidra | PR | 00739 |
| US Army Corps of Engineers | Attn: Scott A. Spellmon | 441 G St., NW | | Washington | DC | 20548 |
| US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney | Torre Chardón, Suite 1201 | 350 Carlos Chardón Street | San Juan | PR | 00918 |
| US Department of Agriculture | Attn: Thomas J. Vilsack | 1400 Independence Ave., SW | | Washington | DC | 20250 |
| US Department of Commerce | Attn: Gina M. Raimondo | 1401 Constitution Ave., NW | | Washington | DC | 20230 |
| US Department of Education (ED) | Attn: Miguel Cardona | 400 Maryland Ave., SW | | Washington | DC | 20202 |
| US Department of Justice (DOJ) | Attn: Merrick Garland | 950 Pennsylvania Ave., NW | | Washington | DC | 20530 |
| US Department of Labor (DOL) | Attn: Martin J. Walsh | 200 Constitution Ave NW | | Washington | DC | 20210 |
| Vidal, Nieves & Bauzá, LLC | Attn: Roxana Cruz-Rivera, Esq. | B7 Tabonuco Street, Suite 1108 | | Guaynabo | PR | 00968 |
| Whitebox Advisors, LLC | Attn: Scott Specken | 3033 Excelsior Blvd., Suite 300 | | Minneapolis | MN | 55416 |

- 8 -