THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>Case No. 17 BK 3567-LTS |

**MOTION OF ASSURED GUARANTY CORP. AND ASSURED GUARANTY MUNICIPAL CORP. SUBMITTING SUPPLEMENTAL EXHIBIT LIST IN CONNECTION WITH CONFIRMATION OF HTA PLAN OF ADJUSTMENT**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, "Assured") hereby submit this Motion Submitting Supplemental Exhibit List in Connection with Confirmation of the HTA Plan of Adjustment pursuant to the Order Regarding Procedures for Hearing on Confirmation of HTA Plan of Adjustment August 17-18, 2022 Omnibus Hearing (the "Hearing Procedures Order," ECF No. 21494)[2].

This supplemental exhibit list supplements the Motion of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. Submitting Exhibit List in Connection with Confirmation of HTA Plan of Adjustment (ECF No. 21608). Based on Assured's review of the Limited Objection of the HTA Insured Bondholder Group to the Third Amended title III Plan of Adjustment of the Puerto Rico Highway and Transportation Authority (ECF No. 21617), Assured has determined that the additional exhibit listed below may potentially be relevant to the Court's determination of such objection.

Assured reserves all rights, including the right to use exhibits identified on other parties' exhibits lists, the right to use additional exhibits for cross-examination or rebuttal if necessary, and the right to revise, amend, and/or supplement this list, for reasons including but not limited to the confirmation hearing is adjourned or if the Plan is modified.

| Exhibit No. | Description |
| --- | --- |
| Assured's Ex. 25 | Agreement Regarding Bond Insurance dated March 6, 2007 for Series N Bonds |

---

[2] "ECF No." refers to documents filed in Case No. 17-BK-3283-LTS, unless otherwise noted.

-2-

Dated: July 29, 2022
       New York, New York

| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
|---|---|
| By: /s/ *Heriberto Burgos Pérez* | By: /s/ *Howard R. Hawkins, Jr.* |
| Heriberto Burgos Pérez | Howard R. Hawkins, Jr.* |
| USDC-PR No. 204,809 | Mark C. Ellenberg* |
| Ricardo F. Casellas-Sánchez | Casey J. Servais* |
| USDC-PR No. 203,114 | William J. Natbony* |
| Diana Pérez-Seda | Thomas J. Curtin* |
| USDC–PR No. 232,014 | 200 Liberty Street |
| P.O. Box 364924 | New York, New York 10281 |
| San Juan, PR 00936-4924 | Tel.: (212) 504-6000 |
| Tel.: (787) 756-1400 | Fax: (212) 406-6666 |
| Fax: (787) 756-1401 | Email:  howard.hawkins@cwt.com |
| E-mail:  hburgos@cabprlaw.com | mark.ellenberg@cwt.com |
| rcasellas@cabprlaw.com | casey.servais@cwt.com |
| dperez@cabprlaw.com | bill.natbony@cwt.com |
| | thomas.curtin@cwt.com |
| | * Admitted pro hac vice |
| *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

-3-

-4-

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, the 29th day of July, 2022.

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
* Admitted pro hac vice