IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**The Financial Oversight and Management Board for Puerto Rico**<br><br>As Representative of<br><br>The Commonwealth of Puerto Rico, et al.<br><br>Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283- LTS<br>**(Jointly Administered)**<br><br>This filing relates to the Commonwealth and ERS |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

**COMES NOW** attorney Carlos A. Ruiz Rodriguez, and in accordance with Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, appears herein as attorney of Mr. Aníbal Arroyo Bolerin (Claim No. 51788), Mrs Rosa Idalia Orengo Rohena (Claim No. 179444), Mrs. Ada Norely López Santiago (Claim No. 39308), Mrs. Arinda Colón Colón (Claim No. 49385) and Mrs. Jennifer Blest Quiroz (Claim No. 49126) and respectfully requests to be included in its Master Address List and that all notices and documents filed in this case be mailed to the attention of the undersigned[1].

**RESPECTFULLY SUBMITTED**

In Caguas, Puerto Rico, this 29th day of July 2022.

**CERTIFICATE OF SERVICE:** I CERTIFY that on this same date the foregoing document has been electronically filed WITH THE Clerk of the Court using the CM/ECF system which sends notification of such filing to all system's participants, including the U.S. Trustee's Office. I further certify that this notice has been served through electronic mailing address to the attorneys for the Financial Oversight and Management Board for Puerto Rico as representative

---

[1] The contract to retain legal services of our law offices was signed on July 26th, 2022.

for the Commonwealth and ERS: Herman D Bauer, Esq. herman@oneillborges.com and Martin J Beinenstock mbienenstock@proskauer.com and to the attorneys for the damages claim in the Puerto Rico Court of Appeals Ivan Aponte González, Esq. ia@gaqlaw.com and Pedro Santana Gonzalez, santanaglaw@gmail.com.

**/s/ CARLOS ALBERTO RUIZ, ESQ.**
USDC-PR 210009
Attorney for Creditor(s)
**LCDO. CARLOS ABLERTO RUIZ CSP**
P.O. Box 1298
Caguas, PR 00726-1298
Phone: (787) 286-9775/ Fax: (787) 747-2174
carlosalbertoruizquiebras@gmail.com
