UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO THE FOUR
HUNDRED EIGHTY-FIRST OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH
OF PUERTO RICO AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO TO CLAIMS FOR WHICH THE DEBTORS ARE NOT LIABLE

Before the Court is the *Request of Extension of Time to Reply to the Four Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims the Debtors Allege Are Not Liable* (Docket Entry No. 21670 & 21671 in Case No. 17-3283) (the "Extension Motion") filed by claimants Aníbal Arroyo Bolerin, Rosa Idalia Orengo Rohena, Ada Norely López Santiago, and Arinda Colón Colón (the "Claimants").[2]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Docket Entry Nos. 21670 and 21671 are exact duplicates and this Order resolves both docket entries.

Through the Extension Motion, the Claimants request an extension of time to respond to the *Four Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Debtors Are Not Liable* (Docket Entry No. 21427 in Case No. 17-3283) (the "481st Omnibus Claims Objection"). (Extension Mot. at 2.)[3] Claimants' claims (the "Disputed Claims"), proof of claim nos. 51788 (Arroyo Bolerin), 179444 (Orengo Rohena), 39308 (López Santiago), and 49385 (Colón Colón), are each subject to an objection seeking disallowance in full for the following reason: "Proof of claim purports to assert liability on the basis of litigation. The case files show, however, that the claimant's suit was not brought against the Commonwealth or any other Title III Debtor." (481st Omni Claims Obj. Ex. A at 1, 2, 5, 7.)

An additional claim, proof of claim no. 49126 filed by Jennifer Blest Quiroz, is also subject to an objection by the 481st Omnibus Claims Objection on the same basis. (481st Omni Claims Obj. Ex. A at 1.) Ms. Blest Quiroz is included in the exhibit attached to each other Claimant's proof of claim, and in the docket text to docket entry number 21670, but is not mentioned in the Extension Motion. Because the non-inclusion of Ms. Blest Quiroz's claim may have been an oversight, proof of claim number 49126 is included in the definition of Disputed Claims, Ms. Blest Quiroz is included in the definition of Claimants, and counsel to the other Claimants is directed to supply Ms. Blest Quiroz with notice of this Order.

Claimants' Extension Motion was filed within the deadlines to respond to the 481st Omnibus Claims Objection, and states as the reason for the request that the Claimants obtained representation only a few days before the deadline.

Accordingly, the Court having found it has subject matter jurisdiction of this matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found that the Claimants provided adequate and appropriate notice of the Extension Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Extension Motion; and the Court having determined that the factual bases set forth in the Extension Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Extension Motion is granted as set forth herein.

2. The deadline for Claimants to respond to the 481st Omnibus Claims Objection is extended to **August 31, 2022**, at **5:00 p.m. (Atlantic Standard Time)**.

3. The deadline for any reply is extended to **September 7, 2022**, at **5:00 p.m. (Atlantic Standard Time)**.

---

[3] The Extension Motion requests an extension of both fourteen days (Extension Mot. ¶ 4) and thirty days (Extension Mot. at 2) to respond to the 481st Omnibus Claims Objection.

      4.     Solely with respect to the Disputed Claims, the hearing on the 481st Omnibus Claims is adjourned from the Omnibus Hearing scheduled for August 17, 2022, at 9:30 a.m. (Atlantic Standard Time) to the Omnibus Hearing scheduled for **September 21, 2022**, at **9:30 a.m. (Atlantic Standard Time)**.

      5.     This Order resolves Docket Entry Nos. 21670 and 21671 in Case No. 17-3283.

SO ORDERED.

Dated: August 1, 2022

                                                                       /s/ Laura Taylor Swain
                                                                     LAURA TAYLOR SWAIN
                                                                       United States District Judge