Exhibit A

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| ZAYAS VASQUEZ, BRISEIDA Y/O 24 ANA M CRUZ QUINTANA | 4682 | a | Litigation Claim | RET-2004-10-0556 | Initial Transfer |
| LOPEZ MORA, WILMA | 4781 | a | Litigation Claim | 2014-09-0425; 2014-043-1444 | Initial Transfer |
| JANET VAZQUEZ VELAZQUEZ Y OTROS, SEGUN MENCIONADOS EN EL EPIGRAFE DEL CASO | 4954 | a | Litigation Claim | 2008-ACT-044 | Initial Transfer |
| VAZQUEZ VELAZQUEZ, JANET | 5551 | a | Litigation Claim | 2004-ACT-042 | Initial Transfer |
| SANTIAGO ADORNO, BLANCA I | 5772 | a | Litigation Claim | 2012-ACT-046 | Initial Transfer |
| GAUDIER PEREZ, JONATHAN | 5804 | a | Litigation Claim | KDP-2017-0286 | Initial Transfer |
| MIRADAN PEREZ, LISBETH | 6107 | a | Litigation Claim | 2008-ACT-023 | Initial Transfer |
| NUNEZ RIVERA, BERNICE | 6159 | a | Litigation Claim | 2012-ACT-040 | Initial Transfer |
| DEL RIO, VANESSA | 9663 | a | Litigation Claim | KPE-2008-3471 | Initial Transfer |
| CARMEN P. MORALES - OCASIO ON BEHALF OF MINOR R.G.M. | 11012 | a | Litigation Claim | 15-1431 (BJM) | Initial Transfer |
| VEGA AYALA, WANDA | 11316 | a | Litigation Claim | DDP-2017-0213 | Initial Transfer |
| AYALA-RIVERA, IRIS | 11854 | a | Litigation Claim | KAC-2016-0113 | Initial Transfer |
| VICTOR R. ANDINO ROMAN, LOLINNE RIVERA MUNOZ, POR SI Y EN REPRESENTACION DE DE LA SOCIEDAD DE GANANCIALES Y EN REPRESENTACION DE SU HIJO MENOR DE EDAD, V.J.A.R. | 11948 | a | Litigation Claim | FPE-2017-0154 | Initial Transfer |
| CRESPO MULERO, ANASTACIA | 12034 | a | Litigation Claim | KPE-2013-0729 | Initial Transfer |
| MUNICIPIO DE BAYAMON | 15435 | a | Litigation Claim | DDP-2011-0024 | Initial Transfer |
| COLLAZO ROMERO, BRUNILDA | 17337 | a | Litigation Claim | ALFREDO CANCEL SANTIAGO Y OTROS v. AUTORIDAD DE CARRETERAS Y TRANSPORTACION | Initial Transfer |
| RAMOS TORRES, CARMEN E | 17344 | a | Litigation Claim | ALFREDO CANCEL SANTIAGO Y OTROS v. AUTORIDAD DE CARRETERAS Y TRANSPORTACION | Initial Transfer |
| DE JESUS SANTIAGO, MIGUEL A | 17839 | a | Litigation Claim | GDP-2013-0007 | Initial Transfer |
| COUVERTIER SOSA, ORLANDO | 18821 | a | Litigation Claim | GDP-2013-0007 | Initial Transfer |
| BUFETE CASTRO - PEREZ & CASTRO | 19104 | a | Litigation Claim | SJ-2018-CV-07851; HSCI-2017-00195; HSCI-2005-00795 | Initial Transfer |
| FIGUEROA, FRANCISCO BOLIS | 19342 | a | Litigation Claim | GDP-2013-0007 | Initial Transfer |
| MORALES LEBRON, JAVIER A | 19524 | a | Litigation Claim | GDP-2013-0007 | Initial Transfer |
| LOPEZ COLON, JOSE A | 20039 | a | Litigation Claim | GDP-2013-0007 | Initial Transfer |
| CORDEN SANCHEZ , WANDA | 20059 | a | Litigation Claim | GDP-2013-0007 | Initial Transfer |
| GONZALEZ RAMOS, WILFREDO | 20065 | a | Litigation Claim | GDP-2013-0007 | Initial Transfer |
| CASTRO PEREZ, HECTOR A | 20645 | a | Litigation Claim | SJ-2018-CV-07857 | Initial Transfer |
| CARABALLO, LENNIS | 21492 | a | Litigation Claim | 2010-10-2526 | Initial Transfer |
| APS HEALTHCARE PUERTO RICO, INC. | 21521 | a | Litigation Claim | EDP-2013-0019 | Initial Transfer |
| JIMENEZ DE JESUS, RUTH | 22306 | a | Litigation Claim | CC-2017-0412 | Initial Transfer |

---

[1] For Claim Amount Ranges, please refer to the Claim Amount Key.

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| BERRIOS VALENTIN, FELIX A. | 23550 | a | Litigation Claim | GDP-2013-0007 | Initial Transfer |
| JIMENEZ ALVAREZ, FRANCISCO J | 24554 | a | Litigation Claim | 2009-09-0399 | Initial Transfer |
| CORUJO SOTO, SERGIO A | 25305 | a | Litigation Claim | GDP-2013-0007 | Initial Transfer |
| SANTANA GARCIA, ANGEL LUIS | 25586 | a | Litigation Claim | KAC-2930-0487 | Initial Transfer |
| RODRIGUEZ DE JESUS, ROBERTO | 25766 | a | Litigation Claim | GDP-2013-0007 | Initial Transfer |
| FLORES MELENDEZ, WILFREDO | 25907 | a | Litigation Claim | GDP-2013-0007 | Initial Transfer |
| SARGENTO MARIANO GONZALEZ GONZALEZ GONZALEZ | 26544 | a | Litigation Claim | GDP-2013-0007 | Initial Transfer |
| DE LOURDES SANTANA CRUZ, ARLENE | 27061 | a | Litigation Claim | 2002-03-1030 | Initial Transfer |
| FELIX DEJESUS, ORLANDO | 27685 | a | Litigation Claim | GDP-2013-0007 | Initial Transfer |
| VILLEGAS GONZALEZ, RICARDO | 27830 | a | Litigation Claim | GDP-2013-0007 | Initial Transfer |
| DIAZ CASIANO, RAFAEL | 27836 | a | Litigation Claim | GDP-2013-0007 | Initial Transfer |
| DIAZ TORRES, LUIS G | 29018 | a | Litigation Claim | GDP-2013-0007 | Initial Transfer |
| HERNANDEZ MOLINA, MELVIN | 30344 | a | Litigation Claim | EDP-2010-0415 | Initial Transfer |
| SEPULVEDA RAMOS, HECTOR | 31409 | a | Litigation Claim | 2010-03-2893 | Initial Transfer |
| RODRIGUEZ SABATER, SADDER | 31410 | a | Litigation Claim | 2012-10-0419 | Initial Transfer |
| RODRIGUEZ RIVAS, ARMANDO | 31436 | a | Litigation Claim | KLAN-2015-00572 | Initial Transfer |
| DIAZ RODRIGUEZ, GABRIEL | 31772 | a | Litigation Claim | 2012-ACT-007 | Initial Transfer |
| PICORNELL MARTÍ, MORAIMA | 31829 | a | Litigation Claim | KPE-2010-1185 | Initial Transfer |
| COLON VAZQUEZ, MIRIAM | 32782 | a | Litigation Claim | 2010-03-2891 | Initial Transfer |
| RAMIREZ FELICIANO, LETILU | 33380 | a | Litigation Claim | 2012-09-0297 | Initial Transfer |
| TEJADA MIRANDA, JUAN | 33769 | a | Litigation Claim | 2002-03-1030 | Initial Transfer |
| SANABRIA DE JESUS, HECTOR W | 34938 | a | Litigation Claim | GDP-2013-0007 | Initial Transfer |
| MUNIZ GALARZA, JUAN | 35349 | a | Litigation Claim | 2012-08-0251 | Initial Transfer |
| ÁLVAREZ INOA, ANTONIO Y/O 7: ORLANDO BERMÚDEZ LÓPEZ, EDWIN ENCARNACIÓN COSME, DANIEL MORALES SÁEZ, GILBERTO PÉREZ RENTAS, BENITO PÉREZ TORRES, EDGARDO RENTAS VARGAS, LUIS ROSADO RODRÍGUEZ | 35899 | a | Litigation Claim | 2004-05-1315 | Initial Transfer |
| RIVERA BURGOS, NESTOR E. Y QUILES HERNÁNDEZ, ELIZABETH | 36429 | a | Litigation Claim | KDP-2011-1029 | Initial Transfer |
| ROLON ORTEGA, CARMEN M | 37567 | a | Litigation Claim | 2010-11-2804 | Initial Transfer |
| ARROYO RIVERA V POLICIA, EDWIN | 39080 | a | Litigation Claim | HSCI201600518 | Initial Transfer |
| ALEMAÑY MARTÍNEZ, FRANCHESKA Y OTROS | 39294 | a | Litigation Claim | KPE-2012-4161 | Initial Transfer |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| GERARDINO NARVÁEZ, LIZA M | 39669 | a | Litigation Claim | 175-7 | Initial Transfer |
| RUIZ CAMACHO, HARRY H | 39794 | a | Litigation Claim | HARRY H RUIZ CAMACHO | Initial Transfer |
| MATOS GALARZA, NORMA I. | 39958 | a | Litigation Claim | DDP-2012-0865 | Initial Transfer |
| DE JESUS DAVILA, WANDA | 40405 | a | Litigation Claim | N3CI2015-00311 | Initial Transfer |
| SANDOVAL QUINTANA, CECILIO | 41187 | a | Litigation Claim | 175-8 | Initial Transfer |
| JOSE JUAN MEDERIE OLIVEIRA Y OTROS OS DEPARTAMENTO JUSTICIA Y OTROS | 41949 | a | Litigation Claim | CC-2014-0276; KLAN-2012-01038; KPE-2001 1022 | Initial Transfer |
| MANGUAL DIAZ, JOSE L | 43397 | a | Litigation Claim | NSCI-2016-00514 | Initial Transfer |
| MARRERO, JAVIER PANTOJA | 46659 | a | Litigation Claim | CDP-2017-0083 | Initial Transfer |
| MOLINA PEREZ, NURYS A. | 49138 | a | Litigation Claim | 2016-ACT-003; 2016-04-1111 | Initial Transfer |
| RAMOS ROSA, YAMARIS | 49384 | a | Litigation Claim | KAC-2012-1529 | Initial Transfer |
| PADILLA PEREZ, DAISY | 50487 | a | Litigation Claim | 2012-10-0597 | Initial Transfer |
| SANTOS NIEVES, JUAN | 52310 | a | Litigation Claim | 2011-03-3188 | Initial Transfer |
| TORRES NEGRON, JOSE A | 52841 | a | Litigation Claim | KAC-1999-1679 | Initial Transfer |
| FONTANEZ LASANTA, FELIX | 60874 | a | Litigation Claim | JAC-2007-1051 | Initial Transfer |
| BENITEZ DIAZ, HECTOR | 61162 | a | Litigation Claim | 2008-03-0794 | Initial Transfer |
| COLON-GONZALEZ , JUAN I. | 67404 | a | Litigation Claim | SJ15-254 | Initial Transfer |
| MANTILLA GAVILLAN, JESUS | 82883 | a | Litigation Claim | KPE-2015-2542 | Initial Transfer |
| RUIZ PEREZ, JUAN | 91819 | a | Litigation Claim | LDP-2017-0036 | Initial Transfer |
| GALLARDO GUTIERREZ, HERIBERTO | 95370 | a | Litigation Claim | J3CI-2017-00055 | Initial Transfer |
| RAMIREZ ROMERO, BRENDA LIZ | 100014 | a | Litigation Claim | 2016-03-0974 | Initial Transfer |
| SANTIAGO FELICIANO, SARAH E | 101762 | a | Litigation Claim | 2016-03-0974 | Initial Transfer |
| NIEVES RIVERA, EDWIN | 103086 | a | Litigation Claim | KAC-2011-1338 | Initial Transfer |
| CORREA FRANCESHINI, LISSIE L | 104303 | a | Litigation Claim | 2016-03-0974; KPE-2006-3446 | Initial Transfer |
| TORRES TORRES, YANIRA | 105252 | a | Litigation Claim | 2016-03-0974 | Initial Transfer |
| MERCUCCI ORTIZ, LILLIBETH | 106393 | a | Litigation Claim | 2016-03-0974 | Initial Transfer |
| GARCIA TORRES, CARMEN | 106810 | a | Litigation Claim | AQ-09-222 | Initial Transfer |
| VAZQUEZ LEON, ELISELOTTE | 107789 | a | Litigation Claim | 2016-03-0974 | Initial Transfer |
| RIVERA NUNEZ, GLORIA I | 109229 | a | Litigation Claim | KAC-2003-3604; 2003-3304 | Initial Transfer |
| RUIZ GUTIERREZ, LESLIE A | 109366 | a | Litigation Claim | 2016-03-0974 | Initial Transfer |

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| GONZALEZ MARTINEZ, MARIA V. | 110053 | a | Litigation Claim | 2016-03-0974 | Initial Transfer |
| MALDONADO CANDELARIO, MARCELO | 110086 | a | Litigation Claim | 2016-03-0974 | Initial Transfer |
| ORTEGA RICHARDSON, DAVID O | 110652 | a | Litigation Claim | 2016-03-0974 | Initial Transfer |
| RAMIREZ BARLAS, CARLOS R. | 111090 | a | Litigation Claim | 2016-03-0974 | Initial Transfer |
| CASTRO MACHUCA, MILDRED | 114960 | a | Litigation Claim | KDP-2015-0396 | Initial Transfer |
| ALSINA MARTINEZ, NORMA I. | 116945 | a | Litigation Claim | KAC-2011-1338 | Initial Transfer |
| MARQUEZ CANALES, YAMIELLE | 122090 | a | Litigation Claim | KAC-2011-1338 | Initial Transfer |
| MUNIZ MENDOZA, DOMITILA | 123842 | a | Litigation Claim | KAL-1999-0665; KAL-1998-0531 | Initial Transfer |
| MENDEZ TERRERO, MAGDA | 135184 | a | Litigation Claim | KPE-08-1859 | Initial Transfer |
| TORRES ORTIZ, MAYRA | 141601 | a | Litigation Claim | 2016-03-0974 | Initial Transfer |
| RIVERA HERNANDEZ, MARITZA | 147905 | a | Litigation Claim | KLAN-2015-00572 | Initial Transfer |
| RODRIGUEZ FORTY, JOSE JOEL | 149445 | a | Litigation Claim | KLAN-2015-00572 | Initial Transfer |
| CINTRON-VALENZUELA, EIZZIL | 149870 | a | Litigation Claim | 16-1277 | Initial Transfer |
| VARGAS-FONTANEZ, PEDRO A. | 167360 | a | Litigation Claim | 2012-11-0563; KPE-2015-2740; 14-1745 | Initial Transfer |
| CONJUGAL PARTNERSHIP OF LUIS COSTAS ELENA AND HAZELL RUSSELL | 503 | c | Litigation Claim | Unknown | Initial Transfer |
| COSTAS ELENA, LUIS P. | 505 | c | Litigation Claim | Unknown | Initial Transfer |
| FELICIANO OCASIO, MAIDELYN; CAMACHO FELICIANO, ABDIER S. | 32428 | f | Litigation Claim | K DP2015-1107 | Initial Transfer |
| GUTIÉRREZ ARROYO, JEAN CARLOS | 167862 | e | Litigation Claim | N3CI2016-0089 | Initial Transfer |
| FIGUEROA COLÓN, RICARDO | 16713 | e | Litigation Claim | 16-2913 | Initial Transfer |
| CORNIER FIGUEROA, LUIS | 40482 | f | Litigation Claim | ISCI2015-00674 | Initial Transfer |
| RIVERA MALDONADO, WANDA | 38942 | d | Litigation Claim | CDP2016-0147 | Initial Transfer |

| Claim Amount Key |
|---|
| a: Unspecified |
| b: $1 - $10,000 |
| c: $10,001 - $100,000 |
| d: $100,001 - $500,000 |
| e: $500,001 - $1,000,000 |
| f: $1,000,001+ |