# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre: Marta E. Santos Santiago

Dirección Postal: Urb. Jardines del Caribe 5th Sec Calle Rombodal #5282 Ponce PR. 00728

Teléfono de contacto res. (787) 943-7668 cel. 787- 943-7668

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el __14__ de __Septiembre__ de __1987__ hasta el __1__ de __Enero__ de __2022__. Culmine mi laborar como _____ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

__Marte E. Santis Santiago__
Nombre en letra de molde

__[firma]__
Firma

Pd. Mediante esta carta quiero expresar que no estoy de acuerdo en que se desestime mi reclamo. El mismo esta fundamentado en un dinero adeudado por concepto de aumento de unas leyes que se firmaron durante el periodo que PRT era dependencia del gobierno de PR. Hasta el 1999 fuimos gobierno. En lo personal yo comenzé en el 1987 con recomendación de la alcadesa en ese termino Ana Goyco. Ahora en el presente por ser empresa privada no piden recomendación.