Marta E. Santos Santos
Urb Jardines del Caribe
5ta sec. Calle Romboidal
#5282 Ponce PR. 00728

Clerk's Office
Tribunal de Distrito
de los Estados Unidos
Room 150 Federal Building
San Juan P.R. 00918-1767



