August 1, 2022

In re:

The Financial Oversight And Management
Board for Puerto Rico.

        as   representative of

The Commonwealth of Puerto Rico, et al,
                Debtors.

Promesa
Title III
No. 17 BK 3283-LTS
(Jointly Administered)
This filing relates to the
Commonwealth and ERS.

RECEIVED & FILED
2022 AUG -1 PM 2:10

Response to Objection to Claim:

        Debtors alleges that under the laws of Puerto Rico
all benefits arising from Municipality were transferred and
made part of the obligations by the State Police.
        The years worked for the municipality constitutes a
threshold for the years of pension requirements as a whole.
It is not a separate or independent amount. The State
Police is responsable for all amounts.

Jeremy Morales Pagan