# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## INFORMATIVE MOTION OF ASSURED GUARANTY CORP. AND ASSURED GUARANTY MUNICIPAL CORP. REGARDING AUGUST 8, 2022, PRETRIAL CONFERENCE ON CONFIRMATION OF HTA PLAN OF ADJUSTMENT

To the Honorable United States District Court Judge Laura Taylor Swain:

Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, the "Assured Entities") hereby submit this Informative Motion in compliance with the *Order Regarding Procedures for August 8, 2022 Pretrial Conference* (the "Pretrial Conference Procedures Order," ECF No. 21493)[2] and respectfully state as follows:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] "ECF No." refers to documents filed in Case No. 17-BK-3283-LTS, unless otherwise noted. Capitalized terms used in this motion but not defined herein shall have the meanings ascribed to them in the Pretrial Conference Procedures Order.

-2-

1. William J. Natbony (bill.natbony@cwt.com), Casey J. Servais (casey.servais@cwt.com), and/or Mark C. Ellenberg (mark.ellenberg@cwt.com) of Cadwalader, Wickersham & Taft LLP will appear and reserve the right to be heard on behalf of the Assured Entities at the Pretrial Conference on August 8, 2022.

2. If necessary, Mr. Servais, Mr. Natbony, and/or Mr. Ellenberg may present oral argument on behalf of the Assured Entities related to the *Objection of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to Motion of the HTA Insured Bondholder Group Submitting Exhibit List in Connection with Confirmation of HTA Plan of Adjustment* (ECF No. 21688 in Case No. 17-BK-3283-LTS and ECF No. 1330 in Case No. 17-BK3567-LTS).

3. Mr. Servais, Mr. Natbony and/or Mr. Ellenberg reserve the right to be heard on any matter raised by any party at the August 8, 2022, Pretrial Conference as concerns the Assured Entities related to the Title III Cases or the interests of the Assured Entities. The required Party Appearance Sheet accompanies this Informative Motion as Exhibit A.

[*Remainder of Page Intentionally Omitted*]

Dated: August 2, 2022
       New York, New York

| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
|---|---|
| By: /s/ *Heriberto Burgos Pérez* <br> Heriberto Burgos Pérez <br> USDC-PR No. 204,809 <br> Ricardo F. Casellas-Sánchez <br> USDC-PR No. 203,114 <br> Diana Pérez-Seda <br> USDC–PR No. 232,014 <br> P.O. Box 364924 <br> San Juan, PR 00936-4924 <br> Tel.: (787) 756-1400 <br> Fax: (787) 756-1401 <br> E-mail: hburgos@cabprlaw.com <br> rcasellas@cabprlaw.com <br> dperez@cabprlaw.com | By: /s/ *Howard R. Hawkins, Jr.* <br> Howard R. Hawkins, Jr.* <br> Mark C. Ellenberg* <br> Casey J. Servais* <br> William J. Natbony* <br> Thomas J. Curtin* <br> 200 Liberty Street <br> New York, New York 10281 <br> Tel.: (212) 504-6000 <br> Fax: (212) 406-6666 <br> Email: howard.hawkins@cwt.com <br> mark.ellenberg@cwt.com <br> casey.servais@cwt.com <br> bill.natbony@cwt.com <br> thomas.curtin@cwt.com |
| *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | \* Admitted pro hac vice <br><br> *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, the 2nd day of August, 2022.

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
* Admitted pro hac vice