**Exhibit A**

**Exhibit A**

Party Appearance Sheet

| | |
|---|---|
| Name of Parties | Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (the "Assured Entities") |
| Attorneys Representing Parties | **William J. Natbony**<br>Cadwalader, Wickersham & Taft LLP<br>bill.natbony@cwt.com<br>(212) 504 6351<br>Notice of Appearance ECF No. 3676<br>Zoom Screen Name: Assured / Servais, Bill / Cadwalader, Wickersham & Taft LLP<br><br>**Casey J. Servais**<br>Cadwalader, Wickersham & Taft LLP<br>casey.servais@cwt.com<br>(212) 504-6193<br>Notice of Appearance ECF No. 143<br>Zoom Screen Name: Assured / Servais, Casey / Cadwalader, Wickersham & Taft LLP<br><br>**Mark C. Ellenberg**<br>Cadwalader, Wickersham & Taft LLP<br>mark.ellenberg@cwt.com<br>(202) 862-2238<br>Notice of Appearance ECF No. 138<br>Zoom Screen Name: Assured / Ellenberg, Mark / Cadwalader, Wickersham & Taft LLP |
| Plan Objection Docket Entry No. | N/A[1] |
| Witness List Docket Entry No. | N/A |
| Exhibit List Docket Entry Nos. | 21608 & 21667 |
| Other Statement Docket Entry No. | Objection of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to Motion of the HTA Insured Bondholder Group Submitting Exhibit List in Connection with Confirmation of HTA Plan of Adjustment, No. 21688 |

---

[1] Assured Entities filed their Statement in Support and Reservation of Rights at ECF No. 21606