**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK-3567-LTS |

**INFORMATIVE MOTION OF FINANCIAL OVERSIGHT AND**
**MANAGEMENT BOARD REGARDING PRETRIAL CONFERENCE**

To the Honorable United States District Judge Laura Taylor Swain:

Pursuant to the Court's *Order Regarding Procedures for August 8, 2022, Pretrial Conference* [Case No. 17-3567, ECF No. 1269], the Financial Oversight and Management Board

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.

for Puerto Rico (the "Oversight Board"), as sole Title III representative of the Puerto Rico Highways and Transportation Authority ("HTA" or the "Debtor") pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully states as follows:

1. The following attorneys will appear on behalf of the Oversight Board at the pretrial conference on August 8, 2022 at 9:00 a.m. (Atlantic Time) (the "Pretrial Conference"):

    i. Brian S. Rosen (brosen@proskauer.com);

    ii. Michael A. Firestein (mfirestein@proskauer.com);

    iii. Lary A. Rappaport (lrappaport@proskauer.com); and

    iv. Steve Y. Ma (sma@proskauer.com).

2. Brian S. Rosen, Michael A. Firestein, Lary A. Rappaport, and Steve Y. Ma will appear to address questions and comments, if any, related to the Court's discussion concerning the conduct of the hearing on the confirmation of the HTA plan of adjustment.

3. Brian S. Rosen, Michael A. Firestein, Lary A. Rappaport, and Steve Y. Ma reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the Pretrial Conference to the extent it impacts the interests of the Oversight Board or the Debtor.

---

[2] PROMESA has been codified at 48 U.S.C. §§ 2101–2241.

**WHEREFORE**, the Oversight Board respectfully requests that the Court take notice of the foregoing.

Dated: August 2, 2022
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ Brian S. Rosen*
Martin J. Bienenstock
Brian S. Rosen
(Admission *pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtor*

*/s/ Hermann D. Bauer-Álvarez*
Hermann D. Bauer-Álvarez
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtor*

## **Exhibit A**

**Party Appearance Sheet**

# EXHIBIT A
## PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party | Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative of the Puerto Rico Highways and Transportation Authority ("HTA" or the "Debtor"). |
| Party Name Abbreviation (For Use with Zoom[1]) | Debtor |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number,<br>• Docket Entry No. for the Attorney's Notice of Appearance,<br>• Zoom Screen Name (See Pretrial Conference Procedures Order, ¶ 6(a)).<br><br>or<br><br>Party-in-interest Not Represented by Counsel:<br><br>• Name, Email, Phone Number, Proof of Claim Number (if any) | Brian S. Rosen<br>brosen@proskauer.com<br>Proskauer Rose LLP<br>212-969-3380<br>Docket Entry No. 1902<br>Debtor/ Rosen, Brian/ Proskauer Rose LLP<br><br>Michael A. Firestein<br>mfirestein@proskauer.com<br>Proskauer Rose LLP<br>310-284-5661<br>Docket Entry No. 637<br>Debtor/ Firestein, Michael/ Proskauer Rose LLP<br><br>Lary A. Rappaport<br>lrappaport@proskauer.com<br>Proskauer Rose LLP<br>310-284-5658<br>Docket Entry No. 441<br>Debtor/ Rappaport, Lary/ Proskauer Rose LLP<br><br>Steve Y. Ma<br>sma@proskauer.com<br>Proskauer Rose LLP<br>310-284-5605<br>Docket Entry No. 4708<br>Debtor/ Ma, Steve/ Proskauer Rose LLP |

---

[1] See Pretrial Conference Procedures Order, ¶ 6(a).

2

| | |
|---|---|
| Plan Objection Docket Entry No. | N/A. |
| Witness List Docket Entry No. | Docket Entry No. 1305 in Case No. 17-3567 |
| Exhibit List Docket Entry No. | Docket Entry Nos. 1299, 1300, 1302 in Case No. 17-3567 |
| Other Statement Docket Entry No. | N/A. |

2