# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

### INFORMATIVE MOTION OF HTA INSURED BONDHOLDER GROUP REGARDING AUGUST 8, 2022, PRETRIAL CONFERENCE ON CONFIRMATION OF HTA PLAN OF ADJUSTMENT

Franklin Advisers, Inc. and Nuveen Asset Management (collectively, the "**HTA Insured Bondholder Group**"), submit this informative motion in compliance with the *Order Regarding*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("**COFINA**") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("**HTA**") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("**ERS**") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("**PREPA**") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("**PBA**") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Procedures for August 8, 2022 Pretrial Conference* (the "**Pretrial Conference Procedures Order**") [ECF No. 1269],[2] and respectfully state as follows:

1. Matthew M. Madden and Douglas Buckley of Kramer Levin Naftalis & Frankel LLP and Manuel Fernández-Bared and Linette Figueroa-Torres of Toro Colón Mullet P.S.C. will appear on behalf of the HTA Insured Bondholder Group at the Hearing. If necessary, Mr. Madden and/or Mr. Buckley may present oral argument on behalf of the HTA Insured Bondholder Group in response to the *Objection of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to Motion of the HTA Insured Bondholder Group Submitting Exhibit List in Connection with Confirmation of HTA Plan of Adjustment* (ECF No. 21688 in Case No. 17-BK-3283-LTS and ECF No. 1330 in Case No. 17-BK3567-LTS).

2. Mr. Fernández-Bared and Ms. Figueroa-Torres do not intend to speak at the hearing but request to attend with Messrs. Madden and Buckley.

3. Mr. Madden and Mr. Buckley reserve the right to be heard on any matter raised by any party at the August 8, 2022, Pretrial Conference as concerns the HTA Insured Bondholder Group related to the Title III Cases or the interests of the HTA Insured Bondholder Group. The required Party Appearance Sheet accompanies this Informative Motion as Exhibit A.

*[Remainder of Page Intentionally Left Blank]*

---

[2] "ECF No." refers to documents filed in Case No. 17-BK-3283-LTS, unless otherwise noted. Capitalized terms used in this motion but not defined herein shall have the meanings ascribed to them in the Pretrial Conference Procedures Order.

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today August 2, 2022.

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.**<br>P.O. Box 195383<br>San Juan, PR 00919-5383<br>Tel.: (787) 751-8999<br>Fax: (787) 763-7760<br><br>*/s/ Manuel Fernández-Bared*<br>MANUEL FERNÁNDEZ-BARED<br>USDC-PR No. 204,204<br>E-mail: mfb@tcm.law<br><br>*/s/ Linette Figueroa-Torres*<br>LINETTE FIGUEROA-TORRES<br>USDC-PR No. 227,104<br>E-mail: lft@tcm.law<br><br>*/s/ Nayda Perez-Roman*<br>NAYDA PEREZ-ROMAN<br>USDC–PR No. 300,208<br>E-mail : nperez@tcm.law<br><br>*Counsel for the HTA Insured Bondholder Group* | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>2000 K Street NW, 4th Floor<br>Washington, D.C. 20006<br>Tel.: (202) 775-4500<br>Fax: (202) 775-4510<br><br>*/s/ Matthew M. Madden*<br>MATTHEW M. MADDEN*<br>Email: mmadden@kramerlevin.com<br><br>*\* Admitted Pro Hac Vice*<br><br>**KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 715-9100<br>Fax: (212) 715-8000<br><br>*/s/ Douglas Buckley*<br>DOUGLAS BUCKLEY*<br>Email: dbuckley@kramerlevin.com<br><br>*\*Admitted Pro Hac Vice*<br><br>*Counsel for the HTA Insured Bondholder Group* |

## **EXHIBIT A**

**EXHIBIT A**
PARTY APPEARANCE SHEET

| Name of Parties | HTA Insured Bondholder Group | |
|---|---|---|
| Attorneys Representing Parties | Name | Matthew M. Madden |
| | Law Firm | Kramer Levin Naftalis & Frankel LLP |
| | Email | mmadden@kramerlevin.com |
| | Phone Number | (212) 775-4500 |
| | Docket Entry No. of Notice of Appearance | 1310 |
| | Zoom Screen Name | HTA Insured Bondholder Group / Madden, Matthew / Kramer Levin |
| | Name | Douglas Buckley |
| | Law Firm | Kramer Levin Naftalis & Frankel LLP |
| | Email | dbuckley@kramerlevin.com |
| | Phone Number | (212) 715-9201 |
| | Docket Entry No. of Notice of Appearance | 1310 |
| | Zoom Screen Name | HTA Insured Bondholder Group / Buckley, Douglas / Kramer Levin |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes. Name Firm Email Phone Number | Manuel Fernández-Bared Toro Colón Mullet P.S.C. mfb@tcm.law (787) 751-8999 |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes. Name Firm Email Phone Number | Linette Figueroa-Torres Toro Colón Mullet P.S.C. lft@tcm.law (787) 751-8999 |
| Plan Objection Docket Entry No. | ECF. No. 1301 | |
| Witness List Docket Entry No. | N/A | |
| Exhibit List Docket Entry Nos. | ECF. No. 1303 | |