UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

ORDER DIRECTING BRIEFING IN RESPONSE TO THE OBJECTION OF
ASSURED GUARANTY CORP. AND ASSURED GUARANTY MUNICIPAL
CORP. TO MOTION OF THE HTA INSURED BONDHOLDER GROUP SUBMITTING
EXHIBIT LIST IN CONNECTION WITH CONFIRMATION OF HTA PLAN OF ADJUSTMENT

   The Court has received and reviewed the *Objection of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to Motion of the HTA Insured Bondholder Group Submitting Exhibit List in Connection with Confirmation of HTA Plan of Adjustment* (Docket

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Entry No. 21688 in Case No. 17-3283 and Docket Entry No. 1330 in Case No. 17-3567) (the "Assured Objection"), filed by Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, "Assured"). The Assured Objection is filed in response to the *Motion of the HTA Insured Bondholder Group Submitting Exhibit List in Connection with Confirmation of HTA Plan of Adjustment* (Docket Entry No. 21619 in Case No. 17-3283 and Docket Entry No. 1303 in Case No. 17-3567, the "Exhibit List"), filed by Franklin Advisers, Inc. and Nuveen Asset Management (collectively, the "HTA Insured Bondholder Group"). After consideration of the Exhibit List and Assured Objection, it is hereby ORDERED that:

1. Responses to the Assured Objection must be filed by **August 4, 2022**, at **5:00 p.m. (Atlantic Standard Time)**.

2. Parties should be prepared to address the Assured Objection at the HTA Pretrial Conference currently scheduled on **August 8, 2022**.

SO ORDERED.

Dated: August 2, 2022

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge