UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

ORDER DIRECTING BRIEFING IN RESPONSE TO THE DEBTOR'S
EVIDENTIARY OBJECTIONS TO GROUP OF PLAINTIFFS'-APPELLANTS
IN FIRST CIRCUIT COURT APPEAL CASE FINAL LIST OF EXHIBITS

    The Court has received and reviewed the *Debtor's Evidentiary Objections to Group of Plaintiffs'-Appellants in First Circuit Court Appeal Case Final List of Exhibits* (Docket Entry No. 1327 in Case No. 17-3567) (the "Debtor's Objection"), filed by the Puerto Rico Highways and Transportation Authority, by and through the Financial Oversight and

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Management Board for Puerto Rico (the "Oversight Board"). The Debtor's Objection is filed in response to the *Group of Plaintiffs'-Appellants in First circuit Court Appeal Case Final List of Witnesses and Exhibits* (Docket Entry No. 1298 in Case No. 17-3567, the "Exhibit List"), filed by plaintiffs-appellants of case Vazquez-Velazquez v. Puerto Rico Highways Authority, Case No. 21-1739 ( "Vazquez-Velazquez Group"). After consideration of the Exhibit List and Debtor's Objection, it is hereby ORDERED that:

1. Responses to the Debtor's Objection must be filed by **August 4, 2022**, at **5:00 p.m. (Atlantic Standard Time)**.

2. Parties should be prepared to address the Debtor's Objection at the HTA Pretrial Conference currently scheduled on **August 8, 2022**.

SO ORDERED.

Dated: August 2, 2022

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge