**Exhibit A**



## Datos del Contrato

| Entidad | Número de Contrato | Enmienda | Número PCo |
|---|---|---|---|
| 1201 | Departamento de Educación de Puerto Rico | 2021-000148 | | |

| Registrado en | Otorgado en | Vigencia Desde | Vigencia Hasta | Cuantía |
|---|---|---|---|---|
| 22 ene. 2021 03:46 a.m. | 15 ene. 2021 | 15 ene. 2021 | 31 dic. 2025 | $2,426,430.10 |

| Categoría de Servicio | Tipo de Servicio |
|---|---|
| COMPRA, VENTA, ALQUILER Y/O DESARROLLO DE INMUEBLES | EDIFICIOS |

| Forma de Contratación | Fondos |
|---|---|
| | |

Bienes o Servicios Privatizados   Sí   No

### Contratista

**Nombre**

LUIS A. RIVERA SIACA

## Búsquedas Frecuentes - Todas las Entidades

### Resultados

Mostrar 10 registros

| Núm. Contrato | Contratista | Otorgado en | Vigencia Desde | Vigencia Hasta | Cuantía | Tipo de Servicio | Entidad | Cancelado | Documento |
|---|---|---|---|---|---|---|---|---|---|
| | LUIS A. RIVERA SIACA | 15/ene./2021 | 15/ene./2021 | 31/dic./2025 | $2,426,430.10 | EDIFICIOS | Departamento de Educación de Puerto Rico | No | |
| | MUNICIPIO DE SANTA ISABEL | 11/sep./2020 | 11/sep./2020 | 10/sep./2022 | $143,874.83 | FONDOS FEDERALES | Departamento de la Vivienda | No | |
| | GABRIEL LAMASTUS CANDAL | 04/mar./2021 | 04/mar./2021 | 30/jun./2021 | $2,040.00 | SERVICIOS DEPORTIVOS | Departamento de Recreación y Deportes | No | |
| | SHEILA M. ANGLERO MOJICA | 18/sep./2020 | 18/sep./2020 | 31/dic./2020 | $20,000.00 | CONSULTORÍA EN COMUNICACIONES | Comisión Estatal de Elecciones | No | |
| | MAGDIMARY ESTELA BOBE | 02/oct./2020 | 02/oct./2020 | 30/sep./2021 | $27,740.00 | SERVICIOS DE "CHEF" | Guardia Nacional de Puerto Rico | No | |
| | JULIO E. SANCHEZ CANCEL | 25/jun./2021 | 25/jun./2021 | 23/jun./2023 | $0.00 | ACUERDOS DE ADIESTRAMIENTOS Y/O PRÁCTICAS | Negociado del Cuerpo de Bomberos de Puerto Rico | No | |
| | MARIA A. CAMACHO GONZALEZ | 04/nov./2020 | 04/nov./2020 | 04/nov./2030 | $0.00 | ENERGÍA SOLAR | Administración para el Desarrollo de Empresas Agropecuarias | No | |
| | GREGORIO J. IGARTUA ARBONA | 10/feb./2021 | 10/feb./2021 | 30/jun./2021 | $17,160.00 | CONSULTORÍA LEGAL | Cámara de Representantes | No | |
| | MEI-LING VILLAFAÑE GOMEZ | 29/ene./2021 | 01/feb./2021 | 31/mar./2021 | $2,000.00 | SERVICIOS DE OFICIAL DE PRENSA | Senado de Puerto Rico | No | |
| | DRA. ALICIA L. ALONSO RODRIGUEZ | 01/jul./2020 | 01/jul./2020 | 30/jun./2021 | $110,000.00 | SERVICIOS DE MÉDICOS | Administración de Servicios Médicos de Puerto Rico | No | |

Mostrando registros del 1 al 10 de un total de 94 registros

Anterior 1 2 3 4 5 … Siguiente