## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>     Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>     Debtor. | PROMESA<br>Title III<br>Case No. 17-BK-3567-LTS |

## JOINT NOTICE OF PROPOSED AGENDA FOR THE
## HTA CONFIRMATION HEARING ON AUGUST 17–18, 2022

**Time and Date of Hearing:**

**Wednesday, August 17, 2022**, from 9:30 a.m. to 12:50 p.m., resume, if necessary, from 2:10 p.m. to 5:00 p.m. (Atlantic Standard Time) and continue, if necessary, **Thursday, August 18, 2022** beginning at 9:30 a.m. (Atlantic Standard Time)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Honorable Laura Taylor Swain, United States District Judge
Honorable Judith G. Dein, United States Magistrate Judge

**Location of Hearing:**     **The Hearing will be conducted in-person and virtually via videoconferencing and telephonic platforms.**

**In-Person: Courtroom 3**
United States District Court for the District of Puerto Rico
**150 Carlos Chardón Street, Federal Building**
**San Juan, P.R. 00918-1767**

**Video Teleconference**:  The hearing will be broadcast by **video teleconference in Courtroom 17C**[2] of the United States District Court for the Southern District of New York, **Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007**

**Telephonically via CourtSolutions.**

Participation:  Pursuant to the *Order Regarding Procedures for Hearing on Confirmation of HTA Plan of Adjustment and August 17-18, 2022, Omnibus Hearing* [Case No. 17-3283, ECF No. 2149421267; Case No. 17-3567, ECF No. 1270] attached to this Agenda as **Exhibit A** (the "Procedures Order"), counsel for any party-in-interest and any individual party not represented by counsel that wishes to participate in the hearing must file an Informative Motion in accordance with paragraph 6 of the Procedures Order.

Attorneys who have entered an appearance in the Title III proceedings have the option to register for a live participation line or listen-only line by registering with CourtSolutions at www.court-solutions.com.  Each party shall be limited to registering a maximum of three live participation lines.  There will be no limitation on the registration of listen-only lines for attorneys who have entered appearances in these proceedings

Listen-Only Public Access to the Hearing:  Members of the public, press, and attorneys **may listen to (but not view or participate in)** the hearing by dialing (888) 363-4749 and entering the access code (7214978) and security code (6788) when prompted.

**Copies of Documents:**     Copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.ra.kroll.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at

---

[2]   Attendees should check the notice board in the lobby of the **New York** courthouse on the morning of the hearing to confirm the courtroom location.

http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

## I.   OPENING STATEMENTS

Total Estimated Time Required:  93 minutes.

1. **Plan Proponent**

   A. Oversight Board: Brian S. Rosen, 15 minutes

2. **The Government**

   A. Puerto Rico Fiscal Agency and Financial Advisory Authority: Peter Friedman and Maria J. DiConza, 8 minutes

3. **Supporting Parties**

   A. Assured Guaranty Corp. and Assured Guaranty Municipal Corp.: Casey J. Servais and/or Mark C. Ellenberg, 8 minutes

   B. Ambac Assurance Corporation: Atara Miller, 5 minutes

   C. Financial Guaranty Insurance Company: Martin A. Sosland, 5 minutes

   D. National Public Finance Guarantee Corporation: Robert Berezin, 5 minutes

   E. DRA Parties

      i. AmeriNational Community Services, LLC: Arturo J. García-Solá, 5 minutes

      ii. Cantor-Katz Collateral Monitor LLC: Douglas S. Mintz and/or Peter J. Amend, 5 minutes

   F. Official Committee of Unsecured Creditors: Luc A. Despins, 3 minutes

4. **Opposing Parties**

   A. Mapfre PRAICO Insurance Company and Endurance Reinsurance Corporation of America: José A. Sánchez Girona, 8 minutes

   B. Plaintiffs-Appellants of First Circuit Case No. 21-1739: John E. Mudd, 10 minutes

   C. Finca Matilde, Inc.: Eduardo J. Capdevila, 8 minutes

3

    D.  <u>HTA Insured Bondholder Group</u>[3]: Matthew M. Madden, 8 minutes

## II.  **PUBLIC COMMENT**

<u>Total Estimated Time Required</u>:  120 minutes.

## III.  **WITNESS EXAMINATION**

<u>Total Estimated Time Required</u>:  30–45 minutes.[4]

1. **David A. Skeel, Jr.\*[5]**
2. **Christina Pullo\***
3. **Ojas Shah\***
4. **Jay Herriman\***
5. **David Brownstein\***
6. **Carlos Céspedes Gómezas[6]**

---

[3]  Assured has challenged the timeliness of the HTA Insured Bondholder Group's Confirmation Objection.  Under Paragraph 25 of the Court's June 22, 2022 Order (ECF No. 1248 in Case No. 17-03567), "[a]ny objecting party that has not filed a timely Confirmation Objection will not be permitted to make an oral presentation at the Confirmation Hearing."  Assured reserves its position that no presentation should be permitted by the HTA Insured Bondholder Group.  The HTA Insured Bondholder Group will respond to Assured's timeliness challenge on the schedule set by the Court's August 2, 2022 Order (ECF No. 1334 in Case No. 17-03567).  The HTA Insured Bondholder Group will ask the Court to consider its limited objection to the plan, which was filed only 90 minutes after the deadline following what it will argue were days of good-faith negotiations with Assured attempting to resolve that objection.

[4]  No parties have indicated an intent to cross examine any of the witnesses, the time allotted is to allow for the orderly presentation of the witness declarations and any questions the Court may have.

[5]  As of July 28, 2022 at 5:00 p.m. (AST), the deadline to file confirmation hearing informative motions set forth in the Procedures Order, no party-in-interest identified the witnesses identified with an asterisk ("\*") as a witness for cross-examination.  Further, the Oversight Board is unaware of any party-in-interest indicating in writing after July 28th a request to cross-examine these witnesses.  Accordingly, these witnesses will not be cross-examined, but will be available in the event the Court has any questions.  The Oversight Board has no present intent to conduct redirect examination of these witnesses.  Notwithstanding the foregoing, AAFAF reserves the right to conduct cross examination of any witness proffered by the Debtor who submits a declaration after the date of this Joint Notice to the extent such declaration contains proposed testimony pertaining to The Puerto Rico Fiscal Agency and Financial Advisory Authority's Limited Objection to Section 2.4 of the Third Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority, as filed on July 28, 2022 [ECF No. 1318 in Case No. 17-3567].  To the extent AAFAF intends to conduct such an examination it will meet and confer with the Debtor and submit an informative motion by August 9, 2022 at 5:00 pm AST identifying such witness(es) and the proposed time for such examination(s).  The Debtor reserves all rights to oppose such a request by AAFAF, and to conduct any redirect examination as appropriate.

[6]  As of July 28, 2022 at 5:00 p.m. (AST), the deadline to file confirmation hearing informative motions set forth in the Procedures Order, no party-in-interest identified Carlos Céspedes Gómezas as a witness for cross-examination.  Further, John E. Mudd is unaware of any party-in-interest indicating in writing after July 28th a request to cross-examine Carlos Céspedes Gómezas.  Accordingly, Carlos Céspedes Gómezas will not be cross-examined, but will be available in the event the Court has any questions.  John E. Mudd has no present intent to conduct redirect examination of Carlos Céspedes Gómezas.

## IV.   CLOSING STATEMENTS

Total Estimated Time Required:  93 minutes.

1. **Plan Proponent**

   A. Oversight Board: Brian S. Rosen, 15 minutes

2. **The Government**

   A. Puerto Rico Fiscal Agency and Financial Advisory Authority: Peter Friedman and Maria J. DiConza, 8 minutes

3. **Supporting Parties**

   A. Assured Guaranty Corp. and Assured Guaranty Municipal Corp.: Casey J. Servais and/or Mark C. Ellenberg, 8 minutes

   B. Ambac Assurance Corporation: Atara Miller, 5 minutes

   C. Financial Guaranty Insurance Company: Martin A. Sosland, 5 minutes

   D. National Public Finance Guarantee Corporation: Robert Berezin, 5 minutes

   E. DRA Parties

      iii. AmeriNational Community Services, LLC: Arturo J. García-Solá, 5 minutes

      iv. Cantor-Katz Collateral Monitor LLC: Douglas S. Mintz and/or Peter J. Amend, 5 minutes

   F. Official Committee of Unsecured Creditors: Luc A. Despins, 3 minutes

4. **Opposing Parties**

   A. Mapfre PRAICO Insurance Company and Endurance Reinsurance Corporation of America: José A. Sánchez Girona, 8 minutes

   B. Plaintiffs-Appellants of First Circuit Case No. 21-1739: John E. Mudd, 10 minutes

   C. Finca Matilde, Inc.: Eduardo J. Capdevila, 8 minutes

   D. HTA Insured Bondholder Group[7]: Matthew M. Madden, 8 minutes

---

[7]   Assured has challenged the timeliness of the HTA Insured Bondholder Group's Confirmation Objection.  Under Paragraph 25 of the Court's June 22, 2022 Order (ECF No. 1248 in Case No. 17-03567), "[a]ny objecting party that has not filed a timely Confirmation Objection will not be permitted to make an oral presentation at the Confirmation Hearing."  Assured reserves its position that no presentation should be permitted by the HTA Insured

Dated: August 3, 2022
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Peter Friedman*
John J. Rapisardi
Maria J. DiConza
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

*/s/ Brian S. Rosen*
Martin J. Bienenstock
Brian S. Rosen
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

Peter Friedman
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, D.C. 20006
Tel: (202) 383-5300
Fax: (202) 383-5414

*Attorneys for the Financial Oversight and Management Board as representative for the Debtor*

*/s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
Carolina Velaz-Rivero
**MARINI PIETRANTONI MUÑIZ LLC**
250 Ponce de León Ave., Suite 900
San Juan, Puerto Rico 00918
Tel: (787) 705-2171
Fax: (787) 936-7494

*/s/  Hermann D. Bauer*
Hermann D. Bauer
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtor*

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

*/s/  Luc. A. Despins*
Luc. A. Despins (Pro Hac Vice)
James R. Bliss (Pro Hac Vice)
Nicholas A. Bassett (Pro Hac Vice)
G. Alexander Bongartz (Pro Hac Vice)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166

*/s/ Matthew M. Madden*
Matthew M. Madden (Pro Hac Vice)
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
2000 K Street NW, 4th Floor
Washington, D.C. 20006
Tel: (202) 775-4500
Fax: (202) 775-4510

---

Bondholder Group.  The HTA Insured Bondholder Group will respond to Assured's timeliness challenge on the schedule set by the Court's August 2, 2022 Order (ECF No. 1334 in Case No. 17-03567).  The HTA Insured Bondholder Group will ask the Court to consider its limited objection to the plan, which was filed only 90 minutes after the deadline following what it will argue were days of good-faith negotiations with Assured attempting to resolve that objection.

Tel: (212) 318-6000
Fax: (212) 319-4090

/s/ Juan J. Casillas Ayala
Juan J. Casillas Ayala.
Israel Fernández Rodríguez
Juan C. Nieves González
Cristina B. Fernández Niggemann
**CASILLAS, SANTIAGO & TORRES
LLC**
P.O. Box 195075
San Juan, PR 00919-5075
Tel: (787) 523-3434
Fax: (787) 523-3433

*Counsel to the Official Committee of
Unsecured Creditors*

/s/ Martin A. Sosland
Martin A. Sosland (*pro hac vice*)
**BUTLER SNOW LLP**
2911 Turtle Creek, Suite 1400
Dallas, TX 75219
Tel: (469) 680-5502
Fax:  (469) 680-5501


James E. Bailey III (*pro hac vice*)
Adam M. Langley (*pro hac vice*)
**BUTLER SNOW LLP**
6075 Poplar Ave., Suite 500
Memphis, TN 38119
Tel: (901) 680-7347
Fax:  (615) 680-7201

/s/ María E. Picó
María E. Picó
**REXACH & PICÓ, CSP**
802 Ave. Fernández Juncos
San Juan, PR 00907-4315
Tel: (787) 723-8520
Fax:  (787) 724-7844

*Attorneys for Financial Guaranty Insurance
Company*

/s/ William J. Natbony

/s/ Douglas Buckley
Douglas Buckley (Pro Hac Vice)
**KRAMER LEVIN NAFTALIS &
FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

/s/ Manuel Fernández-Bared
Manuel Fernández-Bared

/s/ Linette Figueroa-Torres
Linette Figueroa-Torres

/s/ Nayda Perez-Roman
Nayda Perez-Roman
**TORO COLÓN MULLET P.S.C.**
P.O. Box 195383
San Juan, PR 00919-5383
Tel: (787) 751-8999
Fax: (787) 763-7760

*Counsel for the HTA Insured Bondholder
Group*

/s/ Atara Miller
Dennis F. Dunne (admitted *pro hac vice*)
Atara Miller (admitted *pro hac vice*)
Grant R. Mainland (admitted *pro hac vice*)
John J. Hughes, III (admitted *pro hac vice*)
Jonathan Ohring (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Tel: (212) 530-5000
Fax: (212) 530-5219

/s/ Roberto Cámara-Fuertes
Roberto Cámara-Fuertes
Sonia Colón
**FERRAIUOLI LLC**
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Tel:  (787) 766-7000
Fax: (787) 766-7001

7

Howard R. Hawkins, Jr.  (Pro Hac Vice)
Mark C. Ellenberg  (Pro Hac Vice)
Casey J. Servais  (Pro Hac Vice)
William J. Natbony  (Pro Hac Vice)
Thomas J. Curtin  (Pro Hac Vice)
**CADWALADER, WICKERSHAM &
TAFT LLP**
200 Liberty Street
New York, New York 10281
Tel: (212) 504-6000
Fax: (212) 406-6666

/s/ Heriberto Burgos Pérez
Heriberto Burgos Pérez
Ricardo F. Casellas-Sánchez
Diana Pérez-Seda
**CASELLAS ALCOVER & BURGOS
P.S.C.**
P.O. Box 364924
San Juan, PR 00936-4924
Tel: (787) 756-1400
Fax: (787) 756-1401

Counsel for Assured Guaranty Corp. and
Assured Guaranty Municipal Corp.

/s/ Arturo J. García-Solá
Arturo J. García-Solá

/s/ Alejandro J. Cepeda-Díaz
Alejandro J. Cepeda-Díaz

/s/ Nayuan Zouairabani
Nayuan Zouairabani
**MCCONNELL VALDÉS LLC**
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
Tel: (787) 250-5632
Fax: (787) 759-9225

Attorneys for AmeriNational Community
Services, LLC

/s/  José A. Sánchez-Girona
José A. Sánchez-Girona

Attorneys for Ambac Assurance Corporation

/s/  Robert Berezin
Kelly DiBlasi (admitted *pro hac vice*)
Jonathan Polkes (admitted *pro hac vice*)
Gregory Silbert (admitted *pro hac vice*)
Robert Berezin (admitted *pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

Gabriel A. Morgan (admitted pro hac vice)
**WEIL, GOTSHAL & MANGES LLP**
700 Louisiana Street, Suite 1700
Houston, TX 77002
Tel: (713) 546-5000
Fax: (713) 224-9511

/s/ Eric Pérez-Ochoa
Eric Pérez-Ochoa

/s/ Luis Oliver-Fraticelli
Luis Oliver-Fraticelli

/s/ Alexandra Casellas-Cabrera
Alexandra Casellas-Cabrera

**ADSUAR MUÑIZ GOYCO
SEDA & PÉREZ-OCHOA, P.S.C.**
P.O. Box 70294
San Juan, PR 00936
Tel: (787) 756-9000
Fax: (787)756-9010

Attorneys for National Public Finance
Guarantee Corporation

/s/ Douglas S. Mintz
Douglas S. Mintz (admitted *pro hac vice*)
**SCHULTE ROTH & ZABEL LLP**
901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
Tel: (202) 729-7470

8

**SALDAÑA, CARVAJAL & VÉLEZ-RIVÉ, PSC**
166 Avenida de la Constitución
San Juan, Puerto Rico 00901
Tel: (787) 289-9250
Fax: (787) 289-9253

*Attorneys for Mapfre PRAICO Insurance Company*

*/s/  John E. Mudd*
John E. Mudd
**LAW OFFICES JOHN E. MUDD**
P.O. Box 194134
San Juan, P.R. 00919
Tel: (787) 413-1673

*Attorneys for Plaintiffs-Appellants of First Circuit Case No. 21-1739*

*/s/ Isabel M. Fullana*
Isabel M. Fullana

*/s/ Eduardo J. Capdevila*
Eduardo J. Capdevila
**ISABEL FULLANA-FRATICELLI & ASSOCS., P.S.C.**
The Hato Rey Center Bldg.
268 Ave. Ponce de León Ste. 1002
San Juan, Puerto Rico 00918
Tel: (787) 250-7242
Fax:  (787) 756-7800

*Counsel to Finca Matilde, Inc.*

Fax: (202) 730-4520

Douglas Koff (admitted *pro hac vice*)
Taleah Jennings (admitted *pro hac vice*)
Abbey Walsh (admitted *pro hac vice*)
Peter J. Amend (admitted *pro hac vice*)
Kelly V. Knight (admitted *pro hac vice*)
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, NY 10022
Tel: (212) 756-2000
Fax: (212) 593-5955

*/s/ Carmen D. Conde Torres*
Carmen D. Conde Torres

*/s/ Luisa S. Valle Castro*
Luisa S. Valle Castro
**C. CONDE & ASSOC. LAW OFFICES**
254 San José Street, Suite 5
San Juan, PR 00901-1523
Tel: (787) 729-2900
Fax: (787) 729-2203

*Attorneys for Cantor-Katz Collateral Monitor LLC, as Collateral Monitor for the GDB Debt Recovery Authority*

**<u>Exhibit A</u>**

**Order Regarding Procedures for August 17–18, 2022 HTA Confirmation Hearing**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:                                                          PROMESA
                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of                                    No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                                 (Jointly Administered)
et al.,

        Debtors.[1]

------------------------------------------------------------x

ORDER REGARDING PROCEDURES FOR HEARING ON
CONFIRMATION OF HTA PLAN OF ADJUSTMENT AND AUGUST 17-18, 2022, OMNIBUS HEARING

        The Court will receive evidence and hear argument in connection with the request

of the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") for

approval of the *Third Amended Title III Plan of Adjustment of the Puerto Rico Highways and

Transportation Authority* (Docket No. 21271 in Case No. 17-3283; Docket Entry No. 1242 in

Case No. 17-3567, as may be supplemented or amended, the "Plan of Adjustment").  The

hearing will be conducted on **August 17, 2022**, from **9:30 a.m.** to **12:50 p.m. (Atlantic**

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case
        number and the last four (4) digits of each Debtor's federal tax identification number, as
        applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth")
        (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii)
        Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-
        BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways
        and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last
        Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
        Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-
        BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric
        Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits
        of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA")
        (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)
        (Title III case numbers are listed as Bankruptcy Case numbers due to software
        limitations).

**Standard Time)**, resume from **2:10 p.m.** to **5:00 p.m. (Atlantic Standard Time)**, and continue, if necessary, on **August 18, 2022**, beginning at **9:30 a.m. (Atlantic Standard Time)** (the "Confirmation Hearing").  Immediately upon the conclusion of the Confirmation Hearing, the Court will commence an omnibus hearing on certain motions in the above-captioned cases and related adversary proceedings (the "Omnibus Hearing" and, together with the Confirmation Hearing, the "Hearings").  The Court will conduct the Hearings in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 (the "San Juan Courtroom").  The Hearings shall be governed by the following procedures.

**Registration for In-Person Attendance; CourtSolutions Participation, and Listen-In Facilities for Attorneys, Members of the Public and Press**

       1.    **In-Person Participation**.  The Court will conduct the Hearings live from the San Juan Courtroom and via CourtSolutions.  Counsel who intend to participate in the Hearings should expect to appear in person to present argument and examine witnesses during the Hearings.  Counsel who are not scheduled to present argument or examine witnesses have the following options to access the Hearings:   (i) observe in person in the San Juan Courtroom, (ii) observe a video feed of the Hearings in person in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007 (the "New York Courtroom"), or (iii) register for a speaking line and/or listen-only CourtSolutions access line.  Due to limited seating in the San Juan Courtroom, the Court will prioritize admission to Courtroom 3 to allow the Oversight Board and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") be permitted four attorneys at a time, and each other Party will be permitted two attorneys at a time.  **Each counsel intending to participate in or observe the Hearings in person (in the San Juan Courtroom**

or the New York Courtroom) or through the CourtSolutions platform must file an informative motion, as set forth in paragraph 6 below.  Informative motions are due no later than July 28, 2022, at 12:00 p.m. (Atlantic Standard Time).

      2.      **CourtSolutions Registration**.  Attorneys who have entered an appearance in the Title III proceedings have the option to register for a live participation line or listen-only line.  Such attorneys must register with CourtSolutions at www.court-solutions.com no later than **July 28, 2022, at 5:00 p.m. (Atlantic Standard Time)** and pay the fee established by CourtSolutions.[2]  In order to promote the efficient conduct of the proceedings, each Party shall be limited to registering a maximum of three live participation lines.  There will be no limitation on the registration of listen-only lines for attorneys who have entered appearances in these proceedings.

      3.      **Listen-Only Public Access to the Hearings**.  Members of the public, press, and attorneys may **listen to but not view or participate in** the Hearings by dialing (888) 363-4749, and, when prompted, entering the access code (7214978) and security code (6788) for listen-only access.  Recording and retransmission of the proceedings by any means are prohibited.

      4.      **Live Video Feed of the Hearings**.  Members of the public and press who wish to **view but not participate in** the Hearings through a live video feed may do so by appearing in person at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 (the "San Juan Courthouse") or the United States District Court for the Southern District of New York, Daniel

---

[2]      Parties that intend to participate by CourtSolutions are advised that filing an informative motion in accordance with paragraph 6, does not relieve the Party of the Party obligation to separately register on www.court-solutions.com.

Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007 (the "New York Courthouse").

     5.    **Press Room**. There will be a live feed of the proceedings broadcasted to the press rooms in the San Juan Courthouse and the New York Courthouse. Members of the press should contact presscredentials@prd.uscourts.gov (San Juan) or 212-805-0513 (New York) regarding viewing facilities and space availability.

**Party Informative Motion and Exhibit List Procedures**

     6.    Counsel for any party-in-interest (each, a "Party") and any individual Party not represented by counsel that wishes to participate in the Hearings must file an informative motion by **July 28, 2022**, at **5:00 p.m. (Atlantic Standard Time)**. The informative motion shall contain a completed Exhibit A, Exhibit B, and Exhibit C. Counsel who have not filed exhibits and/or do not intend to examine a witness may write "N/A" on the Exhibit B and Exhibit C cover sheets.

     a.    <u>Party Appearance Sheet</u>. Counsel for any Party that has (a) timely filed an objection to or statement in support of confirmation of the Plan of Adjustment, or (b) a motion or response in connection with a matter noticed for the omnibus hearing (each, a "Party") and wishes to participate at the Hearings must register an appearance by completing the Party Appearance Sheet. Counsel must identify (a) the Party for which they intend to appear, (b) whether they intend to appear for the Confirmation Hearing, the Omnibus Hearing, or both, and (c) the name(s), email address(es), and method of appearance for those attorney(s) who wish to participate in or observe the Hearings.

     b.    <u>Witness Cover Sheet</u>. If the Party wishes to cross-examine any declarant, the Party shall complete the Witness Cover Sheet indicating: (a) the witness(es) to be examined, (b) the factual issue) to which the proposed cross-examination or testimony relates, (c) the

subject matter of the testimony and its relevance to the factual issue(s), and (d) the time requested for such examination or testimony.

        c.   <u>Parties not represented by counsel</u>.  Any individual Party who wishes to participate in the Hearings must file a Pretrial Informative Motion with the Party Appearance Sheet, Witness Cover Sheet, and Exhibit Cover Sheet as set forth in paragraph 6.  An individual Party not represented by counsel who simply wishes to make a short statement to the Court in connection with the Confirmation Hearing may apply for an opportunity to do so in accordance with paragraph 9.

        d.   <u>Exhibit List Procedures and Exhibit Cover Sheet</u>.  Exhibit lists are due by July 27, 2022, pursuant to the *Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* (Docket Entry No. 21301 in Case No. 17-3283; Docket Entry No. 1249 in Case No. 17-3567). Each Party must follow the below instructions for filing the Exhibit List.

        i.   Each Party is directed to file an Exhibit List using the CM/ECF event "Motion Submitting."

        ii.   Each Party must upload each exhibit as a separate attachment to the Exhibit List.  Hyperlinks may not be used in lieu of uploading an exhibit.

        iii.   The Exhibit List is intended to be a single filing (with multiple exhibits). If your Exhibit List and attachments exceed the upload capacity of CM/ECF,[3] you may divide your submission into multiple filings.

        A.   **Large Exhibits**.  If a single exhibit is too large to file, Parties shall divide the exhibit into separate attachments.  In this scenario, the Party assigns each part of the exhibit **the same exhibit letter or number**, and types in the text field "Part 1 of [Total Number]." Parties **must** select the same exhibit letter or number to indicate to the Court that an uploaded exhibit is continued in the next attachment.  For example, if "Party ABC" needs to divide

---

[3]    The maximum capacity of the U.S. Bankruptcy Court for the District of Puerto Rico CM/ECF System is 20 MB for a single filing.

Exhibit C into 3 attachments due to its size, "Party ABC" will upload and designate the exhibit as follows: Exhibit C: "Part 1 of 3," the next attachment as Exhibit C "Part 2 of 3," and the final attachment as Exhibit C "Part 3 of 3." The next attachment will then proceed to Exhibit D.

B. **Multiple Filings**. If a group of exhibits reaches the 20MB capacity for a single CM/ECF filing, parties must continue to file their exhibits by starting a new filing. Parties will again select the "Motion Submitting" CM/ECF Activity when filing the next set of exhibits. The main document for a continued filing should be titled "Continued Exhibits of [Party Name]" and may include a list of the exhibits attached to that single filing.

iv. **Requests to Seal Certain Exhibits**. A Party who has included an exhibit on their Exhibit List that is subject to a sealing application **must file a placeholder for the exhibit, clearly marked as such**. The placeholder document can simply state "Exhibit Name, Exhibit Brief Description, Party [Name] will file a Motion to Seal regarding Exhibit [Letter]." The Party must still select the exhibit letter corresponding to the exhibit and type in the text field "SEALED Exhibit [Letter]."

A. When a Party files a motion to seal, the Party must select the CM/ECF designation "MOTION TO SEAL" or "URGENT MOTION TO SEAL." This is the only CM/ECF Designation that allows the Clerk's Office to unseal the document at a later date. Failure to select the appropriate designation will result in a deficient filing notification and/or termination of the motion.

The Exhibit Cover Sheet, Exhibit C to the Pretrial Informative Motion, must include all docket entry numbers for each exhibit that was previously filed in connection with the Exhibit List. Thus, a Party is only able to complete the Exhibit Cover Sheet **after** the Party has filed their Exhibit List.

7. **Witness Testimony**. The court expects that all witnesses be available for in person cross-examination at the San Juan Courthouse during the Confirmation Hearing. Rule 43(a) of the Federal Rules of Civil Procedure, made applicable by Rule 9017 of the Federal Rules of Bankruptcy Procedure, provides that for "good cause in compelling circumstances" a witness may be permitted to testify by contemporaneous transmission from a location other than

the courtroom. Any motions to allow a witness to provide remote testimony shall be due no later than **July 29, 2022**.

        a.     The original proponent of a witness will be responsible for (a) arranging in-person participation at the Confirmation Hearing, (b) providing a certified interpreter if the witness requires translation services,[4] and (c) confirming witness attendance by emailing SwainDPRCorresp@nysd.uscourts.gov by **3:00 p.m. (Atlantic Standard Time)** the day before the witness is scheduled to testify with the following information: the (1) name of the witness, and (2) the name of the interpreter, if any.

        b.     The Party intending to examine a witness must have identified the witness on the Party's witness list, due July 27, 2022, and included the declarant's name on the Witness Cover Sheet attached to the Party's Pretrial Informative Motion. Direct testimony will be by declaration previously provided pursuant to the procedures prescribed for that purpose, and cross-examination and redirect examination, if any, shall be as set forth herein.

        c.     The Court will review all declarations that have been submitted in support of or opposition to confirmation of the Plan of Adjustment in advance of the Confirmation Hearing. The deadline for all Parties to file witness declarations to be used at the Confirmation Hearing is **August 7, 2022**. All such declarations are deemed submitted as direct testimony.

        d.     Parties must meet and confer in advance of the Confirmation Hearing to use their best efforts to agree on the admissibility of the proposed exhibits into evidence. By no later than **August 9, 2022, at 2:00 p.m. (Atlantic Standard Time)**, the Parties shall, through the

---

[4]     Information regarding interpreter services can be found on the website for the United States District Court for the District of Puerto Rico https://www.prd.uscourts.gov/interpreter-services.

Oversight Board's counsel, provide to **each** of the courthouses[5] (a) a list of exhibits whose admissibility into evidence for purposes of the Confirmation Hearing is agreed, (b) a list of exhibits whose admissibility into evidence is not agreed, and (c) hard copies of all witness direct testimony declarations.

       8.     **Notice of Order of Appearances for Oral Argument and Witness Examination.** The parties intending to present argument and examine witnesses in connection with the Plan of Adjustment shall meet and confer and jointly file a Notice of Proposed Confirmation Hearing Agenda no later than **August 3, 2022**, at **12:00 p.m. (Atlantic Standard Time)**. The Notice of Confirmation Hearing Agenda shall contain (a) the Parties (including any persons appearing pro se) who intend to appear and present opening and closing statements, (b) time allocations for each speaker providing an opening and closing statement, (c) the names and anticipated order of the witnesses that will be cross-examined, (d) the names and anticipated order of the Parties who will cross-examine the witnesses, and (e) the name of any Party who anticipates conducting redirect examination of a witness. The Court will allocate up to two hours for opening arguments beginning on August 17, 2022, and two hours for closing statements. The Notice of Confirmation Hearing Agenda should contain a section allocating two hours following opening statements for public comment.

       a.     <u>Omnibus Hearing Agenda</u>. In anticipation of the omnibus hearing, the Debtors shall file an agenda outlining the matters to be addressed and the projected timetable for the Omnibus Hearing shall be filed by Debtors' counsel by **August 11, 2022**. The agenda shall

---

[5]     The binders shall be addressed to the following locations: (i) United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767, and (ii) the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

include (a) the names of the individuals who intend to appear and speak on behalf of each relevant Party in connection with each motion or report, (b) the order in which the parties to the relevant motion shall present argument, and (c) time allocations for each Party. Debtors' counsel shall file a revised agenda on **August 15, 2022**, if circumstances have changed or if requested to do so by the Court. Debtors' counsel shall email a proposed agenda, including preliminary time allocations, to the Court by **August 9, 2022**, at **12:00 p.m. (Atlantic Standard Time)**.

        b.    <u>Status Reports</u>. The Oversight Board and AAFAF shall file written status reports by **5:00 p.m. (Atlantic Standard Time)** on **August 16, 2022**. The Oversight Board's report shall address (a) the general status and activities of the Oversight Board, including measures taken in response to the COVID-19 pandemic, (b) the general status of relations among the Oversight Board and the Commonwealth and federal governments, (c) the general status of the ADR and ACR processes, including the anticipated number of matters to be directed into the ADR process and anticipated timetable for initiation of ADR procedures with respect to such matters, and (d) the anticipated timing and volume of objections to claims. AAFAF shall provide a general status report on its status and activities, including an overview of the Commonwealth's ongoing response to the COVID-19 pandemic. At the Omni Hearing, the Court will ask counsel to the Oversight Board and AAFAF to respond to questions and comments, if any, related to their respective status reports

        9.    **Public Testimony.** The Court will devote two hours to hearing statements concerning the Plan of Adjustment by members of the public, to be selected by lottery, who will appear in person at the San Juan Courthouse. Further information concerning registration procedures for members of the public to apply to address the Court on **August 17, 2022**, will be the subject of a future order.

10. **Courtroom Procedures**. All persons appearing in person or by telephonic means are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of this prohibition may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. All individuals at the San Juan Courtroom and the New York Courtroom must comply with the relevant COVID-19 protocols (including applicable masking and social distancing requirements), available at https://www.prd.uscourts.gov/covid-19-pandemic-orders-and-important-information (San Juan Courtroom) and https://www.nysd.uscourts.gov/covid-19-coronavirus (New York Courtroom), respectively.


SO ORDERED.

Dated: July 13, 2022

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

**EXHIBIT A[1]**

PARTY APPEARANCE SHEET

| Name of Party | | Is the party attending the Confirm. Hearing, Omnibus Hearing, **or** Both? |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person – PR **or** CourtSolutions Speaking Line[2] |
| | Name | |
| | Law Firm | |
| | Email | |
| | Phone Number | |
| | Docket Entry No. of Notice of Appearance | |
| ATTORNEY 2 | Appearance Method | In Person – PR **or** CourtSolutions Speaking Line |
| | Name | |
| | Law Firm | |
| | Email | |
| | Phone Number | |
| | Docket Entry No. of Notice of Appearance | |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes.<br><br>Name<br>Observation Method<br>• CourtSolutions Listen Only<br>• In Person – PR<br>• In Person – NY<br>Law Firm<br>Email<br>Phone Number | |
| Pursuant to the Hearing Procedures Order ¶ 1, in-person participation by counsel will be prioritized in the following manner: the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be permitted 4 attorneys present in Courtroom 3 in San Juan, and each other party-in-interest shall be permitted 2 attorneys present in Courtroom 3 in San Juan. | | |

---

[1]  This Party Appearance Sheet must be attached to a party in interest's Informative Motion as **Exhibit A**.

[2]  Pursuant to the Hearing Procedures Order ¶ 2, attorneys intending to participate by CourtSolutions must also separately register on the CourtSolutions website.

Space permitting, additional attorneys who wish to view but not participate in the Confirmation Hearing or August Omnibus Hearing may gain admittance to the live courtroom (Courtroom 3 in San Juan), or the live feed which will broadcasted in Courtroom 17C in New York on a first-come first-served basis. All attorneys who wish to observe in person must be listed on this appearance sheet.

**EXHIBIT B[1]**

PARTY WITNESS COVER SHEET

| Name of Party | |
|---|---|
| Does the Party intend to offer a witness? | |
| Total Number of Witnesses | |

| Witness Name | Expert or Fact Witness | Is interpreter required? (Proponent of witness must provide certified interpreter)* | Scope of Testimony |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

*The Court does not provide interpreters for witness testimony.

---

[1]     This Party Witness Cover Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit B**.

**EXHIBIT C**[1]

PARTY EXHIBIT COVER SHEET

| Name of Party | |
|---|---|
| Does the Party intend to offer evidence? | |
| Docket Entry No. for Party Exhibit List | |

| Exhibit Identifier[2] | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a). |
|---|

---

[1]      This Party Exhibit Cover Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit C**.

[2]      Each Exhibit should be named in sequential party-identified numbering (e.g., "FOMB Ex. 1" or "UCC Ex. A").