# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | PROMESA<br>Title III<br><br><br><br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>PUERTO RICO HIGHWAYS &<br>TRANSPORTATION AUTHORITY,<br><br>    Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | PROMESA<br>Title III<br><br><br><br><br><br>No. 17 BK 3283-LTS<br><br>No. 17 BK 3567-LTS<br>(This Filing Relates to<br>These Debtors) |

## PEAJE INVESTMENTS LLC'S INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT THE HEARING ON CONFIRMATION OF HTA PLAN OF ADJUSTMENT AND AUGUST 17-18, 2022, OMNIBUS HEARING

The undersigned, counsel to Peaje Investments LLC ("Peaje"), party-in-interest in the above-captioned Title III cases, hereby submits this Informative Motion in response to the Court's *Order Regarding Procedures for Hearing on Confirmation of HTA Plan of Adjustment and August 17- 18, 2022, Omnibus Hearing* [Case No. 17-3283, Docket No. 21494] (the "Scheduling Order") regarding appearance at the August 17-18, 2022 confirmation and omnibus hearing (the "Hearing").

Pursuant to the Scheduling Order, the undersigned counsel hereby informs the Court that Allan Brilliant of Dechert LLP reserves the right to present argument at the Hearing with respect

to any agenda item and respond as necessary to any statements made by any party which implicate Peaje's interests.

**RESPECTFULLY SUBMITTED**, this third day of August, 2022.

| | |
|---|---|
| **MONSERRATE SIMONET & GIERBOLINI, LLC** | **DECHERT LLP** |
| | /s/ Allan S. Brilliant |
| Dora L. Monserrate Peñagarícano | Allan S. Brilliant (*pro hac vice*) |
| USDC-PR No. 212612 | Three Bryant Park |
| 101 San Patricio Avenue | 1095 Avenue of the Americas |
| Maramar Plaza, Suite 1120 | New York, NY  10036-6797 |
| Guaynabo, Puerto Rico 00968 | allan.brilliant@dechert.com |
| Tel.: (787) 620-5300 | Tel: (212) 698-3500 |
| Fax: (787) 620-5305 | Fax: (212) 698-3599 |

*Counsel to Peaje Investments LLC*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this third day of August 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification to all counsel of record of such filing.

Dated: August 3, 2022

                                                       */s/ Brett Stone*
                                                       By: Brett Stone
                                                       Title: Paralegal, Dechert LLP