UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
as representative of
(LTS)

PROMESA
TITLE III
Case No. 17-BK-3283

THE COMMONWEALTH OF PUERTO RICO, et al.,
        Debtors[1]

PROPOSED ORDER GRANTING URGENT CONSENSUAL MOTION FOR EXTENSION OF RESPONSE
DEADLINES AND RESCHEDULING OF HEARING DATE

Upon the Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date, dated, August 3, 2022 (Docket Entry No. _____ ) (the "Extension Motion") requesting an extension of response deadlines and rescheduling of the hearing date with respect to the following Administrative Expense Motions: Motion for Allowance and Payment of Administrative Expense Claims Filed by Group Wage Creditors in the Litigation Caption Madeline Acevedo Camacho v. the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico (Docket Entry No. 21194); Application for Allowance of Administrative Priority Claims and Requesting an Order for Immediate Payment filed by Judgment Claimants Case Carmen Socorro Cruz Hernandez et al. v the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico (Docket Entry No. 21195); Application for Allowance of Payment Post Petition Administrative Claims Pursuant to Section 503(b)(1)(A)(i) of the Bankruptcy Code filed by Group

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Extension Motion is granted as set forth herein.

2. The Movant's Reply deadline, if any, shall be extended to September 2, 2022 at 4:00 p.m.(Atlantic Standard Time).

3. The hearing date for the Administrative Expense Motions be rescheduled for the November 2, 2022 omnibus hearing at 9:30 a.m. .(Atlantic Standard Time).

4. This Order resolves Docket Entry No. _____ in Case No. 17-3283.

SO ORDERED. Dated: _____, 2022

/s/Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge