UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING URGENT CONSENSUAL MOTION FOR
EXTENSION OF RESPONSE DEADLINES AND RESCHEDULING OF HEARING DATE

Through the *Urgent Consensual Motion for Extension of Response Deadlines and Rescheduling of Hearing Date*, dated August 3, 2022 (Docket Entry No. 21713)[2] (the "Extension Motion"),[3] movants with respect to certain, but not all, of the Administrative Expense Motions with respect to which briefing deadlines were previously extended by the *Order Granting Urgent*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Last Four Digits of Federal Tax ID: 3801) (Last Four Digits of Federal Tax ID: 3801) (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] All docket entry references are to entries in Case No. 17-3283, unless otherwise specified.

[3] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Extension Motion.

*Motion for Extension of Response Deadlines and Rescheduling of Hearing Date* (Docket Entry No. 21348) have requested an extension of the deadline to reply to objections filed by the Oversight Board thereto, as well as adjournment of the scheduled hearing thereon. (Docket Nos. 21640–21644.) For the sake of clarity, extensions of the briefing schedules and adjournments been requested with respect to the following Administrative Expense Motions (the "Applicable Motions," and the movants thereto, the "Movants"):

| Docket Entry No. | The Applicable Motions (Extension Requested by Docket Entry No. 21713) |
|---|---|
| 21194 | *Application for Allowance and Payment of Administrative Expense Claims Filed by Group Wage Creditors in the Litigation Caption Madeline Acevedo Camacho v. the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico* |
| 21195 | *Application for Allowance of Administrative Priority Claims and Requesting an Order for Immediate Payment Filed by Judgment Claimants Case Carmen Socoro Cruz Hernandez et al. v the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico* |
| 21224 | *Application for Allowance of Payment Post Petition Administrative Claims Pursuant to Section 503(b)(1)(a)(i) of the Bankruptcy Code Filed by Group Wage Creditors in the Litigation Caption Francisco Beltran Cintron et al. v. the Family Department, ARV and AIJ of the Commonwealth of Puerto Rico and Reservation of Rights* |
| 21227 | *Application for Allowance of Administrative Expense Priority Payment Pursuant to Section 503(b)(1)(a)(i) of the Bankruptcy Code Filed by Group Wage Creditors in the Litigation Caption Abraham Gimenez (1,046 Plaintiffs) v. the Department of Transportation and Public Works and Reservation of Rights* |
| 21230 | *Application for Allowance of Payment of Post-Petition Administrative Expense Priority Claims, Filed by the Group in Litigation Caption Acevedo Arocho et al. v the Departamento Hacienda and Reservation of Rights* |

Extensions and adjournments have not been requested with respect to the following Administrative Expense Motions:

| Docket Entry No. | Extension Not Requested by Docket Entry No. 21713[4] |
|---|---|
| 21187 | Evertec's Motion for Allowance of an Administrative Expense Claim[5] |
| 21191 | Ricoh Puerto Rico, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim in the Sum of $4,864,017.20 |
| 21192 | Plaintiff Blanca Iris Marrero's Motion for Allowance and Payment of Administrative Expense Claim |
| 21207 | Orlando Santiago Amador's Motion for Allowance and Payment of Administrative Expense Claim |
| 21208 | MCG's Motion for Allowance and Payment of Administrative Expense Claim |
| 21209 | COSEY's Motion for Allowance and Payment of Administrative Expense Claim |
| 21229 | Motion Requesting Allowance and Payment of Administrative Expense Claim Filed by Pablo Melani Curra and Diana Velez Martinez |

Accordingly, the Court having found that the Movants provided adequate and appropriate notice of the Extension Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Extension Motion; and the Court having determined that the factual bases set forth in the Extension Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[4] Previous briefing extensions granted at Docket Entry No. 21654 in Case No. 17-3283 and Docket Entry No. 329 in Case No. 19-5523; motions to be heard at the Omnibus Hearing scheduled for September 21, 2022, at 9:30 a.m. (Atlantic Standard Time).

[5] Docket Entry No. 317 in Case No. 19-5523.

ORDERED that:

1. The Extension Motion is granted as set forth herein.

2. The deadline to reply the Applicable Motions reply is extended to **September 2, 2022**, at **4:00 p.m. (Atlantic Standard Time)**.

3. Solely with respect to the Applicable Motions, the hearing on the Applicable Motions is adjourned from the Omnibus Hearing scheduled for September 21, 2022, at 9:30 a.m. (Atlantic Standard Time) to the Omnibus Hearing scheduled for **November 2, 2022**, at **9:30 a.m. (Atlantic Standard Time)**.

4. This Order resolves Docket Entry No. 21713 in Case No. 17-3283.

SO ORDERED.

Dated: August 4, 2022

                                             /s/Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             United States District Judge