UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING MOTION ADDING TO SUCESIÓN PASTOR MANDRY MERCADO'S PRIME CLERK CLAIM NUMBER 179550 THE RESOLUTION OF THE SUPREME COURT OF PUERTO RICO AND CERTIFIED TRANSLATION THEREOF, DENYING THE COMMONWEALTH OF PUERTO RICO'S SECOND MOTION TO RECONSIDER ITS PETITION FOR CERTIORARI

The Court has considered Sucesión Pastor Mandry Mercado's *Motion Adding to Sucesión Pastor Mandry Mercado's Prime Clerk Claim Number 179550 the Resolution of the Supreme Court of Puerto Rico and Certified Translation Thereof, Denying the Commonwealth of Puerto Rico's Second Motion to Reconsider Its Petition for Certiorari* (Docket Entry No. 21534 in Case No. 17-3283, the "Motion") and, with no opposition having been filed and with good cause to grant the requested relief appearing, it is hereby directed (i) that the resolution of the Puerto Rico Supreme Court and its certified translation to the English language entered in Case Number CC-2021-0762, attached to the Motion and docketed as Docket Entry Nos. 21534-1 and 21534-2, respectively, in Case No. 17-3283, be attached to Proof of Claim No. 179550 in Case No. 17-3283, and (ii) that Proof of Claim No. 6272 is deemed withdrawn.

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Order resolves Docket Entry No. 21534 in Case No. 17-3283.

SO ORDERED.

Dated: August 5, 2022

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge