Exhibit A

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 8217 | PEREZ ARCE, HARRY | Commonwealth of Puerto Rico | $ - |
| 9837 | CLEMENTE TAPIA, MARGARITA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 32,000.00 |
| 14042 | RAMOS CAMACHO, DINORIS | Commonwealth of Puerto Rico | $ - |
| 16480 | PADILLA ORTIZ, MARISEL | Commonwealth of Puerto Rico | $ - |
| 16862 | RIVERA RODRIGUEZ, JOHANNA M. | Commonwealth of Puerto Rico | $ - |
| 17637 | MEDINA HERNANDEZ, MIGDALIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 19638 | RODRIGUEZ CANDELARIA, ZULMA I | Commonwealth of Puerto Rico | $ - |
| 23314 | MORALES MONTALVO, FREDDY | Commonwealth of Puerto Rico | $ - |
| 24005 | FIGUEROA CORREA, MARIA E | Commonwealth of Puerto Rico | $ - |
| 24217 | FIGUEROA CORREA, MARIA E | Commonwealth of Puerto Rico | $ - |
| 25052 | APONTE CALDERON, ISABEL M | Commonwealth of Puerto Rico | $ - |
| 26432 | RODRIGUEZ MERCADO, IVETTE | Commonwealth of Puerto Rico | $ 21,888.86 |
| 27520 | ALIANZA CORRECCIONAL UNIDA SERVIDORES PÚBLICOS | Commonwealth of Puerto Rico | $ - |
| 28763 | ORTIZ RIVERA, WILMA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 230,400.00 |
| 31054 | CHACON RODRIGUEZ, MAYRA | Commonwealth of Puerto Rico | $ - |
| 32116 | REYES ORTIZ, SONIA I | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 34270 | RIVERA OLMEDA, TEODORO | Commonwealth of Puerto Rico | $ - |
| 35274 | RIVERA OLMEDA, TEODORO | Commonwealth of Puerto Rico | $ - |
| 35467 | RIVERA TORRES, ENEIDA | Commonwealth of Puerto Rico | $ - |
| 38069 | CRUZ QUINTERO, JUAN CARLOS | Commonwealth of Puerto Rico | $ - |
| 38507 | BALBIN PADILLA, CYNTHIA | Commonwealth of Puerto Rico | $ - |
| 38684 | RIVERA ALVAREZ, CRUZ | Commonwealth of Puerto Rico | $ - |
| 39412 | CRUZ ACEVEDO, MARIBEL | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 42306 | CHACON RODRIGUEZ, MAYRA | Commonwealth of Puerto Rico | $ - |

(1) Upon further review, it was determined the claim should be recategorized as a Public Employee and/or Pension Claim and reviewed as part of the ACR process. Claim was transferred to ACR as part of the 25th ACR transfer (Docket 21662).

# Exhibit A

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 42566 | CALAFF QUINONES, MIGUELINA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 43713 | ESQUILIN CINTRON, ROSA | Commonwealth of Puerto Rico | $ - |
| 45925 | CANDELARIO ORTIZ, ALBA L. | Commonwealth of Puerto Rico | $ - |
| 48264 | PEREZ TALAVERA, IVELISSE | Commonwealth of Puerto Rico | $ 75,000.00 |
| 50864 | ALICEA CAMPOS, MARIA M | Commonwealth of Puerto Rico | $ - |
| 51630 | PEREZ RAMIREZ, JOSE A | Commonwealth of Puerto Rico | $ - |
| 52709 | REYES HERNANDEZ, INGRID | Commonwealth of Puerto Rico | $ - |
| 58387 | NIEVES CRUZ, IRIS M. | Commonwealth of Puerto Rico | $ - |
| 61367 | SANTIAGO CONDE, BLANCA | Commonwealth of Puerto Rico | $ - |
| 63375 | MEDINA RIVERA, ASNEL | Commonwealth of Puerto Rico | $ - |
| 75326 | VELEZ MARTINEZ, ELIZABETH | Commonwealth of Puerto Rico | $ - |
| 79224 | RAMOS GONZALEZ, DAVID | Commonwealth of Puerto Rico | $ - |
| 80639 | MALDONADO FONTANEZ, MARITZA | Commonwealth of Puerto Rico | $ - |
| 84203 | VELEZ MARTINEZ, ELIZABETH | Commonwealth of Puerto Rico | $ 94,500.00 |
| 90181 | ORTIZ LABRADOR, EDNA MARIA | Commonwealth of Puerto Rico | $ - |
| 91272 | RIOS CRUZ, NILSA | Commonwealth of Puerto Rico | $ - |
| 98315 | GONZALEZ MERCADO, OMAYRA | Commonwealth of Puerto Rico | $ - |
| 101236 | RESTO HERNANDEZ, SONIA | Commonwealth of Puerto Rico | $ - |
| 109002 | NIEVES RAMOS, ADELAIDA | Commonwealth of Puerto Rico | $ - |
| 111768 | MONTALVO LAFONTAINE, MARIA DE LOS A. | Commonwealth of Puerto Rico | $ - |
| 112364 | FIGUEROA CARRION, AMPARO | Commonwealth of Puerto Rico | $ - |
| 121654 | NEGRON COLON , MIGUEL A. | Commonwealth of Puerto Rico | $ - |
| 142499 | CORNIER MALDONADO, ANGEL A. | Commonwealth of Puerto Rico | $ - |
| 145851 | SANTIAGO HERNANDEZ, HECTOR MANUEL | Commonwealth of Puerto Rico | $ - |

(1) Upon further review, it was determined the claim should be recategorized as a Public Employee and/or Pension Claim and reviewed as part of the ACR process. Claim was transferred to ACR as part of the 25th ACR transfer (Docket 21662).

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 149208 | IRIZARRY CEDENO, JULIO CESAR | Commonwealth of Puerto Rico | $ - |
| 151337 | ORTIZ ROSA, YENICE | Commonwealth of Puerto Rico | $ - |
| 162130 | BENIQUEZ RIOS, MARIA DEL C | Commonwealth of Puerto Rico | $ - |
| 162901 | ACOSTA VICENTY, MILTON | Commonwealth of Puerto Rico | $ - |
| 134201 [1] | VEGA KLIMEZEK, SARAY N. | Commonwealth of Puerto Rico | $ - |
| 135910 [1] | OLAN RAMIREZ, AIDA L. | Commonwealth of Puerto Rico | $ - |
| 138178 [1] | RIVERA, MIGDALIA ARROYO | Commonwealth of Puerto Rico | $ - |
| 145129 [1] | VAZQUEZ BORRERO, CINDY | Commonwealth of Puerto Rico | $ - |
| 17990 [1] | IRIZARRY YAMBO, JOSE A | Commonwealth of Puerto Rico | $ - |
| 20741 [1] | ALVARADO, JULIA B | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 46988 [1] | CORDERO ROSA, CARLOS J. | Commonwealth of Puerto Rico | $ - |
| 93661 [1] | CASASNOVAS CUEVAS, LUZ N | Commonwealth of Puerto Rico | $ - |
| 97509 [1] | RIVERA MIRANDA, MARITZA M. | Commonwealth of Puerto Rico | $ - |

(1) Upon further review, it was determined the claim should be recategorized as a Public Employee and/or Pension Claim and reviewed as part of the ACR process. Claim was transferred to ACR as part of the 25th ACR transfer (Docket 21662).