# **ANEXO A**

**Relación de reclamaciones objeto de la Cuadringentésima octogésima cuarta objeción global**

## Cuadrigentésima Octagésima Cuarta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN ENMENDADAS REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | AGUILAR VIRUET, YASILKA<br>COTTO STATION<br>P O BOX 9342<br>ARECIBO, PR 00613 | 04/10/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 4442 | Indeterminado* | AGUILAR VIRUET, YASILKA<br>PO BOX 9342<br>COTTO STATION<br>ARECIBO, PR 00613 | 11/15/20 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 178798 | $127,000.00 |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 2 | ALICEA RODRIGUEZ, HELIODORA<br>URBANIZACION VALLES ARROYO<br>BOX 102<br>ARROYO, PR 00714 | 06/26/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104126 | Indeterminado* | ALICEA RODRIGUEZ, HELIODORA<br>PO BOX 102<br>ARROYO, PR 00714-0102 | 10/15/19 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 171908 | Indeterminado* |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 3 | CARDONA VELAZQUEZ, JACKELINE<br>CONDOMINIO FLORIMAR GARDENS<br>1 CALLE RONDA APT I-402<br>SAN JUAN, PR 00926 | 06/18/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 79137 | Indeterminado* | CARDONA VELAZQUEZ, JACLHELINE<br>CONDOMINIO FLORIMAR GARDENS<br>CALLE RONDA APT 7-402<br>SAN JUAN, PR 00926 | 05/19/21 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179246 | $38,955.67 |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 4 | CRESPO HERNANDEZ, MARIA ELENA<br>BOX 250116<br>AGUADILLA, PR 00604 | 07/06/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 149473 | Indeterminado* | CRESPO HERNANDEZ, MARIA ELENA<br>BOX 250116<br>AGUADILLA, PR 00604 | 04/09/19 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 168448 | Indeterminado* |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

1

Cuadrigentésima Octagésima Cuarta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN ENMENDADAS REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 5 | FIGUEROA TORRES, CARLOS ALBERTO<br>39 CALLE ARIZONA #8<br>ARROYO, PR 00714 | 06/27/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 128497 | Indeterminado* | FIGUEROA TORRES, CARLOS A.<br>39 CALLE ARIZONA #8<br>ARROYO, PR 00714 | 10/15/19 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 171913 | Indeterminado* |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 6 | FIGUERRA TORRES, VIVIEN V<br>79 CALLE ARIZONA 8<br>ARROYO, PR 00714 | 06/27/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 73178 | Indeterminado* | FIGUEROA TORRES, VIVIEN V.<br>39 CALLE ARIZONA #8<br>ARROYO, PR 00714 | 10/15/19 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 171922 | Indeterminado* |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 7 | GARCIA MACHIN, VILMA M<br>2620 EAGLE CANYON DRIVE N<br>KISSIMMEE, FL 34746 | 06/28/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 66456 | $6,300.00 | GARCIA MACHIN, VILMA M.<br>2620 EAGLE CANYON DRIVE N<br>KISSIMMEE, FL 34746 | 06/28/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 71535 | $6,300.00 |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 8 | JIMENEZ DE JESUS, RUTH<br>AMERICAN CIVIL LIBERTIES UNION OF PUERTO RICO<br>UNION PLAZA, SUITE 1105<br>416 AVE. PONCE DE LEON<br>SAN JUAN, PR 00918 | 05/18/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 39215 | Indeterminado* | JIMINEZ DE JESUS, RUTH<br>AMERICAN CIVIL LIBERTIES UNION OF P.R.<br>416 AVE PONCE DE LEON<br>SUITE 1105<br>SAN JUAN, PR 00918 | 05/24/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 29475 | $5,000,000.00* |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Octagésima Cuarta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN ENMENDADAS REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 9 | JOSE G. PAGAN PEDRERO & NANCY A. LANSER PLUMMER CALISTEMON NUM 61 ESTANCIAS TORRIMAR GUAYNABO, PR 00965 | 06/19/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 48299 | $3,150.00 | JOSE G. PAGAN PEDRERO & NANCY A. LANSER PLUMMER CALISTEMON NUM 61 ESTANCIAS TORRIMAR GUAYNABO, PR 00965 | 06/21/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 47340 | $3,150.00 |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 10 | LANDRO GONZALEZ, JULIO E PO BOX 958 SALINAS, PR 00751 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 164673 | Indeterminado* | LANDRO GONZALEZ, JULIO E. PO BOX 958 SALINAS, PR 00751 | 07/02/19 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 169524 | Indeterminado* |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 11 | MENDEZ COLON, HARILEEN RAMONITA DIEPPA GONZÁLEZ URB. ROOSEVELT 478 CALLE JOSÉ CANALS STE. 1A SAN JUAN, PR 00918 | 05/24/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 21084 | $145,000.00* | MENDEZ COLON, HARILEEN RAMONITA DIEPPA GONZÁLEZ URB. ROOSEVELT 478 CALLE JOSÉ CANALS STE. 1A SAN JUAN, PR 00918 | 05/24/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 18110 | $22,670.58* |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 12 | MENDEZ, WILLIAM ESTREMERA LIRIO DEL MAR TORRES, ESQ. PO BOX 3552 MAYAGUEZ, PR 00681 | 05/25/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 26850 | $10,518.66* | ESTREMERA MENDEZ, WILLIAM LIRIO DEL MAR TORRES, ESQ. PO BOX 3552 MAYAGUEZ, PR 00681 | 05/30/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 35222 | $10,518.66* |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Octagésima Cuarta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN ENMENDADAS REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 13 | MERCADO ROSA, HOMAT URB. LAS DELICIAS 3626 CALLE LOLA RODRIG PONCE, PR 00728 | 05/23/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 33499 | $12,000.00* | MERCADO ROSA, HOMAT HC 01 BOX 11, 116 SAN SEBASTIAN, PR 00685 | 08/02/19 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 170120 | $12,000.00* |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 14 | NEGRON SANTIAGO, MYRNA P.O BOX 64 JUANA DIAZ, PR 00795 | 06/19/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 47335 | $62,182.56* | NEGRON SANTIAGO, MYRNA PO BOX 64 JUANA DIAZ, PR 00795 | 06/18/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 27978 | $62,182.56* |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 15 | PEDRO ROLANDO MARTINEZ TORRES BY HIM AND AS INHERITOR OF ONDINA FINALE CARDENAS GLENN CARL JAMES, ESQ LUIS VIGOREAUX PMB 501, 1353 AVE. GUAYNABO, PR 00966 | 01/19/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 415 | $1,500,000.00* | PEDRO ROLANDO MARTINEZ TORRES AS INHERITOR OF OLGA FINALE JAMES LAW OFFICES ATTN: GLENN CARL JAMES PMB 501 1353 RD. 19 GUAYNABO, PR 00966-2700 | 05/15/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 15568 | $1,500,000.00* |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 16 | QUINTANA, LAURA FIGUEROA LIRIO DEL MAR TORRES, ESQ. PO BOX 3552 MAYAGUEZ, PR 00681 | 05/25/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 26787 | $15,666.09* | FIGUEROA QUINTANA, LAURA LIRIO DEL MAR TORRES, ESQ. PO BOX 3552 MAYAGUEZ, PR 00681 | 05/30/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32895 | $15,666.09* |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Octagésima Cuarta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN ENMENDADAS REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 17 | RAFAEL ROIG Y ASOC ING GERENTES CONST CS INGENIEROS GERENTES DE CONST.CSP AVENIDA WISTON CHURCHILL MSC 538 SAN JUAN, PR 00926-6023 | 05/16/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 15491 | $39,596.00 | RAFAEL ROIG Y ASOCIADOS' INGENIEROS GERENTES DE CONST.CSP AVENIDA WISTON CHURCHILL MSC 538 SAN JUAN, PR 00926-6023 | 05/16/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 15021 | $39,596.00 |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 18 | RIVERA VEGA, LILLIAM H VALAZQUEZ HC 01 BOX 6540 SANTA ISABEL, PR 00757 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 87900 | $75,000.00 | RIVERA VEGA, LILLIAM HAYDEE HC-01 BOX 6540 SANTA ISABEL, PR 00757 | 07/25/19 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 169888 | Indeterminado* |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 19 | SANTANA MORALES, LUZ MARIA 45 ARIZONA #8 ARROYO, PR 00714 | 07/17/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 154567 | Indeterminado* | SANTANA MORALES, LUZ M 45 ARIZONA #8 ARROYO, PR 00714 | 10/15/19 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 171784 | Indeterminado* |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 20 | UGARTE VEGA, CARMEN COM MANTILLA 1776 CALLE JOSE CHEITO CORCHADO ISABELA, PR 00662 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 100727 | Indeterminado* | UGARTE VEGA, CARMEN M. COM. MANTILLA 1776 CALLE JOSE CHEITO CORCHADO ISABELA, PR 00662 | 03/24/21 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179153 | $20,704.49 |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

### Cuadrigentésima Octagésima Cuarta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN ENMENDADAS REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 21 | VEGA MORALES, SONIA IVETTE PO BOX 661 ARROYO, PR 00714 | 07/17/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 161500 | Indeterminado* | VEGA MORALES, SONIA I. PO BOX 661 ARROYO, PR 00714 | 10/15/19 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 171904 | Indeterminado* |

Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad.

\* Indica que la reclamación contiene montos por liquidar o indeterminados