# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Eighty-Fifth Omnibus Objection**

Four Hundred Eighty-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ACEVEDO LOPEZ, ANGEL<br>HC 8 BOX 46078<br>AGUADILLA, PR 00603-9014 | 04/13/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 5416 | $3,000.00* | ACEVEDO LOPEZ, ANGEL<br>HC 08 BOX 46078<br>AGUADILLA, PR 00603-9778 | 04/13/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 5405 | $4,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 2 | ACOSTA VICENTY, MILTON<br>1223 C/NICOLAS AGUAYO<br>RIO PIERDAS, PR 00924 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 162901 | Undetermined* | ACOSTA VINCENTY, MILTON<br>CALLE NICOLAS AGUAYO 1223<br>URB EL COMANDANTE<br>SAN JUAN, PR 00924 | 06/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 143112 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 3 | ARNAU AGUILAR, ANGEL L<br>3249 CALLE MONTE SANTO URB. MONTE VERDE<br>MANATI, PR 00674 | 06/26/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 51172 | Undetermined* | ARNAU AGUILAR, ANGEL L.<br>3249 CALLE MONTE SANTO<br>URB. MONTE VERDE<br>MANATI, PR 00674 | 06/28/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 62026 | $79,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 4 | BATISTA RIVERA, GILBERTO<br>JOSE L RAMIREZ DE LEON<br>PO BOX 190251<br>SAN JUAN, PR 00919-0251 | 06/27/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 54804 | $25,000.00* | BATISTA RIVERA, GILBERTO<br>PO BOX 194<br>TOA ALTA, PR 00954 | 05/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 35366 | $25,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

1

## Four Hundred Eighty-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | BORGOS LEON, LAURA<br>RR 9 BOX 994<br>SAN JUAN, PR 00926 | 05/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 40100 | $40,000.00* | BORGOS LEON, LAURA<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/02/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 10195 | $40,515.83 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 6 | BURGOS SOTO, EDSEL FRANCISCO<br>PO BOX 236<br>JAYUYA, PR 00664 | 06/27/18 | 17 BK 03567-LTS<br>Puerto Rico Highways and Transportation Authority | 105199 | Undetermined* | BURGOS SOTO EDSEL, FRANCISCO Y OTROS<br>PABLO COLÓN<br>APARTADO 801175<br>COTO LUREL, PR 00780-1175 | 05/29/18 | 17 BK 03567-LTS<br>Puerto Rico Highways and Transportation Authority | 45785 | $375,459.21* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 7 | CARMEN MARIA NEGRON DELGADO COMO HEREDERA DE JESUS GABRIEL MATOS NEGRON<br>GLENN CARL JAMES, ESQ<br>PMB 501, 1353 AVE. LUIS VIGOREAUX<br>GUAYNABO, PR 00966-2700 | 05/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 42733 | $1,000,000.00* | CARMEN MARIA NEGRON EN REPRESENTATION OF JESUS GABRIEL MATOS<br>PMB 501 1353 AVE LUIS VIGOREAUX<br>GUAYABO, PR 00966 | 05/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 30446 | $1,000,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

\*Indicates claim contains unliquidated and/or undetermined amounts

2

## Four Hundred Eighty-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 8 | CASTRO MARQUEZ, ELVIN<br>8316 LOOK OUT POINTE DR<br>WINDERNERE, FL 34786 | 05/21/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 18251 | $125,000.00* | CASTRO MARQUEZ, ELVIN<br>8316 LOOKOUT POINTE DR<br>WINDERMERE, FL 34786 | 06/26/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 50483 | $250,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 9 | CASTRO RODRIGUEZ, ELIZABETH<br>HC 01 BOX 11648<br>CAROLINA, PR 00987 | 06/14/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 73510 | $534,600.00 | CASTRO RODRIGUEZ, ELIZABETH<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/03/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 9657 | $21,123.32 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 10 | CHERENA RIVERA, LUIS JAVIER<br>10075 GATE PARKWAY N 3014<br>JACKSONVILLE, FL 32246 | 06/19/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 44723 | $26,531.00* | CHERENA RIVERA, LUIS JAVIER<br>10075 GATE PARKWAY N 3014<br>JACKSONVILLE, FL 32246 | 06/19/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 47024 | $7,200.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 11 | COLON DIAZ, JESUS<br>434 CALLE 20<br>BO. SAN ISIDRO<br>CANOVANAS, PR 00729 | 10/18/20 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 178739 | $4,897.00* | COLON DIAZ, JESUS<br>CALLE 20 #434<br>BO. SAN ISIDRO<br>CANOVANAS, PR 00729 | 10/29/20 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 178537 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

### Four Hundred Eighty-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 12 | COTTO ZAVALA, MILAGROS PO BOX 1112 GURABO, PR 00778 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 56487 | $15,000.00* | COTTO ZAVALA, MILAGROS PO BOX 1112 GURABO, PR 00778 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 56635 | $15,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 13 | CRUZ CRUZ, ROSITA PO BOX 918 CAMUY, PR 00627 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 128855 | Undetermined* | CRUZ CRUZ, ROSITA PO BOX 918 CAMUY, PR 00627 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 162204 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 14 | CRUZ CRUZ, ROSITA P.O. BOX 918 CAMUY, PR 00627 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 142146 | Undetermined* | CRUZ CRUZ, ROSITA PO BOX 918 CAMUY, PR 00627 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 162204 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 15 | DE JESUS GONZALEZ, RUTH NOEMI URB VILLA CLEMENTINA C10 AVE ALEJANDRINO GUAYNABO, PR 00969-4704 | 06/04/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 32767 | $25,000.00 | DE JESUS GONZALEZ, RUTH NOEMI C10 URB VILLA CLEMENTINA AVE CAMINO ALEJANDRINO GUAYNABO, PR 00969 | 06/04/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 32045 | $60,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 16 | DIAZ TORRES, AMARILIS PO BOX 711 NARANJITO, PR 00719 | 06/07/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 33486 | $80,000.00 | DIAZ TORRES, AMARILIS PO BOX 711 NARANJITO, PR 00719 | 06/24/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 40581 | $60,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Eighty-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 17 | ECHEVARRIA BELBRU, SONIA<br>PO BOX 10026<br>PONCE, PR 00732-0026 | 04/22/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 6785 | Undetermined* | ECHEVARRIA BELBRU, SONIA<br>PO BOX 10026<br>PONCE, PR 00732-0026 | 04/22/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 6990 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 18 | FIGUEROA CARRION, AMPARO<br>EL REMANSO ELDERLY APT. 314<br>BO. MARTIN GOUZALEZ CARR. 860 KM.1.1<br>CAROLINA, PR 00983 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 112364 | Undetermined* | FIGUEROA CARRION, AMPARO<br>EL REMANSO ELDERLY APT. 314<br>BO. MARTIN GONZALEZ CARR. 860 KM.1.1<br>CAROLINA, PR 00983 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 116287 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 19 | FIGUEROA RESTO, IRAIDA<br>URB LOS ANGELES 45 CALLE ANDROMEDAS<br>CAROLINA, PR 00979 | 05/30/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 45048 | Undetermined* | FIGUEROA RESTO, IRAIDA<br>45 CALLE ANDROMEDAS<br>URB LOS ANGELES<br>CAROLINA, PR 00979-1746 | 05/30/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 45016 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 20 | GARCIA LOPRERENA, ELISA M.<br>96 CALLE LOS LOPERENA<br>MOCA, PR 00676-5023 | 06/30/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 86176 | $12,000.00* | GARCIA LOPERENA, ELISA M.<br>CALLE LOS LOPERENA #96<br>MOCA, PR 00676-5023 | 06/30/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 103649 | $12,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Eighty-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 21 | GUTIERREZ RIVERA, CARMEN VICTORIA PO BOX 124 LOIZA, PR 00772 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 107548 | $6,000.00* | GUTIERREZ RIVERA, CARMEN VICTORIA PO BOX 124 LOIZA, PR 00772 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 162662 | $27,783.54* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 22 | HR BUS LINE JACINTO REYES RODRIGUEZ PO BOX 2254 JUNCOS, PR 00777 | 06/07/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 49441 | $3,500.00* | HR BUS LINE LCDO. JACINTO REYES RODRIGUEZ PO BOX 2254 JUNCOS, PR 00777 | 06/07/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 46668 | $3,555.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 23 | IRIZARRY CALDERÓN, YAZMIN MILAGROS Y OTROS SHEILA L. BENABE GONZÁLEZ EDIFICIO HATO REY PLAZA SUITE 4 AVE. PIÑERO #200 SAN JUAN, PR 00918 | 03/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 5572 | $875,000.00* | IRIZARRY CALDERÓN, YAZMIN MILAGROS Y OTROS LCDA. SHEILA L. BENABE GONZÁLEZ EDIFICIO HATO REY PLAZA SUITE 4 AVE. PIÑERO #200 SAN JUAN, PR 00918 | 03/29/18 | 17 BK 03284-LTS Commonwealth of Puerto Rico | 5664 | $1,125,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 24 | KLIMEZEK SZOTT, PATRICIA I/C SARAY N. VEGA KLIMEZEK PO BOX 3116 SAN SEBASTIAN, PR 00685 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 130376 | Undetermined* | VEGA KLIMEZEK, SARAY N. P.O. BOX 3116 SAN SEBASTIAN, PR 00685 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 134201 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Eighty-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 25 | LOBETO SANFELIZ, INES<br>PO BOX 2055<br>ISABELA, PR 00662 | 03/13/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 2889 | $62,770.35* | LOBETO SANFELIZ, INES<br>PO BOX 2055<br>ISABELA, PR 00662 | 06/11/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 47464 | $41,846.90* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 26 | MAISONET ACEVEDO, REBECA L<br>IVÁN GARAU DÍAZ<br>CONDOMINIO EL CENTRO I SUITE 219 #500 AVE MUNOZ RIVERA<br>HATO REY, PR 00918 | 04/26/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 8973 | $50,000.00* | MAISONET ACEVEDO, REBECA L.<br>IVÁN GARAU DÍAZ<br>CONDOMINIO EL CENTRO I SUITE 219 #500 AVE MUNOZ RIVERA<br>HATO REY, PR 00918 | 04/30/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 9858 | $50,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 27 | MARIBELLA BERGOLLO - LOPEZ, JOHN M. MENDEZ - NIEVES, JESUS A. RIVERA - BERRGOLLO Y LISMARI A. RIVERA - BERGOLLO<br>LIC. VELAZQUEZ PADILLE, LIZA M<br>CONDOMINIO MEDICAL CENTER PLAZA 740 AVE. HOSTOS STE. 203<br>MAYAGUEZ, PR 00682-1540 | 07/20/17 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 28 | $20,000.00 | MARIBELLA BERGOLLO - LOPEZ, JOHN M. MENDEZ - NIEVES, JESUS A. RIVERA - BERRGOLLO Y LISMARI A. RIVERA - BERGOLLO<br>LIC. VELAZQUEZ PADILLE, LIZA M<br>CONDOMINIO MEDICAL CENTER PLAZA 740 AVE. HOSTOS STE. 203<br>MAYAGUEZ, PR 00682-1540 | 05/22/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 25953 | $20,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Eighty-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 28 | MARIBELLA BERGOLLO-LOPEZ, JOHN M. MENDEZ-NIEVES, JESUS A. RIVERA-BERGOLLO Y LISMARI A. RIVERA-BERGOLLO MARIBELLE BERGOLLO LOPEZ 5017 AL RAMON RIOS SABANA SECA, PR 00952 | 06/26/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 98561 | $20,000.00 | MARIBELLA BERGOLLO - LOPEZ, JOHN M. MENDEZ - NIEVES, JESUS A. RIVERA - BERRGOLLO Y LISMARI A. RIVERA - BERGOLLO LIC. VELAZQUEZ PADILLE, LIZA M CONDOMINIO MEDICAL CENTER PLAZA 740 AVE. HOSTOS STE. 203 MAYAGUEZ, PR 00682-1540 | 05/22/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 25953 | $20,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 29 | MARTÍNEZ MARTÍNEZ, OTTMAN R. NORA CRUZ MOLINA PO BOX 2795 ARECIBO, PR 00613-2795 | 05/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 25671 | $48,490.79* | MARTINEZ MARTINEZ, OTTMAN R. P.O. BOX 1275 TRUJILLO ALTO, PR 00977 | 05/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 24833 | $48,490.79* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 30 | MASA SANCHEZ, BRENDA E PO BOX 1265 CANOVANAS, PR 00729 | 04/13/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 4976 | $128.87* | MASA SANCHEZ, BRENDA E PO BOX 1265 CANOVANAS, PR 00729 | 04/13/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 7301 | $128.87* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Eighty-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 31 | MEDINA SANABRIA, JOSE A<br>MANANTIALES 818<br>MAYAGUEZ, PR 00680 | 03/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 5141 | Undetermined* | MEDINA SANABRIA, JOSE A<br>URB. JARDINES DE BUANAJIBO #218<br>MAYAGUEZ, PR 00682 | 03/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 5149 | $90,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 32 | MEDINA SANTIAGO, MARIA DE LOS A<br>ALTURAS DE YAUCO<br>Q21 CALLE 14<br>YAUCO, PR 00698 | 05/25/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 32168 | Undetermined* | SANTIAGO MEDINA, MARIA DE LOS A<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/04/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 9472 | $31,743.21 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 33 | MENDEZ GONZALEZ, ANGEL L<br>HC 5 BOX 53966<br>SAN SEBASTIAN, PR 00685-5765 | 03/27/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 5134 | Undetermined* | MENDEZ GONZALEZ, ANGEL<br>C/O MARVIN DIAZ FERRER<br>COND VICK CENTERSTE C202<br>867 AVE. MUNOZ RIVERA<br>SAN JUAN, PR 00925 | 06/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 86454 | $467,437.03* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 34 | MERADO JIMENEZ, MARÍA<br>MARIA DE LOURDES GONZALEZ FRAMIL<br>PO BOX 932<br>GUAYAMA, PR 00785 | 05/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 30535 | Undetermined* | MERADO JIMENEZ, MARIA<br>MARIA DE LOURDES GONZALEZ FRAMIL<br>PO BOX 932<br>GUAYAMA, PR 00785 | 05/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 36894 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Eighty-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 35 | NEGRON MALDONADO, RAYMOND<br>HC-4 BOX 4148<br>LAS PIEDRAS, PR 00771-9608 | 05/25/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 26741 | Undetermined* | NEGRÓN MALDONADO, RAYMOND<br>HC-4 BOX 4148<br>LAS PIEDRAS, PR 00771-9608 | 05/25/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 26574 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 36 | NOVOA FIGUEROA, JOSE M.<br>PABLO COLON SANTIAGO<br>URB.CONSTANCIA 1739, PASEO LAS COLONIAS<br>PONCE, PR 00717-2234 | 05/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 39845 | $4,590.00* | NOVOA FIGUEROA, JOSE M<br>LCDO PABLO COLON SANTIAGO<br>URB. CONSTANCIA 1739, PASEO LAS COLONIAS<br>PONCE, PR 00717-2234 | 05/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 38022 | $4,590.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 37 | ORTIZ CADIZ, INGRID<br>PANTOJA OQUENDO, JOSEFINA<br>PO BOX 21370<br>SAN JUAN, PR 00928 | 05/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 24716 | $40,000.00* | ORTIZ CADIZ, INGRID<br>LIC. PANTOJA OQUENDO, JOSEFINA<br>PO BOX 21370<br>SAN JUAN, PR 00928 | 05/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 32371 | $60,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 38 | ORTIZ COMAS, MYRNA T.<br>QTA DEL RIO<br>A17 CAMINO DEL CHALET<br>BAYAMON, PR 00961-3004 | 05/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 43741 | $20,190.00* | ORTIZ COMAS, MYRNA T<br>QTA DEL RIO<br>A17 CAMINO DEL CHALET<br>BAYAMON, PR 00961-3004 | 05/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 25268 | $20,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Eighty-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 39 | PEREZ REYES, MARGARITA<br>P.O BOX 801175<br>COTO LAUREL, PR 00780-1175 | 05/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 42175 | $81,825.00* | PEREZ REYES, MARAGARITA<br>PO BOX 801175<br>COTO LAUREL, PR 00780-1175 | 05/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 39851 | $81,825.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 40 | PEREZ TALAVERA, IVELISSE<br>HC 05 BOX 10975<br>MOCA, PR 00676 | 06/04/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 48264 | $75,000.00* | PEREZ TALAVERA, IVELISSE<br>HECTOR CORTES BABILONIA<br>PO BOX 896<br>ARECIBO, PR 00613 | 05/22/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 29192 | $75,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 41 | PONCE PEREZ, EDNA I<br>PO BOX 927<br>FAJARDO, PR 00738 | 05/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 32424 | $90,274.88* | PONCE PEREZ, EDNA I<br>PO BOX 927<br>FAJARDO, PR 00738 | 05/25/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 21500 | $90,274.88* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 42 | RAMOS SÁNCHEZ, EMILY<br>C/O FERNANDO SANTIAGO ORTIZ<br>URB MANS SAN MARTIN SUITE 17<br>SAN JUAN, PR 00924-4586 | 05/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 41792 | Undetermined* | RAMOS SANCHEZ, EMILY<br>LAS PIEDRAS #8136<br>QUEBRADILLAS, PR 00678 | 06/25/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 50455 | $500,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Eighty-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 43 | RIVERA OLMEDA, TEODORO<br>PO BOX 193<br>VILLALBA, PR 00766 | 05/25/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 34270 | Undetermined* | RIVERA OLMEDA, TEODORO<br>BO. LIMON CARR 151 KM 8 HM 0 APT 193<br>VILLABLA, PR 00766 | 05/25/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 35274 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 44 | RIVERA RODRIGUEZ, ISRAEL<br>BO LATES #155 MACHUELO<br>PONCE, PR 00716 | 10/03/19 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 171313 | $21,000.00 | RIVERA RODRIGUEZ, ISRAEL<br>155 LAJES MACHUELO<br>PONCE, PR 00716 | 07/06/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 153467 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 45 | RIVERA TORRES, WADDY J.<br>LCDO.PABLO COLON SANTIAGO<br>URB.CONSTANCIA 1739,PASEO LAS COLONIAS<br>PONCE, PR 00717-2234 | 05/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 27759 | $2,588.68* | RIVERA TORRES, WADDY J.<br>PABLO COLON SANTIAGO<br>URB.CONSTANCIA 1739<br>PASEO LAS COLONIAS<br>PONCE, PR 00717-2234 | 05/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 39846 | $2,588.68* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 46 | ROBLES, CARMEN SERRANO<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 06/25/18 | 17 BK 03567-LTS<br>Puerto Rico Highways and Transportation Authority | 51369 | Undetermined* | SERRANO ROBLES, CARMEN EUGENIA<br>HARRY ANDUZE-MONTAÑO, ESQ.<br>1454 AVE FERNANDEZ JUNCOS<br>SAN JUAN, PR 00909 | 06/27/18 | 17 BK 03567-LTS<br>Puerto Rico Highways and Transportation Authority | 54675 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Eighty-Fifth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 47 | RODRIGUEZ FIGUEROA, GISELLE URB BELLA VISTA D10 CALLE NIAGARA PONCE, PR 00716 | 05/07/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 12165 | $14,203.96* | RODRIGUEZ FIGUEROA, GISELLE URB BELLA VISTA D10 CALLE NIAGRA PONCE, PR 00716 | 05/07/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 55981 | $14,127.96* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 48 | RODRIGUEZ HERNANDEZ , MARIA L. BARRIAADA ISLA VERDE A-27 COAMO, PR 00769 | 04/09/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6338 | $47,409.56* | RODRIGUEZ HERNANDEZ, MARIA L BARRIAADA ISLA VERDE A-27 COAMO, PR 00769 | 05/25/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 27874 | $47,409.56* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 49 | ROMERO CRUZ, CRYSTAL C/O LCDA. LUZ VANESSA RUIZ TORRES T.S.P.R. 12747 APOLO, 2081 HERCULES GUAYNABO, PR 00969 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 47722 | Undetermined* | ROMERO CRUZ, CRYSTAL C/O LCDA. LUZ VANESSA RUIZ TORRES T.S.P.R. 12747 APOLO, 2081 HERCULES GUAYNABO, PR 00969 | 05/24/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 26159 | $1,250,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 50 | ROSADO CAPELES, JUAN JOSE PO BOX 331445 PONCE, PR 00733-1445 | 08/09/17 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 72 | $45,000.00* | ROSADO CAPELES, JUAN JOSE LCDO. JUAN H. SERRANO CRUZ PO BOX 331445 PONCE, PR 00733-1445 | 05/15/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 31042 | $22,500.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

13

Four Hundred Eighty-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 51 | ROSADO HERNANDEZ, AWILDA URB REXVILLE D G 9 CALLE 27 BAYAMON, PR 00957 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 65498 | $28,350.00* | ROSADO HERNANDEZ, AWILDA URB REXVILLE D G 9 CALLE 27 BAYAMON, PR 00957 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 67680 | $28,035.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 52 | SALVA RODRIGUEZ, CANDIDO A CANDIDO A SALVA RODRIGUEZ DOS PINOS TOWNHOUSES B12 CALLE 2 SAN JUAN, PR 00923 | 05/24/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 30598 | Undetermined* | SALVA RODRIGUEZ (FALLECIDO), CANDIDO A DOS PINOS TOWNHOUSES B 12 CALLE 2 SAN JUAN, PR 00923 | 05/24/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 26248 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 53 | SANTANA BÁEZ, ELIEZER CIVIL DDP2014-0664 DERECHO PROPIO 50 CARR. 5 UNIT ANEXO 501 EDIF. 3-J INDUSTRIAL LUCHETTI BAYAMÓN, PR 00961-7403 | 03/15/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 4251 | $75,000.00* | SANTANA BAEZ, ELIEZER 50 CARR. 5 UNIT A 501 EDIF. 3-J IND. LUCHETTI BAYAMON, PR 00961-7403 | 08/16/17 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 81 | $225,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

14

## Four Hundred Eighty-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 54 | SANTIAGO ANTONY, DAGMAR<br>LOMAS DE CAROLINA<br>J-28 CALLE LA TORRECILLA<br>CAROLINA, PR 00987 | 05/30/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 37539 | $1,717.00* | SANTIAGO ANTONY, DAGMAR<br>C LA TORRECILLA J28<br>LOMAS DE CAROLINA<br>CAROLINA, PR 00987 | 05/30/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 36926 | $5,567.04* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 55 | SANTIAGO FELICIANO, SARAH E<br>HC 03 BOX 13390<br>PENUELAS, PR 00624 | 06/27/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 100250 | Undetermined* | SANTIAGO FELICIANO, SARAH E<br>HC-03<br>BOX 13390<br>PENUELAS, PR 00624 | 06/27/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 101762 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 56 | SANTIAGO PEREZ, ELSA D.<br>24114 SAN ANTONIO<br>QUEBRADILLAS, PR 00678 | 07/05/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 154059 | $75,000.00* | SANTIAGO PERE, ELSA D.<br>24114 CALLE MILENIO<br>QUEBRADILLAS, PR 00678 | 06/27/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 45809 | $5,400.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 57 | SOTO TORRES, JULITZAMARY<br>C/O RICHARD SCHELL ASAD<br>171 AVE CARLOS CHARDON STE 301<br>SAN JUAN, PR 00918 | 05/23/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 19610 | $75,000.00* | SOTO TORRES, JULITZAMARY<br>C/O RICHARD SCHELL ASAD<br>171 AVE CHARDON STE 301<br>SAN JUAN, PR 00918 | 05/23/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 19500 | $75,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

\*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Eighty-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 58 | TORRES RIVERA, JUAN RAMON<br>MARINL FOREST HILLS B-6<br>BAYAMON, PR 00954 | 05/07/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 10981 | Undetermined* | TORRES RIVERA, JUAN RAMON<br>MARGINAL FORREST HILLS<br>B-6<br>BAYAMON, PR 00959 | 05/07/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 10900 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 59 | TORRES RIVERA, MARIA D<br>URB VALLES DE LA PLATA A 7<br>HC-01 BOX 4342<br>AIBONITO, PR 00705 | 05/10/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 14102 | $30,000.00* | TORRES RIVERA, MARIA DE L<br>HC-01 BOX 4342<br>AIBONITO, PR 00705 | 05/10/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 14397 | $30,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 60 | TRICOCHE DE JESUS, LUZ N<br>URB RIO GRANDE ESTATE<br>10810 CALLE PRINCESA DIANA<br>RIO GRANDE, PR 00745 | 05/08/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 13536 | $41,879.58 | TRICOCHE DE JESUS, LUZ N.<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/02/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 9201 | $50,701.59 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 61 | VAZQUEZ RODRIGUEZ, REINALDO<br>URB VILLA ROSA<br>11 CALLE B F-3<br>GUAYAMA, PR 00784 | 06/05/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 66206 | Undetermined* | VAZQUEZ RODRIGUEZ, REINALDO<br>ARNALDO ELIAS<br>PO BOX 191841<br>SAN JUAN, PR 00919-1841 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 57793 | $150,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Eighty-Fifth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 62 | VEGA PACHECO, CARMELO<br>SR. CARMELO VEGA PACHECO-DEMANDANTE SE REPRESENTA POR DERECHO PROPIO INSTITUCIÓN MÁXIMA SEGURIDAD<br>PO BOX 10786 B-5 NÚM. 4020<br>PONCE, PR 00732 | 05/25/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 26570 | $70,000.00* | VEGA PACHECO, CARMELO<br>SR. CARMELO VEGA PACHECO INSTITUCIÓN MÁXIMA SEGURIDAD<br>PO BOX 10786 B-5 NÚM. 4020<br>PONCE, PR 00732 | 05/25/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 27887 | $60,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 63 | VELEZ MARTINEZ, ELIZABETH<br>3131 URB. RIO CANAS<br>CALLE TAMESIS<br>PONCE, PR 00728 | 06/26/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 75326 | Undetermined* | VELEZ MARTINEZ, ELIZABETH<br>URB. RIO CANAS<br>3131 CALLE TAMESIS<br>PONCE, PR 00728 | 06/26/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 98792 | $10,500.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 64 | VELEZ MARTINEZ, ELIZABETH<br>URB RIO CANAS<br>3131 CALLE TAMESIS<br>PONCE, PR 00728 | 06/26/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 84203 | $94,500.00* | VELEZ MARTINEZ, ELIZABETH<br>URB. RIO CANAS<br>3131 CALLE TAMESIS<br>PONCE, PR 00728 | 06/26/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 98792 | $10,500.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Eighty-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 65 | VICENTE PAUL MATOS HERNANDEZ COMO HEREDERO DE JESUS GABRIEL MATOS NEGRON GLENN CARL JAMES, ESQ PMB 501, 1353 AVE. LUIS VIGOREAUX GUAYNABO, PR 00966-2700 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 35915 | $1,000,000.00* | VICENTE PAUL MATOS HERNANDEZ EN REPRESENTACION DE JESUS GABRIEL MATOS NEGRON GLENN CARL JAMES,ESQ PMB 501 1353 AVE. LUIS VIGOREAUX GUAYNABO, PR 00966-2700 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 39150 | $1,000,000.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

\*Indicates claim contains unliquidated and/or undetermined amounts