# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Eighty-Sixth Omnibus Objection**

## Four Hundred Eighty-Sixth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ALBETORIO DIAZ, MARIA E<br>COOP. JARD. DE SAN IGNACIO<br>APT.1812-1<br>SAN JUAN, PR 00927 | 05/29/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 34661 | $331.38* | ALBETORIO DIAZ, MARIA E<br>COOP. JARD. DE SAN IGNACIO<br>APT.1812-1<br>SAN JUAN, PR 00927 | 06/27/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 55356 | $331.38* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 2 | ALERS NIEVES, LUIS A<br>3413 CALLE MELODIA<br>ISABELA, PR 00662-5303 | 04/02/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 5597 | $48,910.00* | ALLERS-NIEVES, LUIS ANTONIO<br>CALLE MELODIA 3413<br>ISABELA, PR 00662 | 05/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 43128 | $20,000.00* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 3 | BARRETO REYES, ANA M.<br>HC 2 BOX 16588<br>ARECIBO, PR 00612 | 06/18/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 63054 | Undetermined* | BARRETO REYES, ANA M<br>HC 2 BOX 16588<br>ARECIBO, PR 00612 | 06/18/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 62651 | $125,000.00* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 4 | COLON TORRES, NEYSHA<br>URB EL COMANDANTE<br>872 CALLE MARIA GIUSTI<br>SAN JUAN, PR 00924 | 06/29/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 121773 | $16,800.00* | COLON TORRES, NEYSHA M<br>URB. EL COMANDANTE<br>872 CALLE MARIA GIUSTI<br>SAN JUAN, PR 00924 | 06/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 139753 | $16,800.00* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

1

## Four Hundred Eighty-Sixth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | CRUZ GUZMAN, TEODORO<br>URB VILLA MADRID<br>G-IO CALLE 9<br>COAMO, PR 00769 | 05/29/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 28289 | $300,000.00* | CRUZ GUZMAN, TEODORO<br>URB VILLA MADRID<br>G-IO CALLE 9<br>COAMO, PR 00769 | 06/05/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 47402 | $300,000.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | DIAZ RODRIGUEZ, GABRIEL<br>COND TORRE ALTA PH 1<br>URUGUAY ST 274<br>SAN JUAN, PR 00917 | 06/06/18 | 17 BK 03567-LTS<br>Puerto Rico Highways and Transportation Authority | 32940 | Undetermined* | DIAZ RODRIGUEZ, GABRIEL<br>274 URUGUAY ST.<br>COND TORRE ALTA PH 1<br>SAN JUAN, PR 00917 | 06/06/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 31772 | Undetermined* |

Reason: Duplicate liability filed against Debtor Puerto Rico Highways and Transportation Authority.

Surviving Claim # 31772 is on Omni 433 Claims To Be Reclassified from Commonwealth to HTA

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | LUNA DE JESUS, MIGUEL A<br>500 AVE NORFE APT. 1405<br>VISTA DE MONTECASINO<br>TOA ALTA, PR 00953 | 03/07/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 2194 | $29,350.00* | LUNA DE JESUS , MIGUEL A<br>500 AVE. NORFE APT. 1405<br>VISTA DE MONTE CASINO<br>TOA ALTA, PR 00953 | 03/07/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 1858 | $19,350.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

*Indicates claim contains unliquidated and/or undetermined amounts

2

## Four Hundred Eighty-Sixth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 8 | MENDEZ GONZALEZ, ANGEL C/O MARVIN DIAZ FERRER COND VICK CENTER STE C202 867 AVE MUÑOZ RIVERA SAN JUAN, PR 00925 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 90489 | $467,437.03* | MENDEZ GONZALEZ, ANGEL C/O MARVIN DIAZ FERRER COND VICK CENTERSTE C202 867 AVE. MUNOZ RIVERA SAN JUAN, PR 00925 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 86454 | $467,437.03* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| 9 | NAZARIO ACOSTA, RICARDO AVE. TITO CASTRO 609 SUITE 102 PMB-416 PONCE, PR 00716 | 05/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 40049 | $75,889.24* | NAZARIO ACOSTA, RICARDO AVE. TITO CASTRO 609 SUITE 102 PMB-416 PONCE, PR 00716 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 27691 | $1,521,855.11 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| 10 | SÁNCHEZ ORTIZ, NORMA IRIS EDGARDO SANTIAGO LLORENS 1925 BLVD. LUIS A. FERRÉ URB. SAN ANTONIO PONCE, PR 00728 | 05/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 28504 | $500,000.00* | SANCHEZ ORTIZ, NORMA IRIS LCDO. EDGARDO SANTIAGO LLORENS 1925 BLV. LUIS A. FERRE SAN ANTONIO PONCE, PR 00728-1815 | 06/05/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 37151 | $500,000.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

*Indicates claim contains unliquidated and/or undetermined amounts

3

## Four Hundred Eighty-Sixth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 11 | SUAREZ RAMIREZ, MARIANA<br>BOX 913<br>YAUCO, PR 00698-0913 | 06/22/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 37398 | $20,000.00* | SUÁREZ RAMÍREZ, MARIANA<br>BOX 913<br>YAUCO, PR 00698-0913 | 06/22/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 39191 | $12,000.00* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

*Indicates claim contains unliquidated and/or undetermined amounts

4