# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima octogésima sexta objeción global**

Cuadrigentésima Octogésima Sexta Objeción Global

Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | ALBETORIO DIAZ, MARIA E<br>COOP. JARD. DE SAN IGNACIO<br>APT.1812-1<br>SAN JUAN, PR 00927 | 05/29/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 34661 | $331.38* | ALBETORIO DIAZ, MARIA E<br>COOP. JARD. DE SAN IGNACIO<br>APT.1812-1<br>SAN JUAN, PR 00927 | 06/27/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 55356 | $331.38* |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 2 | ALERS NIEVES, LUIS A<br>3413 CALLE MELODIA<br>ISABELA, PR 00662-5303 | 04/02/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 5597 | $48,910.00* | ALLERS-NIEVES, LUIS ANTONIO<br>CALLE MELODIA 3413<br>ISABELA, PR 00662 | 05/29/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 43128 | $20,000.00* |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 3 | BARRETO REYES, ANA M.<br>HC 2 BOX 16588<br>ARECIBO, PR 00612 | 06/18/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 63054 | Indeterminado* | BARRETO REYES, ANA M<br>HC 2 BOX 16588<br>ARECIBO, PR 00612 | 06/18/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 62651 | $125,000.00* |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 4 | COLON TORRES, NEYSHA<br>URB EL COMANDANTE<br>872 CALLE MARIA GIUSTI<br>SAN JUAN, PR 00924 | 06/29/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 121773 | $16,800.00* | COLON TORRES, NEYSHA M<br>URB. EL COMANDANTE<br>872 CALLE MARIA GIUSTI<br>SAN JUAN, PR 00924 | 06/29/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 139753 | $16,800.00* |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Octogésima Sexta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 5 | CRUZ GUZMAN, TEODORO URB VILLA MADRID G-IO CALLE 9 COAMO, PR 00769 | 05/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 28289 | $300,000.00* | CRUZ GUZMAN, TEODORO URB VILLA MADRID G-IO CALLE 9 COAMO, PR 00769 | 06/05/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 47402 | $300,000.00* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | DIAZ RODRIGUEZ, GABRIEL COND TORRE ALTA PH 1 URUGUAY ST 274 SAN JUAN, PR 00917 | 06/06/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 32940 | Indeterminado* | DIAZ RODRIGUEZ, GABRIEL 274 URUGUAY ST. COND TORRE ALTA PH 1 SAN JUAN, PR 00917 | 06/06/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 31772 | Indeterminado* |

Base para: Obligación duplicada presentada contra el deudor Autoridad de Carreteras y Transportación de Puerto Rico.

El reclamo pendiente No. 31772 aparece en la Objeción Colectiva No. 433. Reclamos que han de reclasificarse del Estado Libre Asociado al ACT

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | LUNA DE JESUS, MIGUEL A 500 AVE NORFE APT. 1405 VISTA DE MONTECASINO TOA ALTA, PR 00953 | 03/07/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 2194 | $29,350.00* | LUNA DE JESUS, MIGUEL A 500 AVE. NORFE APT. 1405 VISTA DE MONTE CASINO TOA ALTA, PR 00953 | 03/07/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 1858 | $19,350.00* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Octogésima Sexta Objeción Global
Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 8 | MENDEZ GONZALEZ, ANGEL C/O MARVIN DIAZ FERRER COND VICK CENTER STE C202 867 AVE MUÑOZ RIVERA SAN JUAN, PR 00925 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 90489 | $467,437.03* | MENDEZ GONZALEZ, ANGEL C/O MARVIN DIAZ FERRER COND VICK CENTERSTE C202 867 AVE. MUNOZ RIVERA SAN JUAN, PR 00925 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 86454 | $467,437.03* |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 9 | NAZARIO ACOSTA, RICARDO AVE. TITO CASTRO 609 SUITE 102 PMB-416 PONCE, PR 00716 | 05/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 40049 | $75,889.24* | NAZARIO ACOSTA, RICARDO AVE. TITO CASTRO 609 SUITE 102 PMB-416 PONCE, PR 00716 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 27691 | $1,521,855.11 |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 10 | SÁNCHEZ ORTIZ, NORMA IRIS EDGARDO SANTIAGO LLORENS 1925 BLVD. LUIS A. FERRÉ URB. SAN ANTONIO PONCE, PR 00728 | 05/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 28504 | $500,000.00* | SANCHEZ ORTIZ, NORMA IRIS LCDO. EDGARDO SANTIAGO LLORENS 1925 BLV. LUIS A. FERRE SAN ANTONIO PONCE, PR 00728-1815 | 06/05/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 37151 | $500,000.00* |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Octogésima Sexta Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 11 | SUAREZ RAMIREZ, MARIANA BOX 913 YAUCO, PR 00698-0913 | 06/22/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 37398 | $20,000.00* | SUÁREZ RAMÍREZ, MARIANA BOX 913 YAUCO, PR 00698-0913 | 06/22/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 39191 | $12,000.00* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

* Indica que la reclamación contiene montos por liquidar o indeterminados