## EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Eighty-Seventh Omnibus Objection**

Four Hundred Eighty-Seventh Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 AGUILA GEIRING, VICKIE PO BOX 2 GARROCHALES, PR 00652 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 83123 | Undetermined* | | AGUILA GEIRING, VICKIE CO NORA MOLINA CRUZ PO BOX 2795 ARECIBO, PR 00613-2795 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 70430 | Undetermined* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.

Surviving Claim # 70430 is on Omni 337 Claims To Be Reclassified from ERS to Commonwealth

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 CINTRON DIAZ, IRMA L. JJ172 TOPACIO TERRAZAS DEMAJAGUA FAJARDO, PR 00738 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 137110 | Undetermined* | | CINTRON DIAZ, IRMA L. JJ172 TOPACIO TERRAZAS DEMAJASUA II FAJARDO, PR 00738 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 143774 | Undetermined* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3 COLON CRUZ, JOSE PO BOX 40177 SAN JUAN, PR 00940-0177 | 05/24/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 32443 | $17,500.00* | | COLON CRUZ, JOSE  A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 34877 | $28,000.00* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4 COLON OTERO, MYRNA L #9 URB. RAMOS ANTONINI CIDRA, PR 00739 | 09/13/21 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 179584 | $75,000.00 | | COLON OTERO, MYRNA LUZ URB. RAMOS ANTONINI #9 CALLE A CIDRA, PR 00739 | 09/21/20 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 175868 | $75,000.00 |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico.

*Indicates claim contains unliquidated and/or undetermined amounts

1

Four Hundred Eighty-Seventh Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | CRUZ CRUZ, ANA R LOS CAOBOS CALLE COJOBA 2833 PONCE, PR 00731 | 06/19/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 72562 | Undetermined* | CRUZ CRUZ, ANA R. LOS CAOBOS CALLE COJOBA 2833 PONCE, PR 00731 | 06/27/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 106617 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 6 | CRUZ CRUZ, ANA R LOS CAOBOS CALLE COJOBA 2833 PONCE, PR 00731 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 106371 | Undetermined* | CRUZ CRUZ, ANA R. LOS CAOBOS CALLE COJOBA 2833 PONCE, PR 00731 | 06/27/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 106617 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 7 | DIAZ QUIRINDONGO, ORLANDO PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 71158 | $14,000.00* | DIAZ QUIRINDONGO, ORLANDO PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 38449 | $17,500.00* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority. | | | | | | | | | |
| 8 | FELICIANO ROSADO, JESUS PERLA DEL SUR 4413 PEDRO CARATINI PONCE, PR 00717 | 07/05/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 98258 | Undetermined* | FELICIANO ROSADO, JESUS PERLA DEL SUR 4413 PEDRO CARATINI PONCE, PR 00717 | 07/05/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 165443 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Eighty-Seventh Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 9 | FLORES MIRANDA, EDWIN PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 66027 | $14,000.00* | FLORES MIRANDA, EDWIN PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 38432 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority. | | | | | | | | | |
| 10 | LOPEZ HERNANDEZ, MONICA HC 1 BOX 6982 MOCA, PR 00676 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 66682 | $4,100.00 | LOPEZ HERNANDEZ, MONICA HC 1 BOX 6982 MOCA, PR 00676 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 77416 | $25,525.77 |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 11 | MARIANI GUEVARA, VIOLETA P.O. BOX 138 PATILLAS, PR 00723 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 137422 | Undetermined* | MARIANI GUEVARA, VIOLETA PO BOX 138 PATILLAS, PR 00723 | 06/27/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 80935 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 12 | MASSA DIEPPA, HILDA CALLE 8 F1-48 CIUDAD MASSO SAN LORENZO, PR 00754 | 06/22/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 76464 | $75,000.00* | MASSA DIEPPA, HILDA F 1 -48 CALLE 8 CIUDAD MASSO SAN LORENZO, PR 00754 | 07/13/20 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 174126 | $4,897.20 |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |

Four Hundred Eighty-Seventh Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 13  ORTIZ BONILLA, MILAGROS HC-01 BOX 5896 SAN GERMAN, PR 00683 | 06/15/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 83024 | $16,200.00* | ORTIZ BONILLA, MILAGROS HC-01 BOX 5896 SAN GERMAN, PR 00683 | 06/15/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 83025 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 14  ORTIZ MIRANDA, MELVYN P.O. BOX 1483 DORADO, PR 00646 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 123442 | $50,000.00* | ORTIZ MIRANDA, MELVYN F. PO BOX 1483 DORADO, PR 00646 | 06/28/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 121110 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 15  ORTIZ RUIZ, FLOR MARIA VILLAS SAN AGUSTIN P 17 CALLE 10 BAYAMON, PR 00959 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 56739 | $82,000.00 | ORTIZ RUIZ, FLOR MARIA VILLAS SAN AGUSTIN P 17 CALLE 10 BAYAMON, PR 00959 | 06/25/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 37792 | $82,000.00 |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 16  PEREZ GUILLERMETY, IRMA PO BOX 40177 SAN JUAN, PR 00940-0177 | 05/24/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 47094 | $18,000.00* | PEREZ GUILLERMETY, IRMA PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 39520 | $45,000.00* |
| Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

4

Four Hundred Eighty-Seventh Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 17 | RODRIGUEZ SANTOS, MARILYN HC 01 BOX 2238 LAS MARIAS, PR 00670 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 130294 | Undetermined* | RODRIGUEZ SANTOS, MARILYN HC 01 BOX 2238 LAS MARIAS, PR 00670 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 152436 | Undetermined* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.

Surviving Claim # 152436 is on Omni 337 Claims To Be Reclassified from ERS to Commonwealth

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18 | ROLON ORTEGA, CARMEN M BO MOSQUITO PDA 6 BUZON 1525 AGUIRRE, PR 00704 | 06/04/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 51735 | Undetermined* | ROLON ORTEGA, CARMEN M BO MOSQUITO PDA 6 BUZON 1525 AGUIRRE, PR 00704 | 06/04/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 37567 | Undetermined* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.

Surviving Claim # 37567 is on Omni 337 Claims To Be Reclassified from ERS to Commonwealth

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 19 | ROLON ORTEGA, CARMEN M. BO MOSQUITO POLA 6 BZN - 1525 AGUIRE, PR 00704 | 06/04/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 38583 | Undetermined* | ROLON ORTEGA, CARMEN M. BO MOSQUITO PDA 6 BUZON 1525 AGUIRRE, PR 00704 | 06/04/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 37567 | Undetermined* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.

Surviving Claim # 37567 is on Omni 337 Claims To Be Reclassified from ERS to Commonwealth

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 20 | STELLA DIAZ, HIRAM A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 05/24/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 34161 | $18,000.00* | STELLA DIAZ, HIRAM A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 34168 | $34,380.00* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority.

Four Hundred Eighty-Seventh Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 21 | STELLA DIAZ, HIRAM A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 66117 | $34,380.00* | STELLA DIAZ, HIRAM A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 34168 | $34,380.00* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority. | | | | | | | | | |
| 22 | TORRES, LESLIE M HC 1 BOX 12591 PENUELAS, PR 00624 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 151833-1 | Undetermined* | TORRES, LESLIE M. HC 1 BOX 12591 PENUELAS, PR 00624 | 06/29/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 138393-1 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority. | | | | | | | | | |
| 23 | TORRES, LESLIE M. HC 1 BOX 12591 PENUELAS, PR 00624 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 140140 | Undetermined* | TORRES, LESLIE M. HC 1 BOX 12591 PENUELAS, PR 00624 | 06/29/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 138393 | Undetermined* |
| | | | | | | TORRES, LESLIE M. HC 1 BOX 12591 PENUELAS, PR 00624 | 06/29/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 138393-1 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority. | | | | | | | | | |
| 24 | VAZQUEZ RIVERA, CARLOS I HC 73 BOX 4715 NARANJITO, PR 00719 | 03/16/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 3007 | Undetermined* | VAZQUEZ RIVERA, CARLOS I HC 73 BOX 4715 NARANJITO, PR 00719-9607 | 03/16/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 3001 | $70,000.00* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority. | | | | | | | | | |