# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima octogésima séptima objeción global**

Cuadrigentésima Octogésima Séptima Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | AGUILA GEIRING, VICKIE PO BOX 2 GARROCHALES, PR 00652 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 83123 | Indeterminado* | AGUILA GEIRING, VICKIE CO NORA MOLINA CRUZ PO BOX 2795 ARECIBO, PR 00613-2795 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 70430 | Indeterminado* |

Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico.

El reclamo pendiente No. 70430 aparece en la Objeción Colectiva No. 337. Reclamos que han de reclasificarse del ERS al Estado Libre Asociado

| 2 | CINTRON DIAZ, IRMA L. JJ172 TOPACIO TERRAZAS DEMAJAGUA FAJARDO, PR 00738 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 137110 | Indeterminado* | CINTRON DIAZ, IRMA L. JJ172 TOPACIO TERRAZAS DEMAJASUA II FAJARDO, PR 00738 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 143774 | Indeterminado* |

Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico.

| 3 | COLON CRUZ, JOSE PO BOX 40177 SAN JUAN, PR 00940-0177 | 05/24/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32443 | $17,500.00* | COLON CRUZ, JOSE A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 34877 | $28,000.00* |

Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y Autoridad de Carreteras y Transportación de Puerto Rico.

| 4 | COLON OTERO, MYRNA L #9 URB. RAMOS ANTONINI CIDRA, PR 00739 | 09/13/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179584 | $75,000.00 | COLON OTERO, MYRNA LUZ URB. RAMOS ANTONINI #9 CALLE A CIDRA, PR 00739 | 09/21/20 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 175868 | $75,000.00 |

Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Octogésima Séptima Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 5 | CRUZ CRUZ, ANA R LOS CAOBOS CALLE COJOBA 2833 PONCE, PR 00731 | 06/19/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 72562 | Indeterminado* | CRUZ CRUZ, ANA R. LOS CAOBOS CALLE COJOBA 2833 PONCE, PR 00731 | 06/27/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 106617 | Indeterminado* |
| | Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 6 | CRUZ CRUZ, ANA R LOS CAOBOS CALLE COJOBA 2833 PONCE, PR 00731 | 06/27/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 106371 | Indeterminado* | CRUZ CRUZ, ANA R. LOS CAOBOS CALLE COJOBA 2833 PONCE, PR 00731 | 06/27/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 106617 | Indeterminado* |
| | Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 7 | DIAZ QUIRINDONGO, ORLANDO PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 71158 | $14,000.00* | DIAZ QUIRINDONGO, ORLANDO PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 38449 | $17,500.00* |
| | Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | | | |
| 8 | FELICIANO ROSADO, JESUS PERLA DEL SUR 4413 PEDRO CARATINI PONCE, PR 00717 | 07/05/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 98258 | Indeterminado* | FELICIANO ROSADO, JESUS PERLA DEL SUR 4413 PEDRO CARATINI PONCE, PR 00717 | 07/05/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 165443 | Indeterminado* |
| | Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Octogésima Séptima Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 9 | FLORES MIRANDA, EDWIN<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 66027 | $14,000.00* | FLORES MIRANDA, EDWIN<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS<br>Autoridad de Carreteras y Transportación de Puerto Rico | 38432 | Indeterminado* |

Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y Autoridad de Carreteras y Transportación de Puerto Rico.

| 10 | LOPEZ HERNANDEZ, MONICA<br>HC 1 BOX 6982<br>MOCA, PR 00676 | 06/29/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 66682 | $4,100.00 | LOPEZ HERNANDEZ, MONICA<br>HC 1 BOX 6982<br>MOCA, PR 00676 | 06/29/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 77416 | $25,525.77 |

Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico.

| 11 | MARIANI GUEVARA, VIOLETA<br>P.O. BOX 138<br>PATILLAS, PR 00723 | 06/27/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 137422 | Indeterminado* | MARIANI GUEVARA, VIOLETA<br>PO BOX 138<br>PATILLAS, PR 00723 | 06/27/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 80935 | Indeterminado* |

Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico.

| 12 | MASSA DIEPPA, HILDA<br>CALLE 8 F1-48<br>CIUDAD MASSO<br>SAN LORENZO, PR 00754 | 06/22/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 76464 | $75,000.00* | MASSA DIEPPA, HILDA<br>F 1 -48 CALLE 8<br>CIUDAD MASSO<br>SAN LORENZO, PR 00754 | 07/13/20 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 174126 | $4,897.20 |

Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Octogésima Séptima Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 13 | ORTIZ BONILLA, MILAGROS<br>HC-01 BOX 5896<br>SAN GERMAN, PR 00683 | 06/15/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 83024 | $16,200.00* | ORTIZ BONILLA, MILAGROS<br>HC-01 BOX 5896<br>SAN GERMAN, PR 00683 | 06/15/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 83025 | Indeterminado* |
| | Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 14 | ORTIZ MIRANDA, MELVYN<br>P.O. BOX 1483<br>DORADO, PR 00646 | 06/28/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 123442 | $50,000.00* | ORTIZ MIRANDA, MELVYN F.<br>PO BOX 1483<br>DORADO, PR 00646 | 06/28/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 121110 | Indeterminado* |
| | Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 15 | ORTIZ RUIZ, FLOR MARIA<br>VILLAS SAN AGUSTIN<br>P 17 CALLE 10<br>BAYAMON, PR 00959 | 06/27/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 56739 | $82,000.00 | ORTIZ RUIZ, FLOR MARIA<br>VILLAS SAN AGUSTIN<br>P 17 CALLE 10<br>BAYAMON, PR 00959 | 06/25/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 37792 | $82,000.00 |
| | Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 16 | PEREZ GUILLERMETY, IRMA<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 05/24/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 47094 | $18,000.00* | PEREZ GUILLERMETY, IRMA<br>PO BOX 40177<br>SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS<br>Autoridad de Carreteras y Transportación de Puerto Rico | 39520 | $45,000.00* |
| | Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

4

Cuadrigentésima Octogésima Séptima Objeción Global

Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 17 | RODRIGUEZ SANTOS, MARILYN HC 01 BOX 2238 LAS MARIAS, PR 00670 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 130294 | Indeterminado* | RODRIGUEZ SANTOS, MARILYN HC 01 BOX 2238 LAS MARIAS, PR 00670 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 152436 | Indeterminado* |

Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico.

El reclamo pendiente No. 152436 aparece en la Objeción Colectiva No. 337. Reclamos que han de reclasificarse del ERS al Estado Libre Asociado

| 18 | ROLON ORTEGA, CARMEN M BO MOSQUITO PDA 6 BUZON 1525 AGUIRRE, PR 00704 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 51735 | Indeterminado* | ROLON ORTEGA, CARMEN M BO MOSQUITO PDA 6 BUZON 1525 AGUIRRE, PR 00704 | 06/04/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 37567 | Indeterminado* |

Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico.

El reclamo pendiente No. 37567 aparece en la Objeción Colectiva No. 337. Reclamos que han de reclasificarse del ERS al Estado Libre Asociado

| 19 | ROLON ORTEGA, CARMEN M. BO MOSQUITO POLA 6 BZN - 1525 AGUIRE, PR 00704 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 38583 | Indeterminado* | ROLON ORTEGA, CARMEN M BO MOSQUITO PDA 6 BUZON 1525 AGUIRRE, PR 00704 | 06/04/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 37567 | Indeterminado* |

Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico.

El reclamo pendiente No. 37567 aparece en la Objeción Colectiva No. 337. Reclamos que han de reclasificarse del ERS al Estado Libre Asociado

| 20 | STELLA DIAZ, HIRAM A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 05/24/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 34161 | $18,000.00* | STELLA DIAZ, HIRAM A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 34168 | $34,380.00* |

Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y Autoridad de Carreteras y Transportación de Puerto Rico.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadrigentésima Octogésima Séptima Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 21 | STELLA DIAZ, HIRAM A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 66117 | $34,380.00* | STELLA DIAZ, HIRAM A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 34168 | $34,380.00* |
| | Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | | | |
| 22 | TORRES, LESLIE M HC 1 BOX 12591 PENUELAS, PR 00624 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 151833-1 | Indeterminado* | TORRES, LESLIE M. HC 1 BOX 12591 PENUELAS, PR 00624 | 06/29/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 138393-1 | Indeterminado* |
| | Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | | | |
| 23 | TORRES, LESLIE M. HC 1 BOX 12591 PENUELAS, PR 00624 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 140140 | Indeterminado* | TORRES, LESLIE M. HC 1 BOX 12591 PENUELAS, PR 00624 | 06/29/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 138393 | Indeterminado* |
| | | | | | | TORRES, LESLIE M. HC 1 BOX 12591 PENUELAS, PR 00624 | 06/29/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 138393-1 | Indeterminado* |
| | Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | | | |
| 24 | VAZQUEZ RIVERA, CARLOS I HC 73 BOX 4715 NARANJITO, PR 00719 | 03/16/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 3007 | Indeterminado* | VAZQUEZ RIVERA, CARLOS I HC 73 BOX 4715 NARANJITO, PR 00719-9607 | 03/16/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 3001 | $70,000.00* |
| | Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados